IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., on behalf of its series The Fairholme Fund, *et al*.<br><br>           Plaintiffs,<br><br>     v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*<br><br>           Defendants. | Civil Action No. 13-1053 |

## RULE 7.1 DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, the following:

Below are parent companies, subsidiaries, or affiliates of Fairholme Funds, Inc. which have any outstanding securities in the hands of the public.

- The Fairholme Fund
- The Fairholme Focused Income Fund
- The Fairholme Allocation Fund
- The St. Joe Company

Below are parent companies, subsidiaries, or affiliates of The Fairholme Fund, a series of Fairholme Funds, Inc., which have any outstanding securities in the hands of the public.

- Fairholme Funds, Inc.
- The Fairholme Focused Income Fund
- The Fairholme Allocation Fund
- The St. Joe Company

And below are parent companies, subsidiaries, or affiliates of Berkley Insurance Company, Acadia Insurance Company, Admiral Indemnity Company, Admiral Insurance Company, Berkley Regional Insurance Company, Carolina Casualty Insurance Company, Midwest Employers Casualty Insurance Company, Nautilus Insurance Company, and Preferred Employers Insurance Company which have any outstanding securities in the hands of the public:

- W.R. Berkley Corporation

These representations are made in order that the judges of this court may determine the need for recusal.

Date:   July 10, 2013

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070)
ccooper@cooperkirk.com
Vincent J. Colatriano  (Bar No. 429562)
David H. Thompson  (Bar No. 450503)
Peter A. Patterson (Bar No. 998668)*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
*Pro hac vice application forthcoming