IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., on behalf of its series The Fairholme Fund, *et al*.<br><br>            Plaintiffs,<br><br>   v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al*.<br><br>            Defendants. | Civil Action No. 13-1053 |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), I, David H. Thompson, am admitted to practice law in this Court and hereby enter my appearance on behalf of all Plaintiffs.

Dated:  July 11, 2013

Respectfully submitted,

 _s/ David H. Thompson
David H. Thompson
(D.C. Bar No. 450503)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com