IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., on behalf of its series The Fairholme Fund, *et al*.<br><br>  Plaintiffs,<br><br>  v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al*.<br><br>  Defendants. | Civil Action No. 13-1053 |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), I, Vincent J. Colatriano, am admitted to practice law in this Court and hereby enter my appearance on behalf of all Plaintiffs.

Dated: July 12, 2013

Respectfully submitted,

 _s/ Vincent J. Colatriano
Vincent J. Colatriano
(D.C. Bar No. 429562)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
vcolatriano@cooperkirk.com