AO 440 (Rev 12/09. DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Fairholme Funds, Inc., on behalf of its series The Fairholme Fund, et al. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 13-1053 (RLW) |
| The Federal Housing Finance Agency, et al. | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Department of Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hamsphire Avenue, N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 7/12/2012

/s/ Sherryl Horn
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fairholme Funds, Inc., et al.<br><br>**Plaintiff(s)**<br><br>v.<br><br>The Federal Housing Finance Agency, et al.<br><br>**Defendant(s)** | Case No.: 13-1053 (RLW) |

### AFFIDAVIT OF SERVICE

I, Scott Sharp, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Complaint for Declaratory and Injunctive Relief and Damages; Rule 7.1 Disclosure Statement; and Notice of Designation of Related Civil Cases Pending in this or any other United States Court in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on July 15, 2013 at 1:05 AM, I served The Department of Treasury with the Summons; Complaint for Declaratory and Injunctive Relief and Damages; Rule 7.1 Disclosure Statement; and Notice of Designation of Related Civil Cases Pending in this or any other United States Court at 701 Madison Place, NW, Washington, DC 20229 by serving James Little, Section Chief, who stated that he/she is authorized to accept service.

James Little is described herein:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 45    Height: 6'0"    Weight: 250

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-16-13
Executed on:

Scott Sharp
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-094193                                                                                     Client Reference: 7560