AO 440 (Rev 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Fairholme Funds, Inc., on behalf of its series The Fairholme Funds, et al. | ) ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 13-1053 (RLW) |
| The Federal Housing Finance Agency, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Edward DeMarco, in his official capacity as Acting Director of the Federal Housing Finance Agency
Constitution Center
400 7th Street, S.W.
Washington, D.C. 20024


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hamsphire Avenue, N.W.
Washington, D.C. 20036


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:  7/12/2013

/s/   Sherryl   Horn

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fairholme Funds, Inc., et al. | ) <br> ) <br> ) <br> ) |
| Plaintiff(s) | ) <br> ) Case No.: 13-1053 (RLW) <br> ) |
| v. | ) |
| The Federal Housing Finance Agency, et al. | ) <br> ) <br> ) |
| Defendant(s) | ) |

I, Alprentice D. Davis, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Complaint for Declaratory and Injunctive Relief and Damages; Rule 7.1 Disclosure Statement; and Notice of Designation of Related Civil Cases Pending in this or any other United States Court in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on July 15, 2013 at 1:07 PM, I served Edward DeMarco, in his official capacity as Acting Director of The Federal Housing Finance Agency with the Summons; Complaint for Declaratory and Injunctive Relief and Damages; Rule 7.1 Disclosure Statement; and Notice of Designation of Related Civil Cases Pending in this or any other United States Court at Constitution Center, 400 7th Street, SW, Washington, DC 20024 by serving Hamition Brown, Assistant to Director, who stated that he/she is authorized to accept service.

Hamition Brown is described herein:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 45    Height: 5'8"    Weight: 150

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7/16/13
Executed on:

Alprentice D. Davis
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-094194                                                                                                              Client Reference: 7560