IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAIRHOLME FUNDS, INC.**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-1053-RLW |
| | ) |
| **FEDERAL HOUSING FINANCE AGENCY**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Thomas Zimpleman as co-counsel for the defendant, the Department of the Treasury, in the above-captioned case. Mr. Zimpleman is appearing in addition to Joel McElvain.  Please direct all communication regarding this case to Mr. Zimpleman's address listed below.


Dated: July 31, 2013

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

     /s/Thomas D. Zimpleman
THOMAS D. ZIMPLEMAN
IL Bar No. 6298040
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044

(202) 514-3346
Thomas.D.Zimpleman@usdoj.gov