IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., on behalf of its series The Fairholme Fund, *et al*.<br><br>               Plaintiffs,<br><br>     v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al*.<br><br>               Defendants. | Civil Action No. 13-1053 |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), I, Peter A. Patterson, am admitted to practice law in this Court and hereby enter my appearance on behalf of all Plaintiffs.

Dated: August 12, 2013

Respectfully submitted,

s/ Peter A. Patterson
Peter A. Patterson
(D.C. Bar No. 998668)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ppatterson@cooperkirk.com