AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Fairholme Funds, Inc., et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13-cv-1053 |
| Federal Housing Finance Agency, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Housing Finance Agency; Edward DeMarco.

Date: 08/26/2013

/s/ Asim Varma
*Attorney's signature*

Asim Varma (D.C. Bar # 426364)
*Printed name and bar number*

ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
*Address*

Asim.Varma@aporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*