AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Fairholme Funds, Inc., et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  13-cv-1053 |
| Federal Housing Finance Agency, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Housing Finance Agency; Edward DeMarco                                                     .

Date:    08/26/2013                                       /s/ David B. Bergman
                                                                     *Attorney's signature*

                                                      David B. Bergman(D.C. Bar # 435392)
                                                          *Printed name and bar number*

                                                             ARNOLD & PORTER LLP
                                                             555 12th Street, N.W.
                                                             Washington, D.C. 20004

                                                                     *Address*

                                                       David.Bergman@aporter.com
                                                                 *E-mail address*

                                                             (202) 942-5000
                                                             *Telephone number*

                                                             (202) 942-5999
                                                                 *FAX number*