IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAIRHOLME FUNDS, INC.**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Case No. 1:13-cv-1053-RLW |
| ) | |
| **FEDERAL HOUSING FINANCE AGENCY**, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## STIPULATION

The parties to this action, by and through their undersigned counsel, have conferred and have reached an agreement with respect to a proposed briefing schedule for the filing of dispositive motions in this matter. The parties hereby stipulate as follows:

1. Defendant Department of the Treasury ("Treasury"), shall file the administrative record on behalf of Treasury in this matter no later than October 28, 2013. Defendants Federal Housing Finance Agency ("FHFA") and Edward DeMarco, in his official capacity as Acting Director of FHFA, shall file the administrative record on behalf of FHFA in this matter no later than October 28, 2013.

2. All defendants shall file dispositive motions in this matter no later than November 12, 2013.

3. The plaintiff shall file its response to the defendants' dispositive motions, and any cross-motion for summary judgment, no later than December 20, 2013.

4. All defendants shall file their reply briefs in support of their dispositive motions, and their response to the plaintiff's cross-motion for summary judgment, no later than January 31, 2014.

5. The plaintiff shall file its reply brief in support of its cross-motion for summary judgment no later than February 28, 2014.

6. The defendants' obligation to answer the complaint is deferred pending the resolution of these dispositive motions.

Dated: September 9, 2013

Respectfully submitted,

/s/ Charles J. Cooper (by permission)
CHARLES J. COOPER
VINCENT J. COLATRIANO
DAVID H. THOMPSON
PETER A. PATTERSON
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
(202) 220-9600
ccooper@cooperkirk.com

*Counsel for Plaintiff*

/s/ Asim Varma (by permission)
ASIM VARMA
DAVID B. BERGMAN
HOWARD N. CAYNE
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004
(202) 942-5180
asim_varma@aporter.com

*Counsel for Defendants Edward DeMarco
and Federal Housing Finance Agency*

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

/s/ Joel McElvain (draft)
DIANE KELLEHER
Assistant Branch Director
JOEL McELVAIN
THOMAS D. ZIMPLEMAN
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
(202) 514-2988
Joel.McElvain@usdoj.gov

*Counsel for Defendant Department of
   the Treasury*