IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAIRHOLME FUNDS, INC.**, *et al.*,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>**FEDERAL HOUSING FINANCE AGENCY**,  )<br>*et al*.,  )<br>  )<br>Defendants.  )<br>  ) | Case No. 1:13-cv-1053-RLW |

### [PROPOSED] ORDER

Upon consideration of the parties' stipulation with respect to the briefing schedule for the filing of dispositive motions in this matter, it is hereby ORDERED that the stipulation is accepted, and it is further hereby ORDERED that:

1. Defendant Department of the Treasury ("Treasury"), shall file the administrative record on behalf of Treasury in this matter no later than October 28, 2013.  Defendants Federal Housing Finance Agency ("FHFA") and Edward DeMarco, in his official capacity as Acting Director of FHFA, shall file the administrative record on behalf of FHFA in this matter no later than October 28, 2013.

2. All defendants shall file dispositive motions in this matter no later than November 12, 2013.

3. The plaintiff shall file its response to the defendants' dispositive motions, and any cross-motion for summary judgment, no later than December 20, 2013.

      4.      All defendants shall file their reply briefs in support of their dispositive motions, and their response to the plaintiff's cross-motion for summary judgment, no later than January 31, 2014.

      5.      The plaintiff shall file its reply brief in support of its cross-motion for summary judgment no later than February 28, 2014.

      6.      The defendants' obligation to answer the complaint is deferred pending the resolution of these dispositive motions.

IT IS SO ORDERED.


Dated: _____

                                                         ROBERT L. WILKINS
                                                         United States District Judge