# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY MEIYA LIAO,<br><br>    Plaintiff,<br><br> v.<br><br>JACOB J. LEW, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1094 (RLW) |
| JOSEPH CACCIAPALLE, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1149 (RLW) |
| AMERICAN EUROPEAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br> v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1169 (RLW) |

| | |
|---|---|
| JOHN CANE,<br><br>        Plaintiff,<br><br>   v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>        Defendants. | Civil Action No. 13-cv-1184 (RLW) |
| FRANCIS J. DENNIS,<br><br>        Plaintiff,<br><br>   v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>        Defendants. | Civil Action No. 13-cv-1208 (RLW) |
| MARNEU HOLDINGS COMPANY, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>        Defendants. | Civil Action No. 13-cv-1421 (RLW) |
| BARRY P. BORODKIN, *et al.*<br><br>        Plaintiffs,<br><br>   v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>        Defendants. | Civil Action No. 13-cv-1443 (RLW) |

**STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**

Pursuant to Federal Rule of Civil Procedure 16 and Manual for Complex Litigation, Fourth Sections 11.12 and 11.21, the parties in the above-captioned actions stipulate, and the Court hereby orders, as follows:

**I.   CONSOLIDATION**

1.   Pursuant to Federal Rule of Civil Procedure 42, the above-captioned actions are hereby consolidated for all purposes into one action.

2.   These actions, each of which is styled as a class action and/or a derivative action, shall be referred to herein as the "Consolidated Class Action."  This Order shall apply to the Consolidated Class Action and to each putative class action and/or derivative action that is subsequently filed in or transferred to this Court that relates to the same subject matter as in the Consolidated Class Action.

3.   Every pleading in this Consolidated Class Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Litigations** <br><br> **THIS DOCUMENT RELATES TO:** | No. _____ <br><br> CLASS ACTION <br><br> [TITLE OF DOCUMENT] |
|---|---|

When the document being filed pertains to all of the Consolidated Class Actions, the phrase "Consolidated Class Action" shall appear immediately after the phrase "This Document

1

Relates To:". When the document applies to some, but not all, of the above-captioned actions, the document shall list, immediately after the phrase "This Document Relates To:" the docket number for the specific action to which the document applies, along with the name of the first-listed plaintiff in said action.

   4. This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case which might properly be consolidated as part of this Consolidated Class Action.

   5. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

## II. MASTER DOCKET AND MASTER FILE

   6. A Master Docket and Master File shall be established for the Consolidated Class Actions. The Master File shall be No. 13-cv-1094-RLW. All orders, pleadings, motions and other documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable. When an order, pleading, motion or document is filed with a caption indicating that it is applicable to fewer than all of these Consolidated Class Actions, the clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

## III. NEWLY-FILED OR TRANSFERRED ACTIONS

   7. When a putative class action and/or derivative action that arises out of the subject matter of the Consolidated Class Action is hereinafter filed in this Court or transferred to this Court from another court, the Clerk of this Court shall:

    a. file a copy of this Order in the separate file for such action;
    b. mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and
    c. make the appropriate entry in the docket for this action.

8. Each new putative class action and/or derivative action filed by or on behalf of stockholders of Federal National Mortgage Association ("Fannie Mae") or Federal Home Loan Mortgage Corporation ("Freddie Mac") asserting claims relating to or arising from the same subject matter of the Consolidated Class Action which is filed in, or transferred to, this Court shall be consolidated with the Consolidated Class Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

9. Unless a plaintiff in a subsequently filed or transferred case is permitted by the Court to use a separate complaint, defendants shall not be required to answer, move, or otherwise respond to any complaints filed in any of the actions consolidated hereunder or any action subsequently filed and consolidated; rather, defendants will be required to answer, move or otherwise respond to the consolidated complaint only.  If a plaintiff in any such case is permitted to use a separate complaint, each defendant shall have thirty (30) days from the date the Court grants such permission within which to answer, plead or otherwise move with respect to such complaint.  Nothing in the foregoing shall be construed as a waiver of defendants' right to object to consolidation of any subsequently filed or transferred related action.

