# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERRY CAPITAL LLC, <br><br>                Plaintiff, <br><br>   v. <br><br>JACOB J. LEW, *et al.*, <br><br>                Defendants. | Civil Action No. 13-cv-1025 (RLW) <br><br>**PROPOSED ORDER REGARDING BRIEFING SCHEDULE IN ALL CASES** |
| FAIRHOLME FUNDS, INC., *et al.* <br><br>                Plaintiffs, <br><br>   v. <br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br>                Defendants. | Civil Action No. 13-cv-1053 (RLW) |
| MARY MEIYA LIAO, *et al.* <br><br>                Plaintiffs, <br><br>   v. <br><br>JACOB J. LEW, *et al.*, <br><br>                Defendants. | Civil Action No. 13-cv-1094 (RLW) |
| JOSEPH CACCIAPELLE, *et al.* <br><br>                Plaintiffs, <br><br>   v. <br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*, <br><br>                Defendants. | Civil Action No. 13-cv-1149 (RLW) |

| | |
|---|---|
| AMERICAN EUROPEAN INSURANCE COMPANY, *et al.* <br><br>         Plaintiffs, <br><br>   v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*, <br><br>         Defendants. | Civil Action No. 13-cv-1169 (RLW) |
| JOHN CANE, *et al.* <br><br>         Plaintiffs, <br><br>   v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br>         Defendants. | Civil Action No. 13-cv-1184 (RLW) |
| FRANCIS J. DENNIS, *et al.* <br><br>         Plaintiffs, <br><br>   v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br>         Defendants. | Civil Action No. 13-cv-1208 (RLW) |
| MARNEU HOLDINGS COMPANY, *et al.* <br><br>         Plaintiffs, <br><br>   v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br>         Defendants. | Civil Action No. 13-cv-1421 (RLW) |

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*, <br><br> Defendants. | Civil Action No. 13-cv-1439 (RLW) |
| BARRY P. BORODKIN, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Civil Action No. 13-cv-1443 (RLW) |

## PROPOSED ORDER REGARDING BRIEFING SCHEDULE IN ALL CASES

Upon consideration of the Joint Status Report submitted on November 6, 2013, it is hereby ORDERED that the above-captioned cases proceed according to the following schedule:

| | |
|---|---|
| Interim co-lead class counsel file a consolidated class action complaint. | December 3, 2013 |
| Defendants file the administrative record | December 17, 2013 |
| Defendants file dispositive motions | January 17, 2014 |
| Plaintiffs file oppositions to defendants' motions and cross-motions | February 19, 2014 |
| Defendants file replies in support of their motions and oppositions to plaintiffs' cross-motions | April 2, 2014 |
| Plaintiffs file replies in support of their cross-motions | May 2, 2014 |

2

This schedule is without prejudice to parties' rights to oppose any summary judgment motions under Federal Rule of Civil Procedure 56(d), in whole or in part, on the ground that further factual development is needed. The defendants' obligation to answer the complaints in the above-captioned matters is deferred pending resolution of these initial motions.

IT IS SO ORDERED.

Dated:  _____     _____
                                                                                ROBERT L. WILKINS
                                                                                 United States District Judge