# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Misc. Action No. 13-mc-1288 (RLW) |
| PERRY CAPITAL LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>JACOB J. LEW, *et al.*,<br><br>             Defendants. | Civil Action No. 13-cv-1025 (RLW) |
| FAIRHOLME FUNDS, INC., *et al.*<br><br>             Plaintiffs,<br><br>     v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>             Defendants. | Civil Action No. 13-cv-1053 (RLW) |
| ARROWOOD INDEMNITY COMPANY, *et al.*<br><br>             Plaintiffs,<br><br>     v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>             Defendants. | Civil Action No. 13-cv-1439 (RLW) |

**ORDER REGARDING BRIEFING SCHEDULE IN ALL CASES**

Upon consideration of the Joint Status Report submitted on November 6, 2013 and pursuant to the Federal Rule of Civil Procedure 42, it is hereby ORDERED that the above-captioned cases proceed according to the following schedule:

| | |
|---|---|
| Interim co-lead class counsel file a consolidated class action complaint. | December 3, 2013 |
| Defendants file the administrative record | December 17, 2013 |
| Defendants file dispositive motions | January 17, 2014 |
| Plaintiffs file oppositions to defendants' motions and cross-motions | February 19, 2014 |
| Defendants file replies in support of their motions and oppositions to plaintiffs' cross-motions | April 2, 2014 |
| Plaintiffs file replies in support of their cross-motions | May 2, 2014 |
| Hearing on defendants' dispositive motions and plaintiffs' cross-motions | June 23, 2014 at 9:30 a.m. |

This schedule is without prejudice to the parties' rights to oppose any summary judgment motions under Federal Rule of Civil Procedure 56(d), in whole or in part, on the ground that further factual development is needed.  The defendants' obligation to answer the complaints in the above-captioned matters is deferred pending resolution of these initial motions.

It is FURTHER ORDERED that the parties in the three non-consolidated actions (*Perry Capital LLC v. Lew, et al.*, No. 13-cv-1025 (RLW), *Fairholme Funds, Inc., et al. v. Federal Housing Finance Agency, et al*., No. 13-cv-1053 (RLW), and *Arrowood Indemnity Co., et al. v. Federal National Mortgage Association, et al.*, No. 13-cv-1439 (RLW)) shall meet and confer amongst each other and with defendants in an attempt to establish a protocol for submitting a joint brief pursuant to the above schedule.  The purpose of the meet and confer is to allow the Court to receive one set of papers pertaining to the non-consolidated actions, if at all possible.  The parties in the non-consolidated actions shall submit a joint status report by no later than December 6, 2013, setting forth the agreed upon protocol (including proposed page limits).  To the extent that the parties fail to reach an agreement on some or all of the pertinent issues, the joint status report shall include competing proposals by the parties.

IT IS SO ORDERED.

Dated:  November 18, 2013                              _____
                                                                               ROBERT L. WILKINS
                                                                               United States District Judge