IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERRY CAPITAL LLC,<br><br>   Plaintiff,<br><br> v.<br><br>JACOB J. LEW, *et al.*,<br><br>   Defendants. | Civil Action No. 13-cv-1025 (RLW) |
| FAIRHOLME FUNDS, INC., *et al.*<br><br>   Plaintiffs,<br><br> v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>   Defendants. | Civil Action No. 13-cv-1053 (RLW) |
| ARROWOOD INDEMNITY COMPANY, *et al.*<br><br>   Plaintiffs,<br><br> v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>   Defendants. | Civil Action No. 13-cv-1439 (RLW) |

**JOINT STATUS REPORT IN RESPONSE TO
ORDER REGARDING BRIEFING SCHEDULE IN THREE CASES**

On November 18, 2013, the Court entered an order establishing a schedule in the above-captioned cases for briefing defendants' dispositive motions and plaintiffs' cross-motions. *See Perry Capital* Dkt. No. 24. The Court further ordered all parties in these cases to meet and confer to establish a protocol, including proposed page limits, to minimize the potential for duplication in overlapping briefs. *Id.* at 2. The parties have met and conferred as directed, and

have agreed on a framework for proceeding with briefing in these matters.  The parties submit this Joint Status Report to the Court.

These separate, but coordinated cases present different claims against different sets of defendants.  The parties have not yet settled on the nature of the motions to be filed, or theories to be argued; and the administrative record is not due until December 17, 2013.  The parties intend to confer on a going forward basis to minimize any overlap in their briefing.

**A.**     Defendants believe they need two briefs to address all issues presented.

(i) Four defendants, the Federal Housing Finance Agency ("FHFA"), Acting FHFA Director Edward DeMarco, the Federal National Mortgage Association ("Fannie Mae"), and the Federal Home Loan Mortgage Corporation ("Freddie Mac"), intend to file a single brief in support of their dispositive motion addressing both the Administrative Procedure Act ("APA") claims and common law claims asserted against them.  These four defendants request leave of the Court to file a brief of up to 70 pages, fewer pages than the number permitted under the Local Rules for defendants in this posture.

(ii) Two defendants, the Department of the Treasury and Treasury Secretary Jacob J. Lew, intend to file a brief addressing the APA claims asserted against them.  Similarly, these defendants request leave of the Court to file a brief of up to 60 pages, fewer pages than the number permitted under the Local Rules for defendants in this posture.

Accordingly, at this time, defendants seek the Court's permission to collectively file up to 130 pages during the first round of briefing under the Court's scheduling order.  Plaintiffs do not oppose Defendants' request.

**B.**     Plaintiffs anticipate filing one joint brief in order to oppose defendants' motions addressed to the APA, and to support a cross-motion for summary judgment under the APA.

Plaintiffs in the *Fairholme* and *Arrowood* cases anticipate filing a second joint brief to oppose defendants' dispositive motion addressing their common law claims.  Depending on the content of the administrative record and defendants' dispositive motion, plaintiffs in the *Fairholme* and *Arrowood* cases may also cross-move for summary judgment on those claims.  Given that the claims of the plaintiffs differ in certain respects, it is possible that their interests will diverge, and thus each plaintiff reserves the right to file a supplemental brief addressing any such interests.  Plaintiffs believe that their combined briefing, including the supplemental briefing referenced above, will require no more than 150 pages to respond to defendants' combined 130 pages, fewer pages than the number permitted under the Local Rules for plaintiffs in this posture.  Should plaintiffs conclude, after receiving defendants' filings and conferring in good faith in order to minimize overlapping briefing, that an adequate response requires more than 150 pages, plaintiffs' counsel will promptly inform the Court.  Defendants do not oppose Plaintiffs' request.

Respectfully submitted,

/s/ Theodore B. Olson
THEODORE B. OLSON, SBN 367456
tolson@gibsondunn.com
DOUGLAS R. COX, SBN 459668
dcox@gibsondunn.com
MATTHEW D. MCGILL, SBN 481430
mmcGill@gibsondunn.com
NIKESH JINDAL, SBN 492008
njindal@gibsondunn.com
DEREK S. LYONS, SBN 995720
dlyons@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Perry Capital LLC*

/s/ Joel L. McElvain
JOEL L. MCELVAIN
joel.l.mcelvain@usdoj.gov
Thomas David Zimpleman
thomas.d.zimpleman@usdoj.gov

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Telephone:  202.514.2988
Facsimile:  202.616.8460

*Attorneys for the Department of the Treasury*

/s/ Asim Varma
ASIM VARMA

/s/ Charles J. Cooper
CHARLES J. COOPER, SBN 248070
ccooper@cooperkirk.com
VINCENT J. COLATRIANO, SBN 429562
vcolatriano@cooperkirk.com
DAVID H. THOMPSON, SBN 450503
dthompson@cooperkirk.com
PETER A. PATTERSON, SBN 998668
ppatterson@cooperkirk.com

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:  202.220.9600
Facsimile:  202.220.9601

*Attorneys for Fairholme Funds, Inc., et al.*


/s/ Drew W. Marrocco
DREW W. MARROCCO, SBN 453205
drew.marrocco@dentons.com

DENTONS US LLP
1301 K Street, N.W., Suite 600, East Tower
Washington, D.C.  20005
Telephone:  202.408.6400
Facsimile:  202.408.6399

MICHAEL H. BARR
Michael.barr@dentons.com
RICHARD M. ZUCKERMAN
richard.zuckerman@dentons.com
SANDRA HAUSER
sandra.houser@dentons.com

DENTONS US LLP
1221 Avenue of the Americas
New York, NY  10020
Telephone:  212.768.6700
Facsimile:  212.768.6800

*Attorneys for Arrowood Indemnity Co., et al.*

asim_varma@aporter.com
HOWARD NEIL CAYNE
howard.cayne@aporter.com
DAVID BLOCK BERGMAN
david_bergman@aporter.com

ARNOLD & PORTER LLP
555 12th Street, N.W., Suite 311
Washington, D.C.  20004
Telephone:  202.942.5180
Facsimile:  202.942.5999

*Attorneys for the Federal Housing Finance Agency*

/s/ Paul Clement
PAUL CLEMENT
pclement@bancroftpllc.com

BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C.  20036
Telephone:  202.234.0090
Facsimile:  202.234.2806

*Attorney for the Federal National Mortgage Association*

/s/ Michael Joseph Ciatti
MICHAEL JOSEPH CIATTI
mciatti@kslaw.com
GRACIELA MARIA RODRIGUEZ
gmrodriguez@kslaw.com

KING & SPALDING, LLP
1700 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C.  20006
Telephone:  202.626.5508
Facsimile:  202.626.3737

*Attorneys for the Federal Home Loan Mortgage Corp.*