$151 billion.[18] (Treasury's investment of $185 billion also includes $32 billion in dividend advances and $2 billion in fees assessed against the Enterprises at the inception of the PSPAs.) According to FHFA and the Enterprises, the likelihood of the Enterprises ever earning enough to repay the full amount invested is remote.[19] This is illustrated in Figure 4, which compares the current dividend amount to the Enterprises' net annual income since 1988.

**Figure 4: Combined Enterprise Net Income vs. Current Treasury Dividend [20]**



On the basis of Treasury's outstanding investment of $185 billion and the annual dividend rate of 10% (paid quarterly at a rate of 2.5%), the Enterprises' current annual dividend payment is $19.2 billion.[21] As depicted in Figure 4, even in their best year, 2002, when they earned

---

[18] Federal Housing Finance Agency, *Data as of January 2, 2012 on Treasury and Federal Reserve Purchase Programs for GSE and Mortgage-Related Securities*, at Table 2 (online at www.fhfa.gov/webfiles/23193/TSYSupport1312012.pdf) (accessed Mar. 9, 2012); Freddie Mac, 2011 10-K Report, at 127 (online at www.freddiemac.com/investors/sec_filings/index html) (accessed Mar. 9, 2012); Fannie Mae, 2011 10-K Report, at 9 (online at www.fanniemae.com/resources/file/ir/pdf/quarterly-annual-results/2011/10k_2011.pdf) (accessed Mar. 9, 2012).

[19] The Acting FHFA Director noted in a September 2011 speech: "It ought to be clear to everyone at this point, given the Enterprises' losses since being placed into conservatorship and the terms of the Treasury's financial support agreements, that the Enterprises will not be able to earn their way back to a condition that allows them to emerge from conservatorship." Federal Housing Finance Agency, *Statement of Acting Director Edward J. DeMarco* (Sept. 19, 2011) (online at www.fhfa.gov/webfiles/ 22617/NCSpeech91911.pdf). Similarly, in their 2011 annual public filings, both Enterprises independently reported that, "there is significant uncertainty as to our long-term financial sustainability." Freddie Mac, 2011 10-K Report, at 24 (online at www.freddiemac.com/investors/sec_filings/index html) (accessed Mar. 9, 2012); Fannie Mae, 2011 10-K Report, at 21 (online at www.fanniemae.com/resources/file/ir/pdf/quarterly-annual-results/2011/10k_2011.pdf) (accessed Mar. 9, 2012).

[20] Source: FHFA annual report to Congress, 2010, p. 113 and p. 114, Fannie 10-K, 2010 and Freddie 10-K, 2010; Fannie 10-Q, 3rd quarter, 2010 and Freddie 10-Q, 2010.

[21] If the computation were made once a year, then the 10% rate would be assessed against the balance, resulting in a payment of $18.5 billion.

$14 billion, the Enterprises failed to earn the $19.2 billion that would be needed to pay an annual dividend on Treasury's $185 billion investment as of the end of 2011.

# ENTERPRISE GAINS & LOSSES 2008-2011

## Summary of Gains, Losses, and Use of Funds

Large businesses like the Enterprises typically analyze financial performance of all of their business lines to gain an understanding of the dynamics of each particular segment of their operations.  As discussed in more detail below, and as summarized in Figure 5, with the exception of their multifamily business lines, the Enterprises suffered losses in all of their operations.

### Sources of Gains and Losses Between 2008 and Q3:2011[22] [23]

| | |
|---|---|
| **Single Family Houses** | Loss |
| **Multifamily** | Gain |
| **Investments** | Loss |
| **Other** | Loss |
| **Accounting Adjustments** | Loss |
| **Dividends to Treasury** | Dividend Payment |

As discussed above, the Enterprises' cumulative losses as of the end of the third quarter of 2011 total $261 billion, but they had $78 billion in unobligated capital at the beginning of 2008. (Additionally, $2 billion in fees were assessed against the Enterprises at the inception of the PSPAs, and these fees are included in Treasury's $185 billion investment.)  This unobligated capital partially mitigated the need for Treasury investment.  Figure 5 quantifies the relative losses, dividend obligations, and gain on Enterprise operations, through the third quarter of 2011.

---

[22] FHFA publishes a quarterly conservator's report on Fannie Mae's and Freddie Mac's financial performance and condition, to enhance public understanding of their financial performance leading up to and during conservatorship, including the sources of Enterprise losses and capital deficits, and Enterprise loss mitigation activity.  See http://www.fhfa.gov/Default.aspx?Page=172.

[23] "Figure 3.1 Capital Changes: January 1, 2008-September 30, 2011" from FHFA, *Conservator's Report on the Enterprises' Financial Performance, Third Quarter 2011*, p. 9 (online at http://www.fhfa.gov/webfiles/16591/ConservatorsRpt82610.pdf).

**Figure 5:  Enterprise Gains/Losses 2008 Through Q3:2011[24] [25]**



Figure 5 clearly demonstrates that the bulk of the Enterprises' losses were incurred in its single-family business:  owning and guaranteeing home mortgages.  Moreover, the vast majority of the Enterprises' losses in their single-family business lines are attributable to single-family loans made from 2004 through 2008.

---

[24] Numbers do not total due to rounding.

[25] "Figure 3.1 Capital Changes: January 1, 2008-September 30, 2011" from FHFA, *Conservator's Report on the Enterprises' Financial Performance, Third Quarter 2011*, p. 9. (online at http://www.fhfa.gov/webfiles/16591/ConservatorsRpt82610.pdf).

## Single-Family

As discussed above, the Enterprises purchase single-family mortgages from lenders.  The Enterprises then either hold the mortgages in their investment portfolios or package and sell them as MBS.  The Enterprises typically guarantee payment of principal and interest on the MBS they sell in exchange for guarantee fees.

As shown in Figure 5, after accounting for revenues from new and existing loans (e.g., guarantee fees), the Enterprises' single-family business line had a net loss (i.e., expenses exceeding income) of $208 billion since 2008.  As described below, and depicted in Figure 6, Fannie Mae's and Freddie Mac's loss-related expenses totaled $218 billion, and these expenses were predominantly associated with MBS guarantees.

