UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PERRY CAPITAL LLC,<br><br>    Plaintiff,<br><br> v.<br><br>JACOB J. LEW, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1025 (RLW) |
| FAIRHOLME FUNDS, INC., *et al.*<br><br>    Plaintiffs,<br><br> v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1053 (RLW) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1439 (RLW) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br>_____<br>This document relates to:<br>ALL CASES | Misc. Action No. 13-mc-01288 (RLW) |

**NOTICE OF FILING DOCUMENT COMPILATION BY DEFENDANTS
FEDERAL HOUSING FINANCE AGENCY AND EDWARD DEMARCO
REGARDING THIRD AMENDMENT TO
SENIOR PREFERRED STOCK PURCHASE AGREEMENTS**

Defendants Federal Housing Finance Agency ("FHFA" or "Conservator"), as Conservator for the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac," together with Fannie Mae, the "Enterprises"), and Edward DeMarco, in his official capacity as Acting Director of the Federal Housing Finance Agency (collectively, the "FHFA Defendants") hereby provide this notice of filing a document compilation.

Plaintiffs allege that the Third Amendment to the Treasury Agreement is arbitrary and capricious under the Administrative Procedure Act ("APA").  It is undisputed that the actions challenged by plaintiffs were undertaken by FHFA in its capacity as statutory Conservator of Fannie Mae and Freddie Mac.  This Court is without jurisdiction to review such actions of the Conservator.   12 U.S.C. § 4617(f).  As the APA does not permit review of actions of the Conservator (5 U.S.C. § 701(a)(2)), Defendants FHFA and DeMarco are not required to—and have not—created or maintained an administrative record relating to the execution of the Third Amendment.  Nevertheless, the enclosed documents reflect the considerations and views FHFA as Conservator took into account in connection with execution of the Third Amendment.  The enclosed index to the documents identifies the relevant considerations.

Dated: December 17, 2013  /s/ Asim Varma
ASIM VARMA
asim.varma@aporter.com
HOWARD N. CAYNE
howard.cayne@aporter.com
DAVID B. BERGMAN
david.bergman@aporter.com
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Telephone: 202.942.5000
Facsimile: 202.942.5999

*Attorneys for the Federal Housing Finance Agency and Edward DeMarco*

## **CERTIFICATE OF SERVICE**

I hereby certify that today, December 17, 2013, I electronically filed the foregoing using the Court's CM/ECF system, which caused true and correct copy of the foregoing to be served on all counsel of record.

/s/ Asim Varma
ASIM VARMA

*Attorney for the Federal Housing Finance Agency and Edward DeMarco*