# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| PERRY CAPITAL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB J. LEW, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1025 (RLW) |
| FAIRHOLME FUNDS, INC., *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1053 (RLW) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1439 (RLW) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br>_____<br>This document relates to:<br>ALL CASES | Misc. Action No. 13-mc-01288 (RLW) |

**INDEX TO DOCUMENT COMPILATION BY DEFENDANTS
FEDERAL HOUSING FINANCE AGENCY AND EDWARD DEMARCO
REGARDING THIRD AMENDMENT TO
SENIOR PREFERRED STOCK PURCHASE AGREEMENTS**

| Tab | Document | Pin Cite | Bates Range |
|---|---|---|---|
| 1 | Declaration of FHFA Special Advisor to the Office of the Director Mario Ugoletti | | FHFA 0001-0010 |
| 2 | Statement of FHFA Director James B. Lockhart III (September 7, 2008) | 8 | FHFA 0011-0020 |
| 3 | Statement of Treasury Secretary Henry M. Paulson, Jr. (September 7, 2008) | 3 | FHFA 0021-0023 |
| 4 | Department of the Treasury Senior Preferred Stock Purchase Agreement Fact Sheet (September 7, 2008) | 1 | FHFA 0024-0025 |
| 5 | FHFA Questions and Answers on Conservatorship (September 7, 2008) | 3 | FHFA 0026-0028 |
| 6 | Testimony of FHFA Director James B. Lockhart III (September 25, 2008) | 5, 12, 34 | FHFA 0029-0127 |
| 7 | Fannie Mae's Senior Preferred Stock Purchase Agreement with Treasury (September 26, 2008) | | FHFA 0128-0141 |
| 8 | Freddie Mac's Senior Preferred Stock Purchase Agreement with Treasury (September 26, 2008) | | FHFA 0142-0155 |
| 9 | Department of the Treasury, Annual Financial Report, Part III (November 17, 2008) | 205 | FHFA 0156-0251 |
| 10 | FHFA Mortgage Market Note (December 5, 2008) | | FHFA 0252-0257 |
| 11 | Fannie Mae, Form 10-K 2008 (February 26, 2009) | 31, 162 | FHFA 0258-0675 |
| 12 | First Amendment to Fannie Mae's Senior Preferred Stock Purchase Agreement with Treasury (May 6, 2009) | | FHFA 0676-0680 |

| Tab | Document | Pin Cite | Bates Range |
|---|---|---|---|
| 13 | First Amendment to Freddie Mac's Senior Preferred Stock Purchase Agreement with Treasury (May 6, 2009) | | FHFA 0681-0685 |
| 14 | FHFA 2008 Annual Report to Congress (May 18, 2009) | 2, 30, 79, 83 | FHFA 0686-0841 |
| 15 | Department of the Treasury, Annual Financial Report, Fiscal Year 2009 (December 15, 2009) | 26 | FHFA 0842-1135 |
| 16 | Second Amendment to Fannie Mae's Senior Preferred Stock Purchase Agreement with Treasury (December 24, 2009) | 3 | FHFA 1136-1141 |
| 17 | Second Amendment to Freddie Mac's Senior Preferred Stock Purchase Agreement with Treasury (December 24, 2009) | 3 | FHFA 1142-1147 |
| 18 | CBO Background Paper (January 13, 2010) | 10 n.26 | FHFA 1148-1177 |
| 19 | Letter from FHFA Acting Director Edward J. DeMarco to Senator Dodd, Senator Shelby, Congressman Frank, and Congressman Bachus (February 2, 2010) | 3 | FHFA 1178-1186 |
| 20 | Written Testimony of Treasury Secretary Timothy F. Geithner (March 23, 2010) | | FHFA 1187-1197 |
| 21 | FHFA 2009 Annual Report to Congress (May 25, 2010) | iv | FHFA 1198-1377 |
| 22 | FHFA Projections of the Enterprises' Financial Performance (October 21, 2010) | | FHFA 1378-1390 |

