**Figure 33** • **AHP Statutory Contributions ($ in Thousands)**



Source: Federal Housing Finance Agency

Homeownership set-aside programs are voluntary. In 2008, each FHLBank offered at least one set-aside program.

## AHP Competitive Application Program

Under the competitive application program, an FHLBank's member financial institutions submit applications to the FHLBank on behalf of one or more sponsors of eligible housing projects. Projects must meet certain statutory and regulatory requirements to be eligible for AHP funding under this program.

## AHP Homeownership Set-Aside Program

An FHLBank may establish one or more AHP homeownership set-aside programs. Members obtain the set-aside funds from the FHLBank and use them for grants of up to $15,000 to eligible households. In 2008, a majority of the set-aside disbursements were used for downpayment and closing cost assistance.

## Community Investment Program and Community Investment Cash Advances Programs

CIP and other CICA programs offer funding, including low-cost, long-term funding, for members and housing associates to use for financing community investment projects for targeted beneficiaries or targeted income levels. Members may use CICA funds to provide financing through loan originations, loan participations, revolving loan funds, and purchases of low-income housing tax credits and mortgage securities.

In 2008, the FHLBanks made nearly $3 billion in CIP and CICA advances for community investment and mixed-use projects and more than $2 billion in CIP advances for housing. To address the mortgage crisis, some FHLBanks made special CIP advances available to members to assist households facing mortgage delinquency or foreclosure to restructure or refinance their mortgages.

FHFA 0780

# FHLBank Affordable Housing Examination Conclusions

FHFA's Division of Bank Regulation assesses the effectiveness of the FHLBanks' affordable housing and community investment programs, plans, and activities to meet the requirements and goals articulated in the FHLBank Act. Each FHLBank's affordable housing and community investment activities must meet applicable FHFA regulations and be consistent with safety and soundness. Assessment of the affordable housing and community investment activities factors into the examination component ratings for corporate governance and operational risk as well as the overall composite rating for each FHLBank.

An FHLBank's Board must, in conjunction with senior management, ensure the institution's affordable housing and community investment activities effectively support the FHLBank's housing finance mission. When developing and revising an FHLBank's AHP implementation plan, the Board of Directors must consult with its advisory council to ensure the plan sets out priorities to address the district's housing needs.

In 2008, FHFA's Division of Bank Regulation examined affordable housing programs at 11 FHLBanks and in midcycle visited programs with heightened supervisory concerns or program deficiencies. In general, the FHLBanks' affordable housing programs are effective, but some have nominal regulatory compliance issues. A few of the FHLBanks' programs would benefit from strengthened policies and procedures and enhanced automated monitoring and reporting systems. The agency found that management at all the FHLBanks is committed to appropriately solving issues identified.

FHFA 0781

# Regulatory Guidance

## Regulations: Enterprises

### Risk-Based Capital Amendments

On June 25, 2008, the Office of Federal Housing Enterprise Oversight (OFHEO) published Risk-Based Capital Regulation–Loss Severity Amendments, a final rule in the *Federal Register*. This amendment corrected the loss severity equations that currently understate losses on certain defaulted single-family conventional and government-guaranteed loans and amended treatment of Federal Housing Administration (FHA) insurance to conform to current law. The final amendments, which also addressed comments, became effective June 25, 2008. A correction to the final rule was published July 15, 2008, to insert preamble footnotes that had been omitted in the final publication.

### Flood Insurance

On October 10, 2008, the Federal Housing Finance Agency (FHFA) published a proposed rule, Flood Insurance, in the *Federal Register* for public notice and comment. Section 1161(e) of HERA amended section 102(f)(3)(A) of the Flood Disaster Protection Act of 1973, as amended (42 U.S.C. 4012a(f)(3)(a)), by replacing OFHEO with FHFA as the agency responsible for determining compliance of the Enterprises' flood insurance responsibilities. The purpose of the proposed rule was to codify the authority and responsibility of FHFA to oversee and enforce the statutory requirements affecting the operations of the Enterprises under the Flood Disaster Protection Act of 1973, as amended, and to effect congressionally mandated adjustments to the civil money penalties applicable to violations. The comment period ended December 9, 2008. The final rule was published in the *Federal Register* on January 15, 2009.

## Regulations: Federal Home Loan Banks

### Affordable Housing Programs: Refinancing Mortgages

On April 16, 2008, the Federal Housing Finance Board (FHFB) published a proposed regulation amending its Affordable Housing Program (AHP) regulation in the *Federal Register* for public notice and comment. The purpose of the amendment was to authorize the Federal Home Loan Banks (FHLBanks) to establish AHP homeownership set-aside programs to refinance or restructure eligible households' nontraditional or subprime owner-occupied residential mortgage loans. The impetus for the amendment was a waiver request submitted by the FHLBank of San Francisco. Through Resolution 2008-01, dated January 15, 2008, FHFB approved the waiver request to allow the FHLBank of San Francisco to establish a temporary pilot program to provide direct AHP subsidies to members for the purpose of refinancing or restructuring eligible loans into affordable long-term fixed-rate mortgages.

The rule was not made final, and on October 17, 2008, FHFB published an interim final rule to implement section 1218 of the Housing and Economic Recovery Act of 2008 (HERA) in the *Federal Register*. That section requires FHFA to authorize the FHLBanks until July 30, 2010, to use AHP homeownership set-aside funds to refinance low- or moderate-income households' mortgage loans. The interim final rule relocated the AHP rule from part 951 of the FHFB regulations to part 1291 of the FHFA regulations. FHFA regulation

§1291.6(f) authorizes each FHLBank to establish a program to use AHP direct subsidy to assist in refinancing eligible loans under the FHA's HOPE for Homeowners Program. The regulation allows AHP direct subsidy to reduce the outstanding principal balance of the household's loan or pay FHA-approved loan closing costs.

*Annual assessments fund FHFA's costs and expenses, as well as a working capital fund. In addition, the regulation establishes the allocation of the annual assessments, collection procedures, and procedures to adjust the required payment.*

### Director Eligibility and Elections

On September 26, 2008, FHFA published an interim final rule to implement section 1202 of the Housing and Economic Recovery Act of 2008 (HERA) in the *Federal Register*. Section 1202 revises Section 7 of the Federal Home Loan Bank Act, which governs the eligibility and election of individuals to serve on the Boards of Directors of FHLBanks. In addition, the interim final rule removed part 915 of the FHFB regulations and established part 1261 of the FHFA regulations.

## Regulations: Enterprises and Federal Home Loan Banks

### Golden Parachute and Indemnification Payments

On November 14, 2008, FHFA published Golden Parachute and Indemnification Payments, a pro-posed amendment to the interim final rule Part 1231, in the *Federal Register* for public notice and comment. The interim final rule had an effective date of September 16, 2008, but was subsequent-ly amended on September 23, 2008, to rescind portions that addressed indemnification pay-ments. The proposed amendment described pro-hibited and permissible indemnification payments that a regulated entity could make to an affiliated party in connection with administra-tive proceedings or civil actions instituted by FHFA. The comment period regarding the pro-posed amendment closed on December 29, 2008. The final rule was published in the *Federal Register* on January 29, 2009.

## Regulations: Agency Operations

### Assessments

On September 30, 2008, FHFA published in the *Federal Register* a final rule authorizing annual assessments of its regulated entities. Annual assessments fund FHFA's costs and expenses, as well as a working capital fund. In addition, the regulation establishes the allocation of the annual assessments, collection procedures, and proce-dures to adjust the required payment.

### FOIA

On October 10, 2008, FHFA published a pro-posed rule, Freedom of Information Act, in the *Federal Register* for public notice and comment. The purpose of the proposed rule was to imple-ment the Freedom of Information Act (FOIA) (5 U.S.C. 552) for FHFA. The proposed rule estab-lished procedures for information required to be disclosed under FOIA and procedures to protect business confidential and trade secret informa-tion from disclosure as appropriate. The com-ment period ended November 10, 2008. The final rule was published in the *Federal Register* on January 15, 2009.

FHFA 0783

POLICY GUIDANCE

## Policy Guidance: Enterprises

### Mortgage Fraud

On January 10, 2008, OFHEO issued the Policy Guidance Examination of Mortgage Fraud Programs–PG-08-001, which superseded the July 2005 Policy Guidance on Mortgage Fraud Reporting–PG-05-003. The new guidance set standards for examining Enterprise mortgage fraud programs under 12 C.F.R. part 1731, consistent with the safety and soundness responsibilities of OFHEO under the Federal Housing Enterprises Financial Safety and Soundness Act of 1992. The new guidance detailed the standards for overseeing and evaluating policies and programs the Enterprises had developed to minimize mortgage fraud.

### Conforming Loan Limit Calculations

On March 31, 2008, OFHEO issued and published in the *Federal Register* the final Examination Guidance Conforming Loan Limit Calculations-EG-08-001 addressing the handling of decreases in the house price data used to set the conforming loan limit, as well as procedures to calculate the limit that determines the size of mortgages eligible for purchase by the Enterprises. OFHEO solicited public comments on this final guidance in two comment periods. On June 20, 2007, OFHEO released on its Web site for public comment a proposed guidance, and on October 22, 2007, OFHEO published in the *Federal Register* for public comment a revised version. Based on comments received, OFHEO issued the final guidance that the conforming loan limit would not decrease from the current level of $417,000 in 2009 and subsequent years. However, the conforming loan limit would not increase until cumulative increases in house prices exceeded cumulative decreases since the $417,000 limit had first been reached. The final

guidance also provided for rounding down increases in the conforming loan limit to the nearest $100 instead of $50.

> *(The guidance) detailed OFHEO's expectations for practices that (1) promoted sound risk management and controls, (2) supported the integrity of regulatory capital measures, and (3) fostered transparent and consistent financial reports by the Enterprises.*

### Fair Value Accounting Option

On April 21, 2008, OFHEO issued the Examination Guidance Standards for Enterprise Use of the Fair Value Option-PG-08-002, setting forth examination guidance and standards on the Statement of Financial Accounting Standards No. 159 (FAS 159). This guidance outlined standards for OFHEO examiners to apply when overseeing and evaluating the use of the fair value option already adopted by the Enterprises. It detailed OFHEO's expectations for practices that (1) promoted sound risk management and controls, (2) supported the integrity of regulatory capital measures, and (3) fostered transparent and consistent financial reports by the Enterprises. In addition, the guidance specified that OFHEO could require supplemental information for use in assessing how the Enterprises used the fair value option and its impact on their reporting of financial condition.

FHFA 0784

## Policy Guidance: Federal Home Loan Banks

### Nontraditional and Subprime Mortgages

On April 12, 2007, FHFB issued Advisory Bulletin 2007-AB-01, Nontraditional and Subprime Residential Mortgage Loans, which required each FHLBank to implement policies and practices to establish risk limits for, and mitigation of, credit exposure on nontraditional and subprime mortgage loans. On July 1, 2008, FHFB issued supplemental guidance with Advisory Bulletin 2008-AB-02, Application of Guidance on Nontraditional and Subprime Residential Mortgage Loans to Specific FHLBank Assets, communicating FHFB's expectation that residential mortgage loans (a) purchased under the FHLBanks' Acquired Member Assets programs, (b) backing private-label MBS in which the FHLBanks invest, or (c) serving as collateral securing advances must conform to the bank regulatory agencies' guidance that emphasizes underwriting requirements and risk management standards.

### Expanded Authority to Purchase Mortgage-Backed Securities

On March 24, 2008, the FHFB Board of Directors adopted Resolution 2008-08, temporarily expanding the authority of FHLBanks to purchase mortgage-backed securities (MBS) under certain conditions. The resolution allowed FHLBanks to increase investments in MBS issued by Fannie Mae and Freddie Mac (agency MBS) by an amount equal to three times their existing capital. The resolution permitted FHLBanks to purchase and hold MBS in an amount up to six times their capital, provided that all such purchases be limited to agency MBS once an FHLBank's MBS investments exceeded three times its capital. The authority expires on March 31, 2010. On April 3, 2008, FHFB issued Advisory Bulletin 2008-AB-01, Temporary Increase in Mortgage-Backed Securities Investment Authority, detailing applicable standards for reviewing an FHLBank's notice of intention to exercise the temporary investment authority.

# FHFA Research and Publications

During 2008, the Federal Housing Finance Agency (FHFA) and a predecessor, the Office of Federal Housing Enterprise Oversight (OFHEO), focused their research plans and activities on topics that assisted the agencies in achieving their strategic goals. FHFA's three strategic goals were to (1) enhance supervision to ensure that Fannie Mae and Freddie Mac (Enterprises) and the Federal Home Loan Banks (FHLBanks) operate in a safe and sound manner, are adequately capitalized, and comply with legal requirements; (2) promote homeownership and affordable housing and support an efficient secondary mortgage market; and (3) through conservatorship, preserve and conserve the assets and property of Fannie Mae and Freddie Mac and enhance their ability to fulfill their mission.

OFHEO and FHFA placed a priority on research and analysis of issues for their internal use, primarily related to analyzing risk and capital adequacy and improving the House Price Index (HPI). OFHEO and FHFA also published reports and papers and posted information on their Web sites to better inform interested parties about the issues OFHEO addressed and FHFA addresses regarding the Enterprises and the secondary mortgage market. The papers and reports were the result of research and analysis accomplished throughout the year. OFHEO and FHFA research papers, reports, and related information are available at www.fhfa.gov. FHFA researchers also presented papers and led discussions at professional and industry conferences on topics related to housing finance and regulation of the Enterprises.

## Research Products

FHFA and OFHEO produced several research products in 2008. In January, OFHEO released a staff working paper, "Real Estate Futures Prices as Predictors of Price Trends," which examines whether real estate futures traded on the Chicago Mercantile Exchange provide unbiased estimates of future home prices. Another staff working paper, "Enterprise Credit Default Swaps and Market Discipline: Preliminary Analysis," was published in July. That paper explores whether the market for credit default swaps contains information pertaining to the Enterprises' default risk beyond the information contained in equity and bond prices.

OFHEO also published three research papers in 2008. The first, "Revisiting the Differences between the OFHEO and S&P/Case-Shiller House Price Indexes: New Explanations," was published in January and attempts to identify the source of divergence between the HPI and the S&P/Case-Shiller index. The next section provides more detail on that paper. "Mortgage Markets and the Enterprises in 2007," released in July, reviews developments in the housing sector, activity in the primary and secondary mortgage markets, and the financial performance of Fannie Mae and Freddie Mac in 2007. The paper is the most recent in an annual series. A third research paper, "Recent Trends in Home Prices: Differences across Mortgage and Borrower Characteristics," was published in August. That paper compares the recent performance of house prices in California across different loan types and borrower credit characteristics.

In addition, in 2008 OFHEO published three mortgage market notes, and FHFA published a fourth note. Those notes are the most recent in a series aimed at providing background information on select topics related to mortgage markets and the role of the Enterprises. The first, "Potential Implications of Increasing the Conforming Loan Limit in High-Cost Areas," published in January, uses data on securitized jumbo mortgages to examine the potential effects

of raising the conforming loan limit in high-cost areas. Two mortgage market notes were published in July: "Fannie Mae and Freddie Mac Capital" and "A Primer on the Secondary Mortgage Market." The first clarifies the various measures of Enterprise capital as well as their capital requirements and classifications, whereas the second gives a broad overview of the secondary market for home mortgages. Finally, in December FHFA released a mortgage market note, "U.S. Treasury Support for Fannie Mae and Freddie Mac," which outlines the various facilities introduced by the Treasury Department to support the Enterprises in conservatorship.

*The most significant change to the HPI in 2008 was the addition of monthly indexes…In addition to the monthly house price measures, OFHEO published a series of nonmetro indexes for 48 states in 2008.*

FHFA also released data on the Enterprises' foreclosure prevention activities. In September, FHFA released the first of a series of quarterly *Market Metrics Reports*, detailing the Enterprises' delinquencies and foreclosure prevention activities. The quarterly *Market Metrics Reports* were complemented with less detailed monthly *Foreclosure Prevention Reports*, first released in October. In December, FHFA released its first report to Congress on homeowner assistance in accordance with its statutory obligation as a federal property manager. That report outlined the various actions taken by FHFA and the Enterprises under conservatorship to reduce foreclosures.

In addition to those research products, OFHEO and FHFA made public updated estimates of single-family mortgages originated and outstanding and the Enterprises' combined share of residential mortgage debt outstanding. FHFA and a predecessor, the Federal Housing Finance Board (FHFB), also reported a Monthly Interest Rate Survey (MIRS) of purchase-money mortgages.

## House Price Index and Related Research

OFHEO and FHFA continued to publish the HPI in 2008. Although the index was relabeled the FHFA HPI late in the year, the data and methodology used in constructing it remained the same. Historical and recent house price information from Fannie Mae and Freddie Mac are used to form repeat-transactions price indexes for 381 metropolitan statistical areas (MSA) or divisions, as well as for every state and the District of Columbia. The index was originally developed as an input for the OFHEO risk-based capital stress test. In addition to being used by FHFA to monitor the capital adequacy of the Enterprises, the index is used by industry participants, financial modelers, members of the media, and the public at large to monitor house price trends and housing market conditions.

The most significant change to the HPI in 2008 was the addition of monthly indexes. In response to strong demand for more frequent and timely house price information, OFHEO initiated public release of monthly indexes in February. The monthly measures, which are released about three or four weeks into each month, are produced for census divisions and the United States as a whole. Downloadable seasonally adjusted and unadjusted monthly indexes are provided to supplement the usual quarterly index.

In addition to the monthly house price measures, OFHEO published a series of nonmetro indexes for 48 states in 2008. Those indexes reflect home price trends in relatively rural counties—counties not in MSAs—and are useful to researchers because house price metrics are difficult to obtain for those areas. The nonmetro indexes also played a critical role in establishing local conforming loan limits under the Economic Stimulus Act of 2008. Under that legislation, because conforming loan limits were set as a function of median home prices in high-cost areas, median home values needed to be estimated for areas across the United States. The Department of Housing and Urban Development, which was tasked with estimating the median values, used the nonmetro indexes in conjunction with other data to calculate median prices for many rural areas.

Beginning with the February 2008 release of the fourth quarter 2007 data, OFHEO made two modest but significant changes in the manner in which the national HPI is calculated. The changes, which were described in the "Highlights" article incorporated in the HPI release, enhanced the weighting system used to construct the national index out of the nine census division indexes. Better measures of the housing stock are now used to weight the census division estimates. Also, a determination was made to set the quarterly change in the national index equal to the weighted change for the census divisions. Previously, the level of the national index was a weighted average of the levels of the census division indexes.  That alteration was an improvement because the previous, levels-based weighting system up-weighted areas of the country that experienced greater historical appreciation. The resulting appreciation-related "drift" in weights did not reflect the intent of the original weighting system.

Continuing a trend from prior years, the price declines reflected in the HPI were much more modest in 2008 than declines reflected in other house price measures, particularly indexes reported by S&P/Case-Shiller. In response to the growing divergence, as mentioned above, OFHEO published a research paper, "Revisiting the Differences between the OFHEO and S&P/Case-Shiller House Price Indexes: New Explanations," that discussed reasons for the phenomenon and measured the impact of specific methodological and data differences on the gap between the two measures. The research included a "reconciliation" table that ultimately accounted for a significant portion of the difference. The analysis, which had been originally performed in the summer of 2007 but was enhanced significantly in January 2008, garnered a great deal of attention. In response to public demand, the reconciliation table was updated as new data became available throughout the year.

The empirical results in the published reconciliation tables suggested that relatively inexpensive homes financed with nonconforming mortgages were experiencing greater price declines than other homes in the same geographic area. The implied relationship between home financing and observed price changes was surprising and spurred additional OFHEO research, which was published in the summer of 2008. That research confirmed that, for California, homes financed with greater loan-to-value mortgages and whose borrowers had lower FICO scores had seen relatively large price declines in prior quarters.

FHFA 0789

# FHFA Operations and Performance

## Performance and Program Assessment

For FY 2008 reporting requirements, the agency was faced with a unique challenge: should it publish one combined annual Performance and Accountability Report (PAR) or three separate reports to cover the agencies affected by enactment of the Housing and Economic Recovery Act (HERA)? Although HERA provided for a year to transfer the staff and resources of Federal Housing Finance Board (FHFB) and Office of Federal Housing Enterprise Oversight (OFHEO) to the Federal Housing Finance Agency (FHFA), that was accomplished in less than three months. FHFA published a combined annual PAR that detailed the yearly performance of the two original agencies and the newly merged entity's first few months.



FHFA has submitted the combined PAR to the Association of Government Accountants for consideration for the Certificate for Excellence in Accountability Reporting for 2008. OFHEO was one of only 17 agencies to win the award for FY 2007.

During 2008, FHFB and OFHEO both received unqualified opinions on their financial statements. FHFB achieved all of its performance goals in FY 2008, and OFHEO achieved or substantially achieved all but one of its performance goals.

*In 2008, OFHEO was one of only 17 agencies to win the CEAR award for its FY 2007 Performance and Accountability Report.*

In 2008, OFHEO engaged an independent auditor to perform an Agreed upon Procedures review of the performance information used for 12 key performance measures. The goal of this process was to verify and validate the performance information and to assist FHFA in preparation for an Office of Management and Budget (OMB) Circular A-123

audit. The results of the review indicated no significant issues with regard to the effectiveness of internal controls over the management, monitoring, and tracking processes. In FY 2008, FHFB also evaluated its internal controls in accordance with the requirements of OMB Circular A-123 and found no material weaknesses.

Since FHFA's creation on July 30, 2008, there has been no audit of its internal controls. However, FHFA initiated and achieved significant activities since its inception. Highlights of FHFA's 2008 key activities are as follows:

- Placed both Fannie Mae and Freddie Mac under conservatorship in September 2008 to ensure that they could continue to fulfill their missions.

- Published a "Notice of Establishment" in the *Federal Register* on September 9, 2008, establishing the Federal Housing Finance Agency as the regulator of the 14 housing-related GSEs, outlining the scope of its authority, and referencing the public law and the portion of the United States code that applies to FHFA.

- Authorized increases in the Enterprises' portfolios to encourage purchase of their mortgage-backed securities (MBS).

- Issued an interim final regulation on golden parachutes to GSE executives.

- Released its first *Mortgage Metrics Report* giving a comprehensive view of Fannie Mae's and Freddie Mac's (Enterprises) borrower assistance efforts, including forbearance plans, short sales, deeds in lieu, assumptions, and charge-offs in lieu of foreclosure.

- Transitioned the critical oversight role of the affordable housing program at the Enterprises and the FHLBanks to the new agency.

In 2007, OMB completed its Performance Assessment Rating Tool (PART) assessment of FHFB with a rating of "Result Not Demonstrated." OMB's PART assessment and rating were completed without the active participation of FHFB. FHFB was unable to develop quantifiable performance measures that OMB would consider meaningful without revealing confidential bank examination information. However, FHFB worked during FY 2008 to address issues that affected performance results. FHFB's key accomplishments in 2008 included the following:

- Examined all 12 Federal Home Loan Banks (FHLBanks) and the Office of Finance for safety and soundness and appointed a full slate of public interest directors at each FHLBank.

- Conducted Affordable Housing Program (AHP) examinations at 11 of the 12 FHLBanks. The FHLBank of Chicago did not undergo AHP examination due to safety and soundness issues. Drafted an AHP examination manual and trained AHP examiners to assess FHLBanks' implementation plans.

- Strengthened its supervisory program through more intense integration of its off-site monitoring program and tools into the examination program.

- Formalized the organization of its Office of Supervision into two principal functional areas: Examinations and Off-Site Monitoring and Analysis.

- Ensured that each FHLBank continuously met or exceeded its minimum capital requirements, conducted all planned safety and soundness and affordable housing program examinations, expanded and enhanced AHP data collection, and ensured that the FHLBanks awarded more than $115 million in AHP subsidies.

- Expanded the ability of the FHLBanks to invest in MBS to support the housing market.

During FY 2008, OFHEO continued its efforts under an improvement plan developed to address a 2006 OMB PART rating of "Adequate." OFHEO's key accomplishments in 2008 included the following:

- Achieved passage and enactment of HERA, which created FHFA as a strong regulator of Fannie Mae, Freddie Mac, and the Federal Home Loan Banks.

- Enhanced the oversight and supervision of the Enterprises through the development and implementation of new measures of risk, issuance of new supervision guidance, and revision of the supervision handbook.

- Identified the Enterprises as having significant supervisory concerns citing deteriorating credit conditions in housing as a key factor.

- Released a new monthly HPI for the nation and each of the nine census divisions. This significant achievement provides more timely and detailed information on house prices, which is critical in this challenging market.

- Increased temporarily the conforming loan limit in designated high-cost areas in order to provide liquidity and stability to the jumbo portion of the residential mortgage market, which had been severely affected by the credit problems throughout the economy.

- Took steps to combat appraisal fraud by signing an agreement with the New York Attorney General and OFHEO to strengthen the independence of the appraisal process.

- Began evaluating agency effectiveness at achieving mission by reviewing quality assurance programs at other federal financial regulatory agencies and identifying best practices.

Details of FHFB and OFHEO plans and program assessments are available online at www.ExpectMore.gov and www.fhfa.gov.

## Financial Operations

For the first seven months of 2008, OFHEO and FHFB operated independently of each other as separate and distinct federal regulatory agencies. OFHEO regulated Fannie Mae and Freddie Mac, and FHFB regulated the 12 Federal Home Loan Banks.

Although funded through assessments on Fannie Mae and Freddie Mac, OFHEO's budget was determined through the appropriations process. For FY 2008, OFHEO operated with a congressionally approved budget of $66 million. FHFB was funded through assessments on the 12 Federal Home Loan Banks. It operated as a non-appropriated agency, and a governing Board approved its budget. FHFB's FY 2008 budget was $38.7 million.

### FHFA: New Agency, New Financial Operations

On July 30, 2008, when the President signed HERA into law, FHFA was created as an independent, non-appropriated regulatory agency responsible for regulating both the Enterprises and the Federal Home Loan Banks. The agency is headed by a Director appointed by the President and confirmed by the Senate. FHFA has an Oversight Board that meets quarterly and testifies before Congress. The Director of FHFA serves as the chairman. The Secretary of Treasury, the Secretary of HUD and the SEC Chairman are the other three members. The Oversight Board is an advisory Board and does not have any management responsibilities.

All of the resources of OFHEO and FHFB were transferred to FHFA on July 30, 2008. As a practical matter, FHFA's FY 2008 budget (August and September 2008) was simply the combined remaining budgets of OFHEO and FHFB. Beginning October 1, 2008, the Director approved a FY 2009 budget for FHFA of $120.8 million. This budget comprised the costs of regulating the Enterprises and the 12 Federal Home Loan Banks, start-up costs for FHFA infrastructure, and the initial phase of funding for a working capital account for the agency.

FHFA immediately began work to transition and unify the administrative functions for the new agency. FHFA contracted with the United States Treasury's Bureau of Public Debt (BPD) to provide the agency with accounting, travel, and charge card services. The transition to BPD is expected to be completed by July 2009. In the interim, FHFA is using the existing accounting systems and infrastructures of both OFHEO and FHFB to operate during the first half of FY 2009.

### Unqualified Audit Opinions in FY 2008

Both OFHEO and FHFB received unqualified audit opinions on their FY 2008 financial statements. OFHEO contracted with Dembo, Jones, Healy, Pennington & Marshall, PC, to conduct its audit. FHFB's Office of Inspector General (OIG) audited that agency. No material weaknesses in internal controls or instances of noncompliance with laws or regulations were identified by either the audit firm or OIG. Under HERA, the Government Accountability Office will be responsible for the FY 2009 audit.

# Historical Data Tables



FHFA 0794

# Historical Data Tables • Contents

Table 1 • Fannie Mae Mortgage Purchases ...............105

Table 1a • Fannie Mae Mortgage Purchases Detail,
by Type of Loan ....................................106

Table 1b • Fannie Mae Purchases of
Mortgage-Related Securities – Part 1
– revised from first edition ..................................107

Table 1b • Fannie Mae Purchases of
Mortgage-Related Securities, – Part 2,
Private-Label Detail – revised from first edition ..108

Table 2 • Fannie Mae MBS Issuances .........................109

Table 3 • Fannie Mae Earnings ....................................110

Table 4 • Fannie Mae Balance Sheet ...........................111

Table 4a • Fannie Mae Total MBS Outstanding
Detail .........................................................112

Table 5 • Fannie Mae Mortgage Assets Detail ...........113

Table 5a • Fannie Mae Mortgage Assets Detail –
Whole Loans ...........................................114

Table 5b • Fannie Mae Mortgage Assets Detail –
Part 1, Mortgage-Related Securities .....................115

Table 5b. Fannie Mae Mortgage Assets Detail –
Part 2, Mortgage-Related Securities,
Private-Label Detail – revised from first edition....116

Table 5b • Fannie Mae Mortgage Assets Detail –
Part 3, Mortgage-Related Securities .....................117

Table 6 • Fannie Mae Financial Derivatives...............118

Table 7 • Fannie Mae Nonmortgage Investments......119

Table 8 • Fannie Mae Mortgage Asset Quality
– revised from first edition ...................................120

Table 9 • Fannie Mae Capital .....................................121

Table 10 • Freddie Mac Mortgage Purchases.............122

Table 10a • Freddie Mac Mortgage Purchases Detail,
by Type of Loan ....................................123

Table 10b • Freddie Mac Purchases of
Mortgage-Related Securities – Part 1
– revised from first edition ...................................124

Table 10b • Freddie Mac Purchases of
Mortgage-Related Securities – Part 2,
Private-Label Detail – revised from first edition ..125

Table 11 • Freddie Mac MBS Issuances .....................126

Table 12 • Freddie Mac Earnings ...............................127

Table 13 • Freddie Mac Balance Sheet.......................128

Table 13a • Freddie Mac Total MBS Outstanding
Detail – revised from first edition ..........................129

Table 14 • Freddie Mac Mortgage Assets Detail ........130

Table 14a • Freddie Mac Mortgage Assets Detail –
Whole Loans ...........................................131

Table 14b • Freddie Mac Mortgage Assets Detail –
Part 1, Mortgage-Related Securities.....................132

Table 14b • Freddie Mac Mortgage Assets Detail –
Part 2, Mortgage-Related Securities,
Private-Label Detail ..............................................133

Table 14b • Freddie Mac Retained Mortgage Assets
Detail – Part 3, Mortgage-Related Securities ......134

Table 15 • Freddie Mac Financial Derivatives...........135

Table 16 • Freddie Mac Nonmortgage Investments..136

Table 17 • Freddie Mac Mortgage Asset Quality
– revised from first edition ...................................137

Table 18 • Freddie Mac Capital .................................138

Table 19 • Federal Home Loan Banks Combined
Statement of Income ............................................139

Table 20 • Federal Home Loan Banks Combined
Balance Sheet .......................................................140

Table 21 • Federal Home Loan Banks Net Income....141

Table 22 • Federal Home Loan Banks Advances
Outstanding ..........................................142

Table 23 • Federal Home Loan Banks Regulatory
Capital...................................................143

Table 24 • Loan Limits ...............................................144

Table 25 • Mortgage Interest Rates ...........................145

Table 26 • Housing Market Activity...........................146

Table 27 • Weighted Repeat Sales House Price
Index (Annual Data) ...........................................147

## Table 1. Fannie Mae Mortgage Purchases

| Period | Business Activity ($ in Millions) | | | |
|---|---|---|---|---|
| | Purchases | | | |
| | Single-Family[1] ($) | Multifamily[1] ($) | Total Mortgages[1] ($) | Mortgage-Related Securities[2] ($) |
| 4Q08 | 104,961 | 6,067 | 111,028 | 22,272 |
| 3Q08 | 115,508 | 9,259 | 124,767 | 18,839 |
| 2Q08 | 182,700 | 11,230 | 193,930 | 31,194 |
| 1Q08 | 179,778 | 7,732 | 187,510 | 5,218 |
| Annual Data | | | | |
| 2008 | 582,947 | 34,288 | 617,235 | 77,523 |
| 2007 | 659,366 | 45,302 | 704,668 | 69,236 |
| 2006 | 524,379 | 20,646 | 545,025 | 102,666 |
| 2005 | 537,004 | 21,485 | 558,489 | 62,232 |
| 2004 | 588,119 | 16,386 | 604,505 | 176,385 |
| 2003 | 1,322,193 | 31,196 | 1,353,389 | 408,606 |
| 2002 | 804,192 | 16,772 | 820,964 | 268,574 |
| 2001 | 567,673 | 19,131 | 586,804 | 209,124 |
| 2000 | 227,069 | 10,377 | 237,446 | 129,716 |
| 1999 | 316,136 | 10,012 | 326,148 | 169,905 |
| 1998 | 354,920 | 11,428 | 366,348 | 147,260 |
| 1997 | 159,921 | 6,534 | 166,455 | 50,317 |
| 1996 | 164,456 | 6,451 | 170,907 | 46,743 |
| 1995 | 126,003 | 4,966 | 130,969 | 36,258 |
| 1994 | 158,229 | 3,839 | 162,068 | 25,905 |
| 1993 | 289,826 | 4,135 | 293,961 | 6,606 |
| 1992 | 248,603 | 2,956 | 251,559 | 5,428 |
| 1991 | 133,551 | 3,204 | 136,755 | 3,080 |
| 1990 | 111,007 | 3,180 | 114,187 | 1,451 |
| 1989 | 80,510 | 4,325 | 84,835 | Not Applicable |
| 1988 | 64,613 | 4,170 | 68,783 | Before 1990 |
| 1987 | 73,942 | 1,733 | 75,675 | |
| 1986 | 77,223 | 1,877 | 79,100 | |
| 1985 | 42,543 | 1,200 | 43,743 | |
| 1984 | 27,713 | 1,106 | 28,819 | |
| 1983 | 26,339 | 140 | 26,479 | |
| 1982 | 25,929 | 10 | 25,939 | |
| 1981 | 6,827 | 2 | 6,829 | |
| 1980 | 8,074 | 27 | 8,101 | |
| 1979 | 10,798 | 9 | 10,807 | |
| 1978 | 12,302 | 3 | 12,305 | |
| 1977 | 4,650 | 134 | 4,784 | |
| 1976 | 3,337 | 295 | 3,632 | |
| 1975 | 3,646 | 674 | 4,320 | |
| 1974 | 4,746 | 2,273 | 7,019 | |
| 1973 | 4,170 | 2,082 | 6,252 | |
| 1972 | 2,596 | 1,268 | 3,864 | |
| 1971 | 2,742 | 1,298 | 4,040 | |

Source: Fannie Mae

[1] Includes lender-originated MBS issuances, cash purchases, and capitalized interest. Based on unpaid principal balances and excludes mortgage loans and securities traded but not yet settled.

[2] Not included in total mortgage purchases. Includes purchases of Fannie Mae MBS held for investment and mortgage-related securities traded but not yet settled. Based on unpaid principal balances. Activity does not include dollar roll transactions.

## Table 1a.  Fannie Mae Mortgage Purchases Detail, by Type of Loan

| | Purchases ($ in Millions)[1] | | | | | | | | | | | |
| | Single-Family Mortgages | | | | | | | Multifamily Mortgages | | | |
| | Conventional | | | | FHA/VA/RD | | | Total Single-Family Mortgages ($) | | | | |
| Period | Fixed-Rate[2] ($) | Adjustable-Rate ($) | Seconds ($) | Total ($) | Fixed-Rate[3] ($) | Adjustable-Rate ($) | Total ($) | | Conventional ($) | FHA/RD ($) | Total Multi-family Mortgages ($) | Total Mortgage Purchases ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4Q08 | 97,694 | 2,747 | 0 | 100,441 | 319 | 4,201 | 4,520 | 104,961 | 6,067 | 0 | 6,067 | 111,028 |
| 3Q08 | 100,244 | 10,605 | 0 | 110,849 | 448 | 4,211 | 4,659 | 115,508 | 9,259 | 0 | 9,259 | 124,767 |
| 2Q08 | 156,862 | 21,138 | 1 | 178,001 | 241 | 4,458 | 4,699 | 182,700 | 11,230 | 0 | 11,230 | 193,930 |
| 1Q08 | 162,873 | 12,420 | 5 | 175,298 | 166 | 4,314 | 4,480 | 179,778 | 7,732 | 0 | 7,732 | 187,510 |
| Annual Data | | | | | | | | | | | | |
| 2008 | 517,673 | 46,910 | 6 | 564,589 | 1,174 | 17,184 | 18,358 | 582,947 | 34,288 | 0 | 34,288 | 617,235 |
| 2007 | 583,253 | 64,133 | 34 | 647,420 | 1,237 | 10,709 | 11,946 | 659,366 | 45,302 | 0 | 45,302 | 704,668 |
| 2006 | 429,930 | 85,313 | 130 | 515,373 | 1,576 | 7,430 | 9,006 | 524,379 | 20,644 | 2 | 20,646 | 545,025 |
| 2005 | 416,720 | 111,935 | 116 | 528,771 | 2,285 | 5,948 | 8,233 | 537,004 | 21,343 | 142 | 21,485 | 558,489 |
| 2004 | 527,456 | 46,772 | 51 | 574,279 | 9,967 | 3,873 | 13,840 | 588,119 | 13,684 | 2,702 | 16,386 | 604,505 |
| 2003 | 1,236,045 | 64,980 | 93 | 1,301,118 | 18,032 | 3,043 | 21,075 | 1,322,193 | 28,071 | 3,125 | 31,196 | 1,353,389 |
| 2002 | 738,177 | 48,617 | 40 | 786,834 | 15,810 | 1,548 | 17,358 | 804,192 | 15,089 | 1,683 | 16,772 | 820,964 |
| 2001 | 534,115 | 25,648 | 1,137 | 560,900 | 5,671 | 1,102 | 6,773 | 567,673 | 17,849 | 1,282 | 19,131 | 586,804 |
| 2000 | 187,236 | 33,809 | 726 | 221,771 | 4,378 | 920 | 5,298 | 227,069 | 9,127 | 1,250 | 10,377 | 237,446 |
| 1999 | 293,188 | 12,138 | 1,198 | 306,524 | 8,529 | 1,084 | 9,613 | 316,137 | 8,858 | 1,153 | 10,011 | 326,148 |
| 1998 | 334,367 | 14,273 | 1 | 348,641 | 5,768 | 511 | 6,279 | 354,920 | 10,844 | 584 | 11,428 | 366,348 |
| 1997 | 136,329 | 21,095 | 3 | 157,427 | 2,062 | 432 | 2,494 | 159,921 | 5,936 | 598 | 6,534 | 166,455 |
| 1996 | 146,154 | 15,550 | 3 | 161,707 | 2,415 | 334 | 2,749 | 164,456 | 6,199 | 252 | 6,451 | 170,907 |
| 1995 | 104,901 | 17,978 | 9 | 122,888 | 3,009 | 106 | 3,115 | 126,003 | 4,677 | 289 | 4,966 | 130,969 |
| 1994 | 139,815 | 16,340 | 8 | 156,163 | 1,953 | 113 | 2,066 | 158,229 | 3,620 | 219 | 3,839 | 162,068 |
| 1993 | 274,402 | 14,420 | 29 | 288,851 | 855 | 120 | 975 | 289,826 | 3,919 | 216 | 4,135 | 293,961 |
| 1992 | 226,332 | 21,001 | 136 | 247,469 | 1,055 | 79 | 1,134 | 248,603 | 2,845 | 111 | 2,956 | 251,559 |
| 1991 | 114,321 | 17,187 | 705 | 132,213 | 1,300 | 38 | 1,338 | 133,551 | 3,183 | 21 | 3,204 | 136,755 |
| 1990 | 95,011 | 14,528 | 654 | 110,193 | 799 | 15 | 814 | 111,007 | 3,165 | 15 | 3,180 | 114,187 |
| 1989 | 60,794 | 17,692 | 521 | 79,007 | 1,489 | 14 | 1,503 | 80,510 | 4,309 | 16 | 4,325 | 84,835 |
| 1988 | 35,767 | 27,492 | 433 | 63,692 | 823 | 98 | 921 | 64,613 | 4,149 | 21 | 4,170 | 68,783 |
| 1987 | 60,434 | 10,675 | 139 | 71,248 | 2,649 | 45 | 2,694 | 73,942 | 1,463 | 270 | 1,733 | 75,675 |
| 1986 | 58,251 | 7,305 | 498 | 66,054 | 11,155 | 14 | 11,169 | 77,223 | 1,877 | 0 | 1,877 | 79,100 |
| 1985 | 29,993 | 10,736 | 871 | 41,600 | 927 | 16 | 943 | 42,543 | 1,200 | 0 | 1,200 | 43,743 |
| 1984 | 17,998 | 8,049 | 937 | 26,984 | 729 | 0 | 729 | 27,713 | 1,106 | 0 | 1,106 | 28,819 |
| 1983 | 18,136 | 4,853 | 1,408 | 24,397 | 1,942 | 0 | 1,942 | 26,339 | 128 | 12 | 140 | 26,479 |
| 1982 | 19,311 | 3,210 | 1,552 | 24,073 | 1,856 | 0 | 1,856 | 25,929 | 0 | 10 | 10 | 25,939 |
| 1981 | 4,260 | 107 | 176 | 4,543 | 2,284 | 0 | 2,284 | 6,827 | 0 | 2 | 2 | 6,829 |
| 1980 | 2,802 | 0 | 0 | 2,802 | 5,272 | 0 | 5,272 | 8,074 | 0 | 27 | 27 | 8,101 |
| 1979 | 5,410 | 0 | 0 | 5,410 | 5,388 | 0 | 5,388 | 10,798 | 0 | 9 | 9 | 10,807 |
| 1978 | 5,682 | 0 | 0 | 5,682 | 6,620 | 0 | 6,620 | 12,302 | 0 | 3 | 3 | 12,305 |
| 1977 | 2,366 | 0 | 0 | 2,366 | 2,284 | 0 | 2,284 | 4,650 | 0 | 134 | 134 | 4,784 |
| 1976 | 2,513 | 0 | 0 | 2,513 | 824 | 0 | 824 | 3,337 | 0 | 295 | 295 | 3,632 |
| 1975 | 547 | 0 | 0 | 547 | 3,099 | 0 | 3,099 | 3,646 | 0 | 674 | 674 | 4,320 |
| 1974 | 1,128 | 0 | 0 | 1,128 | 3,618 | 0 | 3,618 | 4,746 | 0 | 2,273 | 2,273 | 7,019 |
| 1973 | 939 | 0 | 0 | 939 | 3,231 | 0 | 3,231 | 4,170 | 0 | 2,082 | 2,082 | 6,252 |
| 1972 | 55 | 0 | 0 | 55 | 2,541 | 0 | 2,541 | 2,596 | 0 | 1,268 | 1,268 | 3,864 |
| 1971 | 0 | 0 | 0 | 0 | 2,742 | 0 | 2,742 | 2,742 | 0 | 1,298 | 1,298 | 4,040 |

Source: Fannie Mae

[1]  Includes lender-originated MBS issuances, cash purchases, and capitalized interest. Based on unpaid principal balances; excludes mortgage loans traded but not yet settled.

[2]  Includes balloon and energy loans.

[3]  Includes loans guaranteed by USDA Rural Development Programs.

## Table 1b.  Fannie Mae Purchases of Mortgage-Related Securities – Part 1[1]–revised from first edition

| Period | Fannie Mae Securities | | | | Others' Securities | | | | | | | | Total Private-Label ($) | Mortgage Revenue Bonds ($) | Total Mortgage-Related Securities ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Single-Family | | Multi-family ($) | Total Fannie Mae[2] ($) | Freddie Mac | | | | Ginnie Mae | | | | | | |
| | | | | | Single-Family | | Multi-family ($) | Total Freddie Mac ($) | Single-Family | | Multi-family ($) | Total Ginnie Mae ($) | | | |
| | Fixed Rate[2] ($) | Adjustable-Rate ($) | | | Fixed-Rate ($) | Adjustable-Rate ($) | | | Fixed-Rate ($) | Adjustable-Rate ($) | | | | | |
| **4Q08** | 19,719 | 726 | 864 | 21,309 | 821 | 143 | 0 | 964 | 0 | 0 | 0 | 0 | 0 | 1 | 22,274 |
| **3Q08** | 14,477 | 2,822 | 79 | 17,378 | 779 | 361 | 0 | 1,140 | 0 | 127 | 0 | 127 | 0 | 193 | 18,838 |
| **2Q08** | 22,354 | 4,456 | 61 | 26,871 | 1,995 | 1,846 | 0 | 3,841 | 0 | 1 | 0 | 1 | 456 | 25 | 31,194 |
| **1Q08** | 344 | 2,078 | 19 | 2,441 | 54 | 818 | 0 | 872 | 0 | 0 | 0 | 0 | 1,839 | 65 | 5,217 |
| **Annual Data** | | | | | | | | | | | | | | | |
| **2008** | 56,894 | 10,082 | 1,023 | 67,999 | 3,649 | 3,168 | 0 | 6,817 | 0 | 128 | 0 | 128 | 2,295 | 284 | 77,523 |
| **2007** | 16,126 | 8,277 | 506 | 24,909 | 2,017 | 4,055 | 0 | 6,072 | 0 | 35 | 0 | 35 | 37,435 | 785 | 69,236 |
| **2006** | 23,177 | 14,826 | 429 | 38,432 | 1,044 | 5,108 | 0 | 6,152 | 77 | 0 | 0 | 77 | 57,787 | 218 | 102,666 |
| **2005** | 8,273 | 6,344 | 888 | 15,505 | 121 | 3,449 | 0 | 3,570 | 0 | 0 | 0 | 0 | 41,369 | 1,788 | 62,232 |
| **2004** | 42,214 | 21,281 | 1,159 | 64,654 | 6,546 | 8,228 | 0 | 14,774 | 0 | 0 | 0 | 0 | 90,833 | 6,124 | 176,385 |
| **2003** | 341,461 | 5,842 | 1,225 | 348,528 | 19,340 | 502 | 0 | 19,842 | 36 | 0 | 0 | 36 | 34,032 | 6,168 | 408,606 |
| **2002** | 238,711 | 4,219 | 1,572 | 244,502 | 7,856 | 101 | 0 | 7,957 | 4,425 | 0 | 0 | 4,425 | 7,416 | 4,273 | 268,574 |
| **2001** | Not Available | Not Available | Not Available | 180,582 | Not Available | Not Available | Not Available | 20,072 | Not Available | Not Available | Not Available | 333 | 3,513 | 4,624 | 209,124 |
| **2000** | Before 2002 | Before 2002 | Before 2002 | 104,904 | Before 2002 | Before 2002 | Before 2002 | 10,171 | Before 2002 | Before 2002 | Before 2002 | 2,493 | 8,466 | 3,682 | 129,716 |
| **1999** | | | | 125,498 | | | | 6,861 | | | | 17,561 | 16,511 | 3,474 | 169,905 |
| **1998** | | | | 104,728 | | | | 21,274 | | | | 2,738 | 15,721 | 2,799 | 147,260 |
| **1997** | | | | 39,033 | | | | 2,119 | | | | 3,508 | 4,188 | 1,469 | 50,317 |
| **1996** | | | | 41,263 | | | | 779 | | | | 2,197 | 777 | 1,727 | 46,743 |
| **1995** | | | | 30,432 | | | | 2,832 | | | | 20 | 752 | 2,222 | 36,258 |
| **1994** | | | | 21,660 | | | | 571 | | | | 2,321 | 0 | 1,353 | 25,905 |
| **1993** | | | | 6,275 | | | | 0 | | | | 0 | 0 | 331 | 6,606 |
| **1992** | | | | 4,930 | | | | 0 | | | | 0 | 0 | 498 | 5,428 |
| **1991** | | | | 2,384 | | | | 0 | | | | 0 | 0 | 696 | 3,080 |
| **1990** | | | | 977 | | | | 0 | | | | 0 | 0 | 474 | 1,451 |

Source: Fannie Mae

[1] Includes purchases of Fannie Mae MBS held for investment.  Activity does not include dollar roll transactions.  Based on unpaid principal balances; excludes mortgage loans and mortgage-related securities traded but not yet settled.

[2] Certain amounts previously reported as Fannie Mae fixed-rate securities have been reclassed as private-label securities.

FHFA 0798

**Table 1b.  Fannie Mae Purchases of Mortgage-Related Securities, Part 2, Private-Label Detail** –revised from first edition

| Period | Purchases ($ in Millions)[1] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Private-Label | | | | | | | | |
| | Single-Family | | | | | | | | |
| | Manufactured Housing ($) | Subprime | | Alt-A | | Other | | Multifamily ($) | Total Private-Label ($) |
| | | Fixed-Rate ($) | Adjustable-Rate ($) | Fixed-Rate ($) | Adjustable-Rate ($) | Fixed-Rate ($) | Adjustable-Rate ($) | | |
| 4Q08 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3Q08 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2Q08 | 0 | 0 | 0 | 175 | 0 | 0 | 0 | 281 | 456 |
| 1Q08 | 0 | 0 | 637 | 0 | 0 | 0 | 987 | 215 | 1,839 |
| Annual Data | | | | | | | | | |
| 2008 | 0 | 0 | 637 | 175 | 0 | 0 | 987 | 496 | 2,295 |
| 2007 | 0 | 343 | 15,628 | 38 | 5,250 | 0 | 178 | 15,998 | 37,435 |
| 2006 | 0 | 0 | 35,606 | 1,504 | 10,469 | 0 | 518 | 9,690 | 57,787 |
| 2005 | 0 | 0 | 24,469 | 3,574 | 12,535 | 118 | 571 | 102 | 41,369 |
| 2004 | 0 | 176 | 66,827 | 7,064 | 14,935 | 221 | 1,509 | 101 | 90,833 |
| 2003 | 0 | 0 | 25,769 | 7,734 | 370 | 98 | 0 | 61 | 34,032 |
| 2002 | 56 | 181 | 4,963 | 1,756 | 0 | 43 | 381 | 36 | 7,416 |
| 2001 | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | 3,513 |
| 2000 | Before 2002 | Before 2002 | Before 2002 | Before 2002 | Before 2002 | Before 2002 | Before 2002 | Before 2002 | 8,466 |
| 1999 | | | | | | | | | 16,511 |
| 1998 | | | | | | | | | 15,721 |
| 1997 | | | | | | | | | 4,188 |
| 1996 | | | | | | | | | 777 |
| 1995 | | | | | | | | | 752 |
| 1994 | | | | | | | | | 0 |
| 1993 | | | | | | | | | 0 |
| 1992 | | | | | | | | | 0 |
| 1991 | | | | | | | | | 0 |
| 1990 | | | | | | | | | 0 |

Source: Fannie Mae

[1]  Based on unpaid principal balances and excludes mortgage loans and mortgage-related securities traded but not yet settled. Certain amounts previously reported for years prior to 2007 have changed as a result of the reclassification of certain securities.

HISTORICAL DATA TABLES

## Table 2.  Fannie Mae MBS Issuances

| Period | Business Activity ($ in Millions) | | | |
|---|---|---|---|---|
| | MBS Issuances[1] | | | |
| | Single-Family MBS ($) | Multifamily MBS ($) | Total MBS ($) | Multiclass MBS[2] ($) |
| **4Q08** | 88,154 | 1,313 | 89,467 | 5,314 |
| **3Q08** | 105,745 | 1,246 | 106,991 | 16,386 |
| **2Q08** | 174,743 | 3,020 | 177,763 | 22,406 |
| **1Q08** | 168,309 | 283 | 168,592 | 23,453 |
| **Annual Data** | | | | |
| **2008** | 536,951 | 5,862 | 542,813 | 67,559 |
| **2007** | 622,458 | 7,149 | 629,607 | 112,563 |
| **2006** | 476,161 | 5,543 | 481,704 | 124,856 |
| **2005** | 500,759 | 9,379 | 510,138 | 123,813 |
| **2004** | 545,635 | 6,847 | 552,482 | 94,686 |
| **2003** | 1,196,730 | 23,336 | 1,220,066 | 260,919 |
| **2002** | 731,133 | 12,497 | 743,630 | 170,795 |
| **2001** | 514,621 | 13,801 | 528,422 | 139,403 |
| **2000** | 204,066 | 7,596 | 211,662 | 39,544 |
| **1999** | 292,192 | 8,497 | 300,689 | 55,160 |
| **1998** | 315,120 | 11,028 | 326,148 | 84,147 |
| **1997** | 143,615 | 5,814 | 149,429 | 85,415 |
| **1996** | 144,201 | 5,668 | 149,869 | 30,780 |
| **1995** | 106,269 | 4,187 | 110,456 | 9,681 |
| **1994** | 128,385 | 2,237 | 130,622 | 73,365 |
| **1993** | 220,485 | 959 | 221,444 | 210,630 |
| **1992** | 193,187 | 850 | 194,037 | 170,205 |
| **1991** | 111,488 | 1,415 | 112,903 | 112,808 |
| **1990** | 96,006 | 689 | 96,695 | 68,291 |
| **1989** | 66,489 | 3,275 | 69,764 | 41,715 |
| **1988** | 51,120 | 3,758 | 54,878 | 17,005 |
| **1987** | 62,067 | 1,162 | 63,229 | 9,917 |
| **1986** | 60,017 | 549 | 60,566 | 2,400 |
| **1985** | 23,142 | 507 | 23,649 | Not Issued |
| **1984** | 13,087 | 459 | 13,546 | Before 1986 |
| **1983** | 13,214 | 126 | 13,340 | |
| **1982** | 13,970 | Not Issued | 13,970 | |
| **1981** | 717 | Before 1983 | 717 | |

Source: Fannie Mae

[1]  Lender-originated MBS plus issuances from Fannie Mae's portfolio.  Based on unpaid principal balances and excludes mortgage-related securities traded but not yet settled.

[2]  Beginning in 2006, includes grantor trusts and REMICs as well as stripped MBS backed by Fannie Mae certificates.

## Table 3.  Fannie Mae Earnings

| Period | Earnings ($ in Millions) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Net Interest Income[1] ($) | Guarantee Fee Income ($) | Average Guarantee Fee (basis points) | Administrative Expenses ($) | Credit-Related Expenses[2] ($) | Net Income (Loss) ($) | Return on Equity[3] (%) |
| 4Q08 | 2,680 | 2,786 | 44.0 | 554 | 11,976 | (25,227) | N/M |
| 3Q08 | 2,355 | 1,475 | 23.6 | 401 | 9,241 | (28,994) | N/M |
| 2Q08 | 2,057 | 1,608 | 26.3 | 512 | 5,349 | (2,300) | (50.3) |
| 1Q08 | 1,690 | 1,752 | 29.5 | 512 | 3,243 | (2,186) | (40.9) |
| Annual Data | | | | | | | |
| 2008 | 8,782 | 7,621 | 31.0 | 1,979 | 29,809 | (58,707) | N/M |
| 2007 | 4,581 | 5,071 | 23.7 | 2,669 | 5,012 | (2,050) | (8.3) |
| 2006 | 6,752 | 4,250 | 22.2 | 3,076 | 783 | 4,059 | 11.3 |
| 2005 | 11,505 | 4,006 | 22.3 | 2,115 | 428 | 6,347 | 19.5 |
| 2004 | 18,081 | 3,784 | 21.8 | 1,656 | 363 | 4,967 | 16.6 |
| 2003 | 19,477 | 3,432 | 21.9 | 1,454 | 353 | 8,081 | 27.6 |
| 2002 | 18,426 | 2,516 | 19.3 | 1,156 | 273 | 3,914 | 15.2 |
| 2001 | 8,090 | 1,482 | 19.0 | 1,017 | 78 | 5,894 | 39.8 |
| 2000 | 5,674 | 1,351 | 19.5 | 905 | 94 | 4,448 | 25.6 |
| 1999 | 4,894 | 1,282 | 19.3 | 800 | 127 | 3,912 | 25.2 |
| 1998 | 4,110 | 1,229 | 20.2 | 708 | 261 | 3,418 | 25.2 |
| 1997 | 3,949 | 1,274 | 22.7 | 636 | 375 | 3,056 | 24.6 |
| 1996 | 3,592 | 1,196 | 22.4 | 560 | 409 | 2,725 | 24.1 |
| 1995 | 3,047 | 1,086 | 22.0 | 546 | 335 | 2,144 | 20.9 |
| 1994 | 2,823 | 1,083 | 22.5 | 525 | 378 | 2,132 | 24.3 |
| 1993 | 2,533 | 961 | 21.3 | 443 | 305 | 1,873 | 25.3 |
| 1992 | 2,058 | 834 | 21.2 | 381 | 320 | 1,623 | 26.5 |
| 1991 | 1,778 | 675 | 21.0 | 319 | 370 | 1,363 | 27.7 |
| 1990 | 1,593 | 536 | 21.1 | 286 | 310 | 1,173 | 33.7 |
| 1989 | 1,191 | 408 | 21.3 | 254 | 310 | 807 | 31.1 |
| 1988 | 837 | 328 | 21.6 | 218 | 365 | 507 | 25.2 |
| 1987 | 890 | 263 | 22.1 | 197 | 360 | 376 | 23.5 |
| 1986 | 384 | 175 | 23.8 | 175 | 306 | 105 | 9.5 |
| 1985 | 139 | 112 | 25.6 | 142 | 206 | (7) | (0.7) |
| 1984 | (90) | 78 | 26.2 | 112 | 86 | (71) | (7.4) |
| 1983 | (9) | 54 | 26.3 | 81 | 48 | 49 | 5.1 |
| 1982 | (464) | 16 | 27.2 | 60 | 36 | (192) | (18.9) |
| 1981 | (429) | 0 | 25.0 | 49 | (28) | (206) | (17.2) |
| 1980 | 21 | Not Available | Not Available | 44 | 19 | 14 | 0.9 |
| 1979 | 322 | Before 1981 | Before 1981 | 46 | 35 | 162 | 11.3 |
| 1978 | 294 | | | 39 | 36 | 209 | 16.5 |
| 1977 | 251 | | | 32 | 28 | 165 | 15.3 |
| 1976 | 203 | | | 30 | 25 | 127 | 13.8 |
| 1975 | 174 | | | 27 | 16 | 115 | 14.1 |
| 1974 | 142 | | | 23 | 17 | 107 | 14.7 |
| 1973 | 180 | | | 18 | 12 | 126 | 20.3 |
| 1972 | 138 | | | 13 | 5 | 96 | 18.8 |
| 1971 | 49 | | | 15 | 4 | 61 | 14.4 |

Source: Fannie Mae

N/M = not meaningful

[1] Interest income net of interest expense.  Beginning November 2006, fees received from the interest earned on cash flows between the date of remittance of mortgage and other payments to Fannie Mae by servicers and the date of distribution of these payments to MBS investors are excluded from net interest income.

[2] Credit-related expenses include provision for credit losses and foreclosed property expense (income).

[3] Net income (loss) available to common stockholders divided by average outstanding common equity.

HISTORICAL DATA TABLES

## Table 4. Fannie Mae Balance Sheet

| End of Period | Balance Sheet ($ in Millions) | | | | | | | Mortgage-Backed Securities Outstanding ($ in Millions) | |
|---|---|---|---|---|---|---|---|---|---|
| | Total Assets¹ ($) | Total Mortgage Assets² ($) | Nonmortgage Investments³ ($) | Debt Outstanding ($) | Shareholders' Equity (Deficit) ($) | Core Capital⁴ ($) | Fair Value of Net Assets ($) | Total MBS Outstanding⁵ ($) | Multiclass MBS Outstanding⁶ ($) |
| 4Q08 | 912,404 | 767,989 | 71,550 | 870,393 | (15,314) | (8,641) | (105,150) | 2,289,459 | 481,137 |
| 3Q08 | 896,615 | 746,496 | 49,634 | 831,310 | 9,276 | 16,645 | (46,422) | 2,278,170 | 491,423 |
| 2Q08 | 885,918 | 738,964 | 60,941 | 799,502 | 41,226 | 46,964 | 12,452 | 2,252,282 | 491,738 |
| 1Q08 | 843,227 | 717,529 | 52,710 | 760,340 | 38,836 | 42,676 | 12,210 | 2,200,958 | 492,287 |
| Annual Data | | | | | | | | | |
| 2008 | 912,404 | 767,989 | 71,550 | 870,393 | (15,314) | (8,641) | (105,150) | 2,289,459 | 481,137 |
| 2007 | 882,547 | 723,620 | 86,875 | 796,299 | 44,011 | 45,373 | 35,799 | 2,118,909 | 490,692 |
| 2006 | 843,936 | 726,434 | 56,983 | 767,046 | 41,506 | 41,950 | 43,699 | 1,777,550 | 456,970 |
| 2005 | 834,168 | 736,803 | 46,016 | 764,010 | 39,302 | 39,433 | 42,199 | 1,598,918 | 412,060 |
| 2004 | 1,020,934 | 925,194 | 47,839 | 953,111 | 38,902 | 34,514 | 40,094 | 1,408,047 | 368,567 |
| 2003 | 1,022,275 | 919,589 | 59,518 | 961,280 | 32,268 | 26,953 | 28,393 | 1,300,520 | 398,516 |
| 2002 | 904,739 | 820,627 | 39,376 | 841,293 | 31,899 | 20,431 | 22,110 | 1,040,439 | 401,406 |
| 2001 | 799,948 | 706,347 | 65,982 | 763,467 | 18,118 | 25,182 | 22,675 | 863,445 | 392,457 |
| 2000 | 675,224 | 607,731 | 52,347 | 642,682 | 20,838 | 20,827 | 20,677 | 706,722 | 334,508 |
| 1999 | 575,308 | 523,103 | 37,299 | 547,619 | 17,629 | 17,876 | 20,525 | 679,145 | 335,514 |
| 1998 | 485,146 | 415,434 | 58,515 | 460,291 | 15,453 | 15,465 | 14,885 | 637,143 | 361,613 |
| 1997 | 391,673 | 316,592 | 64,596 | 369,774 | 13,793 | 13,793 | 15,982 | 579,138 | 388,360 |
| 1996 | 351,041 | 286,528 | 56,606 | 331,270 | 12,773 | 12,773 | 14,556 | 548,173 | 339,798 |
| 1995 | 316,550 | 252,868 | 57,273 | 299,174 | 10,959 | 10,959 | 11,037 | 513,230 | 353,528 |
| 1994 | 272,508 | 220,815 | 46,335 | 257,230 | 9,541 | 9,541 | 10,924 | 486,345 | 378,733 |
| 1993 | 216,979 | 190,169 | 21,396 | 201,112 | 8,052 | 8,052 | 9,126 | 471,306 | 381,865 |
| 1992 | 180,978 | 156,260 | 19,574 | 166,300 | 6,774 | Not Applicable | 9,096 | 424,444 | 312,369 |
| 1991 | 147,072 | 126,679 | 9,836 | 133,937 | 5,547 | Before 1993 | Not Available | 355,284 | 224,806 |
| 1990 | 133,113 | 114,066 | 9,868 | 123,403 | 3,941 | | Before 1992 | 288,075 | 127,278 |
| 1989 | 124,315 | 107,981 | 8,338 | 116,064 | 2,991 | | | 216,512 | 64,826 |
| 1988 | 112,258 | 100,099 | 5,289 | 105,459 | 2,260 | | | 170,097 | 26,660 |
| 1987 | 103,459 | 93,665 | 3,468 | 97,057 | 1,811 | | | 135,734 | 11,359 |
| 1986 | 99,621 | 94,123 | 1,775 | 93,563 | 1,182 | | | 95,568 | Not Issued |
| 1985 | 99,076 | 94,609 | 1,466 | 93,985 | 1,009 | | | 54,552 | Before 1987 |
| 1984 | 87,798 | 84,135 | 1,840 | 83,719 | 918 | | | 35,738 | |
| 1983 | 78,383 | 75,247 | 1,689 | 74,594 | 1,000 | | | 25,121 | |
| 1982 | 72,981 | 69,356 | 2,430 | 69,614 | 953 | | | 14,450 | |
| 1981 | 61,578 | 59,629 | 1,047 | 58,551 | 1,080 | | | 717 | |
| 1980 | 57,879 | 55,589 | 1,556 | 54,880 | 1,457 | | | Not Issued | |
| 1979 | 51,300 | 49,777 | 843 | 48,424 | 1,501 | | | Before 1981 | |
| 1978 | 43,506 | 42,103 | 834 | 40,985 | 1,362 | | | | |
| 1977 | 33,980 | 33,252 | 318 | 31,890 | 1,173 | | | | |
| 1976 | 32,393 | 31,775 | 245 | 30,565 | 983 | | | | |
| 1975 | 31,596 | 30,820 | 239 | 29,963 | 861 | | | | |
| 1974 | 29,671 | 28,666 | 466 | 28,168 | 772 | | | | |
| 1973 | 24,318 | 23,589 | 227 | 23,003 | 680 | | | | |
| 1972 | 20,346 | 19,652 | 268 | 19,239 | 559 | | | | |
| 1971 | 18,591 | 17,886 | 349 | 17,672 | 460 | | | | |

Source: Fannie Mae

1  Beginning in 1998, the guaranty liability for Fannie Mae MBS held as investments is classified as a liability.

2  Gross mortgage assets net of unamortized purchase premiums, discounts, and cost basis adjustments, and, beginning in 2002, fair value adjustments on available-for-sale and trading securities, as well as impairments on available-for-sale securities. Excludes the allowance for loan losses on loans held for investment. The amounts for 1999 through 2001 include certain loans held for investment that were previously classified as nonmortgage investments.

3  Data reflect unpaid principal balance net of unamortized purchase premiums, discounts, and cost basis adjustments, as well as fair-value adjustments and impairments on available-for-sale and trading securities. Since 2005, advances to lenders are not included. Amounts for periods prior to 2005 may include or consist of advances to lenders. Prior to 1982, the majority of nonmortgage investments consisted of U.S. government securities and agency securities.

4  The sum of (a) the stated value of outstanding common stock (common stock less Treasury stock); (b) the stated value of outstanding noncumulative perpetual preferred stock; (c) paid-in capital; and (d) retained earnings (accumulative deficit), less Treasury stock. Core capital excludes accumulated other comprehensive income (loss).

5  Unpaid principal balance of Fannie Mae MBS held by third-party investors. The principal balance of resecuritized Fannie Mae MBS is included only once.

6  Beginning in 2005, consists of securities guaranteed by Fannie Mae that are backed by Ginnie Mae collateral, grantor trusts, and REMICs, as well as stripped MBS backed by Fannie Mae certificates.

## Table 4a.  Fannie Mae Total MBS Outstanding Detail

| End of Period | Single-Family Mortgages[1] ($ in Millions) | | | | | | | Multifamily Mortgages[1] ($ in Millions) | | Total Multi-family ($) | Total MBS Outstanding |
| | Conventional | | | | FHA/VA | | | | | | |
| | Fixed-Rate ($) | Adjustable-Rate ($) | Seconds ($) | Total ($) | Fixed-Rate ($) | Adjustable-Rate ($) | Total ($) | Conventional ($) | FHA/RD ($) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4Q08 | 2,035,020 | 203,206 | 31 | 2,238,257 | 12,903 | 214 | 13,117 | 37,298 | 787 | 38,085 | 2,289,459 |
| 3Q08 | 2,016,198 | 208,992 | 33 | 2,225,223 | 13,346 | 224 | 13,570 | 38,524 | 853 | 39,377 | 2,278,170 |
| 2Q08 | 1,985,855 | 212,630 | 34 | 2,198,519 | 13,833 | 235 | 14,068 | 38,762 | 933 | 39,695 | 2,252,282 |
| 1Q08 | 1,936,337 | 211,790 | 37 | 2,148,164 | 14,439 | 253 | 14,692 | 37,128 | 974 | 38,102 | 2,200,958 |
| Annual Data | | | | | | | | | | | |
| 2008 | 2,035,020 | 203,206 | 31 | 2,238,257 | 12,903 | 214 | 13,117 | 37,298 | 787 | 38,085 | 2,289,459 |
| 2007 | 1,850,150 | 214,245 | 0 | 2,064,395 | 14,982 | 275 | 15,257 | 38,218 | 1,039 | 39,257 | 2,118,909 |
| 2006 | 1,484,147 | 230,667 | 0 | 1,714,814 | 18,615 | 454 | 19,069 | 42,184 | 1,483 | 43,667 | 1,777,550 |
| 2005 | 1,290,354 | 232,689 | 0 | 1,523,043 | 23,065 | 668 | 23,733 | 50,346 | 1,796 | 52,142 | 1,598,918 |
| 2004 | 1,243,343 | 75,722 | 0 | 1,319,065 | 31,389 | 949 | 32,336 | 47,386 | 9,260 | 56,646 | 1,408,047 |
| 2003 | 1,112,849 | 87,373 | 0 | 1,200,222 | 36,139 | 1,268 | 37,407 | 53,720 | 9,171 | 62,891 | 1,300,520 |
| 2002 | 875,260 | 75,430 | 0 | 950,690 | 36,057 | 1,247 | 37,304 | 47,025 | 5,420 | 52,445 | 1,040,439 |
| 2001 | 752,211 | 60,842 | 772 | 813,825 | 4,519 | 1,207 | 5,726 | 42,713 | 1,181 | 43,894 | 863,445 |
| 2000 | 599,999 | 61,495 | 1,165 | 662,659 | 6,778 | 1,298 | 8,076 | 35,207 | 780 | 35,987 | 706,722 |
| 1999 | 586,069 | 51,474 | 1,212 | 638,755 | 7,159 | 1,010 | 8,169 | 31,518 | 703 | 32,221 | 679,145 |
| 1998 | 545,680 | 56,903 | 98 | 602,681 | 5,340 | 587 | 5,927 | 28,378 | 157 | 28,535 | 637,143 |
| 1997 | 483,982 | 70,106 | 7 | 554,095 | 3,872 | 213 | 4,085 | 20,824 | 134 | 20,958 | 579,138 |
| 1996 | 460,866 | 65,682 | 9 | 526,557 | 4,402 | 191 | 4,593 | 16,912 | 111 | 17,023 | 548,173 |
| 1995 | 431,755 | 63,436 | 13 | 495,204 | 5,043 | 91 | 5,134 | 12,579 | 313 | 12,892 | 513,230 |
| 1994 | 415,692 | 55,780 | 18 | 471,490 | 5,628 | 0 | 5,628 | 8,908 | 319 | 9,227 | 486,345 |
| 1993 | 405,383 | 49,987 | 28 | 455,398 | 7,549 | 0 | 7,549 | 8,034 | 325 | 8,359 | 471,306 |
| 1992 | 360,619 | 45,718 | 43 | 406,380 | 9,438 | 0 | 9,438 | 8,295 | 331 | 8,626 | 424,444 |
| 1991 | 290,038 | 45,110 | 89 | 335,237 | 11,112 | 0 | 11,112 | 8,599 | 336 | 8,935 | 355,284 |
| 1990 | 225,981 | 42,443 | 121 | 268,545 | 11,380 | 0 | 11,380 | 7,807 | 343 | 8,150 | 288,075 |
| 1989 | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | 216,512 |
| 1988 | Before 1990 | Before 1990 | Before 1990 | Before 1990 | Before 1990 | Before 1990 | Before 1990 | Before 1990 | Before 1990 | Before 1990 | 170,097 |
| 1987 | | | | | | | | | | | 135,734 |
| 1986 | | | | | | | | | | | 95,568 |
| 1985 | | | | | | | | | | | 54,552 |
| 1984 | | | | | | | | | | | 35,738 |
| 1983 | | | | | | | | | | | 25,121 |
| 1982 | | | | | | | | | | | 14,450 |
| 1981 | | | | | | | | | | | 717 |
| 1980 | | | | | | | | | | | Not Issued Before 1981 |

Source: Fannie Mae

1   Unpaid principal balance of Fannie Mae MBS held by third parties.  Includes guaranteed whole loan REMICs and private-label wraps that are not included in grantor trusts.  The principal balance or
    resecuritized Fannie Mae MBS is included only once.

FHFA 0803

## Table 5.  Fannie Mae Mortgage Assets Detail

| End of Period | Whole Loans[1,2] ($) | Fannie Mae Securities[1,3] ($) | Other Mortgage-Related Securities[1,3,4] ($) | Unamortized Premiums, Discounts, Deferred Adjustments, and Fair Value Adjustments on Securities[5] ($) | Total Mortgage Assets ($) |
|---|---|---|---|---|---|
| **($ in Millions)** | | | | | |
| 4Q08 | 429,493 | 228,950 | 133,753 | (24,207) | 767,989 |
| 3Q08 | 407,671 | 223,085 | 136,410 | (20,670) | 746,496 |
| 2Q08 | 420,992 | 193,121 | 140,003 | (15,152) | 738,964 |
| 1Q08 | 411,838 | 173,757 | 141,110 | (9,176) | 717,529 |
| **Annual Data** | | | | | |
| 2008 | 429,493 | 228,950 | 133,753 | (24,207) | 767,989 |
| 2007 | 403,577 | 180,163 | 144,163 | (4,283) | 723,620 |
| 2006 | 383,045 | 199,644 | 146,243 | (2,498) | 726,434 |
| 2005 | 366,680 | 234,451 | 136,758 | (1,086) | 736,803 |
| 2004 | 400,157 | 344,404 | 172,648 | 7,985 | 925,194 |
| 2003 | 397,633 | 405,922 | 105,313 | 10,721 | 919,589 |
| 2002 | 323,244 | 380,383 | 96,152 | 20,848 | 820,627 |
| 2001 | 167,405 | 431,776 | 109,270 | (2,104) | 706,347 |
| 2000 | 152,634 | 351,066 | 106,551 | (2,520) | 607,731 |
| 1999 | 149,231 | 281,714 | 93,122 | (964) | 523,103 |
| 1998 | 155,779 | 197,375 | 61,361 | 919 | 415,434 |
| 1997 | 160,102 | 130,444 | 26,132 | (86) | 316,592 |
| 1996 | 167,891 | 102,607 | 16,554 | (525) | 286,528 |
| 1995 | 171,481 | 69,729 | 12,301 | (643) | 252,868 |
| 1994 | 170,909 | 43,998 | 7,150 | (1,242) | 220,815 |
| 1993 | 163,149 | 24,219 | 3,493 | (692) | 190,169 |
| 1992 | 134,597 | 20,535 | 2,987 | (1,859) | 156,260 |
| 1991 | 109,251 | 16,700 | 3,032 | (2,304) | 126,679 |
| 1990 | 101,797 | 11,758 | 3,073 | (2,562) | 114,066 |
| 1989 | 95,729 | 11,720 | 3,272 | (2,740) | 107,981 |
| 1988 | 92,220 | 8,153 | 2,640 | (2,914) | 100,099 |
| 1987 | 89,618 | 4,226 | 2,902 | (3,081) | 93,665 |
| 1986 | 94,167 | 1,606 | 2,060 | (3,710) | 94,123 |
| 1985 | 97,421 | 435 | 793 | (4,040) | 94,609 |
| 1984 | 87,205 | 477 | 427 | (3,974) | 84,135 |
| 1983 | 77,983 | Not Available | 273 | (3,009) | 75,247 |
| 1982 | 71,777 | Before 1984 | 37 | (2,458) | 69,356 |
| 1981 | 61,411 | | 1 | (1,783) | 59,629 |
| 1980 | 57,326 | | 1 | (1,738) | 55,589 |
| 1979 | 51,096 | | 1 | (1,320) | 49,777 |
| 1978 | 43,315 | | Not Available | (1,212) | 42,103 |
| 1977 | 34,377 | | Before 1979 | (1,125) | 33,252 |
| 1976 | 32,937 | | | (1,162) | 31,775 |
| 1975 | 31,916 | | | (1,096) | 30,820 |
| 1974 | 29,708 | | | (1,042) | 28,666 |
| 1973 | 24,459 | | | (870) | 23,589 |
| 1972 | 20,326 | | | (674) | 19,652 |
| 1971 | 18,515 | | | (629) | 17,886 |

Source: Fannie Mae

[1]  Unpaid principal balance.

[2]  Beginning with 2002, includes mortgage-related securities that were consolidated as loans as of period-end. For 1999, 2000, and 2001, includes certain loans held for investment that were classified as nonmortgage investments.

[3]  Beginning with 2002, excludes mortgage-related securities that were consolidated as loans as of period-end.

[4]  Includes mortgage revenue bonds.

[5]  Includes unamortized premiums, discounts, deferred adjustments, and fair value adjustments on securities and loans. Beginning in 2002, amounts include fair value adjustments and impairments on mortgage-related securities and securities commitments classified as trading and available-for-sale. Excludes the allowance for loan losses on loans held for investment.

## Table 5a.  Fannie Mae Mortgage Assets Detail – Whole Loans

| End of Period | Whole Loans ($ in Millions)[1] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Single-Family | | | | | Multifamily | | | Total Whole Loans ($) |
| | Conventional | | | | Total FHA/VA/RD[3] ($) | Conventional ($) | FHA/RD ($) | Total ($) | |
| | Fixed-Rate[2] ($) | Adjustable-Rate ($) | Seconds ($) | Total ($) | | | | | |
| **4Q08** | 223,881 | 44,157 | 215 | 268,253 | 43,799 | 116,742 | 699 | 117,441 | 429,493 |
| **3Q08** | 209,663 | 44,873 | 229 | 254,765 | 40,082 | 112,093 | 731 | 112,824 | 407,671 |
| **2Q08** | 235,234 | 43,758 | 241 | 279,233 | 36,009 | 104,997 | 753 | 105,750 | 420,992 |
| **1Q08** | 239,010 | 42,144 | 253 | 281,407 | 32,051 | 97,599 | 781 | 98,380 | 411,838 |
| **Annual Data** | | | | | | | | | |
| **2008** | 223,881 | 44,157 | 215 | 268,253 | 43,799 | 116,742 | 699 | 117,441 | 429,493 |
| **2007** | 240,090 | 43,278 | 261 | 283,629 | 28,202 | 90,931 | 815 | 91,746 | 403,577 |
| **2006** | 255,490 | 46,820 | 287 | 302,597 | 20,106 | 59,374 | 968 | 60,342 | 383,045 |
| **2005** | 261,214 | 38,331 | 220 | 299,765 | 15,036 | 50,731 | 1,148 | 51,879 | 366,680 |
| **2004** | 307,048 | 38,350 | 177 | 345,575 | 10,112 | 43,396 | 1,074 | 44,470 | 400,157 |
| **2003** | 335,812 | 19,155 | 233 | 355,200 | 7,284 | 33,945 | 1,204 | 35,149 | 397,633 |
| **2002** | 282,899 | 12,142 | 416 | 295,457 | 6,404 | 19,485 | 1,898 | 21,383 | 323,244 |
| **2001** | 140,454 | 10,427 | 917 | 151,798 | 5,069 | 8,987 | 1,551 | 10,538 | 167,405 |
| **2000** | 125,786 | 13,244 | 480 | 139,510 | 4,763 | 6,547 | 1,814 | 8,361 | 152,634 |
| **1999** | 130,614 | 6,058 | 176 | 136,848 | 4,472 | 5,564 | 2,347 | 7,911 | 149,231 |
| **1998** | 135,351 | 7,633 | 206 | 143,190 | 4,404 | 5,590 | 2,595 | 8,185 | 155,779 |
| **1997** | 134,543 | 10,389 | 268 | 145,200 | 4,631 | 7,388 | 2,883 | 10,271 | 160,102 |
| **1996** | 137,507 | 12,415 | 323 | 150,245 | 4,739 | 9,756 | 3,151 | 12,907 | 167,891 |
| **1995** | 137,032 | 14,756 | 423 | 152,211 | 4,780 | 11,175 | 3,315 | 14,490 | 171,481 |
| **1994** | 133,882 | 16,475 | 537 | 150,894 | 4,965 | 11,681 | 3,369 | 15,050 | 170,909 |
| **1993** | 123,308 | 19,175 | 772 | 143,255 | 5,305 | 11,143 | 3,446 | 14,589 | 163,149 |
| **1992** | 91,500 | 22,637 | 1,355 | 115,492 | 6,097 | 9,407 | 3,601 | 13,008 | 134,597 |
| **1991** | 69,130 | 19,763 | 2,046 | 90,939 | 6,962 | 7,641 | 3,709 | 11,350 | 109,251 |
| **1990** | 61,873 | 19,558 | 1,851 | 83,282 | 8,524 | 6,142 | 3,849 | 9,991 | 101,797 |
| **1989** | 55,638 | 20,751 | 1,614 | 78,003 | 9,450 | 3,926 | 4,350 | 8,276 | 95,729 |
| **1988** | 53,090 | 20,004 | 1,561 | 74,655 | 10,480 | 2,699 | 4,386 | 7,085 | 92,220 |
| **1987** | 55,913 | 13,702 | 1,421 | 71,036 | 11,652 | 2,448 | 4,482 | 6,930 | 89,618 |
| **1986** | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | 94,167 |
| **1985** | Before 1987 | Before 1987 | Before 1987 | Before 1987 | Before 1987 | Before 1987 | Before 1987 | Before 1987 | 97,421 |
| **1984** | | | | | | | | | 87,205 |
| **1983** | | | | | | | | | 77,983 |
| **1982** | | | | | | | | | 71,777 |
| **1981** | | | | | | | | | 61,411 |
| **1980** | | | | | | | | | 57,326 |
| **1979** | | | | | | | | | 51,096 |
| **1978** | | | | | | | | | 43,315 |
| **1977** | | | | | | | | | 34,377 |
| **1976** | | | | | | | | | 32,937 |
| **1975** | | | | | | | | | 31,916 |
| **1974** | | | | | | | | | 29,708 |
| **1973** | | | | | | | | | 24,459 |
| **1972** | | | | | | | | | 20,326 |
| **1971** | | | | | | | | | 18,515 |

Source: Fannie Mae

[1]  Unpaid principal balance.  Beginning with 2002, includes mortgage-related securities that were consolidated as loans as of period-end.  For 1999, 2000, and 2001, includes certain loans held for investment that were classified as nonmortgage investments.

[2]  Includes balloon and energy loans.

[3]  Includes loans guaranteed by USDA Rural Development Programs.

## Table 5b.  Fannie Mae Mortgage Assets Detail – Part 1, Mortgage-Related Securities

| End of Period | Mortgage-Related Securities ($ in Millions)[1] | | | | | | | | | | | | | |
| | Fannie Mae Securities ($) | | | | Others' Securities | | | | | | | | | |
| | Single-Family | | Multi-family ($) | Total Fannie Mae ($) | Freddie Mac | | | | Ginnie Mae | | | | Total Private-Label ($) | Total Others' Securities ($)[2] |
| | | | | | Single-Family | | Multi-family ($) | Total Freddie Mac ($) | Single-Family | | Multi-family ($) | Total Ginnie Mae ($) | | |
| | Fixed-Rate ($) | Adjustable-Rate ($) | | | Fixed-Rate ($) | Adjustable-Rate ($) | | | Fixed-Rate ($) | Adjustable-Rate ($) | | | | |
| **4Q08** | 207,867 | 20,637 | 446 | 228,950 | 18,420 | 14,963 | 0 | 33,383 | 1,343 | 153 | 21 | 1,517 | 83,406 | 118,306 |
| **3Q08** | 201,358 | 21,276 | 451 | 223,085 | 18,090 | 15,394 | 0 | 33,484 | 1,388 | 155 | 29 | 1,572 | 85,731 | 120,787 |
| **2Q08** | 171,133 | 21,531 | 457 | 193,121 | 17,869 | 15,705 | 0 | 33,574 | 1,445 | 29 | 28 | 1,502 | 89,139 | 124,215 |
| **1Q08** | 152,901 | 20,416 | 440 | 173,757 | 16,487 | 14,682 | 0 | 31,169 | 1,513 | 31 | 50 | 1,594 | 92,229 | 124,992 |
| **Annual Data** | | | | | | | | | | | | | | |
| **2008** | 207,867 | 20,637 | 446 | 228,950 | 18,420 | 14,963 | 0 | 33,383 | 1,343 | 153 | 21 | 1,517 | 83,406 | 118,306 |
| **2007** | 158,863 | 20,741 | 559 | 180,163 | 16,954 | 14,425 | 0 | 31,379 | 1,575 | 34 | 50 | 1,659 | 94,810 | 127,848 |
| **2006** | 194,702 | 4,342 | 600 | 199,644 | 17,304 | 12,773 | 0 | 30,077 | 1,905 | 0 | 56 | 1,961 | 97,281 | 129,319 |
| **2005** | 230,546 | 3,030 | 875 | 234,451 | 18,850 | 9,861 | 0 | 28,711 | 2,273 | 0 | 57 | 2,330 | 86,915 | 117,956 |
| **2004** | 339,138 | 3,869 | 1,397 | 344,404 | 29,328 | 8,235 | 0 | 37,563 | 4,131 | 1 | 68 | 4,200 | 108,809 | 150,572 |
| **2003** | 400,863 | 3,149 | 1,910 | 405,922 | 30,356 | 558 | 0 | 30,914 | 6,993 | 0 | 68 | 7,061 | 46,979 | 84,954 |
| **2002** | 373,958 | 3,827 | 2,598 | 380,383 | 32,617 | 207 | 0 | 32,824 | 15,436 | 0 | 85 | 15,521 | 28,157 | 76,502 |
| **2001** | 417,796 | 5,648 | 8,332 | 431,776 | 42,516 | 287 | 26 | 42,829 | 18,779 | 1 | 109 | 18,889 | 29,175 | 90,893 |
| **2000** | Not Available | Not Available | Not Available | 351,066 | Not Available | Not Available | Not Available | 33,290 | Not Available | Not Available | Not Available | 23,768 | 34,266 | 91,324 |
| **1999** | Before 2001 | Before 2001 | Before 2001 | 281,714 | Before 2001 | Before 2001 | Before 2001 | 25,577 | Before 2001 | Before 2001 | Before 2001 | 23,701 | 31,673 | 80,951 |
| **1998** | | | | 197,375 | | | | 23,453 | | | | 8,638 | 19,585 | 51,676 |
| **1997** | | | | 130,444 | | | | 5,262 | | | | 7,696 | 5,554 | 18,512 |
| **1996** | | | | 102,607 | | | | 3,623 | | | | 4,780 | 1,486 | 9,889 |
| **1995** | | | | 69,729 | | | | 3,233 | | | | 2,978 | 747 | 6,958 |
| **1994** | | | | 43,998 | | | | 564 | | | | 3,182 | 1 | 3,747 |
| **1993** | | | | 24,219 | | | | Not Available | | | | 972 | 2 | 974 |
| **1992** | | | | 20,535 | | | | Before 1994 | | | | 168 | 3 | 171 |
| **1991** | | | | 16,700 | | | | | | | | 180 | 93 | 273 |
| **1990** | | | | 11,758 | | | | | | | | 191 | 352 | 543 |
| **1989** | | | | 11,720 | | | | | | | | 202 | 831 | 1,033 |
| **1988** | | | | 8,153 | | | | | | | | 26 | 810 | 836 |
| **1987** | | | | 4,226 | | | | | | | | Not Available | 1,036 | 1,036 |
| **1986** | | | | 1,606 | | | | | | | | Before 1988 | 1,591 | 1,591 |
| **1985** | | | | 435 | | | | | | | | | Not Available | Not Available |
| **1984** | | | | 477 | | | | | | | | | Before 1986 | Before 1986 |
| **1983** | | | | Not Available Before 1984 | | | | | | | | | | |

Source: Fannie Mae

[1]  Unpaid principal balance. Beginning with 2002, excludes mortgage-related securities that were consolidated as loans as of period-end.

[2]  Excludes mortgage revenue bonds.

**Table 5b. Fannie Mae Mortgage Assets Detail –**
**Part 2, Mortgage-Related Securities, Private-Label Detail** –revised from first edition

| End of Period | Manufactured Housing ($) | Subprime Fixed-Rate ($) | Subprime Adjustable-Rate ($) | Alt-A Fixed-Rate ($) | Alt-A Adjustable-Rate ($) | Other Fixed-Rate ($) | Other Adjustable-Rate ($) | Multifamily ($) | Total Private-Label ($) |
|---|---|---|---|---|---|---|---|---|---|
| **4Q08** | 2,840 | 438 | 24,113 | 8,444 | 19,414 | 286 | 2,021 | 25,850 | 83,406 |
| **3Q08** | 2,947 | 454 | 25,505 | 8,619 | 19,988 | 292 | 2,050 | 25,876 | 85,731 |
| **2Q08** | 3,065 | 467 | 27,809 | 8,829 | 20,678 | 301 | 2,084 | 25,906 | 89,139 |
| **1Q08** | 3,193 | 485 | 29,898 | 8,938 | 21,625 | 309 | 2,137 | 25,644 | 92,229 |
| **Annual Data** | | | | | | | | | |
| **2008** | 2,840 | 438 | 24,113 | 8,444 | 19,414 | 286 | 2,021 | 25,850 | 83,406 |
| **2007** | 3,316 | 503 | 31,537 | 9,221 | 23,254 | 319 | 1,187 | 25,473 | 94,810 |
| **2006** | 3,902 | 268 | 46,608 | 10,722 | 24,402 | 376 | 1,282 | 9,721 | 97,281 |
| **2005** | 4,622 | 431 | 46,679 | 11,848 | 21,203 | 634 | 1,455 | 43 | 86,915 |
| **2004** | 5,461 | 889 | 73,768 | 11,387 | 14,223 | 2,535 | 487 | 59 | 108,809 |
| **2003** | 6,522 | 1,437 | 27,738 | 8,429 | 383 | 1,944 | 428 | 98 | 46,979 |
| **2002** | 9,583 | 2,870 | 6,534 | 3,905 | 20 | 3,773 | 1,325 | 147 | 28,157 |
| **2001** | 10,708 | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | 299 | 29,175 |
| **2000** | Not Available | Before 2002 | Before 2002 | Before 2002 | Before 2002 | Before 2002 | Before 2002 | Not Available | 34,266 |
| **1999** | Before 2001 | | | | | | | Before 2001 | 31,673 |
| **1998** | | | | | | | | | 19,585 |
| **1997** | | | | | | | | | 5,554 |
| **1996** | | | | | | | | | 1,486 |
| **1995** | | | | | | | | | 747 |
| **1994** | | | | | | | | | 1 |
| **1993** | | | | | | | | | 2 |
| **1992** | | | | | | | | | 3 |
| **1991** | | | | | | | | | 93 |
| **1990** | | | | | | | | | 352 |
| **1989** | | | | | | | | | 831 |
| **1988** | | | | | | | | | 810 |
| **1987** | | | | | | | | | 1,036 |
| **1986** | | | | | | | | | 1,591 |
| **1985** | | | | | | | | | Not Available |
| **1984** | | | | | | | | | Before 1986 |
| **1983** | | | | | | | | | |

Source: Fannie Mae

[1] Unpaid principal balance. Certain amounts previously reported for years prior to 2007 have changed as a result of reclassification of certain securities.

FHFA 0807

HISTORICAL DATA TABLES

**Table 5b.  Fannie Mae Mortgage Assets Detail –
Part 3, Mortgage-Related Securities**

| End of Period | Mortgage-Related Securities ($ in Millions) | | ($ in Millions) | |
|---|---|---|---|---|
| | Mortgage Revenue Bonds[1] ($) | Total Mortgage-Related Securities[1] ($) | Unamortized Premiums, Discounts, Deferred Adjustments, and Fair Value Adjustments on Securities[2] ($) | Total Mortgage Assets Portfolio ($) |
| 4Q08 | 15,447 | 362,703 | (24,207) | 767,989 |
| 3Q08 | 15,623 | 359,495 | (20,670) | 746,496 |
| 2Q08 | 15,788 | 333,124 | (15,152) | 738,964 |
| 1Q08 | 16,118 | 314,867 | (9,176) | 717,529 |
| Annual Data | | | | |
| 2008 | 15,447 | 362,703 | (24,207) | 767,989 |
| 2007 | 16,315 | 324,326 | (4,283) | 723,620 |
| 2006 | 16,924 | 345,887 | (2,498) | 726,434 |
| 2005 | 18,802 | 371,209 | (1,086) | 736,803 |
| 2004 | 22,076 | 517,052 | 7,985 | 925,194 |
| 2003 | 20,359 | 511,235 | 10,721 | 919,589 |
| 2002 | 19,650 | 476,535 | 20,848 | 820,627 |
| 2001 | 18,377 | 541,046 | (2,104) | 706,347 |
| 2000 | 15,227 | 457,617 | (2,520) | 607,731 |
| 1999 | 12,171 | 374,836 | (964) | 523,103 |
| 1998 | 9,685 | 258,736 | 919 | 415,434 |
| 1997 | 7,620 | 156,576 | (86) | 316,592 |
| 1996 | 6,665 | 119,161 | (525) | 286,527 |
| 1995 | 5,343 | 82,030 | (643) | 252,868 |
| 1994 | 3,403 | 51,148 | (1,242) | 220,815 |
| 1993 | 2,519 | 27,712 | (692) | 190,169 |
| 1992 | 2,816 | 23,522 | (1,859) | 156,260 |
| 1991 | 2,759 | 19,732 | (2,304) | 126,679 |
| 1990 | 2,530 | 14,831 | (2,562) | 114,066 |
| 1989 | 2,239 | 14,992 | (2,740) | 107,981 |
| 1988 | 1,804 | 10,793 | (2,914) | 100,099 |
| 1987 | 1,866 | 7,128 | (3,081) | 93,665 |
| 1986 | 469 | Not Available | (3,710) | 94,123 |
| 1985 | Not Available | Before 1987 | (4,040) | 95,250 |
| 1984 | Before 1986 | | (3,974) | 84,695 |
| 1983 | | | (3,009) | 75,782 |
| 1982 | | | (2,458) | 69,842 |
| 1981 | | | (1,783) | 59,949 |
| 1980 | | | (1,738) | 55,878 |
| 1979 | | | (1,320) | 49,777 |
| 1978 | | | (1,212) | 42,103 |
| 1977 | | | (1,125) | 33,252 |
| 1976 | | | (1,162) | 31,775 |
| 1975 | | | (1,096) | 30,821 |
| 1974 | | | (1,042) | 28,665 |
| 1973 | | | (870) | 23,579 |
| 1972 | | | (674) | 19,650 |
| 1971 | | | (629) | 17,886 |

Source: Fannie Mae

[1]  Unpaid principal balance.

[2]  Includes unamortized premiums, discounts, deferred adjustments, and fair value adjustments on securities and loans. Beginning in 2002, amounts include fair value adjustments and impairments on mortgage-related securities and securities commitments classified as trading and available-for-sale.  Excludes the allowance for loan losses on loans held for investment.

**Table 6.  Fannie Mae Financial Derivatives**

| End of Period | Financial Derivatives - Notional Amount Outstanding ($ in Millions) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Interest Rate Swaps[1] ($) | Interest Rate Caps, Floors, and Corridors ($) | Foreign Currency Contracts ($) | OTC Futures, Options, and Forward Rate Agreements ($) | Mandatory Mortgage Purchase & Sell Commitments ($) | Other ($) | Total ($) |
| 4Q08 | 1,023,384 | 500 | 1,652 | 173,060 | 71,236 | 0 | 1,269,832 |
| 3Q08 | 913,946 | 500 | 1,980 | 172,095 | 83,107 | 0 | 1,171,628 |
| 2Q08 | 961,584 | 750 | 2,148 | 177,402 | 77,019 | 0 | 1,218,903 |
| 1Q08 | 871,273 | 750 | 1,710 | 169,280 | 75,723 | 0 | 1,118,736 |
| Annual Data | | | | | | | |
| 2008 | 1,023,384 | 500 | 1,652 | 173,060 | 71,236 | 0 | 1,269,832 |
| 2007 | 671,274 | 2,250 | 2,559 | 210,381 | 55,366 | 0 | 941,830 |
| 2006 | 516,571 | 14,000 | 4,551 | 210,271 | 39,928 | 0 | 785,321 |
| 2005 | 317,470 | 33,000 | 5,645 | 288,000 | 39,194 | 0 | 683,309 |
| 2004 | 256,216 | 104,150 | 11,453 | 318,275 | 40,600 | 0 | 730,694 |
| 2003 | 598,288 | 130,350 | 5,195 | 305,175 | 43,560 | 0 | 1,082,568 |
| 2002 | 253,211 | 122,419 | 3,932 | 275,625 | Not Available | 0 | 655,187 |
| 2001 | 299,953 | 75,893 | 8,493 | 148,800 | Before 2003 | 0 | 533,139 |
| 2000 | 227,651 | 33,663 | 9,511 | 53,915 | | 0 | 324,740 |
| 1999 | 192,032 | 28,950 | 11,507 | 41,081 | | 1,400 | 274,970 |
| 1998 | 142,846 | 14,500 | 12,995 | 13,481 | | 3,735 | 187,557 |
| 1997 | 149,673 | 100 | 9,968 | 0 | | 1,660 | 161,401 |
| 1996 | 158,140 | 300 | 2,429 | 0 | | 350 | 161,219 |
| 1995 | 125,679 | 300 | 1,224 | 29 | | 975 | 128,207 |
| 1994 | 87,470 | 360 | 1,023 | 0 | | 1,465 | 90,317 |
| 1993 | 49,458 | 360 | 1,023 | 0 | | 1,425 | 52,265 |
| 1992 | 24,130 | 0 | 1,177 | 0 | | 1,350 | 26,658 |
| 1991 | 9,100 | 0 | Not Available | 50 | | 1,050 | 10,200 |
| 1990 | 4,800 | 0 | Before 1992 | 25 | | 1,700 | 6,525 |

Source: Fannie Mae

[1]  Beginning in 2002, includes MBS options, swap credit enhancements, and forward-starting debt.

## Table 7.  Fannie Mae Nonmortgage Investments

| End of Period | Nonmortgage Investments ($ in Millions)[1] | | | | | |
|---|---|---|---|---|---|---|
| | Federal Funds and Eurodollars ($) | Asset-Backed Securities ($) | Repurchase Agreements[2] ($) | Commercial Paper and Corporate Debt[3] ($) | Other[4] ($) | Total ($) |
| 4Q08 | 45,910 | 10,598 | 8,000 | 6,037 | 1,005 | 71,550 |
| 3Q08 | 22,860 | 11,929 | 5,000 | 7,657 | 2,188 | 49,634 |
| 2Q08 | 35,410 | 12,843 | 0 | 10,049 | 2,639 | 60,941 |
| 1Q08 | 19,260 | 14,110 | 250 | 12,772 | 6,318 | 52,710 |
| Annual Data | | | | | | |
| 2008 | 45,910 | 10,598 | 8,000 | 6,037 | 1,005 | 71,550 |
| 2007 | 43,510 | 15,511 | 5,250 | 13,515 | 9,089 | 86,875 |
| 2006 | 9,410 | 18,914 | 0 | 27,604 | 1,055 | 56,983 |
| 2005 | 8,900 | 19,190 | 0 | 16,979 | 947 | 46,016 |
| 2004 | 3,860 | 25,644 | 0 | 16,435 | 1,829 | 47,839 |
| 2003 | 12,575 | 26,862 | 0 | 17,700 | 2,270 | 59,518 |
| 2002 | 150 | 22,312 | 181 | 14,659 | 2,074 | 39,376 |
| 2001 | 16,089 | 20,937 | 808 | 23,805 | 4,343 | 65,982 |
| 2000 | 7,539 | 17,512 | 87 | 8,893 | 18,316 | 52,347 |
| 1999 | 4,837 | 19,207 | 122 | 1,723 | 11,410 | 37,299 |
| 1998 | 7,926 | 20,993 | 7,556 | 5,155 | 16,885 | 58,515 |
| 1997 | 19,212 | 16,639 | 6,715 | 11,745 | 10,285 | 64,596 |
| 1996 | 21,734 | 14,635 | 4,667 | 6,191 | 9,379 | 56,606 |
| 1995 | 19,775 | 9,905 | 10,175 | 8,629 | 8,789 | 57,273 |
| 1994 | 17,593 | 3,796 | 9,006 | 7,719 | 8,221 | 46,335 |
| 1993 | 4,496 | 3,557 | 4,684 | 0 | 8,659 | 21,396 |
| 1992 | 6,587 | 4,124 | 3,189 | 0 | 5,674 | 19,574 |
| 1991 | 2,954 | 2,416 | 2,195 | 0 | 2,271 | 9,836 |
| 1990 | 5,329 | 1,780 | 951 | 0 | 1,808 | 9,868 |
| 1989 | 5,158 | 1,107 | 0 | 0 | 2,073 | 8,338 |
| 1988 | 4,125 | 481 | 0 | 0 | 683 | 5,289 |
| 1987 | 2,559 | 25 | 0 | 0 | 884 | 3,468 |
| 1986 | 1,530 | 0 | 0 | 0 | 245 | 1,775 |
| 1985 | 1,391 | 0 | 0 | 0 | 75 | 1,466 |
| 1984 | 1,575 | 0 | 0 | 0 | 265 | 1,840 |
| 1983 | 9 | 0 | 0 | 0 | 227 | 236 |
| 1982 | 1,799 | 0 | 0 | 0 | 631 | 2,430 |
| 1981 | Not Available | Not Available | Not Available | Not Available | Not Available | 1,047 |
| 1980 | Before 1982 | Before 1982 | Before 1982 | Before 1982 | Before 1982 | 1,556 |
| 1979 | | | | | | 843 |
| 1978 | | | | | | 834 |
| 1977 | | | | | | 318 |
| 1976 | | | | | | 245 |
| 1975 | | | | | | 239 |
| 1974 | | | | | | 466 |
| 1973 | | | | | | 227 |
| 1972 | | | | | | 268 |
| 1971 | | | | | | 349 |

Source: Fannie Mae

[1]  Data reflect unpaid principal balance net of unamortized purchase premium, discounts and cost basis adjustments, and fair value adjustments, and impairments on available-for-sale and trading securities. Prior to 1982, the majority of nonmortgage investments consisted of U.S. government and agency securities.

[2]  Since 2005, advances to lenders are not included in the data. Amounts for periods prior to 2005 may include or consist of advances to lenders. Includes tri-party repurchase agreements.

[3]  Includes commercial paper, floating-rate notes, taxable auction notes, corporate bonds and auction-rate preferred stock. Starting with 2006, medium-term notes previously reported in other are included in commercial paper.

[4]  Includes Yankee and domestic CDs.

## Table 8.  Fannie Mae Mortgage Asset Quality –revised from first edition

| End of Period | Mortgage Asset Quality | | | | |
|---|---|---|---|---|---|
| | Single-Family Delinquency Rate[1] (%) | Multifamily Delinquency Rate[2] (%) | Credit Losses as a Proportion of the Guarantee Book of Business[3,4] (%) | REO as a Proportion of the Guarantee Book of Business[4] (%) | Credit-Enhanced Outstanding as a Proportion of the Guarantee Book of Business[5] (%) |
| 4Q08 | 2.42 | 0.30 | 0.07 | 0.23 | 21.1 |
| 3Q08 | 1.72 | 0.16 | 0.07 | 0.25 | 21.8 |
| 2Q08 | 1.36 | 0.11 | 0.04 | 0.21 | 22.2 |
| 1Q08 | 1.15 | 0.09 | 0.03 | 0.17 | 22.3 |
| Annual Data | | | | | |
| 2008 | 2.42 | 0.30 | 0.23 | 0.23 | 21.1 |
| 2007 | 0.98 | 0.08 | 0.05 | 0.13 | 22.1 |
| 2006 | 0.65 | 0.08 | 0.02 | 0.09 | 22.3 |
| 2005 | 0.79 | 0.32 | 0.01 | 0.08 | 21.8 |
| 2004 | 0.63 | 0.11 | 0.01 | 0.07 | 20.5 |
| 2003 | 0.60 | 0.29 | 0.01 | 0.06 | 22.6 |
| 2002 | 0.57 | 0.08 | 0.01 | 0.05 | 26.8 |
| 2001 | 0.55 | 0.27 | 0.01 | 0.04 | 34.2 |
| 2000 | 0.45 | 0.07 | 0.01 | 0.05 | 40.4 |
| 1999 | 0.47 | 0.11 | 0.01 | 0.06 | 20.9 |
| 1998 | 0.56 | 0.23 | 0.03 | 0.08 | 17.5 |
| 1997 | 0.62 | 0.37 | 0.04 | 0.10 | 12.8 |
| 1996 | 0.58 | 0.68 | 0.05 | 0.11 | 10.5 |
| 1995 | 0.56 | 0.81 | 0.05 | 0.08 | 10.6 |
| 1994 | 0.47 | 1.21 | 0.06 | 0.10 | 10.2 |
| 1993 | 0.48 | 2.34 | 0.04 | 0.10 | 10.6 |
| 1992 | 0.53 | 2.65 | 0.04 | 0.09 | 15.6 |
| 1991 | 0.64 | 3.62 | 0.04 | 0.07 | 22.0 |
| 1990 | 0.58 | 1.70 | 0.06 | 0.09 | 25.9 |
| 1989 | 0.69 | 3.20 | 0.07 | 0.14 | Not Available |
| 1988 | 0.88 | 6.60 | 0.11 | 0.15 | Before 1990 |
| 1987 | 1.12 | Not Available | 0.11 | 0.18 | |
| 1986 | 1.38 | Before 1988 | 0.12 | 0.22 | |
| 1985 | 1.48 | | 0.13 | 0.32 | |
| 1984 | 1.65 | | 0.09 | 0.33 | |
| 1983 | 1.49 | | 0.05 | 0.35 | |
| 1982 | 1.41 | | 0.01 | 0.20 | |
| 1981 | 0.96 | | 0.01 | 0.13 | |
| 1980 | 0.90 | | 0.01 | 0.09 | |
| 1979 | 0.56 | | 0.02 | 0.11 | |
| 1978 | 0.55 | | 0.02 | 0.18 | |
| 1977 | 0.46 | | 0.02 | 0.26 | |
| 1976 | 1.58 | | 0.03 | 0.27 | |
| 1975 | 0.56 | | 0.03 | 0.51 | |
| 1974 | 0.51 | | 0.02 | 0.52 | |
| 1973 | Not Available | | 0.00 | 0.61 | |
| 1972 | Before 1974 | | 0.02 | 0.98 | |
| 1971 | | | 0.01 | 0.59 | |

Source: Fannie Mae

1   Single-family loans are seriously delinquent when the borrower has missed three or more consecutive monthly payments and the loan has not been brought current.  Rate is calculated using the number of conventional single-family loans owned and backing Fannie Mae MBS. Includes loans referred to foreclosure proceedings but not yet foreclosed. Prior to 1988, all data included all seriously delinquent loans for which Fannie Mae had primary risk of loss. Beginning with 1998, data include all seriously delinquent conventional loans owned and backing Fannie Mae MBS with and without primary mortgage insurance and/or credit enhancement. Data prior to 1992 include loans and securities in relief or bankruptcy even if the loans were less than 90-days delinquent, calculated based on number of loans.

2   Prior to 1998, data include multifamily loans for which Fannie Mae had primary risk of loss. For years 1998–2002, data include all multifamily loans and securities 60 days or more past due. Rate is calculated using the mortgage credit book of business as the denominator. Beginning in 2002, data include all multifamily loans and securities 60 days or more past due. Rate is calculated using unpaid principal balance of delinquent multifamily loans owned by Fannie Mae or underlying Fannie Mae-guaranteed securities as the denominator.

3   Credit losses are charge-offs, net of recoveries and foreclosed property expense (income); average balances used to calculate ratios subsequent to 1994; quarterly data are annualized. Beginning in 2005, credit losses exclude the impact of SOP-03-3 fair value losses. Beginning in 2008, credit losses exclude the impact of HomeSaver Advance fair value losses.

4   Guarantee book of business refers to the sum of the unpaid principal balance of (1) mortgage loans held as investments; (2) Fannie Mae MBS held as investments; (3) Fannie Mae MBS held by third parties; and (4) credit enhancements that Fannie Mae provides on mortgage assets. It excludes non-Fannie Mae mortgage-related securities held as investments that Fannie Mae does not guarantee. Prior to 2005, ratio was based on the mortgage credit book of business, which includes non-Fannie Mae mortgage-related securities held as investments that are not guaranteed.

5   Beginning in 2000, credit-enhanced is expanded to include primary mortgage insurance. Amounts for periods prior to 2000 reflect proportion of the mortgage assets portfolio with additional recourse from a third party to accept some or all of the expected losses on defaulted mortgages.

HISTORICAL DATA TABLES

## Table 9.  Fannie Mae Capital[1]

| End of Period | Capital ($ in Millions) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Minimum Capital Requirement | | | Risk-Based Capital Requirement | | | Market Capitalization[6] ($) | Core Capital/Total Assets (%) | Core Capital/Total MBS Outstanding Plus Total Assets (%) | Common Share Dividend Payout Rate[7] (%) |
| | Core Capital ($) | Minimum Capital Requirement[2] ($) | Minimum Capital Surplus (Deficit)[2] ($) | Total Capital[3] ($) | Risk-Based Capital Requirement[4] ($) | Risk-Based Capital Surplus (Deficit)[5] ($) | | | | |
| **4Q08** | (8,641) | 33,552 | (42,193) | N/A | N/A | N/A | 825 | (0.95) | (0.27) | N/M |
| **3Q08** | 16,645 | 33,024 | (16,379) | N/A | N/A | N/A | 1,637 | 1.86 | 0.52 | N/M |
| **2Q08** | 46,964 | 32,631 | 14,334 | 55,568 | 36,288 | 19,280 | 20,932 | 5.30 | 1.50 | N/M |
| **1Q08** | 42,676 | 31,335 | 11,341 | 47,666 | 23,099 | 24,567 | 25,673 | 5.06 | 1.40 | N/M |
| **Annual Data** | | | | | | | | | | |
| **2008** | (8,641) | 33,552 | (42,193) | N/A | N/A | N/A | 825 | (0.95) | (0.27) | N/M |
| **2007** | 45,373 | 31,927 | 13,446 | 48,658 | 24,700 | 23,958 | 38,946 | 5.14 | 1.51 | N/M |
| **2006** | 41,950 | 29,359 | 12,591 | 42,703 | 26,870 | 15,833 | 57,735 | 4.97 | 1.60 | 32.4 |
| **2005** | 39,433 | 28,233 | 11,200 | 40,091 | 12,636 | 27,455 | 47,373 | 4.73 | 1.62 | 17.2 |
| **2004** | 34,514 | 32,121 | 2,393 | 35,196 | 10,039 | 25,157 | 69,010 | 3.38 | 1.42 | 42.1 |
| **2003** | 26,953 | 31,816 | (4,863) | 27,487 | 27,221 | 266 | 72,838 | 2.64 | 1.16 | 20.8 |
| **2002** | 20,431 | 27,688 | (7,257) | 20,831 | 17,434 | 3,397 | 63,612 | 2.26 | 1.05 | 34.5 |
| **2001** | 25,182 | 24,182 | 1,000 | 25,976 | Not Applicable | Not Applicable | 79,281 | 3.15 | 1.51 | 23.0 |
| **2000** | 20,827 | 20,293 | 533 | 21,634 | Before 2002 | Before 2002 | 86,643 | 3.08 | 1.51 | 26.0 |
| **1999** | 17,876 | 17,770 | 106 | 18,677 | | | 63,651 | 3.11 | 1.43 | 28.8 |
| **1998** | 15,465 | 15,334 | 131 | 16,257 | | | 75,881 | 3.19 | 1.38 | 29.5 |
| **1997** | 13,793 | 12,703 | 1,090 | 14,575 | | | 59,167 | 3.52 | 1.42 | 29.4 |
| **1996** | 12,773 | 11,466 | 1,307 | 13,520 | | | 39,932 | 3.64 | 1.42 | 30.4 |
| **1995** | 10,959 | 10,451 | 508 | 11,703 | | | 33,812 | 3.46 | 1.32 | 34.6 |
| **1994** | 9,541 | 9,415 | 126 | 10,368 | | | 19,882 | 3.50 | 1.26 | 30.8 |
| **1993** | 8,052 | 7,064 | 988 | 8,893 | | | 21,387 | 3.71 | 1.17 | 26.8 |
| **1992** | Not Applicable | Not Applicable | Not Applicable | Not Applicable | | | 20,874 | Not Applicable | Not Applicable | 23.2 |
| **1991** | Before 1993 | Before 1993 | Before 1993 | Before 1993 | | | 18,836 | Before 1993 | Before 1993 | 21.3 |
| **1990** | | | | | | | 8,490 | | | 14.7 |
| **1989** | | | | | | | 8,092 | | | 12.8 |
| **1988** | | | | | | | 3,992 | | | 11.2 |
| **1987** | | | | | | | 2,401 | | | 11.7 |
| **1986** | | | | | | | 3,006 | | | 8.0 |
| **1985** | | | | | | | 1,904 | | | 30.1 |
| **1984** | | | | | | | 1,012 | | | N/A |
| **1983** | | | | | | | 1,514 | | | 13.9 |
| **1982** | | | | | | | 1,603 | | | N/A |
| **1981** | | | | | | | 502 | | | N/A |
| **1980** | | | | | | | 702 | | | 464.2 |
| **1979** | | | | | | | Not Available | | | 45.7 |
| **1978** | | | | | | | Before 1980 | | | 30.3 |
| **1977** | | | | | | | | | | 31.8 |
| **1976** | | | | | | | | | | 33.6 |
| **1975** | | | | | | | | | | 31.8 |
| **1974** | | | | | | | | | | 29.6 |
| **1973** | | | | | | | | | | 18.1 |
| **1972** | | | | | | | | | | 15.2 |
| **1971** | | | | | | | | | | 18.7 |

Sources: Fannie Mae and FHFA

N/A = not applicable

N/M = not meaningful

1  On October 9, 2008, FHFA suspended capital classifications of Fannie Mae. As of the fourth quarter of 2008, neither the existing statutory nor the FHFA-directed regulatory capital requirements are binding and will not be binding during the conservatorship.

2  Beginning in the third quarter of 2005, Fannie Mae was required to maintain an additional 30 percent capital in excess of the statutory minimum capital requirement. That requirement was reduced to 20 percent as of the first quarter of 2008 and further, to 15 percent as of the second quarter of 2008. The minimum capital requirement and minimum capital surplus numbers stated in this table do not reflect the additional capital requirements. Minimum capital surplus is the difference between core capital and minimum capital requirement.

3  Total capital is core capital plus the total allowance for loan losses and guaranty liability for MBS, less any specific loss allowances. Information after 2001 reflects restated or most recently reported amounts, rather than amounts originally reported and used by FHFA to make capital classifications.

4  Risk-based capital requirement is the amount of total capital that an Enterprise must hold to absorb projected losses flowing from future adverse interest rate and credit risk conditions and is specified by the Federal Housing Enterprise Financial Safety and Soundness Act of 1992. For 2004 through 2006, the requirements are calculated based on originally reported, not restated or revised, financial results.

5  The difference between total capital and the risk-based capital requirement. For 2004 through 2006, the difference reflects restated and revised total capital, rather than total capital originally reported by Fannie Mae and used by FHFA to make capital classifications.

6  Stock price at the end of the period multiplied by the number of outstanding common shares.

7  Common dividends declared during the period divided by net income available to common stockholders for the period.

FHFA 0812

## Table 10.  Freddie Mac Mortgage Purchases

| Business Activity ($ in Millions) | | | |
|---|---|---|---|
| Purchases[1] | | | |
| Period | Single-Family ($) | Multifamily ($) | Total Mortgages[2] ($) | Mortgage-Related Securities[3] ($) |
| 4Q08 | 47,664 | 6,224 | 53,888 | 106,677 |
| 3Q08 | 69,434 | 6,009 | 75,443 | 34,137 |
| 2Q08 | 122,865 | 5,294 | 128,159 | 124,907 |
| 1Q08 | 117,622 | 6,445 | 124,067 | 31,893 |
| Annual Data | | | |
| 2008 | 357,585 | 23,972 | 381,557 | 297,614 |
| 2007 | 466,066 | 21,645 | 487,711 | 231,039 |
| 2006 | 351,270 | 13,031 | 364,301 | 241,205 |
| 2005 | 381,673 | 11,172 | 392,845 | 325,575 |
| 2004 | 354,812 | 12,712 | 367,524 | 223,299 |
| 2003 | 701,483 | 15,292 | 716,775 | 385,078 |
| 2002 | 533,194 | 10,654 | 543,848 | 299,674 |
| 2001 | 384,124 | 9,510 | 393,634 | 248,466 |
| 2000 | 168,013 | 6,030 | 174,043 | 91,896 |
| 1999 | 232,612 | 7,181 | 239,793 | 101,898 |
| 1998 | 263,490 | 3,910 | 267,400 | 128,446 |
| 1997 | 115,160 | 2,241 | 117,401 | 35,385 |
| 1996 | 122,850 | 2,229 | 125,079 | 36,824 |
| 1995 | 89,971 | 1,565 | 91,536 | 39,292 |
| 1994 | 122,563 | 847 | 123,410 | 19,817 |
| 1993 | 229,051 | 191 | 229,242 | Not Available |
| 1992 | 191,099 | 27 | 191,126 | Before 1994 |
| 1991 | 99,729 | 236 | 99,965 | |
| 1990 | 74,180 | 1,338 | 75,518 | |
| 1989 | 76,765 | 1,824 | 78,589 | |
| 1988 | 42,884 | 1,191 | 44,075 | |
| 1987 | 74,824 | 2,016 | 76,840 | |
| 1986 | 99,936 | 3,538 | 103,474 | |
| 1985 | 42,110 | 1,902 | 44,012 | |
| 1984 | Not Available | Not Available | 21,885 | |
| 1983 | Before 1985 | Before 1985 | 22,952 | |
| 1982 | | | 23,671 | |
| 1981 | | | 3,744 | |
| 1980 | | | 3,690 | |
| 1979 | | | 5,716 | |
| 1978 | | | 6,524 | |
| 1977 | | | 4,124 | |
| 1976 | | | 1,129 | |
| 1975 | | | 1,716 | |
| 1974 | | | 2,185 | |
| 1973 | | | 1,334 | |
| 1972 | | | 1,265 | |
| 1971 | | | 778 | |

Source: Freddie Mac

1  Based on unpaid principal balances and excludes mortgage loans and mortgage-related securities traded but not yet settled.

2  Consists of loans purchased from lenders. Excludes purchases of non-Freddie Mac MBS as well as Freddie Mac MBS repurchased and held as investments.

3  Not included in total mortgages. For 2002 through the current period, amounts include non-Freddie Mac mortgage-related securities as well as Freddie Mac MBS repurchased and held as investments.  For years prior to 2002, amounts exclude structured securities backed by Ginnie Mae MBS. Activity does not include dollar roll transactions.

## Table 10a.  Freddie Mac Mortgage Purchases Detail, by Type of Loan

| | Purchases ($ in Millions)[1,2] | | | | | | | | | | | |
| | Single-Family Mortgages | | | | | | | | Multifamily Mortgages | | | |
| | Conventional | | | | FHA/VA | | | | | | | |
| Period | Fixed-Rate[3] ($) | Adjustable-Rate[4] ($) | Seconds ($) | Total ($) | Fixed-Rate ($) | Adjustable-Rate ($) | Total ($) | Total Single-Family Mortgages ($) | Conventional ($) | FHA/RD ($) | Total Multi-Family Mortgages ($) | Total Mortgage Purchases ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4Q08 | 45,681 | 1,851 | 0 | 47,532 | 132 | 0 | 132 | 47,664 | 6,224 | 0 | 6,224 | 53,888 |
| 3Q08 | 61,758 | 7,485 | 0 | 69,243 | 191 | 0 | 191 | 69,434 | 6,009 | 0 | 6,009 | 75,443 |
| 2Q08 | 110,463 | 12,188 | 0 | 122,651 | 214 | 0 | 214 | 122,865 | 5,294 | 0 | 5,294 | 128,159 |
| 1Q08 | 109,104 | 8,490 | 0 | 117,594 | 28 | 0 | 28 | 117,622 | 6,445 | 0 | 6,445 | 124,067 |
| Annual Data | | | | | | | | | | | | |
| 2008 | 327,006 | 30,014 | 0 | 357,020 | 565 | 0 | 565 | 357,585 | 23,972 | 0 | 23,972 | 381,557 |
| 2007 | 387,760 | 78,149 | 0 | 465,909 | 157 | 0 | 157 | 466,066 | 21,645 | 0 | 21,645 | 487,711 |
| 2006 | 272,875 | 77,449 | 0 | 350,324 | 946 | 0 | 946 | 351,270 | 13,031 | 0 | 13,031 | 364,301 |
| 2005 | 313,842 | 67,831 | 0 | 381,673 | 0 | 0 | 0 | 381,673 | 11,172 | 0 | 11,172 | 392,845 |
| 2004 | 293,830 | 60,663 | 0 | 354,493 | 319 | 0 | 319 | 354,812 | 12,712 | 0 | 12,712 | 367,524 |
| 2003 | 617,796 | 82,270 | 0 | 700,066 | 1,417 | 0 | 1,417 | 701,483 | 15,292 | 0 | 15,292 | 716,775 |
| 2002 | 468,901 | 63,448 | 0 | 532,349 | 845 | 0 | 845 | 533,194 | 10,654 | 0 | 10,654 | 543,848 |
| 2001 | 353,056 | 30,780 | 0 | 383,836 | 288 | 0 | 288 | 384,124 | 9,507 | 3 | 9,510 | 393,634 |
| 2000 | 145,744 | 21,201 | 0 | 166,945 | 1,068 | 0 | 1,068 | 168,013 | 6,030 | 0 | 6,030 | 174,043 |
| 1999 | 224,040 | 7,443 | 0 | 231,483 | 1,129 | 0 | 1,129 | 232,612 | 7,181 | 0 | 7,181 | 239,793 |
| 1998 | 256,008 | 7,384 | 0 | 263,392 | 98 | 0 | 98 | 263,490 | 3,910 | 0 | 3,910 | 267,400 |
| 1997 | 106,174 | 8,950 | 0 | 115,124 | 36 | 0 | 36 | 115,160 | 2,241 | 0 | 2,241 | 117,401 |
| 1996 | 116,316 | 6,475 | 0 | 122,791 | 59 | 0 | 59 | 122,850 | 2,229 | 0 | 2,229 | 125,079 |
| 1995 | 75,867 | 14,099 | 0 | 89,966 | 5 | 0 | 5 | 89,971 | 1,565 | 0 | 1,565 | 91,536 |
| 1994 | 105,902 | 16,646 | 0 | 122,548 | 15 | 0 | 15 | 122,563 | 847 | 0 | 847 | 123,410 |
| 1993 | 208,322 | 20,708 | 1 | 229,031 | 20 | 0 | 20 | 229,051 | 191 | 0 | 191 | 229,242 |
| 1992 | 175,515 | 15,512 | 7 | 191,034 | 65 | 0 | 65 | 191,099 | 27 | 0 | 27 | 191,126 |
| 1991 | 91,586 | 7,793 | 206 | 99,585 | 144 | 0 | 144 | 99,729 | 236 | 0 | 236 | 99,965 |
| 1990 | 56,806 | 16,286 | 686 | 73,778 | 402 | 0 | 402 | 74,180 | 1,338 | 0 | 1,338 | 75,518 |
| 1989 | 57,100 | 17,835 | 1,206 | 76,141 | 624 | 0 | 624 | 76,765 | 1,824 | 0 | 1,824 | 78,589 |
| 1988 | 34,737 | 7,253 | 59 | 42,049 | 835 | 0 | 835 | 42,884 | 1,191 | 0 | 1,191 | 44,075 |
| 1987 | 69,148 | 4,779 | 69 | 73,996 | 828 | 0 | 828 | 74,824 | 2,016 | 0 | 2,016 | 76,840 |
| 1986 | 96,105 | 2,262 | 90 | 98,457 | 1,479 | 0 | 1,479 | 99,936 | 3,538 | 0 | 3,538 | 103,474 |
| 1985 | 40,226 | 605 | 34 | 40,865 | 1,245 | 0 | 1,245 | 42,110 | 1,902 | 0 | 1,902 | 44,012 |
| 1984 | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available |
| 1983 | Before 1985 | Before 1985 | Before 1985 | Before 1985 | Before 1985 | Before 1985 | Before 1985 | Before 1985 | Before 1985 | Before 1985 | Before 1985 | Before 1985 |
| 1982 | | | | | | | | | | | | |
| 1981 | | | | | | | | | | | | |
| 1980 | | | | | | | | | | | | |
| 1979 | | | | | | | | | | | | |
| 1978 | | | | | | | | | | | | |
| 1977 | | | | | | | | | | | | |
| 1976 | | | | | | | | | | | | |
| 1975 | | | | | | | | | | | | |
| 1974 | | | | | | | | | | | | |
| 1973 | | | | | | | | | | | | |
| 1972 | | | | | | | | | | | | |
| 1971 | | | | | | | | | | | | |

Source: Freddie Mac

[1]  Based on unpaid principal balances and excludes mortgage loans and mortgage-related securities traded but not yet settled.

[2]  Loans purchased from lenders. Excludes purchases of non-Freddie Mac MBS as well as Freddie Mac MBS repurchased and held as investments.

[3]  For 2002 through the current period, includes loans guaranteed by USDA Rural Development Programs.

[4]  For 2001 through the current period, includes balloons/reset mortgages.

**Table 10b.  Freddie Mac Purchases of Mortgage-Related Securities – Part 1** –revised from first edition

| Period | Purchases ($ in Millions)[1] | | | | | | | | | | | | | | |
| | Freddie Mac Securities | | | | Others' Securities | | | | | | | | | | |
| | Single-Family | | Multi-Family ($) | Total Freddie Mac ($) | Fannie Mae | | | | Ginnie Mae | | | | Total Private-Label ($) | Mortgage Revenue Bonds ($) | Total Mortgage-Related Securities[2] ($) |
| | | | | | Single-Family | | Multi-Family ($) | Total Fannie Mae ($) | Single-Family | | Multi-Family ($) | Total Ginnie Mae ($) | | | |
| | Fixed-Rate ($) | Adjustable-Rate ($) | | | Fixed-Rate ($) | Adjustable-Rate ($) | | | Fixed-Rate ($) | Adjustable-Rate ($) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4Q08 | 81,571 | 2,938 | 111 | 84,620 | 20,122 | 1,687 | 0 | 21,809 | 0 | 0 | 8 | 8 | 240 | 0 | 106,677 |
| 3Q08 | 20,032 | 1,906 | 0 | 21,938 | 11,150 | 1,023 | 0 | 12,173 | 0 | 0 | 0 | 0 | 4 | 22 | 34,137 |
| 2Q08 | 75,431 | 15,623 | 0 | 91,054 | 17,082 | 7,606 | 0 | 24,688 | 0 | 0 | 0 | 0 | 9,133 | 32 | 124,907 |
| 1Q08 | 15,667 | 5,877 | 0 | 21,544 | 1,180 | 8,203 | 0 | 9,383 | 0 | 0 | 0 | 0 | 939 | 27 | 31,893 |
| **Annual Data** | | | | | | | | | | | | | | | |
| 2008 | 192,701 | 26,344 | 111 | 219,156 | 49,534 | 18,519 | 0 | 68,053 | 0 | 0 | 8 | 8 | 10,316 | 81 | 297,614 |
| 2007 | 111,976 | 26,800 | 2,283 | 141,059 | 2,170 | 9,863 | 0 | 12,033 | 0 | 0 | 0 | 0 | 76,134 | 1,813 | 231,039 |
| 2006 | 76,378 | 27,146 | 0 | 103,524 | 4,259 | 8,014 | 0 | 12,273 | 0 | 0 | 0 | 0 | 122,230 | 3,178 | 241,205 |
| 2005 | 106,682 | 29,805 | 0 | 136,487 | 2,854 | 3,368 | 0 | 6,222 | 64 | 0 | 0 | 64 | 179,962 | 2,840 | 325,575 |
| 2004 | 72,147 | 23,942 | 146 | 96,235 | 756 | 3,282 | 0 | 4,038 | 0 | 0 | 0 | 0 | 121,082 | 1,944 | 223,299 |
| 2003 | Not Available Before 2004 | Not Available Before 2004 | Not Available Before 2004 | 266,989 | Not Available Before 2004 | Not Available Before 2004 | Not Available Before 2004 | 47,806 | Not Available Before 2004 | Not Available Before 2004 | Not Available Before 2004 | 166 | 69,154 | 963 | 385,078 |
| 2002 | | | | 192,817 | | | | 45,798 | | | | 820 | 59,376 | 863 | 299,674 |
| 2001 | | | | 157,339 | | | | 64,508 | | | | 1,444 | 24,468 | 707 | 248,466 |
| 2000 | | | | 58,516 | | | | 18,249 | | | | 3,339 | 10,304 | 1,488 | 91,896 |
| 1999 | | | | 69,219 | | | | 12,392 | | | | 3,422 | 15,263 | 1,602 | 101,898 |
| 1998 | | | | 107,508 | | | | 3,126 | | | | 319 | 15,711 | 1,782 | 128,446 |
| 1997 | | | | 31,296 | | | | 897 | | | | 326 | 1,494 | 1,372 | 35,385 |
| 1996 | | | | 33,338 | | | | Not Available Before 1997 | | | | Not Available Before 1997 | Not Available Before 1997 | Not Available Before 1997 | 36,824 |
| 1995 | | | | 32,534 | | | | | | | | | | | 39,292 |
| 1994 | | | | 19,817 | | | | | | | | | | | 19,817 |
| 1993 | | | | Not Available Before 1994 | | | | | | | | | | | Not Available Before 1994 |

Source: Freddie Mac

1  Based on unpaid principal balances and excludes mortgage loans and mortgage-related securities traded but not yet settled.

2  For years prior to 2002, amounts exclude structured securities backed by Ginnie Mae MBS.

FHFA 0815

**Table 10b.  Freddie Mac Purchases of Mortgage-Related Securities –**
**Part 2, Private-Label Detail** –revised from first edition

| Period | Manufactured Housing ($) | Subprime Fixed-Rate ($) | Subprime Adjustable-Rate ($) | Alt-A[2] Fixed-Rate ($) | Alt-A[2] Adjustable-Rate ($) | Other[3] Fixed-Rate ($) | Other[3] Adjustable-Rate ($) | Multifamily ($) | Total Private-Label ($) |
|---|---|---|---|---|---|---|---|---|---|
| **Purchases ($ in Millions)[1]** | | | | | | | | | |
| **Private-Label** | | | | | | | | | |
| **Single-Family** | | | | | | | | | |
| **4Q08** | 0 | 0 | 0 | 0 | 0 | 30 | 0 | 210 | 240 |
| **3Q08** | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 4 |
| **2Q08** | 0 | 0 | 0 | 0 | 0 | 8,141 | 0 | 992 | 9,133 |
| **1Q08** | 0 | 60 | 46 | 0 | 618 | 0 | 0 | 215 | 939 |
| **Annual Data** | | | | | | | | | |
| **2008** | 0 | 60 | 46 | 0 | 618 | 8,175 | 0 | 1,417 | 10,316 |
| **2007** | 127 | 843 | 42,824 | 702 | 9,306 | 48 | 0 | 22,284 | 76,134 |
| **2006** | 0 | 116 | 74,645 | 718 | 29,828 | 48 | 0 | 16,875 | 122,230 |
| **2005** | 0 | Not Available | Not Available | Not Available | Not Available | 2,191 | 162,931 | 14,840 | 179,962 |
| **2004** | 0 | Before 2006 | Before 2006 | Before 2006 | Before 2006 | 1,379 | 108,825 | 10,878 | 121,082 |
| **2003** | 0 | | | | | Not Available | Not Available | Not Available | 69,154 |
| **2002** | 318 | | | | | Before 2004 | Before 2004 | Before 2004 | 59,376 |
| **2001** | 0 | | | | | | | | 24,468 |
| **2000** | 15 | | | | | | | | 10,304 |
| **1999** | 3,293 | | | | | | | | 15,263 |
| **1998** | 1,630 | | | | | | | | 15,711 |
| **1997** | 36 | | | | | | | | 1,494 |
| **1996** | Not Available | | | | | | | | Not Available |
| **1995** | Before 1997 | | | | | | | | Before 1997 |
| **1994** | | | | | | | | | |
| **1993** | | | | | | | | | |

Source: Freddie Mac

[1]  Based on unpaid principal balances and excludes mortgage loans and mortgage-related securities traded but not yet settled.

[2]  Includes Alt-A and moving Treasury average (MTA) private-label mortgage-related security purchases.

[3]  Prior to 2006, includes non-Freddie Mac mortgage-related securities purchased for structured securities as well as non-agency securities purchased and held as investments (principally backed by subprime or Alt-A loans).

## Table 11. Freddie Mac MBS Issuances

| Period | Business Activity ($ in Millions) | | | |
|---|---|---|---|---|
| | MBS Issuances[1] | | | |
| | Single-Family MBS[2] ($) | Multifamily MBS ($) | Total MBS[2] ($) | Multiclass MBS[3] ($) |
| 4Q08 | 43,286 | 753 | 44,039 | 4,079 |
| 3Q08 | 64,934 | 844 | 65,778 | 14,611 |
| 2Q08 | 130,964 | 1,106 | 132,070 | 29,111 |
| 1Q08 | 113,592 | 2,382 | 115,974 | 16,504 |
| Annual Data | | | | |
| 2008 | 352,776 | 5,085 | 357,861 | 64,305 |
| 2007 | 467,342 | 3,634 | 470,976 | 133,321 |
| 2006 | 358,184 | 1,839 | 360,023 | 169,396 |
| 2005 | 396,213 | 1,654 | 397,867 | 208,450 |
| 2004 | 360,933 | 4,175 | 365,108 | 215,506 |
| 2003 | 705,450 | 8,337 | 713,787 | 298,118 |
| 2002 | 543,716 | 3,596 | 547,312 | 331,672 |
| 2001 | 387,234 | 2,357 | 389,591 | 192,437 |
| 2000 | 165,115 | 1,786 | 166,901 | 48,202 |
| 1999 | 230,986 | 2,045 | 233,031 | 119,565 |
| 1998 | 249,627 | 937 | 250,564 | 135,162 |
| 1997 | 113,758 | 500 | 114,258 | 84,366 |
| 1996 | 118,932 | 770 | 119,702 | 34,145 |
| 1995 | 85,522 | 355 | 85,877 | 15,372 |
| 1994 | 116,901 | 209 | 117,110 | 73,131 |
| 1993 | 208,724 | 0 | 208,724 | 143,336 |
| 1992 | 179,202 | 5 | 179,207 | 131,284 |
| 1991 | 92,479 | 0 | 92,479 | 72,032 |
| 1990 | 71,998 | 1,817 | 73,815 | 40,479 |
| 1989 | 72,931 | 587 | 73,518 | 39,754 |
| 1988 | 39,490 | 287 | 39,777 | 12,985 |
| 1987 | 72,866 | 2,152 | 75,018 | 0 |
| 1986 | 96,798 | 3,400 | 100,198 | 2,233 |
| 1985 | 37,583 | 1,245 | 38,828 | 2,625 |
| 1984 | Not Available | Not Available | 18,684 | 1,805 |
| 1983 | Before 1985 | Before 1985 | 19,691 | 1,685 |
| 1982 | | | 24,169 | Not Issued |
| 1981 | | | 3,526 | Before 1983 |
| 1980 | | | 2,526 | |
| 1979 | | | 4,546 | |
| 1978 | | | 6,412 | |
| 1977 | | | 4,657 | |
| 1976 | | | 1,360 | |
| 1975 | | | 950 | |
| 1974 | | | 46 | |
| 1973 | | | 323 | |
| 1972 | | | 494 | |
| 1971 | | | 65 | |

Source: Freddie Mac

1 Based on unpaid principal balances and excludes mortgage loans and mortgage-related securities traded but not yet settled.

2 Includes MBS and structured securities backed by non-Freddie Mac mortgage-related securities. For 2002 through the current period, includes structured securities backed by Ginnie Mae MBS.  For years prior to 2002, excludes structured securities backed by Ginnie Mae MBS.

3 Includes activity related to multi-class structured securities, primarily real estate mortgage investment conduits (REMICs) as well as principal-only strips and other structured securities, but excludes resecuritizations of MBS into single-class securities. Amounts are not included in total MBS issuances.

## Table 12.  Freddie Mac Earnings

| Period | Earnings ($ in Millions) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Net Interest Income ($) | Guarantee Fee Income ($) | Average Guarantee Fee (basis points) | Administrative Expenses ($) | Credit-Related Expenses[1] ($) | Net Income (Loss) ($) | Return on Equity[2] (%) |
| **4Q08** | 2,625 | 992 | 21.9 | 396 | 7,244 | (23,852) | N/M |
| **3Q08** | 1,844 | 832 | 18.4 | 308 | 6,035 | (25,295) | N/M |
| **2Q08** | 1,529 | 757 | 17.0 | 404 | 2,802 | (821) | N/M |
| **1Q08** | 798 | 789 | 18.2 | 397 | 1,448 | (151) | (23.3) |
| **Annual Data** | | | | | | | |
| **2008** | 6,796 | 3,370 | 18.9 | 1,505 | 17,529 | (50,119) | N/M |
| **2007** | 3,099 | 2,635 | 16.6 | 1,674 | 3,060 | (3,094) | (21.0) |
| **2006** | 3,412 | 2,393 | 17.1 | 1,641 | 356 | 2,327 | 9.8 |
| **2005** | 4,627 | 2,076 | 16.6 | 1,535 | 347 | 2,113 | 8.1 |
| **2004** | 9,137 | 1,382 | 17.5 | 1,550 | 140 | 2,937 | 9.4 |
| **2003** | 9,498 | 1,653 | 23.3 | 1,181 | 2 | 4,816 | 17.7 |
| **2002** | 9,525 | 1,527 | 22.2 | 1,406 | 126 | 10,090 | 47.2 |
| **2001** | 7,448 | 1,381 | 23.8 | 1,024 | 39 | 3,158 | 20.2 |
| **2000** | 3,758 | 1,243 | 23.7 | 825 | 75 | 3,666 | 39.0 |
| **1999** | 2,926 | 1,019 | 19.8 | 655 | 159 | 2,223 | 25.5 |
| **1998** | 2,215 | 1,019 | 21.4 | 578 | 342 | 1,700 | 22.6 |
| **1997** | 1,847 | 1,082 | 22.9 | 495 | 529 | 1,395 | 23.1 |
| **1996** | 1,705 | 1,086 | 23.4 | 440 | 608 | 1,243 | 22.6 |
| **1995** | 1,396 | 1,087 | 23.8 | 395 | 541 | 1,091 | 22.1 |
| **1994** | 1,112 | 1,108 | 24.4 | 379 | 425 | 983 | 23.3 |
| **1993** | 772 | 1,009 | 23.8 | 361 | 524 | 786 | 22.3 |
| **1992** | 695 | 936 | 24.7 | 329 | 457 | 622 | 21.2 |
| **1991** | 683 | 792 | 23.7 | 287 | 419 | 555 | 23.6 |
| **1990** | 619 | 654 | 22.4 | 243 | 474 | 414 | 20.4 |
| **1989** | 517 | 572 | 23.4 | 217 | 278 | 437 | 25.0 |
| **1988** | 492 | 465 | 21.5 | 194 | 219 | 381 | 27.5 |
| **1987** | 319 | 472 | 24.2 | 150 | 175 | 301 | 28.2 |
| **1986** | 299 | 301 | 22.4 | 110 | 120 | 247 | 28.5 |
| **1985** | 312 | 188 | 22.1 | 81 | 79 | 208 | 30.0 |
| **1984** | 213 | 158 | 24.7 | 71 | 54 | 144 | 52.0 |
| **1983** | 125 | 132 | 26.2 | 53 | 46 | 86 | 44.5 |
| **1982** | 30 | 77 | 24.5 | 37 | 26 | 60 | 21.9 |
| **1981** | 34 | 36 | 19.5 | 30 | 16 | 31 | 13.1 |
| **1980** | 54 | 23 | 14.3 | 26 | 23 | 34 | 14.7 |
| **1979** | 55 | 18 | 13.2 | 19 | 20 | 36 | 16.2 |
| **1978** | 37 | 14 | 14.9 | 14 | 13 | 25 | 13.4 |
| **1977** | 31 | 9 | 18.9 | 12 | 8 | 21 | 12.4 |
| **1976** | 18 | 3 | 13.6 | 10 | (1) | 14 | 9.5 |
| **1975** | 31 | 3 | 24.8 | 10 | 11 | 16 | 11.6 |
| **1974** | 42 | 2 | 25.5 | 8 | 33 | 5 | 4.0 |
| **1973** | 31 | 2 | 32.4 | 7 | 15 | 12 | 9.9 |
| **1972** | 10 | 1 | 39.4 | 5 | 4 | 4 | 3.5 |
| **1971** | 10 | 1 | Not Available Before 1972 | Not Available Before 1972 | Not Available Before 1972 | 6 | 5.5 |

Source: Freddie Mac

N/M = not meaningful

1  For years 2002 through 2005, defined as provision for credit losses and real estate-owned operations income/expense.  For years 2000 and 2001, include only the provision for credit losses.

2  Ratio computed as annualized net income (loss) available to common stockholders, divided by the simple average of beginning and ending stockholders' equity, net of preferred stock (at redemption value).

## Table 13. Freddie Mac Balance Sheet

| End of Period | Balance Sheet ($ in Millions) | | | | | | | Mortgage-Backed Securities Outstanding ($ in Millions)[1] | |
| | Total Assets ($) | Total Mortgage Assets[2] ($) | Non-Mortgage Investments ($) | Debt Outstanding ($) | Shareholders' Equity (Deficit) ($) | Core Capital[3] ($) | Fair Value of Net Assets ($) | Total MBS Outstanding ($) | Multiclass MBS Outstanding[4] ($) |
|---|---|---|---|---|---|---|---|---|---|
| 4Q08 | 850,963 | 748,746 | 18,944 | 843,021 | (30,731) | (13,174) | (95,600) | 1,402,714 | 517,475 |
| 3Q08 | 804,390 | 695,077 | 18,410 | 783,950 | (13,795) | 10,839 | (42,400) | 1,459,462 | 515,587 |
| 2Q08 | 879,043 | 761,328 | 28,134 | 835,812 | 12,948 | 37,128 | (5,600) | 1,409,896 | 513,179 |
| 1Q08 | 802,992 | 687,940 | 65,458 | 759,769 | 16,024 | 38,320 | (5,200) | 1,437,227 | 520,396 |
| **Annual Data** | | | | | | | | | |
| 2008 | 850,963 | 748,746 | 18,944 | 843,021 | (30,731) | (13,174) | (95,600) | 1,402,714 | 517,475 |
| 2007 | 794,368 | 710,042 | 41,663 | 738,557 | 26,724 | 37,867 | 12,600 | 1,381,863 | 526,604 |
| 2006 | 804,910 | 700,002 | 68,614 | 744,341 | 26,914 | 35,366 | 31,800 | 1,122,761 | 491,696 |
| 2005 | 806,222 | 709,503 | 57,324 | 748,792 | 25,691 | 35,043 | 30,900 | 974,200 | 437,668 |
| 2004 | 795,284 | 664,582 | 62,027 | 731,697 | 31,416 | 34,106 | 30,900 | 852,270 | 390,516 |
| 2003 | 803,449 | 660,531 | 53,124 | 739,613 | 31,487 | 32,417 | 27,300 | 752,164 | 347,833 |
| 2002 | 752,249 | 589,899 | 91,871 | 665,696 | 31,330 | 28,991 | 22,900 | 729,809 | 392,545 |
| 2001 | 641,100 | 503,769 | 89,849 | 578,368 | 19,624 | 20,181 | 18,300 | 653,084 | 299,652 |
| 2000 | 459,297 | 385,451 | 43,521 | 426,899 | 14,837 | 16,273 | Not Available | 576,101 | 309,185 |
| 1999 | 386,684 | 322,914 | 34,152 | 360,711 | 11,525 | 13,417 | Before 2001 | 537,883 | 316,168 |
| 1998 | 321,421 | 255,670 | 42,160 | 287,396 | 10,835 | 11,266 | | 478,351 | 260,504 |
| 1997 | 194,597 | 164,543 | 16,430 | 172,842 | 7,521 | 7,376 | | 475,985 | 233,829 |
| 1996 | 173,866 | 137,826 | 22,248 | 156,981 | 6,731 | 6,743 | | 473,065 | 237,939 |
| 1995 | 137,181 | 107,706 | 12,711 | 119,961 | 5,863 | 5,829 | | 459,045 | 246,336 |
| 1994 | 106,199 | 73,171 | 17,808 | 93,279 | 5,162 | 5,169 | | 460,656 | 264,152 |
| 1993 | 83,880 | 55,938 | 18,225 | 49,993 | 4,437 | 4,437 | | 439,029 | 265,178 |
| 1992 | 59,502 | 33,629 | 12,542 | 29,631 | 3,570 | Not Applicable | | 407,514 | 218,747 |
| 1991 | 46,860 | 26,667 | 9,956 | 30,262 | 2,566 | Before 1993 | | 359,163 | 146,978 |
| 1990 | 40,579 | 21,520 | 12,124 | 30,941 | 2,136 | | | 316,359 | 88,124 |
| 1989 | 35,462 | 21,448 | 11,050 | 26,147 | 1,916 | | | 272,870 | 52,865 |
| 1988 | 34,352 | 16,918 | 14,607 | 26,882 | 1,584 | | | 226,406 | 15,621 |
| 1987 | 25,674 | 12,354 | 10,467 | 19,547 | 1,182 | | | 212,635 | 3,652 |
| 1986 | 23,229 | 13,093 | Not Available | 15,375 | 953 | | | 169,186 | 5,333 |
| 1985 | 16,587 | 13,547 | Before 1987 | 12,747 | 779 | | | 99,909 | 5,047 |
| 1984 | 13,778 | 10,018 | | 10,999 | 606 | | | 70,026 | 3,214 |
| 1983 | 8,995 | 7,485 | | 7,273 | 421 | | | 57,720 | 1,669 |
| 1982 | 5,999 | 4,679 | | 4,991 | 296 | | | 42,952 | Not Issued |
| 1981 | 6,326 | 5,178 | | 5,680 | 250 | | | 19,897 | Before 1983 |
| 1980 | 5,478 | 5,006 | | 4,886 | 221 | | | 16,962 | |
| 1979 | 4,648 | 4,003 | | 4,131 | 238 | | | 15,316 | |
| 1978 | 3,697 | 3,038 | | 3,216 | 202 | | | 12,017 | |
| 1977 | 3,501 | 3,204 | | 3,110 | 177 | | | 6,765 | |
| 1976 | 4,832 | 4,175 | | 4,523 | 156 | | | 2,765 | |
| 1975 | 5,899 | 4,878 | | 5,609 | 142 | | | 1,643 | |
| 1974 | 4,901 | 4,469 | | 4,684 | 126 | | | 780 | |
| 1973 | 2,873 | 2,521 | | 2,696 | 121 | | | 791 | |
| 1972 | 1,772 | 1,726 | | 1,639 | 110 | | | 444 | |
| 1971 | 1,038 | 935 | | 915 | 107 | | | 64 | |

Source: Freddie Mac

[1] Based on unpaid principal balances held by third parties, and excludes mortgage loans and mortgage-related securities traded but not yet settled.

[2] Excludes allowance for loan losses.

[3] The sum of (a) the stated value of outstanding common stock, (b) the stated value of outstanding noncumulative perpetual preferred stock, (c) paid-in capital, and (d) retained earnings (accumulated deficit), less Treasury stock.

[4] Amounts are included in total MBS outstanding column.

FHFA 0819

## Table 13a.  Freddie Mac Total MBS Outstanding Detail[1]–revised from first edition

| End of Period | Single-Family Mortgages ($ in Millions) | | | | | Multifamily Mortgages ($ in Millions) | | | ($ in Millions) |
| | Conventional | | | | | | | | |
| | Fixed-Rate[2] ($) | Adjustable-Rate[3] ($) | Seconds[4] ($) | Total ($) | Total FHA/VA[4] | Conventional ($) | FHA/RD ($) | Multifamily Mortgages ($) | Total MBS Outstanding[5] ($) |
|---|---|---|---|---|---|---|---|---|---|
| 4Q08 | 1,242,648 | 142,495 | 4 | 1,385,147 | 3,970 | 13,597 | 0 | 13,597 | 1,402,714 |
| 3Q08 | 1,293,166 | 149,473 | 4 | 1,442,643 | 4,040 | 12,779 | 0 | 12,779 | 1,459,462 |
| 2Q08 | 1,242,477 | 151,160 | 4 | 1,393,641 | 4,122 | 12,133 | 0 | 12,133 | 1,409,896 |
| 1Q08 | 1,265,652 | 156,106 | 6 | 1,421,764 | 4,278 | 11,185 | 0 | 11,185 | 1,437,227 |
| Annual Data | | | | | | | | | |
| 2008 | 1,242,648 | 142,495 | 4 | 1,385,147 | 3,970 | 13,597 | 0 | 13,597 | 1,402,714 |
| 2007 | 1,206,495 | 161,963 | 7 | 1,368,465 | 4,499 | 8,899 | 0 | 8,899 | 1,381,863 |
| 2006 | 967,580 | 141,740 | 12 | 1,109,332 | 5,396 | 8,033 | 0 | 8,033 | 1,122,761 |
| 2005 | 836,023 | 117,757 | 19 | 953,799 | 6,289 | 14,112 | 0 | 14,112 | 974,200 |
| 2004 | 736,332 | 91,474 | 70 | 827,876 | 9,254 | 15,140 | 0 | 15,140 | 852,270 |
| 2003 | 649,699 | 74,409 | 140 | 724,248 | 12,157 | 15,759 | 0 | 15,759 | 752,164 |
| 2002 | 647,603 | 61,110 | 5 | 708,718 | 12,361 | 8,730 | 0 | 8,730 | 729,809 |
| 2001 | 609,290 | 22,525 | 10 | 631,825 | 14,127 | 7,132 | 0 | 7,132 | 653,084 |
| 2000 | 533,331 | 36,266 | 18 | 569,615 | 778 | 5,708 | 0 | 5,708 | 576,101 |
| 1999 | 499,671 | 33,094 | 29 | 532,794 | 627 | 4,462 | 0 | 4,462 | 537,883 |
| 1998 | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | Not Available | 478,351 |
| 1997 | Before 1999 | Before 1999 | Before 1999 | Before 1999 | Before 1999 | Before 1999 | Before 1999 | Before 1999 | 475,985 |
| 1996 | | | | | | | | | 473,065 |
| 1995 | | | | | | | | | 459,045 |
| 1994 | | | | | | | | | 460,656 |
| 1993 | | | | | | | | | 439,029 |
| 1992 | | | | | | | | | 407,514 |
| 1991 | | | | | | | | | 359,163 |
| 1990 | | | | | | | | | 316,359 |
| 1989 | | | | | | | | | 272,870 |
| 1988 | | | | | | | | | 226,406 |
| 1987 | | | | | | | | | 212,635 |
| 1986 | | | | | | | | | 169,186 |
| 1985 | | | | | | | | | 99,909 |
| 1984 | | | | | | | | | 70,026 |
| 1983 | | | | | | | | | 57,720 |
| 1982 | | | | | | | | | 42,952 |
| 1981 | | | | | | | | | 19,897 |
| 1980 | | | | | | | | | 16,962 |
| 1979 | | | | | | | | | 15,316 |
| 1978 | | | | | | | | | 12,017 |
| 1977 | | | | | | | | | 6,765 |
| 1976 | | | | | | | | | 2,765 |
| 1975 | | | | | | | | | 1,643 |
| 1974 | | | | | | | | | 780 |
| 1973 | | | | | | | | | 791 |
| 1972 | | | | | | | | | 444 |
| 1971 | | | | | | | | | 64 |

Source: Freddie Mac

1   Based on unpaid principal balances.

2   Includes USDA Rural Development Programs and other federally guaranteed loans.

3   For 2001 through the current period, includes MBS with underlying mortgages classified as balloons/reset loans.

4   For 2002 through the current period, includes resecuritizations of non-Freddie Mac securities.

5   For 2002 through the current period, amounts include structured securities backed by non-Freddie Mac securities (including Ginnie Mae MBS). Excludes mortgage loans and mortgage-related securities traded but not yet settled.

## Table 14.  Freddie Mac Mortgage Assets Detail

| End of Period | Whole Loans[1] ($) | Freddie Mac Securities[1] ($) | Other Mortgage-Related Securities[1] ($) | Unamortized Premiums, Discounts, Deferred Fees, Plus Unrealized Gains/Losses on Available-for-Sale Securities[2] ($) | Total Mortgage Assets[3] ($) |
|---|---|---|---|---|---|
| **($ in Millions)** | | | | | |
| **4Q08** | 111,476 | 424,524 | 268,762 | (56,016) | 748,746 |
| **3Q08** | 100,312 | 374,946 | 261,618 | (41,799) | 695,077 |
| **2Q08** | 91,023 | 413,907 | 286,868 | (30,470) | 761,328 |
| **1Q08** | 88,334 | 346,850 | 277,278 | (24,522) | 687,940 |
| **Annual Data** | | | | | |
| **2008** | 111,476 | 424,524 | 268,762 | (56,016) | 748,746 |
| **2007** | 82,158 | 356,970 | 281,685 | (10,771) | 710,042 |
| **2006** | 65,847 | 354,262 | 283,850 | (3,957) | 700,002 |
| **2005** | 61,481 | 361,324 | 287,541 | (843) | 709,503 |
| **2004** | 61,360 | 356,698 | 235,203 | 11,321 | 664,582 |
| **2003** | 60,270 | 393,135 | 192,362 | 14,764 | 660,531 |
| **2002** | 63,886 | 341,287 | 162,099 | 22,627 | 589,899 |
| **2001** | 62,792 | 308,427 | 126,420 | 6,130 | 503,769 |
| **2000** | 59,240 | 246,209 | 80,244 | (242) | 385,451 |
| **1999** | 56,676 | 211,198 | 56,569 | (1,529) | 322,914 |
| **1998** | 57,084 | 168,108 | 29,817 | 661 | 255,670 |
| **1997** | 48,454 | 103,400 | Not Available | 122 | 164,543 |
| **1996** | 46,504 | 81,195 | Before 1998 | 71 | 137,826 |
| **1995** | 43,753 | 56,006 | | 282 | 107,706 |
| **1994** | Not Available | 30,670 | | Not Available | 73,171 |
| **1993** | Before 1995 | 15,877 | | Before 1995 | 55,938 |
| **1992** | | 6,394 | | | 33,629 |
| **1991** | | Not Available | | | 26,667 |
| **1990** | | Before 1992 | | | 21,520 |
| **1989** | | | | | 21,448 |
| **1988** | | | | | 16,918 |
| **1987** | | | | | 12,354 |
| **1986** | | | | | 13,093 |
| **1985** | | | | | 13,547 |
| **1984** | | | | | 10,018 |
| **1983** | | | | | 7,485 |
| **1982** | | | | | 4,679 |
| **1981** | | | | | 5,178 |
| **1980** | | | | | 5,006 |
| **1979** | | | | | 4,003 |
| **1978** | | | | | 3,038 |
| **1977** | | | | | 3,204 |
| **1976** | | | | | 4,175 |
| **1975** | | | | | 4,878 |
| **1974** | | | | | 4,469 |
| **1973** | | | | | 2,521 |
| **1972** | | | | | 1,726 |
| **1971** | | | | | 935 |

Source: Freddie Mac

[1]  Based on unpaid principal balances and excludes mortgage loans and mortgage-related securities traded but not yet settled.

[2]  Includes premiums, discounts, deferred fees, impairments of unpaid principal balances, and other basis adjustments on mortgage loans and mortgage-related securities, plus unrealized gains or losses on AFS mortgage-related securities. Amounts prior to 2006 include MBS residuals at fair value.

[3]  Excludes allowance for loan losses.

## Table 14a. Freddie Mac Mortgage Assets Detail – Whole Loans

| End of Period | Whole Loans ($ in Millions)[1] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Single-Family | | | | | Multifamily | | | Total Whole Loans ($) |
| | Conventional | | | | Total FHA/VA ($) | Conventional ($) | FHA/RD ($) | Total ($) | |
| | Fixed-Rate[2] ($) | Adjustable-Rate ($) | Seconds ($) | Total ($) | | | | | |
| 4Q08 | 36,071 | 2,136 | 0 | 38,207 | 548 | 72,718 | 3 | 72,721 | 111,476 |
| 3Q08 | 29,940 | 1,586 | 0 | 31,526 | 480 | 68,303 | 3 | 68,306 | 100,312 |
| 2Q08 | 24,856 | 1,942 | 0 | 26,798 | 397 | 63,825 | 3 | 63,828 | 91,023 |
| 1Q08 | 24,842 | 2,330 | 0 | 27,172 | 324 | 60,835 | 3 | 60,838 | 88,334 |
| **Annual Data** | | | | | | | | | |
| 2008 | 36,071 | 2,136 | 0 | 38,207 | 548 | 72,718 | 3 | 72,721 | 111,476 |
| 2007 | 21,578 | 2,700 | 0 | 24,278 | 311 | 57,566 | 3 | 57,569 | 82,158 |
| 2006 | 19,211 | 1,233 | 0 | 20,444 | 196 | 45,204 | 3 | 45,207 | 65,847 |
| 2005 | 19,238 | 903 | 0 | 20,141 | 255 | 41,082 | 3 | 41,085 | 61,481 |
| 2004 | 22,055 | 990 | 0 | 23,045 | 344 | 37,968 | 3 | 37,971 | 61,360 |
| 2003 | 25,889 | 871 | 1 | 26,761 | 513 | 32,993 | 3 | 32,996 | 60,270 |
| 2002 | 33,821 | 1,321 | 3 | 35,145 | 705 | 28,033 | 3 | 28,036 | 63,886 |
| 2001 | 38,267 | 1,073 | 5 | 39,345 | 964 | 22,480 | 3 | 22,483 | 62,792 |
| 2000 | 39,537 | 2,125 | 9 | 41,671 | 1,200 | 16,369 | Not Available | 16,369 | 59,240 |
| 1999 | 43,210 | 1,020 | 14 | 44,244 | 77 | 12,355 | Before 2001 | 12,355 | 56,676 |
| 1998 | 47,754 | 1,220 | 23 | 48,997 | 109 | 7,978 | | 7,978 | 57,084 |
| 1997 | 40,967 | 1,478 | 36 | 42,481 | 148 | 5,825 | | 5,825 | 48,454 |
| 1996 | Not Available | Not Available | Not Available | Not Available | Not Available | 4,746 | | 4,746 | 46,504 |
| 1995 | Before 1997 | Before 1997 | Before 1997 | Before 1997 | Before 1997 | 3,852 | | 3,852 | 43,753 |
| 1994 | | | | | | Not Available Before 1995 | | Not Available Before 1995 | Not Available Before 1995 |

Source: Freddie Mac

[1] Based on unpaid principal balances and excludes mortgage loans traded but not yet settled.

[2] For 2001 through the current period, includes loans guaranteed by USDA Rural Development Programs.

## Table 14b.  Freddie Mac Mortgage Assets Detail – Part 1, Mortgage-Related Securities

| End of Period | Mortgage-Related Securities ($ in Millions)[1] | | | | | | | | | | | | | |
| | Freddie Mac Securities[2] ($) | | | | Others' Securities | | | | | | | | | |
| | Single-Family | | Multi-Family ($) | Total Freddie Mac ($) | Fannie Mae | | | | Ginnie Mae | | | | Total Private-Label ($) | Total Others' Securities ($) |
| | Fixed-Rate ($) | Adjustable-Rate ($) | | | Single-Family | | Multi-Family ($) | Total Fannie Mae ($) | Single-Family | | Multi-Family ($) | Total Ginnie Mae ($) | | |
| | | | | | Fixed-Rate ($) | Adjustable-Rate ($) | | | Fixed-Rate ($) | Adjustable-Rate ($) | | | | |
| 4Q08 | 328,965 | 93,498 | 2,061 | 424,524 | 35,142 | 34,460 | 674 | 70,276 | 398 | 152 | 26 | 576 | 185,041 | 255,893 |
| 3Q08 | 277,927 | 94,426 | 2,593 | 374,946 | 21,633 | 34,105 | 776 | 56,514 | 412 | 157 | 25 | 594 | 191,454 | 248,562 |
| 2Q08 | 314,483 | 96,779 | 2,645 | 413,907 | 37,273 | 35,434 | 795 | 73,502 | 429 | 163 | 49 | 641 | 199,426 | 273,569 |
| 1Q08 | 257,795 | 86,399 | 2,656 | 346,850 | 23,072 | 29,745 | 848 | 53,665 | 449 | 172 | 63 | 684 | 208,744 | 263,093 |
| Annual Data | | | | | | | | | | | | | | |
| 2008 | 328,965 | 93,498 | 2,061 | 424,524 | 35,142 | 34,460 | 674 | 70,276 | 398 | 152 | 26 | 576 | 185,041 | 255,893 |
| 2007 | 269,896 | 84,415 | 2,659 | 356,970 | 23,140 | 23,043 | 922 | 47,105 | 468 | 181 | 82 | 731 | 218,914 | 266,750 |
| 2006 | 282,052 | 71,828 | 382 | 354,262 | 25,779 | 17,441 | 1,214 | 44,434 | 707 | 231 | 13 | 951 | 224,631 | 270,016 |
| 2005 | 299,167 | 61,766 | 391 | 361,324 | 28,818 | 13,180 | 1,335 | 43,333 | 1,045 | 218 | 30 | 1,293 | 231,594 | 276,220 |
| 2004 | 304,555 | 51,737 | 406 | 356,698 | 41,828 | 14,504 | 1,672 | 58,004 | 1,599 | 81 | 31 | 1,711 | 166,411 | 226,126 |
| 2003 | Not Available | Not Available | Not Available | 393,135 | Not Available | Not Available | Not Available | 74,529 | Not Available | Not Available | Not Available | 2,760 | 107,301 | 184,590 |
| 2002 | Before 2004 | Before 2004 | Before 2004 | 341,287 | Before 2004 | Before 2004 | Before 2004 | 78,829 | Before 2004 | Before 2004 | Before 2004 | 4,878 | 70,752 | 154,459 |
| 2001 | | | | 308,427 | | | | 71,128 | | | | 5,699 | 42,336 | 119,163 |
| 2000 | | | | 246,209 | | | | 28,303 | | | | 8,991 | 35,997 | 73,291 |
| 1999 | | | | 211,198 | | | | 13,245 | | | | 6,615 | 31,019 | 50,879 |
| 1998 | | | | 168,108 | | | | 3,749 | | | | 4,458 | 16,970 | 25,177 |
| 1997 | | | | 103,400 | | | | Not Available | | | | 6,393 | Not Available | Not Available |
| 1996 | | | | 81,195 | | | | Before 1998 | | | | 7,434 | Before 1998 | Before 1998 |
| 1995 | | | | 56,006 | | | | | | | | Not Available | | |
| 1994 | | | | 30,670 | | | | | | | | Before 1996 | | |
| 1993 | | | | 15,877 | | | | | | | | | | |
| 1992 | | | | 6,394 | | | | | | | | | | |
| 1991 | | | | Not Available | | | | | | | | | | |
| | | | | Before 1992 | | | | | | | | | | |

Source: Freddie Mac

1   Based on unpaid principal balances.

2   For 2001 through the current period, includes structured securities backed by Ginnie Mae MBS which were previously classified as non-Freddie Mac mortgage-related securities.

FHFA 0823

## Table 14b.  Freddie Mac Mortgage Assets Detail –
## Part 2, Mortgage-Related Securities, Private-Label Detail

| End of Period | Mortgage-Related Securities ($ in Millions)[1] | | | | | | | | |
| | Private-Label | | | | | | | | |
| | Single-Family | | | | | | | Multifamily ($) | Total Private-Label ($) |
| | Manufactured Housing ($) | Subprime | | Alt-A | | Other[2] | | | |
| | | Fixed-Rate ($) | Adjustable-Rate ($) | Fixed-Rate ($) | Adjustable-Rate ($) | Fixed-Rate ($) | Adjustable-Rate ($) | | |
| **4Q08** | 1,326 | 438 | 74,413 | 3,266 | 21,801 | 0 | 19,606 | 64,191 | 185,041 |
| **3Q08** | 1,357 | 451 | 79,303 | 3,354 | 22,642 | 0 | 19,996 | 64,351 | 191,454 |
| **2Q08** | 1,393 | 464 | 85,160 | 3,455 | 23,652 | 0 | 20,464 | 64,838 | 199,426 |
| **1Q08** | 1,434 | 479 | 92,590 | 3,592 | 25,041 | 0 | 21,107 | 64,501 | 208,744 |
| **Annual Data** | | | | | | | | | |
| **2008** | 1,326 | 438 | 74,413 | 3,266 | 21,801 | 0 | 19,606 | 64,191 | 185,041 |
| **2007** | 1,472 | 498 | 100,827 | 3,720 | 26,343 | 0 | 21,250 | 64,804 | 218,914 |
| **2006** | 1,510 | 408 | 121,691 | 3,626 | 31,743 | 0 | 20,893 | 44,760 | 224,631 |
| **2005** | 1,680 | Not Available | Not Available | Not Available | Not Available | 4,749 | 181,678 | 43,487 | 231,594 |
| **2004** | 1,816 | Before 2006 | Before 2006 | Before 2006 | Before 2006 | 8,243 | 115,168 | 41,184 | 166,411 |
| **2003** | 2,085 | | | | | Not Available | Not Available | Not Available | 107,301 |
| **2002** | 2,394 | | | | | Before 2004 | Before 2004 | Before 2004 | 70,752 |
| **2001** | 2,462 | | | | | | | | 42,336 |
| **2000** | 2,896 | | | | | | | | 35,997 |
| **1999** | 4,693 | | | | | | | | 31,019 |
| **1998** | 1,711 | | | | | | | | 16,970 |
| **1997** | Not Available | | | | | | | | Not Available |
| **1996** | Before 1998 | | | | | | | | Before 1998 |
| **1995** | | | | | | | | | |
| **1994** | | | | | | | | | |
| **1993** | | | | | | | | | |
| **1992** | | | | | | | | | |
| **1991** | | | | | | | | | |

Source: Freddie Mac

[1]  Based on unpaid principal balances. Some data have been changed from the 2007 release.

[2]  Consists of moving Treasury average (MTA) loans. Prior to 2006, includes securities principally backed by subprime and Alt-A mortgage loans.

FHFA 0824

## Table 14b.  Freddie Mac Mortgage Assets Detail –
## Part 3, Mortgage-Related Securities

| End of Period | Mortgage-Related Securities ($ in Millions)[1] | | ($ in Millions) | |
| | Mortgage Revenue Bonds ($) | Total Mortgage-Related Securities ($) | Unamortized Premiums, Discounts, Deferred Fees, Plus Unrealized Gains/Losses on Available-for-Sale Securities[2] ($) | Total Mortgage Assets[3] ($) |
|---|---|---|---|---|
| 4Q08 | 12,869 | 693,286 | (56,016) | 748,746 |
| 3Q08 | 13,056 | 636,564 | (41,799) | 695,077 |
| 2Q08 | 13,299 | 700,775 | (30,470) | 761,328 |
| 1Q08 | 14,185 | 624,128 | (24,522) | 687,940 |
| Annual Data | | | | |
| 2008 | 12,869 | 693,286 | (56,016) | 748,746 |
| 2007 | 14,935 | 638,655 | (10,771) | 710,042 |
| 2006 | 13,834 | 638,112 | (3,957) | 700,002 |
| 2005 | 11,321 | 648,865 | (843) | 709,503 |
| 2004 | 9,077 | 591,901 | 11,321 | 664,582 |
| 2003 | 7,772 | 585,497 | 14,764 | 660,531 |
| 2002 | 7,640 | 503,386 | 22,627 | 589,899 |
| 2001 | 7,257 | 434,847 | 6,130 | 503,769 |
| 2000 | 6,953 | 326,453 | (242) | 385,451 |
| 1999 | 5,690 | 267,767 | (1,529) | 322,914 |
| 1998 | 4,640 | 197,925 | 661 | 255,670 |
| 1997 | 3,031 | Not Available | 122 | 164,543 |
| 1996 | 1,787 | Before 1998 | 71 | 137,826 |
| 1995 | Not Available | | 282 | 107,706 |
| 1994 | Before 1996 | | Not Available | 73,171 |
| 1993 | | | Before 1995 | 55,938 |
| 1992 | | | | 33,629 |
| 1991 | | | | 26,667 |
| 1990 | | | | 21,520 |
| 1989 | | | | 21,448 |
| 1988 | | | | 16,918 |
| 1987 | | | | 12,354 |
| 1986 | | | | 13,093 |
| 1985 | | | | 13,547 |
| 1984 | | | | 10,018 |
| 1983 | | | | 7,485 |
| 1982 | | | | 4,679 |
| 1981 | | | | 5,178 |
| 1980 | | | | 5,006 |
| 1979 | | | | 4,003 |
| 1978 | | | | 3,038 |
| 1977 | | | | 3,204 |
| 1976 | | | | 4,175 |
| 1975 | | | | 4,878 |
| 1974 | | | | 4,469 |
| 1973 | | | | 2,521 |
| 1972 | | | | 1,726 |
| 1971 | | | | 935 |

Source: Freddie Mac

[1] Based on unpaid principal balances.

[2] Includes premiums, discounts, deferred fees, impairments of unpaid principal balances, and other basis adjustments on mortgage loans and mortgage-related securities, plus unrealized gains or losses on mortgage-related securities. Amounts prior to 2006 include MBS residuals.

[3] Excludes allowance for loan losses.

## Table 15.  Freddie Mac Financial Derivatives

| End of Period | Financial Derivatives – Notional Amount Outstanding ($ in Millions) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Interest Rate Swaps ($) | Interest Rate Caps, Floors, and Corridors ($) | Foreign Currency Contracts ($) | OTC Futures, Options, and Forward Rate Agreements ($) | Treasury-Based Contracts[1] ($) | Exchange-Traded Futures, Options and Other Derivatives ($) | Credit Derivatives[2] ($) | Commitments[3] ($) | Other[4] ($) | Total ($) |
| 4Q08 | 766,158 | 36,314 | 12,924 | 251,426 | 28,403 | 106,610 | 13,631 | 108,273 | 3,281 | 1,327,020 |
| 3Q08 | 864,666 | 36,404 | 13,688 | 257,124 | 24,856 | 220,679 | 12,160 | 199,811 | 2,838 | 1,632,226 |
| 2Q08 | 688,333 | 35,362 | 15,353 | 315,002 | 52,489 | 123,137 | 10,116 | 63,512 | 1,723 | 1,305,027 |
| 1Q08 | 769,685 | 400 | 15,441 | 332,992 | 5,758 | 134,160 | 8,858 | 77,597 | 1,414 | 1,346,305 |
| Annual Data | | | | | | | | | | |
| 2008 | 766,158 | 36,314 | 12,924 | 251,426 | 28,403 | 106,610 | 13,631 | 108,273 | 3,281 | 1,327,020 |
| 2007 | 711,829 | 0 | 20,118 | 313,033 | 0 | 196,270 | 7,667 | 72,662 | 1,302 | 1,322,881 |
| 2006 | 440,879 | 0 | 29,234 | 252,022 | 2,000 | 20,400 | 2,605 | 10,012 | 957 | 758,109 |
| 2005 | 341,008 | 45 | 37,850 | 193,502 | 0 | 86,252 | 2,414 | 21,961 | 738 | 683,770 |
| 2004 | 178,739 | 9,897 | 56,850 | 224,204 | 2,001 | 127,109 | 10,926 | 32,952 | 114,100 | 756,778 |
| 2003 | 287,592 | 11,308 | 46,512 | 349,650 | 8,549 | 122,619 | 15,542 | 89,520 | 152,579 | 1,083,871 |
| 2002 | 290,096 | 11,663 | 43,687 | 277,869 | 17,900 | 210,646 | 17,301 | 191,563 | 117,219 | 1,177,944 |
| 2001 | 442,771 | 12,178 | 23,995 | 187,486 | 13,276 | 358,500 | 10,984 | 121,588 | 0 | 1,170,778 |
| 2000 | 277,888 | 12,819 | 10,208 | 113,064 | 2,200 | 22,517 | N/A | N/A | 35,839 | 474,535 |
| 1999 | 126,580 | 19,936 | 1,097 | 172,750 | 8,894 | 94,987 | Not Applicable | Not Applicable | 0 | 424,244 |
| 1998 | 57,555 | 21,845 | 1,464 | 63,000 | 11,542 | 157,832 | Before 2000 | Before 2000 | 0 | 313,238 |
| 1997 | 54,172 | 21,995 | 1,152 | 6,000 | 12,228 | 0 | | | 0 | 95,547 |
| 1996 | 46,646 | 14,095 | 544 | 0 | 651 | 0 | | | 0 | 61,936 |
| 1995 | 45,384 | 13,055 | 0 | 0 | 24 | 0 | | | 0 | 58,463 |
| 1994 | 21,834 | 9,003 | 0 | 0 | 0 | 0 | | | 0 | 30,837 |
| 1993 | 17,888 | 1,500 | 0 | 0 | 0 | 0 | | | 0 | 19,388 |

Source: Freddie Mac

[1]  Amounts for 2002 through the current period include exchange-traded.

[2]  Amounts included in other in 2000, not applicable in prior periods.

[3]  Commitments to purchase and sell mortgage loans and mortgage-related securities.  Periods prior to 2004 include commitments to purchase and sell various debt securities.

[4]  Includes prepayment management agreement and swap guarantee derivatives.

## Table 16.  Freddie Mac Nonmortgage Investments

| End of Period | Nonmortgage Investments ($ in Millions) | | | | | |
|---|---|---|---|---|---|---|
| | Federal Funds and Eurodollars ($) | Asset-Backed Securities ($) | Repurchase Agreements ($) | Commercial Paper and Corporate Debt ($) | Other[1] ($) | Total ($) |
| 4Q08 | 0 | 8,794 | 10,150 | 0 | 0 | 18,944 |
| 3Q08 | 0 | 10,410 | 8,000 | 0 | 0 | 18,410 |
| 2Q08 | 4,015 | 12,869 | 11,250 | 0 | 0 | 28,134 |
| 1Q08 | 8,032 | 15,232 | 9,200 | 32,994 | 0 | 65,458 |
| Annual Data | | | | | | |
| 2008 | 0 | 8,794 | 10,150 | 0 | 0 | 18,944 |
| 2007 | 162 | 16,588 | 6,400 | 18,513 | 0 | 41,663 |
| 2006 | 19,778 | 32,122 | 3,250 | 11,191 | 2,273 | 68,614 |
| 2005 | 9,909 | 30,578 | 5,250 | 5,764 | 5,823 | 57,324 |
| 2004 | 18,647 | 21,733 | 13,550 | 0 | 8,097 | 62,027 |
| 2003 | 7,567 | 16,648 | 13,015 | 5,852 | 10,042 | 53,124 |
| 2002 | 6,129 | 34,790 | 16,914 | 13,050 | 20,988 | 91,871 |
| 2001 | 15,868 | 26,297 | 17,632 | 21,712 | 8,340 | 89,849 |
| 2000 | 2,267 | 19,063 | 7,488 | 7,302 | 7,401 | 43,521 |
| 1999 | 10,545 | 10,305 | 4,961 | 3,916 | 4,425 | 34,152 |
| 1998 | 20,524 | 7,124 | 1,756 | 7,795 | 4,961 | 42,160 |
| 1997 | 2,750 | 2,200 | 6,982 | 3,203 | 1,295 | 16,430 |
| 1996 | 9,968 | 2,086 | 6,440 | 1,058 | 2,696 | 22,248 |
| 1995 | 110 | 499 | 9,217 | 1,201 | 1,684 | 12,711 |
| 1994 | 7,260 | 0 | 5,913 | 1,234 | 3,401 | 17,808 |
| 1993 | 9,267 | 0 | 4,198 | 1,438 | 3,322 | 18,225 |
| 1992 | 5,632 | 0 | 4,060 | 53 | 2,797 | 12,542 |
| 1991 | 2,949 | 0 | 4,437 | 0 | 2,570 | 9,956 |
| 1990 | 1,112 | 0 | 9,063 | 0 | 1,949 | 12,124 |
| 1989 | 3,527 | 0 | 5,765 | 0 | 1,758 | 11,050 |
| 1988 | 4,469 | 0 | 9,107 | 0 | 1,031 | 14,607 |
| 1987 | 3,177 | 0 | 5,859 | 0 | 1,431 | 10,467 |

Source: Freddie Mac

[1]  For 2004 through the current period, amounts include obligations of states and municipalities classified as available-for-sale securities within the cash and investments portfolio.  For 2003 and prior periods, includes nonmortgage-related securities classified as trading, debt securities issued by the U.S. Treasury and other U.S. government agencies, obligations of states and municipalities, and preferred stock.

FHFA 0827

HISTORICAL DATA TABLES

## Table 17.  Freddie Mac Mortgage Asset Quality –revised from first edition

| End of Period | Mortgage Asset Quality | | | | |
|---|---|---|---|---|---|
| | Single-Family Delinquency Rate[1] (%) | Multifamily Delinquency Rate[2] (%) | Credit Losses/Average Total Mortgage Portfolio[3,4] (%) | REO/Total Mortgage Portfolio (%) | Credit-Enhanced/Total Mortgage Portfolio[5] (%) |
| 4Q08 | 1.72 | 0.01 | 0.24 | 0.17 | 18.0 |
| 3Q08 | 1.22 | 0.01 | 0.27 | 0.17 | 18.0 |
| 2Q08 | 0.93 | 0.04 | 0.17 | 0.13 | 18.0 |
| 1Q08 | 0.77 | 0.01 | 0.12 | 0.12 | 17.0 |
| Annual Data | | | | | |
| 2008 | 1.72 | 0.01 | 0.20 | 0.17 | 18.0 |
| 2007 | 0.65 | 0.02 | 0.03 | 0.08 | 17.0 |
| 2006 | 0.42 | 0.06 | 0.01 | 0.04 | 16.0 |
| 2005 | 0.53 | 0.00 | 0.01 | 0.04 | 17.0 |
| 2004 | 0.73 | 0.06 | 0.01 | 0.05 | 19.0 |
| 2003 | 0.86 | 0.05 | 0.01 | 0.06 | 21.0 |
| 2002 | 0.77 | 0.13 | 0.01 | 0.05 | 27.4 |
| 2001 | 0.62 | 0.15 | 0.01 | 0.04 | 34.7 |
| 2000 | 0.49 | 0.04 | 0.01 | 0.04 | 31.8 |
| 1999 | 0.39 | 0.14 | 0.02 | 0.05 | 29.9 |
| 1998 | 0.50 | 0.37 | 0.04 | 0.08 | 27.3 |
| 1997 | 0.55 | 0.96 | 0.08 | 0.11 | 15.9 |
| 1996 | 0.58 | 1.96 | 0.10 | 0.13 | 10.0 |
| 1995 | 0.60 | 2.88 | 0.11 | 0.14 | 9.7 |
| 1994 | 0.55 | 3.79 | 0.08 | 0.18 | 7.2 |
| 1993 | 0.61 | 5.92 | 0.11 | 0.16 | 5.3 |
| 1992 | 0.64 | 6.81 | 0.09 | 0.12 | Not Available |
| 1991 | 0.61 | 5.42 | 0.08 | 0.14 | Before 1993 |
| 1990 | 0.45 | 2.63 | 0.08 | 0.12 | |
| 1989 | 0.38 | 2.53 | 0.08 | 0.09 | |
| 1988 | 0.36 | 2.24 | 0.07 | 0.09 | |
| 1987 | 0.36 | 1.49 | 0.07 | 0.08 | |
| 1986 | 0.42 | 1.07 | Not Available | 0.07 | |
| 1985 | 0.42 | 0.63 | Before 1987 | 0.10 | |
| 1984 | 0.46 | 0.42 | | 0.15 | |
| 1983 | 0.47 | 0.58 | | 0.15 | |
| 1982 | 0.54 | 1.04 | | 0.12 | |
| 1981 | 0.61 | Not Available | | 0.07 | |
| 1980 | 0.44 | Before 1982 | | 0.04 | |
| 1979 | 0.31 | | | 0.02 | |
| 1978 | 0.21 | | | 0.02 | |
| 1977 | Not Available | | | 0.03 | |
| 1976 | Before 1978 | | | 0.04 | |
| 1975 | | | | 0.03 | |
| 1974 | | | | 0.02 | |
| 1973 | | | | Not Available | |
| | | | | Before 1974 | |

Source: Freddie Mac

1 Based on the number of mortgages 90 days or more delinquent or in foreclosure and excludes modified loans if the borrower is less than 90 days past due under the modified terms. Rates for years 2000 through 2004 are based on the single-family loans held as Investments and total MBS and structured securities issued, excluding that portion of structured securities backed by Ginnie Mae MBS. Rates for 2005 through the current period are based on single-family loans held as investments and total MBS and structured securities issued, excluding structured transactions and that portion of issued structured securities backed by Ginnie Mae MBS.

2 Prior to 2008, these rates were based on net carrying value of mortgages 60 days or more delinquent or in foreclosure. Beginning in 2008, these rates are based on the net carrying value of loans 90 days or more delinquent or in foreclosure and exclude structured transactions.

3 Credit losses equal to REO operations expense (income) plus charge-offs, net. Calculated as credit losses divided by total mortgage portfolio, excluding non-Freddie Mac mortgage-related securities and that portion of structured securities backed by Ginnie Mae MBS.

4 Based on the total mortgage portfolio excluding non-Freddie Mac mortgage-related securities and that portion of issued structured securities backed by Ginnie Mae MBS.

5 Credit enhanced includes loans for which the lender or a third party has retained a portion of the primary credit risk by pledging collateral or agreeing to accept losses on loans that default. In many cases, the lender's or third party's risk is limited to a specific level of losses at the time the credit enhancement becomes effective.

## Table 18.  Freddie Mac Capital[1]

| End of Period | Capital ($ in Millions) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Minimum Capital Requirement | | | Risk-Based Capital Requirement | | | | | | |
| | Core Capital ($) | Minimum Capital Requirement[2] ($) | Regulatory Capital Surplus (Deficit)[2] ($) | Total Capital[3] ($) | Risk-Based Capital Requirement[4] ($) | Risk-Based Capital Surplus (Deficit)[5] ($) | Market Capitalization[6] ($) | Core Capital/ Total Assets (%) | Core Capital/ Total MBS Outstanding plus Total Assets (%) | Common Share Dividend Payout Rate[7] (%) |
| 4Q08 | (13,174) | 28,200 | (41,374) | N/A | N/A | N/A | 473 | (1.55) | (0.58) | N/M |
| 3Q08 | 10,839 | 27,161 | (16,322) | N/A | N/A | N/A | 1,107 | 1.35 | 0.48 | N/M |
| 2Q08 | 37,128 | 28,710 | 8,418 | 42,916 | 20,139 | 22,777 | 10,611 | 4.22 | 1.62 | N/M |
| 1Q08 | 38,320 | 26,937 | 11,383 | 42,173 | 26,060 | 16,113 | 16,375 | 4.77 | 1.71 | N/M |
| Annual Data | | | | | | | | | | |
| 2008 | (13,174) | 28,200 | (41,374) | N/A | N/A | N/A | 473 | (1.55) | (0.58) | N/M |
| 2007 | 37,867 | 26,473 | 11,394 | 40,929 | 14,102 | 26,829 | 22,018 | 4.77 | 1.74 | N/M |
| 2006 | 35,366 | 25,607 | 9,758 | 36,742 | 15,320 | 21,422 | 44,896 | 4.39 | 1.83 | 63.9 |
| 2005 | 35,043 | 24,791 | 10,252 | 36,781 | 11,282 | 25,499 | 45,269 | 4.35 | 1.97 | 56.4 |
| 2004 | 34,106 | 23,714 | 10,391 | 34,691 | 11,108 | 23,582 | 50,898 | 4.29 | 2.07 | 30.7 |
| 2003 | 32,417 | 23,362 | 9,054 | 33,436 | 5,426 | 28,010 | 40,158 | 4.03 | 2.08 | 15.6 |
| 2002 | 28,991 | 22,340 | 6,651 | 24,222 | 4,743 | 19,479 | 40,590 | 3.85 | 1.96 | 6.2 |
| 2001 | 20,181 | 19,014 | 1,167 | Not Applicable Before 2002 | Not Applicable Before 2002 | Not Applicable Before 2002 | 45,473 | 3.15 | 1.56 | 18.9 |
| 2000 | 16,273 | 14,396 | 1,876 | | | | 47,702 | 3.54 | 1.57 | 20.0 |
| 1999 | 13,417 | 12,352 | 1,065 | | | | 32,713 | 3.47 | 1.45 | 20.1 |
| 1998 | 11,266 | 10,502 | 764 | | | | 44,797 | 3.51 | 1.41 | 20.7 |
| 1997 | 7,376 | 7,082 | 294 | | | | 28,461 | 3.79 | 1.10 | 21.1 |
| 1996 | 6,743 | 6,517 | 226 | | | | 19,161 | 3.88 | 1.04 | 21.3 |
| 1995 | 5,829 | 5,584 | 245 | | | | 14,932 | 4.25 | 0.98 | 21.1 |
| 1994 | 5,169 | 4,884 | 285 | | | | 9,132 | 4.87 | 0.91 | 20.5 |
| 1993 | 4,437 | 3,782 | 655 | | | | 9,005 | 5.29 | 0.85 | 21.6 |
| 1992 | Not Applicable Before 1993 | Not Applicable Before 1993 | Not Applicable Before 1993 | | | | 8,721 | Not Applicable Before 1993 | Not Applicable Before 1993 | 23.1 |
| 1991 | | | | | | | 8,247 | | | 21.6 |
| 1990 | | | | | | | 2,925 | | | 23.2 |
| 1989 | | | | | | | 4,024 | | | 24.3 |
| 1988 | | | | | | | Not Applicable Before 1989 | | | Not Available Before 1989 |

Sources: Freddie Mac and FHFA

N/A = not applicable

N/M = not meaningful

[1] On October 9, 2008, FHFA suspended capital classifications of Freddie Mac. As of the fourth quarter, neither the existing statutory nor the FHFA-directed regulatory capital requirements are binding and will not be binding during the conservatorship.

[2] Beginning in the fourth quarter of 2003, FHFA directed Freddie Mac to maintain an additional 30 percent capital in excess of the statutory minimum capital requirement. On March 19, 2008, FHFA announced a reduction in the mandatory target capital surplus from 30 percent to 20 percent above the statutory minimum capital requirements. The minimum capital requirement and minimum capital surplus numbers stated in this table do not reflect the inclusion of the additional capital requirement.  Minimum capital surplus is the difference between core capital and the minimum capital requirement.

[3] Total capital includes core capital and general reserves for mortgage and foreclosure losses.

[4] The risk-based capital requirement is the amount of total capital that an Enterprise must hold to absorb projected losses flowing from future adverse interest rate and credit risk conditions and is specified by the Federal Housing Enterprise Financial Safety and Soundness Act of 1992.

[5] The difference between total capital and risk-based capital requirement.

[6] Stock price at the end of the period multiplied by the number of outstanding common shares.

[7] Common dividends paid as a percentage of net income available to common stockholders.

FHFA 0829

## Table 19.  Federal Home Loan Banks Combined Statement of Income

| End of Period | ($ in Millions) | | | | |
|---|---|---|---|---|---|
| | Net Interest Income ($) | Operating Expenses ($) | Affordable Housing Program Assessment ($) | REFCORP Assessment[1] ($) | Net Income ($) |
| 4Q08 | N/A | N/A | N/A | N/A | N/A |
| 3Q08 | 1,422 | 181 | 57 | 118 | 506 |
| 2Q08 | 1,344 | 178 | 87 | 198 | 718 |
| 1Q08 | 1,195 | 181 | 89 | 195 | 697 |
| Annual Data | | | | | |
| 2008 | N/A | N/A | N/A | N/A | N/A |
| 2007 | 4,516 | 714 | 318 | 703 | 2,827 |
| 2006 | 4,293 | 671 | 295 | 647 | 2,612 |
| 2005 | 4,207 | 657 | 282 | 625 | 2,525 |
| 2004 | 4,171 | 547 | 225 | 505 | 1,994 |
| 2003 | 3,877 | 450 | 218 | 490 | 1,885 |
| 2002 | 3,722 | 393 | 168 | 375 | 1,507 |
| 2001 | 3,446 | 364 | 220 | 490 | 1,970 |
| 2000 | 3,313 | 333 | 246 | 553 | 2,211 |
| 1999 | 2,534 | 282 | 199 | Not Applicable | 2,128 |
| 1998 | 2,116 | 258 | 169 | Before 2000 | 1,778 |
| 1997 | 1,772 | 229 | 137 | | 1,492 |
| 1996 | 1,584 | 219 | 119 | | 1,330 |
| 1995 | 1,401 | 213 | 104 | | 1,300 |
| 1994 | 1,230 | 207 | 100 | | 1,023 |
| 1993 | 954 | 197 | 75 | | 884 |
| 1992 | 736 | 207 | 50 | | 850 |
| 1991 | 1,051 | 264 | 50 | | 1,159 |
| 1990 | 1,510 | 279 | 60 | | 1,468 |

Source: Federal Home Loan Bank System Office of Finance

N/A = not available

[1]  Prior to 2000, the Federal Home Loan Banks charged a $300 million annual capital distribution to the Resolution Funding Corporation (REFCORP) directly to retained earnings.

## Table 20.  Federal Home Loan Banks Combined Balance Sheet

| End of Period | ($ in Millions) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total Assets ($) | Advances to Members Outstanding ($) | Mortgage Loans Held ($) | Mortgage-Related Securities ($) | Consolidated Obligations ($) | Capital Stock ($) | Retained Earnings ($) | Regulatory Capital[1] | Regulatory Capital/Total Assets |
| **4Q08** | N/A | 928,638 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **3Q08** | 1,428,742 | 1,011,695 | 87,916 | 173,141 | 1,322,822 | 53,687 | 3,870 | 62,488 | 4.37 |
| **2Q08** | 1,344,259 | 913,897 | 89,312 | 168,716 | 1,249,704 | 53,248 | 3,838 | 58,336 | 4.34 |
| **1Q08** | 1,322,690 | 913,104 | 90,792 | 157,550 | 1,217,480 | 52,573 | 3,753 | 57,538 | 4.35 |
| **Annual Data** | | | | | | | | | |
| **2008** | N/A | 928,638 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **2007** | 1,271,800 | 875,061 | 91,610 | 143,513 | 1,178,916 | 50,253 | 3,689 | 55,058 | 4.33 |
| **2006** | 1,016,469 | 640,681 | 97,974 | 130,228 | 934,214 | 42,001 | 3,143 | 46,247 | 4.55 |
| **2005** | 997,389 | 619,860 | 105,240 | 122,328 | 915,901 | 42,043 | 2,600 | 46,102 | 4.62 |
| **2004** | 924,751 | 581,216 | 113,922 | 124,417 | 845,738 | 40,092 | 1,744 | 42,990 | 4.65 |
| **2003** | 822,418 | 514,037 | 113,438 | 97,867 | 740,721 | 37,703 | 1,098 | 38,801 | 4.72 |
| **2002** | 763,052 | 489,338 | 60,455 | 96,386 | 673,383 | 35,186 | 716 | 35,904 | 4.71 |
| **2001** | 696,254 | 472,540 | 27,641 | 86,730 | 621,003 | 33,288 | 749 | 34,039 | 4.89 |
| **2000** | 653,687 | 437,861 | 16,149 | 77,385 | 591,606 | 30,537 | 728 | 31,266 | 4.78 |
| **1999** | 583,212 | 395,747 | 2,026 | 62,531 | 525,419 | 28,361 | 654 | 29,019 | 4.98 |
| **1998** | 434,002 | 288,189 | 966 | 52,232 | 376,715 | 22,287 | 465 | 22,756 | 5.24 |
| **1997** | 348,575 | 202,265 | 37 | 47,072 | 304,493 | 18,833 | 341 | 19,180 | 5.50 |
| **1996** | 292,035 | 161,372 | 0 | 42,960 | 251,316 | 16,540 | 336 | 16,883 | 5.78 |
| **1995** | 272,661 | 132,264 | 0 | 38,029 | 231,417 | 14,850 | 366 | 15,213 | 5.58 |
| **1994** | 239,076 | 125,893 | 0 | 29,967 | 200,196 | 13,095 | 271 | 13,373 | 5.59 |
| **1993** | 178,897 | 103,131 | 0 | 22,217 | 138,741 | 11,450 | 317 | 11,766 | 6.58 |
| **1992** | 162,134 | 79,884 | 0 | 20,123 | 114,652 | 10,102 | 429 | 10,531 | 6.50 |
| **1991** | 154,556 | 79,065 | 0 | Not Available | 108,149 | 10,200 | 495 | Not Available | Not Available |
| **1990** | 165,742 | 117,103 | 0 | Before 1992 | 118,437 | 11,104 | 521 | Before 1992 | Before 1992 |

Source: Federal Home Loan Bank System Office of Finance and call reports

N/A = not available

1   The sum of regulatory capital amounts reported in call reports filed by each Federal Home Loan Bank plus the combining adjustment for Federal Home Loan Bank System retained earnings reported by the Office of Finance.

FHFA 0831

## Table 21.  Federal Home Loan Banks Net Income

| End of Period | ($ in Millions) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Atlanta | Boston | Chicago | Cincinnati | Dallas | Des Moines | Indianapolis | New York | Pittsburgh | San Francisco | Seattle | Topeka | Combining Adjustment | System Total |
| 4Q08 | 75 | (274) | 0 | 56 | (68) | 2 | 45 | 45 | (188) | (103) | (241) | (63) | N/A | N/A |
| 3Q08 | (46) | 50 | 33 | 66 | 75 | 46 | 48 | 40 | 96 | 101 | (19) | 20 | (3) | 506 |
| 2Q08 | 108 | 52 | (74) | 65 | 41 | 48 | 48 | 74 | 53 | 223 | 29 | 47 | 3 | 718 |
| 1Q08 | 117 | 56 | (78) | 49 | 31 | 31 | 43 | 100 | 58 | 240 | 32 | 24 | (6) | 697 |
| Annual Data | | | | | | | | | | | | | | |
| 2008 | 254 | (116) | (119) | 236 | 79 | 127 | 184 | 259 | 19 | 461 | (199) | 28 | N/A | N/A |
| 2007 | 445 | 198 | 111 | 269 | 130 | 101 | 122 | 323 | 237 | 652 | 71 | 150 | 18 | 2827 |
| 2006 | 414 | 196 | 188 | 253 | 122 | 89 | 118 | 285 | 216 | 542 | 26 | 136 | 27 | 2612 |
| 2005 | 344 | 135 | 244 | 220 | 242 | 228 | 153 | 230 | 192 | 369 | 2 | 136 | 30 | 2525 |
| 2004 | 294 | 90 | 365 | 227 | 65 | 100 | 131 | 161 | 119 | 293 | 83 | 93 | (27) | 1994 |
| 2003 | 207 | 92 | 437 | 171 | 113 | 135 | 134 | 46 | 69 | 323 | 144 | 88 | (74) | 1885 |
| 2002 | 267 | 76 | 205 | 178 | (50) | 46 | 81 | 234 | (27) | 292 | 147 | 58 | 0 | 1507 |
| 2001 | 162 | 113 | 164 | 189 | 114 | 74 | 104 | 285 | 85 | 425 | 178 | 77 | 0 | 1970 |
| 2000 | 298 | 146 | 129 | 193 | 129 | 124 | 127 | 277 | 173 | 377 | 139 | 99 | 0 | 2211 |
| 1999 | 282 | 137 | 131 | 173 | 109 | 132 | 125 | 244 | 184 | 332 | 165 | 90 | 24 | 2128 |
| 1998 | 221 | 116 | 111 | 176 | 99 | 116 | 111 | 186 | 143 | 294 | 154 | 81 | (30) | 1778 |
| 1997 | 192 | 103 | 99 | 135 | 87 | 110 | 98 | 144 | 110 | 249 | 129 | 65 | (29) | 1492 |
| 1996 | 165 | 96 | 92 | 116 | 95 | 111 | 80 | 131 | 97 | 219 | 118 | 58 | (48) | 1330 |
| 1995 | 159 | 92 | 73 | 91 | 91 | 103 | 74 | 136 | 82 | 200 | 87 | 50 | 63 | 1300 |
| 1994 | 120 | 69 | 57 | 68 | 78 | 76 | 71 | 126 | 58 | 196 | 75 | 45 | (16) | 1024 |
| 1993 | 114 | 57 | 49 | 33 | 39 | 50 | 53 | 117 | 62 | 163 | 122 | 35 | (12) | 884 |
| 1992 | 124 | 52 | 51 | 41 | 26 | 47 | 59 | 141 | 58 | 131 | 93 | 33 | (5) | 850 |
| 1991 | 158 | 88 | 58 | 51 | 38 | 46 | 64 | 156 | 57 | 316 | 58 | 64 | 7 | 1159 |

Source: Federal Home Loan Bank System Office of Finance and Form 10-Ks for 2008 filed by individual Federal Home Loan Banks.

N/A = not available

## Table 22.  Federal Home Loan Banks Advances Outstanding

| End of Period | Atlanta | Boston | Chicago | Cincinnati | Dallas | Des Moines | Indianapolis | New York | Pittsburgh | San Francisco | Seattle | Topeka | System Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **($ in Millions)** | | | | | | | | | | | | | |
| 4Q08 | 165,856 | 56,926 | 38,140 | 53,916 | 60,920 | 41,897 | 31,249 | 109,153 | 62,153 | 235,664 | 36,944 | 35,820 | N/A |
| 3Q08 | 164,285 | 63,787 | 35,469 | 62,928 | 68,002 | 63,897 | 30,690 | 103,325 | 72,493 | 263,045 | 46,331 | 37,443 | 1,011,695 |
| 2Q08 | 145,046 | 63,072 | 34,679 | 57,520 | 60,143 | 46,003 | 30,161 | 90,757 | 66,329 | 246,008 | 36,635 | 37,544 | 913,897 |
| 1Q08 | 152,105 | 59,201 | 32,662 | 61,719 | 53,633 | 47,092 | 30,605 | 85,928 | 73,464 | 248,425 | 37,748 | 30,522 | 913,104 |
| **Annual Data** | | | | | | | | | | | | | |
| 2008 | 165,856 | 56,926 | 38,140 | 53,916 | 60,920 | 41,897 | 31,249 | 109,153 | 62,153 | 235,664 | 36,944 | 35,820 | N/A |
| 2007 | 142,867 | 55,680 | 30,221 | 53,310 | 46,298 | 40,412 | 26,770 | 82,090 | 68,798 | 251,034 | 45,524 | 32,057 | 875,061 |
| 2006 | 101,476 | 37,342 | 26,179 | 41,956 | 41,168 | 21,855 | 22,282 | 59,013 | 49,335 | 183,669 | 27,961 | 28,445 | 640,681 |
| 2005 | 101,265 | 38,068 | 24,921 | 40,262 | 46,457 | 22,283 | 25,814 | 61,902 | 47,493 | 162,873 | 21,435 | 27,087 | 619,860 |
| 2004 | 95,867 | 30,209 | 24,192 | 41,301 | 47,112 | 27,175 | 25,231 | 68,508 | 38,980 | 140,254 | 14,897 | 27,490 | 581,216 |
| 2003 | 88,149 | 26,074 | 26,443 | 43,129 | 40,595 | 23,272 | 28,925 | 63,923 | 34,662 | 92,330 | 19,653 | 26,882 | 514,037 |
| 2002 | 82,244 | 26,931 | 24,945 | 40,063 | 36,869 | 23,971 | 28,944 | 68,926 | 29,251 | 81,237 | 20,036 | 25,921 | 489,338 |
| 2001 | 71,818 | 24,361 | 21,902 | 35,223 | 32,490 | 20,745 | 26,399 | 60,962 | 29,311 | 102,255 | 24,252 | 22,822 | 472,540 |
| 2000 | 58,249 | 21,594 | 18,462 | 31,935 | 30,195 | 21,158 | 24,073 | 52,396 | 25,946 | 110,031 | 26,240 | 17,582 | 437,861 |
| 1999 | 45,216 | 22,488 | 17,167 | 28,134 | 27,034 | 22,949 | 19,433 | 44,409 | 36,527 | 90,514 | 26,284 | 15,592 | 395,747 |
| 1998 | 33,561 | 15,419 | 14,899 | 17,873 | 22,191 | 18,673 | 14,388 | 31,517 | 26,050 | 63,990 | 21,151 | 8,477 | 288,189 |
| 1997 | 23,128 | 12,052 | 10,369 | 14,722 | 13,043 | 10,559 | 11,435 | 19,601 | 16,979 | 49,310 | 15,223 | 5,844 | 202,265 |
| 1996 | 16,774 | 9,655 | 10,252 | 10,882 | 10,085 | 10,306 | 9,570 | 16,486 | 12,369 | 39,222 | 10,850 | 4,921 | 161,372 |
| 1995 | 13,920 | 8,124 | 8,282 | 8,287 | 9,505 | 11,226 | 7,926 | 15,454 | 9,657 | 25,664 | 9,035 | 5,185 | 132,264 |
| 1994 | 14,526 | 8,504 | 6,675 | 7,140 | 8,039 | 9,819 | 7,754 | 14,509 | 8,475 | 25,343 | 8,899 | 6,212 | 125,893 |
| 1993 | 11,340 | 7,208 | 4,380 | 4,274 | 10,470 | 6,362 | 6,078 | 12,162 | 6,713 | 23,847 | 5,889 | 4,407 | 103,131 |
| 1992 | 9,301 | 5,038 | 2,873 | 2,415 | 7,322 | 3,314 | 5,657 | 8,780 | 3,547 | 23,110 | 5,025 | 3,502 | 79,884 |
| 1991 | 8,861 | 5,297 | 1,773 | 2,285 | 4,634 | 2,380 | 5,426 | 11,804 | 2,770 | 24,178 | 5,647 | 4,011 | 79,065 |

Source: Federal Home Loan Bank System Office of Finance, Form 10-Ks for 2008 filed by individual Federal Home Loan Banks and call reports.

N/A = not available

A P P E N D I X   A   •   H I S T O R I C A L   D A T A   T A B L E S

## Table 23.  Federal Home Loan Banks Regulatory Capital[1]

| End of Period | ($ in Millions) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Atlanta | Boston | Chicago | Cincinnati | Dallas | Des Moines | Indianapolis | New York | Pittsburgh | San Francisco | Seattle | Topeka | Combining Adjustment[2] | System Total |
| 4Q08 | 8,942 | 3,658 | N/A | 4,399 | 3,530 | 3,174 | 2,701 | 6,112 | 4,157 | 13,539 | 2,687 | 2,432 | N/A | N/A |
| 3Q08 | 9,096 | 3,936 | 3,280 | 4,418 | 3,689 | 4,222 | 2,644 | 6,030 | 4,594 | 14,793 | 3,184 | 2,634 | -32 | 62,488 |
| 2Q08 | 8,338 | 3,726 | 3,235 | 4,277 | 3,369 | 3,447 | 2,578 | 5,503 | 4,333 | 14,258 | 2,739 | 2,562 | -29 | 58,336 |
| 1Q08 | 8,469 | 3,572 | 3,282 | 4,134 | 2,956 | 3,421 | 2,481 | 5,088 | 4,525 | 14,554 | 2,843 | 2,245 | -32 | 57,538 |
| Annual Data | | | | | | | | | | | | | | |
| 2008 | 8,942 | 3,658 | N/A | 4,399 | 3,530 | 3,174 | 2,701 | 6,112 | 4,157 | 13,539 | 2,687 | 2,432 | N/A | N/A |
| 2007 | 8,080 | 3,422 | 3,343 | 3,877 | 2,688 | 3,125 | 2,368 | 5,025 | 4,303 | 13,859 | 2,660 | 2,334 | -26 | 55,058 |
| 2006 | 6,394 | 2,542 | 3,208 | 4,050 | 2,598 | 2,315 | 2,111 | 4,025 | 3,655 | 10,865 | 2,303 | 2,225 | -44 | 46,247 |
| 2005 | 6,225 | 2,675 | 4,507 | 4,130 | 2,796 | 2,346 | 2,349 | 3,900 | 3,289 | 9,698 | 2,268 | 1,990 | -71 | 46,102 |
| 2004 | 5,681 | 2,240 | 4,793 | 4,002 | 2,846 | 2,453 | 2,132 | 4,005 | 2,791 | 7,959 | 2,166 | 2,023 | -101 | 42,990 |
| 2003 | 5,030 | 2,490 | 4,542 | 3,737 | 2,666 | 2,226 | 1,961 | 3,765 | 2,344 | 5,858 | 2,456 | 1,800 | -74 | 38,801 |
| 2002 | 4,577 | 2,323 | 3,296 | 3,613 | 2,421 | 1,889 | 1,935 | 4,296 | 1,824 | 5,687 | 2,382 | 1,661 | 0 | 35,904 |
| 2001 | 4,165 | 2,032 | 2,507 | 3,240 | 2,212 | 1,574 | 1,753 | 3,910 | 1,970 | 6,814 | 2,426 | 1,436 | 0 | 34,039 |
| 2000 | 3,649 | 1,905 | 1,701 | 2,841 | 2,166 | 1,773 | 1,581 | 3,747 | 2,175 | 6,292 | 2,168 | 1,267 | 0 | 31,266 |
| 1999 | 3,433 | 1,868 | 1,505 | 2,407 | 1,862 | 2,264 | 1,446 | 3,093 | 2,416 | 5,438 | 2,098 | 1,190 | 0 | 29,019 |
| 1998 | 2,427 | 1,530 | 1,299 | 1,952 | 1,570 | 1,526 | 1,179 | 2,326 | 1,827 | 4,435 | 1,813 | 894 | -24 | 22,756 |
| 1997 | 2,077 | 1,344 | 1,159 | 1,694 | 1,338 | 1,320 | 1,090 | 1,881 | 1,440 | 3,545 | 1,495 | 791 | 6 | 19,180 |
| 1996 | 1,846 | 1,239 | 1,091 | 1,377 | 1,150 | 1,245 | 903 | 1,616 | 1,230 | 3,150 | 1,334 | 666 | 35 | 16,883 |
| 1995 | 1,615 | 1,201 | 941 | 1,128 | 1,168 | 1,217 | 799 | 1,531 | 1,030 | 2,719 | 1,148 | 632 | 83 | 15,213 |
| 1994 | 1,488 | 1,091 | 749 | 961 | 944 | 905 | 676 | 1,281 | 924 | 2,627 | 1,094 | 612 | 20 | 13,373 |
| 1993 | 1,423 | 927 | 648 | 692 | 914 | 652 | 584 | 1,251 | 740 | 2,440 | 934 | 526 | 36 | 11,766 |
| 1992 | 1,333 | 843 | 564 | 563 | 661 | 515 | 548 | 1,181 | 566 | 2,453 | 782 | 474 | 48 | 10,531 |
| 1991 | 1,367 | 807 | 525 | 517 | 645 | 450 | 515 | 1,234 | 492 | 2,924 | 652 | 514 | 53 | 10,695 |

N/A = not available

[1]  For the Federal Home Loan Bank of Chicago and for all other Banks before 2005, amounts for regulatory capital are from call reports filed by each Federal Home Loan Bank.  Except for the Federal Home Loan Bank of Chicago, amounts in 2005, 2006, 2007, and the first three quarters of 2008 are as reported by the Office of Finance.  For the fourth quarter of 2008, amounts are from Form 10-Ks filed by individual Federal Home Loan Banks.

[2]  Combining adjustment for Federal Home Loan Bank System retained earnings reported by the Office of Finance.

FHFA 0834

## Table 24.  Loan Limits

| Year | Single-Family Conforming Loan Limits[1] | | | |
|---|---|---|---|---|
| | One unit | Two units | Three units | Four units |
| 2009[2] | 417,000-729,750 | 533,850-934,200 | 645,300-1,129,250 | 801,950-1,403,400 |
| 2008[3] | 417,000-729,750 | 533,850-934,200 | 645,300-1,129,250 | 801,950-1,403,400 |
| 2007 | 417,000 | 533,850 | 645,300 | 801,950 |
| 2006 | 417,000 | 533,850 | 645,300 | 801,950 |
| 2005 | 359,650 | 460,400 | 556,500 | 691,600 |
| 2004 | 333,700 | 427,150 | 516,300 | 641,650 |
| 2003 | 322,700 | 413,100 | 499,300 | 620,500 |
| 2002 | 300,700 | 384,900 | 465,200 | 578,150 |
| 2001 | 275,000 | 351,950 | 425,400 | 528,700 |
| 2000 | 252,700 | 323,400 | 390,900 | 485,800 |
| 1999 | 240,000 | 307,100 | 371,200 | 461,350 |
| 1998 | 227,150 | 290,650 | 351,300 | 436,600 |
| 1997 | 214,600 | 274,550 | 331,850 | 412,450 |
| 1996 | 207,000 | 264,750 | 320,050 | 397,800 |
| 1995 | 203,150 | 259,850 | 314,100 | 390,400 |
| 1994 | 203,150 | 259,850 | 314,100 | 390,400 |
| 1993 | 203,150 | 259,850 | 314,100 | 390,400 |
| 1992 | 202,300 | 258,800 | 312,800 | 388,800 |
| 1991 | 191,250 | 244,650 | 295,650 | 367,500 |
| 5/1/1990 – 12/31/1990 | 187,450 | 239,750 | 289,750 | 360,150 |
| 1989 – 4/30/1990 | 187,600 | 239,950 | 290,000 | 360,450 |
| 1988 | 168,700 | 215,800 | 260,800 | 324,150 |
| 1987 | 153,100 | 195,850 | 236,650 | 294,150 |
| 1986 | 133,250 | 170,450 | 205,950 | 256,000 |
| 1985 | 115,300 | 147,500 | 178,200 | 221,500 |
| 1984 | 114,000 | 145,800 | 176,100 | 218,900 |
| 1983 | 108,300 | 138,500 | 167,200 | 207,900 |
| 1982 | 107,000 | 136,800 | 165,100 | 205,300 |
| 1981 | 98,500 | 126,000 | 152,000 | 189,000 |
| 1980 | 93,750 | 120,000 | 145,000 | 170,000 |
| 10/27/1977 – 1979 | 75,000 | 75,000 | 75,000 | 75,000 |
| 1975 – 10/26/1977 | 55,000 | 55,000 | 55,000 | 55,000 |

Sources: Department of Housing and Urban Development (HUD), FHFA, Freddie Mac

1  Conforming loan limits are 50 percent higher in Alaska, Hawaii, Guam, and the U.S. Virgin Islands.

2  Loan limits for mortgages originated in 2009 were initially set under provisions of the Housing and Economic Recovery Act of 2008, which allowed for high-cost area limits of up to $625,500.  In February 2009, however, the American Recovery and Reconciliation Act of 2009 restored the $729,750 maximum loan limit for mortgages originated in 2009.

3  The Economic Stimulus Act of 2008 allowed Fannie Mae and Freddie Mac to raise the conforming loan limits in certain high-cost areas to a maximum of $729,750 for one-unit homes in the continental United States. Higher limits applied to two-, three- and four-unit homes.  Alaska, Hawaii, Guam and the Virgin Islands have higher maximum limits. The limits applied to loans originated between July 1, 2007, and December 31, 2008.

| Year | FHA Single-Family Insurable Limits | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | One unit | | Two units | | Three units | | Four units | |
| | Low-Cost Area Max | High-Cost Area Max | Low-Cost Area Max | High-Cost Area Max | Low-Cost Area Max | High-Cost Area Max | Low-Cost Area Max | High-Cost Area Max |
| 2009[1] | 271,050 | 729,750 | 347,000 | 934,200 | 419,400 | 1,129,250 | 521,250 | 1,403,400 |
| 2008[2] | 271,050 | 729,750 | 347,000 | 934,200 | 419,400 | 1,129,250 | 521,250 | 1,403,400 |
| 2007 | 200,160 | 362,790 | 256,248 | 464,449 | 309,744 | 561,411 | 384,936 | 697,696 |
| 2006 | 200,160 | 362,790 | 256,248 | 464,449 | 309,744 | 561,411 | 384,936 | 697,696 |
| 2005 | 172,632 | 312,895 | 220,992 | 400,548 | 267,120 | 484,155 | 331,968 | 601,692 |
| 2004 | 160,176 | 290,319 | 205,032 | 371,621 | 247,824 | 449,181 | 307,992 | 558,236 |
| 2003 | 154,896 | 280,749 | 198,288 | 359,397 | 239,664 | 434,391 | 297,840 | 539,835 |
| 2002 | 144,336 | 261,609 | 184,752 | 334,863 | 223,296 | 404,724 | 277,512 | 502,990 |
| 2001 | 132,000 | 239,250 | 168,936 | 306,196 | 204,192 | 370,098 | 253,776 | 459,969 |
| 2000 | 121,296 | 219,849 | 155,232 | 281,358 | 187,632 | 340,083 | 233,184 | 422,646 |
| 1999 | 115,200 | 208,800 | 147,408 | 267,177 | 178,176 | 322,944 | 221,448 | 401,375 |
| 1998 | 109,032 | 197,621 | 139,512 | 252,866 | 168,624 | 305,631 | 209,568 | 379,842 |
| 1997 | 81,546 | 170,362 | 104,310 | 205,875 | 126,103 | 248,888 | 156,731 | 309,338 |

Source: Federal Housing Administration

1  Loan limits for mortgages originated in 2009 were initially set under provisions of the Housing and Economic Recovery Act of 2008, which allowed for high-cost area limits of up to $625,500.  In February 2009, however, the American Recovery and Reconciliation Act of 2009 restored the $729,750 maximum loan limit for mortgages originated in 2009.

2  The Economic Stimulus Act of 2008 allowed the Federal Housing Administration (FHA) to increase the single-family insurable limits to a maximum of $729,750 for one-unit homes in the continental United States. Higher limits applied to two-, three- and four-unit homes.  Alaska, Hawaii, Guam and the Virgin Islands have higher maximum limits. The limits applied to loans originated between July 1, 2007, and December 31, 2008.·

FHFA 0835

## Table 25.  Mortgage Interest Rates

| Period | Average Commitment Rates on Loans | | Effective Rates on Closed Loans | |
|---|---|---|---|---|
| | Conventional | | Conventional | |
| | 30-Year Fixed Rate ($) | One-Year ARMs ($) | Fixed Rate ($) | Adjustable Rate ($) |
| 4Q08 | 5.9 | 5.1 | 6.0 | N/A |
| 3Q08 | 6.3 | 5.2 | 6.4 | 5.9 |
| 2Q08 | 6.1 | 5.2 | 6.2 | 5.7 |
| 1Q08 | 5.9 | 5.1 | 6.1 | 5.7 |
| Annual Data | | | | |
| 2008 | 6.0 | 5.2 | 6.2 | N/A |
| 2007 | 6.3 | 5.6 | 6.5 | 6.3 |
| 2006 | 6.4 | 5.5 | 6.6 | 6.4 |
| 2005 | 5.9 | 4.5 | 6.1 | 5.5 |
| 2004 | 5.8 | 3.9 | 6.0 | 5.2 |
| 2003 | 5.8 | 3.8 | 5.9 | 5.0 |
| 2002 | 6.5 | 4.6 | 6.7 | 5.7 |
| 2001 | 7.0 | 5.8 | 7.1 | 6.4 |
| 2000 | 8.1 | 7.0 | 8.3 | 7.1 |
| 1999 | 7.4 | 6.0 | 7.4 | 6.5 |
| 1998 | 6.9 | 5.6 | 7.2 | 6.5 |
| 1997 | 7.6 | 5.6 | 7.9 | 6.9 |
| 1996 | 7.8 | 5.7 | 8.0 | 7.1 |
| 1995 | 7.9 | 6.1 | 8.2 | 7.1 |
| 1994 | 8.4 | 5.4 | 8.2 | 6.4 |
| 1993 | 7.3 | 4.6 | 7.5 | 5.7 |
| 1992 | 8.4 | 5.6 | 8.5 | 6.6 |
| 1991 | 9.3 | 7.1 | 9.7 | 8.3 |
| 1990 | 10.1 | 8.4 | 10.4 | 9.2 |
| 1989 | 10.3 | 8.8 | 10.5 | 9.4 |
| 1988 | 10.3 | 7.9 | 10.4 | 8.5 |
| 1987 | 10.2 | 7.8 | 9.9 | 8.5 |
| 1986 | 10.2 | 8.4 | 10.5 | 9.4 |
| 1985 | 12.4 | 10.1 | 12.4 | 10.9 |
| 1984 | 13.9 | 11.5 | 13.2 | 12.0 |
| 1983 | 13.2 | Not Available Before 1984 | 13.0 | 12.3 |
| 1982 | 16.0 | | Not Available Before 1983 | Not Available Before 1983 |
| 1981 | 16.6 | | | |
| 1980 | 13.7 | | | |
| 1979 | 11.2 | | | |
| 1978 | 9.6 | | | |
| 1977 | 8.9 | | | |
| 1976 | 8.9 | | | |
| 1975 | 9.1 | | | |
| 1974 | 9.2 | | | |
| 1973 | 8.0 | | | |
| 1972 | 7.4 | | | |
| 1971 | Not Available Before 1972 | | | |

Source: average commitment rate, Freddie Mac; effective rates source, FHFA

**N/A = not available**

## Table 26.  Housing Market Activity[1]

| Period | Housing Starts (units in thousands) | | | Home Sales (units in thousands) | |
|---|---|---|---|---|---|
| | One- to Four-Unit Housing Starts | Multifamily Housing Starts | Total Housing Starts | Sales of New One- to Four-Unit Homes | Sales of Existing One- to Four-Unit Homes |
| 4Q08[2] | N/A | 186 | 660 | 387 | 4,740 |
| 3Q08[2] | N/A | 256 | 876 | 462 | 5,007 |
| 2Q08[2] | N/A | 331 | 1,025 | 519 | 4,900 |
| 1Q08[2] | N/A | 301 | 1,053 | 561 | 4,927 |
| Annual Data | | | | | |
| 2008 | 640 | 266 | 906 | 485 | 4,913 |
| 2007 | 1,078 | 277 | 1,355 | 776 | 5,652 |
| 2006 | 1,508 | 293 | 1,801 | 1,051 | 6,478 |
| 2005 | 1,757 | 311 | 2,068 | 1,283 | 7,076 |
| 2004 | 1,653 | 303 | 1,956 | 1,203 | 6,778 |
| 2003 | 1,533 | 315 | 1,848 | 1,086 | 6,175 |
| 2002 | 1,397 | 308 | 1,705 | 973 | 5,632 |
| 2001 | 1,310 | 293 | 1,603 | 908 | 5,335 |
| 2000 | 1,270 | 299 | 1,569 | 877 | 5,174 |
| 1999 | 1,334 | 307 | 1,641 | 880 | 5,183 |
| 1998 | 1,314 | 303 | 1,617 | 886 | 4,966 |
| 1997 | 1,178 | 296 | 1,474 | 804 | 4,371 |
| 1996 | 1,206 | 271 | 1,477 | 757 | 4,167 |
| 1995 | 1,110 | 244 | 1,354 | 667 | 3,852 |
| 1994 | 1,234 | 224 | 1,457 | 670 | 3,886 |
| 1993 | 1,155 | 133 | 1,288 | 666 | 3,739 |
| 1992 | 1,061 | 139 | 1,200 | 610 | 3,432 |
| 1991 | 876 | 138 | 1,014 | 509 | 3,145 |
| 1990 | 932 | 260 | 1,193 | 534 | 3,186 |
| 1989 | 1,059 | 318 | 1,376 | 650 | 3,290 |
| 1988 | 1,140 | 348 | 1,488 | 676 | 3,594 |
| 1987 | 1,212 | 409 | 1,621 | 671 | 3,526 |
| 1986 | 1,263 | 542 | 1,805 | 750 | 3,565 |
| 1985 | 1,166 | 576 | 1,742 | 688 | 3,214 |
| 1984 | 1,206 | 544 | 1,750 | 639 | 2,868 |
| 1983 | 1,181 | 522 | 1,703 | 623 | 2,719 |
| 1982 | 743 | 320 | 1,062 | 412 | 1,990 |
| 1981 | 797 | 288 | 1,084 | 436 | 2,419 |
| 1980 | 962 | 331 | 1,292 | 545 | 2,973 |
| 1979 | 1,316 | 429 | 1,745 | 709 | 3,827 |
| 1978 | 1,558 | 462 | 2,020 | 817 | 3,986 |
| 1977 | 1,573 | 414 | 1,987 | 819 | 3,650 |
| 1976 | 1,248 | 289 | 1,538 | 646 | 3,064 |
| 1975 | 956 | 204 | 1,160 | 549 | 2,476 |
| 1974 | 956 | 382 | 1,338 | 519 | 2,272 |
| 1973 | 1,250 | 795 | 2,045 | 634 | 2,334 |
| 1972 | 1,450 | 906 | 2,357 | 718 | 2,252 |
| 1971 | 1,272 | 781 | 2,052 | 656 | 2,018 |

Source: housing starts and new One- to Four-Unit Sales, Bureau of the Census; existing One- to Four-Unit Sales, National Association of Realtors

N/A = not available

[1]  Components may not add to totals due to rounding.

[2]  Seasonally adjusted annual rates.

DATA TABLES

# Table 27.  Weighted Repeat Sales House Price Index (Annual Data)[1]

| Period | USA | New England | Mid-Atlantic | South Atlantic | East North Central | West North Central | East South Central | West South Central | Mountain | Pacific |
|---|---|---|---|---|---|---|---|---|---|---|
| 4Q08 | -8.27 | -6.22 | -4.03 | -11.19 | -5.89 | -3.72 | -3.05 | -0.51 | -8.36 | -22.16 |
| 3Q08 | -6.14 | -5.19 | -2.35 | -7.24 | -4.04 | -2.67 | -1.43 | 0.55 | -6.82 | -19.50 |
| 2Q08 | -4.81 | -4.26 | -2.05 | -5.52 | -3.69 | -2.09 | -0.47 | 1.56 | -4.98 | -16.15 |
| 1Q08 | -3.13 | -2.32 | -0.15 | -3.87 | -3.14 | -2.13 | 0.25 | 1.92 | -2.33 | -11.47 |
| **Annual Data** | | | | | | | | | | |
| 2008 | -8.27 | -6.22 | -4.03 | -11.19 | -5.89 | -3.72 | -3.05 | -0.51 | -8.36 | -22.16 |
| 2007 | -0.80 | -1.49 | 1.39 | -1.30 | -2.62 | 0.01 | 2.18 | 3.25 | -0.42 | -4.82 |
| 2006 | 3.73 | -1.44 | 3.38 | 4.03 | 0.02 | 2.15 | 6.13 | 6.42 | 8.47 | 5.57 |
| 2005 | 9.34 | 6.71 | 10.18 | 13.06 | 3.76 | 4.30 | 7.25 | 6.99 | 14.69 | 15.62 |
| 2004 | 9.23 | 10.21 | 12.22 | 12.44 | 4.61 | 5.81 | 4.95 | 4.42 | 11.43 | 15.69 |
| 2003 | 7.56 | 10.44 | 11.27 | 8.51 | 4.58 | 5.55 | 4.27 | 3.16 | 7.03 | 13.12 |
| 2002 | 7.61 | 13.62 | 12.06 | 7.99 | 4.69 | 6.49 | 3.35 | 3.64 | 5.10 | 12.72 |
| 2001 | 6.77 | 12.34 | 9.82 | 7.47 | 4.75 | 6.92 | 3.39 | 3.74 | 4.92 | 9.16 |
| 2000 | 6.91 | 13.03 | 8.47 | 6.30 | 5.15 | 7.21 | 2.84 | 5.78 | 5.93 | 9.94 |
| 1999 | 6.04 | 10.58 | 7.09 | 5.46 | 5.19 | 5.89 | 4.01 | 5.62 | 5.71 | 7.06 |
| 1998 | 5.57 | 8.34 | 4.49 | 4.72 | 5.02 | 6.54 | 4.66 | 5.59 | 4.69 | 7.61 |
| 1997 | 3.42 | 4.79 | 2.18 | 3.53 | 3.59 | 3.73 | 2.72 | 3.03 | 2.95 | 4.32 |
| 1996 | 3.07 | 2.71 | 1.03 | 2.94 | 4.73 | 4.02 | 3.92 | 2.41 | 3.97 | 2.12 |
| 1995 | 2.70 | 0.06 | 0.03 | 2.62 | 5.27 | 4.32 | 4.70 | 2.94 | 4.64 | -0.26 |
| 1994 | 2.89 | 1.02 | -0.65 | 2.99 | 4.48 | 4.28 | 4.98 | 2.83 | 8.78 | 0.10 |
| 1993 | 2.83 | -1.58 | 0.34 | 1.84 | 4.43 | 6.34 | 4.90 | 4.49 | 9.85 | -1.59 |
| 1992 | 2.63 | -0.78 | 1.54 | 2.02 | 4.87 | 3.81 | 3.85 | 3.74 | 6.52 | -1.12 |
| 1991 | 2.93 | -2.25 | 1.50 | 3.06 | 4.55 | 3.73 | 4.09 | 3.71 | 4.66 | 1.32 |
| 1990 | 0.59 | -7.74 | -2.90 | 0.09 | 3.78 | 0.54 | 0.65 | 0.38 | 1.85 | 2.92 |
| 1989 | 5.91 | 0.67 | 2.32 | 5.07 | 6.12 | 3.21 | 3.07 | 2.63 | 2.80 | 19.50 |
| 1988 | 5.85 | 3.69 | 6.03 | 6.91 | 6.66 | 2.39 | 2.58 | -1.99 | 0.19 | 17.52 |
| 1987 | 5.84 | 13.38 | 16.30 | 7.01 | 8.10 | 2.46 | 4.22 | -8.63 | -2.60 | 9.53 |
| 1986 | 7.42 | 21.04 | 18.19 | 6.08 | 7.35 | 4.20 | 5.43 | -0.39 | 3.09 | 7.19 |
| 1985 | 6.06 | 25.02 | 14.25 | 5.56 | 4.86 | 4.28 | 5.09 | -1.37 | 2.11 | 4.88 |
| 1984 | 5.13 | 17.79 | 13.29 | 4.14 | 2.90 | 4.25 | 3.46 | -0.02 | 2.27 | 5.29 |
| 1983 | 4.22 | 16.04 | 10.09 | 3.64 | 4.55 | 4.58 | 3.85 | 0.89 | -2.63 | 1.02 |
| 1982 | 1.80 | 4.23 | 3.90 | 4.17 | -5.40 | -0.38 | 4.46 | 5.64 | 7.47 | 0.95 |
| 1981 | 4.54 | 4.72 | 0.73 | 6.40 | 2.59 | 0.42 | 0.86 | 12.09 | 6.30 | 5.74 |
| 1980 | 6.76 | 5.69 | 9.95 | 8.01 | 1.35 | 3.97 | 7.24 | 7.75 | 6.57 | 11.19 |
| 1979 | 11.99 | 11.43 | 17.69 | 11.27 | 9.05 | 9.36 | 4.30 | 13.20 | 15.10 | 15.93 |
| 1978 | 13.77 | 16.33 | 7.82 | 11.76 | 14.69 | 13.21 | 13.58 | 16.85 | 17.41 | 15.72 |
| 1977 | 13.53 | 8.90 | 10.34 | 7.87 | 13.12 | 16.26 | 9.61 | 12.06 | 18.26 | 25.68 |
| 1976 | 7.87 | 2.98 | 0.29 | 6.03 | 8.05 | 5.89 | 5.00 | 8.68 | 10.30 | 19.93 |

[1]  Percentage changes based on FHFA's purchase-only index for 1992 through 2008 and all-transactions index for prior years.  Annual data are measured based on fourth-quarter-to-fourth-quarter percentage change. Quarterly data for 2008 reflect changes over the previous four quarters.

REGIONAL DIVISIONS:

New England: Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont

Mid-Atlantic: New Jersey, New York, Pennsylvania

South Atlantic: Washington, D.C., Delaware, Florida, Georgia, Maryland, North Carolina, South Carolina, Virginia, West Virginia

East North Central:  Illinois, Indiana, Michigan, Ohio, Wisconsin

West North Central:  Iowa, Kansas, Minnesota, Missouri, Nebraska, North Dakota, South Dakota

East South Central:  Alabama, Kentucky, Mississippi, Tennessee

West South Central:  Arkansas, Louisiana, Oklahoma, Texas

Mountain:  Arizona, Colorado, Idaho, Montana, Nevada, New Mexico, Utah, Wyoming

Pacific:  Alaska, California, Hawaii, Oregon, Washington

FHFA 0838

FHFA 0839

# Federal Housing Finance Agency

## KEY MANAGEMENT OFFICIALS

**James B. Lockhart III,** *Director*

**Edward J. DeMarco,** *Chief Operating Officer and Senior Deputy Director for Housing Mission and Goals*

**Stephen Cross,** *Deputy Director of the Division of Federal Home Loan Bank Regulation*

**Christopher Dickerson,** *Deputy Director of the Division of Enterprise Regulation*

**Edward Kelley,** *Acting Inspector General*

**Peter Brereton,** *Associate Director, External Relations*

**Anthony G. Cornyn,** *Senior Associate Director, Monitoring & Analysis*

**Christopher T. Curtis,** *Senior Deputy General Counsel*

**Wanda DeLeo,** *Senior Associate Director and Chief Accountant*

**Myrtle. S. Habersham,** *Associate Director, Management Planning*

**John Kerr,** *Senior Associate Director, Examinations*

**Mark Kinsey,** *Chief Financial Officer*

**Patrick Lawler,** *Chief Economist*

**David A. Lee,** *Chief Administrative Officer*

**Janet Murphy,** *Chief Human Capital Officer*

**Alfred Pollard,** *General Counsel*

**Jeff Spohn,** *Senior Associate Director, Conservatorship*

**Karen Walter,** *Senior Associate Director, Supervisory Policy*

**Kevin Winkler,** *Chief Information Officer*

## FHFA OVERSIGHT BOARD

**James B. Lockhart III**
*Chairman*

**Timothy F. Geithner**
*Secretary of the Treasury*

**Shaun Donovan**
*Secretary of Housing and Urban Development*

**Mary L. Schapiro**
*Chairman, Securities and Exchange Commission*



**FEDERAL HOUSING
FINANCE AGENCY**

1700 G Street, NW
Washington, DC 20552

202.414.3800

www.fhfa.gov

FHFA 0841

# Tab 15





DEPARTMENT OF THE TREASURY

# Agency Financial Report

FISCAL YEAR 2009

DECEMBER 15, 2009

FHFA 0842



# The United States
# Department of the Treasury

## Our Vision

*Set the global standard in financial and economic leadership*

## Our Mission

*Serve the American people and strengthen national security by managing the U.S. Government's finances effectively, promoting economic growth and stability, and ensuring the safety, soundness, and security of the U.S. and international financial systems*

## Our Values

### SERVICE
*Work for the benefit of the American people*

### INTEGRITY
*Aspire to the highest levels ethical standards of honesty, trustworthiness, and dependability*

### EXCELLENCE
*Strive to be the best, continuously improve, innovate, and adapt*

### OBJECTIVITY
*Encourage independent views*

### ACCOUNTABILITY
*Responsible for our conduct and work*

### COMMUNITY
*Dedicated to excellent customer service, collaboration, and teamwork while promoting diversity*



# DEPARTMENT OF THE TREASURY

# Agency Financial Report

**FISCAL YEAR** 2009

**DECEMBER 15, 2009**

FHFA 0844

*This page left intentionally blank*

FHFA 0845

# Table of Contents

Message from the Secretary of the Treasury . . . . . . . . . . . . . . . . . . . . . . . . . v

About this Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vii

## Part 1: Management's Discussion and Analysis

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

The Treasury Department's 2007-2012 Strategic Framework . . . . . . . . . . . . . . . 7

Fiscal Year 2009 Summary of Performance by Strategic Goal . . . . . . . . . . . . . . 8

How Well is Treasury Performing? . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Financial Highlights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Fiscal Year 2009 Performance by Strategic Goal . . . . . . . . . . . . . . . . . . . . 13

    U.S. and World Economies Perform at Full Economic Potential . . . . . . . . . . . . 13

    Effectively Managed U.S. Government Finances . . . . . . . . . . . . . . . . . . . . 35

    Prevented Terrorism and Promoted the Nation's Security through
    Strengthened International Financial Systems . . . . . . . . . . . . . . . . . . . . 38

    Management and Organizational Excellence . . . . . . . . . . . . . . . . . . . . . 41

Department of the Treasury Key Performance Measures for 2009 . . . . . . . . . . . . .44

Summary of Management and Performance Challenges and High-Risk Areas . . . . . . . 47

Analysis of Financial Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . 52

Improper Payments Information Act and Recovery Auditing Act . . . . . . . . . . . . . 57

Management Assurances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59

Material Weaknesses, Audit Follow-up, and Financial Systems . . . . . . . . . . . . . 60

DEPARTMENT OF THE TREASURY • AGENCY FINANCIAL REPORT • FISCAL YEAR 2009

## Part 2: Annual Financial Report

Message from the Assistant Secretary for Management and Chief Financial Officer . . . . . . . . . .67

Inspector General's Transmittal Letter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .69

Auditors' Report on the Department's Financial Statements . . . . . . . . . . . . . . . . . . . . . .71

Management's Response to Auditor's Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .85

Financial Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

Notes to the Financial Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94

Required Supplemental Information (Unaudited) . . . . . . . . . . . . . . . . . . . . . . . . . . . 206

## Part 3: Other Accompanying Information

APPENDICES

Appendix A: Other Accompanying Information (Unaudited) . . . . . . . . . . . . . . . . . . 213

Appendix B: Improper Payments Information Act and Recovery Auditing Act . . . . . . . . . . . . 217

Appendix C: Management and Performance Challenges and Responses . . . . . . . . . . . . . . . 225

Appendix D: Material Weaknesses, Audit Follow-up, Financial Systems,
and Recovery Act Risk Management . . . . . . . . . . . . . . . . . . . . . . . . . 265

Appendix E: Glossary of Acronyms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 277


Website Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 283

# Message from the Secretary of the Treasury



December 15, 2009

The Treasury Department has spent the past fiscal year confronting the worst economic and financial crisis in generations.

While policy interventions at the end of 2008 succeeded in achieving the vital, but narrow, objective of preventing a catastrophic systemic meltdown, by the time President Obama took office, the financial system remained extremely fragile and the Administration faced a rapidly evolving set of challenges.

In the financial sector the flow of credit to businesses and families had frozen; the issuance of new asset-backed securities had essentially come to a halt; and liquidity in a broader range of securities markets had fallen sharply.

In addition, the broader economy was in a free fall. In January we lost 741,000 nonfarm jobs, the largest single monthly decline in 60 years. Our Gross Domestic Product was contracting at rates not seen in decades. American families had lost $11 trillion in household wealth since 2007. And there was genuine concern we were headed toward a second Great Depression.

The Obama Administration responded with a comprehensive strategy unprecedented in size and scope.

First, we worked with Congress to enact the most sweeping economic recovery package in our nation's history. The Recovery Act included a program of immediate tax incentives for businesses and households, support for state and local governments, and investments in critical economic priorities, from infrastructure and energy to health care and education. More than 110 million families – 95 percent of working families – received hundreds of dollars in the Making Work Pay tax benefit.

Second, we moved quickly to stabilize our financial system with as much private capital as possible. Following the release of the "stress test" results, our nation's largest banks were able to raise over $80 billion in private capital and, as of September 30, 2009, have paid roughly $70 billion back to the government for previous investments. More broadly, last December, 70 percent of corporate bond issuance was supported by the government. In September of this year, corporations raised over $100 billion in debt, 82 percent of which was issued without a government guarantee.

Third, we jumpstarted channels of credit that are critical for American families and businesses. Our Term Asset-Backed Securities Loan Facility (TALF) has helped to improve conditions substantially. Issuance of securities backed by consumer and business loans has averaged $14 billion per month since the government launched TALF in March, compared to about $1.6 billion per month in the six months prior to the program's launch.

Fourth, we created a public-private investment program to purchase legacy assets to help clean up the balance sheets of major financial institutions and re-liquefy key markets. Program announcements helped improve prices for these assets in advance of actual purchases. And due to continued improvements in financial market conditions, we are able to proceed with the program at a scale smaller than initially envisioned.

Fifth, we worked to ease the housing crisis by helping to bring mortgage rates to historic lows and establishing new programs to allow responsible homeowners to refinance into affordable mortgages or modify at-risk loans to lower monthly mortgage payments.

And finally, we worked with the major economies of the world on a coordinated program of macroeconomic stimulus and financial stabilization, alongside regulatory reform.

Because of these steps, an economy that was in free-fall in January is now on the road to recovery. It grew at an annual rate of 2.8 percent in the third quarter, and private economists generally expect moderate growth over the next year. Business and consumer confidence has started to improve. The housing market is showing some signs of stabilizing. Home prices have increased modestly over the past six months, reversing consistent declines since 2006, and sales of existing single-family homes have increased by 20 percent over the past year. The cost of credit in securities markets has fallen substantially for businesses, and credit is flowing again in these markets.

These early signs of progress have allowed us to begin evolving our strategy from rescuing the economy to repairing and rebuilding the foundation for future growth.

As we enter this new phase we are winding down some of the extraordinary support put in place for the financial system. But we are also mindful that unemployment is still too high and that small businesses, an important engine of job growth in America, still face enormous difficulty accessing credit.

Going forward we must continue to reinforce recovery until it is self-sustaining and led by private demand. That is our primary objective. And we are working to achieve it by using our resources in the most effective and efficient manner possible.

We quickly established the Office of Financial Stability (OFS) and implemented strong program and financial reporting internal controls. The Department received an unqualified opinion on both our OFS/Troubled Asset Relief Program and Treasury-wide fiscal year 2009 financial statements—a remarkable achievement.

This year, the Department met or exceeded 67 percent of its performance targets, a reduction of three percentage points compared to last year, reflecting the challenges the Department faced in confronting the financial and economic crisis. While the percentage of unmet targets increased over last year, on average performance targets were within 10 percent of desired results. Discretionary budget resources increased 4.8 percent over 2008.

While we continue to resolve major challenges in some areas, overall we are making progress in addressing management and control weaknesses and in meeting federal financial systems requirements. The Department has validated the accuracy, completeness, and reliability of the financial and performance data contained in this report.

Timothy F. Geithner
Secretary of the Treasury

# About this Report

The fiscal year 2009 Treasury Agency Financial Report provides information that enables Congress, the President, and the public to assess the Department's performance relative to its mission and stewardship of the resources entrusted to it.

For fiscal year 2009, the Department participated in the Office of Management and Budget's alternative Performance and Accountability Report option for reporting annual results. In this process, the Performance and Accountability Report is divided into two reports, an Agency Financial Report and an Annual Performance Report. The Agency Financial Report is produced prior to the end of the calendar year and includes a Management's Discussion and Analysis with a high level discussion of key agency accomplishments, and performance and financial results. Financial statements and analysis are also included in the Agency Financial Report. The Annual Performance Report will be generated and submitted with the Congressional Budget Justification in February 2010. The Annual Performance Report will contain detailed information on performance for agency outcomes.

The fiscal year 2009 Management's Discussion and Analysis is focused on the contributions Treasury has made on behalf of the American people to restore confidence in the financial system and enable economic recovery. The implementation of efforts aimed at financial stability, easing the housing crisis, and the Recovery Act are included, as well as activities related to financial regulatory reform.

Similar to last year, agency–wide performance results are summarized in the "How Well is Treasury Performing?" section. Results by strategic goal, along with trends in performance, budget, and cost are also included. A key performance measure table is included along with a discussion of results. Management challenges are summarized and assessed for progress and status, and improvements to high-risk areas are discussed. Consolidated financial statements, analysis, and footnote disclosures are presented to provide a comprehensive picture of the Department's financial position. Hyperlinks are used throughout the report providing an option to obtain additional detail.

*This page left intentionally blank*



Part 1
Management's Discussion & Analysis

FHFA 0852

FHFA 0853

# Introduction

Fiscal year 2009 began with the passage of historic legislation to support a tenuous financial system. Following the placement of Fannie Mae and Freddie Mac into conservatorship, failures of Lehman Brothers and Washington Mutual, and significant troubles at American International Group (AIG) and other firms, Congress enacted the *Emergency Economic Stabilization Act of 2008* (EESA), providing $700 billion in spending authority to support financial markets. In the months that followed, Treasury played a key role in stabilizing the financial system and limiting damage in the broader economy.

In February 2009, with the economy contracting at the fastest speed in the last quarter century, Congress passed the *American Recovery and Reinvestment Act of 2009* (Recovery Act) to provide economic stimulus. Implementation of tax and other provisions by Treasury under the Recovery Act limited the fallout from the financial crisis and encouraged investment in renewable energy projects and low-income communities. Programs implemented by Treasury under the Recovery Act, *Housing and Economic Recovery Act of 2008* (HERA), and EESA provided support for homeowners and helped avoid unnecessary foreclosures.

In February 2009, Treasury issued the Financial Stability Plan, helping boost confidence in the stability of financial institutions and unlock frozen securitization markets. Since then, Treasury has put in place a series of financial initiatives to help lay the foundation for economic recovery:  1) a broad program to stabilize the housing market by encouraging lower mortgage rates and making it easier for millions to refinance and avoid foreclosure; 2) a new capital program to provide banks with a safeguard against a deeper recession; 3) a major new lending program with the Federal Reserve targeted at the securitization markets critical for consumer and small business lending; and 4) a program to set up funds to provide a market for legacy loans and securities that currently burden the financial system.

In June 2009, the President announced a comprehensive plan to reform the United States' outdated and ineffective financial regulatory system. The goals of the plan are simple: to protect responsible consumers and investors; to lay the foundation for a safer, more stable financial system that is less prone to panic and crisis; and to safeguard American taxpayers from bearing risks that ought to be borne by shareholders and creditors. Treasury submitted proposed legislative text to implement the plan in August 2009 and is actively working with Congress to pass this critical legislation.

Treasury has initiated the next phase of the strategy to stabilize and rehabilitate financial markets. As the need for the emergency programs that were put in place during the most acute phase of the crisis declines, those programs will wind down. At the same time, the use of those programs, by design, continues to decline as the financial system recovers. But the financial system is still fragile, and some of the improvements that have been realized in many financial markets are still largely dependent on the support of extraordinary policies. Going forward, the U.S. Government must work to promote the public trust, use taxpayer money prudently to repair the financial system, and reassure market participants so that they have the confidence to get credit flowing again to families and businesses.

Treasury will continue to implement the programs set in place to restore essential balance in the U.S. and global economies. In implementing these programs, the Department of the Treasury will exercise diligent stewardship and provide exceptional accountability and transparency in performing its work on behalf of the American people.

# Organization

## THE DEPARTMENT OF THE TREASURY ORGANIZATIONAL CHART



FHFA 0855

**The Department of the Treasury** is the executive agency responsible for promoting economic prosperity and ensuring the financial security of the United States. The Department is organized into two major components, the departmental offices and the bureaus. The departmental offices are primarily responsible for policy formulation, while the bureaus are primarily the operating units of the organization.

## Departmental Offices

**Domestic Finance** advises and assists in areas of domestic finance, banking, and other related economic matters. In addition, this office develops policies and guidance for Treasury Department responsibilities in the areas of financial institutions, federal debt finance, financial regulation, capital markets, financial management, fiscal policy, and cash management decisions.

**International Affairs** advises and assists in the formulation and execution of U.S. international economic, financial, monetary, trade, investment, bilateral aid, environment, debt, development, and energy policy, including U.S. participation in international financial institutions.

**Terrorism and Financial Intelligence (TFI)** marshals the Department's intelligence and enforcement functions with the twin aims of safeguarding the financial system against illicit use and combating rogue nations, terrorist facilitators, money launderers, drug kingpins, and other national security threats.

**Economic Policy** reports on current and prospective economic developments and assists in the determination of appropriate economic policies. The office is responsible for the review and analysis of domestic economic issues and developments in the financial markets.

**Tax Policy** develops and implements tax policies and programs, reviews regulations and rulings to administer the Internal Revenue Code, negotiates tax treaties, and provides economic and legal policy analysis for domestic and international tax policy decisions. Tax Policy also provides revenue estimates for the President's budget.

**Treasurer of the United States** advises the Secretary on matters relating to coinage, currency, and the production of other financial instruments. The Treasurer also serves as one of the Department's principal advisors and a spokesperson in the area of financial literacy and education.

**The Community Development Financial Institutions Fund (CDFI)** expands the capacity of community development financial institutions and community development entities to provide credit, capital, tax credit allocations, and financial services to underserved domestic populations and communities.

**The Office of Small and Disadvantaged Business Utilization** assists, counsels, and advises small businesses of all types: disadvantaged, women-owned, veteran-owned, service-disabled veteran-owned, and small businesses located in historically underutilized business zones on procedures for contracting with Treasury.

Internally, the Treasury's Departmental Offices are responsible for the overall management of the Department. The *Office of the Assistant Secretary of Management and Chief Financial Officer* is responsible for internal management and controls, and also serves as the Department's Chief Performance Officer. Support organizations include *General Counsel, Legislative Affairs, and Public Affairs*. Also, three inspectors general, the *Treasury Inspector General for Tax Administration, the Office of the Inspector General, and the Special Inspector General for the Troubled Asset Relief Program* provide independent audits, investigations, and oversight of the Department of Treasury and its programs.

## Bureaus

Bureaus employ 98 percent of Treasury's workforce and are responsible for carrying out specific operations assigned to the Department.

**The Alcohol and Tobacco Tax and Trade Bureau** (TTB) collects excise taxes on alcohol, tobacco, and firearms that are lawfully due the government, protects consumers of alcoholic beverages through voluntary compliance programs that are based on education and enforcement to ensure a fair marketplace, and assists industry members in understanding and complying voluntarily with federal tax, product, and marketing requirements.

**The Bureau of Engraving and Printing** (BEP) designs and manufactures high quality notes and other financial documents that deter counterfeiting and meet customer requirements for quality, quantity, and performance.

**The Bureau of the Public Debt** (BPD) borrows the money needed to operate the Federal Government through the sale of marketable, savings, and special purpose U.S. Treasury securities. In addition, it accounts for and services the public debt and provides reimbursable support services to federal agencies.

**The Financial Crimes Enforcement Network** (FinCEN) safeguards the financial system from the abuses of financial crime, including terrorist financing, money laundering, and other illicit activity.

**The Financial Management Service** (FMS) provides central payment services to federal program agencies, operates the Federal Government's collections and deposit systems, provides government-wide accounting and reporting services, and manages the collection of delinquent debt owed to the U.S. Government.

**The Internal Revenue Service** (IRS) is the largest of the Department's bureaus and determines, assesses, and collects tax revenue for the Federal Government.

**The United States Mint** designs, produces, and issues circulating and bullion coins, numismatic coins and other items, Congressional gold medals, and other medals of national significance. The United States Mint maintains physical custody and protection of the nation's gold assets.

**The Office of the Comptroller of the Currency** (OCC) charters, regulates, and supervises national banks to ensure a safe, sound, and competitive banking system that supports citizens, communities, and the economy.

**The Office of Thrift Supervision** (OTS) charters, examines, supervises, and regulates federal and many state-chartered thrift associations in order to maintain their safety and soundness and compliance with consumer laws.

# The Treasury Department's 2007-2012 Strategic Framework

The Treasury Department's *Strategic Framework* is a summary of our goals, objectives, and outcomes. This framework provides the basis for performance planning and continuous improvement.

| | Strategic Goals | Strategic Objectives | Value Chains** | Value Chain Outcomes |
|---|---|---|---|---|
| **FINANCIAL** | Effectively Managed U.S. Government Finances | Available cash resources to operate the government | Collect<br>Disburse<br>Borrow<br>Account<br>Invest | • Revenue collected when due through a fair and uniform application of the law at the lowest possible cost<br>• Timely and accurate payments at the lowest possible cost<br>• Government financing at the lowest possible cost over time<br>• Effective cash management<br>• Accurate, timely, useful, transparent, and accessible financial information |
| **ECONOMIC** | U.S. and World Economies Perform at Full Economic Potential | Improved economic opportunity, mobility and security with robust, real, sustainable economic growth at home and abroad | Strengthen<br>Regulate | • Strong U.S. economic competitiveness<br>• Free trade and investment<br>• Decreased gap in global standard of living<br>• Competitive capital markets<br>• Prevented or mitigated financial and economic crises |
| | | Trust and confidence in U.S. currency worldwide | Manufacture | • Commerce enabled through safe, secure U.S. notes and coins |
| **SECURITY** | Prevented Terrorism and Promoted the Nation's Security Through Strengthened International Financial Systems | Pre-empted and neutralized threats to the international financial system and enhanced U.S. national security | Secure | • Removed or reduced threats to national security from terrorism, proliferation of weapons of mass destruction, narcotics trafficking ,and other criminal activity on the part of rogue regimes, individuals, and their support networks<br>• Safer and more transparent U.S. and international financial systems |
| **MANAGEMENT** | Management and Organizational Excellence | Enabled and effective Treasury Department | Manage | • A citizen-centered, results-oriented, and strategically aligned organization<br>• Exceptional accountability and transparency |

** Value Chains – Programs grouped by a common purpose.

FHFA 0858

# Fiscal Year 2009 Summary of Performance by Strategic Goal

| STRATEGIC GOAL | KEY ACCOMPLISHMENTS | KEY CHALLENGES | TREND |
|---|---|---|---|
| U.S. and World Economies Perform at Full Economic Potential<br><br>**Cost:**<br>**2008:** $3.7 Billion<br>**2009:** $4.4 Billion | • Supported stabilization of the financial system through implementation of the *Emergency Economic Stabilization Act of 2008* and the Financial Stability Plan<br>• Improved mortgage availability and stability of the housing market through implementation of the *Housing and Economic Recovery Act of 2008*<br>• Implemented economic stimulus measures under the *American Recovery and Reinvestment Act of 2009*<br>• Issued "Financial Regulatory Reform: A New Foundation" and drafted legislation for fundamental financial regulatory reform<br>• Contributed to stabilization of the money market through implementation of a Temporary Guarantee Program for Money Market Funds<br>• Implemented measures to bolster regulation of national banks and thrifts<br>• Expanded international economic partnerships to better manage the financial crisis<br>• Hosted G-20 meetings and supported elevation of the G-20 to premier international economic forum<br>• Supported trebling resources for the International Monetary Fund and restructuring of the Financial Stability Forum into the Financial Stability Board<br>• Coordinated the Economic Track of the U.S.-China Strategic and Economic Dialogue<br>• Provided grants, investments, financial services and technical support for underserved and low-income communities through the CDFI Fund | • Repair and reform the regulatory system to improve supervision of financial markets and institutions<br>• Continue to mitigate risks at national banks and thrifts<br>• Reduce mortgage delinquency and foreclosure rates<br>• Reduce direct government support for securitization and other financial markets<br>• Maintain open economies despite rising protectionist interests<br>• Reform Medicare and Social Security to ensure long-term solvency<br>• Continue international movement towards a global agreement on climate change<br>• Increase financial knowledge and access, especially in low-income and underserved communities<br>• Improve productivity management related to coin and currency production<br>• Improve supply management for bullion coin production<br>• Manage cost issues related to the penny and nickel<br>• Encourage robust circulation of the $1 coin cost-effectively<br>• Increase financial literacy and access to financial services in low-income and underserved communities | Performance ▼<br><br>Budget ▲<br><br>Cost ▲ |
| Effectively Managed U.S. Government Finances<br><br>**Cost\*:**<br>**2008:** $14.0 Billion<br>**2009:** $14.4 Billion | • Collected $2.3 trillion in tax revenue and $20.6 billion in federal excise taxes on tobacco, alcohol, firearms, and ammunition<br>• Processed over 144.4 million individual returns and issued over 111.4 million refunds<br>• Increased individual electronic tax returns processed by 8 percentage points, from 58 to 66 percent<br>• Issued over 54.8 million payments valued at more than $13.7 billion under the *American Recovery and Reinvestment Act of 2009*<br>• Converted over one million federal benefit check recipients to direct deposit<br>• Conducted more than 290 auctions resulting in the issuance of more than $8 trillion in marketable Treasury securities<br>• Began the monthly issuance of the three and seven year notes<br>• Collected $5.07 billion in delinquent debt | • Continue to work toward the Congressional goal of having 80 percent of tax returns filed electronically<br>• Continue to convert from paper to electronic savings bonds<br>• Process 90 percent of Treasury payments and associated information electronically<br>• Reduce the use of illegal international tax shelters<br>• Reduce the erroneous payments rate within the Earned Income Tax Credit (EITC) program<br>• Continue on path to complete CADE implementation by 2011<br>• Improve audit coverage of high net-worth/high-income taxpayers<br>• Reduce average taxpayer telephone wait time<br>• Accurately forecast government receipts | Performance ▲<br><br>Budget ▲<br><br>Cost ▲ |

| STRATEGIC GOAL | KEY ACCOMPLISHMENTS | KEY CHALLENGES | TREND |
|---|---|---|---|
| Prevented Terrorism and Promoted the Nation's Security Through Strengthened International Financial Systems<br><br>Cost:<br>**2008:** $555 Million<br>**2009:** $570 Million | • Strengthened measures against Iran to protect U.S. national security<br>• Enhanced mechanisms to combat mortgage and loan modification fraud<br>• Lifted sanctions on 125 individuals or entities from the list of Specially Designated Nationals (SDNs)<br>• Retired magnetic media filing<br>• Strengthened the review process for foreign investment in the United States | • *Modernize Bank Secrecy Act* (BSA) information and analysis<br>• Encourage Pakistan to make its anti-money laundering law permanent<br>• Continue to provide additional guidance to the charitable sector<br>• Establish external performance measure evaluation | Performance ▲<br><br>Budget ▲<br><br>Cost ▲ |
| Management and Organizational Excellence<br><br>Cost:<br>**2008:** $508 Million<br>**2009:** $296 Million | • Treasury OIG completed 10 Material Loss Reviews (MLRs)<br>• Treasury OIG issued 68 audit products related to Treasury operations<br>• Treasury Inspector General for Tax Administration issued 142 audit reports of the IRS that could produce $14.7 billion in financial benefits<br>• Employed dynamic new approach to the 2011 Treasury budget process<br>• Expanded human capital initiatives | • Continue to complete an increased number of MLR<br>• Continue to improve management of information technology | Performance ▲<br><br>Budget ▼<br><br>Cost ▼ |

*Cost is stated as "Performance Cost," and in addition to budgetary resources, includes imputed costs, depreciation, losses, and other expenses not requiring budgetary resources.

# How Well is Treasury Performing?

**Treasury Performance Cost Trend**



**Treasury Total (Direct and Non-Appropriated) Budget Trend**



**Fiscal Year 2009 Treasury-wide Performance Results Including Discontinued and Baseline Measures**



**Fiscal Year 2009 Treasury-wide Performance Results Excluding Discontinued and Baseline Measures**



**Treasury Actual Performance Trends 2006–2009**



**Treasury Target Performance Trends 2006–2009**



**Treasury Department Cost per Person in the United States**



**Treasury Performance vs. Performance Cost Trends**



Please see next page for explanation of charts.

FHFA 0861

## HOW WELL IS TREASURY PERFORMING DISCUSSION

### PERFORMANCE COST AND BUDGET TRENDS

Performance cost represents the best indication of the total actual cost to operate the Treasury Department. It includes normal operating expenses from the Department's Statement of Net Cost, but also includes adjustments for costs which do not require budgetary resources such as imputed costs, depreciation, amortization, losses, and other non-budgetary expenses. Performance cost in fiscal year 2009 was $19.6 billion, a 4.4 percent increase from fiscal year 2008, and has risen 4 percent per year since fiscal year 2005. The Department's total enacted budget, however, which includes direct appropriations, non-appropriated, and reimbursable amounts, rose by an average of 7.4 percent per year since fiscal year 2005.

### PERFORMANCE TO TARGET

In fiscal year 2009, the Treasury Department continued reporting using the revised performance rating system rolled out in 2008. Performance to target is rated as: Exceeded, Met, Improved from the prior year (but not met), Unmet, Baseline, or Discontinued. Prior to 2008, performance measures were rated only as met or unmet. Results are shown in two pie charts, one including all performance measures, and one not including baseline and discontinued measures. While 68 percent of targets were exceeded, met, or improved based on all measures, 82 percent of targets were exceeded, met, or improved based on measures that were not baselined or discontinued.

### ACTUAL AND TARGET PERFORMANCE TRENDS

Trends in actual performance and targets have been analyzed since 2005 where data were available. Trends can move upward, downward, or remain flat. Depending on the type of measure, a trend can be favorable, unfavorable, or remain unchanged. Results indicate that 60 percent of actual performance trends were favorable, 23 percent were unfavorable, and 17 percent were unchanged. Target trends were 43 percent favorable, 33 percent unfavorable, and 24 percent unchanged.

### TREASURY COST PER PERSON

The chart reflecting the approximate cost of the Treasury Department per person in the United States is based on calculations determined by dividing Treasury Performance Cost by an estimate of the U.S. population at the end of fiscal year 2009. This ratio attempts to describe the estimated cost of operating the Treasury Department borne by everyone in the United States on a per person basis. The estimated cost per person for fiscal year 2009 is $63.80, up from $61.61 in fiscal year 2008.

### TREASURY PERFORMANCE AND REAL COST

This chart provides information on Treasury's performance to target trends compared with the year-to-year increase in the Department's performance cost. The percent of targets met or exceeded dropped by two percentage points compared to the prior fiscal year, while performance cost increased by 4.4 percent.

# Financial Highlights



The increase of $2.7 trillion in total assets in fiscal year 2009 is largely due to the increase in future funds required from the General Fund of the U.S. Government to pay for the federal debt owed to the public and other federal agencies.



Total liabilities increased by $2.6 trillion from fiscal year 2008 to fiscal year 2009. The majority of the increase is due to borrowings from other federal agencies and debt issued to the public.



The decrease of $77.7 billion in net interest paid on the federal debt is due to the decrease in the average interest rate for debt held by federal entities and federal debt held by the public.



The majority of the increase in total budgetary resources for fiscal year 2009 is due to Troubled Asset Relief Program (TARP) activity and additional investments in the Government-Sponsored Enterprises.



The majority of the $459.3 billion increase in net outlays was due to Troubled Asset Relief Program (TARP) activity and additional investments in the Government-Sponsored Enterprises.



Net custodial revenue collected on behalf of the U.S. Government decreased by $379.3 billion. This decrease can be contributed to the weakened economic conditions that existed during fiscal year 2009.

FHFA 0863

# Fiscal Year 2009 Performance by Strategic Goal

## U.S. AND WORLD ECONOMIES PERFORM AT FULL ECONOMIC POTENTIAL

Treasury remains at the forefront of the U.S. Government's response to the financial crisis and economic recession. Through implementation of the *Housing and Economic Recovery Act of 2008* (HERA), *Emergency Economic Stabilization Act of 2008* (EESA), and *American Recovery and Reinvestment Act of 2009* (Recovery Act); coordination with federal, state, and international partners; regulation of national banks and thrifts; temporary measures to stabilize money markets; and various other initiatives, Treasury worked in fiscal year 2009 to stabilize the financial system and restore economic growth. Ahead is a process of repairing and reforming the financial system to close the gaps and weaknesses in supervision and regulation of financial firms, continuing economic stabilization and stimulus, and defining an appropriate path for unwinding the government programs which have been put in place to support the economy.

## TROUBLED ASSET RELIEF PROGRAM/ FINANCIAL STABILITY PLAN

On October 3, 2008, Congress passed EESA to prevent a potentially catastrophic failure of the financial system. Under the legislation, the Office of Financial Stability (OFS) was created within Treasury to purchase and insure up to $700 billion in certain types of assets under the Troubled Asset Relief Program (TARP). Operating in conjunction with Federal Reserve and FDIC programs, TARP has provided resources facilitating stabilization of the financial system and restoration of credit to businesses and consumers. For the period ended September 30, 2009, the face value of the amounts obligated under TARP was $454 billion and funds disbursed totaled $364 billion.

| TABLE 1: TARP SUMMARY AS OF SEPTEMBER 30, 2009 $ IN BILLIONS | Purchase Price or Guarantee Amounts | Total $ Disbursed | Investment Repayments | Outstanding Balance | Cash Received from Investments |
|---|---|---|---|---|---|
| Capital Purchase Program | $ 204.6 | $ 204.6 | $ 70.7 | $ 133.9 | $ 9.7 |
| Targeted Investment Program | $ 40.0 | $ 40.0 | $ 0.0 | $ 40.0 | $ 1.9 |
| Asset Guarantee Program | $ 5.0 | $ 0.0 | $ 0.0 | $ 0.0 | $ 0.5 |
| AIG Investments | $ 69.8 | $ 43.2 | $ 0.0 | $ 43.2 | $ 0.0 |
| Term Asset-Backed Securities Loan Facility | $ 20.0 | $ 0.1 | $ 0.0 | $ 0.1 | $ 0.0 |
| Public Private Investment Program | $ 6.7 | $ 0.0 | $ 0.0 | $ 0.0 | $ 0.0 |
| Automotive Industry Financing Program | $ 81.1 | $ 75.9 | $ 2.1 | $ 73.8 | $ 0.7 |
| Home Affordable Modification Program | $ 27.1 | $ 0.0 | NA | NA | $ 0.0 |
| Totals | $ 454.3 | $ 363.8 | $ 72.8 | $ 291.0 | $ 12.7 |

Some figures may not sum to total due to rounding.

The incoming Obama Administration faced an extremely fragile financial system and deep ongoing economic recession. On February 10, 2009, Secretary Geithner announced a series of new financial programs, most of which relied on TARP, that were designed to help rebuild confidence in the financial system, draw in private capital, and restart critical channels of credit supply. These programs helped bolster confidence in financial markets on the state of the country's financial institutions and ensure the availability of essential capital support for small businesses, consumers and home owners.

FHFA 0864

TARP operations are managed with four primary goals:

- **Goal 1** – Ensure the overall stability and liquidity of the financial system
  - a. Make capital available to viable institutions
  - b. Provide targeted assistance as needed
  - c. Increase liquidity and volume in securitization markets
  - Contributing programs:
    - Capital Purchase Program
    - Public-Private Investment Program
    - Consumer and Business Lending Initiative
      - Term Asset-Backed Securities Loan Facility
      - Unlocking Credit for Small Business Initiative
    - Targeted Investment Program
    - American International Group (AIG) Investment Program
    - Asset Guarantee Program
    - Automotive Industry Financing Program
- **Goal 2** – Prevent avoidable foreclosures and help preserve homeownership
  - Contributing program:
    - Home Affordable Modification Program
- **Goal 3** – Protect taxpayer interests
- **Goal 4** – Promote transparency

The purpose of TARP was to restore the liquidity and stability of the financial system. While EESA provided the Secretary of the Treasury with the authority to spend $700 billion to meet the objectives of the Act, it is clear today that TARP will not cost taxpayers $700 billion, based on what has already been disbursed and current program estimates. The current cost estimate of the program is $69 billion, with net costs in the AIG Program, Automotive Industry Financing Program, and Home Affordable Modification Program partially offset by net gains in other programs. (See Table 2, page 19.) On December 9, 2009, Secretary Geithner

certified to Congress extension of TARP authority to October 3, 2010 under Section 120(b) of EESA.



**FIGURE 1. Total TARP Funds Obligated in Fiscal Year 2009 (in billions)**

27.1 Home Affordable Modification Program
81.1 Automotive Industry Financing Program
6.7 Public Private Investment Program
20.0 Term Asset-Backed Securities Loan Facility
204.6 Capital Purchase Program
40.0 Targeted Investment Program
5.0 Asset Guarantee Program
69.8 AIG Investments

## Capital Purchase Program (CPP)

Treasury created the Capital Purchase Program (CPP) in October 2008 to stabilize the financial system by providing capital to viable financial institutions of all sizes across the country. The program was intended to strengthen banks' capital base to enable them to absorb losses from bad assets while continuing to lend to consumers and businesses. Through the program, Treasury has provided capital to 685 financial institutions across 48 states, the District of Columbia, and Puerto Rico, including more than 300 small and community banks.

Treasury provided capital to qualified financial institutions through the purchase of senior preferred equity or subordinated debentures. Obligations were structured to encourage repayment, with dividends set at five percent for the first five years and nine percent thereafter. In addition, to participate in financial gains, Treasury received from participating institutions warrants to purchase common equity, additional preferred shares, or additional subordinated debentures. All funding recipients were subject to limitations on executive pay to protect taxpayers and encourage early repayment. Treasury initially committed over a third of total TARP funding, $250 billion, to the CPP; which was lowered to $218 billion in March 2009. Treasury is continuing to monitor CPP investments, collect dividends, and ensure compliance with contractual obligations.

As of September 30, 2009, more than 40 banks had repaid TARP investments made by Treasury, including over $70 billion in repayments. The repayments had reduced program commitments to below $135 billion. In addition, dividends and interest from CPP participants was over $6.8 billion and proceeds from the repurchase of warrants and stock was $2.9 billion. Many investments aimed at stabilizing banks are expected to deliver returns for taxpayers.

*Capital Purchase Program* information on *FinancialStability.gov.*

## Capital Assistance Program (CAP) and the Supervisory Capital Assessment Program (SCAP)

In early 2009, the Federal Reserve, OCC and FDIC conducted a one-time, forward-looking assessment or "stress test" (the SCAP) on the 19 largest U.S. bank holding companies. The goal was to determine whether these banks, which hold two-thirds of U.S. banking system assets, had sufficient capital to withstand losses and sustain lending through a severe economic downturn. Participant banks were encouraged to raise needed capital from private investors, with a backstop financial arrangement available through Treasury's Capital Assessment Program.

For the assessment, supervisors used historically high loss estimates on securities and loans and historically low estimates on potential earnings to determine baseline capital levels. The stress test results published on May 9, 2009 revealed that nine of the 19 banks had sufficient capital buffers while the remaining 10 banks needed to raise their capital buffers by a combined $75 billion. Since the release of the results, U.S. banks have raised over $80 billion in common equity and $40 billion in non-government guaranteed debt. Treasury had not funded any investments through CAP as of the end of fiscal year 2009.

*Capital Assistance Program* information on *FinancialStability.gov.*

## Public-Private Investment Program (PPIP)

To help clean up the balance sheets of major financial institutions and restore liquidity to financial markets, Treasury proposed creation of a Public-Private Investment Program to purchase legacy loans and securities under the Financial Stability Plan. Under the legacy securities PPIP program, Treasury is investing equity on a dollar-for-dollar basis with private investors in qualified Public-Private Investment Funds and providing access to debt financing for up to 100 percent of the fund's total equity. Funds are required to obtain commitments of at least $500 million in private capital to qualify and are expected to employ a predominately long-term buy-and-hold strategy. Treasury will receive pro rata any profits or losses in the funds alongside private investors. A total of nine asset managers were designated to establish funds for the program in July 2009 (selected out of 100 applicants) and the first fund closing occurred on September 30, 2009. The maximum capital commitment for the first round is $30 billion. As of September 30, 2009, no private fund managers had made any investments and Treasury had not disbursed any funds.

After announcement of the program, non-agency mortgage-backed securities (MBS) rose substantially in price. Prime fixed rate securities issued in 2006 that traded as low as $60 in March had increased in value by over 40 percent by the end of September. That improvement in financial market condition created the positive backdrop to enable introduction of the program at a smaller scale than originally envisioned. The Department will assess the need for additional rounds following the results of the first round.

*Public-Private Investment Program* information on *FinancialStability.gov.*

## Term Asset-Backed Securities Loan Facility (TALF)

Treasury and the Federal Reserve announced creation of TALF in November 2008 to help unlock credit markets for households and small businesses. Under TALF, the Federal Reserve announced intention to lend up to $200 billion to eligible investors purchasing AAA-rated asset-backed securities (ABS) collateralized by newly and recently originated consumer and small business loans. (Including securities backed by auto loans, student loans, credit card loans, equipment loans, floorplan loans, loans guaranteed by the Small Business Administration, insurance premium finance loans, residential mortgage servicing advances, and commercial mortgage loans.) Borrowers are eligible to borrow up to the market value of the ABS, less a fixed percentage, ensuring they take the first loss if the securities lose value. Under TALF, Treasury provided up to $20 billion to the Federal Reserve in credit protection to be employed in the event of borrower default.

Prior to introduction of the program, the market for newly-issued ABS had largely shut down. Interest rate spreads on the most highly-rated AAA tranches of ABS and CMBS rose to levels outside their historical range, in certain cases well over seven to 15 times their average, respectively. The disruption of these markets contributed to the lack of credit to households and businesses of all sizes, impacting U.S. economic activity. Through October 2009, the TALF program had supported nearly $86 billion of new consumer and small business credit, including over 3.6 million consumer and small business loans and leases, and over 132 million active credit card accounts. TALF has also provided liquidity for $4.1 billion of legacy CMBS securities. This aid to the securitization market has had a clear impact on liquidity, spreads and the availability of consumer and small business credit. Since the peak of the crisis, spreads for the asset classes backed by the program have come down by 60 percent or more, including a reduction in credit card and auto loan ABS rates from six percentage points above the benchmark to only one percentage point above the benchmark.

In August 2009, Treasury and the Federal Reserve announced extension of TALF through March 31, 2010 for newly-issued ABS and legacy commercial mortgage-backed securities (CMBS) and through June 30, 2010 for newly-issued CMBS.

*Term Asset-Backed Securities Loan Facility* information on the *Federal Reserve* website.



**FIGURE 2. Issuance of ABS Backed by Consumer and Small Business Loans (US$, billions)**

## Unlocking Credit for Small Business Initiative

To help restore the confidence needed for financial institutions to increase lending to small businesses, Treasury announced an initiative to expand securitization of small business loans on March 16, 2009. Securitization of small business loans provides community banks and other lenders with an important source of capital for additional loans. However, as a result of the severe dislocations in the credit markets, both lenders that originate loans under SBA programs and the "pool assemblers" that package such loans for securitization experienced significant difficulty selling SBA loans or securities in the secondary market. This, in turn, significantly reduced the ability of such lenders and pool assemblers to obtain funds to make new small business loans. Under the program, Treasury has planned to make up to $15 billion in TARP resources available to purchase securities backed by the SBA guaranteed portions of loans made under the SBA's 7(a) loan program, as well as first-lien mortgage securities made by private sector lenders in connection with

SBA's 504 community development loan program. (The SBA's 7(a) program is the SBA's most basic and widely used loan program.)

Since Treasury's announcement of this program, the credit markets for small businesses have improved somewhat. The secondary market for guaranteed SBA loans, for example, had essentially ceased working last fall and had only $86 million in January re-sales. That market improved notably this spring in the wake of Treasury's announcement, with $399 million settled from lenders to broker-dealers in September 2009. As a result of this improvement, as well as reluctance on the part of market participants to accept TARP funds, Treasury found that demand for its proposed program declined. As of September 30, 2009, no funds had been disbursed under the program, although funding remains available.

*Unlocking Credit for Small Business Initiative* on *FinancialStability.gov.*

## Targeted Investment Program (TIP)

Treasury provided assistance on a case-by-case basis to stabilize key financial institutions during the height of the financial crisis. Through TIP, Treasury sought to prevent a loss of confidence in critical financial institutions which could have resulted in significant financial market disruption. Assistance was provided through the purchase of preferred shares paying an annual dividend of eight percent. These investments impose greater reporting requirements and harsher restrictions on the companies than under CPP terms, including restrictions on dividend payments to $0.01 per share per quarter, limits on executive compensation and corporate expenses, and other measures. In addition, Treasury received warrants from participant companies to purchase common shares.

Under the TIP, Treasury purchased $20 billion in pre-ferred shares from Citigroup in December 2008 and $20 billion in preferred shares from Bank of America in January 2009. Treasury has exchanged the preferred shares for Citigroup received under the TIP and CPP

programs into common shares and trust preferred securities to strengthen Citigroup's capital base. As of September 30, 2009, Treasury had received $1.9 billion in dividends, interest and fees from holdings under the TIP program.

*Targeted Investment Program* information on *FinancialStability.gov.*

## AIG Investment Program

In November 2008, Treasury purchased $40 billion in cumulative preferred shares from AIG. In April 2009, the $40 billion in cumulative shares were exchanged for $41.6 billion in non-cumulative preferred shares paying a 10 percent dividend. At the same time, an equity capital facility was created providing an additional $29.8 billion as needed, of which $3.2 billion had been drawn as of September 30, 2009. The Federal Reserve provided loans to AIG and a public trust was created to hold convertible preferred shares representing 79.8 percent of the current voting power of AIG common shares. These shares are held in trust for the sole benefit of taxpayers. (The Department of the Treasury does not control the trust and cannot direct the trustees.) As of September 30, 2009, AIG had not made any dividend payments on any of the perpetual preferred stock. Subsequently, AIG failed to make a dividend payment on November 2, 2009. Per the terms of the preferred stock, if AIG misses four dividend payments, Treasury may appoint to the AIG board of directors the greater of two members or 20 percent of the total number of directors of the Company.

*AIG Program* information on the *Federal Reserve* website.

## Asset Guarantee Program (AGP)

The Asset Guarantee Program was created in November 2008 to stabilize the financial system by providing guarantees against severe credit losses by large financial institutions. The AGP has been applied with extreme discretion and Treasury does not anticipate wider use of this program. Announced in January 2009, Treasury guaranteed up to $5 billion of potential

losses on a $301 billion pool of loans for Citigroup. Under the program, Citigroup will absorb the first $39.5 billion of losses on the pool, with Treasury taking second loss on the next $5 billion. Additionally, Federal Deposit Insurance Corporation (FDIC) will absorb $10 billion in third losses and the Federal Reserve will provide secured loans for 90 percent of the remaining value in the pool, following FDIC and Treasury payments. The guarantee will expire in 2014 for non-residential assets and 2019 for residential assets. In return, Treasury received $4 billion in preferred shares and warrants, which have since been converted into trust preferred securities.

In January 2009, Treasury, the Federal Reserve and FDIC announced agreement to share potential losses on a $118 billion pool of loans at Bank of America. Bank of America terminated the request prior to funding, paying $425 million in fees to Treasury, FDIC and the Federal Reserve.

*Asset Guarantee Program* information on *FinancialStability.gov.*

## Automotive Industry Financing Program (AIFP)

Treasury established the Automotive Industry Financing Program on December 19, 2008, to help prevent a significant disruption to the American automotive industry, which would have posed a systemic risk to financial market stability and had a negative effect on the economy. AIFP loans and equity investments (purchases of preferred and common shares) totaling $76 billion were provided to General Motors (GM), Chrysler and their respective financing entities. GM and Chrysler were provided funds with the requirement that they develop plans to achieve long term viability. Following finalization of the plans, GM and Chrysler conducted orderly bankruptcies (40 days for GM and 42 days for Chrysler). The U.S. Government currently holds 61 percent of common stock in GM and 10 percent of common stock in Chrysler under the program.

As an extension of AIFP, in March 2009 Treasury created an Auto Supplier Support Program providing qualified automotive supply companies financial protection on their receivables from domestic auto manufacturers. Treasury also established a Warranty Commitment Program designed to give consumers considering new car purchases confidence that their warranties from GM and Chrysler would be honored. As of July 10, 2009, the Warranty Commitment program was terminated after New GM and New Chrysler completed the purchase of substantially all of the assets of GM and Chrysler from their respective bankruptcies.

*Automotive Industry Financing Program* information on *FinancialStability.gov.*

## Home Affordable Modification Program (HAMP)

To mitigate foreclosures and help ensure homeownership preservation, Treasury announced the Home Affordable Modification Program in February 2009 to provide incentives for mortgage servicers, borrowers and investors to modify loans that are delinquent or at imminent risk of default. Funded jointly by EESA and HERA, with $50 billion from TARP and $25 billion from HERA, HAMP provides financial support for loan modifications which reduce a borrower's monthly mortgage payment to no more than 31 percent of their monthly gross income. Modifications are intended to provide sustainably affordable mortgage payments for responsible mortgage holders, and mitigate the spillover effects of preventable foreclosures on neighborhoods, communities, the financial system and the economy. With over 85 percent of mortgage loans in the country covered by the program, HAMP is expected to help three to four million eligible homeowners modify their mortgages on more affordable terms before the end of 2012.

At a meeting between Treasury and participating servicers on July 28, 2009, the servicers committed to reaching a cumulative target of 500,000 trial modifications by November 1, 2009. As of September 30, 2009,

FHFA 0869

over 487,000 HAMP trial modifications had been completed, well on the way to achieving the target. Servicers have also agreed to work with Treasury to implement actions designed to improve program effectiveness, including streamlining application procedures. To provide transparency and servicer accountability, servicer-specific results are reported on a monthly basis on *FinancialStability.gov* and *MakingHomeAffordable. gov*. Treasury is also establishing specific performance metrics to measure the performance of each servicer, such as average borrower wait time in response to inquiries and the response time for completed applications, and has implemented a "second look" review of samples of rejected applications to ensure borrower applications are not inadvertently or incorrectly denied.

*Home Affordable Modification Program* information on *MakingHomeAffordable.gov.*



**FIGURE 3. HAMP Loans Entering Trial and Permanent Modification**

## TARP accomplishments in fiscal year 2009

Viewed in conjunction with other Federal Government programs, TARP should be evaluated primarily on its impact on stabilizing the financial system. Today, the financial system and the economy are showing signs of stability. The economy grew in the third quarter and private economists generally expect moderate growth in the remainder of this year and next. The cost of borrowing has declined to pre-crisis levels for many banks, non-financial corporations, states and local governments, and the government-sponsored enterprises

(GSEs). U.S. equity markets have surged, and prices for bank securities have improved significantly. Credit creation in securities markets has increased, facilitating new credit for consumers and businesses. Housing markets are also stabilizing. Home prices, as measured by the national LoanPerformance index, increased by five percent over the last six months, reversing three straight years of decline. While clear challenges remain, particularly with continuing bank failures, high foreclosure rates, high unemployment and concerns in commercial real estate markets, the worst of the crisis has passed.

The ultimate return on the TARP investments that remain outstanding will depend on how the economy and financial markets evolve. The improvement in economic and financial prospects that has already occurred has had a significant impact on the expected cost. As of September 30, 2009, the estimated cost of TARP programs is $110 billion lower than the initial estimates made at the time the programs were initiated. (See table 2.) About $10 billion of that decline in costs stems from early repayments of TARP funds. The rest of the decline is primarily a function of improvements in the economic and financial environment since TARP programs were initiated.

| TABLE 2: ESTIMATED CHANGE IN COST FOR THE TARP PROGRAMS $ IN BILLIONS | Original Estimate[1] | Current Estimate | Net Change |
|---|---|---|---|
| Capital Purchase Program | - 57.4 | + 15.0 | + 72.4 |
| Targeted Investment Program | - 19.6 | + 1.9 | + 21.5 |
| Asset Guarantee Program | + 1.0 | + 2.2 | + 1.2 |
| AIG Investments | - 31.5 | - 30.4 | + 1.1 |
| Automotive Industry Financing Program | - 43.7 | - 30.4 | + 13.3 |
| Term Asset-Backed Securities Loan Facility | + 0.1 | + 0.3 | + 0.2 |
| Subtotal | - 151.1 | - 41.4 | + 109.7 |
| Home Affordable Modification Program | - 27.1 | - 27.1 | 0.0 |
| Total | - 178.2 | - 68.5 | + 109.7 |

1 Original estimates completed on or near the initiation of each program. Amounts shown based on total program disbursements through fiscal year 2009.

Measuring the impact of TARP in isolation is challenging. Most TARP programs were part of a coordinated government response to restore confidence in the financial system. The health of the overall system and its impact on the U.S. economy are therefore the most important metrics by which the effectiveness of these policies can be assessed. However, a few TARP programs were uniquely targeted to specific markets and institutions, allowing for more direct assessment of performance.

Below are several accepted indicators of financial market stress. The London Inter-Bank Offered Rate – Overnight Index Swap (LIBOR-OIS) spread measures the difference between short-term borrowing rates between banks and expected short-term borrowing rates for banks from the Federal Reserve. The spread reflects the additional risk banks perceive when lending to other banks, versus borrowing costs from the Federal Reserve. Historically, LIBOR-OIS spreads have been 0.1 percent or less. With greater stress in financial markets in October 2008, the three-month LIBOR-OIS spread spiked to 3.64 percent. At the end of the fiscal year, LIBOR-OIS spreads were 0.25 percent, within reach of historical levels.



**FIGURE 4. Libor-OIS Spread (basis points)**

— 1-Month  — 3-Month

Credit-default swap spreads for financial institutions, which measure investor confidence in their health, have also fallen significantly. A measure of credit-default swaps for the largest U.S. banks reached 450 basis points last fall, as shown in Figure 5, and is just

over 100 basis points today. The TARP was a necessary step, but not the only step, to achieving this recovery.



**FIGURE 5. Credit Default Spreads for Financial Institutions (basis points)**

Notes: Includes Bank of America, Citigroup, Goldman Sachs, JPMorgan, Morgan Stanley, and Wells Fargo.

In conjunction with lower credit default swap rates, borrowing costs have declined for many businesses. Investment-grade corporate bond rates have fallen by over 70 percent since last fall, and high-yield bond rates have fallen by more than half. Businesses issued about $900 billion in investment-grade debt and over $100 billion in high-yield debt this year. While much of the new issuance earlier in the year was supported by the government, private investors have funded most new corporate debt in recent months.



**FIGURE 6. Corporate Bond Spreads (basis points)**

— AA 5-Year  — BBB 5-Year

An indicator of borrowing costs for homeowners is the spread between the 30-year fixed mortgage rate and 10-year Treasuries. Higher spreads indicate that banks perceive greater risks in issuing mortgages and homeowners face higher borrowing costs. In mid-December

2008, the 30-year mortgage to 10-year Treasury spread reached almost 3.3 percent, its highest level since January 2002. On September 30, 2009, the spread was 1.85 percent, well below its height during the crisis.



**FIGURE 7. Spread between 30 year Mortgage and 10 year Treasury Rates**

Finally, the Chicago Board Options Exchange Volatility Index (VIX) is a gauge of the expected volatility of the S&P 500 equity index. The VIX is often referred to as the "Fear Index", since high levels imply investors "fear" sharp moves in the market in either direction (up or down). Historically, the VIX has ranged between 10 and 30. In November 2008 the VIX reached nearly 81, its highest level on record. On September 30, 2009, the VIX was nearly 26, still relatively high by historic levels, but well below its height during the crisis.



**FIGURE 8. Market Volatility Index of S&P 500 (VIX)**

## Taxpayer protection and promoting transparency

In implementing EESA, Treasury has sought to carefully and assertively manage taxpayer resources. No investments have been made unless they are compliant with statutory requirements, necessary for restoring or maintaining financial stability, and structured to protect the taxpayer. Programs have been designed to achieve these objectives by:

- setting commercial terms and conditions on financial assistance;
- taking warrants to capture gains from assistance;
- requiring private capital or risk sharing;
- restricting executive compensation and other related activities;
- minimizing self-dealing and other conflicts of interest;
- managing the role of the U.S. Government as a shareholder, but only a "reluctant shareholder".

Given its unusual position in managing financial market stress, EESA designated four reviewing bodies to oversee TARP operations: a Financial Stability Oversight Board, a Special Inspector General for TARP (SIGTARP), a Congressional Oversight Panel (COP), and the Government Accountability Office (GAO). The Assistant Secretary for Financial Stability meets weekly with the SIGTARP and makes frequent reports and/or updates to Congress and the COP to ensure transparency and accountability for OFS activities. OFS involves the oversight bodies early in the design process for new programs or investments to benefit from any suggestions.

Treasury has made every effort to communicate program activities in a fully transparent and timely manner, through correspondence with oversight authorities, activity reports, testimony, speeches and publication of program information. To provide transparency and accountability for TARP and other programs designed to repair and reform the financial system, Treasury created *FinancialStability.gov*. The website includes reports and information on Treasury programs, includ-

ing transaction reports, program guidelines, speeches, press releases and other information. As of September 30, 2009, Treasury had published 86 Transaction Reports, 10 Section 105(a) monthly Congressional Reports, seven Tranche Reports, three dividend and interest reports, and two MHA Program Reports, all of which are posted on *FinancialStability.gov*. This information is intended to answer the basic questions many Americans have about how TARP monies are invested. In keeping with principles of good steward-ship, Treasury has never missed a deadline for a report. Additionally, Treasury posts program guidelines on the website within two business days of any program launch, all obligations made under TARP, and all contracts with Treasury service providers involved with TARP programs. Additional information on the Making Home Affordable program can be found at *MakingHomeAffordable.gov*.

## Managing TARP assets

Treasury manages TARP investments under several core principles:

First, the U.S. government is a shareholder reluctantly and out of necessity. The government intends to dispose of its interests as soon as practicable, with the dual goals of achieving financial stability and protect-ing taxpayer interests.

Second, there is no intention to be involved in the day-to-day management of any company. Government involvement in daily management of a company could possibly reduce the value of these investments, impede the ability of companies to return to full private owner-ship, and frustrate attainment of broader economic policy goals.

Third, consistent with these goals, the Department takes a commercial approach to the exercise of share-holder rights. Voting participation only corresponds to four core matters: board membership; amendments to the charter and by-laws; liquidations, mergers and other substantial transactions; and significant issuances of common shares.

While some new investments are still being made to support financial markets and the economy, the Administration intends to exit TARP investments as soon as prudent judgment allows.

## Exiting TARP

TARP was designed as an emergency response to a major financial crisis. Because financial conditions have started to improve, Treasury has begun the process of exiting from some emergency programs. As of September 30, 2009, Treasury had received over $73 billion in principal repayments and warrant repurchases from CPP participants. For banks that have elected not to repurchase their CPP warrants, Treasury began auctioning their warrants in December 2009. In addition, many programs were structured to encourage early repayment of funds, including interest rates on preferred stock and subordinated debentures which increase over time and restrictions on executive compensation. Most TARP programs also have defined lives with clear end dates. For example, new lending under CPP is scheduled to end December 31, 2009 and TALF is scheduled to end in June 30, 2010. For investments in the automobile industry and other companies that have received exceptional assistance, clear principles have been outlined ensuring support is limited and temporary. Specifically under AIFP, Chrysler Financial has already repaid its assistance, and an initial public offering for GM is expected next year.

The financial and economic recovery is fragile and faces significant headwinds. The unemployment rate reached 10.2 percent in October and may remain elevated for some time. Delinquencies of subprime residential mortgages reached over 26 percent and conforming mortgages nearly seven percent in the third quarter. A contraction in bank lending, particularly for smaller businesses which do not have access to bond markets, has had a significant impact on economic growth. The number of bank failures and "problem institutions" as classified by FDIC has increased significantly, and will likely remain elevated through 2010. Financial stability is a necessary precondition for the resumption of economic growth. Treasury and other institutions

of government have accomplished a great deal in a short amount of time. Still, there is more work ahead. While a number of TARP initiatives have begun to wind down, Treasury continues to focus on stabilizing housing markets as well as improving access to credit for small businesses. For these reasons, Treasury determined in December 2009 to extend TARP spending authority beyond the initial expiration date of December 31, 2009. The authority to make new TARP investments will now expire on October 3, 2010, two years from the enactment of EESA, under provisions of the Act's Section 120(b).

## FINANCIAL REGULATORY REFORM

On June 17, 2009, the President announced a comprehensive plan to reform an outdated and ineffective financial regulatory system. Treasury submitted proposed legislative text to implement the plan in July and August 2009, and is currently working with Congress to promulgate legislation by the end of the calendar year. The plan has five key objectives: promote robust supervision and regulation of financial firms; establish comprehensive regulation of financial markets; protect consumers and investors; provide the government with the ability to manage financial crises; and improve international cooperation.

### Promote robust supervision and regulation of financial firms

Financial institutions that are critical to market functioning should be subject to strong oversight. No financial firm that poses a significant risk to the financial system should be unregulated or weakly regulated.

- *Create a Financial Services Oversight Council.* The Administration's regulatory reform plan will create a Financial Services Oversight Council to facilitate the coordination of financial regulatory policy, provide a forum for the resolution of jurisdictional disputes, and identify emerging risks in financial markets. This Council would include the heads of the principal federal financial regulators and be chaired by Treasury. The Council will replace the President's Working Group on Financial Markets and have a permanent, full-time staff at Treasury.

- *Supervise and regulate all of the largest, most interconnected financial firms.* Under the reform plan, the largest, most interconnected financial firms will be subjected to strong, comprehensive and consolidated oversight by the Federal Reserve, regardless of whether the firm owns an insured depository institution. Larger and more interconnected firms will be subjected to higher prudential standards and prompt corrective action will be required should their capital levels decline. Shareholders and creditors should bear the risks and the ultimate costs of failure, ending the implicit guarantee of public support for the largest, most interconnected financial firms.

- *Raise standards for all financial firms.* Tougher standards should be imposed on all financial firms so that the system is not compromised by the failure of one firm. Capital and liquidity requirements must be raised and exposures between financial firms should carry added capital charges. These tougher standards should incentivize firms to shrink, increase their capacity to absorb losses, and reduce their leverage, complexity and interconnectedness.

- *Establish a National Bank Supervisor and eliminate loopholes in banking regulation.* Merging the Office of the Comptroller of the Currency (OCC) and the Office of Thrift Supervision (OTS) into a National Bank Supervisor (NBS) and eliminating the federal thrift charter would streamline the regulatory system and reduce potential for regulatory arbitrage. The proposed legislation also requires the Federal Reserve, the FDIC, and NBS adopt joint rules on bank regulatory fees to eliminate arbitrage between regulators based on bank examination fees.

- *Establish an Office of National Insurance.* The regulatory reform legislation includes a proposal to establish an Office of National Insurance (ONI) to serve as an advisor to the Secretary and coordinate

and develop federal policy in the insurance sector. As part of Treasury, ONI will monitor all aspects of the insurance industry, including identifying issues and gaps in the regulation of insurers that could contribute to a systemic crisis in the insurance industry or within the broader financial system. ONI would also assist the Secretary in negotiating international insurance agreements on prudential measures.

- *Register hedge funds.* Hedge funds and other private pools of capital, including private equity and venture capital funds, will be required to register with the Securities and Exchange Commission (SEC). Due to insufficient oversight and regulation prior to the financial crisis, the government lacked the data necessary to monitor these funds' activities and assess potential risks in the market. The legislation would help to protect investors from fraud and abuse, provide increased transparency, and supply the information necessary to assess whether risks in the aggregate or risks in any particular fund pose a threat to our overall financial stability.

- *Realign executive compensation.* Treasury delivered draft "say-on-pay" legislation to Congress that would require all publicly traded companies establish non-binding shareholder votes on executive compensation packages, encouraging greater accountability and disclosure of compensation practices. In addition, the draft legislation would help ensure the independence of board compensation committees. Overall, federal standards and guidelines should better align executive compensation practices of financial firms with long-term shareholder value and prevent these practices from providing incentives that could threaten the safety and soundness of supervised institutions.

*Regulatory reform* information at *FinancialStability.gov*.

## Establish comprehensive supervision of financial markets

New requirements for transparency and improved risk management capacity should be built into the financial market infrastructure to improve understanding of the risks associated with new financial instruments. In addition, regulation of financial markets should be enhanced to better manage system-wide stress and the failure of one or more large institutions.

- *Strengthen supervision and regulation of securitization markets.* Securitization, by breaking down the traditional relationship between borrowers and lenders, created conflicts of interest that market discipline failed to correct. To better align investor and issuer interests, regulation should require that originators or sponsors retain an economic stake in a material portion of the credit risk of these securitized credit exposures. The SEC should continue its efforts to increase the transparency and standardization of securitization markets and be given clear authority to require robust reporting by issuers of asset-backed securities.

- *Strengthen credit rating agency regulation.* The Administration's financial regulatory reform effort includes legislation to increase transparency, improve oversight, and reduce reliance on credit rating agencies. Credit rating agencies often failed to accurately describe the risks associated with certain products, preventing investors from understanding the underlying risks which contributed to the severity of the crisis. The legislation includes provisions expanding transparency and disclosure requirements for credit rating agencies, establishing mandatory registration with the SEC, instituting tougher examination of internal controls and processes, and ending the practice of firms providing consulting services to companies they rate.

- *Regulate over-the-counter derivatives markets, including credit default swaps.* One of the most significant developments in the financial sector in recent decades has been the growth and rapid innovation in credit default swaps and other

over-the-counter (OTC) derivatives. The proposed legislation will regulate OTC derivative markets for the first time. This legislation will provide regulation and transparency for all OTC derivative transactions, stronger prudential and business conduct regulation of all major participants in OTC derivative markets, and improved regulatory and enforcement tools to prevent manipulation, fraud and other abuses.

- **Strengthen oversight of systemically important payment, clearing and settlement systems**. To mitigate systemic risk and promote financial stability, the plan proposes giving the Federal Reserve stronger statutory authority to oversee systemically important payment, clearing and settlement systems. The Federal Reserve is the only agency with sufficiently broad and deep knowledge of financial institutions and capital markets to effectively assume this responsibility. Under the Administration's plan, the Federal Reserve will be required to consult with the Financial Services Oversight Council to identify systemically important systems and set appropriate standards. In the case of clearing and settlement systems for regulated markets, the Federal Reserve will be required to coordinate its risk management oversight with the CFTC or the SEC, which will remain the primary regulators for these markets.

- **Harmonize futures and securities regulation**. The legislation proposes to harmonize statutory and regulatory regimes for futures and securities markets to better address gaps in regulation between the CFTC and SEC.

## Protect consumers and investors from financial abuse

To rebuild trust in U.S. markets, it is critical to ensure strong, consistent regulation and supervision of consumer financial services and investment markets.

- **Create a Consumer Financial Protection Agency**. Failure of the consumer protection regime significantly contributed to the financial crisis. On June 30, 2009, the President proposed creation of the Consumer Financial Protection Agency (CFPA) to protect consumers against deceptive and unscrupulous financial practices and improve innovation, efficiency and access in the marketplace. This agency will consolidate the current fragmented regulatory regime into a single, independent federal consumer protection agency with the authority to write rules, oversee compliance, and address violations by non-bank and banking institutions.

- **Strengthen investor protection**. The Administration's financial regulatory reform legislation includes a provision to strengthen the SEC's authority to protect investors. The legislation outlines steps to establish consistent standards of conduct and accountability for broker-dealers and investment advisors, and improve the timing and the quality of disclosures. The proposed legislation also establishes a permanent Investor Advisory Committee to ensure investor representation at the SEC.

## Provide the government with the tools it needs to manage financial crises

The government should have the tools necessary to address the potential failure of a bank holding company or other non-bank financial firm when the stability of the financial system is at risk.

- **Enhance resolution authority**. Plans should be in place to resolve the failure of any large interconnected financial firm which could threaten the stability of the financial system. Bankruptcy will remain the primary option, but the recent financial crisis demonstrates the need for enhanced resolution capacity. Major financial firms will be required to develop rapid resolution plans to better prepare for the potential of failure. This authority will also give Treasury the ability to appoint FDIC or SEC as conservator for a failing firm that poses a threat to the system. Under the legislation, the Federal Reserve would be required to receive prior written approval from the Secretary of the Treasury before providing emergency lending under its "unusual and exigent circumstances" authority.

## Raise international regulatory standards and improve international cooperation

As witnessed during the financial crisis, problems in any single country can easily and quickly spread across borders. As financial regulatory reform progresses within the United States, stronger standards need to be established across global markets to ensure international financial stability.

- ***Enhance international cooperation and reform of global financial markets***. To ensure that U.S. safeguards are not undermined abroad, the U.S. Government has taken the lead in calling for strong, modern regulation and supervision around the world through the G-20, the Financial Stability Board, the Basel Committee on Banking Supervision, and other organizations. Led by the United States, the leaders of the Group of Twenty (G-20) pledged to take action to build a stronger, more globally consistent supervisory and regulatory framework to oversee today's international markets. The United States is seeking consensus on four core issues: regulatory capital standards, oversight of global financial markets, supervision of internationally active financial firms, and crisis prevention and management.

## TREASURY HOUSING GOVERNMENT-SPONSORED ENTERPRISE PROGRAMS

To provide stability to the financial markets, increase the availability of mortgage finance and protect taxpayer interests, Treasury implemented three emergency programs in September 2008 with respect to Fannie Mae, Freddie Mac and the Federal Home Loan Banks (FHLBs). Authority for the action was provided by Section 1117 of the Housing and Economic Recovery Act of 2008, which authorized Treasury to purchase obligations and other securities issued by Fannie Mae, Freddie Mac and any FHLB. The programs include:

- Preferred Stock Purchase Agreements (PSPAs) with Fannie Mae and Freddie Mac providing backstop funding for program operations
- A Mortgage-Backed Securities (MBS) Purchase Program limited to securities issued by Fannie Mae and Freddie Mac
- An emergency credit facility for Fannie Mae, Freddie Mac and the FHLBs

## Preferred Stock Purchase Agreements

The PSPAs were created to instill confidence in investors that Fannie Mae and Freddie Mac would remain viable entities critical to the functioning of the housing and mortgage markets. Investors purchased securities issued or guaranteed by Fannie Mae and Freddie Mac in part because ambiguities in their Congressional charters created a perception of government backing. These ambiguities fostered enormous growth in the obligations issued or guaranteed by Fannie Mae and Freddie Mac, which by the scale and breadth of public holdings eventually posed a systemic risk to global financial markets in the event of their failure. The focus of the PSPAs is to enhance market stability by providing additional security to holders of Fannie Mae and Freddie Mac securities to avoid a mandatory triggering of receivership. Because the U.S. government created these ambiguities, it had a responsibility to both avert and ultimately address this systemic risk. In February 2009, the PSPAs were increased from $100 billion per GSE to $200 billion per GSE to provide additional security for financial markets. As of September 30, 2009, Fannie Mae and Freddie Mac had utilized $95.6 billion dollars of the $400 billion set aside under the PSPAs.

## GSE MBS Purchase Program

The GSE MBS Purchase Program was created to help support the availability of mortgage credit by temporarily providing additional capital to the mortgage market. By purchasing these securities, Treasury has sought to broaden access to mortgage funding for current and prospective homeowners as well as to promote market stability.

FHFA 0877

Program priorities:

- Support mortgage availability for both current and prospective homeowners
- Promote secondary market stability
- Ensure zero principal loss on outlays

As of September 30, 2009, Treasury had purchased $192.2 billion in agency MBS and received back $22.2 billion in principal and $5.0 billion in interest.

### GSE Credit Facility

The GSE Credit Facility was created to ensure credit availability to Fannie Mae, Freddie Mac, and the FHLBs by providing secured funding on an as-needed basis under terms and conditions established by the Treasury Secretary. Funding is provided directly by Treasury from its general fund held at the Federal Reserve Bank of New York in exchange for eligible collateral limited to guaranteed MBS issued by Fannie Mae and Freddie Mac and advances made by the FHLBs. Loans will be for short-term durations, but would in general be expected to be for between one week and one month. To date, this facility has not been used. The facility is scheduled to be terminated on December 31, 2009.

## TEMPORARY GUARANTEE PROGRAM FOR MONEY MARKET MUTUAL FUNDS

At the height of the crisis in September 2008, Treasury established a Temporary Guarantee Program for Money Market Mutual Funds to provide stability in the wake of the failure of Lehman Brothers and well-publicized troubles at several large funds. Program participants were charged a fee of four to six basis points on an annualized basis, with coverage provided to guarantee maintenance of each fund's typical stable share price of $1. Eligibility was open to all money market mutual funds regulated under Rule 2a-7 of the *Investment Company Act of 1940* and registered with the SEC, upon payment of an up-front participation fee and satisfaction of certain criteria related to their net asset value on September 19, 2008. Shortly after

its inception, the program provided guarantees to 93 percent of the money market mutual fund market, covering $3.62 trillion in assets. At its expiration, utilization had fallen to 68 percent of the market. Treasury had no losses under the program and in fact earned the U.S. Government $1.2 billion in fees.

The program expired on its scheduled end date of September 18, 2009 under improved general market conditions and restored confidence in the money market industry.

## EXPANDED INTERNATIONAL ECONOMIC PARTNERSHIPS

Managing financial crises, trade flows, financial security, climate change, and aid for developing economies in a global economy requires coordination with international partners. In all of these areas, Treasury worked with international partners to improve joint stewardship of the global economy. Throughout the financial crisis, Treasury officials have been in constant communication with international colleagues, showing clear and compelling results. Treasury helped facilitate international cooperation in responding to the global financial crisis, averting a more serious economic downturn, and anchoring the largest, most coordinated fiscal and monetary stimulus ever undertaken.

### Demonstrated U.S. leadership at G-20 meetings

The G-20 is a multilateral forum bringing together the leaders from the 20 largest economies in the world, accounting for 85 percent of world output. At the G-20 Summits in Washington (November 2008), London (April 2009), and Pittsburgh (September 2009), Treasury took a lead role in developing a dynamic global recovery formula and securing G-20 leaders' commitments on measures to combat the economic and financial crisis. Through these summits, G-20 members agreed to pursue a globally-coordinated policy response to stabilize the financial system and provide monetary policy support, fiscal stimulus, and emergency capital for emerging and developing econo-

mies. In addition to coordinating national fiscal and monetary policies, major accomplishments included decisions to:

- Treble resources for the IMF from $250 billion to $750 billion, enabling it to provide emergency loans to countries adversely affected by the financial crisis

- Restructure the Financial Stability Forum into the Financial Stability Board, by adding G-20 members not previously part of the Financial Stability Forum, broadening its capacity to manage global banking regulation and supervision

- Establish a *Framework for Strong, Sustainable, and Balanced Growth*, formulated around peer reviews of national economic policies and regulatory standards to collaboratively identify and prevent imbalances in the global economy

- Establish processes to ensure that all systemically important financial institutions, markets and instruments are subject to appropriate regulation

- Improve coordination in international crisis management

- Determine common rules for compensation practices at large financial institutions

- Improve international accounting standards

- Jointly manage concerns related to tax havens and non-cooperative jurisdictions

- Jointly manage oversight of credit rating agencies

At the G-20 summit in Pittsburgh, the leaders announced that the G-20 would replace the G-7 as the main economic council of wealthy nations. Through the G-20 process, Treasury has participated in developing a strong multilateral system to coordinate a global policy response to reverse the economic slide and do what is necessary to restore public confidence, economic growth, and job creation.

## Deepened U.S. engagement with key emerging market and priority countries

Given that the global economy is increasingly impacted by emerging market countries, more inclusive representation in international bodies is essential for long-term global recovery and growth. Treasury strongly supported the transition from reliance on the G-7 negotiation process to the G-20 process, the trebling of the IMF's resources, and creation of the Financial Stability Board. Treasury also supported quota reforms at the World Bank and IMF to allow greater participation by developing nations and increased financial support for multilateral development banks (MDBs) that will boost lending by $100 billion over the next three years. To manage key partnerships, the Treasury Department has established bilateral strategic dialogues with China, India, Russia, Afghanistan, Pakistan and Iraq. (The U.S.-China Strategic and Economic Dialogue is discussed in a following section.)

## Promoted free international trade and investment

Treasury promoted open investment policies at home and for U.S. investors abroad through bilateral and multilateral outreach. Announcement of the intention to complete the Doha Round of World Trade Organization negotiations by the end of 2010 increased activity in fiscal year 2009 surrounding trade negotiations. Treasury staff participated in the launching, negotiation or implementation of 15 trade and investment agreements, including free trade agreements with Oman, Costa Rica and Peru; the Trans-Pacific Agreement; the Asia-Pacific Economic Cooperation cross-border services initiative; and the Mauritius Bilateral Investment Treaty. Treasury has supported efforts by G-20 leaders to refrain from new protectionist measures and keep markets open. Finally, Treasury played a key role in establishing the U.S.-EU Investment Dialogue and the U.S.-China Investment Forum to discuss high-priority investment issues, and efforts to codify investment criteria for sovereign wealth funds.

## U.S.–China Strategic and Economic Dialogue

In April 2009, President Barack Obama and Chinese President Hu Jintao announced the establishment of the U.S.-China Strategic and Economic Dialogue (S&ED). The Dialogue provides an overarching framework bringing together the two countries' highest-level officials to address a range of critical bilateral and global economic, environmental and diplomatic issues. In fiscal year 2009, the Dialogue contributed to coordinated monetary and fiscal policy actions to restore growth and the successful restructuring of multilateral economic institutions. The S&ED builds on its predecessor, the Strategic Economic Dialogue (SED), which was created in 2006, and includes two tracks, one economic track led by Secretary Geithner, and a strategic track led by Secretary Clinton. The last meeting of the S&ED was held in Washington in July 2009. The next meeting will be held in Beijing in 2010.

## Supported a Global Agreement on Climate Change

With the parties to the United Nations Framework Convention on Climate Change scheduled to meet in Copenhagen in December 2009, Treasury is working closely with other federal agencies and international partners to secure an effective global agreement. Treasury's efforts were critical to establishing and launching the Climate Investment Funds, two new multilateral trust funds hosted by the World Bank that promote clean energy in developing countries, and establishment of an Experts Group on Climate Finance at the G-20. The Clean Technology Fund (CTF), the first of the two new funds, aims to reduce global emissions growth by helping to close the price gap in developing countries between dirtier conventional technologies and commercially available cleaner alternatives. The CTF is currently co-chaired by the Treasury's Deputy Assistant Secretary for Environment and Energy.

## CONTINUED EFFORTS TO BOLSTER REGULATION OF NATIONAL BANKS AND THRIFTS

OCC and OTS are the primary regulators of national banks and thrifts, respectively. Given continuing concerns about the soft economy and bank solvency following the financial crisis, both made extensive efforts to monitor evolving conditions at financial institutions they regulate and implement measures intended to restore financial health. In fiscal year 2009, the Inspector General again indicated regulation of national banks and thrifts as a Management Challenge.

Despite efforts to identify and correct potential issues at an early stage, a number of national banks and thrifts were closed by federal regulators in fiscal year 2009 due to difficult market conditions. In total, 107 financial institutions regulated by FDIC with $111.3 billion in deposits failed over the year. Of these, 13 were national banks with $14.8 billion in deposits, 14 were federal thrifts with $35.8 billion in deposits, and 80 were state banks with $60.8 billion in deposits. Work-out solutions, whereby some or all deposits and assets were assumed by another existing bank, were arranged by FDIC and regulators for almost all failed institutions.



**FIGURE 9. Failed Banks in USA from 2000-2009**

OCC and OTS supervisory activities in fiscal year 2009 focused on monitoring and responding to adverse conditions in credit and financial markets. OCC's on-site supervisory assessments focused on

the quality of national banks' credit risk management practices (including effective credit risk rating systems and problem loan identification), adequacy of loan-loss reserves, and effective loan work-out strategies. Primary emphasis was placed on ensuring the strength of capital buffers to weather earnings pressures and asset quality deterioration. Other critical areas included sound liquidity risk management through diversified funding sources and realistic contingency funding plans, and maintenance of consistent underwriting standards regardless of intent to hold or sell a loan. OTS examinations emphasized assessment of risk management structures, liquidity plans, capital management, concentration risk and maintenance of strong underwriting standards. Given the natural exposure of thrifts to the real estate market, OTS utilized the Net Portfolio Value model (enhanced in 2008) extensively to value financial instruments and evaluate interest risk related to real estate and other investments. (Thrifts are required to hold 65 percent of their holdings in mortgages.) For troubled institutions, OCC and OTS employed a number of remedial measures, including Prompt Corrective Action determinations when institution capital deteriorated below specified thresholds, requirements to increase available capital and liquidity, required changes in bank management, and required approval for changes in business plans. To combat mismanagement, formal enforcement actions such as cease-and-desist orders, removal or prohibition orders, civil money penalties and formal agreements were utilized. In severe cases, financial institutions were required to enter into sales, mergers, liquidation or enter FDIC receivership.

To minimize real estate losses and avoid unnecessary foreclosures, both agencies encouraged financial institutions and at-risk mortgage holders to work constructively to find effective work-out solutions. Both OCC and OTS urged adoption of loan modification programs and other foreclosure mitigation practices and provided information for consumers on ways to identify and avoid foreclosure fraud. In November 2008, the federal banking agencies issued the *Interagency Statement on Meeting the Needs of Creditworthy*

*Borrowers*, providing guidance to financial institutions on managing mortgage delinquency. OCC and OTS worked closely with HUD and other Treasury officials to develop the Making Home Affordable Program, including establishing transparent capital standards for treatment of mortgage loans modified under the program to encourage bank participation. OCC was also actively involved in identifying potential bank responses to the foreclosure crisis, including working with community development organizations to rehabilitate foreclosed properties and working with HUD to stabilize neighborhoods.

In fiscal year 2009, OCC's Annual Survey of Credit Underwriting Practices indicated a continuation of tighter underwriting standards begun in mid-2007. In contrast with the period of "originate and sell", where banks originated loans and then sold them to other investors, survey results showed that the majority of banks applied the same tight underwriting standards regardless of intent to hold or sell. With increased weakness in commercial real estate markets, both agencies warned of the accumulating risks in many small and medium-sized institutions' portfolios. At an inter-agency level, both OCC and OTS have worked directly with the Federal Reserve and FDIC to review large syndicated loans held by multiple banks through the Shared National Credit Program. This year's review covered 8,955 credit facilities with commitments totaling $2.9 trillion. OCC and OTS will continue to coordinate their licensing and supervisory procedures with other federal agencies to keep regulations current, transparent and supportive of financial industry stability and growth.

OCC and OTS have issued direct warnings to financial institutions of the risks posed by excessive asset or liability concentrations in their portfolios. During the last four years, OCC has conducted asset quality reviews of all the OCC community and mid-sized banks with significant commercial real estate concentrations, to ensure they have adequate credit underwriting, problem loan identification, and loan-loss reserves. More recently, the federal banking agencies issued

guidance on managing concentration risks that may emerge from correspondent banking relationships, to reduce any carryover effect from one bank's failure.

Given the global nature of the financial crisis, OCC and OTS worked closely with both domestic and international banking supervisors to identify problems and coordinate actions to restore functioning markets and strengthen risk management. The Federal Reserve, OCC and SEC worked with key global regulators and market participants to strengthen operational infrastructure and processes used to oversee OTC derivatives. OCC was actively involved in developing and implementing a package of measures announced by the Basel Committee of Banking Supervisors in July 2009 to capture the credit risk of complex trading activities and institute higher capital requirements for certain activities. OCC and OTS also joined other global supervisors in endorsing the Basel Committee's *Principles for Sound Liquidity Risk Management and Supervision*, underscoring the importance of liquidity management. Through the Financial Stability Board's Working Group of Provisioning, chaired by the Comptroller of the Currency, OCC has actively promoted use of credit valuation processes to reduce the pro-cyclicality of loan-loss requirements. During the year, OCC and OTS provided significant support for TARP, including reviewing financial institutions' Capital Purchase Program (CPP) applications; participating on the TARP CPP Council (which provides advisory support to OFS); conducting "stress tests" for regulated entities; providing legal analysis on financial institution participation in TARP; and establishing credit rules promoting use of the Making Home Affordable Program. OCC and OTS also continued to jointly issue the Mortgage Metrics Report, providing detailed information on 34.7 million mortgages serviced by their regulated institutions, including new sections in 2009 on loan modifications.

To strengthen its unfair or deceptive acts and practices rules, OTS, Federal Reserve and National Credit Union Association issued final rules in December 2008 governing practices for credit cards and overdraft protection programs. For credit cards, these addressed unfair practices in the areas of providing reasonable time periods for making payments, payment allocations, interest rate increases on outstanding balances, security deposits and fees charged to an account prior to the issuance of credit.

## PROVIDED ASSISTANCE TO LOW-INCOME AND UNDERSERVED COMMUNITIES

The Community Development Financial Institutions (CDFI) Fund expands the capacity of financial institutions to provide credit, capital, and financial services to underserved populations and low-income communities. With the economic downturn, demand for the Fund's services increased as mainstream lenders reduced lending activities. At the same time, constrained debt and equity markets limited CDFIs' access to private capital. To address the shortfall, Treasury increased funding through the CDFI program in fiscal year 2009 to help meet demand. This year, the CDFI Program competitively made 194 awards totaling $160.8 million (including $98 million in Recovery Act awards) to CDFIs and Native American CDFIs for loans, investments, financial services, and technical assistance (a 158 percent increase over fiscal year 2008). Under the New Markets Tax Credit Program (NMTC), which provides tax credit allocation authority to designated financial institutions for investments in low-income communities, Treasury awarded $6.5 billion in fiscal year 2009 (including $3 billion in Recovery Act awards), compared with $3.5 billion in fiscal year 2008, a nearly 86 percent increase. Treasury will continue to provide funding through the CDFI program to mitigate tight capital conditions in underserved markets.

# MANAGEMENT OF CURRENCY AND COIN MANUFACTURING IN TODAY'S ECONOMY

## Record low demand for currency and coins

The economic and financial crises significantly affected note and coin demand in fiscal year 2009. Manufacturing of currency notes experienced a 1.5 billion unit (19.5 percent) reduction in quantity ordered by the Federal Reserve, a drop from 7.7 billion notes in fiscal year 2008 to 6.2 billion notes in fiscal year 2009. This reduction in the Federal Reserve order was large enough to increase BEP's average cost per note produced by 7 percent over the prior fiscal year. The U.S. Mint shipped an estimated 5.2 billion coins, down from 10.0 billion in fiscal year 2008, representing a 45-year low for coin demand. As a result, the U.S. Mint transferred $475 million to the Treasury General Fund in fiscal year 2009, significantly lower than the $750 million transferred in fiscal year 2008. To compensate for weak demand, both the U.S. Mint and BEP are optimizing manufacturing and administrative efficiencies, focusing on maintenance, capital improvements, and employee cross-training.

## Responding to record high demand for bullion products

As the economy and financial markets weakened, investors sought the perceived safety of precious metals. U.S. Mint revenue from the sale of gold, platinum, and silver bullion products increased by 79 percent in fiscal year 2009, from $949 million in fiscal year 2008 to $1,695 million in fiscal year 2009. However, these record-breaking demand levels and successful sales efforts in the bullion product line posed a new set of challenges. The number of bullion coins produced by the U.S. Mint was constrained in fiscal year 2009 by limited availability of precious metal blanks from suppliers. These constraints compelled the U.S. Mint to suspend the sale of certain bullion coins during the fiscal year. In order to satisfy its legislative mandate to fulfill public demand for bullion products, the U.S. Mint shifted available blank supply to production of bullion coins from proof coins and worked with suppliers to augment blank volumes and sources. Subsequent increases in allocation and ordering limits towards the end of the year allowed the U.S. Mint to satisfy all investor demand for 22-karat one-ounce gold and silver bullion coins by the third quarter of fiscal year 2009. However, at the end of the fiscal year, one-ounce gold and silver eagle proof coins remained unavailable.

## Completion of the most ambitious currency redesign in U.S. history

The redesign of the $100 note will mark the completion of a multi-year initiative to implement the most ambitious currency redesign in United States history. Finalized and presented for approval in fiscal year 2009, BEP expects to produce and deliver 2.4 billion redesigned $100 notes in fiscal year 2010. In cooperation with the Federal Reserve, BEP administers a public education program to support the introduction of new currency designs. To maintain trust and confidence in U.S. currency, BEP is continuously engaged in improving note design to keep the nation's currency a step ahead of counterfeiters. While no specific timetable has been set, the next currency redesigns will include improvements to the nation's currency to better serve the blind and visually impaired.

## Implementing the Presidential and Native American $1 Coin Acts

The *Presidential $1 Coin Act* (Public Law 109-145) and the *Native American $1 Coin Act* (Public Law 110-82) mandate that the U.S. Mint take cost-effective measures to identify, analyze and overcome barriers to circulation of $1 coins. The increased circulation of $1 coins could save the Federal Government money because $1 coins last longer than $1 notes. A four-city pilot focusing on new messaging and retail activation showed American acceptance of $1 coins is growing. However, despite U.S. Mint advertising campaigns, consumer acceptance of $1 coins has remained low and inventories at the Federal Reserve Bank have continued to rise.

FHFA 0883

## AMERICAN RECOVERY AND REINVESTMENT ACT

The *American Recovery and Reinvestment Act of 2009* (Recovery Act) was signed into law on February 17th, 2009. The Recovery Act is an unprecedented effort to jumpstart the economy, create or save millions of jobs, and address long-neglected challenges. It includes extraordinary measures to modernize the nation's infrastructure, enhance energy independence, expand educational opportunities, preserve and improve affordable health care, and provide tax relief. Of the $787 billion provided through the Recovery Act, Treasury is managing programs that will contribute over $300 billion in benefits to the American people through the year 2019.

**Making Work Pay credit.** Taxpayers can receive this benefit through a reduction in the amount of federal income tax that is withheld from their paychecks, or through claiming the credit on their tax returns. It is estimated that over 120 million households will benefit from this provision through 2010.

**Expanded tax break for 2009 first-time home-buyers.** Taxpayers who qualify for the First-Time Homebuyer Credit and purchase a home this year before December 1 may claim a maximum $8,000 credit on their 2009 tax return. The estimated benefit claimed by 479,622 taxpayers through fiscal year 2009 was over $3.5 billion. The credit has been extended through April 30, 2010, with closing required by June 30, 2010.

**American Opportunity Credit.** Under the Recovery Act, more parents and students will qualify over the next two years for a tax credit, the American Opportunity Credit, to pay for college expenses. The new credit modifies the existing Hope Credit for tax years 2009 and 2010, making the Hope Credit available to a broader range of taxpayers, including many with higher incomes and those who owe no tax. It also adds required course materials to the list of qualifying expenses and allows the credit to be claimed for four post-secondary education years instead of two. The full credit is available to individuals whose modified adjusted gross income is $80,000 or less, or $160,000 or less for married couples filing a joint return. The credit is phased out for taxpayers with incomes above these levels. Many of those eligible will qualify for the maximum annual credit of $2,500 per student. The estimated benefit in 2009 is $328 million.

**COBRA health insurance continuation premium subsidy.** To help people maintain health care coverage, the Recovery Act provides a 65 percent subsidy for COBRA continuation premiums for themselves and their families, up to nine months, for workers who have been involuntarily terminated. Eligible workers are required to pay 35 percent of the premium to their former employers. Employers are required to pay the full premium, but are entitled to a credit of 65 percent on their payroll tax return. To qualify, a worker must have been involuntarily terminated between September 1, 2008 and December 31, 2009. Over $313 million in COBRA credits have been claimed by employers through fiscal year 2009.

**Build America Bonds.** State and local governments issuing taxable bonds are eligible to receive direct federal subsidies of 35 percent of bond interest. Through September 30, 2009, over $35.6 billion in Build America Bonds had been issued to help finance projects across the nation, including schools, utilities, public safety and transportation.

**Sales tax deduction for vehicle purchases.** Taxpayers can deduct state and local sales and excise taxes paid on the purchase of new cars, light trucks, motor homes and motorcycles through 2009.

**Economic recovery payments.** The Recovery Act provided $250 one-time economic recovery payments to eligible retirees, veterans and other high-need recipients. FMS, in coordination with the Social Security Administration, the Railroad Retirement Board, and the Department of Veterans Affairs, issued over 54.9 million economic recovery payments to beneficiaries, totaling more than $13.7 billion.

**Community Development Financial Institutions (CDFI) awards**. The CDFI Fund makes monetary awards (grants, loans and other investments) on a competitive basis to certified CDFIs. The Recovery Act appropriated $98 million to expand funding for the CDFI and Native American CDFI Assistance (NACA) programs. All $98 million was awarded to CDFI recipients by July 1, 2009.

**New Markets Tax Credit (NMTC).** The NMTC Program, administered by the CDFI Fund, facilitates investment in low-income communities by permitting credits against federal income taxes for equity investments in designated Treasury-certified Community Development Entities (CDEs).

CDEs are required to use substantially all NMTC proceeds to make loans and investments in businesses and real estate developments in low-income and distressed urban and rural communities. The Recovery Act provided a total of $3 billion for the credits. The first NMTC award of $1.5 billion was allocated in May 2009 to 32 organizations. The second allocation of $1.5 billion was awarded in October 2009 to 24 organizations.

**Health Coverage Tax Credit (HCTC)**. HCTC was created to help displaced workers and retirees who have lost their jobs due to promulgation of free trade agreements. The Trade Adjustment Assistance Reform Act of 2002 created HCTC to assist eligible beneficiaries between the ages of 55 and 64 receive affordable health care. The program originally provided a refundable tax credit for 65 percent of the cost of qualified insurance. In May 2009, the tax credit was increased from 65 percent to 80 percent of qualified health insurance premiums, allowing participants to only pay 20 percent for health insurance each month. The increased credit expires on December 31, 2010. The number of new enrollees has increased more than four times since April 2009, to over 6,000 recipients.

**Payments for Specified Energy Property in Lieu of Tax Credits**. Because of the impact of current economic conditions on taxable income, the value of energy property tax credits to investors who finance renewable energy projects has decreased. Designed with the Department of Energy, this program's objective is to provide an alternative means to attract financing for renewable energy projects by providing direct payments in lieu of tax credits. The program began accepting applications on July 31, 2009 and by September 30, 2009 had made awards for 37 projects totaling more than $1 billion. The high demand for this program is expected to continue in fiscal year 2010.

**Payments for Low-Income Housing Projects in Lieu of Tax Credits.** Current economic conditions have severely undermined the effectiveness of tax credits intended to attract private capital investment for the construction, acquisition or rehabilitation of qualified low-income housing projects. The Recovery Act gives state housing credit agencies the choice to receive cash assistance for all or a part of their 2009 low-income tax credit allocation. Through September 30, 2009, the Department has received 57 applications and approved payments to 40 state housing agencies for over $2.5 billion. However, only $29 million has been drawn down so far. Initial feedback suggests that states are evaluating their financial capacity and determining how to provide funding needed to complete qualifying projects.

## EFFECTIVELY MANAGED U.S. GOVERNMENT FINANCES

The Treasury Department manages the nation's finances by collecting money due to the United States, making its payments, managing its borrowing, investing when appropriate, and performing central accounting functions. With the financial crisis and recession, fiscal year 2009 provided unique challenges in implementing Recovery Act provisions, forecasting government receipts, and conducting a record number of auctions of government securities. Treasury continues to focus on its ongoing efforts to increase the total volume of electronic payments and receipts and improve taxpayer service and enforcement.

### TAX RETURNS FILED ELECTRONICALLY

In fiscal year 2009, Treasury processed 144.4 million individual returns and issued 114.4 million refunds totaling $339.6 billion. Sixty-six percent of individual returns were filed electronically, up from 58 percent in fiscal year 2008. Although this is a clear improvement, Treasury has not yet reached the Congressional goal of 80 percent of tax returns filed electronically. Treasury continues to promote the use of the IRS Free File program and engage in national and local outreach efforts to increase electronic filing by businesses and tax return preparers.

### IMPROVED SERVICE TO MAKE VOLUNTARY TAX COMPLIANCE EASIER

Treasury makes every effort to ensure that taxpayers have access to the necessary information and support to meet their tax obligations. In fiscal year 2009, the IRS fielded over 107 million taxpayer calls. The second "Super Saturday" tax information event was held on March 21, 2009, providing on-site support at more than 250 local IRS offices and 1,700 Volunteer Income Tax Assistance (VITA) sites. Over the year, 82,000 volunteers at the VITA and Tax Counseling for the Elderly sites helped file over 3 million returns and pro-

vided face-to-face assistance to 3.4 million taxpayers. To track their refunds, more than 54 million taxpayers used the online service "Where's My Refund?", an increase of 39 percent over 2008. Outreach efforts and service locations for U.S. overseas taxpayers were increased to facilitate information availability and support. IRS is making every effort to restore its level of service, which dropped from 82 percent in 2007 to 53 percent in 2008, due largely to increased volume of inquiries related to economic stimulus payments. The level of service for fiscal year 2009 was 70 percent.

### EXPANDED ENFORCEMENT OF TAX LAWS TO ENSURE TAX COMPLIANCE

Treasury has expanded its international enforcement presence, continued to pursue high net-worth/high income non-compliant taxpayers, and initiated efforts to improve coordination with the tax return preparer community. In fiscal year 2009, Treasury focused on detecting and bringing to justice individuals and businesses who hide assets overseas to avoid paying taxes. The largest bank in Switzerland agreed to pay a $780 million fine and provide the names of 4,450 U.S. account holders in response to a summons. Another bank entered into a deferred prosecution agreement and forfeited $340 million in connection with violations of the International Emergency Economic Powers Act. An Offshore Merchant Account Initiative increased focus on U.S. businesses that deposit unreported business receipts from debit and credit card sales in bank accounts domiciled in secrecy jurisdictions. For high-net-worth individuals, 11.2 percent of taxpayers with incomes over $200,000 were audited and 29 percent of taxpayers with incomes over $1 million were audited. Audits were also increased on self-employed taxpayers by over 21 percent. In fiscal year 2009, the IRS developed a comprehensive set of recommendations to ensure consistent standards for tax preparer qualifications, ethics and service, with the intention of

FHFA 0886

establishing a foundation for improving enforcement coordination with the tax preparer community.

The *Children's Health Insurance Program Reauthorization Act* (CHIPRA) was enacted in February 2009. CHIPRA imposes significantly increased tax rates on tobacco products and introduced requirements for permits and taxes on products which had not previously been taxed or regulated (cigarettes went from a tax rate of $.39 to $1.01). Implementing the provisions was a major undertaking for TTB, including mailing of almost 500,000 information packets and fielding 50,000 inquiries about the tax increase and permit requirements, resulting in an additional $6 billion in Federal tax revenues. CHIPRA also levies a floor stocks tax (FST), a one-time excise tax placed on a commodity undergoing a tax increase, on all tobacco products held for sale as of April 1, 2009. In fiscal year 2009, TTB processed more than 133,000 receipts and collected a record $1.2 billion dollars of FST.

TTB is using automated data analysis techniques to target non-filers for audit, and is reviewing sales data to find unusual patterns that may indicate a business was stock piling product prior to the effective date of the new tax rates. TTB will use this information to identify tobacco dealers to target for audit in fiscal year 2010.

## IMPROVED ELECTRONIC RETURN PROCESSING THROUGH BUSINESS SYSTEMS MODERNIZATION

Treasury continues to make efforts to improve business systems for tax processing. Upgrades to the Customer Account Data Engine (CADE) in 2009 enabled the system to process 40 million returns, 34.9 million refunds and over seven million payments. Treasury is committed to completing CADE implementation by 2011. Modernized e-File (MeF) release 5.5 enabled system processing of 33 percent more Form 1120s and 307 percent more Form 990s. (Returns submitted through the MeF system have an average processing error rate of seven percent, versus 19 percent for transcription-based paper processing.) MeF return

receipts increased to about 4.5 million, an increase of 21 percent over 2008.

## CHALLENGES ASSOCIATED WITH IMPLEMENTING RECOVERY ACT TAX PROVISIONS

Upon enactment of the Recovery Act, Treasury worked to ensure timely implementation of tax provisions, including creating and issuing forms and publications, developing and disseminating information through the internet, print media and television, and implementing safeguards against tax fraud. Despite the successes implementing these provisions, increased customer inquiries and payments added strains to existing management systems. The increased volume of taxpayer calls resulted in increased waiting times and busy signals, with the average caller waiting nearly 9 minutes. Average wait time in 2007 was 4.5 minutes. The additional payments also increased the incidence of improper payments, particularly for the First-Time Homebuyer Credit. The IRS will continue to make efforts to reduce service wait time and improper payments.

## MANAGED INCREASED ISSUANCE OF DEBT FINANCING

In fiscal year 2009, the Department conducted over 290 government securities auctions, resulting in the issuance of over $8 trillion dollars in marketable securities. The results of each auction were released within the target time of two minutes plus or minus 30 seconds after the auction close. The prompt release of auction results reduced the amount of time bidders were exposed to adverse market movements, encouraging more competitive bidding and allowing the Department to secure lower borrowing rates for the U.S. Government. Treasury also successfully began the monthly issuance of three and seven year notes in order to meet the demand for borrowing and allow for greater flexibility in borrowing options.



FIGURE 10. Number of Auctions and Amount Issued by Fiscal Year

## IMPROVED RETAIL SECURITIES SERVICES

BPD's Retail Securities Services program serves more than 50 million retail investors in marketable securities and savings bonds. In fiscal year 2009, BPD achieved its long-term goal of completing 90 percent of time-sensitive retail customer service transactions within 10 business days, one year ahead of schedule. BPD will transition to a new performance measure in fiscal year 2010 targeting completion of these transactions within 5 business days. TreasuryDirect, which provides investors electronic savings bonds, continues to grow. In fiscal year 2009, the system was enhanced to enable entities such as trusts, corporations, fiduciaries, and estates to open accounts and conduct transactions.

## EXPANDED USE OF ELECTRONIC FUND TRANSFERS

During fiscal year 2009, FMS continued to expand the use of electronic fund transfers to deliver federal payments, improve service to payment recipients, and reduce government program costs. The Go Direct campaign, which encourages current federal benefit check recipients to switch to direct deposit, concluded a successful fourth year with over one million conversions. The total number of conversions since inception of the campaign is over 3 million. Overall, 81 percent of Treasury payments and associated information were made electronically, an increase of two percent from fiscal year 2008. This helped decrease the number of paper checks issued, minimizing costs associated with postage and the re-issuance of lost, stolen and misplaced checks.

## CHALLENGES FORECASTING GOVERNMENT RECEIPTS DURING THE RECESSION

The financial and economic crisis made fiscal year 2009 an extremely challenging year to forecast government tax receipts. Expanded tax credit programs under the Recovery Act and rising unemployment levels reduced tax receipts and increased the difficulty of forecasting accurately. Given the severity of the recession and uncertainty surrounding future private consumption and investment, predicting the timing and rate of recovery in fiscal year 2010 could be equally challenging. Treasury missed its performance target of five percent maximum variance between estimated and actual fiscal receipts in fiscal year 2009, with an actual variance of 5.5 percent.

FHFA 0888

## PREVENTED TERRORISM AND PROMOTED THE NATION'S SECURITY THROUGH STRENGTHENED INTERNATIONAL FINANCIAL SYSTEMS

While promoting financial and economic growth at home and abroad, the Treasury Department performs a unique role in preserving national security. In fiscal year 2009, Treasury continued to safeguard the nation's financial security while carrying out critical law enforcement responsibilities pertaining to predatory lending practices. These expectations require that Treasury continue to modernize its technological infrastructure to ensure a safer and more transparent financial system while protecting U.S. national security.

### STRENGTHENED MEASURES AGAINST IRAN TO PROTECT U.S. NATIONAL SECURITY

Since the designation of a large Iranian bank, Bank Saderat, in September 2006, Treasury has led an ongoing effort to warn the world about the threat Iran poses to U.S. security and the integrity of the international financial system. This effort has developed a global consensus. In fiscal year 2009, the Financial Action Task Force (FATF), the global standard-setting body to combat money laundering and terrorist financing, issued its fourth warning alerting countries to strengthen measures to protect their financing sectors. Treasury has continued to strengthen its efforts to ensure that Iran is restricted from the U.S. financial system, while encouraging other countries to do the same.

The Department of the Treasury responded to the FATF warning one month after it was issued. Treasury hindered Iran's ability to financially support illicit activities by revoking an existing "U-turn" license for Iran, further restricting Iran's access to the U.S. financial system. This license had allowed funds transfers to pass though the U.S. financial system for the benefit of Iranian entities. Following this action, U.S. financial institutions are no longer allowed to process such transactions.

Treasury maintained its designations of Iranian financial institutions and individuals due to proliferation concerns and implemented several new designations. The Department, through the FATF, will continue to strengthen its measures and encourage other countries to enhance vigilance over all business with Iran.

### ENHANCED MECHANISMS TO COMBAT MORTGAGE AND LOAN MODIFICATION FRAUD

A series of initiatives have been announced to help American homeowners and address the housing crisis. The United States government continues to intensify its efforts to ensure predatory scams do not rob Americans of their savings and potentially their homes. On April 6, 2009, Secretary Geithner announced a coordinated proactive effort to be led by Treasury, to combat fraudulent loan modification schemes and coordinate ongoing efforts across a range of federal and state agencies that investigate fraud and assist with enforcement and prosecutions. Treasury simultaneously issued an advisory to alert financial institutions to the risks of emerging schemes related to loan modification. These efforts are designed to facilitate the detection, deterrence, investigation and prosecution of those who would exploit consumers facing possible home foreclosures, in particular to target fraudulent scams against consumers seeking loan modification assistance.

This advisory was intended to identify "red flags" that may indicate a loan modification or foreclosure rescue scam and warrant the filing of a Suspicious Activity Report (SAR). These red flags alert financial institutions to scams victimizing their customers and provide an opportunity to stop predatory loan modification. The advisory reminded financial institutions of the requirement to implement appropriate risk-based policies, procedures and processes. Financial institutions must conduct customer due diligence on a risk-assessed basis to prevent fraudulent actors from accessing the

financial system and to aid in the identification of potentially suspicious transactions.

The advisory required the term "foreclosure rescue scam" to be included in the narrative sections of all relevant SARs. This inclusion allowed law enforcement to more easily search for and identify fraudulent activity when reviewing SAR information, improving the focus of investigative resources. Utilizing the initiative's advanced targeting methods, 30 case referrals were made to law enforcement investigators involving over 140 suspects. Treasury, at the request of civil and criminal law enforcement, also contributed to 35 investigations involving multiple suspects and hundreds of BSA reports. These results have illustrated the benefits of proactive threat identification and preemption of fraudulent activity. However, the management of capital investments is still considered to be a management challenge.

## LIFTED SANCTIONS ON 125 INDIVIDUALS OR ENTITIES FROM THE LIST OF SPECIALLY DESIGNATED NATIONALS (SDNs)

Treasury's Office of Foreign Assets Control (OFAC) administers and enforces economic and trade sanctions based on U.S. foreign policy and national security goals against targeted foreign countries and regimes, terrorists, international narcotics traffickers, those engaged in activities related to the proliferation of weapons of mass destruction, and other threats to the national security, foreign policy or economy of the United States. Key to OFAC's success is the reaction of the private sector when financial measures are utilized, such as designations, to disrupt or dismantle the forces at work in illicit finance or other criminal behavior. When private sector organizations, particularly those in the international banking community, voluntarily go beyond their legal requirement and demonstrate good corporate citizenship by refusing to handle illicit busi-

ness, they strengthen the effectiveness of government-imposed measures.

In fiscal year 2009, OFAC had success with financial institutions in South Africa, Latin-America, Mexico, Europe, China, and the Middle East in closing accounts and denying access to the financial system for criminals involved in activities that could jeopardize U.S. national security. Additionally, OFAC took several actions to lift sanctions on 125 individuals or entities, where an individual or entity had to divest themselves of any ownership interest in any OFAC designated companies. As a result, dozens of front companies within the target networks have been liquidated and no longer facilitate illicit business activities.

## STRENGTHENED THE REVIEW PROCESS FOR FOREIGN INVESTMENT IN THE UNITED STATES

Treasury chairs the sixteen-member Committee on Foreign Investment in the United States (CFIUS) which reviews certain foreign investments into the United States to identify and resolve national security concerns.

The *Foreign Investment and National Security Act of 2007* (FINSA) required Treasury to issue new regulations governing the CFIUS process. CFIUS agencies took into account over 30 public comments received from domestic and foreign parties in response to proposed regulations that Treasury published on April 21, 2008. Treasury issued final regulations on November 21, 2008, which went into effect on December 22, 2008. On December 8, Treasury also published guidance on the types of transactions that CFIUS has reviewed which have raised national security concerns. Though the guidance does not have the force of law, it provides helpful insight about how the CFIUS process works.

FHFA 0890

## MODERNIZE BANK SECRECY ACT (BSA) INFORMATION AND ANALYSIS

The current BSA data infrastructure is ill-equipped to meet 21st century realities and unable to quickly adapt to changing financial indicators and patterns of illicit activity. The number of financial institutions falling under the purview of the BSA has grown exponentially in the last six years and will continue to experience robust growth in the future. Treasury developed a strategy in fiscal year 2007 to modernize the BSA data architecture to better serve its internal and more than 10,000 external users that rely on accurate, timely, and reliable BSA data to identify money laundering, terrorist financing, tax evasion, and vulnerabilities in the financial industry.

The modernization will reengineer the BSA data architecture, update antiquated infrastructure required to support data capture and dissemination, implement innovative web-services, enhance electronic-filing, and provide analytical tools. This investment will begin to enrich and standardize BSA data to maximize value, evaluate and deploy advanced analytical technologies, and establish more effective security technologies to enhance data confidentiality and integrity. After two years of analysis, the Department anticipates beginning implementation of this modernization in fiscal year 2010.

## ENCOURAGE PAKISTAN TO MAKE ITS ANTI-MONEY LAUNDERING LAW PERMANENT

A key aspect of strengthening anti-money laundering/counter-terrorist financing (AML/CFT) regimes is conducting country assessments to determine the level of compliance with international AML/CFT standards that country has. These evaluation reports also identify deficiencies and ways to strengthen each country's regime. Adopting one of these mutual evaluations triggers a follow-up review, which establishes an avenue for Treasury to encourage additional measures to strengthen a country's AML/CFT regime. Despite the work Treasury has done in fiscal year 2009 and before, there is still room for improvement to implement AML/CFT laws in key countries.  In particular, Pakistan needs to build on the progress it made as a result of its mutual evaluation. Its anti-money laundering law must be made permanent and investigations and prosecutions for money laundering and terrorist financing offenses must occur.

## CONTINUE TO PROVIDE ADDITIONAL GUIDANCE TO THE CHARITABLE SECTOR

The Department strives to create a robust and aggressive strategy to conduct outreach to the charitable sector to combat terrorist exploitation and abuse of charities. The Department works with various community organizations in order to raise awareness of the risk of terrorist financing and measures to minimize such risks. Outreach events include participation in several interagency outreach efforts, hosted by the Department of Justice as well as the Department of Homeland Security. One key component is that Treasury issues guidance to the charitable sector as part of this comprehensive strategy to raise awareness and minimize the risk of terrorist exploitation through charities. During fiscal year 2009, the Treasury Guidelines Working Group (TGWG) met, which represents major U.S.-based charities, foundations and philanthropic groups, and began revising its *Anti-Terrorist Financing Guidelines: Voluntary Best Practices for U.S-Based Charities (Guidelines)*.  It is expected that the TGWG will submit a proposal concerning the revision of the Guidelines by the close of the 2009 calendar year. This is just one component to ensuring risks are minimized by the charitable sector, Treasury will need to continue to develop and implement its strategy to combat further exploitation.

## ESTABLISH EXTERNAL PERFORMANCE MEASURE EVALUATION

Treasury introduced and began to apply a composite performance measure to assess the Department's impact in preventing terrorism and safeguarding U.S. and international financial systems. The measure incorporates four focus areas: the impact of policymaking, outreach and diplomacy; economic sanctions; information and analysis; and regulatory activity on transparency of financial systems. Moving forward, refinement of the specific methodologies for data collection and validation related to these focus areas will need to be further refined and reviewed externally.

## MANAGEMENT AND ORGANIZATIONAL EXCELLENCE

The Department of the Treasury strives to maintain public trust and confidence in U.S. and international economic and financial systems through exemplary leadership, best-in-class processes, and a culture of excellence, integrity and teamwork. Achieving and maintaining exemplary accountability and transparency is critical for the Treasury Department as the primary financial agency for the U.S. Government. Management of Treasury programs provided significant challenges in fiscal year 2009 associated with implementation and oversight of new programs to manage the economy.

## COMPLETED AN INCREASED NUMBER OF MATERIAL LOSS REVIEWS (MLRS)

OIG is mandated to conduct MLRs of any Treasury-regulated bank failure resulting in material losses greater than $25 million, or two percent of the institution's assets. An MLR examines the cause(s) of the failure, with specific attention paid to effectiveness of bank supervision and potential preventative measures to improve regulation. The review also looks for examples of fraud that may lead to criminal or civil prosecution.

In fiscal year 2009, 107 banks failed, of which 27 were regulated by OCC or OTS. Of these Treasury-regulated bank failures, 23 required an MLR by OIG. In fiscal year 2009, OIG completed 10 MLRs, including five MLRs for failures that occurred in fiscal year 2008. The estimated loss to the Federal Deposit Insurance Fund of the 10 reviewed bank failures totaled $14.7 billion, including a $10.7 billion loss resulting from the failure of IndyMac Bank, the largest institution to date to be the subject of an MLR. As of September 30, 2009, 18 MLRs were still in progress.

OIG has reported on several trends from the MLRs. Three primary causes of the failures were identified: