IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAIRHOLME FUNDS, INC.**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-1053-RLW |
| ) | |
| **FEDERAL HOUSING FINANCE AGENCY**, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## U.S. DEPARTMENT OF THE TREASURY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant, the Department of the Treasury, hereby moves to dismiss pursuant to Fed. R. Civ. P. 12, or, in the alternative, for summary judgment pursuant to Fed. R. Civ. P. 56. The reasons for this motion are set forth in the attached memorandum and the administrative record filed with the Court.

Dated: January 17, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

/s/Joel McElvain
JOEL MCELVAIN
THOMAS D. ZIMPLEMAN
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
(202) 514-2988
Joel.McElvain@usdoj.gov