IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAIRHOLME FUNDS, INC.**, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **FEDERAL HOUSING FINANCE AGENCY**, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:13-cv-1053-RLW |

## TREASURY DEFENDANT'S PROPOSED ORDER

Upon consideration of the motion of defendant the Department of the Treasury to dismiss or, in the alternative, for summary judgment (the "Motion"), the briefing of the parties, and the entire record herein, it is hereby,

ORDERED that the Motion is GRANTED and plaintiff's complaint is DISMISSED with prejudice.

SO ORDERED.


Dated: _____, 2014                                   _____
                                                                              ROBERT L. WILKINS
                                                                              UNITED STATES DISTRICT JUDGE