# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERRY CAPITAL LLC,<br><br>    Plaintiff,<br>v.<br><br>JACOB J. LEW, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1025 (RLW) |
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1053 (RLW) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1439 (RLW) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br>_____<br>This document relates to:<br>ALL CASES | Misc. Action No. 13-mc-01288 (RLW) |

## [PROPOSED] ORDER

Upon consideration of the motion by Defendants Federal Housing Finance Agency ("FHFA"), as Conservator for the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac"), Melvin L. Watt, in his official capacity as Director of FHFA, (together with FHFA, the "FHFA Defendants"), Fannie Mae, and

2

Freddie Mac to dismiss the complaints as to all claims in the above-captioned actions and, in the alternative, by the FHFA Defendants for summary judgment on Plaintiffs' claims that the Third Amendment to the Preferred Stock Purchase Agreements ("PSPAs") is arbitrary and capricious under the Administrative Procedure Act ("APA"), it is hereby

ORDERED that the Motion to Dismiss by the FHFA Defendants, Fannie Mae, and Freddie Mac is GRANTED and the complaints in the above-captioned actions shall be and hereby are DISMISSED WITH PREJUDICE.  It is further

ORDERED that the FHFA Defendants' alternative Motion for Summary Judgment on Plaintiffs' claims that the Third Amendment to the PSPAs is arbitrary and capricious under the APA is DENIED AS MOOT.


Dated: _____, 2014                              _____
                                                    UNITED STATES DISTRICT JUDGE

2