IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERRY CAPITAL LLC,<br><br>　　　Plaintiff,<br><br>　v.<br><br>JACOB J. LEW, in his official capacity as Secretary of the Treasury, *et al.*,<br><br>　　　Defendants. | Case No. 1:13-cv-1025-RCL |
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　Defendants. | Case No. 1:13-cv-1053-RCL |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>　　　Defendants. | Case No. 1:13-cv-1439- |
| In re Fannie Mae / Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations. | Case No. 1:13-mc-1288-RCL |
| This document relates to<br>ALL CASES | |

**STIPULATION TO CONFORM BRIEFING SCHEDULE ON
DEFENDANTS' MOTION FOR JUDICIAL NOTICE
TO BRIEFING SCHEDULE ESTABLISHED
FOR DEFENDANTS' DISPOSITIVE MOTIONS**

1

WHEREAS:

1. On November 18, 2013, this Court entered an Order (the "Scheduling Order") (Dkt. 24 in 1:13-cv-1025-RCL, and in other cases) setting a briefing schedule in all of these cases including dates for the briefing of dispositive motions.

2. On January 17, 2014, the date set in the Scheduling Order, defendants filed dispositive motions. On that same date, defendants Federal Housing Finance Agency, as Conservator for Fannie Mae and Freddie Mac, FHFA Director Melvin L. Watt, Fannie Mae, and Freddie Mac filed a motion for judicial notice (Dkt. 33 in 1:13-cv-1025-RCL, and in other cases), which was joined in by defendants Department of the Treasury and Jacob J. Lew, in his official capacity as Secretary of the Treasury.

3. The Scheduling Order did not address what schedule would apply to any motion for judicial notice.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for all parties, that defendants' motion for judicial notice shall proceed on the same schedule as defendants' dispositive motions, as established by the Scheduling Order.

Dated: January 29, 2014

SO ORDERED:

_____
Royce C. Lamberth
U. S. D. J.

*/s/ Matthew D. McGill*
THEODORE B. OLSON, SBN 367456
tolson@gibsondunn.com
DOUGLAS R. COX, SBN 459668
dcox@gibsondunn.com
MATTHEW D. MCGILL, SBN 481430
mmcGill@gibsondunn.com
NIKESH JINDAL, SBN 492008
njindal@gibsondunn.com
DEREK S. LYONS, SBN 995720
dlyons@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Perry Capital LLC*

*/s/ David H. Thompson*
Charles J. Cooper (Bar No. 248070)
ccooper@cooperkirk.com
Vincent J. Colatriano (Bar No. 429562)
David H. Thompson (Bar No. 450503)
Peter A. Patterson (Bar No. 998668)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

*Attorneys for Fairholme Funds, Inc., et al.*

*/s/ Drew W. Marrocco*
DREW W. MARROCCO  (Bar No. 453205)
drew.marrocco@dentons.com
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364
Tel.: (202) 408-6400
Fax: (202) 408-6399

*/s/ Joel L. McElvain*
JOEL L. MCELVAIN
joel.l.mcelvain@usdoj.gov
Thomas David Zimpleman
thomas.d.zimpleman@usdoj.gov
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: 202.514.2988
Facsimile: 202.616.8460

*Attorneys for the Department of the
Treasury and Jacob J. Lew, in his official
capacity as Secretary of the Treasury*

*/s/ Asim Varma*
ASIM VARMA
asim.varma@aporter.com
HOWARD NEIL CAYNE
howard.cayne@aporter.com
DAVID BLOCK BERGMAN
david.bergman@aporter.com
ARNOLD & PORTER LLP
555 12th Street, N.W., Suite 311
Washington, D.C. 20004
Telephone: 202.942.5180
Facsimile: 202.942.5999

*Attorneys for the
Federal Housing Finance Agency*

*/s/ Paul Clement*
PAUL CLEMENT
pclement@bancroftpllc.com
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
Telephone: 202.234.0090
Facsimile: 202.234.2806

*Attorney for the
Federal National Mortgage Association*

MICHAEL H. BARR *(pro hac vice)*
michael.barr@dentons.com
RICHARD M. ZUCKERMAN *(pro hac vice)*
richard.zuckerman@dentons.com
SANDRA HAUSER *(pro hac vice)*
sandra.hauser@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800

*Attorneys for*
*Arrowood Indemnity Co. et al.*

DAVID L. WALES (Bar No. 417440)
dwales@blbglaw.com
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1409
Fax: (212) 554-1444 (fax)

BLAIR A. NICHOLAS
blairn@blbglaw.com
DAVID R. KAPLAN
davidk@blbglaw.com
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*/s/ Hamish P.M. Hume*
HAMISH P.M. HUME
hhume@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW, Suite 800
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

*/s/ Michael Joseph Ciatti*
MICHAEL JOSEPH CIATTI
mciatti@kslaw.com
GRACIELA MARIA RODRIGUEZ
gmrodriguez@kslaw.com
KING & SPALDING, LLP
1700 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006
Telephone: 202.626.5508
Facsimile: 202.626.3737

*Attorneys for the*
*Federal Home Loan Mortgage Corp.*

JAY W. EISENHOFER
jeisenhofer@gelaw.com
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

GEOFFREY C. JARVIS
gjarvis@gelaw.com
MICHAEL J. BARRY
mbarry@gelaw.com
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100

LEE D. RUDY
lrudy@ktmc.com
ERIC L. ZAGAR
ezagar@ktmc.com
MATTHEW A. GOLDSTEIN
mgoldstein@ktmc.com
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Interim Co-Lead Class Counsel
in Class Action Litigations*

81775163\V-2