## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

FAIRHOLME FUNDS, INC., *et al.*,

        *Plaintiffs*,

        v.                        No. 13-cv-1053-RCL

THE FEDERAL HOUSING FINANCE
      AGENCY, *et al.*,

        *Defendants.*
_____

## PLAINTIFFS' MOTION FOR SUPPLEMENTATION OF THE ADMINISTRATIVE RECORDS, FOR LIMITED DISCOVERY, FOR SUSPENSION OF BRIEFING ON DEFENDANTS' DISPOSITIVE MOTIONS, AND FOR A STATUS CONFERENCE

Plaintiffs Fairholme Funds, Inc., *et al.* hereby respectfully move for entry of an order (1) requiring supplementation of the administrative record submissions produced by both sets of Defendants; (2) authorizing Plaintiffs to take limited discovery into the completeness of the administrative records produced by Defendants; (3) allowing Plaintiffs to take discovery, pursuant to Federal Rule of Civil Procedure 56(d), necessary to allow Plaintiffs to present facts essential to their opposition to the motion by Defendants Federal Housing Finance Agency ("FHFA") and the FHFA Director for summary judgment on Plaintiffs' claim for breach of fiduciary duty; and (4) suspending briefing on Defendants' dispositive motions until such supplementation of the records and limited discovery is completed.  Counsel for the plaintiffs in *Arrowood Indemnity Co. v. Federal National Mortgage Association*, No. 13-cv-1439, and *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*, No. 13-mc-1288, have indicated that their clients join Plaintiffs' motion.  Plaintiffs also

respectfully request that that Court schedule a status conference, at the Court's earliest convenience, to address the issues raised by this motion.

In support of this motion, Plaintiffs have filed this date an accompanying memorandum of points and authorities (with supporting exhibits), and the declaration of Vincent J. Colatriano.

Pursuant to LCvR 7(m), Plaintiffs represent that they have discussed this motion with counsel for Defendants in a good faith effort to determine whether there is any opposition to the relief sought and to narrow any areas of disagreement.  It is Plaintiffs' understanding, on the basis of that discussion, that Defendants will oppose this motion.

Date:   February 12, 2014

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070)
ccooper@cooperkirk.com
Vincent J. Colatriano (Bar No. 429562)
David H. Thompson (Bar No. 450503)
Peter A. Patterson (Bar No. 998668)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)