IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | No. 13-cv-1053-RCL |
| THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) | |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Supplementation of the Administrative Records, for Limited Discovery, and for Suspension of Briefing on Defendants' Dispositive Motions, it is hereby ORDERED that Plaintiffs' Motion is GRANTED, and it is further hereby ORDERED that:

1. Defendants shall promptly supplement their administrative record submissions so as to include all materials that were directly or indirectly considered by Defendants in connection with their decision to enter into the "Net Worth Sweep" implemented by the "Third Amendment" to the Preferred Stock Purchase Agreements, including, without limitation, (a) all financial projections and associated data and analyses; and (b) the Department of Justice materials to which the "decision memorandum" found at page 4332 of the Treasury Defendants' record submission refers.  In addition, to the extent Defendants have excluded from their compilation of record materials documents that they claim are protected by applicable privileges, they shall promptly produce to Plaintiffs a privilege log identifying those documents and the nature and basis for any such claim of privilege.  To the extent any such privileged materials

contain purely factual information, Defendants shall promptly produce redacted versions of such materials to Plaintiffs.  The productions required under this paragraph shall be made as soon as is reasonably possible, and in no event later than February __, 2014.

     2.     Plaintiffs are authorized to take limited discovery into the completeness of the administrative records produced by Defendants.

     3.     Plaintiffs are authorized to take discovery, pursuant to Federal Rule of Civil Procedure 56(d), necessary to allow Plaintiffs to present facts essential to their opposition to the motion by Defendants Federal Housing Finance Agency ("FHFA") and the FHFA Director to dismiss Plaintiffs' claim for breach of fiduciary duty, which motion the Court shall treat, under Federal Rule of Civil Procedure 12(d), as a motion for summary judgment.

     4.     Briefing on Defendants' pending dispositive motions is suspended until such supplementation of the records and limited discovery is completed.  Plaintiffs' response to Defendants' dispositive motions, and any cross-motion Plaintiffs decide to file, shall be filed no later than 14 days following the completion of the discovery authorized under this Order.

     IT IS SO ORDERED.


Dated:  _____                       _____
                                                           ROYCE C. LAMBERTH
                                                           United States District Judge

**Names and Addresses of All Attorneys**

Charles J. Cooper (D.C. Bar No. 248070)
Vincent J. Colatriano (D.C. Bar No. 429562)
David H. Thompson (D.C. Bar No. 450503)
Peter A. Patterson (D.C. Bar No. 998668)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (FAX)
ccooper@cooperkirk.com

*Counsel for Plaintiffs*


Howard N. Cayne (D.C. Bar No. 331306)
Asim Varma (D.C. Bar No. 426364)
David B. Bergman (D.C. Bar No. 435392)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000
 (202) 942-5999 (FAX)
Howard.Cayne@aporter.com
Asim.Varma@aporter.com
David.Bergman@aporter.com

*Counsel for Federal Housing Finance Agency & Edward DeMarco*


Joel McElvain
Thomas D. Zimpleman
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 514-2988
Joel.McElvain@usdoj.gov

*Counsel for Department of Treasury*