# EXHIBIT 1

# No. 13-cv-1053-RCL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PERRY CAPITAL LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1025-RLW |
| | ) | |
| **JACOB J. LEW**, in his official capacity as Secretary of the Treasury, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **FAIRHOLME FUNDS, INC.**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1053-RLW |
| | ) | |
| **FEDERAL HOUSING FINANCE AGENCY**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **ARROWOOD INDEMNITY COMPANY**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1439-RLW |
| | ) | |
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | ) | Misc. Action No. 13-mc-1288-RBW |
| _____ | ) | |
| This document relates to: | ) | |
| ALL CASES | ) | |
| _____ | ) | |

## NOITCE OF FILING OF ADMINISTRATIVE RECORD
## OF THE DEPARTMENT OF TREASURY

The United States Department of the Treasury ("Treasury") and Jacob J. Lew, in his official capacity as Secretary of the Treasury, defendants in the above-referenced actions, hereby give notice of the filing of the attached administrative record on behalf of Treasury with respect to its August 17, 2012, Third Amendment to Senior Preferred Stock Purchase Agreement with the Federal National Mortgage Association and its August 17, 2012, Third Amendment to Senior Preferred Stock Purchase Agreement with the Federal Home Loan Mortgage Corporation.

Dated: December 17, 2013

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

   /s/ Joel McElvain
JOEL McELVAIN
THOMAS DAVID ZIMPLEMAN
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
(202) 514-2988
Joel.McElvain@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PERRY CAPITAL LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1025-RLW |
| | ) | |
| **JACOB J. LEW**, in his official capacity as | ) | |
| Secretary of the Treasury, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **FAIRHOLME FUNDS, INC.**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1053-RLW |
| | ) | |
| **FEDERAL HOUSING FINANCE AGENCY**, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **ARROWOOD INDEMNITY COMPANY**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1439-RLW |
| | ) | |
| **FEDERAL NATIONAL MORTGAGE** | ) | |
| **ASSOCIATION**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **In re Fannie Mae/Freddie Mac Senior** | ) | |
| **Preferred Stock Purchase Agreement Class** | ) | |
| **Action Litigations** | ) | Misc. Action No. 13-mc-1288-RBW |
| _____ | ) | |
| This document relates to: | ) | |
| ALL CASES | ) | |
| _____ | ) | |

# ADMINISTRATIVE RECORD
## OF THE DEPARTMENT OF TREASURY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PERRY CAPITAL LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1025-RLW |
| | ) | |
| **JACOB J. LEW**, in his official capacity as Secretary of the Treasury, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **FAIRHOLME FUNDS, INC.**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1053-RLW |
| | ) | |
| **FEDERAL HOUSING FINANCE AGENCY,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **ARROWOOD INDEMNITY COMPANY**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1439-RLW |
| | ) | |
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | ) | Misc. Action No. 13-mc-1288-RBW |
| _____ | ) | |
| This document relates to: | ) | |
| ALL CASES | ) | |
| _____ | ) | |

# CERTIFICATION OF ADMINISTRATIVE RECORD

I, Timothy Bowler, declare as follows:

1.　　I am currently Deputy Assistant Secretary, Capital Markets, in the U.S. Department of the Treasury (Treasury).　I have held this position since August 1, 2011.

2.　　As Deputy Assistant Secretary, Capital Markets, I advised and assisted the Secretary of the Treasury, the Under Secretary for Domestic Finance, and other senior officials on entering into the Third Amendment to the Senior Preferred Stock Purchase Agreement with the Federal National Mortgage Association and Third Amendment to the Senior Preferred Stock Purchase Agreement with the Federal Home Loan Mortgage Corporation.

3.　　The documents annexed hereto reflect, to the best of my knowledge, the nonprivileged information considered by Treasury in entering into the August 17, 2012, Third Amendment to the Senior Preferred Stock Purchase Agreement with the Federal National Mortgage Association and the August 17, 2012, Third Amendment to the Senior Preferred Stock Purchase Agreement with the Federal Home Loan Mortgage Corporation.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 17th day of December, 2013, in Washington, D.C.

Timothy Bowler
Deputy Assistant Secretary, Capital Markets

2

**INDEX**

| Tab | Document | Bates Range |
|---|---|---|
| 1 | HERA Determination for Senior Preferred Stock Purchase Agreements (September 7, 2008) | 0001-0016 |
| 2 | Fannie Mae Senior Preferred Stock Purchase Agreement (September 7, 2008) | 0017-0031 |
| 3 | Fannie Mae Senior Preferred Stock Certificate (September 7, 2008) | 0032-0040 |
| 4 | Fannie Mae Warrant to Purchase Common Stock (September 7, 2008) | 0041-0050 |
| 5 | Freddie Mac Senior Preferred Stock Purchase Agreement (September 7, 2008) | 0051-0065 |
| 6 | Freddie Mac Senior Preferred Stock Certificate (September 7, 2008) | 0066-0074 |
| 7 | Freddie Mac Warrant to Purchase Common Stock (September 7, 2008) | 0075-0084 |
| 8 | Statement of FHFA Director James B. Lockhart (September 7, 2008) | 0085-0094 |
| 9 | Fannie Mae Amended and Restated Senior Preferred Stock Purchase Agreement (September 26, 2008) | 0095-0108 |
| 10 | Fannie Mae Senior Preferred Stock Certificate Form (September 26, 2008) | 0109-0117 |
| 11 | Fannie Mae Warrant to Purchase Common Stock (September 26, 2008) | 0118-0127 |
| 12 | Freddie Mac Amended and Restated Senior Preferred Stock Purchase Agreement (September 26, 2008) | 0128-0141 |
| 13 | Freddie Mac Senior Preferred Stock Certificate Form (September 26, 2008) | 0142-0150 |

| 14 | Freddie Mac Warrant to Purchase Common Stock (September 26, 2008) | 0151-0160 |
| 15 | Action Memorandum – Amendments to the Senior Preferred Stock Purchase Agreement with Fannie Mae and Freddie Mac, and Related Determination (May 6, 2009) | 0161-0162 |
| 16 | HERA Determination for Amendments to Senior Preferred Stock Purchase Agreements (May 6, 2009) | 0163-0164 |
| 17 | Fannie Mae Amendment to Amended and Restated Senior Preferred Stock Purchase Agreement (May 6, 2009) | 0165-0169 |
| 18 | Freddie Mac Amendment to Amended and Restated Senior Preferred Stock Purchase Agreement (May 6, 2009) | 0170-0174 |
| 20 | Action Memorandum – Expiration of HERA Authority and Amendments to the Preferred Stock Purchase Agreements (PSPAs) between Treasury and Fannie Mae and Freddie Mac (December 22, 2009) | 0175-0180 |
| 21 | Action Memorandum – Determination under Section 1117 of the Housing and Economic Recovery Act of 2008 for Purchase of Obligations and Securities of Regulated Entities (December 24, 2009) | 0181-0186 |
| 22 | HERA Determination for Second Amendment to Senior Preferred Stock Purchase Agreements (December 24, 2009) | 0187-0188 |
| 23 | Fannie Mae Second Amendment to Amended and Restated Senior Preferred Stock Purchase Agreement (December 24, 2009) | 0189-0194 |
| 24 | Freddie Mac Second Amendment to Amended and Restated Senior Preferred Stock Purchase Agreement (December 24, 2009) | 0195-0200 |

| 25 | Action Memorandum – Periodic Commitment Fee for GSE Preferred Stock Purchase Agreements (PSPAs) (December 20, 2010) | 0201-0203 |
|----|----|----|
| 26 | Periodic Commitment Fee Waiver Letter (December 29, 2010) | 0204 |
| 27 | Reforming America's Housing Finance Market: A Report to Congress, February 2011 | 0205-0236 |
| 28 | Fannie Mae 2010 Form 10-K | 0237-0639 |
| 29 | Freddie Mac 2010 Form 10-K | 0640-1063 |
| 30 | Periodic Commitment Fee Waiver Letter (March 31, 2011) | 1064 |
| 31 | Fannie Mae First Quarter 2011 Form 10-Q | 1065-1230 |
| 32 | Freddie Mac First Quarter 2011 Form 10-Q | 1231-1461 |
| 33 | Periodic Commitment Fee Waiver Letter (June 30, 2011) | 1462 |
| 34 | Fannie Mae Second Quarter 2011 Form 10-Q | 1463-1646 |
| 35 | Freddie Mac Second Quarter 2011 Form 10-Q | 1647-1892 |
| 36 | Moody's: Plan To Raise Fannie Mae and Freddie Mac Guarantee Fees Raises Question of Support (September 26, 2011) | 1893-1895 |
| 37 | Periodic Commitment Fee Waiver Letter (September 30, 2011) | 1896 |
| 38 | FHFA Press Release: FHFA Updates Projections of Potential Draws for Fannie Mae and Freddie Mac (October 27, 2011) (attaching FHFA's "Projections of the Enterprises' Financial Performance") | 1897-1912 |
| 39 | Fannie Mae Third Quarter 2011 Form 10-Q | 1913-2113 |
| 40 | Freddie Mac Third Quarter 2011 Form 10-Q | 2114-2357 |

| 41 | Action Memorandum – 2012 Periodic Commitment Fee for GSE Preferred Stock Purchase Agreements (December 21, 2011) | 2358-2365 |
|----|---|---|
| 42 | Periodic Commitment Fee Waiver Letter (December 21, 2011) | 2366 |
| 43 | FHFA Press Release: FHFA Sends Congress Strategic Plan for Fannie Mae and Freddie Mac Conservatorships (February 21, 2012) (attaching transmittal letter and "Strategic Plan for Enterprise Conservatorships: The Next Chapter in a Story that Needs an Ending") | 2367-2390 |
| 44 | Fannie Mae 2011 Form 10-K | 2391-2764 |
| 45 | Freddie Mac 2011 Form 10-K | 2765-3247 |
| 46 | Deutsche Bank: The Outlook In MBS and Securities Products (March 14, 2012) | 3248-3273 |
| 47 | Action Memorandum – Periodic Commitment Fee Waiver Letter for Q2 2012 (March 30, 2012) | 3274-3283 |
| 48 | Periodic Commitment Fee Waiver Letter (March 30, 2012) | 3284 |
| 49 | Moody's Presentation to Treasury: Fannie Mae and Freddie Mac Capital Positions (April 4, 2012) | 3285-3294 |
| 50 | Information Memorandum – GSE Budgeting and Cost Estimates (April 13, 2012) | 3295-3343 |
| 51 | Fannie Mae First Quarter 2012 Form 10-Q | 3344-3531 |
| 52 | Freddie Mac First Quarter 2012 Form 10-Q | 3532-3774 |
| 53 | GSE Preferred Stock Purchase Agreements Summary Review and Key Considerations, Presentation to the Office of Management and Budget, May 23, 2012 | 3775-3802 |
| 54 | Federal Housing Finance Agency, Office of Inspector General: Fannie Mae and Freddie Mac: Where the Taxpayers' Money Went (May 24, 2012) | 3803-3832 |

| 55 | GSE Preferred Stock Purchase Agreements (PSPA) Overview and Key Considerations, June 13, 2012 | 3833-3862 |
| 56 | Conservator's Report on the Enterprises' Financial Performance, First Quarter 2012 | 3863-3880 |
| 57 | Action Memorandum – Periodic Commitment Fee Waiver Letter for Q3 2012 (June 25, 2012) | 3881 |
| 58 | Periodic Commitment Fee Waiver Letter (June 25, 2012) | 3882 |
| 59 | Email dated July 6, 2012 attaching Illustrative Financial Forecasts – Fannie Mae Base Case & Stress Scenarios, July 2012 | 3883-3894 |
| 60 | Email dated August 7, 2012 attaching Treasury's Capital Support for The GSEs, Summary Review and Key Consideration, August 8, 2012 | 3895-3903 |
| 61 | Fannie Mae Second Quarter 2012 Form 10-Q | 3904-4082 |
| 62 | Freddie Mac Second Quarter 2012 Form 10-Q | 4083-4329 |
| 63 | Action Memorandum – Third Amendments to the Senior Preferred Stock Purchase Agreements with Fannie Mae and Freddie Mac (August 15, 2012) | 4330-4333 |
| 64 | Fannie Mae Third Amendment to Amended and Restated Senior Preferred Stock Purchase Agreement (August 17, 2012) | 4334-4341 |
| 65 | Freddie Mac Third Amendment to Amended and Restated Senior Preferred Stock Purchase Agreement (August 17, 2012) | 4342-4349 |
| 66 | Data as of November 14, 2013 on Treasury and Federal Reserve Purchase Programs for GSE and Mortgage-Related Securities | 4350-4357 |

## SENIOR PREFERRED STOCK PURCHASE AGREEMENT

SENIOR PREFERRED STOCK PURCHASE AGREEMENT (this "Agreement") dated as of September 7, 2008, between the UNITED STATES DEPARTMENT OF THE TREASURY ("Purchaser") and FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Seller"), acting through the Federal Housing Finance Agency (the "Agency") as its duly appointed conservator (the Agency in such capacity, "Conservator"). Reference is made to Article 1 below for the meaning of capitalized terms used herein without definition.

### Background

A. The Agency has been duly appointed as Conservator for Seller pursuant to Section 1367(a) of the Federal Housing Enterprises Financial Safety and Soundness Act of 1992 (as amended, the "FHE Act"). Conservator has determined that entry into this Agreement is (i) necessary to put Seller in a sound and solvent condition; (ii) appropriate to carry on the business of Seller and preserve and conserve the assets and property of Seller; and (iii) otherwise consistent with its powers, authorities and responsibilities.

B. Purchaser is authorized to purchase obligations and other securities issued by Seller pursuant to Section 304(g) of the Federal National Mortgage Association Charter Act, as amended (the "Charter Act"). The Secretary of the Treasury has determined, after taking into consideration the matters set forth in Section 304(g)(1)(C) of the Charter Act, that the purchases contemplated herein are necessary to (i) provide stability to the financial markets; (ii) prevent disruptions in the availability of mortgage finance; and (iii) protect the taxpayer.

