# EXHIBIT 1
# No. 13-cv-1053-RCL



Federal Housing Finance Agency

Projections of the Enterprises' Financial Performance

October 2011

TREASURY-1898

## Summary

- This report provides updated information on possible future Treasury draws by Fannie Mae and Freddie Mac (the "Enterprises") under specified scenarios, using consistent assumptions for both Enterprises. FHFA published initial projections of the Enterprises' financial performance in October 2010. The report on the initial projections can be found in FHFA's Projections of the Enterprises' Financial Performance, October 2010. The projections have been updated to reflect the current outlook for house prices, interest rates, and recent trends in borrower behavior. The projection period has been extended an additional year.

- To date, the Enterprises have drawn $169 billion from Treasury under the terms of the Senior Preferred Stock Purchase Agreements (PSPAs), as amended, between the Treasury and each of the Enterprises. FHFA worked with the Enterprises to develop forward-looking financial projections across three possible house price paths. **Under the three scenarios used in the projections, cumulative Treasury draws (including dividends) at the end of 2014 range from $220 billion to $311 billion. In the initial projections released in October 2010, cumulative Treasury draws (including dividends) at the end of 2013 ranged from $221 billion to $363 billion.**

- The difference in the range of ending cumulative Treasury draws between the October 2010 projections and the October 2011 projections can be attributed primarily to the fact that actual results for the first year of the projection period in the October 2010 projections were substantially better than projected. (See page 8 for further details.)

- The projections reported here are not expected outcomes. They are modeled projections in response to "what if" exercises based on assumptions about Enterprise operations, loan performance, macroeconomic and financial market conditions, and house prices. The projections do not define the full range of possible outcomes. Actual outcomes may be very different. This effort should be interpreted as a sensitivity analysis of future draws to possible house price paths.

- FHFA provided the Enterprises with key assumptions for each scenario. The Enterprises used their respective internal models to project their financial results based on the assumptions provided by FHFA. While this effort achieves a degree of comparability between the Enterprises, it does not allow for actions that the Enterprises might undertake in response to the economic conditions specified in the scenarios. Those Enterprise-specific business changes could lead to different results across the scenarios than are presented in these projections.

TREASURY-1900

Federal Housing Finance Agency

Projections of the
Enterprises' Financial Performance
October 2011

## Results

The assumptions used in each of the three scenarios are described on page 11. The projected combined cumulative Treasury draws for both Enterprises through December 31, 2014 reach $220 billion under Scenario 1, $226 billion under Scenario 2, and $311 billion under Scenario 3. Fannie Mae's cumulative draws are higher than Freddie Mac's in part because Fannie Mae's mortgage book of business is approximately fifty percent larger than Freddie Mac's. In addition, Fannie Mae's serious delinquency rates are higher than Freddie Mac's.

**Figure 1: Cumulative Treasury Draws*** *($ in billions)*



Federal Housing Finance Agency

Projections of the
Enterprises' Financial Performance
October 2011

## Results (continued)

The Enterprises are required to pay a 10 percent dividend on the amount of funds drawn by the Enterprises under the Senior Preferred Stock Purchase Agreements (PSPAs) with Treasury. The PSPAs do not allow for dividends to reduce prior draws. However, for illustrative purposes, if dividend payments were subtracted from the projected cumulative draws, the net amounts would reach $121 billion under Scenario 1, $124 billion under Scenario 2, and $193 billion under Scenario 3. Most dividends to date have been paid from funds acquired with additional draws. The projections show a portion of future dividends being paid out of comprehensive income.

