IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> THE FEDERAL HOUSING FINANCE ) <br> AGENCY, et al., ) <br> ) <br> *Defendants*. ) <br> ) | No. 13-cv-1053-RCL |

## DECLARATION OF EUGENE G. BALLARD

I, Eugene G. Ballard, declare as follows:

1. W.R. Berkley Corporation owns directly or indirectly the following plaintiffs: Berkley Insurance Company, Acadia Insurance Company, Admiral Indemnity Company, Admiral Insurance Company, Berkley Regional Insurance Company, Carolina Casualty Insurance Company, Midwest Employers Casualty Insurance Company, Nautilus Insurance Company, Preferred Employers Insurance Company. They are collectively referred to below as the "Berkley Plaintiffs."

2. I am the Senior Vice President and Chief Financial Officer of W. R. Berkley Corporation.

3. Prior to and at all times since this action was filed, at least one of the Berkley Plaintiffs has owned shares in the O series of Fannie Mae's preferred stock and shares in the S series of Freddie Mac's preferred stock.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed on March 21, 2014.

Eugene G. Ballard