IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERRY CAPITAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>JACOB J. LEW, in his official capacity as Secretary of the Treasury, *et al.*,<br><br>Defendants. | Case No. 1:13-cv-1025-RCL |
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Case No. 1:13-cv-1053-RCL |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>Defendants. | Case No. 1:13-cv-1439-RCL |

## DECLARATION OF SEAN BEATTY

SEAN BEATTY declares:

1. I am an officer of Arrowood Indemnity Company ("Arrowood Indemnity"), Arrowood Surplus Lines Insurance Company ("Arrowood Surplus Lines"), and Financial Structures Limited ("Financial Structures"), plaintiffs in *Arrowood Indemnity Company et al. v. Federal National Mortgage Association, et al.*, Case No. 1:13-cv-1439-RCL (the "*Arrowood* action").

2. I have personal knowledge of the facts set forth in this Declaration.

**Arrowood Indemnity**

3. As of the time of the commencement of the *Arrowood* action, as alleged in the complaint (¶ 15), Arrowood Indemnity owned the following shares of Fannie Mae Preferred Stock and Freddie Mac Preferred Stock, all of which were acquired prior to September 6, 2008, and had been continuously owned by Arrowood Indemnity since the date of acquisition, other than 2000 shares of Fannie Mae Preferred Stock, Series H, which were sold in 2013 and then repurchased later in 2013:[1]

| Entity | CUSIP | Coupon Rate | Series | Shares | Par Value Per Share | Aggregate Par Value |
|---|---|---|---|---|---|---|
| Fannie Mae | 313586844 | 5.125% | L | 38,800 | $ 50.00 | $ 1,940,000 |
| Fannie Mae | 313586877 | 5.375% | I | 78,000 | $ 50.00 | $ 3,900,000 |
| Fannie Mae | 313586885 | 5.81% | H | 149,400 | $ 50.00 | $ 7,470,000 |
| Freddie Mac | 313400855 | 5.10% | H | 160,000 | $ 50.00 | $ 8,000,000 |
| Freddie Mac | 313400731 | 5.70% | R | 100,000 | $ 50.00 | $ 5,000,000 |
| Freddie Mac | 313400772 | 5.81% | O | 119,750 | $ 50.00 | $ 5,987,500 |
| Freddie Mac | 313400749 | 6.00% | P | 60,000 | $ 50.00 | $ 3,000,000 |
| | | | Total | 705,950 | | $ 35,297,500 |

4. Arrowood Indemnity disposed of the following shares in 2014:

| Entity | CUSIP | Coupon Rate | Series | Shares | Par Value Per Share | Aggregate Par Value |
|---|---|---|---|---|---|---|
| Freddie Mac | 313400772 | 5.81% | O | 100,000 | $ 50.00 | $ 5,000,000 |
| | | | Total | 100,000 | | $ 5,000,000 |

5. Arrowood Indemnity purchased the following shares in 2014 and continues to hold these shares as of the date of this declaration:

---

[1] The 2,000 shares which were sold and repurchased in 2013 were inadvertently omitted from the table of shares owned which appears in the complaint.

| Entity | CUSIP | Coupon Rate | Series | Shares | Par Value Per Share | Aggregate Par Value |
|---|---|---|---|---|---|---|
| Fannie Mae | 313586877 | 5.375% | I | 25,000 | $ 50.00 | $ 1,250,000 |
| Freddie Mac | 313400657 | 6.02% | X | 170,000 | $ 25.00 | $ 4,250,000 |
| Freddie Mac | 313400673 | 5.57% | V | 40,000 | $ 25.00 | $ 1,000,000 |
| | | | Total | 235,000 | | $ 6,500,000 |

6. Arrowood Indemnity owns the following shares as of date of this declaration:

| Entity | CUSIP | Coupon Rate | Series | Shares | Par Value Per Share | Aggregate Par Value |
|---|---|---|---|---|---|---|
| Fannie Mae | 313586844 | 5.125% | L | 38,800 | $ 50.00 | $ 1,940,000 |
| Fannie Mae | 313586877 | 5.375% | I | 103,000 | $ 50.00 | $ 5,150,000 |
| Fannie Mae | 313586885 | 5.81% | H | 149,400 | $ 50.00 | $ 7,470,000 |
| Freddie Mac | 313400657 | 6.02% | X | 170,000 | $ 25.00 | $ 4,250,000 |
| Freddie Mac | 313400673 | 5.57% | V | 40,000 | $ 25.00 | $ 1,000,000 |
| Freddie Mac | 313400855 | 5.10% | H | 160,000 | $ 50.00 | $ 8,000,000 |
| Freddie Mac | 313400731 | 5.70% | R | 100,000 | $ 50.00 | $ 5,000,000 |
| Freddie Mac | 313400772 | 5.81% | O | 19,750 | $ 50.00 | $ 987,500 |
| Freddie Mac | 313400749 | 6.00% | P | 60,000 | $ 50.00 | $ 3,000,000 |
| | | | Total | 840,950 | | $ 36,797,500 |

**Arrowood Surplus Lines**

7. As of the time of the commencement of the *Arrowood* action, as alleged in the complaint (¶ 16), Arrowood Surplus Lines owned the following shares of Fannie Mae Preferred Stock and Freddie Mac Preferred Stock, all of which were acquired prior to September 6, 2008, and have been continuously owned by Arrowood Surplus Lines since the date of acquisition. Arrowood Surplus Lines continues to own all of these shares.

| Entity | CUSIP | Coupon Rate | Series | Shares | Par Value Per Share | Aggregate Par Value |
|---|---|---|---|---|---|---|
| Fannie Mae | 313586877 | 5.375% | I | 22,000 | $ 50.00 | $ 1,100,000 |
| Freddie Mac | 313400772 | 5.81% | O | 40,000 | $ 50.00 | $ 2,000,000 |
| Freddie Mac | 313400749 | 6.00% | P | 40,000 | $ 50.00 | $ 2,000,000 |
| | | | Total | 102,000 | | $ 5,100,000 |

**Financial Structures**

8. As of the time of the commencement of the *Arrowood* action, as alleged in the complaint (¶ 17), Financial Structures owned the following shares of Freddie Mac Preferred Stock, all of which were acquired prior to September 6, 2008, and have been continuously owned by Financial Structures since the date of acquisition. Financial Structures continues to own all of these shares.

| Entity | CUSIP | Coupon Rate | Series | Shares | Par Value Per Share | Aggregate Par Value |
|---|---|---|---|---|---|---|
| Freddie Mac | 313400772 | 5.81% | O | 40,000 | $ 50.00 | $ 2,000,000 |
| | | | Total | 40,000 | | $ 2,000,000 |

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Sean Beatty*   03/21/14
Sean Beatty

82002676\V-3

4