IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERRY CAPITAL LLC,<br><br>    Plaintiff,<br><br> v.<br><br>JACOB J. LEW, *et al.*,<br><br>    Defendants. | Civil Action No. 1:13-cv-1025-RCL |
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1053-RCL |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1439-RCL |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS FOR SUMMARY JUDGMENT, AND GRANTING PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

WHEREFORE, having considered the Complaints filed by Plaintiffs Perry Capital LLC, Fairholme Funds, Inc., *et al.*, and Arrowood Indemnity Company, *et al.* (collectively "Plaintiffs"); the Treasury Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment; the FHFA Defendants' Motion to Dismiss, or in the Alternative, for Summary

Judgment; Plaintiffs' Opposition to Defendants' Motions to Dismiss and Motions for Summary Judgment; Plaintiffs' Cross-Motion for Summary Judgment; the Administrative Record in this matter; and the arguments of counsel and any oppositions thereto; the Court is of the opinion that Plaintiffs are entitled to judgment as a matter of law on their claims that the Third Amendment to Preferred Stock Purchase Agreements executed by Defendants Department of the Treasury and the Federal Housing Finance Agency, on behalf of the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation (collectively, the "Companies"), on August 17, 2012, is not in accordance with the Housing and Economic Recovery Act of 2008, 12 U.S.C. §§ 1455, 1719, 4617, within the meaning of 5 U.S.C. § 706(2)(C); and that Defendants acted arbitrarily and capriciously within the meaning of 5 U.S.C. § 706(2)(A) by executing the Third Amendment.  It is hereby **ORDERED** that:

1. Treasury Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment is **DENIED**.

2. FHFA Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment is **DENIED**.

3. Plaintiffs' Cross-Motion for Summary Judgment is **GRANTED**.

4. The Third Amendment, including its provisions that sweep the full amount of the Companies' net worth to Treasury, that prevent redemption of the Government Preferred Stock, and that accelerate the Companies' dissolution, is hereby **VACATED** and **SET ASIDE**.

5. **IT IS FURTHER ORDERED THAT** the Treasury Defendants and their officers, employees, and agents shall not implement, apply, or take any action whatsoever pursuant to the Third Amendment.

6. **IT IS FURTHER ORDERED THAT** the FHFA Defendants and their officers, employees, and agents shall not implement, apply, or take any action whatsoever pursuant to the Third Amendment.

7. **IT IS FURTHER ORDERED THAT** within 20 days of the date of this Order, the parties shall submit briefs with respect to what remedy is appropriate with respect to all payments made to Treasury under the Third Amendment in excess of the amounts which would have been due, as of the dates of such payments, as dividends absent the Third Amendment, and what further relief, if any, should be embodied in a Judgment to implement the terms of this Order.

8. **IT IS FURTHER ORDERED THAT** Plaintiffs shall be awarded reasonable costs, including attorneys' fees, incurred in bringing this action, and such other further relief as the Court deems just and proper.

**SO ORDERED**.

ENTERED this _____ day of _____, 2014.

_____
ROYCE C. LAMBERTH
United States District Judge