IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>                    Defendants. | Civil Action No. 13-cv-1053-RCL |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>                    Defendants. | Civil Action No. 13-cv-1439-RCL |

## [PROPOSED] SUPPLEMENTAL ORDER DENYING DEFENDANTS' MOTION TO DISMISS COMMON LAW CLAIMS

WHEREAS this Court is today entering a separate Order with respect to the motions addressed to all claims made in the Complaints in these actions other than the Claims for Breach of Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, and Breach of Fiduciary Duty, and this Order is limited to the motion addressed to such claims; and

WHEREFORE having considered the Complaints filed by Plaintiffs Fairholme Funds, Inc., *et al.*, and Arrowood Indemnity Company, *et al.* (collectively "Plaintiffs"), and the Claims for Breach of Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, and Breach of Fiduciary Duty set forth therein; Defendants' Motion to Dismiss as it relates to such claims; Plaintiffs' Opposition thereto; and the arguments of counsel and any oppositions thereto; the Court is of the opinion that Plaintiffs have properly and adequately pled Claims for Breach of

Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, and Breach of Fiduciary Duty.  It is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss Plaintiffs' Claims for Breach of Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, and Breach of Fiduciary Duty is **DENIED**.

**SO ORDERED**.

ENTERED this _____ day of _____, 2014.

_____
ROYCE C. LAMBERTH
United States District Judge