IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                  )
FAIRHOLME FUNDS, INC., et al.,      )
                                                  )
          *Plaintiffs*,               )
                                                  )
                v.                       )          No. 13-cv-1053-RCL
                                                  )
THE FEDERAL HOUSING FINANCE       )
      AGENCY, et al.,                  )
                                                  )
          *Defendants*.            )
_____ )

**PLAINTIFF FAIRHOLME FUNDS, INC.'S NOTICE OF FILING OF
DISCOVERY SCHEDULING ORDER ISSUED BY UNITED STATES
<u>COURT OF FEDERAL CLAIMS</u>**

        Plaintiffs Fairholme Funds, Inc. et al. ("Fairholme") respectfully notify the Court of the April 4, 2014 Order ("CFC Discovery Scheduling Order") by the United States Court of Federal Claims ("CFC") in *Fairholme Funds, Inc. v. United States*, No. 13-465C (Fed. Cl.).  A copy of the CFC Discovery Scheduling Order is attached as Exhibit A.

        The CFC action is one of a number of cases currently pending in that court raising claims pertaining to the same "Sweep Amendment" that is at issue in this and related actions pending before this Court.  As Fairholme explained in its March 5, 2014 Notice of Filing (Doc. 35) and its Reply in Support of Its Motion for Supplementation of the Administrative Records at 24-25 (Doc. 36), the Court of Federal Claims has authorized Fairholme to take discovery on several subjects that substantially overlap with disputed issues before this Court.

        Under the CFC Discovery Scheduling Order, discovery commenced on April 7, 2014, and is to be completed no later than July 31, 2014.  Given the potential relevance of this discovery to issues raised in this case and discussed in Fairholme's pending motion for

supplementation of the administrative records, we renew our suggestion that the Court schedule a status conference to consider scheduling and any other logistical issues implicated by these developments.

Date:   April 10, 2014                                     Respectfully submitted,

                                                /s/ Charles J. Cooper
                                                Charles J. Cooper
                                                *Counsel of Record*
                                                COOPER & KIRK, PLLC
                                                1523 New Hampshire Avenue, N.W.
                                                Washington, D.C. 20036
                                                (202) 220-9600
                                                (202) 220-9601 (fax)
                                                ccooper@cooperkirk.com

                                                *Of counsel*:
                                                Vincent J. Colatriano
                                                David H. Thompson
                                                COOPER & KIRK, PLLC
                                                1523 New Hampshire Avenue, N.W.
                                                Washington, D.C. 20036
                                                (202) 220-9600
                                                (202) 220-9601 (fax)