# EXHIBIT A

# In the United States Court of Federal Claims

No. 13-465 C

(Filed: April 4, 2014)

```
*************************************
FAIRHOLME FUNDS, INC. et al.,        *
                                     *
                 Plaintiffs,         *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
                 Defendant.          *
*************************************
```

**ORDER**

      On March 21, 2014, the parties in the above-captioned case filed status reports containing respective proposed schedules for jurisdictional discovery.  The parties subsequently filed responses to such status reports.  The court has reviewed the parties' submissions, and after due consideration, adopts the following discovery schedule:

- Discovery shall commence on **Monday, April 7, 2014**, and shall be completed by **Thursday, July 31, 2014**.

- During the discovery period, the court will conduct a telephonic status conference every two weeks, unless both parties concur and inform the court that a status conference is not necessary.  Additionally, the court will make itself available if a dispute requiring its immediate attention arises at any other time during the discovery period.  Status conferences shall take place on:

    - **Wednesday, April 23, 2014, at 1:00 p.m.**

    - **Wednesday, May 7, 2014, at 11:00 a.m.**

    - **Wednesday, May 21, 2014, at 11:00 a.m.**

    - **Wednesday, June 4, 2014, at 11:00 a.m.**

    - **Wednesday, June 18, 2014, at 11:00 a.m.**

    - **Wednesday, July 2, 2014, at 11:00 a.m.**

    - **Wednesday, July 16, 2014, at 11:00 a.m.**

- **Wednesday, July 30, 2014, at 11:00 a.m.**

- Defendant shall serve on plaintiffs its RCFC 26(a)(1)(A)(i) and (ii) initial disclosures **no later than Monday, April 7, 2014**.

- Plaintiffs shall serve on the government their initial round of document requests, if any, **no later than Monday, April 7, 2014**.

- The parties shall serve interrogatories, if any, **no later than Monday, April 7, 2014**.

- The responding party shall serve any objections to interrogatories **within 14 calendar days** of receiving such interrogatories.

- With respect to all discovery requests, the responding party shall serve responses **within 30 calendar days** of receiving such requests.

- The parties shall attempt to resolve objections, and discuss any issues regarding the format for production of responsive materials, **over the 7-day period following the service of objections**. If objections are not resolved by the end of that period, the objecting party shall bear the burden of moving for a protective order **no later than 7 days after the close of that period**.

- Depositions shall be completed **no later than Thursday, July 31, 2014**.

- Nothing in this order prevents the parties from entering into a claw-back agreement pursuant to Federal Rule of Civil Procedure 26(b)(5) and Federal Rule of Evidence 502.

In addition, by **no later than Thursday, August 14, 2014**, the parties shall file a joint status report ("JSR") suggesting future proceedings in this case. If the parties cannot agree on a specific course of action, they must set forth their respective positions in the JSR, and not in separate status reports. Separate status reports shall be stricken from the docket.

    **IT IS SO ORDERED.**

                                      s/ Margaret M. Sweeney
                                      MARGARET M. SWEENEY
                                      Judge