**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **PERRY CAPITAL LLC**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1025-RCL |
| | ) | |
| **JACOB J. LEW**, in his official capacity as | ) | |
| Secretary of the Treasury, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **FAIRHOLME FUNDS, INC.**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1053-RCL |
| | ) | |
| **FEDERAL HOUSING FINANCE AGENCY**, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **ARROWOOD INDEMNITY COMPANY**, | ) | |
| *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-01439-RCL |
| | ) | |
| **FEDERAL NATIONAL MORTGAGE** | ) | |
| **ASSOCIATION**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **In re Fannie Mae/Freddie Mac Senior Preferred** | ) | |
| **Stock Purchase Agreement Class Action Litigations** | ) | |
| _____ | ) | Misc. Action No. 1:13-mc-1288-RCL |
| | ) | |
| This document relates to: | ) | |
| ALL CASES | ) | |
| _____ | ) | |

**JOINT STIPULATION REGARDING ENLARGEMENT OF PAGE LIMITS**

WHEREAS, on November 18, 2013, this Court ordered that the above-captioned cases

proceed according to a coordinated briefing schedule;

1

WHEREAS, pursuant to this Court's order and the prior stipulation of the parties, the defendants' reply briefs in support of their dispositive motions, and oppositions to the plaintiffs' cross-motions for summary judgment, are due to be filed on or before May 2, 2014;

WHEREAS, the plaintiffs in the three individual actions (*Perry*, *Fairholme*, and *Arrowood*) have filed a joint brief in opposition to the defendants' dispositive motions, and in support of their cross-motions for summary judgment with respect to their Administrative Procedure Act claims, that is 89 pages in length;

WHEREAS, the plaintiffs in *Fairholme* and *Arrowood* have filed a joint supplemental brief addressing their additional claims that is 45 pages in length;

WHEREAS, the plaintiffs in the consolidated putative class action, *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*, have filed a brief in opposition to the defendants' dispositive motions that is 75 pages in length;

THEREFORE, the parties jointly stipulate that:

1. The defendant, Department of the Treasury, may file a brief in these coordinated actions, as a reply in support of its dispositive motions and in opposition to the plaintiffs' cross-summary judgment motions, not to exceed 60 pages in length; and

2. The defendants Federal Housing Finance Agency, Federal National Mortgage Association, and Federal Home Loan Mortgage Corporation, may file a brief in these coordinated actions, as a reply in support of their dispositive motions and in opposition to the plaintiffs' cross-motions, not to exceed 60 pages in length.

Dated:  May 2, 2014

/s/ Theodore B. Olson
THEODORE B. OLSON, SBN 367456
tolson@gibsondunn.com
DOUGLAS R. COX, SBN 459668
dcox@gibsondunn.com
MATTHEW D. MCGILL, SBN 481430
mmcGill@gibsondunn.com
NIKESH JINDAL, SBN 492008
njindal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

Attorneys for Perry Capital LLC


/s/ Charles J. Cooper
CHARLES J. COOPER, SBN 248070
ccooper@cooperkirk.com
VINCENT J. COLATRIANO, SBN 429562
vcolatriano@cooperkirk.com
DAVID H. THOMPSON, SBN 450503
dthompson@cooperkirk.com
PETER A. PATTERSON, SBN 998668
ppatterson@cooperkirk.com
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:  202.220.9600
Facsimile:  202.220.9601

Attorneys for Fairholme Funds, Inc., et al.


/s/ Drew W. Marrocco
DREW W. MARROCCO, SBN 453205
drew.marrocco@dentons.com
DENTONS US LLP
1301 K Street, N.W., Suite 600, East Tower
Washington, D.C.  20005
Telephone:  202.408.6400
Facsimile:  202.408.6399

Respectfully submitted,

/s/ Joel McElvain
JOEL McELVAIN
joel.mcelvain@usdoj.gov
THOMAS D. ZIMPLEMAN
thomas.d.zimpleman@usdoj.gov
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Telephone:  202.514.2988
Facsimile:  202.616.8460

Attorneys for Department of the Treasury

/s/ Asim Varma
ASIM VARMA
asim.varma@aporter.com
HOWARD NEIL CAYNE
howard.cayne@aporter.com
DAVID BLOCK BERGMAN
David.bergman@aporter.com
ARNOLD & PORTER LLP
555 12th Street, N.W., Suite 311
Washington, D.C.  20004
Telephone:  202.942.5180
Facsimile:  202.942.5999

Attorneys for Federal Housing Finance Agency


/s/ Paul Clement
PAUL CLEMENT
pclement@bancroftpllc.com
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C.  20036
Telephone:  202.234.0090
Facsimile:  202.234.2806

Attorney for Federal National Mortgage Association

3

MICHAEL H. BARR
michael.barr@dentons.com
RICHARD M. ZUCKERMAN
richard.zuckerman@dentons.com
SANDRA HAUSER
sandra.hauser@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY  10020
Telephone:  212.768.6700
Facsimile:  212.768.6800

*Attorneys for Arrowood Indemnity Co., et al.*


*/s/ Hamish P.M. Hume*
HAMISH P.M. HUME
JONATHAN M. SHAW
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW, Suite 800
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com

*/s/ David L Wales*
DAVID L. WALES, SBN 417440)
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1409
Fax: (212) 554-1444 (fax)
dwales@blbglaw.com

BLAIR A. NICHOLAS
DAVID R. KAPLAN
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
blairn@blbglaw.com
davidk@blbglaw.com

*/s/ Michael Joseph Ciatti*
MICHAEL JOSEPH CIATTI
mciatti@kslaw.com
GRACIELA MARIA RODRIGUEZ
gmrodriguez@kslaw.com
KING & SPALDING, LLP
1700 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C.  20006
Telephone:  202.626.5508
Facsimile:  202.626.3737

*Attorneys for Federal Home Loan Mortgage
Corp.*

*/s/ Geoffrey C. Jarvis*
JAY W. EISENHOFER
GRANT & EISENHOFER, P.A.
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
jeisenhofer@gelaw.com

GEOFFREY C. JARVIS
MICHAEL J. BARRY
GRANT & EISENHOFER, P.A.
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
gjarvis@gelaw.com
mbarry@gelaw.com

*/s/ Lee D. Rudy*
LEE D. RUDY
ERIC L. ZAGAR
MATTHEW A. GOLDSTEIN
KESSLER TOPAZ MELTZER & CHECK,
LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
lrudy@ktmc.com
ezagar@ktmc.com
mgoldstein@ktmc.com

*Interim Co-Lead Class Counsel*