IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERRY CAPITAL LLC,<br><br>    Plaintiff,<br><br> v.<br><br>JACOB J. LEW, *et al.*,<br><br>    Defendants. | Civil Action No. 1:13-cv-1025-RCL |
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1053-RCL |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-1439-RCL |

**JOINT STIPULATION REGARDING ENLARGEMENT OF PAGE LIMITS**

  WHEREAS, on November 18, 2013, this Court ordered that the above-captioned cases proceed according to a coordinated briefing schedule.

  WHEREAS, pursuant to this Court's order and the prior stipulation of the parties, Plaintiffs' replies in support of their cross-motions for summary judgment are due to be filed on June 2, 2014.

1

WHEREAS, Defendants the Department of Treasury and Jacob J. Lew have filed a reply in support of their dispositive motions, and in opposition to Plaintiffs' cross-motions for summary judgment, that is 60 pages in length.

WHEREAS, Defendants Federal Housing Finance Agency, Federal National Mortgage Association, Federal Home Loan Mortgage Corporation, and Melvin L. Watt have filed a reply in support of their dispositive motions, and in opposition to Plaintiffs' cross-motions for summary judgment, that is 58 pages in length.

THEREFORE, the parties jointly stipulate that Plaintiffs may file a reply in support of the cross-motion for summary judgment on the Administrative Procedure Act claims not to exceed 50 pages in length.

Dated:  June 2, 2014

/s/ Joel McElvain
Joel McElvain
Thomas D. Zimpleman
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Telephone:  202.514.2988
Facsimile:  202.616.8460

*Attorneys for Department of the Treasury*

Respectfully submitted,

/s/ Theodore B. Olson
Theodore B. Olson
Douglas R. Cox
Matthew D. McGill
Nikesh Jindal
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

Janet M. Weiss
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, N.Y.  10166
Telephone:  212.351.3988
Facsimile:  212.351.5234

*Attorneys for Plaintiff Perry Capital LLC*

/s/ Asim Varma
Asim Varma
Howard Neil Cayne
David Block Bergman
ARNOLD & PORTER LLP
555 12th Street, N.W., Suite 311
Washington, D.C. 20004
Telephone: 202.942.5180
Facsimile: 202.942.5999

*Attorneys for Federal Housing Finance Agency*


/s/ Paul Clement
Paul Clement
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
Telephone: 202.234.0090
Facsimile: 202.234.2806

*Attorney for Federal National Mortgage Association*


/s/ Michael Joseph Ciatti
Michael Joseph Ciatti
Graciela Maria Rodriguez
KING & SPALDING, LLP
1700 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006
Telephone: 202.626.5508
Facsimile: 202.626.3737

*Attorneys for Federal Home Loan Mortgage Corp.*


/s/ Charles J. Cooper
Charles J. Cooper
Vincent J. Colatriano
David H. Thompson
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.220.9600
Facsimile: 202.220.9601

*Attorneys for Plaintiffs Fairholme Funds, Inc., et al.*


/s/ Drew Marrocco
Drew W. Marrocco, SBN 452305
DENTONS US LLP
1301 K Street, N.W., Suite 600, East Tower
Washington, D.C. 20005
Telephone: 202.408.6400
Facsimile: 202.408.6399

Michael H. Barr
Richard M. Zuckerman
Sandra Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, N.Y. 10020
Telephone: 212.768.6700
Facsimile: 212.768.6800

*Attorneys for Plaintiffs Arrowood Indemnity Co., et al.*

3