# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., on behalf of its series The Fairholme Fund, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 13-1053 |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), I, Howard C. Nielson, Jr., am admitted to practice law in this Court and hereby enter my appearance on behalf of all Plaintiffs.

Dated: August 12, 2014　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　s/ Howard C. Nielson, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Howard C. Nielson, Jr.
　　　　　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 473018)
　　　　　　　　　　　　　　　　　　　　　　　COOPER & KIRK, PLLC
　　　　　　　　　　　　　　　　　　　　　　　1523 New Hampshire Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　　(202) 220-9600
　　　　　　　　　　　　　　　　　　　　　　　(202) 220-9601 (fax)
　　　　　　　　　　　　　　　　　　　　　　　hnielson@cooperkirk.com