**FILED**

SEP 3 0 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERRY CAPITAL LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>JACOB J. LEW, in his official capacity as<br>Secretary of the Treasury, *et al.,*<br><br>      Defendants. | Case No. 1:13-cv-1025-RCL |
| FAIRHOLME FUNDS, INC., *et al.,*<br><br>      Plaintiffs,<br><br>      v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.,*<br><br>      Defendants. | Case No. 1:13-cv-1053-RCL |
| ARROWOOD INDEMNITY COMPANY, *et al.,*<br><br>      Plaintiffs,<br><br>      v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION, *et al.,*<br><br>      Defendants. | Case No. 1:13-cv-1439- |
| In re Fannie Mae / Freddie Mac Senior Preferred<br>Stock Purchase Agreement Class Action<br>Litigations. | Case No. 1:13-mc-1288-RCL |
| This document relates to<br>ALL CASES | |

**ORDER [~~PROPOSED BY PLAINTIFFS~~] ON
DEFENDANTS' MOTION FOR JUDICIAL NOTICE**

Upon consideration of the motion by Defendants Federal Housing Finance Agency

("FHFA"), as Conservator for Federal National Mortgage Association ("Fannie Mae") and

Federal Home Loan Mortgage Association ("Freddie Mac"), FHFA Director Melvin L. Watt,

Fannie Mae, and Freddie Mac filed a motion for judicial notice (Dkt. 33 in 1:13-cv-1025-RCL,

and in other cases), which was joined in by defendants Department of the Treasury and Jacob J.

Lew, in his official capacity as Secretary of the Treasury, which requested that this Court take

judicial notice of certain documents in connection with Defendants' motions to dismiss the

Complaint, and to consider certain documents incorporated by reference into the Complaints

("Defendants' Motion"), and upon consideration of Plaintiffs' partial opposition thereto, it is

hereby

ORDERED:

I.     Defendants' Motion is GRANTED only to the extent set forth in this Order, and is otherwise

DENIED. Except as set forth in this Order, the documents which are the subject of

Defendants' Motion shall not be considered by this Court on Defendants' motions to dismiss

the Complaints, and such motions shall not be converted to motions for summary judgment.

II.    **SEC Filings by Fannie Mae and Freddie Mac.** This Court shall take judicial notice of the

fact that Fannie Mae and Freddie Mac made the following SEC filings, but the Court does

not accept such filings for the truth, accuracy, or completeness of the statements and

information contained therein, which cannot and shall not be resolved on Defendants'

Motions:

1. FHFA0258, at 0293: Fannie Mae, Form 10-K 2008 (Feb. 13, 2009).

2. FHFA1419, at 1457, 1480: Fannie Mae Form 10-K 2010 (Fed. 24, 2011).

3. FHFA1822, at 1832: Freddie Mac, Form 10-K 2010 (Feb. 24, 2011).

4. FHFA2193, at 2251: Fannie Mae, Form 10-Q Q1 (May 6, 2011).

5. FHFA2423, at 2437: Freddie Mac, Form 10-Q Q3 (Nov. 3, 2011).

6. FHFA3584, at 3680: Freddie Mac, Form 10-Q Q2 (Aug. 7, 2012).

7.  FHFA3842, at 3857, 3858: Fannie Mae, Form 10-Q Q2 (Aug. 8, 2012).

8.  Exhibit B[1]: Fannie Mae, Form 10-K 2009 at 198-201, 247-48 (Feb. 26, 2010).

III.  **Corporate Documents of Fannie Mae and Freddie Mac**. This Court shall take judicial

notice of the following corporate documents of Fannie Mae and Freddie Mac:

1.  Exhibit C: Freddie Mac, Certificate of Designation for Series M Preferred Stock (Jan.26, 2001), available at http://www.freddiemac.com/investors/pdffiles/0101cir.pdf.

2.  Exhibit D: Fannie Mae, Certificate of Designation for Series T Preferred Stock (May 13, 2008), available at http://www.fanniemae.com/resources/file/ir/pdf/stockinfo/series_T_05152008.pdf.

3.  Exhibit E: Freddie Mac, Eighth Amended and Restated Certificate of Designation for Common Stock (Sept. 10, 2008), available at http://www.freddiemac.com/investors/pdffiles/8th-cert-of-designation.pdf.

4.  Exhibit F: Fannie Mae Bylaws (as amended through Jan. 30, 2009), available at http://www.fanniemae.com/resources/file/aboutus/pdf/bylaws.pdf.

IV.  **Documents Incorporated by Reference into the Complaints**. This Court shall take judicial

notice of the following documents which are incorporated by reference into the Complaints:

A.  **Preferred Stock Purchase Agreement ("PSPAs") and Amendments**

1.  FHFA0128-0141: Fannie Mae, Amended and Restated Senior Preferred Stock Purchase Agreement (Sept. 26, 2008).

2.  FHFA0676-0680: Fannie Mae, First Amendment to Amended and Restated Senior Preferred Stock Purchase Agreement (May 6, 2009).

3.  FHFA1136-1141: Fannie Mae, Second Amendment to Amended and Restated Senior Preferred Stock Purchase Agreement (Dec. 24, 2009).

4.  FHFA4031-4038: Fannie Mae, Third Amendment to Amended and Restated Senior Preferred Stock Purchase Agreement (Aug. 12, 2012).

5.  All parties agree that the PSPA for Freddie Mac, and the amendments thereto, are materially identical to the PSPA for Fannie Mae.

B.  **Common and Preferred Stock Certificates**

1.  Exhibit C: Freddie Mac, Certificate of Designation for Series M (Jan. 26, 2001).

---

[1] References to Exhibits are to Exhibits annexed to Defendants' Motion.

2.  Exhibit D: Fannie Mae, Certificate of Designation for Series T Preferred Shares
    (May13, 2008).

3.  Exhibit E: Freddie Mac, Eighth Amended and Restated Certificate of Designation for
    Common Stock (Sept. 10, 2008).

V.  **Other Documents To Which Reference Is Made in Complaints.** With respect to the

following documents cited in one of more of the Complaints, the Court will consider such

documents for the limited purpose of assessing whether the Complaints have fairly and

accurately cited the specific portions of the documents to which the Complaints make

reference, but the Court shall not otherwise take judicial notice of or otherwise consider the

documents:

A.  **FHFA and Treasury Announcements Regarding Third Amendment**

1.  FHFA4047: FHFA Statement (Aug. 17, 2012) (cited at Consol. Compl. ¶ 95;
    Arrowood Compl. ¶ 90; Fairholme Compl. ¶¶ 71-72; Perry Compl. ¶¶ 52, 55).

2.  Exhibit A: Treasury Press Release (Aug. 17, 2012) (cited at Consol. Compl. ¶¶ 17, 72,
    94,111; Arrowood Compl. ¶¶ 74-78; Fairholme Compl. ¶¶ 10, 65, 71; Perry Compl.
    ¶¶ 17, 48, 52).

Dated:  _Septewber 30_ , 2014

SO ORDERED:

Royce C. Lamberth
U. S. D. J.

4