UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
SEP 30 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| PERRY CAPITAL LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>JACOB J. LEW, *et al.*,<br><br>           Defendant. | Civil No. 13-1025 (RCL) |
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>           Plaintiff,<br><br>    v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>           Defendant. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>           Plaintiff,<br><br>    v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCATION, *et al.*,<br><br>           Defendant. | Civil No. 13-1439 (RCL) |

| | |
|---|---|
| In re Fannie Mae/Freddie Mac ) <br> Senior Preferred Stock Purchase Agreement ) <br> Class Action Litigations ) <br> ) <br> ) <br> This Memorandum Opinion relates to: ) <br> ALL CASES ) <br> ) | Miscellaneous No. 13-1288 (RCL) <br><br> CLASS ACTION |

### ORDER

Before the Court is the *Fairholme* plaintiffs' motion [*Fairholme* 31, 32] for supplementation of the administrative record, limited discovery, suspension of briefing on the defendants' dispositive motions, and a status conference, to which all other plaintiffs join [*Arrowood* 40], [*In re Fannie Mae/Freddie Mac* 23], [*Perry* 49], the defendants' respective opposition briefs [*Fairholme* 33, 34] to the *Fairholme* plaintiffs' motion and responses [*Arrowood* 41, 42], [*In re Fannie Mae/Freddie Mac* 24, 25] to the *Arrowood* and class action plaintiffs' notices of joinder, and the *Fairholme* plaintiffs' reply [*Fairholme* 36] thereto, to which the class action plaintiffs join [*In re Fannie Mae/Freddie Mac* 29]. For the reasons explained in the Memorandum Opinion dismissing the plaintiffs' cases issued this date, the plaintiffs' motion for supplementation of the administrative record, limited discovery, suspension of briefing on the defendants' dispositive motions, and a status conference is hereby **DENIED** as moot.

It is **SO ORDERED** this 30TH day of September 2014.

Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Judge