# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAIRHOLME FUNDS, INC., et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 13-cv-1053-RCL |
| v. | ) ) ) | |
| THE FEDERAL HOUSING FINANCE AGENCY, et al., | ) ) ) ) | |
| *Defendants*. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given this 10th day of October, 2014, that all plaintiffs in this action (Fairholme Funds, Inc.; The Fairholme Fund; Berkley Insurance Company; Acadia Insurance Company; Admiral Indemnity Company; Admiral Insurance Company; Berkley Regional Insurance Company; Carolina Casualty Insurance Company; Midwest Employers Casualty Insurance Company; Nautilus Insurance Company; Preferred Employers Insurance Company) appeal to the United States Court of Appeals for the District of Columbia Circuit from: (1) the Memorandum Opinion (Doc. 56) entered on September 30, 2014; (2) the Order Granting Defendants' Motion to Dismiss and Denying Plaintiffs' Cross-Motion for Summary Judgment (Doc. 57) entered on September 30, 2014; (3) the Order Denying Motion for Supplementation of the Administrative Record, Limited Discovery, Suspension of Briefing on the Defendants' Dispositive Motions, and a Status Conference (Doc. 58) entered on September 30, 2014; and (4) all other rulings adverse to plaintiffs in this case.

Dated:  October 10, 2014

Respectfully submitted,

<u>/s/ Charles J. Cooper</u>
Charles J. Cooper (Bar No. 248070)
ccooper@cooperkirk.com
Vincent J. Colatriano (Bar No. 429562)
David H. Thompson (Bar No. 450503)
Howard C. Nielson, Jr. (Bar No. 473018)
Peter A. Patterson (Bar No. 998668)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

*Attorneys for Plaintiffs*