# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 14-5243**  **September Term, 2016**

1:13-mc-01288-RCL
1:13-cv-01025-RCL
1:13-cv-01053-RCL
1:13-cv-01439-RCL

**Filed On: July 24, 2017** [1685583]

Perry Capital LLC, for and on behalf of investment funds for which it acts as investment manager,

    Appellant

    v.

Steven T. Mnuchin, in his official capacity as the Secretary of the Department of the Treasury, et al.,

    Appellees

------------------------------

Consolidated with 14-5254, 14-5260, 14-5262

## M A N D A T E

    In accordance with the order of July 17, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk
          BY:   /s/
                        Ken R. Meadows
                        Deputy Clerk

Link to the order filed July 17, 2017