IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 13-cv-01053-RCL |
| DEPARTMENT OF THE TREASURY, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF APPEARANCE

Please take notice that Caroline J. Anderson of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as counsel for Defendant Department of the Treasury.

Dated:  August 30, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

Diane Kelleher
Assistant Branch Director

 /s/ *Caroline Anderson*
CAROLINE J. ANDERSON
Trial Attorney (IL Bar No. 6308482)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Telephone: (202) 305-8645
Fax: (202) 616-8470
Caroline.J.Anderson@usdoj.gov

*Counsel for Defendant*