IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 13-cv-1053-RCL |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of R. CHARLIE MERRITT as additional counsel for the defendant, Department of the Treasury, in the above-captioned case. Please direct all communication regarding this case to Mr. Merritt's address listed below.

Dated: September 14, 2017          Respectfully submitted

CHAD A. READLER
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel: (202) 616-8098
Fax: (202) 616-8470

Email: robert.c.merritt@usdoj.gov