UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>**THIS DOCUMENT RELATES TO:**<br><br>　　ALL CASES | **Misc. Action No. 13-mc-1288 (RCL)**<br><br>CLASS ACTION |
| FAIRHOLME FUNDS, INC., et al.,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>　　　　　*Defendants.* | **Civil Action No. 13-cv-1053 (RCL)** |
| ARROWOOD INDEMNITY COMPANY, et al.,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>　　　　　*Defendants*. | **Civil Action No: 13-cv-1439 (RCL)** |

**JOINT STIPULATION AND PROPOSED SCHEDULING ORDER**

Following the opinion by the U.S. Court of Appeals for the District of Columbia Circuit, amended and reissued on July 17, 2017, and reported at *Perry Capital LLC v. Mnuchin*, 864 F.3d 591 (D.C. Cir. 2017), the undersigned counsel for parties in the above-captioned actions agree to comply with and respectfully request that the Court order the following schedule for these actions on remand:

- Plaintiffs' motions for leave to file amended complaints shall be due on **November 1, 2017.**
- Prior to filing, Plaintiffs will disclose to Defendant the Federal Housing Finance Agency ("FHFA") the general nature of their proposed amendments on or before **October 13, 2017.**
- FHFA will inform Plaintiffs whether they plan to oppose the proposed amendments on or before **October 20, 2017.**
- If FHFA does file an opposition, it will be due on **January 10, 2018**, with Plaintiffs' replies due on **February 12, 2018.**
- All Defendants' motions to dismiss will be due on **January 10, 2018,** Plaintiffs' oppositions will be due on **February 12, 2018,** and Defendants' Replies will be due on **March 12, 2018.**

Further, Plaintiffs stipulate that their proposed amended Complaints will not add any new claims against Defendant U.S. Department of the Treasury ("Treasury"), and Treasury will not be named as a defendant at this time. Treasury stipulates that it will not oppose Plaintiffs' motions to amend and further stipulates that, if the D.C. Circuit's decision in this matter is reversed, Treasury would not oppose amendment to add Treasury back as a defendant, for any claims, on the ground that Plaintiffs caused undue delay by not seeking to bring claims against Treasury in 2017, or on the ground that the Complaint has already been amended. Any defenses available to Treasury as of the Date of this Joint Stipulation will be preserved in the event that Treasury is named as a defendant in these matters at a date subsequent to the Date.

A proposed order is submitted along with this stipulation.

Dated:  October 4, 2017                                     Respectfully submitted,

___/s/ Howard N. Cayne_____                         ___/s/ Charles J. Cooper_____

(by permission)                                                      Charles J. Cooper
Howard N. Cayne                                                  COOPER & KIRK, PLLC
ARNOLD & PORTER KAYE SCHOLER        1523 New Hampshire Ave., N.W.
LLP                                                                            Washington, D.C. 20036
601 Massachusetts Ave., NW                              Tel: (202) 220-9600
Washington, DC 20001                                        Fax: (202) 220-9601
Tel: (202) 942-5000                                               ppatterson@cooperkirk.com
Fax: (202) 942-5999
Howard.Cayne@apks.com                                  *Counsel for Plaintiffs Fairholme Funds et al.*

*Counsel for Defendants Federal Housing
Finance Agency and Director Melvin L. Watt*

                                                                                  ___/s/ Richard M. Zuckerman_____
___/s/ Caroline Anderson_____                      (by permission)
(by permission)                                                      Richard M. Zuckerman
Caroline Anderson                                               DENTONS US LLP
U.S. DEPARTMENT OF JUSTICE                    1221 Avenue of the Americas
Civil Division                                                         New York, NY 10020
20 Massachusetts Ave., NW                              Tel: (212) 768-6700
Washington, DC 20530                                       Fax: (212) 768-6800
Tel: (202) 305-8645                                               richard.zuckerman@dentons.com
Fax: (202) 616-8470
Caroline.J.Anderson@usdoj.gov                      *Counsel for Plaintiffs Arrowood Indemnity
                                                                                  Co., et al.*

*Counsel for Defendants U.S. Department of
Treasury and Secretary Steven T. Mnuchin*

| | |
|---|---|
|    */s/ Jeffrey W. Kilduff*<br>(by permission)<br>Jeffrey W. Kilduff<br>O'MELVENY & MYERS, LLP<br>1625 Eye Street, N.W.<br>Washington, DC 20006<br>Tel: (202)383-5300<br>Fax: (202)383-5414<br>jkilduff@omm.com<br><br>*Counsel for Defendant Federal National Mortgage Association*<br><br><br>   */s/ Michael J. Ciatti*<br>(by permission)<br>Michael J. Ciatti<br>KING & SPALDING LLP<br>1700 Pennsylvania Ave. N.W.<br>Washington, DC 20006<br>Tel: (202) 626-5508<br>Fax: (202) 626-3737<br>mciatti@kslaw.com<br><br>*Counsel for Defendant Federal Home Loan Mortgage Corporation* |    */s/ Alexander I. Platt*<br>(by permission)<br>Alexander I. Platt<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave., NW<br>Washington, D.C. 20005<br>Tel: (202) 237-2727<br>Fax: (202) 237-6131<br>aplatt@bsfllp.com<br><br>KESSLER TOPAZ MELTZER & CHECK LLP<br>Eric L. Zagar<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610)667-7706<br>Fax: (610)667-7056<br>ezagar@ktmc.com<br><br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>David R. Kaplan<br>12481 High Bluff Drive<br>Suite 300<br>San Diego, CA 92130<br>(858) 793-0070<br>Fax: (858) 793-0323<br>davidk@blbglaw.com<br><br>GRANT & EISENHOFER P.A.<br>Michael J. Barry<br>123 Justison Street<br>Wilmington, DE 19801<br>Tel: (302) 622-7000<br>Fax: (302) 622-7100<br>mbarry@gelaw.com<br><br>*Interim Co-Lead Class Counsel* |