UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>     ALL CASES | Misc. Action No. 13-mc-1288 (RCL)<br><br>CLASS ACTION |
| FAIRHOLME FUNDS, INC., et al.,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>          *Defendants.* | Civil Action No. 13-cv-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, et al.,<br><br>          *Plaintiffs*,<br>     v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCATION, et al.,<br><br>          *Defendants*. | Civil Action No: 13-cv-1439 (RCL) |

**[PROPOSED] ORDER**

It is hereby ORDERED that the following schedule shall govern proceedings on remand from the U.S. Court of Appeals:

Plaintiffs' motions to for leave to file amended complaints shall be due on **November 1, 2017.**

Plaintiffs will disclose to Defendant the Federal Housing Finance Agency ("FHFA") the general nature of their proposed amendments on or before **October 13, 2017.**

FHFA will inform plaintiffs whether they will consent to these amendments on or before **October 20, 2017.**

If FHFA will file oppositions to the amended complaints, they will be due on **January 10, 2018**, with Plaintiffs' replies due on **February 12, 2018.**

All Defendants' motions to dismiss will be due on **January 10, 2018,** with Plaintiffs' oppositions due on **February 12, 2018,** and Defendants' Replies due on **March 12, 2018.**

SO ORDERED.

Date: _____          _____
                                  Hon. Royce C. Lamberth
                                  U.S. District Judge,
                                  U.S. District Court for the District of Columbia