### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | )  No. 13-cv-1053-RCL |
| | ) |
| THE FEDERAL HOUSING FINANCE AGENCY, et al., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## MOTION FOR LEAVE TO AMEND COMPLAINT

In accordance with Federal Rule of Civil Procedure 15 and the parties' stipulation of October 4, 2017, Doc. 65, Plaintiffs move for leave to amend the complaint in this case. As required by LCvR 15.1, Plaintiffs' proposed First Amended Complaint is attached to this filing. In support of this motion, Plaintiffs state as follows:

1. This motion is necessitated, in part, by the discovery of information that is inconsistent with prior sworn statements and other evidence that Defendants previously submitted to this Court. After the original complaint in this case was filed in July 2013, Plaintiffs obtained discovery in parallel litigation in the Court of Federal Claims. This discovery ultimately led to the public release of documents and other materials that are highly relevant to Plaintiffs' claims and that contradict Defendants' previous evidentiary submissions in this case. *See* Declaration of Mario Ugoletti (Dec. 17, 2013), Doc. 24-2. Most of the changes Plaintiffs seek to make to their original complaint update the complaint's factual allegations to reflect information obtained through discovery in the Court of Federal Claims.

2.  This case is on remand following the D.C. Circuit's ruling in *Perry Capital LLC v. Mnuchin*, 864 F.3d 591 (D.C. Cir. 2017). In the proposed amended complaint, Plaintiffs have refined their legal theories and supporting factual allegations in light of the D.C. Circuit's decision.

3.  Plaintiffs' proposed amended complaint also adds Fannie Mae and Freddie Mac as defendants for purposes of several counts. That change will make Plaintiffs' complaint in this case conform to similar counts alleged against FHFA, Fannie, and Freddie in the Class Plaintiffs' parallel complaint in *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Actions Litigation*, No. 13-1288 (RCL).

4.  Plaintiffs' proposed First Amended Complaint includes claims under the Administrative Procedure Act ("APA") that this Court and the D.C. Circuit dismissed. Those claims are the subject of a pending petition for a writ of certiorari. *See Fairholme Funds, Inc. v. FHFA*, No. 17-591 (S. Ct.). Plaintiffs acknowledge that the APA claims in their proposed amended complaint should be dismissed if the D.C. Circuit's decision stands.

5.  Consistent with the parties' joint stipulation of October 4, 2017, Doc. 65, Plaintiffs informed counsel for FHFA of the general nature of their proposed amendments, and FHFA informed Plaintiffs that it does not oppose this motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant them leave to amend the complaint.

Date: November 1, 2017

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 24870)
ccooper@cooperkirk.com
David H. Thompson (Bar No. 450503)
Peter A. Patterson (Bar No. 998668)

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:  202.220.9600
Facsimile:  202.220.9601
*Attorneys for Plaintiffs Fairholme Funds,
Inc., et al.*