IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FAIRHOLME FUNDS, INC., et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | No. 13-cv-1053-RCL |
| THE FEDERAL HOUSING FINANCE AGENCY, et al., | ) ) ) ) | |
| *Defendants*. | ) ) | |

**[PROPOSED] ORDER**

It is hereby ORDERED that Plaintiffs' Motion for Leave to Amend the Complaint filed on November 1, 2017, is GRANTED.

Date: _____   _____
Hon. Royce C. Lamberth
U.S. District Judge,
U.S. District Court for the District of Columbia