**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.,* | |
| *Plaintiffs,* | Case No. 1:13-cv-1053-RCL |
| *v.* | |
| THE FEDERAL HOUSING FINANCE AGENCY, *et al.,* | |
| *Defendants.* | |
| ARROWOOD INDEMNITY COMPANY, *et al.,* | |
| *Plaintiffs,* | Case No. 1:13-cv-01439-RCL |
| *v.* | |
| FEDERAL NATIONAL MORTGAGE ASSOCIAITON, *et al.,* | |
| *Defendants.* | |

## <u>STIPULATION</u>

WHEREAS on July 17, 2017, the United States Court of Appeals for the District of Columbia Circuit reissued its Opinion (the "D.C. Circuit Opinion") on the appeal in these actions which, among other things, affirmed the dismissal of all claims against the United States Department of the Treasury (the "Treasury") and Steven T. Mnuchin, as Secretary of the Treasury (the "Secretary");

WHEREAS Plaintiffs have filed Petitions for Writs of Certiorari in the United States Supreme Court seeking review of the D.C. Circuit Opinion and seeking reinstatement of the claims against Treasury and the Secretary;

WHEREAS Stipulations were entered in these actions on October 4, 2017 (ECF Nos. 65, 70) which provided for, among other things, a procedure for the filing of amended complaints;

WHEREAS on November 1, 2017, Plaintiffs filed motions for leave to amend their Complaints, which included proposed First Amended Complaints;

WHEREAS the proposed First Amended Complaint in *Fairholme* includes claims against Treasury, and the proposed First Amended Complaint in *Arrowood* includes claims against both Treasury and the Secretary, which claims were made solely to preserve Plaintiffs' rights in the event that the D.C. Circuit Opinion is reversed or modified;

Now, therefore, it is hereby STIPULATED AND AGREED, by and among the parties, and SO ORDERED BY THIS COURT, that:

1.      The First Amended Complaints are withdrawn as to Treasury and the Secretary, so that the original Complaints (which are the subject of the Petitions for Certiorari, having been dismissed as against Treasury and the Secretary by this Court and the D.C. Circuit) remain, without amendment, as the only complaints against Treasury and the Secretary.  Plaintiffs are attaching to this stipulation revised versions of their First Amended Complaints that do not name Treasury or the Secretary as defendants.

2.      Consistent with the earlier filed Stipulation (ECF Nos. 65, 70), if the D.C. Circuit Opinion is reversed and these action(s) are remanded for further proceedings in this Court, Treasury and the Secretary would not oppose amendment, for any claims, on the ground that Plaintiffs caused undue delay by not seeking to bring claims against Treasury in 2017, or on the

ground that the Complaint has already been amended. Any defenses available to Treasury or the

Secretary as of October 4, 2017 will be preserved in the event that Treasury or the Secretary are

defendants in these matters at a date subsequent.

Dated: November 9, 2017                                    Respectfully submitted,

    */s/ Caroline Anderson*                         */s/ Richard M. Zuckerman*
Caroline Anderson                                  Richard M. Zuckerman
U.S. DEPARTMENT OF JUSTICE              DENTONS US LLP
Civil Division                                  1221 Avenue of the Americas
20 Massachusetts Ave., NW               New York, NY 10020
Washington, DC 20530                   Tel: (212) 768-6700
Tel: (202) 305-8645                      Fax: (212) 768-6800
Fax: (202) 616-8470                     richard.zuckerman@dentons.com
Caroline.J.Anderson@usdoj.gov

*Counsel for Defendants U.S. Department of*   *Counsel for Plaintiffs Arrowood Indemnity*
*Treasury and Secretary Steven T. Mnuchin*    *Co., et al.*

                                          */s/ Charles J. Cooper*
                                      Charles J. Cooper
                                      COOPER & KIRK, PLLC
                                      1523 New Hampshire Ave., N.W.
                                      Washington, D.C. 20036
                                      Tel: (202) 220-9600
                                      Fax: (202) 220-9601
                                      ppatterson@cooperkirk.com

                                    *Counsel for Plaintiffs Fairholme Funds et al.*

SO ORDERED:

Dated; November_____, 2017

_____
Hon. Royce C. Lamberth
United States District Judge
United States District Court for the
District of Columbia

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2017, I electronically filed the foregoing via the

Court's CM/ECF system. Service will be accomplished via the Court's CM/ECF system on the

following attorney:

> Asim Varma
> Arnold & Porter LLP
> 601 Massachusetts Ave., NW
> Washington, D.C. 20001
> *Counsel for Defendants FHFA and Director Watt*

/s/ Charles J. Cooper
Charles J. Cooper.
