# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-01288 (RCL) |

## ORDER

Upon consideration of the motion by Defendants Federal Housing Finance Agency ("FHFA" or "Conservator"), as Conservator for the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac"), Melvin L. Watt, in his official capacity as Director of FHFA, Fannie Mae, and Freddie Mac to dismiss the amended complaints on remand as to all claims in the above-captioned actions, it is hereby

2

ORDERED that the motion to dismiss is GRANTED and the amended complaints in the above-captioned actions shall be and hereby are DISMISSED WITH PREJUDICE.

Dated: _____, 2018                    _____
                                                                              UNITED STATES DISTRICT JUDGE