UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>          ALL CASES | Misc. Action No. 13-mc-1288 (RCL)<br><br>CLASS ACTION |
| FAIRHOLME FUNDS, INC., et al.,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>          *Defendants.* | **Civil Action No. 13-cv-1053 (RCL)** |
| ARROWOOD INDEMNITY COMPANY, et al.,<br><br>          *Plaintiffs*,<br>     v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCATION, et al.,<br><br>          *Defendants*. | **Civil Action No: 13-cv-1439 (RCL)** |

**[PROPOSED] ORDER**

It is hereby ORDERED that Plaintiffs' oppositions to Defendants' Motions to Dismiss shall be due on **February 16, 2018,** and Defendants' Replies shall be due on **March 16, 2018.**

SO ORDERED.

Date: _____         _____
                              Hon. Royce C. Lamberth
                              U.S. District Judge,
                              U.S. District Court for the District of Columbia