UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | Misc. Action No. 13-mc-1288 (RCL) |
| **THIS DOCUMENT RELATES TO:** | <u>CLASS ACTION</u> |
| ALL CASES | |
| FAIRHOLME FUNDS, INC., et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>*Defendants.* | Civil Action No. 13-cv-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, et al.,<br><br>*Plaintiffs,*<br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCATION, et al.,<br><br>*Defendants.* | Civil Action No: 13-cv-1439 (RCL) |

[PROPOSED] ORDER

It is hereby ORDERED that the following schedule shall govern proceedings on remand

from the U.S. Court of Appeals:

*Stipulation filed 10/4/17 is approved, nunc pro tunc.*

Plaintiffs' motions to for leave to file amended complaints shall be due on **November 1, 2017.**

Plaintiffs will disclose to Defendant the Federal Housing Finance Agency ("FHFA") the general nature of their proposed amendments on or before **October 13, 2017.**

FHFA will inform plaintiffs whether they will consent to these amendments on or before **October 20, 2017.**

If FHFA will file oppositions to the amended complaints, they will be due on **January 10, 2018,** with Plaintiffs' replies due on **February 12, 2018.**

All Defendants' motions to dismiss will be due on **January 10, 2018,** with Plaintiffs' oppositions due on **February 12, 2018,** and Defendants' Replies due on **March 12, 2018.**

SO ORDERED.

Date: 1/30/18

Hon. Royce C. Lamberth
U.S. District Judge,
U.S. District Court for the District of Columbia