UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>**THIS DOCUMENT RELATES TO:**<br><br>ALL CASES | Misc. Action No. 13-mc-1288 (RCL)<br><br>CLASS ACTION |
| FAIRHOLME FUNDS, INC., et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>*Defendants.* | Civil Action No. 13-cv-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCATION, et al.,<br><br>*Defendants.* | Civil Action No: 13-cv-1439 (RCL) |

[PROPOSED] ORDER

It is hereby ORDERED that Plaintiffs' oppositions to Defendants' Motions to Dismiss shall be due on **February 16, 2018,** and Defendants' Replies shall be due on **March 16, 2018.**

*The Amended Joint Stipulation and Proposed Scheduling Order is GRANTED*

SO ORDERED.

*Royce C. Lamberth*
U.S.D.J. 1/30/18