IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>                              *Plaintiffs,*<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>                              *Defendants.* | Case No. 1:13-cv-1053-RCL |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>                              *Plaintiffs,*<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIAITON, *et al.*,<br><br>                              *Defendants.* | Case No. 1:13-cv-01439-RCL |

ORDER APPROVING
**STIPULATION** #67 in 13-1053

WHEREAS on July 17, 2017, the United States Court of Appeals for the District of Columbia Circuit reissued its Opinion (the "D.C. Circuit Opinion") on the appeal in these actions which, among other things, affirmed the dismissal of all claims against the United States Department of the Treasury (the "Treasury") and Steven T. Mnuchin, as Secretary of the Treasury (the "Secretary");

1

WHEREAS Plaintiffs have filed Petitions for Writs of Certiorari in the United States Supreme Court seeking review of the D.C. Circuit Opinion and seeking reinstatement of the claims against Treasury and the Secretary;

WHEREAS Stipulations were entered in these actions on October 4, 2017 (ECF Nos. 65, 70) which provided for, among other things, a procedure for the filing of amended complaints;

WHEREAS on November 1, 2017, Plaintiffs filed motions for leave to amend their Complaints, which included proposed First Amended Complaints;

WHEREAS the proposed First Amended Complaint in *Fairholme* includes claims against Treasury, and the proposed First Amended Complaint in *Arrowood* includes claims against both Treasury and the Secretary, which claims were made solely to preserve Plaintiffs' rights in the event that the D.C. Circuit Opinion is reversed or modified;

NOW, therefore, it is hereby STIPULATED AND AGREED, by and among the parties, and SO ORDERED BY THIS COURT, that:

1. The First Amended Complaints are withdrawn as to Treasury and the Secretary, so that the original Complaints (which are the subject of the Petitions for Certiorari, having been dismissed as against Treasury and the Secretary by this Court and the D.C. Circuit) remain, without amendment, as the only complaints against Treasury and the Secretary. Plaintiffs are attaching to this stipulation revised versions of their First Amended Complaints that do not name Treasury or the Secretary as defendants.

2. Consistent with the earlier filed Stipulation (ECF Nos. 65, 70), if the D.C. Circuit Opinion is reversed and these action(s) are remanded for further proceedings in this Court, Treasury and the Secretary would not oppose amendment, for any claims, on the ground that Plaintiffs caused undue delay by not seeking to bring claims against Treasury in 2017, or on the

ground that the Complaint has already been amended. Any defenses available to Treasury or the Secretary as of October 4, 2017 will be preserved in the event that Treasury or the Secretary are defendants in these matters at a date subsequent.

Dated: November 9, 2017                         Respectfully submitted,

/s/ Caroline Anderson                           /s/ Richard M. Zuckerman
Caroline Anderson                               Richard M. Zuckerman
U.S. DEPARTMENT OF JUSTICE                      DENTONS US LLP
Civil Division                                  1221 Avenue of the Americas
20 Massachusetts Ave., NW                       New York, NY 10020
Washington, DC 20530                            Tel: (212) 768-6700
Tel: (202) 305-8645                             Fax: (212) 768-6800
Fax: (202) 616-8470                             richard.zuckerman@dentons.com
Caroline.J.Anderson@usdoj.gov

*Counsel for Defendants U.S. Department of*     *Counsel for Plaintiffs Arrowood Indemnity*
*Treasury and Secretary Steven T. Mnuchin*      *Co., et al.*

                                                /s/ Charles J. Cooper
                                                Charles J. Cooper
                                                COOPER & KIRK, PLLC
                                                1523 New Hampshire Ave., N.W.
                                                Washington, D.C. 20036
                                                Tel: (202) 220-9600
                                                Fax: (202) 220-9601
                                                ppatterson@cooperkirk.com

                                                *Counsel for Plaintiffs Fairholme Funds et al.*

SO ORDERED; nunc pro tunc.
January 30, 2018
Dated: November ~~____, 2017~~

/s/ Royce C. Lamberth
Hon. Royce C. Lamberth
United States District Judge
United States District Court for the
District of Columbia