## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAIRHOLME FUNDS, INC., et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | No. 13-cv-1053-RCL |
| | ) | |
| THE FEDERAL HOUSING FINANCE | ) | |
| AGENCY, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

### [PROPOSED] ORDER  [66]

It is hereby ORDERED that Plaintiffs' Motion for Leave to Amend the Complaint filed

on November 1, 2017, is GRANTED.

Date: ___1/30/18___          _____Royce C. Lamberth_____
                             Hon. Royce C. Lamberth
                             U.S. District Judge,
                             U.S. District Court for the District of Columbia