## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, | |
| *Plaintiffs*, | Case No. 1:13-cv-1053-RCL |
| v. | |
| THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, | |
| *Defendants*. | |
| ARROWOOD INDEMNITY COMPANY, *et al.*, | |
| *Plaintiffs*, | Case No. 1:13-cv-01439-RCL |
| v. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIAITON, *et al.*, | |
| *Defendants*. | |

## [PROPOSED] ORDER

It is hereby ORDERED that Defendants' Motion to Dismiss is **DENIED.**

SO ORDERED.

Date: _____        _____
                                Hon. Royce C. Lamberth
                                U.S. District Judge,
                                U.S. District Court for the District of Columbia