# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>**THIS DOCUMENT RELATES TO:**<br><br>ALL CASES | **Misc. Action No. 13-mc-1288 (RCL)**<br><br>CLASS ACTION |
| FAIRHOLME FUNDS, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>*Defendants.* | **Civil Action No. 13-cv-1053 (RCL)** |
| ARROWOOD INDEMNITY COMPANY, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCATION, et al.,<br><br>*Defendants*. | **Civil Action No: 13-cv-1439 (RCL)** |

## AMENDED JOINT STIPULATION AND PROPOSED SCHEDULING ORDER

On October 4, 2017, the Plaintiffs and Defendants in the above-captioned actions filed a joint stipulation regarding a proposed schedule for certain filings in this case. [ECF No. 65] On January 19, 2018, the Plaintiffs and Defendants filed a joint stipulation amending the proposed

schedule. [ECF No. 69] The parties now jointly stipulate to modify the proposed schedule again, and to modify the page limits, as follows:

- Defendants shall be permitted to file a single forty-page Reply in support of their Motion to Dismiss.
- Defendants' Reply shall be due on **March 23, 2018.**

A proposed order is submitted along with this stipulation.

Dated: March 2, 2018                                                  Respectfully submitted,

| | |
|---|---|
| ___/s/ Howard N. Cayne___ | ___/s/ Charles J. Cooper___ |
| Howard N. Cayne (Bar No. 331306) | (by permission) |
| Asim Varma (Bar No. 426364) | Charles J. Cooper (Bar No. 248070) |
| David B. Bergman (Bar No. 435392) | David H. Thompson (Bar No. 450503) |
| ARNOLD & PORTER KAYE SCHOLER LLP | Vincent J. Colatriano (Bar No. 429562) |
| | Peter A. Patterson (Bar No. 998668) |
| 601 Massachusetts Ave., NW | COOPER & KIRK, PLLC |
| Washington, DC 20001 | 1523 New Hampshire Ave., N.W. |
| Tel: (202) 942-5000 | Washington, D.C. 20036 |
| Fax: (202) 942-5999 | Tel: (202) 220-9600 |
| Howard.Cayne@arnoldporter.com | Fax: (202) 220-9601 |
| Asim.Varma@arnoldporter.com | ccooper@cooperkirk.com |
| David.Bergman@arnoldporter.com | dthompson@cooperkirk.com |
| | vcolatriano@cooperkirk.com |
| | ppatterson@cooperkirk.com |
| *Counsel for Defendants Federal Housing Finance Agency and Director Melvin L. Watt* | |
| | *Counsel for Plaintiffs Fairholme Funds et al.* |
| ___/s/ Meaghan VerGow___ | ___/s/ Richard M. Zuckerman___ |
| (by permission) | (by permission) |
| Meaghan VerGow (Bar No. 977165) | Richard M. Zuckerman (*Pro Hac Vice*) |
| O'MELVENY & MYERS, LLP | Michael H. Barr (*Pro Hac Vice*) |
| 1625 Eye Street, N.W. | DENTONS US LLP |
| Washington, DC 20006 | 1221 Avenue of the Americas |
| Tel: (202) 383-5300 | New York, NY 10020 |
| Fax: (202) 383-5414 | Tel: (212) 768-6700 |
| mvergow@omm.com | Fax: (212) 768-6800 |
| | richard.zuckerman@dentons.com |
| | michael.barr@dentons.com |
| *Counsel for Defendant Federal National Mortgage Association* | |
| | *Counsel for Plaintiffs Arrowood Indemnity Co., et al.* |

    */s/ Michael J. Ciatti*
(by permission)
Michael J. Ciatti (Bar No. 467177)
KING & SPALDING LLP
1700 Pennsylvania Ave. N.W.
Washington, DC 20006
Tel: (202) 626-5508
Fax: (202) 626-3737
mciatti@kslaw.com

*Counsel for Defendant Federal Home Loan Mortgage Corporation*

    */s/ Alexander I. Platt*
(by permission)
Alexander I. Platt (Bar No. 1019844)
Hamish P.M. Hume (Bar No. 449914)
Stacey K. Grigsby (Bar No. 491197)
Jonathan M. Shaw (Bar No. 446249)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
aplatt@bsfllp.com
hhume@bsfllp.com
sgrigsby@bsfllp.com
jshaw@bsfllp.com

Eric L. Zagar (*Pro Hac Vice*)
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

Blair A. Nicholas (*Pro Hac Vice*)
David R. Kaplan   (*Pro Hac Vice*)
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
blairn@blbglaw.com
davidk@blbglaw.com

Michael J. Barry (*Pro Hac Vice*)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

*Interim Co-Lead Class Counsel*