UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, et al., <br><br> *Defendants*. | Case No. 1:13-cv-1053-RCL |
| ARROWOOD INDEMNITY CO., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., <br><br> *Defendants.* | Case No. 1:13-cv-1439-RCL |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY
TO FHFA'S MOTION TO DISMISS**

Plaintiffs respectfully move for leave to file a short surreply to FHFA's motion to dismiss. On March 23, 2018, FHFA filed a reply brief in support of its motion to dismiss in which FHFA argues for the first time that (a) Plaintiffs' Amended Complaints "omit the allegations that the D.C. Circuit considered indispensable" to its determination that Plaintiffs' breach of contract claims are ripe, and (b) "[t]he D.C. Circuit did not consider whether Fairholme's and Arrowood's contract claims were ripe . . . ." FHFA Reply Mem. in Supp. of Mot. to Dismiss Am. Compls., *Fairholme Funds, Inc. v. FHFA*, No. 13-1053, Doc. 78; *Arrowood Indemnity Co. v. FNMA*, No. 13-1439, Doc. 86 at 9 (Mar. 23, 2018).

1

The Class Plaintiffs have already sought leave to file a surreply responding to the first of these two new arguments. *See* Motion for Leave to File Surreply (Apr. 5, 2018), *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*, No. 13-1288, Doc. 78. Without retreading ground covered by the Class Plaintiffs' surreply, Plaintiffs propose to file a brief that joins the Class Plaintiffs' arguments, identifies the relevant paragraphs in Plaintiffs' complaint that rebut FHFA's new argument, and respectfully directs the Court's attention to the holding in the D.C. Circuit's Opinion that Fairholme's and Arrowood's contract claims are ripe.

Plaintiffs consulted counsel for FHFA, and FHFA opposes this motion.

Date: April 13, 2018

Respectfully submitted,

/s/ Drew W. Marrocco
Drew W. Marrocco (Bar No. 453205)
drew.marrocco@dentons.com
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Tel.: (202) 496-7500
Fax: (202) 496-7756

Michael H. Barr (pro hac vice)
michael.barr@dentons.com
Richard M. Zuckerman (pro hac vice)
richard.zuckerman@dentons.com
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800

*Attorneys for Plaintiffs*
*Arrowood Indemnity Co. et al.*

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 24870)
ccooper@cooperkirk.com
David H. Thompson (Bar No. 450503)
Peter A. Patterson (Bar No. 998668)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601

*Attorneys for Plaintiffs*
*Fairholme Funds, Inc., et al.*