# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, et al., <br><br> *Defendants*. | Case No. 1:13-cv-1053-RCL |
| ARROWOOD INDEMNITY CO., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., <br><br> *Defendants.* | Case No. 1:13-cv-1439-RCL |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANTS' MOTION TO DISMISS

Upon consideration of Plaintiffs' Motion for Leave to file a Surreply to Defendants' Motion to Dismiss, it is hereby

**ORDERED** that the motion is granted.

**SO ORDERED**.

Date:_____                    _____

                                        Hon. Royce C. Lamberth
                                        U.S. District Judge