**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al., <br><br> *Plaintiffs*, <br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, et al., <br> *Defendants.* | Case No. 1:13-cv-1053-RCL |
| ARROWOOD INDEMNITY CO., et al., <br><br> *Plaintiffs*, <br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., <br> *Defendants.* | Case No. 1:13-cv-1439-RCL |

## OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE ADDITIONAL SURREPLY

Defendants oppose the Fairholme and Arrowood Plaintiffs' motion for leave to file an additional surreply for the same reasons set forth in Defendants' opposition to the pending motion by the Class Plaintiffs to file a surreply.

Dated:  April 13, 2018

Respectfully submitted,

/s/ Howard N. Cayne
Howard N. Cayne (D.C. Bar # 331306)
Asim Varma (D.C. Bar # 426364)
David B. Bergman (D.C. Bar # 435392)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, D.C. 20001
(202) 942-5000
Howard.Cayne@apks.com
Asim.Varma@apks.com
David.Bergman@apks.com

*Attorneys for Defendant Federal Housing Finance Agency and Director Melvin L. Watt*

| | |
|---|---|
| s/ Michael J. Ciatti | s/ Meaghan VerGow |
| Michael J. Ciatti (D.C. Bar # 467177) | Meaghan VerGow (D.C. Bar # 977165) |
| KING & SPALDING LLP | O'MELVENY & MYERS LLP |
| 1700 Pennsylvania Ave. N.W. | 1625 Eye Street, N.W. |
| Washington, DC 20006 | Washington, DC 20006 |
| Tel: (202) 626-5508 | Tel: (202) 383-5300 |
| Fax: (202) 626-3737 | Fax: (202) 383-5414 |
| mciatti@kslaw.com | mvergow@omm.com |
| | |
| *Attorney for the Federal Home Loan Mortgage Corp.* | *Attorney for the Federal National Mortgage Association* |