UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA J. ANGEL<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,<br><br>*Defendants.* | Case No. 1:18-cv-01142 (JEB) |
| FAIRHOLME FUNDS, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>*Defendants.* | Case No. 1:13-cv-1053 (RCL) |
| ARROWOOD INDEMNITY CO., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>*Defendants.* | Case No. 1:13-cv-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Miscellaneous No. 13-mc-01288 (RCL) |

**<u>FEDERAL HOUSING FINANCE AGENCY'S NOTICE OF FILING
NOTICE OF RELATED CASES</u>**

1

The Federal Housing Finance Agency, as Conservator for the Federal Home Loan Mortgage Corporation (Freddie Mac) and the Federal National Mortgage Association (Fannie Mac), hereby files the attached Notice of Related Cases in connection with *Angel v. Federal Home Loan Mortgage Corporation*, No. 1:18-cv-1142, filed in this Court on May 21, 2018. Although Plaintiff Joshua J. Angel filed his own Notice of Related Cases (ECF No. 2), his Notice omitted several cases currently pending before this Court that involve common issues of fact and arise out of the same transactions as his case. Accordingly, FHFA is filing its own notice to ensure that the Court is aware of all related cases already pending before it. FHFA is filing this notice not only on the *Angel* docket, but also on the dockets of the other related cases currently pending before this Court, in accordance with the requirement of Local Rule 40.5(b)(3) to "notify, in writing, the judges on whose calendars the cases appear."

Dated: May 31, 2018                    Respectfully submitted,

/s/ Howard N. Cayne
Howard N. Cayne (D.C. Bar # 331306)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, D.C. 20001
(202) 942-5000
Howard.Cayne@arnoldporter.com

*Attorney for Federal Housing Finance Agency*