UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FEDERAL HOUSING FINANCE )<br>AGENCY, *et al.*, )<br>)<br>Defendants. )<br>) | Civil No. 13-1053 (RCL) |

### Order

Now before the Court is a motion to dismiss [ECF No. 68] filed by the defendants Federal Housing Finance Agency, as Conservator for the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac," and together with Fannie Mae, the "GSEs,"); and the GSEs (collectively, "Defendants"). For the reasons set forth in the accompanying memorandum opinion, the Court **GRANTS** Defendants' motion with respect to Counts I, II, IV, V, and VI and **DENIES** Defendants' motion with respect to Count III.

In coming to its decision, the Court considered plaintiffs' sur-reply filed in the above-captioned actions. Accordingly, the motions for leave to file sur-reply [ECF No. 79] will be **GRANTED**.

It is so **ORDERED**.

9/28/18
Date

ROYCE C. LAMBERTH
United States District Judge