# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al., *Plaintiffs*, v. THE FEDERAL HOUSING FINANCE AGENCY, et al., *Defendants*. | Case No. 1:13-cv-1053-RCL |
| ARROWOOD INDEMNITY CO., et al., *Plaintiffs*, v. FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., *Defendants.* | Case No. 1:13-cv-1439-RCL |

## PLAINTIFFS' SURREPLY TO FHFA'S MOTION TO DISMISS

Plaintiffs agree with and adopt the arguments advanced in the Class Plaintiffs' Proposed Surreply.[1] Contrary to arguments FHFA advances for the first time in its reply brief, the Fairholme and Arrowood Plaintiffs' breach of contract claims are ripe.

The D.C. Circuit held that the contract claims of the Fairholme and Arrowood Plaintiffs are ripe (as are Class Plaintiffs' claims) under the anticipatory breach doctrine because Plaintiffs alleged that the nullification of their contractual rights "immediately harmed them by

---

[1] Class Plaintiffs' Proposed Surreply, *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*, No. 13-1288 (Apr. 5, 2018), Doc. 78-1.

1

diminishing the value of their shares." *Perry Capital LLC v. Mnuchin*, 864 F.3d 591, 616, 632 (D.C. Cir. 2017). [2] Like the Class Plaintiffs' Amended Complaint, the Fairholme and Arrowood Plaintiffs' Amended Complaints are replete with such allegations. *See, e.g.*,

- "If valid, the Net Worth Sweep expropriates the value of Fairholme's preferred stock by eliminating any prospect of a return of principal (i.e., the liquidation preference) or any return on its principal (i.e., in the form of dividends)." Am. Compl. for Declaratory & Inj. Relief & Damages ¶ 5 (Feb. 1, 2018), *Fairholme Funds, Inc. v. FHFA*, No. 13-1053, Doc. 75 ("Fairholme Am. Compl.").

- "Wiping out the Companies' private shareholders was among the Net Worth Sweep's contemplated purposes." Fairholme Am. Compl. ¶ 76; First Am. Compl. for Declaratory & Injunctive Relief & Damages ¶ 71, *Arrowood Indemnity Co. v. FNMA*, No. 13-1439 (Nov. 9, 2017), Doc. 73-1 ("Arrowood Am. Compl.").

- "[B]ecause of the Net Worth Sweep, the Companies are required to operate at the edge of insolvency, with no prospect of ever generating value for private shareholders . . . ." Fairholme Am. Compl. ¶ 107; Arrowood Am. Compl. ¶ 99.

---

[2] FHFA acknowledges that the D.C. Circuit held that the Class Plaintiffs' contract claims were ripe, but incorrectly states that "[t]he D.C. Circuit did not consider whether Fairholme's and Arrowood's contract claims were ripe . . . ." FHFA Reply Mem. in Supp. of Mot. to Dismiss Am. Compls., *Fairholme Funds, Inc. v. FHFA*, No. 13-1053, Doc. 78; *Arrowood Indemnity Co. v. FNMA*, No. 13-1439, Doc. 86 at 9 (Mar. 23, 2018). When the D.C. Circuit held that the Fairholme and Arrowood Plaintiffs' contract claims were preserved, the court stated, "subsequent references to the class plaintiffs are also applicable to the Arrowood and Fairholme plaintiffs insofar as they concern claims for breach of contract and breach of the implied covenant of good faith and fair dealing." *Perry Capital LLC*, 864 F.3d at 617. Thus, the subsequent references in the D.C. Circuit Opinion finding the Class Plaintiffs' contract claims ripe, *id.* at 632, "are also applicable to the Arrowood and Fairholme plaintiffs." *Id* at 617.

- "The dramatically negative impact of the Net Worth Sweep on the Companies' private shareholders is demonstrated by Fannie's results in the first quarter of 2013." Fairholme Am. Compl. ¶ 108; Arrowood Am. Compl. ¶ 100.

- "FHFA has expropriated the Companies' entire net worth for the benefit of the federal government, to the detriment of private shareholders such as Plaintiffs." Fairholme Am. Compl. ¶ 113.

- "FHFA has seized the Companies' entire net worth for the benefit of the federal government, to the detriment of private shareholders such as Plaintiffs." Arrowood Am. Compl. ¶ 105.

Date: April 13, 2018

Respectfully submitted,

/s/ Drew W. Marrocco
Drew W. Marrocco (Bar No. 453205)
drew.marrocco@dentons.com
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Tel.: (202) 496-7500
Fax: (202) 496-7756

Michael H. Barr (pro hac vice)
michael.barr@dentons.com
Richard M. Zuckerman (pro hac vice)
richard.zuckerman@dentons.com
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800

*Attorneys for Plaintiffs*
*Arrowood Indemnity Co. et al.*

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 24870)
ccooper@cooperkirk.com
David H. Thompson (Bar No. 450503)
Peter A. Patterson (Bar No. 998668)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601

*Attorneys for Plaintiffs*
*Fairholme Funds, Inc., et al.*