UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>　　　　　　Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**STIPULATION EXTENDING DEFENDANTS' TIME TO FILE ANSWERS TO THE COMPLAINTS**

Plaintiffs and Defendants in the three above-captioned cases hereby stipulate that Defendants shall have a 60-day extension to file their answers to the operative complaints. The new deadline shall be December 11, 2018. Specifically, Plaintiffs and Defendants stipulate as follows:

1

1. After the D.C. Circuit remanded the above-captioned cases to this Court, *see Perry Capital, LLC v. Mnuchin*, 864 F.3d 591 (D.C. Cir. 2017), Plaintiffs filed unopposed motions for leave to amend their complaints, which the Court granted. *See* Order, *Fairholme Funds, Inc. v. FHFA*, No. 1:13-cv-01053-RCL (D.D.C. Feb. 1, 2018); Order, *Arrowood Indemnity Co. v. Fed. Nat'l Mortg. Ass'n*, No. 1:13-cv-01439-RCL (D.D.C. Feb. 1, 2018); Order, *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*, No. 1:13-mc-1288-RCL (D.D.C. Feb. 1, 2018).

2. Defendants moved to dismiss the Amended Complaints on January 10, 2018. On September 28, 2018, this Court issued an Memorandum Opinion and Order dismissing Plaintiffs' claims alleging breach of contract, breach of fiduciary duty, and violation of Delaware and Virginia statutes, but declining to dismiss Plaintiffs' claims for breach of the implied covenant of good faith and fair dealing. *Fairholme Funds, Inc. v. FHFA*, 2018 WL 4680197 (D.D.C. Sept. 28, 2018).

3. Defendants' answers to the Amended Complaints are currently due on October 12, fourteen days after the Court's decision. *See* Fed. R. Civ. P. 12(a)(4)(A).

4. Plaintiffs and Defendants agree that good cause exists for a 60-day extension to Defendants' deadline to file answers, given the length and complexity of the Amended Complaints. Moreover, to facilitate efficient administration of these cases, the parties also agree to undertake the Rule 26(f) conference on October 15, 2018.

WHEREFORE, the parties respectfully request that the Court approve this stipulation extending Defendants' deadline to file answers to the Amended Complaints by 60 days to December 11, 2018.

Dated: October 10, 2018                    Respectfully submitted,

/s/ Howard N. Cayne
Howard N. Cayne (D.C. Bar # 331306)
Asim Varma (D.C. Bar # 426364)
David B. Bergman (D.C. Bar # 435392)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, D.C. 20001
(202) 942-5000
Howard.Cayne@arnoldporter.com
Asim.Varma@arnoldporter.com
David.Bergman@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency and Director Melvin L. Watt*

| s/ Michael J. Ciatti | s/ Meaghan VerGow |
|---|---|
| Michael J. Ciatti (D.C. Bar # 467177) | Meaghan VerGow (D.C. Bar # 977165) |
| KING & SPALDING LLP | O'MELVENY & MYERS LLP |
| 1700 Pennsylvania Ave. N.W. | 1625 Eye Street, N.W. |
| Washington, DC 20006 | Washington, DC 20006 |
| Tel: (202) 626-5508 | Tel: (202) 383-5300 |
| Fax: (202) 626-3737 | Fax: (202) 383-5414 |
| mciatti@kslaw.com | mvergow@omm.com |
| *Attorney for the Federal Home Loan Mortgage Corp.* | *Attorney for the Federal National Mortgage Association* |

| s/ Hamish P.M. Hume | s/ Charles J. Cooper |
|---|---|
| Hamish P.M. Hume (D.C. Bar # 449914) | Charles J. Cooper, SBN 24870 |
| Stacey K. Grigsby (D.C. Bar # 491197) | David H. Thompson, SBN 450503 |
| James A. Kraehenbuehl | Vincent J. Colatriano, SBN 429562 |
| (D.C. Bar 1017809) | Peter A. Patterson, SBN 998668 |
| BOIES SCHILLER FLEXNER LLP | COOPER & KIRK, PLLC |
| 1401 New York Avenue NW | 1523 New Hampshire Avenue, N.W. |
| Washington, D.C. 20005 | Washington, D.C. 20036 |
| Tel: (202) 237-2727 | Telephone: 202.220.9600 |
| hhume@bsfllp.com | Facsimile: 202.220.9601 |
| sgrigsby@bsfllp.com | |
| jkraehenbuehl@bsfllp.com | *Attorneys for Plaintiffs Fairholme Funds, Inc. et al.* |

Eric L. Zagar (pro hac vice)
KESSLER TOPAZ MELTZER &
CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
ezagar@ktmc.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
David R. Stickney (*pro hac vice*)
David R. Kaplan (*pro hac vice*)
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
davids@blbglaw.com
davidk@blbglaw.com

GRANT &EISENHOFER, P.A.
Michael J. Barry (*pro hac vice*)
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

*Lead Counsel for Class Plaintiffs*

DENTONS US LLP

By: /s/ Michael H. Barr
Michael H. Barr
Richard M. Zuckerman
Sandra Hauser
1221 Avenue of the Americas
New York, New York  10020
Tel.: (212) 768-6700
Fax: (212) 768-6800
michael.barr@dentons.com
richard.zuckerman@dentons.com
sandra.hauser@dentons.com

Drew W. Marrocco (D.C. Bar # 453205)
1900 K Street, NW
Washington, DC 20006
Tel.: (202) 496-7500
Fax: (202) 496-7756
Drew.Marrocco@dentons.com

*Attorneys for Plaintiffs Arrowood Indemnity Co., et al.*

4