## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>    Defendants. | Civil No. 13-1053 (RCL) |

### [PROPOSED] ORDER

Now before the Court is Defendants' Motion for Partial Reconsideration of Denial of Motion to Dismiss Implied Covenant Claims, filed by the defendants Federal Housing Finance Agency, as Conservator for the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac," and together with Fannie Mae, the "GSEs"), and the GSEs (collectively, "Defendants").  The Court hereby **GRANTS** Defendants' Motion and **DISMISSES WITH PREJUDICE** Count III of Plaintiffs' First Amended Complaint.

It is so **ORDERED**.


Dated: _____, 2018          _____
                                       ROYCE C. LAMBERTH
                                       United States District Judge