# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al*.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>　　　　　　Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## [PROPOSED] ORDER

Upon consideration of the Stipulation Extending Briefing Deadlines for Motion for Partial Reconsideration filed by the parties in the above-captioned cases, it is hereby ORDERED that (1) Plaintiffs shall have a seven-day extension (to <u>November 5, 2018</u>) to file their response to Defendants' Motion for Partial Reconsideration of Denial of Motion to Dismiss Implied

Covenant Claims, and (2) Defendants shall have a seven-day extension (to <u>November 19, 2018</u>) to file their reply in support of their Motion for Partial Reconsideration of Denial of Motion to Dismiss Implied Covenant Claims.


      SO ORDERED.

      Date: _____          _____
                                      U.S. District Judge Royce C. Lamberth
                                      U.S. District Court for the District of Columbia