UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>    *Defendants.* | Case No. 1:13-cv-1053-RCL |
| ARROWOOD INDEMNITY COMPANY, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCATION, et al.,<br><br>    *Defendants*. | Case No. 1:13-cv-1439-RCL |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br>_____<br><br>This document related to:<br>ALL CASES | Miscellaneous No. 13-1288-RCL<br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Partial Reconsideration of Denial of Motion to Dismiss Implied Covenant Claims, it is hereby

**ORDERED** that the motion is denied.

**SO ORDERED**.

Date:_____                    _____

                                                                    Hon. Royce C. Lamberth
                                                                    U.S. District Judge