UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## [PROPOSED] ORDER

Upon consideration of the parties' Second Stipulation Extending Defendants' Time to File Answers to the Complaints, it is hereby ORDERED that Defendants shall have a 6-day extension to their deadline to file answers to the Amended Complaint For Declaratory and Injunctive Relief and Damages in *Fairholme Funds, Inc. v. FHFA*, No. 1:13-cv-01053-RCL, the

First Amended Complaint For Declaratory and Injunctive Relief and Damages in *Arrowood Indemnity Co. v. Federal National Mortgage Association*, No. 1:13-cv-01439-RCL, and the Second Amended Consolidated Class Action and Derivative Complaint in *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*, No. 1:13-mc-1288-RCL. Defendants shall file the answers on or before December 17, 2018.

SO ORDERED.

Date: 12/12/18

*[signature]*
U.S. District Judge Royce C. Lamberth
U.S. District Court for the District of Columbia