UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*, <br><br> Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Miscellaneous No. 13-1288 (RCL) |

This document relates to:
ALL CASES

[PROPOSED] ORDER

*filed 10/22/18*

Upon consideration of the Stipulation Extending Briefing Deadlines for Motion for Partial Reconsideration filed by the parties in the above-captioned cases, it is hereby ORDERED *nunc pro tunc* that (1) Plaintiffs shall have a seven-day extension (to November 5, 2018) to file their response to Defendants' Motion for Partial Reconsideration of Denial of Motion to Dismiss Implied

1

Covenant Claims, and (2) Defendants shall have a seven-day extension (to November 19, 2018) to file their reply in support of their Motion for Partial Reconsideration of Denial of Motion to Dismiss Implied Covenant Claims.

SO ORDERED.

Date: 12/22/18

_____
U.S. District Judge Royce C. Lamberth
U.S. District Court for the District of Columbia