IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>    Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCATION, *et al.*,<br><br>    Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document related to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the Parties' Joint Local Rule 16.3 Report, it is hereby **ORDERED** that

1. The Parties' Rule 26(a)(1) initial disclosures shall be made on **November 5, 2018**.

2. Fact discovery shall close on **July 15, 2019**.

1

3. The deadline for seeking leave to add additional parties or amend the pleadings is **30 days** after the close of fact discovery.

4. Regarding expert discovery:

    a. Plaintiffs' expert witness reports shall be produced by **August 14, 2019**;

    b. Depositions of Plaintiffs' experts shall be conducted by **September 13, 2019**;

    c. Defendants' rebuttal expert witness reports shall be produced by **October 14, 2019**; and

    d. All expert discovery, including depositions of Defendants' experts, shall be completed by **November 13, 2019**.

5. Regarding class certification:

    a. Plaintiffs' motion for class certification is due on **August 31, 2019**;

    b. Defendants' opposition is due on **October 14, 2019**; and

    c. Plaintiffs' reply is due on **November 26, 2019**.

6. Regarding motions for summary judgment:

    a. Defendants shall file their motion for summary judgment on or before **December 13, 2019**;

    b. Plaintiffs' response and cross-motion for summary judgment is due **30 days** after the filing of Defendants' motion for summary judgment;

    c. Defendants' reply and response is due **30 days** after the filing of Plaintiffs' response and cross-motion for summary judgment;

    d. Plaintiffs' reply is due **14 days** after the filing of Defendants' response; and

    e. The Court will decide the Parties' cross-motions for summary judgment no later than **July 31, 2020**.

7. Trial is set for **October 19, 2020,** with a pretrial conference **30 to 60 days beforehand**, the exact date to be set later.

   **SO ORDERED.**

Dated: 5/22/19

Royce C. Lamberth
HON. ROYCE C. LAMBERTH
United States District Court