IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>                  Plaintiffs,<br><br>     v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>                  Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>                  Plaintiffs,<br>     v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCATION, *et al.*,<br><br>                  Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document related to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## NOTICE OF WITHDRAWAL

      Pursuant to Local Rule 83.6(b), undersigned counsel Howard C. Nielson, Jr., who has entered an appearance on behalf of Plaintiffs Fairholme Funds, Inc., *et al.*, hereby gives notice of his withdrawal from this case. Mr. Nielson will be leaving private practice. Plaintiffs consent to the withdrawal, and the withdrawal will leave the clients with representation by the other counsel who have entered appearances on their behalf.

1

Date: _____                                    Respectfully submitted,

                                                     s/ Howard C. Nielson, Jr.
                                                     Howard C. Nielson, Jr.
                                                     Attorney for Plaintiffs
                                                     COOPER & KIRK, PLLC
                                                     1523 New Hampshire Avenue, N.W.
                                                     Washington, D.C. 20036
                                                     Telephone: (202) 220-9600
                                                     Fax: (202) 220-9601
                                                     hnielson@cooperkirk.com


                                                     _____
                                                     On behalf of

                                                     FAIRHOLME FUNDS, INC.
                                                     4400 Biscayne Boulevard,
                                                     Suite 900
                                                     Miami, FL 33137

                                                     THE FAIRHOLME FUND
                                                     4400 Biscayne Boulevard,
                                                     Suite 900
                                                     Miami, FL 33137

*[signature]*

On behalf of

BERKLEY INSURANCE COMPANY,
475 Steamboat Road
Greenwich, CT 06830

ACADIA INSURANCE COMPANY,
One Acadia Commons
Westbrook, ME 04092

ADMIRAL INDEMNITY COMPANY,
301 Route 17 North, Suite 900
Rutherford, NJ 07070

ADMIRAL INSURANCE COMPANY,
7233 East Butherus Drive
Scottsdale, AZ 85260

BERKLEY REGIONAL INSURANCE COMPANY,
11201 Douglas Avenue
Urbandale, IA 50322

CAROLINA CASUALTY INSURANCE COMPANY,
11201 Douglas Avenue
Urbandale, IA 50322

MIDWEST EMPLOYERS CASUALTY INSURANCE COMPANY,
14755 North Outer Forty Drive, Suite 300
Chesterfield, MO 63017

NAUTILUS INSURANCE COMPANY,
7233 East Butherus Drive
Scottsdale, AZ 85260

PREFERRED EMPLOYERS INSURANCE COMPANY,
9797 Aero Drive, Suite 200
San Diego, CA 92108