**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, | |
| Plaintiffs, | Civil No. 13-1053 (RCL) |
| v. | |
| THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, | |
| Defendants. | |
| ARROWOOD INDEMNITY COMPANY, *et al.*, | |
| Plaintiffs, | Civil No. 13-1439 (RCL) |
| v. | |
| FEDERAL NATIONAL MORTGAGE ASSOCAION, *et al.*, | |
| Defendants. | |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Miscellaneous No. 13-1288 (RCL) |
| _____ | |
| This document related to: ALL CASES | |

## <u>ERRATA</u>

Please see the corrected Notice of Withdrawal appended to this document as Exhibit A.

The version filed May 29, 2019 (Doc. 101) is missing a signature, and the attached version

includes that signature.

Date:   May 30, 2019                                      Respectfully submitted,

                                                         s/ Howard C. Nielson, Jr.
                                                         Howard C. Nielson, Jr.
                                                         Attorney for Plaintiffs
                                                         COOPER & KIRK, PLLC
                                                         1523 New Hampshire Avenue, N.W.
                                                         Washington, D.C. 20036
                                                         Telephone: (202) 220-9600
                                                         Fax: (202) 220-9601
                                                         hnielson@cooperkirk.com

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCATION, *et al.*, <br><br> Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> _____ <br><br> This document related to: <br> ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## <u>NOTICE OF WITHDRAWAL</u>

Pursuant to Local Rule 83.6(b), undersigned counsel Howard C. Nielson, Jr., who has

entered an appearance on behalf of Plaintiffs Fairholme Funds, Inc., *et al*., hereby gives notice of

his withdrawal from this case. Mr. Nielson will be leaving private practice. Plaintiffs consent to

the withdrawal, and the withdrawal will leave the clients with representation by the other counsel

who have entered appearances on their behalf.

1

Date: 5/28/19

Respectfully submitted,

s/ Howard C. Nielson, Jr.
Howard C. Nielson, Jr.
Attorney for Plaintiffs
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Fax: (202) 220-9601
hnielson@cooperkirk.com

On behalf of

FAIRHOLME FUNDS, INC.
4400 Biscayne Boulevard,
Suite 900
Miami, FL 33137

THE FAIRHOLME FUND
4400 Biscayne Boulevard,
Suite 900
Miami, FL 33137

On behalf of

BERKLEY INSURANCE COMPANY,
475 Steamboat Road
Greenwich, CT 06830

ACADIA INSURANCE COMPANY,
One Acadia Commons
Westbrook, ME 04092

ADMIRAL INDEMNITY COMPANY,
301 Route 17 North, Suite 900
Rutherford, NJ 07070

ADMIRAL INSURANCE COMPANY,
7233 East Butherus Drive
Scottsdale, AZ 85260

BERKLEY REGIONAL INSURANCE
COMPANY,
11201 Douglas Avenue
Urbandale, IA 50322

CAROLINA CASUALTY INSURANCE
COMPANY,
11201 Douglas Avenue
Urbandale, IA 50322

MIDWEST EMPLOYERS CASUALTY
INSURANCE COMPANY,
14755 North Outer Forty Drive, Suite 300
Chesterfield, MO 63017

NAUTILUS INSURANCE COMPANY,
7233 East Butherus Drive
Scottsdale, AZ 85260

PREFERRED EMPLOYERS
INSURANCE COMPANY,
9797 Aero Drive, Suite 200
San Diego, CA 92108

3