# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Civil No. 13-1053 (RCL) |

## FAIRHOLME PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO THE U.S. TREASURY

Plaintiffs Fairholme Funds, Inc., et al. ("Fairholme") respectfully moves, pursuant to Rule 45 of the Federal Rules of Civil Procedure, to compel compliance by the United States Department of the Treasury ("Treasury") with certain of the requests for production ("RFPs") included within the document subpoena served on Treasury on or around April 3, 2019. In particular, and as described more fully in Fairholme's accompanying memorandum of points and authorities in support of this motion, Fairholme seeks an order compelling Treasury to produce non-privileged documents that are responsive to the following RFPs (and that were not previously produced in this or related litigation): RFPs 1-8, 10-14, 15(a)-(d), 16-26, and 29-30.

Pursuant to Local Civil Rule 7(m), counsel for Fairholme confirm that we have discussed the issues raised by this motion with counsel for Treasury in a good faith effort to determine whether there is any opposition to the relief sought and to narrow areas of disagreement relating to Treasury's obligations in responding to the subpoena. The parties were not able to reach agreement. Fairholme therefore anticipates that this motion will be opposed by Treasury.

1

Dated:   July 12, 2019                                                        Respectfully submitted,

                                                             s/ Charles J. Cooper
Charles J. Cooper
*Counsel of Record for Plaintiffs*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

*Of Counsel:*
David H. Thompson
Vincent J. Colatriano
Peter A. Patterson
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)