# ATTACHMENT C

## Vince Colatriano

**From:** Brian Barnes <BBarnes@cooperkirk.com>
**Sent:** Tuesday, June 04, 2019 9:26 PM
**To:** Marsha.Edney@usdoj.gov; Robert.C.Merritt@usdoj.gov
**Cc:** Vince Colatriano; David Thompson; Pete Patterson
**Subject:** Fairholme Funds, Inc. v. FHFA, No. 13-1053 (D.D.C.)
**Attachments:** Fairholme DDC FHFA RFPs v.pdf; Letter to B. Barnes January 4, 2019 re document production.pdf; FHFA_s Objections and Responses to Fairholme_s First Set of Requests for Production_(US_164130144_6).pdf; 2018-01-09 Letter to A Varma.pdf; 2018-01-31 NJM ltr to M. Weberman.pdf; Letter to B. Barnes February 5, 2019 re document production.pdf; 2019-02-11 Letter to A Varma (final).pdf; Letter to B. Barnes March 4, 2019 re document production.pdf; RE: Discovery in 13-mc-1288, 13-cv-1053, 13-cv-1439 (DDC)

Dear Marsha and Charlie,

Thank you for taking the time this morning to meet and confer on Treasury's response to our subpoena. As discussed, I've attached our correspondence with FHFA, which captures the agreement we ultimately reached with that agency regarding some very similar document requests.

Broadly speaking, our proposal is that Treasury should take an approach that is similar to the one that FHFA agreed to. As part of such a compromise, we are willing to drop some of our requests, including RFP 9, RFP 15(e), RFP 27, RFP 28, and RFPs 31-37. We are also willing to limit our other requests in a manner that is substantially similar to the compromise we reached with FHFA on analogous requests.

As you know, we are challenging a joint action by FHFA and Treasury that has resulted in many billions of dollars of profits for Treasury, and any payment of damages by the defendants could reduce future dividend payments Treasury receives from Fannie and Freddie by a similar amount. Given these circumstances, we think FHFA and Treasury are very similarly situated for purposes of discovery even though Treasury is not technically a named defendant in the case.

We're of course happy to discuss this proposal in greater detail, but a threshold question is whether Treasury will agree to this basic approach or if the parties are so far apart that it makes sense to tee up the dispute for resolution by the Court.

Best regards,

Brian W. Barnes
Cooper & Kirk, PLLC
(202) 220-9623