### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>          Defendants. | Civil No. 13-1053 (RCL) |

### **[PROPOSED] ORDER**

Upon consideration of the Fairholme Plaintiffs' Motion to Compel Compliance With Subpoena to the U.S. Treasury, as well as the briefs and other materials filed in connection with that motion, the Court hereby **GRANTS** that motion.  It is hereby **ORDERED** that:

The United States Department of the Treasury ("Treasury") must timely produce non-privileged documents that are responsive to the following requests for production ("RFPs") attached to the subpoena that is the subject of the foregoing motion:  RFPs 1-8, 10-14, 15(a)-(d), 16-26, and 29-30.  Treasury must also produce a privilege log identifying documents that are responsive to the foregoing RFPs that Treasury has withheld on the basis of its assertion of applicable privileges.

    **IT IS SO ORDERED**.


Date: _____
                                                             ROYCE C. LAMBERTH
                                                             United States District Judge