### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 13-cv-1053-RCL |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The United States Department of the Treasury ("Treasury") hereby respectfully requests that the Court extend its deadline for responding to Plaintiffs' motion to compel compliance with a third party subpoena, ECF No. 103, by seven days until August 2, 2019.

Good cause exists to grant this motion. Plaintiffs filed their motion on July 12, 2019, broadly requesting that third-party Treasury produce documents in response to 27 requests for production included within a Federal Rule of Civil Procedure 45 subpoena. Pursuant to Local Civil Rule 7(b)), Treasury's response is due July 26, 2019. Treasury respectfully requests a modest one-week extension to respond to the motion due to the press of business, other litigation demands, and the previously scheduled vacation of one of the attorneys working on this case. The additional time will allow Treasury to adequately respond to the many issues raised in the motion to compel.

For these reasons, Treasury respectfully requests that its deadline for responding to Plaintiffs' motion to compel be extended until August 2, 2019. Before filing this motion, pursuant to Local Civil Rue 7(m), undersigned counsel conferred with counsel for Plaintiffs, who reported that Plaintiffs do not oppose the relief requested in this motion. A proposed order is attached.

Dated: July 22, 2019                                Respectfully submitted

                                                    JOSEPH H. HUNT
                                                    Assistant Attorney General

                                                    DIANE KELLEHER
                                                    Assistant Branch Director

                                                    */s/ R. Charlie Merritt*
                                                    R. CHARLIE MERRITT
                                                    Trial Attorney
                                                    U.S. Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    919 East Main Street, Suite 1900
                                                    Richmond, VA 23219
                                                    Tel: (202) 616-8098
                                                    Fax: (804) 819-7417
                                                    Email: robert.c.merritt@usdoj.gov