IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | )   No. 13-cv-1053-RCL<br>) |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

### [PROPOSED] ORDER

Upon consideration of the U.S. Department of the Treasury's ("Treasury") July 22, 2019 unopposed motion for an extension of time to respond to Plaintiffs' motion to compel, ECF No. 103, it is hereby **ORDERED** that the motion be and hereby is **GRANTED**. It is further **ORDERED** that Treasury shall have until August 2, 2019 to respond to Plaintiffs' motion.

**IT IS SO ORDERED.**

*[signature]*
ROYCE C. LAMBERTH
United States District Judge

Date: 7/22/19