IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>                    Defendants. | Civil No. 13-1053 (RCL) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY
IN SUPPORT OF FAIRHOLME PLAINTIFFS' MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA TO THE U.S. TREASURY**

Plaintiffs Fairholme Funds, Inc., et al. respectfully request that the Court extend, by seven days, the deadline for their reply in support of their motion (Doc. 103) to compel compliance by the United States Department of the Treasury ("Treasury") with Plaintiffs' document subpoena. After obtaining its own one-week extension, Treasury filed its opposition to the motion to compel on August 2, 2019. Pursuant to Local Civil Rule 7(d), Plaintiffs' reply is currently due on August 9. Plaintiffs thus seek an extension of this deadline until August 16, 2019.

Good cause exists for the relief requested by this motion. The modest one-week extension sought by Plaintiffs is necessary in light of the press of business, other litigation deadlines, the long-standing summer vacation plans of some of Plaintiffs' counsel, and other demands on the time of Plaintiffs' counsel. Among other things, Plaintiffs' counsel will be working on the following matters over the course of the next several weeks: preparation for oral argument before the U.S. Court of Appeals for the Second Circuit in *AmBase Corp., et al. v. 111 West 57th Sponsor LLC, et al.* (No. 18-3480), and preparing an opposition to a motion to dismiss in *111 West 57th Investment LLC v. 111 West 57th Property Owner LLC*, (New York Sup. Ct., No. 653067/2019).

1

The additional time requested will allow Plaintiffs to adequately respond to the numerous arguments raised in Treasury's 25-page opposition to the motion to compel.

For the foregoing reasons, Plaintiffs respectfully request that the deadline for filing their reply in support of their motion to compel be extended until August 16, 2019. Pursuant to Local Civil Rule 7(m), counsel for Plaintiffs confirm that we have discussed this extension request with counsel for Treasury, who have represented that they do not oppose the relief requested in this motion. A proposed order is attached.

Dated:   August 6, 2019

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper
*Counsel of Record for Plaintiffs*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

*Of Counsel:*
David H. Thompson
Vincent J. Colatriano
Peter A. Patterson
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)