IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Civil No. 13-1053 (RCL) |

## ORDER

Upon consideration of the Fairholme Plaintiffs' August 6, 2019 unopposed motion for an extension of the deadline for the filing of their reply in support of their pending motion to compel (Doc. 103), it is hereby **ORDERED** that the motion be and hereby is **GRANTED**. It is further **ORDERED** that the Fairholme Plaintiffs shall have until August 16, 2019 to file their reply.

IT IS SO ORDERED.

Date: 8/7/19

ROYCE C. LAMBERTH
United States District Judge

1