IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br>           Plaintiffs, <br><br>     v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br>           Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*, <br><br>           Plaintiffs, <br><br>     v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*, <br><br>           Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br><br> This document relates to: <br> ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## [~~PROPOSED~~] AMENDED SCHEDULING ORDER

It is hereby **ORDERED** that:

1.    Fact discovery shall close on **November 26, 2019**

2.    The deadline for seeking leave to add additional parties or amend the pleadings in

      **30 days** after the close of fact discovery.

112739675

3.    Regarding expert discovery:

    a.    Plaintiffs' expert witness reports shall be produced by **January 31, 2020**.

    b.    Depositions of Plaintiffs' experts shall be conducted by **February 28, 2020**.

    c.    Defendants' rebuttal expert reports shall be produced by **March 31, 2020**; and

    d.    All expert discovery, including depositions of Defendants' experts, shall be completed by **April 30, 2020.**

4.    Regarding class certification:

    a.    Plaintiffs' motion for class certification is due on **January 31, 2020**.

    b.    Defendants' opposition is due on **March 31, 2020**.

    c.    Plaintiffs' reply is due on **May 14, 2020**.

5.    Regarding motions for summary judgment:

    a.    Defendants shall file their motion for summary judgment on or before **May 29, 2020**.

    b.    Plaintiffs' response and cross-motion for summary judgment is due **30 days** after the filing of Defendants' motion for summary judgment;

    c.    Defendants' reply and response is due **30 days** after the filing of Plaintiffs' response and cross-motion for summary judgment; and

    d.    Plaintiffs reply is due **14 days** after the filing of Defendants' response.

6.    Trial is set for **October 19, 2020**, or at the Court's earliest convenience thereafter, with a pretrial conference **30 to 60 days beforehand**, the exact date to be set later.

It is So Ordered.
8/7/19

Royce C. Lamberth
U.S.D.J.

2

112739675