# ATTACHMENT B

```
 1                UNITED STATES COURT OF FEDERAL CLAIMS
 2
 3
 4    FAIRHOLME FUNDS, INC., ET AL.,)
 5              Plaintiffs,        ) Case No.
 6                  vs.            ) 13-465C
 7    THE UNITED STATES OF AMERICA, )
 8              Defendant.         )
 9
10
11
12                           Courtroom 8
13              Howard T. Markey National Courts Building
14                     717 Madison Place, N.W.
15                        Washington, D.C.
16                      Wednesday, May 7, 2014
17                           11:00 a.m.
18                        Status Conference
19
20
21            BEFORE:  THE HONORABLE MARGARET M. SWEENEY
22
23
24
25    Elizabeth M. Farrell, CERT, Digital Transcriber
```

Fairholme Funds, Inc., et al. v. USA

19
5/7/2014

1   any way, to construe that I think there isn't jurisdiction.
2   I don't have anything in front of me at the moment other than
3   the Government's motion to dismiss, not that I, in any way,
4   think that's a frivolous filing, but that's why it's
5   essential that Plaintiffs have their day in court.
6           So, in any event, please proceed.
7           MR. SCHWIND:  Thank you, Your Honor.  And, again,
8   just getting to the update.  As the Court is aware, the Court
9   issued, on February 26th, an order granting limited
10  discovery, and Mr. Cooper acknowledged this morning that that
11  discovery is, in fact, limited.  We are not in full-blown
12  merits discovery at this stage of the litigation.  The Court,
13  thereafter, issued orders establishing a discovery schedule
14  and certain processes as to how we're to get through the
15  schedule and granted Plaintiffs' request that that discovery
16  end on 31 July of this year, a very aggressive schedule that,
17  again, Plaintiffs insisted on.
18          THE COURT:  Well, let me just say this:  If --
19  because the Government has perhaps -- at least from what I
20  understand -- a more narrow view of what would be appropriate
21  for discovery and, not surprisingly, Plaintiffs may have a
22  contrary view, if we need to enlarge the discovery schedule
23  to accommodate the Government in order to produce documents
24  to complete the taking of depositions, I certainly will allow
25  that.  So, the parties should know that the discovery