# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., *et al.*,

    Plaintiffs,

v.

THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,

    Defendants.

Case No. 1:13-cv-1053-RCL

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **GRANTS** plaintiffs' Motion to Compel Compliance with Subpoena to the U.S. Treasury.

It is **ORDERED** that the U.S. Treasury must timely produce all non-privileged documents that are responsive to the following requests for production attached to the subpoena that is the subject of the foregoing Motion to Compel: RFPs 1-8, 10-14, 15(a)-(d), 16-26, and 29-30.

It is **FURTHER ORDERED** that the U.S. Treasury must also produce a privilege log identifying documents that are responsive to the foregoing requests for production that the U.S. Treasury has withheld on the basis of its assertion of applicable privileges.

Date: November 8, 2019

                                                Royce C. Lamberth
                                                United States District Court Judge