## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>THE FEDERAL HOUSING FINANCE<br>AGENCY, *et al.*,<br><br>　　　　　　Defendants | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY,<br>*et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION, *et al.*,<br><br>　　　　　　Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior<br>Preferred Stock Purchase Agreement Class<br>Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Misc. No. 13-1288 (RCL) |

## SECOND JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs in the above-captioned actions  (collectively, the "Plaintiffs"), as well as Defendants Federal Housing Finance Agency ("FHFA"), FHFA Director Melvin Watt, the Federal National Mortgage Association, and the Federal Home Loan Mortgage Corporation (collectively, "Defendants"), hereby move the Court for entry of an order amending the Amended Scheduling Order.

On July 30, 2019, the parties filed the first Joint Motion to Amend Scheduling Order, seeking to amend the original Scheduling Order the Court entered in this case by moving the fact discovery deadline from July 15, 2019, to November 26, 2019.  The Court entered the Amended Scheduling Order on August 7, 2019.

Since the entry of the Amended Scheduling Order, the parties have diligently engaged in discovery, but despite the parties' best efforts, document production has not yet been completed, which has prevented the parties from completing fact discovery by the November 26, 2019 deadline.  To be clear, the parties' production of documents to date has been extensive.  Since the Court entered the Amended Scheduling Order, Defendants have produced over 65,000 documents consisting of over 650,000 pages.  These document productions, however, have occurred on a rolling basis with over half of the documents having been produced after October 10, 2019.

In addition, Defendant FHFA on November 8, 2019, produced a privilege log containing thousands of entries.  Additional privilege logs have been produced by FHFA and a third party since then.  Plaintiffs are in the process of analyzing these privilege logs.  Plaintiffs have not yet produced their privilege logs. The parties' logs may present issues requiring negotiation by the parties and potentially motion practice.

Further still, on November 8, 2019, this Court compelled the United States Treasury to produce voluminous records in response to a subpoena *duces tecum* served by the Fairholme plaintiffs.[1]  The parties are in negotiations concerning Treasury's document production consistent with the Court's Order, but will need additional time to complete this process.  Despite their best efforts, therefore, the parties do not believe that it would be possible to complete fact and expert discovery under the currently governing deadlines.

---

[1] The Class Plaintiffs have likewise served a subpoena on the United States Treasury seeking many of the same records Treasury was just compelled to produce.

Accordingly, the parties jointly request that the Court adjourn all deadlines in the Amended Scheduling Order by 150 days, including the trial, in order to accommodate the completion of discovery.  This is only the parties' second request to amend the Scheduling Order in this case and their first request to move the trial date.

The parties believe the proposed adjustments to the Scheduling Order, as reflected in the Proposed Second Amended Scheduling Order filed contemporaneously herewith, will aid the administration of justice in this case by allowing the parties to more effectively prepare the case for trial and will prevent prejudice to any party.

Dated: December 18, 2019

/s/ *Asim Varma*
Howard N. Cayne (D.C. Bary #331306)
Asim Varma (D.C. Bar #426364)
David B. Bergman (D.C. Bar #435392)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:  (202) 942-5000
howard.cayne@arnoldporter.com
asim.varma@arnoldporter.com
david.bergman@arnoldporter.com

*Attorneys for Defendant Federal Housing
Finance Agency and Director Melvin L. Watt*

/s/ *Michael J. Ciatti*
Michael J. Ciatti (D.C. Bar # 467177)
King & Spalding LLP
1700 Pennsylvania Ave., N.W.
Washington, DC 20006
Tel:  (202) 626-5508
Fax:  (202) 626-3737
mciatti@kslaw.com

*Attorneys for the Federal Home Loan
Mortgage Corp.*

/s/ *Michael J. Barry*
GRANT& EISENHOFER, P.A.
Michael J. Barry (Pro Hac Vice)
123 Justison Street
Wilmington, DE 19801
Tel:  (302) 622-7000
Mbarry@gelaw.com

BOIES SCHILLER FLEXNER LLP
Hamish P.M. Hume (D.C. Bar #449914)
Stacey K. Grigsby (D.C. Bar #491197)
Jonathan M. Shaw (D.C. Bar #446249)
1401 New York Avenue, NW
Washington, DC 20005
Tel:  (202) 237-2727
hhume@bsfllp.com
sgrigsby@bsfllp.com
jshaw@bsfllp.com

/s/ *Meaghan VerGow*
_____
Meaghan VerGrow (D.C. Bar # 977165)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel:  (202) 383-5300
mvergow@omm.com

*Attorneys for the Federal National Mortgage Association*

/s/  *Charles J. Cooper*
_____
Charles J. Cooper, SBN 24870
David H. Thompson, SBN 450503
Vincent J. Colatriano, SBN 429562
Peter A. Patterson, SBN 998668
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.220.9600
Facsimile: 202.220.9601

*Attorneys for Plaintiffs Fairholme Funds, Inc. et al.*

KESSLER TOPAZ MELTZER
   & CHECK, LLP
Eric L. Zagar (Pro Hac Vice)
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
ezagar@ktmc.com

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
Adam Wierzbowski (Pro Hac Vice)
1251 Avenue of the Americas
New York, NY 10019
Tel:  (212) 554-1400
Fax:  (212) 554-1444
adam@blbglaw.com

*Co-Lead Counsel for Plaintiffs*

BOTTINI & BOTTINI, INC.
Frank A. Bottini
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel:  (858) 914-2001
FBOTTINI@BOTTINILAW.COM

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy
Ex Kano S. Sams III
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel:  (310) 201-9150
lglancy@glancylaw.com
esams@glancylaw.com

/s/  *Michael H. Barr*

Michael H. Barr
Richard M. Zuckerman
Sandra Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800
michael.barr@dentons.com
richard.zuckerman@dentons.com
sandra.hauser@dentons.com

-and-

Drew W. Marrocco (D.C. Bar # 453205)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel.: (202) 496-7500
Fax: (202) 496-7756
Drew.Marrocco@dentons.com

*Attorneys for Plaintiffs Arrowood Indemnity
Co., et al.*

LOWEY DANNENBERG, P.C.
Barbara Hart (Pro Hac Vice)
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel:  (914) 997-0500

POMERANTZ LLP
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, NY 10016
Tel:  (2120 661-1100
jalieberman@pomlaw.com

Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel:  (312) 377-1181
pdahlstrom@pomlaw.com

FINKELSTEIN THOMPSON LLP
Michael G. McLellan (D.C. Bar # 489217)
3201 New Mexico Avenue NW, Suite 395
Washington, DC 20016
Tel:  (202) 337-8000
mmclellan@finkelsteinthompson.com

*Additional Counsel for Plaintiffs*