IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*, <br><br> Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> This document relates to: <br> ALL CASES | Misc. No. 13-1288 (RCL) |

# [PROPOSED] SECOND AMENDED SCHEDULING ORDER

It is hereby **ORDERED** that:

1. Fact discovery shall close on **April 30, 2020.**

2. The deadline for seeking leave to add additional parties or amend the pleadings is **30 days** after the close of fact discovery.

3. Regarding expert discovery:

    a. Plaintiffs' expert witness reports shall be produced by **June 30, 2020**;

    b. Deposition of Plaintiffs' experts shall be conducted by **July 31, 2020;**

1

      c.  Defendants' rebuttal expert reports shall be produced by **August 28, 2020;** and

      d.  All expert discovery, including deposition of Defendants' experts, shall be completed by **October 2, 2020.**

4.  Regarding class certification:

      a.  Plaintiffs' motion for class certification is due on **June 30, 2020;**

      b.  Defendants' opposition is due on **August 28, 2020**; and

      c.  Plaintiffs' reply is due on **September 11, 2020**.

5.  Regarding motions for summary judgment:

      a.  Defendants shall file their motion for summary judgment on or before **October 30, 2020**;

      b.  Plaintiffs' response and cross-motion for summary judgment is due **30 days** after the filing of Defendants' motion for summary judgment;

      c.  Defendants' reply and response is due **30 days** after the filing of Plaintiffs' response and cross-motion for summary judgment; and

      d.  Plaintiffs' reply is due **14 days** after the filing of Defendants' response.

6.  Trial is set for **March \_\_, 2021**, or at the Court's earliest convenience thereafter, with a pretrial conference **30 to 60 days beforehand**, the exact date to be set later.

Dated: _____                         _____
                                                                                             U.S.D.J.