**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FEDERAL HOUSING FINANCE ) <br> AGENCY, *et al.*, ) <br> ) <br> Defendants. ) | No. 13-cv-1053-RCL |

**DEPARTMENT OF THE TREASURY'S**
**CONSENT MOTION TO MODIFY PROTECTIVE ORDER**

Plaintiffs have served a subpoena upon the Department of the Treasury ("Treasury") seeking the production of documents from the agency, and Treasury is in the process of responding. The agency anticipates that many of the responsive documents will be produced subject to the Protective Order previously entered in this case. *See* ECF No. 98. Paragraph 18 of the Protective Order permits parties in this case to use documents produced pursuant to this Protective Order in other litigation in which Treasury is currently a party (including information Treasury may produce in response to the subpoena). It is imperative for Treasury to have access to any protected information produced in this case, and as written, the Court's Protective Order does not apply to Treasury because it was dismissed from this case.

Therefore, Treasury hereby requests that paragraph 4 of the current Protective Order entitled "Individuals Permitted Access to Protected Information" be amended to include a 5th category: "(v) attorneys for the Department of the Treasury ("Treasury") and Department of Justice ("DOJ")." Treasury has contacted the other counsel of record in this matter, and they have all

consented to this Motion. The proposed modified version of the Protective Order is attached hereto.

Dated: March 17, 2020                    Respectfully submitted

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/ R. Charlie Merritt*
MARSHA S. EDNEY
Senior Trial Counsel
R. CHARLIE MERRITT
Trial Attorney (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
Tel: (202) 616-8098
Fax: (804) 819-7417
Email: robert.c.merritt@usdoj.gov