**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.,* <br><br> Plaintiffs, <br><br> v . <br><br> THE FEDERAL HOUSING FINANCE AGENCY, *et al.,* <br><br> Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.,* <br><br> Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> ———————————— <br><br> This document relates to: <br> ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to the Court's Order Adjourning Second Amended Scheduling Order Deadlines,

Plaintiffs in the above-captioned actions (collectively, the "Plaintiffs"), as well as Defendants

Federal Housing Finance Agency ("FHFA"), FHFA Director Mark Calabria, the Federal National

Mortgage Association, and the Federal Home Loan Mortgage Corporation (collectively,

"Defendants"), hereby move the Court for entry of attached Proposed Third Amended Scheduling

Order, which has been agreed to by all parties except with respect to the trial date.

Upon joint motion of the parties, the Court adjourned the deadlines under the Second Amended Scheduling Order because of issues caused by COVID-19 and the production of certain documents by the Department of Treasury.  The Court directed the parties to submit proposed revised deadlines by June 30, 2020.   The parties have agreed to the proposed revised deadlines in the attached Proposed Order.  Although the Department of Treasury has not yet completed its production of documents, it has made substantial progress and the parties anticipate completion in time to complete fact discovery by the proposed January 22, 2021 date.  The one date the parties could not agree on was the trial date.

Plaintiffs' Position:  Plaintiffs propose that the trial date be set for February 21, 2022.  Plaintiffs believe 108 days between the end of summary judgment briefing and trial is sufficient both to address summary judgment and for the parties to prepare for trial.  Plaintiffs note that the existing schedule only provides for 78 days between summary judgment briefing and trial.  Nor does filing pretrial disclosures two months after summary judgment briefing is completed present any problems for the parties, whether any motion for summary judgment has been ruled on or not.

Defendants' Position:  Defendants propose a trial date of July 19, 2022, which is both practical and consistent with the Court's rules regarding resolution of dispositive motions in advance of the final pretrial conference.  In contrast, Plaintiffs' proposed trial date of February 21, 2022 leaves only 3.5 months between the completion of briefing on summary judgment motions (November 5, 2021) and trial (February 21, 2022).  With that trial date, the final pretrial conference would have to occur no later than January 21, 2022 (LCvR 16.3(c)(14)-(15), and the Parties' pretrial disclosures would be due no later than January 7, 2022 (LCvR 16.5(a)(2)).  Thus, with a February 21, 2022 trial date, pretrial disclosures would be due only 2

months after the close of briefing on summary judgment (and immediately following the

December holidays) without regard to whether the court has resolved the summary judgment

motions.  This approach is both impractical and in tension with the Court's rules, which state that

"[a] dispositive motion in a civil action shall be filed sufficiently in advance of the final pretrial

conference that it may be fully briefed *and ruled on* before the conference."  LCvR 7(l)

(emphasis added).  Defendants' proposed trial date of July 19, 2022 gives the Court time to

resolve the summary judgment motions in advance of the final pretrial conference.  In this way, a

July 2022 trial date is consistent with the first scheduling order entered in this case, which also

provided for an approximately 8 month interval between the completion of briefing on summary

judgment motions (February 26, 2020) and trial (October 19, 2020).  *See* Doc. # 100 (No.

1:13cv1053).  Finally, a July 2022 trial date would make it more likely the Parties could either

prepare their pretrial disclosures more efficiently with the benefit of the Court's decision on

summary judgment, or save the time and cost of preparing such disclosures in the event the

Court decides the case on summary judgment.

All parties have been litigating this case in earnest and believe the Proposed Third

Amended Scheduling Order deadlines will aid the administration of justice in this case by

allowing the parties to effectively prepare the case for trial and prevent prejudice to any party.

Dated:  June 30, 2020

/s/ Howard N. Cayne
Howard N. Cayne (D.C. Bar #331306)
Asim Varma (D.C. Bar #426364)
David B. Bergman (D.C. Bar #435392)
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:  (202) 942-5000
howard.cayne@arnoldporter.com
asim.varma@arnoldporter.com
david.bergman@arnoldporter.com

*Attorneys for Defendant Federal Housing
Finance Agency and Director Mark A.
Calabria*

/s/ Michael J. Ciatti
Michael J. Ciatti (D.C. Bar # 467177)
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Washington, DC 20006
Tel:  (202) 626-5508
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorneys for the Federal Home Loan
Mortgage Corp.*

/s/ Meaghan VerGow
Meaghan VerGow (D.C. Bar # 977165)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel:  (202) 383-5300
mvergow@omm.com

*Attorneys for the Federal National Mortgage
Association*

  /s/ Hamish Hume
BOIES SCHILLER FLEXNER LLP
Hamish P.M. Hume (D.C. Bar #449914
Jonathan M. Shaw (D.C. Bar #446249)
1401 New York Avenue, NW
Washington, DC 20005
Tel:  (202) 237-2727
hhume@bsfllp.com
sgrigsby@bsfllp.com
jshaw@bsfllp.com

KESSLER TOPAZ MELTZER
  & CHECK, LLP
Eric L. Zagar (Pro Hac Vice)
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
ezagar@ktmc.com

/s/ Michael J. Barry
GRANT& EISENHOFER, P.A.
Michael J. Barry (Pro Hac Vice)
123 Justison Street
Wilmington, DE 19801
Tel:  (302) 622-7000
Mbarry@gelaw.com

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
Adam Wierzbowski (Pro Hac Vice)
1251 Avenue of the Americas
New York, NY 10019
Tel:  (212) 554-1400
Fax:  (212) 554-1444
adam@blbglaw.com

*Co-Lead Counsel for Plaintiffs*

4

BOTTINI & BOTTINI, INC.
Frank A. Bottini
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel:  (858) 914-2001
FBOTTINI@BOTTINILAW.COM


LOWEY DANNENBERG, P.C.
Barbara Hart (Pro Hac Vice)
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel:  (914) 997-0500


Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel:  (312) 377-1181
pdahlstrom@pomlaw.com


/s/ Richard M. Zuckerman
Richard M. Zuckerman
Sandra Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
richard.zuckerman@dentons.com
sandra.hauser@dentons.com

-and-

Drew W. Marroco (D.C. Bar # 435205)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel.: (202) 496-7500
Fax:  (202) 496-7756
Drew.Marrocco@dentons.com

*Attorneys for Plaintiffs Arrowood Indemnity
Co., et al.*

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy
Ex Kano S. Sams III
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel:  (310) 201-9150
lglancy@glancylaw.com
esams@glancylaw.com


POMERANTZ LLP
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, NY 10016
Tel:  (2120 661-1100
jalieberman@pomlaw.com


FINKELSTEIN THOMPSON LLP
Michael G. McLellan (D.C. Bar # 489217)
3201 New Mexico Avenue NW, Suite 395
Washington, DC 20016
Tel:  (202) 337-8000
mmclellan@finkelsteinthompson.com


*Additional Counsel for Plaintiffs*


/s/ Charles J. Cooper
Charles J. Cooper (SBN # 24870)
David H. Thompson (SBN #450503)
Vincent J. Colantriano (SBN # 998668)
COOPER & KIRK, PLLC
1523 New Hampshire Ave. NW
Washington, DC 20036
Tel.: (202) 220-9600
Fax:  (202) 220-9601


*Counsel for Fairholme Plaintiffs*

5