**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.,* | |
| Plaintiffs, | |
| v. | Civil No. 13-1053 (RCL) |
| THE FEDERAL HOUSING FINANCE AGENCY, *et al.,* | |
| Defendants. | |
| ARROWOOD INDEMNITY COMPANY, *et al.,* | |
| Plaintiffs, | |
| *v* | Civil No. 13-1439 (RCL) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.,* | |
| Defendants. | |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Miscellaneous No. 13-1288 (RCL) |
| This document relates to: ALL CASES | |

## [PROPOSED] THIRD AMENDED SCHEDULING ORDER

It is hereby **ORDERED** that:

1.     Fact discovery shall close on **January 22, 2021.**

2.     The deadline for seeking leave to add additional parties or amend the pleadings is

**February 19, 2021**.

1

3.     Regarding expert discovery:

    a.  Plaintiffs' expert witness reports shall be produced by **April 16, 2021**;

    b.  Deposition of Plaintiffs' experts shall be conducted by **May 21, 2021;**

    c.  Defendants' rebuttal expert reports shall be produced by **June 18, 2021;** and

    d.  All expert discovery, including deposition of Defendants' experts, shall be completed by **July 16, 2021.**

4.     Regarding class certification:

    a.  Plaintiffs' motion for class certification is due on **April 16, 2021;**

    b.  Defendants' opposition is due on **June 18, 2021**; and

    c.  Plaintiffs' reply is due on **July 16, 2021**.

5.     Regarding motions for summary judgment:

    a.  Defendants shall file their motion for summary judgment on or before **August 20, 2021**;

    b.  Plaintiffs' response and cross-motion for summary judgment is due **September 21, 2021**;

    c.  Defendants' reply and response is due **October 22, 2021**; and

    d.  Plaintiffs' reply is due **November 5, 2021**.

6.     Trial is set for _____, **2022**, or at the Court's earliest convenience thereafter, with a pretrial conference **30 to 60 days beforehand**, the exact date to be set later.

Dated: _____                           _____
                                                                   U.S.D.J.