# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*, <br><br> Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> _____ <br><br> This document relates to: <br> ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## [PROPOSED] FOURTH AMENDED SCHEDULING ORDER

It is hereby **ORDERED** that:

1. Fact discovery shall close on **March 26, 2021.**

2. The deadline for seeking leave to add additional parties or amend the pleadings is **April 23, 2021.**

3. Regarding expert discovery:

   a. Plaintiff's expert witness reports shall be produced by **June 18, 2021**;

   b. Deposition of Plaintiffs' experts shall be conducted by **July 23, 2021**;

   c. Defendants' rebuttal expert reports shall be produced by **August 20, 2021**; and

   d. All expert discovery, including deposition of Defendants' experts shall be completed by **September 17, 2021**.

4. Regarding class certification:

   a. Plaintiffs; motion for class certification is due on **June 18, 2021**;

   b. Defendants' opposition is due on **August 20, 2021**; and

   c. Plaintiffs' reply is due on **September 17, 2021**.

5. Regarding motions for summary judgment:

   a. Defendants shall file their motion for summary judgment on or before **October 15, 2021**;

   b. Plaintiffs' response and cross-motion for summary judgment is due **November 19, 2021**;

   c. Defendants' reply and response is due on **December 22, 2021**; and

   d. Plaintiffs' reply is due **January 14, 2022**.

6. Trial is set for _____, **2022**, or at the Court's earliest convenience thereafter, with a pretrial conference **30 to 60 days beforehand**, the exact date to be set later.

Dated: _____           _____
                                          U.S.D.J.