IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>        Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>        Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

# [PROPOSED] ORDER ADJOURNING FOURTH AMENDED SCHEDULING ORDER DEADLINES

It is hereby **ORDERED** that:

    1.    The deadlines in the Fourth Amended Scheduling Order are hereby adjourned pending further order of this Court.

2. The parties are directed to submit proposed amended deadlines no later than three weeks after the Supreme Court issues a decision in *Collins v. Mnuchin*, No. 19-422.

Dated: _____          _____
                                                                    U.S.D.J.