UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC, et al., | |
| *Plaintiffs,* | |
| **v.** | Case No. 1:13-cv-1053-RCL |
| FEDERAL HOUSING FINANCE AGENCY, et al., | |
| *Defendants.* | |
| ARROWOOD INDEMNITY COMPANY, et al., | |
| *Plaintiffs,* | |
| **v.** | Case No. 1:13-cv-1439-RCL |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., | |
| *Defendants.* | |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-1288-RCL |

## ORDER

Before the Court are the parties' joint motions [123/118/123] to adjourn the deadlines set by the Fourth Amended Scheduling Order. The motion is **GRANTED IN PART** and **DENIED IN PART**.

In light of the age of this case, the Court will not move the trial date and is extremely reluctant to move the dates for class certification and dispositive motions.

The Court finds that the parties have demonstrated sufficient diligent to show good cause to modify the deadline for fact discovery.   Accordingly, the fact discovery deadline is **EXTENDED** to May 18, 2021.

The motion is denied insofar as it seeks to modify any other deadlines or dates.  Once the Supreme Court renders its judgment in *Collins v. Yellen* (No. 19-422 & 19-563), if the parties can show that *Collins* requires additional discovery, they may ask the Court to revisit the fact and expert discovery deadlines.

**IT IS SO ORDERED.**

Date: ___3/29/21___

Royce C. Lamberth
United States District Judge