IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 13-cv-1053-RCL |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of the U.S. Department of the Treasury's May 26, 2021 unopposed motion for an extension of time to respond to Plaintiffs' motion to compel, ECF No. 125, it is hereby **ORDERED** that the motion be and hereby is **GRANTED**. It is further **ORDERED** that Treasury shall have until June 22, 2021 to respond to Plaintiffs' motion.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: