IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., *et al.*,

Plaintiffs,

v.

FEDERAL HOUSING FINANCE AGENCY, *et al.*,

Defendants.

No. 13-cv-1053-RCL

### [PROPOSED] ORDER

Upon consideration of the U.S. Department of the Treasury's May 26, 2021 unopposed motion for an extension of time [127] to respond to Plaintiffs' motion to compel [125], it is hereby **ORDERED** that the motion be and hereby is **GRANTED**. It is further **ORDERED** that Treasury shall have until June 22, 2021 to respond to Plaintiffs' motion.

**It is SO ORDERED.**

Date: June 7, 2021

Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Judge