AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FAIRHOLME FUNDS, INC. et al )<br>*Plaintiff* )<br>v. )<br>FEDERAL HOUSING FINANCE AGENCY, et al )<br>*Defendant* ) | Case No. 1:13-cv-1053-RCL |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Federal National Mortgage Association.

Date: 06/11/2021

/s/ Meaghan VerGow
*Attorney's signature*

Meaghan VerGow  DC Bar # 977165
*Printed name and bar number*

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
*Address*

mvergow@omm.com
*E-mail address*

(202) 383-5300
*Telephone number*

(202) 383-5414
*FAX number*