IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, | |
| Plaintiffs, | Civil No. 13-1053 (RCL) |
| v. | |
| THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, | |
| Defendants. | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Charles J. Cooper, a member of the Bar of the District of Columbia and counsel for Plaintiffs in the above captioned matter (hereinafter "Matter"), on behalf of Plaintiffs, respectfully move in conjunction with Brian W. Barnes, pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, for an Order permitting Mr. Barnes to appear *pro hac vice* as co-counsel for all plaintiffs in the Matter. In support of this Motion, I state as follows:

1. I am a member in good standing of the Bar of this Court (District of Columbia Bar No. 248070).

2. Mr. Barnes is an attorney at the law firm of Cooper & Kirk, PLLC. He is a member of good standing of each Bar to which he is admitted and has never been disciplined. The Declaration of Mr. Barnes is attached hereto.

3. Mr. Barnes will abide by the Civil Rules of the United States District Court for the District of Columbia and other rules of this Court.

4. This Motion and the attached Declaration meet the requirements of the Civil Rules of the United States District Court for the District of Columbia, including LCvR 83.

WHEREFORE, in conjunction with Mr. Barnes, I, Charles J. Cooper, respectfully request this Court to grant the attached Order.

Date:   June 14, 2021                                           Respectfully submitted,

                                                                s/ Charles J. Cooper
                                                                Charles J. Cooper
                                                                COOPER & KIRK, PLLC
                                                                1523 New Hampshire Avenue, N.W.
                                                                Washington, D.C. 20036
                                                                (202) 220-9600
                                                                (202) 220-9601 (fax)
                                                                ccooper@cooperkirk.com