IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, | |
| Plaintiffs, | Civil No. 13-1053 (RCL) |
| v. | |
| THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, | |
| Defendants. | |

## DECLARATION OF BRIAN W. BARNES
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2(d), I, Brian W. Barnes, hereby declare:

1. My full name, office address, and telephone number are as follows:

   Brian W. Barnes
   Cooper & Kirk, PLLC
   1523 New Hampshire Avenue, N.W.
   Washington, D.C. 20036
   (202) 220-9600

2. I have been admitted to the practice law in the following courts and bars:

   State of Colorado
   District of Columbia
   United States District Court for the District of Colorado
   United States Court of Appeals for the First Circuit
   United States Court of Appeals for the Second Circuit
   United States Court of Appeals for the Third Circuit
   United States Court of Appeals for the Fifth Circuit
   United States Court of Appeals for the Sixth Circuit
   United States Court of Appeals for the Seventh Circuit
   United States Court of Appeals for the Eighth Circuit
   United States Court of Appeals for the Ninth Circuit
   United States Court of Appeals for the Tenth Circuit
   United States Court of Appeals for the Eleventh Circuit
   United States Court of Appeals for the District of Columbia Circuit
   United States Court of Appeals for the Federal Circuit
   United States Court of Federal Claims

3. I am currently in good standing with all States, Bars, and Courts in which I am admitted. I have not been disciplined by any bar.

4. I have been admitted *pro hac vice* in this Court once in the past two years.

5. I am a member of the District of Columbia Bar (Bar No. 1018419).

I declare under penalty of perjury that the foregoing is true and correct.

Date:   June 14, 2021

Respectfully submitted,

s/ Brian W. Barnes
Brian W. Barnes
(D.C. Bar No. 1018419)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
bbarnes@cooperkirk.com