IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,  <br><br>                  Plaintiffs,  <br><br>      v.  <br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,  <br><br>                  Defendants. | Civil No. 13-1053 (RCL) |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY BRIAN W. BARNES *PRO HAC VICE*

Upon consideration of the Motion for Admission *Pro Hac Vice* of Brian W. Barnes in the above captioned matter and the Declaration of Brian W. Barnes in support thereof, it is by the Court hereby

**ORDERED**, that the Motion for Admission Pro Hac Vice of Brian W. Barnes, be, and the same hereby is, **GRANTED;** and it is

**FURTHER ORDERED,** that Brian W. Barnes be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

DATED: _____         _____
                                  Hon. Royce C. Lamberth
                                  UNITED STATES DISTRICT JUDGE