AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FAIRHOLME FUNDS, INC. et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:13-cv-1053-RCL |
| FEDERAL HOUSING FINANCE AGENCY, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Federal Home Loan Mortgage Corporation            .

Date:   06/15/2021

/s/ Graciela M. Rodriguez
*Attorney's signature*

Graciela M. Rodriguez (D.C. Bar No. 438955)
*Printed name and bar number*

KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
*Address*

gmrodriguez@kslaw.com
*E-mail address*

(202) 626-5508
*Telephone number*

(202) 737-0500
*FAX number*