AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FAIRHOLME FUNDS, INC. et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:13-cv-1053-RCL |
| FEDERAL HOUSING FINANCE AGENCY, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Federal Home Loan Mortgage Corporation.

Date: 06/15/2021

/s/ Michael J. Ciatti
*Attorney's signature*

Michael J. Ciatti (D.C. Bar No. 467177)
*Printed name and bar number*

KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
*Address*

mciatti@kslaw.com
*E-mail address*

(202) 661-7828
*Telephone number*

(202) 737-0500
*FAX number*