AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FAIRHOLME FUNDS, INC. et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:13-cv-1053-RCL |
| FEDERAL HOUSING FINANCE AGENCY, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Federal Home Loan Mortgage Corporation                                     .

Date:  06/15/2021

/s/ Taylor T. Lankford
*Attorney's signature*

Taylor T. Lankford (D.C. Bar No. 1002758)
*Printed name and bar number*

KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
*Address*

tlankford@kslaw.com
*E-mail address*

(202) 626-5514
*Telephone number*

(202) 737-0500
*FAX number*