IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　　Defendants. | Civil No. 13-1053 (RCL) |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY BRIAN W. BARNES *PRO HAC VICE*

Upon consideration of the Motion for Admission [130] *Pro Hac Vice* of Brian W. Barnes in the above captioned matter and the Declaration of Brian W. Barnes in support thereof, it is by the Court hereby

**ORDERED**, that the Motion for Admission Pro Hac Vice of Brian W. Barnes, be, and the same hereby is, **GRANTED;** and it is

**FURTHER ORDERED,** that Brian W. Barnes be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

DATED: 6/15/21

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1