## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Civil No. 13-1053 (RCL) |

## NOTICE OF APPEARANCE

Pursuant to the Court's Order dated June 15, 2021, I, Brian W. Barnes, am admitted to practice law in this Court and hereby enter my appearance on behalf of all Plaintiffs in No. 13-1053.

Dated: June 16, 2021

Respectfully submitted,

<u>/s/ Brian W. Barnes</u>
Brian W. Barnes*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (facsimile)
bbarnes@cooperkirk.com

*\*Admitted pro hac vice*

*Attorney for Plaintiffs*