## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>          Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>          Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## [PROPOSED] FIFTH AMENDED SCHEDULING ORDER

It is hereby **ORDERED** that:

1.     Regarding expert discovery:

        a.     Plaintiff's expert witness reports shall be produced by **August 12, 2021**;

b.        Deposition of Plaintiffs' experts shall be conducted by **September 16, 2021**;

c.        Defendants' rebuttal expert reports shall be produced by **October 14, 2021**; and

d.        All expert discovery, including deposition of Defendants' experts shall be completed by **November 11, 2021**.

2.        Regarding class certification:

a.        Plaintiffs; motion for class certification is due on **August 12, 2021**;

b.        Defendants' opposition is due on **October 14, 2021**; and

c.        Plaintiffs' reply is due on **November 11, 2021**.

3.        Regarding motions for summary judgment:

a.        Defendants shall file their motion for summary judgment on or before **December 9, 2021**;

b.        Plaintiffs' response and cross-motion for summary judgment is due **January 13, 2022**;

c.        Defendants' reply and response is due on **February 15, 2022**; and

d.        Plaintiffs' reply is due **March 10, 2022**.

4.        Trial is set for **July 11, 2022**, or at the Court's earliest convenience thereafter, with a pretrial conference **30 to 60 days beforehand**, the exact date to be set later.

Dated: _____6/26/21_____

_Royce C. Lamberth_
Hon. Royce C. Lamberth
U.S. District Judge