**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 13-cv-1053-RCL |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the U.S. Department of the Treasury's June 18, 2021 unopposed motion for an extension of time to respond to Plaintiffs' motion to compel, ECF No. 125, it is hereby **ORDERED** that the motion be and hereby is **GRANTED**. It is further **ORDERED** that Treasury shall have until July 13, 2021 to respond to Plaintiffs' motion.

**IT IS SO ORDERED**.

_____
ROYCE C. LAMBERTH
United States District Judge

Date: