IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | No. 13-cv-1053-RCL |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, | ) ) ) ) |  |
| Defendants. | ) ) |  |

**CONSENT MOTION FOR EXTENSION OF TIME**

The United States Department of the Treasury ("Treasury") hereby respectfully requests that the Court extend its deadline for responding to Plaintiffs' sealed motion to compel production of certain documents withheld as privileged, ECF No. 125, by an additional 21 days until August 3, 2021. Good cause exists to grant this motion.

As previously reported, the parties have had productive negotiations over the past few weeks to narrow the range of issues addressed in Plaintiffs' motion. In addition to resolving entirely Plaintiffs' argument regarding waiver of the attorney-client privilege, the parties have had continued discussions about the deliberative process privilege issues raised in Plaintiffs' motion. Recently, Treasury produced additional documents that it had previously withheld pursuant to the deliberative process privilege, and the parties continue to engage in a meet-and-confer process that has the potential to further narrow the issues in dispute. The additional time requested in this motion will allow this process to continue while also affording Defendants time to prepare a response to issues raised in Plaintiffs' motion that the parties are unable to resolve through their negotiations.

For these reasons, Treasury respectfully requests that its deadline for responding to Plaintiffs' motion to compel be extended by an additional 21 days from July 13, 2021 until August 3, 2021. Before filing this motion, pursuant to Local Civil Rue 7(m), undersigned counsel conferred with counsel for Plaintiffs, who reported that Plaintiffs consent to the relief requested in this motion. A proposed order is attached.

Dated: July 9, 2021                  Respectfully submitted

BRIAN M. BOYNTON
Acting Assistant Attorney General

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
(202) 616-8098
Email: robert.c.merritt@usdoj.gov

*Counsel for the U.S. Department of the Treasury*