IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )  No. 13-cv-1053-RCL ) |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

# [PROPOSED] ORDER

Upon consideration of the U.S. Department of the Treasury's July 9, 2021 unopposed motion [ECF No. 139] for an extension of time to respond to Plaintiffs' motion to compel, ECF No. 125, it is hereby **ORDERED** that the motion be and hereby is **GRANTED**. It is further **ORDERED** that Treasury shall have until August 3, 2021 to respond to Plaintiffs' motion.

**IT IS SO ORDERED**.

_____
ROYCE C. LAMBERTH
United States District Judge

Date: