UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, et al., <br><br> *Defendants*. | Case No. 1:13-cv-1053-RCL |

## WITHDRAWAL OF MOTION TO COMPEL

The Fairholme Plaintiffs hereby withdraw their Motion to Compel Production of Certain Documents Withheld for Privilege by the U.S. Treasury, which was filed in this Court on May 18, 2021 as ECF No. 125.

Date: August 2, 2021

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 24870)
ccooper@cooperkirk.com
David H. Thompson (Bar No. 450503)
Peter A. Patterson (Bar No. 998668)
Brian W. Barnes (admitted pro hac vice)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.220.9600
Facsimile: 202.220.9601
*Attorneys for Plaintiffs Fairholme Funds, Inc., et al.*