IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>               Plaintiffs,<br><br>     v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>               Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**[PROPOSED] SIXTH AMENDED SCHEDULING ORDER**

It is hereby **ORDERED** that:

1. Defendants shall identify their new expert on **January 25, 2022**;

2. Defendants shall produce their new expert report on **February 1, 2022**;

3. Plaintiffs' deposition of Defendants' new expert shall be completed by **February 15, 2022**;

4. Plaintiffs' rebuttal expert report to Defendants' new expert report shall be produced by **March 1, 2022**;

5. All expert discovery, including Defendants' deposition of Plaintiffs' rebuttal expert, shall be completed by **March 15, 2022**.

6. The Parties' motion(s) for summary judgment are due **March 21, 2022**;

7. The Parties' response(s) to the motion(s) for summary judgment are due **April 15, 2022**;

8.  The Parties' repl(ies) in support of the motion(s) for summary judgment are due **May 6, 2022**.

9.  Trial is set for **July 11, 2022**, or at the Court's earliest convenience thereafter, with a pretrial conference **30 to 60 days beforehand**, the exact date to be set later.

Dated:  _____          _____
                                         U.S.D.J.