AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Fairholme Funds, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-cv-1053 |
| Federal Housing Finance Agency, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Federal Housing Finance Agency; Defendant Acting FHFA Director Sandra Thompson.

Date: 03/21/2022

/s/ Ian S. Hoffman
*Attorney's signature*

Ian S. Hoffman (D.C. Bar. # 983419)
*Printed name and bar number*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, D.C. 20001
*Address*

ian.hoffman@arnoldporter.com
*E-mail address*

(202) 942-6406
*Telephone number*

(202) 942-5999
*FAX number*