# **EXHIBIT A**

**In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations**
**Supporting Schedule 7.1**
**Summary of Junior Preferred Share Classes**

*(units and dollar amounts in millions, except per share amounts)*

|  | Ticker | Issue date | Shares outstanding | Amount outstanding |
|---|---|---|---|---|
|  |  |  | *(as of December 31, 2011)* |  |
| **Fannie Mae Junior Preferred** |  |  |  |  |
| Series D | FDDXD | September 30, 1998 | 3.0 | $ 150.0 |
| Series E | FNMFM | April 15, 1999 | 3.0 | 150.0 |
| Series F | FNMAP | March 20, 2000 | 13.8 | 690.0 |
| Series G | FNMAO | August 8, 2000 | 5.8 | 288.0 |
| Series H | FNMAM | April 6, 2001 | 8.0 | 400.0 |
| Series I | FNMAG | October 28, 2002 | 6.0 | 300.0 |
| Series L | FNMAN | April 29, 2003 | 6.9 | 345.0 |
| Series M | FNMAL | June 10, 2003 | 9.2 | 460.0 |
| Series N | FNMAK | September 25, 2003 | 4.5 | 225.0 |
| Series O | FNMFN | December 30, 2004 | 50.0 | 2,500.0 |
| MC Series 2004-1 | FNMFO | December 30, 2004 | 0.0 | 2,492.0 |
| Series P | FNMAH | September 28, 2007 | 40.0 | 1,000.0 |
| Series Q | FNMAI | October 4, 2007 | 15.0 | 375.0 |
| Series R | FNMAJ | November 21, 2007 | 21.2 | 530.0 |
| Series S | FNMAS | December 11, 2007 | 280.0 | 7,000.0 |
| Series T | FNMAT | May 19, 2008 | 89.0 | 2,225.0 |
| **Total - Fannie Mae Junior Preferred** |  |  | 555.4 | $ 19,130.0 |
| **FMCC Junior Preferred** |  |  |  |  |
| Series I | FMCCI | April 26, 1996 | 5.0 | $ 250.0 |
| PRIV1 | FREGP | October 27, 1997 | 3.0 | 150.0 |
| Series KK | FMCKK | March 23, 1998 | 8.0 | 400.0 |
| Series G | FMCCG | September 29, 1998 | 4.4 | 220.0 |
| Series H | FMCCH | September 23, 1998 | 8.0 | 400.0 |
| PRIV2 | FREJO | October 28, 1998 | 4.0 | 200.0 |
| PRIV3 | FREJP | March 19, 1999 | 3.0 | 150.0 |
| Series K | FMCCK | July 21, 1999 | 5.0 | 250.0 |
| Series L | FMCCL | November 5, 1999 | 5.8 | 287.5 |
| Series M | FMCCM | January 26, 2001 | 6.5 | 325.0 |
| Series N | FMCCN | March 23, 2001 | 4.6 | 230.0 |
| Series O | FMCCO | March 23, 2001 | 3.5 | 172.5 |
| Series P | FMCCP | May 30, 2001 | 3.5 | 172.5 |
| Series J | FMCCJ | May 30, 2001 | 4.0 | 201.0 |
| Series KP | FMCKP | October 30, 2001 | 6.0 | 300.0 |
| PRIV4 | PRIV4 | January 29, 2002 | 6.0 | 300.0 |
| Series S | FMCCS | July 17, 2006 | 15.0 | 750.0 |
| Series T | FMCCT | July 17, 2006 | 5.0 | 250.0 |
| Series KO | FMCKO | October 16, 2006 | 20.0 | 500.0 |
| Series KM | FMCKM | January 16, 2007 | 44.0 | 1,100.0 |
| Series KN | FMCKN | April 16, 2007 | 20.0 | 500.0 |
| Series KL | FMCKL | July 24, 2007 | 20.0 | 500.0 |
| Series KI | FMCKI | September 28, 2007 | 20.0 | 500.0 |
| Series KJ | FMCKJ | December 4, 2007 | 240.0 | 6,000.0 |
| **Total - FMCC Junior Preferred** |  |  | 464.2 | $ 14,108.5 |

**Sources and notes:**
Information on outstanding preferred stock taken from the respective company's Form 10-K filing for the Fiscal Year Ended December 31, 2011.