# **EXHIBIT B**

**OFFERING CIRCULAR**

## 6,000,000 Shares



### 5.375% Non-Cumulative Preferred Stock, Series I
(stated value $50 per share)

This Offering Circular relates to the offer of 6,000,000 shares of the 5.375% Non-Cumulative Preferred Stock, Series I (the "Preferred Stock") of the Federal National Mortgage Association ("Fannie Mae"). The Preferred Stock has a stated value and liquidation preference of $50 per share. Dividends at the rate of 5.375% per year will accrue from and including October 28, 2002. We will be required to pay dividends quarterly on March 31, June 30, September 30 and December 31 of each year, commencing December 31, 2002. However, we will be required to pay dividends only when, as and if declared by our Board of Directors, or a duly authorized committee thereof, in its sole discretion out of funds legally available for such payment. The amount of dividends we will be required to pay, if our Board declares them, may be increased if legislation is enacted that changes the Internal Revenue Code of 1986, as amended, to reduce the dividends-received deduction applicable to dividends on the Preferred Stock as set forth under "Description of the Preferred Stock—Dividends—Changes in the Dividends-Received Percentage."

Dividends on the Preferred Stock will not be cumulative. Accordingly, if for any reason our Board of Directors does not declare a dividend on the Preferred Stock for a dividend period, we will have no obligation to pay a dividend for that period, whether or not our Board declares dividends on the Preferred Stock for any future dividend period. If, however, we have not paid or set aside for payment dividends on the Preferred Stock for a dividend period, we may not pay dividends on our common stock for that period.

On or after October 28, 2007, we may redeem the Preferred Stock, in whole or in part, at any time or from time to time, at our option at the redemption price of $50 per share plus the dividend (whether or not declared) for the then-current quarterly dividend period accrued to but excluding the date of redemption.

The Preferred Stock will not have any voting rights, except as set forth under "Description of the Preferred Stock—Voting Rights; Amendments."

We will apply to list the Preferred Stock on the New York Stock Exchange under the symbol "FNMprI." If approved for listing, we expect trading of the Preferred Stock on the NYSE to commence within a thirty-day period after the initial delivery of the Preferred Stock.

**Our obligations under the terms of the Preferred Stock are only our obligations and are not those of the United States or of any instrumentality thereof other than Fannie Mae.**

|  | Initial Public Offering Price(1) | Underwriting Discount | Proceeds to Fannie Mae(1)(2) |
|---|---|---|---|
| Per Share . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $50.00 | $0.4375 | $49.5625 |
| Total(3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $300,000,000 | $2,625,000 | $297,375,000 |

(1) Plus accrued dividends, if any, from October 28, 2002.
(2) Before deducting estimated expenses of $300,000.
(3) Fannie Mae has granted the Underwriters an option to purchase up to an additional 900,000 shares of Preferred Stock to cover overallotments, if any. If all such shares are purchased, the total Initial Public Offering Price, Underwriting Discount and Proceeds to Fannie Mae will be $345,000,000, $3,018,750 and $341,981,250, respectively. See "Underwriting".

## Bear, Stearns & Co. Inc.
### FTN Financial Capital Markets
### Lehman Brothers

**Blaylock & Partners, L.P.**

### Deutsche Bank Securities

**Vining-Sparks IBG, L.P.**

**The date of this Offering Circular is October 23, 2002**

We are not required to register the Preferred Stock under the U.S. Securities Act of 1933, as amended. Accordingly, we have not filed a registration statement with the U.S. Securities and Exchange Commission (the "SEC"). The shares of Preferred Stock are "exempted securities" within the meaning of the U.S. Securities Exchange Act of 1934, as amended (the "Exchange Act"). Neither the SEC nor any state securities commission has approved or disapproved the Preferred Stock or determined if this Offering Circular is truthful or complete. Any representation to the contrary is a criminal offense.

The distribution of this Offering Circular and the offer, sale, and delivery of the Preferred Stock in certain jurisdictions may be restricted by law. Persons who come into possession of this Offering Circular must inform themselves about and observe any applicable restrictions.

This Offering Circular is not an offer to sell or a solicitation of an offer to buy any securities other than the Preferred Stock or an offer to sell or a solicitation of an offer to buy the Preferred Stock in any jurisdiction or in any other circumstance in which an offer or solicitation is unlawful or not authorized.

Because we are not currently subject to the periodic reporting requirements of the Exchange Act, we do not file reports or other information with the SEC. See "Recent Developments—Voluntary SEC Disclosure."

