# **EXHIBIT S**

# Weekly Credit Outlook

**26 SEPTEMBER 2011**

## NEWS & ANALYSIS

### Corporates 2
- » GM's Contract Trade-off Between More UAW Jobs and Contained Fixed Costs Is Credit Positive
- » United Technologies and Goodrich Acquisition Agreement Is Credit Positive
- » Tyco International's Split into Three Companies Weakens Diversification, a Credit Negative
- » FASB's Multiemployer Pension Rule Does Not Disclose Individual Sponsors' Liability
- » Canada's Actions Are Credit Negative for Telecom and Cable Companies with TV Businesses
- » Siemens' Exit from Nuclear Energy Is Credit Positive
- » Jaguar's New UK Engine Plant Is Credit Positive
- » China's Natural Resource Tax Change Is Credit Negative for Oil and Gas Producers

### Infrastructure 11
- » Korean Government's Response to Nationwide Blackout Is Credit Negative for KEPCO
- » Sydney Airport's Sluggish Passenger Growth Is Credit Negative

### Banks 15
- » Plan To Raise Fannie Mae and Freddie Mac Guarantee Fees Raises Question of Support
- » Jeffries' Weak Third-Quarter Result Is a Bad Omen for Other Investment Banks
- » Obama Proposes a Credit Negative Financial Crisis Responsibility Fee
- » Korean Regulator's Foreign Currency Stress-Testing Is Credit Positive for Banks

### Insurers 23
- » Obama Budget Proposals Are Credit Negative for US Life Insurers
- » US Deficit Proposal Is Credit Negative for Crop Insurers, but Creates Opportunity for Consolidators

### Funds 27
- » Revision to US Fiduciary Rule Is Credit Positive for Retirement Plan Advisors

### Sovereigns 29
- » Obama Proposes Another US Deficit Reduction Plan

- » Belarus Gets Credit Positive $1 Billion Loan and Investor Interest from China

### Sub-Sovereigns 32
- » Change in Tax Redistribution Strains Slovak Sub-Sovereigns

### US Public Finance 33
- » Massachusetts Hospital Seeks Market Share Gains Through New Insurance Product

### Securitization 34
- » US Commercial Real Estate Recovery Is Likely To Remain Stalled, a Credit Negative for CMBS
- » GM's Improved Performance and Tentative UAW Agreement Are Credit Positive for Ally Floorplan ABS
- » US District Court Refuses To Reconsider Lehman "Flip Clause"
- » Launch of E-Auctions in Spain Is Credit Positive for RMBS

## CREDIT IN DEPTH

### The Great Credit Shift: Infrastructure and US Public Finance 39
How did credit shift over the last four years? Where is credit going now? Two excerpts from our series of special reports.
- » Japan's Fukushima Accident Is a Material Negative for Nuclear Reactor Operators Globally
- » States Add to Credit Risk by Increased Reliance on Volatile Taxes

## RATINGS & RESEARCH

### Rating Changes 43
Last week we downgraded Fiat, Bank of America, Citigroup, Wells Fargo, KBC Group, Aflac, eight Greek banks, Madeira (Portugal), the California Housing Finance Agency and Bank of America's covered bonds, and upgraded PVH, Lubrizol, BGL BNP Paribas and 150 tranches of 29 CLOs.

### Research Highlights 52
Last week we published reports on Asia-Pacific telecoms, European paper and forest, Latin American corporates, Canadian broadband, UK pension funds, the North American building materials sector, global reinsurers, US banks, global reinsurers, Namibia, Croatia, US higher education, covered bonds, and EMEA RMBS, among other reports.

Follow us on Twitter
(twitter.com/MoodysWCO)



**Moody's**
**INVESTORS SERVICE**

MOODYS.COM

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0207991

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

## Corporates

Bruce Clark
*Senior Vice President*
+1.212.553.4814
bruce.clark@moodys.com

### GM's Contract Trade-off Between More UAW Jobs and Contained Fixed Costs Is Credit Positive

The critical element in the tentative contract reached on 17 September between GM (Ba2 review for upgrade) and the United Auto Workers (UAW) is the balance it strikes between the long-term interests of the union and the company. The contract is credit positive for GM because it preserves the operating efficiencies, cost competitiveness and low breakeven production level achieved as part of the 2009 restructuring of the US auto sector.

By maintaining a two-tiered wage and benefit package between Tier-1 and Tier-2 workers, the contract has the potential to support the growth in Tier-2 jobs and total union membership over the long term, a benefit to the UAW. By tying the profit-sharing mechanism to GM's North American (GMNA) earnings, the contract limits the potential increase in GM's fixed-costs and precludes material increases in its breakeven production level. Moreover, while the profit-sharing scheme is a form of variable cost, this cost is not tied to GM's revenues or production levels. The payments essentially equate to 5% of GMNA profits, a benefit to the company.

Another key element of the contract is the $5,000-per-employee signing bonus. With about 50,000 UAW employees, the estimated $250 million in signing bonuses will not meaningfully erode margins and does not detract from the company's maintenance of a strong liquidity profile (at 30 June, cash balances approximated $34 billion and availability under the revolving credit facility was $5 billion).

The tentative contract has many other elements that will affect GM's costs position and competitive standing in North America. Moreover, we recognize the possibility that the proposed agreement might be modified if it is not ratified by GM's approximately 50,000 UAW workers; the UAW expects to complete the ratification by the end of September. Nevertheless, we are reviewing GM's Ba2 rating for upgrade because our initial assessment of the agreement is that it will enable GM to continue rebuilding its product line-up and to benefit from the recovery of the North American automotive market, while maintaining a competitive cost structure. Our assessment of the contract's ultimate effect on GM, and our review of the company's rating, will not be completed until an agreement has been finalized.

GM has significantly rebuilt its competitive position in North America since the 2009 restructuring of the US auto industry. It is important that the contract ultimately agreed upon does not compromise the operating efficiencies and cost position that were achieved as part of this restructuring.

The global auto industry remains highly cyclical, the near-term economic uncertainty in regional and global markets is rising, and the competition among the world's 13-plus major auto manufacturers will only become more intense. Within this environment, GM can ill afford to take backward steps in the operating efficiency and cost position of its North American operations. We don't see any major backward steps in the proposed agreement.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0207992

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

Russell Solomon
*Senior Vice President*
+1.212.553.4301
russell.solomon@moodys.com

## United Technologies and Goodrich Acquisition Agreement Is Credit Positive

Last Wednesday, United Technologies Corp. (UTC, A2 stable) said it had reached an agreement to acquire aircraft-component supplier Goodrich Corp. (Baa2 review for upgrade) for $16.5 billion in cash, plus the assumption of $1.9 billion in net Goodrich debt. The agreement is credit positive for both companies as Goodrich's aerospace businesses will broaden and strengthen UTC's existing portfolio.

The deal implies an enterprise value of $18.4 billion for Goodrich, or approximately 14x its trailing cash flow. While the price is arguably rich, we view the target as a unique asset of high strategic value that fits well with existing assets under the UTC umbrella.

UTC, a conglomerate that provides high-technology products and services to the aerospace and building industries, will incur approximately $12 billion of debt and issue roughly $4 billion of new equity (and/or equity-like securities) to fund the transaction. It will also assume around $2.4 billion of existing Goodrich debt ($1.9 billion after netting out about $500 million of Goodrich cash), plus about $900 million of unfunded pension obligations and capitalized leases.

As a result of the acquisition, pro forma leverage (debt to EBITDA) could approach 3x when the transaction closes, which the companies expect will occur around mid-2012. But debt-reduction initiatives identified by UTC and the strong cash flow profile of the combined businesses should bring debt-to-EBITDA back near 2x within 24 months of the close. UTC's leverage ratio is around 1.8x now.

Of particular note is UTC's decision to halt its share-repurchase program through 2012, and to limit buybacks thereafter to roughly half of historical levels until it restores its credit profile. The company also intends to rein in future acquisitions, further reducing cash outlays and thereby allowing more cash flow to be dedicated to debt reduction.

UTC may also accelerate repayment of acquisition-related borrowings by repatriating excess cash balances from overseas (albeit with an accompanying tax hit) and selling non-core assets. Some asset sales may even be mandated in the US antitrust review process, and we expect any proceeds received would similarly be used for debt repayment.

With forecasted 2011 revenues of around $8 billion (compared with $58 billion for UTC), Goodrich brings strong competitive positions in its three business segments: electronics systems, flight control and landing systems, and interior systems and nacelles (housing structures that surround jet engines). These segments complement UTC's offerings and will significantly expand the menu of parts and systems that UTC can sell to manufacturers of commercial and military aircraft.

Goodrich has a firm order backlog approaching $5 billion, supported by strong positions on next-generation aircraft such as the Boeing 787 and Airbus A380 and A350 models, which will also drive revenue growth.

Like many of UTC's past acquisitions, Goodrich also generates significant revenue by servicing the parts and systems it sells, particularly in the areas of engine nacelle systems, sensors and aircraft wheels and brakes, which enhances margins and returns. These higher margin, annuity-like aftermarket opportunities and wider exposure to the commercial aerospace business, which remains in the early stages of an up-cycle, likely represent some of the most attractive aspects of the deal for UTC.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0207993

## NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

UTC has historically employed acquisitions as part of its growth initiative, although over the last decade acquisition spending has averaged just under $2 billion per year. The Goodrich transaction would clearly be significantly larger than any of UTC's past transactions.

We placed Goodrich's ratings on review for upgrade following the acquisition announcement and will consider the treatment of existing Goodrich debt obligations within the capital structure of the larger UTC following completion of the transaction. Goodrich will benefit from the scale and improved efficiencies it will gain from being part of a larger company.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0207994

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

Edwin Wiest
*Vice President - Senior Analyst*
+1.212.553.1461
edwin.wiest@moodys.com

## Tyco International's Split into Three Companies Weakens Diversification, a Credit Negative

Last Monday, Tyco International Group S.A. (A3 review for downgrade) said it would split into three companies. The plan is credit negative for Tyco because it will lose diversification, a still-unknown level of earnings, and $7 billion of revenue when it distributes its North American ADT residential security and flow control businesses to shareholders.

Following the announcement, Tyco said it would resume repurchasing its shares under an existing board authorization, introducing uncertainty about the liquidity profiles of the three separate companies, particularly in light of some $700 million of expenses that Tyco expects it will incur during the split-up process.

Without the residential security business and the flow control operations, which manufactures valves and controls, thermal controls, and water and environmental systems, Tyco will have a smaller, less-diverse asset base from which to meet its obligations to bondholders. Further, the company has not yet disclosed how much of the conglomerate's current debt, tax reserves, unfunded pension and other liabilities it will keep. These unknowns were all factors in our decision to place Tyco's rating on review for downgrade. As the separation may take up to a year to complete, our review may be in place for some time.

To be sure, the remaining Tyco will hardly be a small fry. Tyco will run a global commercial fire and security business with $10 billion in annual revenue, nearly half of which will come from stable, recurring monitoring services. While it will lose the diversification benefits of a conglomerate structure, it will have good geographic diversification, with 39% of revenues in North America and 23% in EMEA, and it will continue to serve customers across the retail, commercial, industrial, government and energy sectors.

Furthermore, security isn't going out of fashion anytime soon, which bodes well for Tyco's organic growth prospects. But, it also faces the drag of exposure to non-residential construction, which has yet to recover from the depths of the downturn and is likely to be at depressed levels for at least another year. In some ways, that may be good: the segment may already be at or near a bottom. An eventual resurgence of commercial construction could give Tyco an earnings boost.

All three of the businesses are among the leaders in fairly fragmented sectors. That could facilitate acquisitions, as well as leave them all vulnerable to overtures from suitors, an element of event risk that is likely to hang over all of these companies for some time. Already, Schneider Electric S.A. (A3 stable), a French electrical equipment supplier, is reportedly expressing interest in acquiring a Tyco business, and in April there were news reports that it was exploring a bid for all of Tyco.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0207995

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

Wesley Smyth
*Vice President - Senior Accounting Analyst*
+1.212.553.2733
wesley.smyth@moodys.com

## FASB's Multiemployer Pension Rule Does Not Disclose Individual Sponsors' Liability

Last Wednesday, the Financial Accounting Standards Board (FASB) issued a revised accounting standard aimed at providing more information about an employer's financial obligations to multiemployer pension plans.

One feature of multiemployer plans that makes them particularly risky for sponsors is the joint and several nature of the obligations. However, current accounting standards severely hamper users' ability to quantify this risk.

While we believe some of the new requirements will be of value, the standard overall falls short of giving users enough information to accurately assess the significant risks faced by companies participating in these plans. If any one sponsoring company goes bankrupt and drops out of the plan, the remaining companies are required to pick up the funding slack. In a prolonged economic downturn, this would place extraordinary stress on the healthier companies that end up being the "last men standing." The standard does not require attribution of any of the liability to individual sponsors, which we believe is a considerable omission.

For a more detailed discussion of the standard, please see our analysis published when the FASB approved the standard. There have been no material modifications since approval.

---

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0207996

# NEWS & ANALYSIS
*Credit Implications of recent worldwide news events*

Bill Wolfe
*Vice President - Senior Credit Officer*
+1.416.214.3847
bill.wolfe@moodys.com

## Canada's Actions Are Credit Negative for Telecom and Cable Companies with TV Businesses

Last Wednesday, the Canadian Radio-television and Telecommunications Commission (CRTC) announced it would ban telecom and cable distribution companies that own television-content aggregation businesses from offering TV programs exclusively to their mobile and Internet customers. The CRTC's mechanisms, which aim to prevent anticompetitive behavior, mandate that telecom and cable companies offer their TV content to other distribution companies at reasonable terms and prohibits them from withholding services as a bargaining tactic.

The CRTC's actions are credit negative for vertically integrated companies Bell Canada (Baa1 stable), Bell Aliant Inc. (unrated), Shaw Communications Inc. (Baa3 stable), Quebecor Media Inc. (Ba2 stable) and, to a lesser extent, Rogers Communications Inc. (Baa2 stable), because they limit the companies' ability to differentiate between internal and external customers and thus charge external customers more for that content. On the flip side, the CRTC's actions are credit positive for companies that buy TV content from the vertically integrated telecom and cable operators, including TELUS Corporation (Baa1 stable), Cogeco Cable Inc. (unrated), Manitoba Telecom Services Inc. (unrated), Saskatchewan Telecommunications Holding Corporation (unrated), and Eastlink Communications Inc. (unrated). Since the CRTC is mitigating the potential of being disadvantaged to the benefit of the integrated companies, the non-integrated companies' content acquisition costs will be similar to those of the integrated companies.

Vertically integrated companies have two classes of customers: internal broadband distribution networks and external network operators, known collectively as broadcast distribution units (BDUs), that distribute cable and Internet-based TV signals. Before the CRTC's action, the integrated companies could, in many cases, set different prices for external BDUs and withhold content as a means of increasing revenue.

