# **EXHIBIT AA**

AUGUST 13, 2012

BANKING



ISSUER COMMENT

# Fannie Mae's and Freddie Mac's Return to Profitability Is Fleeting
From Credit Outlook

Analyst Contacts:

NEW YORK          +1.212.553.1653

Brian Harris       +1.212.553.4705
Senior Vice President
brian.harris@moodys.com

Last week, the Federal National Mortgage Association (Fannie Mae, Aaa negative) and Federal Home Loan Mortgage Corp. (Freddie Mac, Aaa negative) announced second-quarter net earnings of $5.1 billion and $3.0 billion, respectively, primarily on the reversal of loan loss reserves fueled by improving house prices.[1]

Improving housing values will reduce credit losses in their mortgage portfolios. However, once the benefit of reserve release runs its course, we believe the government sponsored enterprises' (GSEs) ultimate path remains unchanged: they will deplete their capital bases because the dividends they'll be paying on their preferred securities will be greater than their earnings[2]. As shown in Exhibit 1, the GSEs' earnings and losses have been driven by loan loss provisioning.

EXHIBIT 1
**Fannie Mae and Freddie Mac Net Income and Provision for Losses**



Source: Fannie Mae and Freddie Mac financial statements

---

[1] Fannie Mae announced second-quarter results on Tuesday, and Freddie Mac announced results on Wednesday.
[2] See Weekly Credit Outlook, Plan To Raise Fannie Mae and Freddie Mac Guarantee Fees Raises Question of Support, 26 September 2011

Protected Information To Be Disclosed Only
In Accordance With Protective Order

UST00532011

The substantial reduction in provisions for credit losses primarily reflects each company's lower loan loss severities, which are driven by positive house price appreciation. Second-quarter home prices[3] rose by 3.2% in Fannie Mae's portfolio and by 4.8% in Freddie Mac's. This led to declining severity of losses (as shown in Exhibit 2) and downward revisions to their credit loss reserves. If the housing market is turning for the better (a highly debated subject),[4] declining severity rates would be a virtuous trend for a few more quarters.

EXHIBIT 2
**Single-Family Initial Charge-Off Severity Rates**



Source: Fannie Mae and Freddie Mac financial statements

As a result of the improved home price outlook, both Fannie Mae and Freddie Mac drew down their single-family allowance for credit losses by $6.3 billion and $2.5 billion, respectively. At the end of the second quarter, Fannie Mae's allowance as a percent of its total single-family mortgage portfolio was 2.23% while Freddie Mac's was 1.94%.

Over the past ten years Fannie Mae's and Freddie Mac's allowance for loan losses as a percent of total single-family mortgage portfolio has averaged 1.01% and 0.89%, respectively. In trying to quantify the benefits to the GSEs of an improving housing market the GSEs may benefit from a temporary period of lower provisioning as their allowance declines to their ten year average. This suggests the benefit that will accrue to Fannie Mae is $34.7 billion and the benefit that will accrue to Freddie Mac is $19.2 billion.[5] In other words, an improving housing market reduces the GSEs future expected losses on their current mortgage guaranty portfolio.

However, bondholders will not benefit from any positive earnings in 2012. This is because the GSEs' agreement[6] with the US Treasury is structured such that beginning on 1 January 2013, the GSEs' access to US Treasury-provided capital will become limited to $125 billion minus any positive net worth for Fannie Mae and $150 billion minus any positive net worth for Freddie Mac. In effect, the US Treasury receives the benefits of any earnings in 2012 because they reduce the GSEs' ongoing capital claim.

---

[3] Both Fannie Mae and Freddie Mac maintain indexes of changes in house prices on the single-family houses in their portfolio.
[4] It remains an open question whether the housing market is turning for the better. Fannie Mae reported a slight decline in house prices in the first quarter of 2012, while Freddie Mac reported two consecutive quarters of house price appreciation, a first since 2007. The GSEs' foreclosure timelines remain extended which may be supporting house prices. It is also possible that the second quarter house price appreciation reflects seasonality. Both Fannie Mae and Freddie Mac have in the past reported positive house price appreciation only to report house price depreciation in following quarters.
[5] This assumes their mortgage portfolio remains at the 30 June 2012 level.
[6] The Senior Preferred Stock Purchase Agreement allows the GSEs to request an unlimited amount of capital from the US Treasury until year-end 2012. After year end, Fannie Mae and Freddie Mac will respectively have access to $125 billion and $150 billion of preferred capital less any positive net worth.

Protected Information To Be Disclosed Only
In Accordance With Protective Order

UST00532012