# **EXHIBIT CC**

**BARCLAYS CAPITAL**

INTEREST RATES RESEARCH                                          Global Rates Strategy | 17 June 2011

# GLOBAL RATES WEEKLY
## Crunch time again

The market remains in thrall to the endgame currently being played out in Greece.

### United States

**Rates Strategy: Buy volatility**                                                                3
For the fourth year in a row, the summer looks to be a time of uncertainty for financial markets. Sovereign risk has flared up in Europe again, and is unlikely to die out soon.

Treasuries: Oh no, not again                                                                      6
Agencies: Not fade away                                                                          11
Swaps: Danger ahead (but not another Lehman)                                                     13
TIPS: If not RRBs, then what?                                                                     17
Volatility: Front-end flattener                                                                   22
Special: GSE preferred shares: Hope is not a strategy                                             24

### Europe

**Euro: Greek Top 40 and the 'voluntary' question**                                              41
Recently, we have published a number of pieces looking at the holders of Greek debt. Here, we update these numbers and show the details of the biggest holdings on a name-by-name basis. Besides Greek institutions, euro financial institutions are by far the main holders.

Money Markets: Cautiousness, not panic                                                           45
Sovereign Spreads: Greece: Make or break                                                         48

**UK: Forward curve set to steepen further**                                                     51
The market remains in thrall to the combination of European fiscal risk and the weakening of UK data. On the curve, Gilt 5y5yfwd/10y5y fwd looks set to steepen further, which should see further outperformance of the 10yr sector versus the wings.

Covered Bonds: The UK covered bond market revisited                                              53
Scandinavia: Norges Bank Preview: Entering a mini pause                                          61
Euro Inflation-Linked: Euro HICPx – if going long, go long the long end                          65
UK Inflation-Linked: Outright expense masks value in ultra-longs                                 66

### Japan

**JGBs likely to underperform USTs**                                                             67
GBs underperformed briefly this month against US Treasuries. The downward rigidity in short-term JGB yields now appears to be having an impact. We believe JGBs could easily underperform UST unless a clear bull flattening trend takes shape.

Global Views on a Page                                                                            2
Global Traders' Guide                                                                            70
Global Economics Calendar                                                                        71
Global Supply Calendar                                                                           74
Global Bond Yield Forecasts                                                                      75

United States
Ajay Rajadhyaksha
+1 212 412 7669
ajay.rajadhyaksha@barcap.com

Michael Pond
+1 (212) 412 5051
michael.pond@barcap.com

Rajiv Setia
+1 212 412 5507
rajiv.setia@barcap.com

Europe
Laurent Fransolet
+44 (0) 20 7773 8385
laurent.fransolet@barcap.com

Alan James
+44 (0) 20 7773 2238
alan.james@barcap.com

Japan
Chotaro Morita
+81 (3) 4530 1717
chotaro.morita@barcap.com

www.barcap.com

PLEASE SEE ANALYST CERTIFICATIONS AND IMPORTANT DISCLOSURES STARTING AFTER PAGE 76

Protected Information To Be Disclosed Only In Accordance With Protective Order

Barclays Capital | Global Rates Weekly

# VIEWS ON A PAGE

| | US | EUROPE | JAPAN |
|---|---|---|---|
| Direction | ■ Recent weakness in data is not fully reflected in yields.<br>■ Investors are probably worried about the effects of the end of QE2 and the possibility of a delay in interest payments.<br>■ Both concerns are overstated, in our view, and European risk is underpriced. Tactically long intermediate yields. | ■ While a near-term resolution for Greece could lead to some sell-off at the front end of the EUR curve, it is not likely to sell off aggressively until we have a better idea of the extent of the global economic weakness. We are bearish on a medium-term basis, while range trading likely to continue in the near term. We keep our bearish bias by holding DUU1 put spread financed by selling an OTM call.<br>■ GBP: Weakening growth outlook supports rates. | ■ Investor positions are not short, making an accelerated bull flattening trend unlikely.<br>■ There may be a further delay, however, in any increase in JGB issuance.<br>■ We recommend a neutral or somewhat short position for now and a long position for a medium-term span of over one month. |
| Curve | ■ 2s10s curve could flatten further as the above-mentioned concerns fade.<br>■ 5s30s curve should remain steep, as the intermediate sector remains subject to economic uncertainty and the long end to fiscal uncertainty. | ■ Hold on to EUR 2s10s flatteners as a long-term trade.<br>■ Also keep receiving EUR 5s10s30s and 2s10s30s flys.<br>■ For further long-end steepening, go long the 15y point on the swap curve by receiving EUR 10s15s30s and EUR 5y5y fwd/5y10y fwd/5y15y fwd<br>■ UK: Hold flatteners via butterflys. Short-term rate expectations can compress further | ■ Swap 20-30y flattener, 10yx10y vs 20yx10y flattener.<br>■ Swap 2-5-10 short.<br>■ JGB 3-5 steepener with long delta bias. |
| Swap spreads | ■ Long FFH2 to fade hike expectations.<br>■ USM1 invoice spread tighteners.<br>■ FRA-OIS wideners on risk of contagion spreading to core European banking system. | ■ Keep long Bund ASW position as a long-term trade<br>■ Long GBP 2-3y ASW spreads. 30y ASW to underperform 10y ASW. 10y10y fwd ASW has cheapened as the fwd gilt curve has steepened more than the forward swap curve. | ■ JGB 4y assets swapped into USD.<br>■ JBU1 swap spread widener. |
| Other spread sectors | ■ We acknowledge headwinds for agency-Treasury spreads, but eventually expect 5y, in particular, to grind tighter; short-lockout callables appear attractive in the 3-5y maturities.<br>■ Stay cautious on European supras versus US names, given sovereign contagion risk. Value has emerged in the Canadian-covered bond space at 25-30bp over agencies, especially when adjusted for sovereign risk. | ■ 10y gilt-bund to rewiden as supply comes back to the gilt market. Pay GBP/Euro 5y spread.<br>■ SEK: Enter tactical outright shorts in Dec 11 3m FRA. Hold shorts in SEK 1y 2y fwd vs EUR and cross-market Dec11/Dec13 FRA steepeners versus EUR. Hold 5y SGB (1050) ASW wideners.<br>■ NOK: Hold Dec11/Dec12 3M FRA flatteners versus SEK.<br>■ Keep long 6y Belgium versus 50% 6y France and 50% 6y Italy.<br>■ Hold into long 2s5s10s Belgium and Spain.<br>■ Hold the tactical long in SPGB Jul 14 vs DBR Jul 14<br>■ Hold into long BTP Feb13/Nov15/Aug16 barbell.<br>■ Hold Italy 10s30s flatteners versus Spain 10s30s steepeners | ■ 20y 3v6 tightener. |
| Inflation | ■ Tactically neutral on breakevens, given continuing uncertainty about the US fiscal outlook.<br>■ 30y sector looks cheap but may cheapen further ahead of supply in June.<br>■ Long belly of Jan16-Apr16-Jul16 real yield fly, as the floor premium on new 5s could rise with risk aversion. | ■ Go long 15y euro HICPx swaps after the recent bout of cheapening.<br>■ Ultra-long real yields are expensive, but cheap on curve and in breakeven ahead of IL50 mini-tender. DWP consultation response may pave way for renewed LDI demand. | ■ A consumption tax hike has become more likely. Long JGBi16 breakeven. |
| Volatility | ■ Vol on longer tails may richen as delivered vol bottoms and hedging needs increase.<br>■ Shorter expiry options should outperform longer expiry options, as callable zero supply continues to weigh on the long end.<br>■ Buy 6m1y versus 6m2y bear flattener to hedge a flare-up in euro area sovereign risk. | ■ We recommend buying a EUR 1y1y ATM/ATM+40bp/ATM+80bp payer ladder<br>■ We keep our bearish bias by holding DUU1 put spread financed by selling an OTM call. | ■ 2x7y 50bp OTM payers financed by 2yx7y straddle.<br>■ Target buying 5yx5y by selling 1mx10y vs 1mx5y at 1:1 face. |

Source: Barclays Capital

17 June 2011

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163469

Barclays Capital | Global Rates Weekly

# RATES STRATEGY

## Buy volatility

Ajay Rajadhyaksha
+1 212 412 7669
ajay.rajadhyaksha@barcap.com

Piyush Goyal
+1 212 412 6793
piyush.goyal@barcap.com

**For the fourth year in a row, the summer looks to be a time of uncertainty for financial markets. Sovereign risk has flared up in Europe again, and is unlikely to die out soon. But this rising uncertainty does not seem to be fully reflected in most options markets, including rate options. We recommend that investors prepare for an uncertain summer by buying volatility, and especially shorter expiries on the 10- and 30-year tails.**

Financial markets face uncertainty from several areas. Most pressing is a new flare-up of the European sovereign crisis. Our base case is that an eventual restructuring in Greece is likely, but that it is probably not a 2011 event. Our view is based on two factors. One is our belief that contagion risks to Portugal, Ireland, and Spain would rise if there were an immediate restructuring. For example, Figure 1 shows the amount of exposure that the rest of the world has to all debt from these four countries (including sovereign debt, bank debt, non-bank debt and derivatives). Clearly, other European countries have by far the biggest exposure to a disorderly restructuring in the peripherals. This makes continued political and economic support (including a new package) from the EU and IMF very likely – the alternative would be extremely costly for all involved.

The other reason arguing against an immediate restructuring is that Greece has still not made enough progress towards a sustainable primary surplus. Consequently, an immediate restructuring does not solve the issue of fiscal insolvency – even if Greece does not pay interest on existing debt, it still needs to issue new debt to keep the country running. Presumably, it will be unable to tap the debt markets immediately after a default on existing debt, which argues against an immediate restructuring.

But this 'kicking the can down the road' scenario depends strongly on political will across the euro area, which is where the uncertainty arises. For example, the coming weekend will see two key political developments. One is the confidence vote being sought by the Greek Prime Minister in Parliament, from June 19 to 22. The second is a meeting of the European

**Figure 1: Banking sector still exposed to peripheral European countries**

| Q4, 2010 | Foreign Exposure to Countries, $bn | | | | |
|---|---|---|---|---|---|
| Exposure of Banks | Greece | Ireland | Portugal | Spain | Total | Change since Q210 |
| German | 40 | 159 | 50 | 224 | 473 | -40 |
| Spanish | 1 | 14 | 105 | | 120 | 3 |
| French | 65 | 56 | 32 | 176 | 329 | -82 |
| Italian | 6 | 24 | 7 | 43 | 80 | 4 |
| UK | 19 | 194 | 29 | 138 | 380 | 10 |
| Japanese | 2 | 22 | 3 | 27 | 54 | 2 |
| US | 41 | 105 | 47 | 179 | 372 | 19 |
| Total | 174 | 574 | 273 | 786 | 1,807 | -84 |
| Change since Q210 | -38 | -50 | 7 | -4 | -84 | |

Note: As of December 31, 2010. Does not include banks in "other euro area" and "rest of the world" as the latest data for those is not available yet.  Source: BIS

**Figure 2: Comparing rate and equity volatility**



Source: Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163470

Barclays Capital | Global Rates Weekly

Economic and Financial Affairs Council (June 19 and 20), which might decide the next installment of the bailout.  A European Council Meeting will be attended by heads of state on June 23 and 24.  And on July 11 and 12 there will be a meeting of European finance ministers, during which private investor participation in a new bailout will be discussed All of this should occur against the backdrop of heavy (and often violent) protests in Greece and other countries against austerity measures.

Even if fears over Europe calm down quickly, there are other sources of uncertainty looming. One is the end of QE2 and what that means for US bond markets. Although we have argued that private investors will fill the demand gap left by the Fed, there is some chance that this transition is not seamless. More importantly, the next several weeks will see increased headlines about the debt ceiling / fiscal plan debate. Policy makers are unlikely to come to an agreement immediately, although we believe that an eventual deal will be reached that increases the debt ceiling (without solving the thorny issues of entitlement and tax reform). Finally, the global economy also poses questions. The jury is still out on whether the soft patch for the US economy in the first half of the year is the start of another downturn (although we expect the second half to be somewhat better than the first). Meanwhile, monetary tightening in China and India increases the risk that these twin engines of global growth may be on the verge of slowing down, in our view. And political problems in the Middle East (including the civil wars in Libya and Yemen) continue.

Against this backdrop, options markets seem to have been slow to react. We look at volatility across rates, equity, and currency markets. We use 3m*10Y implied vol for rates, the VIX index for equities, and 3-month implied vol on the EUR-USD cross for currencies. Figure 2 shows equity and rate vol over the past few years, while Figure 3 compares rates and currency volatility. Understandably, volatility across markets is now far, far lower than it was in the fourth quarter of 2008. But option prices are also much lower than they were in the May and December 2010 episodes, when concerns about European sovereign risk flared up last. Specifically, Figure 4 is a shorter snapshot of rate volatility – while 3m*10y option prices averaged 122bp annualized in December 2010 with a peak of 138bp and a minimum of 112bp. That options contract is currently at 104bp, and after a big spike in the past two days. Meanwhile, the sources of uncertainty this time are arguably greater, especially given the problems in the Middle East and the emergence of the debt ceiling debate, neither of which was a factor in December 2010. Admittedly, recommending an outright gamma long

**Figure 3: Comparing rates and currency volatility**



Source: Barclays Capital

**Figure 4: Rate vol is much lower than in December 2010**



Source: Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163471

based on renewed uncertainty is more art than science; however, in our view, conditions seem ripe for an increase in volatility across asset classes. In the rates markets, we recommend buying gamma on longer tails.

Some of the other articles in this weekly look at ways to position for current developments in various rates asset classes. In Treasuries, we caution against fading the current rate rally, while in swap spreads, we believe that the recent widening in front-end spreads will not reverse quickly. Finally, our volatility strategist recommends conditional 1y-2y bear flatteners in swaption space, as a positive carry way to position for possible contagion in Europe. But perhaps the simplest way for investors to position for the uncertainty of the next few weeks is to be an outright buyer of rate volatility.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163472

Barclays Capital | Global Rates Weekly

# TREASURIES

## Oh no, not again

Anshul Pradhan
+1 212 412 3681
anshul.pradhan@barcap.com

**We believe the Treasury market has not fully incorporated the risk from Europe in addition to that arising from debt limit negotiations. The belly has more room to richen and the 10s30s curve to steepen. Separately, the recently released flow of funds data for Q1 2011 suggest that spread products may be more at risk than Treasuries from the end of QE2.**

### Contagion from Europe

The Treasury market had another volatile week, selling off sharply on Tuesday before rallying amid heightened risk aversion and mixed economic data. While inflation data surprised to the upside, with y/y core CPI rising to 1.5%, both Empire State and Philadelphia indices fell further, signalling that the manufacturing slowdown worsened in June. The highlight of the week was not economic data but news from Europe which cast doubt over a new bail-out package from the EU and for further IMF support (Please see the rates strategy piece in the publication)

Sovereign CDS spreads for peripheral European countries have widened sharply over the past few days with Greece 5y CDS now trading north of 2000bp and Portugal and Ireland near 800bp (Figure 1). More importantly, the correlation between these countries' CDS spreads has picked up. Figure 2 shows that correlation of daily changes of Greece and Portugal/Ireland CDS spreads has increased from about 50-60% to 80%. This indicates that the market is pricing in a higher risk of joint defaults[1]. This is especially worrisome given the still-high exposure of the banking sector to peripheral European countries.

Figure 3 shows the total exposure banks in various countries had to the peripheral European countries (including public + bank + non-bank private + derivatives with positive fair value) as of December 31, 2010. While exposures have declined across countries and that to Greece may be manageable at $170bn, exposure to Ireland is still $575bn. In its June 2011 financial stability review, ECB noted that the number one risk that large European banks face is "the interplay between the vulnerability of public finances and the financial sector with potential

**Figure 1: Sovereign CDS spreads for peripheral European countries have gapped wider…**



5y Sovereign CDS, bp

Portugal
Spain
Ireland
Greece, RHS

Source: Bloomberg, Barclays Capital

**Figure 2: …with the market pricing in a higher risk of joint defaults**



21 day rolling correlation, daily changes 5y Sovereign CDS

Greece/Portugal
Ireland/Portugal
Greece/Ireland

Source: Bloomberg, Barclays Capital

---

[1] Please see *Greece: The (long) countdown to restructuring*, May 11, 2011 for a detailed discussion.

17 June 2011

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163473

Barclays Capital | Global Rates Weekly

adverse contagion effects, on the one hand, and possible adverse implications for banks' credit and market risk, on the other" and that this risk has *increased* since December 2010.

In this light, it seems that the belly of the Treasury market has more room to richen. Figure 4 shows that European senior financial CDS spreads are trading at much tighter levels than December 2010, even though European sovereign CDS spreads are trading at wider levels. This is not consistent with the increase in risk since December as noted by the ECB. Even if they do not widen further, the recent widening does not seem to have been fully reflected in Treasury yields. Figure 5 shows that during the April-May 2010 crisis, 5y yields declined 7bp for a 10bp widening in European financial CDS spreads. Since the middle of last week, the latter has widened 25bp (and some more today) and 5y yields have fallen only marginally. If financial spreads were to catch up to sovereign spreads, there is even more room to richen. Finally, as Figure 6 shows, forward Libor-OIS spreads can widen further (please see the swaps section for details).

**Figure 3: Banking sector still exposed to peripheral European countries**

| Q4, 2010 | Foreign Exposure to Countries, $bn | | | | | |
|---|---|---|---|---|---|---|
| Exposure of Banks | Greece | Ireland | Portugal | Spain | Total | Change since Q210 |
| German | 40 | 159 | 50 | 224 | 473 | -40 |
| Spanish | 1 | 14 | 105 | | 120 | 3 |
| French | 65 | 56 | 32 | 176 | 329 | -82 |
| Italian | 6 | 24 | 7 | 43 | 80 | 4 |
| UK | 19 | 194 | 29 | 138 | 380 | 10 |
| Japanese | 2 | 22 | 3 | 27 | 54 | 2 |
| US | 41 | 105 | 47 | 179 | 372 | 19 |
| Total | 174 | 574 | 273 | 786 | 1,807 | -84 |
| Change since Q210 | -38 | -50 | 7 | -4 | -84 | |

Note: As of December 31, 2010. Does not include banks in "other euro area" and "rest of the world" as the latest data for those is not available yet. Source: BIS

**Figure 4: European financial CDS spreads have not widened as much as European sovereign CDS spreads**



Source: Barclays Capital

**Figure 5: The April-May 2010 experience suggest belly of the curve has more room to richen**



Note: Regression performed on data from April 1, 2010 to June 1, 2010. Source: Barclays Capital

**Figure 6: Forward Libor-OIS spreads could widen further**



Source: Bloomberg, Barclays Capital

17 June 2011

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163474

We would therefore recommend not fading either the richening of the belly (2s5s10s gross fly) or the steepening of the curve (10s30s). In the article "Expect steepening to continue," *Market Strategy Americas Weekly*, 9 June 2011, we had argued that the risk of the debt limit outcome not being credible in long-term issues but aggressive on near-term spending cuts is not priced in. Now it seems that risk stemming from Europe is also not fully priced in. We therefore maintain our 10s30s steepening view.

## Fed's latest Treasury purchases have displaced investors into riskier assets

One often discussed theme is what happens after the Fed stops buying Treasuries (over and above reinvestments of agency debt/MBS). We have argued in the past that supply/demand dynamics beyond the end of QE2 are unlikely to be the main driver of rates ("Life beyond QE2," *Market Strategy Americas Weekly*, March 10, 2011) and more updated data suggest spread products may be more at risk than Treasuries. Last week, the Fed released the flow of funds data for Q1 11, which gives further insights into investor behaviour as the Fed was purchasing Treasuries under the latest LSAP program. The results confirm the hypothesis that the Fed had floated regarding the portfolio balancing channel; Fed purchases indeed displaced investors into riskier assets.

Figure 7 shows the net supply of fixed income securities (Treasuries ex-bills, municipal securities, agency debt/MBS and corporate securities (bonds and securitized debt) and net demand by major investor bases over Q4 10 and Q1 11. Figure 8 shows the change in net supply/demand from the previous two quarters (Q2 10 and Q3 10). A few points to note:

The Treasury issued $718bn in coupon Treasuries over Q4 10 and Q1 11 of the total fixed income issuance of $791bn. As compared with the previous two quarters, Treasury issuance was slightly lower and other fixed income issuance was slightly higher. Even after the pickup, there continues to be little credit creation outside of the government sector as high corporate bond issuance is being offset by the shrinking securitized universe. Hence, if an investor buys a spread product, some other investor would get displaced into the Treasury market.

**Figure 7: Fed bought Treasuries; what did the others do?**

| Q4-2010 + Q1-2011 | Treasury ex-bills | Munis | Agency Sec | Corporates | Total |
|---|---|---|---|---|---|
| Federal Reserve | 529 | 0 | -163 | 0 | 366 |
| Rest of the world | 271 | 6 | -4 | -4 | 270 |
| Household sector | -179 | 41 | 105 | -26 | -59 |
| Treasury | 0 | 0 | -26 | 0 | -26 |
| Banking sector | 0 | 23 | 83 | -194 | -87 |
| Insurance | 12 | 10 | 8 | 65 | 95 |
| Pensions | 45 | 0 | 6 | 30 | 81 |
| Money market mutual funds | 45 | -11 | -42 | -6 | -13 |
| Mutual funds | 7 | -18 | 40 | 101 | 131 |
| Broker/dealers | 6 | -2 | -20 | 29 | 13 |
| Others (GSEs/REITS/others) | -19 | 0 | 43 | -2 | 22 |
| Total | 718 | 48 | 31 | -6 | 791 |

Note: Corporate securities include non-agency MBS, ABS and CMBS in addition to traditional bonds. Treasury ex-bills is computed using change in bill outstanding and bill holdings as reported in the TIC data and ICI money market data.
Source: Treasury, ICI, Federal Reserve, Bloomberg

Protected Information To Be Disclosed Only In Accordance With Protective Order　　　　FHFA-DDC-0163475

Barclays Capital | Global Rates Weekly

**Figure 8: They were displaced by the Fed into spread products**

| Q410_Q1 11 vs Q210_Q310 | Treasury ex-bills | Munis | Agency Sec | Corporates | Total |
|---|---|---|---|---|---|
| Federal Reserve | 494 | 0 | -158 | 0 | 336 |
| Rest of the world | -64 | -2 | -25 | 6 | -84 |
| Household sector | -414 | 44 | 80 | 201 | -89 |
| Treasury | 0 | 0 | -4 | 0 | -4 |
| Banking sector | -54 | 13 | 28 | -290 | -304 |
| Insurance | -1 | 0 | 5 | 2 | 6 |
| Pensions | -95 | 0 | 110 | 9 | 25 |
| Money market mutual funds | 33 | 27 | 8 | 11 | 79 |
| Mutual funds | -22 | -50 | -37 | 21 | -89 |
| Broker/dealers | 68 | -1 | -66 | 19 | 20 |
| Others (GSEs/REITS/others) | -15 | 3 | 128 | 20 | 136 |
| Total | -71 | 35 | 70 | -2 | 32 |

Source: Federal Reserve

The Fed bought ~$529bn in Treasuries, $163bn of which was due to reinvestments of paydowns in agency debt/MBS; overall, Fed's securities portfolio increased $366bn. This is in sharp contrast to the previous two quarters when the Fed balance sheet/composition was largely unchanged. So who sold to the Fed, and where did they invest?

Foreign investors continued to buy US fixed income securities, mostly Treasuries, albeit at a slightly lower pace; they purchased $271bn coupon Treasuries during the past two quarters as compared with $335bn in the previous two. Their demand for agency securities fell marginally as well. Accumulation of FX currency reserves continued at roughly the same pace (currency adjusted), suggesting foreign central banks diversified at a slightly faster rate, probably due to lack of supply of Treasuries.

Major shifts towards riskier assets took place in the portfolio of domestic investors. Demand for Treasuries from the household sector (which includes domestic hedge funds and non-profit organizations in addition to individuals) fell by $414bn versus the previous two quarters and that of agency and corporate securities increased by $80bn and $200bn, respectively; the latter includes securitized debt such as ABS, CMBS, and non-agency MBS. At the same time, banks – mainly the ones with foreign offices in the US – shrunk their portfolio of securitized debt, which was probably absorbed by the household sector (most likely hedge funds). Similarly, pension funds switched out of Treasuries into agency MBS. Other financial entities such as GSEs, ABS issuers and REITS also turned into larger net buyers of agency MBS. The equity flows data also show a relative increase in demand from foreign investors, mutual funds and pension funds.

Hence, it seems Fed's purchases of Treasuries did push investors into riskier assets, spread products and equities. As QE2 ends on June 30 and the Fed reverts to only reinvesting paydowns of $10-$15bn/month of agency securities, we believe these flows will reverse as they did when the Fed ended QE1 in March 2010. Figure 9 shows the change in net supply/demand from Q2/Q3 09 when the Fed was significantly involved both in the Treasury and agency markets to Q2/Q3 10 when the Fed was largely absent. As can be seen, the slack was picked up by foreign investors, the household sector and the banking sector.

Hence, we do not see the end of QE2 as the major driver of rates. Investors should pay close attention to the evolving situation in Europe and how the debt limit negotiations play out.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163476

Barclays Capital | Global Rates Weekly

Figure 9: End of QE1 saw investors moving back into Treasury/agency MBS

| Q2_Q3 10 vs Q2_Q3 09 | Treasury ex-bills | Munis | Agency Sec | Corporates | Total |
|---|---|---|---|---|---|
| Federal Reserve | -242 | 0 | -542 | 0 | -783 |
| Rest of the world | 109 | 5 | 97 | 69 | 271 |
| Household sector | 138 | -48 | 322 | -114 | 253 |
| Treasury | 0 | 0 | -89 | 0 | -89 |
| Banking sector | -16 | 7 | 0 | 115 | 106 |
| Insurance | -7 | 1 | -2 | 4 | -4 |
| Pensions | 55 | 0 | -55 | 2 | 3 |
| Money market mutual funds | 7 | 24 | 91 | 33 | 254 |
| Mutual funds | 1 | -23 | 30 | -4 | 4 |
| Broker/dealers | -45 | -4 | 126 | -41 | 45 |
| Others (GSEs/REITS/others) | 17 | -4 | 43 | -56 | 0 |
| Total | 18 | -43 | 23 | 8 | 60 |

Source: Federal Reserve

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163477

## UNITED STATES: AGENCIES

# Not fade away

Rajiv Setia
+1 212 412 5507
rajiv.setia@barcap.com

James Ma
+1 212 412 2563
james.ma@barcap.com

**We expect agencies to keep outperforming Libor near term and look for buying to re-emerge if agency-Treasury spreads widen closer to the levels of last May. USD covered bond weakness has been disproportionate in Canadian and Scandinavian names.**

### Agencies richen to Libor

Agencies have not been immune to the across-the-curve swap spread widening episode caused by a return of sovereign risk concerns in peripheral Europe, widening several bp across the curve over the past few days (Figure 1). As we had suggested in our previous article,[2] swap spreads were likely to widen in the near term, thereby pressuring agency spreads. However, the favorable technical backdrop would ensure that agencies outperform swaps.

Over the past week, agencies have outperformed on a Libor basis, despite the first new supply in the 2y sector in several months (Figure 2). Demand for the new 2y bellwether bullet was distributed more in line with 2009 and earlier placements: domestic investors bought 86% of the deal, versus an average of 48% in 2010-11. Similarly, central banks bought just 11% of the deal, or about one-third of their average participation in 2010-11. However, we would caution against reading too much into these statistics, as this was a 2y issue with a proportionately low absolute level of yield, and only $3bn in size.

