# **EXHIBIT KK**

CONFIDENTIAL
Protected Information to Be Disclosed Only in Accordance With Protective Order

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>                              Plaintiffs,<br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>                              Defendants. | Civil No. 13-1053 (RCL) |
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>                              Plaintiffs,<br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>                              Defendants. | Civil No. 13-1439 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**REBUTTAL EXPERT REPORT OF PROFESSOR S.P. KOTHARI**

October 14, 2021

**Exhibit 6A**
**Fannie Mae**
**Market Value of Common and Junior Preferred Stock**

|      |                                              | Face Value ($ millions) | Par Value Per Share ($) | Shares Outstanding (millions) | August 16, 2012 Price ($) | August 16, 2012 Market Value ($ millions) |
|------|----------------------------------------------|------------------------:|------------------------:|------------------------------:|--------------------------:|------------------------------------------:|
|      |                                              | [a]                     | [b]                     | [c]                           | [d]                       | [e]                                       |
| [1]  | Total Junior Preferred Stock                 |                         |                         |                               |                           | 1,467.57                                  |
| [2]  | FNMAS                                        | 7,000.00                | 25.00                   | 280.00                        | 2.35                      | 658.00                                    |
| [3]  | FNMFO                                        | 2,492.20                | 100,000.00              | 0.02                          | 2,701.00                  | 67.31                                     |
| [4]  | FNMFN                                        | 2,500.00                | 50.00                   | 50.00                         | 3.30                      | 165.00                                    |
| [5]  | FNMAT                                        | 2,225.00                | 25.00                   | 89.00                         | 2.65                      | 235.85                                    |
| [6]  | FNMAH                                        | 1,000.00                | 25.00                   | 40.00                         | 1.90                      | 76.00                                     |
| [7]  | FNMAG                                        | 300.00                  | 50.00                   | 6.00                          | 3.42                      | 20.52                                     |
| [8]  | FNMAP                                        | 690.00                  | 50.00                   | 13.80                         | 3.25                      | 44.85                                     |
| [9]  | FNMAJ                                        | 530.00                  | 25.00                   | 21.20                         | 1.95                      | 41.34                                     |
| [10] | FNMAO                                        | 288.00                  | 50.00                   | 5.76                          | 3.31                      | 19.07                                     |
| [11] | FNMAM                                        | 400.00                  | 50.00                   | 8.00                          | 3.50                      | 28.00                                     |
| [12] | FNMAK                                        | 225.00                  | 50.00                   | 4.50                          | 3.25                      | 14.63                                     |
| [13] | FNMAL                                        | 460.00                  | 50.00                   | 9.20                          | 3.22                      | 29.62                                     |
| [14] | FNMAN                                        | 345.00                  | 50.00                   | 6.90                          | 3.40                      | 23.46                                     |
| [15] | FNMAI                                        | 375.00                  | 25.00                   | 15.00                         | 1.99                      | 29.85                                     |
| [16] | FNMFM                                        | 150.00                  | 50.00                   | 3.00                          | 1.00                      | 3.00                                      |
| [17] | FDDXD                                        | 150.00                  | 50.00                   | 3.00                          | 3.69                      | 11.07                                     |
| [18] | Common Stock (excluding Treasury warrants)   |                         |                         | 1,158.07                      | 0.30                      | 341.63                                    |
| [19] | Common Stock (including Treasury warrants)   |                         |                         |                               |                           | 1,699.65                                  |
| [20] | Total                                        |                         |                         |                               |                           | **3,167.22**                              |

**Notes and Sources:**

[1]   = SUM([2]:[17]).

[2]-[17]
[a]-[b]   Fannie Mae, Form 10-K for the fiscal year ended December 31, 2011, pp. F-96.
[c]       = [a] / [b].
[d]       Refinitiv Eikon. For securities that had no close prices available on August 16, 2012, the last available close price prior to August 16, 2012 is used.
[e]       = [c] * [d].

[18]
[c]   Refinitiv Eikon.
[d]   Refinitiv Eikon.
[e]   = [c] * [d].

[19]   = [18] / 0.201. Warrants are assumed to be converted to common stock at closing price.
[20]   = [1] + [19].