# EXHIBIT NN Filed Under Seal at

# ECF No. 145 (1:13-cv-01053-RCL)
# ECF No. 145 (1:13-mc-01288-RCL)