REDACTED VERSION

# EXHIBIT 13



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C.

UNDER SECRETARY

December 29, 2010

The Honorable Edward DeMarco
Acting Director
Federal Housing Finance Agency
1700 G Street NW
Washington, DC  20552-0003

Dear Acting Director DeMarco:

As you know, the Amended and Restated Preferred Stock Purchase Agreement dated as of September 26, 2008, as amended (the Agreement), between the United States Department of the Treasury (Treasury) and each of the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation (collectively, the Enterprises), provides, in section 3.2 of each Agreement, that each Enterprise shall pay to Treasury quarterly a "Periodic Commitment Fee" (PCF) beginning on March 31, 2011. The amount of the PCF is intended to fully compensate Treasury for the support provided by the ongoing funding commitment under the Agreement with each Enterprise following December 31, 2010. The amount of the PCF is to be set no later than December 31, 2010, but Treasury may waive the PCF for up to one year at a time, in its sole discretion, based on adverse conditions in the United States mortgage market.

By this letter, please be advised that Treasury waives, for the first quarter of Calendar Year (CY) 2011, the PCF payable by each Enterprise. Treasury takes this step due to the continued fragility of the mortgage market and the belief that the imposition of the PCF at this time would not fulfill its intended purpose of generating increased compensation to the American taxpayer. As currently structured, the Enterprises' required dividend payments to Treasury through the end of CY 2011 are forecast to be larger than the earnings that the Enterprises are forecast to produce. Therefore, any net income from the Enterprises through the end of CY 2011 is forecast to be returned to taxpayers already. Accordingly, Treasury believes that the imposition of the PCF at this time would not provide additional net proceeds for the American taxpayer.

Treasury will reevaluate the situation during the next calendar quarter to determine whether the PCF should then be set. Treasury remains committed to protecting taxpayers and ensuring that future positive earnings of the Enterprises are returned to taxpayers as compensation for their investment.

Sincerely,

Jeffrey A. Goldstein