UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

In order to set forth additional pretrial deadlines, Defendants Federal Housing Finance Agency, Acting Director Sandra Thompson, the Federal Home Loan Mortgage Corporation, and the Federal National Mortgage Association (collectively, "Defendants"), and Plaintiffs in the above-captioned cases (collectively, the "Plaintiffs"), hereby respectfully move this Court to enter the attached proposed order amending the Sixth Amended Scheduling Order dated December 7, 2021. *See* ECF No. 137 (No. 1:13cv1288).

These matters are currently set for trial on July 11, 2022, "or at the Court's earliest convenience thereafter." *Id.*

The parties have agreed on an appropriate schedule for pretrial filings and disclosures and have reached an agreement on such a schedule, which is reflected in the attached proposed order. This schedule proposes a status conference on May 13, 2022—should the Court's schedule allow it—the purpose of which would be to address the trial schedule and any argument the Court may wish on the summary judgment motions, which will be fully briefed as of May 6. The parties have also agreed to various other deadlines in the proposed schedule, including for motions in limine, the exchange of witness lists and other pretrial disclosures, and for completion of depositions of trial witnesses who had been previously disclosed but not deposed. Finally, the schedule proposes a final pretrial status conference on June 17, 2022.

Accordingly, the Parties jointly and respectfully request that the Court enter the attached proposed Seventh Amended Scheduling Order, which reflects the deadlines discussed above. Should the Court wish to discuss any of these matters with the Parties, undersigned counsel will promptly make themselves available for a conference.

Dated: April 28, 2022

/s/ Asim Varma
Asim Varma (D.C. Bar #426364)
Howard N. Cayne (D.C. Bar #331306)
David B. Bergman (D.C. Bar #435392)
ARNOLD &PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, DC 20001
Tel: (202) 942-5000
Howard.Cayne@arnoldporter.com
Asim.Varma@arnoldporter.com
David.Bergman@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency and Acting Director Sandra Thompson*

/s/ Michael J. Ciatti .
Michael J. Ciatti (D.C. Bar #467177)
KING &SPALDING LLP
1700 Pennsylvania Ave. N.W.
Washington, DC 20006
Tel: (202) 626-5508
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorney for the Federal Home Loan Mortgage Corp.*

/s/ Meaghan VerGow .
Meaghan VerGow (D.C. Bar # 977165)
O'MELVENY &MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Attorney for the Federal National Mortgage Association*

Respectfully submitted,

/s/ Hamish P.M. Hume
BOIES SCHILLER FLEXNER LLP
Hamish P.M. Hume (D.C. Bar #449914)
Samuel C. Kaplan (D.C. Bar #463350)
1401 New York Ave. NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
skaplan@bsfllp.com

KESSLER TOPAZ MELTZER & CHECK, LLP
Eric L. Zagar (*Pro Hac Vice*)
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

GRANT & EISENHOFER, P.A.
Michael J. Barry (*Pro Hac Vice*)
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
Adam Wierzbowski (*Pro Hac Vice*)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
adam@blbglaw.com

*Co-Lead Counsel for Plaintiffs*

3