IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>                Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**SEVENTH AMENDED SCHEDULING ORDER**

It is hereby **ORDERED** that:

1. The Parties' repl(ies) in support of the motion(s) for summary judgment are due **May 6, 2022**;

2. A status conference shall be set for **May 13, 2022**, to address (a) the trial schedule and, (b) any oral argument the Court may wish on the parties' summary judgment motions;

3. The Parties' motions in limine based on the Federal Rules of Evidence 701 to 706 are due **May 19, 2022**;

4. Parties shall disclose trial witness lists on **May 20, 2022**;

5. Pretrial Statements shall be filed as provided for in the Local Rules on **June 3, 2022**;

6. The Parties' oppositions to the motions in limine based on Federal Rules of Evidence 701 to 706 are due **June 8, 2022**;

7. The Parties' replies in support of motions in limine based on Federal Rules of Evidence 701 to 706 are due by **12:00 p.m. on June 14, 2022**;

8. The Parties shall complete, by **June 17, 2022**, depositions of any witness identified on the opposing party's trial witness list that was also identified on initial disclosures but was not previously deposed;

9. By **June 17, 2022**, the Parties shall:

    a. Serve objections to deposition designations and deposition cross-designations;

    b. Exchange objections to authenticity on exhibits

    c. Meet and confer regarding stipulations on authenticity and admissibility of exhibits;

10. The pretrial conference shall be set for **June 17, 2022**;

11. The Parties' motions in limine other than those based on the Federal Rules of Evidence 701 to 706 are due **June 20, 2022,** with later motions allowed if good cause is shown for not filing by this deadline;

12. The Parties' oppositions to the motions in limine filed on June 20, 2022 are due **June 27, 2022**;

13. The Parties' replies (optional) in support of motions in limine filed on June 20, 2022 are due **June 30, 2022**; and

14. Trial is set for **July 11, 2022**, or at the Court's earliest convenience thereafter.

Dated: _____     _____
                                           U.S.D.J.