UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**DEFENDANTS' NOTICE REGARDING LENGTH OF JURY TRIAL**

Defendants Federal Housing Finance Agency ("FHFA" or "Conservator"), as Conservator for the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac," and together with Fannie Mae, the "Enterprises,"), Sandra L. Thompson, in her official capacity as Acting Director of FHFA, and the Enterprises hereby notify the Court of the following:

　　　　1.　　　Trial in the above-captioned cases is currently scheduled for July 11, 2022, "or at the Court's earliest convenience thereafter." The complaint in *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*, No. 13-1288 (RCL) (the "Class Action"), includes a jury demand (ECF No. 71), while the complaint in *Fairholme Funds,*

*Inc. v. FHFA*, No. 13-1053 (RCL), does not contain a jury demand (ECF No. 75).  Because trial in both cases is scheduled to commence on the same date, Defendants understand that the jury trial in the Class Action and the bench trial in the *Fairholme* action will be tried simultaneously.[1]

2.	In a document posted in the "Jury Information" section of the Court's website, the Jury Office states: "[Special Trials] are trials specially ordered as they may last at least two weeks, mainly high-profile, and ordered through the jury office at least 10 weeks in advance and a pre screening form (advising the prospective jurors of the duration of the trial) are included in the mailing."  *See* Regular and Special Jury Trials, U.S. District Court for the District of Columbia, https://www.dcd.uscourts.gov/jury-selections (attached as Exhibit A).

3.	The parties have not yet exchanged trial witness or exhibit lists, but based on their good faith estimates, Defendants by this Notice respectfully advise the Court that they anticipate that trial in the Class Action may last at least two weeks― (*i.e.*, at least ten trial days).

4.	Defendants remain available should the Court or the Jury Office request or require further information.

---

[1]	The Court's online calendar currently reflects that both the Class Action and the *Fairholme* case are scheduled for bench trials to commence on May 16, 2022.  This date appears to be based on a prior, no longer operative scheduling order (*see* ECF No. 120 in No. 13-1288).  Further, as noted above, the complaint in the Class Action includes a jury demand.

Dated: April 28, 2022                              Respectfully submitted,

                                                                                */s/ Howard N. Cayne*
                                                           Howard N. Cayne (D.C. Bar # 331306)
                                                           Asim Varma (D.C. Bar # 426364)
                                                           David B. Bergman (D.C. Bar # 435392)
                                                           Ian S. Hoffman (D.C. Bar # 983419)
                                                           ARNOLD & PORTER KAYE SCHOLER LLP
                                                           601 Massachusetts Ave NW
                                                           Washington, D.C. 20001
                                                           (202) 942-5000
                                                           Howard.Cayne@arnoldporter.com
                                                           Asim.Varma@arnoldporter.com
                                                           David.Bergman@arnoldporter.com
                                                           Ian.Hoffman@arnoldporter.com

                                                           *Counsel for Defendant Federal Housing Finance Agency and Acting Director Sandra Thompson*

| */s/ Michael J. Ciatti* | */s/ Meaghan VerGow* |
|---|---|
| Michael J. Ciatti (D.C. Bar #467177) | Meaghan VerGow (D.C. Bar # 977165) |
| KING & SPALDING LLP | O'MELVENY & MYERS LLP |
| 1700 Pennsylvania Ave. N.W. | 1625 Eye Street, N.W. |
| Washington, DC 20006 | Washington, DC 20006 |
| Tel: (202) 626-5508 | Tel: (202) 383-5300 |
| Fax: (202) 626-3737 | Fax: (202) 383-5414 |
| mciatti@kslaw.com | mvergow@omm.com |
| | |
| *Counsel for the Federal Home Loan Mortgage Corp.* | *Counsel for the Federal National Mortgage Association* |