UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>    *Defendants*. | Case No. 1:13-cv-1053-RCL |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
TO SEVER AND STAY THE FAIRHOLME PLAINTIFFS' CLAIMS AND
TO ORDER A JURY TRIAL FOR THE BERKLEY PLAINTIFFS
TO THE EXTENT THE PARALLEL CLASS ACTION IS TRIED BEFORE A JURY**

Upon consideration of Plaintiffs' motion to sever and stay the claims brought by Fairholme Funds, Inc. and The Fairholme Fund, and to order a jury trial for all other plaintiffs (the Berkley Plaintiffs) to the extent the parallel class action in *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*, Miscellaneous No. 13-1288 (RCL), is tried before a jury, it is hereby:

ORDERED that the motion to sever and stay the claims brought by Fairholme Funds, Inc. and The Fairholme Fund and to order a jury trial for all other plaintiffs (the Berkley Plaintiffs) if the parallel class action is tried before a jury is GRANTED.

Dated: _____

BY THE COURT:

_____
ROYCE C. LAMBERTH
United States District Judge