**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Civil No. 13-1053 (RCL) |

### **ORDER**

Upon consideration of the Plaintiffs' Motion to Sever and Stay the Fairholme Plaintiffs' Claims and to Order a Jury Trial for the Berkley Plaintiffs, as well as Defendants' response thereto, it is hereby

ORDERED that the Fairholme Plaintiffs' motion to sever and stay their claims is GRANTED and their individual claims shall be dismissed with prejudice upon resolution of the merits of the class action; and it is further

ORDERED that the Berkley Plaintiffs' motion to order a jury trial is DENIED.

Dated: _____, 2022

_____
UNITED STATES DISTRICT JUDGE