## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, et al., <br><br> *Defendants.* | Case No. 1:13-cv-1053-RCL |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEVER AND STAY THE FAIRHOLME PLAINTIFFS' CLAIMS AND TO ORDER A JURY TRIAL FOR THE BERKLEY PLAINTIFFS TO THE EXTENT THE PARALLEL CLASS ACTION IS TRIED BEFORE A JURY

Upon consideration of Plaintiffs' motion to sever and stay the claims brought by Fairholme Funds, Inc. and The Fairholme Fund, and to order a jury trial for all other plaintiffs (the Berkley Plaintiffs) to the extent the parallel class action in *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*, Miscellaneous No. 13-1288 (RCL), is tried before a jury, it is hereby:

ORDERED that the motion to sever and stay the claims brought by Fairholme Funds, Inc. and The Fairholme Fund and to order a jury trial for all other plaintiffs (the Berkley Plaintiffs) if the parallel class action is tried before a jury is GRANTED.

Dated: 5/31/22

BY THE COURT:

*Royce C. Lamberth*
ROYCE C. LAMBERTH
United States District Judge