UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | |
| This Memorandum Opinion relates to:<br><br>ALL CASES. | **Case No. 1:13-mc-1288-RCL**<br>**Case No. 13-cv-1053-RCL** |

## ORDER

The trial date currently set for July 11, 2022, is **VACATED**. It is hereby **ORDERED** that the trial is reset for a ten-day jury trial beginning on September 19, 2022, unless counsel are unavailable. The Court **ORDERS** the parties to meet and confer and promptly file an amended proposed scheduling order for pretrial proceedings, pretrial filings, and disclosures, including proposed voir dire and jury instructions. The Court further **DISMISSES AS MOOT** the Joint Motion to Amend the Scheduling Order [148, 152] in light of the necessity for a new trial date.

**IT IS SO ORDERED.**

Date: 5/31/22

Royce C. Lamberth
United States District Judge