# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## [PROPOSED] ORDER AMENDING FILING DEADLINES

This matter comes before the Court on Unopposed Motion By Defendants to Extend the Briefing Schedule on Plaintiffs' Motion in Limine (ECF No. 176 (No. 1:13-cv-01053) and ECF No. 169 (in No. 1:13-mc-01288)), it is hereby **ORDERED** that:

1. Defendants' memorandum of points and authorities in opposition to the motion in limine may be filed on or before **August 24, 2022**;

2. Plaintiffs' reply memorandum in support of the motion in limine may be filed on or before **September 2, 2022**.

Dated: _____                          _____
                                                                            ROYCE C. LAMBERTH
                                                                            United States District Judge