# Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al*., | |
| Plaintiffs, | |
| v. | Civil No. 13-1053 (RCL) |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, | |
| Defendants. | |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | |
| | Miscellaneous No. 13-1288 (RCL) |
| This document relates to: ALL CASES | |

**DEFENDANTS' DEPOSITION DESIGNATIONS**

Defendants Deposition Designations are identified below.  As stated in Defendants' pretrial statement, these designations are portions of deposition testimony that Defendants intend to present at trial, to the extent the witnesses are not called by either party to testify live at trial. Defendants reserve the right to revise or supplement these designations if warranted, including in response to Plaintiffs' pretrial disclosures and other pretrial filings, any rulings or orders issued by the Court (including those resolving any objections or pending or forthcoming motions in limine), and any information discovered between now and trial.  Defendants also reserve the right to remove any deposition designations from their list, and to add additional designations to the extent any currently available witnesses become unavailable.  Out of an abundance of

caution, Defendants are also designating deposition testimony of certain witnesses located within the subpoena power of the court in case the witness becomes unavailable at the time of trial.

### A.    David Benson (February 28, 2020)

| |
|---|
| 12:5 - 12:7 |
| 13:17 - 17:7 |
| 17:9 - 17:10 |
| 17:12 - 17:22 |
| 18:2 - 18:4 |
| 18:14 - 19:15 |
| 19:17 - 20:5 |
| 20:7 - 20:8 |
| 20:10 - 21:9 |
| 21:11 - 22:3 |
| 22:5 - 22:6 |
| 22:8 - 22:9 |
| 22:11 - 22:13 |
| 22:15 - 22:15 |
| 22:17 - 22:20 |
| 22:22 - 23:12 |
| 23:14 - 23:14 |
| 23:16 - 23:19 |
| 24:21 - 25:4 |
| 25:6 - 25:11 |
| 25:14 - 25:15 |
| 25:17 - 25:19 |
| 25:22 - 26:3 |
| 27:19 - 28:14 |
| 28:17 - 29:10 |
| 29:12 - 30:1 |
| 30:3 - 30:11 |
| 30:13 - 31:15 |
| 31:19 - 32:3 |
| 32:5 - 32:19 |
| 34:1 - 34:13 |
| 36:19 - 37:14 |
| 37:16 - 37:17 |
| 37:19 - 38:2 |

| |
|---|
| 38:4 - 38:13 |
| 79:16 - 80:15 |
| 81:1 - 81:13 |
| 87:19 - 88:17 |
| 88:19 - 89:5 |
| 89:7 - 89:14 |
| 89:16 - 89:16 |
| 89:18 - 90:14 |
| 91:17 - 93:3 |
| 93:5 - 93:15 |
| 93:17 - 93:19 |
| 93:21 - 94:1 |
| 94:3 - 94:14 |
| 94:16 - 94:20 |
| 95:8 - 96:9 |
| 96:11 - 96:11 |
| 96:13 - 97:17 |
| 97:19 - 97:19 |
| 100:10 - 100:12 |
| 100:15 - 100:16 |
| 100:19 - 100:19 |
| 100:21 - 101:2 |
| 101:5 - 101:11 |
| 101:13 - 102:2 |
| 102:8 - 103:18 |
| 103:21 - 103:22 |
| 104:2 - 104:9 |
| 104:12 - 104:16 |
| 104:18 - 105:7 |
| 105:9 - 105:11 |
| 105:13 - 106:8 |
| 106:11 - 106:21 |
| 107:1 - 107:3 |
| 107:5 - 107:6 |
| 107:8 - 107:21 |
| 108:1 - 108:12 |
| 108:15 - 108:15 |
| 108:17 - 109:5 |
| 109:8 - 109:9 |
| 110:4 - 110:6 |

