UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, et al., <br><br> *Defendants*. | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS <br><br> This document relates to: <br> ALL CASES | Case No. 1:13-mc-1288-RCL |

**[PROPOSED] ORDER**

Having considered the briefing and argument on Plaintiffs' omnibus motion in limine filed on August 26, 2022, the Court hereby GRANTS the motion in full and orders as follows:

1.  Defendants are precluded from:

    a.  arguing to the jury or introducing evidence to show that shareholders' contractual expectations are defined by non-contractual, third-party information (such as news reports and analyst reports) in existence as of the date of the Third Amendment, or otherwise using or arguing that any information or evidence is relevant to determining shareholder contractual expectations "at the time of contracting" other than what this Court has already held to be relevant—namely, the contracts themselves, the regulated

        nature of the GSEs, HERA, the PSPAs, and FHFA's statements at the time of the conservatorship; and

    b. arguing to the jury or introducing evidence to show that the Net Worth Sweep's consistency with reasonable shareholder expectations depends solely upon public information known to shareholders and excludes nonpublic information known only to FHFA and the GSEs.

  2. Defendants are precluded from introducing into evidence any securities analyst reports.

  3. Defendants are precluded from presenting any evidence or making any argument regarding, discussing, or referring in any way to the dismissal of any claims in this litigation or any decision in any related case, including, but not limited to, the Supreme Court's decision in *Collins v. Yellen*.

  4. Defendants are precluded from presenting any evidence to show, or arguing to the jury, that some Plaintiffs or members of the Classes purchased their stock after August 17, 2012, the date of the Third Amendment, or that any Class member will receive a windfall should they be awarded damages on their claim.

  5. Defendants are precluded from presenting any testimony, live or by deposition, of Bruce Berkowitz or anyone associated with the Fairholme Funds.

  6. Defendants are precluded from presenting any evidence to show, or arguing to the jury, that some Plaintiffs and members of the Classes are wealthy individuals, large institutional investors, pension funds, sophisticated investors, financial speculators, or hedge funds.

Date: _____             _____
                           ROYCE C. LAMBERTH
                           United States District Judge