# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>                *Plaintiffs*,<br><br>      v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>                *Defendants.* | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

## JOINT MOTION TO ISSUE JURY QUESTIONNAIRE IN ADVANCE OF VOIR DIRE

      Plaintiffs and Defendants jointly request that the Court order that the jury questionnaire attached as Exhibit A (the "Questionnaire") be disseminated to potential jurors who are being summoned to report for potential service as jurors in this matter.  The Parties further request that the Court order that potential jurors be told to complete the Questionnaire and return it pursuant to the jury office procedures at least one week prior to reporting for jury service on October 17, 2022. All Parties believe that this process will help to streamline the jury selection process by having jurors provide information prior to their arrival in Court that the Parties consider pertinent to the jury selection process.

      As jury summonses are likely being issued shortly, the Parties jointly request that this Motion be granted expeditiously so that the Questionnaire can be included in communications with potential jurors and received by the Court and the Parties at least one week before trial.

The Parties are available to answer any questions that the Court may have.

Dated: August 30, 2022

Respectfully submitted,

/s/ Asim Varma
Asim Varma (D.C. Bar # 426364)
David B. Bergman (D.C. Bar # 435392)
Ian S. Hoffman (D.C. Bar # 983419)
**ARNOLD & PORTER KAYE**
 **SCHOLER LLP**
601 Massachusetts Ave NW
Washington, D.C. 20001
(202) 942-5000
Asim.Varma@arnoldporter.com
David.Bergman@arnoldporter.com
Ian.Hoffman@arnoldporter.com

*Counsel for Defendant Federal Housing Finance Agency and Director Sandra L. Thompson*

/s/ Michael J. Ciatti
Michael J. Ciatti (D.C. Bar #467177)
**KING & SPALDING LLP**
1700 Pennsylvania Ave. N.W.
Washington, DC 20006
Tel: (202) 626-5508
Fax: (202) 626-3737
mciatti@kslaw.com

*Counsel for the Federal Home Loan Mortgage Corp.*

/s/ Meaghan VerGow
Meaghan VerGow (D.C. Bar # 977165)
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Counsel for the Federal National Mortgage Association*

/s/ Eric L. Zagar
Eric L. Zagar (*Pro Hac Vice*)
**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

 Hamish P.M. Hume (Bar No. 449914)
Samuel C. Kaplan (Bar No. 463350)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave. NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
skaplan@bsfllp.com

Michael J. Barry (*Pro Hac Vice*)
**GRANT & EISENHOFER, P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

Adam Wierzbowski (*Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
adam@blbglaw.com

*Co-Lead Counsel for the Class*

-3-

                    */s/ Charles J. Cooper*
                    Charles J. Cooper (Bar No. 24870)
                    David H. Thompson (Bar No. 450503)
                    Vincent J. Colatriano (Bar No. 429562)
                    Peter A. Patterson (Bar No. 998668)
                    Brian W. Barnes (*Pro Hac Vice*)
                    **COOPER & KIRK, PLLC**
                    1523 New Hampshire Avenue, N.W.
                    Washington, DC 20036
                    Tel: (202) 220-9600
                    Fax: (202) 220-9601
                    ccooper@cooperkirk.com

                    *Counsel for Berkley Plaintiffs, et al.*