# EXHIBIT E

# Amounts Invested by Private Preferred Shareholders Into Fannie Mae

| Security Type | CUSIP | Ticker Symbol | Date of Issuance | Amount Invested |
|---|---|---|---|---|
| 5.25% Non-Cumulative Preferred Stock, Series D | 313 586 505 | FDDXD | 9/30/98 | $150 Million |
| 5.10% Non-Cumulative Preferred Stock, Series E | 313 586 604 | FNMFM | 4/15/99 | $150 Million |
| Variable Rate Non-Cumulative Preferred Stock, Series F | 313 586 703 | FNMAP | 3/20/00 | $690 Million |
| Variable Rate Non-Cumulative Preferred Stock, Series G | 313 586 802 | FNMAO | 8/8/00 | $288 Million |
| 5.81% Non-Cumulative Preferred Stock, Series H | 313 586 885 | FNMAM | 4/6/01 | $400 Million |
| 5.375% Non-Cumulative Preferred Stock, Series I | 313 586 877 | FNMAG | 10/28/02 | $300 Million |
| 5.125% Non-Cumulative Preferred Stock, Series L | 313 586 844 | FNMAN | 4/29/03 | $345 Million |
| 4.75% Non-Cumulative Preferred Stock, Series M | 313 586 836 | FNMAL | 6/10/03 | $460 Million |
| 5.50% Non-Cumulative Preferred Stock, Series N | 313 586 828 | FNMAK | 9/25/03 | $225 Million |
| Variable Rate Non-Cumulative Preferred Stock, Series O | 313 586 794 | FNMFN | 12/30/04 | $2.5 Billion |
| 5.375% Non-Cumulative Convertible Series 2004-1 Pref. Stock | 313 586 810 | FNMFO | 12/30/04 | $2.492 Billion |
| Variable Rate Non-Cumulative Preferred Stock, Series P | 313 586 786 | FNMAH | 9/28/07 | $1.0 Billion |
| 6.75% Non-Cumulative Preferred Stock, Series Q | 313 586 778 | FNMAI | 10/4/07 | $375 Million |
| 7.625% Non-Cumulative Preferred Stock, Series R | 313 586 760 | FNMAJ | 11/21/07 | $530 Million |
| Fixed-to-Floating Rate Non-Cumulative Preferred Stock, Series S | 313 586 752 | FNMAS | 12/11/07 | $7.0 Billion |
| 8.25% Non-Cumulative Preferred Stock, Series T | 313 586 737 | FNMAT | 5/19/08 | $2.225 Billion |
| | | | **TOTAL** | **$19.130 Billion** |

**Exhibit 0003**

Compiled from data provided in FNMA 10Qs, 10Ks and stock offering circulars

Hartman-Trial-1   1

# Amounts Invested by Private Preferred Shareholders Into Fannie Mae

| Security Type | CUSIP | Ticker Symbol | Date of Issuance | Amount Invested |
|---|---|---|---|---|
| 5.25% Non-Cumulative Preferred Stock, Series D | 313 586 505 | FDDXD | 9/30/98 | $150 Million |
| 5.10% Non-Cumulative Preferred Stock, Series E | 313 586 604 | FNMFM | 4/15/99 | $150 Million |
| Variable Rate Non-Cumulative Preferred Stock, Series F | 313 586 703 | FNMAP | 3/20/00 | $690 Million |
| Variable Rate Non-Cumulative Preferred Stock, Series G | 313 586 802 | FNMAO | 8/8/00 | $288 Million |
| 5.81% Non-Cumulative Preferred Stock, Series H | 313 586 885 | FNMAM | 4/6/01 | $400 Million |
| 5.375% Non-Cumulative Preferred Stock, Series I | 313 586 877 | FNMAG | 10/28/02 | $300 Million |
| 5.125% Non-Cumulative Preferred Stock, Series L | 313 586 844 | FNMAN | 4/29/03 | $345 Million |
| 4.75% Non-Cumulative Preferred Stock, Series M | 313 586 836 | FNMAL | 6/10/03 | $460 Million |
| 5.50% Non-Cumulative Preferred Stock, Series N | 313 586 828 | FNMAK | 9/25/03 | $225 Million |
| Variable Rate Non-Cumulative Preferred Stock, Series O | 313 586 794 | FNMFN | | |
| 5.375% Non-Cumulative Convertible Series 2004-1 Pref. Stock | 313 586 810 | FNMFO | | **$11.13 Billion** |
| Variable Rate Non-Cumulative Preferred Stock, Series P | 313 586 786 | FNMAH | 9/28/07 | $1.0 Billion |
| 6.75% Non-Cumulative Preferred Stock, Series Q | 313 586 778 | FNMAI | 10/4/07 | $375 Million |
| 7.625% Non-Cumulative Preferred Stock, Series R | 313 586 760 | FNMAJ | 11/21/07 | $530 Million |
| Fixed-to-Floating Rate Non-Cumulative Preferred Stock, Series S | 313 586 752 | FNMAS | 12/11/07 | $7.0 Billion |
| 8.25% Non-Cumulative Preferred Stock, Series T | 313 586 737 | FNMAT | 5/19/08 | $2.225 Billion |
| | | | **TOTAL** | **$19.130 Billion** |

