UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY BY PLAINTIFFS' PROPOSED "SUMMARY WITNESS" SUSAN HARTMAN**

Upon consideration of Defendants' Motion in Limine to Exclude Evidence and Testimony of Plaintiffs' Proposed "Summary Witness" Susan Hartman and Plaintiffs' opposition thereto, it is hereby:

ORDERED that the Defendants' motion in limine is GRANTED.


Dated: _____                    _____
                                             ROYCE C. LAMBERTH
                                             United States District Judge