# DX0380
*Filed Under Seal*