# DX0381
*Filed Under Seal*