**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al*., | |
| Plaintiffs, | |
| v. | Civil No. 13-1053 (RCL) |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, | |
| Defendants. | |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | |
| _____ | Miscellaneous No. 13-1288 (RCL) |
| This document relates to: ALL CASES | |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiffs' Omnibus Motion in Limine and Defendants' opposition thereto, it is hereby:

ORDERED that the Plaintiffs' Omnibus Motion in Limine is DENIED.


Dated: _____                    _____
                                              ROYCE C. LAMBERTH
                                              United States District Judge