UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FAIRHOLME FUNDS, INC.**, *et al.*,

    *Plaintiffs,*

v.

**FEDERAL HOUSING FINANCE AGENCY**, *et al.*,

    *Defendants.*

Case No. 1:13-cv-1053-RCL

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion:

Defendants' Motion [145] for Summary Judgment (redacted version at [148]) is **GRANTED** insofar as no genuine dispute remains on the fact of harm on the theory that plaintiffs were denied dividends that they otherwise were reasonably certain to receive, and insofar as plaintiffs' proposed alternative remedy of rescission and restitution is barred as a matter of law; and **DENIED** insofar as a genuine dispute of material fact remains on the fact of harm on the theory that plaintiffs' shares lost of much of their value, and in all other respects.

Plaintiffs' Motion [146] for Partial Summary Judgment is **DENIED**.

The Memorandum Opinion was filed under seal because it references documents the parties filed under seal. It is hereby **ORDERED** that the parties meet and confer and jointly identify which, if any, parts of the Memorandum Opinion should remain sealed within five days.

    **IT IS SO ORDERED.**

Date: September 23, 2022

                                               /s/ Royce C. Lamberth
                                               Royce C. Lamberth
                                               United States District Judge