UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> *Defendants*. | Case No. 1:13-cv-1053-RCL |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Case No. 1:13-mc-1288-RCL |
| This Order relates to: <br> ALL CASES | CLASS ACTION |

## ORDER

It is hereby **ORDERED** that the parties' Joint Motion to Issue a Jury Questionnaire in Advance of Voir Dire (No. 13-cv-1053 ECF No. 185, No. 13-mc-1288 ECF No. 179) is **DENIED**. Due to the number of pending jury trials at this time as a result of the January 6 criminal cases, the Court is unable to accommodate this request because of the additional burden it would place on the jury staff. Counsel shall propose voir dire questions in advance of the pretrial conference. Questions eliciting a positive response during voir dire will be followed up in the courtroom, out of the presence of other jurors, by the Court, with counsel able to suggest additional follow-up questions to the Court by headphones, under COVID protocols, all of which will be discussed at the pretrial conference.

The pretrial conference is hereby set for 10:00 a.m. on Wednesday, October 12, 2022, in Courtroom 15 (in person).

**IT IS SO ORDERED.**

Date: 10/5/22

Royce C. Lamberth
United States District Judge