# EXHIBIT A

| | |
|---|---|
| **From:** | Hamish Hume |
| **To:** | Varma, Asim; Hoffman, Ian S.; Stern, Jonathan L.; Jones, Stanton; Bergman, David B. |
| **Cc:** | zzz.External.skaplan@bsfllp.com; Lee Ruby; Rich Gluck; Eric Zagar; Robert Kravetz; Michael Barry; John Kairis; Grant Goodhart |
| **Subject:** | Timing of Ed Demarco trial testimony |
| **Date:** | Wednesday, October 5, 2022 2:57:22 PM |

External E-mail

Asim et al:

I can confirm that Plaintiffs are willing to agree not to object to Defendants' examination of Mr. DeMarco in Plaintiffs' case as going beyond the scope of Plaintiffs' direct examination, so long as Defendants agree that their examination does not last longer than the greater of 2 hours or 100% of the length of Plaintiffs' examination.

Please let us know if that works, or if you would like to discuss.

Thank you,

Hamish


**Hamish PM Hume**
Partner

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue N.W.
Washington, DC 20005
(o) +1 202 274 1149
(t) +1 703 328 9651
hhume@bsfllp.com
www.bsfllp.com


**From:** Varma, Asim <Asim.Varma@arnoldporter.com>
**Sent:** Thursday, September 29, 2022 7:12 PM
**To:** Hamish Hume <hhume@BSFLLP.com>; Hoffman, Ian S. <Ian.Hoffman@arnoldporter.com>; MCiatti@kslaw.com; Stern, Jonathan L. <Jonathan.Stern@arnoldporter.com>; 'VerGow, Meaghan' <mvergow@omm.com>; 'Taylor Lankford' <TLankford@kslaw.com>; Jones, Stanton <Stanton.Jones@arnoldporter.com>; Bergman, David B. <David.Bergman@arnoldporter.com>
**Cc:** 'Pete Patterson' <ppatterson@cooperkirk.com>; 'David Thompson' <dthompson@cooperkirk.com>; 'Brian Barnes' <BBarnes@cooperkirk.com>; Lee Ruby <lrudy@ktmc.com>; Rich Gluck <Rich.Gluck@blbglaw.com>; Eric Zagar <ezagar@ktmc.com>; Grant