## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al*.,<br><br>        Plaintiffs,<br><br>      v.<br><br>FEDERAL HOUSING FINANCE<br>AGENCY, *et al.*,<br><br>        Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior<br>Preferred Stock Purchase Agreement Class<br>Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

### [PROPOSED] ORDER

Upon consideration of the Defendants' Motion in Limine to Compel One Appearance of

Defendants' Principal Fact Witness Edward DeMarco in Defendants' Case-in-Chief

("Defendants' Motion") and Plaintiffs' opposition thereto, it is hereby:

ORDERED that the Defendants' Motion is GRANTED.


Dated: _____                    _____

                                                 ROYCE C. LAMBERTH<br>                                                 United States District Judge