AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Fairholme Funds, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-cv-1053 |
| Federal Housing Finance Agency, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Federal Housing Finance Agency; Defendant FHFA Director Sandra Thompson.

Date: 10/07/2022

/s/ Stanton Jones
*Attorney's signature*

Stanton Jones (D.C. Bar. # 987088)
*Printed name and bar number*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, D.C. 20001
*Address*

Stanton.Jones@arnoldporter.com
*E-mail address*

(202) 942-5563
*Telephone number*

(202) 942-5999
*FAX number*