AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Fairholme Funds, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    13-cv-1053 |
| Federal Housing Finance Agency, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Federal Housing Finance Agency; Defendant FHFA Director Sandra Thompson                                    .

Date:     10/07/2022

/s/ Jonathan L. Stern
*Attorney's signature*

Jonathan L. Stern (D.C. Bar. # 375713)
*Printed name and bar number*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, D.C. 20001

*Address*

Jonathan.Stern@arnoldporter.com
*E-mail address*

(202) 942-5018
*Telephone number*

(202) 942-5999
*FAX number*