# Exhibit A

**Dale Pedrick**

| | |
|---|---|
| **From:** | Samuel Kaplan |
| **Sent:** | Monday, May 23, 2022 7:21 PM |
| **To:** | Hoffman, Ian S.; Hamish Hume; Brian Barnes; David Thompson; FHFA_DDC |
| **Cc:** | Stern, Jonathan L.; 'VerGow, Meaghan'; MCiatti@kslaw.com; Taylor Lankford (TLankford@KSLAW.com); zliu@omm.com; Varma, Asim; Bergman, David B. |
| **Subject:** | RE: DDC -- Defendants' Trial Witness List |

Ian,

In accordance with the parties' proposed schedule to the Court, please find below Plaintiffs' current list of witnesses we may present at trial via either live or deposition testimony. As discussed previously, please let us know if the witnesses you represent on this list and who reside outside the 100 mile limit are willing to voluntarily appear to testify (subject to any reasonable cost reimbursement). In addition to the list below, we also reserve the right to call any witness on Defendants' trial witness list and to call witnesses not previously identified for impeachment.

1. Joseph Cacciapalle
2. Timothy Cassell
3. Michelle Miller
4. Edward Linekin
5. Summary Witness(es) (we anticipate calling a summary witness who will present a purely factual summary of information based on a review of the financial and contractual documents; the information to be summarized will be disclosed in the pretrial statement)
6. David Benson
7. Timothy Mayopoulos
8. Susan McFarland
9. Don Layton
10. Ross Kari
11. Jim Lockhart
12. Ed DeMarco
13. Mario Ugoletti
14. Naa Awaa Tagoe
15. Bala Dharan
16. Anjan Thakor
17. Joseph Mason

In addition to the foregoing, and in connection with the list of documents we produced late last week, we will call any Treasury officials (former or current) who are needed to address authenticity or other admissibility issues for any Treasury exhibits to which Defendants object as to admissibility, whether for authenticity or other issues on which a witness would be needed. We are hopeful this will not be necessary. Also, per prior conversations, we reserve the right to revise or supplement this list as appropriate.

Best,

Sam

**Samuel C. Kaplan**
Partner

**BOIES SCHILLER FLEXNER** LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(t)  +1 202 274-1163
skaplan@bsfllp.com


**Samuel C. Kaplan**
Partner

**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, N.W.
Washington, DC 20005
(t)  +1 202 274-1163
skaplan@bsfllp.com

---

**From:** Hoffman, Ian S. <Ian.Hoffman@arnoldporter.com>
**Sent:** Monday, May 23, 2022 7:07 PM
**To:** Samuel Kaplan <skaplan@bsfllp.com>; Hamish Hume <hhume@BSFLLP.com>; 'Brian Barnes' <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; FHFA_DDC <FHFA_DDC@BSFLLP.com>
**Cc:** Stern, Jonathan L. <Jonathan.Stern@arnoldporter.com>; 'VerGow, Meaghan' <mvergow@omm.com>; MCiatti@kslaw.com; Taylor Lankford (TLankford@KSLAW.com) <TLankford@KSLAW.com>; zliu@omm.com; Varma, Asim <Asim.Varma@arnoldporter.com>; Bergman, David B. <David.Bergman@arnoldporter.com>
**Subject:** DDC -- Defendants' Trial Witness List

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Sam and Brian -- Please see attached.

Ian

_____

**Ian Hoffman**
Partner | Bio

**Arnold & Porter**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
T: +1 202.942.6406
Ian.Hoffman@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com