# Exhibit B



**Ian S. Hoffman**
Partner
202-942-6406
Ian.Hoffman@arnoldporter.com

May 23, 2022

**VIA EMAIL**

Samuel Kaplan
Boies Schiller Flexnor LLP
1401 New York Ave, NW
Washington, D.C. 20005

Brian Barnes
Cooper & Kirk, PLLC
1523 New Hampshire Ave. N.W.
Washington, D.C. 20036

      Re:    Defendants' Trial Witness List
                 DDC Litigation, Case Nos. 13-cv-1053, 13-mc-1288 (DDC)

Dear Sam and Brian:

      Pursuant to your e-mail exchange with Asim Varma on May 19 and May 20, 2022, and the provisions of the Proposed Seventh Amended Scheduling Order (ECF No. 148-1, No. 13-mc-1288), please see below Defendants' trial witness list, which is presented alphabetically by last name. As discussed over e-mail, this list includes witnesses whose testimony Defendants may present at trial live or via deposition designation.

- Mukarram Attari
- David C. Benson
- Bruce Berkowitz
- Barry Borodkin
- Tim Bowler
- Joseph Cacciapalle
- Timothy Cassell
- Edward DeMarco
- Anne Eberhardt
- Jeff Foster
- Ross Kari
- Shri Prakash Kothari
- Donald Layton
- Edward Linekin
- James Lockhart

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW  |  Washington, DC  20001-3743  |  www.arnoldporter.com

# Arnold & Porter

May 23, 2022
Page 2

- Moses Marx
- Timothy Mayopoulos
- Susan McFarland
- Michelle Miller
- David Moffett
- Jim Parrott
- Egbert Perry
- Nicholas Satriano
- David Shumway
- Naa Awaa Tagoe

The foregoing list is not intended to indicate that any given person identified above is available to testify at trial.  Further, Defendants reserve the right to call any witness identified on Plaintiffs' trial witness list, and to call witnesses not previously identified or disclosed for impeachment.  Defendants also reserve the right to revise or supplement these disclosures if warranted.

Sincerely,

 /s/ Ian S. Hoffman
Ian S. Hoffman

*Attorney for FHFA*

cc: Meaghan VerGow, Esq.
Michael J. Ciatti, Esq.