# EXHIBIT 4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>    Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**DEFENDANTS' PROPOSED VERDICT FORM**

You are to follow this Form and use it to report your findings after you have reached a unanimous verdict.

## Definitions

The following definitions apply to this verdict form.

- "Fannie Mae" is the Federal National Mortgage Association. Fannie Mae is in Conservatorship. FHFA is the Conservator for Fannie Mae.

- "Freddie Mac" is the Federal Home Loan Mortgage Corporation. Freddie Mac is in Conservatorship. FHFA is the Conservator for Freddie Mac.

- "FHFA" is the Federal Housing Finance Agency, the Conservator of Fannie Mae and Freddie Mac.

- "W.R. Berkley Plaintiffs" are Berkley Insurance Company, Berkley Regional Insurance Company, Acadia Insurance Company, Admiral Indemnity Company, Admiral Insurance Company, Carolina Casualty Insurance Company, Midwest Employers Casualty Insurance Company, Nautilus Insurance Company, Preferred Employers Insurance Company. The W.R. Berkley Plaintiffs are current holders of junior preferred stock in Fannie Mae and Freddie Mac.

- "Fannie Mae Preferred Class" is all current holders of junior preferred stock in Fannie Mae.

- "Freddie Mac Preferred Class" is all current holders of junior preferred stock in Freddie Mac.

- "Freddie Mac Common Class" is all current holders of common stock in Freddie Mac.

- "Plaintiffs" refers collectively to the W.R. Berkely Plaintiffs, the Fannie Mae Preferred Class, the Freddie Mac Preferred Class, and the Freddie Mac Common Class.

- "Third Amendment" is the Third Amendment to the Senior Preferred Stock Purchase Agreements ("PSPAs") for Fannie Mae and Freddie Mac, entered into by FHFA, as Conservator for Fannie Mae and Freddie Mac, and the United States Department of Treasury on August 17, 2012.

**Question No. 1**:

Did the Plaintiffs prove by a preponderance of the evidence that FHFA, in its role as the Conservator of Fannie Mae and Freddie Mac, acted arbitrarily or unreasonably in entering into the Third Amendment, thereby violating the reasonable expectations of holders of Fannie Mae junior preferred stock, Freddie Mac junior preferred stock, and/or Freddie Mac common stock?

- Fannie Mae Junior Preferred Stock:      Yes ____      No ____
- Freddie Mac Junior Preferred Stock:     Yes ____      No ____
- Freddie Mac Common Stock:               Yes ____      No ____

*If your answer to Question 1 is "Yes" for any group of shareholders, continue to Question 2, but only for the group(s) of Plaintiffs as to whom you answered "Yes".  If your answer to Question 1 is "No" for all three groups of shareholders, skip all other questions and sign the verdict form.*

**Question No. 2**:

Did the Plaintiffs prove by a preponderance of the evidence that members of the Fannie Mae Preferred Class, the Freddie Mac Preferred Class, and/or the Freddie Mac Common Class sustained harm as a result of the Third Amendment?

- Fannie Mae Junior Preferred Class:      Yes ____      No ____
- Freddie Mac Junior Preferred Class:     Yes ____      No ____
- Freddie Mac Common Class:               Yes ____      No ____

*If your answer to any subpart of Question 2 is "Yes," proceed to Question 4, but only for the group(s) of Plaintiffs as to whom you answered "Yes."  If your answer to all of the subparts of Question 2 is "No," skip Question 3 and sign the verdict form.*

3

**Question No. 3**:

Enter the amount of damages (monetary compensation), if any, that you find each group of Plaintiffs listed below has proven to a reasonable certainty.  Please answer in dollars and cents or state "None."  (You need not determine a separate amount of damages for the W.R. Berkley Plaintiffs.)

- Fannie Mae Preferred Class: $ _____

- Freddie Mac Preferred Class: $ _____

- Freddie Mac Common Class: $ _____


*Your deliberations are now concluded.  Sign and date the verdict form and notify the courtroom deputy that you have reached a verdict.*


Date:  _____                                  _____
                                                                                          Jury Foreperson

3