# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br>              Plaintiffs, <br><br>      v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br>              Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> _____ <br><br> This document relates to: <br> ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**PLAINTIFFS' PROPOSED VERDICT FORM**

1. Do you find by a preponderance of the evidence that Defendants breached the implied covenant of good faith and fair dealing?

   Yes \_\_\_\_\_          No \_\_\_\_

   *If you answered "YES," go to Question #2. If you answered "No," the foreperson should sign and date the verdict form and contact the Courtroom Deputy.*

2. Do you find by a preponderance of the evidence that, as a result of Defendants' breach of the implied covenant of good faith and fair dealing, Plaintiffs have suffered damages?

   Yes \_\_\_\_\_          No \_\_\_\_

   *If you answered "YES," go to Question #3. If you answered "No," the foreperson should sign and date the verdict form and contact the Courtroom Deputy.*

3. What is the total amount of damages you award in favor of each of the following?

   (You need not determine a separate award for the W.R. Berkley Plaintiffs. As I instructed you, their damages award will be determined automatically based on their holdings of each class of shares.)

   Fannie Mae Preferred Shareholders:   $_____

   Freddie Mac Preferred Shareholders:   $_____

   Freddie Mac Common Shareholders:   $_____

4. Do you award Prejudgment Interest on the amount of damages you awarded Freddie Mac Common and Preferred Shareholders?

Yes _____

No _____

*If you answered "YES," go to Question #5. If you answered "No," the foreperson should sign and date the verdict form and contact the Courtroom Deputy.*

5. On what date do you find that prejudgment interest of 6% per year should begin?

_____

*Once you have ended your deliberations, sign and date the verdict form and contact the Courtroom Deputy.*

_____     _____
FOREPERSON                                      DATE