# EXHIBIT A

*FILING UNDER SEAL*