UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>                   *Plaintiffs*,<br><br>    v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>                   *Defendants*. | Case No. 1:13-cv-1053-RCL |

### JOINT MOTION TO DISMISS DEFENDANT SANDRA L. THOMPSON

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2), the parties jointly move to dismiss Defendant Sandra L. Thompson, in her official capacity as Director of FHFA, without prejudice. *See United States v. All Assets Held at Bank Julius Baer & Co.*, 307 F.R.D. 249, 252 (D.D.C. 2014). Plaintiffs initially filed suit against a prior FHFA Director, Melvin Watt, in his official capacity, to allege claims that this Court has dismissed. Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 25(d), Director Thompson was automatically substituted as the Defendant, in her official capacity, when she took office as Acting Director of FHFA. Plaintiffs' remaining claim for breach of the implied covenant is properly brought against FHFA, Fannie Mae, and Freddie Mac—as demonstrated by the fact that Director Thompson is not a defendant in the parallel class action being tried alongside this case. *See In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*, No. 1:13-mc-1288-RCL (D.D.C.). Accordingly, Plaintiffs and Defendants jointly move to dismiss Director Thompson without prejudice.

Dated: October 17, 2022						Respectfully submitted,

*/s/ Asim Varma*						*/s/ Charles J. Cooper*
Asim Varma (D.C. Bar # 426364)				Charles J. Cooper (Bar No. 24870)
David B. Bergman (D.C. Bar # 435392)			David H. Thompson (Bar No. 450503)
Ian S. Hoffman (D.C. Bar # 983419)				Vincent J. Colatriano (Bar No. 429562)
**ARNOLD & PORTER KAYE**					Peter A. Patterson (Bar No. 998668)
  **SCHOLER LLP**						Brian W. Barnes (*Pro Hac Vice*)
601 Massachusetts Ave NW					**COOPER & KIRK, PLLC**
Washington, D.C. 20001					1523 New Hampshire Avenue, N.W.
(202) 942-5000						Washington, DC 20036
Asim.Varma@arnoldporter.com				Tel: (202) 220-9600
David.Bergman@arnoldporter.com				Fax: (202) 220-9601
Ian.Hoffman@arnoldporter.com				ccooper@cooperkirk.com

*Counsel for Defendant Federal Housing			Counsel for Berkley Plaintiffs, et al.*
*Finance Agency and Director Sandra L.*
*Thompson*


*/s/ Michael J. Ciatti*
Michael J. Ciatti (D.C. Bar #467177)
**KING & SPALDING LLP**
1700 Pennsylvania Ave. N.W.
Washington, DC 20006
Tel: (202) 626-5508
Fax: (202) 626-3737
mciatti@kslaw.com

*Counsel for the Federal Home Loan*
*Mortgage Corp.*


*/s/ Meaghan VerGow*
Meaghan VerGow (D.C. Bar # 977165)
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Counsel for the Federal National Mortgage*
*Association*