UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., *et al.*,

    *Plaintiffs,*

v.

FEDERAL HOUSING FINANCE
AGENCY, *et al.*,

    *Defendants.*

Case No. 1:13-cv-1053-RCL

## ORDER

Upon consideration of the parties' Joint Motion [226] to Dismiss Defendant Sandra L. Thompson, it is hereby **ORDERED** that the motion is **GRANTED**, and Thompson is **DISMISSED WITHOUT PREJUDICE** as a defendant pursuant to Federal Rule of Civil Procedure 41(a)(2). Thompson was substituted in as a defendant in her official capacity as Director of the Federal Housing Finance Agency pursuant to Federal Rule of Civil Procedure 25(d) because plaintiffs had earlier asserted claims against that agency's former director in his official capacity. The Court having dismissed those specific claims in an earlier Order, there is no reason for Thompson to be listed as a defendant in this matter.

**IT IS SO ORDERED.**

Date: 10/18/22

Royce C. Lamberth
United States District Judge