# *Exhibit A*

# Attari Clip_221025_0905

Designation List Report

**Attari, Mukarram**  2022-02-14

| Our Designations | 00:03:39 |
|---|---|
| **TOTAL RUN TIME** | **00:03:39** |

Documents linked to video:
PX375



**ID: Attari_01**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 233:19 - 236:11 | **Attari, Mukarram 2022-02-14** | 00:02:50 | Attari_01.1 |

PX375.1

233:19 (Deposition Exhibit 21 was marked
233:20 for identification.)
233:21 MS. VARMA:  Is this Exhibit 21?
233:22 MR. BARNES:  Yes.  I'm sorry, Asim.
234:01 Yes, it's Exhibit 21.
234:02 MS. VARMA:  Okay.
234:03 BY MR. BARNES:
234:04 Q. When was the last time you saw this
234:05 document?
234:06 A. Relatively recently.
234:07 Q. And how did you consider this
234:08 document when formulating your opinions in this
234:09 case?
234:10 A. It was a piece of analysis that we
234:11 had done early on in this case.
234:12 Q. Okay.  And I think the document
234:13 makes reference to an underlying statistical
234:14 regression.
234:15 Does that sound familiar to you?
234:16 A. Probably.  I am just looking for
234:17 where because --

PX375.14

234:18 Q. Yeah.  I'm sorry.  I don't have the
234:19 exact slide number.  I think it's on Page 13.
234:20 The title there is:  "Dates With Significant
234:21 Excess Returns."
234:22 A. Yes.
235:01 Q. And I think this is -- this looks
235:02 like it was a statistical analysis of excess
235:03 returns associated with Fannie and Freddie
235:04 common and junior preferred stock; is that
235:05 right?
235:06 A. Yes.
235:07 Q. And in preparing your opinions in
235:08 this case, did you consult the underlying
235:09 regression model that is being referred to
235:10 here?
235:11 A. Not really, no.  I mean, when you
235:12 say in preparing my opinions in this case, at
235:13 some point over the last two years or whenever,

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 235:14 | | this -- this is what -- yeah.  So at some point | | |
| | 235:15 | | between when this was done and now, I probably | | |
| | 235:16 | | looked at the statistical model -- | | |
| | 235:17 | Q. | Okay -- | | |
| | 235:18 | A. | -- or knew about the statistical | | |
| | 235:19 | | model. | | |
| | 235:20 | Q. | And when we are talking about the | | |
| | 235:21 | | statistical model, I -- I assume -- tell me if | | |
| | 235:22 | | I've got this wrong -- what we are talking | | |
| | 236:01 | | about is some kind of Excel spreadsheet; is | | |
| | 236:02 | | that correct? | | |
| | 236:03 | A. | It would depend on who ran it.  It | | |
| | 236:04 | | would be -- I -- I would not have looked at the | | |
| | 236:05 | | actual model itself.  I would have looked at | | |
| | 236:06 | | the results from the model, a description of | | |
| | 236:07 | | the model. | | |
| | 236:08 | Q. | Okay.  It would have been something | | |
| | 236:09 | | other than just this -- this Slide 13, though; | | |
| | 236:10 | | is that right? | | |
| | 236:11 | A. | Probably, yes. | | |
| 237:11 - 238:08  🔗 PX375.1 | **Attari, Mukarram 2022-02-14** | | | 00:00:50 | Attari_01.2 |
| | 237:11 | Q. | Okay.  And to the extent you know, | | |
| | 237:12 | | can you specifically identify the people who | | |
| | 237:13 | | were involved in preparing this document we are | | |
| | 237:14 | | looking at now. | | |
| | 237:15 | A. | It -- it would be members of the CRA | | |
| | 237:16 | | team.  I don't know who specifically worked on | | |
| | 237:17 | | this. | | |
| | 237:18 | Q. | Okay.  Okay.  And who was the -- | | |
| | 237:19 | A. | Sorry.  Can I -- can you ask that | | |
| | 237:20 | | question again just so I make sure I answer it. | | |
| | 237:21 | Q. | Sure.  Of course.  So I am asking | | |
| | 237:22 | | for the specific names of the people who helped | | |
| | 238:01 | | prepare this document we are looking at. | | |
| | 238:02 | A. | One of those people would be me -- | | |
| | 238:03 | Q. | Okay. | | |
| | 238:04 | A. | -- and then other members of the | | |
| | 238:05 | | team. | | |
| | 238:06 | Q. | Other than -- other than you, you | | |
| | 238:07 | | don't know; is that right? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 238:08   A.   Sitting here, I don't know. | | |

| | Our Designations | 00:03:39 | |
| | **TOTAL RUN TIME** | **00:03:39** | |

Documents linked to video:

PX375