# *Exhibit B*

# Benson

Designation List Report

**Benson, David**  2013-11-07

| Our Designations | 00:17:22 |
|---|---|
| **TOTAL RUN TIME** | **00:17:22** |

Documents linked to video:
PX216
PX370



**ID: BD03**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:05 - 12:07 | **Benson, David 2020-02-28** | 00:00:05 | BD03.1 |

| | 12:05 | Q. | And, Mr. Benson, would you just state your |
| | 12:06 | | name for the record? |
| | 12:07 | A. | David Benson. |

| 13:17 - 14:13 | **Benson, David 2020-02-28** | 00:00:56 | BD03.2 |

| | 13:17 | Q. | Okay. And, Mr. Benson, did I see |
| | 13:18 | | correctly, you have a degree from Harvard Medical |
| | 13:19 | | School? |
| | 13:20 | A. | Yes. |
| | 13:21 | Q. | I have a lot of questions about that, but |
| | 13:22 | | none of them are relevant to the case, so I guess |
| | 14:01 | | what I would like to do is start by asking you to |
| | 14:02 | | kind of walk me through, basically, from the time you |
| | 14:03 | | graduated from Harvard Medical School up to when you |
| | 14:04 | | went to Fannie Mae. Can you just kind of give me a |
| | 14:05 | | thumbnail sketch of your education and professional |
| | 14:06 | | career? |
| | 14:07 | A. | Sure. Graduated Harvard Medical School. |
| | 14:08 | | The following year, I was a medical intern. And from |
| | 14:09 | | there, I went to Stanford Business School and |
| | 14:10 | | received an MBA. From there, I went to Merrill |
| | 14:11 | | Lynch, where I was -- had a 14-year career there, |
| | 14:12 | | through 2002. And then I came to Fannie Mae in 2002, |
| | 14:13 | | where I've been since that time. |

| 15:08 - 16:02 | **Benson, David 2020-02-28** | 00:01:10 | BD03.3 |

| | 15:08 | Q. | And how did you end up taking the job at |
| | 15:09 | | Fannie Mae? Sort of what transpired that got you to |
| | 15:10 | | make that move? |
| | 15:11 | A. | I was contacted when the firm was looking |
| | 15:12 | | for an assistant treasurer, somebody who had deep -- |
| | 15:13 | | deep experience in the various products that Fannie |
| | 15:14 | | Mae used to manage its liability profile, its risk |
| | 15:15 | | management process. And so I was contacted, and then |
| | 15:16 | | I showed an interest, and we went from there. |
| | 15:17 | Q. | And why were you interested? What made |
| | 15:18 | | you want to work at Fannie Mae? |
| | 15:19 | A. | The firm was one of the, if not the |
| | 15:20 | | largest participants in the fixed income market in |
| | 15:21 | | many of the markets that I knew -- you know, knew |
| | 15:22 | | well. And so I knew of their involvement from the |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 16:01 | other side of the equation, from the sell side. And | | |
| | 16:02 | as -- you know, I knew them as a very, you know, | | |
| 16:03 - 17:02 | **Benson, David 2020-02-28** | | 00:01:14 | BD03.4 |
| | 16:03 | important part of the marketplace. And it was very | | |
| | 16:04 | attractive to me to sort of, you know, be able to | | |
| | 16:05 | kind of look at things from that perspective, and to | | |
| | 16:06 | come in with that level of import, you know, and try | | |
| | 16:07 | to make a difference. | | |
| | 16:08 | Q. And can you now give me sort of the same | | |
| | 16:09 | type of thumbnail sketch of the different positions | | |
| | 16:10 | you've had at Fannie Mae up to present? | | |
| | 16:11 | A. Sure. So I came in as the assistant | | |
| | 16:12 | treasurer. I was promoted to treasurer a few years | | |
| | 16:13 | after that. And then within a couple of years, I was | | |
| | 16:14 | promoted to executive vice president of capital | | |
| | 16:15 | markets. And I also served as treasurer during, you | | |
| | 16:16 | know, part of that time. | | |
| | 16:17 | As the executive vice president of capital | | |
| | 16:18 | markets, I think over a period of about five years, I | | |
| | 16:19 | took on additional roles, you know, that came into | | |
| | 16:20 | that, including strategy and some other things. But | | |
| | 16:21 | the primary role was to run our balance sheet. And | | |
| | 16:22 | then I became the CFO, and was CFO for about five | | |
| | 17:01 | years. And then about two years ago, or a year and a | | |
| | 17:02 | half ago, I became president. | | |
| 46:14 - 46:18 | **Benson, David 2020-02-28** | | 00:00:03 | BD03.5 |
| | 46:14 | Q. Okay. I'm going to show you a document, | | |
| | 46:15 | if I could. | | |
| 🔗 PX370.1 | 46:16 | A. Okay. | | |
| | 46:17 | (Benson Exhibit No. 1 was | | |
| | 46:18 | marked for identification.) | | |
| 47:04 - 47:11 | **Benson, David 2020-02-28** | | 00:00:22 | BD03.6 |
| | 47:04 | if you would, I would appreciate it if you would turn | | |
| 🔗 PX370.3 | 47:05 | to -- I think it's page 68, which is the third page | | |
| | 47:06 | in the handout here. | | |
| | 47:07 | A. Okay. | | |
| | 47:08 | Q. And what I would like you to do is read | | |
| | 47:09 | the bottom paragraph on that page that starts, "Our | | |
| 🔗 PX370.3.1 | 47:10 | competitors for the acquisition." Do you see that? | | |
| | 47:11 | A. Okay. Okay. | | |

