# *Exhibit C*

# Cacciapalle, Joseph 20221017_1105

Designation List Report

| | | |
|---|---|---|
| 👤 | **Cacciapalle, Joseph** | **2021-01-28** |

| Our Designations | 00:11:09 |
|---|---|
| **TOTAL RUN TIME** | **00:11:09** |

📄 Documents linked to video:
PX346



**ID: CJ_01**

## CJ_01 - Cacciapalle, Joseph 20221017_1105

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 5:04 - 5:11 | **Cacciapalle, Joseph 2021-01-28** | 00:00:35 | CJ_01.1 |
| | 5:04    THE VIDEOGRAPHER:  Good morning.  We're going | | |
| | 5:05    on the record at 9:30 a.m. on January 28, 2021.  This | | |
| | 5:06    is media unit one of the remote recorded deposition of | | |
| | 5:07    Mr. Joseph Cacciapalle in the matter of in re Fannie | | |
| | 5:08    Mae, Freddie Mac Senior Preferred Stock Purchase | | |
| | 5:09    Agreement, Class Action Litigation, filed in the | | |
| | 5:10    United States District Court, District of Columbia, | | |
| | 5:11    Case No. 13-MC-1288 RCO. | | |
| 9:04 - 9:07 | **Cacciapalle, Joseph 2021-01-28** | 00:00:11 | CJ_01.2 |
| | 9:04   Q.  Please state your full name and address for | | |
| | 9:05      the record. | | |
| | 9:06   A.  Joseph Cacciapalle.  100 Glenbrook Road, | | |
| | 9:07      Freehold Township, New Jersey. | | |
| 9:08 - 9:16 | **Cacciapalle, Joseph 2021-01-28** | 00:00:34 | CJ_01.3 |
| | 9:08   Q.  Mr. Cacciapalle, give me a background of your | | |
| | 9:09      education after high school, please. | | |
| | 9:10   A.  I attended Lawrence Tech for one year, and | | |
| | 9:11      after that I started working for Merrill Lynch.  And I | | |
| | 9:12      went to night school, Allen Park Junior College for a | | |
| | 9:13      while.  Years later I came to New York, and I went to | | |
| | 9:14      Pace University, a couple of courses through Merrill | | |
| | 9:15      Lynch.  All together I may have two years' worth of | | |
| | 9:16      college credits. | | |
| 10:13 - 11:20 | **Cacciapalle, Joseph 2021-01-28** | 00:02:17 | CJ_01.4 |
| | 10:13   Q.  Walk me through your professional career | | |
| | 10:14      please, again, after high school, what jobs you've | | |
| | 10:15      had. | | |
| | 10:16   A.  Let's see.  After high school I probably -- I | | |
| | 10:17      worked in a couple of supermarkets, stock boy or | | |
| | 10:18      something like that.  I went to work for Merrill Lynch | | |
| | 10:19      in 1961.  I stayed there for about five years.  I got | | |
| | 10:20      accepted into a training program.  I came to New York. | | |
| | 10:21      I think it was '66.  I was dropped out of the program | | |
| | 10:22      to be assigned immediately to Grand Rapids, Michigan. | | |
| | 11:01      I spent a couple years in Grand Rapids. | | |
| | 11:02      I left there in, I think, 1968.  Transferred | | |
| | 11:03      to New York to assist in a training department.  I | | |
| | 11:04      spent a couple years working in training.  Then I | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 11:05 | transferred over. I had the -- we had a group called | | |
| | 11:06 | the operations service handlers. Basically they went | | |
| | 11:07 | around to all the offices and audited them to see -- | | |
| | 11:08 | to make sure they were doing things properly. | | |
| | 11:09 | After that, I was assigned to Rockefeller | | |
| | 11:10 | Center office. I was in Rockefeller Center for about | | |
| | 11:11 | five years. After that I think I worked on a couple | | |
| | 11:12 | projects in the home office. One was -- Merrill Lynch | | |
| | 11:13 | was considering -- they were toying with the idea of | | |
| | 11:14 | maybe having a discount brokerage firm, and I was | | |
| | 11:15 | involved with helping to create that. It never went | | |
| | 11:16 | anywhere. It was started, but it never went anywhere. | | |
| | 11:17 | I believe after that I went to -- I think I | | |
| | 11:18 | transferred to the marketing division. And basically | | |
| | 11:19 | that's where I wound up for the rest of my career with | | |
| | 11:20 | getting involved with operational matters. | | |
| 12:01 - 12:08 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:24 | CJ_01.5 |
| | 12:01 | Q. Okay. Thank you, sir. Did you spend your | | |
| | 12:02 | entire career at Merrill Lynch? | | |
| | 12:03 | A. Yes. | | |
| | 12:04 | Q. When did you leave Merrill Lynch? | | |
| | 12:05 | A. I can't remember. I think it was October of | | |
| | 12:06 | 2000. They were downsizing and moving people to | | |
| | 12:07 | different parts of the country. I was one of the | | |
| | 12:08 | people that was downsized. | | |
| 12:18 - 13:02 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:25 | CJ_01.6 |
| | 12:18 | Q. Okay. Let me just go back and make sure I | | |
| | 12:19 | follow this. So in 1961 you started at Merrill Lynch. | | |
| | 12:20 | What type of job was that? | | |
| | 12:21 | A. Well, probably the lowest thing you could | | |
| | 12:22 | become. I was a runner. In the old days you had | | |
| | 13:01 | ticker tapes. I took care of the ticker tape. | | |
| | 13:02 | Duplication. Take care of -- stuff like that. | | |
| 31:03 - 31:14 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:50 | CJ_01.7 |
| | 31:03 | Q. Describe for me, just generally, your | | |
