# *Exhibit D*

# Donald Layton Designations

Designation List Report



**Layton, Donald**                                        **2021-01-07**

| | |
|---|---|
| Our  Designations | 00:49:40 |
| **TOTAL RUN TIME** | **00:49:40** |



**ID: DL1**

**DL1 - Donald Layton Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:17 - 13:01 | **Layton, Donald 2021-01-07** | 00:01:36 | DL1.1 |

| | | |
|---|---|---|
| 11:17 | Q. | And let me start just by |
| 11:18 | | asking you to describe a little bit of |
| 11:19 | | your professional background leading up |
| 11:20 | | to the time that you joined Freddie Mac. |
| 11:21 | A. | At the time I joined Freddie |
| 11:22 | | Mac, I had been in banking and finance |
| 12:01 | | for a long time.  The bulk of my career |
| 12:02 | | was almost 30 years at the bank, the |
| 12:03 | | banks that became J.P. Morgan Chase |
| 12:04 | | through all the mergers. |
| 12:05 | | I then retired for a while.  I |
| 12:06 | | then went back to work as chairman and |
| 12:07 | | then CEO of E*Trade for several years. |
| 12:08 | | Retired from that at the end of 2009 and |
| 12:09 | | was doing board work when I then became |
| 12:10 | | CEO of Freddie Mac. |
| 12:11 | Q. | And what were the circumstances |
| 12:12 | | under which you became the CEO?  Did |
| 12:13 | | someone approach you about the job or did |
| 12:14 | | you apply for it?  How did it happen? |
| 12:15 | A. | I was already friendly with the |
| 12:16 | | person who is the non-executive chair of |
| 12:17 | | the board who originally approached me in |
| 12:18 | | the traditional recruiting style.  Asked |
| 12:19 | | me if I knew anyone who might be |
| 12:20 | | interested in the job.  And then later |
| 12:21 | | came to me and said would I be interested |
| 12:22 | | in the job, but then handed me over to an |
| 13:01 | | executive search firm hired by the board. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 33:19 - 38:21 | **Layton, Donald 2021-01-07** | 00:05:11 | DL1.2 |

| | | |
|---|---|---|
| 33:19 | Q. | Let me ask you a few other kind |
| 33:20 | | of general questions about Freddie Mac's |
| 33:21 | | business model, if I could. |
| 33:22 | A. | Sure. |
| 34:01 | Q. | One feature of what Freddie |
| 34:02 | | does is it maintains this retained |
| 34:03 | | mortgage portfolio, do I have that right? |
| 34:04 | A. | Well, it's usually called |
| 34:05 | | retained portfolio, retained investment |

**DL1 - Donald Layton Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 34:06    portfolio, but I know what you mean, yes. | | |
| | 34:07  Q.  And what is that, the retained | | |
| | 34:08    investment portfolio? | | |
| | 34:09  A.  On the balance sheet of Freddie | | |
| | 34:10    Mac, on the asset side, the vast majority | | |
| | 34:11    of the assets are mortgages, are the | | |
| | 34:12    ownership of mortgage loans which are | | |
| | 34:13    then securitized through pass through | | |
| | 34:14    MBS.  However, there is a small portion, | | |
| | 34:15    small when I got there, not necessarily | | |
| | 34:16    historically, of just assets owned and | | |
| | 34:17    funded by via unsecured debt.  And most | | |
| | 34:18    of those are in the category called the | | |
| | 34:19    retained investment portfolio, which is, | | |
| | 34:20    in fact, the investment in | | |
| | 34:21    mortgage-related assets as opposed to | | |
| | 34:22    non-mortgage-related assets.  It was | | |
| | 35:01    historically a mostly discretionary | | |
| | 35:02    additional investment activity. | | |
| | 35:03    MS. RODRIGUEZ:  Brian, can we | | |
| | 35:04    take down the document? | | |
| | 35:05    MR. BARNES:  Sure.  That would | | |
| | 35:06    be fine. | | |
| | 35:07    MS. RODRIGUEZ:  Okay.  Thanks. | | |
| | 35:08  Q.  And how did the size of the | | |
| | 35:09    retained mortgage portfolio or investment | | |
| | 35:10    portfolio change over time? | | |
| | 35:11  A.  The PSPA at its origin back in | | |
| | 35:12    the rescue of the company, or putting the | | |
| | 35:13    company in conservatorship and the PSPA | | |
| | 35:14    being put in, had a clause requiring the | | |
| | 35:15    shrinkage of the retained investment | | |
| | 35:16    portfolio over time. | | |
| | 35:17  Q.  And did the rate at which | | |
| | 35:18    Freddie was required to reduce the size | | |
| | 35:19    of its portfolio change? | | |
| | 35:20  A.  Yes, it changed -- to my | | |
| | 35:21    recollection, the only time it changed is | | |
| | 35:22    the Third Amendment, it was slightly | | |
| | 36:01    speeded up, although it was much smaller | | |
| | 36:02    at the time. | | |

**DL1 - Donald Layton Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 36:03   Q.   And did that change have any | | |
| | 36:04         practical effect on the rate at which | | |
| | 36:05         Freddie was reducing the size of its | | |
| | 36:06         portfolio? | | |
| | 36:07   A.   Well, obviously the limit was | | |
| | 36:08         decreasing faster, but the numbers were | | |
| | 36:09         not that large at that point.  I want to | | |
| | 36:10         distinguish in your question, the | | |
| | 36:11         requirements were in percentage terms as | | |
| | 36:12         opposed to dollar terms.  So by the time | | |
| | 36:13         2012 and '13 -- '13 and '14 were around, | | |
| | 36:14         it was a smaller denominator applied to | | |
| | 36:15         it. | | |
| | 36:16   Q.   And you mentioned that the | | |
| | 36:17         portfolio historically was used for some | | |
| | 36:18         discretionary investment activities. | | |
| | 36:19   A.   Uh-huh. | | |
| | 36:20   Q.   Is it also used in connection | | |
| | 36:21         with Freddie's business guaranteeing the | | |
| | 36:22         mortgages that it securitizes? | | |
| | 37:01   A.   Yes, there is the amount of the | | |
| | 37:02         retained investment portfolio which is | | |
| | 37:03         directly related and needed to do its | | |
| | 37:04         guarantee business. | | |
| | 37:05   Q.   And can you give me a rough | | |
| | 37:06         sense for the magnitude of that part of | | |
| | 37:07         the portfolio? | | |
| | 37:08   A.   Actually, that can vary quite a | | |
| | 37:09         bit cyclically, since one of the | | |
| | 37:10         components would be mortgages purchased | | |
| | 37:11         out of MBS securities upon default, which | | |
| | 37:12         is the most common alternative of what | | |
| | 37:13         happens when there is default.  And that | | |
| | 37:14         would go through retained portfolio. | | |
| | 37:15         That is obviously cyclical with the | | |
| | 37:16         economy and quality of mortgages, so it | | |
| | 37:17         can go up and down a lot. | | |
| | 37:18         I will note that the PSPA left | | |
| | 37:19         a $250 billion minimum at the time for it | | |
| | 37:20         to accommodate all of those kinds of | | |
| | 37:21         things. | | |

