# *Exhibit E*

# 221018_2101 Lockhart, James

Designation List Report

**Lockhart, James**  2021-01-13

| Our Designations | 00:36:18 |
|---|---|
| **TOTAL RUN TIME** | **00:36:18** |

Documents linked to video:
PX2B
PX2C



**ID: LJ_01**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:16 - 10:18 | **Lockhart, James 2021-01-13** | 00:00:07 | LJ_01.1 |
| | 10:16    Can you just go ahead and state your name for | | |
| | 10:17    the record, please, your full name. | | |
| | 10:18 A. James Bicknell Lockhart III. | | |
| 26:03 - 27:21 | **Lockhart, James 2021-01-13** | 00:02:34 | LJ_01.2 |
| | 26:03    Can you just give me a brief overview of your | | |
| | 26:04    employment history, starting from when you graduated | | |
| | 26:05    and any post-secondary school. I really mean just an | | |
| | 26:06    overview. | | |
| | 26:07 A. I went to Yale. Worked for a bank for a year | | |
| | 26:08    in the credit department, and then spent three years | | |
| | 26:09    in the Navy as a supply officer on a nuclear | | |
| | 26:10    submarine. Then Harvard Business School. Gulf Oil | | |
| | 26:11    for about nine years, where I ended up as an assistant | | |
| | 26:12    treasurer. Treasurer of Alexander & Alexander | | |
| | 26:13    thereafter, which was the second largest broker and | | |
| | 26:14    risk manager in the world. | | |
| | 26:15    After that, I went to run the Pension Benefit | | |
| | 26:16    Guarantee Corporation for George -- H.W. Bush, No. 41. | | |
| | 26:17    After he was defeated, I went to Smith Barney and was | | |
| | 26:18    a managing director in their insurance investment | | |
| | 26:19    banking practice, then for a year was senior | | |
| | 26:20    vice-president of finance of a reinsurance company, | | |
| | 26:21    National Re, then started a risk management firm, | | |
| | 26:22    advising financial institutions on credit interest | | |
| | 27:01    rate and operational risk, enterprise risk. | | |
| | 27:02    And then I got the call to go back in | | |
| | 27:03    government, and for about four years I was the No. 2 | | |
| | 27:04    chief operating officer Social Security, deputy | | |
| | 27:05    commissioner. And after that I was asked to join | | |
| | 27:06    OFHEO in April or May of '06, and was confirmed, I | | |
| | 27:07    think, in June or so. But I was there starting in | | |
| | 27:08    April. | | |
| | 27:09    And then when HERA was passed end of July | | |
| | 27:10    '08, I became the executive director of FHFA, which | | |
| | 27:11    continued to be the regulator of Fannie and Freddie, | | |
| | 27:12    but also, I was a regulator of federal loan home | | |
| | 27:13    banks. | | |
| | 27:14    And after that I stayed there through August | | |
| | 27:15    of '09, then joined a private equity firm -- WL Ross | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 27:16 | is a private equity firm -- as a vice chairman and ran | | |
| | 27:17 | their financial services practice.  We invested in a | | |
| | 27:18 | whole series of banks in the U.S. and Europe, and | | |
| | 27:19 | probably five different mortgage companies in the | | |
| | 27:20 | U.S., most single family and multi-family and | | |
| | 27:21 | advisory.  And I retired a couple years ago. | | |
| 27:22 - 28:14 | **Lockhart, James 2021-01-13** | | 00:00:41 | LJ_01.3 |
| | 27:22 | Q.  Thank you.  That was very helpful.  I'm | | |
| | 28:01 | seeing reference to the fact that you are a senior | | |
| | 28:02 | fellow at something called the Bipartisan Policy | | |
| | 28:03 | Center. | | |
| | 28:04 | A.  Yes. | | |
| | 28:05 | Q.  Can you describe what that is? | | |
| | 28:06 | A.  Yeah, that's correct.  The Bipartisan Policy | | |
| | 28:07 | Center was started by former ex-Senate majority | | |
| | 28:08 | leaders, two Republicans, two Democrats.  And their | | |
| | 28:09 | mission is to bring Republicans and Democrats together | | |
| | 28:10 | to come up with solutions to problems. | | |
| | 28:11 | I co-chaired a communication there with | | |
| | 28:12 | ex-senator Conrad on retirement security and personal | | |
| | 28:13 | savings, and that report came out about three or four | | |
| | 28:14 | years ago. | | |
| 29:06 - 29:18 | **Lockhart, James 2021-01-13** | | 00:00:46 | LJ_01.4 |
| | 29:06 | Q.  What was your degree in at Yale? | | |
| | 29:07 | A.  American studies. | | |
| | 29:08 | Q.  Do you have any degrees or professional | | |
| | 29:09 | certifications that you believe were particularly | | |
| | 29:10 | relevant to your work at OFHEO and FHFA? | | |
| | 29:11 | A.  Well, certainly Harvard Business School. | | |
| | 29:12 | Most of my courses were in finance.  I'm also a fellow | | |
| | 29:13 | of the corporate treasurer's organization in the UK, | | |
| | 29:14 | but now it's worldwide. | | |
| | 29:15 | Q.  And what was your degree from Harvard | | |
| | 29:16 | Business School? | | |
| | 29:17 | A.  They -- just the master's of business | | |
| | 29:18 | administration.  They don't have specific majors. | | |
| 29:19 - 30:16 | **Lockhart, James 2021-01-13** | | 00:01:20 | LJ_01.5 |
| | 29:19 | Q.  Can you describe briefly how it came | | |
| | 29:20 | about that you were asked to go to OFHEO? | | |
| | 29:21 | A.  Yes.  I was leading President Bush's, | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 29:22 | No. 43's, social security reform efforts at the agency | | |
| | 30:01 | and had done that for several years. It became | | |
| | 30:02 | apparent by the end of '05 that it was not going to go | | |
| | 30:03 | anywhere, and it was time for me to go back to | | |
| | 30:04 | civilian life. | | |
| | 30:05 | What they asked me, given the issues at | | |
| | 30:06 | Fannie and Freddie, was to take over as the director | | |
| | 30:07 | there. They probably asked me six months before I | | |
| | 30:08 | made the decision to do it. And in that time, | | |
| | 30:09 | actually spent a lot of time just reading up and | | |
| | 30:10 | understanding some of the issues at Fannie and | | |
| | 30:11 | Freddie. | | |
