# *Exhibit F*

# Mayopoulos

## Designation List Report

**Mayopoulos, Timothy**                                   **2020-03-10**

| Our Designations | 00:27:12 |
|---|---|
| **TOTAL RUN TIME** | **00:27:12** |

Documents linked to video:
PX167
PX239
PX308



**ID: MT03**

**MT03 - Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 60:04 - 60:11 | **Mayopoulos, Timothy 2020-03-10** | 00:00:15 | MT03.1 |

60:04   Q.  Okay.  Well, I wanted to ask you a few

60:05        questions about Fannie Mae's deferred tax assets if

60:06        I could.

60:07   A.  Sure.

60:08   Q.  I guess, as a threshold matter, are you

60:09        familiar with deferred tax assets?  Do you know what

60:10        they are?

60:11   A.  Yes.

| | | | |
|---|---|---|---|
| 61:16 - 63:07 | **Mayopoulos, Timothy 2020-03-10** | 00:01:37 | MT03.2 |

61:16   Q.  Okay.  And are you familiar with the --

61:17        the valuation allowance that Fannie Mae took on its

61:18        deferred tax assets?

61:19   A.  Yes.

61:20   Q.  And if I have it right, I think Fannie

61:21        did that back in 2008.  Does that sound correct?

61:22   A.  Yes.

62:01   Q.  And, again, you were not at Fannie in

62:02        2008, so am I correct that you wouldn't have been

62:03        involved in that decision to take the valuation

62:04        allowance?

62:05   A.  Correct.

62:06   Q.  And to the extent you recall, do you

62:07        remember sort of broadly what criteria the

62:08        accountants would consider when deciding whether a

62:09        valuation allowance was necessary on a deferred tax

62:10        asset?

62:11   A.  I used to be much more conversant about

62:12        this than I am today, but I think the gist of it is

62:13        that if -- if as a company you're not likely to

62:14        generate profits on which you would pay taxes,

62:15        you're required to take a valuation allowance,

62:16        essentially a reserve against your deferred tax

62:17        assets, to such point where -- where the

62:18        circumstances change and it's expected that the

62:19        company will likely be able to use those tax assets

62:20        going forward.

62:21   Q.  And do you recall discussions at Fannie

62:22        Mae in 2012 and 2013 around whether it was necessary

63:01        to reverse the valuation allowance on Fannie's

**MT03 - Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 63:02　　　deferred tax assets? | | |
| | 63:03　A.　Yes. | | |
| | 63:04　Q.　Do you remember whether those | | |
| | 63:05　　　conversations were kind of brought to your attention | | |
| | 63:06　　　or you were looped in on them before August of 2012? | | |
| | 63:07　A.　I don't remember. | | |
| 83:04 - 83:04 | **Mayopoulos, Timothy 2020-03-10** | 00:00:02 | MT03.3 |
| 🔗 PX167.2 | 83:04　Q.　And this will be Exhibit 7. | | |
| 83:16 - 84:11 | **Mayopoulos, Timothy 2020-03-10** | 00:01:14 | MT03.4 |
| | 83:16　　　And I ask you, sir, if you've seen these | | |
| | 83:17　　　documents before. | | |
| | 83:18　A.　I have. | | |
| | 83:19　Q.　When was the last time you saw them? | | |
| | 83:20　A.　I think I saw them yesterday. | | |
| | 83:21　Q.　And do you recall the circumstances of -- | | |
| | 83:22　　　of sort of what prompted the drafting of this | | |
| | 84:01　　　letter? | | |
| | 84:02　A.　I don't have a detailed recollection, but | | |
| | 84:03　　　I do recall that the board of directors had | | |
| | 84:04　　　expressed desire to communicate with Director | | |
| | 84:05　　　DeMarco in writing about steps that might be taken | | |
| | 84:06　　　to publicize the progress that Fannie Mae had made | | |
| | 84:07　　　and to help market and policymakers understand the | | |
| | 84:08　　　current state of the company. | | |
| | 84:09　Q.　And would this have been a common way for | | |
| | 84:10　　　the board to communicate with Director DeMarco, or | | |
| | 84:11　　　was this a little unusual? | | |
| 84:13 - 85:11 | **Mayopoulos, Timothy 2020-03-10** | 00:01:01 | MT03.5 |
| ✖ Clear | 84:13　　　If your question is did the | | |
| | 84:14　　　board write many letters to Director DeMarco, it | | |
| | 84:15　　　wrote some, but it didn't write many. | | |
| | 84:16　　　-- | | |
| | 84:17　Q.　Okay.  And what were the circumstances | | |
| | 84:18　　　under which the board would opt to write a letter to | | |
| | 84:19　　　the director of FHFA? | | |
| | 84:20　A.　I believe it was in those circumstances | | |
| | 84:21　　　where it had things it wanted to convey that were | | |
| | 84:22　　　longer than, you know, a short conversation, and | | |
| | 85:01　　　typically involved things that the board -- the | | |
| | 85:02　　　board felt strongly about. | | |

