# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> _____ <br><br> This document relates to: <br> ALL CASES | Miscellaneous No. 13-1288 (RCL) |

**DEFENDANTS' ADDITIONAL PROPOSED JURY INSTRUCTION AND UPDATED PROPOSED VERDICT FORM REGARDING VIRGINIA PREJUDGMENT INTEREST**

Defendants respectfully submit an additional proposed jury instruction regarding prejudgment interest under Virginia law (Exhibit 1), and an updated proposed verdict form that adds two questions relating to Virginia prejudgment interest (Exhibit 2).  Those two new questions are similar, but not identical, to Plaintiffs' comparable verdict-form questions, which inappropriately imply that the jury has in fact awarded damages to Freddie Mac shareholders.

Dated: October 30, 2022                          Respectfully submitted,


                                                   /s/ Jonathan Stern
                                                 Jonathan Stern (D.C. Bar # 375713)
                                                 Asim Varma (D.C. Bar # 426364)
                                                 David B. Bergman (D.C. Bar # 435392)
                                                 Ian S. Hoffman (D.C. Bar # 983419)
                                                 R. Stanton Jones (D.C. Bar # 987088)
                                                 ARNOLD & PORTER KAYE SCHOLER LLP
                                                 601 Massachusetts Ave NW
                                                 Washington, D.C. 20001
                                                 (202) 942-5000
                                                 Jonathan.Stern@arnoldporter.com
                                                 Asim.Varma@arnoldporter.com
                                                 David.Bergman@arnoldporter.com
                                                 Ian.Hoffman@arnoldporter.com
                                                 Stanton.Jones@arnoldporter.com

                                                 *Attorneys for Defendant Federal Housing*
                                                 *Finance Agency*



  /s/ Michael J. Ciatti                              /s/ Meaghan VerGow
Michael J. Ciatti (D.C. Bar #467177)         Meaghan VerGow (D.C. Bar # 977165)
KING &SPALDING LLP                           O'MELVENY &MYERS LLP
1700 Pennsylvania Ave. N.W.                  1625 Eye Street, N.W.
Washington, DC 20006                         Washington, DC 20006
Tel: (202) 626-5508                          Tel: (202) 383-5300
Fax: (202) 626-3737                          Fax: (202) 383-5414
mciatti@kslaw.com                            mvergow@omm.com

*Attorney for the Federal Home Loan*         *Attorney for the Federal National Mortgage*
*Mortgage Corp.*

*Association*