Defendants' Trial Exhibit List

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| JX-0001 | | Joint Statement of Undisputed Facts | 10/18/2022 | 10/18/2022 | |
| DX0001 | 1/1/1938 | Federal National Mortgage Association Charter Act (12 U.S.C.), as amended through July 21, 2010, §1716, Sec. 301 (Fannie Mae Charter) | 10/28/2022 | 10/28/2022 | N/A |
| DX0004 | 1/1/1970 | Federal Home Loan Mortgage Corporation Act (12 U.S.C.), as amended through July 21, 2010, §1451, Sec. 301 (Freddie Mac Charter) | 10/28/2022 | 10/28/2022 | N/A |
| DX0011 | 10/28/1992 | 12 U.S.C. § 4513 - Duties and Authorities of Director | | | |
| DX0013 | 4/23/1996 | Offering Circular Freddie Mac Variable Rate_Non-Cumulative Preferred Stock 96 | | | |
| DX0016 | 8/20/1998 | Offering Circular Fannie Mae Non-Cumulative Preferred Stock Series D (certificate of designation at 19) | | | |
| DX0018 | 11/16/1998 | FRE Common Stock Offering Circular | | | |
| DX0021 | 1/23/2001 | Freddie Mac Variable Rate Preferred Stock Offering Circular or Certificate (4.817% initial dividend | | | |
| DX0023 | 12/31/2002 | Offering Circular Fannie Mae: 5.75% Non-Cumulative Preferred Stock, Series I | | | |
| DX0025 | 6/5/2003 | Offering Circular Fannie Mae, Series M, 4.75% Non-Cumulative Preferred Stock Shareholder Agreement | | | |
| DX0035 | 11/16/2007 | Offering Circular Fannie Mae Non-Cumulative Preferred Stock Series R | | | |
| DX0038 | 11/29/2007 | Offering Circular Freddie Mac 07 8.375 Fixed-to-Floating Rate | | | |
| DX0047 | 3/31/2008 | Fannie Mae 2008 Q1 Form 10-Q | | | |
| DX0049 | 5/13/2008 | Offering Circular Fannie Mae, Series T, 8.25% Non-Cumulative Preferred Stock Shareholder Agreement | | | |
| DX0053 | 6/30/2008 | Excerpt Fannie Mae 2008 Q2 Form 10-Q, internal pp. 1, 5, 9, 10, 11 | | | |
| DX0054 | 6/30/2008 | Excerpt Freddie Mac 2008 Q2 Form 10-Q, Internal pp. 2, 4, 13, 15, 50, 88, 91, Table 1 | | | |
| DX0055 | 6/30/2008 | Fannie Mae 2008 Q2 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0056 | 6/30/2008 | Freddie Mac 2008 Q2 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0057 | 7/16/2008 | Email from N. Tagoe to Lockhart and DeMarco regarding subject, Freddie 2Q08 Balance Sheet | | | |
| DX0058 | 7/30/2008 | 12 U.S.C 4617, Authority Over Critically Undercapitalized Regulated Entities | 10/28/2022 | 10/28/2022 | N/A |
| DX0059 | 7/30/2008 | 12 U.S.C. § 4611 - Risk-based capital levels for regulated entities | | | |
| DX0060 | 7/30/2008 | 12 U.S.C. § 4612 - Minimum Capital Levels | | | |
| DX0062 | 8/6/2008 | News Release: Freddie Mac Releases Second Quarter 2008 Financial Results | | | |
| DX0064 | 8/8/2008 | News Release: Fannie Mae Reports Second Quarter 2008 Results | | | |
| DX0066 | 8/19/2008 | Email from N. Tagoe to J. Lockhart re: Fannie Mae Updated Stress Scenario, Attaches: FHFA Stress Forecast; OFHEO Scenario Summary; No DTA Impairment in Forecast__(a) | | | |
| DX0067 | 8/19/2008 | No DTA Impairment in Forecast__(b) | | | |
| DX0068 | 8/24/2008 | Email from P. Calhoun to J. Lockhart regarding subject Updated FHFA Scenario Results Summary FRE modified to include estimate for DTA imp (a) | | | |
| DX0069 | 8/24/2008 | FHFA Forecast DTA Impairment Included In Revised Stress_(b) | | | |

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0072 | 9/1/2008 | Freddie Mac - Eighth Amended and Restated Certificate of Designation, Powers, Preferences, Rights, Privileges, Qualifications, Limitations, Restrictions, Termas and Conditions of Voting Common Stock | | | |
| DX0076 | 9/6/2008 | Memorandum from C. Dickerson to J. Lockhart re Proposed Appointment of the Federal Housing Financy Agency as Conservator for the Federal National Mortgage Association | 10/28/2022 | 10/28/2022 | N/A |
| DX0077 | 9/6/2008 | Memorandum from C. Dickerson to J. Lockhart re Proposed Appointment of the Federal Housing Financy Agency as Conservator for the Federal Home Loan Association | 10/28/2022 | 10/28/2022 | N/A |
| DX0078 | 9/6/2008 | Decision of the Director of the Federal Housing Finance Agency to Appoint a Conservator for Federal National Mortgage Association | 10/28/2022 | 10/28/2022 | N/A |
| DX0079 | 9/6/2008 | Decision of the Director of the Federal Housing Finance Agency to Appoint a Conservator for the Federal Home Loan Mortgage Corporation | 10/28/2022 | 10/28/2022 | N/A |
| DX0080 | 9/7/2008 | Credit Suisse: Mortgage Finance: GSEs Conservatorship | | | |
| DX0081 | 9/7/2008 | Fact Sheet: Treasury Senior Preferred Stock Purchase Agreement, U.S. Treasury Department Office of Public Affairs | | | |
| DX0082 | 9/7/2008 | Statement by Secretary Henry M. Paulson Jr. on Treasury and Federal Housing Finance | 10/28/2022 | 10/28/2022 | N/A |
| DX0083 | 9/7/2008 | Statement by Secretary Henry M. Paulson Jr. on Treasury and Federal Housing Finance | | | |
| DX0084 | 9/7/2008 | Federal Housing Finance Agency, "Statement of FHFA Director James B. Lockhart at News Conference Announcing Conservatorship of Fannie Mae and Freddie Mac" | 10/20/2022 | 10/20/2022 | Edward DeMarco |
| DX0085 | 9/7/2008 | Senior Preferred Stock Purchase Agreement (Fannie Mae) | 10/28/2022 | 10/28/2022 | N/A |
| DX0086 | 9/7/2008 | Senior Preferred Stock Purchase Agreement (Freddie Mac) | 10/28/2022 | 10/28/2022 | N/A |
| DX0087 | 9/7/2008 | Freddie Mac Warrant to Purchase Common Stock | | | |
| DX0088 | 9/7/2008 | Fannie Mae Warrant to Purchase Common Stock | | | |
| DX0089 | 9/7/2008 | Treasury Stock Certificate (Fannie Mae): Certificate of Designation of Terms of Variable Liquidation Preference Senior Preferred Stock, Series 2008-2 | | | |
| DX0090 | 9/7/2008 | Treasury Stock Certificate (Freddie Mac): Certificate of Designation of Terms of Variable Liquidation Preference Senior Preferred Stock, Series 2008-2 | | | |
| DX0091 | 9/11/2008 | Excerpt Fannie Mae September 11, 2008 Form 8-K, Internal p. 9, Item 3.03, Item 1.01, Exhibit 4.1, Exhibit 4.3 | | | |
| DX0092 | 9/11/2008 | Fannie Mae, September 11 2008 Form 8-K | | | |
| DX0093 | 9/11/2008 | Freddie Mac, September 11 2008 Form 8-K | | | |
| DX0094 | 9/11/2008 | Freddie Mac - Eighth Amended and Restated Certificate of Designation, Powers, Preferences, Rights, Privileges, Qualifications, Limitations, Restrictions, Terms and Conditions of Voting Common Stock (Exhibit 4.1 from FRE 8-k) | | | |
| DX0095 | 9/11/2008 | News Release, U.S. Treasury Department Office of Public Affairs, "Fact Sheet: Treasury Senior Preferred Stock Purchase Agreement" | | | |
| DX0096 | 9/23/2008 | Turmoil In U.S. Credit Markets: Recent Actions Regarding Government Sponsored Entities, Investment Banks, And Other Financial Institutions: U.S. Senate Committee On Banking, Housing, And Urban Affairs, 110th Congress | | | |
| DX0097 | 9/23/2008 | The Appointment of FHFA as a Conservator for Fannie Mae and Freddie Mac Before the U.S. Senate Committee on Banking, Housing, and Urban Affairs | | | |
| DX0098 | 9/25/2008 | Oversight Hearing to Examine Recent Treasury and FHFA Actions Regarding the Housing GSEs, Hearing Before the Committee on Financial Services U.S. House of Representatives, One Hundred Tenth Congress, Second Session, "Statement of The Honorable James B. Lockhart III, Director, Federal Housing Finance Agency, Before the House Committee on Financial Services" | | | |
| DX0099 | 9/26/2008 | Amended and Restated Senior Preferred Stock Purchase Agreement (Fannie Mae) | 10/28/2022 | 10/28/2022 | N/A |

