CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., et al.,

vs.

FEDERAL HOUSING FINANCE AGENCY, et al.,

Civil No.: 13-CV-1053 (RCL)

In re: Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations

Civil No.: 13-MC-1288 (RCL)

## NOTE FROM JURY

We are currently split in our findings 50/50, with people on both sides feeling very strongly for logical, legal, & ethical reasons. We have been unable to come to any compromise, in that folks on either side of the split are unwilling to make any concessions. The nature of the split has remained unchanged as well (i.e. the same folks have the same opinions). Please advise us to possible next steps as we continue to discuss, debate, & disagree about the case.

Date: 11/2/2022

Time: 1:07 PM

FOREPERSON