CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., et al.,

vs.

FEDERAL HOUSING FINANCE AGENCY, et al.,

Civil No.:   13-CV-1053 (RCL)

In re: Fannie Mae/Freddie Mac Senior Preferred
Stock Purchase Agreement Class Action Litigations

Civil No.:   13-MC-1288 (RCL)

## NOTE FROM JURY

We need post it notes (or other ways to mark pages for our reference), the temperature to be warmed up a few degrees as many of us have been cold today, and the document (or exhibit number) that contains a table showing the purposes + goals before/after conservatorship. We can't find the document that contains how Fannie + Freddie would be managed after going into conservatorship (i.e. being managed to maximize shareholder value vs not being managed to maximize shareholder value).

Date: 11/2/2022

Time: 3:35PM

FOREPERSON

Jay Lesy 11/2/22

Tom Fitton

1537 hrs

05