UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>    *Defendants.* | Case No. 1:13-cv-1053-RCL |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Case No. 1:13-mc-1288-RCL |
| This document relates to:<br>ALL CASES | CLASS ACTION |

## RESPONSE TO JURY NOTE

We are providing Post-it notes and we will work on the room temperature.

The document you request is at defendant's exhibit 102 with a table at page 11 of 266 and defendant's exhibit 103 with a table at page 9 of 363.

By the way, if you are divided on any matter, you should not reveal in any note or otherwise the number of jurors on either side of any split, including to me, court staff, or to anyone else. You may, however, ask questions or inform me that you remain divided. After consulting with the attorneys, I will respond either in writing or by meeting with you in the courtroom.

Date: November 2, 2022

                                                                                                       Royce C. Lamberth
                                                                                                       United States District Judge