## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>    Defendants. | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-1288-RCL |

This document related to:
ALL CASES

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), I, Michael Weitzner, am admitted to practice law in this Court and hereby enter my appearance on behalf of the Berkley Plaintiffs.

Dated: November 3, 2022

Respectfully submitted,

s/ Michael Weitzner
Michael Weitzner
(D.C. Bar No. 262640)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
mweitzner@cooperkirk.com