CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., et al.,

vs.

FEDERAL HOUSING FINANCE AGENCY, et al.,

Civil No.: 13-CV-1053 (RCL)

In re: Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations

Civil No.: 13-MC-1288 (RCL)

## NOTE FROM JURY

~~Several~~ Members of the jury have requested to have the terms 'arbitrarily' and 'unreasonably' explained in layman's terms, more plain language, and/or not in such legal language. Could we also please have another large paper flip chart?

Date: 11/3/2022

Time: 10:32 AM

FOREPERSON