CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., et al.,

vs.

FEDERAL HOUSING FINANCE AGENCY, et al.,

Civil No.:   13-CV-1053 (RCL)

In re: Fannie Mae/Freddie Mac Senior Preferred
Stock Purchase Agreement Class Action Litigations

Civil No.:   13-MC-1288 (RCL)

## NOTE FROM JURY

We would like all of the video testimony + transcriptions of depositions for both plaintiffs' and defendants' witnesses. We would also like a 2nd carafe of hot water, please, as we drank a lot of hot tea yesterday. As discussions are ongoing and we still have deep divisions in the jury, we would also like to request letters of excuse through Tuesday, November 8th. It is also still very cold in the jury room, so could you please make it a bit warmer in here? I'm also out of notes, so I'll need more of these pages, please.

We will take another vote this afternoon, but we are still divided in our interpretations of the evidence.

Date: 11/4/2022

Time: 11:54 AM

FOREPERSON