UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAIRHOLME FUNDS, INC.**, *et al.*,<br><br>*Plaintiffs*,<br><br>**v.**<br><br>**FEDERAL HOUSING FINANCE AGENCY**, *et al.*,<br><br>*Defendants*. | **Case No. 1:13-cv-1053-RCL** |
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | **Case No. 1:13-mc-1288-RCL** |
| This document relates to:<br>ALL CASES | CLASS ACTION |

**NOTE TO JURY**

In response to your note today;

I understand that you have received the hot water and you will receive the letters of excuse through Tuesday. I have again asked GSA to adjust the heat and hopefully they will do so. You have also been given blank jury notes.

As to the "video testimony + transcripts of depositions" I will not be providing you with the video deposition testimony or with the transcripts of the depositions. Rather, you should rely on your memory of the testimony.

The Court wishes to advise you that, because of scheduling issues, the Court will recess today at 3:30pm and your deliberations will have to cease today at that time and resume Monday at 10:00am.

I thank all of you for your conscientious service.

Date: November 4, 2022

Royce C. Lamberth
United States District Judge