CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., et al.,

vs.

FEDERAL HOUSING FINANCE AGENCY, et al.,

Civil No.: 13-CV-1053 (RCL)

In re: Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations

Civil No.: 13-MC-1288 (RCL)

## NOTE FROM JURY

After deliberations from Tuesday through Friday with involved discussions, heated debates, + digging through the evidence provided, we remain a deeply divided jury. Over several votes we have remained divided, + votes before and after discussion today showed no change in anyone's positions. Thank you for the letters excusing us through Tuesday.

Date: 11/4/2022

Time: 3:26 PM

FOREPERSON