CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., et al.,

vs().

FEDERAL HOUSING FINANCE AGENCY, et al.,

Civil No.: 13-CV-1053 (RCL)

In re: Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations

Civil No.: 13-MC-1288 (RCL)

## NOTE FROM JURY

Deliberations have come to a halt at this point. We have thoroughly reviewed the evidence with open minds, and we have discussed the jury instructions at length. There are (a) member(s) with deeply held convictions on either side, so we are at an impasse and cannot come to a verdict. Please advise us as to our next steps.

Date: 11/7/2022

Time: 11:07 AM

FOREPERSON