UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., *et al.*,

    *Plaintiffs*,

v.

FEDERAL HOUSING FINANCE
AGENCY, *et al.*,

    *Defendants*.

Case No. 1:13-cv-1053-RCL

## ORDER

It is hereby **ORDERED** that Defendants' Motion [177] to Extend the Briefing Schedule for Plaintiff's Motion in Limine is **GRANTED** *nunc pro tunc*.

Furthermore, for the reasons stated in open court, it is **ORDERED** that:

Plaintiffs' Motion [231] to Admit PX-226 is **DENIED**;

Defendants' Motion in Limine [233] to Preclude Plaintiffs from Arguing Damages Unsupported by Record Evidence During Closing Arguments is **DENIED**; and

Defendants' Motion [239] for Judgment as a Matter of Law is **DENIED**.

**IT IS SO ORDERED.**

Date: November 30, 2022

                                                       Royce C. Lamberth
                                                       United States District Judge

1