## IV. APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL

10. Having reviewed the parties' Joint Status Report and all pending motions and accompanying memoranda of law, the Court hereby appoints Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), Grant & Eisenhofer ("Grant & Eisenhofer"), Boies, Schiller & Flexner LLP ("Boies"), and Kessler Topaz Meltzer & Check, LLP ("Kessler") as interim co-lead class counsel for the Consolidated Class Action ("Interim Co-Lead Class

Counsel"). Bernstein Litowitz, Grant & Eisenhofer, Boies, and Kessler satisfy the requirements for interim class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. Interim Co-Lead Class Counsel have superior experience, knowledge and resources to prosecute the Consolidated Class Action.

11.     Interim Co-Lead Class Counsel shall set policy for plaintiffs for the prosecution of the Consolidated Class Action, delegate and monitor the work performed by plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of plaintiffs the initiation and conduct of discovery proceedings, provide direction, supervision and coordination of all the activities of plaintiffs' counsel, and have the authority to speak for their respective plaintiffs in all matters including class certification and settlement negotiations, negotiate a settlement (subject to approval of the Court), and allocate fees among plaintiffs' counsel, if awarded.  Any agreement reached between counsel for defendants and Interim Co-Lead Class Counsel shall be binding on the plaintiffs in the Consolidated Class Action and their counsel.

12.     Interim Co-Lead Class Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs in the Consolidated Class Action and for the dissemination of notices and orders of this Court.  No motion, request for discovery or other pre-trial or trial proceedings shall be initiated or filed by any plaintiffs in the Consolidated Class Action except through Interim Co-Lead Class Counsel.  No settlement negotiations shall be conducted without the approval of Interim Co-Lead Class Counsel.

13.     Interim Co-Lead Class Counsel also shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel.  Interim Co-Lead Class Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.  Defendants' counsel

may rely upon agreements made with Interim Co-Lead Class Counsel.  Such agreements shall be binding on all plaintiffs.

14. Interim Co-Lead Class Counsel shall coordinate with counsel in *Perry Capital LLC v. Lew, et al.*, No. 13-cv-01025-RLW, *Fairholme Funds, Inc., et al. v. Federal Housing Finance Agency, et al.*, No. 13-cv-01053-RLW, and *Arrowood, et al. v. Federal National Mortgage Association, et al.*, No. 13-cv-01439-RLW for discovery, motion practice, case management and scheduling, and other pretrial proceedings, as appropriate.

15. Counsel in any related action that is consolidated with this Consolidated Class Action shall be bound by this organization of plaintiffs' counsel.

16. Any counsel of record for a party in this action or a related action who is not a member of the Bar of this District but has been admitted to practice *pro hac vice* in this action or such related action is hereby admitted to practice *pro hac vice* in the Consolidated Class Action.

## V. PLEADINGS AND MOTIONS

17. Plaintiffs in the above-captioned actions shall file a Consolidated Class Action Complaint on or before December 3, 2013, which shall serve as the operative complaint in the Consolidated Class Action unless later amended or superseded.  The filing of the Consolidated Class Action Complaint does not waive any rights prospective class members may have, and members of the putative class reserve all rights.

18. Defendants need only formally serve one law firm for Interim Co-Lead Class Counsel in the Consolidated Class Action by overnight mail service, electronic or hand delivery, unless otherwise agreed upon by the parties.  Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic or hand delivery, unless otherwise agreed upon by the parties.

Respectfully submitted,

Dated: November __, 2013

/s/ David L. Wales
DAVID L. WALES, SBN 417440
dwales@blbglaw.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212.554.1409
Facsimile: 212.554.1444

BLAIR A. NICHOLAS
blairn@blbglaw.com
DAVID R. KAPLAN
davidk@blbglaw.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858.793.0070
Facsimile: 858.793.0323

*Attorneys for John Cane*

/s/ Hamish P.M. Hume
HAMISH P.M. HUME, SBN 449914
hhume@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Telephone: 202.237.2727
Facsimile: 202.237.6131

LEE D. RUDY
lrudy@ktmc.com
ERIC L. ZAGAR
ezagar@ktmc.com
MATTHEW A. GOLDSTEIN
mgoldstein@ktmc.com

KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087

/s/ Joel McElvain
JOEL MCELVAIN
joel.mcelvain@usdoj.gov

THOMAS DAVID ZIMPLEMAN
thomas.d.zimpleman@usdoj.gov

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: 202.514.2988
Facsimile: 202.616.8460

*Attorneys for the Department of the Treasury*

/s/ Asim Varma
ASIM VARMA
asim.varma@aporter.com
HOWARD N. CAYNE
howard.cayne@aporter.com
DAVID B. BERGMAN
david.bergman@aporter.com

ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Telephone: 202.942.5000
Facsimile: 202.942.5999

*Attorneys for the Federal Housing Finance Agency*

/s/ Paul Clement
PAUL CLEMENT
pclement@bancroftpllc.com

BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
Telephone: 202.234.0090
Facsimile: 202.234.2806

Telephone:  610.667.7706
Facsimile:  610.667.7056

*Attorneys for Joseph Cacciapalle, et al.*

/s/ Michael G. McClellan
MICHAEL G. MCLELLAN , SBN 489217
mmclellan@finkelsteinthompson.com

FINKELSTEIN THOMPSON LLP
1077 30th Street, N.W., Suite 150
Washington, D.C.  20007
Telephone:  202.337.8000
Facsimile:  202.337.8090

REUBEN A. GUTTMAN , SBN 414781
rguttman@gelaw.com

GRANT & EISENHOFER, P.A.
1920 L Street, N.W., Suite 400
Washington, D.C.  20036
Telephone:  202.386.9500
Facsimile:  202.386.9505

EX KANO S. SAMS, II
esams@glancylaw.com

GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310.201.9150
Facsimile:  310.201.9160

*Attorneys for Mary Meiya Liao*

/s/ Ruben A. Guttman
REUBEN A. GUTTMAN , SBN 414781
rguttman@gelaw.com

GRANT & EISENHOFER, P.A.
1920 L Street, N.W., Suite 400
Washington, D.C.  20036
Telephone:  202.386.9500
Facsimile:  202.386.9505

GEOFFREY C. JARVIS
gjarvis@gelaw.com

GRANT & EISENHOFER, P.A.

*Attorneys for the Federal National Mortgage Association*

/s/ Michael Joseph Ciatti
MICHAEL JOSEPH CIATTI
mciatti@kslaw.com
GRACIELA MARIA RODRIGUEZ
gmrodriguez@kslaw.com

KING & SPALDING, LLP
1700 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C.  20006
Telephone:  202.626.5508
Facsimile:  202.626.3737

*Attorneys for the Federal Home Loan Mortgage Corp.*

7

123 Justison Street
Wilmington, DE  19801
Telephone:  302.622.7000
Facsimile:  302.622.7100

*Attorneys for Francis J. Dennis*

/s/ Michael G. McClellan
MICHAEL G. MCLELLAN, SBN 489217
mmclellan@finkelsteinthompson.com

FINKELSTEIN THOMPSON LLP
1077 30th Street, N.W., Suite 150
Washington, D.C.  20007
Telephone:  202.337.8000
Facsimile:  202.337.8090

JEREMY A. LIEBERMAN
jalieberman@pomlaw.com
LESLEY F. PORTNOY
lfportnoy@pomlaw.com

POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
600 Third Avenue, 20th Floor
New York, NY  10016
Telephone:  212.661.1100
Facsimile:  212.661.8665

PATRICK V. DAHLSTROM
pdahlstrom@pomlaw.com

POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
10 South LaSalle Street, Suite 3505
Chicago, IL  60603
Telephone:  312.377.1181
Facsimile:  312.377.1184

REUBEN A. GUTTMAN , SBN 414781
rguttman@gelaw.com

GRANT & EISENHOFER, P.A.
1920 L Street, N.W., Suite 400
Washington, D.C.  20036
Telephone: 202.386.9500
Facsimile: 202.386.9505

*Attorneys for American European*

*Insurance Company* and *Marneu Holdings Co., et al.*

/s/ Barbara J. Hart
BARBARA J. HART (admitted *pro hac vice*)
bhart@lowey.com
THOMAS M. SKELTON (admitted *pro hac vice*)
tskelton@lowey.com

LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, NY  10601
Telephone:  212.997.0500
Facsimile:  212.997.0035

CRAIG L. BRISKIN, SBN 980841
cbriksin@findjustice.com

MEHRI & SKALET, PLLC
1250 Connecticut Avenue, N.W., Suite 300
Washington, D.C.  20036
Telephone:  202.822.5100
Facsimile:  202.822.4997

*Attorneys for Barry P. Borodkin, et al.*

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

Dated: _____, 2013         _____
                                        HONORABLE ROBERT L. WILKINS
                                        United States District Judge