### *Retained Mortgage Loans*

During the conservatorships, the Enterprises accrued $86 billion in expenses (called "provisions") related to mortgage loans held on their books, as shown in Figure 6.  However, this sum is affected by a recent accounting change.  Prior to 2010, these losses related solely to those loans the Enterprises purchased from third-parties and immediately placed into their portfolios (without securitizing and selling them to investors).  Beginning in 2010, changes in accounting rules required the Enterprises to account for loans they had guaranteed in the same way as loans they owned and held on their books.  Thus, the Enterprises reduced their **reserve for MBS guarantee losses** and increased their reserves for retained mortgages losses.

> **Reserve for Guarantee Losses**
> An accounting phrase meaning to establish a reserve fund on the balance sheet in anticipation of future losses for loans guaranteed by the Enterprises. It has the effect of reducing income in the current period.

### *MBS Guarantees*

The Enterprises expanded their MBS business rapidly beginning in the mid-1990s.  By 2008, the amount of the Enterprises' guarantees on mortgages that were **securitized** into MBS was nearly seven times the amount held in their investment portfolios.[26]  As the housing market collapsed and homeowners failed to make interest and principal payments for securitized loans, the Enterprises satisfied

> **Securitization**
> A process whereby a financial institution assembles pools of income-producing assets (such as loans) and then sells an interest in the assets' cash flows as securities to investors.

---

[26] Fannie Mae, *2008 10-K Report*, at 170 (online at www.fanniemae.com/ir/pdf/earnings/2008/form10k_022609.pdf) (accessed Mar. 12, 2012); Freddie Mac, *2008 10-K Report*, at 127 (online at www.freddiemac.com/investors/er/pdf/10k_031109.pdf) (accessed Mar. 29, 2012).

their guarantee obligations and made required periodic payments to MBS investors.  As shown in Figure 6, in spite of the 2010 accounting change, the Enterprises' provisions for losses related to their guarantee business totaled $132 billion through the third quarter of 2011.

**Figure 6:  Enterprise Provisions for Losses on MBS Guarantees vs. Retained Mortgages**[27]



**Multifamily**

Like with their single-family business, the Enterprises participate in mortgages secured by multifamily buildings, acquiring, holding, or securitizing them into MBS.  As shown in Figure 5, results from this business segment contributed a gain of $7 billion from 2008 through the end of the third quarter of 2011.

---

[27] Information for Allowance for Loan Losses and Reserves for Guarantee Losses taken from annual and quarterly filings (form 10K and form 10Q) from Fannie Mae and Freddie Mac between 2008 and 2011.

**Investments**

During the same time frame, investments contributed $4 billion in overall losses, as shown in
Figure 5. Figure 7 shows, however, that the Enterprises lost $83 billion on their investments in
2008, and that since that time annual gains have partially offset the 2008 results.

**Figure 7: Investments Gains/(Losses) 2008 Through 3Q11**[28]



Investment results are largely comprised of private-label MBS and derivative performance.

*Private-Label MBS*

From 2004 through 2007, as reflected in Figure 8, the Enterprises bought substantial quantities of
private-label MBS. Such securities typically offered higher yields than either their own such
securities or the mortgages they held in their investment portfolios. Further, in part, the
mortgages backing these securities often were issued to low- and moderate-income homebuyers,
whom the Enterprises had a legislative mission to serve.[29]

---

[28] Results from the Enterprises' investments and capital markets activities include derivatives and agency securities
in addition to private-label securities.

[29] Federal Reserve Board Chairman Ben S. Bernanke said, "By borrowing at this preferential rate and purchasing
assets (including MBS) that pay returns considerably greater than the Treasury rate, the GSEs can enjoy profits of an
effectively unlimited scale." Bernanke went on to say, "the GSE portfolio purchases may create benefits for home
purchase mortgages extended to lower-income households, to low- and moderate-income first-time homebuyers, and
to buyers of homes in lower-income neighborhoods." Board of Governors of the Federal Reserve System, *Statement*

**Figure 8:  New Acquisitions of Sub Prime and Other Private-Label Mortgage-Backed Securities,** *(by year of acquisition)*[30]



With the downturn in the overall housing market, the value of private-label MBS held by the Enterprises plummeted as well.  Freddie Mac noted in its financial statements for 2010, that the "decline has been particularly severe for subprime, **option [Adjustable Rate Mortgages (ARMs)]**, and Alt-A and other loans" held in MBS.[31]  Freddie Mac cited high unemployment, a large inventory of seriously delinquent mortgage loans and unsold homes, tight credit conditions, and weak consumer confidence as contributing to the poor performance of these securities.  Further,

> **Payment Option ARM or Option ARM**
> A special type of ARM that enabled the borrower to choose among various payments levels with each payment:  a 40-, 30-, or 15-year fully amortizing payment, an interest-only payment, or a negatively amortizing minimum payment.

---

*of Chairman Ben S. Bernanke* (Mar. 6, 2007) (online at www.federalreserve.gov/newsevents/speech/bernanke20070306a.htm).

[30] "Credit Statistics of Loan underlying Alt-A and Subprime Private-Label Mortgage-related Securities (including Wraps)", Fannie Mae Form 10-K, 2010, p124. and "Significant Modeled Attributes for Certain Non-Agency Mortgage-Related Securities", Freddie Mac Form 10-K 2010, p. 218.

[31] Freddie Mac, *2010 10-K Report*, at 96 (online at www.freddiemac.com/investors/er/pdf/10k_022411.pdf) (accessed Feb. 29, 2012).

subprime loans that back these securities have had significantly greater concentrations in states that have experienced the greatest distress during the economic downturn, such as California, Florida, Arizona, and Nevada.  Loans in these states have experienced among the highest delinquency rates and the credit losses associated with such loans have been among the highest in the country.[32]  Nonetheless, steep declines in the value of the Enterprises' private-label MBS in 2008 have been offset by income from them and partial recovery of MBS prices since then.