| Tab | Document | Pin Cite | Bates Range |
|---|---|---|---|
| 23 | Department of the Treasury, 2010 Performance and Accountability Report [Full document available at http://www.treasury.gov/about/organizational-structure/offices/Mgt/Documents/2010_Treasury_complete_PAR%20Nov30.pdf] (November 15, 2010) | 20-22; 211-15 | FHFA 1391-1399 |
| 24 | Periodic Commitment Fee Waiver Letter (December 29, 2010) | | FHFA 1400 |
| 25 | Moody's, Special Comment: The GSE Debate and the U.S. Mortgage Market (January 24, 2011) | | FHFA 1401-1415 |
| 26 | Budget of the United States Government, Fiscal Year 2012, Appendix [Full document available at http://www.whitehouse.gov/sites/default/files/omb/budget/fy2012/assets/appendix.pdf] (February 14, 2011) | 1319-20 | FHFA 1416-1418 |
| 27 | Fannie Mae, Form 10-K 2010 (February 24, 2011) | 34 | FHFA 1419-1821 |
| 28 | Freddie Mac, Form 10-K 2010 (February 24, 2011) | 8 | FHFA 1822-2177 |
| 29 | Freddie Mac Press Release, Freddie Mac Reports Fourth Quarter And Full-Year 2010 Financial Results (February 24, 2011) | | FHFA 2178-2191 |
| 30 | Periodic Commitment Fee Waiver Letter (March 31, 2011) | | FHFA 2192 |
| 31 | Fannie Mae, Form 10-Q Q1 2011 (May 6, 2011) | 54 | FHFA 2193-2358 |
| 32 | Statement of CBO Assistant Director for Financial Analysis Deborah Lucas (June 2, 2011) | 2 | FHFA 2359-2388 |

| Tab | Document | Pin Cite | Bates Range |
|---|---|---|---|
| 33 | Moody's Issuer Comment: CBO Estimate of GSE Loss Is Credit Positive (June 13, 2011) | | FHFA 2389-2391 |
| 34 | Periodic Commitment Fee Waiver Letter (June 30, 2011) | | FHFA 2392 |
| 35 | Edward J. DeMarco, FHFA Acting Director, Remarks at the American Mortgage Conference (September 19, 2011) | 5 | FHFA 2393-2402 |
| 36 | Moody's, Sector Comment: Plan To Raise Fannie Mae and Freddie Mac Guarantee Fees Raises Question of Support (September 26, 2011) | 2 | FHFA 2403-2405 |
| 37 | Periodic Commitment Fee Waiver Letter (September 30, 2011) | | FHFA 2406 |
| 38 | FHFA Projections of the Enterprises' Financial Performance (October 27, 2011) | | FHFA 2407-2422 |
| 39 | Freddie Mac, Form 10-Q Q3 2011 (November 3, 2011) | 11 | FHFA 2423-2636 |
| 40 | Statement of FHFA Acting Director Edward J. DeMarco (December 1, 2011) | 4 | FHFA 2637-2646 |
| 41 | FHFA Conservator's Report on the Enterprises' Financial Performance, Third Quarter 2011 (December 21, 2011) | | FHFA 2647-2664 |
| 42 | Periodic Commitment Fee Waiver Letter (December 21, 2011) | | FHFA 2665 |
| 43 | Department of the Treasury, Congressional Justification, 2013 FY Budget, Housing & Government Sponsored Enterprises (February 12, 2012) | 4 | FHFA 2666-2678 |

| Tab | Document | Pin Cite | Bates Range |
|---|---|---|---|
| 44 | FHFA Press Release and Strategic Plan (February 21, 2012) | 9 | FHFA 2679-2702 |
| 45 | Freddie Mac, Form 10-K 2011 (March 9, 2012) | 24 | FHFA 2703-3095 |
| 46 | Deutsche Bank, The Outlook: The Path of US Support for Fannie Mae, Freddie Mac (March 14, 2012) | 6 | FHFA 3096-3121 |
| 47 | Periodic Commitment Fee Waiver Letter (March 30, 2012) | | FHFA 3122 |
| 48 | FHFA Conservator's Report on the Enterprises' Financial Performance, Fourth Quarter 2011 (April 12, 2012) | | FHFA 3123-3140 |
| 49 | Freddie Mac, Form 10-Q Q1 2012 (May 3, 2012) | 10, 85 | FHFA 3141-3344 |
| 50 | Fannie Mae, Form 10-Q Q1 2012 (May 9, 2012) | 11, 81 | FHFA 3345-3532 |
| 51 | FHFA OIG Report (May 24, 2012) | 2, 7, 13, 25 | FHFA 3533-3562 |
| 52 | GSE Retained Portfolio, 2013-2016 Forecast (June 1, 2012) | | FHFA 3563 |
| 53 | GSE Retained Portfolio, 2013-2016 Forecast (June 8, 2012) | | FHFA 3564 |
| 54 | United States Treasury Presentation to the Securities and Exchange Commission "GSE Preferred Stock Purchase Agreements (PSPA) Overview and Key Considerations" (June 13, 2012) | | TREASURY 3833-3862 |
| 55 | FHFA Conservator's Report on the Enterprises' Financial Performance, First Quarter 2012 (June 15, 2012) | | FHFA 3565-3582 |