THEREFORE, the parties hereto agree as follows:

### Terms and Conditions

## 1. DEFINITIONS

As used in this Agreement, the following terms shall have the meanings set forth below:

"*Affiliate*" means, when used with respect to a specified Person (i) any direct or indirect holder or group (as defined in Sections 13(d) and 14(d) of the Exchange Act) of holders of 10.0% or more of any class of capital stock of such Person and (ii) any current or former director or officer of such Person, or any other current or former employee of such Person that currently exercises or formerly exercised a material degree of Control over such Person, including without limitation each current or former Named Executive Officer of such Person.

"*Available Amount*" means, as of any date of determination, the lesser of (a) the Deficiency Amount as of such date and (b) the Maximum Amount as of such date.

"*Business Day*" means any day other than a Saturday, Sunday or other day on which commercial banks are authorized to close under United States federal law and the law of the State of New York.

($1,000,000,000 (one billion dollars) liquidation preference in the aggregate), and (b) the Warrant.

3.2. *Periodic Commitment Fee.* (a) Commencing March 31, 2010, Seller shall pay to Purchaser quarterly, on the last day of March, June, September and December of each calendar year (each a "Periodic Fee Date"), a periodic commitment fee (the "Periodic Commitment Fee"). The Periodic Commitment Fee shall accrue from January 1, 2010.

(b) The Periodic Commitment Fee is intended to fully compensate Purchaser for the support provided by the ongoing Commitment following December 31, 2009. The amount of the Periodic Commitment Fee shall be set not later than December 31, 2009 with respect to the ensuing five-year period, shall be reset every five years thereafter and shall be determined with reference to the market value of the Commitment as then in effect. The amount of the Periodic Commitment Fee shall be mutually agreed by Purchaser and Seller, subject to their reasonable discretion and in consultation with the Chairman of the Federal Reserve; provided, that Purchaser may waive the Periodic Commitment Fee for up to one year at a time, in its sole discretion, based on adverse conditions in the United States mortgage market.

(c) At the election of Seller, the Periodic Commitment Fee may be paid in cash or by adding the amount thereof ratably to the liquidation preference of each outstanding share of Senior Preferred Stock so that the aggregate liquidation preference of all such outstanding shares of Senior Preferred Stock is increased by an amount equal to the Periodic Commitment Fee. Seller shall deliver notice of such election not later than three (3) Business Days prior to each Periodic Fee Date. If the Periodic Commitment Fee is not paid in cash by 12:00 pm (New York time) on the applicable Periodic Fee Date (irrespective of Seller's election pursuant to this subsection), Seller shall be deemed to have elected to pay the Periodic Commitment Fee by adding the amount thereof to the liquidation preference of the Senior Preferred Stock, and the aggregate liquidation preference of the outstanding shares of Senior Preferred Stock shall thereupon be automatically increased, in the manner contemplated by the first sentence of this section, by an aggregate amount equal to the Periodic Commitment Fee then due.

3.3. *Increases of Senior Preferred Stock Liquidation Preference as a Result of Funding under the Commitment.* The aggregate liquidation preference of the outstanding shares of Senior Preferred Stock shall be automatically increased by an amount equal to the amount of each draw on the Commitment pursuant to Article 2 that is funded by Purchaser to Seller, such increase to occur simultaneously with such funding and ratably with respect to each share of Senior Preferred Stock.

3.4. *Notation of Increase in Liquidation Preference.* Seller shall duly mark its records to reflect each increase in the liquidation preference of the Senior Preferred Stock contemplated herein (but, for the avoidance of doubt, such increase shall be effective regardless of whether Seller has properly marked its records).

## CERTIFICATE OF DESIGNATION OF TERMS OF
## VARIABLE LIQUIDATION PREFERENCE SENIOR
## PREFERRED STOCK, SERIES 2008-2

### 1.  Designation, Par Value, Number of Shares and Priority

The designation of the series of preferred stock of the Federal National Mortgage Association (the "Company") created by this resolution shall be "Variable Liquidation Preference Senior Preferred Stock, Series 2008-2" (the "Senior Preferred Stock"), and the number of shares initially constituting the Senior Preferred Stock is 1,000,000. Shares of Senior Preferred Stock will have no par value and a stated value and initial liquidation preference per share equal to $1,000 per share, subject to adjustment as set forth herein. The Board of Directors of the Company, or a duly authorized committee thereof, in its sole discretion, may reduce the number of shares of Senior Preferred Stock, provided such reduction is not below the number of shares of Senior Preferred Stock then outstanding.

The Senior Preferred Stock shall rank prior to the common stock of the Company as provided in this Certificate and shall rank, as to both dividends and distributions upon dissolution, liquidation or winding up of the Company, prior to (a) the shares of preferred stock of the Company designated "5.25% Non-Cumulative Preferred Stock, Series D", "5.10% Non-Cumulative Preferred Stock, Series E", "Variable Rate Non-Cumulative Preferred Stock, Series F", "Variable Rate Non-Cumulative Preferred Stock, Series G", "5.81% Non-Cumulative Preferred Stock, Series H", "5.375% Non-Cumulative Preferred Stock, Series I", "5.125% Non-Cumulative Preferred Stock, Series L", "4.75% Non-Cumulative Preferred Stock, Series M", "5.50% Non-Cumulative Preferred Stock, Series N", "Non-Cumulative Preferred Stock, Series O", "Non-Cumulative Convertible Series 2004-1 Preferred Stock", "Variable Rate Non-Cumulative Preferred Stock, Series P", "6.75% Non-Cumulative Preferred Stock, Series Q", "7.625% Non-Cumulative Preferred Stock, Series R", "Fixed-to-Floating Rate Non-Cumulative Preferred Stock, Series S", and "8.75% Non-Cumulative Mandatory Convertible Preferred Stock", Series 2008-1", (b) any other capital stock of the Company outstanding on the date of the initial issuance of the Senior Preferred Stock and (c) any capital stock of the Company that may be issued after the date of initial issuance of the Senior Preferred Stock.

### 2.  Dividends

(a)  For each Dividend Period from the date of the initial issuance of the Senior Preferred Stock, holders of outstanding shares of Senior Preferred Stock shall be entitled to receive, ratably, when, as and if declared by the Board of Directors, in its sole discretion, out of funds legally available therefor, cumulative cash dividends at the annual rate per share equal to the then-current Dividend Rate on the then-current Liquidation Preference. Dividends on the Senior Preferred Stock shall accrue from but not including the date of the initial issuance of the Senior Preferred Stock and will be payable in arrears when, as and if declared by the Board of Directors quarterly on March 31, June 30, September 30 and December 31 of each year (each, a "Dividend Payment Date"), commencing on December 31, 2008. If a Dividend Payment Date is not a "Business Day," the related dividend will be paid not later than the next Business Day with the same force and effect as though paid on the Dividend Payment Date, without any increase to

account for the period from such Dividend Payment Date through the date of actual payment. "Business Day" means a day other than (i) a Saturday or Sunday, (ii) a day on which New York City banks are closed, or (iii) a day on which the offices of the Company are closed.

If declared, the initial dividend will be for the period from but not including the date of the initial issuance of the Senior Preferred Stock through and including December 31, 2008. Except for the initial Dividend Payment Date, the "Dividend Period" relating to a Dividend Payment Date will be the period from but not including the preceding Dividend Payment Date through and including the related Dividend Payment Date. The amount of dividends payable on the initial Dividend Payment Date or for any Dividend Period that is not a full calendar quarter shall be computed on the basis of 30-day months, a 360-day year and the actual number of days elapsed in any period of less than one month. For the avoidance of doubt, in the event that the Liquidation Preference changes in the middle of a Dividend Period, the amount of dividends payable on the Dividend Payment Date at the end of such Dividend Period shall take into account such change in Liquidation Preference and shall be computed at the Dividend Rate on each Liquidation Preference based on the portion of the Dividend Period that each Liquidation Preference was in effect.

(b)     To the extent not paid pursuant to Section 2(a) above, dividends on the Senior Preferred Stock shall accrue and shall be added to the Liquidation Preference pursuant to Section 8, whether or not there are funds legally available for the payment of such dividends and whether or not dividends are declared.

(c)     "Dividend Rate" means 10.0%; provided, however, that if at any time the Company shall have for any reason failed to pay dividends in cash in a timely manner as required by this Certificate, then immediately following such failure and for all Dividend Periods thereafter until the Dividend Period following the date on which the Company shall have paid in cash full cumulative dividends (including any unpaid dividends added to the Liquidation Preference pursuant to Section 8), the "Dividend Rate" shall mean 12.0%.

(d)     Each such dividend shall be paid to the holders of record of outstanding shares of the Senior Preferred Stock as they appear in the books and records of the Company on such record date as shall be fixed in advance by the Board of Directors, not to be earlier than 45 days nor later than 10 days preceding the applicable Dividend Payment Date. The Company may not, at any time, declare or pay dividends on, make distributions with respect to, or redeem, purchase or acquire, or make a liquidation payment with respect to, any common stock or other securities ranking junior to the Senior Preferred Stock unless (i) full cumulative dividends on the outstanding Senior Preferred Stock in respect of the then-current Dividend Period and all past Dividend Periods (including any unpaid dividends added to the Liquidation Preference pursuant to Section 8) have been declared and paid in cash (including through any pay down of Liquidation Preference pursuant to Section 3) and (ii) all amounts required to be paid pursuant to Section 4 (without giving effect to any prohibition on such payment under any applicable law) have been paid in cash.

(e)     Notwithstanding any other provision of this Certificate, the Board of Directors, in its discretion, may choose to pay dividends on the Senior Preferred Stock without the payment of any dividends on the common stock, preferred stock or any other class or series of stock from time

2

TREASURY-0033

to time outstanding ranking junior to the Senior Preferred Stock with respect to the payment of dividends.

(f)     If and whenever dividends, having been declared, shall not have been paid in full, as aforesaid, on shares of the Senior Preferred Stock, all such dividends that have been declared on shares of the Senior Preferred Stock shall be paid to the holders pro rata based on the aggregate Liquidation Preference of the shares of Senior Preferred Stock held by each holder, and any amounts due but not paid in cash shall be added to the Liquidation Preference pursuant to Section 8.

## 3.    Optional Pay Down of Liquidation Preference

(a)     Following termination of the Commitment (as defined in the Preferred Stock Purchase Agreement referred to in Section 8 below), and subject to any limitations which may be imposed by law and the provisions below, the Company may pay down the Liquidation Preference of all outstanding shares of the Senior Preferred Stock pro rata, at any time, in whole or in part, out of funds legally available therefor, with such payment first being used to reduce any accrued and unpaid dividends previously added to the Liquidation Preference pursuant to Section 8 below and, to the extent all such accrued and unpaid dividends have been paid, next being used to reduce any Periodic Commitment Fees (as defined in the Preferred Stock Purchase Agreement referred to in Section 8 below) previously added to the Liquidation Preference pursuant to Section 8 below. Prior to termination of the Commitment, and subject to any limitations which may be imposed by law and the provisions below, the Company may pay down the Liquidation Preference of all outstanding shares of the Senior Preferred Stock pro rata, at any time, out of funds legally available therefor, but only to the extent of (i) accrued and unpaid dividends previously added to the Liquidation Preference pursuant to Section 8 below and not repaid by any prior pay down of Liquidation Preference and (ii) Periodic Commitment Fees previously added to the Liquidation Preference pursuant to Section 8 below and not repaid by any prior pay down of Liquidation Preference. Any pay down of Liquidation Preference permitted by this Section 3 shall be paid by making a payment in cash to the holders of record of outstanding shares of the Senior Preferred Stock as they appear in the books and records of the Company on such record date as shall be fixed in advance by the Board of Directors, not to be earlier than 45 days nor later than 10 days preceding the date fixed for the payment.

(b)     In the event the Company shall pay down of the Liquidation Preference of the Senior Preferred Stock as aforesaid, notice of such pay down shall be given by the Company by first class mail, postage prepaid, mailed neither less than 10 nor more than 45 days preceding the date fixed for the payment, to each holder of record of the shares of the Senior Preferred Stock, at such holder's address as the same appears in the books and records of the Company. Each such notice shall state the amount by which the Liquidation Preference of each share shall be reduced and the pay down date.