**Figure 2: Cumulative Treasury Draws less dividends paid** *($ in billions)*





**Cumulative Treasury Draw through 2014**

|  | Scenario 1 | Scenario 2 | Scenario 3 |
|---|---|---|---|
| Related to operating losses and other* | $105 | $110 | $161 |
| Related to senior preferred dividends | 40 | 40 | 58 |
| Cumulative Treasury Draw | $145 | $150 | $219 |
| Senior preferred dividends (not financed through Treasury Draws) | $20 | $22 | $18 |
| Total senior preferred dividends | $60 | $62 | $76 |

**Cumulative Treasury Draw through 2014**

|  | Scenario 1 | Scenario 2 | Scenario 3 |
|---|---|---|---|
| Related to operating losses and other* | $58 | $59 | $66 |
| Related to senior preferred dividends | 17 | 17 | 26 |
| Cumulative Treasury Draw | $75 | $76 | $92 |
| Senior preferred dividends (not financed through Treasury Draws) | $22 | $22 | $17 |
| Total senior preferred dividends | $39 | $39 | $43 |

*Operating losses and other refers to net losses reported on the income statement, changes in unrealized losses reported on the balance sheet, and the impact of other accounting changes for consolidation and security impairments.
In accordance with Senior Preferred Stock Purchase Agreements (PSPAs), the Enterprises are not permitted to paydown the Treasury draw amounts, even if the Enterprises generate positive net income or total comprehensive income.
Numbers may not foot due to rounding.

TREASURY-1902

***HIGHLY CONFIDENTIAL***

DO NOT DISTRIBUTE OR SHARE WITH OTHER PARTIES

# GSE Preferred Stock Purchase Agreements (PSPA) Overview and Key Considerations

Sensitive and Pre-Decisional

June 13, 2012

TREASURY-3833

## Primary GSE Financial Forecast Assumptions

Sensitive / Pre-Decisional

- As conservator, FHFA evaluated the GSEs financial future by performing sensitivity analyses, commonly referred to as the "stress tests."

    - The sensitivity analyses included a base and downside case and were projected out to year 2014.

    - The sensitivity analyses were based on assumptions about GSE operations, loan performance, macroeconomic and financial market conditions, and house prices.

- Treasury also evaluated the financial prospects of the GSEs.

    - Grant Thornton was engaged as an independent, third-party consultant to perform a valuation of the entities for the Treasury Financial Report and OMB budget estimation figures.

    - Grant Thornton developed their own forecasts based, in part, on the forecasts prepared by each GSE based on a consistent set of assumptions provided by FHFA.

    - The Grant Thornton models were projected out until each GSE depleted its PSPA capacity.

- Both the FHFA and Grant Thornton analyses were used to generate the forecast estimates on the subsequent pages.

TREASURY-3837

Case 1:13-cv-01053-RLW Document 23-12 Filed 12/17/13 Page 21 of 33

PRE-DECISIONAL – MARKET SENSITIVE – PLEASE DO NOT DISTRIBUTE

# PSPAs: Key Terms

*Sensitive / Pre-Decisional*

### As of December 31, 2011

**Core Terms**

| | |
|---|---|
| Amended & Restated PSPAs | Signed on September 26, 2008. |
| Amendments Dated | 1st Amendment – May 6, 2009;  2nd Amendment – December 24, 2009. |
| Liquidation Preference | Increases with draws under the funding commitment.[1] |
| Dividend Rate | Cash 10%;  if elected to be paid in kind ("PIK") 12%. |
| Seniority of Senior Preferred Stock | Senior Preferred Stock is senior to the existing preferred stock issued prior to conservatorship and common equity but is junior to all debt claims and obligations. |

**Covenants**

| | |
|---|---|
| Retained Investment Portfolio | Reduce by 10% per year until the GSEs' retained portfolios each reach $250 billion. |
| Dividend Payments to Other Parties | None permitted until senior preferred stock is repaid in full. |
| Asset Sales | No sale, transfer, or disposition of any assets other than dispositions for fair value in the ordinary course of business. |
| Leverage Limitation | Not permitted to increase debt to more than 120% of the total amount of mortgages and mortgage-backed securities owned by each enterprise. |

**Other Terms**

| | |
|---|---|
| Warrants | Right to purchase up to 79.9 percent of the common equity at one-thousandth of one cent ($0.00001) per share, fully diluted.  Warrants expire Sept. 7, 2028. |

[1] As amended on December 24, 2009, each PSPA commits Treasury to provide additional support to each Enterprise through the end of 2012 in exchange for a greater liquidation preference. Treasury's financial commitment now equals the greater of $200 billion or $200 billion plus cumulative net worth deficits experienced during 2010, 2011, and 2012, less any surplus remaining as of December 31, 2012. Beginning in 2013, the capacity available becomes fixed and the remaining capacity declines as there are further draws.