No person has been authorized to give any information or make any representations other than those contained in this Offering Circular and, if given or made, such information or representations must not be relied upon as having been authorized. Neither the delivery of this Offering Circular nor any sale made hereunder shall, under any circumstances, create an implication that there has been no change in the affairs of Fannie Mae since the date hereof, or in the case of facts set forth in the documents incorporated by reference herein, since the respective dates thereof or that the information contained herein or therein is correct as to any time subsequent thereto.

## TABLE OF CONTENTS

| Description | Page |
|---|---|
| Summary of the Offering | 3 |
| Fannie Mae | 6 |
| Recent Developments | 6 |
| Use of Proceeds | 10 |
| Capitalization | 11 |
| Selected Financial Information | 12 |
| Government Regulation and Charter Act | 14 |
| Description of the Preferred Stock | 17 |
| Legality of Investment | 23 |
| United States Taxation | 24 |
| Underwriting | 26 |
| Rating | 27 |
| Accountants | 27 |
| Validity of the Preferred Stock | 27 |
| Additional Information About Fannie Mae | 27 |
| Certificate of Designation | Appendix A |
| Information Statement dated April 1, 2002 | Appendix B |

## SUMMARY OF THE OFFERING

*This summary highlights information contained elsewhere in, or incorporated by reference in, this Offering Circular. It does not contain all of the information you should consider before investing in the Preferred Stock. You also should read the more detailed information contained elsewhere in this Offering Circular and in the documents incorporated herein by reference.*

### Fannie Mae

Fannie Mae is a federally chartered and stockholder-owned corporation organized and existing under the Federal National Mortgage Association Charter Act. We are the largest investor in home mortgage loans in the United States. We were established in 1938 as a United States government agency to provide supplemental liquidity to the mortgage market and were transformed into a stockholder-owned and privately managed corporation by legislation enacted in 1968.

### Description of the Preferred Stock

| | |
|---|---|
| Issuer | Fannie Mae |
| Securities Offered | 6,000,000 shares (assuming the Underwriters do not exercise their overallotment option) of 5.375% Non-Cumulative Preferred Stock, Series I, no par value, with a stated value and liquidation preference of $50 per share. |
| Dividends: | |
| Dividend Rate | 5.375% per annum. Non-cumulative quarterly cash dividends at the rate of 5.375% per year will accrue from and including October 28, 2002. |
| Frequency of Payment | Quarterly, when, as and if declared by the Board of Directors in its sole discretion, but only out of funds legally available for the payment of dividends. |
| Payment Dates | March 31, June 30, September 30, and December 31 of each year, commencing December 31, 2002. |
| DRD Protection | If, prior to April 28, 2004, amendments to the Internal Revenue Code of 1986, as amended, are enacted that eliminate or reduce the percentage of the dividends-received deduction below 70%, the amount of dividends payable in respect of the Preferred Stock will be adjusted to offset the effect of such reduction. However, no adjustment will be made to the extent that the percentage of the dividends-received deduction is reduced below 50%. |
| Preferences | The Preferred Stock will be entitled to a preference, both as to dividends and upon liquidation, over the common stock (and any other junior stock) of Fannie Mae. The Preferred Stock will rank equally, both as to dividends and upon liquidation, with all other currently outstanding series of Fannie Mae preferred stock. |

| | |
|---|---|
| Optional Redemption ............... | On or after October 28, 2007, we may redeem the Preferred Stock, in whole or in part, at any time or from time to time, at our option at the redemption price of $50 per share plus an amount equal to the dividend for the then-current quarterly dividend period accrued to, but excluding the date of redemption (whether or not declared, but without accumulation of any dividends for prior dividend periods). Holders of Preferred Stock will have no right to require the redemption of the Preferred Stock. |
| Liquidation Rights ................. | In the event of any dissolution or liquidation of Fannie Mae, holders of the Preferred Stock will be entitled to receive, out of any assets available for distribution to stockholders, $50 per share plus the dividend for the then-current quarterly dividend period accrued through the liquidation payment date. |
| Voting Rights .................... | None, except with respect to certain changes in the terms of the Preferred Stock |
| Preemptive and Conversion Rights ..... | None |
| Rating ......................... | The Preferred Stock has been rated "AA–" by Standard & Poor's Ratings Group, a Division of the McGraw-Hill Companies and "aa3" by Moody's Investors Service, Inc. |
| Use of Proceeds ................... | To be added to the working capital of Fannie Mae and used for general corporate purposes, including the repurchase of outstanding shares of our preferred stock. |
| Transfer Agent, Dividend Disbursing Agent and Registrar .............. | EquiServe Trust Company, N.A. |
| NYSE Listing .................... | We will apply to list the Preferred Stock on the New York Stock Exchange under the symbol "FNMprI". If approved for listing, we expect trading on the NYSE to commence within a thirty-day period after the initial delivery of the Preferred Stock. |
| CUSIP Number ................... | 313586877 |