How much revenue the integrated companies would lose is difficult to gauge. While Shaw has the biggest exposure to broadcasting (about 20% of revenue), Bell Canada (12% of revenue from TV broadcasting) has been far more aggressive in attempting to leverage content and is likely the most adversely affected of the integrated companies.

Quebecor Media's exposure is relatively small (about 10% of revenue), but it is the only company with a significant French-language franchise, a unique characteristic that offered the opportunity to command higher prices for content. Rogers, which has a small television broadcasting unit (the company does not provide segmented figures), is likely not materially affected by the CRTC's move.

Despite CRTC's intentions, its demand that telecom and cable companies charge "reasonable commercial terms" may be difficult to enforce because it is not easy to define such guidelines. In addition, it is not clear if the affected companies will accept the CRTC's action, as some might challenge the CRTC. Working in the companies' favor is that the Canadian government generally has supported free-market outcomes. It isn't clear how the regulatory balance between letting the markets figure things out while promoting competition and protecting consumers will be made should the Industry Minister review the CRTC's ruling.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0207997

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

---

Wolfgang Draack
*Senior Vice President*
+49.69.70730.719
wolfgang.draack@moodys.com

## Siemens' Exit from Nuclear Energy Is Credit Positive

Siemens AG (A1 positive) Chief Executive Peter Loescher last Monday said that the company's "chapter in nuclear energy is closed," and that it will scale back its cooperation with Russia's Rosatom (unrated) to the delivery of conventional power equipment only.

The decision is credit positive for Siemens for three reasons. First, financial returns on this complex technology are risky as during the construction phase customers often expand safety specifications, which then may trigger disputes between suppliers and clients. Second, research and development (R&D) requirements are high at a time when future demand for new facilities is increasingly uncertain owing to recent safety concerns (e.g., Japan's Fukushima nuclear accident) and political intervention. Third, the exit frees up funds that Siemens can redeploy in businesses with better visibility, like power transformation. At this stage, it is unclear to what extent Siemens can monetize the patents and other know-how in nuclear technology that it has built up over several decades.

Siemens move ends its long tradition as one of the global technology leaders in nuclear power plants. The company's decision is a consequence of Germany's exit from nuclear power announced earlier this year. By withdrawing from the nuclear sector, Siemens avoids exporting a technology that Germany is not prepared to accept within its own borders.

Nuclear energy is a modest share of Siemens fossil power generation division, which accounted for 14% of group sales (€52.7 billion) for the first nine months of the fiscal year ending September 2011. The main project is the supply of the conventional islands (e.g., steam turbines and power transformers) for nuclear power plant "Olkiluoto 3" in Finland for Teollisuuden Voima Oyj (TVO, unrated).

In partnership with French nuclear contractor Areva SA (unrated), Siemens contributes about 27% of value to the construction of the new power plant. Originally planned for April 2009, the facility has been delayed and now will not come on stream before the end of 2013 owing to changes in the specifications and technical difficulties. Compensation for the delay is in arbitration, with the Siemens/Areva consortium claiming about €1.9 billion in damages and TVO asking for more than €1.4 billion. This project is a prime example of the project risks involved in advanced technologies.

In early 2009, Siemens decided to sell its 34% interest in Areva NP (Nuclear Power) under a put option to majority shareholder Areva SA. Independent experts valued the stake at €1.62 billion, providing a €1.52 billion net gain on the transaction for Siemens. Also in 2009, Siemens entered into discussions with Rosatom for the companies' nuclear energy joint venture. Areva objected and an arbitrator found that the joint venture was a breach of the Areva joint venture contracts. As a result, the arbitrator reduced Siemens' compensation for its share in the Areva joint venture by €682 million to about €1.07 billion in net proceeds.

The future of nuclear energy has become more uncertain in developed countries following the Fukushima nuclear accident in March. As a result, Germany has decided to shut down all 17 of its nuclear power plants (all built by Siemens) by 2022 and replace them with renewable energy sources. The seven oldest generators in Germany were already shut down this year. Siemens follows this direction by phasing out its own R&D efforts and nuclear plant construction services and redeploying the respective funds to conventional and renewable energies.

---

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0207998

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

Alan Greene
*Vice President - Senior Credit Officer*
+65.6398.8318
alan.greene@moodys.com

Nidhi Dhruv
*Associate Analyst*
+65.6398.8315
nidhi.dhruv@moodys.com

## Jaguar's New UK Engine Plant Is Credit Positive

Last Wednesday, Jaguar Land Rover (JLR, B1 stable) confirmed plans to build a £355 million engine plant near Wolverhampton in Central England, following the UK government's £10 million cash contribution and other benefits in exchange for building the plant in a new Enterprise Zone. The new plant is credit positive for both JLR (B1 stable) and its Indian parent, Tata Motors Limited (TML, Ba3 stable), as it is a major step toward realizing the group's global ambitions, which are essential if it is to maintain its long-term competitiveness and improve its credit profile.

The plant also helps to reinvigorate the UK auto industry and provides a major boost to the government's plans to accelerate growth. JLR's decision to expand its manufacturing presence in the UK is significant because the company came close to closing one of its manufacturing plants in Castle Bromwich last year. Despite a softening of auto demand worldwide, and especially in Western Europe, where we expect light vehicle demand to fall another 1% next year, JLR decided to keep all of its UK plants operational and added staff in anticipation of using its entire capacity to fill demand growth, especially from emerging markets such as Russia and China.

JLR has started assembly of the Land Rover Freelander in India and is also looking to source more parts and components from emerging markets, with the ultimate target of sourcing 30% of components from such locations. This strategy offers lower labour costs, savings on import duties and a natural hedge against vehicle sales in those countries. At first sight, a plant in the UK would run counter to this trend. However, the British pound has weakened versus currencies in JLR's fast-growing markets. At the same time, the technical expertise for such a project still resides in the UK despite the relative hollowing out of the UK's manufacturing base.

Ford, JLR's erstwhile parent, currently supplies the group petrol engines and a joint venture between Ford and PSA Peugeot Citroen (PSA) supplies diesel powerplants. Both supply contracts run until 2020. In 2010, limited engine availability constrained JLR's volumes at a time when car sales were bouncing back from their 2008-09 lows. The decision to build engines in-house in the UK will bring the required efficiencies and cost savings to the company, and reduce its reliance on a third-party vendor.

As part of meeting environmental requirements, JLR must lower its average fleet carbon dioxide emissions. The plan to build a new generation of four-cylinder, low-emission petrol and diesel engines at the new plant helps meet this requirement and complements JLR's continuing efforts to reduce weight and optimize car design. Furthermore, as the company intends to spend £1.5 billion annually over the next five years in new product development, it becomes critical for JLR to expand its engine range and develop some self-sufficiency in engine supply. Otherwise, it will be dependent on a rival manufacturer and lack product differentiation.

The new engine is likely to be around half the size of the 4.0 or so litre engines that JLR currently uses. Therefore, we expect the powerplant to be suitable for Tata Motor's own future models of passenger and light commercial vehicles. When volumes permit, JLR can establish an engine plant in India, thus giving the group two engine sources for its global auto manufacturing units.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0207999

# NEWS & ANALYSIS
*Credit Implications of recent worldwide news events*

Kai Hu
*Vice President - Senior Analyst*
+86.10.6642.8968
kai.hu@moodys.com

## China's Natural Resource Tax Change Is Credit Negative for Oil and Gas Producers

Last Wednesday, the State Council of China modified the Interim Regulations of the People's Republic of China on Resource Tax, basing the resource tax on the value of oil and gas produced in China in addition to the quantity produced. The change in the tax regulation is credit negative for major Chinese oil and gas producers CNPC (Aa3 positive), CNOOC (Aa3 stable) and Sinopec (unrated) as it will increase these companies' tax bill.

The regulation change follows a pilot program that imposed a value-based resource tax starting on 1 June 2010 in the Xinjiang province. The pilot program expanded to 12 provinces in western China in December 2010.

Under the original regulation, the resource tax applicable to crude oil production in China is RMB14-RMB30 per ton (or about $0.30-$0.66 per barrel), while the natural gas resource tax is RMB7-RMB15 per 1,000 cubic meters (or about $0.022-$0.066 per 1,000 cubic feet). The pilot program in Xinjiang collects a tax equal to 5% of the value of crude oil and natural gas extracted in the province. Assuming the average crude oil selling price is $80 per barrel, the tax resource amounts to $4 per barrel, or 6x-13x the current tax rate. The State Council has not yet released details of the new tax rate, but we expect it will be 3%-5%.

According to the National Bureau of Statistics of China, 2010 crude oil production in China totaled approximately 200 million barrels, while natural gas production totaled 94.5 billion cubic meters, with CNPC accounting for 60% of that production and CNOOC and Sinopec each accounting for roughly 20%. Assuming an average oil price of RMB3,700 per ton and an average natural gas price of RMB1.50 per cubic meter, a 5% tax rate would yield a tax bill of around RMB44 billion for all three companies. Last year, the three companies' combined profits were RMB376 billion.

The tax change comes as the central government seeks to balance the interest of provincial governments and monopoly central state-owned enterprises (SOEs). The proceeds of the resource tax belong to provincial governments and are to be used for environmental protection and developing local economies.

Although the tax change hurts the SOEs, we expect the Chinese government to offset these companies' losses in other ways, including providing a value-added tax rebate on imported natural gas, expanding the scope of foreign income tax deduction, and allowing jet fuel prices to be market linked. There also is speculation in the market that the oil giants are lobbying the government to lower a special oil levy or abolish resource usage royalties in order to offset the losses created by the tax change.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208000

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

## Infrastructure

Mic Kang
*Vice President – Senior Analyst*
+852.3758.1373
mic.kang@moodys.com

### Korean Government's Response to Nationwide Blackout Is Credit Negative for KEPCO

On 18 September, Korea's Ministry of Knowledge and Economy (MKE) announced a series of measures aimed at preventing a recurrence of the nationwide rolling blackout that occurred on 15 September. MKE's response to the nationwide blackout is credit negative for Korea Electric Power Corporation (KEPCO, A1 stable) because the proposed measures force KEPCO to expedite its capital expenditure (capex) program, regardless of market conditions and the company's leverage.

Increasing capex to enhance power supply capacity with little flexibility for adjustments in scope or timing would raise KEPCO's already high level of leverage over the next two to three years, particularly as the absence of an automatic mechanism to pass higher costs on to customers limits its ability to recover costs and ultimately earn a proper return on investment.

MKE said it would raise Korea's reserve margin to at least 14% through the expansion of power-generation facilities by 2014, strengthen the utility's accuracy in forecasting power demand, while encouraging efficiency in the public's power consumption, and improve KEPCO's risk-management system with respect to power supply.

MKE's action comes after hot weather on 15 September led to higher-than-forecast demand for power at a time when some of KEPCO's power capacity was offline because of maintenance. As a result, the country's energy reserve margin fell below 5%, prompting the company to avoid a total blackout by cutting power on a rolling basis from 3-8 pm local time without prior alerts to the public. Within two days, power supplies returned to normal.

It is rare for Korea to experience such a nationwide blackout because KEPCO's power facilities generally operate efficiently. Nevertheless, KEPCO will again face pressure on its power supply unless it expands its power-generation capacity. At only 5.5% in the first half of 2011, the country's reserve margin for peak demand has been low, leaving little room for error, as power demand growth has surpassed KEPCO's capacity expansion. Also, we consider Korea's current margin as very tight, particularly given that Korea's manufacturing industries require and consume considerable energy. The exhibit below shows the steady downward trend in the reserve margin since 2003.

**KEPCO's Reserve Margin Has Fallen Since 2003**



*Source: Ministry of Knowledge and Economy, KEPCO, Moody's*

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208001

## NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

In order to raise its capex from current levels, KEPCO would have to take on more leverage. High fuel costs and an inability to pass all rising costs to consumers have already weakened its financial metrics. Korea's current tariff mechanism does not enable sufficient cost recovery or provide KEPCO with sustainable sources of cash from operations to increase capex. Moreover, the recent blackout is likely to have made KEPCO liable for damage claims from affected businesses and individuals.

KEPCO has recorded net losses since 2008, and its financial performance has fluctuated owing to exposure to wide swings in fuel costs and currency movements. As examples of KEPCO's weakened financial metrics, ratios of average retained cash flow to adjusted debt fell to 15% in 2010 from well over 25% three years ago, while the ratio of funds from operations to interest costs are now 4x, versus 9x before 2008. KEPCO's finances further deteriorated in first-half 2011 when it recorded a net loss of KRW1.6 trillion ($1.4 billion), versus a KRW1.1 trillion loss in first-half 2010.

Despite the Korean government permitting KEPCO to raise its tariffs by an average of 4.9% on 1 August, we expect KEPCO's financial metrics to come under pressure over the next two to three years. The continuing lack of a transparent, consistent cost-pass-through tariff regime and little likelihood of the government permitting substantial tariff hikes to ensure an adequate financial return will weigh on the company amid demands for increased capex and still-high fuel costs.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208002

## NEWS & ANALYSIS
*Credit Implications of recent worldwide news events*

Arnon Musiker
*Vice President - Senior Analyst*
+612.9270.8161
arnon.musiker@moodys.com

### Sydney Airport's Sluggish Passenger Growth Is Credit Negative

Last Tuesday, MAp Airports Limited, controlling shareholder of Sydney Airport (Baa2 stable), reported that passengers through Sydney Airport increased 1.3% during the 10-month period ended August 2011 compared with a year ago. This growth rate is below our expectation of 3%-4%, as well as the airport's long-term trend growth rate of approximately 4% (see Exhibit 1), and is credit negative for Sydney Airport, as passenger numbers drive airport earnings.

EXHIBIT 1
**Sydney Airport Passenger Growth Rates**
Cumulative terms (from 1 January) versus prior comparative period



*Source: Bureau of Infrastructure, Transport and Regional Economics, Sydney Airport, Moody's*

While Sydney Airport benefits from its market dominance, gateway status and diversified passenger base, its capacity to absorb negative events will diminish if the growth in passenger numbers continues to fall. The airport's sensitivity to passenger growth rates flows from its relatively high leverage of over 7x debt to EBITDA.

Exhibit 1 also shows that the growth rate in domestic passengers, comprising approximately two thirds of Sydney Airport's passenger base, has lagged that for international passengers. We believe that this relative weakness results from various natural disasters as well as the disruption to low-cost carrier Tiger Airways' (unrated) Australian operations in July and August and domestic airfare increases.

The impact of Tiger's suspension is also reflected in a reduction in Melbourne Airport's domestic passenger numbers for July and August, versus the prior year. However, Melbourne Airport, operated by Australia Pacific Airports (Melbourne) (A3 stable), continues to benefit from sustained high growth in international passengers (currently over 12% annualized), resulting in it achieving total passenger growth of over 3% for the 10-month period ended August 2011.

Tiger in August resumed flying on a limited schedule after the Civil Aviation Safety Authority suspended the airline in July 2011 amid air safety concerns. Tiger's strategy of aggressively discounting domestic ticket prices in recent years resulted in decreasing economy class airfares, and drove significant increases in passengers across the sector.