We expect agencies to stay directional with swap spreads while generally richening to Libor. As our colleagues note in the US Swaps section, swap spreads still have room to widen further near term, as Libor-OIS spreads are still several bp below October-November 2010 levels and significantly below the levels in May 2010.

Overall, we expect demand for agencies to remain solid, which should help support spreads versus Treasuries in the medium term. With 3y and 5y Treasury yields at 0.67% and 1.52%, respectively, agencies would be very compelling to a wide range of investors at spreads 8-10bp wider than current levels; this is c. T+30bp in 3s and T+35bp in 5s, comparable to levels last May, but the technical backdrop is far more favorable today.

On the demand side, bank portfolios remain flush with cash, and we expect them to

Figure 1: Agency-Treasury spreads widen...



Source: Barclays Capital

Figure 2: ...as asset swap spreads tighten



Source: Barclays Capital

[2] "Keep calm and carry on," *Market Strategy Americas*, 3 June 2011.

Protected Information To Be Disclosed Only In Accordance With Protective Order                    FHFA-DDC-0163478

Barclays Capital | Global Rates Weekly

continue adding to agency holdings; given the potential for spikes in vol, we would also encourage them to opportunistically add callables, as the Fed will be even more likely to stay on hold in H2 11.

In conclusion, we maintain our cautious stance on agency-Treasury spreads, which could continue to leak wider with swap spreads in the near term. However, in the medium term, we recommend fading the move wider in agency-Treasury spreads and look for buyers to aggressively add to the sector if spreads widen to the levels of last May.

### Covered bond underperformance congeals

The USD covered bond market had already experienced a period of underperformance on a Libor basis since the beginning of the month, and the most recent risk-aversion episode has neither improved nor exacerbated the situation.

The weakness has not been evenly distributed among the various regions with frequent issuers (Figures 3 and 4):

- CFF in particular has been least affected across the curve relative to Canadian and Scandinavian names and is still well tight of even late-2010 levels, during the most recent period where sovereign risk concerns flared, even though it arguably has the most linkage to the euro zone as a French quasi-governmental agency.

- Scandinavian names have underperformed the most on a relative basis, in some cases approaching late-2010 wides, with Canadian names also cheapening considerably.

While we hesitate to make blanket comparisons, we believe that Canadian names represent a substantial pickup at 30bp behind agencies, given the government guarantee on collateral, and would recommend fading the widening move once the near-term swap spread widening has abated.

Figure 3: Relative performance of 2y USD covered bonds



Source: Barclays Capital

Figure 4: Relative performance of 4y USD covered bonds



Source: Barclays Capital

17 June 2011

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163479

Barclays Capital | Global Rates Weekly

## UNITED STATES: SWAPS

### Danger ahead (but not another Lehman)

Amrut Nashikkar
+1 212 412 1848
amrut.nashikkar@barcap.com

**We believe that there is room for further widening in front-end spreads, given the risk of a Greek restructuring. However, even if such an event were to occur, the likelihood of a widening of the magnitude that followed the Lehman Brothers bankruptcy is small.**

Swap spreads widened dramatically over the past couple of days in reaction to news from Greece. The widening in 2y spreads, for instance, was as much as 5bp on Wednesday and up to 3.5bp at one point on Thursday. While economic data have been surprising to the downside of late, the proximate cause of the spread widening was an increased likelihood of a Greek restructuring and the possibility of contagion spreading to the European banking system – in many respects, like the episode of May 2010.

Further, Moody's announcement that it was putting three major French banks – BNP Paribas, Société Générale and Crédit Agricole – on negative outlook for their long-term ratings also underscored the risk of contagion from Greece. It is noteworthy that spreads reacted despite the reaffirmation of their short-term ratings at P1.

In "May 2010 – The memory remains" *Market Strategy Americas*, May 20, 2011, we had recommended positioning for front-end spread wideners from a risk-reward perspective. However, despite the 6bp widening in 2y spreads that has been realized over the past two days, we would not recommend fading the move yet.

#### Risks still point toward more widening to come

In its latest European Financial Stability Review, the ECB listed "the interplay between the vulnerability of public finances and the financial sector with potential adverse contagion effects, on the one hand, and possible adverse implications for banks' credit and market risk, on the other," as being the single most significant risk to large and complex banks in Europe.  It also said that these risks had increased substantially since December 2010. This can also be seen in Figure 1, which plots the beta between daily changes in the European senior financial and sovereign CDS indices, respectively.

**Figure 1: European financial credit risk more sensitive to sovereign risk than it was in December 2010**



Source: Barclays Capital

**Figure 2: 2y Libor-OIS basis still well below the levels of December 2010 and May 2010**



Source: Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order                          FHFA-DDC-0163480

In our view, the swap spread market is not pricing this risk yet. Figure 2 shows a breakdown of the 2y swap spreads into the 2y Libor-OIS components and the Treasury-OIS component. The former is driven by the credit risk of banks, while the latter is mainly driven by funding and demand/supply factors in the Treasury market. As Figure 2 shows, 2y Libor-OIS spreads are not even trading near their average level over the months of November, December and January 2010. They are nearly 12bp under the peak of the wideness at the beginning of December. Further, they are well below the levels they reached in May 2010.

There are some other issues to be worried about. According to the latest BIS data, which is available up to Q4 2010, banks in core European countries continue to have very high exposures to those in Greece, Ireland, Portugal and Spain. Please refer to the Treasury section of this publication for a more detailed discussion.

The Libor panel consists of primarily European banks. As a result, the dollar borrowing costs of European banks drive Libor settings. As Figure 3 shows, there is some relationship between the size of exposure of European banks and the peripheral nations and their Libor settings, which indicates that the market already looks at peripheral exposure unfavorably.

Foreign banks have been borrowing substantially from US money funds through the commercial paper market. Foreign commercial paper outstanding, according to the Fed's data, has increased from $180bn to nearly $250bn over the last nine months (Figure 4). Anecdotally, there is evidence that relative to smaller foreign banks, the large and complex European banks now tend to borrow more in CP. Thus, the dependence of these banks on US money funds has increased.

Why do we think that the market is not adequately priced for this risk? The reason goes back to what we saw in May 2010 and December 2010, which are both times when negative news around Greece and Ireland drove Libor upwards, and 2y spreads wider. 1y CDS on Greece (Figure 5) traded at around 1000bp in May and December 2010, respectively. Assuming a recovery rate of 50%, the market was expecting an approximately 20% probability of default for Greece in May 2010, and its reaction in the Libor-OIS market was to drive 2y Libor-OIS to more than 45bp in May 2010. The widening in December 2010 was based on negative news around Ireland, and the CDS was trading at nearly 500bp compared to around 950bp currently. The possibility of haircuts on Irish debt led to a 2y

**Figure 3: Libor settings of banks related to their exposure to peripherals**



Source: BBA, Barclays Capital

**Figure 4: Foreign commercial paper outstanding has increased over the past few months**



Source: Federal Reserve

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163481

Barclays Capital | Global Rates Weekly

Figure 5: 1y Greece CDS much wider than June 2010, 1y Irish CDS much wider than December 2010



Source: Barclays Capital

Figure 6: Excess reserves at the Fed from foreign banks has increased with QEII



Source: Federal Reserve

Libor-OIS basis widening up to 35bp in December 2010. In light of both these episodes, we expect front-end spreads to widen more than the 6bp widening we have already seen so far.

## A repeat of Lehman Brothers? Not likely

There are some mitigating factors that make the situation today less dangerous than it was after the Lehman Brothers bankruptcy.

■ The Lehman Brothers bankruptcy was a surprise to the market. Even one day before the event, the CDS was only trading at 1450bp, and a week before, it was trading at 650bp. The possibility of a Greek restructuring has existed for well over a year now and should not surprise the market.

■ Many of the liquidity facilities put into place in the aftermath of the crisis did not exist when the bankruptcy occurred; consequently both uncertainty and liquidity were a lot tighter. Over the past two years, central banks have shown a strong commitment to maintaining the stability of the financial system.

■ The two quantitative easing programs by the Federal Reserve have left excess reserves of nearly $1.7tn on banking balance sheets (Figure 6). A large portion of the recent increase ($800bn) has flowed to foreign banks, of which European banks are a big component.

■ The proportion of their assets that money funds have invested in CP has trended higher over the past few months (Figure 7). There is a scarcity of alternatives – bills have traded very rich and the FDIC assessment has caused repo to become a less attractive source of funding for banks.  This lack of alternatives will continue to hinder any efforts to shift to another asset class.

■ USD-denominated borrowing by European banks from other monetary financial institutions has declined substantially. Further, relative to the stable (non-financial) sources of USD-denominated borrowings, the amount of USD-denominated assets that need to be so funded has declined (Figure 8). This makes a Libor-OIS flare on the scale of Lehman unlikely (Figure 8).

Protected Information To Be Disclosed Only In Accordance With Protective Order                          FHFA-DDC-0163482

Barclays Capital | Global Rates Weekly

**Figure 7: Money funds investing a much bigger proportion of their assets into CP because of scarcity of alternatives**



Source: ICI, Barclays Capital

**Figure 8: European banks need less dollar funding than they had in late 2008**



Source: ECB, Barclays Capital

- As we have already discussed in the Treasury section of this publication, Europe, French, German and UK banks have cut their exposure to peripheral Europe. While the latest BIS data on this is somewhat dated (Q4 2010), it is quite likely that such a reduction in exposure has taken place over the past two quarters as well. Consequently, they appear to be in a better position to handle a Greek default than they were a year ago.

While we believe that risks from Greece and Ireland restructuring debt are not fully priced into swap spreads, we do not expect a Lehman Brothers-like event either. Given the baseline view that there will be some resolution to the issue, and restructuring, if any will be orderly, with the active involvement of the ECB, we believe that this episode should move more along the lines of May 2010. On the other hand, the tail risk of unforeseen consequences of any restructuring always remains, which makes putting on spread tighteners at this stage unwise, in our view.

Protected Information To Be Disclosed Only In Accordance With Protective Order                FHFA-DDC-0163483

# UNITED STATES: INFLATION-LINKED MARKETS

## If not RRBs, then what?

Michael Pond
+1 212 412 5051
michael.pond@barcap.com

Chirag Mirani
+1 212 412 6819
chirag.mirani@barcap.com

**Canadian investors concerned about rising inflation may look to foreign markets as an alternative, given liquidity and duration of their domestic real rate market. We examine the relationship between Canadian inflation and inflation markets with others around the world.**

### Canadian real return investment demand growing

Canadian investors have increasingly shown interest in real assets as a hedge against domestic inflation. However, in terms of supply domestically, the Canadian real return bond (RRBs) market is quite small with only about $31bn in total face value and total of six issues outstanding. Expected gross issuance in 2011 is about $2.2bn, compared with that of over $125bn in the US. Additionally, all of the available issuance is in the 30y sector (the shortest maturing is in 2021), as that is where the Canadian government issues to facilitate domestic pension fund demand. With the global linkers market at about $2trn in total size, we explore whether the non-CAD real bond markets can fill some of the void in this demand.

### Canada CPI well explained by global inflation picture

Before we begin exploring real returns in non-CAD markets with CAD markets, we set out to get a high level of understanding of y/y Canadian inflation correlations with respect to other regions. In Figure 1, we find that y/y Canadian inflation is highly correlated with y/y inflation in US, Italy, UK, Sweden, France, Spain, and Australia. This gives us some confidence that inflation in Canada can generally be explained by just a few markets such as the US, EUR, UK, and Australia. Rolling 10y correlations (Figure 2 and Figure 3) between various countries and Canada show that the US, French, and Australian inflation experience have generally been stable in recent times.

Using expanding window regression, US, UK, and EUR regional countries' y/y inflation, we can well explain the y/y Canadian inflation (Figure 4). The model, which has an R-squared of 0.94, suggests about 49% beta to US CPI, 31% to EUR, and 6% beta to EUR CPI.

**Figure 1: y/y Canadian inflation well correlated with US, EUR, UK, and Australia...**

|         | Canada | USA  | Italy | UK   | Sweden | France | Spain | Australia | Japan | EUR  | Germany | Brazil |
|---------|--------|------|-------|------|--------|--------|-------|-----------|-------|------|---------|--------|
| Canada  | 1.00   |      |       |      |        |        |       |           |       |      |         |        |
| USA     | 0.88   | 1.00 |       |      |        |        |       |           |       |      |         |        |
| Italy   | 0.85   | 0.79 | 1.00  |      |        |        |       |           |       |      |         |        |
| UK      | 0.80   | 0.82 | 0.79  | 1.00 |        |        |       |           |       |      |         |        |
| Sweden  | 0.79   | 0.72 | 0.82  | 0.76 | 1.00   |        |       |           |       |      |         |        |
| France  | 0.78   | 0.73 | 0.80  | 0.70 | 0.73   | 1.00   |       |           |       |      |         |        |
| Spain   | 0.77   | 0.66 | 0.86  | 0.74 | 0.79   | 0.82   | 1.00  |           |       |      |         |        |
| Australia | 0.72 | 0.57 | 0.82  | 0.80 | 0.73   | 0.65   | 0.76  | 1.00      |       |      |         |        |
| Japan   | 0.70   | 0.70 | 0.72  | 0.77 | 0.64   | 0.74   | 0.69  | 0.73      | 1.00  |      |         |        |
| EUR     | 0.65   | 0.83 | 0.84  | 0.65 | 0.78   | 0.89   | 0.91  | 0.74      | 0.82  | 1.00 |         |        |
| Germany | 0.51   | 0.69 | 0.65  | 0.55 | 0.71   | 0.75   | 0.70  | 0.36      | 0.50  | 0.92 | 1.00    |        |
| Brazil  | 0.15   | 0.35 | 0.46  | 0.44 | 0.54   | 0.34   | 0.41  | 0.19      | 0.46  | (0.03) | (0.02) | 1.00   |

Note: Earliest data: Canada: January 1914, USA: January 1913, Italy: January, 1957 , UK: January 1956, Sweden: January, 1955, France: February, 1957, Spain: January 1961, Australia: September, 1948, Japan: January 1970, EUR: January 1901, Germany: January 1948, Brazil: December 1984 Source: Haver, Bloomberg, Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order                      FHFA-DDC-0163484

Barclays Capital | Global Rates Weekly

Figure 2: USA and Australia inflation have generally moved together with Canadian inflation



Source: Haver, Bloomberg, Barclays Capital

Figure 3: French and Swedish inflation have also moved more in line with the Canadian inflation



Source: Haver, Bloomberg, Barclays Capital

The residuals in the regressions are mean-reverting with an expected value of about zero. Thus, arguably, over a longer period (eg, instead of y/y over a 5y y/y changes), this non-CAD inflation basket can do even a better job proxying Canadian inflation. In Figure 4, we excluded Australia in our inflation modelling, given the relatively smaller real return bond market there.

### Replicating Canadian RRB returns

Building from this y/y inflation model as a base, we examine whether the Canadian RRB returns can be replicated using the noted proxy markets, Figure 4. First, we examine, Canadian RRB index return correlation with other IL government bond market (unhedged) returns (Australia, UK, US, and EUR linker returns converted into CAD but without hedging for currency risk). Since the Canadian RRBs index is long durated (maturities exceeding 10 years), we compare it with only 10+ years ILB indices in the aforementioned foreign regions.

Figure 4: Canadian inflation well explained by rolling y/y US, EUR, and UK inflation



Note: R^2 94% Source: Barclays Capital

17 June 2011

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163485

Barclays Capital | Global Rates Weekly

Figure 5: CAD unhedged: y/y Correlation of Canadian RRB returns versus foreign gov't IL index returns and y/y Canadian inflation, converted to $CAD returns after monthly holding period

| | Canada ILB Returns | Australia ILB Returns (CAD) | Euro ILB Returns (CAD) | UK ILB Returns (CAD) | US ILB Returns (CAD) | Canada y/y Inflation |
|---|---|---|---|---|---|---|
| Canada ILB Returns | 100% | | | | | |
| Australia ILB Returns | 52% | 100% | | | | |
| Euro ILB Returns | 38% | 54% | 100% | | | |
| UK ILB Returns | 35% | 66% | 62% | 100% | | |
| US ILB Returns | 4% | 7% | 45% | 11% | 100% | |
| Canada y/y Inflation | 36% | 17% | 24% | 34% | 12% | 100% |



—— y/y Canada RRB returns
—— y/y Canada RRB Model Returns(using Australia, Eur, UK, US govt IL bond indices)

Note: Model correlation of about 60% Source: Barclays Capital

After converting foreign IL returns into spot CAD currency, we see only a weak CAD RRB return replication (R-squared of 0.60) using other governments' IL bond markets (Figure 5). This is understandable because the spot FX moves can add significant volatility to the local foreign government IL bond returns (from the perspective of a Canadian investor). We do not think Canadian real rate investors should take this risk with foreign economies being in the state of flux. We recommend that any proxy real rate investments be currency hedged at the inception of the trade using forwards.

## Hedged foreign ILB government returns better track Canadian RRB returns

In our second approach, we rerun the multi-factor regression of Canadian RRB returns versus CAD$ hedged (using forwards) EUR, US and UK government IL returns. This second approach yields a much better explanatory power for Canadian RRB returns (Figure 6 and Figure 7, R^2: 89% with significant t-stats for US, UK and EUR). Specifically, hedged Euro ILB, US ILB, and UK ILB bonds are 78%, 71%, and 64%, respectively, correlated with the Canadian ILB returns. The model outputs roughly 0.21 beta to US, 0.52 beta to UK, and 0.5 beta to EUR. Using this same approach, we were also able to explain Canadian breakeven returns (Figure 8) with hedged non-CAD breakeven returns, albeit, with a lesser correlation than was the case for outright Canadian RRB replication. This low BE return correlation (the R-squared is 0.71) is likely a reflection of country wise fiscal outlooks and uncommon longer-term supply/demand factors in individual regions' long-end of the curve.

Protected Information To Be Disclosed Only In Accordance With Protective Order     FHFA-DDC-0163486

Barclays Capital | Global Rates Weekly

Figure 6: CAD hedged: y/y Correlation of Canadian RRB returns versus foreign gov't IL index returns and y/y Canadian inflation

| | Canada ILB Returns | Euro ILB Returns | US ILB Returns | UK ILB Returns | Australia ILB Returns | Canada y/y Inflation |
|---|---|---|---|---|---|---|
| Canada ILB Returns | 100% | | | | | |
| Euro ILB Returns | 78% | 100% | | | | |
| US ILB Returns | 71% | 73% | 100% | | | |
| UK ILB Returns | 64% | 44% | 47% | 100% | | |
| Australia ILB Returns | 37% | 36% | 41% | 22% | 100% | |
| Canada y/y Inflation | 36% | 16% | 33% | 23% | 45% | 100% |

Note: Model correlation of about 89% Source: Barclays Capital

Figure 7: Canadian RRB index returns well replicated with CAD hedged UK, US and EUR gov't ILB returns

Figure 8: Canadian BE index returns with CAD hedged UK, US and EUR



— Canada RRB returns
— Hedged Canada RRB Model Returns(Eur, UK, US)

— Canada  BE Index
— Canadian Model BE Index (UK, US, EUR > 10yr BE Index)

Model R^2 89% Source: Barclays Capital

Note: Model R-Squared 71%Source: Barclays Capital

In summary, we find that y/y Canadian CPI is highly correlated with other major economies' y/y inflation. With this fact as an underlying base, we see that Canadian RRB returns can be well replicated using other major inflation-linked markets such as the US, UK, and EUR (hedged for CAD).

## Upcoming supply

Canadian investors looking to proxy RRBs with non-CAD markets may view next week's $7bn TIIFeb41 reopening as an opportunity, particularly since the next RRB auction is not expected until August. US 30y yields trade cheap to Canadian 30y real yields by about 70bp and this spread has widened from a recent low of 20bp last fall (Figure 9).

## Note on Front-end non-CAD markets versus CAD inflation

We have shown that Canadian inflation can be modeled with non-CAD inflation and that Canadian inflation markets can be proxied with non-CAD inflation markets. Next, we explored whether y/y Canadian inflation can be hedged with non-CAD inflation market returns. Unfortunately, we find that y/y Canadian inflation cannot be easily hedged by non-CAD markets. For example, hedged returns from the 1-3y US breakeven index shows only about 38% correlation with y/y Canadian CPI. However, this level of near-term inflation hedging is

17 June 2011

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163487

not possible using even the domestic Canadian RRB based breakevens. Specifically, the Canadian RRB breakeven's correlation with y/y Canadian inflation is only about 19%. It makes sense that short US breakevens would be a better fit to y/y Canadian inflation than RRB breakevens simply because of the long duration of RRBs. This means that those looking to hedge near-term Canadian inflation can do better by looking to short maturity breakevens in non-CAD markets rather than RRBs, though the hedge is still far from perfect.

**Figure 9: US/CAD 30y real yield spread (bp)**



Source: Barclays Capital.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163488

Barclays Capital | Global Rates Weekly

## UNITED STATES: VOLATILITY

### Front-end flattener

Piyush Goyal
+1 212 412 6793
piyush.goyal@barcap.com

**Buy 6m*1y payer funded with 6m*2y payer to hedge against a flare-up in the euro area.**

Greece and euro area issues are back in the limelight. Front-end swap spreads have widened in both EUR and US, the 1y-2y swap curve has started to flatten, and vol on short tails has picked up. Even the short-term municipal swap market has felt the jitters[3].

If the problems in the euro area worsen, vol on 1y tails would richen relative to vol on 2y tails. The last time Greece issues came to the fore (May 2010) 3m*1y vol was richer than 3m*2y vol (Figure 1). Current levels are clearly underpriced for such a scenario.

**Figure 1: The vol market is not priced for contagion in the euro area**



Source: Barclays Capital

To hedge against a flare-up in sovereign risk in the euro area, we suggest a bear flattener:

- Buy $200mn ATM 6m*1y payer

- Sell $100mn  high-strike 6m*2y payer

- Premium neutral.

We like the trade for two reasons:

First, the 1y-2y swap curve is steeper in the forward space. For example, the spot curve = 22bp while the 6m forward curve = 34bp. The steeper forward is a reflection of Fed on hold for most of 2011 and hikes thereafter.

Second, the vol differential is at an extreme. Similar to Figure 1, 6m*1y vol is at a 1year extreme compared to 6m*2y vol. As a result, one can initiate the flattener at much better levels than the forward curve. For example, a premium neutral 6m*1y versus 6m*2y bear flattener can be initiated at roughly 52bp, which is 18bp better than forward and 27bp better than spot 1y2y curve. As Figure 2 shows, this curve level is close to the steepest of the past year.

---

[3] The 1y BMA ratio has continued to decline even as 10y and 30y ratios continue to rise.

Protected Information To Be Disclosed Only In Accordance With Protective Order                    FHFA-DDC-0163489

Barclays Capital | Global Rates Weekly

**Figure 2: The 1y-2y curve has not sustained levels steeper than 50bp for the past one year**



1y-2y swap curve (bp) ——— Entry level

Source: Barclays Capital

**Figure 3: Performance of the bear flattener in various rate scenarios (currently 1y = 0.43%, 1y-2y curve = 22bp)**

| p&l (cts), 3m later | 1y-2y swap curve, 3m later (bp) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1y swap rate, 3m later (%) | 10 | 15 | 20 | 25 | 30 | 35 | 40 | 45 | 50 | 55 | 60 | 65 |
| 0.35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0.45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (6) |
| 0.55 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (6) | (16) |
| 0.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (6) | (16) | (26) |
| 0.65 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 2 | (8) | (18) | (28) |
| 0.7 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 12 | 2 | (8) | (18) | (28) |
| 0.75 | 28 | 28 | 28 | 28 | 28 | 28 | 22 | 12 | 2 | (8) | (18) | (28) |
| 0.8 | 38 | 38 | 38 | 38 | 38 | 32 | 22 | 12 | 2 | (8) | (18) | (27) |
| 0.85 | 48 | 48 | 48 | 48 | 42 | 32 | 22 | 12 | 2 | (8) | (18) | (27) |
| 0.9 | 58 | 58 | 58 | 52 | 42 | 32 | 22 | 12 | 2 | (8) | (17) | (27) |

Source: Barclays Capital

*Risk to the trade*

The primary risk to the trade is that risk in the euro area is contained *and* **an** improvement in US data leads to a significant number of hikes priced by the market. Short rates would increase and the 1y-2y would likely steepen.

Figure 3 shows the terminal pay-off from the trade in various rate and curve scenarios. The bordered area (1y swap rate higher than 0.65% and 1y-2y swap curve steeper than 55bp) shows the P&L of the trade in the above-mentioned scenario.

It is noteworthy that the swap curve has not sustained levels beyond 60bp since the Fed eased to an ultra-low funds rate in 2008. Accordingly, the trade could lose 27-28cts in its worst-case scenario. This compares favorably with the gain of up-to 58cts if contagion from Greece causes the 1y-2y to flatten (P&L shown by the shaded area). We like the risk-reward and, therefore, initiate the trade in our model portfolio.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163490

Barclays Capital | Global Rates Weekly

# UNITED STATES: SPECIAL TOPIC

## GSE preferred shares: Hope is not a strategy

Rajiv Setia

+1 212 412 5507

rajiv.setia@barcap.com

James Ma

+1 212 526 6566

james.ma@barcap.com

Amrut Nashikkar

+1 212 412 1848

amrut.nashikkar@barcap.com

**As the GSEs' quarterly results have improved, investors have focused on the potential residual value of FNM/FRE (junior) preferred stock. Our analysis suggests that, under a reasonable set of assumptions, cash flows are highly unlikely to accrue to equity holders. Preferred shares have value only under conditions that are very favorable to the GSEs at taxpayer expense, which would be a political non-starter, in our view.**

- Current pricing implies that the market is significantly overestimating the probability that value will accrue to the junior preferred shares of FNM and FRE.

- The key driver of value in junior preferreds is not the GSE's prospective market share or g-fee pricing, but simply whether the Treasury decides to significantly lower the 10% coupon it currently requires the GSEs to pay on its senior preferred shares.

- Although we support the idea of cutting the dividend to zero at YE 12, our view is that this should be replaced with a commitment fee equal to the GSEs' earnings. This would allow capital support to be maintained and at the same time ensure that the Treasury recovers the maximum possible value from future GSE cash flows while Congress determines the future of housing finance. This strategy would minimize the risk of further capital draw-downs post-2012, which would be a source of market instability. It would also ensure that Treasury and agency credit remain analogous, even post-2012.

- However, cutting the coupon from 10% to zero without charging a separate commitment fee to make the GSEs profitable so that they can "pay back taxpayers" is a spurious argument. Taxpayers need to be adequately compensated for ongoing Treasury support via the PSPAs, and providing support without adequate compensation is likely to be politically unpalatable. Structuring the commitment fee as per our recommendation would maximize value to taxpayers while maintaining stability in debt markets post-2012.

- Under our baseline scenario, we assume that the GSEs are run off and liquidated over a 25- to 30-year horizon. We find little or no value in GSE junior preferred shares in this scenario.

- We also look at an implausibly optimistic scenario, where we assume that the GSEs are allowed to function as per the status quo, grow their book and increase their guarantee fees. Even with these assumptions, we find very little value in the junior preferred shares.