| |
|---|
| 110:8 - 110:21 |
| 111:1 - 112:16 |
| 112:18 - 112:18 |
| 117:15 - 118:20 |
| 118:22 - 119:15 |
| 119:18 - 119:21 |
| 120:1 - 120:10 |
| 120:13 - 120:14 |
| 120:16 - 120:20 |
| 120:22 - 121:2 |
| 130:18 - 130:20 |
| 131:1 - 131:2 |
| 134:3 - 134:16 |
| 134:18 - 134:18 |
| 134:20 - 135:3 |
| 135:5 - 135:9 |
| 144:2 - 144:14 |
| 144:17 - 145:5 |
| 170:17 - 171:3 |
| 171:5 - 171:6 |
| 171:8 - 172:1 |
| 172:4 - 172:4 |
| 172:6 - 172:17 |
| 172:20 - 173:3 |
| 173:7 - 173:10 |
| 173:12 - 173:13 |
| 173:15 - 174:10 |
| 174:12 - 174:13 |
| 174:15 - 175:18 |
| 175:20 - 176:4 |
| 176:6 - 176:21 |
| 177:1 - 177:8 |
| 177:22 - 178:2 |
| 178:4 - 179:7 |
| 181:13 - 181:21 |
| 182:1 - 182:11 |
| 191:20 - 192:8 |
| 200:1 - 202:1 |
| 209:9 - 209:14 |
| 209:16 - 210:10 |

| |
|---|
| 210:12 - 210:13 |
| 210:15 - 210:20 |
| 210:22 - 211:8 |
| 211:10 - 211:22 |
| 212:2 - 212:12 |
| 212:14 - 212:14 |
| 212:16 - 213:6 |
| 274:19 - 275:6 |
| 23:21 - 23:22 |
| 24:2 - 24:18 |
| 79:11 - 79:15 |
| 90:17 - 91:7 |
| 143:11 - 144:1 |
| 145:7 - 145:9 |
| 145:12 - 145:13 |
| 273:16 - 274:11 |
| 274:17 - 274:17 |
| 274:15 - 274:15 |

**B.**     **Bruce Berkowitz (February 13, 2020)**

| |
|---|
| 8:8 - 8:14 |
| 11:10 - 11:13 |
| 11:21 - 12:13 |
| 13:22 - 14:6 |
| 14:12 - 15:8 |
| 16:22 - 18:11 |
| 20:14 - 21:17 |
| 22:8 - 22:18 |
| 23:6 - 23:8 |
| 50:11 - 52:21 |
| 57:8 - 57:20 |
| 58:6 - 58:21 |
| 62:14 - 62:17 |
| 63:4 - 64:3 |
| 78:17 - 79:20 |
| 80:4 - 81:3 |
| 84:12 - 84:19 |
| 89:14 - 89:15 |
| 90:3 - 90:4 |
| 90:12 - 91:22 |
| 92:7 - 93:1 |
| 93:5 - 95:9 |
| 109:12 - 109:19 |
| 110:8 - 110:21 |
| 111:5 - 111:13 |
| 111:20 - 112:7 |
| 112:20 - 113:8 |
| 115:9 - 115:20 |
| 116:2 - 117:6 |
| 121:2 - 121:6 |
| 121:12 - 121:22 |
| 200:22 - 201:5 |
| 201:9 - 201:12 |
| 201:15 - 203:1 |
| 203:12 - 203:12 |
| 204:11 - 205:20 |
| 209:18 - 209:21 |
| 213:2 - 214:2 |

| |
|---|
| 214:5 - 214:10 |
| 214:13 - 214:13 |

### C.   Barry Borodkin (April 28, 2021)

| |
|---|
| 6:4 - 6:13 |
| 49:6 - 50:12 |
| 59:17 - 60:5 |
| 61:4 - 61:18 |
| 100:13 - 100:19 |
| 102:20 - 104:6 |
| 50:14 - 50:19 |
| 100:21 - 101:11 |
| 104:8 - 105:4 |
| 108:15 - 108:16 |
| 16:1 - 17:7 |
| 17:21 - 18:6 |
| 46:2 - 47:10 |
| 47:17 - 48:5 |
| 62:13 - 62:21 |
| 64:8 - 64:12 |
| 64:17 - 65:11 |
| 66:10 - 66:16 |
| 79:21 - 80:1 |
| 80:7 - 81:8 |
| 81:18 - 81:22 |
| 82:7 - 82:19 |
| 84:13 - 85:2 |
| 85:9 - 86:3 |
| 86:7 - 86:8 |
| 86:11 - 87:6 |
| 88:15 - 88:17 |
| 88:20 - 89:3 |
| 95:22 - 96:11 |
| 102:10 - 102:11 |
| 102:14 - 102:17 |