**58%**

Compiled from data provided in FNMA 10Qs, 10Ks and stock offering circulars

Hartman-Trial-1  1

# Amounts Invested by Private Preferred Shareholders Into Freddie Mac

| Security Type | CUSIP | Ticker Symbol | Date of Issuance | Amount Invested |
|---|---|---|---|---|
| 5.1% Preferred Stock, due 12/31/2049 | 313 400 814 | FREJO | 3/19/99 | $150 Million |
| 5.3% Non-Cumulative Perpetual Preferred Stock | 313 400 822 | FREJP | 10/28/98 | $200 Million |
| 5.81% Perpetual Preferred Stock | 313 400 889 | FREGP | 10/27/97 | $150 Million |
| Variable-Rate Preferred Stock, Series B | 313 400 608 | FMCCI | 4/23/96 | $250 Million |
| 5% Preferred Stock, Series F | 313 400 863 | FMCKK | 3/23/98 | $400 Million |
| Variable-Rate Preferred Stock, Series G | 313 400 848 | FMCCG | 9/23/98 | $220 Million |
| 5.1% Preferred Stock, Series H | 313 400 855 | FMCCH | 9/23/98 | $400 Million |
| 5.79% Preferred Stock, Series K | 313 400 830 | FMCCK | 7/21/99 | $250 Million |
| Variable-Rate Preferred Stock, Series L | 313 400 798 | FMCCL | 11/5/99 | $287 Million |
| Variable-Rate Preferred Stock, Series M | 313 400 780 | FMCCM | 1/26/01 | $325 Million |
| Variable-Rate Preferred Stock, Series N | 313 400 764 | FMCCN | 3/23/01 | $230 Million |
| 5.81% Preferred Stock, Series O | 313 400 772 | FMCCO | 3/23/01 | $173 Million |
| 6% Preferred Stock, Series P | 313 400 749 | FMCCP | 5/30/01 | $173 Million |
| Variable-Rate, Series Q | 313 400 756 | FMCCJ | 5/30/01 | $201 Million |
| 5.7% Preferred Stock, Series R | 313 400 731 | FMCKP | 10/30/01 | $300 Million |
| Variable-Rate, Series S | 313 400 715 | FMCCS | 7/17/06 | $750 Million |
| 6.42% Preferred Stock, Series T | 313 400 699 | FMCCT | 7/17/06 | $250 Million |
| 5.9% Preferred Stock, Series U | 313 400 681 | FMCKO | 10/16/06 | $500 Million |
| 5.57% Preferred Stock, Series V | 313 400 673 | FMCKM | 1/16/07 | $1.1 Billion |
| 5.66% Preferred Stock, Series W | 313 400 665 | FMCKN | 4/16/07 | $500 Million |
| 6.02% Preferred Stock, Series X | 313 400 657 | FMCKL | 7/24/07 | $500 Million |
| 6.55% Preferred Stock, Series Y | 313 400 640 | FMCKI | 9/28/07 | $500 Million |
| Fixed-to-Floating Rate Non-Cumulative Perpetual Preferred Stock, Series Z | 313 400 624 | FMCKJ | 12/4/07 | $6.0 Billion |
| | | | **TOTAL** | **$13.809 Billion** |