**BD03 - Benson**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 47:12 - 48:02 | **Benson, David 2020-02-28** | | | 00:00:30 | BD03.7 |
| 🔗 PX370.3.2 | 47:12 | Q. | And there is a sentence in the middle of | | |
| | 47:13 | | this paragraph that you probably noticed.  It says, | | |
| | 47:14 | | "Currently, our primary competitors for the issuance | | |
| | 47:15 | | of single-family mortgage-related securities are | | |
| | 47:16 | | Freddie Mac and Ginnie Mae, as many private market | | |
| | 47:17 | | competitors dramatically reduced or ceased their | | |
| | 47:18 | | activities in the single-family secondary mortgage | | |
| | 47:19 | | market following the 2008 housing crisis."  Do you | | |
| | 47:20 | | see that? | | |
| | 47:21 | A. | Yes. | | |
| | 47:22 | Q. | And is this talking about, I guess, sort | | |
| | 48:01 | | of the declined of so-called private label | | |
| | 48:02 | | securitizations? | | |
| 48:04 - 48:10 | **Benson, David 2020-02-28** | | | 00:00:17 | BD03.8 |
| | 48:04 | | THE WITNESS:  Yes. | | |
| | 48:05 | | BY MR. BARNES: | | |
| | 48:06 | Q. | And can you kind of explain why Fannie's | | |
| | 48:07 | | private market competitors dramatically reduced or | | |
| | 48:08 | | ceased their activities in the single family | | |
| | 48:09 | | secondary mortgage market following the 2008 housing | | |
| | 48:10 | | crisis? | | |
| 48:13 - 49:03 | **Benson, David 2020-02-28** | | | 00:00:38 | BD03.9 |
| | 48:13 | | THE WITNESS:  There wasn't sufficient | | |
| | 48:14 | | investor demand for the securities that they were | | |
| | 48:15 | | issuing. | | |
| | 48:16 | | BY MR. BARNES: | | |
| | 48:17 | Q. | And you're talking about 2008 now, when | | |
| | 48:18 | | you say there wasn't sufficient investor demand? | | |
| | 48:19 | A. | I would argue that's certainly the case | | |
| | 48:20 | | then, and since. | | |
| | 48:21 | Q. | It's the case today as well, is that | | |
| | 48:22 | | right? | | |
| | 49:01 | A. | Yes. | | |
| | 49:02 | Q. | And why the decline in investor demand | | |
| | 49:03 | | during and after the financial crisis? | | |
| 49:06 - 50:03 | **Benson, David 2020-02-28** | | | 00:01:33 | BD03.10 |
| | 49:06 | | THE WITNESS:  There's lots of reasons. | | |
| | 49:07 | | BY MR. BARNES: | | |