| | 31:04 | investment activities and broadly. I know you -- | | |
| | 31:05 | obviously you bought some Fannie Mae and Freddie Mac | | |
| | 31:06 | securities, but more broadly, what are your investment | | |
| | 31:07 | activities? | | |
| | 31:08 | A. I'm not a trader. I tend to buy something. | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 31:09 | | I'm a holder. I'm not in and out on stocks or bonds | | |
| | 31:10 | | or anything like that. When I bought the Freddie and | | |
| | 31:11 | | Fannie, I believe what made me look at them was I had | | |
| | 31:12 | | some bonds maturing and I wanted to replace them with | | |
| | 31:13 | | something that was -- that was paying dividends or | | |
| | 31:14 | | interest. | | |
| 31:15 - 31:16 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:08 | CJ_01.8 |
| | 31:15 | Q. | Do you work with a broker? | | |
| | 31:16 | A. | I did at -- yes, I do. I do, yes. | | |
| 34:03 - 34:11 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:44 | CJ_01.9 |
| | 34:03 | Q. | What are the sources that you rely upon | | |
| | 34:04 | | generally when making a decision about an investment? | | |
| | 34:05 | A. | I might get an idea just by something in a | | |
| | 34:06 | | newspaper or something on television. I tend to use | | |
| | 34:07 | | Morningstar a lot because most of my investments are | | |
| | 34:08 | | going to be in mutual funds. I have a few stocks, but | | |
| | 34:09 | | like I said, I don't necessarily go looking for stuff. | | |
| | 34:10 | | I maybe see something and I do a little checking in | | |
| | 34:11 | | and then I decide not to or I will, I will or I won't. | | |
| 38:20 - 39:09 🔗 PX346.1 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:58 | CJ_01.10 |
| | 38:20 | Q. | Mr. Cacciapalle, can you just, for | | |
| | 38:21 | | the record, identify what this document is? | | |
| | 38:22 | A. | These are copies of my trade confirmation | | |
| | 39:01 | | when I purchased the preferred shares. | | |
| | 39:02 | Q. | And just to confirm, these represent your | | |
| | 39:03 | | only trades, purchases or sales or anything in | | |
| | 39:04 | | securities issued by Fannie Mae and Freddie Mac? | | |
| | 39:05 | A. | Yes. | | |
| | 39:06 | Q. | Okay. Let's walk through each of these | | |
| | 39:07 | | transactions, please. We'll start on the first page. | | |
| | 39:08 | | Can you tell me -- am I right, this is a purchase of a | | |
| | 39:09 | | Fannie Mae preferred securities[?] | | |
| 39:11 - 39:13 🔗 PX346.1.2 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:05 | CJ_01.24 |
| | 39:11 | A. | Yes. | | |
| | 39:12 | Q. | Series S? | | |
| | 39:13 | A. | Right. | | |
| 48:08 - 48:11 🔗 PX346.2 | **Cacciapalle, Joseph 2021-01-28** | | | 00:00:14 | CJ_01.11 |
| | 48:08 | Q. | Let's turn to the next page of the | | |
| | 48:09 | | exhibit, the page Bates stamped 002. It looks like, | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 🔗 PX346.2.1 | 48:10 | am I right, this is a purchase of Freddie Mac | | |
| | 48:11 | securities preferred stock? | | |
| 48:12 - 48:12 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:01 | CJ_01.12 |
| | 48:12 | A.  Yeah.  Okay. | | |
| 48:19 - 49:02 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:08 | CJ_01.13 |
| | 48:19 | Q.  Okay.  Was this the first time you had | | |
| | 48:20 | purchased preferred stock? | | |
| | 48:21 | A.  Yes. | | |
| | 48:22 | Q.  And have you since purchased any preferred | | |
| | 49:01 | stock? | | |
| | 49:02 | A.  No. | | |
| 50:03 - 50:03 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:02 | CJ_01.14 |
| 🔗 PX346.3 | 50:03 | Q.  The next page is a purchase | | |
| 50:04 - 50:05 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:07 | CJ_01.15 |
| 🔗 PX346.3.2 | 50:04 | of Fannie Mae preferred stock? | | |
| | 50:05 | A.  Right. | | |
| 44:10 - 44:14 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:16 | CJ_01.16 |
| ❌ Clear | 44:10 | Q.  Okay.  Did you read up on the conservator and | | |
| | 44:11 | what the conservator's practices were intended to be | | |
| | 44:12 | and the appointment of the conservator and the like? | | |
| | 44:13 | Did you read up on that at the time? | | |
| | 44:14 | A.  I don't think so, no. | | |
| 53:20 - 54:05 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:30 | CJ_01.17 |
| | 53:20 | Q.  And what was your reaction to the | | |
| | 53:21 | conservator? | | |
| | 53:22 | A.  Well, I just -- it sounded like it was | | |
| | 54:01 | probably a necessary thing to do, if for no other | | |
| | 54:02 | reason than to keep the public and keep the nation, | | |
| | 54:03 | keep everybody kind of, you know, mellow them down a | | |
| | 54:04 | little bit.  I don't think probably in the beginning I | | |
| | 54:05 | had any problem with it. | | |
| 54:21 - 55:05 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:26 | CJ_01.18 |
| | 54:21 | Do you recall, in September 2008 when the | | |
| | 54:22 | conservator was appointed, making any efforts to | | |
| | 55:01 | understand how the conservator intended to operate the | | |
| | 55:02 | enterprises going forward? | | |
| | 55:03 | A.  No.  I didn't really go very deep into it.  I | | |
| | 55:04 | just understood that the conservator was basically | | |