**DL1 - Donald Layton Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 37:22   Q.   As a practical matter, would it | | |
| | 38:01         be feasible to reduce that portfolio | | |
| | 38:02         beyond that $250 billion minimum? | | |
| | 38:03   A.   The answer is yes, especially | | |
| | 38:04         at certain points in the cycle.  And the | | |
| | 38:05         FHFA as conservator at some point later | | |
| | 38:06         did actually give us direction to have a | | |
| | 38:07         lower limit than required by the PSPA. | | |
| | 38:08   Q.   Do you recall what that lower | | |
| | 38:09         limit was? | | |
| | 38:10   A.   I think it was 225 -- I believe | | |
| | 38:11         it was 225 billion to start with.  It may | | |
| | 38:12         have been lowered again afterwards, I | | |
| | 38:13         don't recall. | | |
| | 38:14   Q.   Got it.  So if someone said, | | |
| | 38:15         well, I want Freddie to have zero in its | | |
| | 38:16         retained investment portfolio, that | | |
| | 38:17         wouldn't be feasible, would it?  You | | |
| | 38:18         would have to have at least some -- | | |
| | 38:19   A.   You cannot do the guarantee | | |
| | 38:20         business as it was currently constituted | | |
| | 38:21         to zero. | | |
| 38:22 - 42:15 | **Layton, Donald 2021-01-07** | 00:04:00 | DL1.3 |
| | 38:22   Q.   I wanted to ask you also about | | |
| | 39:01         the guarantee business.  Can you just, I | | |
| | 39:02         guess, explain what you mean by that? | | |
| | 39:03   A.   The phrase "guarantee business" | | |
| | 39:04         is a shorthand for the core function of | | |
| | 39:05         the company in terms of its role in the | | |
| | 39:06         housing finance markets.  I am going to | | |
| | 39:07         refer to the single-family business to | | |
| | 39:08         appoint the complexity of the smaller | | |
| | 39:09         multifamily, which doesn't operate in the | | |
| | 39:10         exact same way. | | |
| | 39:11         The core function is to | | |
| | 39:12         purchase mortgage loans from primary | | |
| | 39:13         market lenders and then issue | | |
| | 39:14         mortgage-backed securities against pools, | | |
| | 39:15         meaning an aggregation of many individual | | |
| | 39:16         loans that are structured on what are | | |

## DL1 - Donald Layton Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 39:17 called pass-throughs.  That is the | | |
| | 39:18 principal and interest and payments or, | | |
| | 39:19 repayments upon, say, sale of a home, all | | |
| | 39:20 of the cash flows that came from the | | |
| | 39:21 mortgage to the servicer, that was sent | | |
| | 39:22 from the servicer to us.  And we would | | |
| | 40:01 then put those in, package these properly | | |
| | 40:02 to which mortgage-backed security they | | |
| | 40:03 were related and send the monies on to | | |
| | 40:04 the mortgage-backed security investors | | |
| | 40:05 minus a guarantee fee, which we kept for | | |
| | 40:06 our account. | | |
| | 40:07 And because the core premise of | | |
| | 40:08 the business model was that those | | |
| | 40:09 investors only wished to take interest | | |
| | 40:10 rate risk, not credit risk, that we would | | |
| | 40:11 guarantee the credit at all aspects of | | |
| | 40:12 credit that might impact them so that | | |
| | 40:13 they can see a virtually no credit risk | | |
| | 40:14 instrument, which is what they wanted and | | |
| | 40:15 which is necessary for the operation of | | |
| | 40:16 the market, since the interest rate risk | | |
| | 40:17 is quite complex, and that's what | | |
| | 40:18 investors are investing in. | | |
| | 40:19 For this business model to | | |
| | 40:20 work, the guarantee by the GSE or Freddie | | |
| | 40:21 Mac in this case, has to be perceived as | | |
| | 40:22 not having any material counterparty | | |
| | 41:01 risk, that is the credit quality of | | |
| | 41:02 Freddie Mac might be in question. | | |
| | 41:03 Because then our guarantee would not, | | |
| | 41:04 would leave credit risk on Freddie Mac | | |
| | 41:05 with the investor.  And so the business | | |
| | 41:06 models always had directly or indirectly | | |
| | 41:07 Government support to that guarantee. | | |
| | 41:08 Q.  And you mentioned a guarantee | | |
| | 41:09 fee.  Is that the principal way in which | | |
| | 41:10 Freddie is compensated for the | | |
| | 41:11 securitization process you just | | |
| | 41:12 described? | | |
| | 41:13 A.  Yes. | | |

**DL1 - Donald Layton Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 41:14   Q.   And how did the guarantee fees | | |
| | 41:15         that Freddie charges change over time | | |
| | 41:16         during your tenure as CEO at Freddie? | | |
| | 41:17   A.   The guarantee fee during my | | |
| | 41:18         time was mainly controlled by the FHFA, | | |
| | 41:19         which had certain policies under Ed | | |
| | 41:20         DeMarco as acting director and different | | |
| | 41:21         policies under Mel Watt as director after | | |
| | 41:22         him.  So the fees were ordered to be | | |
| | 42:01         increased. | | |
| | 42:02         I want to stop and say I will | | |
| | 42:03         talk about the fees just like they are | | |
| | 42:04         the same for everyone, but they're not. | | |
| | 42:05         Within a total and an average level, | | |
| | 42:06         there is risk adjustment for the quality | | |
| | 42:07         of the loans being purchased, for | | |
| | 42:08         example.  And much of that risk | | |
| | 42:09         adjustment is also controlled by the | | |
| | 42:10         FHFA.  Although we had some modest room | | |
| | 42:11         in terms of competitiveness for certain | | |
| | 42:12         lenders and such. | | |
| | 42:13         So it's largely controlled by | | |
| | 42:14         the FHFA with a little bit of variation | | |
| | 42:15         under the control of the Freddie Mac. | | |
| 49:04 - 50:15 | **Layton, Donald 2021-01-07** | 00:01:32 | DL1.4 |
| | 49:04   Q.   And I think I've seen somewhere | | |
| | 49:05         you wrote about, maybe a mote around the | | |
| | 49:06         business models of Fannie and Freddie, | | |
| | 49:07         does that sound familiar? | | |
| | 49:08   A.   Yes, that's a different topic | | |
| | 49:09         than what we were just talking about, | | |
| | 49:10         however. | | |
| | 49:11   Q.   And tell me about the mote. | | |
| | 49:12   A.   There is confusion I find on | | |
| | 49:13         many people's parts, either intentional | | |
| | 49:14         or otherwise, that Fannie and Freddie are | | |
| | 49:15         just normal securitizers participating in | | |
| | 49:16         the market as if they had no Government | | |
| | 49:17         advantages.  That is not true.  They are | | |
| | 49:18         stockholder-owned companies with charters | | |

**DL1 - Donald Layton Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 49:19    from Congress giving them a public | | |
| | 49:20    mission, giving them advantages and | | |
| | 49:21    giving them restrictions.  Therefore, | | |
| | 49:22    they are economically advantaged versus | | |
| | 50:01    normal private market competitors. | | |
| | 50:02    That was the public policy to | | |
| | 50:03    help the broad middle class get better | | |
| | 50:04    access to the classic 30-year fixed rate | | |
| | 50:05    mortgage, which is not something that is | | |
| | 50:06    automatic.  And that provided a mote | | |
| | 50:07    against the private sector, which had no | | |
| | 50:08    similar Government type support. | | |
| | 50:09    I will note that the Government | | |
| | 50:10    support to Fannie and Freddie is | | |
| | 50:11    therefore greater than the more | | |
| | 50:12    traditional private sector competitors. | | |
| | 50:13    It is however less Government support | | |
| | 50:14    than given to FHA and the VA in their | | |
| | 50:15    mortgage activities. | | |
| 50:16 - 51:02 | **Layton, Donald 2021-01-07** | 00:00:26 | DL1.5 |
| | 50:16   Q.  And so does the mote have any | | |
| | 50:17    effect on the ability of competitors to | | |
| | 50:18    mortgage securitization business? | | |
| | 50:19   A.  Yes. | | |
| | 50:20   Q.  Was it realistic for | | |
| | 50:21    Mr. DeMarco to think that by increasing | | |
| | 50:22    guarantee fees, he could induce | | |
| | 51:01    competitors to come into the mortgage | | |
| | 51:02    securitization business? | | |
| 51:05 - 51:19 | **Layton, Donald 2021-01-07** | 00:00:34 | DL1.6 |
| | 51:05   A.  I think the history since | | |
| | 51:06    indicates he was. | | |
| | 51:07   Q.  He was being realistic? | | |
| | 51:08   A.  He was being unrealistic.  The | | |
| | 51:09    history is he was being unrealistic. | | |
| | 51:10   Q.  Got it. | | |
| | 51:11   A.  That is definitely 20/20 | | |
| | 51:12    hindsight on my part in saying that.  But | | |
| | 51:13    it is shown that it was not realistic. | | |
| | 51:14   Q.  But the features of the mote | | |