| | 30:12 | And I was really parachuted in. I had | | |
| | 30:13 | already been Senate confirmed. So it was easy to move | | |
| | 30:14 | me in. And the first order of business was the | | |
| | 30:15 | examination report on the accounting standards at | | |
| | 30:16 | Fannie Mae and doing a settlement with them. | | |
| 35:08 - 35:12 | **Lockhart, James 2021-01-13** | | 00:00:14 | LJ_01.6 |
| | 35:08 | Q. And I think you said that OFHEO, and I assume | | |
| | 35:09 | after HERA, FHFA, a big part of the mission was to be | | |
| | 35:10 | the safety and soundness regulator for the GSEs; | | |
| | 35:11 | correct? | | |
| | 35:12 | A. Yes. | | |
| 35:13 - 35:22 | **Lockhart, James 2021-01-13** | | 00:00:42 | LJ_01.7 |
| | 35:13 | Q. And what does safety and soundness entail | | |
| | 35:14 | with respect to those companies? What was your | | |
| | 35:15 | understanding of what that meant, to be the safety and | | |
| | 35:16 | soundness regulator? | | |
| | 35:17 | A. Safety and soundness meant that they had a | | |
| | 35:18 | strong balance sheet, that they were able to manage | | |
| | 35:19 | their credit, interest rates, operational risk, that | | |
| | 35:20 | they had good governance management and boards. And | | |
| | 35:21 | as I said, strong balance sheet, liquidity, that they | | |
| | 35:22 | were a strong financial institution. | | |
| 36:01 - 36:06 | **Lockhart, James 2021-01-13** | | 00:00:21 | LJ_01.8 |
| | 36:01 | Q. And what role, if any, does capital play in | | |
| | 36:02 | the assessment of the institutions safety and | | |
| | 36:03 | soundness. | | |
| | 36:04 | A. Capital is very important for any financial | | |
| | 36:05 | institution and was very important for Fannie and | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 36:06    Freddie.  The problem was that the legislation that | | |
| 36:07 - 37:18 | **Lockhart, James 2021-01-13** | 00:01:48 | LJ_01.9 |
| | 36:07    set up OFHEO originally had a very low capital | | |
| | 36:08    requirement, and Freddie, much lower than any other | | |
| | 36:09    financial institution. | | |
| | 36:10    At the end they probably, even though they | | |
| | 36:11    were "adequately capitalized," had only about | | |
| | 36:12    1 percent capital against their loans and | | |
| | 36:13    mortgage-backed securities. | | |
| | 36:14    They also specified in the original | | |
| | 36:15    legislation some risk capital rules.  There was a | | |
| | 36:16    leverage rule.  As I said, it was probably less than | | |
| | 36:17    1 percent, and by now, most banks are more like | | |
| | 36:18    10 percent.  But they also had a risk-based rule, and | | |
| | 36:19    the risk-based rule, again was specified by law and | | |
| | 36:20    not very strong. | | |
| | 36:21    So one of our big problems and one of the big | | |
| | 36:22    things we were fighting from Day 1 is to allow the | | |
| | 37:01    agency, OFHEO and then FHFA, once HERA was passed and | | |
| | 37:02    it did give us that capability, to set new leverage | | |
| | 37:03    rules and risk-based capital rules. | | |
| | 37:04    Q.   During the course of that answer, I think in | | |
| | 37:05    one of your previous answers you said something along | | |
| | 37:06    the lines "at the end," and I think in that answer you | | |
| | 37:07    said at the end, even though they were adequately | | |
| | 37:08    capitalized, there was still issues there, and I'm | | |
| | 37:09    paraphrasing that. | | |
| | 37:10    But just to be clear, when you say, "at the | | |
| | 37:11    end," are you referring to when they were taken into | | |
| | 37:12    conservatorship? | | |
| | 37:13    A.   Well, I would say really in the last year or | | |
| | 37:14    two, actually, that they -- again, they were | | |
| | 37:15    adequately capitalized according to the law, which I | | |
| | 37:16    said many times, but they were not adequately | | |
| | 37:17    capitalized compared to any other financial | | |
| | 37:18    institution. | | |
| 37:19 - 37:21 | **Lockhart, James 2021-01-13** | 00:00:09 | LJ_01.10 |
| | 37:19    Q.   Can an institution be considered safe and | | |
| | 37:20    sound without having adequate capital? | | |
| | 37:21    A.   Not in my mind.  And, you know, I was an | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 37:22 - 38:02 | **Lockhart, James 2021-01-13** | | | 00:00:11 | LJ_01.11 |
| | 37:22 | | investor in lots of banks.  Many of them were actually | | |
| | 38:01 | | pretty troubled, and we had to recapitalize them, or | | |
| | 38:02 | | they would have been taken over by the FDIC. | | |
| 38:03 - 39:12 | **Lockhart, James 2021-01-13** | | | 00:01:50 | LJ_01.12 |
| | 38:03 | Q. | So focusing again on the safety and soundness | | |
| | 38:04 | | part of the agency's mission, and leaving aside for | | |
| | 38:05 | | the moment anything regarding conservatorship, was the | | |
| | 38:06 | | safety and soundness mission of the agency essentially | | |
| | 38:07 | | the same, in your view, both before and after the | | |
| | 38:08 | | enactment of HERA? | | |
| | 38:09 | A. | Well, after the enactment of HERA, we had a | | |
| | 38:10 | | lot more power because we had gotten the legislation | | |
| | 38:11 | | we wanted.  The problem was the legislation came much | | |
| | 38:12 | | too late.  We didn't have a chance to implement all | | |
| | 38:13 | | the new capital rules, the new regulations and | | |
| | 38:14 | | everything that was required to get them to be safe | | |
| | 38:15 | | and sound. | | |
| | 38:16 | Q. | Yeah.  And I understand that your powers | | |
| | 38:17 | | changed, but I guess I was getting at a more basic | | |
| | 38:18 | | point, which is that the basic objective of the | | |
| | 38:19 | | regulator, as far as safety and soundness, would you | | |
| | 38:20 | | consider it to be more or less the same before and | | |
| | 38:21 | | after the enactment of HERA? | | |
| | 38:22 | A. | The objective was the same.  The tools were | | |
| | 39:01 | | different, and obviously, the market changed pretty | | |