**MT03 - Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 85:03  Q.  Okay.  And do you happen to recall if the | | |
| | 85:04      substance of this letter is something the board felt | | |
| | 85:05      strongly about? | | |
| | 85:06  A.  I believe it did. | | |
| | 85:07  Q.  And I'm right, aren't I, in thinking that | | |
| | 85:08      typically when the board would -- would have | | |
| | 85:09      meetings, there would be someone there from FHFA | | |
| | 85:10      present in the room; is that right? | | |
| | 85:11  A.  Yes. | | |
| 86:01 - 86:01 | **Mayopoulos, Timothy 2020-03-10** | 00:00:03 | MT03.6 |
| | 86:01  Q.  And this is I guess, Exhibit 8. | | |
| 86:04 - 87:15 | **Mayopoulos, Timothy 2020-03-10** | 00:02:06 | MT03.7 |
| | 86:04      This is the | | |
| | 86:05      version that I believe went to FHFA, but it was not | | |
| | 86:06      sent until September 14th, 2012, and I'm curious. | | |
| | 86:07      Do you recall sort of what explains the | | |
| | 86:08      length of the process that was involved in preparing | | |
| | 86:09      the letter? | | |
| | 86:10  A.  I don't remember all of the circumstances | | |
| | 86:11      that might have contributed to that passage of time. | | |
| | 86:12      I think some of it was getting feedback from the | | |
| | 86:13      board, which consists of a dozen or so people, | | |
| | 86:14      consists of incorporating those comments.  It | | |
| | 86:15      consists -- I think there were also events that may | | |
| | 86:16      have occurred in that period that may have | | |
| | 86:17      influenced what the board wanted to put in the | | |
| | 86:18      letter, but I don't remember.  I can't account for | | |
| | 86:19      the six months that it took to -- to finalize the | | |
| | 86:20      draft. | | |
| | 86:21  Q.  Do you recall what any of the events | | |
| | 86:22      might have been that would have contributed to the | | |
| | 87:01      delay? | | |
| | 87:02  A.  My recollection is that one of the things | | |
| | 87:03      that happened was that -- my recollection is that at | | |
| | 87:04      some point FHFA put out some further guidance as to | | |
| | 87:05      the strategic plan for -- for the enterprises, and I | | |
| | 87:06      think that might have influenced this.  But that's | | |
| | 87:07      just my vague recollection. | | |
| | 87:08  Q.  Okay.  So you think there was a strategic | | |
| | 87:09      plan from FHFA that may have influenced the contents | | |

**MT03 - Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 87:10      of the letter; is that right? | | |
| | 87:11   A.   Maybe.  I -- I just -- I can't | | |
| | 87:12      remember -- I just remember there was something that | | |
| | 87:13      was going on with respect to FHFA that influenced | | |
| | 87:14      this, and it might have been the strategic plan, but | | |
| | 87:15      I don't remember. | | |
| 87:16 - 87:18 | **Mayopoulos, Timothy 2020-03-10** | 00:00:08 | MT03.8 |
| | 87:16   Q.   Okay.  And what would the board have been | | |
| | 87:17      trying to accomplish in sending a letter like this | | |
| | 87:18      to FHFA? | | |
| 87:19 - 89:06 | **Mayopoulos, Timothy 2020-03-10** | 00:01:37 | MT03.9 |
| 🔗 PX308.1.1 | 87:19   A.   I think it's captured here on the first | | |
| | 87:20      page of the letter, where the board says that the | | |
| | 87:21      board feels a strong obligation to work with FHFA to | | |
| | 87:22      inform policymakers, industry participants, and the | | |
| | 88:01      public at large about developments of Fannie Mae in | | |
| | 88:02      the housing finance market. | | |
| | 88:03      I think this was an attempt to encourage | | |
| | 88:04      Director DeMarco to share this information with | | |
| | 88:05      those constituencies. | | |
| | 88:06   Q.   And is this -- it's interesting that the | | |
| | 88:07      board was encouraging Director DeMarco to share the | | |
| | 88:08      information with those constituencies rather than | | |
| | 88:09      just sharing it directly itself.  What would be the | | |
| | 88:10      reason for trying to sort of channel the message | | |
| | 88:11      through Mr. DeMarco? | | |
| | 88:12   A.   Well, the company's communications were | | |
| | 88:13      governed by a set of rules that FHFA had put in | | |
| | 88:14      place, and I think that the board was respectful of | | |
| | 88:15      those rules, and I think the board thought that it | | |
| | 88:16      would be useful to work in concert with Director | | |
| | 88:17      DeMarco to have this information put out to those | | |
| | 88:18      constituencies rather than unilaterally taking those | | |
| | 88:19      measures itself. | | |
| | 88:20   Q.   And do you have any recollection of how | | |
| | 88:21      FHFA responded to this letter?  Did it implement any | | |
| | 88:22      of the suggestions? | | |
| | 89:01   A.   My recollection is that there were | | |
| | 89:02      discussions about this.  Director DeMarco | | |
| | 89:03      attended -- regularly attended meetings of the board | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 89:04 | of directors in executive session, and my | | |
| | 89:05 | recollection is that there were discussions about | | |
| | 89:06 | the content of this letter. | | |