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0100 | 9/26/2008 | Amended and Restated Senior Preferred Stock Purchase Agreement (Freddie Mac) | 10/28/2022 | 10/28/2022 | N/A |
| DX0102 | 9/30/2008 | Fannie Mae 2008 Q3 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0103 | 9/30/2008 | Freddie Mac 2008 Q3 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0104 | 9/30/2008 | Freddie Mac September 30, 2008 Form 8-K | | | |
| DX0106 | 9/30/2008 | Freddie Mac 3Q08 Valuation Allowance on DTA Assessment | | | |
| DX0107 | 10/2/2008 | Fannie Mae October 2, 2008 Form 8-K | | | |
| DX0108 | 10/3/2008 | FNM DTA review deck (native) | | | |
| DX0109 | 10/6/2008 | Email from W. DeLeo to S. Lewis, G. Eller, N. Satriano regarding subject "CEO Update 100308 vs.ppt from David Hisey" attaching "CEO update 100308 vs" | | | |
| DX0111 | 10/8/2008 | Freddie Mace Notice of Final Capital Classification As of June 30, 2008 | | | |
| DX0112 | 10/9/2008 | FHFA News Release: "FHFA Announces Suspension of Capital Classifications During Conservatorship" | | | |
| DX0119 | 10/29/2008 | Email from H. Pruitt to J. Lockhart, E. DeMarco, C. Dickerson, copying W. DeLeo, regarding subject "OCA Accounting for Income Taxes", attaching presenation "Accounting for Income Taxes" | | | |
| DX0120 | 10/30/2008 | Email from Lockhart to Moffett to regarding discuss DTA | | | |
| DX0121 | 11/2/2008 | Fannie Mae Q3 2008 Valuation Allowance on DTA memo | | | |
| DX0124 | 11/10/2008 | News Release:  Fannie Mae Reports Third Quarter 2008 Results | | | |
| DX0125 | 11/12/2008 | Presentation:  FRE Tax Valuation Allowance on DTA Assessment | | | |
| DX0126 | 11/13/2008 | Freddie Mac 3Q2008 Valuation Allowance on DTA Assessment. | | | |
| DX0127 | 11/14/2008 | Credit Suisse, Freddie Mac, Q3 Earnings | | | |
| DX0128 | 11/14/2008 | News Release:  Freddie Mac Releases Third Quarter 2008 Financial Results | | | |
| DX0131 | 12/8/2008 | Email Corrine to Lockhart DTA earlier in time Email from Greg Eller re factors | | | |
| DX0132 | 12/18/2008 | Freddie Mac presentation:  Discussion Topics with FHFA | | | |
| DX0134 | 12/31/2008 | Freddie Mac 4Q2008 Valuation Allowance on DTA Assessment | | | |
| DX0136 | 12/31/2008 | Fannie Mae 2008 Form 10-K | 10/20/2022 | 10/20/2022 | Edward DeMarco |
| DX0137 | 12/31/2008 | Freddie Mac 2008 Form 10-K | 10/20/2022 | 10/20/2022 | Edward DeMarco |
| DX0138 | 12/31/2008 | Fannie Mae 2008 Form 10-K, internal pp. 1-3, 14, 20-22, 24, 26-29, F-11, F-62-63, F-104 | | | |
| DX0139 | 12/31/2008 | Freddie Mac 2008 Form 10-K, Internal pp. 4-5, 15-17, 20, 24-25, 182, 233 | | | |
| DX0141 | 1/16/2009 | Letter from C. Cox to Hon. J. Lockhart re retirement and additional questions and concerns raised by Commission staff in response to 12/11/08 response letter | | | |

Defendants' Trial Exhibit List

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0143 | 2/11/2009 | Memorandum from S. Smith and N. Tagoe to J. Lockhart re Proposed Amendments to the Senior Preferred Stock Purchase Agreement and proposed extension of the Government Sponsored Enterprise Credit Facility | | | |
| DX0144 | 2/18/2009 | Fannie Mae Q4 2008 Valuation Allowance on DTA Memo | | | |
| DX0148 | 2/24/2009 | Freddie Mac Audit Committee Significant Accounting Communications | | | |
| DX0149 | 2/25/2009 | Email from M. Laponsky to S. S. Albrecht re FNM and FRE Sr. Preferred Stock, forwarding FHFA letter to S. Albrecht | 10/26/2022 | | Anjan Thakor |
| DX0150 | 2/25/2009 | Letter from A. Pollard to S. Albrecht re Freddie Mae and Freddie Mac Senior Preferred Stock Purchase Agreements and Certificates | | | |
| DX0151 | 2/26/2009 | News Release: Fannie Mae Reports Forth-Quarter and Full-Year 2008 Results | | | |
| DX0153 | 3/11/2009 | News Release: Freddie Mac Reports Fourth Quarter and Full-Year 2008 Financial Results | | | |
| DX0158 | 3/31/2009 | Fannie Mae 2009 Q1 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0159 | 3/31/2009 | Freddie Mac 2009 Q1 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0160 | 3/31/2009 | Excerpt Fannie Mae 2009 Q1 Form 10-Q, internal pp. 12-13, 111 | | | |
| DX0161 | 3/31/2009 | Excerpt Freddie Mac 2009 Q1 Form 10-Q, p. 120, 151 | | | |
| DX0162 | 5/5/2009 | Email from P. Bieger to M. Ugoletti re FW: keepwell agt amendment | | | |
| DX0163 | 5/6/2009 | First Amendment to Fannie Mae's Senior Preferred Stock Purchase Agreement with Treasury | 10/28/2022 | 10/28/2022 | N/A |
| DX0164 | 5/6/2009 | First Amendment to Freddie Mac's Senior Preferred Stock Purchase Agreement with Treasury | 10/28/2022 | 10/28/2022 | N/A |
| DX0168 | 5/8/2009 | News Release: Fannie Mae Reports First-Quarter 2009 Results | | | |
| DX0175 | 6/30/2009 | Fannie Mae 2009 Q2 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0176 | 6/30/2009 | Freddie Mac 2009 Q2 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0177 | 6/30/2009 | Freddie Mac 2009 Q2 Form 10-Q, Internal p. 93 | | | |
| DX0183 | 8/6/2009 | News Release: Fannie Mae Reports Second-Quarter 2009 Results | | | |
| DX0188 | 9/30/2009 | Fannie Mae 2009 Q3 Form 10-Q | 10/20/2022 | 10/20/2022 | Edward DeMarco |
| DX0189 | 9/30/2009 | Freddie Mac 2009 Q3 Form 10-Q | 10/20/2022 | 10/20/2022 | Edward DeMarco |
| DX0190 | 9/30/2009 | Excerpt Fannie Mae 2009 Q3 Form 10-Q, p. 9 | | | |
| DX0191 | 9/30/2009 | Excerpt Freddie Mac 2009 Q3 Form 10-Q, p. 139 | | | |