*Derivatives*

As the Enterprises accumulated investments in mortgages and MBS, they were exposed to significant risks affecting the value of their mortgage-related assets.  Like many sophisticated investors, they entered into **derivatives** contracts to manage interest rate risk.  Such **hedging** activities are intended to moderate the possible financial impact from these risk factors.  Derivatives function as a form of risk management such that when the value of the underlying asset declines, the value of the derivative contract rises and vice versa.  Changes in the value of these derivatives holdings are generally expected to offset fluctuations in the value of the Enterprises' portfolios of mortgages and MBS.  Thus, as MBS values have increased – and moderated the Enterprises' private-label MBS losses – the values of derivative contracts have declined.

> **Derivatives**
> Securities used to hedge interest rate or other risks related to holding a mortgage.
>
> **Hedging**
> The practice of taking an additional step, such as buying or selling a derivative, to reduce the risk of holding a certain investment, such as MBS.

## Other Losses

Losses attributable to the write down of low-income housing tax credits during the fourth quarter of 2009 are included in "Other Losses" shown in Figure 5.  Because the Enterprises currently are not generating taxable income, the credits, which they had previously acquired, have no practical present value to them.  Therefore, they sought Treasury's approval to sell their credits to entities that have net operating income and thus potential tax liability that the credits can offset.  Treasury denied their requests.  The write down of these credits for both Enterprises contributed $8 billion of the $16 billion loss.

---

[32] Freddie Mac, *2010 10-K Report*, at 96 (online at www.freddiemac.com/investors/er/pdf/10k_022411.pdf) (accessed Feb. 29, 2012).

**Accounting Adjustments**

The Enterprises make changes to their accounting policies when they are required to do so.  One such change in 2010 required them to report on their balance sheets the amount of mortgages outstanding that are included in MBS that they guaranteed.  This resulted in a one-time $8 billion loss for the Enterprises, as shown in Figure 5.

**Dividends to Treasury**

Through the third quarter of 2011, the Enterprises have paid Treasury $32 billion in dividends. Of course, as discussed above, Treasury advanced the dividend payments to the Enterprises.

# PUTTING THE LOSSES IN PERSPECTIVE: WINNERS AND LOSERS

As of the end of the last quarter prior to the conservatorships (i.e., June 30, 2008), the Enterprises had $1.6 trillion in short- and long-term outstanding debt; $3.7 trillion worth of MBS guarantees; and stockholders' equity of only $54 billion.  With mounting losses and without Treasury funding, it is likely the Enterprises would have found themselves with insufficient funds to make scheduled debt payments and satisfy MBS guarantee obligations.

## Losers:  Stockholders

According to the PSPAs, no dividends can be paid to preferred or common **shareholders** of the Enterprises (with the exception of Treasury) without Treasury's approval or until Treasury is fully repaid.  Additionally, Treasury received a warrant to purchase 80% of the Enterprises' stock for a nominal amount.  Both of these measures rendered the common shares of the Enterprises virtually worthless.  For example, Fannie Mae's shares closed at $4.74 on the Friday before conservatorship and as recently as of March 9, 2012, they traded for $0.32 per share on the OTC Bulletin Board (Fannie Mae's and Freddie Mac's shares are no longer traded on the New York Stock Exchange); similarly, Freddie Mac's shares, which closed at $5.10 on the Friday before conservatorship, have fallen to $0.326 per share as of March 9, 2012.  Other factors also have impaired the Enterprises' share prices.  Their share prices had deteriorated substantially before the conservatorships, and, had the Enterprises been forced to liquidate, common shareholders would not have received a return on their investment until all creditors and senior classes of shareholders had been paid in full.[33]

In short, the PSPAs give priority in repayment to Treasury ahead of any other preferred or common shareholders.  Thus, the preferred and common shareholders of Fannie Mae and Freddie Mac did not benefit by Treasury's actions.  They effectively lost their investments.

## Winners:  Holders of Bonds and Guaranteed MBS

Treasury's investment effectively made "explicit" the federal government's "implicit" guarantee of the Enterprises' debt.  Further, by placing the Enterprises in conservatorship and committing to making capital investments in them, FHFA and Treasury provided assurance that the Enterprises would, in turn, be able to make contractually required payments to future **creditors**.

---

[33] 12 U.S.C. § 4617(c).

Neither Enterprise publishes a comprehensive list of creditors. However, foreign central banks, commercial banks, fund managers, insurance companies, state and local governments, corporate pensions, individuals, and nonprofit foundations invested in the Enterprises' debt and guaranteed MBS. For example, in the year before the conservatorships, Fannie Mae sold bonds to the following categories of investors: foreign central banks (44%), fund managers (26%), commercial banks (18%), insurance companies (6%), state and local governments (4%), retail (2%), and corporate pensions (1%).[34]

More importantly, allowing the Enterprises to meet their debt and guarantee obligations enabled them to continue to support the secondary market. As the Congressional Research Service has noted:

> A failure or default by Fannie [Mae] or Freddie [Mac] would have severely disrupted financial markets around the world. If the [Enterprises'] portfolios of mortgage loans and MBSs had to be liquidated, prices would plunge, the secondary market for mortgages would be decimated, and the supply of new mortgage credit might be severely restricted. These market disruptions would have negative impacts on the economy as a whole.[35]

Further, since September 2008, the private sector has almost entirely abandoned the secondary mortgage market, and the Enterprises and Ginnie Mae have stepped up to fill the void. In 2010, the Enterprises' and Ginnie Mae's guaranteed MBS comprised 96% of newly issued MBS. Additionally, Treasury's intervention has provided assurance to future creditors and MBS investors that they, too, will get their money back if they transact business with the Enterprises.

> **Creditors vs. Shareholders**
> Creditors, also called lenders, expect to earn interest that will be paid according to contractual terms.
>
> Common shareholders are the owners of a company, can receive dividends if the company declares them, and can sell their shares to others.
>
> Preferred shareholders cannot vote on shareholder matters, but they receive preference over common shareholders if the company becomes insolvent and its assets are distributed.

---

[34] Fannie Mae, *Review of Funding Activities for 2009*, p. 2 (Dec. 2009). (Figures do not add to 100% because of rounding.)

[35] Congressional Research Service, *Fannie Mae and Freddie Mac in Conservatorship* (Sept. 15, 2008).