| Tab | Document | Pin Cite | Bates Range |
|---|---|---|---|
| 56 | Periodic Commitment Fee Waiver Letter (June 25, 2012) | | FHFA 3583 |
| 57 | Freddie Mac, Form 10-Q Q2 2012 (August 7, 2012) | 10, 92 | FHFA 3584-3831 |
| 58 | Freddie Mac News Release, *Freddie Mac Reports Net Income Of $3.0 Billion, Comprehensive Income Of $2.9 Billion For Second Quarter 2012* (August 7, 2012) | 3 | FHFA 3832-3841 |
| 59 | Fannie Mae, Form 10-Q Q2 2012 (August 8, 2012) | 12-13, 83 | FHFA 3842-4012 |
| 60 | Fannie Mae News Release, *Fannie Mae Reports Net Income of $5.1 Billion for Second Quarter* (August 8, 2012) | 2 | FHFA 4013-4025 |
| 61 | Nick Timiraos, *Fannie Mae Posts Profit as Home Prices Rise*, Wall Street Journal (August 8, 2012) | | FHFA 4026-4027 |
| 62 | Moody's Issuer Comment: Fannie Mae's and Freddie Mac's Return to Profitability is Fleeting (August 13, 2012) | | FHFA 4028-4030 |
| 63 | Third Amendment to Fannie Mae's Senior Preferred Stock Purchase Agreement with Treasury (August 17, 2012) | | FHFA 4031-4038 |
| 64 | Third Amendment to Freddie Mac's Senior Preferred Stock Purchase Agreement with Treasury (August 17, 2012) | | FHFA 4039-4046 |
| 65 | Statement of FHFA Acting Director Edward J. DeMarco on Changes to Fannie Mae and Freddie Mac Preferred Stock Purchase Agreements (August 17, 2012) | | FHFA 4047 |
| 66 | Barclays Interest Rates Research: Update: Treasury Changes the PSPAs: Initial Thoughts (August 17, 2012) | | FHFA 4048-4050 |

| Tab | Document | Pin Cite | Bates Range |
|---|---|---|---|
| 67 | Moody's Issuer Comment: US Treasury Amends Fannie Mae's and Freddie Mac's Capital Agreement, a Credit Positive (August 23, 2012) | 1 | FHFA 4051-4052 |
| 68 | FHFA Conservator's Report on the Enterprises' Financial Performance, Second Quarter 2012 (September 2012) | | FHFA 4053-4070 |
| 69 | Department of the Treasury Agency Financial Report, Fiscal Year 2012.  [Full document available at http://www.treasury.gov/about/budget-performance/annual-performance-plan/Documents/FY%202012%20Treasury%20AFR%20Nov%2015%20Final.pdf] (November 15, 2012) | 98-102 | FHFA 4071-4076 |
| 70 | Moody's Credit Focus:  Fannie Mae and Freddie Mac: Government Support Underpins Aaa Ratings (December 12, 2012) | | FHFA 4077-4087 |
| 71 | Data as of November 14, 2013 on Treasury and Federal Reserve Purchase Programs for GSE & Mortgage-Related Securities | 2, 3 | FHFA 4088-4095 |
| 72 | Non-Core Asset Forecast (undated) | | FHFA 4096 |
| 73 | Retained Portfolio PSPA Compliance Forecast (undated) | | FHFA 4097-4099 |