(c)     If after termination of the Commitment the Company pays down the Liquidation Preference of each outstanding share of Senior Preferred Stock in full, such shares shall be deemed to have been redeemed as of the date of such payment, and the dividend that would otherwise be payable for the Dividend Period ending on the pay down date will be paid on such date. Following such deemed redemption, the shares of the Senior Preferred Stock shall no longer be deemed to be

3

April 4, 2012



# MOODY'S
## INVESTORS SERVICE

# Fannie Mae and Freddie Mac Capital Positions

TREASURY-3285

# Discussion Topics

1. Moody's earnings estimates and credit losses

2. Alternatives to reverse GSE capital deficits

    i.    Increased guarantee fees

    ii.   Lower preferred dividends

    iii.  Other

3. Prospects for reform

TREASURY-3286

MOODY'S
INVESTORS SERVICE

# Moody's Approach to Estimating Credit Losses

1. Trend Analysis Calculator for Projecting Lifetime Portfolio Residential Mortgage Losses

   – Assuming future home price and unemployment projections, estimates future lifetime cumulative losses based on the lender's recent delinquency and loss performance

2. Framework of the model is generally based on Moody's US RMBS Surveillance's Loss Methodology

TREASURY-3287

Moody's
INVESTORS SERVICE

Meeting with U.S. Treasury, April 4, 2012   3

Case 1:13-cv-01053-RLW   Document 23-10   Filed 12/17/13   Page 2 of 480

# **Lifetime Loss Calculations**

1. For <u>loans currently seriously delinquent or modified last year</u>, "pipeline losses" are equal to the product of
   - i.    Percent of such loans
   - ii.   Assumed default rate
   - iii.  Estimated severity rate

2. For <u>all other loans</u>, lifetime cumulative losses are equal to:
   - i.    For each of the next 5 years, losses are equal to the product of:
     - a.  Estimated rate of new 60+ delinquencies (Transition Rate)
       1. This is based on the rate of loans that went seriously delinquent over the last year as well as our home price and unemployment assumptions
     - b.  Assumed default rate
     - c.  Estimated severity rate
   - ii.   For losses beyond year 5, multiply year 5 losses by 3

TREASURY-3288

# Credit Loss Estimates

Dec 31, 2010        Dec 2011

| Fannie Mae | | | | | | | | Scenario # | | | 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Losses From Loans Going Seriously Delinquent in Year | | | | | | | | |
| | 0 | | 1 | | 2 | | 3 | | 4 | 5 | | 6+ | Total |
| Actual Year that Loss is Realized | | | | | | | | | | | | | |
| 1 | $ | 32,898 | $ | 1,176 | | | | | | | | | $ 34,074 |
| 2 | $ | 24,647 | $ | 3,497 | $ | 833 | | | | | | | $ 28,977 |
| 3 | $ | 12,313 | $ | 5,802 | $ | 2,477 | $ | 550 | | | | | $ 21,143 |
| 4 | $ | 8,209 | $ | 5,802 | $ | 4,110 | $ | 1,636 | $ 269 | | | | $ 20,026 |
| 5 | $ | 4,104 | $ | 4,642 | $ | 4,110 | $ | 2,713 | $ 799 | $ 109 | | | $ 16,478 |
| 6 | $ | - | $ | 1,160 | $ | 3,288 | $ | 2,713 | $ 1,326 | $ 324 | $ 328 | $ | 9,139 |
| 7 | $ | - | $ | 1,160 | $ | 822 | $ | 2,171 | $ 1,326 | $ 537 | $ 972 | $ | 6,987 |
| 8 | $ | - | $ | - | $ | 822 | $ | 543 | $ 1,061 | $ 537 | $ 1,610 | $ | 4,572 |
| 9 | $ | - | $ | - | $ | - | $ | 543 | $ 265 | $ 429 | $ 1,610 | $ | 2,847 |
| 10 | $ | - | $ | - | $ | - | $ | - | $ 265 | $ 215 | $ 1,932 | $ | 2,412 |
| Total | $ | 82,171 | $ | 23,240 | $ | 16,462 | $ | 10,869 | $ 5,311 | $ 2,150 | $ 6,451 | $ | 146,654 |

$0.5 B

| Freddie Mac | | | | | | | | Scenario # | | | 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Losses From Loans Going Seriously Delinquent in Year | | | | | | | | |
| | 0 | | 1 | | 2 | | 3 | | 4 | 5 | | 6+ | Total |
| Actual Year that Loss is Realized | | | | | | | | | | | | | |
| 1 | $ | 15,371 | $ | 803 | | | | | | | | | $ 16,175 |
| 2 | $ | 11,528 | $ | 2,410 | $ | 567 | | | | | | | $ 14,506 |
| 3 | $ | 5,764 | $ | 4,017 | $ | 1,702 | $ | 377 | | | | | $ 11,859 |
| 4 | $ | 3,843 | $ | 4,017 | $ | 2,837 | $ | 1,130 | $ 187 | | | | $ 12,012 |
| 5 | $ | 1,921 | $ | 3,213 | $ | 2,837 | $ | 1,883 | $ 560 | $ 77 | | | $ 10,492 |
| 6 | $ | - | $ | 803 | $ | 2,269 | $ | 1,883 | $ 933 | $ 232 | $ 232 | $ | 6,353 |
| 7 | $ | - | $ | 803 | $ | 567 | $ | 1,506 | $ 933 | $ 387 | $ 697 | $ | 4,894 |
| 8 | $ | - | $ | - | $ | 567 | $ | 377 | $ 746 | $ 387 | $ 1,161 | $ | 3,238 |
| 9 | $ | - | $ | - | $ | - | $ | 377 | $ 187 | $ 310 | $ 1,161 | $ | 2,034 |
| 10 | $ | - | $ | - | $ | - | $ | - | $ 187 | $ 155 | $ 1,393 | $ | 1,735 |
| Total | $ | 38,428 | $ | 16,067 | $ | 11,346 | $ | 7,532 | $ 3,732 | $ 1,548 | $ 4,644 | $ | 83,297 |

Moody's
INVESTORS SERVICE

Meeting with U.S. Treasury, April 4, 2012   5

TREASURY-3289

147

286

# Moody's Approach to Estimating Earnings

» Net interest income
  - Held margin constant (Fannie Mae at 60 bps reported in FY 2011; Freddie Mac at 82 bps)
  - Mortgage book shrinks by single digits % through 2014 and by 10% per year thereafter.
» Credit losses, the allowance and provisions
  - Annual credit losses (shown on pages 5) are forecasted as charge-offs in the earnings model.
  - The allowance is a fixed percentage of the mortgage book.
  - The allowance shrinks to 1.0% of the mortgage book by 2019.
  - The provision is a plug.
» Derivative
  - losses every year approximate average over the past nine years (incorporate OCI and MTM securities)
  - Losses shrink in proportion to the shrinkage in the mortgage portfolio
» Admin expense
  - Shrinks modestly until 2015.  Held constant thereafter.

MOODY'S
INVESTORS SERVICE

Meeting with U.S. Treasury, April 4, 2012   6

TREASURY-3290

# Fannie Mae's Projected Capital Position

| Fannie Mae Model in $ millions | FY2010 | FY2011 | Proj FY2012 | Proj FY2013 | Proj FY2014 | Proj FY2015 | Proj FY2016 | Proj FY2017 | Proj FY2018 | Proj FY2019 | Proj FY2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Interest Earning Assets | 3,242,914 | 3,205,393 | 3,045,123 | 2,892,867 | 2,603,580 | 2,343,222 | 2,108,900 | 1,898,010 | 1,708,209 | 1,537,388 | 1,383,649 |
| Interest earnings assets YoY growth | | -1.2% | -5.0% | -5.0% | -10.0% | -10.0% | -10.0% | -10.0% | -10.0% | -10.0% | -10.0% |
| Net interest income | 16,409 | 19,281 | 18,317 | 17,401 | 15,661 | 14,095 | 12,685 | 11,417 | 10,275 | 9,248 | 8,323 |
| Net interest margin before guaranty fees | 0.51% | 0.60% | 0.60% | 0.60% | 0.60% | 0.60% | 0.60% | 0.60% | 0.60% | 0.60% | 0.60% |
| Net interest income with guaranty fees | 16,409 | 19,281 | 18,317 | 17,401 | 15,661 | 14,095 | 12,685 | 11,417 | 10,275 | 9,248 | 8,323 |
| Net interest margin with guaranty fees | 0.51% | 0.60% | 0.60% | 0.60% | 0.60% | 0.60% | 0.60% | 0.60% | 0.60% | 0.60% | 0.60% |
| Provision for loan losses | 24,702 | 25,914 | 20,017 | 14,813 | 12,622 | 7,919 | 1,824 | 627 | (838) | (1,756) | 1,074 |
| Net interest income after provision | (8,293) | (6,633) | (1,700) | 2,588 | 3,039 | 6,175 | 10,861 | 10,790 | 11,113 | 11,003 | 7,249 |
| Fees and other income | 1,084 | 1,163 | 1,131 | 1,075 | 995 | 895 | 806 | 725 | 653 | 587 | 529 |
| Derivatives losses | (511) | (6,621) | (4,800) | (4,560) | (4,104) | (3,694) | (3,324) | (2,992) | (2,693) | (2,423) | (2,181) |
| Total other losses / expenses | (6,380) | (4,854) | (4,719) | (4,483) | (4,150) | (3,910) | (3,719) | (3,547) | (3,393) | (3,253) | (3,128) |
| Income before taxes | (14,100) | (16,945) | (10,088) | (5,380) | (4,220) | (533) | 4,623 | 4,976 | 5,680 | 5,914 | 2,468 |
| Income tax expense | (82) | (90) | | | | | | | | | |
| Net Income | (14,018) | (16,855) | (10,088) | (5,380) | (4,220) | (533) | 4,623 | 4,976 | 5,680 | 5,914 | 2,468 |
| Less: Preferred stock dividends | (7,704) | (9,614) | (11,258) | (13,398) | (15,278) | (17,228) | (19,008) | (20,448) | (21,998) | (23,638) | (25,418) |
| Net income available to common stockholders | (21,718) | (26,469) | (21,346) | (18,778) | (19,498) | (17,761) | (14,384) | (15,472) | (16,318) | (17,724) | (22,949) |
| Remaining contingent capital | | | | 106,000 | 86,500 | 68,700 | 54,300 | 38,800 | 22,400 | 4,600 | (18,400) |
| Senior preferred outstanding | | 112,578 | 133,978 | 152,778 | 172,278 | 190,078 | 204,478 | 219,978 | 236,378 | 254,178 | 277,178 |
| Allowance for loan losses | 61,556 | 72,156 | 63,328 | 56,151 | 48,129 | 38,985 | 31,188 | 24,560 | 18,947 | 14,210 | 12,789 |
| Allowance for loan losses as % of guaranty book | 2.07% | 2.44% | 2.25% | 2.10% | 2.00% | 1.80% | 1.60% | 1.40% | 1.20% | 1.00% | 1.00% |

TREASURY-3291

MOODY'S
INVESTORS SERVICE

Meeting with U.S. Treasury, April 4, 2012    7

Case 1:13-cv-01053-RLW Document 23-10 Filed 12/17/13 Page 6 of 480

TREASURY-3292

# Freddie Mac's Projected Capital Position

| Freddie Mac Model in $ millions | FY2010 | FY2011 | Proj FY2012 | Proj FY2013 | Proj FY2014 | Proj FY2015 | Proj FY2016 | Proj FY2017 | Proj FY2018 | Proj FY2019 | Proj FY2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Average interest earning assets | 2,365,377 | 2,249,299 | 2,136,834 | 2,029,992 | 1,826,993 | 1,644,294 | 1,479,864 | 1,331,878 | 1,198,690 | 1,078,821 | 970,939 |
| Earning assets YoY growth rate | | -4.9% | -5.0% | -5.0% | -10.0% | -10.0% | -10.0% | -10.0% | -10.0% | -10.0% | -10.0% |
| Net interest income | 16,856 | 18,397 | 17,477 | 16,603 | 14,943 | 13,449 | 12,104 | 10,893 | 9,804 | 8,824 | 7,941 |
| Net interest margin before guarantee fee increase | 0.71% | 0.82% | 0.82% | 0.82% | 0.82% | 0.82% | 0.82% | 0.82% | 0.82% | 0.82% | 0.82% |
| Guaranty fees | - | - | - | - | - | - | - | - | - | - | - |
| Net interest income with guaranty fees | 16,856 | 18,397 | 17,477 | 16,603 | 14,943 | 13,449 | 12,104 | 10,893 | 9,804 | 8,824 | 7,941 |
| Net interest margin with guaranty fees | 0.71% | 0.82% | 0.82% | 0.82% | 0.82% | 0.82% | 0.82% | 0.82% | 0.82% | 0.82% | 0.82% |
| Provision for loan losses | 17,218 | 10,702 | 12,426 | 8,617 | 7,474 | 6,613 | 3,005 | 1,930 | 671 | (1,194) | 796 |
| Net interest income after provision | (362) | 7,695 | 5,051 | 7,986 | 7,469 | 6,836 | 9,099 | 8,963 | 9,133 | 10,018 | 7,146 |
| Derivatives losses | (8,085) | (9,752) | (5,200) | (4,940) | (4,446) | (4,001) | (3,601) | (3,241) | (2,917) | (2,625) | (2,363) |
| Total other losses / expenses | (6,435) | (3,609) | (3,415) | (3,269) | (3,111) | (2,945) | (2,745) | (2,561) | (2,440) | (2,281) | (2,183) |
| Income before taxes | (14,882) | (5,666) | (3,564) | (223) | (88) | (110) | 2,752 | 3,161 | 3,776 | 5,112 | 2,600 |
| Provision for income taxes | (856) | (400) | - | - | - | - | - | - | - | - | - |
| Net income | (14,026) | (5,266) | (3,564) | (223) | (88) | (110) | 2,752 | 3,161 | 3,776 | 5,112 | 2,600 |
| Less: Preferred stock dividends | (5,749) | (6,498) | (7,217) | (8,297) | (9,157) | (10,087) | (11,107) | (11,947) | (12,827) | (13,737) | (14,607) |
| Net income available to common stockholders | (19,774) | (11,764) | (10,781) | (8,520) | (9,245) | (10,197) | (8,355) | (8,786) | (9,051) | (8,626) | (12,007) |
| Remaining contingent capital | | | | 140,700 | 131,400 | 121,200 | 112,800 | 104,000 | 94,900 | 86,200 | 74,100 |
| Senior preferred outstanding | | 72,171 | 82,971 | 91,571 | 100,871 | 111,071 | 119,471 | 128,271 | 137,371 | 146,071 | 158,171 |
| Allowance for loan losses | 39,926 | 39,461 | 35,489 | 31,842 | 26,972 | 22,757 | 19,116 | 15,976 | 13,272 | 9,954 | 8,959 |
| Allowance as % of mortgage book | 1.84% | 1.90% | 1.80% | 1.70% | 1.60% | 1.50% | 1.40% | 1.30% | 1.20% | 1.00% | 1.00% |

Moody's
INVESTORS SERVICE

**moodys.com**



MOODY'S
INVESTORS SERVICE

TREASURY-3294

© 2009 Moody's Investors Service, Inc. and/or its licensors and affiliates (collectively, "MOODY'S"). All rights reserved. ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY COPYRIGHT LAW AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, all information contained herein is provided "AS IS" without warranty of any kind. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The ratings, financial reporting analysis, projections, and other observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER. Each rating or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security and of each issuer and guarantor of, and each provider of credit support for, each security that it may consider purchasing, holding or selling.

Moody's Investors Service, Inc. ("MIS"), a wholly-owned credit rating agency subsidiary of Moody's Corporation ("MCO"), hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MIS have, prior to assignment of any rating, agreed to pay to MIS for appraisal and rating services rendered by it fees ranging from $1,500 to approximately $2,500,000. MCO and MIS also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually at www.moodys.com under the heading "Shareholder Relations — Corporate Governance — Director and Shareholder Affiliation Policy."