TREASURY-3841

# Remaining Preferred Stock Purchase Agreement Capacity

Sensitive / Pre-Decisional

- Initial Purchase Agreement had a specified funding commitment cap of $100 billion for each GSE.

- The May 2009 amendment increased the specified cap for each institution to a fixed $200 billion.

- The Dec. 2009 amendment modified the fixed cap and allowed the cap to increase dollar for dollar for any draws between Jan. 1, 2010 and Dec. 31, 2012.

  - At the end of 2009, Fannie Mae had drawn $75.2 billion and Freddie Mac had drawn $50.7 billion, excluding the initial $1.0 billion liquidation preference for which the GSEs did not receive cash proceeds.

- At the end of 2012, these caps become fixed and there will be ~$125 billion of capacity remaining for Fannie Mae and ~$149 billion for Freddie Mac.

  - This remaining capacity will decline to the extent there are further draws from 2013 onward.

**Fannie Mae:**

| | |
|---|---|
| PSPA cap as of 12/24/09 amendment | $200 billion |
| + Est. PSPA draws[1] Jan. '10 – Dec. '12 | + $65.9 billion |
| Total est. PSPA cap on Dec. 31, 2012 | $265.9 billion |
| − PSPA draws through Dec. 31, 2009 | − $75.2 billion |
| − Est. PSPA draws[1] Jan. '10 – Dec. '12 | − $65.9 billion |
| = Remaining capacity Dec. 31, 2012 (less any positive net worth on Dec. 31, 2012) | $124.8 billion |

**Freddie Mac:**

| | |
|---|---|
| PSPA cap as of 12/24/09 amendment | $200 billion |
| + Est. PSPA draws[2] Jan. '10 – Dec. '12 | + $25.1 billion |
| Total est. PSPA cap on Dec. 31, 2012 | $225.1 billion |
| − PSPA draws through Dec. 31, 2009 | − $50.7 billion |
| − Est. PSPA draws[1] Jan. '10 – Dec. '12 | − $25.1 billion |
| = Remaining capacity Dec. 31, 2012 (less any positive net worth on Dec. 31, 2012) | $149.3 billion |

[1] Actual draws between January 1, 2010 and March 31, 2012, forecasted draws thereafter. Forecasted draws through December 31, 2012 as estimated by the base case forecast in the Federal Housing Finance Agency's annual "Projections of the Enterprises' Financial Performance" report, released October 2011.