**Summary Selected Financial Data**
**(Dollars in millions)**

|  | June 30, | | December 31, | | | | |
|---|---|---|---|---|---|---|---|
|  | 2002 | 2001 | 2001 | 2000 | 1999 | 1998 | 1997 |
| **Balance Sheet Data:** | | | | | | | |
| Mortgage portfolio, net | $740,590 | $662,998 | $705,167 | $607,399 | $522,780 | $415,223 | $316,316 |
| Total assets | 826,677 | 737,151 | 799,791 | 675,072 | 575,167 | 485,014 | 391,673 |
| Total liabilities | 808,947 | 717,720 | 781,673 | 654,234 | 557,538 | 469,561 | 377,880 |
| Stockholders' equity | 17,730 | 19,431 | 18,118 | 20,838 | 17,629 | 15,453 | 13,793 |
| Core capital(1) | 26,382 | 22,978 | 25,182 | 20,827 | 17,876 | 15,465 | 13,793 |

|  | Six Months Ended June 30, | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|---|
|  | 2002 | 2001 | 2001 | 2000 | 1999 | 1998 | 1997 |
| **Income Statement Data:** | | | | | | | |
| Net interest income | $4,963 | $3,607 | $8,090 | $5,674 | $4,894 | $4,110 | $3,949 |
| Guaranty fee income | 831 | 700 | 1,482 | 1,351 | 1,282 | 1,229 | 1,274 |
| Fee and other income (expense) | 45 | 52 | 151 | (44) | 191 | 275 | 125 |
| Administrative expenses | (591) | (494) | (1,017) | (905) | (800) | (708) | (636) |
| Purchased options expense(2) | (1,286) | (202) | (37) | — | — | — | — |
| Net income | 2,672 | 2,696 | 5,894 | 4,448 | 3,912 | 3,418 | 3,056 |

|  | Six Months Ended June 30, | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|---|
|  | 2002 | 2001 | 2001 | 2000 | 1999 | 1998 | 1997 |
| **Other Data:** | | | | | | | |
| Total taxable-equivalent revenues(3) | $5,811 | $4,724 | $10,187 | $7,825 | $6,975 | $6,272 | $5,735 |
| Average net interest margin | 1.16% | 1.06% | 1.11% | 1.01% | 1.01% | 1.03% | 1.17% |
| Operating net income(4) | 3,091 | 2,553 | 5,367 | 4,448 | 3,912 | 3,418 | 3,056 |
| Ratio of earnings to combined fixed charges and preferred stock dividends(5) | 1.17:1 | 1.17:1 | 1.20:1 | 1.16:1 | 1.17:1 | 1.18:1 | 1.19:1 |
| Mortgage purchases | $147,863 | $123,997 | $270,584 | $154,231 | $195,210 | $188,448 | $70,465 |
| MBS issues acquired by others | 209,713 | 147,289 | 344,739 | 105,407 | 174,850 | 220,723 | 108,120 |
| Outstanding MBS(6) | 945,100 | 773,836 | 858,867 | 706,684 | 679,169 | 637,143 | 579,138 |

(1) The sum of (a) the stated value of outstanding common stock, (b) the stated value of outstanding non-cumulative perpetual preferred stock, (c) paid-in capital, and (d) retained earnings.
(2) Represents the change in the fair value of the time value of purchased options under FAS 133, *Accounting for Derivative Instruments and Hedging Activities.*
(3) Includes revenues net of operating losses and amortization expense of purchased option premiums, plus taxable-equivalent adjustments for tax-exempt income and investment tax credits using the applicable federal income tax rate.
(4) Operating net income is a non-GAAP (generally accepted accounting principles) measure developed by management, when we adopted FAS 133, to evaluate and assess the quality of our earnings from our principal business activities on a consistent basis.
(5) "Earnings" consists of (a) income before federal income taxes and cumulative effect of accounting changes and (b) fixed charges. "Fixed charges" represent interest expense.
(6) MBS held by investors other than Fannie Mae.