We have questioned the extent to which these low airfares are sustainable. Exhibit 2 shows that subsequently there have been sustained increases in most categories of domestic ticket prices over recent months.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208003

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*



EXHIBIT 2
**Australian Domestic Air Fare Index in Real Terms**
Base Year January 2010

*Source: Bureau of Transport, Infrastructure and Regional Economics, Moody's*

A significant component of the passenger market is clearly sensitive to airline ticket prices, and airfare increases will reduce air travel. If domestic airfares continue to increase, then we believe the growth rate in Sydney Airport passengers will continue to fall. This trend will be exacerbated by any decrease in international passengers resulting from downside macro-economic situations.[1]

Sydney Airport currently has approximately AUD5.8 billion of debt outstanding, with around AUD900 million maturing in the fiscal year ending 30 June 2013. This amount is manageable, and we therefore do not see refinancing risk as a major issue for the airport.

---

[1]   See Global Macro-Risk Scenarios 2011-2012: Strong Headwinds Ahead, 1 August 2011.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208004

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

## Banks

Brian Harris, CPA
*Senior Vice President*
+1.212.553.4705
brian.harris@moodys.com

### Plan To Raise Fannie Mae and Freddie Mac Guarantee Fees Raises Question of Support

In a speech on 19 September at the American Mortgage Conference, Edward DeMarco, acting director of the Federal Housing Finance Agency (FHFA), the regulator of Fannie Mae and Freddie Mac (the government-sponsored enterprises, or GSEs), supported a series of periodic, gradual increases in GSE guarantee fees[2] with the goal of shrinking the GSEs' presence. This is consistent with the US government's goal as stated in a February 2011 Treasury report.[3] Actions that lessen the relevance of Fannie Mae and Freddie Mac are credit negative for GSE bondholders because the government is embarking on a process to reduce reliance on GSEs without clearly articulating, among other things, if bondholders will be protected beyond the current capital support.

In February 2011, the Treasury report stated the administration's intention to wind down Fannie Mae and Freddie Mac. One method mentioned was to gradually increase guarantee fees so as to enable private capital to more effectively compete with the GSEs. Less clear was the timing of the wind-down, whether bondholders might receive further protections, and the future role of the US government in the housing market.

Only the inadequacy of the GSEs capital base is clear, a point with which the FHFA seems to agree, based on Mr. DeMarco's comments at the conference: "It ought to be clear to everyone at this point, given the enterprises' losses since being placed into conservatorship and the terms of the Treasury's financial support agreements, that the enterprises will not be able to earn their way back to a condition that allows them to emerge from conservatorship."

Our Aaa ratings on Fannie Mae's and Freddie Mac's senior unsecured debt are entirely based on US government support, without which the GSEs' capitalization level and overall financial profile would not support. As shown in Exhibit 1, preferred shares outstanding and dividends will continue to increase even if Fannie Mae and Freddie Mac can break even after provisioning for credit losses. In effect, Fannie Mae and Freddie Mac will be borrowing money from the US Treasury in order to pay the US Treasury its 10% dividend on the senior preferred stock.

---

[2]   A 10-basis-point increase in guarantee fees was also included in President Obama's economic plan.
[3]   Reforming America's Housing Finance Market: A Report to Congress, February 2011.

CONTAINS PROTECTED INFORMATION                                      Fairholme-DDC-0208005
To Be Disclosed Only In Accordance with
Protective Order

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

EXHIBIT 1
**GSE Preferred Stock Outstanding and Dividend**



*Source: Fannie Mae and Freddie Mac financial statements, Moody's*

Furthermore, dividends on the US Treasury's senior preferred stock will eliminate Fannie Mae's contingent capital by 2019 and Freddie Mac's by 2022 (see Exhibit 2). This assumes that the GSEs are able to fully offset credit losses, which we believe is unlikely.

EXHIBIT 2
**Fannie Mae's and Freddie Mac's Contingent Capital**



*Source: Fannie Mae and Freddie Mac financial statements, Moody's*

Our view of US government support for Fannie Mae and Freddie Mac is predicated on the importance of the two institutions to mortgage finance and the importance of mortgage finance to the US economy. The government's actions to preserve Fannie Mae and Freddie Mac, as well as statements by senior government officials lead us to believe that the likely path of GSE reform will include further support for current creditors, if necessary.

However, if GSE reform proves too contentious to arrive at a consensus, or if it excludes explicit support and results in less relevant GSEs with insufficient contingent capital, it would be credit negative and prompt a review of their Aaa ratings. In this case, the GSEs' debt ratings would depend on the companies' capital position and financial profile, and would likely be multiple notches below the current Aaa ratings.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208006

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

Peter Nerby, CFA
*Senior Vice President*
+1.212.553.3782
peter.nerby@moodys.com

## Jefferies' Weak Third-Quarter Result Is a Bad Omen for Other Investment Banks

Last Tuesday, Jefferies reported a weak quarter (which ended 31 August) in fixed income trading largely because of inventory losses and hedge ineffectiveness. In August, certain credit markets suffered their worst month since September and October 2008, with Jefferies CEO Richard Handler saying, "The environment in August was outright brutal." In addition, a flight to quality in US Treasuries wreaked havoc on short positions intended to hedge interest rate risk. Bondholders of global investment banks[4] should brace themselves for weak third-quarter results from FICC (fixed income, currencies, and commodities) divisions when these firms report next month.[5]

We also would not be surprised to see a wide variance in results across firms, reflecting the challenging environment. Difficult market conditions tend to illuminate the true strengths and weaknesses of market-making franchises and risk management at individual firms. We think this will be an interesting earnings season for the global investment banks, providing bondholders an opportunity to closely scrutinize relative performance in the trough, as well as any significant increases in Level 3 inventories.

Exhibit 1 illustrates the problem and puts the August 2011 risk re-pricing in context. The graph on the left shows that while spread movements during the month following the bankruptcy of Lehman Brothers on 15 September 2008 were severe, the August 2011 moves were also substantial compared with historical averages. The graph on the right shows that a short treasury position contributed to losses in 2011 as opposed to providing hedge protection in 2008.

EXHIBIT 1

**In August, Spread Widening and a Treasury Rally Were a Toxic Combination for Trading Inventories**



Notes: Sept./Oct. 2008 is from 15 September to 15 October.
*Source: Moody's Analytics, Bloomberg*

---

[4]   When we refer to global investment banks, we mean Bank of America, Barclays, Citigroup, Credit Suisse, Deutsche Bank, Goldman Sachs, JP Morgan, Morgan Stanley and UBS.
[5]   We note that reported results may include substantial "own-credit" gains since bank credit spreads widened in the quarter. We do not think these "revenues" benefit bondholders and as a result we exclude them.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208007

# NEWS & ANALYSIS
*Credit Implications of recent worldwide news events*

Exhibit 2 shows the relative importance of fixed income trading to the revenues of the major global investment banks. We expect large swings in capital markets revenues from quarter to quarter. We also expect revenue declines to be accompanied by compensation cuts to defend pretax profitability and this has already begun.[6]

EXHIBIT 2
**Fixed Income Trading Revenues to Net Revenues at the Investment Banks (First-Half 2011)**



Notes:  Net revenues are net of provision costs. Results are adjusted for movements of firms' own credit spreads.  BAC results are adjusted for $14 billion of mortgage repurchase costs.
*Source: Company financials*

Well-run investment banks turn over their balance sheets rapidly. Nonetheless, it is hard to avoid a structural long position in credit risk exposure when making markets in corporates, mortgages and risky sovereigns. Therefore, credit-spread widening stress tests, in their various flavors, often generate some of the largest potential loss scenarios at many firms. Successful hedging of the structural position lies in the art of balancing the cost of the hedge against its effectiveness.  Jefferies' short treasury position failed as a hedge against overall interest rate risk in the quarter.  Buying credit protection would have been a more effective hedge against spread widening but would have been more expensive and would have introduced its own set of basis risks.

For bondholders of global investment banks, the best strategy may be to favor those banks with the strongest distribution and the best diversification of trading revenue by asset class, geography and customer. Nimble management teams, informed by accurate position marks, will also tend to outperform their peers in market downturns. The best risk management is to stay in the moving business and out of the storage business.

---

[6]   See [Cost-Cutting at Investment Banks Is Credit-Positive for Bondholders](#), *Weekly Credit Outlook*, 8 August 2011.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208008

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

Timothy Lee
*Associate Analyst*
+1.212.553.0822
timothy.lee@moodys.com

## Obama Proposes a Credit Negative Financial Crisis Responsibility Fee

Last Monday, President Barack Obama submitted to Congress an economic growth and deficit reduction plan that includes a proposal for a Financial Crisis Responsibility Fee. The fee would be imposed on the largest financial institutions to repay taxpayers for losses in the TARP program. This additional fee is credit negative.

The Financial Crisis Responsibility Fee will apply to financial firms with assets greater than $50 billion, and, according to the budget proposal, will reduce the deficit from TARP by $30 billion over 10 years, or $3 billion per year. After 10 years, to the extent that there continues to be a deficit, the fee will stay in place until taxpayers have recouped all losses associated with the program.

As shown in the exhibit below, we estimate the fee based on each issuer's total assets, assuming the fee applies to all TARP recipients with total assets of more than $50 billion. We also show the impact of the fee relative to pre-provision income (PPI) for banks and finance companies and relative to pre-tax income for insurance firms.[7] Our estimates show that the annual effect on this group of issuers is approximately 1.2% of PPI. We estimate that the largest effect on 2010 PPI among the banks is 3.0% for Morgan Stanley, while the greatest impact on insurance company pre-tax income is 3.6% for Lincoln National Corp.

---

[7]   Insurance companies that received TARP are American International Group, Hartford Financial Services Group and Lincoln National Corp.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208009

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

**Estimated Magnitude of the Proposed TARP Fee as of 31 December 2010 ($ Thousands)**

| Issuer | Total Assets | PPI [1] | Proposed Annual Fee [2] | Proposed Fee % PPI |
|---|---|---|---|---|
| Bank of America Corporation | 2,268,347,377 | 39,987,354 | 521,176 | 1.3% |
| JPMorgan Chase & Co. | 2,117,605,000 | 40,239,000 | 486,541 | 1.2% |
| Citigroup Inc. | 1,913,902,000 | 38,376,000 | 439,739 | 1.1% |
| Wells Fargo & Company | 1,258,128,000 | 34,342,000 | 289,068 | 0.8% |
| Goldman Sachs Group, Inc. (The) | 911,330,000 | 10,271,000 | 209,387 | 2.0% |
| Morgan Stanley | 807,698,000 | 6,205,000 | 185,577 | 3.0% |
| American International Group, Inc. | 683,443,000 | 17,936,000 | 157,028 | 0.9% |
| Hartford Financial Services Group, Inc. (The) | 318,346,000 | 2,264,000 | 73,143 | 3.2% |
| US Bancorp | 307,786,000 | 8,529,000 | 70,717 | 0.8% |
| PNC Financial Services Group, Inc. | 264,414,112 | 6,387,636 | 60,752 | 1.0% |
| Bank of New York Mellon Corporation (The) | 247,222,000 | 3,728,000 | 56,802 | 1.5% |
| Capital One Financial Corporation | 197,503,411 | 8,247,284 | 45,378 | 0.6% |
| Lincoln National Corporation | 193,824,000 | 1,234,000 | 44,533 | 3.6% |
| SunTrust Banks, Inc. | 172,875,298 | 2,729,117 | 39,720 | 1.5% |
| Ally Financial, Inc. | 172,008,000 | 1,621,000 | 39,521 | 2.4% |
| State Street Corporation | 158,890,975 | 2,110,949 | 36,507 | 1.7% |
| BB&T Corporation | 157,081,396 | 3,551,424 | 36,091 | 1.0% |
| American Express Company | 146,005,718 | 8,114,089 | 33,546 | 0.4% |
| Regions Financial Corporation | 132,399,290 | 1,997,942 | 30,420 | 1.5% |
| Fifth Third Bancorp | 111,006,778 | 2,465,949 | 25,505 | 1.0% |
| KeyCorp | 91,718,216 | 1,409,770 | 21,073 | 1.5% |
| Northern Trust Corporation | 83,843,874 | 1,143,528 | 19,264 | 1.7% |
| M&T Bank Corporation | 68,021,263 | 1,485,724 | 15,629 | 1.1% |
| Discover Financial Services | 63,894,877 | 4,466,431 | 14,680 | 0.3% |
| Comerica Incorporated | 54,001,083 | 794,931 | 12,407 | 1.6% |
| Huntington Bancshares Incorporated | 53,801,954 | 996,699 | 12,362 | 1.2% |
| Zions Bancorporation | 51,035,696 | 447,895 | 11,726 | 2.6% |
| CIT Group Inc. | 50,958,200 | 1,588,400 | 11,708 | 0.7% |
| **Totals** | **13,057,091,518** | **252,670,122** | **3,000,000[3]** | **1.2%** |

1  We show pre-provision income (PPI – a common metric for lenders) for banks and finance companies, and pre-tax income for the three insurers

2  We estimate the fee based on total assets. Using Bank of America as an example: 2,268,347,377 / 13,057,091,518 * 3,000,000 = 521,176

3  Proposed per annum fee on the financial services industry

*Source: Y9-C, Company Financials and "Living Within Our Means and Investing in the Future," September 2011*

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208010

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

Heejin Kwon
*Associate Analyst*
+852.3758.1515
heejin.kwon@moodys.com

## Korean Regulator's Foreign Currency Stress-Testing Is Credit Positive for Banks

On 16 September, Korea's Financial Supervisory Service (FSS) announced that it had conducted stress tests on 18 Korean banks' foreign currency liquidity (using June 2011 data) to gauge their ability to survive a credit crunch similar to the 2008 global financial crisis for three months without any government support. According to our conversations with tested banks, more than two thirds of them failed the test and were requested to voluntarily build up their foreign currency liquidity by the end of June 2012. We believe the regulator's foreign currency stress-testing is a credit positive development for Korean banks.

Foreign currency liquidity has been a structural weakness for many domestic banks owing to their heavy dependence on market funding: their average foreign currency loan-to-deposit ratio was 251% as of June 2011.

Major banks have stepped up efforts to secure foreign exchange funding in recent years. For example, Woori Bank (A1 stable; C-/Baa2 stable)[8] secured $1 billion of committed credit lines in August 2011. Shinhan Bank (A1 stable; C-/Baa1 stable) extended its committed credit line by $300 million in June 2011 and now has a total committed credit line worth $1 billion. Hana Bank (A1 stable; C-/Baa1 stable) and Kookmin Bank (A1 stable; C-/Baa1 stable) have also secured credit lines totaling $300 million and $100 million, respectively.

As a result, these four banks now have committed credit lines totaling $2.4 billion, which covered about 3% of their foreign currency liabilities as of June 2011. The current situation compares favorably with the end of 2008, when only Shinhan had a $500 million committed credit line. As a result of this latest FSS move, we now expect domestic banks to beef up their foreign currency liquidity to pass stress tests that will be conducted monthly in the near future.