- For preferred bulls, a relative value argument can be made between Freddie and Fannie junior preferred shares. In our view, FRE preferred should trade at a premium to FNM. Currently, they are trading close to each other, which is a mispricing, in our view.

## Introduction

One of the key themes we have highlighted over the past year with respect to GSE earnings is that we expect top-line net income (before preferred dividends to the Treasury) to turn sustainably positive by the end of 2011. This view has been premised on the projection that credit provisioning for legacy losses at both GSEs will largely be complete by end-2011. Furthermore, post-conservatorship GSE originations have been relatively pristine and are unlikely to generate much in the way of credit losses, barring a massive double dip in housing.

Protected Information To Be Disclosed Only In Accordance With Protective Order                    FHFA-DDC-0163491

Barclays Capital | Global Rates Weekly

On the revenue front, retained portfolio income remains buoyed by ultra-low funding costs even as the asset base shrinks. In addition, income from the guarantee book continues to benefit from historically high market share on new originations and stable g-fees, at the same time that borrower credit quality is improving.

Taken together, this sets the stage for net income before senior preferred dividends to turn sustainably positive, in our view. Indeed, recent quarterly results have borne out this thesis.

At this juncture, our primary interest in the topic revolves around the implications of earnings on prospective Treasury support for these entities once finite capital limits return after YE 12. However, recent quarterly results have generated a surprising amount of interest from investors in distressed assets, looking to scoop up legacy preferred shares. Reflecting this interest, the price of junior preferred shares has risen from 2 cents on the dollar to around 8 cents (Figure 1). In our view, this rise is unjustified.

## GSE junior preferred shares have little or no value

We consider two scenarios – a baseline scenario and a very optimistic scenario. Under our baseline scenario, the GSEs are likely to be run off and liquidated over a 25-year horizon, which in our opinion is a realistic time frame for the business to be unwound.[4] **Some have argued that the government is unlikely to deliver a value of zero to its 79.9% share in common equity in a recapitalization that could take place as soon as 2013.** In this scenario, in their view, it would be possible for the junior preferred shareholders to extract some value. We have not considered this scenario for two reasons:

■  Any residual value that is left in the GSEs currently depends on having government support. In a privatized form, these entities would be viable by 2013 – the capital requirements would be too high, given their systemic importance – and they would rapidly lose market share. A privatization as soon as 2013 would also be disruptive to the agency MBS and agency debt markets.

■  Further, even if such a recapitalization could somehow take place, it does not make sense for the government to cut the coupon on the senior preferred to maximise the value of the common equity. Unlike other situations over the past few years, the

**Figure 1: FNM, FRE (junior) preferred share prices**



Source: Barclays Capital

---

[4] "US housing finance: No silver bullet," 13 December 2010.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163492

Barclays Capital | Global Rates Weekly

government owns a $160bn stake in an asset class that is senior to any private shareholders. In a receivership, it can control 100% of any new private entity that is established via its massive senior preferred stake, even if the value of its common equity stake goes to zero.

We estimate the value of the junior preferred shares under our assumed scenarios using three different assumptions for the senior preferred dividend after year-end 2012: 10%, 5% and 0% respectively. Further, to avoid further capital draw-downs made solely for the purpose of paying senior preferred coupons, we assume that the Treasury modifies the senior preferred coupon at YE2012 such that annual coupon payments equal the *lower* of the net income or the assumed fixed coupon rate (again, considering 10%, 5% and 0% dividend rates). In our view, modifying the coupon in this manner would allow the Treasury to maximize the value of its stake in the GSEs while minimizing any potential worries of capital shortfalls once finite capital support comes into play post-2012.

Figure 2 summarizes our analysis, which is also explained in more detail later. In our base case, at coupon rates of 10% and 5% on senior preferred, the GSEs need public support until they are liquidated. Even if the preferred dividend is cut to 0, our assumptions imply no residual value for FNM and only about $6.1bn (or 40 cents on the dollar) of residual value for FRE, which could be recovered by the junior preferred holders. This translates to a 6.2% yield over a 23-year horizon, which is less than that of the Barclays Capital long-maturity investment grade financial index (~6.5%).

Considering that any payoff from investing in the junior preferreds requires: 1) taxpayers to take a hit by cutting the preferred dividend to zero; 2) taxpayers to take an additional hit by allowing FNM/FRE to recognize their deferred tax assets and offset income; and 3) allowing the agencies to more than double their guarantee fees, the junior preferred shares are clearly overvalued if our base case is realized.

**Figure 2: Relative value between Freddie and Fannie junior preferred shares in the base case**

|  | Senior preferred dividend at (%)[5] | | | | | |
|  | Fannie | | | Freddie | | |
|  | 10 | 5 | 0 | 10 | 5 | 0 |
| Taxpayer is repaid in | Never | Never | Never | Never | Never | 2028 |
| Junior preferred gets paid in | Never | Never | Never | Never | Never | 2034 |
| Value of junior preferred at payoff ($ bn) | 0 | 0 | 0 | 0 | 0 | 6.1 |
| Implied yield of preferred (%) | 0 | 0 | 0 | 0 | 0 | 6.2 |

Source: Barclays Capital

For those who find our base-case outlook for the GSEs to be too pessimistic, we consider an implausibly optimistic scenario. Under this scenario, we make the following assumptions:

- The GSEs are allowed to continue in their current form.

- They grow their guarantee book and double g- fees without losing market share.

- The guarantee book, going forward, entirely consists of pristine mortgages of the quality originated since 2009, which in turn translates to running credit losses of only 5bp annually.

---

[5] The senior preferred coupon is structured so that further draws do not occur solely because of the need to pay the preferred dividend.

Protected Information To Be Disclosed Only In Accordance With Protective Order                          FHFA-DDC-0163493

- They are allowed to use up their deferred tax assets to offset taxes in their initial years; recall that these accumulated due to 2008-09 losses, which were funded by taxpayers.

- They recover some of the credit provisions they have made against legacy losses, as severities level off at 40%.

**Figure 3: Relative value between Freddie and Fannie junior preferred in the optimistic case**

|  | Senior preferred dividend at (%) | | | | | |
|---|---|---|---|---|---|---|
|  | Fannie | | | Freddie | | |
|  | 10 | 5 | 0 | 10 | 5 | 0 |
| Taxpayer is repaid in | 2032 | 2024 | 2021 | 2027 | 2022 | 2019 |
| Junior preferred gets paid in | 2061 | 2051 | 2048 | 2056 | 2049 | 2046 |
| Present value in year of payoff ($ bn) | 29 | 29 | 29 | 20 | 20 | 20 |
| Implied yield of preferred (%) | 5.5 | 6.9 | 7.5 | 6.1 | 7.3 | 7.9 |

Source: Barclays Capital

Again, we analyze this rosier scenario with the senior preferred dividend at 10%, 5% and 0, respectively. The results are summarized in Figure 3, which again does not offer a very optimistic picture.

Although taxpayers are repaid over a 10- to 20-year horizon for both entities, payments to the preferred shareholders begin more than 35 years later. The primary reason for this is that the GSE guarantee book in this scenario grows very large over time. Given that the GSEs will be systemically important financial institutions, the capital required to support the guarantee book will also likely be very high (we have assumed a capital requirement of 5%, which includes base capital of 2% and a SIFI surcharge of 3%). As a result, GSE earnings will need to be retained for a long time to build up capital rather than being paid out as dividends.

Comparing the implied yields between Figure 2 and Figure 3 reveals that the most important driver of value in the junior preferred shares is whether the government cuts the preferred dividend on its senior preferred shares to zero. Unless offset in some way by a commitment fee, any such cuts would involve value being passed from taxpayers to the shareholders. In our view, such an outcome would be politically very unpalatable.

For those who disagree with us and find value in the junior preferred shares, we offer an additional insight: there is more value in Freddie's junior preferred shares than in Fannie's. Consequently the fact that the two trade very close to each other represents a mispricing. In the remainder of this article, we discuss our analysis and assumptions in detail.

## Projecting GSE cash flows: The base case

In order to evaluate whether the junior preferreds have any residual value, we must first project the cash flows at FNM/FRE far into the future – in this case, 25 years. These projections force us to make many assumptions about GSE reform and the future of housing finance, which we outline below.

### Recognition of legacy losses

Previously, we have estimated that roughly 10-11% of the GSEs' pre-conservatorship book of business would default (around $500bn). As of Q1 11, roughly $415bn in loans have defaulted or are in the delinquency/foreclosure pipeline. As a result, the process of recognizing

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163494

Barclays Capital | Global Rates Weekly

Figure 4: GSE delinquencies/NPA in line with our estimates



Source: Barclays Capital

Figure 5: Loss estimates could be high due to severities

| As of 1Q11, in 000 loans | FNM | FRE | Total |
|---|---|---|---|
| 90d+ Delinquencies | 771 | 436 | 1,207 |
| REO on Balance Sheet | 153 | 65 | 218 |
| Cum REO Liquidations, 3Q08- | 397 | 211 | 608 |
| Cum Short Sales/DIL, 3Q08- | 135 | 75 | 210 |
| Total NPA Loans | 1,456 | 787 | 2,243 |
| Total Loans Serviced | 18,053 | 12,011 | 30,064 |
| As a % of Guarantees | 8.1% | 6.6% | 7.5% |
| Total NPA Loans, in $bn | 269 | 146 | 415 |
| As a % of Guarantees in $bn | 9.7% | 7.9% | 9.1% |

Source: Barclays Capital

NPA in the legacy guarantee book is largely complete in our view, and we expect only another 10-20% increase in the cumulative original balance of defaulted loans (Figures 4 and 5).

As for loss severities, since the conservatorship, the GSEs have realized an average severity of 37% on $150bn in liquidations. For the remaining $350bn pipeline, we expect that to increase to ~50% for a variety of reasons. It is likely that the GSEs first sold the properties that were easiest to liquidate, home prices are still declining in some regions, legal factors are extending the average foreclosure timeline, and the mortgage insurers' financial condition remains uncertain.

Thus, our base case estimate of loss severities averages 45% across all $500bn in eventual defaults, implying $150bn of provisions needed at FNM and $80bn at FRE. FNM and FRE have already provisioned $142bn and $69bn, respectively, after the 1Q11 results. Therefore, we expect each GSE will need only ~$10bn more in provisioning for the legacy book, which we assume will be completed by end-2011 (Figure 6).

Figure 6: Expect a small jump in cumulative provisions



Source: Barclays Capital

Figure 7: Guarantee books at FNM/FRE to grow until 2015, shrink thereafter…



Source: Barclays Capital

17 June 2011

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163495

## Guarantee business and fee income

Our base-case scenario for the evolution of the guarantee business builds on our prior work in projecting how to reduce GSE market share by lowering the conforming loan limit, with the end goal of reintroducing private lending into the mortgage market:[6]

■  We believe legislative changes to the FNM/FRE business model on the guarantee side will be slow in coming for two reasons: 1) there is unlikely to be consensus on housing finance reform until well after the 2012 elections; and 2) a viable successor does not yet exist to extend a substantial majority of the $4.5trn in mortgage credit FNM/FRE currently provide. Therefore, until 2015, we assume the guarantee books grow at the rate of inflation plus the natural rate of expansion of mortgage credit, which depends on population growth.

■  However, given the taxpayer losses caused by these entities, we do not believe they will exist in their current form 2-3 decades out. Our base-case assumptions fully recognize that current legislative proposals to wind down these entities over a 5- to 7-year timeframe are unworkable. Therefore, we assume that the GSEs' guarantee books pay down over a 25-year horizon, with mortgage credit transferred to a combination of successor entities established by Congress, GNMA, and the private sector (Figure 7).

■  The administrative costs generated by the business also scale with it; we assume the same annual percentage costs continue until the guarantee book itself is eliminated.

■  For the purposes of this analysis, we also assume that guarantee fees will rise gradually from their current level of around 25bp to 50bp over five years. Note that this is the average rate for the whole book, which likely overly favors the GSEs as it implies a much higher marginal fee rate. While the exact prospective g-fee levels is debatable, there appears to be bipartisan support for raising fees over time, as this would serve to make private origination more competitive. Needless to say, if homeowners get used to paying higher g-fees, it would also help attract more private capital for into housing finance.

■  We also create a proxy for credit losses on 2009 and later vintages. Although these origination years are extremely high quality, realized loss rates have still been nonzero. As we are agnostic on whether the GSEs will tighten standards further, we expect this to continue and calculate the drag from these losses at a running 5bp per annum. As a result, running guarantee fees net of credit losses are 45bp.

All in all, the income generated by the guarantee business peaks in 2016 at $10bn/year at FNM and $7bn/year at FRE, when the fee rate is fully ramped up but shrinkage of market share has not yet been imposed – note the drag of aforementioned legacy losses in 2011 (Figure 8).

## Retained portfolios and projecting net interest income

In our view, the future of the GSEs' portfolio businesses differs crucially from the guarantee book in that a legislative consensus exists today to wind them down.

■  We project that each GSE's retained portfolio shrinks to $200bn over the next decade (Figures 9 and 10). The rate of shrinkage is higher than the 10% per annum mandated by the Treasury's Preferred Stock Purchase Agreements (PSPAs), but less onerous than recent comments made by Secretary Geithner, which suggested that the portfolio wind-down could be effected in 5-7 years.

---

[6] See footnote 1.

Protected Information To Be Disclosed Only In Accordance With Protective Order                    FHFA-DDC-0163496

Barclays Capital | Global Rates Weekly

Figure 8: ... as do income streams from the guarantee books



Source: Barclays Capital

Figure 9: Portfolio runoff at FNM assumes NPA liquidation



Source: Barclays Capital

- Given the overall constraint of a shrinking portfolio, the portfolio mix will change significantly over time. Near term, the percentage of NPAs (which earn a zero coupon) will continue to rise as delinquent loans from pools are warehoused in the retained portfolio. As these loans are worked out and liquidated, the percentage of performing assets can increase. Legacy non-agency MBS are assumed to run off at their current rates of $8bn/year for FNM and $17bn/year for FRE. Similarly, performing whole loans are assumed to run off at 25% per annum. We set the equilibrium portfolio balance at $200bn through 2025, which becomes completely populated by agency MBS, and then assume this too winds down to zero over the next 10 years.

- On the debt funding side, we assume the average interest expense increases 200bp from the current 2.00-2.20% range over a 5-year period, in line with 5y5y forward rates.

- The GSEs are also required to maintain a liquidity portfolio along with the retained portfolio; we assume the former stays at 10% of the latter, shrinking until it reaches $40bn and then staying there through 2025 before also reducing to zero in 2035. Negative carry from the liquidity portfolio stays at -200bp; currently it earns money-market rates of roughly 0.25% while funding at the average cost.

Figure 10: Need for forced MBS sales at FRE is much lower



Source: Barclays Capital

Figure 11: Retained portfolio coupon versus funding rate



Source: Barclays Capital

17 June 2011                                                                                      30

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163497

On balance, our assumptions result in high levels of net interest income in the near term (Figure 12). However, there is a point in 2015-2016 at both GSEs where the ramping up of debt funding costs temporarily outstrips coupon income (Figure 11). Overall, equilibrium levels of net interest income at FNM/FRE total roughly $700-900mn annually after 2020 before shrinking to zero.

## Other considerations: Taxes, senior preferred dividends, and capital charges

Lastly, we consider the following non-revenue factors affecting GSE cash flows:

■   FNM and FRE have accumulated sizable deferred tax assets (DTAs). As we expect the GSEs will return to profitability before paying senior preferred dividends, we assume they will recognize DTA in the amount of their valuation allowances as of 4Q10, ie, $33bn at FRE and $56bn at FNM. Once these are exhausted, we assume an effective tax rate of 35%.

■   After 2012, we also modify how the senior preferred dividend is calculated, such that it becomes the lower of 10% of the senior preferred outstanding or that year's net income. This ensures that all after-tax profits accrue to taxpayers, while preventing further capital draws simply because of preferred coupon payments.

■   From our perspective, the only justification for cutting the preferred coupon is to prevent any further draws on the capital support available to the GSEs after 2012 ($125bn at FNM and $150bn at FRE). While many feel that the 10% coupon is too high and should be cut to zero, we believe this argument has no merit if the GSEs are to "pay back" the taxpayer. The GSEs are essentially government entities now – their ability to retain market share and pricing power and to fund at advantageous rates, all comes courtesy of taxpayer support.

■   We believe cutting the coupon to appear to repay "taxpayers" would simply end up diluting taxpayer interest in favor of legacy private shareholders. Cutting the coupon to zero also shortchanges taxpayers by not charging for ongoing support. As a matter of public policy, we think a better solution is to cut the preferred coupon to zero, but levy a commitment fee for PSPA support along the lines we suggest. We must stress, this is purely our assumption about what FHFA/Treasury *should* do with respect to the dividend. Acting FHFA Director Edward J. DeMarco, as well as the Treasury, has said that (for now) there are no plans to change the 10% coupon rate.



Figure 12: Net interest income projections

Source: Barclays Capital



Figure 13: Total net income projections

Source: Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163498

- Before any dividends can flow through to the junior preferred shares, FNM/FRE would need to be recapitalized. However, an appropriate capital charge must also be consistent with the other assumptions we have made regarding the GSEs' market share. Thus, we believe that the bare minimum requirement should be 5% of the guarantee book and the portfolio. This is because of the 5% risk-retention requirement for non-QRM (qualifying residential mortgage) loans. If GSE capital requirements are not made comparable to the 5% requirement, execution of non-QRM loans at the GSEs would always be better than non-agency execution. Because non-QRM loans will be inherently riskier than QRMs, such a situation will lead to an excess concentration of risk at the GSEs.

### Putting it all together: Junior preferred and common equity worthless

Putting together all of the assumptions laid out above, we project net income for both GSEs (before senior preferred dividends) will peak at around $12bn in 2012, before gradually declining as the guarantee books wind down. The sharper drop in FRE's net income post 2012 is simply because it uses up its DTA more quickly than FNM and therefore becomes subject to a larger tax liability. The higher running income from FNM is simply a function of its larger guarantee book (Figure 13).

Because of the way we have defined the revised PSPA coupon formula, the taxpayer is never repaid, and about $155bn in senior preferred remains outstanding at FNM/FRE by 2036. Our base case obviously implies that no cash flows will accrue to either junior preferred or common equity holders (Figures 14 and 15). Changing the formula to the lower of 5% or net income also yields no payback at either FNM or FRE.

Cutting the coupon entirely after 2012 is, in our view, the only way FNM/FRE can repay the taxpayer, and even this would only occur around 2030. If this is done, and there is no offset in the form of an increased commitment fee, we still find no value in FNM. In the case of Freddie, we estimate that there will be a residual value of $6.1bn left in 2034, by which time it would be close to being completely liquidated.

Assuming that all this residual value flows to the next tier in the capital structure, namely the junior preferred shareholders, it amounts to a recovery value of 40 cents per dollar of face value in the preferred. Given the current price of Freddie junior preferred shares, this implies a yield of 6.2% over a 24-year horizon. In our view, this is wholly inadequate considering that long-term financial bonds, as represented by the Barclays Capital long-term investment grade financials index, yield nearly 6.5%.

**Figure 14: Projected cumulative draws at FNM – base case**



**Figure 15:  Projected cumulative draws at FRE – base case**



Source: Barclays Capital

Source: Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order                    FHFA-DDC-0163499

Furthermore, even if taxpayer repayment occurred more quickly than we are projecting, the 5% recapitalization target is such that FHFA would likely be unable to re-privatize the GSEs until their guarantee books are too small to be viable in any case. Clearly, the implication is that our base-case view is not consistent with current valuations. In addition, under our base-case scenario, there is a dramatic difference between Freddie and Fannie junior preferreds – the former appears to have at least some value, while the latter has none.

Some might argue that we are unnecessarily pessimistic about the future of the GSEs. In order to address such concerns, in the next section, we show that it does not matter how optimistic an assumption we make. It would take a very special  – and in our view, highly unlikely – set of circumstances for there to be any value in the junior preferreds. And even under such circumstances, the implicit yields are not very attractive, as we show below.

## Projecting GSE cash flows: The optimistic case

We believe that several of our base-case assumptions already reflect more lenient treatment than the GSEs may actually receive going forward. For instance:

- It is not clear that FNM/FRE will double their effective fee rate on the entire guarantee book to 50bp under government control, or that loss rates on the post-conservatorship vintages will stay as low as 5bp per annum if loan standards are even modestly relaxed.

- It is also unclear whether the GSEs will be permitted to recognize the DTA valuation allowance as an offset to income, given that doing so would imply a twofold loss for taxpayers. Consider that the DTA was able to grow because FNM/FRE have been loss-making enterprises post-conservatorship – these losses are being funded by taxpayers. Using the accumulated DTA to then reduce future tax liabilities represents a second loss to taxpayers, this time in the form of forgone tax revenues. However, this will be up to the IRS and taxpayers to determine.

- So far, there is no basis for assuming the preferred coupon will be reduced below 10%; Acting Director DeMarco has stated as much recently. This implies that our revised formula, which sharply reduces the effective dividend rate to 3-5% starting in 2013, may not be conservative enough. However, we believe a lower coupon will be needed to minimize the possibility of further capital draws once finite capital support comes into place after 2012, in order to preserve financial stability in the housing markets. We just do not see a zero coupon as plausible.

Despite this backdrop, we still consider an optimistic stylized scenario with the following differences from our base case:

- The GSEs maintain their current market share indefinitely, while mortgage credit outstanding grows with inflation and population. This scenario reflects the lack of political consensus to reform the guarantee businesses. In this scenario, the terminal guarantee book reaches $5trn at FNM and $3trn at FRE by 2035.

- This results in annual guarantee income of $15bn at FNM and $11bn at FRE, again assuming the same fee schedule as the base case, with administrative costs scaling to the book size.

- We also assume that the GSEs have actually been over-provisioning for legacy guarantee losses, as loss severity rates increase to an average of just 40% for all defaults. This would imply total needed provisions of $130bn at FNM and $70bn at FRE, resulting in a future gain of $12bn at FNM and no further provisions at FRE.

Protected Information To Be Disclosed Only In Accordance With Protective Order                          FHFA-DDC-0163500

Surprisingly, even with these benign assumptions about market share, g-fees, and provisioning, the value of junior preferred shares is largely driven by what coupon Treasury charges for senior preferred after 2012.

- If the PSPA coupon remains at the 10% per annum, the taxpayer is repaid in 2027 at FRE and 2032 at FNM (Figures 16 and 17).

- If the coupon is cut to 5% after 2012, payback will occur during 2022-24 at both GSEs.

- Reducing the coupon to 0% allows payback by 2019-21 for both GSEs.

However, even in the case where the coupon is cut to 0%, cash flows do not begin accruing to the junior preferred shareholders until 2046-48, as the 5% capital requirement continues to increase with growth in the guarantee book. As a result, all earnings have to be retained instead of being paid as dividends until 2046-48.

Beyond this date, the preferred shares are effectively perpetuities that pay a 6-7% dividend on average. Assuming that long-term yields will remain the same as today and that these cash flows are essentially risk free implies that the preferred should trade with a 60-70% premium to their face value when they finally start paying a coupon. This translates to a present value of $29bn for Fannie and $20bn for Freddie at the time when they begin paying their coupon, which varies by scenario (Figure 3). This allows us to compute implied yields. As Figure 3 shows, the implied yields for both Freddie and Fannie are within a range of 5.5-8.0%. These do not seem compelling to us, considering the extremely special set of circumstances required for such a scenario to be realized.

## Other issues raised by junior preferred bulls

Thus far, most of the arguments in support of the residual value of GSE junior preferreds have proposed various changes to the existing structure of the conservatorships. These are:

- **Cut the 10% preferred coupon, making it easier for FNM/FRE to become profitable and repay taxpayers.** As we have previously argued, we find this argument fallacious, since by cutting the coupon, the Treasury forgoes gains that would otherwise accrue to the taxpayer. If the GSEs eventually earn consistent profits, there would be all the more reason to preserve the coupon at 10%. "Paying back the taxpayers" is all about the

**Figure 16: Projected draws at FNM – optimistic case**



Source: Barclays Capital

**Figure 17: Projected draws at FRE – optimistic case**



Source: Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163501

optics. If the optimistic case is realized, and there truly is some value in the GSEs, by "cutting the coupon to pay back the taxpayer," the Treasury is being asked to redeem a perpetuity of 10% (with a present value of 200% of face assuming a 5% yield) at par, a losing proposition for taxpayers. We support a cut in the coupon after 2012, but only to guard against the possibility of a double dip in housing – this would prevent destabilization in the mortgage markets. But we have also recommended replacing it with a commitment fee.

- **Allow the GSEs to lever up the retained portfolios and earn their way out.** Note that continued portfolio shrinkage not only has bipartisan support, but is also a precondition of the PSPAs for FNM/FRE to continue to draw capital.

- **Unwind the Fed balance sheet by transferring the MBS portfolio to FNM/FRE, which then would help repay the Treasury through the coupon income.** Similar to the first argument, these cash flows would have accrued to the taxpayer under Fed ownership as well. The Fed pays any excess operating profits to Treasury annually, which reduces government deficits at the margin. Transferring assets to the GSEs could require the Fed to take a loss, depending on transfer pricing. It would entail substantial GSE funding needs, which are again taxpayer subsidized, as per the CBO.

- **Restoring value to the junior preferred would help recapitalize community banks, and their lending activity will then spur economic growth.** Most of the smaller banks that held GSE preferred stock have already written it down and/or failed; reported remaining holdings are relatively small.

- **Some have argued that the government is unlikely to deliver a value of zero to its 79.9% share in common equity in a recapitalization that could take place as soon as 2013.** In this scenario, in their view, the process would be made smoother by allowing the junior preferred shareholders to extract some value. We have not considered this scenario for two reasons:

  – Any residual value that is left in the GSEs at this stage depends on having government support. In a privatized form, these entities would not be viable by 2013 – the capital requirements would be too high, given their systemic importance – and they would rapidly lose market share. A privatization as soon as 2013 would also be very disruptive to the MBS and agency debt markets.

  – Further, even if such a recapitalization could somehow take place, it does not make sense for the government to cut the coupon on the senior preferred to maximise the value of the common equity. Unlike other situations over the past few years, the government owns a $160bn stake in an asset class that is senior to any private shareholders. Via a receivership, it can control 100% of any new private entity that is established given its massive senior preferred stake, even if the value of its common equity stake goes to zero.

- **Some have argued that regulators will not put FNM/FRE into receivership, as the government would be required to recognize the $5trn-plus in GSE debt on its balance sheet. Therefore, a restructuring that leads to losses for equity holders is impossible.** We remind readers that government accounting is not the same as GAAP. Therefore, if the government assumed the assets and liabilities of FNM/FRE, the guarantee book would be accounted for as a contingent liability, similar to GNMA – only the debt funding the portfolio would count toward the debt limit. Such an event is easily handled, especially 20 years out, when GDP is much larger and the retained portfolio debt is very low.

Protected Information To Be Disclosed Only In Accordance With Protective Order                    FHFA-DDC-0163502

### Conclusion: A solution in search of a problem

Fundamentally, we regard the recent optimism surrounding GSE preferred shares as misplaced. Scenarios with non-zero recovery for junior preferreds require several assumptions, all of which favor shareholders. Politically, we see these assumptions as non-starters, in that gains to private investors are implicitly subsidized by taxpayers.