### D.    Timothy Bowler (July 1, 2015)

| |
| --- |
| 15:9 - 15:22 |
| 18:9 - 18:14 |
| 33:13 - 34:5 |
| 51:3 - 52:19 |
| 57:1 - 58:17 |
| 61:5 - 63:11 |
| 66:8 - 67:6 |
| 69:17 - 69:22 |
| 70:6 - 72:13 |
| 74:10 - 75:13 |
| 82:13 - 83:5 |
| 84:16 - 85:11 |
| 87:15 - 88:17 |
| 96:5 - 97:1 |
| 97:20 - 99:17 |
| 132:14 - 134:11 |
| 137:9 - 137:11 |
| 137:17 - 138:9 |
| 140:5 - 140:21 |
| 161:2 - 161:15 |
| 165:22 - 166:19 |
| 169:8 - 169:12 |
| 174:3 - 174:8 |
| 191:9 - 192:11 |
| 192:15 - 195:3 |
| 196:4 - 196:22 |
| 202:9 - 203:7 |
| 204:7 - 204:21 |
| 219:17 - 220:12 |
| 230:13 - 231:8 |
| 242:6 - 242:20 |
| 244:1 - 245:13 |
| 252:9 - 252:21 |
| 253:18 - 254:11 |
| 255:8 - 255:15 |
| 258:8 - 261:8 |
| 263:16 - 264:22 |
| 265:4 - 265:20 |

| |
|---|
| 281:22 - 284:4 |
| 284:17 - 284:21 |
| 285:16 - 285:20 |
| 292:13 - 292:22 |
| 297:1 - 304:11 |
| 159:21 - 161:1 |
| 49:19 - 50:12 |
| 53:17 - 54:5 |
| 9:2 - 9:6 |
| 26:14 - 26:17 |
| 134:12 - 135:3 |
| 285:10 - 285:15 |
| 207:11 - 209:14 |
| 58:20 - 60:14 |
| 138:12 - 138:20 |
| 139:1 - 139:12 |
| 169:15 - 169:18 |
| 173:21 - 173:22 |
| 255:19 - 256:13 |
| 256:16 - 256:21 |
| 265:22 - 266:11 |
| 293:3 - 293:12 |

### E.    Joseph Cacciapalle (January 28, 2021)

| |
|---|
| 5:4 - 5:11 |
| 31:3 - 31:16 |
| 38:20 - 40:9 |
| 41:22 - 44:14 |
| 45:21 - 47:11 |
| 50:3 - 51:3 |
| 58:15 - 58:22 |
| 59:16 - 60:14 |
| 61:17 - 62:13 |
| 65:10 - 65:20 |
| 9:4 - 9:16 |
| 10:13 - 11:20 |
| 12:1 - 12:8 |
| 34:19 - 34:22 |
| 35:5 - 35:5 |
| 35:13 - 35:22 |
| 36:6 - 36:11 |
| 53:20 - 54:8 |
| 54:11 - 54:18 |
| 54:20 - 55:5 |
| 63:12 - 63:20 |
| 63:22 - 64:14 |
| 64:22 - 65:2 |
| 65:4 - 65:5 |
| 66:20 - 67:12 |
| 67:15 - 68:2 |
| 71:10 - 71:12 |
| 71:19 - 72:12 |
| 73:11 - 74:9 |
| 74:12 - 74:12 |
| 75:5 - 75:9 |
| 75:12 - 76:13 |
| 77:4 - 77:7 |
| 77:11 - 77:11 |
| 77:18 - 77:21 |
| 78:3 - 78:3 |
| 78:6 - 78:16 |
| 79:20 - 79:22 |

| |
|---|
| 80:3 - 81:6 |
| 81:9 - 81:14 |
| 81:17 - 81:19 |
| 83:12 - 83:15 |
| 83:18 - 84:1 |
| 84:5 - 84:11 |
| 84:14 - 84:15 |
| 86:12 - 87:4 |
| 87:7 - 87:13 |
| 87:17 - 87:21 |
| 88:4 - 88:17 |
| 88:21 - 88:21 |
| 41:5 - 41:7 |
| 69:10 - 69:15 |