Compiled from data provided in FMCC 10Qs, 10Ks and stock offering circulars

# Amounts Invested by Private Preferred Shareholders Into Freddie Mac

| Security Type | CUSIP | Ticker Symbol | Date of Issuance | Amount Invested |
|---|---|---|---|---|
| 5.1% Preferred Stock, due 12/31/2049 | 313 400 814 | FREJO | 3/19/99 | $150 Million |
| 5.3% Non-Cumulative Perpetual Preferred Stock | 313 400 822 | FREJP | 10/28/98 | $200 Million |
| 5.81% Perpetual Preferred Stock | 313 400 889 | FREGP | 10/27/97 | $150 Million |
| Variable-Rate Preferred Stock, Series B | 313 400 608 | FMCCI | 4/23/96 | $250 Million |
| 5% Preferred Stock, Series F | 313 400 863 | FMCKK | 3/23/98 | $400 Million |
| Variable-Rate Preferred Stock, Series G | 313 400 848 | FMCCG | 9/23/98 | $220 Million |
| 5.1% Preferred Stock, Series H | 313 400 855 | FMCCH | 9/23/98 | $400 Million |
| 5.79% Preferred Stock, Series K | 313 400 830 | FMCCK | 7/21/99 | $250 Million |
| Variable-Rate Preferred Stock, Series L | 313 400 798 | FMCCL | 11/5/99 | $287 Million |
| Variable-Rate Preferred Stock, Series M | 313 400 780 | FMCCM | 1/26/01 | $325 Million |
| Variable-Rate Preferred Stock, Series N | 313 400 764 | FMCCN | 3/23/01 | $230 Million |
| 5.81% Preferred Stock, Series O | 313 400 772 | FMCCO | 3/23/01 | $173 Million |
| 6% Preferred Stock, Series P | 313 400 749 | FMCCP | 5/30/01 | $173 Million |
| Variable-Rate, Series Q | 313 400 756 | FMCCJ | 5/30/01 | $201 Million |
| 5.7% Preferred Stock, Series R | 313 400 731 | FMCKP | 10/30/01 | $300 Million |
| Variable-Rate, Series S | 313 400 715 | FMCCS | 7/17/02 | $750 Million |
| 6.42% Preferred Stock, Series T | 313 400 699 | FMCCT | | |
| 5.9% Preferred Stock, Series U | 313 400 681 | FMCKO | | |
| 5.57% Preferred Stock, Series V | 313 400 673 | FMCKM | 1/16/07 | $1.1 Billion |
| 5.66% Preferred Stock, Series W | 313 400 665 | FMCKN | 4/16/07 | $500 Million |
| 6.02% Preferred Stock, Series X | 313 400 657 | FMCKL | 7/24/07 | $500 Million |
| 6.55% Preferred Stock, Series Y | 313 400 640 | FMCKI | 9/28/07 | $500 Million |
| Fixed-to-Floating Rate Non-Cumulative Perpetual Preferred Stock, Series Z | 313 400 624 | FMCKJ | 12/4/07 | $6.0 Billion |
| | | | **TOTAL** | **$13.809 Billion** |

**$8.6 Billion**

➤ **62%**

Compiled from data provided in FMCC 10Qs, 10Ks and stock offering circulars

Hartman-Trial-1   2

# Total Amounts Invested by Private Preferred Shareholders Into Fannie Mae and Freddie Mac

| Total Investment: | **$32.9 Billion** |
| --- | --- |
| Total Invested in 2007–08: | **$19.7 Billion** |