**BD03 - Benson**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 49:08  Q. Can you tell me what they are? | | |
| | 49:09  A. Well, one is, investors took enormous | | |
| | 49:10     losses in securities of this type, so that's one | | |
| | 49:11     reason.  The complexity of the marketplace, of the | | |
| | 49:12     security structures themselves, the lack of | | |
| | 49:13     standardization, the lack of understanding of how | | |
| | 49:14     investor -- how the investors' rights would be | | |
| | 49:15     protected, and adverse conditions that would affect | | |
| | 49:16     the -- you know, the status of the loans that are in | | |
| | 49:17     the securitizations. | | |
| | 49:18     The lack of appropriate compensation being | | |
| | 49:19     provided to the investors in the offerings | | |
| | 49:20     themselves.  So inadequate returns, from their | | |
| | 49:21     perspective, given the risks that they're being asked | | |
| | 49:22     to bear.  Propensity -- propensity for liquidity | | |
| | 50:01     concerns, other factors that can include regulatory | | |
| | 50:02     treatment for various instruments.  I mean, there is | | |
| | 50:03     an assortment of reasons. | | |
| 50:18 - 50:20 | **Benson, David 2020-02-28** | 00:00:11 | BD03.11 |
| | 50:18  Q. Well, can you compare Fannie | | |
| | 50:19     mortgage-backed securities to private label | | |
| | 50:20     securitizations on this kind of dynamic or dimension? | | |
| 50:22 - 51:15 | **Benson, David 2020-02-28** | 00:00:40 | BD03.12 |
| | 50:22     THE WITNESS:  Look, in general, from the | | |
| | 51:01     crisis period, those who owned Fannie Mae | | |
| | 51:02     mortgage-backed securities, and held them, ended up | | |
| | 51:03     receiving all of the payments that they would have | | |
| | 51:04     expected to make contractually under that, whereas | | |
| | 51:05     those who owned private label securities, which were | | |
| | 51:06     really very, very differently structured, often found | | |
| | 51:07     themselves not receiving, you know, full payment of | | |
| | 51:08     what they would have expected. | | |
| | 51:09     BY MR. BARNES: | | |
| | 51:10  Q. And I think you also mentioned the lack of | | |
| | 51:11     standardization among private label securities.  Do I | | |
| | 51:12     have that right? | | |
| | 51:13  A. Uh-huh. | | |
| | 51:14  Q. And is that also a problem for Fannie | | |
| | 51:15     Mae's mortgage-backed securities? | | |
| 51:17 - 51:21 | **Benson, David 2020-02-28** | 00:00:07 | BD03.13 |

## BD03 - Benson

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 51:17 | | THE WITNESS: It's not a problem. | | BD03.13 |
| | 51:18 | | BY MR. BARNES: | | |
| | 51:19 | Q. | And why not? | | |
| | 51:20 | A. | Because for the most part, our securities | | |
| | 51:21 | | are very standard. | | |
| 51:22 - 52:04 | **Benson, David 2020-02-28** | | | 00:00:13 | BD03.14 |
| | 51:22 | Q. | And if I'm running JP Morgan or Bank of | | |
| | 52:01 | | America, and I want to issue mortgage-backed | | |
| | 52:02 | | securities, are there any obstacles I would face, if | | |
| | 52:03 | | I wanted to have the same level of standardization | | |
| | 52:04 | | that Fannie Mae has? | | |
| 52:07 - 52:07 | **Benson, David 2020-02-28** | | | 00:00:01 | BD03.15 |
| | 52:07 | | THE WITNESS: I don't believe so. | | |
| 52:09 - 52:17 | **Benson, David 2020-02-28** | | | 00:00:29 | BD03.16 |
| 🔗 PX370.4 | 52:09 | Q. | Turn, if you would, to the next page in | | |
| | 52:10 | | this document. It's page 69 of Fannie's 2019 10-K. | | |
| | 52:11 | A. | Uh-huh. | | |
| | 52:12 | Q. | And there is a pie chart. Actually, there | | |
| 🔗 PX370.4.1 | 52:13 | | are two pie charts on this page, but the top one is | | |
| | 52:14 | | the one I would like to ask you about. I found it | | |
| | 52:15 | | really helpful. I guess, first of all, does this | | |
| | 52:16 | | accurately reflect the market share in the single | | |
| | 52:17 | | family mortgage market -- | | |
| 53:04 - 53:15 | **Benson, David 2020-02-28** | | | 00:00:40 | BD03.17 |
| | 53:04 | Q. | So does this pie chart accurately reflect | | |
| | 53:05 | | the approximate market share of single family | | |
| | 53:06 | | mortgages in the United States? | | |
| | 53:07 | A. | The mortgage acquisition market share. | | |
| | 53:08 | Q. | Yeah. And private label securities are | | |
| | 53:09 | | about 3 percent, is that right? | | |
| | 53:10 | A. | That is correct. That is what this pie | | |
| | 53:11 | | chart says, correct. | | |
| | 53:12 | Q. | Okay. And does that sound about right to | | |
| | 53:13 | | you, in terms of how much market share private label | | |
| | 53:14 | | securities have now? | | |
| ❌ Clear | 53:15 | A. | In 2019, yes. | | |
| 79:11 - 79:15 | **Benson, David 2020-02-28** | | | 00:00:10 | BD03.23 |
| | 79:11 | Q. | Okay. And are you familiar with the | | |
| | 79:12 | | preferred stock purchase agreements that FHFA and | | |