## CJ_01 - Cacciapalle, Joseph 20221017_1105

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 55:05 | going to take charge of management. | | |
| 58:15 - 58:17 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:10 | CJ_01.19 |
| | 58:15 | Q. Did you make a point of reading press | | |
| | 58:16 | coverage of the conservatorships? | | |
| | 58:17 | A. Not really, no. | | |
| 47:05 - 47:11 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:34 | CJ_01.20 |
| | 47:05 | Q. Do you know anything about the terms | | |
| | 47:06 | governing Treasury's purchase of preferred stock in | | |
| | 47:07 | the enterprises? | | |
| | 47:08 | A. They gave them the money.  They gave them | | |
| | 47:09 | stock.  I believe -- as they needed more money, the | | |
| | 47:10 | Treasury was going to give it to them to keep them | | |
| | 47:11 | solvent.  That's about it. | | |
| 47:12 - 48:07 | **Cacciapalle, Joseph 2021-01-28** | | 00:01:03 | CJ_01.21 |
| | 47:12 | Q. Okay.  How did you develop that | | |
| | 47:13 | understanding? | | |
| | 47:14 | A. Probably from some of the material Kessler | | |
| | 47:15 | sent me, but that was -- at the time -- that's about | | |
| | 47:16 | it.  I really don't recall how I got into them, you | | |
| | 47:17 | know, studying all this.  I didn't get into a lot of | | |
| | 47:18 | detail about this stuff. | | |
| | 47:19 | Q. Okay.  And so is it fair to say that much of | | |
| | 47:20 | what you learned was either after the lawsuit was | | |
| | 47:21 | filed or in contemplation of joining the lawsuit; is | | |
| | 47:22 | that right? | | |
| | 48:01 | A. Yes. | | |
| | 48:02 | Q. And before the lawsuit you were not following | | |
| | 48:03 | closely what was happening with the enterprises or its | | |
| | 48:04 | financial arrangements with Treasury; is that correct? | | |
| | 48:05 | A. No.  I wasn't following up on the detail.  I | | |
| | 48:06 | was just trying to find somebody who understood that | | |
| | 48:07 | there was a problem. | | |
| 58:19 - 58:22 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:14 | CJ_01.22 |
| | 58:19 | You did not read the | | |
| | 58:20 | preferred -- Senior Preferred Stock Agreement between | | |
| | 58:21 | Treasury and FHFA and the enterprises; correct? | | |
| | 58:22 | A. No, I never did.  No. | | |
| 92:11 - 92:14 | **Cacciapalle, Joseph 2021-01-28** | | 00:00:14 | CJ_01.23 |
| | 92:11 | Q. Mr. Cacciapalle, do you believe that you have | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 92:12    been harmed by the third amendment to the Senior | | |
| | 92:13    Preferred Stock Purchase Agreement? | | |
| | 92:14    A.  Yes, I do. | | |

| | | |
|---|---|---|
| Our Designations | 00:11:09 | |
| **TOTAL RUN TIME** | **00:11:09** | |

Documents linked to video:
PX346