## DL1 - Donald Layton Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 51:15    that you just talked about, those were | | |
| | 51:16    publicly known facts in 2012, isn't that | | |
| | 51:17    right? | | |
| | 51:18    A.   Those have been publicly known | | |
| | 51:19    facts for decades. | | |
| 56:16 - 56:20 | **Layton, Donald 2021-01-07** | 00:00:16 | DL1.7 |
| | 56:16    Q.   And to what extent, if any, in | | |
| | 56:17    carrying out these goals did you expect | | |
| | 56:18    that executing on them would reduce the | | |
| | 56:19    long-term comprehensive income of Freddie | | |
| | 56:20    Mac? | | |
| 57:01 - 57:06 | **Layton, Donald 2021-01-07** | 00:00:21 | DL1.8 |
| | 57:01    A.   Reducing the long-term | | |
| | 57:02    comprehensive income of Freddie Mac would | | |
| | 57:03    clearly happen via risk sharing | | |
| | 57:04    transactions, the third item.  That is | | |
| | 57:05    the only one that would clearly lead to | | |
| | 57:06    that impact. | | |
| 93:11 - 93:14 | **Layton, Donald 2021-01-07** | 00:00:07 | DL1.9 |
| | 93:11    Q.   Did you regard the periodic | | |
| | 93:12    commitment fee as potentially a large sum | | |
| | 93:13    that Freddie would be required to pay | | |
| | 93:14    Treasury? | | |
| 93:17 - 94:01 | **Layton, Donald 2021-01-07** | 00:00:18 | DL1.10 |
| | 93:17    A.   During conservatorship I | | |
| | 93:18    regarded it as nonexistent.  It had never | | |
| | 93:19    been charged.  No one ever talked about | | |
| | 93:20    it.  No one ever talked about a level. | | |
| | 93:21    For a possible future state after | | |
| | 93:22    conservatorship would end, yes, that | | |
| | 94:01    could be a significant number. | | |
| 102:12 - 102:14 | **Layton, Donald 2021-01-07** | 00:00:08 | DL1.11 |
| | 102:12   Q.   Got it.  Okay.  I am going to | | |
| | 102:13    introduce another exhibit, if I could. | | |
| | 102:14    Give me just a moment. | | |
| 102:15 - 106:15 | **Layton, Donald 2021-01-07** | 00:03:54 | DL1.12 |
| | 102:15    MR. BARNES:  So this will be | | |
| | 102:16    Exhibit 7.  It's also | | |
| | 102:17    FHFA_DDC_0327450. | | |

DL1 - Donald Layton Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

102:18  Q.  And as always, you're welcome
102:19      to look at any part of this document that
102:20      you'd like.  I'm really interested in the
102:21      first page.
102:22      (Exhibit 7, Document Bates
103:01      stamped FHFA_DDC_0327450, was so
103:02      marked for identification, as of this
103:03      date.)
103:04  A.  I have never seen this document
103:05      before.
103:06  Q.  Okay.  And what it at least
103:07      purports to be is a summary of some
103:08      meetings that Mr. DeMarco had, and in
103:09      particular I guess the date on the
103:10      document is July 18th, 2012.  And the
103:11      second set of bullets, it says at the top
103:12      "Ed recapped his meeting with Don Layton
103:13      earlier in the day."
103:14  A.  Excuse me.  Can you give me a
103:15      date for this document?
103:16  Q.  Yeah, I'm sorry, July 18, 2012.
103:17  A.  Okay.
103:18  Q.  And I guess I will start by
103:19      just asking, how frequently were you
103:20      meeting with Mr. DeMarco in the summer of
103:21      2012?
103:22  A.  Actually, through Ed's entire
104:01      tenure, I met with him generally once a
104:02      week.
104:03  Q.  Got it.  And what kinds of
104:04      things would you discuss with him during
104:05      those weekly meetings?
104:06  A.  Everything about Freddie Mac.
104:07      As conservator, he had a view over the
104:08      entire company.
104:09  Q.  Got it.  And one of the
104:10      bullets, I guess it's the fourth bullet
104:11      down in this kind of middle section, it
104:12      says "He," and I think that's referring
104:13      to you.
104:14  A.  Right.

**DL1 - Donald Layton Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 104:15  Q.  "Believes they are seeing real | | |
| | 104:16      evidence of a house price turnaround." | | |
| | 104:17      Do you see that? | | |
| | 104:18  A.  Yup. | | |
| | 104:19  Q.  Were you seeing, in July of | | |
| | 104:20      2012, real evidence of a house price | | |
| | 104:21      turnaround? | | |
| | 104:22  A.  Yes. | | |
| | 105:01  Q.  And what was that evidence? | | |
| | 105:02  A.  There are several national | | |
| | 105:03      indexes of house prices, one of which is | | |
| | 105:04      actually constructed by Freddie Mac | | |
| | 105:05      itself.  And they all bottomed -- some | | |
| | 105:06      are urban areas only, some are a broader. | | |
| | 105:07      Freddie Mac index, for example, only does | | |
| | 105:08      transactions -- is related to | | |
| | 105:09      transactions that Freddie does, which of | | |
| | 105:10      course does not include very large | | |
| | 105:11      houses, very expensive houses.  And all | | |
| | 105:12      of these showed bottoming out somewhere | | |
| | 105:13      between the middle of 2011 and into early | | |
| | 105:14      2012, which means by the time you see the | | |
| | 105:15      data, it is in this kind of time frame of | | |
| | 105:16      this comment, and it seemed to be | | |
| | 105:17      starting.  It's nothing more than | | |
| | 105:18      extrapolating the available data, which | | |
| | 105:19      we would see. | | |
| | 105:20  Q.  And what were the implications | | |
| | 105:21      for Freddie's comprehensive income going | | |
| | 105:22      forward of a significant turnaround in | | |
| | 106:01      house prices? | | |
| | 106:02  A.  I don't see the word | | |
| | 106:03      "significant," so that's you adding. | | |
| | 106:04  Q.  What were the implications for | | |
| | 106:05      Freddie's comprehensive income for a | | |
| | 106:06      house price turnaround? | | |
| | 106:07  A.  The biggest implication is that | | |
| | 106:08      future provisions for loan losses would | | |
| | 106:09      go down or turn negative possibly. | | |
| | 106:10  Q.  And how would that affect | | |
| | 106:11      Freddie's overall comprehensive income? | | |