| | 39:02 | | dramatically in both '07 and '08. | | |
| | 39:03 | Q. | Right.  You said, "the tools were different." | | |
| | 39:04 | | Can you give me a sense for how the tools changed? | | |
| | 39:05 | A. | Well, HERA allowed us to set the leverage | | |
| | 39:06 | | ratio and develop a risk-based capital model, which is | | |
| | 39:07 | | important.  As I mentioned before, we had mission | | |
| | 39:08 | | capability as well as safety and soundness.  And part | | |
| | 39:09 | | of the problem was that the two were in conflict over | | |
| | 39:10 | | the years, and then there was other different, smaller | | |
| | 39:11 | | things that we could do to help strengthen the two | | |
| | 39:12 | | companies. | | |
| 60:16 - 61:13 | **Lockhart, James 2021-01-13** | | | 00:01:29 | LJ_01.13 |
| | 60:16 | Q. | What was your understanding of the | | |
| | 60:17 | | difference between conservatorship and receivership? | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 60:18 | A. | Receivership set up an LL -- whatever that | | |
| | 60:19 | | means.  It set up a separate company that the good | | |
| | 60:20 | | assets would be transferred into, and conservatorship | | |
| | 60:21 | | was keeping the companies in place, but with the | | |
| | 60:22 | | conservator, the agency, myself in particular, having | | |
| | 61:01 | | the powers of the board and the management of the | | |
| | 61:02 | | companies to conserve their assets. | | |
| | 61:03 | Q. | Okay.  And so would it be fair to say that | | |
| | 61:04 | | conservatorship and receivership had different | | |
| | 61:05 | | objectives, different purposes? | | |
| | 61:06 | A. | Yes. | | |
| | 61:07 | Q. | And how would you describe that difference? | | |
| | 61:08 | A. | Well, the receivership was much more | | |
| | 61:09 | | draconian.  It effectively had the impact of moving | | |
| | 61:10 | | the assets to another vehicle and -- that would be | | |
| | 61:11 | | capitalized.  While conservatorship was an attempt to | | |
| | 61:12 | | work through their issues and -- over time and | | |
| | 61:13 | | potentially keep the companies in place. | | |
| 61:14 - 62:04 | **Lockhart, James 2021-01-13** | | | 00:00:37 | LJ_01.14 |
| | 61:14 | Q. | So that suggests that receivership and | | |
| | 61:15 | | conservatorship had different sort of end results in | | |
| | 61:16 | | mind; correct? | | |
| | 61:17 | A. | End results and different market | | |
| | 61:18 | | implications, which was one of the reasons we were | | |
| | 61:19 | | having a big debate about receivership and | | |
| | 61:20 | | conservatorship. | | |
| | 61:21 | Q. | What do you mean by "market implications"? | | |
| | 61:22 | A. | I think receivership would have panicked the | | |
| | 62:01 | | market pretty dramatically.  The market was already | | |
| | 62:02 | | very thin at that point, and I'm talking about the | | |
| | 62:03 | | mortgage market in particular, but also the overall | | |
| | 62:04 | | market. | | |
| 62:05 - 62:19 | **Lockhart, James 2021-01-13** | | | 00:00:56 | LJ_01.15 |
| | 62:05 | Q. | Was receivership more of a liquidation type | | |
| | 62:06 | | of vehicle for the companies? | | |
| | 62:07 | A. | Well, it was closer to liquidation but not | | |
| | 62:08 | | liquidation itself.  In theory, they could have still | | |
| | 62:09 | | written some business, I guess.  I can't remember the | | |
| | 62:10 | | details of the receivership So I can't speculate.  At | | |
| | 62:11 | | the time we looked at it, but because it was rejected, | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 62:12 | | I haven't really re-looked at it since then. | | |
| | 62:13 | Q. | When you say, "at the time" you looked at it, | | |
| | 62:14 | | do you mean at around this time in '08 you were | | |
| | 62:15 | | looking at receivership? | | |
| | 62:16 | A. | I would say it was in August, mid-August on | | |
| | 62:17 | | really, probably. So later than this. It was again, | | |
| | 62:18 | | after HERA was passed because -- which was on July 30. | | |
| | 62:19 | | We couldn't look at receivership until we had HERA. | | |
| 63:06 - 64:01 | **Lockhart, James 2021-01-13** | | | 00:01:03 | LJ_01.16 |
| | 63:06 | Q. | How would you describe the agency powers in | | |
| | 63:07 | | the conservatorship? | | |
| | 63:08 | A. | As we said in an announcement, we put them in | | |
| | 63:09 | | a conservatorship, that the agency and the director of | | |
| | 63:10 | | the agency as conservator had all the powers of -- to | | |
| | 63:11 | | run effectively if the board wanted to. They didn't | | |
| | 63:12 | | even have to have board. We decided to keep the board | | |
| | 63:13 | | and the management so it was under the control of the | | |
| | 63:14 | | agency. | | |
| | 63:15 | Q. | Were these differences that we've been | | |
| | 63:16 | | talking about between receiverships and | | |
| | 63:17 | | conservatorships, do you have an understanding of | | |
| | 63:18 | | whether those differences were understood by the | | |
| | 63:19 | | companies themselves, by Fannie's and Freddie's | | |
| | 63:20 | | management and the boards? | | |
| | 63:21 | A. | They had very good lawyers in both companies, | | |
| | 63:22 | | internal and external. So I'm sure that they looked | | |
| | 64:01 | | at it, yes. | | |
| 64:14 - 64:19 | **Lockhart, James 2021-01-13** | | | 00:00:20 | LJ_01.17 |
| | 64:14 | | What was your understanding of how the | | |
| | 64:15 | | conservator role differed from your role as regulator? | | |
| | 64:16 | | The safety and soundness regulator. | | |
| | 64:17 | A. | It was different. We actually set up a | | |
| | 64:18 | | separate group to be the conservator, if you will, and | | |
| | 64:19 | | we kept the regulator and the examination teams in | | |
| 64:20 - 65:01 | **Lockhart, James 2021-01-13** | | | 00:00:21 | LJ_01.18 |
| | 64:20 | | place as well. And the conservator's job was to | | |
| | 64:21 | | ensure that they kept supporting their mission and | | |
| | 64:22 | | that they were safe and sound and that they conserved | | |
| | 65:01 | | assets as well. | | |