| 90:16 - 92:01 | **Mayopoulos, Timothy 2020-03-10** | 00:01:29 | MT03.10 |

| | 90:16 | Q. | And I think you mentioned one of the |
| | 90:17 | | themes in this letter is -- I don't recall how you |
| | 90:18 | | put it, but sort of Fannie's return to |
| | 90:19 | | profitability. |
| | 90:20 | | Is that a fair characterization? |
| | 90:21 | A. | I think what I characterized it was |
| | 90:22 | | progress had been made at Fannie Mae on a number of |
| | 91:01 | | fronts, yeah. |
| | 91:02 | Q. | Okay.  And would Director DeMarco have |
| | 91:03 | | been aware of that progress even before receiving |
| | 91:04 | | this letter in September of 2012? |
| | 91:05 | A. | I'm sure he was. |
| | 91:06 | Q. | Okay.  And why are you sure? |
| | 91:07 | A. | The senior representatives of FHFA were |
| | 91:08 | | on site at Fannie Mae every day.  They sat in on all |
| | 91:09 | | of our senior management meetings.  They sat in all |
| | 91:10 | | of our board meetings.  They -- they had complete, |
| | 91:11 | | open access to everything that was happening at |
| | 91:12 | | Fannie Mae, and I'm aware that they gave regular |
| | 91:13 | | reports to Director DeMarco and others at FHFA. |
| | 91:14 | | So I don't think there was anything going |
| | 91:15 | | on at Fannie Mae, progress or otherwise, that they |
| | 91:16 | | weren't aware of. |
| 🔗 PX308.3 | 91:17 | Q. | Okay.  And if you would, take a look at |
| | 91:18 | | page 3 for me, and I'd like you to read the section |
| 🔗 PX308.3.1 | 91:19 | | under heading No. 2, "Fannie Mae is Playing a |
| | 91:20 | | Critical Role in Funding the Housing Market and |
| | 91:21 | | Assisting Troubled Homeowners." |
| | 91:22 | | Do you see that section? |
| | 92:01 | A. | I do. |