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0193 | 10/1/2009 | Bessembinder, H., Kahle, K.M., Maxwell, W.F., Xu, D., 2009, Measuring abnormal bond performance, *Review of Financial Studies* 22, 4219–4258. | | | |
| DX0195 | 10/9/2009 | The Future of the Mortgage Market and the Housing Enterprises Statement of Edward J. DeMarco Acting Director FHFA Before the U.S. Senate Committee on Banking, Housing, and Urban Affairs | | | |
| DX0197 | 11/5/2009 | News Release: Fannie Mae Reports Third-Quarter 2009 Results | | | |
| DX0201 | 12/2/2009 | RBC Capital Markets: US Interest Rate Monthly Atlas/The GSE End Game | | | |
| DX0202 | 12/3/2009 | Email from S. Smith to R. Covino re next version of proposed language changes for Treasury Agreement, attachment: 12-4-09 Senior Preferred proposed changes (ver 6).doc | | | |
| DX0203 | 12/3/2009 | Email from Ugoletti to Mathew Kabaker eas. Suggested changes to PSPAs | | | |
| DX0204 | 12/11/2009 | Barclays Capital, GSEs: Back to the future | | | |
| DX0206 | 12/24/2009 | Second Amendment to Preferred Stock Purchase Agreement (Fannie Mae) | 10/28/2022 | 10/28/2022 | N/A |
| DX0207 | 12/24/2009 | Second Amendment to Preferred Stock Purchase Agreement (Freddie Mac) | 10/28/2022 | 10/28/2022 | N/A |
| DX0212 | 12/31/2009 | Fannie Mae 2009 Form 10-K | 10/28/2022 | 10/28/2022 | N/A |
| DX0213 | 12/31/2009 | Freddie Mac 2009 Form 10-K | 10/28/2022 | 10/28/2022 | N/A |
| DX0214 | 12/31/2009 | Excerpt Fannie Mae 2009 Form 10-K, internal p. 6, 28, 30, F-2 | | | |
| DX0215 | 12/31/2009 | Excerpt Freddie Mac 2009 Form 10-K, Internal p. 22, F-3 | | | |
| DX0219 | 2/2/2010 | Letter from FHFA Acting Director Edward J. DeMarco to Senator Dodd, Senator Shelby, Congressman Frank, and Congressman Bachus on the "Status of the Conservatorship of Fannie Mae and Freddie Mac" | 10/20/2022 | 10/20/2022 | Edward DeMarco |
| DX0224 | 2/26/2010 | News Release: Fannie Mae Reports Fourth-Quarter and Full-Year 2009 Results | | | |
| DX0226 | 3/31/2010 | Fannie Mae 2010 Q1 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0227 | 3/31/2010 | Freddie Mac 2010 Q1 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0229 | 5/5/2010 | News Release: Freddie Mac Reports First Quarter 2010 Financial Results | | | |
| DX0231 | 5/10/2010 | News Release: Fannie Mae Reports First-Quarter 2010 Results | | | |
| DX0233 | 5/25/2010 | FHFA News Release: "FHFA's Report to Congress Details Findings of Annual Examinations of Fannie Mae, Freddie Mac, and the FHLBanks (2009)" Federal Housing Finance Agency, "Report to Congress 2009" | | | |

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0234 | 5/26/2010 | Current State of the Government Sponsored Enterprises Statement of Edward J. DeMarco, Acting Director FHFA before the U.S House of Representatives Subcommittee on Captial Markets, Insurance and Government Sponsored Enterprises | | | |
| DX0237 | 6/30/2010 | Fannie Mae 2010 Q2 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0238 | 6/30/2010 | Freddie Mac 2010 Q2 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0241 | 7/21/2010 | DeMarco Speech Before the 2d Annual Best Practice in Loss Mitigation Conference | | | |
| DX0243 | 8/5/2010 | News Release: Fannie Mae Reports Second-Quarter 2010 Results | | | |
| DX0245 | 8/9/2010 | News Release: Freddie Mac Reports Second Quarter 2010 Financial Results | | | |
| DX0252 | 9/30/2010 | Fannie Mae 2010 Q3 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0253 | 9/30/2010 | Freddie Mac 2010 Q3 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0255 | 9/30/2010 | Fannie Mae 2010 Q3 Form 10-Q internal p.113 | | | |
| DX0256 | 9/30/2010 | Freddie Mac 2010 Q3 Form 10-Q, Internal p. 96 | | | |
| DX0259 | 11/3/2010 | News Release: Freddie Mac Reports Third Quarter 2010 Financial Results | | | |
| DX0261 | 11/5/2010 | News Release: Fannie Mae Reports Third-Quarter 2010 Results | | | |
| DX0264 | 11/22/2010 | Email from M. Ugoletti to S. Smith, cc to C. Dickerson re Reminder Periodic Commitment Fee (with attachment) | | | |
| DX0272 | 12/29/2010 | Letter from J. Goldstein to E. DeMarco re Periodic Commitment Fee Waiver Letter, 1st Quarter, CY 2011 | 10/20/2022 | 10/20/2022 | Edward DeMarco |
| DX0275 | 12/31/2010 | Fannie Mae 2010 Form 10-K | 10/28/2022 | 10/28/2022 | N/A |
| DX0276 | 12/31/2010 | Freddie Mac 2010 Form 10-K | 10/28/2022 | 10/28/2022 | N/A |
| DX0278 | 1/12/2011 | Morgan Stanley: Interest Rate Strategy: Agency New Issue Tracker, New Fannie 2y: Small Concession to Surrounding Issues | | | |
| DX0279 | 1/24/2011 | Moody's Special Comment: The GSE Debate and the U.S. Mortgage Market | | | |
| DX0282 | 2/11/2011 | Treasury White Paper "Reforming America's Housing Finance Market, A Report to Congress" | 10/28/2022 | 10/28/2022 | N/A |

Defendants' Trial Exhibit List

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0283 | 2/11/2011 | Statement from FHFA Acting Director, Edward J. DeMarco, on the Administration's Housing Finance Reform Report | | | |
| DX0285 | 2/24/2011 | News Release: Freddie Mac Reports Fourth Quarter And Full-Year 2010 Financial Results | | | |
| DX0287 | 2/24/2011 | News Release: Fannie Mae Reports Fourth-Quarter and Full-Year 2010 Results | | | |
| DX0289 | 2/25/2011 | The Financial Crisis Inquiry Commission, The Financial Crisis Inquiry Report | | | |
| DX0290 | 2/25/2011 | 12 CFR Part 327 -- FDIC Assessments, Large Bank Pricing (Thakor Ex.5) | | | |
| DX0292 | 3/7/2011 | Dow Jones, National Mortgage News: Fannie/Freddie Asking: Let Us Make Profits Again | | | |
| DX0293 | 3/8/2011 | Speech by Edward J. DeMarco, Before the 12th Annual Risk Management Convention | | | |
| DX0297 | 3/31/2011 | Fannie Mae 2011 Q1 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0298 | 3/31/2011 | Freddie Mac 2011 Q1 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0299 | 3/31/2011 | Letter from J. Goldstein to E. DeMarco re Periodic Commitment Fee Waiver Letter, 1st Quarter, CY 2011 | 10/25/2022 | 10/25/2022 | Bala Dharan |
| DX0302A | 4/11/2011 | Email from R. Kari to E. Haldeman and J. Weiss, attaching "Height Analytics, GSE Profitability, Sometimes Dreams do Come True" | | | |
| DX0304 | 4/28/2011 | BNP Paribas: US: 2012 and Beyond for Fannie & Freddie | | | |
| DX0306 | 5/4/2011 | News Release: Freddie Mac Reports First Quarter 2011 Financial Results | | | |
| DX0308 | 5/6/2011 | News Release: Fannie Mae Reports First-Quarter 2011 Results | | | |
| DX0310 | 5/12/2011 | Financial Services / Republicans (website) - Guest Blogger: Swagel: Reducing GSE Dividend Payments Would be a Gift from Taxpayer to Private Investors | | | |
| DX0312 | 5/18/2011 | DeMarco Speech, FHFA, Housing GSEs, and Housing Finance in a World of Uncertainty | | | |
| DX0314 | 5/25/2011 | Transparency, Transition and Taxpayer Protection: More Steps to End the GSE Bailout Statement of Edward J. DeMarco, Acting Director FHFA before the U.S House of Representatives Subcommittee on Captial Markets, Insurance and Government Sponsored Enterprises | | | |
| DX0318 | 6/3/2011 | Minutes of Freddie Mac Board of Directors Meeting | | | |
| DX0319 | 6/8/2011 | FBR Capital Markets: If Fannie and Freddie Are Here to Stay .. What Are They Worth? | | | |
| DX0320 | 6/10/2011 | JP Morgan: Securitized Products Weekly | | | |