# OUTLOOK:  FORECASTING FUTURE GOVERNMENT PAYMENTS

From September 2008 through the end of 2011, Treasury invested $185 billion in the Enterprises, and FHFA projects three scenarios for the future capital draws by both Fannie Mae and Freddie Mac through the end of calendar year 2014.[36]  Under these projections, the amount of the additional payments that Treasury would make to each Enterprise depends on the outlook for home prices – e.g., whether prices continue to fall, if so, by how much and for how long – and when and how strongly circumstances turn around so prices begin to increase.  According to the most recent projections, which FHFA released in October 2011, additional taxpayer financing for the Enterprises ranges from $37 billion to as much as $128 billion through the end of 2014.[37]  In other words, total Treasury support for the Enterprises is currently expected to range from a low of $220 billion to a high of $311 billion.

---

[36] Federal Housing Finance Agency, *FHFA Releases Projections Showing Range of Potential Draws for Fannie Mae and Freddie Mac* (online at www.fhfa.gov/webfiles/19409/Projections_102110.pdf) (accessed Feb. 29, 2012). For this purpose, FHFA used three house price path projections with a "current baseline" in which the decline in house prices hits bottom in the first quarter of 2012 and then prices rise by 15% through the end of 2014; a second scenario in which near-term growth is stronger but prices end up at the same level as the baseline by the end of 2014; and a "deeper second recession" projection in which house prices bottom out in mid-2012 and then rise by 23%.

[37] However, the projections reported are not expected outcomes.  They are modeled projections in response to "what if" scenarios involving assumptions about Enterprise operations, loan performance, macroeconomic and financial market conditions, and house prices.  The projections do not define the full range of possible outcomes and actual outcomes may be very different.  This effort should be interpreted as an analysis of the sensitivity of future Enterprise capital draws to possible house price paths.

FHFA provided the Enterprises with key assumptions for each scenario.  The Enterprises used their respective internal models to project their financial results based on the assumptions provided by FHFA.  While this effort achieves a degree of comparability between the Enterprises, it does not allow for actions that the Enterprises might undertake in response to the economic conditions specified in the scenarios.  Those Enterprise-specific business changes could lead to results that differ from those presented in the projections.

# SCOPE AND METHODOLOGY

This is one in a series of audits, evaluations, and special reports reflecting FHFA-OIG's ongoing oversight and analysis of FHFA's conservatorships of the Enterprises.

The bases of the financial analysis were the tables included in the Enterprises' SEC filings, FHFA's Conservatorship Report of the Enterprises' Financial Performance, and other publicly available information.  To gain an understanding of the issues discussed herein, FHFA-OIG interviewed officials from the Office of the Financial Analysis, Modeling and Simulations, FHFA, as well as the Office of the Chief Accountant, FHFA.  FHFA-OIG also shared drafts of the report with FHFA, Fannie Mae, and Freddie Mac executives.

This report was prepared under the authority of the Inspector General Act of 1978, as amended, and in accordance with the Quality Standards for Inspection and Evaluation (January 2011), which were promulgated by the Council of the Inspectors General on Integrity and Efficiency. These standards require FHFA-OIG to plan and perform evaluations that obtain evidence sufficient to provide reasonable bases for its findings and recommendations.  FHFA-OIG believes that the analysis and conclusions contained in this report meet these standards.

The scope of this report is from January 2008 through September 2011.

FHFA-OIG appreciates the efforts of FHFA and its staff in providing information and access to necessary documents to accomplish this evaluation.

# APPENDIX

## The Mechanics of Treasury Financial Support of the Enterprises

### The Draw

With each quarter's public filings, FHFA reviews each Enterprise's financial report to determine if its liabilities exceed its assets.  This condition is called "stockholders' deficit."  If there is a stockholders' deficit, FHFA requests money from Treasury – called the Draw – to make up any such deficit.  Treasury, in turn, receives a similar increase in the stated value (called the "liquidation preference") of the senior preferred shares purchased from the Enterprises at the inception of the conservatorships.  Given this unique structure, Treasury is not *lending money to* the Enterprises as much as it is *investing in* them.

Under HERA, if the obligations of an Enterprise exceed its assets for more than 60 days, FHFA would appoint a receiver of an Enterprise.[38]  If Treasury had not been providing funding during the conservatorships, the Enterprises, given their losses, would have entered receivership.

### How the Draw is Calculated

- According to the terms of the PSPA between Treasury and each Enterprise, the Enterprises were required to each issue $1 billion in senior preferred stock without a corresponding cash payment from Treasury.  This was called the "initial commitment fee."  Every time an Enterprise makes a Draw under the PSPA, the liquidation preference of the senior preferred stock increases by the same amount.

- Each quarter's Draw is based on the stockholders' deficit, if any, from the previous quarter.

- Up until the second quarter of 2011, the Draw was the stockholders' deficit rounded up to the nearest $100 million and paid in the following quarter.  Beginning with the payment in the third quarter of 2011, the Draw was rounded up to the nearest million dollars.

---

[38] 12 U.S.C. § 4617(a)(4).

# ADDITIONAL INFORMATION AND COPIES

For additional copies of this report:

      Call FHFA-OIG at:  202-730-0880

      Fax your request to:  202-318-0238

      Visit the FHFA-OIG website at:  www.fhfaoig.gov


To report alleged fraud, waste, abuse, mismanagement, or any other kind of criminal or noncriminal misconduct relative to FHFA's programs or operations:

      Call our Hotline at:  1-800-793-7724

      Fax us the complaint directly to:  202-318-0358

      E-mail us at:  oighotline@fhfa.gov

      Write to us at:  FHFA Office of Inspector General
                      Attn:  Office of Investigation – Hotline
                      400 Seventh Street, S.W.
                      Washington, DC  20024

***HIGHLY CONFIDENTIAL***
DO NOT DISTRIBUTE OR SHARE WITH OTHER PARTIES

# GSE Preferred Stock Purchase Agreements (PSPA) Overview and Key Considerations

Sensitive and Pre-Decisional

June 13, 2012

Sensitive / Pre-Decisional

# Discussion Agenda

1) Executive Summary

2) Overview of the GSE Preferred Stock Purchase Agreements (PSPAs)

3) Key Considerations With Existing PSPAs

4) GSE Financial Projections

  • Base Case

  • Stress Case

5) Treasury's PSPA Modification Proposal

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3834

Sensitive / Pre-Decisional

# Section 1:  Executive Summary

**1) Executive Summary**

2) Overview of the GSE Preferred Stock Purchase Agreements (PSPAs)

3) Key Considerations With Existing PSPAs

4) GSE Financial Projections

- Base Case

- Stress Case

5) Treasury's PSPA Modification Proposal

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3835

Sensitive / Pre-Decisional

# Executive Summary

- U.S. Department of Treasury (Treasury) provides capital support to Fannie Mae and Freddie Mac (the GSEs), pursuant to the Preferred Stock Purchase Agreements (PSPAs).