Moody's
INVESTORS SERVICE



Case 1:13-cv-01053-RLW   Document 22-10   Filed 02/12/14   Page 3 of 480

**DEPARTMENT OF THE TREASURY**
**WASHINGTON, D.C.  20220**

April 13, 2012

## INFORMATION MEMORANDUM FOR SECRETARY GEITHNER

**FROM**:        Mary John Miller, Under Secretary for Domestic Finance

**SUBJECT**:        GSE Budgeting and Cost Estimates

This memorandum was prepared in response to your inquiry for an explanation on how Treasury staff developed the $28 billion net investment cost estimate of the Senior Preferred Stock Purchase Agreements (PSPAs) with Fannie Mae and Freddie Mac (the GSEs).

## BACKGROUND

As part of the Administration's annual reporting and budgeting requirements, Treasury engaged Grant Thornton to prepare independent, third-party financial projections for the GSEs.  Grant Thornton developed their forecasts based upon the Projections of the Enterprises' Financial Performance report published by FHFA in October 2011.  Their analysis projects forward the expected net income, PSPA draws, and required dividend payments under an optimistic, base, and downside case.  For the purposes of the President's FY 2013 Budget, which requires a 10 year forecast, Treasury and the Office of Management and Budget (OMB) relied upon Grant Thornton's base case scenario to develop a cost estimate using the key assumptions listed on the next page.

As highlighted in the bottom right of Exhibit 1, the President's FY2013 Budget forecast implies cumulative net payments by Treasury to the GSEs of approximately $28 billion through 2022.  This represents the difference between $226 billion cumulative liquidity payments and $197 billion cumulative dividends payments from the GSEs.  At OMB's request, the figures presented in the FY 2013 budget only show expected liquidity payments and dividend payments separately through 2014; thereafter, expected liquidity payments and dividend payments are netted into the dividend payments line.

## Exhibit 1

**2013 Budgetary Cost of Treasury Support for Fannie Mae and Freddie Mac**
(In billions of dollars)

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Totals 2013-2017 | 2013-2022 | 2009-2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Transactions between Treasury and Fannie Mae/ Freddie Mac** | | | | | | | | | | | | | | | | | |
| Senior Preferred Liquidity Payments to Fannie/Freddie...... | 96 | 53 | 21 | 40 | 13 | 4 | | | | | | | | | 16.8 | 16.8 | 225.5 |
| Senior Preferred Dividend Payments from Fannie/Freddie... | -4 | -12 | -16 | -19 | -22 | -23 | -20 | -17 | -13 | -11 | -10 | -10 | -10 | -10 | -94.8 | -146.4 | -197.3 |
| Net Payments........................................................ | 91 | 40 | 5 | 21 | -9 | -18 | -20 | -17 | -13 | -11 | -10 | -10 | -10 | -10 | -78.0 | -129.6 | 28.3 |

TREASURY-3775

# GSE Preferred Stock Purchase Agreements
# Summary Review and Key Considerations

Presentation to The Office of Management and Budget
Sensitive and Pre-Decisional

May 23, 2012

# Primary GSE Financial Forecast Assumptions

**Sensitive / Pre-Decisional**

- As conservator, FHFA evaluated the GSEs financial future by performing sensitivity analysis, commonly referred to as the "stress tests."

  - The sensitivity analysis included a base and downside case and were projected out to year 2014.

  - The sensitivity analysis used assumptions about GSE operations, loan performance, macroeconomic and financial market conditions, and house prices.

- Treasury also evaluated the financial prospects of the GSEs.

  - Grant Thornton was engaged as an independent, third-party consultant to perform a valuation of the entities for the Treasury Financial Report and OMB budget estimation figures.

  - Grant Thornton developed their own forecasts based, in part, on the assumptions used by FHFA.

  - The Grant Thornton models were projected out until each GSE depleted its PSPA capacity.

- Both the FHFA and Grant Thornton analysis were used to generate the forecast estimates on the subsequent pages.

TREASURY-3786

\*\*\*HIGHLY CONFIDENTIAL\*\*\*
DO NOT DISTRIBUTE OR SHARE WITH OTHER PARTIES

# GSE Preferred Stock Purchase Agreements (PSPA) Overview and Key Considerations

Sensitive and Pre-Decisional

June 13, 2012

TREASURY-3833

# Primary GSE Financial Forecast Assumptions

Sensitive / Pre-Decisional

- As conservator, FHFA evaluated the GSEs financial future by performing sensitivity analyses, commonly referred to as the "stress tests."

  - The sensitivity analyses included a base and downside case and were projected out to year 2014.

  - The sensitivity analyses were based on assumptions about GSE operations, loan performance, macroeconomic and financial market conditions, and house prices.

- Treasury also evaluated the financial prospects of the GSEs.

  - Grant Thornton was engaged as an independent, third-party consultant to perform a valuation of the entities for the Treasury Financial Report and OMB budget estimation figures.

  - Grant Thornton developed their own forecasts based, in part, on the forecasts prepared by each GSE based on a consistent set of assumptions provided by FHFA.

  - The Grant Thornton models were projected out until each GSE depleted its PSPA capacity.

- Both the FHFA and Grant Thornton analyses were used to generate the forecast estimates on the subsequent pages.

TREASURY-3837

# Fannie Mae Base Case PSPA Forecast

Sensitive / Pre-Decisional

| Projections: $ in billions | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Comprehensive Income (Loss)[1] | ($13.1) | $5.4 | $13.1 | $13.5 | $9.1 | $8.5 | $8.0 | $7.9 | $8.5 | $8.4 | $8.1 | $8.0 |
| Total Gross PSPA Draw | $28.7 | $11.4 | $2.9 | $1.2 | $7.0 | $7.1 | $8.2 | $9.4 | $9.8 | $10.7 | $12.1 | $13.5 |
| Total Dividend Paid | ($11.8) | ($14.0) | ($14.8) | ($15.0) | ($15.2) | ($15.9) | ($16.6) | ($17.5) | ($18.4) | ($19.4) | ($20.6) | ($21.8) |
| Total PSPA Draw Net of PSPA Dividends | $16.9 | ($2.6) | ($11.9) | ($13.8) | ($8.2) | ($8.8) | ($8.4) | ($8.1) | ($8.6) | ($8.7) | ($8.5) | ($8.3) |
| Projected End of Period Net Worth[2] | ($6.2) | ($3.4) | ($2.2) | ($2.5) | ($1.6) | ($1.9) | ($2.3) | ($2.4) | ($2.5) | ($2.9) | ($3.3) | ($3.6) |
| Percent of Dividends Funded by PSPA Draws | 100% | 81% | 20% | 8% | 46% | 45% | 49% | 54% | 53% | 55% | 59% | 62% |
| Dollar Amt. of Dividends Funded by Earnings | $0.0 | $2.6 | $11.9 | $13.8 | $8.2 | $8.8 | $8.4 | $8.1 | $8.6 | $8.7 | $8.5 | $8.3 |
| Cumulative Cash Dividends Funded by Earnings | $0.0 | $2.6 | $14.5 | $28.3 | $36.5 | $45.3 | $53.7 | $61.7 | $70.4 | $79.1 | $87.6 | $95.9 |
| Cumulative Net Return To Taxpayers By FY2023[3] | - | - | - | - | - | - | - | - | - | - | - | $92.4 |
| Beginning PSPA Liquidation Preference | $112.6 | $141.3 | $152.7 | $155.6 | $156.8 | $163.8 | $170.9 | $179.1 | $188.5 | $198.3 | $209.0 | $221.1 |
| Total Gross Liquidation Preference | $28.7 | $11.4 | $2.9 | $1.2 | $7.0 | $7.1 | $8.2 | $9.4 | $9.8 | $10.7 | $12.1 | $13.5 |
| Cumulative Gross Liquidation Preference | $141.3 | $152.7 | $155.6 | $156.8 | $163.8 | $170.9 | $179.1 | $188.5 | $198.3 | $209.0 | $221.1 | $234.6 |
| Remaining PSPA Funding Capacity | $125.0 | $120.8 [4] | $117.9 | $116.7 | $109.7 | $102.6 | $94.4 | $85.0 | $75.2 | $64.5 | $52.4 | $38.9 |
| Cumulative Net PSPA Investment[5] | $112.3 | $109.7 | $97.7 | $84.0 | $75.8 | $67.0 | $58.6 | $50.5 | $41.9 | $33.2 | $24.7 | $16.4 |



## Per annum projected PSPA draws and dividends

$ in billions



■ 10% Cash Dividend   ■ Net Compreh. Income (1)   ■ Gross PSPA Liqd. Pref.

## Projected PSPA funding capacity as a result of draws

$ in billions



◆ PSPA Capacity Left

(1)  Net comprehensive income is defined as the sum of economic net interest margin, fees and other income  less a provision for credit losses, administrative expenses and other non-interest expenses.
(2)  Negative every year because of a one quarter timing delay in payment of PSPA draw requests.  Calculated as the sum of net comprehensive income and total gross PSPA draws less total dividends paid.
(3)  The cumulative net return to taxpayers by FY2023 represents the sum of the cumulative cash dividends funded by earnings as of FY2023 and the projected end of period net worth in FY2023.
(4)  Remaining PSPA funding capacity reduced by draws that occur after January 1, 2013.  Potential PSPA draws in 4Q 2012 appear as FY2013 but do not reduce PSPA capacity.
(5)  The cumulative net PSPA investment decreases by the dollar amount of dividends funded by earnings paid to the U.S. Department of the Treasury.

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3847



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

UNDER SECRETARY

June 25, 2012

Edward DeMarco
Acting Director
Federal Housing Finance Agency
400 7th Street, SW
Washington, DC 20024

Dear Acting Director DeMarco:

As you know, in the letter to you dated March 30, 2012, Treasury communicated to you its waiver, for the second quarter of Calendar Year (CY) 2012, of the "Periodic Commitment Fee" (PCF) under the Amended and Restated Preferred Stock Purchase Agreement dated as of September 26, 2008, as amended (the Agreement), between the United States Department of the Treasury (Treasury) and each of the Federal National Mortgage Association and the Federal Loan Mortgage Corporation (collectively, the Enterprises).

By this letter, please be advised that Treasury waives, for the third quarter of CY 2012, the PCF payable by each Enterprise. Treasury takes this step due to the continued fragility of the mortgage market and the belief that the imposition of the PCF at this time would not fulfill its intended purpose of generating increased compensation to the American taxpayer.

Treasury will reevaluate the situation during the next calendar quarter to determine whether the PCF should then be set. Treasury remains committed to protecting taxpayers and ensuring that future positive earnings of the Enterprises are returned to taxpayers as compensation for their investment.

Sincerely,

Mary Miller

| | |
|---|---|
| **From:** | ExecSecProcessUnit@treasury.gov |
| **To:** | Nauset75@treasury.gov |
| **Cc:** | ExecSecStaff@do.treas.gov; ExecSecProcessUnit@treasury.gov |
| **Subject:** | GSE Stress Test Projections |
| **Date:** | Friday, July 06, 2012 4:04:54 PM |
| **Attachments:** | _R Illustrative FNM Financial Forecast with Stress Scenarios.ppt |

Sir,

Per your conversation earlier this week with Tim Bowler, the attached presentation reviews financial projections for Fannie Mae under three credit scenarios designed by the housing team.  Tim Bowler noted that developing GSE scenario analysis is complicated as past results were binary in nature. Prior to the crisis credit losses were very small, while recent losses materially exceeded any expectations heading into the crisis. Notwithstanding this, the presentation provides a good reference point for evaluating Fannie Mae's ability to withstand stress over the next 10 years, with and without the net worth sweep the housing team has been discussing.

Sam Valverde will follow up on any questions or comments you may have regarding this deck.

# Illustrative Financial Forecasts - Fannie Mae Base Case & Stress Scenarios

Market Sensitive and Pre-Decisional

**July 2012**

TREASURY-3884

# GSE Financial Modeling: Estimating Future Credit Performance

Sensitive / Pre-Decisional

- **Estimating future credit performance is challenging**

- **Pre "bubble" losses were small due to strong underwriting standards and consistent HPA**
  - Annual losses <15 bps prior to the crisis
  - The "worst" books of business did not experience cumulative credit losses >100 bps

- **Crisis driven losses were multiples of what the GSEs "stress" models initially predicted**
  - Cumulative losses on Fannie Mae's pre conservatorship book of business will likely be ~500 bps *(see second chart to the right)*

- **Future stress scenarios are hard to estimate given a number of factors**
  - Beneficial considerations: Credit underwriting has significantly improved and over 50% of the current book is post conservatorship
  - Risk considerations: Home prices are unlikely to increase again at levels seen in the forty year period before the financial crisis and the uncertain economic environment

## Annual Credit Losses As A Percentage Of The GSE's Single Family Guarantee Book of Business[1]



*77 bps maximum*

*10 bps average*

74 76 78 80 82 84 86 88 90 92 94 96 98 00 02 04 06 08 10

—— Fannie Mae    —— Freddie Mac

| Credit losses and reserves at Fannie Mae primarily driven by pre-conservatorship Single Family guarantee book of business | |
|---|---|
| 2008 realized credit losses | $6.5B |
| 2009 realized credit losses | 13.4 |
| 2010 realized credit losses | 23.1 |
| 2011 realized credit losses | 18.4 |
| Total realized credit losses: 2008 - 2011 | $61.4B |
| Year end 2011 Single Family (SF) credit loss reserve | $75.3B |
| *Current credit losses: realized and reserved* | *$136.7B* |
| SF guarantee book of business - at year end 2008 | $2,715.0B |
| *Realized and Reserved Losses as a % of guarantee book* | *5.0%* |

[1] Figures calculated by dividing realized losses in a given year (charge offs and REO expense) by the then outstanding single family book of business. For example in 2010, Fannie Mae's credit losses were equal to 0.77% of their single family book of business.