TREASURY-3843

Case 1:13-cv-01053-RLW   Document 23-12   Filed 12/17/13   Page 27 of 33

# Fannie Mae Base Case PSPA Forecast

*Sensitive / Pre-Decisional*

| Projections: $ in billions | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Comprehensive Income (Loss)[1] | ($13.1) | $5.4 | $13.1 | $13.5 | $9.1 | $8.5 | $8.0 | $7.9 | $8.5 | $8.4 | $8.1 | $8.0 |
| Total Gross PSPA Draw | $28.7 | $11.4 | $2.9 | $1.2 | $7.0 | $7.1 | $8.2 | $9.4 | $9.8 | $10.7 | $12.1 | $13.5 |
| Total Dividend Paid | ($11.8) | ($14.0) | ($14.8) | ($15.0) | ($15.2) | ($15.9) | ($16.6) | ($17.5) | ($18.4) | ($19.4) | ($20.6) | ($21.8) |
| Total PSPA Draw Net of PSPA Dividends | $16.9 | ($2.6) | ($11.9) | ($13.8) | ($8.2) | ($8.8) | ($8.4) | ($8.1) | ($8.6) | ($8.7) | ($8.5) | ($8.3) |
| Projected End of Period Net Worth[2] | ($6.2) | ($3.4) | ($2.2) | ($2.5) | ($1.6) | ($1.9) | ($2.3) | ($2.4) | ($2.5) | ($2.9) | ($3.3) | ($3.6) |
| Percent of Dividends Funded by PSPA Draws | 100% | 81% | 20% | 8% | 46% | 45% | 49% | 54% | 53% | 55% | 59% | 62% |
| Dollar Amt. of Dividends Funded by Earnings | $0.0 | $2.6 | $11.9 | $13.8 | $8.2 | $8.8 | $8.4 | $8.1 | $8.6 | $8.7 | $8.5 | $8.3 |
| Cumulative Cash Dividends Funded by Earnings | $0.0 | $2.6 | $14.5 | $28.3 | $36.5 | $45.3 | $53.7 | $61.7 | $70.4 | $79.1 | $87.6 | $95.9 |
| Cumulative Net Return To Taxpayers By FY2023[3] | - | - | - | - | - | - | - | - | - | - | - | $92.4 |
| Beginning PSPA Liquidation Preference | $112.6 | $141.3 | $152.7 | $155.6 | $156.8 | $163.8 | $170.9 | $179.1 | $188.5 | $198.3 | $209.0 | $221.1 |
| Total Gross Liquidation Preference | $28.7 | $11.4 | $2.9 | $1.2 | $7.0 | $7.1 | $8.2 | $9.4 | $9.8 | $10.7 | $12.1 | $13.5 |
| Cumulative Gross Liquidation Preference | $141.3 | $152.7 | $155.6 | $156.8 | $163.8 | $170.9 | $179.1 | $188.5 | $198.3 | $209.0 | $221.1 | $234.6 |
| Remaining PSPA Funding Capacity | $125.0 | $120.8 [4] | $117.9 | $116.7 | $109.7 | $102.6 | $94.4 | $85.0 | $75.2 | $64.5 | $52.4 | $38.9 |
| Cumulative Net PSPA Investment[5] | $112.3 | $109.7 | $97.7 | $84.0 | $75.8 | $67.0 | $58.6 | $50.5 | $41.9 | $33.2 | $24.7 | $16.4 |

## Per annum projected PSPA draws and dividends



$ in billions

10% Cash Dividend ■ Net Compreh. Income (1) ■ Gross PSPA Liqd. Pref.

## Projected PSPA funding capacity as a result of draws



$ in billions

◆ PSPA Capacity Left

(1) Net comprehensive income is defined as the sum of economic net interest margin, fees and other income less a provision for credit losses, administrative expenses and other non-interest expenses.
(2) Negative every year because of a one quarter timing delay in payment of PSPA draw requests. Calculated as the sum of net comprehensive income and total gross PSPA draws less total dividends paid.
(3) The cumulative net return to taxpayers by FY2023 represents the sum of the cumulative cash dividends funded by earnings as of FY2023 and the projected end of period net worth in FY2023.
(4) Remaining PSPA funding capacity reduced by draws that occur after January 1, 2013. Potential PSPA draws in 4Q 2012 appear as FY2013 but do not reduce PSPA capacity.
(5) The cumulative net PSPA investment decreases by the dollar amount of dividends funded by earnings paid to the U.S. Department of the Treasury.