While this latest test result may sound negative, our understanding is that the test was based on a stringent set of market conditions, assuming, for example, that all maturing foreign currency loans and trading financing assets are rolled over, but only two thirds of maturing foreign currency debt is refinanced. Our view is that the FSS is using the current stress-testing regime to steer domestic banks toward stability and away from pricing when they access foreign currency funding. In the long run, we see this as an initiative that will help prepare the banks for coming Basel III liquidity coverage ratio requirements. In 2008, most Korean banks were unwilling to lower their refinancing risk through the issuance of debentures because of their aversion to paying higher interest rates. The result was that they missed a window to refinance maturing debt, which aggravated pressure on their foreign currency liquidity.

In recent years, the regulators have been more proactive in introducing measures to address this vulnerability.

The measures initiated by the FSS include restricting foreign currency loans to overseas use (introduced in June 2010), and stricter guidelines for foreign currency medium- and long-term loans and funding with maturities of more than one year, including a hike in the ratio for foreign currency funding to foreign currency loans to 100% from 80% in June 2010.

---

[8]   The bank ratings shown in this report are the bank's deposit rating, its standalone bank financial strength rating mapped to the long-term scale, and the corresponding rating outlooks.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208011

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

So far, their efforts have brought some credit positive improvements. According to the FSS, the ratio of foreign currency short-term debt to total debt among Korean banks improved sharply to 28.9% in May 2011, from 43.8% in August 2008. However, the ongoing debt crisis in the euro area, which accounted for 35.6% of Korean banks' foreign currency debt as of May 2011, remains a major potential source of liquidity shocks.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208012

## NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

## Insurers

Scott Robinson
*Senior Vice President*
+1.212.553.3746
scott.robinson@moodys.com

### Obama Budget Proposals Are Credit Negative for US Life Insurers

On 19 September, President Barack Obama presented a fiscal 2012 federal budget that includes several proposals that if passed in their current form would affect the life insurance industry. Among the proposals is limiting tax deductions for corporate-owned life insurance (COLI) products and reducing the dividend received deduction (DRD) for separate account products, that is, variable policies. These proposals are credit negative for the life insurance industry as they will reduce earnings and sales and come at a tough time for life insurers, whose revenue and net income, though improving since the financial crisis, face the formidable headwinds of low interest rates, volatile equity markets and a lackluster US economy.

Should the proposals become law, the budget estimates they will generate $5.1 billion for DRD and $7.7 billion for COLI over 10 years. However, several groups, including consumer groups, insurance industry advocacy groups, and organizations representing insurance sellers, publicly oppose the proposals that will affect the insurance industry, arguing they conflict with public policy since the current tax structure helps American employees and retirees achieve financial security.

We estimate that COLI products are no more than 5% of industry sales and DRD contributes 3%-10% of normalized income for companies with variable products. The proposal related to COLI applies to contracts issued after 31 December 2012. COLI issued before that date is not affected, averting an industry worry that the proposal would apply to existing contracts, a costly proposition for insurers.

Corporations use COLI policies to help finance employee and retiree benefits when a corporation purchases insurance on highly compensated employees. The corporation is the premium payer, owner, and beneficiary of the policies. Currently, the interest credited on the cash value each year is not taxable; that would change under the budget proposals. Without these tax benefits, the attractiveness of the product in terms of its expected after-tax investment returns would diminish and new sales would slow to a negligible amount except for COLI on owners of businesses with at least 20% ownership, where it appears the tax benefit would remain. COLI insurers have included Hartford Life (financial strength A3 stable), New York Life (financial strength Aaa stable), and Prudential Insurance (financial strength A2 positive).

The DRD proposal targets the tax deduction for variable annuity and life policies. The exhibit below shows the top 10 insurance groups ranked by separate account assets, which approximately indicates the insurers most affected, assuming common stock dividends eligible for the DRD benefit are proportionate to the amount of outstanding separate account values.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208013

# NEWS & ANALYSIS
*Credit Implications of recent worldwide news events*

**Separate Account Assets of Top 10 Moody's-Rated Life Insurance Groups as of 30 June 2011**

| Rank | Group Name | Insurance Financial Strength Rating/Outlook | Separate Account Assets $ millions |
|------|------------|---------------------------------------------|-----------------------------------|
| 1 | Prudential of America Group | A2 positive | 238,919 |
| 2 | Metropolitan Group | Aa3 negative | 213,255 |
| 3 | Hartford Life Insurance Group | A3 stable | 170,848 |
| 4 | John Hancock US Group | A1 stable | 141,011 |
| 5 | ING America Insurance Group | A2 negative | 101,149 |
| 6 | Axa Insurance Group | Aa3 stable | 98,379 |
| 7 | Lincoln National Group | A2 positive | 91,137 |
| 8 | AEGON USA Group | A1 stable | 83,798 |
| 9 | Nationwide Corporation Group | A1 stable | 68,847 |
| 10 | Ameriprise Financial Group | Aa3 stable | 66,891 |

*Source: Moody's and Highline data*

If there is a credit positive in the proposal, it is that the plan to increase tax revenues by $1.5 trillion over 10 years will likely stimulate demand for insurance products that provide tax advantages to high income individuals, who are most affected by the proposal. Annuity products will likely see an increase in demand, as will life products serving affluent customers. Many of the largest mutual companies, such as Massachusetts Mutual (financial strength Aa2 stable), New York Life, and Northwestern Mutual (financial strength Aaa stable), which target the upper income segment and provide cash value oriented life insurance, would be in a strong position to capitalize on an increase in demand for such products.

There are still significant unknowns about the budget proposal. Its introduction is just the first step in what is likely to be a heated debate. The ultimate resolution could run the gamut of enactment with retroactive provisions, which would be the most credit negative for the industry, to no change in the tax laws, which would be credit neutral.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208014

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

Alan Murray
*Vice President - Senior Credit Officer*
+1.212.553.7787
alan.murray@moodys.com

## US Deficit Proposal Is Credit Negative for Crop Insurers, but Creates Opportunity for Consolidators

As part of his agricultural financing reform proposal announced on 19 September, US President Barack Obama proposed that the government substantially reduce its subsidies to the agricultural community, both directly and via the Federal Crop Insurance program. If enacted, the proposal would be credit negative because it would lower the expected rate of return to crop insurers, cap certain administrative expenses, and set premiums for catastrophic coverages more along commercially available terms.

Agricultural producers, including farmers and ranchers, purchase crop insurance to protect against he loss of their crops because of natural disasters such as hail, drought and floods, or the loss of revenue owing to declines in agricultural commodities prices. The US government currently pays roughly 60% of total premiums for crop insurance, which is effectively a subsidy to the agricultural sector, albeit one that has enabled the government to avoid running afoul of global trade agreements.

In our view, the proposed regulation, while significant, would be a continuation of a more than decade-long pattern of tightening constraints on crop insurers' permitted margins and expense reimbursements, which has contributed steadily over time to substantial consolidation in the sector. Consequently, we expect that the increased burden would pressure all crop insurers' margins, with the most significant impact felt by the smallest competitors in the sector (e.g., those with low single-digit market shares), and providing further consolidation opportunities for the more scale-efficient market leaders. As the exhibit below illustrates, most of the largest players in this sector are affiliated with larger and more diversified national or international insurers or other financial institutions.

**US Crop Insurers Written Premiums**

| US Insurance Group | Holding Company Group | Crop Direct Written Premiums 2010 $ millions | Crop Market Share | Insurance Financial Strength Rating of Lead US Company |
|---|---|---|---|---|
| ACE USA (a) | ACE Limited | 1,587 | 21% | A1 stable |
| Wells Fargo | Wells Fargo | 1,132 | 15% | NR (b) |
| QBE America | QBE Insurance | 826 | 11% | NR |
| Great American | American Financial Group | 676 | 9% | A2 stable |
| Fireman's Fund | Allianz | 643 | 8% | NR |
| Endurance USA | Endurance Specialty | 517 | 7% | NR |
| CUNA Mutual | NA | 497 | 6% | NR |
| Farmers Mutual Hail Ins Co | NA | 316 | 4% | NR |
| RenRe North America | RenaissanceRe Ltd. | 309 | 4% | NR |
| Chartis | American International Group | 253 | 3% | A1 stable |
| XL America | XL Capital Ltd. | 232 | 3% | A2 stable |
| Austin Mutual Insurance Co | NA | 159 | 2% | NR |
| Iowa Farm Bureau | NA | 144 | 2% | NR |
| Munich American | Munich Re | 110 | 1% | Aa3 stable |
| Country Insurance | Country Insurance & Financial Services | 74 | 1% | NR |

*Sources: Highline Data, Moody's;Direct Premiums Written are before cessions to private reinsurers and to the federal government under the Standard Reinsurance Agreement (SRA).*

Notes:  (a) ACE acquired the shares of Rain & Hail that it did not already own in December 2010

(b) reinsured by Fireman's Fund (A2 IFS; STA) and Zurich American (not rated)

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208015

# NEWS & ANALYSIS
*Credit Implications of recent worldwide news events*

According to the proposal, the rate of return for insurers would be lowered to 12% from 14% for an estimated 10-year savings of $2 billion, and annual administrative expenses would be capped at $900 million, adjusted for inflation, for estimated savings of $3.7 billion. Discussion of farm reform is usually coordinated with the drafting of new or revised farm laws, but the congressional drive for large savings could accelerate the debate. We believe that agricultural programs are a targeted area for government expense reductions because of the size of subsidies provided. Total proposed 10-year government savings under the proposal, including direct payments to the agricultural sector, would exceed $30 billion.

Some 20 years ago, federal crop insurance, which the Risk Management Agency (RMA) of the US Department of Agriculture administers via the Federal Crop Insurance Corporation (FCIC), was a very small industry sector, but expanded dramatically in subsequent years with the extension of coverage from an initial five or so named staple crops to over 100 today, including farmed salmon and other livestock. Further contributing to the sector's growing significance was the federal government's gradual reduction of direct subsidies to (and occasional bailouts of) the agricultural sector and preference for greater public-private coordination through the multi-peril crop insurance (MPCI) program.

In the meantime, however, the government, which manages the crop insurance programs largely by means of the FCIC's Standard Reinsurance Agreement (SRA), has steadily reduced to approximately 27% from the mid-30% range (as a percent of premiums) the expense reimbursement that crop insurers receive. At the same time, numerous adjustments have been made to the program's structure, generally transferring somewhat more risk to the insurance sector, but also enabling the most efficient and expert insurers to continue operating profitably. Consequently, the number of active crop insurers has steadily declined from over 30 to a market structure in which the five largest insurers account for approximately two-thirds of industry-wide direct premiums.

With or without enactment of the proposed legislation, we expect that consolidation in the crop and agricultural insurance sector will continue: the announcement earlier this month by ACE (financial strength A1 stable) of an agreement to acquire Penn Millers (unrated) is the latest such transaction. The proposed legislation, however, would only accelerate a process long underway.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208016

## NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

## Funds

Robert Callagy
*Vice President - Senior Analyst*
+1.212.553.4374
robert.callagy@moodys.com

### Revision to US Fiduciary Rule Is Credit Positive for Retirement Plan Advisors

Last Monday, the US Department of Labor (DOL) withdrew proposed regulation to broaden the definition of a fiduciary to include any person who provides investment advice to an employee retirement plan, a plan's participant, or a beneficiary of an individual retirement account (IRA) for a fee or other compensation. Owing to strong pushback from securities industry lobbying groups and lawmakers, the DOL will rework the definition in early 2012. The DOL's action is credit positive for service providers to employee retirement plans, including Fidelity Investments (A2 negative), BlackRock Inc. (A1 stable) and Vanguard (unrated), which would have faced onerous regulatory and compliance costs and potentially greater legal liability had the proposal been implemented.

Last October, the DOL's Employee Benefits Security Administration (EBSA) proposed an amendment to the fiduciary definition under the Employee Retirement Income Security Act (ERISA). The DOL's decision to re-examine its fiduciary definition, which had not been updated since it was first promulgated in 1975, reflected the significant changes within retirement plan investment practices, and relationships between advisors and their plan clients.

The proposed regulation widened the net of who would be considered a fiduciary by expanding the definition of investment advice (see exhibit below) to include many administrative services that currently do not meet fiduciary status. Under the proposal, an investment advisor that meets any one of the criteria would have been deemed a fiduciary versus having to meet all five, which is the standard today. As a result, retirement service providers who do not provide investment advice on a regular basis, or happen to be affiliated with an investment advisor that provides fiduciary services, would have been deemed a fiduciary, increasing their legal liability and the cost of higher disclosure requirements.

### Department of Labor's Fiduciary Status Test

| Current 5-Part Test (All Must Be Met) | Proposed Test (Just One Must Be Met) |
| --- | --- |
| 1. Render advice to the value of securities or other property, or make recommendations as to the advisability of investing in, purchasing or selling securities or other property | 1. Providing advice appraisals or fairness opinions as to the value of investments, recommendations as to buying, selling or holding assets, or recommendations as to the management of securities or other property |
| 2. Provide the advice on a regular basis | 2. Acknowledgement of fiduciary status for purposes of providing advice |
| 3. Provide the advice pursuant to a mutual agreement or understanding with the plan or the fiduciary | 3. Is an investment advisor under Section 202(a)(11) of the Investment Advisers Act of 1940 |
| 4. The advice will serve as a primary basis for investment decisions with respect to plan assets | 4. Provide advice or make recommendations pursuant to an agreement, arrangement or understanding, written or otherwise, with the plan, a plan fiduciary or a plan participant or beneficiary, where the advice may be considered in making investment  or management decisions with respect to plan assets, and the advice will be individualized to the needs of the plan, a plan fiduciary or a participant or beneficiary |
| 5. The advice will be individualized based on the particular needs | |

*Source: US Department of Labor*

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208017

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

In response to stakeholders and politicians' calls for more public input and greater research on the cost-benefit analysis of the rule, the DOL pulled back its proposal. Phyllis Borzi, assistant secretary of the EBSA, offered some details on areas of the rule that are likely to get a second look, including a clarification that "fiduciary" advice is limited to individualized advice to specific parties and also potentially limiting the rule's application to arm's length commercial transactions, such as swap transactions.

The DOL's re-work of "fiduciary advice" will be comforting to service providers as they are likely to avoid fiduciary status in the creation of advice products or in the delivery of services that are not yet aimed at a particular plan or participant. In addition, Ms. Borzi pledged to continue to work with the US Securities and Exchange Commission, which also is developing a proposal for a uniform fiduciary standard for broker-dealers and investment advisors, to ensure that any future fiduciary requirements applicable to investment advisors and brokers under the applicable laws are properly harmonized.