For debt investors, we believe the more important implication relates to the potential for capital draws post-2012, once finite capital support for the GSEs become binding. We believe the Treasury can cut its senior preferred coupon to zero while levying a commitment fee to maximize value to taxpayers and minimizing the risk of capital draw-downs post-2012. This would ensure that Treasury and agency credit remain analogous, even post-2012.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163503

Barclays Capital | Global Rates Weekly

# APPENDIX 1: FANNIE MAE CASH FLOWS, BASE CASE

Figure A: Fannie Mae cash flows, base case

| Year | Guarantee book, $bn | Effective net fee rate, bp | Guarantee income, $bn | Net int income, $bn | Tax expense, $bn | After-tax net inc, $bn | Senior pfd div @ 10%, $bn | Cum draw @ 10%, $bn | Cum draw @ 5%, $bn | Cum draw @ 0, $bn | Capital req @5%, $bn |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 2,726 | 25 | | | | | | | 90,200 | 90,200 | 90,200 | 179,750 |
| 2011 | 2,705 | 26 | -14,388 | 13,451 | 0 | -937 | 9,020 | 100,157 | 100,157 | 100,157 | 176,867 |
| 2012 | 2,740 | 30 | 5,791 | 5,429 | 0 | 11,219 | 10,016 | 98,953 | 98,953 | 98,953 | 175,672 |
| 2013 | 2,799 | 30 | 5,910 | 2,293 | 0 | 8,203 | 8,203 | 98,953 | 95,698 | 90,750 | 174,679 |
| 2014 | 2,857 | 35 | 7,453 | 27 | 0 | 7,480 | 7,480 | 98,953 | 93,002 | 83,270 | 173,637 |
| 2015 | 2,807 | 40 | 8,722 | -1,457 | 0 | 7,265 | 7,265 | 98,953 | 90,388 | 76,005 | 167,265 |
| 2016 | 2,653 | 45 | 9,566 | -2,221 | 0 | 7,345 | 7,345 | 98,953 | 87,562 | 68,660 | 155,710 |
| 2017 | 2,504 | 45 | 9,027 | -1,039 | 0 | 7,988 | 7,988 | 98,953 | 83,952 | 60,672 | 144,627 |
| 2018 | 2,358 | 45 | 8,501 | 194 | -3,043 | 5,652 | 5,652 | 98,953 | 82,497 | 55,019 | 133,818 |
| 2019 | 2,215 | 45 | 7,986 | 1,357 | -3,270 | 6,072 | 6,072 | 98,953 | 80,550 | 48,947 | 124,194 |
| 2020 | 2,074 | 45 | 7,478 | 1,184 | -3,032 | 5,630 | 5,630 | 98,953 | 78,947 | 43,317 | 116,908 |
| 2021 | 1,935 | 45 | 6,975 | 1,056 | -2,811 | 5,220 | 5,220 | 98,953 | 77,674 | 38,097 | 109,759 |
| 2022 | 1,796 | 45 | 6,475 | 962 | -2,603 | 4,834 | 4,834 | 98,953 | 76,723 | 33,262 | 102,696 |
| 2023 | 1,658 | 45 | 5,976 | 892 | -2,404 | 4,464 | 4,464 | 98,953 | 76,095 | 28,798 | 95,674 |
| 2024 | 1,519 | 45 | 5,475 | 840 | -2,210 | 4,105 | 4,105 | 98,953 | 75,795 | 24,693 | 88,651 |
| 2025 | 1,378 | 45 | 4,970 | 882 | -2,048 | 3,803 | 3,803 | 98,953 | 75,782 | 20,890 | 81,387 |
| 2026 | 1,236 | 45 | 4,457 | 930 | -1,885 | 3,502 | 3,502 | 98,953 | 75,782 | 17,388 | 74,017 |
| 2027 | 1,092 | 45 | 3,936 | 816 | -1,663 | 3,089 | 3,089 | 98,953 | 75,782 | 14,299 | 65,341 |
| 2028 | 944 | 45 | 3,403 | 707 | -1,438 | 2,671 | 2,671 | 98,953 | 75,782 | 11,628 | 56,502 |
| 2029 | 792 | 45 | 2,856 | 601 | -1,210 | 2,247 | 2,247 | 98,953 | 75,782 | 9,382 | 47,466 |
| 2030 | 636 | 45 | 2,292 | 497 | -976 | 1,812 | 1,812 | 98,953 | 75,782 | 7,569 | 38,197 |
| 2031 | 474 | 45 | 1,708 | 394 | -736 | 1,367 | 1,367 | 98,953 | 75,782 | 6,202 | 28,659 |
| 2032 | 306 | 45 | 1,103 | 293 | -489 | 908 | 908 | 98,953 | 75,782 | 5,295 | 18,815 |
| 2033 | 131 | 45 | 538 | 193 | -256 | 476 | 476 | 98,953 | 75,782 | 4,819 | 8,627 |
| 2034 | 21 | 45 | 76 | 94 | -59 | 110 | 110 | 98,953 | 75,782 | 4,709 | 1,669 |
| 2035 | 0 | 45 | 0 | 0 | 0 | 0 | 0 | 98,953 | 75,782 | 4,709 | 0 |
| 2036 | 0 | 45 | 0 | 0 | 0 | 0 | 0 | 98,953 | 75,782 | 4,709 | 0 |

Source: Barclays Capital. Note: Highlight represents PSPA draws repaid; bold represents recapitalization completed.

- Guarantee book grows with inflation, population through 2015, then shrinks according a predetermined schedule; effective fee rate rises to 50bp by 2016, and a running 5bp annual loss rate is assumed on post-2009 vintages beginning in 2013.

- Guarantee income includes $11bn in Q1 11 provisions and $8bn in the rest of 2011 to account for legacy losses.

- Retained portfolio is assumed to shrink to $250bn in 7 years, then stabilize before shrinking to zero between 2025 and 2035; debt funding costs assumed to increase to the 5y5y rate of 4.20% after 5 years.

- Deferred tax asset valuation allowance of $56bn is drawn down before a 35% effective tax rate is applied starting in 2018.

- Senior preferred dividend redefined to be the lesser of 10% or net income for that year; 5% and 0% cases follow the same rule.

- Capital charge set at 5% for recapitalization.

Protected Information To Be Disclosed Only In Accordance With Protective Order                    FHFA-DDC-0163504

Barclays Capital | Global Rates Weekly

# APPENDIX 2: FREDDIE MAC CASH FLOWS, BASE CASE

Figure B: Freddie Mac cash flows, base case

| Year | Guarantee book, $bn | Effective net fee rate, bp | Guarantee income, $bn | Net int income, $bn | Tax expense, $bn | After-tax net inc, $bn | Senior pfd div @ 10%, $bn | Cum draw @ 10%, $bn | Cum draw @ 5%, $bn | Cum draw @ 0, $bn | Capital req @5%, $bn |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 1,788 | 20 | | | | | | 64,700 | 64,700 | 64,700 | 129,250 |
| 2011 | 1,761 | 25 | -10,040 | 15,742 | 0 | 5,702 | 6,470 | 65,468 | 65,468 | 65,468 | 126,187 |
| 2012 | 1,827 | 30 | 3,983 | 9,771 | 0 | 13,753 | 6,547 | 58,262 | 58,262 | 58,262 | 130,048 |
| 2013 | 1,866 | 30 | 4,069 | 5,889 | 0 | 9,957 | 5,826 | 54,130 | 51,217 | 48,304 | 128,121 |
| 2014 | 1,904 | 35 | 5,104 | 2,801 | -2,767 | 5,139 | 5,139 | 54,130 | 48,640 | 43,166 | 126,158 |
| 2015 | 1,871 | 40 | 5,951 | 459 | -2,243 | 4,166 | 4,166 | 54,130 | 46,905 | 38,999 | 120,641 |
| 2016 | 1,769 | 45 | 6,510 | -1,174 | -1,867 | 3,468 | 3,468 | 54,130 | 45,782 | 35,531 | 111,669 |
| 2017 | 1,669 | 45 | 6,143 | -669 | -1,916 | 3,558 | 3,558 | 54,130 | 44,513 | 31,973 | 103,078 |
| 2018 | 1,572 | 45 | 5,785 | -158 | -1,970 | 3,658 | 3,658 | 54,130 | 43,081 | 28,315 | 94,717 |
| 2019 | 1,477 | 45 | 5,434 | 567 | -2,100 | 3,901 | 3,901 | 54,130 | 41,334 | 24,414 | 87,793 |
| 2020 | 1,383 | 45 | 5,089 | 797 | -2,060 | 3,826 | 3,826 | 54,130 | 39,575 | 20,589 | 81,622 |
| 2021 | 1,290 | 45 | 4,747 | 707 | -1,909 | 3,545 | 3,545 | 54,130 | 38,009 | 17,044 | 76,668 |
| 2022 | 1,197 | 45 | 4,407 | 654 | -1,771 | 3,290 | 3,290 | 54,130 | 36,620 | 13,754 | 71,968 |
| 2023 | 1,105 | 45 | 4,067 | 615 | -1,639 | 3,043 | 3,043 | 54,130 | 35,408 | 10,711 | 67,294 |
| 2024 | 1,012 | 45 | 3,726 | 586 | -1,509 | 2,803 | 2,803 | 54,130 | 34,376 | 7,908 | 62,617 |
| 2025 | 919 | 45 | 3,382 | 644 | -1,409 | 2,617 | 2,617 | 54,130 | 33,477 | 5,291 | 57,711 |
| 2026 | 824 | 45 | 3,033 | 708 | -1,310 | 2,432 | 2,432 | 54,130 | 32,719 | 2,859 | 52,751 |
| 2027 | 728 | 45 | 2,678 | 703 | -1,183 | 2,198 | 2,198 | 54,130 | 32,157 | 661 | 47,153 |
| 2028 | 629 | 45 | 2,316 | 611 | -1,024 | 1,902 | 1,902 | 54,130 | 31,863 | -1,241 | 40,777 |
| 2029 | 528 | 45 | 1,943 | 521 | -863 | 1,602 | 1,602 | 54,130 | 31,854 | -2,843 | 34,270 |
| 2030 | 424 | 45 | 1,560 | 433 | -697 | 1,295 | 1,295 | 54,130 | 31,854 | -4,138 | 27,607 |
| 2031 | 316 | 45 | 1,163 | 345 | -528 | 980 | 980 | 54,130 | 31,854 | -5,118 | 20,765 |
| 2032 | 204 | 45 | 751 | 258 | -353 | 656 | 656 | 54,130 | 31,854 | -5,774 | 13,719 |
| 2033 | 87 | 45 | 322 | 172 | -173 | 321 | 321 | 54,130 | 31,854 | -6,094 | 6,443 |
| 2034 | 14 | 45 | 51 | 85 | -48 | 89 | 89 | 54,130 | 31,854 | -6,183 | 1,322 |
| 2035 | 0 | 45 | 0 | 0 | 0 | 0 | 0 | 54,130 | 31,854 | -6,183 | 0 |
| 2036 | 0 | 45 | 0 | 0 | 0 | 0 | 0 | 54,130 | 31,854 | -6,183 | 0 |

Source: Barclays Capital. Note: Highlight represents PSPA draws repaid; bold represents recapitalization completed.

- Guarantee book grows with inflation, population through 2015, then shrinks according a predetermined schedule; effective fee rate rises to 50bp by 2016, and a running 5bp annual loss rate is assumed on post-2009 vintages beginning in 2013.

- Guarantee income includes $2bn in Q1 11 provisions and $11bn in the rest of 2011 to account for legacy losses.

- Retained portfolio is assumed to shrink to $250bn in 7 years, then stabilize before shrinking to zero between 2025 and 2035; debt funding costs assumed to increase to 5y5y of 4.20% after 5 years.

- Deferred tax asset valuation allowance of $33bn is drawn down before a 35% effective tax rate is applied starting in 2014.

- Senior preferred dividend redefined to be the lesser of 10% or net income for that year; 5% and 0% cases follow the same rule.

- Capital charge set at 5% for recapitalization.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163505

Barclays Capital | Global Rates Weekly

# APPENDIX 3: FANNIE MAE CASH FLOWS, OPTIMISTIC CASE

Figure C: Fannie Mae cash flows, optimistic case

| Year | Guarantee book, $bn | Effective net fee rate, bp | Guarantee income, $bn | Net int income, $bn | Tax expense, $bn | After-tax net inc, $bn | Senior pfd div @ 10%, $bn | Cum draw @ 10%, $bn | Cum draw @ 5%, $bn | Cum draw @ 0, $bn | Capital req @5%, $bn |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 2,726 | 25 | | | | | | 90,200 | 90,200 | 90,200 | 179,750 |
| 2011 | 2,705 | 26 | 5,612 | 13,451 | 0 | 19,063 | 9,020 | 78,250 | 74,694 | 71,137 | 176,867 |
| 2012 | 2,740 | 30 | 5,791 | 5,429 | 0 | 11,219 | 8,016 | 73,734 | 66,648 | 59,917 | 175,672 |
| 2013 | 2,799 | 30 | 5,910 | 2,293 | 0 | 8,203 | 7,695 | 72,084 | 61,367 | 51,714 | 174,679 |
| 2014 | 2,857 | 35 | 7,453 | 27 | 0 | 7,480 | 7,480 | 71,064 | 56,581 | 44,234 | 173,637 |
| 2015 | 2,912 | 40 | 9,048 | -1,457 | 0 | 7,591 | 7,591 | 69,820 | 51,439 | 36,643 | 172,521 |
| 2016 | 2,967 | 45 | 10,698 | -2,221 | -2,967 | 5,510 | 5,510 | 70,741 | 48,226 | 31,133 | 171,407 |
| 2017 | 3,024 | 45 | 10,902 | -1,039 | -3,452 | 6,411 | 6,411 | 70,763 | 43,905 | 24,721 | 170,634 |
| 2018 | 3,082 | 45 | 11,113 | 194 | -3,958 | 7,350 | 7,350 | 69,754 | 38,383 | 17,372 | 170,039 |
| 2019 | 3,143 | 45 | 11,330 | 1,357 | -4,440 | 8,246 | 7,645 | 67,659 | 31,644 | 9,126 | 170,571 |
| 2020 | 3,204 | 45 | 11,552 | 1,184 | -4,458 | 8,279 | 7,584 | 65,319 | 24,534 | 847 | 173,416 |
| 2021 | 3,268 | 45 | 11,781 | 1,056 | -4,493 | 8,344 | 7,515 | 62,672 | 16,999 | -7,497 | 176,409 |
| 2022 | 3,333 | 45 | 12,016 | 962 | -4,542 | 8,435 | 7,432 | 59,660 | 8,992 | -15,933 | 179,535 |
| 2023 | 3,400 | 45 | 12,257 | 892 | -4,602 | 8,547 | 7,332 | 56,225 | 467 | -24,480 | 182,783 |
| 2024 | 3,469 | 45 | 12,505 | 840 | -4,671 | 8,674 | 7,210 | 52,305 | -8,207 | -33,154 | 186,146 |
| 2025 | 3,539 | 45 | 12,759 | 882 | -4,774 | 8,867 | 7,064 | 47,783 | -17,074 | -42,021 | 189,419 |
| 2026 | 3,611 | 45 | 13,020 | 930 | -4,882 | 9,067 | 6,883 | 42,587 | -26,141 | -51,088 | 192,772 |
| 2027 | 3,686 | 45 | 13,288 | 816 | -4,936 | 9,168 | 6,665 | 36,761 | -35,309 | -60,256 | 195,041 |
| 2028 | 3,762 | 45 | 13,563 | 707 | -4,994 | 9,275 | 6,415 | 30,234 | -44,584 | -69,531 | 197,406 |
| 2029 | 3,840 | 45 | 13,845 | 601 | -5,056 | 9,389 | 6,129 | 22,929 | -53,974 | -78,920 | 199,868 |
| 2030 | 3,920 | 45 | 14,134 | 497 | -5,121 | 9,510 | 5,803 | 14,762 | -63,483 | -88,430 | 202,432 |
| 2031 | 4,003 | 45 | 14,431 | 394 | -5,189 | 9,636 | 5,432 | 5,638 | -73,120 | -98,066 | 205,100 |
| 2032 | 4,087 | 45 | 14,735 | 293 | -5,260 | 9,768 | 5,012 | -4,131 | -82,888 | -107,835 | 207,873 |
| 2033 | 4,174 | 45 | 15,047 | 193 | -5,334 | 9,907 | 4,536 | -14,037 | -92,795 | -117,741 | 210,757 |
| 2034 | 4,263 | 45 | 15,368 | 94 | -5,412 | 10,050 | 3,999 | -24,087 | -102,845 | -127,792 | 213,754 |
| 2035 | 4,354 | 45 | 15,697 | 0 | -5,494 | 10,203 | 3,394 | -34,290 | -113,048 | -137,994 | 217,702 |
| 2036 | 4,448 | 45 | 16,034 | 0 | -5,612 | 10,422 | 2,713 | -44,713 | -123,470 | -148,417 | 222,382 |

Source: Barclays Capital. Note: Highlight represents PSPA draws repaid; bold represents recapitalization completed.

■  Guarantee book grows with inflation, population indefinitely; this implies the GSEs retain market share.

■  Guarantee income includes a +$12bn gain/reversal in provisions after Q1 11 to account for over-provisioning for legacy losses.

■  Retained portfolio is assumed to shrink to $250bn in 7 years, then stabilize before shrinking to zero between 2025 and 2035; debt funding costs assumed to increase to 5y5y of 4.20% after 5 years.

■  Deferred tax asset valuation allowance of $56bn is drawn down before a 35% effective tax rate is applied starting in 2014.

■  Senior preferred dividend remains a simple 10%, with the two other columns depicting reductions to 5% and 0% after 2012.

■  Capital charge set at 5% for recapitalization.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163506

Barclays Capital | Global Rates Weekly

# APPENDIX 4: FREDDIE MAC CASH FLOWS, OPTIMISTIC CASE

Figure D: Freddie Mac cash flows, optimistic case

| Year | Guarantee book, $bn | Effective net fee rate, bp | Guarantee income, $bn | Net int income, $bn | Tax expense, $bn | After-tax net inc, $bn | Senior pfd div @ 10%, $bn | Cum draw @ 10%, $bn | Cum draw @ 5%, $bn | Cum draw @ 0, $bn | Capital req @5%, $bn |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 1,788 | 20 | | | | | | 64,700 | 64,700 | 64,700 | 129,250 |
| 2011 | 1,761 | 25 | 960 | 15,742 | 0 | 16,702 | 6,470 | 52,798 | 50,398 | 47,998 | 126,187 |
| 2012 | 1,827 | 30 | 3,983 | 9,771 | 0 | 13,753 | 5,447 | 42,949 | 38,477 | 34,245 | 130,048 |
| 2013 | 1,866 | 30 | 4,069 | 5,889 | -3,485 | 6,472 | 4,616 | 40,124 | 33,605 | 27,773 | 128,121 |
| 2014 | 1,904 | 35 | 5,104 | 2,801 | -2,767 | 5,139 | 4,431 | 38,485 | 29,890 | 22,634 | 126,158 |
| 2015 | 1,941 | 40 | 6,174 | 459 | -2,321 | 4,311 | 4,311 | 37,591 | 26,857 | 18,323 | 124,146 |
| 2016 | 1,978 | 45 | 7,280 | -1,174 | -2,137 | 3,969 | 3,969 | 36,984 | 24,033 | 14,354 | 122,134 |
| 2017 | 2,016 | 45 | 7,419 | -669 | -2,363 | 4,388 | 4,360 | 35,856 | 20,627 | 9,966 | 120,416 |
| 2018 | 2,055 | 45 | 7,563 | -158 | -2,592 | 4,813 | 4,357 | 34,147 | 16,605 | 5,153 | 118,865 |
| 2019 | 2,095 | 45 | 7,710 | 567 | -2,897 | 5,380 | 4,311 | 31,644 | 11,786 | -227 | 118,711 |
| 2020 | 2,136 | 45 | 7,862 | 797 | -3,030 | 5,628 | 4,204 | 28,617 | 6,466 | -5,855 | 119,294 |
| 2021 | 2,178 | 45 | 8,017 | 707 | -3,054 | 5,671 | 4,062 | 25,241 | 835 | -11,526 | 121,101 |
| 2022 | 2,222 | 45 | 8,177 | 654 | -3,091 | 5,740 | 3,901 | 21,451 | -4,905 | -17,266 | 123,194 |
| 2023 | 2,267 | 45 | 8,341 | 615 | -3,135 | 5,822 | 3,717 | 17,192 | -10,727 | -23,088 | 125,366 |
| 2024 | 2,312 | 45 | 8,510 | 586 | -3,184 | 5,912 | 3,507 | 12,408 | -16,639 | -29,000 | 127,614 |
| 2025 | 2,359 | 45 | 8,683 | 644 | -3,265 | 6,063 | 3,266 | 6,980 | -22,702 | -35,063 | 129,733 |
| 2026 | 2,408 | 45 | 8,861 | 708 | -3,349 | 6,220 | 2,987 | 836 | -28,922 | -41,283 | 131,922 |
| 2027 | 2,457 | 45 | 9,043 | 703 | -3,411 | 6,335 | 2,663 | -5,499 | -35,256 | -47,617 | 133,620 |
| 2028 | 2,508 | 45 | 9,230 | 611 | -3,444 | 6,397 | 2,296 | -11,896 | -41,653 | -54,014 | 134,713 |
| 2029 | 2,560 | 45 | 9,422 | 521 | -3,480 | 6,463 | 1,886 | -18,358 | -48,116 | -60,477 | 135,871 |
| 2030 | 2,614 | 45 | 9,618 | 433 | -3,518 | 6,533 | 1,429 | -24,892 | -54,649 | -67,010 | 137,097 |
| 2031 | 2,668 | 45 | 9,820 | 345 | -3,558 | 6,607 | 918 | -31,499 | -61,256 | -73,617 | 138,392 |
| 2032 | 2,725 | 45 | 10,028 | 258 | -3,600 | 6,686 | 349 | -38,185 | -67,942 | -80,303 | 139,758 |
| 2033 | 2,782 | 45 | 10,240 | 172 | -3,644 | 6,768 | 0 | -44,952 | -74,710 | -87,071 | 141,197 |
| 2034 | 2,842 | 45 | 10,458 | 85 | -3,690 | 6,853 | 0 | -51,806 | -81,563 | -93,924 | 142,711 |
| 2035 | 2,903 | 45 | 10,682 | 0 | -3,739 | 6,943 | 0 | -58,749 | -88,507 | -100,867 | 145,134 |
| 2036 | 2,965 | 45 | 10,912 | 0 | -3,819 | 7,093 | 0 | -65,842 | -95,599 | -107,960 | 148,254 |

Source: Barclays Capital. Note: Highlight represents PSPA draws repaid; bold represents recapitalization completed.

- Guarantee book grows with inflation, population indefinitely; this implies the GSEs retain market share.

- Guarantee income assumes no additional provisions are taken after Q1 11 for legacy losses.

- Retained portfolio is assumed to shrink to $250bn in 7 years, then stabilize before shrinking to zero between 2025 and 2035; debt funding costs assumed to increase to the 5y5y rate of 4.20% after 5 years

- Deferred tax asset valuation allowance of $33bn is drawn down before a 35% effective tax rate is applied starting in 2013.

- Senior preferred dividend remains a simple 10%, with the two other columns depicting reductions to 5% and 0 after 2012.

- Capital charge set at 5% for recapitalization.

Protected Information To Be Disclosed Only In Accordance With Protective Order     FHFA-DDC-0163507

## EURO AREA: RATES STRATEGY

## Greek Top 40 and the 'voluntary' question

*This is an updated version of a report previously published on 16 June 2011. Please note the Bank of Cyprus has an exposure of €1.8bn to GGBs as of Q1 11, as per the entry in Figure 1.*

Laurent Fransolet
+44 (0) 20 7773 8385
laurent.fransolet@barcap.com

**Over the past year, we have published a number of pieces looking at the holders of Greek debt. In this report, we update these numbers and show the details of the biggest holdings on a name-by-name basis. Besides Greek institutions, euro financial institutions are by far the main holders.**

In our previous research on the holders of Greek debt (see for example *Euro Themes: Implications of Greece restructuring for banks and CDS*, 3 June) we highlighted that these holdings are actually quite concentrated (with the top 30 holders accounting for 70%+ of the total). In this report, we update these numbers and show the details of the biggest holdings on a name-by-name basis. The vast majority of the information comes from disclosures by the companies themselves (for private sector holders, mainly banks and insurance companies), or some official data (for public sector holdings or loans data). In fact, there are only a few holdings that are not up to date as of Q4 10 or Q1 11 or that we have had to estimate (eg, the ECB SMP holdings or some of the central banks holdings, although admittedly, these are probably among the biggest holders). We would also highlight that this data/information has been in the public domain for some time, and so should not be a particular surprise to financial markets, rating agencies and commentators.

The ECB holdings have been reported by the *FT* recently as being €49bn (a number sourced from the European Commission), a bit more than what we had assumed hitherto (about €45bn). It is possible that this number refers to the SMP holdings as well as the national central banks reserves holdings, but we have nevertheless used it in the list. Importantly, the list also does not include any of the fund management companies, which typically do not provide much, if any, information on their holdings (and which typically do not bear the direct risk of such holdings). So, it is very possible that the total holdings would be even more concentrated than shown here.

Despite its limitations, the list confirms how concentrated the holdings of Greek bills and bonds (and Greek debt in general are): the top 10 names account for 50% of holdings, the top 30 for 70% and the top 40 for close to 72%. The proportions are between 2 and 5% higher when one looks at the total debt rather than bonds and bills.

There have probably been few changes in these holdings since Q2 10, and even recently: the Greek government bond market is very illiquid, and is not able to deal with large portfolio shifts at this point. The official data also suggests that there have been limited changes since the end of Q2 10 (while there were big changes between Q1 10 and Q2 10, when the ECB bought the bulk of its holdings). Indeed, the recent changes in banks' exposures derived from the BIS data (as of Q4 10) are misleading, in our view, on both the French and German side, as they very likely result from changes in classifications (Dexia exposures seem to have been split between France, Belgium and Luxembourg, and Depfa has moved its exposures to FMS, which is not categorised as a bank) rather than actual changes in exposures.