F.      Timothy Cassell (February 1, 2021)

| |
|---|
| 5:2 - 5:11 |
| 10:19 - 10:21 |
| 17:3 - 17:6 |
| 29:5 - 29:7 |
| 33:10 - 33:12 |
| 43:9 - 45:1 |
| 46:22 - 47:9 |
| 116:11 - 116:17 |
| 11:4 - 11:8 |
| 11:22 - 13:1 |
| 13:4 - 13:19 |
| 29:16 - 29:19 |
| 30:4 - 30:7 |
| 34:6 - 34:10 |
| 35:19 - 36:21 |
| 40:6 - 41:9 |
| 45:20 - 46:1 |
| 49:21 - 49:21 |
| 50:3 - 51:20 |
| 116:18 - 117:4 |
| 130:22 - 131:10 |
| 80:20 - 81:4 |
| 40:2 - 40:5 |

### G.    Jeffrey Foster (July 14, 2015)

| |
|---|
| 15:2 - 15:4 |
| 16:4 - 16:16 |
| 17:9 - 18:5 |
| 23:6 - 23:12 |
| 23:18 - 24:5 |
| 53:12 - 53:19 |
| 75:14 - 75:15 |
| 54:8 - 54:11 |
| 54:22 - 55:9 |
| 59:8 - 59:17 |
| 59:20 - 59:20 |
| 59:22 - 60:6 |
| 75:17 - 76:6 |
| 76:16 - 77:8 |
| 77:10 - 78:10 |
| 78:13 - 78:19 |
| 78:21 - 78:21 |
| 79:1 - 79:8 |
| 79:11 - 79:14 |
| 81:19 - 81:21 |
| 82:2 - 82:15 |
| 99:5 - 99:16 |
| 100:3 - 100:8 |
| 108:9 - 109:2 |
| 116:12 - 117:9 |
| 130:10 - 130:16 |
| 130:19 - 130:21 |
| 131:1 - 131:3 |
| 150:3 - 150:14 |
| 157:3 - 157:7 |
| 157:9 - 157:12 |
| 157:14 - 158:7 |
| 158:9 - 158:12 |
| 158:14 - 158:15 |
| 160:7 - 160:16 |
| 167:11 - 168:11 |
| 170:12 - 170:15 |
| 170:18 - 171:2 |

| |
|---|
| 172:3 - 172:4 |
| 172:13 - 174:1 |
| 202:22 - 203:5 |
| 238:15 - 239:3 |
| 239:5 - 239:14 |
| 240:6 - 241:5 |
| 242:12 - 242:15 |
| 246:12 - 246:15 |
| 250:20 - 251:1 |
| 252:8 - 252:18 |
| 254:7 - 255:4 |
| 12:22 - 13:7 |
| 144:21 - 145:17 |
| 165:3 - 165:12 |
| 238:3 - 238:14 |
| 89:14 - 89:17 |
| 90:5 - 90:22 |
| 91:3 - 91:5 |
| 91:16 - 91:18 |
| 91:21 - 92:12 |
| 92:15 - 93:1 |
| 24:7 - 24:11 |
| 53:22 - 54:6 |
| 54:14 - 54:20 |
| 55:12 - 56:3 |
| 82:17 - 82:20 |
| 99:18 - 100:1 |
| 100:8 - 100:8 |
| 109:5 - 109:21 |
| 150:16 - 151:13 |
| 151:16 - 152:6 |
| 158:17 - 159:9 |
| 168:14 - 168:17 |
| 172:7 - 172:11 |
| 174:3 - 174:3 |
| 203:7 - 204:1 |
| 242:17 - 243:3 |
| 243:5 - 243:7 |
| 243:10 - 243:22 |
| 246:17 - 246:21 |