# Dividends Paid to Private Shareholders: 1977–2008



| Year | Qtr | Dividends Paid? | Year | Qtr | Dividends Paid? | Year | Qtr | Dividends Paid? | Year | Qtr | Dividends Paid? | Year | Qtr | Dividends Paid? |
|------|-----|-----------------|------|-----|-----------------|------|-----|-----------------|------|-----|-----------------|------|-----|-----------------|
| 1977 | Q1 | YES | 1983 | Q1 | YES | 1989 | Q1 | YES | 1995 | Q1 | YES | 2002 | Q1 | YES |
|      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |
|      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |
|      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |
| 1978 | Q1 | YES | 1984 | Q1 | YES | 1990 | Q1 | YES | 1996 | Q1 | YES | 2003 | Q1 | YES |
|      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |
|      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |
|      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |
| 1979 | Q1 | YES | 1985 | Q1 | YES | 1991 | Q1 | YES | 1997 | Q1 | YES | 2004 | Q1 | YES |
|      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |
|      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |
|      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |
| 1980 | Q1 | YES | 1986 | Q1 | YES | 1992 | Q1 | YES | 1998 | Q1 | YES | 2005 | Q1 | YES |
|      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |
|      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |
|      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |
| 1981 | Q1 | YES | 1987 | Q1 | YES | 1993 | Q1 | YES | 1999 | Q1 | YES | 2006 | Q1 | YES |
|      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |
|      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |
|      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |
| 1982 | Q1 | YES | 1988 | Q1 | YES | 1994 | Q1 | YES | 2000 | Q1 | YES | 2007 | Q1 | YES |
|      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |      | Q2 | YES |
|      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |      | Q3 | YES |
|      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |      | Q4 | YES |
|      |     |     |      |     |     |      |     |     | 2001 | Q1 | YES | 2008 | Q1 | YES |
|      |     |     |      |     |     |      |     |     |      | Q2 | YES |      | Q2 | YES |
|      |     |     |      |     |     |      |     |     |      | Q3 | YES |      | Q3 | YES |
|      |     |     |      |     |     |      |     |     |      | Q4 | YES |      |    |     |

Source: Bloomberg Data

Hartman-Trial-1

# Dividends Paid to Private Shareholders: 1989–2008



| Year | Qtr | Dividends Paid? |
|------|-----|-----------------|
| 1989 (Becomes public company in Q2) | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 1990 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 1991 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 1992 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 1993 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 1994 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |

| Year | Qtr | Dividends Paid? |
|------|-----|-----------------|
| 1995 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 1996 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 1997 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 1998 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 1999 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 2000 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 2001 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |

| Year | Qtr | Dividends Paid? |
|------|-----|-----------------|
| 2002 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 2003 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 2004 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 2005 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 2006 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 2007 | Q1 | YES |
| | Q2 | YES |
| | Q3 | YES |
| | Q4 | YES |
| 2008 | Q1 | YES |
| | Q2 | YES |

Source: Bloomberg Data

Hartman-Trial-1

5

# Dividends Paid by Fannie Mae and Freddie Mack to Private Shareholders: 1996–2008

| | Fannie Mae | Freddie Mac |
|---|---|---|
| 1996 | $857 Million | $323 Million |
| 1997 | $945 Million | $369 Million |
| 1998 | $1.055 Billion | $447 Million |
| 1999 | $1.184 Billion | $570 Million |
| 2000 | $1.246 Billion | $654 Million |
| 2001 | $1.338 Billion | $774 Million |
| 2002 | $1.410 Billion | $845 Million |
| 2003 | $1.796 Billion | $934 Million |
| 2004 | $2.185 Billion | $1.046 Billion |
| 2005 | $1.376 Billion | $1.299 Billion |
| 2006 | $1.650 Billion | $1.579 Billion |
| 2007 | $2.483 Billion | $1.539 Billion |
| 2008 | $1.774 Billion | $826 Million |
| **TOTAL** | **$19.299 Billion** | **$11.205 Billion** |

# Total Dividends Paid to Private Preferred Shareholders

| | |
|---|---|
| Total dividends from 1996–2008: | **$30.5 Billion** |
| Total dividends to private preferred shareholders from 1996–2008: | **$5.0 Billion** |
| Total dividends to all other private shareholders from 1996–2008: | **$25.5 Billion** |
| Total dividends to any private shareholders from Sep 2008–present: | **$0** |

| Total amounts invested by private preferred shareholders into Fannie Mae and Freddie Mac: | **$32.9 Billion** |
|---|---|
| Total dividends paid to private preferred shareholders: | **$5.0 Billion** |

| Total amounts invested by private preferred shareholders into Fannie Mae and Freddie Mac in 2007 and 2008: | **$19.7 Billion** |
|---|---|
| Total dividends paid on private preferred shares issued for 2007 and 2008 investments: | **$1.1 Billion** |

# Fannie Mae and Freddie Mac Annual Borrowings From Treasury Commitment



Source: Exhibits 5A, 5B

# Case-Shiller Index



S&P/Case-Shiller U.S. National Home Price Index

*Shaded areas indicate U.S. recessions.*

Hartman-Trial-1  12

# Case-Shiller Index

 S&P/Case-Shiller U.S. National Home Price Index

Aug 2012: 142.27700

May 2012: 140.15600

Jan 2012: 136.60700

Index Jan 2000=100

Shaded areas indicate U.S. recessions.