BD03 - Benson

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 79:13 | | Treasury signed at the beginning of Fannie Mae's | | |
| | 79:14 | | conservatorship? | | |
| | 79:15 | A. | Yes. | | |
| 79:16 - 80:15 | **Benson, David 2020-02-28** | | | 00:00:50 | BD03.24 |
| | 79:16 | Q. | Are you familiar with a provision of the | | |
| | 79:17 | | original preferred stock purchase agreement that | | |
| | 79:18 | | calls for Fannie to, I think, gradually over time, | | |
| | 79:19 | | reduce the size of its retained mortgage portfolio? | | |
| | 79:20 | A. | Yes. | | |
| | 79:21 | Q. | Do you happen to recall the rate at which | | |
| | 79:22 | | Fannie was required to reduce the size of its | | |
| | 80:01 | | retained mortgage portfolio? | | |
| | 80:02 | A. | Yes. | | |
| | 80:03 | Q. | And what was the rate? | | |
| | 80:04 | A. | Initially, 10 percent per year. | | |
| | 80:05 | Q. | Okay, and you say initially.  Did that | | |
| | 80:06 | | rate change? | | |
| | 80:07 | A. | Yes. | | |
| | 80:08 | Q. | When did it change? | | |
| | 80:09 | A. | 2012. | | |
| | 80:10 | Q. | And it changed as part of the third | | |
| | 80:11 | | amendment to the preferred stock purchase agreements, | | |
| | 80:12 | | does that sound right? | | |
| | 80:13 | A. | The amendment of the summer of 2012, if | | |
| | 80:14 | | that's what you call the third amendment, that's the | | |
| | 80:15 | | amount that -- it increased to 15 percent per year. | | |
| 81:01 - 81:13 | **Benson, David 2020-02-28** | | | 00:00:44 | BD03.25 |
| | 81:01 | Q. | Sure.  As Fannie is reducing the size of | | |
| | 81:02 | | its retained mortgage portfolio, what effect, if any, | | |
| | 81:03 | | would you expect that to have on the net revenues | | |
| | 81:04 | | that Fannie is bringing in? | | |
| | 81:05 | A. | Net revenues, it would go down. | | |
| | 81:06 | Q. | Okay.  And what effect -- what would be | | |
| | 81:07 | | the marginal effect on net revenues or the change in | | |
| | 81:08 | | net revenue in moving from a 10 percent rate of | | |
| | 81:09 | | reduction to a 15 percent rate of reduction? | | |
| | 81:10 | A. | More. | | |
| | 81:11 | Q. | You would expect it to go down faster, is | | |
| | 81:12 | | that correct? | | |
| | 81:13 | A. | Faster, correct. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 100:10 - 100:12 | **Benson, David 2020-02-28** | 00:00:11 | BD03.38 |
| | 100:10  Q.  Before Fannie was put into | | |
| | 100:11       conservatorship, if Fannie had needed to raise new | | |
| | 100:12       equity, do you think it could have done it? | | |
| 100:15 - 100:16 | **Benson, David 2020-02-28** | 00:00:02 | BD03.26 |
| | 100:15  Q.  In August of 2008? | | |
| | 100:16  A.  No. | | |
| 100:21 - 101:02 | **Benson, David 2020-02-28** | 00:00:06 | BD03.28 |
| | 100:21  Q.  Fannie Mae's board of directors consented | | |
| | 100:22       to conservatorship.  Do I have that right? | | |
| | 101:01  A.  Yes. | | |
| | 101:02  Q.  Do you know why? | | |
| 101:05 - 101:11 | **Benson, David 2020-02-28** | 00:00:22 | BD03.29 |
| | 101:05       THE WITNESS:  They had a deliberative | | |
| | 101:06       process of determining what they felt, in executing | | |
| | 101:07       their responsibilities as the board of directors of | | |
| | 101:08       Fannie Mae, given their responsibility to, you know, | | |
| | 101:09       the company and shareholders, that it was in that -- | | |
| | 101:10       in those -- in the best interest to accept that | | |
| | 101:11       determination versus not doing so. | | |
| 103:04 - 103:10 | **Benson, David 2020-02-28** | 00:00:27 | BD03.30 |
| | 103:04  Q.  And do you recall any discussion of what | | |
| | 103:05       the implications would be for shareholders? | | |
| | 103:06  A.  I remember the conclusion, which was that | | |
| | 103:07       to not to accede to this request would be potentially | | |
| | 103:08       worse.  And the judgment was, is that this was, | | |
| | 103:09       although two bad options, if you want to call it | | |
| | 103:10       that, it was the best option in front of them. | | |
| 173:07 - 173:10 🔗 PX216.1 | **Benson, David 2020-02-28** | 00:00:12 | BD03.31 |
| | 173:07  Q.  Mr. Benson, have you seen this document | | |
| | 173:08       before?  It's Bates stamped FNM-Fairholme-0039749. | | |
| | 173:09  A.  Yes, I have. | | |
| | 173:10  Q.  When was the last time you saw it? | | |
| 173:12 - 173:17 | **Benson, David 2020-02-28** | 00:00:10 | BD03.32 |
| | 173:12       THE WITNESS:  I saw this in preparation | | |
| | 173:13       for this deposition. | | |
| | 173:14       BY MR. BARNES: | | |
| | 173:15  Q.  And did you have a role in preparing this | | |