## DL1 - Donald Layton Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 106:12  A.  It would feed directly into | | |
| | 106:13      pre-tax income and then you would have | | |
| | 106:14      the after-tax impact on comprehensive | | |
| | 106:15      income. | | |
| 106:17 - 106:22 | **Layton, Donald 2021-01-07** | 00:00:16 | DL1.13 |
| | 106:17      MR. BARNES:  I am going to | | |
| | 106:18      introduce another document if I could. | | |
| | 106:19      (Exhibit 8, Document Bates | | |
| | 106:20      stamped FHLMC_00002301, was so marked | | |
| | 106:21      for identification, as of this | | |
| | 106:22      date.) | | |
| 107:01 - 107:04 | **Layton, Donald 2021-01-07** | 00:00:16 | DL1.14 |
| | 107:01      MR. BARNES:  So this will be | | |
| | 107:02      Exhibit 8, it's also FHLMC_00002301. | | |
| | 107:03  Q.  Mr. Layton, have you seen this | | |
| | 107:04      document before? | | |
| 107:14 - 109:01 | **Layton, Donald 2021-01-07** | 00:02:10 | DL1.15 |
| | 107:14  Q.  Welcome back, Mr. Layton.  If | | |
| | 107:15      we could, we will pull up Exhibit 8 again | | |
| | 107:16      for you, and is this an e-mail that you | | |
| | 107:17      received in the usual course of your | | |
| | 107:18      business? | | |
| | 107:19  A.  It appears so. | | |
| | 107:20  Q.  Okay.  And I am going to show | | |
| | 107:21      you a document that was attached to this | | |
| | 107:22      e-mail, if I could.  It should be in the | | |
| | 108:01      system as Exhibit 9.  It's also | | |
| | 108:02      FHLMC_00002331. | | |
| | 108:03      (Exhibit 9, Document Bates | | |
| | 108:04      stamped FHLMC_00002331, was so marked | | |
| | 108:05      for identification, as of this date.) | | |
| | 108:06      MR. BARNES:  And the title of | | |
| | 108:07      this document is 2012-2015 Corporate | | |
| | 108:08      Forecast/Senior Preferred Stock | | |
| | 108:09      Purchase Agreement - 3Q Update. | | |
| | 108:10  Q.  Mr. Layton, have you seen this | | |
| | 108:11      document before? | | |
| | 108:12  A.  Possibly.  I don't specifically | | |
| | 108:13      recall it. | | |
| | 108:14  Q.  And if we could, let's flip to | | |

### DL1 - Donald Layton Designations

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 108:15 | the second page.  There we go.  And it | | |
| | 108:16 | looks like this is a set of financial | | |
| | 108:17 | forecasts for Freddie Mac.  Does that | | |
| | 108:18 | appear to be correct? | | |
| | 108:19 A. | This appears to be a financial | | |
| | 108:20 | forecast using what is referred to here | | |
| | 108:21 | as a 2012 base case. | | |
| | 108:22 Q. | Okay.  Yeah.  And that's | | |
| | 109:01 | something I wanted to ask you about | | |
| 109:02 - 109:09 | **Layton, Donald 2021-01-07** | | 00:00:21 | DL1.16 |
| | 109:02 | actually.  In some of the documents I | | |
| | 109:03 | saw, it seemed like sometimes there would | | |
| | 109:04 | be different cases for projections.  A | | |
| | 109:05 | base case.  A stress case.  A better | | |
| | 109:06 | case.  A worst case.  Was it Freddie's | | |
| | 109:07 | general practice to sort of prepare | | |
| | 109:08 | projections for different possible | | |
| | 109:09 | futures? | | |
| 109:10 - 109:10 | **Layton, Donald 2021-01-07** | | 00:00:01 | DL1.17 |
| | 109:10 A. | Well, since -- | | |
| 109:13 - 112:06 | **Layton, Donald 2021-01-07** | | 00:02:51 | DL1.18 |
| | 109:13 A. | Since the future is | | |
| | 109:14 | fundamentally unknowable, any document | | |
| | 109:15 | doing forecasts has to make reference to | | |
| | 109:16 | either assumptions they are based on, | | |
| | 109:17 | which could be judged, or different | | |
| | 109:18 | versions to show different outcomes. | | |
| | 109:19 | Obviously you can't predict the future | | |
| | 109:20 | with certainty. | | |
| | 109:21 Q. | Right.  And what did Freddie | | |
| | 109:22 | generally use its financial projections | | |
| | 110:01 | for? | | |
| | 110:02 A. | Certain kinds of planning in | | |
| | 110:03 | the company.  I mean it's such a generic | | |
| | 110:04 | comment, I'm not sure how to answer that. | | |
| | 110:05 Q. | So making decisions for the | | |
| | 110:06 | company generally? | | |
| | 110:07 A. | Yes. | | |
| | 110:08 Q. | And can you walk me through | | |
| | 110:09 | sort of the process that Freddie used to | | |

**DL1 - Donald Layton Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 110:10    prepare financial projections? | | |
| | 110:11   A.   It was the responsibility of | | |
| | 110:12    the finance department to do.  They would | | |
| | 110:13    get input from the economics area and the | | |
| | 110:14    businesses as to -- and public data, like | | |
| | 110:15    the house price forecasts I referred to | | |
| | 110:16    earlier, which is all public data, to | | |
| | 110:17    work up various scenarios.  And would ask | | |
| | 110:18    the business finance people what things | | |
| | 110:19    would look like in their businesses under | | |
| | 110:20    those scenarios.  And would put the | | |
| | 110:21    numbers together and everyone understood | | |
| | 110:22    it was an approximation and it would not | | |
| | 111:01    be given more credence than that. | | |
| | 111:02   Q.   And what do you mean by it | | |
| | 111:03    would not be given more credence than | | |
| | 111:04    that? | | |
| | 111:05   A.   It's projecting the future. | | |
| | 111:06    You can't be -- point numbers always have | | |
| | 111:07    a standard deviation around them. | | |
| | 111:08   Q.   Yeah, and something I always | | |
| | 111:09    wondered about is I've looked at these | | |
| | 111:10    and other projections.  The tendency | | |
| | 111:11    seems to be to come up with a point | | |
| | 111:12    number rather than a range.  And I guess | | |
| | 111:13    I wonder why that is so. | | |
| | 111:14   A.   It's understood by the reader | | |
| | 111:15    that it's a range. | | |
| | 111:16   Q.   Yeah.  And do you recall how | | |
| | 111:17    far out into the future Freddie would | | |
| | 111:18    typically do financial projections? | | |
| | 111:19   A.   I think for different purposes, | | |
| | 111:20    they do different lengths.  The longest I | | |
| | 111:21    remember for some purposes much later | | |
| | 111:22    than 2012 probably would have been three | | |
| | 112:01    to five years, maybe.  Again, all the | | |
| | 112:02    readers would understand the further out | | |
| | 112:03    you get, the more uncertain it is. | | |
| | 112:04   Q.   And was it more typical for a | | |
| | 112:05    projection to go maybe three years out | | |
| | 112:06    and stop? | | |

## DL1 - Donald Layton Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 112:09 - 113:01 | **Layton, Donald 2021-01-07** | 00:00:42 | DL1.19 |

112:09   A.   I don't remember if it was more
112:10       typical.  Anything past three years would
112:11       be highly unusual for a specific purpose
112:12       only.
112:13   Q.   Got it.  And the longer five
112:14       year projection you mentioned, do you
112:15       happen to recall what that was prepared
112:16       for?
112:17   A.   I think that was much later
112:18       when some scenarios would be running
112:19       about what the company would need for
112:20       capital when it would be coming out of
112:21       conservatorship, since the time frame for
112:22       raising capital was very extended given
113:01       the amounts involved.

| | | | |
|---|---|---|---|
| 113:02 - 113:14 | **Layton, Donald 2021-01-07** | 00:00:46 | DL1.20 |

113:02   Q.   And if we could, let's
113:03       flip to the next page.  I'm sorry, one
113:04       more page after that.  Okay.  And I
113:05       wonder if you could help me just
113:06       interpret this page of the document.
113:07       There is a base/better case.  There is a
113:08       worst case.  There is a stress case.
113:09       What is the rationale for modeling all of
113:10       those different scenarios?
113:11   A.   Just as I said, the future is
113:12       unknowable.  You want to plan.  What you
113:13       might do in various scenarios, you have
113:14       to run the scenarios.

| | | | |
|---|---|---|---|
| 113:15 - 114:03 | **Layton, Donald 2021-01-07** | 00:00:36 | DL1.21 |