LJ_01 - 221018_2101 Lockhart, James

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 65:02 - 65:09 | **Lockhart, James 2021-01-13** | 00:00:22 | LJ_01.19 |

    65:02  Q.  It sounds like there's at least some overlap
    65:03      between the roles because you talked about the
    65:04      conservator's job was to make sure the institutions
    65:05      were kept safe and sound, which obviously, is
    65:06      something that's relevant to the regulator's role as
    65:07      the safety and soundness regulator.  So those concepts
    65:08      are similar; is that correct?
    65:09  A.  That's correct, yes.

| 65:10 - 65:15 | **Lockhart, James 2021-01-13** | 00:00:31 | LJ_01.20 |

    65:10  Q.  And when you say the conservator's job is in
    65:11      part to conserve assets, what do you mean by that?
    65:12  A.  Well, I meant that over the long term, the
    65:13      idea was that we wanted to work to provide that they
    65:14      could grow their assets, or at least not dissipate
    65:15      their assets dramatically over that period.

| 65:16 - 65:22 | **Lockhart, James 2021-01-13** | 00:00:21 | LJ_01.21 |

    65:16      Obviously, as when we did put them in
    65:17      conservatorship, the market was quite a bit different
    65:18      than even in July where we're talking about here.  But
    65:19      certainly it became much worse after September, after
    65:20      the Lehman bankruptcy, the next week after
    65:21      conservatorship and all the other actions that were
    65:22      taken.

| 66:01 - 66:09 | **Lockhart, James 2021-01-13** | 00:00:36 | LJ_01.22 |

    66:01  Q.  Was one of the objectives, at least, of
    66:02      conservatorship, as you understood it, was to try to
    66:03      restore the companies to financial health?
    66:04  A.  The objective was to definitely restore the
    66:05      companies, and therefore, the mortgage market, because
    66:06      they worked the mortgage market at that point to
    66:07      financial health.  You could not restore them to
    66:08      financial health without restoring the mortgage
    66:09      market.

| 90:21 - 91:13 | **Lockhart, James 2021-01-13** | 00:00:56 | LJ_01.23 |

    90:21  Q.  And I'm going to show you that Q&A in
    90:22      a little bit, but, you know, you referred to it a
    91:01      couple times already.  I just want to make sure I
    91:02      understand.  What was the purpose of that?  Why did