| 92:02 - 92:12 | **Mayopoulos, Timothy 2020-03-10** | 00:00:23 | MT03.11 |

| | 92:02 | | Yes, I see that. |
| | 92:03 | Q. | Okay.  And -- and there's a sentence.  I |
| | 92:04 | | guess it's the last sentence of the second |
| 🔗 PX308.3.2 | 92:05 | | paragraph.  It says, "However, while we support |
| | 92:06 | | thoughtful actions to reduce the presence of the |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 92:07    GSEs, we currently see no evidence of sufficient | | |
| | 92:08    amounts of private capital waiting on the sidelines | | |
| | 92:09    to meet the market need." | | |
| | 92:10    Do you -- do you see that sentence? | | |
| | 92:11  A.  I do. | | |
| | 92:12  Q.  What is the board saying there? | | |
| 92:13 - 93:05 | **Mayopoulos, Timothy 2020-03-10** | 00:00:59 | MT03.12 |
| | 92:13  A.  I think what the board is saying is that | | |
| | 92:14    while the board is of the view that in a properly | | |
| | 92:15    functioning market, Fannie Mae and Freddie Mac would | | |
| | 92:16    not have the scale in the market that they did. | | |
| | 92:17    They -- I think they are also cautioning Director | | |
| | 92:18    DeMarco that from their perspective they didn't | | |
| | 92:19    think that other kinds of private capital, such as | | |
| | 92:20    banks or private label securitizations or other | | |
| | 92:21    sources of private capital were likely to step up | | |
| | 92:22    and meet the funding needs of the housing market. | | |
| | 93:01  Q.  And did you agree with that assessment? | | |
| | 93:02  A.  Yes. | | |
| | 93:03  Q.  And looking now -- looking back now with | | |
| | 93:04    the benefit of hindsight, would you say that you and | | |
| | 93:05    the board were right about that? | | |
| 93:06 - 94:01 | **Mayopoulos, Timothy 2020-03-10** | 00:01:04 | MT03.13 |
| | 93:06  A.  I believe we were correct about that, and | | |
| | 93:07    I believe that -- I believe that both the management | | |
| | 93:08    team and the board viewed our role is as providing | | |
| | 93:09    our best advice to FHFA.  It was clear that we owed | | |
| | 93:10    all of our legal duties to FHFA.  The board was | | |
| | 93:11    appointed at the pleasure of the FHFA, as was the | | |
| | 93:12    management team, and we viewed it as our job to | | |
| | 93:13    share our observations, perspectives, advice with | | |
| | 93:14    FHFA in as constructive and candid a way as we | | |
| | 93:15    could; and I believe that FHFA consumed that from us | | |
| | 93:16    and from Freddie and, you know, made their decisions | | |
| | 93:17    accordingly. | | |
| 🔗 PX308.5.4 | 93:18  Q.  And now if you would jump ahead to page | | |
| | 93:19    5, and I'll ask you to read the section under | | |
| | 93:20    heading No. 4, "Fannie Mae Has Built a Demonstrably | | |
| | 93:21    Strong New Book of Business." | | |
| | 93:22    Do you see that? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 94:01   A.   Yes. | | |
| 94:02 - 94:05 | **Mayopoulos, Timothy 2020-03-10** | 00:00:08 | MT03.14 |
| | 94:02        Yes, I've read it. | | |
| | 94:03   Q.   And what is the board saying in this | | |
| | 94:04        section?  What is the point they are trying to | | |
| | 94:05        convey to FHFA? | | |
| 94:07 - 94:22 | **Mayopoulos, Timothy 2020-03-10** | 00:00:51 | MT03.15 |
| | 94:07        A: I think the gist of this is | | |
| | 94:08        that while the company had a very challenged book of | | |
| | 94:09        business of loans that had been acquired in the | | |
| | 94:10        years leading up to the crisis, many of those loans | | |
| | 94:11        were either being paid off or otherwise resolved, | | |
| | 94:12        and of course every day the company was acquiring | | |
| | 94:13        new loans, making new guarantees on loans more | | |
| | 94:14        recently originated that had higher credit quality, | | |
| | 94:15        and that the mix of the old, more troubled | | |
| | 94:16        population of loans and the newer, higher performing | | |
| | 94:17        loans, was steadily changing over time. | | |
| | 94:18        -- | | |
| | 94:19   Q.   And that's an accurate description of | | |
| | 94:20        Fannie's situation as of September 2012; is that | | |
| | 94:21        right? | | |
| | 94:22   A.   Yes. | | |
| 95:01 - 95:16 | **Mayopoulos, Timothy 2020-03-10** | 00:00:53 | MT03.16 |
| | 95:01   Q.   And sometimes I've heard people talk | | |
| | 95:02        about this concept use the word "vintages."  Is that | | |
| | 95:03        a familiar term to you? | | |
| | 95:04   A.   Yes. | | |
| | 95:05   Q.   And can you just sort of explain that as | | |
| | 95:06        a concept? | | |
| | 95:07   A.   So we would categorize different eras of | | |
| | 95:08        loans by vintage, typically by a year, and so 2005 | | |
| | 95:09        would be a vintage and 2006 would be a vintage, and | | |
| | 95:10        we often tracked many of our risk management | | |
| | 95:11        measures by vintage to show what the delinquency | | |
| | 95:12        rate or the loss rate was for 2005 loans versus 2006 | | |
| | 95:13        loans or 2008 loans versus 2012 loans. | | |
| | 95:14   Q.   Okay.  And what did that sort of vintage | | |
| | 95:15        analysis imply about Fannie's profitability going | | |
| | 95:16        forward as of September 2012? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 95:18 - 96:20 | **Mayopoulos, Timothy 2020-03-10** | 00:01:05 | MT03.17 |