Defendants' Trial Exhibit List

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0323 | 6/13/2011 | Moody's Issuer Comment: CBO Estimate of GSE Loss Is Credit Positive | | | |
| DX0324 | 6/16/2011 | Barclays Capital - GSE Preferred Shares - Hope is not a strategy | | | |
| DX0325 | 6/17/2011 | Barclays Capital, "Global Rates Weekly – Crunch time again" | | | |
| DX0327 | 6/30/2011 | Fannie Mae 2011 Q2 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0328 | 6/30/2011 | Freddie Mac 2011 Q2 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0329 | 6/30/2011 | Letter from J. Goldstein to E. DeMarco re Periodic Commitment Fee Waiver Letter, 3rd Quarter, CY 2011 | 10/25/2022 | 10/25/2022 | Bala Dharan |
| DX0332 | 8/5/2011 | News Release: Fannie Mae Reports Second-Quarter 2011 Results | | | |
| DX0334 | 8/8/2011 | News Release: Freddie Mac Reports Second Quarter 2011 Financial Results | | | |
| DX0336 | 9/9/2011 | 2011 FHFA Scenario Forecast - 3Q Update_4-Year Outlook | | | |
| DX0338 | 9/19/2011 | DeMarco Speech, The Conservatorships of Fannie Mae and Freddie Mac - Current and Future Operations | | | |
| DX0339 | 9/26/2011 | Moody's, Sector Comment: Plan To Raise Fannie Mae and Freddie Mac Guarantee Fees Raises Question of Support | 10/28/2022 | | Mukarram Attari |
| DX0341 | 9/30/2011 | Fannie Mae 2011 Q3 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0342 | 9/30/2011 | Freddie Mac 2011 Q3 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0343 | 9/30/2011 | Excerpt Freddie Mac 2011 Q3 Form 10-Q, Internal p. 1. | | | |
| DX0344 | 9/30/2011 | Letter from N. Wolin to E. DeMarco re Periodic Commitment Fee Waiver Letter, 3rd Quarter, 2011 | 10/25/2022 | 10/25/2022 | Bala Dharan |
| DX0346 | 10/27/2011 | FHFA News Release: FHFA Updates Projections of Potential Draws for Fannie Mae and Freddie Mac (with FHFA Projections of the Enterprises' Financial Performance) | 10/20/2022 | 10/20/2022 | Edward DeMarco |
| DX0347 | 10/28/2011 | Financial Services Bulletin: Housing Finance: Evaluating Options for Fannie, Freddie | | | |
| DX0349 | 11/3/2011 | News Release: Freddie Mac Reports Third Quarter 2011 Financial Results | | | |
| DX0352 | 11/8/2011 | News Release: Fannie Mae Reports Third-Quarter 2011 Results | | | |

Defendants' Trial Exhibit List

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0354 | 11/16/2011 | Written Testimony of Edward J. De Marco Before the U.S. House Committee on Oversight and Government Reform, Hearing on Pay For Performance | | | |
| DX0356 | 11/28/2011 | Fitch Ratings, Fitch Revises Fannie Mae and Freddie Mac Outlook to Negative; Affirms Ratings at 'AAA' | | | |
| DX0357 | 11/30/2011 | Email from Michael Saadia to Anna Tilton, forwarding Michael Williams Congressional Testimony | | | |
| DX0359 | 12/1/2011 | Written Testimony of Charles E. Haldeman, Freddie Mac CEO, Hearing of the Oversight Committee, House Financial Services Committee | | | |
| DX0360 | 12/1/2011 | Transcript of Hearing before House Committee of Financial Services, C. Haldeman (CEO FRE), M. Williams (CEO FNM), and E. DeMarco, 112–88 | | | |
| DX0361 | 12/2/2011 | Bank of America Merrill Lynch, "Agency MBS Strategy – 2012 Agency MBS Outlook" | | | |
| DX0362 | 12/2/2011 | Bank of America Merrill Lynch, "US Rates Year Ahead – An uncertain normal," | | | |
| DX0364 | 12/14/2011 | Barclays Capital Interest Rate Research: US Agencies Outlook 2012, Achtung Baby! | | | |
| DX0365 | 12/21/2011 | Letter from C. Amir-Mokri to DeMarco re Periodic Commitment Fee Waiver Letter, 4th Quarter, 2011 | 10/25/2022 | 10/25/2022 | Bala Dharan |
| DX0366 | 12/29/2011 | Email from E. DeMarco to M. Ugoletti re Secretary Geithner | | | |
| DX0367 | 12/31/2011 | Fannie Mae 2011 Form 10-K | 10/21/2022 | 10/21/2022 | Edward DeMarco |
| DX0368 | 12/31/2011 | Fannie Mae 2011 Form 10-K - Excerpts (McFarland 032) | | | |
| DX0369 | 12/31/2011 | Freddie Mac 2011 Form 10-K | 10/21/2022 | 10/21/2022 | Edward DeMarco |
| DX0373 | 1/1/2012 | Damodaran, Investment Valuation, 3rd Edition, 2012 (Chapter 2) | | | |
| DX0374 | 1/2/2012 | Email from Ugoletti re Secretary Geithner | | | |
| DX0375 | 1/3/2012 | Email from E. DeMarco to M. Ugoletti re: Secretary Geithner | 10/26/2022 | | Anjan Thakor |
| DX0376 | 1/4/2012 | Email from Mary Miller to DeMarco with agenda for meeting (Bowler Ex. 8) | | | |
| DX0377 | 1/6/2012 | Bank of America Merrill Lynch, "US Rates Snapshot – Bad to worse for Fannie and Freddie" | | | |
| DX0378 | 1/7/2012 | Email from D. Benson to M. Williams, T. Mayopoulos, S. McFarland re US Rates Snapshot: Bad to worse for Fannie and Freddie - United States | | | |
| DX0379 | 1/7/2012 | Benson Email re_US Rates Snapshot | | | |
| DX0380 | 1/11/2012 | Email from J. Newell to M. Ugoletti re 2012_Outlook_Agencies_Achtung baby.pdf | | | |
| DX0381 | 1/19/2012 | Email from M. Burns to E. DeMarco and M. Ugolleti attaching "1.19 Presentation to Treasury re Mortgage Market Issues-mu meb-new.pptx" | 10/20/2022 | | Edward DeMarco |

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0382 | 1/23/2012 | Standard & Poor's Ratings Services, "Freddie Mac" | | | |
| DX0383 | 1/24/2012 | Standard & Poor's Ratings Services, "Fannie Mae," | | | |
| DX0393 | 2/21/2012 | Federal Housing Finance Agency, "A Strategic Plan for Enterprise Conservatorships: The Next Chapter in a Story that Needs an Ending" | | | |
| DX0394 | 2/21/2012 | FHFA News Release: FHFA Sends Congress Strategic Plan for Fannie Mae and Freddie Mac Conservatorships | 10/20/2022 | 10/20/2022 | Edward DeMarco |
| DX0395 | 2/21/2012 | Email from Morgan Stanley to Fairholme | | | |
| DX0396 | 2/21/2012 | 2012.02.21 Email from Morgan Stanley to Fairholme re FHFA stategic plan | | | |
| DX0397 | 2/21/2012 | A Strategic Plan for Enterprise Conservatorship The Next Chapter in Storry that Needs an Ending | | | |
| DX0398 | 2/22/2012 | The Washington Post, "Fannie-Freddie regulator has sober plans" | | | |
| DX0399 | 2/22/2012 | BankThink-Why Congress May Overcome Gridlock and Reform GSEs in 2012 | | | |
| DX0400 | 2/22/2012 | Email from E. DeMarco to M. Miller, cc to M. Ugoletti re Am Bkr- Steve Blumethal piece re post 12/12 support | | | |
| DX0403 | 2/29/2012 | News Release: Fannie Mae Reports Fourth-Quarter and Full-Year 2011 Results | | | |
| DX0404 | 3/7/2012 | Meeting Notes re PSPA with Treasury | | | |
| DX0405 | 3/8/2012 | Freddie Mac 2012 Corporate Forecast - 3-Year Outlook | | | |
| DX0406 | 3/8/2012 | Freddie Mac March 8, 2012 Financial Planning and Analysis 3 yr Forecast | | | |
| DX0408 | | | 10/26/2022 | 10/26/2022 | Donald Layton |
| DX0410 | 3/9/2012 | News Release: Freddie Mac Reports Fourth Quarter and Full-Year 2011 Financial Results | | | |
| DX0411 | 3/14/2012 | Deutsche Bank, "The Outlook: In MBS and Securitized Products" | | | |
| DX0412 | 3/14/2012 | Email from M. Ugoletti to E. DeMarco re GSE/PSA backstop questions, attaches Deutsche Bank "The Outlook: In MBS and Securities Products." | 10/20/2022 | 10/27/2022 | Edward DeMarco |
| DX0413 | 3/15/2012 | Email From Ella Lee to Jerry Reiss Regarding Dividend Order from FHFA (with 3.15.2012 Dividend Order from FHFA) | | | |
| DX0414 | 3/16/2012 | Freddie Mac Board Of Directors March 16, 2012 Ross Kari CFO Update | | | |
| DX0416 | 3/23/2012 | Deloitte memo to Fannie Mae 2011 Q1 Review File from A. Mehta re Summary Memo - 2012 Quarterly Review (1st Quarter) | | | |
| DX0417 | 3/23/2012 | Fannie Mae March 23, 2012 Board Meeting | | | |
| DX0418 | 3/30/2012 | Letter from M. Miller to E. DeMarco re Periodic Commitment Fee Waiver Letter, 1st Quarter, 2012 | 10/25/2022 | 10/25/2022 | Bala Dharan |
| DX0419 | 3/31/2012 | Fannie Mae 2012 Q1 Form 10-Q, internal p. 11, 51, 81, 88 (McFarland 33) | | | |