- Financial modeling by the GSEs, the Federal Housing Finance Agency (FHFA) and Treasury highlights that a majority of future draws will likely be necessary to cover dividend payments to Treasury.

- This circularity (i.e. the GSEs drawing from Treasury to pay dividends to Treasury) reduces Treasury's ability to support the capital needs of the GSEs once the final level of the caps are fixed as of the December 31, 2012 financials.

- Consequently, Treasury proposes to modify the PSPAs to protect the solvency of the GSEs.

  - Replace the fixed 10 percent quarterly cash dividend paid by each GSE to Treasury with a variable quarterly dividend equal to any net worth above a certain dollar threshold (a net worth sweep) otherwise the quarterly dividend is zero.

- Over time and based on earnings projections of the GSEs, there should be no material difference in the net cash returned to taxpayers  (i.e., the difference between draws taken and dividends received) as would be expected with the fixed ten percent dividend.

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3836

Sensitive / Pre-Decisional

# Primary GSE Financial Forecast Assumptions

- As conservator, FHFA evaluated the GSEs financial future by performing sensitivity analyses, commonly referred to as the "stress tests."

  - The sensitivity analyses included a base and downside case and were projected out to year 2014.

  - The sensitivity analyses were based on assumptions about GSE operations, loan performance, macroeconomic and financial market conditions, and house prices.

- Treasury also evaluated the financial prospects of the GSEs.

  - Grant Thornton was engaged as an independent, third-party consultant to perform a valuation of the entities for the Treasury Financial Report and OMB budget estimation figures.

  - Grant Thornton developed their own forecasts based, in part, on the forecasts prepared by each GSE based on a consistent set of assumptions provided by FHFA.

  - The Grant Thornton models were projected out until each GSE depleted its PSPA capacity.

- Both the FHFA and Grant Thornton analyses were used to generate the forecast estimates on the subsequent pages.

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3837

# Section 2: Overview of the GSE Preferred Stock Purchase Agreements

1) Executive Summary

2) **Overview of the GSE Preferred Stock Purchase Agreements (PSPAs)**

3) Key Considerations With Existing PSPAs

4) GSE Financial Projections

- Base Case

- Stress Case

5) Treasury's PSPA Modification Proposal

TREASURY-3838

Sensitive / Pre-Decisional

# Conservatorship & the PSPAs

- In September 2008, the FHFA placed Fannie Mae and Freddie Mac into conservatorship.

  - As stated by FHFA, the goals of conservatorship include: (1) helping restore confidence in the GSEs, (2) enhancing the GSEs' capacity to fulfill their role in the housing market, and (3) mitigating the systemic risk that has contributed to market instability.

- When the GSEs entered conservatorship, each GSE received capital support through PSPAs with the Treasury.

  - The PSPAs were designed to provide confidence to the market that the GSEs would remain solvent.

- Under the PSPAs, Treasury committed to make advances of funds to each GSE for each calendar quarter in which the liabilities of the respective GSE exceeded its assets in order to maintain solvency (i.e. maintain positive net worth).

  - Operationally, there is a one quarter lag between the net worth deficit being measured and subsequently cured by a PSPA draw. (I.e., a one-quarter delayed payment)

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3839

# Conservatorship & the PSPAs (Cont'd)

Sensitive / Pre-Decisional

- The initial cap on the Treasury Senior Preferred Stock funding commitment to each GSE was $100 billion. In return for the commitments, Treasury received a preferred stock certificate from each GSE and an initial $1 billion liquidation preference. Treasury also received warrants with the right to purchase up to 79.9 percent of the common equity of each GSE.

- Under the terms of each preferred stock certificate, the "liquidation preference" value increases dollar-for-dollar by the amount of each advance of funds made by Treasury to the respective GSE under the commitment.

- The cash dividend rate on the preferred stock under the PSPAs was set at 10 percent of the cumulative liquidation preference.

- Since they were initially established, the PSPAs have been amended twice:

- First, in May 2009, when the commitment caps were increased to $200 billion for each GSE;

  - Retained portfolio cap increased to $900 billion (from $850 billion) at December 31, 2009 with 10% annual declines based on the cap (in place of the year-end balance).

- Second, in December 2009, when the fixed $200 billion cap was amended to increase by the amount of draws between January 1, 2010 and December 31, 2012.

- After December 31, 2012, the commitment cap becomes fixed again and the unused balance of the commitment will be available to be drawn under the existing terms of the PSPAs.

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3840

# PSPAs: Key Terms

Sensitive / Pre-Decisional

| As of December 31, 2011 | |
|---|---|
| **Core Terms** | |
| Amended & Restated PSPAs | Signed on September 26, 2008. |
| Amendments Dated | 1st Amendment – May 6, 2009;  2nd Amendment – December 24, 2009. |
| Liquidation Preference | Increases with draws under the funding commitment.[1] |
| Dividend Rate | Cash 10%; if elected to be paid in kind ("PIK") 12%. |
| Seniority of Senior Preferred Stock | Senior Preferred Stock is senior to the existing preferred stock issued prior to conservatorship and common equity but is junior to all debt claims and obligations. |
| | |
| **Covenants** | |
| Retained Investment Portfolio | Reduce by 10% per year until the GSEs' retained portfolios each reach $250 billion. |
| Dividend Payments to Other Parties | None permitted until senior preferred stock is repaid in full. |
| Asset Sales | No sale, transfer, or disposition of any assets other than dispositions for fair value in the ordinary course of business. |
| Leverage Limitation | Not permitted to increase debt to more than 120% of the total amount of mortgages and mortgage-backed securities owned by each enterprise. |
| | |
| **Other Terms** | |
| Warrants | Right to purchase up to 79.9 percent of the common equity at one-thousandth of one cent ($0.00001) per share, fully diluted.  Warrants expire Sept. 7, 2028. |

[1] As amended on December 24, 2009, each PSPA commits Treasury to provide additional support to each Enterprise through the end of 2012 in exchange for a greater liquidation preference. Treasury's financial commitment now equals the greater of $200 billion or $200 billion plus cumulative net worth deficits experienced during 2010, 2011, and 2012, less any surplus remaining as of December 31, 2012.  Beginning in 2013, the capacity available becomes fixed and the remaining capacity declines as there are further draws.