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3885

2

Sensitive / Pre-Decisional

3

# Fannie Mae Financial Analysis:  Developing Credit Scenarios

**The following presentation reviews illustrative financial forecasts for Fannie Mae under the following three credit loss scenarios –with and without guarantee fee (g-Fee) increases:**



**Base Case**

### Credit Losses

Avg. of 75 bps cumulative losses per vintage

12.5 bps of provisions / reserves taken per yr (6 yr avg. life)

### Rationale / Supporting Arguments

Historical GSE "base case" cumulative loss estimates for "prime conforming mortgages" averaged between 25-37.5 bps prior to the crisis

Post the financial crisis, investors will expect higher cumulative losses overtime due to reduced expectations for future home price appreciation

**Stress Case**

### Credit Losses

Mid decade recession results in 150 bps of cumulative losses

Losses normalize post recession

Reserve taken over two years

### Rationale / Supporting Arguments

Historical GSE stress scenarios assumed ~100 bps of cumulative losses for "troubled" books

Future expectations of stress on prime books of business will likely be higher given expectations for future lower home price appreciation and recent GSE results

Reserves at financial institutions tend to build over two to three years

**Severe Stress Case**

### Credit Losses

Mid decade recession results in 250 bps of cumulative losses

Losses normalize post recession

Reserve taken over three years

### Rationale / Supporting Arguments

Multiples of past stress losses, ex the financial crisis, at the GSEs

Cumulative singe family losses on the year end 2008 book of business will likely be ~500 bps. Given the creditworthiness of new underwriting, a scenario that produces 50% of crisis level losses is likely very severe

Reserves at financial institutions tend to build over two to three years

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

# 10 Year Financial Analysis:  Core Financial Assumptions

**(analysis based on Grant Thornton's 2011 model; Scenarios developed by Treasury Staff)**

Sensitive / Pre-Decisional

## Scenario Assumptions

| | Base Case | Stress Case | Severe Stress Case |
|---|---|---|---|
| Cumulative Credit Losses on Guarantee Book of Business | 75 bps * | 150 bps | 250 bps |
| Time Period for Credit Loss Reserve Build In Stress Period (beginning in 2015) | - | 2 years | 3 years |

*Cumulative Expected Losses by Vintage for Base Case

## Assumptions for all Scenarios

| | Base Case | Stress Case | Severe Stress Case |
|---|---|---|---|
| Retained Portfolio - Annual Run-off | | 15% | |
| Net Interest Margin (NIM) - Average over 10-year period ** | | 125 bps | |
| Initial Size of Guarantee Book of Business (Unpaid Principal Balance (UPB)) | | $2.9 Tn | |
| Annual Expected Credit Loss Provisions - during non-stress periods | | 12.5 bps | |
| Initial Average g-Fee Average (includes 10 bp Payroll Tax Fee)*** | | 35 bps | |

** The NIM used each year is based on Grant Thornton's 2011 Financial Model for the Fannie Mae.
*** The 10 bp Payroll Tax Fee is not included in income.

## No g-fee Increase Assumptions

| | Base Case I | Stress Case I | Severe Stress Case I |
|---|---|---|---|
| Size of Guarantee Book of Business (UPB) - for all periods (no g-Fee Increase) | | $2.9 Tn **** | |

**** A constant guaranteed book of business assumes that new originations are offset by liquidations.

## g-Fee Increase Scenarios - Impact on Guarantee Book of Business

| | Base Case II | Stress Case II | Severe Stress Case II |
|---|---|---|---|
| Total Average g-Fee Increase (phased-in over 5 years) | | 40 bps | |
| Average g-Fees after increase phase-in period | | 75 bps | |
| Total decrease in new guaranteed originations during g-Fee phase-in ***** | | 50% | |
| Size of Guarantee Book of Business (UPB) - at year-end 2022 | | $1.8 Tn | |

***** New origination volume is assumed to decline due to increased competition from other sources.

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

4

Sensitive / Pre-Decisional

# Financial Model Summary: 10 Year Projections

## Summary of Illustrative Scenario Results - Fannie Mae

| Scenario | g-Fee Increase Scenario | 10% Dividends | | | Net Worth Sweep | | |
|---|---|---|---|---|---|---|---|
| | | 10Y Cumulative Net Dividends $B (Dividends less Draws) | Year PSPA Capacity Exhausted | 10Y Cumulative Net Dividends $B (Dividends less Draws) | Remaining PSPA Capacity in 2022 ($ billions) | Remaining PSPA Capacity as a % of Guarantee Book Balance in 2022 | |
| Base Case I | No | $55.9 | 2024 | $55.9 | $125.0 | 4.4% | |
| Base Case II | Yes | $73.4 | 2026 | $73.4 | $125.0 | 6.8% | |
| Stress Case I | No | $7.9 | 2020 | $20.1 | $99.9 | 3.5% | |
| Stress Case II | Yes | $25.2 | 2021 | $39.2 | $103.6 | 5.7% | |
| Severe Stress Case I | No | ($21.2) | 2019 | ($4.9) | $79.3 | 2.8% | |
| Severe Stress Case II | Yes | ($12.0) | 2019 | $15.2 | $85.6 | 4.7% | |

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

5

# Illustrative Forecast – Fannie Mae:  Base Case I (no g-Fee increase)

| (in $billions) | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Guarantee Book of Business (at year-end) | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 |
| 2 Retained Portfolio Balance (at year-end) | 656 | 558 | 474 | 403 | 342 | 291 | 250 | 250 | 250 | 250 | 250 |
| 3 Credit Business - Income | (11.4) | (1.4) | 4.3 | 2.2 | 2.2 | 2.2 | 2.2 | 2.2 | 2.2 | 2.2 | 2.2 |
| 4 Retained Portfolio - Income | 8.3 | 9.7 | 7.8 | 3.4 | 2.8 | 2.3 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
| 5 Comprehensive Income | (3.1) | 8.3 | 12.1 | 5.6 | 5.0 | 4.5 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 |

**10% Dividend**

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 Senior Preferred Stock Dividends (10%) | 11.7 | 13.2 | 13.7 | 13.8 | 14.7 | 15.6 | 16.8 | 18.0 | 19.4 | 20.9 | 22.6 |
| 7 Net Worth / (Deficit) | (14.8) | (4.9) | (1.6) | (8.2) | (9.7) | (11.2) | (12.7) | (13.9) | (15.3) | (16.9) | (18.6) |
| 8 PSPA Draw (including draw request) | 14.8 | 4.9 | 1.6 | 8.2 | 9.7 | 11.2 | 12.7 | 13.9 | 15.3 | 16.9 | 18.6 |
| 9 Cumulative Draws (at year-end) | 131.0 | 135.9 | 137.5 | 145.7 | 155.4 | 166.5 | 179.2 | 193.1 | 208.5 | 225.4 | 243.9 |
| 10 Remaining PSPA Capacity (at year-end) | 125.0 | 120.1 | 118.5 | 110.3 | 100.6 | 89.5 | 76.8 | 62.8 | 47.5 | 30.6 | 12.1 |
| 11 *PSPA Capacity as a % of Guarantee Book* | *4.4%* | *4.2%* | *4.1%* | *3.9%* | *3.5%* | *3.1%* | *2.7%* | *2.2%* | *1.7%* | *1.1%* | *0.4%* |

**Net Worth Sweep beginning in 2013 (no buffer)**

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 Senior Preferred Stock Dividends (Sweep) | 11.7 | 8.3 | 12.1 | 5.6 | 5.0 | 4.5 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 |
| 13 Net Worth / (Deficit) | (14.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 14 PSPA Draw (including draw request) | 14.8 | - | - | - | - | - | - | - | - | - | - |
| 15 Cumulative Draws (at year-end) | 131.0 | 131.0 | 131.0 | 131.0 | 131.0 | 131.0 | 131.0 | 131.0 | 131.0 | 131.0 | 131.0 |
| 16 Remaining PSPA Capacity (at year-end) | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 |
| 17 *PSPA Capacity as a % of Guarantee Book* | *4.4%* | *4.4%* | *4.4%* | *4.4%* | *4.4%* | *4.4%* | *4.4%* | *4.4%* | *4.4%* | *4.4%* | *4.4%* |

Notes: 1) Figures may not foot due to rounding; 2) 2012 & 2013 estimates based on FHFA published forecast adjusted for YTD results; & 3) Scenarios developed by Treasury Staff.

*Cumulative Net Dividends (Dividends less Draws) 2013 - 2022:*   10% Dividend Scenario:   $55.9    Net Worth Sweep Scenario:   $55.9

# Illustrative Forecast – Fannie Mae: Base Case II (with g-Fee Increase)

Sensitive / Pre-Decisional

| (in $billions) | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Guarantee Book of Business (at year-end) | $2,860 | $2,817 | $2,738 | $2,628 | $2,491 | $2,333 | $2,198 | $2,083 | $1,985 | $1,903 | $1,832 |
| 2 Retained Portfolio Balance (at year-end) | 656 | 558 | 474 | 403 | 342 | 291 | 250 | 250 | 250 | 250 | 250 |
| 3 Credit Business - Income | (11.4) | (1.1) | 4.9 | 3.2 | 3.4 | 3.6 | 4.3 | 4.6 | 4.8 | 5.0 | 5.2 |
| 4 Retained Portfolio - Income | 8.3 | 9.7 | 7.8 | 3.4 | 2.8 | 2.3 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
| 5 Comprehensive Income | (3.1) | 8.5 | 12.7 | 6.6 | 6.3 | 5.9 | 6.2 | 6.5 | 6.7 | 6.9 | 7.1 |
| **10% Dividend** | | | | | | | | | | | |
| 6 Senior Preferred Stock Dividends (10%) | 11.7 | 13.2 | 13.7 | 13.8 | 14.5 | 15.3 | 16.2 | 17.2 | 18.3 | 19.5 | 20.7 |
| 7 Net Worth / (Deficit) | (14.8) | (4.7) | (1.0) | (7.2) | (8.2) | (9.4) | (10.0) | (10.8) | (11.6) | (12.6) | (13.7) |
| 8 PSPA Draw (including draw request) | 14.8 | 4.7 | 1.0 | 7.2 | 8.2 | 9.4 | 10.0 | 10.8 | 11.6 | 12.6 | 13.7 |
| 9 Cumulative Draws (at year-end) | 131.0 | 135.6 | 136.6 | 143.8 | 152.0 | 161.4 | 171.5 | 182.2 | 193.8 | 206.4 | 220.0 |
| 10 Remaining PSPA Capacity (at year-end) | 125.0 | 120.3 | 119.4 | 112.2 | 104.0 | 94.6 | 84.5 | 73.8 | 62.2 | 49.6 | 35.9 |
| 11 *PSPA Capacity as a % of Guarantee Book* | 4.4% | 4.3% | 4.4% | 4.3% | 4.2% | 4.1% | 3.8% | 3.5% | 3.1% | 2.6% | 2.0% |
| **Net Worth Sweep beginning in 2013 (no buffer)** | | | | | | | | | | | |
| 12 Senior Preferred Stock Dividends (Sweep) | 11.7 | 8.5 | 12.7 | 6.6 | 6.3 | 5.9 | 6.2 | 6.5 | 6.7 | 6.9 | 7.1 |
| 13 Net Worth / (Deficit) | (14.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 14 PSPA Draw (including draw request) | 14.8 | - | - | - | - | - | - | - | - | - | - |
| 15 Cumulative Draws (at year-end) | 131.0 | 131.0 | 131.0 | 131.0 | 131.0 | 131.0 | 131.0 | 131.0 | 131.0 | 131.0 | 131.0 |
| 16 Remaining PSPA Capacity (at year-end) | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 |
| 17 *PSPA Capacity as a % of Guarantee Book* | 4.4% | 4.4% | 4.6% | 4.8% | 5.0% | 5.4% | 5.7% | 6.0% | 6.3% | 6.6% | 6.8% |

Notes: 1) Figures may not foot due to rounding; 2) 2012 & 2013 estimates based on FHFA published forecast adjusted for YTD results; & 3) Scenarios developed by Treasury Staff.

*Cumulative Net Dividends (Dividends less Draws) 2013 - 2022:*   10% Dividend Scenario: $73.4   Net Worth Sweep Scenario: $73.4

# Illustrative Forecast – Fannie Mae: Stress Case I (no g-Fee increase)

Sensitive / Pre-Decisional

| (in $billions) | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Guarantee Book of Business (at year-end) | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 |
| 2 Retained Portfolio Balance (at year-end) | 656 | 558 | 474 | 403 | 342 | 291 | 250 | 250 | 250 | 250 | 250 |
| | | | | | | | | | | | |
| 3 Credit Business - Income | (11.4) | (1.4) | 4.3 | (15.7) | (15.7) | 2.2 | 2.2 | 2.2 | 2.2 | 2.2 | 2.2 |
| 4 Retained Portfolio - Income | 8.3 | 9.7 | 7.8 | 3.4 | 2.8 | 2.3 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
| 5 Comprehensive Income | (3.1) | 8.3 | 12.1 | (12.3) | (12.9) | 4.5 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 |
| **10% Dividend** | | | | | | | | | | | |
| 6 Senior Preferred Stock Dividends | 11.7 | 13.2 | 13.7 | 13.8 | 16.5 | 19.4 | 20.9 | 22.6 | 12.9 | - | - |
| 7 Net Worth / (Deficit) | (14.8) | (4.9) | (1.6) | (26.1) | (29.3) | (14.9) | (16.8) | (18.5) | (20.3) | (21.6) | (21.6) |
| | | | | | | | | | | | |
| 8 PSPA Draw (including draw request) | 14.8 | 4.9 | 1.6 | 26.1 | 29.3 | 14.9 | 16.8 | 18.5 | 12.9 | - | - |
| 9 Cumulative Draws (at year-end) | 131.0 | 135.9 | 137.5 | 163.6 | 192.9 | 207.8 | 224.6 | 243.1 | 256.0 | 256.0 | 256.0 |
| | | | | | | | | | | | |
| 10 Remaining PSPA Capacity (at year-end) | 125.0 | 120.1 | 118.5 | 92.4 | 63.1 | 48.2 | 31.4 | 12.9 | - | - | - |
| 11 *PSPA Capacity as a % of Guarantee Book* | 4.4% | 4.2% | 4.1% | 3.2% | 2.2% | 1.7% | 1.1% | 0.5% | 0.0% | 0.0% | 0.0% |
| **Net Worth Sweep beginning in 2013 (no buffer)** | | | | | | | | | | | |
| 12 Senior Preferred Stock Dividends | 11.7 | 8.3 | 12.1 | - | - | 4.5 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 |
| 13 Net Worth / (Deficit) | (14.8) | 0.0 | 0.0 | (12.3) | (12.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | | | | | | | | | | |
| 14 PSPA Draw (including draw request) | 14.8 | - | - | 12.3 | 12.9 | - | - | - | - | - | - |
| 15 Cumulative Draws (at year-end) | 131.0 | 131.0 | 131.0 | 143.3 | 156.1 | 156.1 | 156.1 | 156.1 | 156.1 | 156.1 | 156.1 |
| | | | | | | | | | | | |
| 16 Remaining PSPA Capacity (at year-end) | 125.0 | 125.0 | 125.0 | 112.7 | 99.9 | 99.9 | 99.9 | 99.9 | 99.9 | 99.9 | 99.9 |
| 17 *PSPA Capacity as a % of Guarantee Book* | 4.4% | 4.4% | 4.4% | 3.9% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% |