TREASURY-3847

# Freddie Mac Base Case PSPA Forecast

Sensitive / Pre-Decisional

| Projections: $ in billions | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Comprehensive Income (Loss)[1] | $6.7 | $9.5 | $10.6 | $6.0 | $5.5 | $5.5 | $5.6 | $5.3 | $5.5 | $5.4 | $5.4 | $5.4 |
| Total Gross PSPA Draw | $10.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $1.5 | $2.5 | $2.6 | $3.0 | $3.3 |
| Total Dividend Paid | ($7.3) | ($7.7) | ($7.7) | ($7.7) | ($7.7) | ($7.7) | ($7.7) | ($7.7) | ($7.9) | ($8.2) | ($8.4) | ($8.7) |
| Total PSPA Draw Net of PSPA Dividends | $3.2 | ($7.7) | ($7.7) | ($7.7) | ($7.7) | ($7.7) | ($7.7) | ($6.2) | ($5.4) | ($5.6) | ($5.4) | ($5.4) |
| Projected End of Period Net Worth[2] | $3.5 | $5.3 | $8.2 | $6.6 | $4.4 | $2.3 | $0.2 | ($0.7) | ($0.6) | ($0.7) | ($0.8) | ($0.8) |
| Percent of Dividends Funded by PSPA Draws | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 19% | 32% | 32% | 36% | 38% |
| Dollar Amt. of Dividends Funded by Earnings | $0.0 | $7.7 | $7.7 | $7.7 | $7.7 | $7.7 | $7.7 | $6.2 | $5.4 | $5.6 | $5.4 | $5.4 |
| **Cumulative Cash Dividends Funded by Earnings** | **$0.0** | **$7.7** | **$15.3** | **$23.0** | **$30.7** | **$38.3** | **$46.0** | **$52.2** | **$57.6** | **$63.2** | **$68.6** | **$74.0** |
| Cumulative Net Return To Taxpayers By FY2023[3] | - | - | - | - | - | - | - | - | - | - | - | $73.2 |
| Beginning PSPA Liquidation Preference | $72.2 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $84.2 | $86.7 | $89.3 | $92.3 |
| Total Gross Liquidation Preference | $10.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $1.5 | $2.5 | $2.6 | $3.0 | $3.3 |
| Cumulative Gross Liquidation Preference | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $82.7 | $84.2 | $86.7 | $89.3 | $92.3 | $95.6 |
| Remaining PSPA Funding Capacity | $150.0 | $150.0 [4] | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $148.5 | $146.0 | $143.4 | $140.4 | $137.1 |
| **Cumulative Net PSPA Investment[5]** | **$60.5** | **$52.8** | **$45.2** | **$37.5** | **$29.8** | **$22.2** | **$14.5** | **$8.3** | **$2.9** | **($2.7)** | **($8.1)** | **($13.5)** |

TREASURY-3849

## Per annum projected PSPA draws and dividends



## Projected PSPA funding capacity as a result of draws



(1) Net comprehensive income is defined as the sum of economic net interest margin, fees and other income less a provision for credit losses, administrative expenses and other non-interest expenses.
(2) Negative in some years because of a one quarter timing delay in payment of PSPA draw requests. Calculated as the sum of net comprehensive income and total gross PSPA draws less total dividends paid.
(3) The cumulative net return to taxpayers by FY2023 represents the sum of the cumulative cash dividends funded by earnings as of FY2023 and the projected end of period net worth in FY2023.
(4) Remaining PSPA funding capacity reduced by draws that occur after January 1, 2013. Potential PSPA draws in 4Q 2012 appear as FY2013 but do not reduce PSPA capacity.
(5) The cumulative net PSPA investment decreases by the dollar amount of dividends funded by earnings paid to the U.S. Department of the Treasury.