There seems to be general agreement among stakeholders in this debate that the current fiduciary definition is outdated. There has been significant change in retirement plans since the adoption of this definition in 1975, and first and foremost, the shift from defined benefit plans to defined contribution plans as the principal form of retirement savings vehicle, which has created additional roles for service providers and new and varying degrees of fiduciary responsibility.

The DOL's decision to take more time to consider feedback from those affected by the proposed rule change is likely to result in a proposal that includes a fiduciary threshold that is less inclusive and closer to the intent of the current definition. This outcome would be positive for providers of retirement plan services as it would potentially lower the number of activities that give rise to fiduciary status and consequently not discourage these firms from continuing to provide investment education guidance to retirement plans and their participants.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208018

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

## Sovereigns

Steven Hess
*Vice President - Senior Credit Officer*
+1.212.553.4741
steven.hess@moodys.com

### Obama Proposes Another US Deficit Reduction Plan

On 19 September, President Barack Obama proposed a deficit reduction plan,[9] which includes $3 trillion in reductions over the next 10 years. Including the $900 billion already mandated in the Budget Control Act of 2 August, the total reduction would be in the neighborhood of $4 trillion, similar to a number of plans already presented during the past year. While any of these plans, if successfully implemented, would be credit positive for the US government, the likelihood of any of them being adopted as presented is extremely small. Furthermore, deficit reduction is being made more difficult by the threat of lower economic growth.

The Budget Control Act of 2 August already mandates deficit reduction of $1.5 trillion to come from the recommendations of a special joint committee of Congress. Failing that, automatic spending reductions of $1.2 trillion beginning in 2013 would become effective. Thus, the president's plan would result in $1.5-$1.8 trillion in deficit reduction above and beyond what was already in process.

The president's plan is only the most recent of a number of proposals that together demonstrate that substantial deficit reduction is the goal of the administration and the leadership of both political parties. Since late 2010, several proposals have been presented that share the objective of $4 trillion or more in deficit reduction. These include the report of the National Commission on Fiscal Responsibility and Reform (December 2010), the Comprehensive Budget Plan of the Bipartisan Policy Center (November 2010), the FY2012 Budget Resolution passed by the House of Representatives (April 2011), and the President's Framework for Shared Prosperity and Shared Fiscal Responsibility (April 2011).

While all of these plans would likely result in a declining debt trajectory over the coming decade if underpinned by reasonably steady economic growth, the challenge to all of them is intensifying with the worsening economic outlook. We think that economic growth in the US will remain well below potential through at least 2012 and will be below the growth rates assumed in all the plans' projections.

The plans vary considerably both in their near-term strategy for deficit reduction and in their longer-term implications. In the near term, the president's latest proposal, which is the third this year from the Obama administration, would provide some stimulus to the economy through payroll tax deductions and increased infrastructure spending, which would help the near-term economic outlook.

Over the long term, the plan includes fewer structural reforms of entitlement programs than some of the other plans and over $1 trillion in savings from a reduction in military expenditures, some of which would occur regardless of the plan. Medicare/Medicaid expenditure reductions are included, but these are achieved largely through cost savings rather than structural reforms. Therefore, in the long term, fiscal pressure from healthcare expenditure would remain. In addition, while Social Security does not create near-term budgetary pressure, long-term changes to this program, which may eventually be contemplated, were not included in the president's plan.

From a credit perspective, a trajectory where the ratio of debt to GDP peaks and then begins to decline within the next few years would be positive. Some of the assumptions behind any of the plans'

---

[9]   Living Within Our Means and Investing in the Future: The President's Plan for Economic Growth and Deficit Reduction.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208019

## NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

projections are open to question, including the ability of the government to maintain fiscal discipline over the longer term.

**US Debt as Percent of GDP Under Different Debt Reduction Plans**



Note: Trajectories are not directly comparable because of differing assumptions on economic growth and other factors.  The graph is meant to illustrate the proposed trajectories rather than Moody's expectations of actual outcomes.
*Source:  Published documents of the relevant organizations, Moody's estimates of President Obama's April plan.*

Although differences between the political parties mean that none of the plans so far proposed will be adopted, there is now a wide variety of possible measures to be considered. The next step in this process will be the recommendations of the joint committee, which are due in November. The president's latest proposal aims to prompt the committee to broaden its purview and recommend a larger deficit reduction than the minimum included in the Budget Control Act, but partisan differences may prevent this.

CONTAINS PROTECTED INFORMATION                                        Fairholme-DDC-0208020
To Be Disclosed Only In Accordance with
Protective Order

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

Atsi Sheth
*Vice President - Senior Analyst*
+1.212.553.4873
atsi.sheth@moodys.com

## Belarus Gets Credit Positive $1 Billion Loan and Investor Interest from China

On 19 September, China confirmed that it would lend Belarus (B3 review for downgrade) $1 billion this year. This development is credit positive because the loan alleviates Belarus's foreign funding shortage in 2011 and offers the country, which so far has relied on Russian funding, the chance to develop trade and investment ties with deep-pocketed China.

In the past few years, Chinese banks have approved $15 billion in credit lines to fund industrial projects in Belarus. However, as of publication, of the $15 billion approved, Belarus' debt to Chinese banks totaled just over $1 billion. Last week's announcement suggests an acceleration of credit disbursement from China in the coming months.

Belarus' shortage of foreign exchange precipitated its current economic crisis: its current foreign exchange reserves are insufficient to fund more than a month and a half of imports. Since Belarus' domestic economy and its exports are import dependent, shortages of foreign exchange have hurt consumers, producers and exporters.

We forecast that Belarus' current account deficit, which was $5.3 billion in the first half of 2011, will fall to approximately $2.5 billion in the second half of 2011, helped by a devaluation of the Belarusian ruble (following a 36% official exchange rate devaluation in May, market exchange rates fell another 40% or so after the exchange rate was partially liberalized in September). The devaluation makes exports more competitive and imports more expensive. Total international reserves, boosted by funding from the Eurasian Economic Community, were $ 4.6 billion on 1 September. However, excluding gold, special drawing rights and other reserve assets, foreign currency reserves are only $1.8 billion, well short of the forecast current account deficit. In addition, Belarus has $14 billion in short-term debt due in 2011, although most of it is trade or interbank credit, which tends to be rolled over by lenders rather than having to be repaid.

Still, if Belarus is not to deplete its reserves further in order to finance its current account deficit, the country needs external financing of about $2-$3 billion in 2011. With the possibility of International Monetary Fund funding at best uncertain, and a $440 million tranche of the Eurasian Economic Community loan having been delayed, if the $1 billion is actually disbursed by China shortly, it will be crucial in bridging Belarus' external financing gap in 2011.

The economy would also benefit over the next two or three years by strengthening trade, credit and investment ties with China. Belarus' strong GDP growth over the past decade (7% annually, on average) was driven by domestic investment and consumption growth made possible by plentiful and inexpensive credit and energy supplies. These, in turn, depended on Russia's willingness to provide subsidized energy and foreign currency loans. Disputes with Russia over subsidies and funding threatened Belarus' growth since the country lacked access to alternative sources of funding. By accepting the loan, Belarus has diversified its sources of external funding and also invited Chinese interest in developing its industrial sector. According to recent announcements, Chinese companies will build a communications satellite for Belarus and invest in the energy and infrastructure sectors. How many of these plans crystallize into actual investment remains to be seen.

Moreover, just as Russian credit and subsidies allowed Belarus to pursue a growth model that relied on subsidized energy and credit rather than productivity growth, China's assistance could allow authorities to sustain growth without taking difficult but necessary steps to improve the economy's competitiveness and efficiency, which the Belarusian economy needs just as much as a $1 billion loan.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208021

# NEWS & ANALYSIS
*Credit Implications of recent worldwide news events*

# Sub-Sovereigns

Massimo Visconti
*Vice President - Senior Credit Officer*
+39.02.9148.1124
massimo.visconti@moodys.com

## Change in Tax Redistribution Strains Slovak Sub-Sovereigns

On 21 September, the Slovak National Government approved new legislation that closely correlates total tax revenue collected by the central government with the amount redistributed to regional and local governments (RLGs). Changes to the tax redistribution mechanism for RLGs take effect on 1 January 2012 and are credit negative.

The new mechanism reduces the amount of tax revenue to RLGs in the next three years and exposes that revenue to greater volatility. It assigns RLGs a 12.97% share of national proceeds from a pool of taxes that includes personal income tax, corporate income tax, withholding tax (retention tax), value added tax and excise tax. Previously, RLGs received 93.8% of personal income tax collected by the central government.

According to the Slovak Ministry of Finance's tax revenue projections, when compared with the old system, the new system will reduce tax revenue to RLGs by €857 million overall between 2012 and 2014, averaging 5.8% of their annual budgets (see exhibit below).

**Slovak Regional and Local Governments' Revenue under New and Old Redistribution Mechanisms**



*Source: Slovak Ministry of Finance*

The new mechanism also adds volatility to RLGs' budgets, given that substantial components of the new pool, particularly corporate income tax and value added tax, are more sensitive to economic cycles.

**Sub-sovereigns under continuous pressure.** Lower shared taxes and higher volatility will stress RLGs' already constrained budgets, especially if the economy remains sluggish.

Slovak RLGs have been pressured since the onset of the financial crisis. In an attempt to foster domestic consumption in the economically difficult years of 2009 and 2010, the former government introduced greater tax deductions for individual employees. Consequently, national personal income tax collection rates declined, and the RLGs suffered a cumulative 23% slump in shared tax revenue in 2009 and 2010.

To cope with the dampened revenue in coming years, RLGs will be forced to recalibrate their current operating and capital spending plans almost immediately. Lower-than-expected tax revenue, combined with the rigidity in their operating expenditures, will significantly tie up their self-funding capacity and because of high non-deferrable infrastructure requirements, might lead to increased debt, additionally straining RLG budgets.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208022

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

## US Public Finance

Dan Steingart
*Assistant Vice President - Analyst*
+1.949.715.9595
daniel.steingart@moodys.com

### Massachusetts Hospital Seeks Market Share Gains Through New Insurance Product

On 16 September, Boston, Massachusetts-based Steward Health Care (unrated) and Tufts Health Plan (unrated) announced that they will jointly offer a health insurance plan that requires patients to seek care for most services at a Steward-owned hospital. This collaboration will have far reaching consequences and negative credit effects on other hospitals in the Boston area market if Steward and Tufts gain material market share from competing hospitals in Massachusetts.

Steward and Tufts are not merging or otherwise combining; they are collaborating to offer a health insurance product together. The arrangement is part of an emerging and accelerating trend whereby hospitals facing looming healthcare reform laws seek tighter control over insured patients by partnering with health insurance companies to offer premium and co-pay discounts in exchange for patients agreeing to restrict their choice for most acute healthcare needs to a particular hospital system.

There are several other hospital/insurer collaborations worth noting. The largest hospital system in Massachusetts, Partners Healthcare System (Aa2 stable), has announced plans to affiliate with Neighborhood Health Plan (unrated), a provider of MassHealth (Medicaid) insurance products. Other healthcare insurance companies in Massachusetts now offer tiered plans that feature lower co-pays and out-of-pocket costs if patients utilize lower-cost hospitals identified by the health plan. Similar deals have been announced between West Penn Allegheny System and Highmark in Pennsylvania, and Catholic Healthcare West, Blue Shield, and Hill Physicians in the Sacramento, California, area, among others.

Hospitals are seeking market share gains and more predictable patient revenues because of intensifying economic and regulatory pressures on the industry, particularly the pending provisions of the federal healthcare reform law. Healthcare reform will require hospitals to be more accountable by lowering or eliminating Medicare reimbursements in some cases of poor patient care results, for example when patients must be readmitted to a hospital following treatment. Most hospital systems are addressing this challenge by acquiring assets across the "continuum of care," from hospital to long-term care, and by forging stronger alliances with physicians through employment, medical record collaboration, and other avenues.

The move by Steward and Tufts is also driven by broader economic pressures that are forcing patients and employers to pay greater attention to their health insurance costs. Steward has said the plan's premiums will be 20%-30% lower than competing plans, which will help it gain market share unless competitors respond with their own price reductions. Tufts has only 17% market share in Massachusetts, much lower than the market leader, Blue Cross, which has 50%. But the Steward-Tufts plan will be available 1 January, in time for the fall enrollment period. The product is an unambiguous credit negative for hospitals in Steward's service area as it has significant potential to draw patients away from other hospitals.

Steward owns eight hospitals in Massachusetts and the majority of its patients are in the Boston area, but the company owns hospitals in several other markets and has announced plans to acquire hospitals in other markets. Rated hospitals in markets where Steward owns hospitals that will likely see patient volume declines as a result of the new plan include CareGroup (A3 positive), Milford Regional (Baa3 stable), Northeast Health System (Baa2 stable) Southcoast (A2 stable), South Shore (A3 stable), and Partners Healthcare System (Aa2 stable), although the plan would provide access to Partners' hospitals for higher acuity care, suggesting the effect to Partners will be lower than to others.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208023

## NEWS & ANALYSIS
*Credit Implications of recent worldwide news events*

## Securitization

Tad Philipp
*Director - CRE Research*
+1.212.553.1992
tad.philipp@moodys.com

### US Commercial Real Estate Recovery Is Likely To Remain Stalled, a Credit Negative for CMBS

Our latest US commercial real estate price indices[10] show that price recovery for the overall market has been stalled for two years. We do not expect a meaningful broad-based recovery over the next year given weakness in two of the key drivers of commercial property value: diminished lending and weak demand for vacant space. Stalled prices are credit negative, particularly for commercial mortgage-backed securities (CMBS) deals and portfolios containing loans underwritten at peak valuations and which mature over the next year. Many of these deals require significant price appreciation in order to refinance. There is considerable variation in performance by quality, market, and sector, with some areas nearly fully recovered while others languish at the bottom.

**Prolonged bottoming process.** Although the Moody's/Real Commercial Property Price Index (CPPI) gained 5% in July (see exhibit), it has only returned to the average of the two-year and counting bottoming process. We view this month's uptick more as another bounce along the bottom than as a harbinger of a recovery.

**US Commercial Property Broad Price Recovery to Remain Stalled**



*Source: Moody's/REAL CPPI*

Diminished CMBS lending and weak economic growth are the main constraints on price appreciation over the next year. CMBS loan originations have slowed owing to spread volatility driven by global capital market issues, such as the sovereign debt crisis, but originations are critical to support the financing and pricing of middle market assets. Slow job growth pushes back the leasing of vacant space, which, in turn, delays rental growth. An additional drag on price recovery comes from the elevated levels of distressed sales, which have exceeded 20% of US property sales activity in 22 of the past 24 months.

---

[10] See Moody's/REAL Commercial Property Price Indices, September 2011. The Moody's/REAL Commercial Property Price Indices measure price changes using a repeat-sale regression analysis based on transactions involving the same property at different points in time.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208024

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

**Refinance risk for peak vintage loans.** Stalled price recovery reduces the likelihood that underwater loans can grow their way out of their value deficiency, particularly those with near-term maturities. The result will be an increase in maturity defaults, many of which will result in loan extensions. The peak CMBS loan origination year and the peak valuation year was 2007. Loans made in 2007 with five-year and longer maturities come due over the next few years. With loans sized to approximately 70% of then-current values and the broad market down by more than 40% since the peak, many loans from that vintage are underwater by 15% or more.