Protected Information To Be Disclosed Only In Accordance With Protective Order                  FHFA-DDC-0163508

Barclays Capital | Global Rates Weekly

**Figure 1: Barclays Capital estimated top 40 holders of Greek government bonds and Greek debt**

| Rank | Country | Name | Bonds and bills (€ bn) | Loans (€ bn) | Cumulative bonds holdings (€ bn) | Cumulative % of bonds | Cumulative debt (€ bn) | Cumulative % of debt | As of |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Euro | Eurosystem SMP* | 49.0 | - | 49 | 17% | 49 | 14% | Q1 11 |
| 2 | Euro | EU loans | | 38.0 | 49 | 17% | 87 | 24% | Q1 11 |
| 3 | Greece | Greek public sector funds | 30.0 | - | 79 | 28% | 117 | 33% | Q1 11 |
| 4 | | RoW official institutions (probably 3-5, Asia)* | 25.0 | - | 104 | 36% | 142 | 39% | Q4 09 |
| 5 | IMF | IMF loans | | 15.0 | 104 | 36% | 157 | 44% | Q1 11 |
| 6 | Greece | National Bank of Greece | 13.7 | - | 118 | 41% | 171 | 47% | Q4 10 |
| 7 | Euro | Euro area NCBs (BoG, BdF, BoP, BoI, etc)* | 13.1 | - | 131 | 46% | 184 | 51% | Q4 09 |
| 8 | Greece | Piraeus | 9.4 | - | 140 | 49% | 193 | 54% | Q4 10 |
| 9 | Greece | EFG | 9.0 | - | 149 | 52% | 202 | 56% | Q4 10 |
| 10 | Germany | FMS (ex Depfa/Hypo Real Estate) | 6.3 | - | 155 | 55% | 208 | 58% | Q4 10 |
| 11 | Greece | Bank of Greece legacy loans | | 6.0 | 155 | 55% | 214 | 60% | Q1 11 |
| 12 | France | BNP | 5.0 | - | 160 | 56% | 219 | 61% | Q4 10 |
| 13 | Greece | ATE | 4.6 | - | 165 | 58% | 224 | 62% | Q4 10 |
| 14 | Greece | AlphaBank | 3.7 | - | 169 | 59% | 228 | 63% | Q4 10 |
| 15 | Bel/Lux/France | Dexia | 3.5 | - | 172 | 60% | 231 | 64% | Q4 10 |
| 16 | Greece | Hellenic Postbank | 3.1 | - | 175 | 62% | 234 | 65% | Q4 10 |
| 17 | Italy | Generali | 3.0 | - | 178 | 63% | 237 | 66% | Q4 10 |
| 18 | Germany | Commerzbank | 2.9 | - | 181 | 64% | 240 | 67% | Q4 10 |
| 19 | France | Societe Generale | 2.9 | - | 184 | 65% | 243 | 68% | Q4 10 |
| 20 | Greece | Marfin | 2.3 | - | 186 | 65% | 245 | 68% | Q4 10 |
| 21 | France | Groupama | 2.0 | - | 188 | 66% | 247 | 69% | Q4 10 |
| 22 | France | CNP | 2.0 | - | 190 | 67% | 249 | 69% | Q4 10 |
| 23 | France | AXA | 1.9 | - | 192 | 67% | 251 | 70% | Q4 10 |
| 24 | Greece | Bank of Cyprus | 1.8 | - | 194 | 68% | 253 | 70% | Q1 11 |
| 25 | Germany | Deutsche Bank/Deutsche Postbank | 1.6 | - | 196 | 69% | 255 | 71% | Q1 11 |
| 26 | Germany | LBBW | 1.4 | - | 197 | 69% | 256 | 71% | Q1 10 |
| 27 | Netherlands | ING | 1.4 | - | 198 | 70% | 257 | 72% | Q1 11 |
| 28 | Germany | Allianz | 1.3 | - | 200 | 70% | 259 | 72% | Q4 10 |
| 29 | France | BPCE | 1.2 | - | 201 | 71% | 260 | 72% | Q4 10 |
| 30 | Belgium | Ageas | 1.2 | - | 202 | 71% | 261 | 73% | Q1 11 |
| 31 | UK | RBS | 1.1 | - | 203 | 71% | 262 | 73% | Q4 10 |
| 32 | Germany | DZ Bank | 1.0 | - | 204 | 72% | 263 | 73% | Q4 10 |
| 33 | Italy | Unicredito | 0.9 | - | 205 | 72% | 264 | 73% | Q4 10 |
| 34 | Italy | Intesa San Paolo | 0.8 | - | 206 | 72% | 265 | 74% | Q4 10 |
| 35 | UK | HSBC | 0.8 | - | 207 | 73% | 266 | 74% | Q4 10 |
| 36 | Austria | Erste Bank | 0.7 | - | 208 | 73% | 267 | 74% | Q4 10 |
| 37 | Germany | Munich Re | 0.7 | - | 208 | 73% | 267 | 74% | Q1 11 |
| 38 | Netherlands | Rabobank (gross)* | 0.6 | - | 209 | 73% | 268 | 74% | Q4 10 |
| 39 | France | Credit Agricole | 0.6 | - | 210 | 74% | 269 | 75% | Q4 10 |
| 40 | Belgium | KBC | 0.6 | - | 210 | 74% | 269 | 75% | Q4 10 |
| | | Others | 74.8 | 16.0 | 285 | 100% | 360 | 100% | |
| | | Total | 285.0 | 75.0 | 285 | 100% | 360 | 100% | |

Note: this is not including some of the asset management companies, which may have some exposures above €500mm. "*" in the fourth column indicates that these are Barclays Capital best estimates, rather than publicly available data.  Source: Barclays Capital, Bank of Greece, EU, IMF, company reports, media reports

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163509

Beyond the actual holdings of the debt, it is difficult to know the exact details of the various exposures (short or long dated bonds, domestic or international bonds, or loans). For example, we would suspect that the German and French banks' exposures might be quite different: on the German side, there are probably more long-dated bonds held in asset swap packages, while on the French side, it is more likely to be outright short-dated bond exposures. Overall, it is worth keeping in mind that about one-third of the Greek bonds matures before the end of 2014 (more than €100bn), and that banks would typically have shorter holdings than insurance companies.

As importantly, there is limited way of knowing whether these exposures have been hedged or whether impairments have been taken already (probably not for the majority of holders). Lastly, the impact of these exposures on the creditworthiness or capital of the holders is not necessarily direct, as accounting rules as well as other factors (especially for insurance companies) need to be considered.

## What does the data tell us?

The high concentration of holdings, and the type of institutions involved, suggests that some kind of voluntary rollover/Vienna initiative might have more take-up than one might expect at first glance. Having a participation of €25bn in such an initiative (as has been mentioned in the press) over the coming three years seems plausible, in our view.

Certainly, the Greek holders would have a natural incentive to roll over their debt. The Greek pension and social security funds (managed by the Bank of Greece) would clearly be in that case, although it may not have much debt maturing in the coming years. Greek banks are likely to have a mix of maturities in their portfolios, but we would think that probably more than a third of it is maturing in the coming years. One concern on the banks side has been the ECB stance that it would not accept Greek collateral anymore if any private sector involvement was not fully voluntary and/or would trigger a default, and that Greek banks would therefore have to reduce their holdings. We believe one potential way around this would be for the ECB to announce some kind of medium-term 'addicted banks facility' that would cover Greek, Irish and some Portuguese banks. This is something the ECB has been mulling for some time, and is linked somewhat to the decision on full allotment in open market operations. Such a facility could provide more security in terms of availability of ECB funding on a medium term to these banks (which will provide or have already provided medium-term liquidity and deleveraging plans to the ECB), and be more flexible in terms of the collateral it accepts than the 'single list' that the ECB is using for OMOs (whether or not rolled over debt is considered in default or not seems to vary depending on the rating agency). Such a separate facility would obviously come at a price, in terms of bigger haircuts and potentially a premium interest rate which may be linked to the regular OMOs (which may, or may not, at the same time, revert to variable rate tenders for 3m maturities; the ECB is likely to keep full allotment on the weekly MRO for longer in any case). Over the past few weeks, a number of statements and signs suggest that the ECB might be nearing a decision on this, something which could possibly be announced in September or even earlier (the decision might be precipitated by the downgrade by S&P of Greece and Greek banks to CCC recently). Independently, though, it could be that there would still be the problem of financing of Greek bonds by non Greek holders, if the ECB were to exclude GGBs from its single collateral list (unlikely if there is a simple rollover).

In any event, any additional NPV loss inflicted on Greek banks would require further recapitalisation of these institutions. Under the original EU IMF programme, EUR10bn has been ear-marked for bank recapitalisation. Given the weaker macroeconomic performance

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163510

and more rapid increase in NPLs than anticipated under the programme, any additional NPV losses associated with public debt rollover at below market rates will require almost a one-for-one capital increase in the context of a new EU/IMF programme.

Other holders might also decide to participate in this, for a number of reasons: for example, limiting the near-term loss recognition, being 'good citizens', or having longer-term incentives in mind.

Rating agencies have been mixed on whether a roll over would constitute a default, a selective default or have limited influence. The bar, though, seems to be quite high for it not to constitute a default on their criteria.

The exact way to involve the private sector and/or do bond rollovers is clearly what the Eurogroup will be focusing on in the coming weeks: this is obviously something that, if done, needs to be done correctly and not rushed through, as a large number of unintended consequences could have a dramatic impact on financial markets. In this regard, we believe different views between Germany and other EU countries on burden sharing by bondholders are likely to be resolved in the coming days, with Germany possibly moving towards the voluntary roll-over proposed by other EU members (and that the ECB appears to support), most likely one based on the principles of the Vienna Initiative.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163511

# EUROPE MONEY MARKETS

## Cautiousness, not panic

Laurent Fransolet
+44 (0) 20 7773 8385
laurent.fransolet@barcap.com

Giuseppe Maraffino
+44 (0) 20 3134 9938
giuseppe.maraffino@barcap.com

**The increase in EONIA is mainly due to exceptionally high frontloading, and not principally to panic related to the worsening of the Greek crisis. We also expect high fixing next week, with banks focusing on increasing their frontloading**

The June reserve period has started in a context of not particularly good liquidity conditions in the Eurosystem. While the liquidity surplus has increased to about €36bn from zero as of last week, the liquidity conditions have remained particularly tight for the first few days of a reserve period. This is because banks have preferred to use the increase in the surplus to do more frontloading of their reserves: in the first two days of the new reserve period, frontloading has been about 85% of the liquidity surplus vs 50/70% in the corresponding days of past reserve periods. As a consequence, the use of the deposit facility (ie, the liquidity available in the market) has been around €5bn, the lowest level for the first day of the MP since the introduction of the full allotment procedure in October 2008. Because of the high uncertainty in the near-term outlook, strongly related to the evolution of the Greek crisis, we believe that banks prefer to retain liquidity to increase their frontloading in order to have more room to manage liquidity in the second part of the reserve period. In this respect we note that the trading volume in the overnight unsecured cash market is quite low, and below the usual volumes in the first days of the previous reserve period.

*Tight liquidity conditions in the first week of the June reserve period…*

The tight initial liquidity conditions have fuelled upward pressure on the EONIA fixing (EONIA fixed higher than the refi rate in the first two days of the period), which has affected the very front end of the EONIA curve, as the market is pricing tight liquidity conditions at least in the first two weeks of the June reserve period, ahead of the turn of the semester, with the 3m LTRO (€129bn) maturing on 30 June. In contrast, maturities beyond 1 month have not been particularly affected, with the long-term EONIA rallying. EONIA forwards have rallied as well, but probably because they are discounting a less hawkish ECB policy in the coming months both on the refi rate and on the extraordinary liquidity measures fronts. The money market curve has flattened sharply, with the spread between July11 EONIA and June12 EONIA at around just 20bp: while the July hike continues to be priced, the expectations of further hikes in a 12-month horizon have been revised downwards sharply (see Figure 1). Part of this 20bp is likely to reflect some normalisation of EONIA, leaving extremely limited rate hike expectations in the curve.

*…sharp upward pressure on EONIA fixing…*

**Figure 1: EONIA forward curve: bull flattening**



Source: Barclays Capital

**Figure 2: Low use of the deposit facility (€bn) in June MP**



Note: x-axis: day of the reserve period    Source: ECB, Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163512

Barclays Capital | Global Rates Weekly

*...and of the EUR/USD basis swap*

Euribor rates have moved up since the beginning of June, rising 6bp, after having been broadly stable at around 1.43% in May, reflecting an increase in the credit premium (as indicated by the widening of CDS of banks contributing to Euribor). The breakdown of the contributors also shows that French banks have increased their contribution the most (+9.6bp) over the past month. With a quite stable 3m EONIA, the FRA/EONIA spread has therefore widened. The spot is now at 19bp, while forwards are at around 28/30bp (having widened 1-5bp). With increasing uncertainty on the Greek crisis, further widening is possible in the coming days.

*...higher Euribor, widening of FRA/EONIA*

Next to the FRA-OIS spreads, the EUR/USD cross currency basis swap has also widened, albeit from its tightest levels since 2008. In the past, these spreads have been indicators of funding stress but over the past 12 months their widening at times of stress has been muted compared with the 2008 moves. In our view, their widening reflects an increase in the perception of risk in the eurozone banking sector rather than direct peripheral exposures, as the current interbank exposures of Greek, Irish and Portuguese banks is quite limited. Indeed, Greek paper has not been accepted in the repo market or on LCH since about the end of 2009; banks have also closed their credit lines for Greek, Irish and Portuguese banks, for which the ECB is essentially the only source of liquidity.

*Repo market: no signs of stress*

There are few, if any, signs of stress in the euro repo market. Liquidity is good (given it is the first week of the reserve period) and much better than in the last week of the May reserve period. The increase in the repo rate is mainly a reflection of higher EONIA rates rather than a sign of panic. Liquidity for Italy and Spain GC is good as well. The spreads vs Germany have increased slightly, but this is normal in a context of higher market rates. The Bank of Spain data show no particular changes in the Spanish domestic repo market.

*ECP: crowding out effect on financials from SSA*

In the commercial paper market, the volumes issued by the financial sector have declined but this was in relation to a sort of 'crowding-out' effect from the SSA sector and not due to a material worsening of market sentiment regarding European banks. Indeed, the widening of the 3-month EUR/USD cross-currency basis has made issuers in the SSA sector relatively more attractive in USD issuance spread terms. This, in turn, has affected banks' activity in USD commercial paper as issuance spreads have not moved in line with the widening EUR/USD basis. Despite this, liquidity for Spanish, Italian and French banks has remained relatively consistent, although weighted average maturities have declined over the past two weeks. Overall, it is worth re-iterating that the total amounts raised by Italian, and in particular, Spanish banks in the US CP markets are very limited. The biggest issuers are typically French, German and UK banks.

**Figure 3: Contributions in the Euribor panel by bank**



Source: EBF, Barclays Capital

**Figure 4: Widening of the 3M FRA/EONIA ( Sep11 contract)**



Source: Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order                                        FHFA-DDC-0163513

Barclays Capital | Global Rates Weekly

**Next week: surplus likely a bit up, EONIA to stay high**

The liquidity conditions should remain tight into next week, as the uncertainty on the evolution of the Greek crisis is likely to lead banks to keep retaining liquidity (instead of lending out in the market) and increasing reserves. Therefore, we expect EONIA to keep fixing high, at around the current level (1.25-1.30%).

*MRO: expected an increase in borrowing (+€10bn)*

In terms of the ECB's liquidity operations, next week should be not particularly busy. On Tuesday, the usual MRO is scheduled with €135bn maturing. The recent increase in 1-week EONIA together with banks' willingness to keep frontloading should fuel demand for 1-week liquidity. After a €33bn increase at this week's operation, we expect a €10bn increase in the borrowing next week.

*1w drain tender: risk of low demand for ECB's term deposit*

On the same day, the ECB will carry out its usual 1-week term deposit tender aiming at draining €75bn of liquidity, corresponding to the amount of SMP purchases net of the amount matured. Last week, the ECB drained the entire amount announced, but the demand for 1-week term deposits was just a bit higher than the amount to be drained. As 1-week EONIA is higher than last week and liquidity conditions are still tight, we still see a high risk of failing (with a corresponding increase in the liquidity outstanding).

*Autonomous factors likely to increase*

On the liquidity needs side, after the recent decline, autonomous factors are likely to increase again next week (before coming down in the final week of June on the Italy redemption on 30 June of €12bn). Seasonal increase in tax receipts in Italy should cause an increase in the Government deposits.

*Liquidity surplus likely to go slightly up…but EONIA is expected to stay high*

All in all, the liquidity surplus should move a bit up next week, probably in the €40bn area. However, as frontloading is expected to remain high, the effect on the EONIA should be marginal, with the fixing likely to remain at around the current level. We expect some decline in the 1w and 2w EONIA, reflecting an improvement in the liquidity conditions in the final two weeks of the reserve period when the decline in frontloading, together with favourable dynamics of autonomous factors, should favour a decline in the fixing.

**Figure 5: MRO allotment and EONIA**



Source: ECB, Barclays Capital

**Figure 6: Bid/cover at the ECB's 1w drain operation**



Note: grey indicates failed auction, where the b/c was below 1.
Source: ECB, Barclays Capital

17 June 2011

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163514

Barclays Capital | Global Rates Weekly

# EUROPE: SOVEREIGN SPREADS

## Greece: Make or break

Cagdas Aksu
+44 (0) 20 7773 5788
cagdas.aksu@barcap.com

Huw Worthington
+44 (0) 20 7773 1307
huw.worthington@barcap.com

**Negative headlines have intensified in Greece over the course of this week especially on the domestic political front. Below we outline a scenario in which contagion into other peripheral EGB counrtries can be avoided in the near term. While the probability of an 'accident' happening to disrupt this scenario has increased in recent days, we would assign a decent probability to it materialising.**

Negative headlines have been abundant over the course of this week, with EGB spreads widening across countries. Lowly rated periphery as well as the core periphery widened notably until Friday. Furthermore, we also saw some notable flight-to-quality signs in other fixed income products for the first time in a while. Front FRA-EONIA bases widened up to 5bp and Bund ASW widened 9bp on the week before reversing some of this on Friday (although some of this move was also due to anecdotal long-end swap paying).

**Figure 1: Likely near-term scenarios for Greece**



Source: Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order                    FHFA-DDC-0163515

There were a few reasons behind these moves. First, on Tuesday, the Eurogroup finance ministers meetings ended up without any clear decisions on the nature of the private sector involvement (PSI) as part of the near-term Greek resolution. On Wednesday, headlines were hit by Moody's warning of potential downgrade of some French banks due to their Greek exposure and the Irish Finance Minister stating that the Irish government is ready to impose haircuts on senior unsecured bond holders of non-viable banks. Thursday some good news emerged: the IMF softened its stance on disbursing the next tranche of the €110bn EU/IMF package for Greece due early July as long as eurozone governments promise to fill any financing gap for the next 12 months, even in the absence of a full agreement on the new Greek package. Moreover, Germany also toned down its stance on its demands regarding PSI by stating that the quantity of the private sector contribution to the Greek package is more important than the method by which it is achieved (in doing so being more receptive to a Vienna initiative style debt rollover solution, which is supported by most of the eurozone countries and the ECB). However, the relatively positive news was more than offset by intensifying political deadlock in Greece regarding the approval of MTFS. Two more PASOK MPs resigned from the parliament (although this won't change the majority of PASOK in the parliament as they will be replaced by new PASOK MPs). On Friday, Prime Minister Papandreou reshuffled the cabinet (with FM Papaconstantinou replaced by the new FM Venizelos). In the process of reshuffling the government there will be a vote of confidence in parliament starting Sunday evening, likely to be finalised by Tuesday night. Last, the outright market exacerbated by the weak global economic data is not helping periphery either.

## What needs to happen now to stop contagion?

In order to stop contagion from Greece to other periphery (and even other asset classes) gaining more momentum, we think a few things need to happen and soon. A plausible scenario that would meet these conditions can be laid down as follows. In a meeting today (17 June) French President Sarkozy convinces German Chancellor Merkel to agree to a Vienna initiative style debt roll over solution for PSI, which does not result in a selective default, instead of a debt maturity extension solution favoured by Germany (which is defined as a selective default by rating agencies and opposed by the ECB). Then, the Eurogroup finance ministers meeting on Sunday/Monday (19/20 June) outlines the details of the new Greek package and confirms the nature of the PSI as a market-friendly debt roll-over solution (which will most likely be made conditional on the Greek parliament approving the medium-term fiscal strategy plan and agreeing to the comprehensive privatisation plan). This would then be followed by the parliament passing the vote of confidence by Tuesday (21 June) and approving the MTFS and the privatisation programme by early July. Finally, we would need to get the full implementation details of the already agreed to in principle Vienna initiative style debt roll over sometime soon (the new deadline newswires circulated for this on Thursday varies between July and late summer).

Any significant deviation from the scenario we outlined above in terms of timeline, political developments in Greece and type of private-sector participation, is very likely to result in increasing contagion in EGBs during summer months, in our view. Moreover, we should also not rule out brinkmanship. Leaving agreement to the last possible minute could have knock-on effects on the Greek banking system, which could heighten tensions in the interim. While the probability of an 'accident' in one of these elements has increased in recent days, we would assign a decent probability for the above scenario to materialise. This, combined with market-friendly EGB cash flows in the coming months and relatively high short leverage investor positioning, has room to generate a tactical tightening in core peripheral EGB in July and August.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163516

## German supply outlook

The German Q3 issuance calendar is scheduled to be released in the third ten-day period of June (most likely next week). According to recent announcements from officialdom, German finances are currently running €10-13bn ahead of expectations of the c.€48bn of net borrowing needs, which were estimated when the original issuance schedule was put together in late 2010. This would appear to be a similar situation to the experience of 2010, when the Q3 (and eventually Q4) issuance calendars were revised lower. As such, we would not be surprised to see Q3 bond issuance expectations for 2011 revised down next week.

In 2010 both OBL re-openings sizes were cut by €1bn, and the 10y bund auction scheduled for September was also reduced by €1bn. At the longer end, the 30y auction scheduled for October was dropped completely, although the July 30y supply was increased by €1bn with a new 30y bind being issued. Using last year's experience as a base, a similar outcome next week would see likely reductions in 5y and 10y bond supply for Q3. Thereafter, provided German finances continue to remain favourable, further cuts to supply seem likely for Q4, and this would seem most likely to provide the majority of any reductions in auction sizes, with lower amounts across auctioned right across the curve.

**Figure 2: Possible Change in German Bond Issuance for H2 11**

|        | 2 yr | 5 yr | 10 yr | 30 yr | Linker | Total |
|--------|------|------|-------|-------|--------|-------|
| Jul-11 | 0    | 0    | 0     | 0     | 0      | 0     |
| Aug-11 | -1   | 0    | -1    | 0     | 0      | -2    |
| Sep-11 | 0    | -1   | 0     | 0     | 0      | -1    |
| Oct-11 | 0    | 0    | -1    | -2    | 0      | -3    |
| Nov-11 | -2   | -2   | -1    | 0     | 0      | -5    |
| Dec-11 | 0    | -1   | 0     | 0     | 0      | -1    |
| Total  | -3   | -4   | -3    | -2    | 0      | -12   |

Source: Barclays Capital

## Next week's cash flows

Next week is much quieter in issuance terms with no peripheral supply at all and only issuance from the highly rated core. Holland will issue a new 5y Jan 17 DSL via a Dutch Direct Auction on Tuesday, while Germany will tap the 10y bund on Wednesday. Support for the market will come mainly from Germany in the form of €15bn of redemptions.

**Figure 3: Barclays Capital's cash flow expectations for week beginning 20 June 11**

| Beginning | | Auction Date | Issuance | Redemptions | Coupons | Net Cash Flow |
|-----------|-------|--------------|----------|-------------|---------|---------------|
| | 06-Jun-11 | -8.90 | Germany | 4.00 | 0.00 | 0.23 | 3.78 |
| Weekly | 13-Jun-11 | 14.32 | France | 0.00 | 0.00 | 0.00 | 0.00 |
| Net | **20-Jun-11** | **4.95** | Italy | 0.00 | 0.00 | 0.13 | -0.13 |
| Cash flow | 27-Jun-11 | 4.90 | Spain | 0.00 | 0.00 | 0.00 | 0.00 |
| | 04-Jul-11 | -20.81 | Belgium | 0.00 | 3.00 | 0.01 | -3.01 |
| | | | Greece | 0.00 | 0.00 | 0.33 | -0.33 |
| | | | Finland | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | Ireland | 0.00 | 0.00 | 0.34 | -0.34 |
| | | | Holland | 4.00 | 0.00 | 0.00 | 4.00 |
| | | | Austria | 0.00 | 0.00 | 0.01 | -0.01 |
| | | | Portugal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total** | **8.00** | **3.00** | **1.049** | **3.95** |

Net Cash Flow is issuance minus redemptions minus coupons. Negative number implies cash returned to the market.

| | |
|---|---|
| Total issuance | 8.00 |
| Total redemptions | 3.00 |
| Total coupons | 1.05 |
| Net cash flow | 3.95 |

Source: Barclays Capital

17 June 2011

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163517

Barclays Capital | Global Rates Weekly

# UNITED KINGDOM: RATES STRATEGY

## Forward curve set to steepen further

Moyeen Islam
+44 (0) 20 7773 4675
moyeen.islam@barcap.com

*The gilt market has rallied
alongside fixed income markets
globally*

*However, UK data have also
notably weakened; Gilt 5y5y fwd
has lagged the market*

**The market remains in thrall to the combination of European fiscal risk and the weakening of UK data. On the curve, Gilt 5y5yfwd/10y5y fwd looks set to steepen further, which should see further outperformance of the 10yr sector versus the wings.**

Alongside other fixed income markets, the gilt market has been a beneficiary of the 'flight-to-quality' move that has seen fixed income in general perform strongly as the combination of weakening data and renewed fears over a disorderly resolution of the European fiscal situation have dominated the market's thinking. In previous such episodes, it has generally been felt that the gilt market has benefited from the perception of being a 'safe-haven', and this week's endorsement of the current fiscal stance by the IMF will have aided that perception. However, it is worth nothing that the current rally has primarily been futures-led and we have seen a marked reluctance of end users to support the market, which has seen a steady underperformance of cash versus futures. This implies a rally driven by technical factors and CTA funds rather than end investors. Additionally, the latest available flow data of overseas investments into gilts have shown that, as at the end of April, there had been a continuation of the ongoing trend that has seen a marked fall in the strength of overseas support for the market (Figure 1). It will be interesting to see whether, in the event of a disorderly outcome for Greece, we see a reversal in this trend.

Another factor to consider, that may well be a more sustainable source of support for the market, has been the weakening of UK data. While globally we have seen a softening in output data, the weakness of consumption in the UK as evidenced by the downward surprise to the May retail sales number remains of concern. The squeeze on household incomes from falling real wages and increased non-discretionary expenditure may well see the market retain its fairly sanguine vew of the imminent path of policy rates. This means that we can still see some scope for the front end to at least maintain current valuations. We note that the rally in the front end has seen the Gilt 5y5y fwd lag the outright level of the market (Figure 2) as the forward curve has come under steepening pressure.

Figure 1: Overseas flows into gilts have been waning (£mn)



Source: Bank of England and Barclays Capital calculations

Figure 2: Gilt 1y1y fwd (%) vs Gilt 5y5y fwd (%,RHS)



Source: Barclays Capital

17 June 2011

51

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163518

Barclays Capital | Global Rates Weekly

Figure 3: 5yr fwd gilt curve at selected tenors (%)



Source: Barclays Capital

Figure 4: Gilt 5y 5y fwd vs nominal growth expectations (%)



Source: Consensus Economics and Barclays Capital

*Gilt 10y5y fwd looks too flat versus Gilt 5y5y fwd…*

*….we judge it more likely that Gilt 10y5y will continue to underperform Gilt 5y5y fwd as the latter seems consistent with nominal growth expectations, and inflation expectations remain subdued*

On the wider curve, it is noticeable that the part of the curve that looks too flat relative to other parts of the forward surface is in the 10-15yr part of the curve. When compared with the forward curve at the beginning and end of the Bank's QE programme, we can see that the traditional hump in the gilt curve in the 15-20yr was largely evened out (Figure 3). Since then, the curve has begun to return back towards its former shape. The question is whether a continuation of this move is driven by a bearish correction in the level of 5y5y fwd or via a further resteepening of the forward curve driven by a continuing correction in the 15-20yr part of the curve. A back-up in Gilt 5y5y fwd would require a sizeable repricing in expectations for the path of policy rates, which would underpin correction in the level of Gilt 1y1y fwd or a sharp rise in inflation expectations not countered by BOE rhetoric. However, with inflation expectations in the UK relatively subdued and likely to come under further pressure into the upcoming linker market index events, the latter seems like an unlikely trigger. The level of  Gilt 5y5y fwd does not look to be inconsistent with a measure of nominal growth expectations for which, aside from in the 2008-09 period, the correlation is typically relatively high (Figure 4). On this basis that we would expect the Gilt 5y5y/10y5y spread to come under steepening pressure. In spot space, this would translate as expecting further outperformance of the 10yr sector versus the wings in 5/10/15 type structures, and we note that the fly exhibits a strong correlation with Gilt 2/10s, with the advantage that it carries less negatively.