251:3 - 252:7

**H.     Ross Kari (July 10, 2015)**

15:22 - 16:20

22:8 - 23:20

30:9 - 31:5

31:14 - 32:5

33:25 - 37:8

40:13 - 41:3

44:11 - 46:21

47:1 - 47:20

48:4 - 48:7

48:9 - 50:6

51:6 - 51:23

56:21 - 57:6

62:23 - 63:25

64:7 - 65:16

113:16 - 116:12

118:4 - 118:5

118:8 - 118:12

118:14 - 119:2

119:12 - 119:22

121:17 - 121:24

122:3 - 122:4

122:6 - 122:14

143:12 - 147:5

149:7 - 150:4

155:24 - 156:21

159:9 - 159:10

159:17 - 159:17

164:5 - 164:7

164:10 - 165:21

166:1 - 166:6

170:7 - 170:21

176:11 - 176:20

177:4 - 177:10

178:23 - 180:25

187:6 - 187:8

192:22 - 193:3

| |
|---|
| 197:17 - 197:23 |
| 198:6 - 199:25 |
| 200:16 - 201:10 |
| 201:19 - 204:7 |
| 204:9 - 205:17 |
| 207:3 - 207:6 |
| 209:1 - 209:4 |
| 186:15 - 186:19 |
| 186:21 - 187:4 |
| 8:4 - 8:6 |
| 18:13 - 22:7 |
| 31:6 - 31:13 |
| 111:11 - 111:22 |
| 64:2 - 64:5 |

**I.**  **Donald Layton (January 7, 2021)**

| |
|---|
| 11:17 - 21:4 |
| 21:8 - 22:9 |
| 22:19 - 24:7 |
| 26:6 - 27:14 |
| 33:19 - 35:2 |
| 35:8 - 42:15 |
| 49:4 - 50:15 |
| 56:16 - 56:20 |
| 57:1 - 57:6 |
| 59:20 - 61:22 |
| 62:3 - 63:17 |
| 69:17 - 70:22 |
| 84:9 - 85:3 |
| 90:6 - 90:10 |
| 90:13 - 90:15 |
| 109:2 - 109:9 |
| 109:13 - 112:6 |
| 112:9 - 113:1 |
| 113:15 - 114:3 |
| 114:6 - 114:14 |
| 117:17 - 118:2 |
| 131:12 - 133:10 |
| 145:8 - 146:4 |
| 146:8 - 147:1 |
| 147:6 - 148:15 |
| 149:8 - 150:17 |
| 151:2 - 153:19 |
| 163:17 - 164:8 |
| 171:4 - 172:13 |
| 172:15 - 173:16 |
| 189:3 - 190:21 |
| 191:2 - 192:21 |
| 193:11 - 193:15 |
| 193:18 - 195:14 |
| 195:17 - 195:20 |
| 197:7 - 197:16 |
| 197:22 - 200:20 |
| 202:3 - 202:6 |

| |
|---|
| 202:18 - 204:20 |
| 212:15 - 212:22 |
| 213:3 - 213:13 |
| 213:16 - 216:5 |
| 216:9 - 216:10 |
| 216:13 - 217:2 |
| 217:5 - 217:11 |
| 217:14 - 217:17 |
| 223:4 - 225:13 |
| 225:16 - 225:18 |
| 228:12 - 229:3 |

### J.    Edward Linekin (January 11, 2011)

| |
|---|
| 11:5 - 11:7 |
| 11:12 - 11:15 |
| 15:12 - 16:5 |
| 16:22 - 16:22 |
| 17:4 - 17:10 |
| 17:18 - 18:4 |
| 18:7 - 18:23 |
| 21:5 - 21:17 |
| 21:20 - 21:23 |
| 23:12 - 23:19 |
| 26:5 - 28:18 |
| 29:8 - 29:17 |
| 31:21 - 32:1 |
| 36:12 - 36:23 |
| 40:16 - 40:21 |
| 42:6 - 43:16 |
| 53:4 - 53:15 |
| 55:12 - 56:16 |
| 41:13 - 41:16 |
| 59:18 - 59:25 |
| 61:21 - 61:24 |
| 63:12 - 63:20 |
| 64:4 - 65:1 |
| 67:22 - 68:2 |
| 70:15 - 71:14 |
| 73:3 - 73:6 |
| 73:18 - 73:19 |
| 73:22 - 73:22 |
| 74:4 - 74:5 |
| 74:11 - 75:7 |
| 79:8 - 80:15 |
| 80:20 - 81:7 |
| 84:22 - 85:3 |
| 92:4 - 92:6 |
| 92:15 - 92:16 |
| 96:6 - 96:13 |
| 96:21 - 98:6 |
| 99:18 - 100:4 |