# Changes to Treasury's Senior Preferred Dividend

| | |
|---|---|
| *Before* Third Amendment: | **10% × Liquidation Preference, in cash** |
| *After* Third Amendment:<br>(Third Amendment took effect 1/1/13) | **100% of net worth, minus reserve, in cash** |

# Dividends Paid to Treasury: 2012 vs. 2013



Source: Exhibit 7

# Total Dividends Paid to Treasury: 2009–2013



Hartman-Trial-1 17

# Changes to Treasury's Senior Preferred Dividend

| | |
|---|---|
| *Before* Third Amendment: | **10% × Liquidation Preference, in cash** |
| *After* Third Amendment:<br>(Third Amendment took effect 1/1/13) | **100% of net worth, minus reserve, in cash** |
| Dec. 2017: | **Net Worth Sweep continues, but reserve set at $3B per GSE, and $3B added to Treasury Liquidation Preference per GSE, for total of $6B** |
| After Q2 2019: | **Cash sweep stops, but 100% of net worth increase each quarter added to Treasury Liquidation Preference** |

# Amount Transferred to Treasury Before and After Net Worth Sweep



# Cumulative Cash Dividends Paid by Fannie Mae and Freddie Mac to Treasury and Increases In Liquidation Preference as Substitute for Cash Dividends



**Total Cash Dividends: $301.0 Billion**

**Total Increase in Liquidation Preference so far: $84.3 Billion** ($6.0 B + $78.3 B)

**Total: $385.3 Billion**

**Q2 2019** Shift to increase in liquidation preference as substitute for cash dividends

$78.3 Billion

$6.0 Billion

**Dec 2017** GSE reserve set at $3B each, and Treasury Liquidation Preference increased by $3B per GSE (**$6B total**)

**Jan 1, 2013** Third Amendment's Net Worth Sweep takes effect

**$55.2 Billion** (Before Net Worth Sweep)

In Billions

$400
$350
$300
$250
$200
$150
$100
$50
$0

2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019 2020 2021

Source: Exhibit 7

Hartman-Trial-1  21

# Fannie Mae & Freddie Mac Timeline

**Jul 30, 2008**
Congress enacts Housing and Economic Recovery Act ("HERA")

**Sep 6, 2008**
Fannie Mae & Freddie Mac enter conservatorship

**Sep 7, 2008**
Treasury executes Senior Preferred Stock Purchase Agreements ("PSPAs") with FHFA, acting for Fannie and Freddie

**May 6, 2009**
First Amendment to PSPA

**Dec 24, 2009**
Second Amendment to PSPA

**Aug 17, 2012**
Third Amendment executed

**Jan 1, 2013**
Third Amendment's Net Worth Sweep takes effect

**Dec 2017**
GSE reserve set at $3B each, and Treasury Liquidation Preference increased by $3B per GSE ($6B total)

**Q3 2019**
GSEs stop paying net worth as a cash sweep dividend; Treasury Liquidation Preference increased by net worth increase each quarter

**Q2 2022**
Current total cash dividends + net worth LP increases sent to Treasury: $385.3B

| 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |

Source: Exhibit 1

Hartman-Trial-1  22

# Total Amount Borrowed vs. Total Amount Transferred to Treasury



In Billions

$385.3B

$84.3B
(Liquidation Preference Increase so far)

$245.9B
(After Net Worth Sweep)

$191.4B

$55.2B
(Before Net Worth Sweep)

**Cumulative Amount Borrowed by Fannie Mae and Freddie Mac**

**Total Amount Transferred to Treasury**

Source: Compiled from data provided in FMCC 10Qs and 10Ks

# Total Treasury Liquidation Preference in Fannie Mae & Freddie Mac Combined



$84.3B
Increase in Liquidation Preference as a substitute by amount of net worth as a substitute for cash dividends so far

$2.0B
Initial Liquidation Preference

$191.4B
Actual borrowings from Treasury

**Actual Borrowings from Treasury** | **Total Treasury Liquidation Preference**

# Fannie Mae and Freddie Mac Comprehensive Income: 2008–Present



Source: Exhibit 8

# Fannie Mae and Freddie Mac Comprehensive Income: 2008–Present



Source: Exhibit 8