BD03 - Benson

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 173:16   document? | | |
| | 173:17  A.  Yes. | | |
| 175:16 - 175:18 | **Benson, David 2020-02-28** | 00:00:10 | BD03.39 |
| | 175:16  Q.  And to what extent, if any, did you think | | |
| | 175:17       the GSEs making combined dividend payments in excess | | |
| | 175:18       of Treasury's investment was a significant event? | | |
| 175:20 - 176:21 | **Benson, David 2020-02-28** | 00:01:17 | BD03.33 |
| | 175:20       THE WITNESS:  It was a -- I would consider | | |
| | 175:21       this to have been in the category of a marketing | | |
| | 175:22       issue of representing the benefits that the | | |
| | 176:01       government had received versus the commitment or the | | |
| | 176:02       actual amounts that they had had to put in.  So using | | |
| | 176:03       this as sort of a marketing spin on trying to put | | |
| | 176:04       success on that wrapper. | | |
| | 176:05       BY MR. BARNES: | | |
| | 176:06  Q.  And who was the target of the marketing? | | |
| | 176:07  A.  Well, this was a presentation to the board | | |
| | 176:08       of directors, and offering to them ideas of how one | | |
| | 176:09       might position, from a marketing standpoint, the | | |
| | 176:10       potential -- basically, the potential, you know, | | |
| | 176:11       success factors of how the GSEs could be looked at, | | |
| | 176:12       at some point in the future, potentially. | | |
| | 176:13  Q.  Looked at in the future by whom? | | |
| | 176:14  A.  The public. | | |
| 🔗 PX216.15 | 176:15  Q.  And if you look at the next page, slide | | |
| | 176:16       14, it looks like there are some more detailed | | |
| | 176:17       financial projections for Fannie and Freddie both. | | |
| | 176:18       Do I have that right? | | |
| | 176:19  A.  Correct. | | |
| | 176:20  Q.  And why was Fannie preparing financial | | |
| | 176:21       projections for Freddie Mac? | | |
| 177:01 - 177:08 | **Benson, David 2020-02-28** | 00:00:23 | BD03.34 |
| | 177:01       THE WITNESS:  Well, this is not -- this | | |
| | 177:02       wouldn't have been information -- this would come | | |
| | 177:03       from public information, so it would be information | | |
| | 177:04       that -- we didn't have Freddie's internal.  So this | | |
| | 177:05       would have been our attempt to be able to frame, in | | |
| | 177:06       the same way that we would do for yourselves, to do | | |
| | 177:07       the best we could to try to estimate what their | | |
| | 177:08       position might be.  And that's what that is. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 177:22 - 178:02 | **Benson, David 2020-02-28** | 00:00:08 | BD03.35 |
| 🔗 PX216.15 | 177:22  Q.  Do these projections reflect Fannie's best | | |
| | 178:01       and most honest assessment of how it expected to | | |
| | 178:02       perform in the future at the time? | | |
| 178:04 - 179:07 | **Benson, David 2020-02-28** | 00:01:20 | BD03.36 |
| | 178:04       THE WITNESS:  This was intended as a | | |
| | 178:05       strategic thought piece, as opposed to an audited | | |
| | 178:06       financial statement.  So these would be, you know, | | |
| | 178:07       estimates using information that came from our | | |
| | 178:08       finance group with a lens on the various assumptions | | |
| | 178:09       also that were -- I believe some of those assumptions | | |
| | 178:10       were listed in a previous page -- to really | | |
| | 178:11       illustrate what could be -- assuming that those | | |
| | 178:12       assumptions were reasonable.  Of course, the | | |
| | 178:13       actuality of events going forward were going to be | | |
| | 178:14       highly sensitive to many of those assumptions and | | |