113:15   Q.   And what would be the
113:16       relationship between a base case and a
113:17       worst case or a better case?
113:18   A.   Finance used the judgment for a
113:19       modest up, a modest down and a big down.
113:20       It's not more -- it's judgemental and
113:21       it's not quantitative beyond that.
113:22   Q.   Got it.  And the base case, is
114:01       that going to be, I guess sort of the

### DL1 - Donald Layton Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 114:02   median outcome that you're modeling or | | |
| | 114:03   expecting? | | |
| 114:06 - 114:14 | **Layton, Donald 2021-01-07** | 00:00:18 | DL1.22 |
| | 114:06  A.  The theory is your base case | | |
| | 114:07   should be the one where the odds are | | |
| | 114:08   50 percent it would be worse than that, | | |
| | 114:09   50 percent it might be better than that. | | |
| | 114:10   But that is putting quantitativeness on | | |
| | 114:11   top of people's judgment past the point | | |
| | 114:12   where it makes sense.  So it's just a | | |
| | 114:13   judgment call.  What seems like a | | |
| | 114:14   reasonable future. | | |
| 117:17 - 118:02 | **Layton, Donald 2021-01-07** | 00:00:17 | DL1.23 |
| | 117:17  Q.  You're more concerned with the | | |
| | 117:18   downside than the median or upside? | | |
| | 117:19  A.  Yes.  You're concerned about | | |
| | 117:20   all of it, but the one that causes the | | |
| | 117:21   most problems is clearly the downside. | | |
| | 117:22  Q.  And why is that? | | |
| | 118:01  A.  Because that can threaten the | | |
| | 118:02   viability of a big company. | | |
| 146:08 - 147:01 | **Layton, Donald 2021-01-07** | 00:00:39 | DL1.24 |
| | 146:08  Q.  Let me ask the same | | |
| | 146:09   question I asked a moment ago with | | |
| | 146:10   respect to FHFA, this time with respect | | |
| | 146:11   to Treasury.  Before August 15th, 2012, | | |
| | 146:12   did anyone at Treasury ever tell you that | | |
| | 146:13   Treasury was committed to ensuring that | | |
| | 146:14   Freddie's shareholders other than | | |
| | 146:15   Treasury would not receive a return on | | |
| | 146:16   their investments? | | |
| | 146:17  A.  I don't ever remember anyone | | |
| | 146:18   saying whether they were committed.  I do | | |
| | 146:19   recall them saying their expectation was | | |
| | 146:20   that the company's fundamental | | |
| | 146:21   profitability would be inadequate to ever | | |
| | 146:22   repay back even the $72 billion | | |
| | 147:01   outstanding under the senior preferred. | | |
| 147:02 - 147:05 | **Layton, Donald 2021-01-07** | 00:00:04 | DL1.25 |

## DL1 - Donald Layton Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 147:02  Q.  They were wrong about that, | | DL1.25 |
| | 147:03       weren't they? | | |
| | 147:04  A.  They turned out to be wrong, | | |
| | 147:05       yes. | | |
| 147:06 - 148:15 | **Layton, Donald 2021-01-07** | 00:01:40 | DL1.26 |
| | 147:06  Q.  Did you share that expectation | | |
| | 147:07       in August of 2012? | | |
| | 147:08  A.  In reality it included so many | | |
| | 147:09       assumptions of the future, I don't think | | |
| | 147:10       you could really calculate it.  I believe | | |
| | 147:11       the Treasury's assumption was colored by | | |
| | 147:12       the overall policy of the Obama | | |
| | 147:13       Administration with respect to the GSEs, | | |
| | 147:14       which was to have a wind-down.  And in a | | |
| | 147:15       wind-down scenario, I can easily see the | | |
| | 147:16       numbers working out where you would not | | |
| | 147:17       repay the 70.  However, the wind-down | | |
| | 147:18       scenario was a policy never actually | | |
| | 147:19       fully acted upon or ever completed.  And | | |
| | 147:20       in fact never happened. | | |
| | 147:21  Q.  When the Obama Administration | | |
| | 147:22       talked about a wind-down, what did you | | |
| | 148:01       understand them to mean? | | |
| | 148:02  A.  A wind-down was somewhere | | |
| | 148:03       between the full runoff, putting the | | |
| | 148:04       companies into runoff at some point when | | |
| | 148:05       a replacement for them had somehow been | | |
| | 148:06       developed, which was to be left to | | |
| | 148:07       Congress to develop.  And in that rundown | | |
| | 148:08       of the assets and liabilities with no new | | |
| | 148:09       business, it is possible some of the | | |
| | 148:10       assets and liabilities might have been | | |
| | 148:11       transferred to a conceptual new kind of | | |
| | 148:12       provider of credit to the mortgage | | |
| | 148:13       system.  But it was all very hypothetical | | |
| | 148:14       and vague and general.  And as I said, it | | |
| | 148:15       never actually got done. | | |
| 149:08 - 149:18 | **Layton, Donald 2021-01-07** | 00:00:40 | DL1.27 |
| | 149:08       How did you first learn about | | |
| | 149:09       the Third Amendment? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 149:10  A.  Well, one possible answer, | | |
| | 149:11      depending on what you mean about learned | | |
| | 149:12      about, is when I walked into a room at | | |
| | 149:13      Treasury when we were given the amendment | | |
| | 149:14      and told about it, along with some other | | |
| | 149:15      things, in a big meeting down there.  So | | |
| | 149:16      that's the first time I learned that | | |
| | 149:17      there was an actual Third Amendment | | |
| | 149:18      existing or being worked on. | | |
| 149:19 - 150:19 | **Layton, Donald 2021-01-07** | 00:01:11 | DL1.28 |
| | 149:19  Q.  And it sounded like | | |
| | 149:20      depending on what I meant by learn about, | | |
| | 149:21      there might be a different answer; is | | |
| | 149:22      that right? | | |
| | 150:01  A.  Well, I had known from earlier | | |
| | 150:02      in the summer there was an issue to be | | |
| | 150:03      addressed that was concerning to the | | |
| | 150:04      markets, which was extremely important to | | |
| | 150:05      resolve.  And that issue is that the | | |
| | 150:06      PSPA -- the amount of the PSPA available | | |
| | 150:07      to the Freddie Mac in the summer of 2012 | | |
| | 150:08      was unlimited.  And by its terms was | | |
| | 150:09      going limited near year-end by a formula. | | |
| | 150:10      And that because of the expectation of | | |
| | 150:11      earnings of the company was that it would | | |
| | 150:12      from time to time, and maybe in a | | |
| | 150:13      downturn a lot have draws that it would | | |
| | 150:14      "use up the limited amount leaving it too | | |
| | 150:15      small amounts to maintain the market's | | |
| | 150:16      confidence that the Government was behind | | |
| | 150:17      our credit quality guarantee of the MBS." | | |
| | 150:18  Q.  How did that concern manifest | | |
| | 150:19      itself? | | |
| 150:22 - 153:19 | **Layton, Donald 2021-01-07** | 00:02:36 | DL1.29 |
| | 150:22  A.  Yeah, I'm not sure -- can you | | |
| | 151:01      ask that -- | | |
| | 151:02  Q.  How did you know that was a | | |
| | 151:03      concern of the markets? | | |
| | 151:04  A.  Relatively soon into my tenure | | |
| | 151:05      which started in late May of 2012, so I | | |