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 91:03 | | you feel you needed to prepare that type of Q&A? | | |
| | 91:04 | A. | Well, Fannie was the biggest financial | | |
| | 91:05 | | institution in the country at that point.  Freddie was | | |
| | 91:06 | | probably the third largest.  They were such a major | | |
| | 91:07 | | part of the financial markets, and as I said before, | | |
| | 91:08 | | the mortgage markets that we needed to be as clear as | | |
| | 91:09 | | we could about what was happening and why it was | | |
| | 91:10 | | happening, and more importantly, that Treasury was | | |
| | 91:11 | | backing them with the preferred, and therefore, Fannie | | |
| | 91:12 | | and Freddie would survive despite their major | | |
| | 91:13 | | problems. | | |
| 93:01 - 93:12 | **Lockhart, James 2021-01-13** | | | 00:00:54 | LJ_01.24 |
| | 93:01 | Q. | In your book, in describing the meeting with | | |
| | 93:02 | | Fannie, you say that Fannie's counsel, Ms. Wilkinson, | | |
| | 93:03 | | as part of her push-back, said the conservatorship | | |
| | 93:04 | | would destroy the investor proposition and was a move | | |
| | 93:05 | | to nationalization.  If you'd like, I can show you | | |
| | 93:06 | | that.  It's on Page 66 but -- | | |
| | 93:07 | A. | Yes, I see that. | | |
| | 93:08 | Q. | What was your reaction to that statement, if | | |
| | 93:09 | | you have one? | | |
| | 93:10 | A. | Well, first of all, nationalization was the | | |
| | 93:11 | | last thing we wanted out of Fannie and Freddie.  That | | |
| | 93:12 | | was not the goal at all.  It was to -- you know, keep | | |
| 93:13 - 94:12 | **Lockhart, James 2021-01-13** | | | 00:01:19 | LJ_01.25 |
| | 93:13 | | them outside the government. | | |
| | 93:14 | | And the investor proposition, certainly it | | |
| | 93:15 | | was possible and certainly that the common would be | | |
| | 93:16 | | wiped out entirely, and certainly, there was a | | |
| | 93:17 | | possibility that a major portion of the preferred | | |
| | 93:18 | | depending on how big the hole was and how much the | | |
| | 93:19 | | Treasury had to advance in the senior preferred. | | |
| | 93:20 | Q. | And just so I'm clear on what you thought was | | |
| | 93:21 | | the last thing that you wanted to do, what, in your | | |
| | 93:22 | | view, would nationalization entail and how would that | | |
| | 94:01 | | be different from either a conservatorship or a | | |
| | 94:02 | | receivership? | | |
| | 94:03 | A. | Nationalization would be that Fannie and | | |
| | 94:04 | | Freddie became government agencies, that their | | |
| | 94:05 | | liabilities and assets would be on the balance sheet | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 94:06   of the United States, and they would be controlled | | |
| | 94:07   by a -- they would be a government agency or | | |
| | 94:08   whoever -- they'd become civil servants, and they'd go | | |
| | 94:09   through the whole process, just like, you know, the | | |
| | 94:10   Government National Mortgage association or the | | |
| | 94:11   Federal Housing Agency.  So that's what | | |
| | 94:12   "nationalization" means to me. | | |
| 96:17 - 96:19  🔗 PX2B.1 | **Lockhart, James 2021-01-13** | 00:00:23 | LJ_01.26 |
| | 96:17   Q.  Exhibit 8 is a document with the Bates | | |
| | 96:18        FHFA-DDC-0090764.  It's a September 7, 2008 statement | | |
| | 96:19        from FHFA director, James B. Lockhart. | | |
| 96:20 - 96:22 | **Lockhart, James 2021-01-13** | 00:00:07 | LJ_01.27 |
| | 96:20        I assume this is one of the documents you | | |
| | 96:21        reviewed in preparing for this deposition? | | |
| | 96:22   A.  That's correct. | | |
| 97:01 - 97:06 | **Lockhart, James 2021-01-13** | 00:00:09 | LJ_01.28 |
| | 97:01   Q.  I assume, as well, that you were heavily | | |
| | 97:02        involved in the drafting of this statement; is that | | |
| | 97:03        correct? | | |
| | 97:04   A.  That is correct. | | |
| | 97:05   Q.  Why don't you turn to Page 5 of the document. | | |
| | 97:06   A.  Okay. | | |
| 97:07 - 97:11  🔗 PX2B.5.2 | **Lockhart, James 2021-01-13** | 00:00:21 | LJ_01.29 |
| | 97:07   Q.  At the bottom of Page 5 there's a description | | |
| | 97:08        of "Conservatorship," where you say, "That is a | | |
| | 97:09        statutory process designed to stabilize a troubled | | |
| | 97:10        institution with the objective of returning the | | |
| | 97:11        entities to normal business operations." | | |
| 97:12 - 97:20 | **Lockhart, James 2021-01-13** | 00:00:39 | LJ_01.30 |
| | 97:12        What was your understanding of what "normal | | |
| | 97:13        business operations" would be for Fannie and Freddie? | | |
| | 97:14   A.  That was difficult because they were not | | |
| | 97:15        normal businesses.  They were GSEs and they had a | | |
| | 97:16        government charter, and so part of the view was did | | |
| | 97:17        that mean returning them back to just the way they | | |
| | 97:18        were, or would there be some changes.  I think many of | | |
| | 97:19        us thought that there would have to be some | | |
| | 97:20        Congressional action. | | |
| 97:21 - 98:03 | **Lockhart, James 2021-01-13** | 00:00:18 | LJ_01.31 |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 97:21 | But "normal business operations" meant that | | LJ_01.31 |
| | 97:22 | they had the capital. They had the systems. They had | | |
| | 98:01 | the risk management and the ability to serve their | | |
| | 98:02 | mission of providing stability, liquidity, and | | |
| | 98:03 | affordability to the mortgage market. | | |
| 98:04 - 98:08 | **Lockhart, James 2021-01-13** | | 00:00:17 | LJ_01.32 |
| | 98:04 | Q. And I take it from that response that | | |
| | 98:05 | normal business operations would mean, at least in | | |
| | 98:06 | part, safe and sound business operations? | | |
| | 98:07 | A. Yes. That's the risk management, the capital | | |
| | 98:08 | and other things I mentioned. | | |
| 98:09 - 98:12  Clear | **Lockhart, James 2021-01-13** | | 00:00:13 | LJ_01.33 |
| | 98:09 | Q. So can a company with no capital -- can | | |