|  | 95:18 | You know, looking at it |
|---|---|---|
|  | 95:19 | over the long term we expected that as the mix of |
|  | 95:20 | older vintages running off and newer vintages |
|  | 95:21 | replacing them, that the company would eventually |
|  | 95:22 | return to profitability, and I think actually by |
|  | 96:01 | this point we were profitable for at least a quarter |
|  | 96:02 | or so, that we expected over the long term for that |
|  | 96:03 | to be the case. |
|  | 96:04 | It didn't mean that we would be |
|  | 96:05 | profitable in every financial reporting period, but |
|  | 96:06 | over time the company would -- would -- would return |
|  | 96:07 | to profitability. |
|  | 96:08 | -- |
| 🔗 PX308.1.2 | 96:09 | Q.  And this letter, the final version of the |
|  | 96:10 | letter, is dated September 2012, but was that |
|  | 96:11 | Fannie's expectation in July and August of 2012 as |
|  | 96:12 | well? |
|  | 96:13 | A.  Yes.  We -- we -- we expected that to |
|  | 96:14 | happen so that we expected that over time we would |
|  | 96:15 | get sustained profitability.  Again, assuming no |
|  | 96:16 | major changes in the macroeconomic environment or |
|  | 96:17 | sudden changes in our own business practices. |
|  | 96:18 | Q.  And Fannie Mae was right about that, |
|  | 96:19 | wasn't it? |
|  | 96:20 | A.  That turned out to be accurate, yes. |

| 96:21 - 97:04 | **Mayopoulos, Timothy 2020-03-10** | 00:00:16 | MT03.18 |
|---|---|---|---|

| 🔗 PX308.6 | 96:21 | Q.  All right.  So flipping ahead, I'd now |
|---|---|---|
|  | 96:22 | like to ask you to read the balance of page 6. |
|  | 97:01 | There's not a new heading when you get to page 7, |
|  | 97:02 | but you can stop at the end of page 6, and, you |
|  | 97:03 | know, if you need to read more to answer my |
|  | 97:04 | questions, that's okay.  But -- |

| 97:05 - 97:14 | **Mayopoulos, Timothy 2020-03-10** | 00:00:26 | MT03.19 |
|---|---|---|---|

|  | 97:05 | A.  Okay.  I've read that. |
|---|---|---|
| 🔗 PX308.6.3 | 97:06 | Q.  Okay.  And there's a reference in the |
|  | 97:07 | first paragraph to, quote, A widespread |
|  | 97:08 | misperception among many policymakers and taxpayers |
|  | 97:09 | that Fannie Mae will continue to experience losses |
|  | 97:10 | indefinitely into the future. |

## MT03 - Mayopoulos

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 97:11      Do you see that? | | |
| | 97:12   A.   Yes. | | |
| | 97:13   Q.   Was FHFA burdened by that misperception | | |
| | 97:14      when this letter was sent in September of 2012? | | |
| 97:17 - 99:15 | **Mayopoulos, Timothy 2020-03-10** | 00:02:28 | MT03.20 |
| | 97:17      A: I don't know what FHFA | | |
| | 97:18      thought, and FHFA was made up of hundreds of people, | | |
| | 97:19      if not thousands of people, and so I -- | | |
| | 97:20      -- | | |
| | 97:21   Q.   Okay.  How about Mr. DeMarco? | | |
| | 97:22   A.   I don't know what Mr. DeMarco thought as | | |
| | 98:01      of this moment in time.  I don't know.  He certainly | | |
| | 98:02      had access to this information and lots of other | | |
| | 98:03      information that showed that conditions were | | |
| | 98:04      improving in the company. | | |
| 🔗 PX308.6.4 | 98:05   Q.   Okay.  And then -- and I guess the third | | |
| | 98:06      paragraph in this section, the paragraph that starts | | |
| | 98:07      with the word "Second," the last -- the last | | |
| | 98:08      sentence reads, "Taking steps to reduce Fannie Mae's | | |
| | 98:09      role in the near term would only hurt troubled | | |
| | 98:10      homeowners, destabilize neighborhoods, and increase | | |
| | 98:11      taxpayer losses, as there are still nearly 500,000 | | |
| | 98:12      seriously delinquent loans in our legacy books that | | |
| | 98:13      require aggressive actions." | | |
| | 98:14      I wanted to ask you to, I guess, kind of | | |
| | 98:15      take this sentence clause by clause.  What is the | | |
| | 98:16      board saying when it says that taking steps to | | |
| | 98:17      reduce Fannie Mae's role in the near term would hurt | | |
| | 98:18      troubled homeowners? | | |
| | 98:19   A.   Well, Fannie Mae was devoting | | |
| | 98:20      considerable energy to providing assistance to | | |
| | 98:21      homeowners who were unable to make their mortgage | | |
| | 98:22      payments, either in the form of loan modifications | | |
| | 99:01      or refinancings or, in the case where turning over | | |
| | 99:02      the home there's really no alternative to it, | | |
| | 99:03      facilitating ways of doing that that had less | | |
| | 99:04      detrimental impact on -- on the borrower. | | |
| | 99:05      So I think what the board is saying here | | |
| | 99:06      is that if Fannie Mae were to be quickly wound down, | | |
| | 99:07      those kinds of activities would likely be negatively | | |