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0420 | 3/31/2012 | Fannie Mae 2012 Q1 Form 10-Q | 10/21/2022 | 10/21/2022 | Edward DeMarco |
| DX0421 | 3/31/2012 | Freddie Mac 2012 Q1 Form 10-Q | 10/21/2022 | 10/21/2022 | Edward DeMarco |
| DX0422 | 3/31/2012 | Freddie Mac 2012 Q1 Form10-Q, internal page 82 | | | |
| DX0424 | 3/31/2012 | Excerpt from Fannie Mae Q1 Form 10-Q | | | |
| DX0425 | 3/31/2012 | FDIC Statistics At a Glance, Historical Trends | | | |
| DX0427 | 4/4/2012 | Emai from A. Chepenik to T. Bowler and J. Foster re Moody's presentation entitled Fannie Mae and Freddie Mac Capital Positions | | | |
| DX0430 | 4/13/2012 | Email from T. Bowler to M. Miller et al re FHFA Meeting today: PSPA **(conditionally included without waiver of objections, use dependent on outcome of MILs)** | | | |
| DX0431 | 4/14/2012 | Email from Michael Stegman to T. Bowler regarding "FHFA meeting today: PSPA " **(conditionally included without waiver of objections, use dependent on outcome of MILs)** | | | |
| DX0433 | 4/17/2012 | "A Review of Fannie Mae Since Conservatorship" presentation by Susan McFarland presented at several trade group gatherings. | | | |
| DX0434 | 4/18/2012 | Fannie Mae 1Q 2012 Valuation Allowance on DTA memo | | | |
| DX0435 | 4/23/2012 | Reuters, "After the bailout: few fans but no fix for Fannie and Freddie" | | | |
| DX0436 | 4/24/2012 | Agenda for 4/24/2012 Meeting with Secretary Geithner | | | |
| DX0437 | 4/26/2012 | Fannie Mae April 26, 2012, Operating Committee Notes | | | |
| DX0438 | 4/27/2012 | FNM DT 1Q12 VA memo | | | |
| DX0442 | 5/3/2012 | News Release: Freddie Mac Reports First Quarter 2012 Financial Results | | | |
| DX0444 | 5/8/2012 | Meeting Notes "Meeting w/ Mary Miller" | | | |
| DX0446 | 5/9/2012 | News Release: Fannie Mae Reports Net Income of $2.7 Billion for First-Quarter 2012 | | | |
| DX0451 | 5/22/2012 | Freddie Mac 2012 Corporate Forecast - 3-Year Outlook, Financial Planning & Analysis | 10/24/2022 | 10/24/2022 | Bala Dharan |
| DX0452 | 5/22/2012 | Freddie Mac May 22, 2012 Financial Planning and Analysis 3 yr Forecast | | | |
| DX0453 | 5/24/2012 | FHFA OIG Report: Fannie Mae and Freddie Mac: Where the Taxpayers' Money Went | | | |
| DX0454 | 5/24/2012 | April 2012 Financial Update for Operating Committee Powerpoint | | | |
| DX0458 | 6/11/2012 | Email from M. Ugoletti to W. DeLeo re Meeting with SEC | | | |
| DX0459 | 6/11/2012 | Email from T. Bowler to J. Kroeker, P. Beswick, cc to W. DeLeo and N. Satriano re Wednesday AM meeting, attaches UST presentation to SEC | | | |
| DX0460 | 6/11/2012 | Email from T. Bowler to J. Kroeker, cc to W. DeLeo re Wednesday AM meeting; Attaching, US Treasury Presentation to the Securities and Exchange Commission: GSE Preferred Stock Purchase Agreements (PSPA) Overview and Key Considerations | 10/28/2022 | | Nicholas Satriano |
| DX0464 | 6/15/2012 | Email From Ella Lee to Jerry Reiss Regarding Dividend Order from FHFA (with 6.15.2012 Dividend Order from FHFA) | | | |
| DX0465 | 6/17/2012 | Email from M. Miller to E. DeMarco, cc to M. Stegman, T. Bowler re Follow up | | | |
| DX0467 | 6/18/2012 | FDIC Inactive Financial Institution Letters | | | |

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0468 | 6/21/2012 | Meeting Notes - "Meeting with Treasury Staff" | | | |
| DX0469 | 6/25/2012 | Letter from M. Miller to E. DeMarco re Periodic Commitment Fee Waiver Letter, 2nd Quarter, 2012 | 10/25/2022 | 10/25/2022 | Bala Dharan |
| DX0470 | 6/29/2012 | Fannie Mae Update for Treasury Meeting Deck. | | | |
| DX0471 | 6/30/2012 | Excerpt Fannie Mae Q2 2012 10-Q, internal page 3-4, 11-15, 47, 53-54, 85-86 | | | |
| DX0472 | 6/30/2012 | Freddie Mac: 2Q2012 Valuation Allowance on DTA Assessment | | | |
| DX0472-A | 8/1/2012 | Email from M. Culhane to S. Mooradian (PWC), Subject: "Fw: 2Q12 Valuation Allowance Assessment Memo" Attaching 2Q12 Valuation Allowance Assessment(7-31-12)FINAL" | 10/28/2022 | 10/28/2022 | Nicholas Satriano |
| DX0473 | 6/30/2012 | Excerpt Freddie Mac Q2 2012 10-Q, internal page 1, 7, 10, 82, 89, 91-93, 106-07, 157 | | | |
| DX0474 | 6/30/2012 | Fannie Mae Form 10-Q - Q2 (excerpts) (McFarland 028) | | | |
| DX0476 | 6/30/2012 | Fannie Mae 2012 Q2 Form 10-Q | 10/20/2022 | 10/20/2022 | Edward DeMarco |
| DX0477 | 6/30/2012 | Freddie Mac 2012 Q2 Form 10-Q | 10/20/2022 | 10/20/2022 | Edward DeMarco |
| DX0489 | 6/30/2012 | Fannie Mae 2nd Quarter 2012 Valuation Allowance Memo on DTA | | | |
| DX0490 | 6/30/2012 | Fannie Mae 2012 Q2 form 10-Q Excerpt Mayopoulos 009 | | | |
| DX0492 | 7/6/2012 | PPT entitled Illustrative Financial Forecasts - Fannie Mae Base Case & Stress Scenarios **(conditionally included without waiver of objections, use dependent on outcome of MILs)** | | | |
| DX0493 | 7/6/2012 | GSE Stress Test Projections_Treasury | | | |
| DX0495 | 7/9/2012 | DRAFT May 2012 Financial Update (Forecast Only) for Management Committee | | | |
| DX0497 | 7/20/2012 | Fannie Board Minutes, July 20, 2012 | | | |
| DX0498 | 7/25/2012 | June 2012 Financial update for Operating Committee | | | |
| DX0499 | 7/27/2012 | FNM 2Q12 Valuation Allowance on DTA Memo | | | |
| DX0499-A | 7/27/2012 | Email From: V. Lyons, To: C Halley and others, Subject: "Notification of Valuation Allowance for Tax", attaching "Updated 2Q12 Valuation Allowance Memo _Final_v7" | 10/28/2022 | 10/28/2022 | Nicholas Satriano |
| DX0500 | 7/30/2012 | Deloitte FNM 2012 Second Quarter Valuation Allowance on DTA Memo | | | |
| DX0502 | 8/1/2012 | Email from Andrea Risotto to HFR Staff RE: Arizona Republic Govt bars FannieFreddie from reducing principal | | | |
| DX0503 | 8/6/2012 | FNM Audit committee Meeting Minutes Aug. 2012 | | | |
| DX0505 | 8/6/2012 | Key Disclosures for Q2 10-Q Shared for Management Committee Meeting | | | |
| DX0506 | 8/7/2012 | News Release: Freddie Mac Reports Net Income Of $3.0 Billion, Comprehensive Income Of $2.9 Billion For Second Quarter 2012 | | | |