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

# PSPAs: Usage To Date

Sensitive / Pre-Decisional



**Fannie Mae:**
$ in Billions

**Freddie Mac:**
$ in Billions

- Cumulative gross draws by Fannie Mae through March 31, 2012 total **$117.2 billion** (including the initial $1.0 billion liquidation preference), of which $19.4 billion were drawn to fund senior preferred stock dividends paid to Treasury.

- Cumulative gross draws by Freddie Mac through March 31, 2012 total **$72.3 billion** (including the initial $1.0 billion liquidation preference), of which $7.0 billion were drawn to fund senior preferred stock dividends paid to Treasury.

- Since 2008, nearly **17%** of the total PSPA draws by Fannie Mae and nearly **10%** of the total PSPA draws by Freddie Mac have been used to pay senior preferred stock dividends back to Treasury.

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3842

Sensitive / Pre-Decisional

# Remaining Preferred Stock Purchase Agreement Capacity

- Initial Purchase Agreement had a specified funding commitment cap of $100 billion for each GSE.

- The May 2009 amendment increased the specified cap for each institution to a fixed $200 billion.

- The Dec. 2009 amendment modified the fixed cap and allowed the cap to increase dollar for dollar for any draws between Jan. 1, 2010 and Dec. 31, 2012.

  - At the end of 2009, Fannie Mae had drawn $75.2 billion and Freddie Mac had drawn $50.7 billion, excluding the initial $1.0 billion liquidation preference for which the GSEs did not receive cash proceeds.

- At the end of 2012, these caps become fixed and there will be ~$125 billion of capacity remaining for Fannie Mae and ~$149 billion for Freddie Mac.

  - This remaining capacity will decline to the extent there are further draws from 2013 onward.

**Fannie Mae:**

PSPA cap as of 12/24/09 amendment          $200 billion

+ Est. PSPA draws[1] Jan. '10 – Dec. '12 + $65.9 billion

Total est. PSPA cap on Dec. 31, 2012          $265.9 billion

- PSPA draws through Dec. 31, 2009          - $75.2 billion

- Est. PSPA draws[1] Jan. '10 – Dec. '12    - $65.9 billion

= Remaining capacity Dec. 31, 2012          $124.8 billion
*(less any positive net worth on Dec. 31, 2012)*

**Freddie Mac:**

PSPA cap as of 12/24/09 amendment          $200 billion

+ Est. PSPA draws[2] Jan. '10 – Dec. '12 + $25.1 billion

Total est. PSPA cap on Dec. 31, 2012          $225.1 billion

- PSPA draws through Dec. 31, 2009          - $50.7 billion

- Est. PSPA draws[1] Jan. '10 – Dec. '12    - $25.1 billion

= Remaining capacity Dec. 31, 2012          $149.3 billion
*(less any positive net worth on Dec. 31, 2012)*

[1] Actual draws between January 1, 2010 and March 31, 2012, forecasted draws thereafter. Forecasted draws through December 31, 2012 as estimated by the base case forecast in the Federal Housing Finance Agency's annual "Projections of the Enterprises' Financial Performance" report, released October 2011.

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3843

Sensitive / Pre-Decisional

# Section 3:  Key Considerations With Existing PSPAs

1) Executive Summary

2) Overview of the GSE Preferred Stock Purchase Agreements (PSPAs)

**3) Key Considerations With Existing PSPAs**

4) GSE Financial Projections

- Base Case

- Stress Case

5) Treasury's PSPA Modification Proposal

12

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3844

# Structural Considerations With The PSPAs

Sensitive / Pre-Decisional

- A large percentage of recent draws has been used to fund dividend payments.

  - Of Fannie Mae's $117.2 billion draw, $19.4 billion (~17%) has been used to fund dividends.
  - Of Freddie Mac's $72.3 billion draw, $7.0 billion (~10%) has been used to fund dividends.

- Financial modeling employed by the GSEs, FHFA and Treasury highlights that a majority of future draws will likely be used to pay dividend payments to Treasury.

  - "Our annual dividend obligation on the senior preferred stock exceeds our annual historical earnings in all but one period... it is unlikely that we will regularly generate net income... in excess of our annual dividends payable to Treasury. As a result, there is significant uncertainty as to our long-term financial sustainability. Continued cash payment of senior preferred dividends... will have an adverse impact on our future financial condition and net worth..." – Freddie Mac 2011 10-K.

  - "We will continue to need funds from Treasury as a result of a number of factors, including the dividends we are required to pay Treasury on the senior preferred stock... As a result of our draws, we do not expect to earn profits in excess of our annual dividend obligation to Treasury for the indefinite future..." – Fannie Mae 2011 10-K.

- The circularity described above (i.e. the GSEs drawing from Treasury to pay dividend payments to Treasury) reduces Treasury's ability to support the capital needs of the GSEs once the final level of the caps are fixed as of the December 31, 2012 financials.