Notes: 1) Figures may not foot due to rounding; 2) 2012 & 2013 estimates based on FHFA published forecast adjusted for YTD results; & 3) Scenarios developed by Treasury Staff.

| *Cumulative Net Dividends (Dividends less Draws) 2013 - 2022:* | 10% Dividend Scenario: | $7.9 | Net Worth Sweep Scenario: | $20.1 |
|---|---|---|---|---|

# Illustrative Forecast – Fannie Mae – Stress Case II (with g-Fee Increase)

Sensitive / Pre-Decisional

| (in $billions) | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1  Guarantee Book of Business (at year-end) | $2,860 | $2,817 | $2,738 | $2,628 | $2,491 | $2,333 | $2,198 | $2,083 | $1,985 | $1,903 | $1,832 |
| 2  Retained Portfolio Balance (at year-end) | 656 | 558 | 474 | 403 | 342 | 291 | 250 | 250 | 250 | 250 | 250 |
| 3  Credit Business - Income | (11.4) | (1.1) | 4.9 | (14.0) | (13.7) | 3.6 | 4.3 | 4.6 | 4.8 | 5.0 | 5.2 |
| 4  Retained Portfolio - Income | 8.3 | 9.7 | 7.8 | 3.4 | 2.8 | 2.3 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
| 5  Comprehensive Income | (3.1) | 8.5 | 12.7 | (10.5) | (10.9) | 5.9 | 6.2 | 6.5 | 6.7 | 6.9 | 7.1 |

### 10% Dividend

| (in $billions) | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6  Senior Preferred Stock Dividends | 11.7 | 13.2 | 13.7 | 13.8 | 16.2 | 18.9 | 20.2 | 21.6 | 23.1 | 9.6 | - |
| 7  Net Worth / (Deficit) | (14.8) | (4.7) | (1.0) | (24.3) | (27.0) | (13.0) | (14.0) | (15.1) | (16.4) | (17.8) | (18.6) |
| 8  PSPA Draw (including draw request) | 14.8 | 4.7 | 1.0 | 24.3 | 27.0 | 13.0 | 14.0 | 15.1 | 16.4 | 9.6 | - |
| 9  Cumulative Draws (at year-end) | 131.0 | 135.6 | 136.6 | 160.9 | 188.0 | 201.0 | 214.9 | 230.0 | 246.4 | 256.0 | 256.0 |
| 10  Remaining PSPA Capacity (at year-end) | 125.0 | 120.3 | 119.4 | 95.1 | 68.0 | 55.0 | 41.0 | 25.9 | 9.6 | - | - |
| 11  PSPA Capacity as a % of Guarantee Book | 4.4% | 4.3% | 4.4% | 3.6% | 2.7% | 2.4% | 1.9% | 1.2% | 0.5% | 0.0% | 0.0% |

### Net Worth Sweep beginning in 2013 (no buffer)

| (in $billions) | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12  Senior Preferred Stock Dividends | 11.7 | 8.5 | 12.7 | - | - | 5.9 | 6.2 | 6.5 | 6.7 | 6.9 | 7.1 |
| 13  Net Worth / (Deficit) | (14.8) | 0.0 | 0.0 | (10.5) | (10.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 14  PSPA Draw (including draw request) | 14.8 | - | - | 10.5 | 10.9 | - | - | - | - | - | - |
| 15  Cumulative Draws (at year-end) | 131.0 | 131.0 | 131.0 | 141.5 | 152.4 | 152.4 | 152.4 | 152.4 | 152.4 | 152.4 | 152.4 |
| 16  Remaining PSPA Capacity (at year-end) | 125.0 | 125.0 | 125.0 | 114.5 | 103.6 | 103.6 | 103.6 | 103.6 | 103.6 | 103.6 | 103.6 |
| 17  PSPA Capacity as a % of Guarantee Book | 4.4% | 4.4% | 4.6% | 4.4% | 4.2% | 4.4% | 4.7% | 5.0% | 5.2% | 5.4% | 5.7% |

Notes: 1) Figures may not foot due to rounding; 2) 2012 & 2013 estimates based on FHFA published forecast adjusted for YTD results; & 3) Scenarios developed by Treasury Staff.

Cumulative Net Dividends (Dividends less Draws) 2013 - 2022:     10% Dividend Scenario: $25.2     Net Worth Sweep Scenario: $39.2

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3892

# Illustrative Forecast – Fannie Mae: Severe Stress Case I (no g-Fee increase)

Sensitive / Pre-Decisional

| (in $billions) | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Guarantee Book of Business (at year-end) | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 | $2,860 |
| 2 Retained Portfolio Balance (at year-end) | 656 | 558 | 474 | 403 | 342 | 291 | 250 | 250 | 250 | 250 | 250 |
| 3 Credit Business - Income | (11.4) | (1.4) | 4.3 | (18.1) | (18.1) | (18.1) | 2.2 | 2.2 | 2.2 | 2.2 | 2.2 |
| 4 Retained Portfolio - Income | 8.3 | 9.7 | 7.8 | 3.4 | 2.8 | 2.3 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
| 5 Comprehensive Income | (3.1) | 8.3 | 12.1 | (14.7) | (15.3) | (15.8) | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 |
| **10% Dividend** | | | | | | | | | | | |
| 6 Senior Preferred Stock Dividends | 11.7 | 13.2 | 13.7 | 13.8 | 16.7 | 19.9 | 23.5 | 3.0 | - | - | - |
| 7 Net Worth / (Deficit) | (14.8) | (4.9) | (1.6) | (28.5) | (32.0) | (35.7) | (19.4) | (21.3) | (21.6) | (21.6) | (21.6) |
| 8 PSPA Draw (including draw request) | 14.8 | 4.9 | 1.6 | 28.5 | 32.0 | 35.7 | 19.4 | 3.0 | - | - | - |
| 9 Cumulative Draws (at year-end) | 131.0 | 135.9 | 137.5 | 166.0 | 197.9 | 233.6 | 253.0 | 256.0 | 256.0 | 256.0 | 256.0 |
| 10 Remaining PSPA Capacity (at year-end) | 125.0 | 120.1 | 118.5 | 90.0 | 58.1 | 22.4 | 3.0 | - | - | - | - |
| 11 *PSPA Capacity as a % of Guarantee Book* | 4.4% | 4.2% | 4.1% | 3.1% | 2.0% | 0.8% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Net Worth Sweep beginning in 2013 (no buffer)** | | | | | | | | | | | |
| 12 Senior Preferred Stock Dividends | 11.7 | 8.3 | 12.1 | - | - | - | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 |
| 13 Net Worth / (Deficit) | (14.8) | 0.0 | 0.0 | (14.7) | (15.3) | (15.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 14 PSPA Draw (including draw request) | 14.8 | - | - | 14.7 | 15.3 | 15.8 | - | - | - | - | - |
| 15 Cumulative Draws (at year-end) | 131.0 | 131.0 | 131.0 | 145.6 | 160.9 | 176.7 | 176.7 | 176.7 | 176.7 | 176.7 | 176.7 |
| 16 Remaining PSPA Capacity (at year-end) | 125.0 | 125.0 | 125.0 | 110.3 | 95.1 | 79.3 | 79.3 | 79.3 | 79.3 | 79.3 | 79.3 |
| 17 *PSPA Capacity as a % of Guarantee Book* | 4.4% | 4.4% | 4.4% | 3.9% | 3.3% | 2.8% | 2.8% | 2.8% | 2.8% | 2.8% | 2.8% |

Notes: 1) Figures may not foot due to rounding; 2) 2012 & 2013 estimates based on FHFA published forecast adjusted for YTD results; & 3) Scenarios developed by Treasury Staff.

*Cumulative Net Dividends (Dividends less Draws) 2013 - 2022:*   10% Dividend Scenario:   ($21.2)   Net Worth Sweep Scenario:   ($4.9)

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

TREASURY-3893

# Illustrative Forecast – Fannie Mae – Severe Stress Case II (with g-Fee Increase)

Sensitive / Pre-Decisional

| (in $billions) | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Guarantee Book of Business (at year-end) | $2,860 | $2,817 | $2,738 | $2,628 | $2,491 | $2,333 | $2,198 | $2,083 | $1,985 | $1,903 | $1,832 |
| 2 Retained Portfolio Balance (at year-end) | 656 | 558 | 474 | 403 | 342 | 291 | 250 | 250 | 250 | 250 | 250 |
| 3 Credit Business - Income | (11.4) | (1.1) | 4.9 | (16.2) | (16.0) | (15.8) | 4.3 | 4.6 | 4.8 | 5.0 | 5.2 |
| 4 Retained Portfolio - Income | 8.3 | 9.7 | 7.8 | 3.4 | 2.8 | 2.3 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
| 5 Comprehensive Income | (3.1) | 8.5 | 12.7 | (12.8) | (13.1) | (13.5) | 6.2 | 6.5 | 6.7 | 6.9 | 7.1 |
| **10% Dividend** | | | | | | | | | | | |
| 6 Senior Preferred Stock Dividends | 11.7 | 13.2 | 13.7 | 13.8 | 16.4 | 19.4 | 22.7 | 13.9 | - | - | - |
| 7 Net Worth / (Deficit) | (14.8) | (4.7) | (1.0) | (26.6) | (29.6) | (32.9) | (16.4) | (17.8) | (19.0) | (18.8) | (18.6) |
| 8 PSPA Draw (including draw request) | 14.8 | 4.7 | 1.0 | 26.6 | 29.6 | 32.9 | 16.4 | 13.9 | - | - | - |
| 9 Cumulative Draws (at year-end) | 131.0 | 135.6 | 136.6 | 163.2 | 192.8 | 225.6 | 242.1 | 256.0 | 256.0 | 256.0 | 256.0 |
| 10 Remaining PSPA Capacity (at year-end) | 125.0 | 120.3 | 119.4 | 92.8 | 63.2 | 30.4 | 13.9 | - | - | - | - |
| 11 PSPA Capacity as a % of Guarantee Book | 4.4% | 4.3% | 4.4% | 3.5% | 2.5% | 1.3% | 0.6% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Net Worth Sweep beginning in 2013 (no buffer)** | | | | | | | | | | | |
| 12 Senior Preferred Stock Dividends | 11.7 | 8.5 | 12.7 | - | - | - | 6.2 | 6.5 | 6.7 | 6.9 | 7.1 |
| 13 Net Worth / (Deficit) | (14.8) | 0.0 | 0.0 | (12.8) | (13.1) | (13.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 14 PSPA Draw (including draw request) | 14.8 | - | - | 12.8 | 13.1 | 13.5 | - | - | - | - | - |
| 15 Cumulative Draws (at year-end) | 131.0 | 131.0 | 131.0 | 143.8 | 156.9 | 170.4 | 170.4 | 170.4 | 170.4 | 170.4 | 170.4 |
| 16 Remaining PSPA Capacity (at year-end) | 125.0 | 125.0 | 125.0 | 112.2 | 99.1 | 85.6 | 85.6 | 85.6 | 85.6 | 85.6 | 85.6 |
| 17 PSPA Capacity as a % of Guarantee Book | 4.4% | 4.4% | 4.6% | 4.3% | 4.0% | 3.7% | 3.9% | 4.1% | 4.3% | 4.5% | 4.7% |

Notes: 1) Figures may not foot due to rounding; 2) 2012 & 2013 estimates based on FHFA published forecast adjusted for YTD results; & 3) Scenarios developed by Treasury Staff.

*Cumulative Net Dividends (Dividends less Draws) 2013 - 2022:*     10% Dividend Scenario:     ($12.0)     Net Worth Sweep Scenario:     $15.2

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

11



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

August 15, 2012

**ACTION MEMORANDUM FOR SECRETARY GEITHNER**

**FROM:**     Michael Stegman, Counselor

**SUBJECT:**  Third Amendments to the Senior Preferred Stock Purchase Agreements with
             Fannie Mae and Freddie Mac

**Recommendation**

That you **approve** and execute the attached Third Amendments to the Amended and Restated
Senior Preferred Stock Purchase Agreements (PSPAs) between Treasury and each of Fannie Mae
and Freddie Mac (the GSEs). The Federal Housing Finance Agency, as conservator of both
Fannie Mae and Freddie Mac, will be executing the Third Amendments on behalf of the GSEs.

_____ **Approve**          _____ Disapprove          _____ Let's Discuss

**Background and Amendments**

Section 1117 of the Housing and Economic Recovery Act of 2008 (HERA) authorized Treasury
to purchase "obligations and other securities" issued by the GSEs. Under this HERA authority,
Treasury entered into the PSPAs and purchased senior preferred stock from each GSE at the
same time that the GSEs were put into conservatorship. The purposes of preferred stock
purchases and the Treasury funding commitments in the PSPAs were to (i) provide stability to
the financial markets, (ii) prevent disruptions in the availability of mortgage finance, and
(iii) protect the taxpayers.