# Freddie Mac Downside Case PSPA Forecast

Sensitive / Pre-Decisional

| Projections: $ in billions | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Comprehensive Income (Loss)[1] | ($7.8) | $6.6 | $8.9 | $6.1 | $5.6 | $5.6 | $5.7 | $5.4 | $5.5 | $5.4 | $5.4 | $5.4 |
| Total Gross PSPA Draw | $20.7 | $2.3 | $0.5 | $2.7 | $3.6 | $4.0 | $4.4 | $5.1 | $5.5 | $6.2 | $6.8 | $7.5 |
| Total Dividend Paid | ($7.6) | ($8.8) | ($9.0) | ($9.1) | ($9.4) | ($9.7) | ($10.2) | ($10.6) | ($11.2) | ($11.7) | ($12.4) | ($13.1) |
| Total PSPA Draw Net of PSPA Dividends | $13.1 | ($6.5) | ($8.4) | ($6.4) | ($5.8) | ($5.7) | ($5.8) | ($5.5) | ($5.7) | ($5.5) | ($5.6) | ($5.6) |
| Projected End of Period Net Worth[2] | ($1.1) | ($0.9) | ($0.5) | ($0.8) | ($0.9) | ($1.1) | ($1.2) | ($1.3) | ($1.5) | ($1.6) | ($1.8) | ($2.0) |
| Percent of Dividends Funded by PSPA Draws | 100% | 26% | 6% | 30% | 38% | 41% | 43% | 48% | 49% | 53% | 55% | 57% |
| Dollar Amt. of Dividends Funded by Earnings | $0.0 | $6.5 | $8.4 | $6.4 | $5.8 | $5.7 | $5.8 | $5.5 | $5.7 | $5.5 | $5.6 | $5.6 |
| Cumulative Cash Dividends Funded by Earnings | $0.0 | $6.5 | $14.9 | $21.3 | $27.0 | $32.8 | $38.6 | $44.1 | $49.7 | $55.3 | $60.8 | $66.4 |
| Cumulative Net Return To Taxpayers By FY2023[3] | - | - | - | - | - | - | - | - | - | - | - | $64.4 |
| Beginning PSPA Liquidation Preference | $72.2 | $92.9 | $95.2 | $95.7 | $98.4 | $102.0 | $106.0 | $110.4 | $115.5 | $121.0 | $127.2 | $134.0 |
| Total Gross Liquidation Preference | $20.7 | $2.3 | $0.5 | $2.7 | $3.6 | $4.0 | $4.4 | $5.1 | $5.5 | $6.2 | $6.8 | $7.5 |
| Cumulative Gross Liquidation Preference | $92.9 | $95.2 | $95.7 | $98.4 | $102.0 | $106.0 | $110.4 | $115.5 | $121.0 | $127.2 | $134.0 | $141.5 |
| Remaining PSPA Funding Capacity | $150.0 | $149.0 [4] | $148.4 | $145.7 | $142.1 | $138.1 | $133.7 | $128.6 | $123.1 | $116.9 | $110.1 | $102.6 |
| Cumulative Net PSPA Investment[5] | $70.4 | $64.0 | $55.6 | $49.2 | $43.4 | $37.7 | $31.9 | $26.4 | $20.7 | $15.2 | $9.6 | $4.0 |



TREASURY-3850

## Per annum projected PSPA draws and dividends
$ in billions

## Projected PSPA funding capacity as a result of draws
$ in billions



■ 10% Cash Dividend   ■ Net Compreh. Income (1)   ■ Gross PSPA Liqd. Pref.     ◆ PSPA Capacity Left

(1) Net comprehensive income is defined as the sum of economic net interest margin, fees and other income less a provision for credit losses, administrative expenses and other non-interest expenses.
(2) Negative every year because of a one quarter timing delay in payment of PSPA draw requests. Calculated as the sum of net comprehensive income and total gross PSPA draws less total dividends paid.
(3) The cumulative net return to taxpayers by FY2023 represents the sum of the cumulative cash dividends funded by earnings as of FY2023 and the projected end of period net worth in FY2023.
(4) Remaining PSPA funding capacity reduced by draws that occur after January 1, 2013. Potential PSPA draws in 4Q 2012 appear as FY2013 but do not reduce PSPA capacity.
(5) The cumulative net PSPA investment decreases by the dollar amount of dividends funded by earnings paid to the U.S. Department of the Treasury.