**Trophy prices cool off.** Prices of trophy assets were the first to show signs of recovery starting in 2010, but they have been leveling off for the past six months at roughly 20% below peak and 30% above the post-peak low. While trophy assets in gateway cities were the first to attract capital following the credit crisis, many investors subsequently moved on to lower quality assets or secondary markets in search of higher yield.

**Performance varies dramatically by location and sector.** Some sectors in major markets, most notably the office market in New York, are closing in on peak values and have roughly doubled their levels of a decade ago. In stark contrast, apartments in the South are down 40% since the peak and have fallen back to 2000 levels. Peak prices on southern region apartments were largely driven by heated condo conversion activity.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208025

# NEWS & ANALYSIS
*Credit Implications of recent worldwide news events*

Jeffrey Hibbs
*Assistant Vice President - Analyst*
+1.212.553.4624
jeffrey.hibbs@moodys.com

## GM's Improved Performance and Tentative UAW Agreement Are Credit Positive for Ally Floorplan ABS

On 17 September, details emerged about the tentative agreement reached between General Motors Company (GM, Ba2 review for upgrade) and the United Auto Workers Union (UAW). Our initial assessment of the new contract is that it preserves GM's competitiveness and enables GM to continue its improvement in financial and operational performance. As a result, we put GM on review for upgrade last Thursday. These combined factors are credit positive for existing floorplan transactions from the Ally Master Owner Trust (AMOT), sponsored by Ally Bank, the largest single provider of inventory financing for GM dealerships.

The performance of the dealer receivables backing the AMOT floorplan transactions depends on the health of GM. A default of a manufacturer like GM would be detrimental to floorplan transactions because dealers' payment rates would fall as a result of decreased demand for the manufacturer's products. Lower demand and resulting auto price declines would increase dealer defaults and lower recovery rates on the auto collateral. In addition, a manufacturer default results in the reduced availability of manufacturer buybacks, the loss of dealer incentives, and the unavailability to dealers of working capital loans.[11]

The fact that the AMOT transactions have a significant concentration of receivables from GM dealerships, 74% as of 30 June, amplifies the benefit from GM's improving credit profile.

---

[11]  See Moody's Approach to Rating US Floorplan ABS Securities, 6 January 2010.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208026

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

Ruth Olson
*Vice President - Senior Analyst*
+1.212.553.4092
ruth.olson@moodys.com

## US District Court Refuses To Reconsider Lehman "Flip Clause"

On 14 September, the US District Court for the Southern District of New York chose not to remove consideration of a so-called "flip clause" from the US Bankruptcy Court. The District court thereby passed on the opportunity to reconsider the standing bankruptcy court's decisions denying the enforceability of flip clauses.

Flip clauses relate to the priority of payments owed to defaulting counterparties of swap contracts. The District Court's choice in the case of *Michigan State Housing Authority v. Lehman Brothers Derivative Products, Inc.*[12] is credit negative for noteholders of CDOs which have entered into swaps.

In this case, the Michigan State Housing Authority lost its motion seeking to transfer consideration of the enforceability of the flip clause to the federal district court. The Michigan State Housing Authority argued the district court should exercise its discretion under federal jurisdiction rules to take back consideration of the flip clause issue in light of its novelty in front of the courts and its broad implications for multiple parties in the Lehman bankruptcy proceeding.

The district court disagreed, persuaded by Lehman's argument that the issue raised "core" bankruptcy law issues that are appropriately considered in the first instance by the bankruptcy court. The decision will not preclude the district court's consideration of the issue at a later stage, such as on appeal following the bankruptcy court's final decision in the case.

Flip clauses common to CDO transactions alter the priority of payments after a default of a swap counterparty.[13] This results in the subordination of any payments a CDO owes the defaulting swap counterparty in favor of payments the CDO owes its noteholders.

The Lehman bankruptcy court has ruled now in numerous cases that such clauses in Lehman transactions are ineffective in Lehman's bankruptcy and that the US Bankruptcy Code's "safe harbor" for swaps does not protect flip clauses, either. Although the unenforceability of flip clauses is credit negative for CDO noteholders, it is credit neutral for CDO transactions we rate that comply with our framework for swap counterparty de-linkage criteria.[14]

---

[12] Michigan State Housing Development Authority v. Lehman Brothers Derivatives Products Inc (In re Lehman Brothers Holdings Inc.), Dist. Ct. No. 11-03392 (S.D.N.Y. 14 September 2011).

[13] See "Lehman Bankruptcy Court's Recent Swap Safe Harbor Decision Has Little Impact on CLOs with Swaps," Moody's CLO Interest, 29 July 2011.

[14] See Framework for De-Linking Hedge Counterparty Risks from Global Structured Finance Cashflow Transactions, 18 October 2010 and Moody's: Ongoing uncertainty over flip clauses has no rating impact for most cashflow SF transactions, 29 November 2010.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208027

# NEWS & ANALYSIS

*Credit Implications of recent worldwide news events*

Antonio Tena, Ph.D.
*Assistant Vice President - Analyst*
+34.91.768.8235
antonio.tena@moodys.com

## Launch of E-Auctions in Spain Is Credit Positive for RMBS

On 21 September, Spain's Ministry of Justice announced that it plans to launch e-auctions (online auctions) to increase the number of bidders for foreclosed mortgage properties. The online auctions will reduce some of the main problems associated with the current auction system by making information about foreclosed properties more readily available to prospective bidders, and by allowing remote participation in auctions rather than in-person participation. We expect that e-auctions, which will become fully operational in November, will assist in boosting the low recovery rates and be credit positive for Spanish residential mortgage-backed securities (RMBS) deals.

**Pilot project indicates potential for success.** A pilot project has been in place in the region of Murcia since 2007. This project[15] already allows bidding in real auctions and has increased by 190% the number of bidders and increased by 250% the number of properties sold, according to information provided by the Ministry of Justice.

**More bidders will reduce void auctions.** Greater bidder participation will reduce the number of void auctions in which no bidders take part. Void auctions result in the creditor repossessing the mortgage property and in no cash collection taking place at the time of repossession. This problem is especially relevant in light of the dramatic increase in judicial mortgage foreclosures in Spain. According to Spanish judicial statistics, the number of foreclosures rose 260% to 93,000 in 2010 from 2007.

**Information will be more readily available.** E-auctions will allow anyone interested in acquiring a foreclosed property to access all existing information about the property via a national website. The website will provide pictures and detailed information, including a property's location, appraised value, and current foreclosure status. The existing system lacks this level of detail about each foreclosed property being auctioned. Information available under the current system typically consists only of an edict placed on the specific court's notice board, which announces the time and location of an auction and provides application instructions to potential bidders wishing to attend the auction.

**Bidders are no longer required to attend auctions in person.** The new e-auctions will allow bidders to place offers on a foreclosed property electronically. Remote bidding allows bidders to avoid the expense and inconvenience of the current system's required in-person attendance.

**Funding remains low in Spain.** The current general lack of available mortgage funding in Spain is an issue. While we view any measure aimed at reducing bureaucracy in the judicial foreclosure process as positive in terms of attracting new bidders and subsequently increasing recovery rates, ongoing credit restrictions make it difficult for prospective homebuyers to fund their purchases. We believe these difficulties will persist regardless of the plans in place to reduce bureaucracy by holding e-auctions and lowering liquidity requirements. (In July 2011, Spain reduced the upfront deposit needed to prequalify as a bidder, to 20% from 30% of the property value).

---

[15] See https://subastas.mjusticia.es/subastas/home.do

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208028

## CREDIT IN DEPTH
*Detailed analysis of an important topic*

# Japan's Fukushima Accident Is a Material Negative for Nuclear Reactor Operators Globally

Michael G. Haggarty
*Senior Vice President*
+1.212.553.7172
michael.haggarty@moodys.com

*How did project finance and infrastructure credit shift over the last four years? Where is credit going now? This is but one of six articles in The Great Credit Shift: Infrastructure Finance Post Crisis answering those questions for global, North American, European infrastructure credits. The complete publication can be found* here.

The most significant credit event over the past four years for utilities and other owners of nuclear generating facilities everywhere was Japan's Fukushima nuclear accident in March 2011. Fukushima's lessons are still unfolding, but we already see a global increase in regulatory scrutiny, which is leading to higher costs and a rising threat of political intervention.

Unregulated power company bondholders are worse off because increased regulatory scrutiny brings rising costs that impair margins. Regulated utility bondholders are also worse off because of the increased regulatory scrutiny, but are less affected because state regulators continue to provide timely recovery of prudently incurred costs and expenses, including nuclear-related costs.

In the US, we estimate $5–$15 million of increased costs per reactor, at a minimum ($500 million–$1.5 billion for the US fleet of approximately 100 reactors) related to new operating standards and procedural revisions.

Several sovereign governments have moved to either abandon or halt new nuclear development plans and close operating reactors. Germany, Switzerland, Japan, India, and, to a lesser degree, China, have all slowed their new nuclear investment programs. Should public opinion turn against nuclear power, the sector faces some very challenging times and economies will struggle to meet their peak load electricity demands. Public sentiment is a particularly sensitive consideration for US reactors ahead of the November 2012 US presidential election.

Apart from its structural vulnerabilities, the Fukushima accident exposed nuclear generation's woefully inadequate liability insurance framework. In the US, which has the most robust liability framework out of all the countries that have operating reactors, the Price-Anderson Act limits nuclear accident liabilities at only $12.5 billion. Japan estimates several trillion yen of liabilities (¥1 trillion = $13 billion) and in August passed legislation to establish a $26 billion compensation fund for victims of Fukushima's radioactive fallout.

Globally, increased regulatory scrutiny after the Fukushima accident will lead to higher regulatory compliance costs for all nuclear operators, which highlights the material differences between regulated and unregulated nuclear reactors. Regulated utilities are more likely to recover higher operating and investment costs related to increased regulatory scrutiny and compliance. Unregulated power companies have lower assurance of recovering higher costs because their cash flows are principally derived from market prices, which remain relatively low. As a result, unregulated reactor owners will experience some margin compression.

Most owners of nuclear reactors tend to own and operate a fleet of reactors to capture economies of scale, regardless of whether they represent regulated utilities or unregulated power companies, a credit positive. Large regulated utilities include Southern Company (Baa1 stable) and Duke Energy (Baa2 stable) while large unregulated power companies include Exelon Corporation (Baa2 on review for downgrade), Entergy Corp (Baa3 stable) and NRG Energy (Ba1 stable).

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208029

## CREDIT IN DEPTH
*Detailed analysis of an important topic*

# States Add to Credit Risk by Increased Reliance on Volatile Taxes

Emily Raimes
*Vice President - Senior Analyst*
+1.212.553.7203
emily.raimes@moodys.com

*How did public finance credit shift over the last four years? Where is credit going now? This is but one of 12 articles in The Great Credit Shift: US Public Finance Post Crisis discussing the credit and structural shifts affecting municipal bond investors in the wake of the Great Recession.  The complete publication can be found here.*

State tax revenues declined more severely over the past four years than in prior economic downturns. This is partly because states have become reliant on taxes with volatile proceeds such as personal income tax. Additionally, many tax revenue streams exhibited more instability in the recent downturn than ever before, and did not rebound swiftly, as they did in prior recessions. States' increased dependence on volatile tax revenues is one factor contributing to their increased credit risk over the past four years, and it will likely continue to be a factor if the economy and capital markets remain weak and unstable. Moreover, the shift reinforces the importance of leverage constraints and stress tests in assessing potential debt-service coverage of revenue sources.

**Volatility and personal income tax.** State tax revenues have become more unpredictable because states increased their reliance on personal income tax (PIT) and away from sales and other more stable taxes. Because PIT is susceptible to changeable capital-gains income, it fluctuates with the ebbs and flows of investment valuations. Reliance on PIT for state tax revenue has grown quite dramatically: PIT increased from 19% of total state tax revenue in 1970, to 29% in 1980, and to 33% in 2011.

Between 1980 and 2008, the largest quarterly year-over-year decline in PIT was in second-quarter 2002, when PIT fell by 22%. The greatest consecutive number of quarterly declines (on a year-over-year basis) was four. In this downturn, PIT fell for five consecutive quarters, including a year-over-year decline of 27.7% in second-quarter 2009 (see Exhibit 1).

EXHIBIT 1
**Personal Income Tax Revenues Dropped Sharply in the Recession**

**Year-over-year  percent change in quarterly state personal income tax revenue**



*Sources: US Census Bureau, Quarterly Summary of State Tax Revenues*

**Volatility and sales tax.** In addition to PIT, the other major revenue source for states, sales tax, was more volatile in this downturn than in the past. The decline in sales tax revenue during the Great Recession was not only steeper, but longer lasting, and without the swift rebound experienced in

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208030

## CREDIT IN DEPTH
*Detailed analysis of an important topic*

previous cycles. Because the recession was sparked by the collapse of the housing market, and because home furnishings and related sales are a large portion of sales tax receipts, the housing downturn had a relatively large effect on sales tax revenues (see Exhibit 2). Declining sales of materials used in new construction and renovation also lowered sales tax revenues. Finally, the decline in housing wealth decreased homeowners' consumption and led to a decline in sales tax revenues from goods and services.

Between 1980 and 2008, the largest quarterly year-over-year decline in sales tax revenue was 11.3% in fourth-quarter 1988. Though the steepest one-year decline was in 1988, the declines in this most recent downturn were longer lasting; sales tax receipts fell for an unprecedented five consecutive quarters starting in the fourth quarter of 2008 (see Exhibit 2).

EXHIBIT 2
**As the Housing Market Plunged, So Did Sales Tax Revenue**
**Year-over-year percent change in quarterly sales tax revenue and new home prices**





*Source: US Census Bureau, Quarterly Summary of State Tax Revenues , Bureau of Census Construction Review*

Examining sales tax revenue data in certain states can be even more revealing. In California, for example, sales tax revenue fell a mere 1.8% in 2002 before rebounding in 2003 and 2004. When the state's economy fell into recession in 2008, year-over-year state sales tax revenues declined by 1.9% that year and by about 10% in 2009.[16] The severe decline in the state's sales tax revenues sharply lowered debt service coverage on bonds secured by those revenues.

In Nevada, which receives two-thirds of its tax revenue from sales- and gaming-related taxes (the state does not have PIT), tax revenue declines were unexpectedly steep (see Exhibit 3). In fiscal year 2002, gaming taxes declined modestly from the previous year and sales taxes receipts were flat. In the Great Recession, however, gaming and sales tax revenue sources had three years of declines, including double-digit declines in 2009.