Protected Information To Be Disclosed Only In Accordance With Protective Order                    FHFA-DDC-0163519

# COVERED BONDS

## The UK covered bond market revisited

(This is an edited extract from *The AAA Investor*, published 17 June 2011)

Fritz Engelhard
+49 69 7161 1725
fritz.engelhard@barcap.com

Michaela Seimen
+44 (0) 20 3134 0134
Michaela.Seimen@barcap.com

Jussi Harju
+49 69 7161 1781
jussi.harju@barcap.com

**In this edition of the *AAA Investor* we take a look at the UK covered bond market for H1 11. The UK market has seen an unprecedented level of covered bond issuance since the beginning of the year and the re-emergence of GBP-denominated covered bonds. In addition to the record issuance level we have witnessed some changes in the investor dynamics for UK covered bonds. On the relative value side, we regard the 120bp average gap between UK covered bonds and underlying Gilts as generous compared to other jurisdictions. In addition, we see more value in ABBEY covered bonds compared to RBS and LLOYDS.**

## Record start for UK covered bonds in 2011

The first half of 2011 has seen record issuance of EUR- and GBP-denominated covered bonds from UK covered bond issuers. In Q1 €13.2bn of covered bonds were issued, predominantly by building societies, followed by good supply so far in Q2. Year-to-date, a total of €19.9bn of covered bonds have been issued, which already surpasses last year's total supply. Furthermore, this sets a record in the first half of the year for issuance in the UK market since its inception in 2003.

Figure 1: Annual gross supply of UK covered bonds



Source: Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163520

Barclays Capital | Global Rates Weekly



Figure 2: Quarterly gross supply of UK covered bonds

Note: 2008 and 2009 omitted due to negligible supply. Source: Barclays Capital

*Total outstanding of UK covered bonds has continued to increase following the decline between 2007 and 2009*

Historically, the total outstanding UK covered bonds rapidly increased in 2005-2007, before declining on the back of hardly any public issuance in 2008-2009. Improved market conditions reversed this trend in 2010 when €18.9bn of covered bonds were issued against redemptions of €7.6bn. The redemptions this year amount to €8.3bn, which puts the net supply year-to-date at €11.6bn.

Figure 3: Redemption profile of UK covered bonds



Source: Barclays Capital

Figure 4: UK covered bonds total outstanding



Source: Barclays Capital

*The GBP-denominated covered bonds have been mainly absorbed by domestic investors*

Another interesting development this year has been the increased supply of GBP-denominated covered bonds. Compared to last year, when only €0.3bn of GBP-denominated covered bonds were issued, the supply of €6.7bn, or 36% of the year-to-date total, has been a positive development. The GBP-denominated covered bonds have been predominantly bought by UK and Irish investors (with asset managers and insurance and pension funds being the largest buyers) attracted by the long maturities and attractive yields offered. In our view, this is a positive development for the UK covered bond market and issuers. Having said that, we still note that the UK market is still dominated by EUR-denominated covered bonds that represent the majority of 2011 issuance at €11.8bn (64% of the year-to-date supply), and in terms of outstanding covered bonds they still represent nearly 83% of total outstanding covered bonds issued from the UK at the time of writing.

17 June 2011

54

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163521

Barclays Capital | Global Rates Weekly

*Abbey has been the most active issuer this year*

As was the case last year, Abbey, Lloyds and RBS have been the most active issuers of UK covered bonds year-to-date. Abbey has been the most active with €5.2bn covered bonds issued year-to-date, followed by Lloyds TSB at €4.0bn and RBS at €3.0bn. On an aggregate basis, HBOS covered bonds still represent the largest share of the total outstanding UK covered bonds at €23.6bn, or 24.6%. This is followed by Abbey at €14.9bn (15.5%) and Nationwide at €14.6bn (15.2%). Northern Rock (NRKLN), Lloyds TSB (LLOYDS), Royal Bank of Scotland (RBS) and Barclays (BACR) each have market shares of 10.8%, 8.6%, 8.1% and 8.1%, respectively.

**Figure 5: Total outstanding per currency**



Source: Barclays Capital

**Figure 6: Total outstanding per issuer**

Source: Barclays Capital

*More demand from banks and central banks*

In terms of demand dynamics, we have seen more interest from banks and central banks this year, with the share of banks up by 9.4% and the share of central banks up by 3.6%. At the same time, the share of asset managers and insurance and pension funds are down by 9.2% and 4.4%, respectively. Overall, banks and asset managers remain the largest buyers, representing more then two-thirds of the volume.

*More demand from UK, Irish and Scandinavian investors*

In terms of geography of the buyers we have seen more interest from the Irish, UK and Scandinavian investors, with the share of UK and Irish investors up by 6.5% and the share of Scandinavian investors up 5.9% from last year. At the same time, the share of German and Austrian investors declined by 7.8%. Overall, regardless of the decline in the year-to-date demand, German, Austrian investors remain the largest buyers of UK covered bonds. Combined with Scandinavian investors, they represent nearly half the total demand.

Protected Information To Be Disclosed Only In Accordance With Protective Order                                    FHFA-DDC-0163522

Barclays Capital | Global Rates Weekly

Figure 7: Take-up of UK covered bonds by investor type (2011 YTD)



Source: Barclays Capital

Figure 8: Take-up of UK covered bonds by geography (2011 YTD)



Source: Barclays Capital

Figure 9: 2011 vs 2010 change of take-up by investor type of UK covered bonds primary market transactions



Source: Barclays Capital

Figure 10: 2011 vs 2010 change of take-up by investor region of UK covered bonds primary market transactions



Source: Barclays Capital

## Relative value thoughts on UK covered bonds

*Last 12 months have shown spread volatility*

Just like other covered bond markets, the UK market has been affected by the ongoing sovereign crisis and over the past 12 months we have seen higher spread volatility. Figure 11 shows the spread history for UK covered bonds issued by different entities versus respective underlying Gilt spread moves, ie, UK Gilts swapped into 3mth Euribor. Historically, the average spread has been approximately 122bp and currently most of the covered bonds in our sample below trade at spread levels above this average.

17 June 2011

56

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163523

Barclays Capital | Global Rates Weekly

Figure 11: Spread of UK covered bonds vs underlying government bonds



Note: *5y Gilt in EUR. Source: Barclays Capital

*Spread differentials at individual issuer level reveal further divergences*

At the issuer level the spread differentials show further investor differentiation between issuers. The first point to note is that compared to the other issuers Abbey trades at higher spread differentials to the swap curve than the other issuers. One potential factor explaining this could be investor caution around Abbey's owner, Santander's peripheral exposures. However, from a pure credit perspective this is not supported given that Santander UK plc does not differ dramatically from other UK issuers in terms of its cover pool quality or issuer credit rating. In fact, its issuer credit rating is one of the highest among UK banks and building societies.

Figure 12: Spread of selected UK covered bonds vs underlying government bonds



Source: Barclays Capital

*Improvements in Spanish economy and/or banking sector may provide spread tightening opportunities for Abbey's covered bonds*

The situation with Abbey is an interesting turnaround from 2007-2008 when Santander's ownership was actually considered beneficial for Abbey and its covered bonds were actually trading inside certain UK covered bonds (Figure 13). If the current spread differential is mainly driven by Abbey's owner being a Spanish bank, improvements in the Spanish economy and/or banking sector may provide spread tightening opportunities.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163524

Barclays Capital | Global Rates Weekly

Figure 13: €-OAS of Abbey 3.375% Jun 15 vs Nationwide 3.500% Dec 15



Source: Barclays Capital

Finally, it is also interesting to note how the partly state-owned banks, RBS and Lloyds, trade. The partial state ownership seems to push the spreads wider, but not as wide as Abbey, which is an interesting point to note. Investors seem to be more concerned about the potential peripheral exposure of Abbey (which is only indirectly via its owner, Santander) than the partial-state ownership of RBS and Lloyds which is likely to put further pressure on its earnings through the changes and divestitures of retail branches as required by the UK Banking commission. Considering that Abbey does not have these restrictions on its business it may be questioned if such a ranking is justified.

## Overview of UK regulated covered bond programmes

As part of this update on the UK covered bond market we also present the current situation with the regulated covered bond programmes. The information provides an overview of the credit quality of the regulated covered bond programmes and the over-collateralisation available to protect the covered bond holders. This information is compiled based on the investor reporting by the issuers and the reports produced by the rating agencies.

Figure 14: UK regulated covered bonds – programme data (GBP)

| Name | Reporting date | Mortgage balance | Adjusted loan balance | Credit support | Outstanding CBs | OC (adj. loan balance) | Asset percentage | WA LTV | WA indexed LTV |
|------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| ABBEY | May-11 | 29,153,385,785 | 22,245,954,796 | 992,101,675 | 19,953,700,113 | 111.5% | 76.7% | 67.5%* | 67.7% |
| BARC | Apr-11 | 14,338,407,407 | 10,661,155,264 | 2,458,007,110 | 7,657,082,715 | 139.2% | 74.9% | 56.3% | 61.0% |
| HBOS | May-11 | 39,644,775,114 | 27,125,726,206 | 3,907,639,894 | 23,218,086,312 | 116.8% | 70.0% | 64.3% | - |
| LLOYDS | May-11 | 14,875,777,534 | 11,843,335,182 | 4,404,749,375 | 9,946,938,063 | 119.1% | 79.9% | 60.2%* | 59.4% |
| COVBS | Apr-11 | 3,458,565,387 | 2,721,645,735 | 221,179,690 | 2,200,000,000 | 123.7% | - | 54.1% | 54.9% |
| HSBC | May-11 | 25,631,244,415 | 20,041,947,462 | 2,166,166,990 | 15,569,434,133 | 128.7% | 78.2% | 61.0% | 64.5% |
| LEED | Jun-11 | 1,311,864,947 | 985,160,958 | 66,925,366 | 891,700,000 | 110.5% | 75.6% | 65.0% | 73.5% |
| NWIDE | Apr-11 | 33,847,481,112 | 27,884,744,347 | 4,050,076,150 | 20,461,344,812 | 136.3% | 82.6% | 67.1% | 56.1% |
| RBS | Apr-11 | 10,752,103,674 | 8,500,065,290 | 988,468,634 | 6,596,782,977 | 129.8% | 79.1% | 66.2% | 66.3% |
| YBS | Apr-11 | 6,062,585,767 | 4,399,915,861 | 619,394,757 | 3,629,840,000 | 121.2% | 72.9% | 60.5% | 60.9% |

Note: *The WA LTV for Abbey and Lloyds refers to original LTV. For other issuers this is the unindexed LTV. Clydesdale Bank is also a regulated covered bond issuer but it has not issued any covered bonds under the programme. At the time of writing, it is planning an inaugural issue from its programme. Northern Rock is also a regulated covered bond issuer but the data are not presented as the programme is being wound down.
Source: Covered bond issuers.

17 June 2011

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163525

The level of over-collateralisation provided varies across the programmes. Also, the required minimum level of over-collateralisation required varies based on the asset percentage and other items sized for in the asset coverage test. Excluding the other items such as set-off risk, withdrawal capacity under flexible loans and negative carry that are sized in the asset coverage test, the minimum over-collateralisation can be simply expressed as the inverse of the asset percentage. Investors should note that this calculation only provides the nominal over-collateralisation, ie, the nominal balance of mortgages the issuer needs to maintain to comply with the asset coverage test and that there are differences among the programmes with regards to the other items sized in the asset coverage test. To arrive at the adjusted loan balance (fourth column on the left in the above table) this loan balance is multiplied by the asset percentage after adjusting it for LTV limits and arrears. Based on the most recent reporting, the over-collateralisation (based on adjusted loan balance) provided by the issuers ranges between 111% (Abbey) and 139% (Barclays). On a nominal basis the over-collateralisation ratios are much higher, ranging from 146% (Abbey) and 187% (Barclays).

We also list the weighted average LTVs the issuers report for their programmes. On average the indexed WA LTV for the regulated UK covered bond programmes is 62.7%. Based on this metric alone, Leeds Building Society's programme stands out with the highest indexed WA LTV at 73.5%, whereas Coventry Building Society's programme has the lowest at 54.9%. House price depreciation would obviously affect the WA LTVs negatively and would require issuers to add further assets to ensure compliance with the asset cover test. However, we currently do not foresee major concerns for the UK housing market over the next 12 months. We expect that nominal prices will increase nearly in line with inflation in most regions of the UK[7]. Investors should note that although the WA LTV does provide some indication of the credit quality of the cover pool it does not automatically translate into a lower asset percentage, and thus into a higher over-collateralisation requirement. The asset percentage is usually defined as the lowest asset percentage determined by the rating agencies to maintain the rating, and their methodologies to determine this differ[8].

To further gauge the credit quality of the cover pool, Moody's' quarterly performance report of EMEA covered bonds provides some further colour. Moody's provides collateral scores for each programme it rates. The collateral score measures the required amount of risk-free credit enhancement to protect a 'Aaa' rating purely against a deterioration of the credit quality of cover pool assets. Thus, the respective score does not include potential support from the sponsor bank, potential haircuts due to forced monetisation of the cover pool assets or exposure to market risk. The lower the collateral score, the better the quality of the cover pool. However, investors should note that collateral scores need careful interpretation, as they are subject to a number of risk factors.

---

[7] For further information on UK housing market refer to our overview of UK housing market in our *2011 AAA Handbook – A New Dimension*.
[8] For further information on rating agency methodologies refer to our *2011 AAA Handbook – A New Dimension*.

Protected Information To Be Disclosed Only In Accordance With Protective Order FHFA-DDC-0163526

Barclays Capital | Global Rates Weekly

**Figure 15: UK Regulated covered bond issuers – Moody's deal-by deal credit measures (Q3 10)**

| Program | Asset type | Issuer rating | TPI | TPI leeway | Collateral score | Collateral risk | Market risk | Cover pool losses | Committed OC | Current OC | OC necessary to maintain current rating | Surplus OC |
|---------|-----------|---------------|-----|-----------|-----------------|----------------|------------|------------------|-------------|-----------|----------------------------------------|-----------|
| ABBEY | Mortgage | Aa3 (neg) | Probable | 3 | 7.5% | 5.0% | 13.8% | 18.8% | 10.3% | 54.9% | 10.0% | 44.9% |
| BARC | Mortgage | Aa3 (sta) | Probable | 3 | 4.5% | 3.0% | 9.5% | 12.5% | 29.4% | 129.2% | 9.5% | 119.7% |
| HBOS | Mortgage | Aa3 (sta) | Probable | 3 | 8.0% | 5.3% | 13.2% | 18.5% | 11.0% | 51.1% | 9.5% | 41.6% |
| LLOYDS | Mortgage | Aa3 (sta) | Probable | 3 | 5.2% | 3.5% | 12.0% | 15.5% | 7.5% | 17.7% | 5.5% | 12.2% |
| COVBS | Mortgage | A3 (sta) | Probable | 0 | 11.0% | 7.4% | 13.9% | 21.3% | 31.5% | 32.8% | 31.0% | 1.8% |
| HSBC | Mortgage | Aa2 (neg) | Probable | 4 | 6.3% | 4.2% | 11.0% | 15.2% | 8.8% | 75.4% | 0.5% | 74.9% |
| LEED | Mortgage | A2 (sta) | Probable | 1 | 7.5% | 5.1% | 14.6% | 19.7% | 21.5% | 73.5% | 17.0% | 56.5% |
| NWIDE | Mortgage | Aa3 (sta) | Probable | 3 | 5.0% | 3.3% | 13.1% | 16.4% | 18.3% | 65.1% | 6.5% | 58.6% |
| RBS | Mortgage | Aa3 (sta) | Probable | 3 | 6.7% | 4.5% | 20.5% | 25.0% | 19.0% | 94.8% | 17.0% | 77.8% |
| YBS | Mortgage | Baa1 (neg) | Probable | 0 | 5.8% | 3.9% | 14.3% | 18.2% | 19.5% | 68.7% | 18.0% | 50.7% |

Note: TPI = Timely Payment Indicator. Source: Moody's

Moody's' report also provides the over-collateralisation required to maintain the current rating and the surplus over-collateralisation, which are useful in gauging how much buffer the covered bond programme has against rating volatility. Interestingly, HSBC's programme has the lowest over-collateralisation requirement to maintain the rating by Moody's but at the same time it is one of the highest over-collateralisation ratios provided. This, however, may be due to the fact that the over-collateralisation requirement from other rating agencies may be higher. Also, based on the surplus over-collateralisation, Coventry Building Society has the lowest buffer above the minimum over-collateralisation required to maintain its Aaa rating by Moody's.

Protected Information To Be Disclosed Only In Accordance With Protective Order            FHFA-DDC-0163527

# EUROPE: SCANDINAVIA

## Norges Bank Preview: Entering a mini pause

Mikael Nilsson
+44 20 7773 6057
mikael.nilsson@barcap.com

Marcus Widen
+44 (0) 20 3134 5632
marcus.widen@barcap.com

Raghav Subbarao
+44 (0) 20 7773 4144
raghav.subbarao@barcap.com

*This article was previously published on 17 June 2011*

- **We expect the Norges Bank to keep the key policy rate unchanged at 2.25% and continue to expect two more hikes before year-end. However, we expect Norges Bank to lower its policy rate forecast for 2012-14 citing increased uncertainty about the global recovery.**

- **Short-end rates remain very rich compared with our fair value metrics, but market visibility is very low. As such, we generally prefer to position lightly but see value entering tactical outright shorts in Dec '11 3M FRA going into the meeting. We also hold onto our short-end cross-market flatteners (Dec '11/Dec '12 3M FRA) versus Sweden despite their recent performance.**

- **Given our view on rates, we remain bullish on prospects for the NOK. Norway's positive petroleum trade balance also minimises the risk of a downside move in the NOK, in our view. We maintain our 1y forecast of 7.55 for EUR/NOK.**

Next Wednesday (22 June), the Norges Bank (NB) will present its key policy rate decision, at 12.00 GMT. The decision is presented together with a new Monetary Policy Report (MPR) with a new full-scale economic forecast and assessments on monetary policy issues. We believe the NB will leave the key policy rate unchanged at 2.25%, and we continue to expect two more hikes this year – ie, September/October and December. However, we expect NB to state that greater uncertainty regarding the global economic recovery as a reason for lowering its forecasted policy rate path for 2012-14, indicating a slightly less back-loaded profile. The main focus will be the comparison with its latest forecast in the MPR1/11, released 16 March 2011. Since the MPR1/11, the following have occurred:

- Inflation has been slightly higher, with 0.1pp for the May underlying inflation (CPI-ATE), yet somewhat more (ie, 0.4pp) for headline inflation – see *Norway: May CPI inflation 1.6% y/y and underlying inflation CPI-ATE 1.0% y/y*, 10 June 2011.

- The oil price is roughly the same as in the March and May meetings and in line with the NB's MPR1/11 assessment of about $115/bbl.

- More important, oil investments are expected to increase in 2011 and 2012, giving a more positive injection to the mainland than previously expected – see *Norway: Higher oil investments suggest a further boost to the economy*, 9 June 2011.

- The NOK measured with the import-weighted I-44 is marginally stronger (0.7%) than the NB's MPR 1/11 forecast, but on the same level as when the NB made its policy rate decision in March and May.

- More uncertainty regarding the European peripheral situation and questions about the strength in the US recovery have pushed down expectations on future interest rates. Hence, prospects for an average of foreign interest rates for Norway's trading partners is lower than expected in the MPR1/11.

- Even with signs of a slowing, the house price increase still prints 8-9% y/y, and household credit growth (C2) is well above 6%.

- In addition, Norges Bank has reduced the amount of meetings next year, from eight to six meetings, to be held in March, May, June, August, October and December.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163528

Barclays Capital | Global Rates Weekly

### Summary of our assessments

*Foreign uncertainty and lower interest rates for trading partners*

Since the MPR1/11, there is more uncertainty about the global economy. The strength in the US recovery has been questioned after a period of disappointing data, and in Europe, the peripheral issues have gained new strength. These have contributed to a significant rally in short-end rates. However, the ECB hiked the refi rate in April and a hike in July is widely expected. While neighbouring economies Germany and Sweden have maintained strong momentum, we still believe Norges Bank will emphasise that uncertainty regarding the global economic recovery has increased. Indeed, in the MPR1/11, higher interest rates compared with MPR 3/10 was the key reason behind the NB's decision to raise the forecasted key policy rate path (Figure 1). Symmetrically, we believe that the current lower foreign interest rate will suggest a somewhat lower policy rate path, particularly in the far end of the curve.

*Oil investments and labour market suggests continued solid domestic growth*

The upward revision of the 2011 oil investments and first investment plans for 2012 suggest an even greater boost to the mainland economy in the years to come (Figure 2). In addition the NB regional network report supported the view that growth will gain strength after the disappointingly low Q1 GDP numbers. Indeed, both data and the report proposed that cold whether could have been key reasons behind the weaker-than-expected Q1 growth number. Prospects for growth have been raised since the January report. In particular, the labour market is solidly improving with some signs of constraints (see Figure 3).

*Higher wage and price increases to be expected*

Even with underlying inflation being in line with the NB's latest forecast, the regional network report suggested that labour market constraints would trigger somewhat higher wage inflation, in addition to higher input prices. However, in line with the NB's and the Statistics Norway's (SSB) inflation forecasts, we do not expect underlying inflation to reach Norges Bank's inflation target (2.5%) until the end of 2013.

*Foreign interest rates versus a solid domestic development*

The main focus on the NB's policy announcement this time is whether it will change its forecasted policy rate path and its reasons for doing so. In our opinion, factors that influence its decision include foreign uncertainty, lower foreign rates versus stronger domestic prospects and higher prices. In addition, lately the NB has shown a willingness to take pre-emptive actions to prevent medium-term systemic risk due to increased house prices and household credit growth (see Figure 3). All in all, domestic data call for a slightly more aggressive policy rate path, yet foreign uncertainty and interest differentials call for a somewhat less back-loaded profile. We believe the latter will prevail and that NB will lower the interest rate path from 2012 onwards.

Figure 1: Norges Bank's reaction function



Source: Norges Bank, Barclays Capital

Figure 2: Oil investments heading higher



Source: Norges Bank, Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163529

*Reduction of meetings calls for a change in the forecasted path*

Following the previous policy meeting, the NB announced a reduction in the number of meetings from eight to six starting in 2012. In theory, this should not affect monetary policy per se. However, it has been fairly easy to determine the NB's possible policy actions based on the scheduled meetings and the NB's own forecasted policy rate path. With fewer meetings, this is currently not possible. Hence, we believe the NB will change its policy rate path partly due to holding fewer meetings. In addition, this may have short-term implications on monetary policy. Before there were roughly eight weeks between two meetings; now there will be three full months between the December 2011 and March 2012 meetings. In our view, this increases the likelihood of earlier hikes in 2011 due to the risk of losing momentum or to prevent the urgent need to catch up in the March and May 2012 meetings.

*Trade ideas*

There is no OIS curve in Norway, but FX-forward prices suggest the short end currently discounts a c.75% probability of a 25bp hike by September and that policy rates will reach c.2.60% by year-end. This is less aggressive than our and the Norges Bank's main scenarios (2.75% by year-end). For 2012, the market roughly seems to discount another two hikes, bringing policy rates to c.3.10% by year-end, significantly less than our (3.75%) and Norges Bank's main scenarios (4.0%). Indeed, our short-end fair value metrics continue to suggest that NOK short-end rates remain very rich. Consequently, we retain our short-end bearish steepening bias. However, market visibility is currently very low, and from a short-term perspective, we suspect that a less back-loaded policy rate path will, if anything, support short-end rates beyond the very front end. As such, we prefer to keep positioning light. However, if Norges Bank, as we expect, continues to signal two more hikes before year-end, the very front end would appear to be exposed, in our view. Hence, we see value in entering small tactical outright shorts in 3M Dec '11 FRA, which has rallied some 25bp since mid-April. We also hold onto our NOK short-end cross-market flatteners – 3M Dec '11/Dec '12, versus Sweden.

As we have argued previously, we are bullish on NOK prospects for numerous reasons. First and foremost, should our more-hawkish-than-consensus rate hike expectations materialise, the NOK would strengthen, especially against the USD because the FOMC is likely to stay relatively dovish. Second, the Scandinavian currencies have benefitted from their trade exposures to northern European economies, which have continued to grow robustly. Finally, a significant portion of the weakness in cyclical European currencies is due to the concerns



**Figure 3: Labour market starting to tighten**

Source: Norges Bank, Barclays Capital



**Figure 4: Low underlying, CPI-ATE, inflation**

Source: Norges Bank, Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163530

Barclays Capital | Global Rates Weekly

about the peripheral situation and, increasingly, about global growth prospects. Liquidity issues and the NOK's status as a high beta currency have meant that the NOK was more affected than the EUR. However, our economists view this as a soft patch and remain modestly upbeat about the prospects for a resolution of the peripheral situation, which should lead to a bounce back in the NOK.

Our medium-term currency valuation model estimates that the NOK is undervalued by 15.8%. However, the model also indicates that the NOK has a long half life; therefore, we do not expect a quick correction of this misvaluation. In our view, this is likely due to the government pension fund cushioning the positive terms-of-trade effect of higher oil prices on the NOK. Nonetheless, we think high oil prices will at least minimise the downside risk for the NOK. We maintain our forecasts of EUR/NOK moving to 7.75, 7.65, 7.60 and 7.55 in 1, 3, 6 and 12 months, respectively.

Figure 5: House price and credit growth, y/y



Source: Norges Bank, Barclays Capital

Figure 6: Short-end remains rich, but visibility is very low



Source: Barclays Capital

17 June 2011

64

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163531

# EURO INFLATION-LINKED MARKETS

## Euro HICPx – if going long, go long the long end

Khrishnamoorthy Sooben
+44 (0) 20 777 37514
khrishnamoorthy.sooben@
barcap.com

**We recommend a long position in 15y euro HICPx swaps after the recent cheapening.**

After the recent bout of cheapening on the back of supply and risk reduction, euro breakeven valuations have started to look attractive. We believe risk factors certainly remain ahead. Apart from potential further risk aversion driven by peripheral debt woes in particular, carry is likely to be sharply negative in the coming months, reflecting lower energy prices and seasonals, due to Eurostat's methodological changes in HICP calculations. This suggests that breakevens in relatively short maturities may struggle to find support, especially as real yield levels there are still unlikely to attract real money investors. We find longer end valuations more appealing from that perspective. After the recent moves, 10y sector breakevens are now well below 2% and real yields there have more scope to warrant real money interest. Longer on the curve, the OAT€i27 stands as particularly attractive with a +25bp real yield spread versus the OAT€i22 and almost at flat versus the OAT€i32. We see value in its breakeven, at below 2.10% as we write, which stands out as very cheap for a 15y+ maturity.