| |
|---|
| 132:18 - 132:24 |
| 140:12 - 140:25 |
| 144:8 - 145:1 |
| 145:20 - 145:24 |
| 150:20 - 150:25 |
| 152:12 - 152:15 |
| 152:21 - 153:14 |
| 172:13 - 172:19 |
| 178:23 - 179:1 |
| 179:5 - 179:17 |
| 179:21 - 180:1 |
| 71:20 - 72:24 |

**K.     James Lockhart (January 13, 2021)**

| |
|---|
| 10:16 - 10:18 |
| 26:3 - 27:21 |
| 27:22 - 28:14 |
| 29:6 - 39:12 |
| 60:16 - 62:19 |
| 63:6 - 64:1 |
| 64:14 - 65:22 |
| 75:10 - 76:4 |
| 76:8 - 78:15 |
| 79:5 - 81:1 |
| 90:21 - 91:13 |
| 96:17 - 98:8 |
| 98:18 - 98:22 |
| 99:7 - 102:10 |
| 102:19 - 103:2 |
| 103:6 - 105:7 |
| 112:7 - 112:10 |
| 111:19 - 111:22 |
| 113:21 - 116:1 |
| 120:2 - 120:19 |
| 139:3 - 140:6 |
| 154:9 - 156:1 |
| 156:4 - 156:4 |
| 158:12 - 163:16 |
| 165:9 - 169:4 |
| 170:6 - 171:9 |
| 171:15 - 172:10 |
| 173:18 - 179:7 |
| 219:9 - 220:15 |
| 81:2 - 82:3 |
| 156:6 - 156:9 |
| 164:22 - 165:8 |

L.     Timothy Mayopoulos  (March 10, 2020)

| |
|---|
| 9:2 - 9:3 |
| 11:3 - 11:9 |
| 14:4 - 16:20 |
| 17:3 - 19:15 |
| 19:19 - 20:1 |
| 20:3 - 22:8 |
| 43:9 - 43:15 |
| 43:18 - 43:22 |
| 47:7 - 48:9 |
| 49:6 - 50:8 |
| 52:8 - 53:21 |
| 64:9 - 66:14 |
| 66:16 - 66:18 |
| 66:21 - 67:11 |
| 69:5 - 70:22 |
| 101:14 - 102:19 |
| 103:3 - 103:5 |
| 103:7 - 103:8 |
| 103:10 - 105:12 |
| 110:9 - 110:13 |
| 110:16 - 110:21 |
| 111:1 - 114:10 |
| 145:12 - 146:14 |
| 146:17 - 146:18 |
| 146:20 - 149:13 |
| 247:20 - 248:3 |
| 248:5 - 249:5 |
| 249:7 - 249:11 |
| 249:13 - 249:18 |
| 71:1 - 73:11 |
| 80:16 - 81:15 |

**M.     Susan McFarland  (July 15, 2015)**

| |
|---|
| 28:8 - 28:20 |
| 190:20 - 190:22 |
| 196:10 - 196:18 |
| 197:1 - 199:17 |
| 201:3 - 202:13 |
| 203:13 - 203:21 |
| 203:22 - 204:5 |
| 204:18 - 205:18 |
| 206:9 - 212:14 |
| 212:21 - 213:3 |
| 215:3 - 215:21 |
| 216:16 - 217:10 |
| 5:9 - 5:12 |
| 190:23 - 191:14 |
| 72:1 - 72:5 |
| 72:8 - 73:18 |
| 104:12 - 104:16 |
| 167:20 - 167:22 |
| 167:25 - 168:2 |
| 213:4 - 213:24 |
| 214:10 - 214:20 |
| 27:2 - 27:4 |
| 27:6 - 27:11 |
| 82:24 - 82:25 |
| 83:3 - 83:10 |
| 84:3 - 84:8 |
| 104:19 - 105:13 |
| 105:16 - 106:22 |
| 106:25 - 107:12 |