| | 178:15       whether they were correct or not. | | |
| | 178:16       You've asked if it was the best estimate. | | |
| | 178:17       It wasn't -- the purpose of this wasn't necessarily | | |
| | 178:18       to go through the kind of rigor that one would | | |
| | 178:19       typically go through, in terms of the way we would do | | |
| | 178:20       our official forecast.  This was more of a -- call it | | |
| | 178:21       an unofficial, long-term forecast, which by the way | | |
| | 178:22       is not usual for us to do a 10-year forecast.  That's | | |
| | 179:01       outside the bounds of what we would typically do for | | |
| | 179:02       our own purposes.  Typically, that's more of a | | |
| | 179:03       five-year forecast that we do. | | |
| | 179:04       So, again, it was -- it was a reasonable | | |
| | 179:05       estimate in the context of what we were trying to | | |
| | 179:06       demonstrate for the purposes of this particular | | |
| ❌ Clear | 179:07       session. | | |
| 191:20 - 192:08 | **Benson, David 2020-02-28** | 00:00:30 | BD03.37 |
| | 191:20  Q.  Do you recall any discussion within Fannie | | |
| | 191:21       Mae before August 16th, 2012, around whether Fannie | | |
| | 191:22       would have taxable income in the future? | | |
| | 192:01  A.  I don't. | | |
| | 192:02  Q.  Do you recall any discussions within | | |
| | 192:03       Fannie Mae about whether it would be necessary to | | |
| | 192:04       reverse the valuation allowance on the deferred tax | | |
| | 192:05       assets? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 192:06  A.  By when?  At what time? | | |
| | 192:07  Q.  Before August 16th, 2012. | | |
| | 192:08  A.  I don't. | | |
| 203:17 - 203:20 | **Benson, David 2020-02-28** | 00:00:12 | BD03.18 |
| | 203:17  Q.  Did the Treasury Department take on any | | |
| | 203:18       additional risk when it entered into the August | | |
| | 203:19       amendment to the -- the August 2012 amendment to the | | |
| | 203:20       preferred stock purchase agreements? | | |
| 203:22 - 203:22 | **Benson, David 2020-02-28** | 00:00:03 | BD03.19 |
| | 203:22       THE WITNESS:  I don't believe so. | | |
| 204:14 - 204:17 | **Benson, David 2020-02-28** | 00:00:07 | BD03.20 |
| | 204:14  Q.  When did Fannie's senior management first | | |
| | 204:15       learn of the August 2012 amendment to the preferred | | |
| | 204:16       stock purchase agreement? | | |
| | 204:17  A.  I don't recall. | | |
| 205:09 - 205:14 | **Benson, David 2020-02-28** | 00:00:10 | BD03.21 |
| | 205:09  Q.  Do you recall when you first learned of | | |
| | 205:10       the change to the preferred stock purchase agreements | | |
| | 205:11       that was made in August? | | |
| | 205:12  A.  I don't. | | |
| | 205:13  Q.  Do you remember if you were surprised by | | |
| | 205:14       it? | | |
| 205:16 - 206:05 | **Benson, David 2020-02-28** | 00:00:41 | BD03.22 |
| | 205:16       THE WITNESS:  I do. | | |
| | 205:17       BY MR. BARNES: | | |
| | 205:18  Q.  Were you surprised? | | |
| | 205:19  A.  Yes, I was. | | |
| | 205:20  Q.  What surprised you about it? | | |
| | 205:21  A.  The -- I mean, all -- you know, all of the | | |
| | 205:22       terms were surprising, just meaning they hadn't -- | | |
| | 206:01       had not -- in many of its terms, had not really | | |
| | 206:02       occurred to me as a possibility, or would happen, or | | |
| | 206:03       any of that, meaning they were just -- they were | | |
| | 206:04       surprising.  We were like, oh, that's interesting. | | |
| | 206:05       Not expected.  Just, oh, okay. | | |

| Our Designations | 00:17:22 |
|---|---|
| **TOTAL RUN TIME** | **00:17:22** |

Documents linked to video:

PX216

PX370