## DL1 - Donald Layton Designations

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 151:06 | am estimating sometime in June, I was | | |
| | 151:07 | asked to join an existing meeting with | | |
| | 151:08 | one of the -- that was going on with a | | |
| | 151:09 | delegation from one of the major mortgage | | |
| | 151:10 | securities dealers where that was why | | |
| | 151:11 | they were coming to tell us about their | | |
| | 151:12 | seeing this problem.  And that this was | | |
| | 151:13 | highly concerning to them, because it | | |
| | 151:14 | could lead to a real financeability | | |
| | 151:15 | issue, as well as losses to them, | | |
| | 151:16 | obviously. | | |
| | 151:17 | Q.  Which mortgage securities | | |
| | 151:18 | dealer are you referring to? | | |
| | 151:19 | A.  Credit Suisse. | | |
| | 151:20 | Q.  Do you remember who was at that | | |
| | 151:21 | meeting? | | |
| | 151:22 | A.  It's too long ago to remember | | |
| | 152:01 | names.  I don't deal with people | | |
| | 152:02 | normally, so the answer is I don't | | |
| | 152:03 | remember the names anymore. | | |
| | 152:04 | Q.  Okay.  Do you remember if | | |
| | 152:05 | anyone from FHFA was there? | | |
| | 152:06 | A.  No.  I was told at the time | | |
| | 152:07 | they were talking to us about their | | |
| | 152:08 | concern and making the rounds in | | |
| | 152:09 | Washington telling all of the interested | | |
| | 152:10 | parties.  So I am under the impression | | |
| | 152:11 | they visited with Fannie Mae and FHFA and | | |
| | 152:12 | Treasury.  They left me with that | | |
| | 152:13 | impression. | | |
| | 152:14 | Q.  Got it.  And do you remember if | | |
| | 152:15 | anyone else from Freddie Mac was in the | | |
| | 152:16 | meeting? | | |
| | 152:17 | A.  Well, yes.  This meeting was | | |
| | 152:18 | not with me.  I was not supposed to be | | |
| | 152:19 | there originally.  I was asked to join | | |
| | 152:20 | the person who asked me to join who from | | |
| | 152:21 | the meeting was the individual who was | | |
| | 152:22 | then head of the markets area of the | | |
| | 153:01 | Freddie Mac, his last name is Ghose, | | |
| | 153:02 | G-h-o-s-e. | | |

**DL1 - Donald Layton Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 153:03  Q.  Got it.  And was it just you | | |
| | 153:04      and Mr. Ghose for Freddie or there might | | |
| | 153:05      have been others, do you recall? | | |
| | 153:06  A.  It might have been others, but | | |
| | 153:07      I don't remember. | | |
| | 153:08  Q.  Got it.  And was anyone from | | |
| | 153:09      Fannie Mae there? | | |
| | 153:10  A.  No, this is a single company | | |
| | 153:11      meeting. | | |
| | 153:12  Q.  Got it.  And did you ever, in | | |
| | 153:13      the lead-up to mid-August 2012 and the | | |
| | 153:14      Third Amendment, did you have any other | | |
| | 153:15      meetings with market participants where | | |
| | 153:16      market participants expressed this | | |
| | 153:17      concern or is that the only one? | | |
| | 153:18  A.  That's the only one that I | | |
| | 153:19      recall at this time. | | |
| 154:04 - 156:13 | **Layton, Donald 2021-01-07** | 00:02:43 | DL1.30 |
| | 154:04      (Exhibit 11, Document Bates | | |
| | 154:05      stamped FHFA 00107324, was so marked | | |
| | 154:06      for identification, as of this date.) | | |
| | 154:07  Q.  Let's look at another | | |
| | 154:08      document, if we could.  And this is | | |
| | 154:09      Exhibit 11.  It's also FHFA 00107324. | | |
| | 154:10      And if you would, again, you're welcome | | |
| | 154:11      to read any part of this you would like. | | |
| | 154:12      The date on this document is August 15, | | |
| | 154:13      2012.  And what this document purports to | | |
| | 154:14      be is a summary of an internal FHFA | | |
| | 154:15      meeting, and if you would, just read the | | |
| | 154:16      first set of bullet points. | | |
| | 154:17      MS. RODRIGUEZ:  And is there a | | |
| | 154:18      date on it? | | |
| | 154:19      MR. BARNES:  Yeah, in the upper | | |
| | 154:20      right, it says August 15, 2012. | | |
| | 154:21      MS. RODRIGUEZ:  Okay. | | |
| | 154:22  A.  Can you remind me the date of | | |
| | 155:01      the issuance -- the date of the meeting | | |
| | 155:02      at Treasury with the PSPA that I | | |
| | 155:03      referenced? | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|

|  | 155:04 | Q. You know, I am not certain. I |  |  |
|  | 155:05 | think it may have been August 15 or |  |  |
|  | 155:06 | August 14. |  |  |
|  | 155:07 | A. Okay. I think it was -- oh, it |  |  |
|  | 155:08 | would have been the 15th. |  |  |
|  | 155:09 | Q. Okay. |  |  |
|  | 155:10 | A. Okay. And so this document is |  |  |
|  | 155:11 | dated the 15th? |  |  |
|  | 155:12 | Q. That's correct. |  |  |
|  | 155:13 | A. So this document is referencing |  |  |
|  | 155:14 | the meetings that occurred earlier that |  |  |
|  | 155:15 | day? |  |  |
|  | 155:16 | Q. That's kind of the question I |  |  |
|  | 155:17 | have for you, I guess. But that's my |  |  |
|  | 155:18 | supposition. |  |  |
|  | 155:19 | A. Just give me a second to read |  |  |
|  | 155:20 | it. |  |  |
|  | 155:21 | (Witness reviews document.) |  |  |
|  | 155:22 | A. Okay, I've read it. What would |  |  |
|  | 156:01 | you like to ask? |  |  |
|  | 156:02 | Q. Okay. As an initial matter, is |  |  |
|  | 156:03 | this set of points consistent with your |  |  |
|  | 156:04 | recollection of the meeting you |  |  |
|  | 156:05 | referenced a moment ago with Treasury? |  |  |
|  | 156:06 | A. It makes a few comments about |  |  |
|  | 156:07 | Enterprises, referring to us and Fannie |  |  |
|  | 156:08 | Mae. I mean what do you want to ask me? |  |  |
|  | 156:09 | Whether it's an accurate representation? |  |  |
|  | 156:10 | Q. Yeah. I guess first I want to |  |  |
|  | 156:11 | ask, is this a summary of a meeting in |  |  |
|  | 156:12 | which you learned about the net worth |  |  |
|  | 156:13 | sweep? |  |  |
| 156:16 - 160:16 | **Layton, Donald 2021-01-07** | | 00:04:18 | DL1.31 |
|  | 156:16 | A. Okay. It is partially. |  |  |
|  | 156:17 | Certain items in here are not related |  |  |
|  | 156:18 | directly to what happened at the meeting. |  |  |
|  | 156:19 | Q. Okay. And who attended that |  |  |
|  | 156:20 | meeting? |  |  |
|  | 156:21 | A. Oh, for Freddie Mac, it was |  |  |
|  | 156:22 | myself, the CFO Ross Kari, and our chief |  |  |