| | 98:10 | financial institutions with no capital be considered | | |
| | 98:11 | to be normal business operation? | | |
| | 98:12 | A. No. | | |
| 98:18 - 98:22 | **Lockhart, James 2021-01-13** | | 00:00:16 | LJ_01.34 |
| | 98:18 | THE WITNESS: In fact, a company with no | | |
| | 98:19 | capital shouldn't be operating. Obviously, Fannie and | | |
| | 98:20 | Freddie had no capital, but they did have preferred | | |
| | 98:21 | stock that effectively kept them above negative net | | |
| | 98:22 | worth. | | |
| 99:07 - 99:14 | **Lockhart, James 2021-01-13** | | 00:00:28 | LJ_01.35 |
| | 99:07 | Q. I think I know the answer to this | | |
| | 99:08 | based on our earlier discussion, but at this time, | | |
| | 99:09 | September 20, '08, did you have an expectation about | | |
| | 99:10 | how long it would be before the companies could be | | |
| | 99:11 | returned to normal business operations? | | |
| | 99:12 | A. No, I didn't. There was too many other | | |
| | 99:13 | things going on in the financial markets at that point | | |
| | 99:14 | to have an idea of what it would take. | | |
| 99:15 - 100:21  PX2B.9.1 | **Lockhart, James 2021-01-13** | | 00:01:52 | LJ_01.36 |
| | 99:15 | Q. Turn to Page 10 of this document. Let me | | |
| | 99:16 | know when you're there. | | |
| | 99:17 | A. I'm on Page 10. That's the final page? | | |
| | 99:18 | Q. Yes. Yes, it is. Actually, at the very top, | | |
| | 99:19 | it's the continuation of the paragraph that begins at | | |
| | 99:20 | the bottom of Page 9 where you're talking about FHFA | | |
| | 99:21 | continued to work on new regulations, including | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 99:22 | minimum capital standards.  You then say, "It is | | |
| | 100:01 | critical to complete these regulations so that any new | | |
| | 100:02 | investor will understand the investment proposition." | | |
| | 100:03 | What were you referring to there with | | |
| | 100:04 | reference to "any new investor"? | | |
| | 100:05  A. | To return to normal operations, they would | | |
| | 100:06 | have to have capital, and the only way they could get | | |
| | 100:07 | new capital is from new investors.  So that's what I | | |
| | 100:08 | was referring to, that anybody that was going to | | |
| | 100:09 | invest in them would want to know what the capital | | |
| | 100:10 | requirements were, what the other -- as I mentioned, | | |
| | 100:11 | the other issues, what their regulations were, what | | |
| | 100:12 | their risk management practices were. | | |
| | 100:13 | So that's what I was referring to, that they | | |
| | 100:14 | would need to raise more capital to get out of | | |
| | 100:15 | conservatorship. | | |
| | 100:16  Q. | And just so I understand it, the companies | | |
| | 100:17 | could also build capital through earnings; right? | | |
| | 100:18  A. | Well, at that point I didn't think they were | | |
| | 100:19 | going to have earnings to build capital. | | |
| | 100:20  Q. | I'm just talking as a general proposition, | | |
| | 100:21 | that that's a way to build capital. | | |
| 100:22 - 101:09 | **Lockhart, James 2021-01-13** | | 00:00:38 | LJ_01.37 |
| | 100:22  A. | Yes.  But they also had to repay the | | |
| | 101:01 | preferred before they could rebuild capital, and that | | |
| | 101:02 | was -- it turned out to be a very big number. | | |
| | 101:03  Q. | Okay.  Well, through earnings, they could | | |
| | 101:04 | build capital on their balance sheet, whether or not | | |
| | 101:05 | they used it to pay Treasury; correct? | | |
| | 101:06  A. | Yeah.  In fact, they did have that | | |
| | 101:07 | capability.  They didn't have the ability to repay | | |
| | 101:08 | Treasury, but yes, they did have the ability, if they | | |
| | 101:09 | became profitable.  But at that point there was no | | |
| 101:10 - 102:10 | **Lockhart, James 2021-01-13** | | 00:01:10 | LJ_01.38 |
| | 101:10 | sign they would be profitable in the near future. | | |
| Clear | 101:11  Q. | When you said they didn't have the ability to | | |
| | 101:12 | repay -- to pay Treasury, you mean to pay down the | | |
| | 101:13 | stock, to redeem the stock?  Is that what you're | | |
| | 101:14 | talking about when you said, "They didn't have the | | |
| | 101:15 | ability" to pay Treasury? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 101:16  A.  Yeah.  Liquidation preference of stock, | | |
| | 101:17     preferred stock. | | |
| | 101:18  Q.  Returning to the sentence, is it fair to say | | |
| | 101:19     that, you know, at least in your mind, the objective | | |
| | 101:20     was to get these companies to a point where there | | |
| | 101:21     could be new investment in them? | | |
| | 101:22  A.  Over the long term, yes, whether -- I always | | |
| | 102:01     thought -- and I'll put this right on the table.  I | | |
| | 102:02     always thought that the only way they could figure it | | |
| | 102:03     out was with Congressional action.  There had to be | | |
| | 102:04     some action on Congress about the future structure of | | |
| | 102:05     Fannie and Freddie because their hybrid structure did | | |
| | 102:06     not work and failed. | | |
| | 102:07     And so it was not only getting new investors, | | |
| | 102:08     but it was also Congressional action, and I thought | | |
| | 102:09     the Congressional action probably had to happen before | | |
| | 102:10     they could get new investors. | | |
| 102:19 - 102:21<br>🔗 PX2C.1 | **Lockhart, James 2021-01-13** | 00:00:14 | LJ_01.39 |
| | 102:19  Q.  Exhibit 9 is a document marked | | |
| | 102:20     FHFA-DDC-0017202.  It's an FHFA "FACT SHEET, | | |
| | 102:21     "QUESTIONS AND ANSWERS ON CONSERVATORSHIP." | | |
| 102:22 - 103:02 | **Lockhart, James 2021-01-13** | 00:00:05 | LJ_01.40 |
| | 102:22     I assume this is a document you reviewed in | | |
| | 103:01     preparing for this deposition? | | |
| | 103:02  A.  That's correct. | | |
| 103:06 - 104:01 | **Lockhart, James 2021-01-13** | 00:00:58 | LJ_01.41 |
| | 103:06  Q.  Who prepared this document, if you recall? | | |
| | 103:07  A.  I do not recall.  Frankly, I do not recall | | |