**MT03 - Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 99:08      impacted. | | |
| | 99:09   Q.   And why would they be negatively | | |
| | 99:10      impacted? | | |
| | 99:11   A.   Well, if this were done to both Fannie | | |
| | 99:12      and Freddie, there were -- there really weren't any | | |
| | 99:13      other obvious players to go and conduct those | | |
| | 99:14      activities in the absence of Fannie and Freddie, at | | |
| | 99:15      least in the immediate term. | | |
| **99:16 - 99:19**   🔗 PX308.7 | **Mayopoulos, Timothy 2020-03-10** | 00:00:12 | MT03.21 |
| | 99:16   Q.   Now, if you would, go ahead and | | |
| | 99:17      read the text on page 7 going down to -- there's | | |
| | 99:18      kind of a section cut off with three asterisks, but | | |
| | 99:19      if you'd read the text before that for me. | | |
| **99:20 - 101:10** | **Mayopoulos, Timothy 2020-03-10** | 00:01:31 | MT03.22 |
| | 99:20   A.   Okay.  I've read that. | | |
| | 99:21   Q.   And there's reference in the section you | | |
| | 99:22      just read to what I've been calling the third | | |
| | 100:01      amendment, the August 2012 amendment to the PSPA. | | |
| | 100:02      Did you catch that? | | |
| | 100:03   A.   Yes. | | |
| 🔗 PX308.7.2 | 100:04   Q.   And there's a sentence -- I guess it's | | |
| | 100:05      the last sentence of the second paragraph on this | | |
| | 100:06      page -- that says, "We believe under the new | | |
| | 100:07      arrangement, the time period in which the payment of | | |
| | 100:08      cumulative dividends will match total draws should | | |
| | 100:09      be shorter." | | |
| | 100:10      Do you see that? | | |
| | 100:11   A.   Yes. | | |
| | 100:12   Q.   And what is the board saying there? | | |
| | 100:13   A.   It's saying that because of the net worth | | |
| | 100:14      sweep that was part of the third amendment, the rate | | |
| | 100:15      at which payments will be made to the Treasury will | | |
| | 100:16      increase.  In other words, instead of it being | | |
| | 100:17      defined by a 10 percent amount each quarter to the | | |
| | 100:18      extent that the enterprises have profits that exceed | | |
| | 100:19      that amount, those will be swept to Treasury and | | |
| | 100:20      will cause the amount paid to Treasury in relation | | |
| | 100:21      to the amount drawn from Treasury to -- to get | | |
| | 100:22      closer to zero more quickly. | | |
| | 101:01   Q.   And so does this imply that the board | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 101:02 | expected, in at least some quarters, that Fannie | | |
| | 101:03 | would report comprehensive income in excess of the | | |
| | 101:04 | 10 percent dividend? | | |
| | 101:05  A. | I believe that was the expectation, yes. | | |
| | 101:06  Q. | Did you share that expectation? | | |
| | 101:07  A. | I thought that was possible. | | |
| | 101:08  Q. | And that is in fact what happened, isn't | | |
| | 101:09 | it? | | |
| | 101:10  A. | It is. | | |
| 101:14 - 102:04 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:45 | MT03.23 |
| 🔗 PX239.1 | 101:14  Q. | So this will be Exhibit 9, and | | |
| | 101:15 | what it is, is excerpts from Fannie Mae's second | | |
| | 101:16 | quarter 2012 10-Q.  I didn't print the entire thing | | |
| | 101:17 | but -- | | |
| | 101:18  A. | The trees thank you. | | |
| | 101:19  Q. | And what I want to look at is page 12. | | |
| 🔗 PX239.13.3 | 101:20 | There's the paragraph that carries over from page 12 | | |
| | 101:21 | to 13.  It's got a subheading of "Uncertainty | | |
| | 101:22 | Regarding Our Future Status and Ability to Pay | | |
| | 102:01 | Dividends to Treasury." | | |
| | 102:02 | Do you see that? | | |
| | 102:03  A. | Yes. | | |
| | 102:04  Q. | If you could read that for me. | | |
| 102:05 - 103:05 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:58 | MT03.24 |
| | 102:05  A. | Okay.  I've read that. | | |
| | 102:06  Q. | Okay.  And there's a sentence in there | | |
| 🔗 PX239.13.3 | 102:07 | that says, "Although we may experience | | |
| | 102:08 | period-to-period volatility in earnings and | | |
| | 102:09 | comprehensive income, we do not expect to generate | | |
| | 102:10 | that income or comprehensive income in excess of our | | |
| | 102:11 | annual dividend obligation to Treasury over the long | | |
| | 102:12 | term." | | |
| | 102:13 | Did you see that sentence? | | |
| | 102:14  A. | Yes. | | |
| | 102:15  Q. | And is this saying that there might be | | |
| | 102:16 | some quarters in the future when Fannie doesn't earn | | |
| | 102:17 | enough to pay the 10 percent dividend?  Is that the | | |
| | 102:18 | thrust of the sentence? | | |
| | 102:19  A. | That's one of the conclusions, yes. | | |
| | 102:20  Q. | And is it consistent with what we just | | |