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0508 | 8/7/2012 | Freddie Mac Form 10-Q for 2Q 2012 (Excerpts, Kari Ex. 19) | 10/26/2022 | 10/26/2022 | Donald Layton |
| DX0509 | 8/8/2012 | The Wall Street Journal, "Home Prices Climb as Supply Dwindles," | | | |
| DX0510 | 8/8/2012 | Associated Press, "Mortgage giant Fannie Mae posts $2.2B net gain for Q2; pays $2.9B dividend to US Treasury" | | | |
| DX0511 | 8/8/2012 | Bank of America Merrill Lynch, "US Rates Watch - Fannie and Freddie turn the corner," p. 1-2 | | | |
| DX0512 | 8/8/2012 | Fannie Mae, "Fannie Mae Reports Net Income of $5.1 Billion for Second Quarter 2012" | | | |
| DX0513 | 8/8/2012 | Reuters, "UPDATE 1-Home prices help Fannie Mae profit, no U.S. help needed" | | | |
| DX0515 | 8/8/2012 | News Release:  Fannie Mae Reports Net Income of $5.1 Billion for Second Quarter 2012 | | | |
| DX0516 | 8/8/2012 | The Wall Street Journal, "Fannie Mae Posts Profit as Home Prices Rise," August 8, 2012 (McFarland 29) | | | |
| DX0517 | 8/9/2012 | Email from M. Ugoletti to E. DeMarco, A. Laponsky, J. Spohn, P. Lawler, W. DeLeo, N. Satriano re PSPA Alert | | | |
| DX0518 | 8/9/2012 | The New York Times, "Twin Reports Stoke Cautious Optimism for Rebound in the Housing Market" | | | |
| DX0520 | 8/9/2012 | FNMA Update for Treasury Meeting Deck | | | |
| DX0521 | 8/9/2012 | Wash. Post:  Fannie and Freddie gains show housing market may be turning corner (McFarland 31) | | | |
| DX0522 | 8/11/2012 | Email from D. Benson to T. Bowler re Corrected data with assumptions, attaches GSE Model August 2012 | | | |
| DX0523 | 8/12/2012 | Email from M. Miller to E. DeMarco re work going on with the PSPA Agreements | | | |
| DX0524 | 8/13/2012 | Moody's Investors Service, "Fannie Mae's and Freddie Mac's Return to Profitability Is Fleeting" | | | |
| DX0525 | 8/14/2012 | Email from A. Tilton to T. Mayopoulos re FW: WSJ BLOG/Developments: Fannie and Freddie: The Loan That Can't be Repaid | | | |
| DX0526 | 8/14/2012 | DeMarco Conference Call Meeting Notes | | | |
| DX0527 | 8/14/2012 | Freddie Mac - 2012 - 2015 Corporate Forecast 3Q PSPA Update Draft | 10/26/2022 | 10/26/2022 | Donald Layton |
| DX0528 | 8/14/2012 | Email From Sharon to Don Layton regarding Freddie Board Talking Points Draft | | | |
| DX0529 | 8/15/2012 | Meeting Notes -- "Meeting with Treasury", includes Moody's Investor Service, Issuer Comment: "Fannie Mae's and Freddie Mac's Return to Profitability Is Fleeting", and "Summary Review of The Changes to the PSPAs" and draft amendments (DeMarco Ex. 52) | 10/27/2022 | 10/27/2022 | N/A |
| DX0530 | 8/16/2012 | Email from ExecSecProcessUnit to M. Miller, M. Stegman, B. Milynarczyk re Notice of TFG Signed Action, attaches approved action memo regarding Third Amendment **(conditionally included without waiver of objections, use dependent on outcome of MILs)** | | | |
| DX0531 | 8/16/2012 | Fannie Mae - Minutes from Meeting of Board of Directors | | | |
| DX0532 | 8/17/2012 | Wall Street Journal (WSJ):  Treasury to Amend Terms of Fannie, Freddie Bailout | | | |

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0533 | 8/17/2012 | American Banker, "GSEs' Future Now Hinges on Mortgage Guarantee Fees" | | | |
| DX0534 | 8/17/2012 | Fannie Mae August 17, 2012 Form 8-K, Item 1.01, internal p. 2 | | | |
| DX0535 | 8/17/2012 | Third Amendment to the Amended and Restated Senior Preferred Stock Purchase Agreement (Fannie Mae) | 10/28/2022 | 10/28/2022 | N/A |
| DX0536 | 8/17/2012 | Third Amendment to the Amended and Restated Senior Preferred Stock Purchase Agreement (Freddie Mac) | 10/28/2022 | 10/28/2022 | N/A |
| DX0537 | 8/17/2012 | JP Morgan: MBS note: Treasury changes GSE preferred stock agreement | | | |
| DX0538 | 8/17/2012 | RBC Capital Markets, "US Interest Rate Focus: Change in GSEs preferred stock portfolio," | 10/28/2022 | | Mukarram Attari |
| DX0539 | 8/17/2012 | Statement of FHFA Acting Director Edward J. DeMarco on Changes to Fannie Mae and Freddie Mac Preferred Stock Purchase Agreements | 10/21/2022 | 10/21/2022 | Edward DeMarco |
| DX0540 | 8/17/2012 | Treasury News Release: "Treasury Department Announces Further Steps to Expedite Wind Down of Fannie Mae and Freddie Mac" | | | |
| DX0541 | 8/17/2012 | Email J. Griffin RE official Announcement regarding 3A and follow up emails re SEC | | | |
| DX0542 | 8/17/2012 | Barclays PSPAs Initial Thoughts fwd to ED | | | |
| DX0543 | 8/17/2012 | Email from A. Kah to M. Burns, D. Kvartunas, J. Newell fowarding article from Barclays Capital Interest Rates Research, Update: Treasury Changes the PSPAs: Initial Thoughts | | | |
| DX0544 | 8/17/2012 | Treasury News Release announcing Third Amendment | | | |
| DX0545 | 8/17/2012 | Email From J. Atikins to BLIND regarding Freddie 3A Employee Talking Points Regarding Customer Inquiries | | | |
| DX0546 | 8/17/2012 | Email from D. Layton to Hollis Mcloughing regarding Employee Message | | | |
| DX0547 | 8/17/2012 | Fannie Mae - Talk with Tim - Treasury Announcement (McFarland Ex. 34) | | | |
| DX0548 | 8/17/2012 | Fannie Mae Form 8-K (Excerpt p.9) | | | |
| DX0549 | 8/17/2012 | Email from W. DeLeo to DeMarco and Ugoletti, forwarding Barclays PSPAs Initial Thoughts | 10/21/2022 | | Edward DeMarco |
| DX0550 | 8/17/2012 | FHFA Press Release: Changes to Fannie Mae and Freddie Mac Preferred Stock Purchase Agreements | | | |
| DX0551 | 8/18/2012 | E-mail from M. Ugoletti to T. Bowler regarding PSPA Amendment | | | |
| DX0552 | 8/20/2012 | TJM Treasury Announcement Video, Final Script for Mayopoulos Al-Employee Video | | | |
| DX0553 | 8/20/2012 | Guggenheim Partners, Washington Research Group, "What to Watch: Housing Finance Reform Long Off," pp. 1-2 | | | |
| DX0554 | 8/21/2012 | Amherst Mortgage Insight: Amendments to the GSE Preferred Stock Purchase Agreement: The Amherst Take | | | |
| DX0555 | 8/23/2012 | Moody's Issuer Comment: US Treasury Amends Fannie Mae's and Freddie Mac's Capital Agreement, a Credit Positive | | | |
| DX0556 | 8/24/2012 | BNP Paribas: The Leal Segue From Conservatorship to Receivership | | | |
| DX0557 | 8/27/2012 | First-Amend-FNM-GSE Certificate of Designation | | | |
| DX0558 | 8/27/2012 | First-Amend-FRE-GSE Certificate of Designation | | | |
| DX0559 | 8/28/2012 | N.Satriano - emails about meeting to discuss DTA | | | |
| DX0560 | 8/28/2012 | N. Satriano email attaching memo of notes from mtg with FNM CFO (on 8-23-20) | 10/28/2022 | 10/28/2022 | Nicholas Satriano |
| DX0565 | 9/6/2012 | Freddie Mac September 2012 Minutes of Board Meeeting | | | |
| DX0568 | 9/13/2012 | Fannie Mae Audit committee Meeting Minutes Sept. 2012 | | | |
| DX0569 | 9/13/2012 | Fannie Audit Committee Powerpoint deck re DTA Update | | | |