TREASURY-3845

# Section 4: GSE Financial Projections

1) Executive Summary

2) Overview of the GSE Preferred Stock Purchase Agreements (PSPAs)

3) Key Considerations With Existing PSPAs

**4) GSE Financial Projections**

- **Base Case**

- **Stress Case**

5) Treasury's PSPA Modification Proposal

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3846

# Fannie Mae Base Case PSPA Forecast

Sensitive / Pre-Decisional

| Projections: $ in billions | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Comprehensive Income (Loss)[1] | ($13.1) | $5.4 | $13.1 | $13.5 | $9.1 | $8.5 | $8.0 | $7.9 | $8.5 | $8.4 | $8.1 | $8.0 |
| Total Gross PSPA Draw | $28.7 | $11.4 | $2.9 | $1.2 | $7.0 | $7.1 | $8.2 | $9.4 | $9.8 | $10.7 | $12.1 | $13.5 |
| Total Dividend Paid | ($11.8) | ($14.0) | ($14.8) | ($15.0) | ($15.2) | ($15.9) | ($16.6) | ($17.5) | ($18.4) | ($19.4) | ($20.6) | ($21.8) |
| Total PSPA Draw Net of PSPA Dividends | $16.9 | ($2.6) | ($11.9) | ($13.8) | ($8.2) | ($8.8) | ($8.4) | ($8.1) | ($8.6) | ($8.7) | ($8.5) | ($8.3) |
| Projected End of Period Net Worth[2] | ($6.2) | ($3.4) | ($2.2) | ($2.5) | ($1.6) | ($1.9) | ($2.3) | ($2.4) | ($2.5) | ($2.9) | ($3.3) | ($3.6) |
| Percent of Dividends Funded by PSPA Draws | 100% | 81% | 20% | 8% | 46% | 45% | 49% | 54% | 53% | 55% | 59% | 62% |
| Dollar Amt. of Dividends Funded by Earnings | $0.0 | $2.6 | $11.9 | $13.8 | $8.2 | $8.8 | $8.4 | $8.1 | $8.6 | $8.7 | $8.5 | $8.3 |
| Cumulative Cash Dividends Funded by Earnings | $0.0 | $2.6 | $14.5 | $28.3 | $36.5 | $45.3 | $53.7 | $61.7 | $70.4 | $79.1 | $87.6 | $95.9 |
| Cumulative Net Return To Taxpayers By FY2023[3] | | | | | | | | | | | | $92.4 |
| Beginning PSPA Liquidation Preference | $112.6 | $141.3 | $152.7 | $155.6 | $156.8 | $163.8 | $170.9 | $179.1 | $188.5 | $198.3 | $209.0 | $221.1 |
| Total Gross Liquidation Preference | $28.7 | $11.4 | $2.9 | $1.2 | $7.0 | $7.1 | $8.2 | $9.4 | $9.8 | $10.7 | $12.1 | $13.5 |
| Cumulative Gross Liquidation Preference | $141.3 | $152.7 | $155.6 | $156.8 | $163.8 | $170.9 | $179.1 | $188.5 | $198.3 | $209.0 | $221.1 | $234.6 |
| Remaining PSPA Funding Capacity | $125.0 | $120.8 [4] | $117.9 | $116.7 | $109.7 | $102.6 | $94.4 | $85.0 | $75.2 | $64.5 | $52.4 | $38.9 |
| Cumulative Net PSPA Investment[5] | $112.3 | $109.7 | $97.7 | $84.0 | $75.8 | $67.0 | $58.6 | $50.5 | $41.9 | $33.2 | $24.7 | $16.4 |

## Per annum projected PSPA draws and dividends
$ in billions

$60
$20
($20)
($60)

'11 '12 '13 '14 '15 '16 '17 '18 '19 '20 '21 '22 '23

10% Cash Dividend   Net Compreh. Income (1)   Gross PSPA Liqd. Pref.

## Projected PSPA funding capacity as a result of draws
$ in billions

$150
$120
$90
$60
$30
$0

'11 '12 '13 '14 '15 '16 '17 '18 '19 '20 '21 '22 '23

PSPA Capacity Left

(1) Net comprehensive income is defined as the sum of economic net interest margin, fees and other income less a provision for credit losses, administrative expenses and other non-interest expenses.
(2) Negative every year because of a one quarter timing delay in payment of PSPA draw requests. Calculated as the sum of net comprehensive income and total gross PSPA draws less total dividends paid.
(3) The cumulative net return to taxpayers by FY2023 represents the sum of the cumulative cash dividends funded by earnings as of FY2023 and the projected end of period net worth in FY2023.
(4) Remaining PSPA funding capacity reduced by draws that occur after January 1, 2013. Potential PSPA draws in 4Q 2012 appear as FY2013 but do not reduce PSPA capacity.
(5) The cumulative net PSPA investment decreases by the dollar amount of dividends funded by earnings paid to the U.S. Department of the Treasury.

TREASURY-3847

# Fannie Mae Downside Case PSPA Forecast

Sensitive / Pre-Decisional

| Projections: $ in billions | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Comprehensive Income (Loss)[1] | ($49.0) | ($8.8) | $12.9 | $18.6 | $9.3 | $8.7 | $8.2 | $8.0 | $8.7 | $8.5 | - | - |
| | | | | | | | | | | | | |
| Total Gross PSPA Draw | $58.1 | $34.3 | $11.3 | $4.5 | $18.6 | $14.5 | $16.5 | $18.4 | $19.9 | $8.7 | - | - |
| Total Dividend Paid | ($12.9) | ($18.6) | ($21.1) | ($21.9) | ($22.2) | ($23.7) | ($25.2) | ($26.9) | ($28.8) | ($28.7) | - | - |
| Total PSPA Draw Net of PSPA Dividends | $45.2 | $15.7 | ($9.8) | ($17.4) | ($3.6) | ($9.2) | ($8.7) | ($8.5) | ($8.9) | | - | - |
| | | | | | | | | | | | | |
| Projected End of Period Net Worth[2] | ($20.3) | ($13.4) | ($10.3) | ($9.0) | ($3.4) | ($3.9) | ($4.4) | ($4.9) | ($5.2) | | - | - |
| | | | | | | | | | | | | |
| Percent of Dividends Funded by PSPA Draws | 100% | 100% | 54% | 21% | 84% | 61% | 65% | 68% | 69% | | - | - |
| Dollar Amt. of Dividends Funded by Earnings | $0.0 | $0.0 | $9.8 | $17.4 | $3.6 | $9.2 | $8.7 | $8.5 | $8.9 | | - | - |
| Cumulative Cash Dividends Funded by Earnings | $0.0 | $0.0 | $9.8 | $27.2 | $30.8 | $40.0 | $48.7 | $57.2 | $66.2 | | - | - |
| | | | | | | | | | | | | |
| Cumulative Net Return To Taxpayers By FY2023[3] | | | | | | | | | $60.9 | | | - |
| | | | | | | | | | | | | |
| Beginning PSPA Liquidation Preference | $112.6 | $170.7 | $205.0 | $216.3 | $220.8 | $239.4 | $253.9 | $270.4 | $288.8 | $308.7 | - | - |
| Total Gross Liquidation Preference | $58.1 | $34.3 | $11.3 | $4.5 | $18.6 | $14.5 | $16.5 | $18.4 | $19.9 | $8.7 | - | - |
| Cumulative Gross Liquidation Preference | $170.7 | $205.0 | $216.3 | $220.8 | $239.4 | $253.9 | $270.4 | $288.8 | $308.7 | $317.4 | - | - |
| Remaining PSPA Funding Capacity | $125.0 | $112.4 [4] | $101.1 | $96.6 | $78.0 | $63.5 | $47.0 | $28.6 | $8.7 | ($0.0) | - | - |
| | | | | | | | | | | | | |
| Cumulative Net PSPA Investment[5] | $140.6 | $156.2 | $146.4 | $129.1 | $125.5 | $116.3 | $107.6 | $99.0 | $90.1 | | - | - |