The PSPAs initially provided for Treasury to make funding advances up to $100 billion to each
GSE to help them maintain a positive net worth. In February 2009, the $100 billion cap for each
GSE was increased to $200 billion. In December 2009, the $200 billion cap for each GSE was
replaced with a formula – the cap adjusts upwards in an amount equal to the amount of draws
made by the GSEs through 2012. At the end of 2012, the funding caps under the PSPAs will be
permanently fixed based on the December 31, 2012 financial results of the GSEs. At that time,
Fannie Mae and Freddie Mac will have only $124.8 billion and $149.3 billion (less any positive
net worth in December 2012), respectively, of funding capacity remaining under the PSPAs.
Therefore, we propose that the PSPAs be amended by the following modifications so that the
GSEs continue to be able to meet current and legacy obligations after the PSPA caps are fixed at
the end of 2012 and so that the GSEs may continue to make mortgage credit available.

- *Replace the fixed 10 percent dividend with a net worth sweep dividend* – Quarterly
  dividend payments starting in 2013 will equal the positive net worth of the GSEs (i.e.,
  GAAP assets less liabilities at quarter end), less a defined Capital Reserve Amount. The

1

Under Treasury's projections (and the projections of certain third-party experts), the GSEs will not generate enough income to meet their dividend requirements in the long term. Absent a modification, the continued draws under the PSPAs to pay the dividends will exhaust the GSEs' finite amount of remaining funding capacity and thereby lead to their insolvency. Investors in mortgage-backed securities guaranteed by the GSEs are focused on this issue, given the long life of the GSEs' guarantees.

By modifying the dividend to a net worth sweep, the GSEs will only make draws under the PSPAs when they incur losses due to business activities, rather than for paying dividend payments. Under the net worth sweep dividend, if their quarterly net worth is positive (i.e., if assets are greater than liabilities), this positive net worth amount, less a defined capital reserve amount, will be paid to Treasury as a dividend. If the quarterly net worth is negative, Treasury will make a funding advance under the PSPAs in the same way that it has been doing to keep the GSE solvent. The economic rationale behind the capital reserve amount – defined as being $3 billion in 2013 and declining annually on a straight-line basis to zero beginning in 2018 – is to avoid having unnecessary PSPA draws that could result from price volatility in the GSEs' mortgage investment portfolios.

In summary, the modification has the following benefits for the government:

(1) It eliminates the potential for the circularity of Treasury making payments to the GSEs to fund the dividends that the GSEs pay back to Treasury the following quarter;

(2) It captures all future net income and asset appreciation at the GSEs for reimbursement to taxpayers; and

(3) It reduces the risk of potential future payments to the GSEs under the PSPAs as such payments would only be made when needed to fund quarterly net losses.

The modification should also help maintain market stability by preserving Treasury's ability to support the continued solvency of the GSEs over a longer time horizon. As a result of the change, the GSEs will be more financially sound, which should lower their funding costs and improve future profitability. GSE-based mortgage rates should also benefit as investors will likely be more confident in purchasing longer-term GSE mortgage-backed securities.

Because this modification relates to vested contract rights of the government, Treasury staff consulted with representatives of the Justice Department's Commercial Litigation Branch. The Justice Department approved Treasury's request for authority to modify its dividend rights under the PSPAs with the GSEs. The Justice Department agreed that the proposed modification is fiscally prudent and in the best interest of the United States.

### *Accelerate wind-down of retained investment portfolios*

The accelerated wind-down of the retained investment portfolios will help reduce the financial and operational risk profile of the GSEs at a faster pace. Faster portfolio reduction could also help encourage non-performing loan sales. These sales will reduce the financial risk profile of

3

## THIRD AMENDMENT TO AMENDED AND RESTATED
## SENIOR PREFERRED STOCK PURCHASE AGREEMENT

THIRD AMENDMENT dated as of August 17, 2012, to the AMENDED AND RESTATED SENIOR PREFERRED STOCK PURCHASE AGREEMENT dated as of September 26, 2008, between the UNITED STATES DEPARTMENT OF THE TREASURY ("Purchaser"), and FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Seller"), acting through the Federal Housing Finance Agency (the "Agency") as its duly appointed conservator (the Agency in such capacity, "Conservator").

### Background

A. Purchaser and Seller have heretofore entered into the Amended and Restated Senior Preferred Stock Purchase Agreement dated as of September 26, 2008 (the "Amended and Restated Agreement").

B. In the Amended and Restated Agreement, Purchaser committed itself to provide to Seller, on the terms and conditions provided in the Amended and Restated Agreement, immediately available funds in an amount as determined from time to time as provided in the Amended and Restated Agreement, but in no event in an aggregate amount exceeding $100,000,000,000.

C. In consideration for Purchaser's commitment, Seller agreed to sell, and did sell, to Purchaser 1,000,000 shares of senior preferred stock, in the form of the Variable Liquidation Preference Senior Preferred Stock of Seller attached as Exhibit A to the Amended and Restated Agreement, with an initial liquidation preference equal to $1,000 per share.

D. The Amended and Restated Agreement provides that the aggregate liquidation preference of the outstanding shares of senior preferred stock shall be automatically increased by an amount equal to the amount of each draw under Purchaser's funding commitment, and the senior preferred stock sold by Seller to Purchaser provides that the senior preferred stock shall accrue dividends at the annual rate per share equal to 10 percent on the then-current liquidation preference.

E. Purchaser and Seller have heretofore entered into the Amendment dated as of May 6, 2009, to the Amended and Restated Agreement (the "First Amendment").

F. In the First Amendment, Purchaser increased to $200,000,000,000 the maximum aggregate amount permitted to be provided to Seller under the Amended and Restated

**4.**     **Amendment to Section 3.2 (Relating to the Periodic Commitment Fee).**

Section 3.2 of the Existing Agreement is hereby amended to read as follows:

3.2. *Periodic Commitment Fee.* (a) Commencing March 31, 2011, Seller shall pay to Purchaser quarterly, on the last day of March, June, September and December of each calendar year (each a "Periodic Fee Date"), a periodic commitment fee (the "Periodic Commitment Fee"). The Periodic Commitment Fee shall accrue from January 1, 2011.

(b) The Periodic Commitment Fee is intended to fully compensate Purchaser for the support provided by the ongoing Commitment following December 31, 2010. The amount of the Periodic Commitment Fee shall be set not later than December 31, 2010 with respect to the ensuing five-year period, shall be reset every five years thereafter and shall be determined with reference to the market value of the Commitment as then in effect. The amount of the Periodic Commitment Fee shall be mutually agreed by Purchaser and Seller, subject to their reasonable discretion and in consultation with the Chairman of the Federal Reserve; provided, that Purchaser may waive the Periodic Commitment Fee for up to one year at a time, in its sole discretion, based on adverse conditions in the United States mortgage market.

(c) At the election of Seller, the Periodic Commitment Fee may be paid in cash or by adding the amount thereof ratably to the liquidation preference of each outstanding share of Senior Preferred Stock so that the aggregate liquidation preference of all such outstanding shares of Senior Preferred Stock is increased by an amount equal to the Periodic Commitment Fee. Seller shall deliver notice of such election not later than three (3) Business Days prior to each Periodic Fee Date. If the Periodic Commitment Fee is not paid in cash by 12:00 pm (New York time) on the applicable Periodic Fee Date (irrespective of Seller's election pursuant to this subsection), Seller shall be deemed to have elected to pay the Periodic Commitment Fee by adding the amount thereof to the liquidation preference of the Senior Preferred Stock, and the aggregate liquidation preference of the outstanding shares of Senior Preferred Stock shall thereupon be automatically increased, in the manner contemplated by the first sentence of this section, by an aggregate amount equal to the Periodic Commitment Fee then due.

(d) Notwithstanding anything to the contrary in paragraphs (a), (b), or (c) above, and in consideration of the modification made to the Senior Preferred Stock effective September 30, 2012, for each quarter commencing January 1, 2013, and continuing for as long as paragraph 2 of the Senior Preferred Stock remains in form and content substantially the same as the form and content of the Senior Preferred Stock in effect on September 30, 2012, no Periodic Commitment Fee shall be set, accrue, or be payable.

TREASURY-4338

Data as of November 14, 2013 on Treasury and Federal Reserve Purchase Programs for GSE and Mortgage-Related Securities

The five tables that follow provide data on activities by the Department of the Treasury and the Federal Reserve System to support mortgage markets through purchases of securities issued by the housing government-sponsored enterprises (GSEs; Fannie Mae, Freddie Mac, and the Federal Home Loan Banks) and by Ginnie Mae, a federal agency that guarantees securities backed by mortgages insured or guaranteed by the Federal Housing Administration, the Department of Veterans Affairs, and other federal agencies.  Those activities include purchases by the Treasury of senior preferred stock and mortgage-backed securities guaranteed by Fannie Mae and Freddie Mac.  For more information on Treasury support for Fannie Mae and Freddie Mac, see Mortgage Market Note 10-1.  In addition, the Federal Reserve announced in November 2008 its intention to buy up to $500 billion of MBS guaranteed by Fannie Mae, Freddie Mac, and Ginnie Mae and up to $100 billion of debt securities issued by the housing GSEs.  Those purchases commenced in January 2009.  In March 2009, the Federal Reserve announced its intention to purchase up to an additional $750 billion of MBS guaranteed by Fannie Mae, Freddie Mac, and Ginnie Mae and up to an additional $100 billion of debt issued by the housing GSEs.

**Table 1: Quarterly Draws on Treasury Commitments to Fannie Mae and Freddie Mac per the Senior Preferred Purchase Agreements**
**Table 2: Dividends on Enterprise Draws from Treasury**
**Table 3: Treasury Purchases of GSE MBS**
**Table 4: Federal Reserve Purchases of GSE and Ginnie Mae MBS**
**Table 5: Federal Reserve Purchases of GSE Debt**

TREASURY-4350

# Table 1: Quarterly Draws on Treasury Commitments to Fannie Mae and Freddie Mac per the Senior Preferred Stock Purchase Agreements[1] ($ billions)

| Quarter | Freddie Mac | | | | Fannie Mae | | | |
|---|---|---|---|---|---|---|---|---|
| | Reported GAAP Net Worth | Requested Draw | Draw Date | Cumulative Enterprise Draws[2] | Reported GAAP Net Worth | Requested Draw | Draw Date | Cumulative Enterprise Draws[2] |
| 2008 Q3 | -$13.7 | $13.8 | 11/24/2008 | $13.8 | $9.4 | N/A | N/A | $0 |
| 2008 Q4 | -30.6 | 30.8 | 3/31/2009 | 44.6 | -15.2 | 15.2 | 3/31/2009 | 15.2 |
| 2009 Q1 | -6.0 | 6.1 | 6/30/2009 | 50.7 | -18.9 | 19.0 | 6/30/2009 | 34.2 |
| 2009 Q2 | 8.2 | 0 | N/A | 50.7 | -10.6 | 10.7 | 9/30/2009 | 44.9 |
| 2009 Q3 | 10.4 | 0 | N/A | 50.7 | -15.0 | 15.0 | 12/31/2009 | 59.9 |
| 2009 Q4 | 4.4 | 0 | N/A | 50.7 | -15.3 | 15.3 | 3/31/2010 | 75.2 |
| 2010 Q1 | -10.5 | 10.6 | 6/30/2010 | 61.3 | -8.4 | 8.4 | 6/30/2010 | 83.6 |
| 2010 Q2 | -1.7 | 1.8 | 9/30/2010 | 63.1 | -1.4 | 1.5 | 9/30/2010 | 85.1 |
| 2010 Q3 | -0.1 | 0.1 | 12/30/2010 | 63.2 | -2.4 | 2.5 | 12/30/2010 | 87.6 |
| 2010 Q4 | -0.4 | 0.5 | 3/31/2011 | 63.7 | -2.5 | 2.6 | 3/31/2011 | 90.2 |
| 2011 Q1 | 1.2 | 0 | N/A | 63.7 | -8.4 | 8.5 | 6/30/2011 | 98.7 |
| 2011 Q2 | -1.478 | 1.479 | 9/30/2011 | 65.179 | -5.087 | 5.087 | 9/30/2011 | 103.787 |
| 2011 Q3 | -5.991 | 5.992 | 12/30/2011 | 71.171 | -7.791 | 7.791 | 12/30/2011 | 111.578 |
| 2011 Q4 | -0.146 | 0.146 | 3/30/2012 | 71.317 | -4.571 | 4.571 | 3/30/2012 | 116.149 |
| 2012 Q1 | -0.019 | 0.019 | 6/29/2012 | 71.336 | 0.268 | 0.000 | N/A | 116.149 |
| 2012 Q2 | 1.086 | 0.000 | N/A | 71.336 | 2.770 | 0.000 | N/A | 116.149 |
| 2012 Q3 | 4.906 | 0.000 | N/A | 71.336 | 2.412 | 0.000 | N/A | 116.149 |
| 2012 Q4 | 8.826 | 0.000 | N/A | 71.336 | 7.224 | 0.000 | N/A | 116.149 |
| 2013 Q1 | 6.971 | 0.000 | N/A | 71.336 | 59.368 | 0.000 | N/A | 116.149 |
| 2013 Q2 | 7.357 | 0.000 | N/A | 71.336 | 13.243 | 0.000 | N/A | 116.149 |
| 2013 Q3 | 33.436 | 0.000 | N/A | 71.336 | 11.568 | 0.000 | N/A | 116.149 |
| Remaining Treasury Support | $140.474 | | | | $117.576 | | | |
| Cumulative Draws by Both Enterprises | $187.485 | | | | | | | |

Source: Freddie Mac and Fannie Mae          N/A = not applicable

[1] Freddie Mac's draws have been based on reported GAAP stockholders' equity, while Fannie Mae's draw was based on GAAP net worth. Both GAAP stockholders' equity and GAAP net worth are measures of the difference between an Enterprise's assets and liabilities. Both measures include realized and unrealized losses as of the reporting date. Losses ultimately realized in the future may differ from unrealized losses as of the reporting date.

The full text of the Senior Preferred Stock Purchase Agreements and the amendments to those agreements are available online here. For an overview of those agreements, see MMN 10-1 "Treasury Support for Fannie Mae and Freddie Mac". For Fannie Mae's quarterly financial results, click here. For Fannie Mae's annual financial results, click here. For Freddie Mac's quarterly financial results, click here. For Freddie Mac's annual financial results, click here.

[2] Excludes $1 billion in liquidation preference on the senior preferred stock position obtained by Treasury from each Enterprise upon initiation of the Senior Preferred Stock Purchase Agreement. The initial $1 billion is not a draw on the Treasury's commitment under the agreement.

# Table 2: Dividends on Enterprise Draws from Treasury[3] ($ billions)

| Quarter | Freddie Mac | | | Fannie Mae | | |
|---|---|---|---|---|---|---|
| | Dividends Accrued | Date Paid | Cumulative Dividends Paid[4] | Dividends Accrued | Date Paid | Cumulative Dividends Paid[4] |
| 2008 Q3 | $0.006 | N/A | $0.000 | $0.006 | N/A | $0.000 |
| 2008 Q4 | 0.167 | 12/31/2008 | 0.173 | 0.025 | 12/31/2008 | 0.031 |
| 2009 Q1 | 0.370 | 3/31/2009 | 0.543 | 0.025 | 3/31/2009 | 0.056 |
| 2009 Q2 | 1.149 | 6/30/2009 | 1.691 | 0.409 | 6/30/2009 | 0.465 |
| 2009 Q3 | 1.294 | 9/30/2009 | 2.986 | 0.885 | 9/30/2009 | 1.351 |
| 2009 Q4 | 1.293 | 12/31/2009 | 4.278 | 1.150 | 12/31/2009 | 2.501 |
| 2010 Q1 | 1.293 | 3/31/2010 | 5.571 | 1.527 | 3/31/2010 | 4.028 |
| 2010 Q2 | 1.293 | 6/30/2010 | 6.863 | 1.909 | 6/30/2010 | 5.937 |
| 2010 Q3 | 1.560 | 9/30/2010 | 8.424 | 2.117 | 9/30/2010 | 8.055 |
| 2010 Q4 | 1.603 | 12/31/2010 | 10.027 | 2.153 | 12/31/2010 | 10.207 |
| 2011 Q1 | 1.605 | 3/31/2011 | 11.632 | 2.216 | 3/31/2011 | 12.424 |
| 2011 Q2 | 1.618 | 6/30/2011 | 13.249 | 2.281 | 6/30/2011 | 14.705 |
| 2011 Q3 | 1.618 | 9/30/2011 | 14.867 | 2.495 | 9/30/2011 | 17.199 |
| 2011 Q4 | 1.655 | 12/30/2011 | 16.522 | 2.621 | 12/30/2011 | 19.821 |
| 2012 Q1 | 1.808 | 3/30/2012 | 18.329 | 2.819 | 3/30/2012 | 22.639 |
| 2012 Q2 | 1.808 | 6/29/2012 | 20.137 | 2.931 | 6/29/2012 | 25.571 |
| 2012 Q3 | 1.808 | 9/28/2012 | 21.946 | 2.929 | 9/28/2012 | 28.499 |
| 2012 Q4 | 1.808 | 12/31/2012 | 23.754 | 2.929 | 12/31/2012 | 31.428 |
| 2013 Q1 | 5.826 | 3/29/2013 | 29.580 | 4.224 | 3/29/2013 | 35.652 |
| 2013 Q2 | 6.971 | 6/28/2013 | 36.552 | 59.368 | 6/28/2013 | 95.020 |
| 2013 Q3 | 4.357 | 9/30/2013 | 40.909 | 10.243 | 9/30/2013 | 105.263 |
| 2013 Q4 | 30.436 | TBD | 71.345 | 8.568 | TBD | 113.831 |

**Cumulative Dividends Paid by Both Enterprises[4]**        $185.176

TBD = to be determined but not later than 12/31/2013

Source: Freddie Mac and Fannie Mae

[3] As set forth in the Third Amendment to the Amended and Restated Senior Preferred Stock Purchase Agreement, between January 1, 2013 and December 31, 2017, dividend amounts will be the Net Worth Amount at the end of the immediately preceding fiscal quarter minus the applicable capital reserve amount. The 2013 capital reserve amount of $3 billion will be reduced by $600 million each calendar year until it reaches zero on January 1, 2018.
[4] Dividends accrued may not add up to cumulative dividends due to rounding.

**Table 3: Treasury Purchases of Freddie Mac and Fannie Mae MBS[5]**
($ billions, current face value as of purchase)

| Period | Purchases of: | |
|---|---|---|
| | **Freddie Mac MBS** | **Fannie Mae MBS** |
| September 2008 | $2.5 | $0.9 |
| October 2008 | 4.3 | 11.6 |
| November 2008 | 10.0 | 10.5 |
| December 2008 | 10.3 | 18.1 |
| January 2009 | 7.4 | 13.9 |
| February 2009 | 11.9 | 2.8 |
| March 2009 | 10.2 | 9.2 |
| April 2009 | 5.5 | 11.2 |
| May 2009 | 5.7 | 6.9 |
| June 2009 | 5.6 | 3.4 |
| July 2009 | 9.4 | 1.7 |
| August 2009 | 3.8 | 5.9 |
| September 2009 | 4.4 | 5.2 |
| October 2009 | 6.7 | 3.0 |
| November 2009 | 6.6 | 3.1 |
| December 2009 | 1.7 | 7.6 |
| **Total[6]** | 105.9 | 114.8 |
| **Total Purchases** | **$220.8** | |

Source: Department of the Treasury

---

[5] The Treasury's GSE MBS purchase program terminated on December 31, 2009.
[6] Columns may not add to totals due to rounding.

**Table 4: Federal Reserve GSE and Ginnie Mae MBS Purchase Program**
($ billions, current face value as of purchase)

| Period[8] | Freddie Mac MBS | Net Transactions[7] | |
| --- | --- | --- | --- |
| | | Fannie Mae MBS | Ginnie Mae MBS |
| January 5-7, 2009 | $6.9 | $2.9 | $0.4 |
| January 8-14, 2009 | 15.8 | 5.6 | 2.0 |
| January 15-21, 2009 | 5.4 | 11.7 | 1.8 |
| January 22-28, 2009 | 5.3 | 7.2 | 4.3 |
| January 29-February 4, 2009 | 9.7 | 10.5 | 2.0 |
| February 5-11, 2009 | 14.7 | 7.2 | 1.4 |
| February 12-18, 2009 | 7.9 | 10.9 | 1.0 |
| February 19-25, 2009 | 8.4 | 15.6 | 1.0 |
| February 26-March 4, 2009 | 15.6 | 13.6 | 1.0 |
| March 5-11, 2009 | 9.7 | 16.8 | 0.6 |
| March 12-18, 2009 | 12.5 | 5.2 | 2.1 |
| March 19-25, 2009 | 13.5 | 18.5 | 1.3 |
| March 25-April 1, 2009 | 14.4 | 17.0 | 1.6 |
| April 2-8, 2009 | 7.4 | 22.2 | 0.9 |
| April 9-15, 2009 | 1.3 | 20.2 | 0.3 |
| April 16-22, 2009 | 5.6 | 19.8 | 0.8 |
| April 23-29, 2009 | 9.1 | 13.5 | 0.5 |
| April 30-May 6, 2009 | 5.0 | 17.2 | 3.3 |
| May 7-13, 2009 | 4.4 | 20.6 | 2.2 |
| May 14-20, 2009 | 7.5 | 13.1 | 4.1 |
| May 21-27, 2009 | 11.0 | 12.0 | 2.5 |
| May 29-June 3, 2009 | 5.0 | 18.8 | 2.1 |
| June 4-10, 2009 | 7.4 | 14.6 | 1.0 |
| June 11-17, 2009 | 5.5 | 11.3 | 3.5 |
| June 18-24, 2009 | 8.5 | 10.2 | 3.6 |
| June 25-July 1, 2009 | 7.2 | 13.1 | 2.8 |
| July 2-8, 2009 | 3.2 | 9.9 | 4.1 |
| July 9-15, 2009 | 6.9 | 11.3 | 4.1 |
| July 16-22, 2009 | 6.5 | 11.2 | 3.5 |
| July 23-29, 2009 | 5.4 | 14.5 | 0.3 |
| July 20-August 5, 2009 | 5.0 | 14.2 | 0.0 |
| **[Table continued on next page]** | | | |

---

[7] The Federal Reserve Bank of New York reported "transactions" through the period ending February 25, 2009 and "net purchases" thereafter.
[8] Federal Reserve transactions commenced on January 5, 2009, and are reported on a weekly basis for weeks beginning on a Thursday and therefore overlap months.

| Period[8] | Net Transactions[7] | | |
| --- | --- | --- | --- |
| | Freddie Mac MBS | Fannie Mae MBS | Ginnie Mae MBS |
| August 6-12, 2009 | 2.3 | 17.7 | 0.5 |
| August 13-19, 2009 | 5.9 | 17.5 | 1.7 |
| August 20-26, 2009 | 7.3 | 15.8 | 2.4 |
| August 27-September 2, 2009 | 8.3 | 17.3 | 0.0 |
| September 3-9, 2009 | 3.6 | 12.4 | 2.9 |
| September 10-16, 2009 | 6.3 | 15.7 | 3.5 |
| September 17-23, 2009 | 6.0 | 15.9 | 1.1 |
| September 24-30, 2009 | 7.6 | 10.6 | 1.8 |
| October 1-7, 2009 | 8.0 | 8.1 | 4.0 |
| October 8-14, 2009 | 7.3 | 8.4 | 0.5 |
| October 15-21, 2009 | 6.7 | 8.4 | 3.0 |
| October 22-28, 2009 | 5.3 | 11.4 | 1.4 |
| October 29-November 4, 2009 | 3.3 | 12.6 | 0.2 |
| November 5-11, 2009 | 2.9 | 9.8 | 0.8 |
| November 12-18, 2009 | 5.9 | 3.8 | 6.4 |
| November 19-25, 2009 | 6.5 | 6.0 | 3.5 |
| November 26-December 2, 2009 | 5.7 | 7.7 | 2.6 |
| December 3-9, 2009 | 4.8 | 9.6 | 1.5 |
| December 10-16, 2009 | 7.6 | 7.2 | 1.2 |
| December 17-23, 2009 | 7.8 | 7.2 | 0.0 |
| December 24-30, 2009 | 3.3 | 6.0 | 0.0 |
| December 31, 2009-January 6, 2010 | 1.8 | 10.2 | 0.0 |
| January 7-13, 2010 | 9.7 | 3.5 | 0.9 |
| January 14-20, 2010 | 1.3 | 8.5 | 2.3 |
| January 21-27, 2010 | 5.1 | 4.2 | 2.7 |
| January 28-February 3, 2010 | 5.7 | 3.7 | 2.7 |
| February 4-10, 2010 | 4.0 | 4.5 | 2.6 |
| February 11-17, 2010 | 4.5 | 4.0 | 2.6 |
| February, 18-24, 2010 | 5.4 | 4.3 | 1.4 |
| February 25-March 3, 2010 | 3.6 | 6.3 | 0.1 |

**[Table continued on next page]**

**Table 4 (Continued): Federal Reserve GSE and Ginnie Mae MBS Purchase Program** ($ billions, current face value as of purchase)

| Period[8] | Net Transactions[7] | | |
|---|---|---|---|
| | Freddie Mac MBS | Fannie Mae MBS | Ginnie Mae MBS |
| March 4-10, 2010 | 4.4 | 5.6 | 0.0 |
| March 11-17, 2010 | 4.8 | 4.8 | 0.4 |
| March 18-24, 2010 | 3.6 | 4.1 | 0.3 |
| March 25-31, 2010 | 5.2 | 0.9 | 0.0 |
| Total net transactions[9] | 432.3 | 703.6 | 114.0 |
| Total committed | | $1,250 | |
| Unused commitment | | $0 of $1,250 | |

Source: Federal Reserve Bank of New York

[7] The Federal Reserve Bank of New York reported "transactions" through the period ending February 25, 2009 and "net purchases" thereafter.
[8] Federal Reserve transactions commenced on January 5, 2009, and are reported on a weekly basis for weeks beginning on a Thursday and therefore overlap months.
[9] Columns may not add to totals due to rounding.

**Table 5: Federal Reserve Purchases of GSE Debt** ($ billions, par amount)

| Period | Purchases of: | | |
| --- | --- | --- | --- |
| | Freddie Mac Debt | Fannie Mae Debt | FHLB Debt |
| December 2008 | $6.1 | $5.8 | $3.1 |
| January 2009 | 4.8 | 4.0 | 2.5 |
| February 2009 | 4.2 | 2.4 | 2.8 |
| March 2009 | 5.8 | 7.1 | 4.0 |
| April 2009 | 2.9 | 6.6 | 5.0 |
| May 2009 | 5.2 | 6.4 | 2.2 |
| June 2009 | 6.7 | 6.1 | 3.0 |
| July 2009 | 3.8 | 4.8 | 1.9 |
| August 2009 | 4.6 | 5.2 | 1.5 |
| September 2009 | 5.7 | 4.3 | 2.6 |
| October 2009 | 7.6 | 5.4 | 2.7 |
| November 2009 | 2.4 | 4.0 | 1.7 |
| December 2009 | 1.9 | 1.5 | 1.4 |
| January 2010 | 2.3 | 1.7 | 0.9 |
| February 2010 | 1.6 | 1.1 | 1.6 |
| March 2010 | 1.4 | 0.9 | 0.7 |
| **Total**[10] | **67.1** | **67.4** | **37.7** |
| **Total committed** | | **$172.1** | |
| **Unused commitment** | | **$2.9 of $175**[11] | |

Source: Federal Reserve Bank of New York

[10] Columns may not add to totals due to rounding.
[11] On November 4, 2009, the Federal Reserve lowered its target level of purchases of GSE debt to $175 billion from $200 billion.