---

[16]  California's Comprehensive Annual Financial Report, page 260-261

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208031

# CREDIT IN DEPTH

*Detailed analysis of an important topic*

EXHIBIT 3

**Nevada's Two Main Revenue Sources Soared in the Boom, then Plummeted**
**Year-over-year percent change in Nevada gaming and sales tax revenues**



*Source: Nevada Comprehensive Annual Financial Report, Statistical Section*

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208032

# RATING CHANGES

*Significant rating actions taken the week ending 23 September 2011*

## Corporates

### PVH Corp.

|  | 7 Feb 11 | Upgrade 19 Sep 11 |
|---|---|---|
| Corporate Family Rating | Ba3 | Ba2 |
| Outlook | Positive | Positive |

The upgrade reflects the deleveraging of PVH's balance sheet following its debt-financed acquisition of Tommy Hilfiger. The integration is proceeding smoothly and its other businesses – including dress furnishings and the Calvin Klein segment - continue to perform well. The outlook remains positive as these trends are set to continue.

### Tyco International Finance S.A.

|  | 2 Jun 11 | Review for Downgrade 19 Sep 11 |
|---|---|---|
| Senior Unsecured Rating | A3 | A3 |
| Short-Term  Issuer Rating | P-2 | P-2 |
| Outlook | Stable | Review for Downgrade |

The review for downgrade follows Tyco's announcement that it will split its business into three publically traded entities. Although Tyco says the entities will have investment-grade characteristics, Tyco has yet to disclose the proposed capital structure of each entity, tax liabilities and other factors that would affect ratings and credit quality could be below A3.

### ConAgra Foods, Inc.

|  | 4 May 11 | Confirmation 20 Sep 11 |
|---|---|---|
| Long-Term Issuer Rating | Baa2 | Baa2 (confirmed) |
| Short-Term  Issuer Rating | P-2 | P-2 (confirmed) |
| Outlook | Review for Downgrade | Stable |

We confirmed ConAgra's Baa2 rating after the packaged food company withdrew its bid for food manufacture RalCorp.  While ConAgra remains committed to acquisitions as a key growth strategy, we consider this a key sign of ConAgra's willingness to put the company's rating at risk by embarking on a large, leveraged transaction. The company, however, has built up significant liquidity in the past two years that would permit it to pursue an another large  leveraged acquisition.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208033

# RATING CHANGES

*Significant rating actions taken the week ending 23 September 2011*

## Fiat S.p.A.

| | 26 Apr 11 | Downgrade 21 Sep 11 |
|---|---|---|
| Corporate Family Rating | Ba1 | Ba2 |
| Outlook | Review for Downgrade | Negative |

The downgrade reflects our expectation that Fiat and Chrysler's creditworthiness will become more closely aligned over time as strategy and operations merge. The rating reflects Fiat's business risk from a pure focus on the highly cyclical automotive industry and a substantial increase in capital expenditure from its reduced 2010 level. We also expect greater competitive pressure arising from weaker market demand, increasing price pressure and growing overcapacities in certain markets.

## Lubrizol Corporation

| | 15 Mar 11 | Upgrade 21 Sep 11 |
|---|---|---|
| Senior Unsecured Rating | Baa1 | Aa2 |
| Outlook | Positive | Stable |

Our upgrade reflects the positive impact on Lubrizol's ratings after its acquisition by Berkshire Hathaway Inc. The new rating is the same level as Berkshire Hathaway's long-term rating (Aa2) and reflects the credit support provided by the Berkshire Hathaway parental guarantee of Lubrizol's rated public debt and Berkshire Hathaway's strong credit profile.

## General Motors Company

| | 11 Oct 10 | Review for Upgrade 22 Sep 11 |
|---|---|---|
| Corporate Family Rating | Ba2 | Ba2 |
| Outlook | Stable | Review for Upgrade |

The upgrade review is based on improvements in operating and financial performance and the pending resolution of a new union contract. The company reached a tentative agreement with the United Auto Workers for a new 4-year contract. Our review will consider, first, the degree to which the proposed contract will enable GM to maintain its current level of operating flexibility, cost competitiveness and low breakeven point in its North American operations. The review will also consider GM's long-term commitment to maintaining the critical operating and financial discipline that it has embraced since 2009. Finally, we will assess the sustainability of GM's performance in the face of near-term financial and economic uncertainty in both global and regional markets.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208034

# RATING CHANGES

*Significant rating actions taken the week ending 23 September 2011*

## Infrastructure

### Iberdrola USA

| | | Outlook Change |
|---|---|---|
| | 25 May 10 | 19 Sept 11 |
| Senior Unsecured Rating | Baa3 | Baa3 |
| Outlook | Stable | Positive |

The change in outlook reflects a significant reduction in standalone debt over the past 12 months, as well as expectations for an improved financial profile, given ongoing rate increases for the multiyear rate plans of its subsidiaries. A wholly-owned subsidiary of Iberdrola S.A., Iberdrola USA is a holding company for three utility subsidiaries, including New York State Electric and Gas Corporation, which has recently been receiving markedly improved treatment from the New York Public Service Commission.

### PNM Resources, Inc.

| | | Review for Upgrade |
|---|---|---|
| | 9 May 10 | 23 Sept 11 |
| Senior Unsecured Rating | Ba2 | Ba2 |
| Outlook | Stable | Review for Upgrade |

The rating action follows PNMR's announcement that it expects to divest its unregulated operations, First Choice Power (FCP) and Optim Energy by early November 2011. PNMR's consolidated business risk will be reduced once these unregulated divestitures are completed.

### PPL Energy Supply

| | | Affirmation |
|---|---|---|
| | 2 Mar 11 | 23 Sept 11 |
| Senior Unsecured Rating | Baa2 | Baa2 |
| Outlook | Stable | Stable |

The affirmed ratings reflect a relatively strong competitive position in two different power markets, a fairly smooth transition to market rates for generation in Pennsylvania, and a balanced fuel mix. The rating affirmation also factors in our expectation that PPL Supply's leverage will decline by more than 20% over the next several years.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208035

# RATING CHANGES

*Significant rating actions taken the week ending 23 September 2011*

## Financial Institutions

### Bank of America Corporation

| | | Downgrade |
|---|---|---|
| | 2 Jun 11 | 21 Sep 11 |
| Senior Debt | A2 | Baa1 |
| Short Term Debt | Prime-1 | Prime-2 |

**Bank of America N.A.**

| | | |
|---|---|---|
| Long Term Deposits | Aa3 | A2 |
| Outlook | Review for Downgrade | Negative |

The downgrades result from a decrease in the probability that the US government would support the bank, if needed. We believe that the government is likely to continue to provide some level of support to systemically important financial institutions. However, the government is also more likely now than during the financial crisis to allow a large bank to fail should it become financially troubled, as the risks of contagion become less acute. We therefore lowered the amount of support we incorporate into Bank of America's ratings to the levels we reflected prior to the crisis. The downgrades do not reflect a weakening of the intrinsic credit quality. Bank of America Corp. has made significant progress in improving in its capital and liquidity positions, in shedding legacy and noncore assets, in measuring and monitoring risk, and in managing its risk appetite.

### Citigroup Inc.

| | | Downgrade |
|---|---|---|
| | 2 Jun 11 | 21 Sep 11 |
| Senior Debt | A3 | A3 |
| Short Term Debt | Prime-1 | Prime-2 |

**Citibank N.A.**

| | | |
|---|---|---|
| Long Term Deposits | A1 | A1 |
| Short Term Debt | Prime-1 | Prime-1 |
| Outlook | Review for Downgrade | Negative |

The downgrade of the short-term rating of Citigroup results from the reduced assumption of systemic support. The downgrade to Prime-2 is not a reflection of Citigroup's liquidity profile, which strengthened significantly over the past two years and is robust. The confirmations of the senior ratings reflect two offsetting factors: a decrease in the probability that the US government would support the bank, if needed, and an improvement in the bank's standalone credit profile, reflected in an increase in Citibank N.A.'s unsupported baseline credit assessment to Baa1 from Baa2.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208036

# RATING CHANGES

*Significant rating actions taken the week ending 23 September 2011*

### Wells Fargo & Company

|  |  | Downgrade |
| --- | --- | --- |
|  | 2 Jun 11 | 21 Sep 11 |
| Senior Debt | A1 | A2 |
| Short Term Debt | Prime-1 | Prime-1 |

### Wells Fargo Bank N.A.

| Long Term Deposits | Aa2 | Aa3 |
| --- | --- | --- |
| Short Term Debt | Prime-1 | Prime-1 |
| Outlook | Review for Downgrade | Negative |

The downgrade results from a decrease in the probability that the US government would support the bank, if needed. We believe that the government is likely to continue to provide some level of support to systemically important financial institutions. However, the government is also more likely now than during the financial crisis to allow a large bank to fail should it become financially troubled, as the risks of contagion have become less acute. We are therefore lowering the amount of support we incorporate into Wells Fargo's ratings, returning to what it was prior to the crisis.

### KBC Group N.V.

|  |  | Downgrade |
| --- | --- | --- |
|  | 2 Jun 11 | 21 Sep 11 |
| Senior Debt | A1 | A2 |
| Outlook | Negative | Stable |

### KBC Bank N.V.

| Senior Debt & Deposits | Aa3 | A1 |
| --- | --- | --- |
| Standalone Bank Financial/ Mapping to Long-Term Scale | C+/A2 | C/A3 (Neg) |
| Outlook | Negative (m) | Stable (m) |

Two factors drove our downgrade. First, we perceive increased uncertainty over KBC Group 's ability to repay by year-end 2013 the whole amount of the core capital securities held by the Belgian Federal and Flemish Regional Governments, while at the same time achieving a Basel 3 pro forma Core Tier 1 ratio of 8% at the group level; second, we are concerned that this potential inability may have serious consequences for the group's credit profile, specifically that the EU Commission may impose further conditions, which could negatively affect KBC's diversification or franchise.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208037

# RATING CHANGES

*Significant rating actions taken the week ending 23 September 2011*

## BGL BNP Paribas

| | | Upgrade |
|---|---|---|
| | 13 May 09 | 21 Sep 11 |
| Senior Debt & Deposits | A1 | A1 |
| Standalone Bank Financial/ Mapping to Long-Term Scale | C-/Baa2 | C /A3(Sta) |
| Outlook | Stable (m) | Review for Upgrade |

The upgrade of the BFSR reflects the good financial fundamentals of the bank, notably its strong capital adequacy, its liquidity which is helped by a natural surplus of customer deposits over loans and its healthy profitability. We note that the bank has significantly de-risked its balance sheet and operations in recent years, most importantly through the sale of its most-troubled structured credit assets to Royal Park Investment SPV.

## Fortis Bank S.A./N.V.

| | | Review for Upgrade |
|---|---|---|
| | 13 May 09 | 21 Sep 11 |
| Senior Debt & Deposits | A1 | A1 |
| Standalone Bank Financial/ Mapping to Long-Term Scale | C-/Baa2 | C- /Baa1 (Pos) |
| Outlook | Stable (m) | Review for Upgrade |

The review for upgrade reflects the bank's higher Baa1 standalone credit profile and the revision of our parental support assumptions to "very high" from "moderate", reflecting its ongoing successful integration with its parent and the bank's strategic relevance for the group. Our assumption of very high systemic support by Belgium is unchanged.

## Aflac Inc.

| | | Downgrade |
|---|---|---|
| | 19 May 11 | 22 Sep 11 |
| Senior Debt | A2 | A3 |
| Insurance Financial Strength Ratings | Aa2 | Aa3 |
| Outlook | Negative | Stable |

The downgrade reflects continued concern over the company's higher than average investment risk appetite highlighted by significant concentrations in its investment portfolio, as well as a business profile that show limited diversification. In addition, we view the capitalization of the Japan branch under the new Japanese solvency margin regime as being in line with several Japanese peer companies, but not as strong a capitalization level as indicated by the company's NAIC risk-based capital ratio in the United States.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208038

# RATING CHANGES

*Significant rating actions taken the week ending 23 September 2011*

## Greek Banks

On 23 September we downgraded the long-term deposit and senior debt ratings of eight rated Greek banks by two notches, concluding the review for possible downgrade initiated on 25 July. Downgraded to Caa2 from B3 were the National Bank of Greece SA (NBG), EFG Eurobank Ergasias SA (Eurobank), Alpha Bank AE (Alpha), Piraeus Bank SA (Piraeus), Agricultural Bank of Greece (ATE) and Attica Bank SA. Downgraded to B3 from B1 were Emporiki Bank of Greece (Emporiki) and General Bank of Greece (Geniki). All of the banks' long-term deposit and debt ratings carry a negative outlook.

Three main factors motivate the rating action: first, the impact of recent impairments of Greek government bonds (GGBs), and the increasing risk of significant additional impairments of GGBs, on banks' capital levels; second, the expected impact of the deteriorating domestic economic environment on non-performing loans and the potential additional provisioning costs; and, third, declines in deposit bases and still fragile liquidity positions.

# Sovereigns

## Namibia

|  | Initial Rating |
| --- | --- |
|  | 22 Sept 11 |
| Gov Currency Rating | Baa3 |
| Foreign Currency Deposit Ceiling | Baa3 |
| Foreign Currency Bond Ceiling | A3 |
| Local Currency Deposit Ceiling | A1 |
| Local Currency Bond Ceiling | A1 |
| Outlook | Stable |

We have assigned first-time ratings to the government of Namibia. The low investment-grade ratings reflect the government's track record of responsible budget management and maintenance of low public debt as well as an investor-friendly policy framework, balanced against structural legacy challenges posed by wide income disparities, very high unemployment and dependence upon the mining sector for foreign exchange earnings. The outlook is stable.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208039

# RATING CHANGES

*Significant rating actions taken the week ending 23 September 2011*

## Sub-Sovereigns

### Autonomous Region of Madeira (Portugal)

|  |  | Downgrade |
| --- | --- | --- |
|  | 07 July 11 | 23 Sept 11 |
| Issuer Rating | B1 | B3 |
| Outlook | Review for Downgrade | Review for Downgrade |

The downgrade is prompted by our concerns over the region's poor governance and management as well as its weak budget execution.  Recently, the Ministry of Finance stated in a press release that there were "grave irregularities" in the region's budget reporting. Madeira has failed to report around €1.2 billion (approximately 130% of the region's annual revenue) in commercial liabilities over the last few years.

## US Public Finance

### California Housing Finance Agency

|  |  | Downgrade |
| --- | --- | --- |
|  | 6 Jun 11 | 19 Sep 11 |
| Senior Unsecured Rating | A2 | A3 |
| Revenue Bond Rating | Baa1 | Baa2 |
| Outlook | Review for Downgrade | Negative |

The downgrade affects CalHFA's Home Mortgage Revenue Bonds (HMRB) to Baa2 from Baa1. This action affects approximately $5. 1 billion in bonds. The downgrade reflects the ongoing impact of losses due to mortgage delinquencies and foreclosures, and the diminished protection against those losses provided by the mortgage insurer, Genworth Mortgage Insurance Corporation.

### District of Columbia

|  |  | Outlook Change |
| --- | --- | --- |
|  | 10 Dec 10 | 20 Sep 11 |
| General Obligation Rating | Aa2 | Aa2 |
| Outlook | Stable | Negative |

The change to a negative outlook reflects the District's unique exposure, as the nation's capital, to federal government downsizing and the risk that such a downsizing could have on the finances of the District. The Aa2 general obligation rating reflects in part the District's strong institutionalized financial management and its core base of federal employment, which has had a countercyclical effect on its economy through the recent downturn and has benefitted the District's financial position. Going forward, efforts to reduce the federal deficit, including federal workforce reductions and entitlement cuts, could have an outsized impact on the District and its finances.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208040

# RATING CHANGES

*Significant rating actions taken the week ending 23 September 2011*

## Structured Finance

### Bank of America's covered bonds downgraded

We downgraded Bank of America's covered bonds by one notch to Aa3 following the downgrade of Bank of America to A2 from Aa3. The covered bonds enjoy a two-notch uplift over the sponsor's rating because investors have recourse to a cover pool of segregated assets in the event that the sponsor fails. The program requires the sponsor to maintain a cover pool with a minimum of 4% overcollateralization at all times.

### Upgrades to CLOs continue

During the week we upgraded the ratings on 150 tranches in 29 CLO transactions between one and eight notches, of which 25 are now rated Aaa(sf). The actions reflect our recent methodology change, improvements in performance, or deleveraging.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208041

# RESEARCH HIGHLIGHTS

*Notable research published the week ending 23 September 2011*

## Corporates

### Asia-Pacific Telecoms: Stable Amid Imminent 3G, 4G Investments

We have a stable outlook for the region although in the near-term infrastructure costs and new customer development is eroding margins. Longer-term, varied pricing plans alongside reduced churn will positively impact the sector. Liquidity remains a core strength and finances are healthy, compared to US and European peers.

### Outlook Update: North American Building Materials Industry: Stable Outlook Hinges On Legislative Outcomes, Increased Private Spending

Weak construction activity continues to weigh on the sector as states and municipalities exhaust monies and pull back from public construction projects. This decline is the biggest risk facing the industry and a continued stable outlook for the sector depends on an increase in private construction.

### European Paper and Forest Products: Tougher Trading Conditions Could Reverse Recent Upswing

Cost-cutting, product diversification and cost-competitive access to raw materials have benefited ratings, but weak market fundamentals continue to cloud the horizon. Although volumes have continued their gradual recovery through 2011, underlying demand remains well below pre-crisis levels. Credit quality has improved but further ratings actions will depend on the ability of issuers to sustain improvements in profitability and cash flow generation.

### Canadian Broadband Sector - CRTC's TV Rules: Credit-Negative for Integrated Companies, Credit Positive for Non-Integrated Companies

The Canadian Radio-television and Telecommunications Commission (CRTC) recently announced a framework safeguards intended to prevent vertically integrated broadband companies from engaging in anti-competitive behaviors. While the CRTC's actions are credit-negative for the vertically integrated companies and credit positive for the non-integrated companies, the magnitude of the impact is not sufficient to warrant rating or outlook actions.

### Consumer Durables Industry: Lessons Learned: Companies Face Uncertain Economy With Stronger Liquidity Profiles

Still skittish from the hit they took during the Great Recession, some consumer durables companies are using excess cash to pay down debt. At the same time, near-term maturity pressures are easing. Some companies are still relying on capital market access, however.

---

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208042

# RESEARCH HIGHLIGHTS

*Notable research published the week ending 23 September 2011*

## Moody's B3 Negative and Lower Corporate Ratings List - Third Quarter 2011

As concerns mount about European sovereign debt and the US economic recovery, our B3 Negative and Lower Corporate Ratings List and other proprietary indicators show no sign of a spike in US speculative-grade defaults over the next year. Credit fundamentals remain stable for speculative-grade companies.

## Latin American Corporate Credit Quality: Approaching a Peak?

The recent positive ratings drift for Latin American corporates is likely to transition to a more balanced stance over the near term. Increased capital markets volatility and economic uncertainty may result in a slightly more negative bias toward more cyclical sectors such as paper and pulp, steel and mining.

## Infrastructure

## The Great Credit Shift: Infrastructure Finance Post Crisis

The project finance and infrastructure sector weathered the years of the Great Recession with remarkable stability. However, bondholders are generally worse off today than in 2007 because infrastructure issuers face massive capital investment needs, for both maintenance as well as growth; a shifting legal framework, primarily related to environmental mandates; and increasing political intervention attributed to the struggling economic recovery. Issuers' rising operating cost structure and higher capital investment needs will strain already levered balance sheets.

## Financial Institutions

## Global Reinsurance Update: Monte Carlo Rendezvous

We offer our impressions of the discussions we had with executives at the annual Reinsurance Rendezvous about the industry's low valuations, capital management, M&A and pricing outlook. We observe that there appears to be no easy solution to the sector's low equity valuations as the traditional levers for boosting valuations are running into headwinds. Moreover, most managements agreed that more M&A would help rationalize excess capital and lift valuations, but social issues and lack of currency remain big obstacles.

## US Banking Quarterly Credit Update – 2Q11

US bank asset quality continues to recover, and our rated banks have taken over 80% of crisis-related loan losses. Our outlook for the US banking system remains negative, however, reflecting continued challenges in the operating environment, asset quality vulnerabilities, and persistent risks to banks' profitability and capitalization.

---

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208043

# RESEARCH HIGHLIGHTS

*Notable research published the week ending 23 September 2011*

### UK Pension Funds: Increased Allocations to Emerging Market Debt Enhance Portfolio Stability and Diversification

UK pension funds are increasing their long-term strategic allocations to local emerging-market debt investments, a move that is positive for portfolio stability long term. It should limit volatility, as it broadens exposure, and enhances portfolio returns generally.

## Sovereigns

### Credit Analysis: Namibia

We have assigned our first-time local- and foreign-currency issuer ratings of Baa3 to the government of Namibia. The low investment-grade ratings reflect the government's track record of responsible budget management and maintenance of low public debt as well as an investor-friendly policy framework, balanced against structural legacy challenges posed by wide income disparities, very high unemployment and dependence upon the mining sector for foreign exchange earnings. The outlook is stable. We have assigned Namibia's long-term country ceiling for foreign currency debt at A3.

### Credit Analysis: Croatia

The country's Baa3 ratings and stable outlook reflect its relative wealth and the government's affordable, albeit worsening debt metrics. Croatia is expected to become the 28th member of the European Union in 2013, which signals its improving institutional capacity. However, the rating is constrained by an impaired growth model and the extensive euroization of its banking system. Croatia's economic recovery has lagged behind that recorded elsewhere in Europe. Our concerns about the economic growth model relate to its high leverage after a period of extensive foreign borrowing. At 100% of GDP, Croatia's external debt is becoming a source of vulnerability.

### Portuguese Issuers: Credit Implications Associated with Weakened Sovereign

Our report explains the credit implications for domestic Portuguese issuers of the downgrade of the Republic of Portugal's sovereign rating to Ba2 on 5 July, and why in most cases their ratings are now compressed at no more than two notches above the sovereign's rating even when they were previously more widely differentiated. The report concentrates on the effects on Portuguese corporates, infrastructure companies, and regional and local governments (non-financial issuers).

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208044

# RESEARCH HIGHLIGHTS

*Notable research published the week ending 23 September 2011*

## US Public Finance

### Key Drivers of Downgrades of California Housing Finance Agency Ratings

We detail the drivers of our 19 September downgrade of the California Housing Finance Agency's senior unsecured rating to A3 from A2. These include continued losses from single family mortgages resulting from elevated levels of delinquencies and foreclosures, diminished strength of mortgage insurance that has provided key protection against single family losses, and financial pressures related to variable rate debt.

### The Great Credit Shift: US Public Finance Post Crisis

How did US public finance credit shift over the last four years – the post crisis? Where is credit going now? These 12 articles discuss some of the credit and structural shifts affecting municipal bond investors in the wake of the Great Recession. Our public finance analysts bring to bear the research and analysis that we carry out on 90% of public debt issued by state and local governments, hospitals, higher education institutions and other tax-exempt entities.

### A Look at Speculative-Grade Local Governments in the Wake of the Recession

Local governments with speculative-grade ratings struggle with declining state and federal aid, a stagnant economic recovery, and ongoing malaise in the housing market. Based on a review of our portfolio of 25 credits in this small-but-important sector of the municipal bond market, we conclude that their most common problems are illiquidity and also poor governance or budget management.

### Top 10 Factors Driving US Higher Education Upgrades and Downgrades

Credit strengths include the public's ongoing demand for college, uniquely strong levels of philanthropic support, and longer-term endowment growth and balance sheet strengthening. Negative factors stem from instances of thin liquidity, debt stricture risk, and revenue pressures, including declining gifts, reduced state support for public universities, and growing resistance to tuition increases.

### Ohio's Biennium Budget Cuts Revenues for Local Governments

Like municipalities elsewhere, Ohio cities continue to face the challenges of the recession. The economic and budgetary pressures will likely continue in the near to medium term due to local and national economic conditions and the impact of Ohio's 2012/2013 biennium budget. We expect the cuts to result in manageable fiscal pressure on local entities for the remainder of fiscal 2011, with increasing pressure through fiscal 2013, especially for school districts, which are more reliant on state revenues than other local governments.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208045

# RESEARCH HIGHLIGHTS

*Notable research published the week ending 23 September 2011*

## Structured Finance

### Moody's/REAL Commercial Property Price Indices, September 2011

The REAL Commercial Property Price Index for the US rose 5% in July, the third straight monthly increase. The index is 12.6% above its post-peak low but only slightly above its average for the past two years. We expect the contraction of CMBS lending and stalled employment growth to prolong the bottoming process for the market as a whole, however..

### Covered Bond Research Compendium

We reflect on key issues affecting the covered bonds market through the financial crisis. Articles cover Danish covered bonds, Spanish mortgage covered bonds, Germany's treatment of certain covered bonds, Dutch mortgage underwriting, Turkish law, Polish banks, and the US covered bond legislation.

### European RMBS Research Compendium

We reflect on the state of the RMBS structured finance market and describe our expectations for the second half of 2011. Articles cover: UK RMBS master trust ratings, UK RMBS loan modifications, adversely selected non-conforming UK RMBS loans, UK mortgage lenders, insolvency- related events of default for structured transactions, Dutch mortgage underwriting, mortgage recognition framework, and Irish RMBS.

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208046

**EDITORS**

*News & Analysis:* Jay Sherman, Elisa Herr and Barry Hing

*Rating Changes & Research Highlights*: Robert Cox

*Final Production:* Barry Hing

**PRODUCTION ASSOCIATE**

David Dombrovskis

© 2011 Moody's Investors Service, Inc. and/or its licensors and affiliates (collectively, "MOODY'S"). All rights reserved.

CREDIT RATINGS ARE MOODY'S INVESTORS SERVICE, INC.'S ("MIS") CURRENT OPINIONS OF THE RELATIVE FUTURE CREDIT RISK OF ENTITIES, CREDIT COMMITMENTS, OR DEBT OR DEBT-LIKE SECURITIES. MIS DEFINES CREDIT RISK AS THE RISK THAT AN ENTITY MAY NOT MEET ITS CONTRACTUAL, FINANCIAL OBLIGATIONS AS THEY COME DUE AND ANY ESTIMATED FINANCIAL LOSS IN THE EVENT OF DEFAULT. CREDIT RATINGS DO NOT ADDRESS ANY OTHER RISK, INCLUDING BUT NOT LIMITED TO: LIQUIDITY RISK, MARKET VALUE RISK, OR PRICE VOLATILITY. CREDIT RATINGS ARE NOT STATEMENTS OF CURRENT OR HISTORICAL FACT. CREDIT RATINGS DO NOT CONSTITUTE INVESTMENT OR FINANCIAL ADVICE, AND CREDIT RATINGS ARE NOT RECOMMENDATIONS TO PURCHASE, SELL, OR HOLD PARTICULAR SECURITIES. CREDIT RATINGS DO NOT COMMENT ON THE SUITABILITY OF AN INVESTMENT FOR ANY PARTICULAR INVESTOR. MIS ISSUES ITS CREDIT RATINGS WITH THE EXPECTATION AND UNDERSTANDING THAT EACH INVESTOR WILL MAKE ITS OWN STUDY AND EVALUATION OF EACH SECURITY THAT IS UNDER CONSIDERATION FOR PURCHASE, HOLDING, OR SALE.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY LAW, INCLUDING BUT NOT LIMITED TO, COPYRIGHT LAW, AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, all information contained herein is provided "AS IS" without warranty of any kind. MOODY'S adopts all necessary measures so that the information it uses in assigning a credit rating is of sufficient quality and from sources MOODY'S considers to be reliable including, when appropriate, independent third-party sources.  However, MOODY'S is not an auditor and cannot in every instance independently verify or validate information received in the rating process. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The ratings, financial reporting analysis, projections, and other observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. Each user of the information contained herein must make its own study and evaluation of each security it may consider purchasing, holding or selling. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER.

MIS, a wholly-owned credit rating agency subsidiary of Moody's Corporation ("MCO"), hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MIS have, prior to assignment of any rating, agreed to pay to MIS for appraisal and rating services rendered by it fees ranging from $1,500 to approximately $2,500,000. MCO and MIS also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually at www.moodys.com under the heading "Shareholder Relations — Corporate Governance — Director and Shareholder Affiliation Policy."

Any publication into Australia of this document is by MOODY'S affiliate, Moody's Investors Service Pty Limited ABN 61 003 399 657, which holds Australian Financial Services License no. 336969. This document is intended to be provided only to "wholesale clients" within the meaning of section 761G of the Corporations Act 2001. By continuing to access this document from within Australia, you represent to MOODY'S that you are, or are accessing the document as a representative of, a "wholesale client" and that neither you nor the entity you represent will directly or indirectly disseminate this document or its contents to "retail clients" within the meaning of section 761G of the Corporations Act 2001.

Notwithstanding the foregoing, credit ratings assigned on and after October 1, 2010 by Moody's Japan K.K. ("MJKK") are MJKK's current opinions of the relative future credit risk of entities, credit commitments, or debt or debt-like securities. In such a case, "MIS" in the foregoing statements shall be deemed to be replaced with "MJKK".

MJKK is a wholly-owned credit rating agency subsidiary of Moody's Group Japan G.K., which is wholly owned by Moody's Overseas Holdings Inc., a wholly-owned subsidiary of MCO.

This credit rating is an opinion as to the creditworthiness or a debt obligation of the issuer, not on the equity securities of the issuer or any form of  security that is available to retail investors. It would be dangerous for retail  investors to make any investment decision based on this credit rating. If in doubt you should contact your financial or other professional adviser.



**INVESTORS SERVICE**

Report: 135768

CONTAINS PROTECTED INFORMATION
To Be Disclosed Only In Accordance with
Protective Order

Fairholme-DDC-0208047