*Euro HICPx swaps more attractive for long positions than cash*

In our view, it is more attractive, however, to position for the 15y richening in swaps than cash space. First of all, the OAT€i27 relative z-spread asset swap is around flat. Furthermore, a non-negligible risk is a potential overhang from the June French linker auctions limiting a rebound in the near term and, more broadly, reluctance to allocate to linkers cannot be excluded as  they are more vulnerable to the sovereign debt volatility than their nominal equivalents. In our view, the 15y sector of the swaps curve is more attractive than the 10y as the next Italian supply, although due only at the end of July, will very likely involve that sector, which could weigh on the 10y swap. France may reopen the OAT€i27 in July but its asset swap valuation as it currently stands is unlikely to generate swap supply in the 15y sector. Additionally, longer-dated forwards have cheapened significantly versus the 5y5y since mid-May. While it is not clear how the Dutch pension fund industry reform will impact swap demand, improved solvency ratios may however continue to create demand in the meantime, which should drive the swaps curve steeper. We recommend a long position in the 15y euro HICPx swap, targeting a 2.35% level, with a stop at 2.05%.

**Figure 1: Breakevens cheapened significantly since April**



Source: Barclays Capital

**Figure 2: Long end forwards have cheapened versus 5y5y**



Source: Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163532

Barclays Capital | Global Rates Weekly

# UNITED KINGDOM: INFLATION-LINKED MARKETS

## Outright expense masks value in ultra-longs

Henry Skeoch
+44 (0) 20 7773 7917
henry.skeoch@barcap.com

**The DMO is set to reopen the IL50 via mini-tender, we expect on Thursday for £450mn. While rich in real yield, the bond offers value both on the curve and in breakeven.**

The first mini-tender of the current fiscal year is set to take place in the coming week. Issuance via this method is likely to be considerably lower than in prior fiscal years, with only £4.6bn of combined nominal and linker mini-tender supply planned for FY 11/12. The choice of the IL50 for the upcoming tender is unsurprising, given the lack of scheduled ultra-long linker supply in fiscal Q2, while real yields in the sector are close to their richest levels of the year. The IL50 also stands out as expensive in relative value, even more so once accounting for the negative seasonality of March maturity linkers compared with November bonds. While the outright level of ultra-long real yields has the potential to discourage demand, the sector remains attractive on the real yield curve, particularly versus the 10y sector. We continue to see value in selling 10y real yields into the ultra-long end ahead of the IL16 over-5y drop in July. We expect to see demand for the mini-tender ahead of next month's index extension. Assuming a £450mn notional size this tender would extend all-linker and over-5y indices by 0.035y, with a sensitivity of 0.008y per £100mn of supply.

*Ultra-long real yields rich into IL50 mini-tender, but sector attractive on curve*

The Department for Work and Pensions released its response to its consultation on using CPI for private sector indexation and revaluation on Thursday. This contained few surprises, though an accompanying working paper estimated almost half of all members of pension schemes will have exposures switched to CPI, albeit only 30% of pensioners. The clarity provided by the report may encourage increased LDI activity in the short term, as happened after the publication of the initial consultation. Hence there is potential for renewed demand for ultra-long linkers despite the very low level of yields, though others may wait for news of the expected DMO consultation on potential CPI issuance. 30y real rate swaps have rallied close to 20bp since late April and are now almost 10bp richer than the 50bp level that has in the past generated ongoing receiving interest. We would not expect significant asset swap demand for the IL50 mini-tender. Despite a correction, its proceeds asw level remains rich, while the bond is still slightly richer than its nominal comparator in z-spread asw, which may discourage demand.

*Publication of response to DWP pension inflation indexation consultation may pave way for renewed LDI demand*

Figure 1: Ultra-long real yields rich, but attractive versus 10y



Source: Barclays Capital

Figure 2: IL50 asset swap offers limited value



Source: Barclays Capital

17 June 2011

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163533

# JAPAN: RATES STRATEGY

## JGBs likely to underperform USTs

Chotaro Morita
+81 (3) 4530 1717
chotaro.morita@barcap.com

Reiko Tokukatsu
+81 (3) 4530 1532
reiko.tokukatsu@barcap.com

Noriatsu Tanji
+81 (3) 4530 1346
Noriatsu.Tanji@barcap.com

**JGBs underperformed briefly this month against US Treasuries. The downward rigidity in short-term JGB yields now appears to be having an impact. We believe JGBs could easily underperform UST unless a clear bull flattening trend takes shape.**

**We analyze use of 1x2 payers for real money investors as a hedge for cash positions.**

We noted last week that JGB markets experienced a markedly sharper bull flattening rally than US Treasury markets over Jun-Aug 2010. In contrast, the JGB market has been relatively stable over the past half-year compared with USTs when adjusted for the usual volatility differences (Figure 1). The effects of the March earthquake proved remarkably brief for the JGB market. Subsequently, JGBs widely outperformed in early May, which was basically a catch-up with the changes that took place in overseas markets during Japan's Golden Week holiday period. This month, they have noticeably underperformed despite the mounting rally in UST markets.

We argued last week that because domestic investors do not currently hold positions as short as the same period last year, we are not expecting an accelerated bull flattening rally or outperformance against UST markets as was the case over Jun-Aug 2010. However, can the JGB underperformance this month truly be attributed to the medium- and long-term positions of domestic investors?

While this might be one reason, we believe a bigger cause is the positions of UST investors and factors other than supply/demand. UST investor positions have trended increasingly short even as yields head downward (Figure 2). This suggests that investors are reducing their positions in line with the market rally as the end of QE2 approaches. At the same time, JGB investors have taken rather long positions, basically following the markets. It does not make sense, in our view, to ascribe the underperformance of JGBs to the market-following stance of investors. To the contrary, we suspect that the short positioning of UST investors has led to greater short-covering pressure whenever new bond-boosting events occur. In the end, JGBs have increasingly failed to match the yield decline in USTs.

Figure 1: 10y JGB and UST yields



Source: Barclays Capital

Figure 2: UST and JGB positions



Note: JGBs indicate present duration.
Source: QUICK, JP Morgan

17 June 2011

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163534

Barclays Capital | Global Rates Weekly

Another important point is that short-term JGB yields are nearing the level at which downward rigidity strengthens. Since May 2011 there has not been as much disparity between the 2y-10y spreads of JGBs and USTs as suggested by 10y yields (Figure 3). Two-year UST yields stood at around 0.8% around the time the Greek crisis erupted in May 2010, but 2y JGB yields at that time were around present levels. Short-term USTs may be discounting a big change in the macro picture, but JGBs have scant room for a yield decline driven from the intermediate sector unless there is a renewed bull flattening trend as in Jun-Aug 2010. We think the fact that no such bull flattening rally has begun is a reason for the JGB market's underperformance.

We concluded in last week's report that there did not appear much chance of a renewed bull flattening rally as in Jun-Aug 2010. As such, we believe that JGBs could underperform if short-covering pressure in UST markets increases or if US short-term yields come under downward pressure.

### Using 1x2 payers spread to hedge cash positions

With the 10y JGB yield dropping to the 1.1% level, close to the bottom of the recent range, we think some investors might be reluctant to establish long positions at this level. Yet the 10y JGB still offers 5.4bp/3month in carry and rolldown even at 1.1% (which is the same as mid April as futures/7y outperformance means that rolldown gains offset carry declines) and lost carry return from avoiding long positions cannot be ignored. It may be easier for real money investors to build long cash positions if they had a way of hedging against small yield increases, since such investors tend to hold the view that a large sell-off is unlikely – assuming that the 10y yield is unlikely to rise above 1.3%. We review buying 1x2 payers spread at zero cost from this perspective.

The upper strike level must be adjusted to achieve zero cost. Figure 4 provides a comparison of strike levels at option expiry. When the expiry is short, the absolute distribution range is smaller, so the same OTM options (in bp terms) have smaller delta. Therefore, the upper strike has to be closer to the lower strike for shorter expiry options. For 1-month expiry options, a 6bp strike gap is too tight to use as a hedge. The 1x2 structure relies on selling more OTM options to restrict initial costs and, hence, incurs risk from large market movements. The strike for selling payers is a direct expression of the investor's view. We think a three-month expiry allows a sufficiently high strike (1.38% in swaps or L-8bp for JGB 10y at 1.3%). While the impact of skew is small for short expiry and not so deep-OTM-

**Figure 3: 2y-10y JGB and UST spreads**





Source: Barclays Capital

**Figure 4: Strike and delta for zero cost 1x2 payers**

| expiry | strike | | | Delta /100 | | |
|---|---|---|---|---|---|---|
| | lower | upper | diff | lower K | upper K | net |
| 1m | a+5bp | a+11bp | 6 | -0.34 | 0.19 | 0.04 |
| 2m | a+10bp | a+19bp | 9 | -0.28 | 0.15 | 0.02 |
| 3m | a+10bp | a+21bp | 11 | -0.31 | 0.18 | 0.05 |

Source: Barclays Capital

17 June 2011

68

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163535

Barclays Capital | Global Rates Weekly

| Figure 5: 3mx10y ATM vol and skew (bp/day) | Figure 6: MTM P/L after 1 and 2 months (K=1.27% & 1.38%) |
|---|---|



ATM vol (LHS)

implied difference between 10bp OTM vs 20bp OTM (RHS)

Source: Barclays Capital



after 1m    after 2m    ■ Forward    after 2.5m

Source: Barclays Capital

options, skew is nonetheless helpful for this position (Figure 5) in that the gap between the lower and upper strikes can be wider by 1bp.

Figure 6 shows the expected market value of the spread after the trade. It is worth noting that for the 1x2 spread, it takes time for the hedging effect to work. At inception, the net delta is roughly flat, so the value does not change much when yields rise. It is only after two months when the expected value of 1x2 starts to show the hedge effect, as the decay in higher strike payers offer theta cushion and delta of lower strike payers increases relative to higher strike payers.

This strategy makes a contrast to the trade structure we analyzed last week where we financed 2yx7y 50bp OTM payers with a straddle. This allows for short-term yield fluctuations and aimed to profit from a large yield sell-off beyond 3m horizon.

We update our recommended portfolio in Figure 7. While the Greece issue puts negative pressure on USD/JPY Xccy basis, we think we have a sufficient rolldown cushion of 20bp/year. We think it is unlikely that 1y basis moves beyond the -40bp handle.

**Figure 7: Recommendation updates (bp)**

| | | Entry date | Entry level | Current (incl carry) | cum PL | PL (-1wk) | Risk (dv01) | Action |
|---|---|---|---|---|---|---|---|---|
| JGB | JBI16 BEI long | 02 Jun | -22.0 | -25.0 | 3.0 | -3.0 | 10.0 | Hold |
| Swap | 20-30y flattener | 13 May | 14.5 | 15.4 | -0.9 | -0.9 | 10.0 | Hold |
| | 10x10y-20yx10y flattener | 13 May | -31.5 | -28.9 | -2.6 | -2.4 | 5.0 | Hold |
| Swap spread | JBU1 ASW widener | 27 May | -7.0 | -8.0 | 1.0 | 1 | 10 | Hold |
| Swaption | 2mx10Y payers spread (K=1.3%/1.4%) | 13 May | 0.20 | 0.07 | -0.13 | -0.04 | 10.0 | Hold |
| | 1mx10Y payers short (K=1.3% target buying) | 20 May | 0.15 | 0.00 | 0.15 | 0.01 | 5.0 | Expired in profit |
| | 1mx10Y payers short vs 1mx5Y long (5Y5Y target buying 2%) | 20 May | 0.07 | 0.00 | 0.07 | 0.02 | 5.0 | Expired in profit |
| | 2mx2Y payers long (K=39bp) | 27 May | 0.03 | 0.01 | -0.01 | -0.01 | 5 | Hold |
| | 2Yx7Y ATM straddle short vs 50bp OTM payers long at 1:1.5 | 10 Jun | 200 | 208 | -8 | -8 | 5 | New |
| | buy 1x2 3m payers + rec 10Y (convert option value in yield) | 17 Jun | 1.14% | 1.14% | n/a | n/a | 5 | |
| Basis swap | Pay 1y1y basis | 08-Apr | -46.0 | -41.8 | 4.2 | -1.8 | 5.0 | Hold |
| Other | EYZ1 short | 27 May | 99.673 | 99.67 | 0.01 | 0.05 | 5 | Hold |

Note: Current levels based on the absolute maturity to capture rolldown correctly; therefore, it is different from the constant-maturity spread. Source: Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163536

Barclays Capital | Global Rates Weekly

# GLOBAL TRADERS' GUIDE

## Key data and events

### US

- We expect the FOMC (Wednesday) to make the formal decision to conclude the current purchase program at the end of June while leaving the reinvestment policy in place. We also expect the adoption of an explicit inflation target to be discussed.

- We look for a 1.5% m/m increase in May durable goods orders (Friday) following a 3.6% drop in April (consensus: 1.6%), with a 1.0% m/m decline in core capital goods orders (last: -2.3%). We forecast 312k new home sales in May (Thursday; consensus: 310k; last: 323k) and 4.80mn existing home sales (Tuesday; consensus: 4.85mn; last: 5.05mn).

### Europe

- Euro area finance ministers (Eurogroup) will meet in Brussels for a working dinner on Sunday and further deliberations on Monday. Also, EU finance ministers (Ecofin) will meet on Monday. The French-German agreement on private sector involvement (PSI) along the lines of the Vienna Initiative will feature in both meetings, and ministers are likely to indicate that a new 3-year financial rescue programme will be provided to Greece once the details of the PSI are finalised in July. Also, we expect the Eurogroup to indicate its readiness to pay its share of the overall €12bn July disbursement under the existing EU-IMF programme, which would then allow the IMF to proceed with its share of the disbursement. This would ensure that Greece remains financed through August and possibly well into September.

- We expect the euro area 'Flash' composite PMI (Thursday) to decline to 54.5 from 55.8 (consensus: 55.1). We look for euro area new orders to rise 1.0% m/m in April (Wednesday; last: -1.6%; consensus: +1.1%). We and the consensus expect the Norges Bank to leave the key policy rate (Wednesday) unchanged at 2.25%. In April, German retail sales (Friday) are forecast to rise 0.8% m/m after 0.3% m/m reported for March (consensus: 1.0). In June, we expect the German IFO index (Friday) to drop to 113.9 from 114.2 in May (consensus: 113.5).

- In the UK, the main event next week is the release of the minutes of the June MPC meeting (Wednesday). We expect a 7-2 outcome for the Bank rate vote, with Messrs Dale and Weale asking for a rate increase (last: 6-3; consensus: 7-2), and an 8-1 outcome for the QE vote, with Mr Posen asking for more QE again (last: 8-1). We are below consensus in expecting PSNBx (Tuesday) at £16.5bn (consensus: £18.1bn; last: £10.0bn) and PSNB at £14.9bn (consensus: £16.1bn; last: £7.7bn), yet above consensus in expecting PSNCR at £13.4bn (consensus: £5.1bn; last: £3.3bn). We forecast the CBI industrial orders balance (Tuesday) to ease slightly to -5 (consensus: -8.0; last: -2) and the CBI total retail sales balance (Thursday) to fall to 10 (consensus: 15; last: 18).

### Japan

- We expect an unadjusted trade deficit of JPY927bn for May (Monday; last: -JPY465bn; consensus: -JPY710bn). Steep export drops were reported for autos and electronic components such as semiconductors, while imports rose along with resource prices.

---

17 June 2011

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163537

Barclays Capital | Global Rates Weekly

# GLOBAL WEEKLY CALENDAR

| Sunday 19 June | | Period | Prev 2 | Prev 1 | Latest | Forecast | Consensus |
|---|---|---|---|---|---|---|---|
| - | E17: (Informal) Eurogroup meeting in Luxembourg | | | | | | |
| 09:00 | E17: ECB President Trichet speaks on the occasion of awarding of the Global Economy Prize 2011 in Germany | | | | | | |
| 23:50 | Japan: Trade surplus, bn yen | May | 650.3 | 186.3 | -464.8 | -927.0 | -710.0 |

| Monday 20 June | | Period | Prev 2 | Prev 1 | Latest | Forecast | Consensus |
|---|---|---|---|---|---|---|---|
| - | EU: Eurogroup & Ecofin meetings in Luxembourg | | | | | | |
| - | Global: International Atomic Energy Agency (IAEA) high-level meeting to address nuclear safety (to 24/6) | | | | | | |
| 13:00 | Hungary: Interest rate announcement, % | Jun | 6.00 | 6.00 | 6.00 | - | 6.00 |
| 14:30 | E17: ECB President Trichet testifies before EU Parliament's Economic and Financial Committee | | | | | | |
| 15:30 | E17: Deutsche Bundesbank President Weidmann speaks at an event organised by Frankfurt University | | | | | | |
| 16:00 | E17: ECB Executive Board member Stark speaks at a CESifo/Sueddeutsche Zeitung conference | | | | | | |
| 06:00 | Germany: PPI, % m/m (y/y) | May | 0.7 (6.4) | 0.4 (6.2) | 1.0 (6.4) | 0.2 (6.3) | 0.1 (6.2) |
| 08:00 | E17: ECB current account, €bn sa | Apr | -5.6 | -6.5 | -4.7 | - | - |
| 09:00 | E17: Labour costs, % y/y | Q1 | 1.5 | 0.9 | 1.6 | - | 1.9 |
| 13:00 | Belgium: Consumer confidence, index | Jun | -2 | -1 | 1 | - | - |
| 09:00 | Germany: Tap of 9m Bubill (28Mar12) | | | | | | €2bn |
| 09:00 | Netherlands: DTC 30Sep11; DTC 31Oct11; DTC 30Dec11 | | | | | €0/1.5+0/1.5+0/1.5bn | |
| 12:50 | France: 15Sep11, 29Dec11,31May12 BTF | | | | | €4.5+2+1bn | |
| 15:30 | US: 13w & 26w T-bill | | | | | | $27bn+24bn |

| Tuesday 21 June | | Period | Prev 2 | Prev 1 | Latest | Forecast | Consensus |
|---|---|---|---|---|---|---|---|
| - | US: FOMC meeting begins | | | | | | |
| - | Australia: RBA board minutes | Jun | | | | | |
| 07:00 | Swi: Swiss National Bank (SNB) publishes monthly report | Jun | | | | | |
| 17:00 | Swi: SNB Chairman Hildebrand speaks at Avenir Suisse in Zurich | | | | | | |
| 03:30 | Japan: All industry index, % m/m | May | -0.5 | 0.7 | -6.3 | 1.7 | 1.8 |
| 07:00 | Swi: M3, % y/y | May | 7.3 | 6.8 | 6.9 | 6.7 | - |
| 08:30 | UK: PSNBx, £bn | May | 9.6 | 17.9 | 10.0 | 16.5 | 18.1 |
| 08:30 | UK: PSNB, £bn | May | 7.4 | 15.7 | 7.7 | 14.9 | 16.1 |
| 08:30 | UK: PSNCR, £bn | May | 6.8 | 25.3 | 3.3 | 13.4 | 5.1 |
| 09:00 | E17: ZEW economic sentiment index | Jun | 31.0 | 19.7 | 13.6 | -5.0 | - |
| 09:00 | Germany: ZEW economic expectations index | Jun | 14.1 | 7.6 | 3.1 | -2.7 | -2.0 |
| 10:00 | UK: CBI industrial trends, total orders | Jun | 5 | -11 | -2 | -5 | -8 |
| 14:00 | US: Existing home sales, mn saar | May | 4.92 | 5.09 | 5.05 | 4.80 | 4.85 |
| 02:00 | Japan: Liquidity Enhancement Auction | | | | | | ¥300bn |
| 08:00 | NL: New 5y DDA | | | | | | €5bn |
| 08:30 | Spain: 23Sep11&16Dec11 | | | | | | €2/3bn |
| 09:00 | Greece:13w t-bill | | | | | | €1.2bn |
| 09:30 | UK; 2016 Gilt Auction | | | | | | £4.75bn |
| 15:30 | US: 4w T-bill | | | | | | $27bn |

| Wednesday 22 June | | Period | Prev 2 | Prev 1 | Latest | Forecast | Consensus |
|---|---|---|---|---|---|---|---|
| - | Global: G20 agriculture ministers meeting (to 23/6) | | | | | | |
| - | Global: OECD Secretary General Gurria speaks on public finance and economic policy in major economies | | | | | | |
| - | E17: ECB 'non- policy' meeting | | | | | | |
| 08:30 | UK: MPC minutes, Bank rate vote | Jun | 6-3 | 6-3 | 6-3 | 7-2 | 7-2 |
| 08:30 | UK: MPC minutes, QE vote | Jun | 8-1 | 8-1 | 8-1 | 8-1 | - |
| 12:00 | Norway: Interest rate announcement, % | Jun | 2.00 | 2.00 | 2.25 | 2.25 | 2.25 |
| 18:15 | US: FOMC interest rate announcement, % | Jun | 0.00-0.25 | 0.00-0.25 | 0.00-0.25 | 0.00-0.25 | 0.00-0.25 |
| 06:45 | France: Business climate index | Jun | 110 | 109 | 107 | 106 | 106 |
| 07:30 | Sweden: Unemployment rate, % | May | 7.9 | 8.1 | 7.9 | 7.5 | 7.8 |
| 08:00 | Norway: Unemployment rate (AKU), % | Jul | 3.3 | 3.2 | 3.3 | 3.1 | 3.3 |
| 09:00 | South Africa: CPI, % y/y | May | 3.7 | 4.1 | 4.2 | - | 4.4 |
| 09:00 | Malaysia: CPI, % y/y | May | 2.9 | 3.0 | 3.2 | 3.3 | 3.3 |
| 09:00 | E17: Industrial orders, sa % m/m (y/y) | Apr | 1.1 (22.7) | 0.5 (21.4) | -1.6 (12.3) | 1.0 (14.1) | 1.1 |

Note: All times reported in GMT. Some data or events are boxed to indicate their importance to financial markets. Market events are highlighted in light blue.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163538

Barclays Capital | Global Rates Weekly

| Wednesday 22 June | | Period | Prev 2 | Prev 1 | Latest | Forecast | Consensus |
|---|---|---|---|---|---|---|---|
| 14:00 | E17: 'Flash' consumer confidence, index | Jun | -10.6 | -11.6 | -9.8 | -11.0 | -10.0 |
| 14:00 | US: FHFA home prices, % m/m (y/y) | Apr | -1.2 (-4.9) | -1.5 (-5.5) | -0.3 (-5.9) | -0.4 (-6.7) | -0.2 (-6.5) |
| 09:00 | Germany: 10y Bund Auction | | | | | | €4bn |

| Thursday 23 June | | Period | Prev 2 | Prev 1 | Latest | Forecast | Consensus |
|---|---|---|---|---|---|---|---|
| - | Global: G20 agriculture ministers meeting (final day) | | | | | | |
| - | EU: EU Council (to 24/6) | | | | | | |
| - | E17: ECB public holiday – Corpus Christi | | | | | | |
| - | Global: 10th BIS Annual Conference, Fiscal policy and its implications for monetary and financial stability (to 24/6) | | | | | | |
| 09:00 | E17: Banque de France Governor Noyer presents annual report | | | | | | |
| 12:00 | Czech: Interest rate announcement, % | Jun | 0.75 | 0.75 | 0.75 | - | 0.75 |
| 12:00 | Turkey: Interest rate announcement, % | Jun | 6.25 | 6.25 | 6.25 | - | - |
| 16:00 | E17: ECB President Trichet speaks at a conference organised by The Israeli Presidential Conference Steering Committee | | | | | | |
| - | Ireland: GDP, % q/q (to 30/6) | Q1 | 0.6 | -1.6 | -0.2 | - | - |
| 05:00 | Singapore: CPI, % y/y | May | 5.0 | 5.0 | 4.5 | 4.2 | 4.1 |
| 06:00 | Germany: GfK consumer confidence, index (to 28/6) | Jul | 5.9 | 5.7 | 5.5 | 5.4 | - |
| 06:00 | Swi: Trade balance, bn | May | 2.31 | 0.99 | 1.52 | 1.81 | - |
| 06:58 | France: "Flash" manufacturing PMI, index | Jun | 55.4 | 57.5 | 54.9 | 54.0 | 54.0 |
| 06:58 | France: "Flash" services PMI, index | Jun | 60.4 | 62.9 | 62.5 | 62.0 | 61.6 |
| 07:28 | Germany: "Flash" manufacturing PMI, index | Jun | 60.9 | 62.0 | 57.7 | 56.0 | 57.0 |
| 07:28 | Germany: "Flash" services PMI, index | Jun | 60.1 | 56.8 | 56.1 | 55.0 | 55.7 |
| 07:30 | Neth: Final GDP, % q/q | Q1 | 0.1 | 0.7 | 0.9 P | 0.9 | - |
| 07:58 | E17: "Flash" manufacturing PMI, index | Jun | 57.5 | 58.0 | 54.6 | 53.3 | 53.8 |
| 07:58 | E17: "Flash" services PMI, index | Jun | 57.2 | 56.7 | 56.0 | 55.0 | 55.5 |
| 07:58 | E17: "Flash" composite PMI, index | Jun | 57.6 | 57.8 | 55.8 | 54.5 | 55.1 |
| 08:00 | Italy: Consumer confidence, index | Jun | 105.2 | 103.7 | 106.5 | 106.0 | 105.2 |
| 08:30 | UK: BBA lending data | May | - | - | - | - | - |
| 10:00 | UK: CBI distributive trends, total sales | Jun | 15 | 21 | 18 | 10 | 15 |
| 12:30 | US: Initial jobless claims, thous (4wma) | 17-Jun | 426 (427) | 430(425) | 414 (425) | 410 (420) | - |
| 13:00 | Belgium: BNB business confidence, index | Jun | 6.2 | 2.8 | -0.5 | -3.5 | -1.0 |
| 14:00 | US: New home sales, thous saar | May | 278 | 301 | 323 | 312 | 310 |
| 23:50 | Japan: Corporate service price index, % y/y | June | -1.1 | -1.2 | -0.8 | -0.7 | -0.8 |
| 02:00 | Japan: 2y JGB Auction | | | | | | ¥2700bn |
| 17:00 | US 30y TIPs Auction | | | | | | $7bn |

| Friday 24 June | | Period | Prev 2 | Prev 1 | Latest | Forecast | Consensus |
|---|---|---|---|---|---|---|---|
| - | EU: EU Council (final day) | | | | | | |
| - | Global: 10th BIS Annual Conference, Fiscal policy and its implications for monetary and financial stability (final day) | | | | | | |
| - | Swi: Swiss National Bank (SNB) publishes Quarterly Bulletin | | | | | | |
| 22:00 | E17: ECB Executive Board member Gonzalez-Paramo speaks upon being awarded a honorary doctorate by the University of Malaga | | | | | | |
| - | Germany: Retail sales, sa % m/m (to 1/7) | Apr | 0.1 | -2.7 | 0.3 | 0.8 | 1.0 |
| 06:45 | France: Consumer confidence indicator, index | Jun | 83 | 83 | 84 | 83 | 84 |
| 08:00 | Germany: IFO business climate, index | Jun | 115 | 114.2 | 114.2 | 113.9 | 113.5 |
| 08:00 | Germany: IFO current assessment, index | Jun | 121 | 121 | 121.4 | 120.9 | 121.0 |
| 08:00 | Germany: IFO business expectations, index | Jun | 109.2 | 107.7 | 107.4 | 107.0 | 106.4 |
| 08:00 | Italy: Retail sales, sa % m/m | Apr | -0.2 | 0.0 | -0.2 | 0.0 | -0.1 |
| 12:30 | US: Real GDP, % q/q saar | Q1-3rd | 2.6 | 3.1 | 1.8-2nd | 2.0 | 1.9 |
| 12:30 | US: Real consumer spending, % q/q saar | Q1-3rd | 2.4 | 4.0 | 2.2 | 2.2 | 2.2 |
| 12:30 | US: Durable goods orders, % m/m | May | -1.1 | 4.6 | -3.6 | 1.5 | 1.6 |
| 12:30 | US: Core capital goods orders, % m/m | May | -0.1 | 5.4 | -2.3 | -1.0 | - |

Note: All times reported in GMT. Some data or events are boxed to indicate their importance to financial markets. Market events are highlighted in light blue.

Protected Information To Be Disclosed Only In Accordance With Protective Order     FHFA-DDC-0163539

Barclays Capital | Global Rates Weekly

# GLOBAL KEY EVENTS

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Forthcoming central bank announcement dates** | | | | | | | | | | | | | |
| **North America** | | | | | | | | | | | | | |
| FOMC meeting | 21-22 | - | 9 | 20 | - | 1 | 13 | 24-25 | - | Mar | Apr | | Jun |
| FOMC minutes | - | 13 | 30 | - | 11 | 23 | - | 3 | - | - | Apr | May | - |
| Congressional testimony | - | Jul | - | - | - | - | - | - | Feb | - | - | - | - |
| Fed's Beige Book | 8 | 27 | - | 7 | 19 | 30 | - | Jan | - | Mar | Apr | - | Jun |
| Bank of Canada | - | 19 | - | 7 | 25 | - | 6 | Jan | - | Mar | - | May | - |
| **Europe** | | | | | | | | | | | | | |
| ECB "policy" meeting | *9* | *7* | *4* | *8* | *6* | *3* | *8* | *12* | *9* | *8* | *4* | *3* | *6* |
| ECB monthly bulletin | *16* | *14* | *11* | *15* | *13* | *10* | *15* | *19* | *16* | *15* | *11* | *10* | *13* |
| ECB "non-policy" meeting | *22* | *21* | *-* | *21* | *20* | *17* | *22* | *26* | *23* | *21* | *19* | *16* | *20* |
| Bank of England | 8-9 | 6-7 | 3-4 | 7-8 | 5-6 | 9-10 | 7-8 | 4-5 | 8-9 | 7-8 | 4-5 | 9-10 | 6-7 |
| *BoE Inflation Report* | - | - | 10 | - | - | 16 | - | - | 15 | - | - | 16 | - |
| BoE minutes | 22 | 20 | 17 | 21 | 19 | 23 | 21 | 18 | 22 | 21 | 18 | 23 | 20 |
| Riksbank | - | 5 | - | 7 | 27 | - | 20 | n/a | n/a | n/a | n/a | n/a | n/a |
| SNB | 16 | - | 15 | - | - | 15 | - | n/a | n/a | n/a | n/a | n/a | n/a |
| Norges Bank | 22 | - | 10 | 21 | 19 | - | 14 | - | - | 14 | - | 10 | 20 |
| **Asia/RoW** | | | | | | | | | | | | | |
| Bank of Japan | 13-14 | 11-12 | 4-5 | 6-7 | 6-7, 27 | 15-16 | 20-21 | n/a | n/a | n/a | n/a | n/a | n/a |
| *BoJ minutes* | *17* | *15* | *10* | *12* | *13* | *1, 21* | *27* | n/a | n/a | n/a | n/a | n/a | n/a |
| Reserve Bank of Australia | 7 | 5 | 2 | 6 | 4 | 1 | 6 | n/a | n/a | n/a | n/a | n/a | n/a |
| RBNZ | 9 | - | - | 15 | - | - | 8 | - | - | 8 | - | - | 14 |
| **Key international meetings** | | | | | | | | | | | | | |
| ECOFIN | 20* | 12 | - | 16-17* | 4 | 8, 30 | - | n/a | n/a | n/a | n/a | n/a | n/a |
| G20 | 22-23 | - | - | 25-27 | 16 | 3-4 | - | n/a | n/a | n/a | n/a | n/a | n/a |
| **Elections** | | | | | | | | | | | | | |
| Portugal (Parliamentary snap) | 5 | - | - | - | - | - | - | - | - | - | - | - | - |
| Turkey (Parliamentary) | 12 | - | - | - | - | - | - | - | - | - | - | - | - |
| Tunisia (Legislative) | - | 24 | - | - | - | - | - | - | - | - | - | - | - |
| Singapore (Presidential) | - | - | Aug | - | - | - | - | - | - | - | - | - | - |
| Egypt (Parliamentary/Presidential) | - | - | - | Sep | - | Nov | - | - | - | - | - | - | - |
| Argentina (Presidential) | - | - | - | - | Oct | - | - | - | - | - | - | - | - |
| Ireland (Presidential) | - | - | - | - | Oct | - | - | - | - | - | - | - | - |
| Switzerland (Parliamentary) | - | - | - | - | Oct | - | - | - | - | - | - | - | - |
| New Zealand (Parliamentary/Referendum) | - | - | - | - | - | Nov | - | - | - | - | - | - | - |
| Denmark (Parliamentary) | - | - | - | - | - | Nov | - | - | - | - | - | - | - |
| Russia (Parliamentary) | - | - | - | - | - | - | Dec | - | - | - | - | - | - |
| Finland (Presidential) | - | - | - | - | - | - | - | Jan | - | - | - | - | - |

Source: Central banks, IMF, European Commission, Reuters, Bloomberg, Market News, Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163540

Barclays Capital | Global Rates Weekly

# GLOBAL SUPPLY CALENDAR

| | Country | Bond | Coupon | Maturity | Size - bn | Spread to German Spline | 3 mth Z Score to Germany | Spread to Swaps | 3 mth Z Score to Swaps |
|---|---|---|---|---|---|---|---|---|---|
| **Euro Area** | | | | | | | | | |
| 21-Jun-11 | Holland | New 5y DDA | | 15-Jan-17 | 5.00 | | | | |
| 22-Jun-11 | Germany | 10y Bund Auction | | 04-Jul-21 | 4.0 | -2.8 | 1.38 | -36.5 | -4.99 |
| 24-Jun-11 | Italy | BTPei Linker Auction Cancelled | | | | | | | |
| 27-Jun-11 | Belgium | BGB Auctions Cancelled | | | | | | | |
| 28-Jun-11 | Italy | 7y CCT | FRN | 01-Apr-18 | 1.50 | | | | |
| 28-Jun-11 | Italy | 3yr BTP Auction | 2.00% | 01-Apr-14 | 3.50 | 186.6 | 2.34 | 114.4 | 2.05 |
| 28-Jun-11 | Italy | 10yr BTP Auction | 4.00% | 01-Sep-21 | 3.50 | 193.4 | 2.46 | 140.2 | 2.15 |
| 29-Jun-11 | Germany | 5y OBL Auction | | | 6.0 | | | | |
| **Jul-11** | Spain | New 10y SPGB | | 31-Oct-21 | 5.00 | | | | |
| 05-Jul-11 | Austria | 15y RAGB Auction | 6.25% | 15-Jul-27 | 0.50 | 36.0 | 3.56 | 21.1 | -0.23 |
| 05-Jul-11 | Austria | 5y RAGB | 3.20% | 20-Feb-17 | 1.00 | 49.9 | 2.86 | 0.7 | -0.42 |
| 06-Jul-11 | Germany | 2y Schatz Auction | | 01-Jun-13 | 5.00 | 0.6 | -0.20 | -56.1 | -3.09 |
| 06-Jul-11 | Germany | 10y Bundi Auction | | 15-Apr-21 | 2.00 | | | | |
| 07-Jul-11 | Spain | 5y SPGB Auction | 3.00% | 30-Apr-16 | 3.50 | 272.3 | 2.45 | 192.6 | 2.25 |
| 07-Jul-11 | France | 15yr OAT | 4.00% | 25-Apr-26 | 2.50 | 34.1 | 2.27 | 10.2 | 0.50 |
| 07-Jul-11 | France | 10y OAT | 3.25% | 25-Oct-21 | 3.50 | 43.4 | 2.04 | 6.1 | -1.32 |
| 07-Jul-11 | France | 7y OAT | 4.25% | 25-Oct-18 | 1.50 | 44.5 | 2.72 | -1.3 | -0.56 |
| 12-Jul-11 | Holland | 5y DSL Auction | | 15-Jan-17 | 3.50 | | | | |
| 13-Jul-11 | Germany | 10y Bund Auction | | 01-Jul-21 | 4.00 | -2.8 | 1.38 | -36.5 | -4.99 |
| 14-Jul-11 | Spain | 13y SPGB Auction | 4.80% | 31-Jan-24 | 2.00 | 256.6 | 2.46 | 195.8 | 2.29 |
| 14-Jul-11 | Italy | 5yr BTP Auction | 3.75% | 15-Apr-16 | 4.00 | 193.4 | 2.44 | 125.2 | 2.14 |
| 14-Jul-11 | Italy | 30yr BTP Auction | 5.00% | 01-Sep-40 | 1.73 | 208.9 | 2.08 | 171.4 | 1.71 |
| 20-Jul-11 | Germany | 30y Bund Auction | 3.25% | 04-Jul-42 | 2.00 | | | | |
| **Japan** | | | | | | | | | |
| 21-Jun-11 | Japan | Liquidity Enhancement Auction | | | 300 | | | | |
| 23-Jun-11 | Japan | 2y JGB Auction | | | 2700 | | | | |
| 05-Jul-11 | Japan | 10y JGB Auction | | | 2200 | | | | |
| 07-Jul-11 | Japan | 30y JGB Auction | | | 700 | | | | |
| 11-Jul-11 | Japan | Liquidity Enhancement Auction | | | 300 | | | | |
| 14-Jul-11 | Japan | 5y JGB Auction | | | 2500 | | | | |
| 20-Jul-11 | Japan | 20y JGB Auction | | | 1100 | | | | |
| **UK** | | | | | | | | | |
| Jun-11 | UK | 2060 Gilt Syndication | | | TBA | | | | |
| 21-Jun-11 | UK | 2016 Gilt Auction | 2.00% | 22-Jan-16 | 4.50 | | | | |
| 07-Jun-11 | UK | 2040 Linker Auction | 0.625% | 22-Mar-40 | 1.00 | | | | |
| 14-Jul-11 | UK | 2040 Gilt Auction | 4.25% | 07-Dec-40 | 2.00 | | | | |
| 19-Jul-11 | UK | 2016 Gilt Auction | 2.00% | 22-Jan-16 | 4.50 | | | | |
| **US** | | | | | | | | | |
| 23-Jun-11 | US | 30y TIPs Auction | | | 7 | | | | |
| 27-Jun-11 | US | 2y Note Auction | | | 35 | | | | |
| 28-Jun-11 | US | 5y Note Auction | | | 35 | | | | |
| 29-Jun-11 | US | 7y Note Auction | | | 29 | | | | |
| 12-Jul-11 | US | 3y Note Auction | | | 31 | | | | |
| 13-Jul-11 | US | 10y Note Auction | | | 21 | | | | |
| 14-Jul-11 | US | 30y Bond Auction | | | 13 | | | | |

| | Unconfirmed Barclays Capital Estimate |
| | Rich |
| | Cheap |

Source: Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order     FHFA-DDC-0163541

**Barclays Capital | Global Rates Weekly**

# GLOBAL BOND YIELD FORECASTS

| US Treasuries | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Fed funds | 3m Libor | 2y | 5y | 10y | 30y | 10y RY |
| Q3 11 | 0.00-0.25 | 0.30 | 0.40 | 1.45 | 2.90 | 4.20 | 0.70 |
| Q4 11 | 0.00-0.25 | 0.30 | 0.70 | 1.90 | 3.25 | 4.45 | 0.90 |
| Q1 12 | 0.00-0.25 | 0.30 | 1.00 | 2.30 | 3.50 | 4.60 | 1.00 |
| Q2 12 | 0.00-0.25 | 0.50 | 1.15 | 2.40 | 3.50 | 4.60 | 1.00 |

| US swap spreads | | | | |
|---|---|---|---|---|
| | 2y | 5y | 10y | 30y |
| Q3 11 | 16 | 21 | 4 | -25 |
| Q4 11 | 16 | 21 | 0 | -29 |
| Q1 12 | 16 | 21 | -3 | -32 |
| Q2 12 | 16 | 21 | -3 | -32 |

| Euro government | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Refi rate | 3m | 2y | 5y | 10y | 30y | 10y RY |
| Q3 11 | 1.50 | 1.70 | 1.70 | 2.65 | 3.35 | 3.80 | 1.20 |
| Q4 11 | 1.75 | 2.00 | 2.00 | 2.85 | 3.45 | 3.80 | 1.25 |
| Q1 12 | 2.00 | 2.35 | 2.10 | 2.90 | 3.55 | 3.80 | 1.30 |
| Q2 12 | 2.00 | 2.35 | 2.10 | 2.90 | 3.55 | 3.80 | 1.30 |

| Euro area swap spreads | | | | |
|---|---|---|---|---|
| | 2y | 5y | 10y | 30y |
| Q3 11 | 55 | 50 | 40 | 10 |
| Q4 11 | 60 | 55 | 45 | 15 |
| Q1 12 | 60 | 55 | 45 | 15 |
| Q2 12 | 60 | 55 | 45 | 15 |

| UK government | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Bank rate | 3m | 2y | 5y | 10y | 30y | 10y RY |
| Q3 11 | 0.50 | 0.75 | 1.25 | 2.30 | 3.50 | 4.15 | 0.65 |
| Q4 11 | 0.75 | 1.10 | 1.85 | 2.90 | 4.00 | 4.40 | 0.95 |
| Q1 12 | 1.00 | 1.35 | 2.10 | 3.20 | 4.20 | 4.50 | 1.10 |
| Q2 12 | 1.00 | 1.35 | 2.10 | 3.20 | 4.20 | 4.50 | 1.10 |

| UK swap spreads | | | | |
|---|---|---|---|---|
| | 2y | 5y | 10y | 30y |
| Q3 11 | 50 | 30 | 5 | -20 |
| Q4 11 | 60 | 30 | 15 | -25 |
| Q1 12 | 60 | 30 | 20 | -25 |
| Q2 12 | 60 | 30 | 20 | -25 |

| Japan government | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Official rate | 3m | 2y | 5y | 10y | 30y | 10y RY |
| Q3 11 | 0.10 | 0.20 | 0.15 | 0.35 | 1.15 | 2.05 | 1.15 |
| Q4 11 | 0.10 | 0.15 | 0.10 | 0.25 | 0.90 | 1.90 | 0.75 |
| Q1 12 | 0.10 | 0.15 | 0.10 | 0.15 | 0.70 | 1.75 | 0.50 |
| Q2 12 | 0.10 | 0.15 | 0.20 | 0.50 | 1.30 | 2.20 | 1.05 |
| Q3 12 | 0.10 | 0.20 | 0.20 | 0.50 | 1.30 | 2.20 | 1.05 |
| Q4 12 | 0.10 | 0.20 | 0.20 | 0.50 | 1.30 | 2.20 | 1.05 |

| Japan swap spreads | | | | |
|---|---|---|---|---|
| | 2y | 5y | 10y | 30y |
| Q3 11 | 15 | 15 | 5 | 0 |
| Q4 11 | 15 | 15 | 5 | 0 |
| Q1 12 | 15 | 15 | 10 | 0 |
| Q2 12 | 15 | 15 | 10 | 0 |
| Q312 | 15 | 15 | 10 | 0 |
| Q412 | 15 | 15 | 10 | 0 |

| Australia government | | | | |
|---|---|---|---|---|
| | Official Rate | 3y | 5y | 10y | AU-US 10y |
| Q3 11 | 5 | 5.15 | 5.15 | 5.15 | 2.25 |
| Q4 11 | 5.25 | 5.15 | 5.225 | 5.3 | 2.05 |
| Q1 12 | 5.25 | 5.1 | 5.2 | 5.3 | 1.8 |
| Q2 12 | 5.25 | 5 | 5.1 | 5.2 | 1.7 |

Source: Barclays Capital

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0163542

Barclays Capital | Global Rates Weekly

# GLOBAL RATES RESEARCH

## US

**Ajay Rajadhyaksha**
Head of US Fixed Income and
Securitised Products Strategy
+1 212 412 7669
ajay.rajadhyaksha@barcap.com

**Joseph Abate**
Fixed Income Strategy
+1 212 412 6810
joseph.abate@barcap.com

**Piyush Goyal**
Fixed Income Strategy
+1 212 412 6793
piyush.goyal@barcap.com

**James Ma**
Fixed Income Strategy
+1 212 412 2563
james.ma@barcap.com

**Chirag Mirani**
Fixed Income Strategy
+1 212 412 6819
chirag.mirani@barcap.com

**Amrut Nashikkar**
Fixed Income Strategy
+1 212 412 1848
amrut.nashikkar@barcap.com

**Michael Pond**
Treasury and Inflation-linked
Strategy
+1 212 412 5051
michael.pond@barcap.com

**Anshul Pradhan**
Treasury and Inflation-linked
Strategy
+1 212 412 3681
anshul.pradhan@barcap.com

**Rajiv Setia**
Fixed Income Strategy
+1 212 412 5507
rajiv.setia@barcap.com

**Vivek Shukla**
Fixed Income Strategy
+1 212 412 2532
vivek.shukla@barcap.com

**Igor Zoubarev**
Fixed Income Strategy
+1 212 526 5518
igor.zoubarev @barcap.com

## Europe

**Laurent Fransolet**
Head of European Fixed Income
Strategy
+44 (0)20 7773 8385
laurent.fransolet@barcap.com

**Alan James**
Global Inflation-Linked Strategy
+44 (0)20 7773 2238
alan.james@barcap.com

**Cagdas Aksu**
European Strategy
+44 (0)20 7773 5788
cagdas.aksu@barcap.com

**Fritz Engelhard**
German Head of Strategy
+49 69-7161 1725
fritz.engelhard@barcap.com

**Jussi Harju**
European Strategy
+49 69 7161 1781
jussi.harju@barcap.com

**Moyeen Islam**
Fixed Income Strategy
+44 (0)20 777 34675
moyeen.islam@barcap.com

**Sreekala Kochugovindan**
Asset Allocation Strategy
+44 (0)20 7773 2234
sreekala.kochugovindan@
barcap.com

**Giuseppe Maraffino**
Fixed Income Strategy
+44 (0)20 313 49938
giuseppe.maraffino@barcap.com

**Mikael Nilsson**
Fixed Income Strategy
+44 (0)20 7773 6057
mikael.nilsson@barcap.com

**Marek Sasura**
Fixed Income Strategy
+44 (0)20 7773 9657
marek.sasura@barcap.com

**Michaela Seimen**
SSA & Covered Bond Strategy
+44 (0) 20 3134 0134
michaela.seimen@barcap.com

**Henry Skeoch**
Inflation-Linked Strategy
+44 (0)20 777 37917
henry.skeoch@barcap.com

**Khrishnamoorthy Sooben**
Inflation-Linked Strategy
+44 (0)20 7773 7514
khrishnamoorthy .sooben@
barcap.com

**Stuart Urquhart**
European Strategy
+44 (0)20 7773 8410
stuart.urquhart@barcap.com

**Marcus Widen**
Fixed Income Strategy
+44 (0)20 3134 5632
marcus.widen@barcap.com

**Huw Worthington**
European Strategy
+44 (0)20 7773 1307
huw.worthington@barcap.com

## Asia-Pacific

**Chotaro Morita**
Head of Fixed Income Strategy
Research, Japan
+81 3 4530 1717
chotaro.morita@barcap.com

**Reiko Tokukatsu**
Senior Fixed Income Strategist
+81 3 4530 1532
reiko.tokukatsu@barcap.com

**Gavin Stacey**
Australia and New Zealand
Fixed Income Strategist
+61 2 933 46128
gavin.stacey@barcap.com

Protected Information To Be Disclosed Only In Accordance With Protective Order                                        FHFA-DDC-0163543

**Analyst Certification(s)**

We, Chirag Mirani, Piyush Goyal, James Ma, Ajay Rajadhyaksha, Michael Pond, Anshul Pradhan, Rajiv Setia, Amrut Nashikkar, Laurent Fransolet, Giuseppe Maraffino, Cagdas Aksu, Huw Worthington, Moyeen Islam, Fritz Engelhard, Michaela Seimen, Jussi Harju, Mikael Nilsson, Marcus Widen, Raghav Subbarao, Khrishnamoorthy Sooben, Henry Skeoch, Chotaro Morita, Reiko Tokukatsu, Noriatsu Tanji, Fabio Fois, Julian Callow, Frank Engels, Francois Cabau, Marion Laboure, Thorsten Polleit and Vivek Shukla, hereby certify (1) that the views expressed in this research report accurately reflect our personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of our compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

**Important Disclosures**

For current important disclosures regarding companies that are the subject of this research report, please send a written request to: Barclays Capital Research Compliance, 745 Seventh Avenue, 17th Floor, New York, NY 10019 or refer to https://ecommerce.barcap.com/research/cgi-bin/all/disclosuresSearch.pl or call 212-526-1072.

Barclays Capital does and seeks to do business with companies covered in its research reports.  As a result, investors should be aware that Barclays Capital may have a conflict of interest that could affect the objectivity of this report. Any reference to Barclays Capital includes its affiliates. Barclays Capital and/or an affiliate thereof (the "firm") regularly trades, generally deals as principal and generally provides liquidity (as market maker or otherwise) in the debt securities that are the subject of this research report (and related derivatives thereof). The firm's proprietary trading accounts may have either a long and / or short position in such securities and / or derivative instruments, which may pose a conflict with the interests of investing customers. Where permitted and subject to appropriate information barrier restrictions, the firm's fixed income research analysts regularly interact with its trading desk personnel to determine current prices of fixed income securities. The firm's fixed income research analyst(s) receive compensation based on various factors including, but not limited to, the quality of their work, the overall performance of the firm (including the profitability of the investment banking department), the profitability and revenues of the Fixed Income Division and the outstanding principal amount and trading value of, the profitability of, and the potential interest of the firms investing clients in research with respect to, the asset class covered by the analyst. To the extent that any historical pricing information was obtained from Barclays Capital trading desks, the firm makes no representation that it is accurate or complete. All levels, prices and spreads are historical and do not represent current market levels, prices or spreads, some or all of which may have changed since the publication of this document. Barclays Capital produces a variety of research products including, but not limited to, fundamental analysis, equity-linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of research product may differ from recommendations contained in other types of research products, whether as a result of differing time horizons, methodologies, or otherwise.

This publication has been prepared by Barclays Capital, the investment banking division of Barclays Bank PLC, and/or one or more of its affiliates as provided below. It is provided to our clients for information purposes only, and Barclays Capital makes no express or implied warranties, and expressly disclaims all warranties of merchantability or fitness for a particular purpose or use with respect to any data included in this publication. Barclays Capital will not treat unauthorized recipients of this report as its clients. Prices shown are indicative and Barclays Capital is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.

Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays Capital, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages; or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.

Other than disclosures relating to Barclays Capital, the information contained in this publication has been obtained from sources that Barclays Capital believes to be reliable, but Barclays Capital does not represent or warrant that it is accurate or complete. The views in this publication are those of Barclays Capital and are subject to change, and Barclays Capital has no obligation to update its opinions or the information in this publication.

The analyst recommendations in this publication reflect solely and exclusively those of the author(s), and such opinions were prepared independently of any other interests, including those of Barclays Capital and/or its affiliates. This publication does not constitute personal investment advice or take into account the individual financial circumstances or objectives of the clients who receive it. The securities discussed herein may not be suitable for all investors. Barclays Capital recommends that investors independently evaluate each issuer, security or instrument discussed herein and consult any independent advisors they believe necessary. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results.

This communication is being made available in the UK and Europe primarily to persons who are investment professionals as that term is defined in Article 19 of the Financial Services and Markets Act 2000 (Financial Promotion Order) 2005. It is directed at, and therefore should only be relied upon by, persons who have professional experience in matters relating to investments. The investments to which it relates are available only to such persons and will be entered into only with such persons. Barclays Capital is authorized and regulated by the Financial Services Authority ('FSA') and member of the London Stock Exchange.

Barclays Capital Inc., U.S. registered broker/dealer and member of FINRA (www.finra.org), is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer and member of IIROC (www.iiroc.ca). Subject to the conditions of this publication as set out above, Absa Capital, the Investment Banking Division of Absa Bank Limited, an authorised financial services provider (Registration No.: 1986/004794/06), is distributing this material in South Africa. Absa Bank Limited is regulated by the South African Reserve Bank. This publication is not, nor is it intended to be, advice as defined and/or contemplated in the (South African) Financial Advisory and Intermediary Services Act, 37 of 2002, or any other financial, investment, trading, tax, legal, accounting, retirement, actuarial or other professional advice or service whatsoever. Any South African person or entity wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Absa Capital in South Africa, 15 Alice Lane, Sandton, Johannesburg, Gauteng 2196. Absa Capital is an affiliate of Barclays Capital. In Japan, foreign exchange research reports are prepared and distributed by Barclays Bank PLC Tokyo Branch. Other research reports are distributed to institutional investors in Japan by Barclays Capital Japan Limited. Barclays Capital Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143. Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong. Barclays Bank PLC Frankfurt Branch distributes this material in Germany under the supervision of Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin). This material is distributed in Malaysia by Barclays Capital Markets Malaysia Sdn Bhd. This material is distributed in Brazil by Banco Barclays S.A. This material is distributed in Mexico by Barclays Bank Mexico, S.A. Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi). Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. This material is distributed in Dubai, the UAE and Qatar by Barclays Bank PLC. Related financial products or services are only available to Professional Clients as defined by the DFSA, and Business Customers as defined by the QFCRA. This material is distributed in Saudi Arabia by Barclays Saudi Arabia ('BSA'). It is not the intention of the Publication to be used or deemed as recommendation, option or advice for any action (s) that may take place in future. Barclays Saudi Arabia is a Closed Joint Stock Company, (CMA License No. 09141-37). Registered office Al Faisaliah Tower | Level 18 | Riyadh 11311 | Kingdom of Saudi Arabia. Authorised and regulated by the Capital Market Authority, Commercial Registration Number: 1010283024. This material is distributed in Russia by OOO Barclays Capital, affiliated company of Barclays Bank PLC, registered and regulated in Russia by the FSFM. Broker License #177-11850-100000; Dealer License #177-11855-010000. Registered address in Russia: 125047 Moscow, 1st Tverskaya-Yamskaya str. 21. This material is distributed in India by Barclays Bank PLC, India Branch. This material is distributed in Singapore by the Singapore branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this report, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is One Raffles Quay Level 28, South Tower, Singapore 048583. Barclays Bank PLC, Australia Branch (ARBN 062 449 585, AFSL 246617) is distributing this material in Australia. It is directed at 'wholesale clients' as defined by Australian Corporations Act 2001.

IRS Circular 230 Prepared Materials Disclaimer: Barclays Capital and its affiliates do not provide tax advice and nothing contained herein should be construed or relied upon as tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties; and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

Barclays Capital is not responsible for, and makes no warranties whatsoever as to, the content of any third-party web site accessed via a hyperlink in this publication and such information is not incorporated by reference.

© Copyright Barclays Bank PLC (2011). All rights reserved. No part of this publication may be reproduced in any manner without the prior written permission of Barclays Capital or any of its affiliates. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.