### N.      Michelle Miller  (February 8, 2021)

| |
|---|
| 10:6 - 10:8 |
| 10:12 - 10:22 |
| 37:10 - 37:14 |
| 38:10 - 39:3 |
| 46:16 - 48:12 |
| 71:4 - 71:11 |
| 73:7 - 73:10 |
| 74:4 - 74:16 |
| 76:3 - 76:13 |
| 78:3 - 78:8 |
| 79:8 - 83:20 |
| 84:2 - 84:5 |
| 84:19 - 86:8 |
| 89:7 - 89:21 |
| 90:11 - 94:1 |
| 95:20 - 96:6 |
| 108:17 - 109:10 |
| 162:12 - 162:20 |
| 11:21 - 12:5 |
| 32:16 - 32:21 |
| 33:5 - 33:7 |
| 34:19 - 35:13 |
| 36:3 - 36:8 |
| 84:10 - 84:13 |
| 101:5 - 102:7 |
| 102:21 - 103:2 |
| 106:14 - 106:21 |
| 133:5 - 133:7 |
| 133:10 - 133:15 |
| 133:18 - 134:6 |
| 163:7 - 164:17 |
| 174:4 - 175:3 |
| 175:6 - 175:16 |
| 175:19 - 176:1 |
| 176:3 - 176:12 |
| 176:14 - 177:4 |
| 177:8 - 177:14 |
| 177:16 - 177:19 |

| |
|---|
| 177:21 - 178:2 |
| 178:4 - 178:8 |
| 178:12 - 178:18 |
| 178:22 - 179:2 |
| 179:6 - 179:14 |
| 179:18 - 179:19 |
| 207:5 - 207:11 |
| 220:6 - 220:22 |
| 221:4 - 221:7 |
| 221:11 - 221:16 |
| 221:19 - 221:21 |
| 222:1 - 222:3 |
| 222:5 - 222:5 |
| 222:7 - 222:8 |
| 222:12 - 222:13 |
| 222:15 - 222:15 |
| 27:7 - 27:15 |

**O.    David Moffett  (February 20, 2020)**

| |
|---|
| 7:3 - 7:4 |
| 7:8 - 7:11 |
| 9:22 - 10:1 |
| 10:8 - 12:20 |
| 12:22 - 13:1 |
| 13:3 - 13:22 |
| 15:3 - 15:20 |
| 16:2 - 16:5 |
| 16:7 - 16:12 |
| 16:14 - 17:8 |
| 17:12 - 18:8 |
| 18:12 - 18:14 |
| 18:16 - 20:5 |
| 20:22 - 21:14 |
| 21:23 - 22:2 |
| 22:4 - 22:12 |
| 22:19 - 23:8 |
| 24:4 - 24:8 |
| 24:11 - 24:16 |
| 25:16 - 25:22 |
| 28:13 - 28:14 |
| 28:17 - 28:25 |
| 56:7 - 56:18 |
| 56:21 - 56:22 |
| 56:24 - 57:25 |
| 58:3 - 58:5 |
| 58:8 - 58:9 |
| 58:13 - 58:16 |
| 58:19 - 59:1 |
| 63:16 - 64:5 |
| 128:5 - 128:9 |

### P.    David Shumway (January 19, 2021)

| |
|---|
| 9:15 - 9:20 |
| 17:20 - 18:2 |
| 20:1 - 21:5 |
| 35:20 - 36:14 |
| 37:1 - 37:15 |
| 41:5 - 41:17 |
| 47:21 - 49:3 |
| 52:2 - 52:11 |
| 54:10 - 54:14 |
| 55:4 - 56:9 |
| 56:14 - 56:22 |
| 57:3 - 57:15 |
| 59:10 - 60:2 |
| 64:17 - 65:17 |
| 150:4 - 151:21 |
| 11:4 - 14:9 |
| 39:14 - 39:22 |