**DL1 - Donald Layton Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 157:01 | administrative officer, who also acted as | | |
| | 157:02 | liaison with the Government, Jerry Weiss. | | |
| | 157:03 | My counterpart Tim Mayopoulos from Fannie | | |
| | 157:04 | was there with his CFO, and probably a | | |
| | 157:05 | third person I don't remember.  Ed | | |
| | 157:06 | DeMarco was there and some other people | | |
| | 157:07 | from FHFA.  I don't remember who exactly | | |
| | 157:08 | was with him.  And Treasury had, it was | | |
| | 157:09 | considered a very important meeting, so | | |
| | 157:10 | Treasury actually had Tim Geithner there | | |
| | 157:11 | and Mary Miller and others who had worked | | |
| | 157:12 | with or for Mary. | | |
| | 157:13 Q. | Can you tell me what you | | |
| | 157:14 | remember Mr. Geithner saying at the | | |
| | 157:15 | meeting? | | |
| | 157:16 A. | Tim's role, the nature of that | | |
| | 157:17 | role was he introduced the meeting and | | |
| | 157:18 | basically said nice words to us about | | |
| | 157:19 | what a good job the companies were doing | | |
| | 157:20 | and such.  And then turned it over to | | |
| | 157:21 | others for the substance. | | |
| | 157:22 Q. | And who from Treasury was | | |
| | 158:01 | providing the substance, do you recall? | | |
| | 158:02 A. | I don't think it was Mary.  I | | |
| | 158:03 | think it was one of her people, but I | | |
| | 158:04 | don't recall exactly. | | |
| | 158:05 Q. | Do you remember what the | | |
| | 158:06 | substance was that was said? | | |
| | 158:07 A. | Yes.  They handed out this | | |
| | 158:08 | document, which was the Third Amendment | | |
| | 158:09 | ready to be signed.  Please note it was | | |
| | 158:10 | made clear to us we were being informed | | |
| | 158:11 | of this document.  Our opinion of it was | | |
| | 158:12 | not asked or wanted.  And it would be | | |
| | 158:13 | signed for Freddie Mac by the conservator | | |
| | 158:14 | Ed DeMarco on behalf of the FHFA.  So we | | |
| | 158:15 | were told what was happening. | | |
| | 158:16 Q. | How did they make clear that | | |
| | 158:17 | they didn't want your opinion? | | |
| | 158:18 A. | They told us this is -- we | | |
| | 158:19 | decided and this is what we are telling | | |

**DL1 - Donald Layton Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 158:20      you is happening.  I will also reference | | |
| | 158:21      comments that I made earlier in this | | |
| | 158:22      deposition that capital matters had | | |
| | 159:01      consistently from the very beginning not | | |
| | 159:02      been delegated back down to management. | | |
| | 159:03  Q.  Do you recall if Mr. DeMarco | | |
| | 159:04      said anything at the meeting? | | |
| | 159:05  A.  It's too long ago, I don't | | |
| | 159:06      recall specifically. | | |
| | 159:07  Q.  The first bullet point we have | | |
| | 159:08      here says "Overall the discussions on the | | |
| | 159:09      PSPA amendments went fine.  Enterprises | | |
| | 159:10      were provided a copy.  The focus was on | | |
| | 159:11      the dividends." | | |
| | 159:12      Do you remember anyone, either | | |
| | 159:13      yourself or from Freddie or Fannie, | | |
| | 159:14      asking questions about the dividends | | |
| | 159:15      during this meeting? | | |
| | 159:16  A.  The recollection of the meeting | | |
| | 159:17      was that the conversation was mainly | | |
| | 159:18      about the reserve left in the net worth | | |
| | 159:19      sweep of the $3 billion declining to zero | | |
| | 159:20      seeming to be questionable to us and | | |
| | 159:21      Fannie. | | |
| | 159:22  Q.  Why was it questionable? | | |
| | 160:01  A.  It seemed to be so little, that | | |
| | 160:02      normal quarterly volatility was making it | | |
| | 160:03      more likely than not that there would be | | |
| | 160:04      draws from time to time. | | |
| | 160:05  Q.  And the next sentence here, it | | |
| | 160:06      says "No real pushback was seen." | | |
| | 160:07      Do you see that? | | |
| | 160:08  A.  I do. | | |
| | 160:09  Q.  Is that consistent with your | | |
| | 160:10      recollection that Fannie and Freddie | | |
| | 160:11      didn't push back on the Third Amendment? | | |
| | 160:12  A.  The etiquette at the meeting | | |
| | 160:13      again was we were told this was being | | |
| | 160:14      done.  We weren't asked for my opinion | | |
| | 160:15      much.  So no, we did not violate that and | | |
| | 160:16      do a pushback. | | |

**DL1 - Donald Layton Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 189:03 - 190:21 | **Layton, Donald 2021-01-07** | 00:01:47 | DL1.32 |

189:03  Q.  Welcome back, Mr. Layton.  Just
189:04      very briefly, we had a conversation a
189:05      little earlier about Credit Suisse and
189:06      some expressions of concern that they had
189:07      about the dividend arrangement that
189:08      preceded the Third Amendment.  Do you
189:09      recall that?
189:10  A.  Yes, I do.
189:11  Q.  And as I understand it, the
189:12      substance of the concern was that Freddie
189:13      might, over the course of the years, be
189:14      put in a position where it needed to draw
189:15      on Treasury's funding commitment to
189:16      finance dividends to Treasury.  Do I have
189:17      that right?
189:18  A.  Yes.
189:19  Q.  And I think you mentioned early
189:20      on in the deposition that you didn't have
189:21      any involvement in and weren't consulted
189:22      about FHFA's decisions with regard to
190:01      whether or not to declare dividends on
190:02      Treasury's senior preferred stock.  Did I
190:03      catch that right?
190:04  A.  Correct.  Because of the lack
190:05      of the delegation about capital matters
190:06      to the board of management, we acted just
190:07      as execution agents for FHFA and anything
190:08      related to the capital.  So they
190:09      literally gave us an order to pay the
190:10      quarterly dividend, the 10 percent coupon
190:11      when the time was due.  It was
190:12      administrative, but that was the paper
190:13      plug.
190:14  Q.  Right.  And if FHFA had adopted
190:15      a policy that it would just not direct
190:16      Freddie to declare dividends in quarters
190:17      when doing so would cause Freddie to make
190:18      a draw on Treasury's funding commitment,
190:19      would that have addressed the Credit

## DL1 - Donald Layton Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 190:20   Suisse concern that you were referring to | | |
| | 190:21   earlier? | | |
| 191:02 - 192:21 | **Layton, Donald 2021-01-07** | 00:01:57 | DL1.33 |
| | 191:02  A.   Say that again?  Ask that | | |
| | 191:03   again?  I didn't follow the logic. | | |
| | 191:04  Q.   Sure.  So if in quarters when | | |
| | 191:05   Freddie was in a position where it would | | |
| | 191:06   need to make a draw in order to pay the | | |
| | 191:07   10 percent dividend, if FHFA during those | | |
| | 191:08   quarters had just declined to direct | | |
| | 191:09   Freddie to declare dividends on Treasury | | |
| | 191:10   stock, would that have addressed the | | |
| | 191:11   Credit Suisse concern? | | |
| | 191:12  A.   Only in the most narrow sense, | | |
| | 191:13   because not paying the 10 percent would | | |
| | 191:14   be a violation of the PSPA, and that | | |
| | 191:15   would have caused a real stir. | | |
| | 191:16  Q.   Okay.  And what is your basis | | |
| | 191:17   for saying that it would have been a | | |
| | 191:18   violation of the PSPA? | | |
| | 191:19  A.   As far as I knew we were | | |
| | 191:20   obligated to pay the 10 percent coupon | | |
| | 191:21   and FHFA telling us nothing, to do | | |
| | 191:22   nothing looks like on the surface to be a | | |
| | 192:01   violation of the agreement.  And Treasury | | |
| | 192:02   would be, you know, concerned it would | | |
| | 192:03   leak out.  The market would wonder what's | | |
| | 192:04   going on.  This is not a confidence | | |
| | 192:05   building path to be on. | | |
| | 192:06  Q.   Do you know whether the PSPA, | | |
| | 192:07   as it existed prior to the Third | | |
| | 192:08   Amendment, permitted Freddie or FHFA to | | |
| | 192:09   add to the liquidation preference on | | |
| | 192:10   Treasury's senior preferred stock in lieu | | |
| | 192:11   of paying cash dividends? | | |
| | 192:12  A.   I actually don't remember | | |
| | 192:13   learning of that until it became brought | | |
| | 192:14   up later after the Third Amendment as | | |
| | 192:15   part of the lawsuits.  So if I knew it, | | |
| | 192:16   it never impacted my thought process, | | |

## DL1 - Donald Layton Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 192:17  because I didn't pay attention to it. | | |
| | 192:18  However, just to tie you up in | | |
| | 192:19  your question, we still would have been | | |
| | 192:20  told to issue paperwork to do the | | |
| | 192:21  preference. | | |
| 193:11 - 193:15 | **Layton, Donald 2021-01-07** | 00:00:13 | DL1.34 |
| | 193:11  Q.  Okay.  And if you had issued | | |
| | 193:12  the paperwork to do the preference in | | |
| | 193:13  that manner, would the concern that was | | |
| | 193:14  expressed to you by Credit Suisse have | | |
| | 193:15  still been a concern? | | |
| 193:18 - 195:14 | **Layton, Donald 2021-01-07** | 00:01:36 | DL1.35 |
| | 193:18  A.  I don't know what Credit | | |
| | 193:19  Suisse's thought process would have been, | | |
| | 193:20  but it would have been a switch about the | | |
| | 193:21  concern of the unused running down to a | | |
| | 193:22  concern about the preference continually | | |
| | 194:01  increasing, which would be unusual in its | | |
| | 194:02  own right. | | |
| | 194:03  Q.  Credit Suisse was expressing | | |
| | 194:04  this concern from the perspective of | | |
| | 194:05  mortgage-backed securities holders and | | |
| | 194:06  bondholders; is that right? | | |
| | 194:07  A.  Yes, liability holders.  Not | | |
| | 194:08  equity holders. | | |
| | 194:09  Q.  And so liability holders, they | | |
| | 194:10  are senior in the capital stack to | | |
| | 194:11  Treasury senior preferred stock, is that | | |
| | 194:12  right? | | |
| | 194:13  A.  That is correct.  That's the | | |
| | 194:14  whole purpose. | | |
| | 194:15  Q.  And so why would an investor | | |
| | 194:16  who is a senior in the capital stack to | | |
| | 194:17  Treasury be concerned about a growing | | |
| | 194:18  Treasury preference on senior preferred | | |
| | 194:19  stock? | | |
| | 194:20  A.  Only because it's so unusual, | | |
| | 194:21  it raises concerns. | | |
| | 194:22  Q.  What concerns? | | |
| | 195:01  A.  It makes the company look | | |

## DL1 - Donald Layton Designations

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 195:02 | unsustainable because you can't | | |
| | 195:03 | constantly have this growing senior | | |
| | 195:04 | preference.  At some point it just | | |
| | 195:05 | doesn't make any sense.  So it would be | | |
| | 195:06 | more symptomatic of it's a short-term | | |
| | 195:07 | solution, it can't last for the long | | |
| | 195:08 | term. | | |
| | 195:09 Q. | I guess as the liquidation | | |
| | 195:10 | preference ballooned, at some point one | | |
| | 195:11 | would say that any investors that were | | |
| | 195:12 | junior to Treasury in the capital stack | | |
| | 195:13 | had been effectively wiped out; is that | | |
| | 195:14 | right? | | |
| 195:17 - 195:20 | **Layton, Donald 2021-01-07** | | 00:00:06 | DL1.36 |
| | 195:17 A. | If the senior preferred keeps | | |
| | 195:18 | going up and up, there is less left for | | |
| | 195:19 | people below them in the stack, that is | | |
| | 195:20 | correct. | | |
| 223:04 - 225:13 | **Layton, Donald 2021-01-07** | | 00:02:28 | DL1.37 |
| | 223:04 Q. | At any point during your tenure | | |
| | 223:05 | at Freddie Mac -- well, let me take a | | |
| | 223:06 | step back.  One of the features of the | | |
| | 223:07 | preferred stock purchase amendment, the | | |
| | 223:08 | PSPA, that carried through all of the | | |
| | 223:09 | amendments was that Freddie Mac was not | | |
| | 223:10 | allowed to pay back the principal without | | |
| | 223:11 | the Treasury's consent; is that right? | | |
| | 223:12 A. | Right. | | |
| | 223:13 Q. | At any point during your tenure | | |
| | 223:14 | at Freddie, did you ever discuss with | | |
| | 223:15 | anyone at FHFA or Treasury the | | |
| | 223:16 | possibility or the concept of we now have | | |
| | 223:17 | enough money to start paying this back. | | |
| | 223:18 | We would like to do that. Any discussion | | |
| | 223:19 | along those lines? | | |
| | 223:20 A. | I don't remember specific | | |
| | 223:21 | discussions, but generally it was made | | |
| | 223:22 | clear to us they did not want any | | |
| | 224:01 | payback. | | |
| | 224:02 Q. | How is that made clear to you? | | |

## DL1 - Donald Layton Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 224:03  A.  Just general conversations over | | |
| | 224:04      time.  I don't have any specific | | |
| | 224:05      recollection. | | |
| | 224:06  Q.  Do you have any understanding | | |
| | 224:07      of why they were not interested in being | | |
| | 224:08      paid back? | | |
| | 224:09  A.  Yes, I do. | | |
| | 224:10  Q.  What is that understanding? | | |
| | 224:11  A.  I'll say to the Government, | | |
| | 224:12      this is an unknown combination of White | | |
| | 224:13      House Treasury and FHFA, the Government. | | |
| | 224:14      When they put the companies into | | |
| | 224:15      conservatorship, they regarded the | | |
| | 224:16      business models under the Congressional | | |
| | 224:17      charters as fundamentally flawed in | | |
| | 224:18      several ways as have been revealed in the | | |
| | 224:19      financial crisis.  And therefore, they | | |
| | 224:20      did not want the companies somehow to | | |
| | 224:21      earn their way to be released to go back | | |
| | 224:22      to that flawed model under the | | |
| | 225:01      Congressional charge. | | |
| | 225:02      So they wanted a release, if a | | |
| | 225:03      release was ever to occur, to only happen | | |
| | 225:04      after there had been fixes in the system, | | |
| | 225:05      and that means their permission.  So they | | |
| | 225:06      did not want this ever to go back to the | | |
| | 225:07      old days kind of result.  That's my | | |
| | 225:08      understanding. | | |
| | 225:09  Q.  And your understanding in that | | |
| | 225:10      regard was that was a policy decision, | | |
| | 225:11      not necessarily a financial decision, in | | |
| | 225:12      terms of -- a corporate financial | | |
| | 225:13      decision, I mean? | | |
| 225:16 - 225:18 | **Layton, Donald 2021-01-07** | 00:00:07 | DL1.38 |
| | 225:16  A.  My understanding is, yes, that | | |
| | 225:17      the financial structure of the PSPA came | | |
| | 225:18      from that fundamental policy decision. | | |
| 228:12 - 229:03 | **Layton, Donald 2021-01-07** | 00:00:38 | DL1.39 |
| | 228:12  Q.  Whether earnings were strong or | | |
| | 228:13      weak or somewhere in between, the | | |

**DL1 - Donald Layton Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 228:14    principal, whatever it was, would remain | | |
| | 228:15    outstanding and unable to be paid back | | |
| | 228:16    unless Treasury gave the okay, correct? | | |
| | 228:17  A.  Well, yeah, that change in the | | |
| | 228:18    legal agreement, they could not be paid | | |
| | 228:19    back, that's true. | | |
| | 228:20  Q.  So whether the amount | | |
| | 228:21    outstanding was 200 billion, 250, 300, or | | |
| | 228:22    151, whatever the number is, it could | | |
| | 229:01    only be paid back when Treasury said it | | |
| | 229:02    could be? | | |
| | 229:03  A.  That's true. | | |

| | | |
|---|---|---|
| Our  Designations | | 00:49:40 |
| **TOTAL RUN TIME** | | **00:49:40** |