| | 103:08     actually spending much time reviewing it either. | | |
| | 103:09     There was a lot of things going on at the time.  It | | |
| | 103:10     was probably an internal document between our lawyers. | | |
| | 103:11     Maybe there was Treasury.  I wouldn't be surprised if | | |
| | 103:12     there was Treasury input as well, but I don't remember | | |
| | 103:13     spending a lot of time on it myself. | | |
| | 103:14  Q.  When you say, "It was probably an internal | | |
| | 103:15     document," do you mean it was never released? | | |
| | 103:16  A.  No.  I meant that it was developed internally | | |
| | 103:17     by our lawyers and our public affairs people, and I | | |
| | 103:18     would not be surprised if it was shared with Treasury | | |
| | 103:19     because it was part of our joint press conference that | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 103:20 | | Secretary Paulson and I gave on the 7th. | | |
| | 103:21 | Q. | Okay. But it was designed, at least in part, | | |
| | 103:22 | | for public consumption? | | |
| | 104:01 | A. | Yes. | | |
| 104:02 - 104:15 | **Lockhart, James 2021-01-13** | | | 00:00:45 | LJ_01.42 |
| 🔗 PX2C.1.3 | 104:02 | Q. | And on the first page there is discussion | | |
| | 104:03 | | about what is conservatorship, and the answer talks | | |
| | 104:04 | | about a "legal process in which a person or entity is | | |
| | 104:05 | | appointed to establish control and oversight of a | | |
| | 104:06 | | Company to put it in a sound and solvent condition." | | |
| | 104:07 | | Is that another way of saying safe and sound, | | |
| | 104:08 | | basically? | | |
| | 104:09 | A. | Yes. | | |
| | 104:10 | Q. | And presumably "solvent" implies some type of | | |
| | 104:11 | | positive net worth; correct? | | |
| | 104:12 | A. | Well, more than some sort of. A significant | | |
| | 104:13 | | positive net worth, especially if you're writing -- at | | |
| | 104:14 | | that point I think they had $5-1/2 trillion worth of | | |
| | 104:15 | | mortgages that they were splitting. | | |
| 104:16 - 105:07 | **Lockhart, James 2021-01-13** | | | 00:00:47 | LJ_01.43 |
| 🔗 PX2C.1.4 | 104:16 | Q. | The second page of the | | |
| | 104:17 | | document there's the first answer, which the question | | |
| | 104:18 | | is actually on Page 1, which is "What are the goals of | | |
| | 104:19 | | this conservatorship?" | | |
| | 104:20 | | Part of the answer is, "The goals of the | | |
| | 104:21 | | conservatorship are to help restore confidence in the | | |
| | 104:22 | | Company, enhance its capacity to fulfill its mission, | | |
| | 105:01 | | and mitigate systemic risk that has contributed | | |
| | 105:02 | | directly to the instability in the current market." | | |
| | 105:03 | | When you're talking about helping to restore | | |
| | 105:04 | | confidence, whose confidence are you talking about? | | |
| | 105:05 | | The market confidence? | | |
| | 105:06 | A. | Yeah. The buyers of their debt and | | |
| | 105:07 | | mortgage-backed securities in particular. | | |
| 106:20 - 107:06 | **Lockhart, James 2021-01-13** | | | 00:00:36 | LJ_01.44 |
| 🔗 PX2C.3.1 | 106:20 | Q. | And later on on that page, there's a | | |
| | 106:21 | | discussion on whether the conservator could determine | | |
| | 106:22 | | to liquidate the company. Again, is that -- why was | | |
| | 107:01 | | that Q&A included in this document? Was that a | | |
| | 107:02 | | question that was coming up? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 107:03  A.   It must have been.  I don't remember it | | |
| | 107:04         actually coming up, but I'm sure our people were | | |
| | 107:05         getting that question and that's why it is written | | |
| | 107:06         that way. | | |
| 107:07 - 107:08 | **Lockhart, James 2021-01-13** | 00:00:05 | LJ_01.45 |
| | 107:07         Let me just add one thing.  Maybe I | | |
| | 107:08         shouldn't, but I will.  The whole point of the | | |
| 107:09 - 107:15 | **Lockhart, James 2021-01-13** | 00:00:26 | LJ_01.46 |
| | 107:09         conservatorship was to have people continue to buy | | |
| | 107:10         their securities, and we wanted to make sure that | | |
| | 107:11         people didn't think that we were going to be | | |
| | 107:12         liquidating this company.  They had 30-year | | |
| | 107:13         mortgage-backed securities out there, and the whole | | |
| | 107:14         point of the conservatorship was to keep the | | |
| | 107:15         marketplace going for their securities. | | |
| 107:16 - 107:19  🔗 PX2C.3.2 | **Lockhart, James 2021-01-13** | 00:00:12 | LJ_01.47 |
| | 107:16  Q.   Going back to the previous Q&A, the one about | | |
| | 107:17         the stock, you say, "Stockholders will continue to | | |
| | 107:18         retain all rights in the stocks financial worth; as | | |
| | 107:19         such worth is determined by the market." | | |
| 139:03 - 140:06  ✗ Clear | **Lockhart, James 2021-01-13** | 00:01:46 | LJ_01.48 |
| | 139:03  Q.   If you recall, we talked about the dividend | | |
| | 139:04         and if there was a provision for a cash dividend or if | | |
| | 139:05         the dividend wasn't paid in cash, there would be an | | |
| | 139:06         addition to the liquidation preference at a rate of | | |
| | 139:07         12 percent.  Do you recall that discussion? | | |
| | 139:08  A.   Yes. | | |
| | 139:09  Q.   Subsequent to the execution of the PSPAs, did | | |
| | 139:10         you or anyone else at FHFA engage in any analysis of | | |
| | 139:11         under what circumstances the dividends would be paid | | |
| | 139:12         in cash versus in addition to the liquidation | | |
| | 139:13         preference? | | |
| | 139:14  A.   An analysis of whether they could pay in cash | | |
| | 139:15         or not -- | | |
| | 139:16  Q.   Well -- I'm sorry.  Go ahead. | | |
| | 139:17  A.   I don't remember seeing an analysis of that, | | |
| | 139:18         actually. | | |
| | 139:19  Q.   Did you or anyone else at FHFA consider | | |
| | 139:20         whether it made sense to pay the dividends in cash or | | |

LJ_01 - 221018_2101 Lockhart, James

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 139:21 | using the 12 percent liquidation preference option? | | |
| | 139:22 A. | I think people felt that it was cheaper to | | |
| | 140:01 | pay at 10 percent than 12 percent.  That's about all I | | |
| | 140:02 | remember. | | |
| | 140:03 Q. | When you say, "people thought" that, what are | | |
| | 140:04 | you referring to? | | |
| | 140:05 A. | Just the math.  That's all I'm referring to | | |
| | 140:06 | because 10 is cheaper than 12. | | |
| 154:09 - 154:13 | **Lockhart, James 2021-01-13** | | 00:00:16 | LJ_01.49 |
| | 154:09 | We've talked about the | | |
| | 154:10 | original PSPA agreements.  Do you recall that the | | |
| | 154:11 | PSPAs were amended twice in 2009? | | |
| | 154:12 A. | Yeah.  Once was when I was there and once | | |
| | 154:13 | after I left. | | |
| 154:14 - 155:09 | **Lockhart, James 2021-01-13** | | 00:01:07 | LJ_01.50 |
| | 154:14 Q. | What was your involvement in the | | |
| | 154:15 | first amendment, the one that happened while you were | | |
| | 154:16 | there? | | |
| | 154:17 A. | I was significantly involved in that | | |
| | 154:18 | amendment.  In particular, Freddie was coming up with | | |
| | 154:19 | projections that showed very large losses, and, in | | |
| | 154:20 | fact, losses beyond the 100 million in some of their | | |
| | 154:21 | forecasts and under more stressed scenarios, and they | | |
| | 154:22 | were actually talking to their outside accountants of | | |
| | 155:01 | having to -- saying they had going concern issues, | | |
| | 155:02 | which would have been very detrimental to the mortgage | | |
| | 155:03 | market. | | |
| | 155:04 | We worked with Freddie through the numbers. | | |
| | 155:05 | We had meetings with Treasury about it.  We also | | |
| | 155:06 | talked to Fannie about their numbers, and in the end, | | |
| | 155:07 | we did push to increase, and that was the key.  And | | |
| | 155:08 | the change increased from 100 million to 200 million | | |
| | 155:09 | on each of the senior preferreds. | | |
| 219:09 - 219:19 | **Lockhart, James 2021-01-13** | | 00:00:42 | LJ_01.51 |
| | 219:09 | When FHFA became conservator of Fannie and | | |
| | 219:10 | Freddie, did it suspend dividends on the companies' | | |
| | 219:11 | junior preferred stock? | | |
| | 219:12 A. | Yes. | | |
| | 219:13 Q. | And why was that done? | | |
| | 219:14 A. | To ensure that there was no leakage to | | |

LJ_01 - 221018_2101 Lockhart, James

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 219:15 | | anybody but the senior preferred. | | |
| | 219:16 | Q. | What do you mean "leakage"? | | |
| | 219:17 | A. | That there was no dividends being paid to | | |
| | 219:18 | | anybody junior than to the senior preferred. That's a | | |
| | 219:19 | | common thing that happens. | | |
| 219:20 - 220:09 | **Lockhart, James 2021-01-13** | | | 00:00:41 | LJ_01.52 |
| | 219:20 | Q. | Okay. I just want to make sure I understand | | |
| | 219:21 | | because it almost sounded a little bit circular | | |
| | 219:22 | | because I asked you why you suspended the dividends, | | |
| | 220:01 | | and your answer was, essentially, "Because I didn't | | |
| | 220:02 | | want to pay dividends to the junior preferred," and I | | |
| | 220:03 | | guess I want to understand why. | | |
| | 220:04 | A. | Again, the senior preferreds come first in | | |
| | 220:05 | | the waterfall. And so they were the ones that were | | |
| | 220:06 | | getting the dividends. The junior preferreds' | | |
| | 220:07 | | dividends were suspended because these companies were | | |
| | 220:08 | | effectively insolvent, and dividends would not be paid | | |
| | 220:09 | | out of an insolvent company. | | |
| 220:10 - 220:15 | **Lockhart, James 2021-01-13** | | | 00:00:19 | LJ_01.53 |
| | 220:10 | Q. | Was there ever a determination about whether | | |
| | 220:11 | | dividends would be reinstated if the company became | | |
| | 220:12 | | solvent? | | |
| | 220:13 | A. | I don't remember that discussion. But, | | |
| | 220:14 | | again, I left in August of '09, and they were still | | |
| | 220:15 | | taking draws from Treasury. | | |

| | |
|---|---|
| Our Designations | 00:36:18 |
| **TOTAL RUN TIME** | **00:36:18** |

📄 Documents linked to video:
PX2B
PX2C