**MT03 - Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 102:21   saw in the previous document where the board's | | |
| | 102:22   saying we expect in other quarters to earn more than | | |
| | 103:01   the 10 percent? | | |
| | 103:02  A.  Yes.  I think they're consistent. | | |
| | 103:03  Q.  Okay.  And what was Fannie's expectation | | |
| | 103:04   at this time about whether it would earn enough to, | | |
| | 103:05   over the long run, pay the 10 percent? | | |
| 103:07 - 103:08 | **Mayopoulos, Timothy 2020-03-10** | 00:00:02 | MT03.25 |
| | 103:07   A:  When you say at this time, | | |
| Clear | 103:08   you mean as of? | | |
| 103:10 - 105:12 | **Mayopoulos, Timothy 2020-03-10** | 00:02:33 | MT03.26 |
| | 103:10  Q.  As of the summer of 2012. | | |
| | 103:11  A.  I think it was unclear whether we would | | |
| | 103:12   be able to earn enough money to pay the dividend | | |
| | 103:13   every quarter.  We certainly knew that our earnings | | |
| | 103:14   had a certain amount of volatility to them and that | | |
| | 103:15   quarters in which we did not make enough money to | | |
| | 103:16   pay the dividend, we'd have to take an additional | | |
| | 103:17   draw from Treasury, which would only increase the | | |
| | 103:18   amount outstanding, which means that the subsequent | | |
| | 103:19   dividends would have to be higher. | | |
| | 103:20   So the circularity of that was a concern | | |
| | 103:21   to us, and the fact that we -- you know, that we | | |
| | 103:22   might make more money in other quarters didn't | | |
| | 104:01   necessarily obviate that challenge. | | |
| | 104:02  Q.  Putting yourself back in the shoes you | | |
| | 104:03   were in at the end of June of 2012, would you have | | |
| | 104:04   said then it was possible that Fannie would earn | | |
| | 104:05   enough over the long run to pay the 10 percent | | |
| | 104:06   dividend? | | |
| | 104:07  A.  I think it was possible.  We just | | |
| | 104:08   couldn't say with confidence that we'd be able to. | | |
| | 104:09  Q.  Right.  And we can look at the other | | |
| | 104:10   pages of this filing if need be, but I think I | | |
| | 104:11   noticed that this statement was specifically | | |
| | 104:12   identified as what's called a forward-looking | | |
| | 104:13   statement. | | |
| | 104:14   Does that make sense to you that Fannie | | |
| | 104:15   would have identified it as such? | | |
| | 104:16  A.  Yes. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 104:17  Q.  And what are the implications of | | |
| | 104:18      identifying a statement as a forward-looking | | |
| | 104:19      statement in an SEC filing? | | |
| | 104:20  A.  Well, as a general matter, it's to | | |
| | 104:21      indicate to the reader that these are judgments that | | |
| | 104:22      are being made by management and that they are | | |
| | 105:01      subject to certain uncertainty and, while it might | | |
| | 105:02      represent the best estimate of management, | | |
| | 105:03      management cannot assure or guarantee the reader | | |
| | 105:04      that that will actually come to be. | | |
| | 105:05  Q.  You're basically saying here's what we | | |
| | 105:06      expect.  It could be wrong.  It could be better.  It | | |
| | 105:07      could be worse, but here's what we expect. | | |
| | 105:08      Is that kind of the thrust of it? | | |
| | 105:09  A.  The gist of it is we're saying we are | | |
| | 105:10      making a prediction and, you know, accurate | | |
| | 105:11      predictions are difficult to make, especially those | | |
| | 105:12      about the future, to quote Yogi Berra. | | |
| 121:04 - 121:10 | **Mayopoulos, Timothy 2020-03-10** | 00:00:21 | MT03.27 |
| | 121:04  Q.  Am I right in assuming that when senior | | |
| | 121:05      management would present the board with a set of | | |
| | 121:06      financial projections, that those would sort of | | |
| | 121:07      reflect senior management's best work and their best | | |
| | 121:08      assessment of what was likely to happen, that the | | |
| | 121:09      projections were as good as the senior management | | |
| | 121:10      could make them? | | |
| 121:12 - 121:14 | **Mayopoulos, Timothy 2020-03-10** | 00:00:08 | MT03.28 |
| | 121:12      A:  I think we endeavored to | | |
| | 121:13      create what we thought were credible, reliable | | |
| | 121:14      reasonable projections. | | |
| 121:16 - 121:18 | **Mayopoulos, Timothy 2020-03-10** | 00:00:04 | MT03.29 |
| | 121:16  Q.  You wouldn't have given the board | | |
| | 121:17      projections you thought were wrong? | | |
| | 121:18  A.  No. | | |
| 145:12 - 145:15 | **Mayopoulos, Timothy 2020-03-10** | 00:00:12 | MT03.30 |
| | 145:12  Q.  Do you recall how you first learned about | | |
| | 145:13      the third amendment? | | |
| | 145:14  A.  I don't recall exactly when or how I | | |
| | 145:15      first learned of the third amendment. | | |

**MT03 - Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 146:09 - 146:14 | **Mayopoulos, Timothy 2020-03-10** | 00:00:20 | MT03.31 |

146:09  Q.  Okay.  Do you remember what your first
146:10       reaction was when you heard about the third
146:11       amendment?
146:12  A.  No, I don't remember what my reaction
146:13       was.
146:14  Q.  Do you recall whether you were surprised?

| 146:17 - 146:18 | **Mayopoulos, Timothy 2020-03-10** | 00:00:02 | MT03.32 |

146:17       THE WITNESS:  I don't remember being
146:18       surprised.

| 146:20 - 148:12 | **Mayopoulos, Timothy 2020-03-10** | 00:02:02 | MT03.33 |

146:20  Q.  Was it consistent with what you expected
146:21       would happen?
146:22  A.  I don't know that I had any particular
147:01       expectations about what would happen.  I was aware
147:02       that there had been discussion about the possibility
147:03       of there being a third amendment to the PSPA.  I
147:04       think I understood at least some of the issues that
147:05       people were trying to address by the amendment.  In
147:06       my view, there were a number of ways that those
147:07       issues could be addressed, and it seemed that the
147:08       third amendment -- I don't remember the first time I
147:09       heard about the third amendment or exactly what
147:10       context that was, but my recollection is I thought
147:11       that what the third amendment was, was in line with
147:12       what I thought what could be in the range of
147:13       possibilities.
147:14       It's like you were talking about earlier
147:15       about, you know, was the -- is the estimate
147:16       somewhere within the range?  The third amendment was
147:17       somewhere in the range of what I thought could
147:18       happen.
147:19  Q.  And you referenced a number of ways that
147:20       something could be addressed.  I guess, first of
147:21       all, what is the something that you were referring
147:22       to there?
148:01  A.  Well, I think it was trying to preserve
148:02       as much of the amount of the Treasury commitment
148:03       under the PSPA as possible and trying to reduce the
148:04       possibility that future draws might -- especially

Case 1:13-cv-01053-RCL   Document 234-6   Filed 10/30/22   Page 17 of 17

**MT03 - Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 148:05 | future draws for dividend payments, might diminish | | |
| 148:06 | the amount that was available under the PSPA to the | | |
| 148:07 | enterprises. | | |
| 148:08 | So that had been a discussion of some | | |
| 148:09 | concern to people that that was something that -- if | | |
| 148:10 | there was going to be an amendment to the PSPA, that | | |
| 148:11 | was something that people were talking about trying | | |
| 148:12 | to address. | | |

| | |
|---|---|
| Our Designations | 00:27:12 |
| **TOTAL RUN TIME** | **00:27:12** |

Documents linked to video:

PX167

PX239

PX308