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0571 | 9/21/2012 | Email from Robert Boese to Carmen Knipping Regarding Dividend Order from FHFA (with 9.19.2012 Dividend Order from FHFA) | | | |
| DX0572 | 9/25/2012 | E-mails re mtg with FHFA, Fannie Mae, Deloitte regarding valuation allowance on DTAs (attaching presentation "Tax Valuation Allowance Update" to Audit Committee) | | | |
| DX0573 | 9/25/2012 | Tax Valuation Allowance on DTA Update Deck | | | |
| DX0574 | 9/28/2012 | Letter from M. Miller to E. DeMarco re Periodic Commitment Fee Waiver Letter, 3rd Quarter, 2012 | 10/26/2022 | 10/26/2022 | Anjan Thakor |
| DX0575 | 9/30/2012 | Freddie Mac: 3Q2012 Valuation Allowance on DTA Assessment | | | |
| DX575-A | 11/1/2012 | Email From T. Mitchell (FRE) to Pricillia Bullock (PWC), Freddie employees in CC, Subject "3Q 2012 Valuation Allowance Assessment Memo", attaching "3Q 2012 Valuation Allowance Assessment Memo" | | | |
| DX0576 | 9/30/2012 | Fannie Mae 2012 Q3 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0577 | 9/30/2012 | Freddie Mac 2012 Q3 Form 10-Q | 10/28/2022 | 10/28/2022 | N/A |
| DX0581 | 10/9/2012 | FHFA Strategic Plan: Fiscal Years 2013-2017 | | | |
| DX0584 | 10/31/2012 | Fannie Mae DT 3Q12 VA memo [*Valuation Allowance on DTA Memo*] | | | |
| DX0585 | 11/1/2012 | FNM Q3 2012 VA on DTA memo | | | |
| DX0587 | 11/6/2012 | News Release: Freddie Mac Reports Net Income of $2.9 Billion, Comprehensive Income of $5.6 Billion for Third Quarter 2012 | | | |
| DX0588 | 11/7/2012 | News Release: Fannie Mae Reports Net Income of $1.8 Billion for Third Quarter 2012 | | | |
| DX0590 | 11/28/2012 | Reuters: Fitch Affirms Fannie Mae and Freddie Mac at 'AAA' | | | |
| DX0591 | 11/28/2012 | Prepared remarks of E. DeMarco: Recent Accomplishments and a Look Ahead at the Future of Housing Finance | | | |
| DX0592 | 11/28/2012 | DeMarco Speech, Recent Accomplishments and a Look Ahead at the Future of Housing Finance | | | |
| DX0593 | 12/6/2012 | Bloomberg Government: Fannie and Freddie Overhaul Unlikely in Obama's Second Term | | | |
| DX0595 | 12/12/2012 | Moody's Credit Focus: Fannie Mae and Freddie Mac: Government Support Underpins Aaa Ratings | | | |
| DX0596 | 12/17/2012 | Moodys Credit Outlook, GSE Would Become Loss Making Again | | | |
| DX0597 | 12/31/2012 | Fannie Mae 2012 Form 10-K | | | |
| DX0598 | 12/31/2012 | Freddie Mac 2012 Form 10-K | | | |
| DX0599 | 12/31/2012 | Excerpt Fannie Mae 2012 Form 10-K, internal p. 28, 33-34, 67, 100-01, 116-117, 216, 218, F-3, F-59, F- 56 | | | |
| DX0600 | 12/31/2012 | FDIC Quarterly Banking Profile: Fourth Quarter 2012 | | | |
| DX0601 | 12/31/2012 | Excerpt Freddie Mac 2012 Form 10-K, Internal pp. 180-182, 207, 273, 324, 328 | | | |
| DX0605 | 1/4/2013 | Email from J. Spohn to M. Ugoletti regarding subject "Risk Management Plan-updated five year forecast", attaching "Fannie Mae 2012 Risk Management Plan Presentation-5Year_Supplemental" | | | |

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0608 | 1/29/2013 | Email from C. Orticke to P. Brereton re 10k draft email | | | |
| DX0609 | 1/29/2013 | Email from J. Creighton to S. MacFarland re 2012 Fannie Mae 10k review memo | | | |
| DX0610 | 1/29/2013 | 2012 Fannie Mae 10-k draft redline against 2011 | | | |
| DX0611 | 1/29/2013 | 2012 Fannie Mae 10-k draft clean | | | |
| DX0612 | 1/31/2013 | E-mail from C. Halley to N. Satriano re DTA | | | |
| DX0615 | 2/1/2013 | Draft memo re framework for DTA analysis | | | |
| DX0616 | 2/3/2013 | Fannie Mae DRAFT MEMO on 4th Quarter 2012 Valuation Allowance on DTA | | | |
| DX0617 | 2/4/2013 | Fannie Mae Presentation to FHFA Cover email with attachment | | | |
| DX0618 | 2/26/2013 | Cover e-mail from FNM to SEC re DTA meeting, with attachments (incl. FNM 4Q VA memo) | | | |
| DX0619 | 2/26/2013 | FNM 4Q12 VA memo | | | |
| DX0620 | 2/27/2013 | Memorandum from G. Metz, M. Culhane to PxC, copying R. Mailoux, M.B. Perdue, S. Lewis regarding subject "4Q12 Valuation Allowance Assessment" on DTA | | | |
| DX0621 | 2/27/2013 | FNM framework for DTA memo | | | |
| DX0622 | 2/28/2013 | Draft minutes of 2/11/13 Board Audit Committee meeting | | | |
| DX0624 | 2/28/2013 | News Release: Freddie Mac Reports Net Income of $11.0 Billion, Comprehensive Income of $16.0 Billion for Full-Year 2012 | | | |
| DX0625 | 2/28/2013 | Presentation to SEC re DTA & VA | | | |
| DX0630 | 3/8/2013 | Memorandum from P. Bjarnason FHFA recap of call with SEC | | | |
| DX0631 | 3/12/2013 | Email from N Satriano to J. Spohn meet to discuss DTA (Satriano Ex. 24) | | | |
| DX0632 | 3/14/2013 | FHFA DTA presentation to Deloitte | | | |
| DX0633 | 3/15/2013 | Deutsche Bank Global Market Research Analysis: Fannie Mae's Delay | | | |
| DX0635 | 3/20/2013 | FHFA Office of Inspector General, Analysis of the 2012 Amendments to the Senior Preferred Stock Purchase Agreements | | | |
| DX0636 | 3/25/2013 | Email from V. Lyons to N. Satriano re 4Q Valuation Allowance on DTA memo, attaches 4Q12 VA Conclusion Memo and Appendices | | | |
| DX0637 | 3/25/2013 | Fannie Mae Q42012 Valuation Allowance on DTA Conclusion Memo | | | |
| DX0638 | 3/25/2013 | Fannie Mae "4th Quarter 2012 Valuation Allowance Conclusion" memo on DTA | | | |
| DX0639 | 3/26/2013 | Deloitte FNM Year End 2012 DTA Valuation Allowance on DTA Letter | | | |
| DX0640 | 3/29/2013 | Letter from K. Silve (Fannie Mae) to P. Veswik (SEC) regarding release of DTA VA | | | |
| DX0641 | 3/31/2013 | Fannie Mae 2013 Q1 Form 10-Q (Excerpt) (Benson 5) | | | |
| DX0642 | 3/31/2013 | Freddie Mac 2013 Q1 Form 10-Q | | | |
| DX0643 | 3/31/2013 | Freddie Mac 1Q Valuation Allowance on DTA memo | | | |
| DX0645 | 3/31/2013 | Fannie Mae 2013 Q1 Form 10-Q | | | |

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0647 | 4/2/2013 | News Release: Fannie Mae Reports Largest Net Income in Company History; $17.2 Billion for 2012 and $7.6 Billion for Fourth Quarter 2012 | | | |
| DX0651 | 4/20/2013 | Email from E. Demarco to N. Satriano re: DTA | | | |
| DX0652 | 4/22/2013 | Email from N. Satriano to J. Marry re DTA | | | |
| DX0653 | 4/24/2013 | 1st quarter 2013 Valuation Allowance on DTA Memo FNM | | | |
| DX0655 | 5/8/2013 | News Release: Freddie Mac Reports Net Income of $4.6 Billion; Comprehensive Income of $7.0 Billion for First Quarter 2013 | | | |
| DX0656 | 5/8/2013 | Email from B. Berkley to E. Linekin re Freddie Fannie | | | |
| DX0658 | 5/9/2013 | News Release: Fannie Mae Reports Pre-Tax Income of $8.1 Billion for First Quarter 2013 | | | |
| DX0659 | 5/9/2013 | DeMarco Speech - Housing Finance, Systemic Risk and Returning Private Capital to the Mortgage Market | | | |
| DX0662 | 6/30/2013 | Freddie Mac 2Q Valuation Allowance on DTA memo | | | |
| DX0663 | 6/30/2013 | Fannie Mae 2013 Q2 Form 10-Q | | | |
| DX0664 | 6/30/2013 | Freddie Mac 2013 Q2 Form 10-Q | | | |
| DX0667 | 8/7/2013 | News Release: Freddie Mac Reports Net Income of $5.0 Billion for Second Quarter 2013, Comprehensive Income of $4.4 Billion | | | |
| DX0669 | 8/8/2013 | News Release: Fannie Mae Reports Net Income of $10.0 Billion and Comprehensive Income of $10.3 Billion for Second Quarter 2013 | | | |
| DX0673 | 9/30/2013 | FRE 3Q2013 Valuation Allowance on DTA Assessment | | | |
| DX0674 | 9/30/2013 | Fannie Mae 2013 Q3 Form 10-Q | | | |
| DX0675 | 9/30/2013 | Freddie Mac 2013 Q3 Form 10-Q | | | |
| DX0676 | 9/30/2013 | Freddie Mac 3Q3 2013 Valuation Allowance Release DTA Memo | | | |
| DX0676-A | 11/7/2013 | Email from:G Metz (FRE) to P. Bjarnson (FHFA) subject "RE: Final DTA VA Memo", attaching "Final 3Q13 Valuation Allowance Assesment" | | | |
| DX0679 | 10/24/2013 | DeMarco Speech - Getting Our House in Order | | | |
| DX0681 | 11/7/2013 | News Release: Fannie Mae Reports Net Income of $8.7 Billion and Comprehensive Income of $8.6 Billion for Third Quarter 2013 | | | |
| DX0683 | 11/7/2013 | News Release: Freddie Mac Reports Pre-Tax Income of $6.5 Billion for Third Quarter 2013 | | | |
| DX0706 | 3/14/2014 | FDIC Annual Report 2013 | | | |
| DX0717 | 9/12/2014 | Correspondence between Thakor and Elizabeth Hosford (DOJ) | | | |
| DX0734 | 5/9/2015 | Ederington, L., Guan, W., Yang, L., 2015, Bond market event study methods *Journal of Banking & Finance* , 58, 281-293. | | | |
| DX0736 | 7/7/2015 | Ross J. Kari biography | 10/26/2022 | 10/26/2022 | Ross Kari |
| DX0767 | 1/9/2017 | FDIC Demands $542m in DIF Assessments from Bank of America | | | |
| DX0784 | 11/2/2017 | News Release: Fannie Mae Reports Net Income of $3.0 Billion and Comprehensive Income of $3.0 Billion for Third Quarter 2017 | | | |
| DX0785 | 12/21/2017 | Fannie Mae: FHFA and Treasury 2017 Letter Agreement | | | |
| DX0790 | 1/1/2018 | Second-Amend-FNM-FNM-GSE Certificate of Designation | | | |
| DX0791 | 1/1/2018 | Second-Amend-FRE-FNM-GSE Certificate of Designation | | | |
| DX0796 | 3/28/2018 | Thakor DOJ Contract FHFA | | | |
| DX0825 | 4/30/2019 | E-trade statement April 2019 | | | |
| DX0834 | 8/30/2019 | Edward Jones IRA Statement for T. Cassell 7/27-8/30/2019 | | | |

Defendants' Trial Exhibit List

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX0838 | 9/30/2019 | Third-Amend-FNM-GSE Certificate of Designation | | | |
| DX0839 | 9/30/2019 | Third-Amend-FRE-GSE Certificate of Designation | | | |
| DX0846 | 1/1/2020 | Koller, Goedhart, and Wessels, Measuring and Managing the Value of Companies, 7th Edition, Mckinsey & Company, 2020 (Chapter 38) | | | |
| DX0848 | 5/1/2020 | FHFA: Periodic Commitment Fee Based on GSE Asset Risk (May, 2020) | | | |
| DX0852 | 9/15/2020 | Chapter 5 of Crisis and Response - FDIC History, Deposit Insurance: Fund Management and Risk-Based Deposit Insurance Assessments | | | |
| DX0858 | 1/4/2021 | Berkley Plaintiffs' Second Supplemental Answer to Defendant's First Interrogatory | | | |
| DX0859 | 1/14/2021 | Letter Agreement between Treasury and Fannie Mae from Steve T. Mnuchin to The Honorable Mark A. Calabria | | | |
| DX0860 | 1/14/2021 | Letter Agreement between Treasury and Freddie Mac from Steve T. Mnuchin to The Honorable Mark A. Calabria | | | |
| DX0867 | 2/25/2021 | Third Amendment Share Price Event Study | | | |
| DX0868 | 3/1/2021 | The Carrot and the Stick Bank Bailouts and the Disciplining Role of Board Appointments | | | |
| DX0869 | 3/12/2021 | Excerpt FDIC Annual Report 2020, at 105 | | | |
| DX0870 | 4/13/2021 | Fannie Mae Fourth Amended and Restated Certificate of Creation, Designation, Powers, Preferences, Rights, Privileges, Qualifications, Limitations, Restrictions, Terms and Conditions of Variable Liquidation Preference Senior Preferred Stock | | | |
| DX0871 | 4/13/2021 | Freddie Mac Fourth Amended and Restated Certificate of Creation, Designation, Powers, Preferences, Rights, Privileges, Qualifications, Limitations, Restrictions, Terms and Conditions of Variable Liquidation Preference Senior Preferred Stock | | | |
| DX0874 | 7/14/2021 | FDIC Deposit Insurance Fund https://www.fdic.gov/resources/deposit-insurance/deposit-insurance-fund/index.html | | | |
| DX0875 | 7/20/2021 | FDIC Deposit Insurance Fund, Assessment Rates and Methodology | | | |
| DX0879 | 10/14/2021 | Rebuttal Expert Report of Prof. Kothari | | | |
| DX0880 | 10/14/2021 | Exhibits and Backup to Kothari Report | | | |
| DX0890 | 1/1/2022 | Brealey, Myers, and Marcus, *Fundamentals of Corporate Finance*, 10th Edition, 2020 (Chapter 14) | | | |
| DX0892 | 2/1/2022 | Exhibits to Attari Report | | | |
| DX0893 | 2/1/2022 | NBER Working Paper by Benmelech, Kumar, Rajan - Secured Credit Premium and the Issuance of Secured Debt | | | |
| DX0901 | Undated | FDIC, Risk Management Manual of Examination Policies, Capital, Section 2-1, p. 7. FDIC, RMS Manual of Examination Policies, Formal Administrative Actions, Section 15-1, pp. 4-5. | | | |
| DX0905 | Undated | Berkley Plaintiffs' Supplemental Answer to Defendant's First Interrogatory | | | |
| DX0911 | 6/1/2012 | Commentary: The Role of Accounting in the Financial Crisis: Lessons for the Future, by S.P. Kothari and Rebecca Lester | | | |
| DX0912 | 6/25/2012 | Email from J. Weiss to D. Layton and CC E. Lee, regarding subject, "UST Agenda and Talking Points," attaching "2012.06.26 Treasury mtg TPs expanded v4.docx". | | | |
| DX0913 | 12/10/2010 | Email from M. Ugoletti to E. DeMarco re "A couple of Issues" attaching "HousingFinanceReformThoughtsv.1.doc; PCF.doc. | | | |
| DX914 | | Case Schiller Data | | | |
| DX915 | | Demonstrate Chart showing Case Schiller Data | | | |
| DX916 | 6/5/2012 | Email from M. Ugoletti to A. Pollard, M. Laponsky, M. Burns, J. Greenlee, J. Newell, and N. Satriano, Subject: "PSPA", SPSPA Clean to Satriano attaching "SPSP Agt 3rd Amdt Freddie (draft 6.04.12) Clean" | 10/28/2022 | 10/28/202 | Nicholas Satriano |

Defendants' Trial Exhibit List

| DX | Date | Description | Date Marked for Identification | Date Received into Evidence | Witness |
|---|---|---|---|---|---|
| DX917 | 6/11/2012 | Email From M. Ugoletti To W. DeLeo and N. Satriano, Subject "RE: SEC 9 30 on Wednesday" | | | |
| DX918 | 6/12/2012 | Email from M. Ugoletti to A. Pollard, M. Laponsky, M. Burns, J. Greenlee, J. Newell, and N. Satriano, Subject: "PSPA", SPSPA Clean to Satriano attaching "SPSP Agt 3rd Amdt Freddie (draft 6.04.12) Clean" | | | |
| DX919 | | Attari CV (App. A to Attari Report) | | | |