## Per annum projected PSPA draws and dividends
$ in billions



Legend: 10% Cash Dividend ■ Net Compreh. Income (1) ■ Gross PSPA Liqd. Pref.

## Projected PSPA funding capacity as a result of draws
$ in billions



PSPA Capacity Left

(1) Net comprehensive income is defined as the sum of economic net interest margin, fees and other income less a provision for credit losses, administrative expenses and other non-interest expenses.
(2) Negative every year because of a a one quarter timing delay in payment of PSPA draw requests. Calculated as the sum of net comprehensive income and total gross PSPA draws less total dividends paid.
(3) The cumulative net return to taxpayers by FY2023 represents the sum of the cumulative cash dividends funded by earnings as of FY2023 and the projected end of period net worth in FY2023.
(4) Remaining PSPA funding capacity reduced by draws that occur after January 1, 2013. Potential PSPA draws in 4Q 2012 appear as FY2013 but do not reduce PSPA capacity.
(5) The cumulative net PSPA investment decreases by the dollar amount of dividends funded by earnings paid to the U.S. Department of the Treasury.

TREASURY-3848

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

# Freddie Mac Base Case PSPA Forecast

Sensitive / Pre-Decisional

| Projections: $ in billions | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Comprehensive Income (Loss)[1] | $6.7 | $9.5 | $10.6 | $6.0 | $5.5 | $5.5 | $5.6 | $5.3 | $5.5 | $5.4 | $5.4 | $5.4 |
| Total Gross PSPA Draw | $10.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $1.5 | $2.5 | $2.6 | $3.0 | $3.3 |
| Total Dividend Paid | ($7.3) | ($7.7) | ($7.7) | ($7.7) | ($7.7) | ($7.7) | ($7.7) | ($7.7) | ($7.9) | ($8.2) | ($8.4) | ($8.7) |
| Total PSPA Draw Net of PSPA Dividends | $3.2 | ($7.7) | ($7.7) | ($7.7) | ($7.7) | ($7.7) | ($7.7) | ($6.2) | ($5.4) | ($5.6) | ($5.4) | ($5.4) |
| Projected End of Period Net Worth[2] | $3.5 | $5.3 | $8.2 | $6.6 | $4.4 | $2.3 | $0.2 | ($0.7) | ($0.6) | ($0.7) | ($0.8) | ($0.8) |
| Percent of Dividends Funded by PSPA Draws | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 19% | 32% | 32% | 36% | 38% |
| Dollar Amt. of Dividends Funded by Earnings | $0.0 | $7.7 | $7.7 | $7.7 | $7.7 | $7.7 | $7.7 | $6.2 | $5.4 | $5.6 | $5.4 | $5.4 |
| Cumulative Cash Dividends Funded by Earnings | $0.0 | $7.7 | $15.3 | $23.0 | $30.7 | $38.3 | $46.0 | $52.2 | $57.6 | $63.2 | $68.6 | $74.0 |
| Cumulative Net Return To Taxpayers By FY2023[3] | | | | | | | | | | | | $73.2 |
| Beginning PSPA Liquidation Preference | $72.2 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $84.2 | $86.7 | $89.3 | $92.3 |
| Total Gross Liquidation Preference | $10.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $1.5 | $2.5 | $2.6 | $3.0 | $3.3 |
| Cumulative Gross Liquidation Preference | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $84.2 | $86.7 | $89.3 | $92.3 | $95.6 |
| Remaining PSPA Funding Capacity | $150.0 | $150.0 [4] | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $148.5 | $146.0 | $143.4 | $140.4 | $137.1 |
| Cumulative Net PSPA Investment[5] | $60.5 | $52.8 | $45.2 | $37.5 | $29.8 | $22.2 | $14.5 | $8.3 | $2.9 | ($2.7) | ($8.1) | ($13.5) |

TREASURY-3849



**Per annum projected PSPA draws and dividends**
$ in billions

10% Cash Dividend   ■ Net Compreh. Income (1)   ■ Gross PSPA Liqd. Pref.

**Projected PSPA funding capacity as a result of draws**
$ in billions

◆ PSPA Capacity Left

(1) Net comprehensive income is defined as the sum of economic net interest margin, fees and other income less a provision for credit losses, administrative expenses and other non-interest expenses.
(2) Negative in some years because of a one quarter timing delay in payment of PSPA draw requests. Calculated as the sum of net comprehensive income and total gross PSPA draws less total dividends paid.
(3) The cumulative net return to taxpayers by FY2023 represents the sum of the cumulative cash dividends funded by earnings as of FY2023 and the projected end of period net worth in FY2023.
(4) Remaining PSPA funding capacity reduced by draws that occur after January 1, 2013. Potential PSPA draws in 4Q 2012 appear as FY2013 but do not reduce PSPA capacity.
(5) The cumulative net PSPA investment decreases by the dollar amount of dividends funded by earnings paid to the U.S. Department of the Treasury.

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE