**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FAIRHOLME FUNDS, INC., ET AL., et al,        Civil Action
                                             No. 1:13-1053
                    Plaintiffs,

        vs.
                                             October 17, 2022
FEDERAL HOUSING FINANCE                      2:05 p.m.
    AGENCY, et al,                           Washington, DC


                    Defendants.
_____

In re: FANNIE MAE/FREDDIE MAC                Civil Action
SENIOR PREFERRED STOCK PURCHASE             13-1288
AGREEMENT CLASS ACTION
LITIGATIONS.

_____


            TRANSCRIPT OF **JURY TRIAL - AFTERNOON SESSION**
              BEFORE THE HONORABLE **ROYCE C. LAMBERTH**
                   UNITED STATES DISTRICT JUDGE


PLAINTIFFS' APPEARANCES:

**For Berkley Plaintiffs: BRIAN BARNES**
                         Cooper & Kirk, PLLC
                         1523 New Hampshire Avenue NW
                         Washington, D.C. 20036

**For Class Plaintiffs:   LEE RUDY**
                         Kessler Topaz Meltzer & Check, LLP
                         280 King of Prussia Road
                         Radnor, Pennsylvania 19087

                         **KENYA DAVIS**
                         Boies Schiller Flexner LLP
                         1401 New York Avenue NW
                         Washington, D.C. 20005

APPEARANCES (CONTINUED):

                              **ROBERT F. KRAVETZ**
                              Bernstein Litowitz Berger &
                              Grossmann LLP
                              1251 Avenue of the Americas
                              New York, New York 10020

**For Defendant Federal**
**Housing Finance Agency:  DAVID BERGMAN**
                              **IAN HOFFMAN**
                              **JONATHAN L. STERN**
                              Arnold & Porter Kaye Scholer LLP
                              601 Massachusetts Avenue NW
                              Washington, D.C. 20001


**For Federal National**
**Mortgage Association:    MEAGHAN VERGOW**
                              O'Melveny & Myers LLP
                              1625 I Street NW
                              Washington, D.C. 20006



**Reported By:             LORRAINE T. HERMAN, RPR, CRC**
                              Official Court Reporter
                              U.S. District & Bankruptcy Cts.
                              333 Constitution Avenue, NW
                              Room 6720
                              Washington, DC 20001
                              202-354-3196


*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

1              **P R O C E E D I N G S**

2              **THE COURT:**  We're going to call 0748 next because

3    his child has an emergency and he wants to be excused.  He's

4    number 10 on the list.

5              **DEPUTY CLERK:**  Your Honor, Juror No. 0748.

6         (Prospective juror steps up.)

7              **THE COURT:**  You can take your mask off.

8              **PROSPECTIVE JUROR:**  I'd rather keep it on.  I'm

9    seeking a hardship exemption from serving on this jury.  My

10   son was diagnosed with RSV, a respiratory virus.  He is on a

11   nebulizer that requires two people.  My wife is at home

12   right now.  I'd like to go be with my son.

13             He has a 3:30 doctor's appointment today, and at

14   this point, we area worried that it will turn into

15   pneumonia.

16             **THE COURT:**  Okay.  All right.  Let me ask counsel

17   to pick up.

18        (Sidebar discussion.)

19             **THE COURT:**  Any objection to releasing him?

20             **MR. RUDY:**  Plaintiffs have no objection.

21             **MR. STERN:**  Your Honor, Jonathan Stern for the

22   defendants.  We have no objection to releasing him.

23             **THE COURT:**  You may be excused.

24        (Sidebar discussion concluded)

25             **PROSPECTIVE JUROR:**  Thank you, sir.

1          (Prospective juror steps down.)

2               **DEPUTY CLERK:**  Counsel, when you use the phone,

3     please identify yourselves since we have new court reporter

4     here.

5               **THE COURT:**  All right.  We will go to 1164 then.

6               **DEPUTY CLERK:**  Your Honor, Juror No. 1164.

7          (Prospective juror steps up)

8               **THE COURT:**  Hi.  You can remove your mask while

9     you are there.  You answered your dad at FBI and HUD.  Tell

10    me more about that.  He worked for HUD very briefly in 1970,

11    '71, right after he graduated high school.  And then he

12    worked at the FBI in Clarksburg, West Virginia for his

13    career, so for 25, 26 years, that's where he retired from.

14              **THE COURT:**  Okay.  Was he assigned mostly here in

15    Washington or various places?

16              **PROSPECTIVE JUROR:**  He was mostly in West

17    Virginia, but that was the time that the facility was being

18    built.  So he came to D.C. quite frequently.

19              He worked various project management type of

20    things.  He would come here, spend time at headquarters

21    meeting people to figure out what they would do there.  His

22    final project was the biometric building, the construction

23    of that.

24              **THE COURT:**  And what was that?

25              **PROSPECTIVE JUROR:**  The biometric facility that

1    they built in West Virginia.  He worked on the project,

2    managing some of the construction of that building.

3            **THE COURT:**  Right.  Okay.

4            Would that have any affect on your ability to be a

5    fair juror  here, do you think?

6            **PROSPECTIVE JUROR:**  No.

7            **THE COURT:**  You were asked about strong feelings

8    on 7, about whether government officials try their best to

9    serve the public interest.  Tell me a little bit more about

10   that one.

11           **PROSPECTIVE JUROR:**  I guess, really, there are a

12   couple -- I don't know -- phrases like "strong feelings"

13   that seem so incredibly subjective.  I am wondering, like,

14   what do you mean by "strong feelings?"

15           I don't really have strong feelings either way if

16   someone works for the government or doesn't work for the

17   government, whether that is positive or negative.  I don't

18   think a person's job makes them more or less moral or more

19   or less likely to do the right or the wrong thing.

20           **THE COURT:**  Okay.  How about expert witnesses?

21           **PROSPECTIVE JUROR:**  It's my understanding that

22   expert witnesses are paid or can be.  I think that's an

23   interesting sort of thing that we allow.  I don't think that

24   necessarily means that -- I think that means somebody not

25   truthful for that.  It is an allowed practice; therefore --

1    I don't think it means anything.  I think it is an

2    interesting thing that you allow.

3              THE COURT:  Okay.  You were asked about close

4    family member worked for a large corporation.

5              PROSPECTIVE JUROR:  I worked for Enterprise Rental

6    Car for about seven years.

7              THE COURT:  Okay.

8              THE COURT:  What do you do now?

9              PROSPECTIVE JUROR:  Actually, I was going to ask.

10   I started a new job September 26th.  I can't recall, like,

11   which job I put down on the initial application because the

12   timing of it.

13             THE COURT:  Oh.

14             PROSPECTIVE JUROR:  Currently I work at Phillips

15   Collection as a corporate relations officer.

16             THE COURT:  As what?

17             PROSPECTIVE JUROR:  A corporate relations officer.

18             THE COURT:  Where?

19             PROSPECTIVE JUROR:  Phillips Collection.

20             THE COURT:  You were also asked about having

21   strong opinions, positive or negative, about the influence

22   of large corporations on the economy.

23             PROSPECTIVE JUROR:  Yes.  I mean, as someone who

24   solicits corporations for money, for non-profit

25   organizations, I think they have a -- I think corporations

1    have a duty.  I think corporate/social responsibility is

2    incredible important.  I think they have a duty to get back

3    into those ways.

4           I also fully support non-profits having policies

5    about who they will accept funds from, ensuring that

6    whatever corporation they work with there won't be major

7    issues from the public for them taking the money; that there

8    is not any conflict with their own mission.

9           **THE COURT:**  Okay.  You were asked about whether

10   you have, in the past or now invest in the stock market.

11   Tell me more about that.

12          **PROSPECTIVE JUROR:**  I think I -- I mean, I've

13   participated in various 401(k) and basic investing.  I don't

14   feel super knowledgeable about it but for 20-ish years, I

15   guess, since I started working.

16          **THE COURT:**  Okay.  You aren't picking stocks

17   yourself.

18          **PROSPECTIVE JUROR:**  Um -- no.  I kind of wanted to

19   start to dabble in that a little bit, consulting friends

20   that had more knowledge, not necessarily financial advisors,

21   but doing quite well themselves.  I would say that is kind

22   of my novice extent.

23          **THE COURT:**  Right.  Okay.

24          Ever trade in cryptocurrency or want to trade in

25   cryptocurrency?

1        **PROSPECTIVE JUROR:**  No, I don't feel I know enough

2   about cryptocurrency to use my money to invest in that or to

3   have an opinion about it.

4        **THE COURT:**  Okay.  You think investing in the

5   stock market is like gambling?

6        **PROSPECTIVE JUROR:**  I think it's what we do.  It's

7   obviously not always stable, but I think that that's the way

8   a lot of our society is built.  It's one of the ways to

9   increase wealth.

10       Yeah, it's a little bit like gambling, especially

11  if you don't know what you are doing.  It's got a lot of

12  different factors.  It's not a sure bet.  It also seems

13  pretty standard because that's what a lot of people

14  contribute to.

15       **THE COURT:**  You did okay yourself --

16       **PROSPECTIVE JUROR:**  I'm doing --

17       **THE COURT:**  -- in the 401(k)s.

18       **PROSPECTIVE JUROR:**  I have a few years before I

19  need to draw any of that money.

20       **THE COURT:**  You own your home?

21       **PROSPECTIVE JUROR:**  I do.

22       **THE COURT:**  Did you mortgage it?

23       **PROSPECTIVE JUROR:**  We did.

24       **THE COURT:**  Who did you mortgage it with?

25       **PROSPECTIVE JUROR:**  PNC.

1          **THE COURT:**  Okay.

2          **THE COURT:**  Twenty-five, you were asked -- what do

3    you mean by being involved in a civil litigation?  What did

4    you have in mind there?

5          **PROSPECTIVE JUROR:**  Yeah, I've never personally

6    been involved in any type of litigation.  I have twice in

7    the State of West Virginia and the State of Tennessee taken,

8    like, mediation trainings.  So when I lived in Tennessee, in

9    Davidson County, I was a volunteer.

10         **THE COURT:**  Uh-huh.

11         **PROSPECTIVE JUROR:**  I was a volunteer mediator

12   mostly for small claims, tenant/landlord disputes.

13         **THE COURT:**  Right.

14         **PROSPECTIVE JUROR:**  Being civil cases, I wasn't

15   sure if you had something like that in mind or a more direct

16   involvement personally.

17         **THE COURT:**  How did those work out?

18         **PROSPECTIVE JUROR:**  Um, sometimes they worked out,

19   I think, in a way that both parties felt empowered or at

20   least they had a say in what the outcome would be.

21   Sometimes that didn't work and people just got up and left.

22   But sometimes it worked out okay.  I don't know how it --

23   you know, how it ended as far as the agreement we came to,

24   whether they actually followed through with it.  Sometimes

25   those were a pretty powerful process to go through.

1          **THE COURT:**  This is in state court?

2          **PROSPECTIVE JUROR:**  A county, Davidson County,

3     Nashville, Tennessee.

4          **THE COURT:**  Okay.  You also asked about the length

5     of time two weeks.  Normally the day would stop at 5; is

6     that a problem?

7          **PROSPECTIVE JUROR:**  I was just thinking, um, I --

8     so I just started a new job.  There is a lot of things up in

9     the air.

10         **THE COURT:**  Right.

11         **PROSPECTIVE JUROR:**  That is, I think, mostly okay.

12    I'm also a part-time grad student at American University.

13         **THE COURT:**  Right.

14         **PROSPECTIVE JUROR:**  I have classes on Tuesday and

15    Wednesday nights at 5:30 at AU.  I also have a mid-term next

16    week.  Obviously my schedule is pretty tight.  So just

17    wanting to be as much aware if I were to have to reschedule

18    a final or mid-term or --

19         **THE COURT:**  Right.  Right.

20         **PROSPECTIVE JUROR:**  You know?

21         **THE COURT:**  I'm sure we can work that out.

22         Okay, any other questions counsel wants to ask?

23      (Sidebar discussion)

24         **MR. RUDY:**  If you could ask the prospective juror

25    what she is studying at American University.  Second, I

1      believe she checked off she had thoughts on number 17, which

2      was the causes of the 2008 financial crisis.  And I don't

3      believe you followed up on that.

4              **THE COURT:**  Okay.

5              **MR. STERN:**  Your Honor, in response to Question

6      No. 7, about strong feelings about the government.  She sort

7      of deflected that by saying "strong" is subjective.  We

8      would ask the Court to ask her if she has feelings one way

9      or the other about whether the government serves the public

10     interest, whether she would characterize them as strong or

11     not.

12             (Sidebar discussion concluded)

13             **THE COURT:**  One question I overlooked was 17.  Do

14     you have any views about the causes of the 2008 financial

15     crisis?

16             **PROSPECTIVE JUROR:**  I don't feel that I have a

17     fully-academic understanding of it.  From my basic

18     understanding, it was due to banks, some banks -- financial

19     institution is probably a better word to use -- as far as

20     with mortgages, offering people mortgages that were not as

21     fully vetted as they maybe should have been; therefore,

22     people were getting loans that they couldn't necessarily

23     complete or pay for and there were foreclosures.

24             From what I heard about that, it was largely -- I

25     have been going through the process of going through a

1    mortgage myself -- that perhaps people shouldn't have had

2    mortgages.  There wasn't the likelihood that they could have

3    followed through with that financial commitment.

4         **THE COURT:**  Okay.  When you talked about the --

5    your views about the government and whether you had strong

6    beliefs about whether the government was serving the public

7    interest, tell me a little more about how you look at that

8    question.

9         **PROSPECTIVE JUROR:**  About the government and their

10   public interest, responsibilities?

11        I think it's vital.  I think that's why we have

12   government, why we have public service and not private.  I

13   think that public and private industries can work together,

14   but I think that their motives and objectives are different

15   and should be different.

16        I don't know.  Is that -- maybe -- I'm not sure if

17   I am answering your question right.

18        **THE COURT:**  When you say you have strong views,

19   what does that mean?

20        **PROSPECTIVE JUROR:**  Oh, um --

21        **THE COURT:**  Could you be a fair juror in a case

22   like this or --

23        **PROSPECTIVE JUROR:**  Yes.

24        **THE COURT:**   -- do you think that would have an

25   impact on your ability to follow my instructions about the

1    law as you apply it here in this case?

2         **PROSPECTIVE JUROR:**  No.  I'm a pretty good rule

3    follower.  I think I could follow -- yeah.  And I think from

4    my -- from studying mediation as I have and being trained in

5    that, as well as some of the classes I have taken and am

6    currently taking, I understand legal instruction, the nuance

7    of that versus my personal opinion or interpretation of.

8         **THE COURT:**  Okay.  What are you studying at AU

9    now?

10        **PROSPECTIVE JUROR:**  Masters in public

11   administration, MPA.

12        **THE COURT:**  Okay.  And what's your new job?

13        **PROSPECTIVE JUROR:**  Corporate fundraising.  So I

14   work for the Phillips Collection.  Anyone not from D.C., it

15   is a really amazing modern arts museum.  It is my role to

16   work with, to seek corporate partnerships and sponsorships

17   for the organization and to work with those individuals to

18   ensure that it's a good partnership for both organizations;

19   that it works well for us as well as any benefits and

20   expectations that they had as well.

21        **THE COURT:**  Okay.  Thank you very much.

22        **PROSPECTIVE JUROR:**  Oh, could I just make one more

23   comment, please?

24        **THE COURT:**  Sure.

25        **PROSPECTIVE JUROR:**  I do want to say, in line with

1    that I know one of your questions had a long list of

2    corporations and if we had any.  I don't quite know yet the

3    full breadth of any -- of all of the corporate

4    partnerships --

5         THE COURT:  Oh, Phillips.

6         PROSPECTIVE JUROR:  I just wanted to be

7    transparent.

8         THE COURT:  Phillips might be involved with a lot

9    of them.

10        PROSPECTIVE JUROR:  They are.  I don't

11   necessarily -- I'm three weeks in so I don't know any that

12   could potentially be a conflict necessarily.

13        THE COURT:  Okay.  Thank you very much.  You may

14   want to get a lot more involved.

15        PROSPECTIVE JUROR:  Pardon?

16        THE COURT:  In your new job, you may want to get a

17   lot more involved.  Thank you.

18      (Prospective juror steps down)

19        THE COURT:  We'll go to 1923.

20        DEPUTY CLERK:  Your Honor, Juror No. 1923.

21      (Prospective juror steps up)

22        THE COURT:  You can pull your mask down while

23   you're there on the stand.

24        PROSPECTIVE JUROR:  Okay.

25        THE COURT:  You said on the second question about

1    family or friends involved with Fannie Mae.  Tell me a

2    little more about that.

3             **PROSPECTIVE JUROR:**  Yeah, so I have five former

4    coworkers who have gone to Fannie Mae.  One works on the

5    comms team and one works in the creative design studio.  We

6    see them at work events.  They are not --I couldn't hear the

7    first part of that.  Five former...

8             **PROSPECTIVE JUROR:**  Five former coworkers who work

9    for Fannie Mae.  One works on the communications team and

10   for are designers, they work in the creative studio.  I see

11   them fairly often.  They are not close friends but I am

12   friends with them.

13            **THE COURT:**  Okay.  Let me speak to counsel.

14        (Sidebar discussion)

15            **MR. STERN:**  Court's indulgence.

16            Your Honor, we'd ask that you ask some question --

17   however the Court wishes to put it -- whether the fact that

18   she has these former coworkers who are friends who are now

19   at Fannie Mae, would that have any influence on her ability

20   to be fair and impartial in this case.  Some general

21   question to see what she has to say.

22            **MR. RUDY:**  I don't know if you could ask her

23   something -- it's unusual that five of her colleagues have

24   gone to Fannie Mae.  Is there some connection between her

25   current job and Fannie Mae with such a pipeline?  If you

1    could explore that.

2             **THE COURT:**  All right.

3         (Sidebar discussion concluded)

4             **THE COURT:**  It sounds unusual that so many would

5    go to Fannie Mae.  Is there a pipeline or how do they all

6    happen to go to Fannie Mae?

7             **PROSPECTIVE JUROR:**  Sorry?

8             **THE COURT:**  Is there a pipeline there?  How did

9    everybody go to Fannie Mae?

10            **PROSPECTIVE JUROR:**  One left first and kept

11   recruiting people over.

12            **THE COURT:**  Oh, okay.

13            Would their employment there have any impact on

14   your ability to be an impartial juror here?

15            **PROSPECTIVE JUROR:**  I don't believe so, no.

16            **THE COURT:**  Okay.  Tell me where you all came

17   from.

18            **PROSPECTIVE JUROR:**  They all worked at Porter &

19   Novelli, my current employer.

20            **THE COURT:**  Where is that?

21            **PROSPECTIVE JUROR:**  Porter and Novelli, it's a

22   public relations firm.

23            **THE COURT:**  What do you do there?

24            **PROSPECTIVE JUROR:**  So we -- the D.C. office is

25   primarily a government contractor, but then we also have

1    other clients as well.

2              **THE COURT:**  Okay.  And what kind of work do you

3    all do?

4              **PROSPECTIVE JUROR:**  So it's a public relations

5    company, so communications.

6              **THE COURT:**  Okay.  And what do they do at Fannie

7    Mae?  Do you know?

8              **PROSPECTIVE JUROR:**  One of them works on the

9    communications team and the other four are graphic designers

10   and they work on their design team.

11             **THE COURT:**  Okay.  Are they people you are still

12   in contact with?

13             **PROSPECTIVE JUROR:**  Yes.

14             **THE COURT:**  Let me speak to counsel again.

15        (Sidebar discussion)

16        **MR. RUDY:**  Could you ask her what other agencies

17   she does communications and PR work for?

18             **THE COURT:**  Does defendant really want to try to

19   qualify her?

20        **MR. STERN:**  Court's indulgence.

21             Your Honor, we defer to the Court.  No objection

22   to striking her, but we are not moving for that.

23             **THE COURT:**  Any objection by plaintiffs?

24        **MR. RUDY:**  Plaintiff has no objection to striking

25   her.

1      **THE COURT:**  Let's go ahead.

2      (Sidebar discussion concluded)

3      **THE COURT:**  You can return to the other courtroom.

4      **PROSPECTIVE JUROR:**  Oh, okay.

5      (Prospective juror steps down)

6      **THE COURT:**  Dismissed for cause without objection.

7      We could spend the next 30 minutes but I don't

8  want to.

9      **DEPUTY CLERK:**  Your Honor, Juror No. 0477.

10      (Prospective juror steps up)

11      **THE COURT:**  You can pull your mask down while

12  you're there.  I have just a few follow-ups.  You or someone

13  close to you works for the government.

14      **PROSPECTIVE JUROR:**  My fiancee works for the

15  Federal Reserve Board, the fed --

16      **THE COURT:**  Federal?

17      **PROSPECTIVE JUROR:**  Reserve.

18      **THE COURT:**  Okay.  What does he do?

19      **PROSPECTIVE JUROR:**  Facilities manager.

20      **THE COURT:**  I didn't hear you.

21      **PROSPECTIVE JUROR:**  Facilities manager.

22      **THE COURT:**  Facilities manager.  Okay.  Where does

23  he work?

24      **PROSPECTIVE JUROR:**  Here at the --

25      **THE COURT:**  In D.C.?

1          **PROSPECTIVE JUROR:**  The Board of Governors.

2          **THE COURT:**  Okay.

3          You were also asked about strong feelings whether

4     government officials generally do their best to serve the

5     public.  Tell me a little more about that one.

6          **PROSPECTIVE JUROR:**  Um, I think just generally

7     that that's why they are there.

8          **THE COURT:**  Okay.  Have a family member ever

9     worked for a large corporation?

10         **PROSPECTIVE JUROR:**  My brother, some time ago,

11    worked for U.S. Bank in their IT department and his wife

12    also worked at 3M.

13         **THE COURT:**  Okay.  You've invested in the stock

14    market before.

15         **PROSPECTIVE JUROR:**  Yes.

16         **THE COURT:**  And was that in stocks yourself or is

17    that a 401(k) or both?

18         **PROSPECTIVE JUROR:**  Both.

19         **THE COURT:**  Did you pick the stocks or an advisor

20    picked?  How did that work?

21         **PROSPECTIVE JUROR:**  I picked them.

22         **THE COURT:**  How did you go about doing that?

23         **PROSPECTIVE JUROR:**  Well, only a couple different

24    companies.  They were just ones that I had a particular

25    interest in, as well as one that my parents had also

1    invested in.

2              **THE COURT:**  Okay.  In making those, what kind of

3    education or training did you have to make those

4    investments?

5              **PROSPECTIVE JUROR:**  Can you say that again?

6              **THE COURT:**  Yeah.  What kind of education or

7    training did you have in order to decide on those

8    investments?

9              **PROSPECTIVE JUROR:**  I -- nothing directly, I

10   think, but I minored in economics in college and studied

11   some economics in graduate school.

12             **THE COURT:**  Okay.

13             Were dividends important to you?  Were you looking

14   at dividends when making those investment decisions?

15             **PROSPECTIVE JUROR:**  No.

16             **THE COURT:**  You were really looking at long-range.

17             **PROSPECTIVE JUROR:**  Yes.

18             **THE COURT:**  How did you do?

19             **PROSPECTIVE JUROR:**  Pretty good, I think.  So far

20   so good.

21             **THE COURT:**  So far so good.  Yeah.

22             Did you ever trade in cryptocurrency or want to

23   trade in cryptocurrency?

24             **PROSPECTIVE JUROR:**  No.

25             **THE COURT:**  Do you believe investing in the stock

1    market is like gambling?

2              **PROSPECTIVE JUROR:**  No.

3              **THE COURT:**  You thought you knew what you were

4    doing and so far it's turned out.

5              **PROSPECTIVE JUROR:**  Well, I know there is risk

6    involved, but I think it's -- one should make educated

7    decisions and follow an appropriate strategy.

8              **THE COURT:**  Okay.  Good.  You or someone close to

9    you gained or lost a significant amount of money in the

10   stock market or real estate?

11             **PROSPECTIVE JUROR:**  I guess that depends on what

12   somebody considers significant.  I know my parents did

13   pretty well over the course of many years.

14             **THE COURT:**  In the stock market?

15             **PROSPECTIVE JUROR:**  Yes.

16             **THE COURT:**  You or someone close to you had

17   experience in following fields:  Banking, finance,

18   economics, securities, underwriting or real estate?  What

19   did you have in mind there?

20             **PROSPECTIVE JUROR:**  Mainly I studied economics in

21   college and graduate school.  Other than that, just normal

22   stuff, like -- not to skip ahead -- I owned a home and

23   purchased a home; that kind of thing.

24             **THE COURT:**  What's your job now?

25             **PROSPECTIVE JUROR:**  I am in facilities management

1    for the National Restaurant Association.

2              **THE COURT:**  Okay.  And do you own your home?

3              **PROSPECTIVE JUROR:**  Yes.

4              **THE COURT:**  Do you have a mortgage?

5              **PROSPECTIVE JUROR:**  Yes.

6              **THE COURT:**  Who is that with?

7              **PROSPECTIVE JUROR:**  Chase.

8              **THE COURT:**  Okay.  And do you belong to any social

9    or professional organizations?

10             **PROSPECTIVE JUROR:**  The only one that comes to

11   mind is the International Facilities Management Association.

12             **THE COURT:**  Okay.  Let me see if counsel have any

13   other followups.

14             **MR. RUDY:**  Plaintiffs have no question.

15             **MR. STERN:**  Your Honor, she referred twice to

16   graduate school.  We would ask the Court to ask her where

17   she went, what she studied when she got a degree.  Whatever

18   the Court thinks is important along those lines to get more

19   information about that.

20        (Sidebar discussion concluded)

21             **THE COURT:**  You said something about graduate

22   school.  Where did you go and what did you get a decree in?

23             **PROSPECTIVE JUROR:**  I went to University College

24   Dublin, in Ireland.  I got a masters in economic science and

25   public affairs.

1          **THE COURT:**  It sounds interesting.

2          **PROSPECTIVE JUROR:**  It was.

3          **THE COURT:**  It is working?  It helped you?

4          **PROSPECTIVE JUROR:**  Oh, yes.  Although I'm in an

5    unrelated field now.

6          **THE COURT:**  Okay.  Thank you very much.

7          **PROSPECTIVE JUROR:**  Can I go?

8          **THE COURT:**  Yes.

9       (Prospective juror steps down.)

10         **THE COURT:**  Before we call the next juror, wait

11   just a moment.  We can go through this, if you all want, or

12   the notes -- you can see it might be a waste of time, but if

13   you want to go through this we can or I can just cut to the

14   chase when we go --

15         **MR. STERN:**  If the Court was soliciting our views.

16         **THE COURT:**  I was.

17         **MR. STERN:**  We have no objection to strike this

18   juror for cause.

19         **MR. RUDY:**  Plaintiffs agree.

20         **THE COURT:**  All right.  Then we will go to 714.

21         **MR. RUDY:**  Just for the record, we would perhaps

22   ask that you put on the record what it is that caused Your

23   Honor to have the suggestion, and I think that would be

24   helpful for the record.

25         **THE COURT:**  Yes, 1568 will be stricken.

1          **MR. RUDY:**  I agree with the reasoning, but I would

2    like on the record what the Court's reasoning was.

3          **THE COURT:**  "The suggestion that any person --

4    commerce is one of the branches exploded by the --"

5          I can't read all of this.

6          **MR. RUDY:**  I think it says devil.

7          **THE COURT:**  "Strong belief that the government

8    will no longer exist due to the lack of following God's

9    rules," and various other comments on the notes as well as

10   other comments on the notes.

11         **DEPUTY CLERK:**  Your Honor, Juror No. 0714.

12         **MR. RUDY:**  Thank you, Your Honor; that's

13   sufficient.

14         (Prospective juror steps up)

15         **THE COURT:**  You answered knowledge about Fannie

16   Mae and Freddie Mac.

17         **PROSPECTIVE JUROR:**  Correct, Your Honor.

18         **THE COURT:**  Tell me more about that.

19         **PROSPECTIVE JUROR:**  I am the Vice President of

20   finance and investments for a real estate firm.  In my prior

21   career, I closed about 350 million dollars' worth of

22   transactions, and about half were Fannie and Freddie linked.

23         **THE COURT:**  Okay.  How would that affect your

24   ability to be fair and impartial juror here?

25         **PROSPECTIVE JUROR:**  They were hard loans to do but

1    outside of completing the loans, I didn't have any knowledge

2    of people at Fannie or Freddie.

3              **THE COURT:**  So you have no impression about the

4    issues here.

5              **PROSPECTIVE JUROR:**  I don't think so, Your Honor.

6              **THE COURT:**  I'm sorry?

7              **PROSPECTIVE JUROR:**  I don't think so, Your Honor.

8              **THE COURT:**  Okay.  You said on 6, Haven't had any

9    good experiences with Fannie and Freddie.  Tell me a little

10   more about that.

11             **PROSPECTIVE JUROR:**  Just in closing the

12   transactions, a lot of paperwork with Fannie and Freddie.  I

13   don't enjoy Fannie and Freddie loans; so that would be the

14   impression that that wasn't that good impression of Fannie

15   and Freddie.

16             **THE COURT:**  I'm sorry?

17             **PROSPECTIVE JUROR:**  Closing Fannie and Freddie

18   loans were tough loans compared to the other loans I would

19   close.  So I would say just not a favorable impression from

20   that perspective.

21             **THE COURT:**  And tell me in what way?

22             **PROSPECTIVE JUROR:**  More paperwork for the Fannie

23   and Freddie loans, more tedious.  They would be very

24   specific, particular, on Fannie and Freddie loans compared

25   to life cos and insurance cos.

1      **THE COURT:**  What do you think that was caused by?

2      **PROSPECTIVE JUROR:**  That's a great question.  I

3  think that that's just their process, that they have to have

4  more paperwork, more comprehensive.

5      **THE COURT:**  More?

6      **PROSPECTIVE JUROR:**  More comprehensive compared to

7  private sector.

8      **THE COURT:**  You have, A close family member ever

9  worked for a large corporation?  Who was that?

10     **PROSPECTIVE JUROR:**  My mom was a vice president of

11  a public trade company.

12     **THE COURT:**  What was that?

13     **PROSPECTIVE JUROR:**  Elizabeth Arden.

14     **THE COURT:**  You ever owned your own business.

15  What was that?

16     **PROSPECTIVE JUROR:**  I do.  I have four investment

17  homes.  And I also have a real estate consulting firm.

18     **THE COURT:**  Okay.  And tell me a little more about

19  your business.

20     **PROSPECTIVE JUROR:**  Sure.  So the real estate

21  consulting firm specializes in consulting for tax exempt and

22  taxable bonds involved in real estate.  Then the four real

23  estate properties are all in South Carolina owned by their

24  own LLCs.  I am either managing member or sole member of all

25  those properties and LLCs.

1    **THE COURT:**  Okay.  And you're currently the owner

2    of that same business, real estate business?

3    **PROSPECTIVE JUROR:**  Correct.  Yes, Your Honor.

4    **THE COURT:**  And is that your sole source of income

5    or do you have other things too?

6    **PROSPECTIVE JUROR:**  My sole source of income is

7    vice president of finance and investment for a real estate

8    investment firm in D.C.  The consulting firm is on the side.

9    **THE COURT:**  Okay.  And tell me about your other

10    income then?

11    **PROSPECTIVE JUROR:**  Sure.  So income primarily is

12    from the vice president role, then from the consulting

13    business and then the four investment properties.

14    **THE COURT:**  Okay.

15    And have you invested in the stock market itself?

16    Can you tell me more about that?  Have you picked stock

17    yourself or did you have an advisor or how did you do that?

18    **PROSPECTIVE JUROR:**  Yeah.  So I do not have an

19    advisor.  I have been investing in the stock market for

20    about 20 years, always picking my own stocks, options,

21    trading, mutual funds, everything.

22    **THE COURT:**  Okay.  Mutual funds you usually

23    weren't picking the stock, but some of those you did pick

24    your own stock too.

25    **PROSPECTIVE JUROR:**  Correct.  Own stock, own

1    options, trading strategies.  Mutual funds are for my

2    401(k), my Roth IRA and then my taxable account I pick, yes,

3    Your Honor.

4             THE COURT:  In picking your own stocks, how

5    important were dividends to you in deciding about which

6    stocks you would pick?  Did you look at dividends as well?

7    Were you looking at more long-range or what were you looking

8    at?

9             PROSPECTIVE JUROR:  So  look at a little bit of

10   everything.  For my Roth IRA, more dividends.  For my

11   taxable account, looking more at riskier strategies and

12   other options.  But for the IRA, yes, I was looking at

13   dividends and long term.

14            THE COURT:  Okay.  What kind of education training

15   enabled you to make those kind of decisions on investments?

16            PROSPECTIVE JUROR:  A lot of it I learned on my

17   own, but I went to school -- undergrad was international

18   business and real estate, then a masters of international

19   business.

20            THE COURT:  Okay.  Where did you go to school?

21            PROSPECTIVE JUROR:  University of South Carolina.

22            THE COURT:  At some point you moved here?

23            PROSPECTIVE JUROR:  Yes, I'm from here.  Born and

24   raised in D.C.

25            THE COURT:  Okay.  How active of an investor would

1    you consider yourself to be?

2              **PROSPECTIVE JUROR:**  Very.

3              **THE COURT:**  Very active.

4              **PROSPECTIVE JUROR:**  Yes.

5              **THE COURT:**  Do you believe investing in stock

6    market is like gambling?

7              **PROSPECTIVE JUROR:**  I do.  Yes, 100 percent.  It's

8    just gambling that people think is normal.

9              **THE COURT:**  Okay.  Have you ever traded in

10   cryptocurrency or wanted to trade in cryptocurrency?

11             **PROSPECTIVE JUROR:**  I have traded in

12   cryptocurrency.

13             **THE COURT:**  How have you done?

14             **PROSPECTIVE JUROR:**  Not well.  Not my cup of tea.

15             **THE COURT:**  I haven't seen the person yet that did

16   well.  There must be somebody.

17             **PROSPECTIVE JUROR:**  They are out there somewhere.

18             **THE COURT:**  It wasn't you.

19             **PROSPECTIVE JUROR:**  It wasn't me.

20             **THE COURT:**  Have you or someone close to you

21   gained or lost a significant amount of money in the stock

22   market?

23             **PROSPECTIVE JUROR:**  Yes.  I had bad option

24   strategies going into COVID.

25             **THE COURT:**  I couldn't hear that.

1      **PROSPECTIVE JUROR:**  I had some bad option

2   strategies going into COVID 2020.

3      **THE COURT:**  And real estate?

4      **PROSPECTIVE JUROR:**  Real estate, thankfully, I've

5   done okay.  I had some tenant issues due to COVID.  Outside

6   those tenant issues, I've done okay.

7      **THE COURT:**  Any views on the causes of the 2008

8   financial crisis?

9      **PROSPECTIVE JUROR:**  So my dissertation for my

10   master's program was on the '08 crisis and the laws going

11   into the crisis, comparing the U.S. to Spain and Ireland.  I

12   have significant thoughts and commentary on the '08 crisis.

13      **THE COURT:**  You are familiar with the term

14   "government sponsored entity"?

15      **PROSPECTIVE JUROR:**  Yes.

16      **THE COURT:**  Tell me about how you are familiar

17   with that.

18      **PROSPECTIVE JUROR:**  So, again, part of my

19   dissertation and also for work dealing with Fannie and

20   Freddie and Ginnie.

21      **THE COURT:**  What was your dissertation?

22      **PROSPECTIVE JUROR:**  So the dissertation compared

23   the U.S. to Ireland and Spain, what caused them to go into

24   the '08 recession.  How they came out of it.  Laws that were

25   put into place going all the way back to The Great

1    Depression.  How mainly the three presidents prior and

2    during the '08 recession led to the '08 recession.

3              Ultimately, I determined it was greed from

4    individuals, companies/corporations which led to the crash.

5    Kind of a trickle-down.

6              **THE COURT:**  Do you have any strong views about the

7    legitimacy or viability of a government-sponsored entity

8    like Fannie and Freddie?

9              **PROSPECTIVE JUROR:**  I think that while the country

10   needs some sort of government-sponsored entity, I do think

11   private sector can accomplish the needs of people better.

12             **THE COURT:**  If you were writing the legislation.

13             **PROSPECTIVE JUROR:**  Correct.

14             **THE COURT:**  You don't have any experience with a

15   conservatorship, so you don't know a lot about

16   conservatorship I take it.

17             **PROSPECTIVE JUROR:**  No.  I have minimal

18   experience.  I wouldn't say significant whatsoever.

19             **THE COURT:**  Okay.

20             Social/professional organizations?

21             **PROSPECTIVE JUROR:**  So I am on the board for

22   University of South Carolina Moore School.  And I'm also on

23   the board for the finance committee for Charles E. Smith

24   Jewish Day School.

25             **THE COURT:**  And then I also have personal or

1    medical hardship.

2         **PROSPECTIVE JUROR:**  I have travel plans the week

3    of the 6th, November 6th.

4         **THE COURT:**  We'll be done before then.

5         **PROSPECTIVE JUROR:**  Okay.

6         **THE COURT:**  Let me ask counsel if they have other

7    followups they want to ask.

8         (Sidebar discussion)

9         **MR. RUDY:**  I would just ask if you could follow up

10   with him about studying for his dissertation, if he read any

11   reform proposals for how to reform Freddie or Fannie, and if

12   he's drawn any conclusions from that research.

13        **MR. STERN:**  Your Honor, I'd be happy to suggest a

14   specific questions, but if the Court would indulge me a

15   moment to articulate our concern.

16        The overall concern is that this juror -- he

17   started investing in stocks, according to him, when he was

18   10 years old.  He has a tremendous amount of personal and

19   professional experience with a lot of the issues that will

20   be explored at this trial.  He wrote his dissertation on the

21   financial crisis or at least one aspect of the financial

22   crisis that will be a key element of the proof here.

23        Our concern is, I can't imagine he will be able to

24   put aside all of what he knows or thinks he knows and render

25   a verdict based solely on the evidence in the case, even

1    disputed evidence that might be inconsistent with his view

2    of the world is probably something that he will not be

3    able -- he wouldn't be able to put aside his view of the

4    world to assess the issues based solely on the evidence.

5         So with that preface, Your Honor, the kinds of

6    questions we would have in mind would be, Would he be able

7    to set aside -- I'm not talking about his general knowledge,

8    I'm talking about the specific knowledge he has, would he be

9    able to set aside all of that knowledge, including knowledge

10   gained both from his work and his academic career, and judge

11   the issues in this case based solely on the evidence in Your

12   Honor's instructions?  Something along those lines.

13        We just have concerns he will be back there

14   saying, No, let me tell you how that works.  I don't care

15   what the evidence was.  That kind of thing.

16        That's all I have, Your Honor.  Thank you.

17        (Sidebar discussion concluded)

18        **THE COURT:**  In your dissertation, did you have

19   occasion to look at any specific proposals about reforming

20   Fannie or Freddie?

21        **PROSPECTIVE JUROR:**  Excuse me?

22        **THE COURT:**  In your dissertation work, did you

23   have occasion to look at reforms for Fannie and Freddie?

24        **PROSPECTIVE JUROR:**  I would have to go back and

25   look.  It was a course given by the law school at University

1    of South Carolina.  It was looking at laws going into '08.

2              **THE COURT:**  You don't remember the specifics on

3    that?

4              **PROSPECTIVE JUROR:**  I would have to go back and

5    check.

6              **THE COURT:**  One issue would be because you know a

7    lot about this area, more than most jurors are going to know

8    about this area.

9              **PROSPECTIVE JUROR:**  Right.

10             **THE COURT:**  Would you be able to decide this case

11   just on the evidence you hear in the trial?  You know the

12   general area, but could you decide the case -- we are going

13   to have some experts.  We are going to have some witnesses

14   at this trial --

15             **PROSPECTIVE JUROR:**  Right.

16             **THE COURT:**  Could you fairly decide this case just

17   on the evidence that you heard here at this trial and the

18   instructions that I give you on the law?  Could you be fair

19   to both sides and really decide this case on the evidence?

20   How would you tackle that question?  Give me some idea of

21   how you look at that.

22             **PROSPECTIVE JUROR:**  It's hard to answer that, Your

23   Honor.  Just that I do have prior knowledge of the GSEs.

24   That is my world.  So I'm unsure, exactly, how I would

25   handle that.

1          **THE COURT:**  Okay.  Thank you very much.  You can

2    step down.

3          **DEPUTY CLERK:**  You can go back to the courtroom.

4          **PROSPECTIVE JUROR:**  Okay.

5          **DEPUTY CLERK:**  Thank you.

6      (Prospective juror steps down)

7          **THE COURT:**  I have to say that was a disappointing

8    answer.  I would have to sustain the challenge for cause.  I

9    don't think he can -- I wish he could have given me some

10   assurance he could do that, but I don't think I could be

11   sustained or not sustain a challenge for cause.

12         **MR. RUDY:**  I think you are right, Your Honor.  We

13   consent.

14         **MR. STERN:**  Your Honor, for the sake of the

15   record, we would move to strike that juror for cause.

16         **THE COURT:**  I'm sorry?

17         **MR. STERN:**  For the sake of the record, we would

18   move to strike that juror for cause for the reasons stated

19   by the Court.

20         **THE COURT:**  All right.

21         We will go to Juror No. 1722.

22         **DEPUTY CLERK:**  Your Honor, Juror No. 1722.

23         Ma'am, you can take a seat right there.

24     (Prospective juror steps up)

25         **THE COURT:**  You can pull your mask down while

1    we're talking.

2              You or someone worked for the government.

3              **PROSPECTIVE JUROR:**  Again?  What did you say?

4              **THE COURT:**  You or someone close to you worked for

5    the government.

6              **PROSPECTIVE JUROR:**  Yes, my husband.

7              **THE COURT:**  Who does he work for?

8              **PROSPECTIVE JUROR:**  I don't know what agency but

9    he works at the Pentagon and also somewhere else in

10   Springfield, Virginia.

11             **THE COURT:**  What does he do?

12             **PROSPECTIVE JUROR:**  He's a computer engineer.

13             **THE COURT:**  You in the past or present own stock

14   in Freddie or Fannie.

15             **PROSPECTIVE JUROR:**  I don't know.  My husband does

16   that.

17             **THE COURT:**  The other was, Do you or your family

18   invest in the stock market?

19             **PROSPECTIVE JUROR:**  My husband does that.

20             **THE COURT:**  You don't really know what he invests

21   in.

22             **PROSPECTIVE JUROR:**  I know Tesla, Microsoft and

23   Amazon, something like that.

24             **THE COURT:**  You don't keep up with all of that?

25             **PROSPECTIVE JUROR:**  (Shook head)

1          **THE COURT:**  It wouldn't have impact for you on the

2     jury?

3          **PROSPECTIVE JUROR:**  No.

4          **THE COURT:**  All right.

5          **THE COURT:**  You're not deciding on stock or those

6     kind of things.

7          **PROSPECTIVE JUROR:**  No.

8          **THE COURT:**  You are snarling your nose.

9          **PROSPECTIVE JUROR:**  No.  I don't like it.  He does

10    all of that.

11         **THE COURT:**  I got you.

12         Do you have any views on the financial crisis in

13    2008, on the cause of the financial crisis of 2008?

14         **PROSPECTIVE JUROR:**  I mean, um, just the fact

15    that, you know, sympathy for any -- you know, anybody who

16    loses anything but not really.  I mean, I don't know really

17    much about it.

18         **THE COURT:**  Okay.

19         Have you ever had any financial or mortgage

20    dealings with Fannie Mae or Freddie Mac?

21         **PROSPECTIVE JUROR:**  No.

22         **THE COURT:**  Are you familiar with the term

23    "government-sponsored entity?"

24         **PROSPECTIVE JUROR:**  I owe loan, student loan.  I

25    know the people who service my loan, sort of works for the

1    government.

2              **THE COURT:**  Okay.  Okay.

3              And then do you own your home?

4         **PROSPECTIVE JUROR:**  Yes.

5              **THE COURT:**  Who has your mortgage?  Do you know

6    what company has your mortgage?

7              **PROSPECTIVE JUROR:**  I believe it is Chase.

8              **THE COURT:**  Okay.

9              **THE COURT:**  And then, Are you a member of any

10   professional or social organizations?  And you have ANA.

11             **PROBATION:**  American Nursing Association, a nurses

12   association.

13             **THE COURT:**  Okay.  And where do you work?

14             **PROSPECTIVE JUROR:**  D.C. Department of Healthcare

15   Finance.

16             **THE COURT:**  Any follow-up questions before you

17   decide?

18        (Sidebar discussion)

19             **MR. RUDY:**  We have no follow-up questions.

20             **MR. STERN:**  No follow-up questions, Your Honor.

21        (Sidebar discussion concluded)

22             **THE COURT:**  You can return to the other courtroom.

23   Thank you.

24        (Prospective juror steps down)

25             **THE COURT:**  We'll go to 329.

1          **DEPUTY CLERK:**  729.  729.  Your Honor, Juror No.

2     0729.

3          (Prospective juror steps up)

4          **THE COURT:**  You can pull your mask down while we

5     are talking.

6          You have a family member that works or worked for

7     in the past for Fannie Mae?

8          **PROSPECTIVE JUROR:**  Myself.

9          **THE COURT:**  When did you work for them?

10         **PROSPECTIVE JUROR:**  2000 to 2007.

11         **THE COURT:**  What was your job?

12         **PROSPECTIVE JUROR:**  I was a system specialist.  I

13    supported the market room where they did the trade.

14         **THE COURT:**  I'm sorry.  Can you speak into the

15    microphone?

16         **PROSPECTIVE JUROR:**  I supported the market room.

17    The market room is where they did the trading.

18         **THE COURT:**  Okay.  And then what did you do in

19    2007?

20         **PROSPECTIVE JUROR:**  I got laid off by Fannie Mae.

21         **THE COURT:**  Okay.  And where have you worked since

22    then?

23         **PROSPECTIVE JUROR:**  Well, I did a few consulting

24    jobs at Lockheed Martin and various DoD environments.

25    Presently I am employed at P.G. County school system.

1      **THE COURT:**  Okay.  Would your -- would you have

2  some hard feelings about Fannie Mae as a result of getting

3  laid off there?

4      **PROSPECTIVE JUROR:**  Yeah.  I was there in 2007

5  when they had the security bank issue.  I know a lot about

6  that situation, about hedging and bundling packages and

7  things of that nature, of course.

8      **THE COURT:**  So it would be hard for you to be a

9  fair juror in a case like this?

10      **PROSPECTIVE JUROR:**  I think so, yes.

11      **THE COURT:**  Okay.  Thank you very much.

12     (Prospective juror steps down)

13      **THE COURT:**  He'll be stricken and we'll go to --

14      **MS. DAVIS:**  Your Honor, Ms. Davis for the

15  plaintiffs.

16      **THE COURT:**  I'm sorry?

17      **MS. DAVIS:**  Kenya Davis for the plaintiff.  We ask

18  for the record to be clear on the last juror as to the

19  strike for cause, just so we have a good record.

20      **THE COURT:**  He said he could not be fair in a case

21  involving Fannie Mae.

22      **MS. DAVIS:**  Okay.  Thank you.

23      **DEPUTY CLERK:**  Your Honor, Juror No. 237.  I'm

24  sorry, 0778.  I'm getting ahead of myself.

25     (Prospective juror steps up)

1          **THE COURT:**  You may pull your mask down while
2     we're talking.
3          **PROSPECTIVE JUROR:**  Thank you.
4          **THE COURT:**  You or someone works for the
5     government of worked for the government.
6          **PROSPECTIVE JUROR:**  What's that?
7          **THE COURT:**  You or someone close to you worked for
8     the government or works for the government.
9          **PROSPECTIVE JUROR:**  Yeah, my sister works for the
10    Department of the Navy.
11         **THE COURT:**  I'm sorry?
12         **PROSPECTIVE JUROR:**  My sister works for the
13    Department of the Navy.
14         **THE COURT:**  Okay.  And then the next question was,
15    You now or in the past owned stock in Fannie Mae or Freddie
16    Mac.
17         **PROSPECTIVE JUROR:**  I'm sorry.  I am having
18    trouble hearing you.
19         **THE COURT:**  You or someone in the past owned stock
20    of Fannie Mae or Freddie Mac?
21         **PROSPECTIVE JUROR:**  Yes, me.
22         **THE COURT:**  Okay.
23         **PROSPECTIVE JUROR:**  I have managed accounts for
24    me.  I don't know if I currently do but I have in the past.
25         **THE COURT:**  How long ago?

1          **PROSPECTIVE JUROR:**  Probably three years ago, four

2     years ago.

3          **THE COURT:**  And how much was in that account?

4          **PROSPECTIVE JUROR:**  A hundred and ninety thousand.

5     That wasn't the full stock.  It was that whole account.  So

6     part of that was in Fannie Mae.

7          **THE COURT:**  When did that terminate?  Do you know?

8          **PROSPECTIVE JUROR:**  I don't.

9          **THE COURT:**  Okay.  Do you know if you made money

10     on it or lost money or what happened?

11          **PROSPECTIVE JUROR:**  (Negative response)

12          I only know the net of all of the account and all

13     of the transactions.

14          **THE COURT:**  Do you know if that would have any

15     impact on your ability to be a fair juror in a case that

16     involved them?

17          **PROSPECTIVE JUROR:**  No.  I didn't know much about

18     it.

19          **THE COURT:**  Okay.

20          Tell me about other stock you've invested in then.

21     Is that stock you were picking or is that through an

22     advisor?

23          **PROSPECTIVE JUROR:**  It was a managed account.

24          **THE COURT:**  Okay.  Tell me a little more about how

25     that came about.

1     **PROSPECTIVE JUROR:**  Through Fidelity.  I had a

2 retirement fund I rolled over into an account there.  And

3 then I invested separately more money with them.

4     **THE COURT:**  Who is that through?

5     **PROSPECTIVE JUROR:**  Fidelity.

6     **THE COURT:**  Fidelity.  When you were picking, how

7 did you decide that?

8     **PROSPECTIVE JUROR:**  My partner banks through

9 Fidelity and I just went through them.

10     **THE COURT:**  Okay.

11     Would you consider yourself an active investor?

12     **PROSPECTIVE JUROR:**  Not so much, no.

13     **THE COURT:**  Okay.  What kind of education and

14 training enabled you to make decisions about your investing?

15     **PROSPECTIVE JUROR:**  Just guidance from my manager

16 from my company.

17     **THE COURT:**  From the Fidelity manager?

18     **PROSPECTIVE JUROR:**  Yeah.

19     **THE COURT:**  When you are making those kind of

20 investment decisions, did you look at dividends as part of

21 your decision on which things you invested in?

22     **PROSPECTIVE JUROR:**  I did but I didn't really

23 understand them.  I just took her guidance.

24     **THE COURT:**  Okay.  Have you ever traded in

25 cryptocurrency or wanted to trade in cryptocurrency?

1          **PROSPECTIVE JUROR:**  No.

2          **THE COURT:**  Do you believe investing in the stock

3    market is like gambling?

4          **PROSPECTIVE JUROR:**  No.

5          **THE COURT:**  Okay.  I asked if you or anyone close

6    to you has ever gained or lost a significant amount of money

7    in the stock market or real estate and you said, yes.

8          **PROSPECTIVE JUROR:**  Real estate.

9          **THE COURT:**  Okay.  What was that?

10         **PROSPECTIVE JUROR:**  Just family members growing up

11   losing money -- value in their homes.

12         **THE COURT:**  Not so much in the stock market.

13         **PROSPECTIVE JUROR:**  No.

14         **THE COURT:**  Next was any financial or mortgage

15   dealings with Fannie Mae or Freddie Mac.  You had a mortgage

16   or not?

17         **PROSPECTIVE JUROR:**  No, it was not a mortgage.  It

18   was a student loan.

19         **THE COURT:**  Through Fannie Mae or Freddie Mac?

20         **PROSPECTIVE JUROR:**  Originally Fannie but they

21   sold off the account to someone else.

22         **THE COURT:**  When was that?

23         **PROSPECTIVE JUROR:**  Probably 2012 it was sold.

24         **THE COURT:**  Okay.  Have any views about Fannie Mae

25   or Freddie Mac, either one?

1          **PROSPECTIVE JUROR:** Not really.

2          **THE COURT:** Have any personal experience or

3   familiar with the term conservatorship.

4          **PROSPECTIVE JUROR:** Just familiar with the term.

5          **THE COURT:** In what way?

6          **PROSPECTIVE JUROR:** I know what a conservatorship

7   is. Do you want me to define it?

8          **THE COURT:** Yeah.

9          **PROSPECTIVE JUROR:** Legal control over someone's

10  assets.

11         **THE COURT:** Right. Okay.

12         But you've never been a conservator or had a

13  conservatorship.

14         **PROSPECTIVE JUROR:** No.

15         **THE COURT:** Have any experience with it yourself?

16         **PROSPECTIVE JUROR:** No.

17         **THE COURT:** You or someone close to you in fields

18  of banking, finance, economic security, underwriting or real

19  estate? Tell me about that experience.

20         **PROSPECTIVE JUROR:** My partner is VP of finance

21  for the Nationals. His career is finance.

22         **THE COURT:** Tell me a little more about that.

23         **PROSPECTIVE JUROR:** He handles all of the

24  financial reporting of the Nationals baseball team to Major

25  League Baseball.

1          **THE COURT:**  He does stocks in that as well?

2          **PROSPECTIVE JUROR:**  It's part of it.

3          **THE COURT:**  Okay.  And then you own your home?

4          **PROSPECTIVE JUROR:**  Yes.

5          **THE COURT:**  And that's with a mortgage?

6          **PROSPECTIVE JUROR:**  Yes.

7          **THE COURT:**  Who's the mortgage with?

8          **PROSPECTIVE JUROR:**  PENfed.

9          **THE COURT:**  You were on a jury before?

10         **PROSPECTIVE JUROR:**  Yes.

11         **THE COURT:**  How long ago was that?

12         **PROSPECTIVE JUROR:**  Probably 10 years ago in the

13    State of Maryland, Charles County.

14         **THE COURT:**  Okay.  What kind of case was it?

15         **PROSPECTIVE JUROR:**  Criminal.

16         **THE COURT:**  The jury reached a verdict?

17         **PROSPECTIVE JUROR:**  Yes.

18         **THE COURT:**  Were you the foreperson?

19         **PROSPECTIVE JUROR:**  No.

20         **THE COURT:**  Anything about that experience have

21    any affect on your ability to be a fair and impartial juror

22    here?

23         **PROSPECTIVE JUROR:**  No.

24         **THE COURT:**  Have any social or professional

25    organizations that you belong to?

1          **PROSPECTIVE JUROR:**  Just social clubs.

2          **THE COURT:**  Tell us an example.

3          **PROSPECTIVE JUROR:**  Stonewall Sports.

4          **THE COURT:**  Anything else?

5          **PROSPECTIVE JUROR:**  No.

6          **THE COURT:**  Medical or personal hardship that make

7    it difficult to serve?

8          **PROSPECTIVE JUROR:**  Yeah, I have -- mitral valve

9    prolapse.  It's regurgitation of the heart.

10          **THE COURT:**  Yeah.  Right.

11          **PROSPECTIVE JUROR:**  When I get anxious that acts

12    up.

13          **THE COURT:**  You have something you take for that

14    ordinarily?

15          **PROSPECTIVE JUROR:**  No.

16          **THE COURT:**  Okay.  You have some information you

17    want to share about your ability to serve?

18          **PROSPECTIVE JUROR:**  Yeah.  Just because of the

19    length of the case, I work in catering sales and events.

20    Over the next two weeks I am responsible for upwards of

21    $200,000 worth of events.  Given the labor shortage

22    post-pandemic, it's on me.  I don't have a team to delegate

23    to.

24          **THE COURT:**  Let me see if counsel have any

25    follow-up.

1      (Sidebar discussion)

2          **MR. STERN:**  Your Honor, just one.  If I could

3      indulge a brief editorial comment.  As the Court is aware, a

4      current shareholder of Fannie Mae stock would be a class

5      member under the current definition of the class.  And we

6      think that would be grounds for challenge for cause.

7          In his answer to your question, whether he owns

8      Fannie Mae stock was, "I don't know if I do.  I don't know

9      if I currently do, but I have in the past."  If we could get

10     more clarity on whether he's a current shareholder, that

11     would be helpful to alleviate any concern that he is, in

12     fact, a current class member under the current class

13     definition.

14         Other than that area, we have no request for

15     follow-up.

16         **MR. RUDY:**  Your Honor, I don't oppose that

17     question being asked.  I think it is a fair question, but I

18     do think the prospective juror's answer already was he

19     didn't really know, and it wasn't material to him.  I would

20     probably oppose the challenge, unless he gives a very

21     definitive answer right now.

22         **THE COURT:**  Okay.

23         (Sidebar discussion concluded)

24         **THE COURT:**  I take it from what you said you do

25     not know if you are a current stockholder of Fannie or

1    Freddie.

2              **PROSPECTIVE JUROR:**  No.

3              **THE COURT:**  Would your partner know?

4              **PROSPECTIVE JUROR:**  I could find out by looking at

5    my account.

6              **THE COURT:**  Can you look at that in the jury room?

7              **PROSPECTIVE JUROR:**  Yeah.

8              **THE COURT:**  How about if you do that while I talk

9    to the next witness -- the next juror.

10             **PROSPECTIVE JUROR:**  Sure.

11             **THE COURT:**  And then I'll call you back.  It might

12   have an impact.  Thank you very much.  I'll go to the next

13   person.  I will have you come back, if you are able to find

14   that out.  It will help us.

15             **PROSPECTIVE JUROR:**  Okay.

16          (Prospective juror steps down)

17             **THE COURT:**  We will go to 237.

18             **DEPUTY CLERK:**  Your Honor, Juror No. 237.

19          (Prospective juror steps up)

20             **THE COURT:**  You can pull your mask down while

21   we're talking.

22             Just a few follow-up questions.

23             A close family member or you ever worked for a

24   large corporation?  You circled that one.

25             **PROSPECTIVE JUROR:**  I didn't totally know how to

1   answer that one.  I'm a partner at Latham & Watkins, a very

2   large law firm.

3            **THE COURT:**  Okay.

4            And the next one is have you ever owned your own

5   business?

6            **PROSPECTIVE JUROR:**  Together with my wife we own a

7   small music booking agency.

8            **THE COURT:**  Music?

9            **PROSPECTIVE JUROR:**  Booking agency.

10           **THE COURT:**  Okay.  Where is that?

11           **PROSPECTIVE JUROR:**  On Capitol Hill.

12           **THE COURT:**  Okay.

13           And that's not the sole source of your income?

14           **PROSPECTIVE JUROR:**  No.  Fifteen percent of

15  nothing is still nothing.

16           **THE COURT:**  Okay.

17           What is your regular job?

18           **PROSPECTIVE JUROR:**  I'm a partner at Latham &

19  Watkins.

20           **THE COURT:**  That's certainly not your sole source

21  of income then.  You think you've owned stock in the past in

22  Fannie Mae or Freddie Mac.

23           **PROSPECTIVE JUROR:**  I may have.  I have a large

24  portfolio managed by an investment manager.  I seem to

25  recall it.

1          **THE COURT:**  You don't think you have any now.

2          **PROSPECTIVE JUROR:**  I don't think I have any now.

3          **THE COURT:**  Okay.  Tell me about stock you've had

4     in the past.  Have you made any of those stock choices

5     yourself or are they usually made by some advisor?

6          **PROSPECTIVE JUROR:**  No, they are made by my

7     advisor.

8          **THE COURT:**  Okay.  What kind of education or

9     training have you had in making investments like that?  Are

10    you relying on your advisor or how does that work?

11         **PROSPECTIVE JUROR:**  Because of the conflicts, I

12    advise -- I rely exclusively on my advisor.  I am an M&A,

13    private M&A, private equity attorney.  I can read an income

14    statement and balance sheet.

15         **THE COURT:**  Okay.

16         In making the decisions you've made, have you

17    looked at dividends when making investment decisions or is

18    that something your advisor looks at?

19         **PROSPECTIVE JUROR:**  That's something that my

20    advisor is looking at.

21         **THE COURT:**  That's something you leave more to

22    him.

23         Have you ever traded in cryptocurrency or wanted

24    to trade in cryptocurrency?

25         **PROSPECTIVE JUROR:**  No.

1          **THE COURT:**  You left that alone?

2          **PROSPECTIVE JUROR:**  Yes.

3          **THE COURT:**  You are better off now at least in

4    retrospect?

5          **PROSPECTIVE JUROR:**  In retrospect, yes.

6          **THE COURT:**  Do you believe investing in the stock

7    market is like gambling?

8          **PROSPECTIVE JUROR:**  No.

9          **THE COURT:**  You were asked if you or anyone close

10   to you ever gained or lost a significant amount of money in

11   stock market or in real estate.

12         **PROSPECTIVE JUROR:**  I have.  I have lost a half

13   million dollars in a coal company that I had invested in.

14         **THE COURT:**  Okay.  Do you think that would have

15   any impact on whether you could be a fair juror in a trial

16   like this?

17         **PROSPECTIVE JUROR:**  No.

18         **THE COURT:**  Have you or someone close to you been

19   a victim of fraud or any other type of wrongdoing in

20   securities, real estate or financial industries?

21         **PROSPECTIVE JUROR:**  Again, I have been.

22         **THE COURT:**  In what case?  Something else?

23         **PROSPECTIVE JUROR:**  Something else, a real estate

24   investment that was a senior note investment that the FCC

25   ended up coming in and taking over the company and it's in

1    receivership now.  Again, I lost about a half million

2    dollars in that investment.

3            **THE COURT:**  What was the outcome there?

4            **PROSPECTIVE JUROR:**  It's still pending.  They are

5    trying to realize some on the assets.

6            **THE COURT:**  You were asked if you had any views on

7    the 2008 financial crisis.

8            **PROSPECTIVE JUROR:**  I do.  I very much lived it.

9    I'm a private equity M&A lawyer, more specifically.  So we

10   were day to day living through the collapse of Lehman and

11   then the subsequent, you know, cascade that occurred.

12           And I have some views about the complexity and

13   just how hard it was for even trained analysts to understand

14   what was going on on Wall Street at that time.

15           **THE COURT:**  Okay.  Any strong feelings about

16   accepting bailout funds to stay aflutter during the

17   financial downturn of 2008?

18           **PROSPECTIVE JUROR:**  I felt it was something that

19   had to be done so I don't pass judgment on firms that

20   accepted money.

21           **THE COURT:**  And you are familiar with the term

22   "government- sponsored entity?"

23           **PROSPECTIVE JUROR:**  Yes.

24           **THE COURT:**  How are you familiar with that?

25           **PROSPECTIVE JUROR:**  Just through reading.

1      **THE COURT:**  Okay.  Do you have any strong views

2  about the legitimacy or viability of such an entity?

3      **PROSPECTIVE JUROR:**  I don't.  Again, I'm aware of

4  the debate about the implicit guarantee that the federal

5  government provides, but I don't have a strong view one way

6  or the other.

7      **THE COURT:**  Okay.

8      Do you have any personal experience with or are

9  you familiar with conservatorship?

10     **PROSPECTIVE JUROR:**  That was one I scratched my

11  head on because the Alaska Financial, the entity that's in

12  receivership, I have an investment in, I believe is under

13  conservatorship.  But I am not 100 percent sure as to how

14  that would be distinguished from just a trustee,

15  court-appointed trustee.

16     **THE COURT:**  It could be a conservatorship.

17     **PROSPECTIVE JUROR:**  Yeah.

18     **THE COURT:**  And then tell us about your overall

19  experience then in banking, finance, economics, securities,

20  underwriting, real estate.  Obviously if you do M&A, you

21  have a lot of experience in that.

22     **PROSPECTIVE JUROR:**  Yeah.  So more specifically I

23  do primarily LBOs, in the 750 million to -- the biggest deal

24  I've done is a $10 billion deal.  So I have a pretty

25  sophisticated understanding of finance, both bank and bond.

1    And, yeah, so if there's a more specific question --

2              **THE COURT:**  No.  One was, Do you own your own

3    home?

4              **PROSPECTIVE JUROR:**  Yes.

5              **THE COURT:**  You do.  Do you have a mortgage?

6              **PROSPECTIVE JUROR:**  I do.

7              **THE COURT:**  And who's it with?

8              **PROSPECTIVE JUROR:**  Citi Private Bank.

9              **THE COURT:**  Citi Bank, not through a Fannie Mae or

10   Freddie Mac.  Okay.  And you served on a jury before?

11             **PROSPECTIVE JUROR:**  I did in a criminal case in

12   Maryland.

13             **THE COURT:**  Okay.  How long ago was that?

14             **PROSPECTIVE JUROR:**  A long time ago.  Fifteen

15   years.

16             **THE COURT:**  Oh, really.

17             Did the jury reach a verdict?

18             **PROSPECTIVE JUROR:**  We reached a guilty verdict.

19             **THE COURT:**  And you were not the former?

20             **PROSPECTIVE JUROR:**  No.

21             **THE COURT:**  Anything about that experience have

22   any affect on your ability to be a fair or impartial juror?

23             **PROSPECTIVE JUROR:**  No.

24             **THE COURT:**  Any social/professional organizations

25   you belong to other than the D.C. Bar, I assume.

1          **PROSPECTIVE JUROR:**  D.C. Bar and American Bar

2    Association; that's it.

3          **THE COURT:**  Any other information you think would

4    be important for us to know about?

5          **PROSPECTIVE JUROR:**  I don't think so.

6          Well, so I checked when I -- when we went back

7    there.  The one other thing I was scratching my head about

8    was whether Fannie Mae or Freddie Mac were clients of

9    Latham.  And Freddie Mac, we've done a very small amount of

10   follow-up work on what looked like a securitization, some

11   advice on a swap that was done probably five years ago.  So

12   in the last few years, it's a couple thousand dollars of

13   work, is it.

14          I should also say they were -- Fannie Mae was a

15   pretty significant client of Latham, but that largely fell

16   off about five or six years ago.  Beth Wilkinson, who was

17   the general counsel, and a few other people, because of

18   that, went over there.  For a while we were doing a

19   reasonable amount of work.

20          I did not -- I was not involved in any of it other

21   than hearing stuff around the office that you could probably

22   read in the newspaper.

23          **THE COURT:**  Okay.

24          **PROSPECTIVE JUROR:**  That was the extent of my

25   exposure to it.

1        **THE COURT:**  Okay.  Let me talk to counsel.

2        (Sidebar discussion)

3        **MR. RUDY:**  Your Honor, I have a lot of questions

4   that I would think would be appropriate to follow up on, but

5   if I could just give you an overview.  I would be making a

6   cause challenge even on what we heard so far.

7        Latham & Watkins is one of the world's largest law

8   firms.  It is involved in every part of the economy.  It's

9   been involved in restructuring.  He just talked about Fannie

10  Mae and his firm's involvement there.

11       Although he seems to be minimizing his exposure to

12  that as a partner of that firm, he's financially been a

13  beneficiary of all of that large work.

14       Moreover, he defends against -- his firm, I know

15  for a fact, defends against class actions that my firm and

16  my co-counsel bring in the M&A space and other types of

17  litigation.

18       I think there is also the potential for other

19  conflicts that could arise in relation to Latham & Watkins'

20  other representations of other parts of related things.  For

21  example, he said he was involved, you know, in the union

22  collapse, I believe.  Just as a point of reference, my firm

23  and co-counsel were lead counsel in shareholder litigation

24  against Lehman Brothers that he says he was involved in.

25       I think there's a lot of followups that I think

1   could be done, but I'm going to be asking for a cause

2   challenge.  So I don't know if Your Honor thinks that it's

3   important to do that.

4        A follow-up, for example, would be, I'd like to

5   know if he knows whether there are conflicts between Latham

6   & Watkins and any of the other listed parties, witnesses or

7   entities that are going to be a part of this case.

8        **MR. STERN:**  Your Honor, I think the fair question

9   is whether there's anything about Latham's work that would

10  lead this prospective juror to think he couldn't be a fair

11  and impartial juror in this case and follow the Court's

12  instruction.

13       As the Court is well aware, large firms like

14  Latham & Watkins are involved in every aspect of the

15  nation's and world's economic and commercial life.  And this

16  would be disqualifying every big-firm lawyer from every

17  commercial case.  Because something that a big law firm does

18  is going to touch on some aspect of virtually every kind of

19  litigation, at least commercial litigation, that would be

20  brought in federal court.  We respectfully submit, Your

21  Honor, that's not the right outcome.

22       To the extent the Court may think that further

23  follow-up is appropriate to assess whether this juror

24  believes that something about his law firm's work will

25  affect his ability to be fair and impartial, we of course

1    have no objection to those questions.  At least at this

2    juncture, we respectfully submit that we are not prepared to

3    accede to a challenge for cause.

4              **MR. RUDY:**  Your Honor, if I could just add one

5    more point.  We are not proposing all employees of all large

6    firms would be barred from jury service.  Partners of law

7    firms, many who practice in the areas touching in and

8    related to finance, LBAs.  As he said, his -- he is aware

9    his firm was involved in Fannie Mae, litigating on behalf of

10   Fannie Mae.  He's not an appropriate juror.  I'm not seeking

11   to draw a much broader role.  This particular juror seems

12   particularly inappropriate for this case.

13        (Sidebar discussion concluded)

14             **THE COURT:**  Tell me a little more about what you

15   recall of the -- Fannie Mae's work that was being done when

16   you were there --

17             **PROSPECTIVE JUROR:**  Um, and --

18             **THE COURT:**  -- that came to your attention.

19             **PROSPECTIVE JUROR:**  Yeah.  So Beth moved over in

20   the post-2008.  She was brought on to do some work and then

21   took over --

22             **THE COURT:**  Came to Latham in 2008?  Came to

23   Latham in 2008; is that what you mean?

24             **PROSPECTIVE JUROR:**  No.  Beth Wilkinson, who was

25   the general counsel --

1      **THE COURT:**  Right.

2      **PROSPECTIVE JUROR:**  -- had done some work for

3   them in the, sort of, post-2008, as a result of that

4   fallout.  I don't remember exactly what year she went over.

5   It was not long after that.  We were still in the

6   post-crisis period.  She was brought on as general counsel,

7   and then she brought a couple other people over.

8      **THE COURT:**  To Latham.

9      **PROSPECTIVE JUROR:**  No, to Fannie Mae from Latham.

10     **THE COURT:**  Oh, from Latham.

11     **PROSPECTIVE JUROR:**  To Fannie Mae.

12     And so the work that she was doing was advising

13   them in the -- or the work that we were doing was various

14   aspects of different investigations that were ongoing

15   relating to Fannie Mae.

16     I can't tell you specifically what issues she was

17   working on.  There's not a lot of overlap between what I do

18   and what that -- what the white-collar group that would have

19   been doing it does.  So I can't tell you specifically what

20   work we were doing for them.

21     **THE COURT:**  All right.  In any event, in terms of

22   your knowledge, you don't have any knowledge that would

23   affect your ability to be a fair and impartial juror here.

24     **PROSPECTIVE JUROR:**  I don't think so.  Nothing

25   jumps to mind for me.  I can't tell you for certain until I

1      understand what the issues are in the case.

2              **THE COURT:**  The question would be whether the

3      public has some perception, if I left you on the jury, that

4      somebody who had inside information, because you're a

5      partner in the firm at the time.

6              **PROSPECTIVE JUROR:**  Yeah.

7              **THE COURT:**  You were partner at the time?

8              **PROSPECTIVE JUROR:**  Yes.

9              **THE COURT:**  Okay.  I understand the issue.  Thank

10     you very much.

11             **PROSPECTIVE JUROR:**  Okay.  Thank you.  I'm good to

12     go?

13             **MR. STERN:**  Your Honor, excuse me.  May I be heard

14     on the phone, Your Honor?

15         (Prospective juror steps down)

16             **MR. STERN:**  I'm not sure what the "yes" means.

17     The Court said the question would be, Would the public

18     perceive -- and I'm paraphrasing -- you would be unfair

19     because you had inside information.  He said, "Yes."

20              It's not clear that he was saying that would be

21     the question or whether he was saying, Yes, I would be

22     unfair because I have inside information.  If it's the

23     latter, we wouldn't object to his being excused, of course.

24     But if he was just saying, Yes, Your Honor, I understand

25     that's the question, we are not there.  At least not yet.

1          **MR. RUDY:**  Your Honor, I don't know whether -- we

2   could keep asking him questions, but he's a partner in a law

3   firm that did a substantial amount of work for Fannie Mae.

4   To put him on the jury, as Your Honor just stated, would be

5   totally inappropriate, I would submit.

6          **THE COURT:**  He'll be struck.

7       (Sidebar discussion concluded)

8          **THE COURT:**  Thank you very much.

9          **DEPUTY CLERK:**  Can you bring back 778?  Your

10  Honor, we are recalling Juror No. 778.

11      (Prospective juror steps up)

12         **PROSPECTIVE JUROR:**  I don't currently have any

13  stock there.

14         **THE COURT:**  Thank you very much.  You may return.

15      (Prospective juror steps down)

16         **THE COURT:**  All right.  778 will stay in the pool

17  and we'll go to 189.

18         **DEPUTY CLERK:**  Your Honor, Juror No. 189.

19      (Prospective juror steps up)

20         **THE COURT:**  Hi.  You can pull your mask down while

21  we are talking.  I just have a few followups on Question 10.

22  Your grandmother works for IBM?

23         **PROSPECTIVE JUROR:**  Yeah.

24         **THE COURT:**  On 16 you have some IRAs in the

25  financial market, but you didn't pick the stocks, I take it?

1           **PROSPECTIVE JUROR:**  No.

2           **THE COURT:**  And then you have on Question 30, you

3    belong to some teacher organizations.  That's the only

4    professional organizations that you belong to?

5           **PROSPECTIVE JUROR:**  Yes.  Yes.

6           **THE COURT:**  And then tell us about your teacher --

7    your -- where do you work?  D.C. schools?

8           **PROSPECTIVE JUROR:**  I am in P.G. County schools.

9    And presently we are short staffed.  So two weeks would be

10   kind of a stretch not to be there.

11          **THE COURT:**  Okay.  If I talked to your principal

12   and your superintendent, I can keep you out of trouble.

13   Other than that, do you have any other problems with being

14   able to serve?

15          **PROSPECTIVE JUROR:**  No.

16          **THE COURT:**  Okay.  All right.  Any other questions

17   you want to raise about whether you can be a fair and

18   impartial juror here?

19          **PROSPECTIVE JUROR:**  No.

20          **THE COURT:**  Thank you very much.

21          **PROSPECTIVE JUROR:**  Thank you.

22      (Prospective juror steps down)

23          **THE COURT:**  We'll go to 4005.

24          **DEPUTY CLERK:**  Your Honor, Juror No. 4005.  Ma'am,

25   please take the witness stand next to the judge.

1            (Prospective juror steps up)

2            **THE COURT:**  I just have a few questions.  You had

3   Question 1 where you read or heard something about the case?

4            **PROSPECTIVE JUROR:**  No.

5            **THE COURT:**  Oh, you haven't.

6            **PROSPECTIVE JUROR:**  No.

7            **THE COURT:**  And 5 was work for the D.C.

8   government.

9            **PROSPECTIVE JUROR:**  Used to.

10           **THE COURT:**  Used to.

11           **PROSPECTIVE JUROR:**  Yes.

12           **THE COURT:**  Where did you work?

13           **PROSPECTIVE JUROR:**  D.C. Fire.

14           **THE COURT:**  You own your own home?

15           **PROSPECTIVE JUROR:**  I do.

16           **THE COURT:**  Is there a mortgage on it?

17           **PROSPECTIVE JUROR:**  No, sir.

18           **THE COURT:**  It's paid for?

19           **PROSPECTIVE JUROR:**  Yes, it is.

20           **THE COURT:**  And then you said the job won't pay

21   for all of the days?

22           **PROSPECTIVE JUROR:**  Correct.

23           **THE COURT:**  Where are you working now?

24           **PROSPECTIVE JUROR:**  G. W. Medical Faculty

25   Associates.

1          **THE COURT:**  Association?

2          **PROSPECTIVE JUROR:**  Yes.

3          **THE COURT:**  What do they not pay for?

4          **PROSPECTIVE JUROR:**  They won't pay for the whole

5    duration.  I think they pay for a week or something but they

6    won't pay for the whole duration.

7          **THE COURT:**  Okay.  So there would be a financial

8    hardship if you had to serve.

9          **PROSPECTIVE JUROR:**  (Nodded head)

10          **THE COURT:**  The jury pay is not enough?

11          **PROSPECTIVE JUROR:**  I would have to discuss it

12    with my job again.

13          **THE COURT:**  I'm sorry?

14          **PROSPECTIVE JUROR:**  I would have to discuss it

15    over with my job again.

16          **THE COURT:**  You'd have to start over?

17          **PROSPECTIVE JUROR:**  I'd have to discuss it again

18    with my job.

19          **THE COURT:**  Oh, okay.  You'd be willing to do

20    that?

21          **PROSPECTIVE JUROR:**  Yes.

22          **THE COURT:**  Okay.  Okay.

23          If I talk to your employer, do you think that

24    would help?  Tell them we need jurors?

25          **PROSPECTIVE JUROR:**  It would sound better coming

1    from you than me.

2         **THE COURT:**  Okay.  Okay.  So you think that would

3    work out?

4         **PROSPECTIVE JUROR:**  Okay.

5         **THE COURT:**  I'm pretty good with employers.

6         **PROSPECTIVE JUROR:**  Okay.

7         **THE COURT:**  Let me talk to counsel then.

8       (Sidebar discussion)

9         **MR. RUDY:**  I have no follow-up questions.

10        **MR. STERN:**  No follow-up.

11        **THE COURT:**  Thank you, all.

12      (Sidebar discussion concluded)

13        **THE COURT:**  If you get seeded, I promise I'll talk

14   to your employer.  I have pretty good luck with them.

15        **PROSPECTIVE JUROR:**  No problem.  Thank you.

16      (Prospective juror steps down)

17        **THE COURT:**  All right.  We'll go to 1659.

18        **DEPUTY CLERK:**  Your Honor, Juror No. 1659.

19      (Prospective juror steps up)

20        **THE COURT:**  You can take your mask down while

21   we're talking.

22         You said on the questionnaire you are familiar

23   with FHFA and GSEs.  Tell me more about that, if you could.

24        **PROSPECTIVE JUROR:**  Sure.  I work for a government

25   agency and I work with FHFA on legislation coordination from

1    time to time and am familiar generally with the housing

2    GSEs.

3              THE COURT:  Okay.  Who do you work for?

4              PROSPECTIVE JUROR:  Office of Management and

5    Budget.

6              THE COURT:  What do you do with FHFA?

7              PROSPECTIVE JUROR:  Well, they -- if I recall

8    correctly, they don't have to send their legislative

9    materials, testimony for hearings to us, but we send them

10   legislative materials, like testimony for hearings, for

11   review and comment, before they go to Congress.  So I'm

12   handling those clearances, as we call them, for HUD and for

13   other agencies.

14             THE COURT:  Okay.  And then you recognized a name

15   of Parrot as a possible witness.  How do you know that

16   person?

17             PROSPECTIVE JUROR:  I don't.  I thought the name

18   sounded familiar, but a former colleague had the last name

19   Parrot but not same first name.

20             THE COURT:  You've worked for a government agency?

21   How long have you been at OMB?

22             PROSPECTIVE JUROR:  I've been there seven years.

23             THE COURT:  Okay.  Where did you come from?  HUD?

24             PROSPECTIVE JUROR:  I worked at FDA before that.

25   I have not worked at HUD.

1          **THE COURT:**  Oh, FDA.  Are you an examiner at OMB

2     or what?

3          **PROSPECTIVE JUROR:**  I'm a legislative analyst.

4          **THE COURT:**  Legislative analyst.  Okay.  So you

5     are commenting -- or approving comments on legislation?

6          **PROSPECTIVE JUROR:**  I'm not approving comments

7     myself.  I'm collecting them and sending them to agencies to

8     review.  I'm the process guru, if you will.

9          **THE COURT:**  Right.  Okay.  Okay.

10         The next one was, Do you have any strong opinions

11    positive or negative about the influence of large

12    corporations on the U.S. economy?

13         **PROSPECTIVE JUROR:**  Yeah.  Generally I think that

14    large corporations have too much political and economic

15    clout.

16         **THE COURT:**  Okay.  And then you were asked about

17    whether you've invested in stocks or in the financial

18    market.  Tell us a little more about that.

19         **PROSPECTIVE JUROR:**  Sure.  I have a 401(k) and a

20    Roth IRA that I have broad-based funds, not specific stocks.

21         **THE COURT:**  Okay.  You are not making any stock

22    selections yourself then.

23         **PROSPECTIVE JUROR:**  Not individual stocks, no.

24         **THE COURT:**  The -- you're getting them mostly

25    through 401(k)s so you are not picking the stocks yourself.

1          **PROSPECTIVE JUROR:**  I have a Roth IRA that I

2     control and an investment fund or a portfolio that's not

3     retirement based and I just purchase, sort of, market wide

4     funds, you know, sector based, maybe, but no individual

5     stocks.

6          **THE COURT:**  Okay.  What kind of education or

7     training enables you to make your decisions about

8     investments?

9          **PROSPECTIVE JUROR:**  No formal education.  Reading,

10     occasional articles on websites and newspapers, maybe

11     magazines, but advice from colleagues and friends.

12          **THE COURT:**  Okay.  When you are making investment

13     decisions about stocks, do you consider dividends?  Is that

14     an important factor for you?

15          **PROSPECTIVE JUROR:**  No.  No.  I'm looking at

16     long-term investing only.

17          **THE COURT:**  Right.  Okay.

18          Have you ever traded in cryptocurrency or wanted

19     to do cryptocurrency?

20          **PROSPECTIVE JUROR:**  No.  No, thank you.

21          **THE COURT:**  Do you think investing in the stock

22     market is like gambling?

23          **PROSPECTIVE JUROR:**  Do I believe -- say again.

24          **THE COURT:**  Investing in the stock market is like

25     gambling.

1          **PROSPECTIVE JUROR:**  Hmmm.  Um, yes, in a way.

2    Yes.

3          **THE COURT:**  Okay.

4          **PROSPECTIVE JUROR:**  Hopefully with less risk.

5          **THE COURT:**  Do you have any views on the causes of

6    the 2008 financial crisis?

7          **PROSPECTIVE JUROR:**  Yeah.  I guess from reading

8    the news and, you know, I guess watching a few films or

9    documentaries made.  I generally believe that it was

10   overly-risky lending and credit rating agencies that failed

11   to foresee higher risk on -- I guess -- I forget what the

12   securities were named that ultimately failed.

13         **THE COURT:**  Okay.  And you already said you are

14   familiar with the GSEs.  Do you have strong views about the

15   legitimacy or viability of such an entity as a GSE?

16         **PROSPECTIVE JUROR:**  No.

17         **THE COURT:**  And then you've had experience in --

18   or maybe somebody close to you as well -- in banking,

19   finance, security, underwriting and real estate.  What areas

20   would you say you have experience in of those?

21         **PROSPECTIVE JUROR:**  None myself.  My grandfather

22   sold life insurance later in his career; that's it.

23         **THE COURT:**  Okay.  Tell me a little bit more about

24   him.

25         **PROSPECTIVE JUROR:**  Um, I was very young when he

1   was working.  He passed away about 20 years ago or so.  But

2   he was a shopkeeper for most of his career, and then when he

3   got out of running a business, he I think sold policies on

4   the side.

5          **THE COURT:**  You own a home?

6          **PROSPECTIVE JUROR:**  I do own a home.  I own a

7   condo.

8          **THE COURT:**  You have a mortgage?

9          **PROSPECTIVE JUROR:**  I have a mortgage, yes.

10          **THE COURT:**  Who has the mortgage?

11          **PROSPECTIVE JUROR:**  Um -- what's the -- it's

12   AmeriSave, I think.

13          **THE COURT:**  I'm sorry?

14          **PROSPECTIVE JUROR:**  AmeriSave.  Something like

15   that.  I would need to look at a statement or be reminded,

16   but it's something like that.

17          **THE COURT:**  Okay.  And you served on a jury

18   before?

19          **PROSPECTIVE JUROR:**  I served on a D.C. Superior

20   Court jury about seven years ago.  And I was an alternate so

21   I didn't deliberate.

22          **THE COURT:**  Oh, so you didn't deliberate.  Was it

23   a criminal case?

24          **PROSPECTIVE JUROR:**  It was a criminal case.

25          **THE COURT:**  Okay.  And then you have some hardship

1    that might occur if you were serving?

2         **PROSPECTIVE JUROR:**  I just -- I have a planned

3    trip abroad that starts in a little more than two weeks.

4         **THE COURT:**  When does it start?

5         **PROSPECTIVE JUROR:**  I'm leaving on Wednesday

6    night, the 2nd of November, I believe it is.

7         **THE COURT:**  Okay.

8         Let me see if counsel has any follow-up.

9       (Sidebar discussion)

10        **MR. RUDY:**  Yes, Your Honor.  The prospective juror

11   spoke a bit about his job responsibilities, interacting with

12   FHFA.  Obviously Your Honor understands FHFA is the primary

13   defendant here.  I would like, if you don't mind, to probe

14   his feelings one way or another about FHFA.  Does he have

15   positive feelings?  Negative feelings?  And to find out a

16   little bit more about what he does with them.

17        Moreover, as a legislative analyst, I would be

18   curious to know if he has -- if he is aware of or reviews,

19   any sort of legislative reform proposals, relating to

20   Fannie, Freddie, FHFA, et cetera.

21        **MR. STERN:**  Your Honor, we have no request for

22   follow-up.

23       (Sidebar discussion concluded).

24        **THE COURT:**  Since you looked at FHFA legislative

25   proposals, are you looking at any reform proposals for

1   Fannie or Freddie or anything like that in connection with

2   what you are doing there?

3            PROSPECTIVE JUROR:  No.  No.  I don't believe so.

4            THE COURT:  And do you have any views about how

5   FHFA are operating or working or how you get along with them

6   or anything like that?

7            PROSPECTIVE JUROR:  No.  I have very little

8   interaction with FHFA directly because they have bypass, as

9   we say.  So from time to time I will send them something to

10  review, but I don't review their internal documents.

11           THE COURT:  Okay.  Thank you very much.  You can

12  step down.

13       (Prospective juror steps down).

14           THE COURT:  We'll go to 1413.

15           DEPUTY CLERK:  Sir, you are going to take the

16  witness stand next to the judge.

17           THE COURT:  All right.  You can pull your mask

18  down while we are talking.

19           Have you read or heard anything about the case?

20           PROSPECTIVE JUROR:  I can't hear you.

21           THE COURT:  Have you read or heard anything about

22  the case?

23           PROSPECTIVE JUROR:  Perhaps.  I think I know a

24  little.  Fannie Mae and Freddie Mac went bankrupt.  Their

25  stocks went up by speculators.  I think congress has bailed

1    them out or has considered bailing them out, and some people

2    want money somehow.

3              **THE COURT:**  Okay.  That's as much as you know.

4              **PROSPECTIVE JUROR:**  That's as much as I know.

5              **THE COURT:**  You could set that all aside if you

6    were seated on this case and just decide this case on the

7    evidence you heard at this trial?

8              **PROSPECTIVE JUROR:**  Excuse me?

9              **THE COURT:**  Could you set that all aside and

10   decide this case on the evidence that you heard at trial?

11             **PROSPECTIVE JUROR:**  Yes.

12             **THE COURT:**  Any problem with that?

13             **PROSPECTIVE JUROR:**  No.  You or someone close to

14   you work for the government?

15             **PROSPECTIVE JUROR:**  Just a second, please.  I wear

16   hearing aids.  I switched them to a different mode because

17   there was a lot of white noise out there.  Try again.

18             **THE COURT:**  You or someone you know work for the

19   government?

20             **PROSPECTIVE JUROR:**  I work for the government and

21   my wife does.  I work for EPA and my wife works for

22   Medicare.

23             **THE COURT:**  Did you retire?

24             **PROSPECTIVE JUROR:**  No.

25             **THE COURT:**  You are still working?

1          **PROSPECTIVE JUROR:**  We both work still, yes.

2          **THE COURT:**  Okay.

3          The next one was work for a large corporation.

4          **PROSPECTIVE JUROR:**  She once worked for Johnson &

5     Johnson.

6          **THE COURT:**  Okay.

7          The next was about stock.  You invested in stock?

8          **PROSPECTIVE JUROR:**  We have diversified mutual

9     funds.

10          **THE COURT:**  Okay.  So you didn't make personal

11     stock selections.

12          **PROSPECTIVE JUROR:**  No.

13          **THE COURT:**  They are all mutual funds.  Okay.

14          Have you ever traded in cryptocurrency or wanted

15     to trade in cryptocurrency?

16          **PROSPECTIVE JUROR:**  Excuse me?

17          **THE COURT:**  Ever trade in cryptocurrency or wanted

18     to?

19          **PROSPECTIVE JUROR:**  No, I think my daughter does

20     but I don't, no.

21          **THE COURT:**  Do you believe investing in the stock

22     market is like gambling?

23          **PROSPECTIVE JUROR:**  Excuse me?

24          **THE COURT:**  Do you believe investing in the stock

25     market is like gambling?

1          **PROSPECTIVE JUROR:**  Like gambling?  No.

2          **THE COURT:**  Do you have any views on the causes of

3     the 2008 financial crisis?

4          **PROSPECTIVE JUROR:**  I just know it's related to

5     securitized mortgage bonds.  They were overvalued.

6          **THE COURT:**  You are familiar with the term

7     "government sponsored entity."

8          **PROSPECTIVE JUROR:**  Yes.  Fannie Mae and Freddie

9     Mac had a charter from Congress.  And I think there was an

10    implied deal they would be backed by the U.S. government.

11         **THE COURT:**  Right.

12         Have any strong views about the legitimacy or

13    viability of those entities?

14         **PROSPECTIVE JUROR:**  No, I have no idea.

15         **THE COURT:**  Okay.  Any -- okay.  Any personal

16    experience in banking, finance, economics, securities,

17    underwriting or real estate?

18         **PROSPECTIVE JUROR:**  No.

19         **THE COURT:**  Okay.  And then you own your own home?

20         **PROSPECTIVE JUROR:**  Yes.

21         **THE COURT:**  Do you have a mortgage?

22         **PROSPECTIVE JUROR:**  Yes.

23         **THE COURT:**  Who is it with?

24         **PROSPECTIVE JUROR:**  Chase.

25         **THE COURT:**  Okay.  You or someone close to you had

1    a foreclosure?

2              **PROSPECTIVE JUROR:**  No -- well, one of my brothers

3    was caught up.  I'm not certain if it was foreclosed but

4    they lost money in 2008.

5              **THE COURT:**  Okay.  How long ago was that?

6              **PROSPECTIVE JUROR:**  In 2008 they lost -- they

7    owned several rental units in New Mexico.  I don't know

8    whether they ever defaulted on them or whether they just

9    lost the money.  I don't know.

10             **THE COURT:**  Right.  Okay.

11             You served on a jury?

12             **PROSPECTIVE JUROR:**  I served on Superior Court

13   juries, yes.

14             **THE COURT:**  What's the most recent?

15             **PROSPECTIVE JUROR:**  Excuse me?

16             **THE COURT:**  The most recent?

17             **PROSPECTIVE JUROR:**  I don't know.  We get called

18   almost every two years.  The last time I sat on a jury might

19   have been four or five years ago.

20             **THE COURT:**  Okay.  Was that civil or criminal?

21             **PROSPECTIVE JUROR:**  Um, I think they were all

22   criminal trials.

23             **THE COURT:**  Okay.

24             Ever been the foreman?

25             **PROSPECTIVE JUROR:**  No.

1      **THE COURT:**  The jury reached a verdict on each one

2   you've been on?

3      **PROSPECTIVE JUROR:**  I'm sorry.  I can't hear you.

4      **PROSPECTIVE JUROR:**  The jury reach a verdict on

5   each one you've been on?

6      **PROSPECTIVE JUROR:**  Yes.  I served as an alternate

7   once and left but, yeah.

8      **THE COURT:**  Okay.

9      Anything about those experiences have any effect

10   on your ability to be a fair and impartial juror here?

11      **PROSPECTIVE JUROR:**  No.

12      **THE COURT:**  Okay.  You have some hardship that

13   might make it difficult for you to serve other than hearing?

14      **PROSPECTIVE JUROR:**  I'm hard of hearing.  I wear a

15   hearing aid.  I normally don't have any problem hearing in a

16   quiet room, hearing like this, one person talking at a time.

17   I am unfamiliar with the plexiglass barriers.  I've served

18   on juries with a hearing aid.  I have glaucoma and have an

19   ophthalmologist appointment next Tuesday the 25th.  It will

20   be difficult to reschedule, if I have to.

21      **THE COURT:**  Okay.  If I call the doctor and

22   persuade them to reschedule, and I've had some success with

23   that, that would work out?

24      **PROSPECTIVE JUROR:**  You could try it.

25      **THE COURT:**  I can usually work things out if I

1       call the doctor personally.

2               **PROSPECTIVE JUROR:**  You can try.  They might

3       answer in two or three weeks.  I don't know.

4               **THE COURT:**  I understand.  I understand.

5               Let me talk to counsel for a minute.  You would

6       not be embarrassed if I told you to raise your hand if you

7       have difficulty hearing, and I took care of it.  If you were

8       in this box and you couldn't hear, if you raised your hand,

9       I made people repeat things, that would not embarrass you.

10      You can do that.  Right?

11              **PROSPECTIVE JUROR:**  No.

12              **THE COURT:**  You would do that if you weren't

13      hearing?

14              **PROSPECTIVE JUROR:**  Yeah.  Yeah.  If it's

15      acceptable.  I would be glad to do it.

16          (Sidebar discussion)

17              **MR. RUDY:**  He said something early on when he was

18      summarizing what he thought he knew about the case.  I'm not

19      sure if he was just shorthand but what he said was he

20      understands what happened and that some people want money.

21              I might be being paranoid but if you could ask,

22      Your Honor, if he has any feelings about lawsuits, people

23      trying to recover money through lawsuits, does he have any

24      feelings about that or class actions, some sort of follow-up

25      about that would be appreciated.

1      **MR. STERN:**  We have no follow-up.

2          (Sidebar discussion concluded)

3          **THE COURT:**  When we were talking -- when you were

4      talking initially about the -- having heard something about

5      this case, you understood some of the people that had --

6      tell me a little more about what you thought about the

7      people that had lost money through Fannie Mae and Freddie

8      Mac.

9          **PROSPECTIVE JUROR:**  The people who held Fannie Mae

10     and Freddie Mac stock in 2007, come 2009 it was not worth

11     much.  Speculators bought it from them.

12          Now who is in this trial?  I don't know.  I don't

13     know if it's the people who owned it in 2007 or the

14     speculators or insurance.  I have -- beyond that I don't

15     know anything.

16          **THE COURT:**  Right.  And whether those people or

17     their successors should be entitled to money, you don't

18     know?

19          **PROSPECTIVE JUROR:**  No.

20          **THE COURT:**  There is no reason you couldn't be

21     fair and impartial --

22          **PROSPECTIVE JUROR:**  Correct.

23          **THE COURT:**   -- in deciding whether they are

24     entitled to any money or not?  You don't have any reason you

25     couldn't be as fair as anyone else in deciding whether they

1    should get any money.

2            **PROSPECTIVE JUROR:**  Right.

3            **THE COURT:**  You don't any view one way or the

4    other to my question.  Am I correct?

5            **PROSPECTIVE JUROR:**  What was that?

6            **THE COURT:**  That you don't have any view one way

7    or the other about whether they would be entitled to any

8    money.

9            **PROSPECTIVE JUROR:**  I could be fair.  I know a

10   little bit but, you know.  I am impartial.  I would be glad

11   to listen to the evidence.

12           **THE COURT:**  Okay.  Thank you very much.  You can

13   stand down.

14       (Prospective juror steps down)

15           **THE COURT:**  We'll go to 1262.

16           **DEPUTY CLERK:**  Your Honor, Juror No. 1262.  You

17   can have a seat there.

18       (Prospective juror steps up)

19           **THE COURT:**  You can pull your mask down while we

20   are talking.

21           Had you heard or read anything about this case?

22           **PROSPECTIVE JUROR:**  No.  I haven't heard about

23   this case.

24           **THE COURT:**  Okay.  And you work -- you or someone

25   you know close to you works for the government?

1          **PROSPECTIVE JUROR:**  Yes.  Correct.  Well, I

2     actually used to work for food service, government

3     contracts.

4          **THE COURT:**  I'm sorry.  I can't hear you.

5          **PROSPECTIVE JUROR:**  Food service, government

6     contracts, but not really related.

7          **THE COURT:**  Who is that?

8          **PROSPECTIVE JUROR:**  Guest services.

9          **THE COURT:**  Okay.  And you or a close family

10    member work for a large corporation.  What was that?

11         **PROSPECTIVE JUROR:**  I'm sorry?

12         **THE COURT:**  You or a close family member worked

13    for a large corporation.

14         **PROSPECTIVE JUROR:**  Oh, yeah.  It was also the

15    same company I work for, Guest Services.  They were a larger

16    corporation.

17         **THE COURT:**  Okay.  And then 11 was, Do you have

18    any strong opinions, positive or negative, about the

19    influence of large corporations on the U.S. economy?

20         **PROSPECTIVE JUROR:**  Um, yes, I would say I have

21    stronger opinions.  I wouldn't say that I necessarily

22    consider them bias provoking but I do have personal views.

23         **THE COURT:**  About?

24         **PROSPECTIVE JUROR:**  I think this is a pretty

25    common topic in today's news with, you know, large

1  corporations and paying taxes and such other things.

2          **THE COURT:**  How do you think that might influence

3  you if you were on the jury or if it would?

4          **PROSPECTIVE JUROR:**  I don't really understand the

5  case, if I am being 100 percent honest.  Though I think I

6  can put my bias aside.

7          **THE COURT:**  Have you owned your own business?

8          **PROSPECTIVE JUROR:**  I am currently in the process

9  of trying to create my own business.

10          **THE COURT:**  What would that be?

11          **PROSPECTIVE JUROR:**  It would be a small art design

12  company.

13          **THE COURT:**  That wouldn't be your sole source of

14  income.

15          **PROSPECTIVE JUROR:**  I'm not sure yet.  I'm

16  actually unemployed at the moment.

17          **THE COURT:**  Okay.

18          Then you have in the past invested in the stock

19  market?

20          **PROSPECTIVE JUROR:**  Correct.

21          **THE COURT:**  And this is stocks you chose yourself

22  or through --

23          **PROSPECTIVE JUROR:**  A mix of -- I have a portfolio

24  with a 401(k) and I also have some self-invested stocks.

25          **THE COURT:**  For those you picked for yourself,

1    what kind of education or training enabled you to make those

2    decisions?

3              **PROSPECTIVE JUROR:**  Um, YouTube, to be honest.

4              **THE COURT:**  Okay.  When you were deciding those,

5    did you take into account dividends?  Was that an important

6    factor or were you just looking long range or how were you

7    looking at it?

8              **PROSPECTIVE JUROR:**  It was short-term investing

9    during COVID when everybody jumped on the bandwagon.

10             **THE COURT:**  Okay.  Did you ever trade in

11   cryptocurrency or want to trade in cryptocurrency?

12             **PROSPECTIVE JUROR:**  Yes.

13             **THE COURT:**  You did?  How did you do?

14             **PROSPECTIVE JUROR:**  I haven't traded but I have

15   purchased.

16             **THE COURT:**  What do you hold?

17             **PROSPECTIVE JUROR:**  What do I currently hold?

18   Cardano, Bitcoin, Ethereum, Unicoin.  I think I have a few

19   free gifts like Avae (phonetic), CLO.  I think that's about

20   it.

21             **THE COURT:**  Okay.  Do you believe investing in the

22   stock market is like gambling?

23             **PROSPECTIVE JUROR:**  I wouldn't say it is like

24   gambling, but I would say that there is risk.

25             **THE COURT:**  That you would say?

1        **PROSPECTIVE JUROR:**  There is risk.

2        **THE COURT:**  Risk.  Yeah.  Sure.

3        Okay.  Do you have views on the causes of the 2008

4    financial crisis?

5        **PROSPECTIVE JUROR:**  Yeah.  I do have some -- I

6    kind of marked that note just mostly because I don't really

7    know where my bias stands on this opinion as far as housing

8    mortgages and the crash.  I know that from what I understand

9    is a lot of stock market and greed in the financial mortgage

10   company, but otherwise I wouldn't say I have strong

11   feelings.  It's just I have maybe some opinions.

12       **THE COURT:**  And then the next one is, Do you have

13   any strong views about corporations that accepted federal

14   bailout funds to stay afloat after that financial turndown

15   in 2008?

16       **PROSPECTIVE JUROR:**  Yes.  I believe that it

17   created unnecessary weight on taxpayers.

18       **THE COURT:**  And then there was a question about,

19   Have you been a party in a civil lawsuit?

20       **PROSPECTIVE JUROR:**  I'm sorry?  The last one was?

21       **THE COURT:**  Have you been a party in a civil

22   lawsuit?

23       **PROSPECTIVE JUROR:**  Have I been a party -- oh,

24   yes.  I actually -- I wouldn't say that I was benefactor.  I

25   wasn't in court but I did have a class action lawsuit for a

1     school that I attended that I found out later was

2     unaccredited and I received money for it.

3              **THE COURT:**  So you are a member of the class?

4              **PROSPECTIVE JUROR:**  I'm sorry?

5              **THE COURT:**  You were a member of the class?

6              **PROSPECTIVE JUROR:**  Yes.

7              **THE COURT:**  How long ago was that?

8              **PROSPECTIVE JUROR:**  That the lawsuit was or

9     that -- the lawsuit would have been about four or five years

10    ago.

11             **THE COURT:**  Where was that?

12             **PROSPECTIVE JUROR:**  Where was it?  Um, I don't

13    know.  I received something in the mail and I just responded

14    to it and I got a check.  I wasn't very actively involved.

15    Very passively.

16             **THE COURT:**  Okay.  Okay.  Let me see if counsel

17    have any follow-up.

18         (Sidebar discussion)

19         **MR. RUDY:**  Your Honor, we have no follow-up

20    questions.

21         **MR. STERN:**  Your Honor, we have several to

22    request.  First, one of his answers he said that he could

23    put his bias aside.  And it wasn't clear, at least to me,

24    Your Honor, what bias he was referring to.  We'd ask that

25    you go back to that answer and ask him to elaborate; that's

1    number one.

2            Number two is to ask him whether he has any strong

3    views about the federal government and whether they would

4    have any bearing on his ability to sit as a fair and

5    impartial juror?

6            Number three or four, Your Honor, is how much did

7    he get in the class action award?

8            And number four is to say to him something along

9    the lines of, This is a class action lawsuit.  Would your

10   experience as a plaintiff, as a class member, make you more

11   sympathetic to the plaintiff class members in this case?

12           I'm sorry, Your Honor.  I can't hear you.

13           **THE COURT:**  Do you remember what the bias line

14   was?

15           **MR. STERN:**  I don't, Your Honor.  Your questions

16   were fine.  He referred to being able to be able to put his

17   bias aside.  He doesn't really say what the bias was.

18           **THE COURT:**  Okay.

19       (Sidebar discussion concluded)

20           **THE COURT:**  In the lawsuit in which you are a

21   member of the class, how much money did you get?

22           **PROSPECTIVE JUROR:**  $200 which was the fee for

23   certification.

24           **THE COURT:**  For?

25           **PROSPECTIVE JUROR:**  A certification.

1        **THE COURT:**  Okay.  What does that mean?

2        **PROSPECTIVE JUROR:**  It was a certification for --

3  essentially it was a GED credential.  But I found out later

4  it was non-accredited.

5        **THE COURT:**  Okay.  The plaintiffs here, some of

6  the manufacturers here are in a class so they would -- they

7  are seeking to recovery, like you did in that case.  Any

8  reason you could not be fair and impartial in deciding

9  whether they are entitled to recover here, even though -- I

10  mean, it's a different case, obviously.

11       **PROSPECTIVE JUROR:**  Yeah, I don't -- I mean, I

12  feel that I would be fair.  I do think that is something

13  that I try to be.

14       **THE COURT:**  You answered one of my questions about

15  you thought you could put your bias aside.  What was the

16  bias you were talking about?

17       **PROSPECTIVE JUROR:**  Um, I would say that I do have

18  some ideas of -- about large corporations, kind of with just

19  social justice movements at the moment.  I do feel there

20  needs to be some reform.  I don't necessarily know what that

21  would be, but I do have feelings that I think there needs to

22  be reform.

23       **THE COURT:**  Tell me a little more about that.

24       **PROSPECTIVE JUROR:**  Um -- I guess working in a

25  large corporation I kind of see sometimes how it feels that

1    people at the top will -- I don't necessarily believe in

2    trickle down.  I don't necessarily believe that one person's

3    job is better than the others.  I think that corporations

4    build on this ladder; that's just my opinion.

5              **THE COURT:**  Do you have any strong views about the

6    central government here?

7              **PROSPECTIVE JUROR:**  About the?

8              **THE COURT:**  Central government in the U.S.

9              **PROSPECTIVE JUROR:**  The central?

10             **THE COURT:**  Government.

11             **PROSPECTIVE JUROR:**  Government?

12             I wouldn't say strong views.  I have -- not

13   really.

14             **THE COURT:**  Okay.  Thank you very much.

15             **PROSPECTIVE JUROR:**  Okay.  Thank you.

16        (Prospective juror steps down)

17             **THE COURT:**  All right.  We'll go to 264.

18             **DEPUTY CLERK:**  Your Honor, Juror No. 264.

19             Ma'am, please take the seat next to the judge.

20        (Prospective juror steps up)

21             **THE COURT:**  I have just a few questions.

22             **PROSPECTIVE JUROR:**  Uh-huh.

23             **THE COURT:**  You or someone close to you works for

24   the government.

25             **PROSPECTIVE JUROR:**  I have a friend who was a -- I

1  have two friends who are government contractors.

2         **THE COURT:**  Okay.  Where did they work?

3         **PROSPECTIVE JUROR:**  One was a contractor and one

4  was for the government.

5         **THE COURT:**  Who was the contractor?

6         **PROSPECTIVE JUROR:**  I think it was Northrup

7  Grumman.

8         **THE COURT:**  Family member who works for the

9  government?

10         **PROSPECTIVE JUROR:**  I do as well as my siblings.

11         **THE COURT:**  Who is that?

12         **PROSPECTIVE JUROR:**  My brother works for a large

13  corporation.  He works for Amazon.

14         **THE COURT:**  Okay.

15         Any strong opinions, positive or negative, about

16  the influence of large corporations in the U.S. economy?

17         **PROSPECTIVE JUROR:**  I wouldn't say strong.  My

18  opinion is generally favorable.

19         **THE COURT:**  Okay.  In the past investing in the

20  stock market.  Is that you?

21         **PROSPECTIVE JUROR:**  Yes.

22         **THE COURT:**  And is that 401(k)s or individual

23  stocks?

24         **PROSPECTIVE JUROR:**  Both.

25         **THE COURT:**  Both.

1          In deciding on individual stocks, what kind of

2  education or training has enabled you to make decisions

3  about those?

4          **PROSPECTIVE JUROR:**  Um, I have a bachelors degree.

5          **THE COURT:**  Do you have an advisor advising you?

6          **PROSPECTIVE JUROR:**  And I have an advisor, yes.

7          **THE COURT:**  Do did you have any education or

8  training in addition or you mostly use the advisor?

9          **PROSPECTIVE JUROR:**  I mostly use the advisor.

10         **THE COURT:**  Okay.  When looking at stocks in

11 making individual decisions like that, beyond what would

12 come with a 401(k), would you look at dividends when making

13 those decisions or is that something you would look at

14 separately or are you looking at more long term or what kind

15 of decisions are you making?

16         **PROSPECTIVE JUROR:**  I'm looking more at long-term

17 investments.

18         **THE COURT:**  Have you done any trading in

19 cryptocurrency or want to do any trading in cryptocurrency?

20         **PROSPECTIVE JUROR:**  No.

21         **THE COURT:**  Do you believe working in the stock

22 market is like gambling?

23         **PROSPECTIVE JUROR:**  No.

24         **THE COURT:**  Do you have any views on the causes of

25 the 2008 financial crisis?

1          **PROSPECTIVE JUROR:**  I generally know the causes of

2     the 2008 financial crisis.

3          **THE COURT:**  What did you think it was?

4          **PROSPECTIVE JUROR:**  High-risk mortgages and bad

5     mortgage-backed securities that led to a bubble.  Ultimately

6     when that risk came due, everything crashed.

7          **THE COURT:**  Okay.

8          **THE COURT:**  You are familiar with the terms

9     "government sponsored entity?"  And how are you familiar

10    with that?

11         **PROSPECTIVE JUROR:**  Through my work.

12         **THE COURT:**  What was your work?

13         **PROSPECTIVE JUROR:**  I manage a credit card

14    portfolio at a bank.

15         **THE COURT:**  Do you have any questions about the

16    viability of such an entity?

17         **PROSPECTIVE JUROR:**  No.

18         **THE COURT:**  Your experience in the fields of

19    banking, finance, economics, security and underwriting and

20    real estate.  Tell me a little more about that.

21         **PROSPECTIVE JUROR:**  Yes.  So I work at a bank

22    where I manage a credit card portfolio.

23         **THE COURT:**  Where you?

24         **PROSPECTIVE JUROR:**  Where I manage a credit card

25    portfolio.

1      **THE COURT:**  Okay.  How do you do that?

2      **PROSPECTIVE JUROR:**  I lead a team of analysts who

3  make underwriting decisions in both acquisitions and the

4  management of those loans.

5      **THE COURT:**  Who do you work for?

6      **PROSPECTIVE JUROR:**  Capital One.

7      **THE COURT:**  You also own your home?

8      **PROSPECTIVE JUROR:**  I do.

9      **THE COURT:**  Who has your mortgage?

10      **PROSPECTIVE JUROR:**  UBS.

11      **THE COURT:**  Okay.  Any follow-up by counsel?

12      (Sidebar discussion)

13      **MR. STERN:**  Your Honor, no follow-up.

14      **MR. RUDY:**  Your Honor, she gave an answer that she

15  has a positive impression of large corporations.  The answer

16  is in response to question No. 11, Do you have any opinions,

17  strong or negative, about the influence of large

18  corporations on the U.S. economy?

19          And her answer to that was that she has a

20  generally positive impression.  Could you follow up on that?

21  It was a little unclear what her impression is based on and

22  what her opinions actually are.

23      (Sidebar discussion concluded).

24      **THE COURT:**  The question in 11 was, Do you have

25  any strong opinions, positive or negative, about the

1    influence of large corporations on the U.S. economy?  You

2    said you have a generally favorable impression.  Tell us a

3    little more about what it is.

4          **PROSPECTIVE JUROR:**  I believe large corporations

5    are good for the economy.  They create a lot of jobs and a

6    lot of value.

7          **THE COURT:**  Okay.  Thank you very much.

8       (Prospective juror steps down)

9          **DEPUTY CLERK:**  1530.

10         **THE COURT:**  Do you all have 265?

11         **MR. STERN:**  Your Honor, that was 264 that the

12   Court just questioned.

13         **THE COURT:**  That was 264 there?  Okay.

14         **MR. STERN:**  And that was, for the record, Jonathan

15   Stern.

16         **DEPUTY CLERK:**  Juror No. 1530.  Please take the

17   stand next to the Judge.

18      (Prospective juror steps up)

19         **THE COURT:**  I have just a few follow-up questions.

20   You heard of Fannie Mae and Freddie Mac.

21         **PROSPECTIVE JUROR:**  I know who they are.  They had

22   to get bailed out during the 2007-2008 financial crash.

23         **THE COURT:**  Okay.  You or someone close to you

24   works for the government or for a government contractor.

25         **PROSPECTIVE JUROR:**  So my boyfriend worked for a

1   contractor for the Department of Defense.  One of my best

2   friends works in the Office of Management and Budget, but

3   she's getting a new job with the Department of Justice.  I

4   think that's it for the federal government.

5          THE COURT:  Where do you work?

6          PROSPECTIVE JUROR:  I work for a pharmaceutical

7   company.

8          THE COURT:  Okay.

9          The next one was, um, work for a large

10  corporation.

11         PROSPECTIVE JUROR:  I mean, I think it depends on

12  what your definition of a large corporation is.

13         THE COURT:  What's yours?

14         PROSPECTIVE JUROR:  Oh, I mean I worked for a

15  pharmaceutical company that was larger than the one I work

16  for now, but I think they're considered a medium-sized

17  pharmaceutical company in the global industry.

18         THE COURT:  Okay.

19         PROSPECTIVE JUROR:  They were pretty big to me.

20         THE COURT:  What was it?

21         PROSPECTIVE JUROR:  EMD Serono.  In the rest of

22  the world --

23         THE COURT:  Never heard of them.

24         PROSPECTIVE JUROR:  -- they are known as Merck,

25  Darmstadt, Germany.

1        **THE COURT:**  The next question was, Do you have

2 opinions, positive or negative, about the influence of large

3 corporations on the economy.  Tell us your opinion about

4 that.

5        **PROSPECTIVE JUROR:**  Yeah, I think they can do some

6 good things, but they probably brought about the 2007-2008

7 financial crash.  It seems, during my lifetime, a lot of

8 monopolies have been set up that hurt people.  The

9 government and the economy in general.

10        **THE COURT:**  And then you have a question about

11 whether you've owned in the past stock in Fannie Mae or

12 Freddie Mac.

13        **PROSPECTIVE JUROR:**  I don't know exactly what my

14 401(k) has been because it's been put in some target date

15 funds and it's been put in some aggravated funds.  So I'm

16 not sure.  I haven't held it individually.

17        **THE COURT:**  All right.  Okay.  Do you have stocks

18 that you owned separately as stock that you picked or is it

19 all in 401(k)s and things like that?

20        **PROSPECTIVE JUROR:**  I don't own any individual

21 stock now but my company -- no, I do.  My company issued me

22 some when I started my job in May.  I have stock in Neurim

23 Pharmaceuticals.

24        **THE COURT:**  That's the only individual stock you

25 have?

1          **PROSPECTIVE JUROR:**  Yes.

2          **THE COURT:**  So you haven't gone into the stock

3    market and picked stock yourself?

4          **PROSPECTIVE JUROR:**  No.

5          **THE COURT:**  You generally picked 401(k)s, where

6    you are picking a mutual fund or something like that?

7          **PROSPECTIVE JUROR:**  Yes.  I've -- my 401(k) is

8    spread across a variety of funds that my financial advisor

9    advised me to pick.

10          **THE COURT:**  Right.

11          **PROSPECTIVE JUROR:**  But I do have stock in my

12   current company.

13          **THE COURT:**  Okay.

14          **THE COURT:**  Have you traded in cryptocurrency or

15   wanted to trade in cryptocurrency?

16          **PROSPECTIVE JUROR:**  No.

17          **THE COURT:**  Okay.  It turns out that's probably

18   wise.

19          **PROSPECTIVE JUROR:**  Who knows.

20          **THE COURT:**  Do you believe investing in the stock

21   market is like gambling?

22          **PROSPECTIVE JUROR:**  It depends how you do it.  You

23   can definitely lose a lot of money.  You can also get your

24   401(k) to a good place.

25          **THE COURT:**  You've done well with that?

1          **PROSPECTIVE JUROR:**  I've done okay.

2          **THE COURT:**  Yeah.

3          **PROSPECTIVE JUROR:**  I'm still somewhat young.  I

4     need -- I have a lot of money left to invest before I can

5     think about retiring.  So I don't think it's worth assessing

6     whether I've done well or not.

7          **THE COURT:**  It's too early.

8          **PROSPECTIVE JUROR:**  I need a couple -- two or

9     three more decades, if I'm allowed to have two or three more

10    decades.

11         **THE COURT:**  Have you or someone close to you ever

12    been the victim of fraud or other type of wrongdoing?

13         **PROSPECTIVE JUROR:**  Oh, I remember answering that

14    question.  Oh, that's right.  My ex-father-in-law had

15    someone submit his federal tax return in his name and then

16    that resulted in a lot of trouble.  And then he had to

17    submit his taxes with a special PIN after that.

18         **THE COURT:**  Okay.  And then in 17, Do you have any

19    views on the causes of the 2008 financial crisis?  Tell us

20    some more about that.

21         **PROSPECTIVE JUROR:**  I don't remember the exact

22    term.  I think it is subprime mortgages.  Basically

23    mortgages that were issued to people who should not have had

24    mortgages that were that large or some of them maybe should

25    not have had mortgages in the first place, but when you

1    bundle them altogether, supposedly it is more secure, even

2    though it's not.  I would say you are pulling a lot of risk.

3    Some may say you are spreading out that statistical risk.

4           Selling those as -- I don't know if the term

5    secure commodities, but selling that as an investment

6    strategy led to the loss of a lot of money, mostly for

7    people not in the upper class and a lot of jobs and a lot of

8    homes.

9           My parents lost their entire retirement.  Trying

10   to get through that with a few kids.  They've got it mostly

11   back now but -- did you need to know more about my views

12   on --

13          **THE COURT:**  No.  Go ahead, though.

14          **PROSPECTIVE JUROR:**  That was pretty much it.

15          **THE COURT:**  Tell me more about your parents and

16   how they lost money.

17          **PROSPECTIVE JUROR:**  Yeah.  So at the time my dad

18   owned -- still does -- owns his own marketing consulting

19   company.  One of the first things to get cut when the

20   economy goes down is -- what's the term?  Anyway, it's not

21   mandatory spending for companies, but if they want to break

22   into a new market or know more about how they are doing,

23   they will cut that investment.  So my dad was not getting as

24   much business.

25          My mom was holding essentially part-time jobs as

1    my sisters and I were starting to go off to college.

2    Between the downturn, my mom's business and the fact that my

3    mom was slowly transitioning back into the workforce, they

4    lost all of the money they had saved for their retirement.

5            And they didn't tell us at the time, but they had

6    some trouble with the mortgage on their house and they've

7    never had trouble like that before or since.  My mom says

8    the house was almost foreclosed.  My dad says that's not

9    true.

10           **THE COURT:**  Okay.

11           Do you know anything about conservatorship?

12           **PROSPECTIVE JUROR:**  I know what I have seen in the

13   news about the conservatorship and how it can be abused like

14   some may or may not say about Brittany Spears.

15           **THE COURT:**  About?

16           **PROSPECTIVE JUROR:**  Personal conservatorship.  I

17   don't know anything about conservatorship about business or

18   financial institutions.

19           **THE COURT:**  Okay.

20           **THE COURT:**  And -- now, your own experience is in

21   what?

22           **PROSPECTIVE JUROR:**  My only experience with what?

23           **THE COURT:**  In banking and real estate,

24   underwriting, finance.

25           **PROSPECTIVE JUROR:**  I don't have any personal

1    experience there.  My mom's a realtor and has been for many

2    years.

3            **THE COURT:**  Okay.  And where is she?

4            **PROSPECTIVE JUROR:**  In South Carolina that's where

5    she works.

6            **THE COURT:**  And you own a home?

7            **PROSPECTIVE JUROR:**  I do.  I own a condo in

8    Washington, D.C.

9            **THE COURT:**  And you have a mortgage?

10           **PROSPECTIVE JUROR:**  I do have a mortgage.

11           **THE COURT:**  And who is it with?

12           **PROSPECTIVE JUROR:**  PennyMac.  They bought it

13   after I bought from another company.

14           **THE COURT:**  It's Freddie Mac?

15           **PROSPECTIVE JUROR:**  PennyMac.

16           **THE COURT:**  What is that?

17           **PROSPECTIVE JUROR:**  A company that buys your

18   mortgage after you -- I don't know.  I'm sure there is a

19   lawyer out there who is giggling at me.  I don't know if

20   they are a descendant of Fannie Mae or Freddie Mac.

21           **THE COURT:**  I never heard of them.  Okay.  Let me

22   see if counsel have other questions.

23       (Sidebar discussion)

24           **MR. STERN:**  We have no questions, Your Honor.

25           **MR. RUDY:**  We have no questions.

1          **THE COURT:**  You may step down.

2          **PROSPECTIVE JUROR:**  We are done?

3          **THE COURT:**  Yeah.

4      (Prospective juror steps down)

5          **THE COURT:**  If you look at 1249, it's blank.  So I

6  propose to just leave 1249 in the pool.  If you want to look

7  at 1249, we may.

8          **MR. STERN:**  Your Honor, we would ask that she be

9  brought in -- that Juror 1249 be brought in to confirm she

10  didn't have any affirmative responses.

11          **THE COURT:**  Okay.

12          **MR. STERN:**  Your Honor, I would just note, Your

13  Honor, that on the --

14          **THE COURT:**  Wait.  Okay.  Go ahead.

15          **MR. STERN:**  On the page of age and occupation the

16  only notation is unknown for this juror.  Maybe this is even

17  something else to explore.

18          **THE COURT:**  Okay.  Okay.  1249.

19          **DEPUTY CLERK:**  Your Honor, Juror No. 1249.

20      (Prospective juror steps up)

21          **THE COURT:**  You can pull your mask down while

22  you're here.

23          I just have a couple questions on occupation and

24  employer, which was blank.  Are you working now?

25          **PROSPECTIVE JUROR:**  Yeah.  I work for Allied

1      Universal.

2              **THE COURT:**  What is that?

3              **PROSPECTIVE JUROR:**  Security company.

4              **THE COURT:**  Okay.  Where are they located?

5              **PROSPECTIVE JUROR:**  The main office I know it is

6      down by McPherson Square.

7              **THE COURT:**  Okay.  Any reason you couldn't be a

8      fair and impartial juror if you were seeded here?

9              **PROSPECTIVE JUROR:**  I could be fair.

10             **THE COURT:**  Okay.  Thank you very much.

11             You can step down.

12         **DEPUTY CLERK:**  You can go back to the courtroom.

13             **THE COURT:**  We'll go back to 1816.

14         (Prospective juror steps down)

15         **DEPUTY CLERK:**  Your Honor, Juror No. 1816.

16         (Prospective juror steps up)

17        **THE COURT:**  You can pull your mask down while

18     we're talking.  You or someone close to you works for the

19     government?

20             **PROSPECTIVE JUROR:**  Yes, Your Honor.  I work for

21     the Federal Communications Commission and my wife works at

22     the Department of Justice.

23             **THE COURT:**  What does she do there?

24             **PROSPECTIVE JUROR:**  She's in the healthcare fraud

25     division, criminal division.

1            **THE COURT:**  You have some stock?

2            **PROSPECTIVE JUROR:**  Yes, Your Honor, index funds.

3     Nothing in particular.

4            **THE COURT:**  Is it in 401(k)s?

5            **PROSPECTIVE JUROR:**  Mutual funds.

6            **THE COURT:**  Any stock you pick yourself?

7            **PROSPECTIVE JUROR:**  No, Your Honor.

8            **THE COURT:**  So you're not making any investment

9     decisions other than picking the 401(k)s?

10            **PROSPECTIVE JUROR:**  Just the funds and they pick

11     the individual stocks.

12            **THE COURT:**  Have you ever traded in cryptocurrency

13     or wanted to cryptocurrency?

14            **PROSPECTIVE JUROR:**  I believe I bought Bitcoin

15     back in 2007, but haven't looked at it since.

16            **THE COURT:**  Do you believe investing in the stock

17     market is like gambling?

18            **PROSPECTIVE JUROR:**  No, I wouldn't characterize it

19     that way, no.

20            **THE COURT:**  You've made money now in 401(k)s?

21            **PROSPECTIVE JUROR:**  Yes, Your Honor.  It's not

22     looking that great now but over time.

23            **THE COURT:**  Over time.  Not the past quarter.

24     Okay.

25            You are familiar with the term

1    "government-sponsored entity?"

2                **PROSPECTIVE JUROR:**  Yes, Your Honor.

3            **THE COURT:**  How are you familiar with that term?

4                **PROSPECTIVE JUROR:**  I've heard it in the news.

5            **THE COURT:**  Do you have strong views of viability

6    of such an entity?

7                **PROSPECTIVE JUROR:**  No, Your Honor.

8            **THE COURT:**  You own your own home?

9                **PROSPECTIVE JUROR:**  Yes, Your Honor.

10           **THE COURT:**  You have a mortgage?

11               **PROSPECTIVE JUROR:**  Yes, Your Honor.

12           **THE COURT:**  Who's it with?

13               **PROSPECTIVE JUROR:**  Caliber Home Loans.

14           **THE COURT:**  Caliber?

15               **PROSPECTIVE JUROR:**  Caliber, yes.

16           **THE COURT:**  You've served on a jury before?

17               **PROSPECTIVE JUROR:**  Yes, Your Honor.

18           **THE COURT:**  When was that?

19               **PROSPECTIVE JUROR:**  It was a D.C. case.  I want to

20   say it was in 2019/2018.  It was a civil trial.

21           **THE COURT:**  In Superior Court or this court?

22               **PROSPECTIVE JUROR:**  Yes, Your Honor, Superior

23   Court.

24           **THE COURT:**  What kind of case was it?

25               **PROSPECTIVE JUROR:**  It was a wrongful termination

1    case.

2              **THE COURT:**  Wrongful?

3              **PROSPECTIVE JUROR:**  Termination.

4              **THE COURT:**  The jury reached the verdict?

5              **PROSPECTIVE JUROR:**  Yes.

6              **THE COURT:**  Were you the foreman?

7              **PROSPECTIVE JUROR:**  I was, Your Honor.

8              **THE COURT:**  Anything with that experience affect

9    your ability to be an impartial juror here?

10             **PROSPECTIVE JUROR:**  No, Your Honor.

11             **THE COURT:**  You belong to social or professional

12   organizations?

13             **PROSPECTIVE JUROR:**  Yes, Your Honor.  I'm a member

14   of three Bar Associations.

15             **THE COURT:**  What are those?

16             **PROSPECTIVE JUROR:**  Virginia, D.C. and the Federal

17   Communications Bar Association.

18             **THE COURT:**  Okay.  You have a leadership role on

19   any of those?

20             **PROSPECTIVE JUROR:**  I served on a committee at the

21   Federal Communications Bar Association but I don't

22   currently.

23             **THE COURT:**  What was the committee you were on?

24             **PROSPECTIVE JUROR:**  It was the engineering and

25   technical committee.

1          **THE COURT:**  Okay.  Are you a nerd?

2          **PROSPECTIVE JUROR:**  I'm sorry.

3          **THE COURT:**  Are you a nerd?

4          **PROSPECTIVE JUROR:**  Yes, Your Honor.

5          **THE COURT:**  Okay.  Do you have any other

6    information you think it would be important to share?

7          **PROSPECTIVE JUROR:**  Yes, Your Honor.

8          You had asked about people who knew the parties or

9    the attorneys, but you didn't ask about people who knew you.

10   I don't know if you remembered me.  I was actually an intern

11   of yours in the summer of 2009.  I didn't think it was

12   something that would preclude me from being able to serve,

13   but I wanted to make sure it is out there.

14         **THE COURT:**  It shouldn't.  What kind of cases did

15   we have when you were here?

16         **PROSPECTIVE JUROR:**  You were mostly focusing on

17   GTMO stuff, if I remember correctly, Your Honor.  I worked

18   on your civil docket.

19         **THE COURT:**  That was the time when GTMO was really

20   hot.

21         **PROSPECTIVE JUROR:**  Yes, sir.

22         **THE COURT:**  I do.  Where were you going to school?

23         **PROSPECTIVE JUROR:**  University of Michigan, Your

24   Honor.

25         **THE COURT:**  Michigan.  That's why I remember you.

1    I had some good kids from Michigan over the time.

2             Okay.  Any -- nothing about that prejudice you for

3    or against --

4             **PROSPECTIVE JUROR:**  No, Your Honor.

5             **THE COURT:**   -- anybody now?

6             I've had a number of good interns over the years.

7    You spent the summer here.

8             **PROSPECTIVE JUROR:**  That's right, Your Honor.

9             **THE COURT:**  Any follow-up?  I'll ask counsel.

10        (Sidebar discussion)

11            **MR. STERN:**  No follow-up.  Thank you.

12            **MR. RUDY:**  I'm sorry, Your Honor.  Your Honor,

13   could you just -- in light of the fact that he is a lawyer

14   and his wife is at the fraud unit, could you just follow-up

15   about his legal career and what he has done as a lawyer,

16   whether he would feel like he might have undue influence in

17   the jury, whether he would be able to follow Your Honor's

18   instructions.

19            Again, I did mention his wife.  He said his wife

20   is in the fraud unit.  What she does, if you could follow up

21   with that.

22            **MR. STERN:**  Your Honor, if I may.  No objection in

23   general, Your Honor.

24            I would respectfully suggest, however, to ask his

25   opinion if he would have an undue influence in the jury

1    room.  It may not be an appropriate question to speculate

2    about what influence he would have.

3            **MR. RUDY:**  Your Honor, the reason I asked the

4    question, he was a foreman of a jury before, you know, and

5    he knows Your Honor.  I do think there is some risk of that.

6            **THE COURT:**  I'll inquire.

7        (Sidebar discussion concluded)

8            **THE COURT:**  Can you tell us a little more about

9    your career and how it's gone after your internship.  After

10   your superb training.

11           **PROSPECTIVE JUROR:**  That's right.  Exactly, Your

12   Honor.  I worked at the Covington & Burling for a summer.

13           **THE COURT:**  Second summer?

14           **PROSPECTIVE JUROR:**  That's correct.  Then I did an

15   internship with The Institute for Justice.  And then I

16   worked at a small communications firm called Fletcher Heald.

17   And then I was at Mintz Levin for a few years before I

18   joined the FCC.

19           **THE COURT:**  Tell us a little bit more about your

20   wife as well.

21           **PROSPECTIVE JUROR:**  She was at Covington & Burling

22   as well.  And then she joined the Department of Justice in

23   2019 and has been there since then.

24           **THE COURT:**  She is in criminal fraud?

25           **PROSPECTIVE JUROR:**  That's right.

 1          **THE COURT:**  What kind of cases does she do?

 2          **PROSPECTIVE JUROR:**  Healthcare fraud.

 3          **THE COURT:**  Healthcare fraud.  She has a lot of

 4   business.

 5          **PROSPECTIVE JUROR:**  That's correct.

 6          **THE COURT:**  Her cases aren't here.

 7          **PROSPECTIVE JUROR:**  That's correct.  She mostly

 8   works out of the Southern District of Florida.

 9          **THE COURT:**  How did you get to be foreman in the

10   case across the street?

11          **PROSPECTIVE JUROR:**  Well, when the fellow jurors

12   found out I was the only person on the jury who was a

13   lawyer, they asked me to do it.

14          **THE COURT:**  Okay.  Thank you very much.  You can

15   step down.

16          **PROSPECTIVE JUROR:**  Thank you, Your Honor.

17      (Prospective juror steps down)

18          **THE COURT:**  All right.  We'll go to 222.  I'm

19   sorry, 522.

20          **DEPUTY CLERK:**  Your Honor, Juror No. 0522.

21          Ma'am, you can sit in the witness stand next to

22   the Judge.  Thank you.

23      (Prospective juror steps up)

24          **THE COURT:**  You can take your mask down while we

25   are talking.  You or someone close to you works for the

1    government?

2              **PROSPECTIVE JUROR:**  Yes.  Myself.  I do.

3              **THE COURT:**  You do.  Where do you work?

4              **PROSPECTIVE JUROR:**  Department of Human Services.

5              **THE COURT:**  Okay.  What do you do there?

6              **PROSPECTIVE JUROR:**  I'm a fraud investigator.

7              **THE COURT:**  Fraud investigator?

8              **PROSPECTIVE JUROR:**  Yes.

9              **THE COURT:**  Okay.  And then you -- you've been on

10   a jury before.  How long ago was that?

11             **PROSPECTIVE JUROR:**  It's been years.

12             **THE COURT:**  Okay.  And was that in Superior Court

13   or this court?

14             **PROSPECTIVE JUROR:**  I think it was in Superior

15   Court.  I think it was across the street.

16             **THE COURT:**  Right.  Was that a civil or criminal

17   case?  Do you remember?

18             **PROSPECTIVE JUROR:**  Civil.  If I can remember it

19   was like something to do with housing and --

20             **THE COURT:**  Okay.  The jury reach a verdict in

21   that case?

22             **PROSPECTIVE JUROR:**  I can't remember.  I think we

23   did but I can't remember.  It's been a while.

24             **THE COURT:**  You weren't the foreman?

25             **PROSPECTIVE JUROR:**  No.

1          **THE COURT:**  Anything about that have any affect on

2   your ability to be a fair and impartial juror here?

3          **PROSPECTIVE JUROR:**  No.

4          **THE COURT:**  Do you belong to any social or

5   professional organizations?

6          **PROSPECTIVE JUROR:**  Yes.

7          **THE COURT:**  What is that?

8          **PROSPECTIVE JUROR:**  Order Of Eastern Star.

9          **THE COURT:**  Eastern Star?  My mother was an

10  Eastern Star.

11         Any reason you couldn't be a fair or impartial

12  here?

13         **PROSPECTIVE JUROR:**  Yes.  No.  No.  I don't know.

14  There's no reason.

15         **THE COURT:**  Okay.  Counsel have any follow-up?

16     (Sidebar discussion)

17     **MR. STERN:**  Your Honor, I'm embarrassed to ask

18  this one, but I'm not personally familiar with the Order of

19  the Eastern Star.  If you could enlighten us or ask the

20  juror, that would be helpful.

21         Then the only other question we would have is,

22  What kind of fraud does she investigate in her job?

23     **MR. RUDY:**  No follow-up questions.

24     (Sidebar discussion concluded)

25         **THE COURT:**  Would you let the counsel know what

1    the Eastern Star is?

2              **PROSPECTIVE JUROR:**  Eastern Star is, like, the

3    sister of the Masons.

4              **THE COURT:**  What kind of fraud do you investigate?

5              **PROSPECTIVE JUROR:**  Medicaid, SNAP, TANF.

6              **THE COURT:**  What agency are you with?

7              **PROSPECTIVE JUROR:**  DHC on New York Avenue.

8              **THE COURT:**  Thank you very much.  You can step

9    down.

10             **PROSPECTIVE JUROR:**  Okay.  Thank you.

11        (Prospective juror steps down)

12             **THE COURT:**  All right.  1999.

13             **DEPUTY CLERK:**  Juror No. 1999.

14        (Prospective juror steps up)

15        **THE COURT:**  I just have a few little follow-up.

16   You or someone in your family works for the government?

17             **PROSPECTIVE JUROR:**  Well, I work for St. Elizabeth

18   Hospital but that was in the past.

19             **THE COURT:**  Right.

20             **PROSPECTIVE JUROR:**  I did have a family member

21   that worked for Transportation for 40-something years so not

22   currently.  I misread the question.  Sorry.

23             **THE COURT:**  Okay.

24             **THE COURT:**  And then someone in the -- you or

25   someone close to you worked in banking, finance, economics,

1   security, underwriting or real estate.

2        **PROSPECTIVE JUROR:**  Yes.  Uh-huh.  A friend of

3   mine's name Andrea Jenkins.  She's been in real estate, I

4   believe about 20-something years.  I have another

5   acquaintance, she is manager at the hair salon that I go to.

6   Her name is Anita Longo (phonetic).  I'm not sure the real

7   estate company that she works for or the realtor company

8   that she works for.

9        **THE COURT:**  What was the first one?  She worked

10   for real estate too.

11        **PROSPECTIVE JUROR:**  Andrea Jenkins, yes, sir.  I

12   think RE/MAX.  I'm not sure.  She is a realtor.  She is in

13   real estate.

14        **THE COURT:**  You own your own home?

15        **PROSPECTIVE JUROR:**  Yes, sir.

16        **THE COURT:**  Do you have a mortgage on it?

17        **PROSPECTIVE JUROR:**  A mortgage?

18        **THE COURT:**  A mortgage on it.

19        **PROSPECTIVE JUROR:**  Yes.

20        **THE COURT:**  Who is it with?

21        **PROSPECTIVE JUROR:**  Carrington.

22        **THE COURT:**  You've been on a jury before?

23        **PROSPECTIVE JUROR:**  Twenty-something years ago at

24   D.C. Superior Court.  I was alternate.

25        **THE COURT:**  So you didn't deliberate?

 1            **PROSPECTIVE JUROR:** Right.  Yes.  Correct.

 2            **THE COURT:** What kind of case was that?  Do you

 3    remember?

 4            **PROSPECTIVE JUROR:** No, I don't remember.  I know

 5    it was a young lady.  She was, I think, hit by a car.  But I

 6    don't remember the exact name.

 7            **THE COURT:** Okay.  Anything with that experience

 8    have any affect on your ability to be a fair or impartial

 9    juror here?

10            **PROSPECTIVE JUROR:** No, it wouldn't.

11            **THE COURT:** Okay.  And you were involved in a

12    civil dispute as either a party or a witness?

13            **PROSPECTIVE JUROR:** Yes, sir.

14            **THE COURT:** What was that?

15            **PROSPECTIVE JUROR:** It was my parents' about

16    20-something years ago.  Let's see about 27 years ago.  It

17    was a domestic dispute.

18            **THE COURT:** Did you testify?

19            **PROSPECTIVE JUROR:** I testified, yes, sir.  I

20    testified against my dad, my father.

21            **THE COURT:** Okay.  And how did the case end up?

22            **PROSPECTIVE JUROR:** Um, it ended where my dad had

23    a restraining order.  He had received some help.  But that

24    was between him and mom, yeah.

25            **THE COURT:** Okay.  And does that have a positive

1      or negative affect on you?

2              **PROSPECTIVE JUROR:**  Um, I was sort of neutral

3      about it.  Not really -- not positive, so I guess it would

4      be negative.

5              **THE COURT:**  And what did you think about what the

6      Court did?

7              **PROSPECTIVE JUROR:**  Excuse me?

8              **THE COURT:**  What do you think about what the Court

9      did?  How the Court handled it?

10             **PROSPECTIVE JUROR:**  The Court handled it well.  It

11     was fair.

12             **THE COURT:**  That was in Superior Court?

13             **PROSPECTIVE JUROR:**  Actually, it was -- what's the

14     Court -- it was, like -- a one-day trial.  It was right next

15     to Judiciary Square.  Superior Court?

16             **THE COURT:**  Yeah.

17             **PROSPECTIVE JUROR:**  Okay.

18             **THE COURT:**  Do you belong to any professional or

19     social organizations?

20             **PROSPECTIVE JUROR:**  Yes.  Chi Eta Phi Sorority,

21     Incorporated and Ambulatory Care Nurse and Leadership; that

22     is under the organization that I work for, which is

23     Children's Hospital.

24             **THE COURT:**  Okay.  And then you have a medical or

25     personal hardship that might make it difficult for you to

1    serve.  What would that be?

2            **PROSPECTIVE JUROR:**  Only because we since we are

3    in a national nursing shortage regarding this pandemic.

4            **THE COURT:**  Right.

5            **PROSPECTIVE JUROR:**  Yes.  So that's the main

6    reason why.  A lot of our nurses have retired and some have

7    just left, resigned.

8            **THE COURT:**  All right.  Okay.

9            But if I talked to them and told them that we are

10   in very bad need of jurors because of the pandemic too, I

11   could probably work that out.  You wouldn't have a problem

12   with that?

13           **PROSPECTIVE JUROR:**  Um, it would be an issue.

14           **THE COURT:**  Right.

15           **PROSPECTIVE JUROR:**  To be honest, sir, it would be

16   an issue.  The whole hospital -- we are short of staff.

17           **THE COURT:**  All right.  Okay.  Thank you very

18   much.

19           **PROSPECTIVE JUROR:**  You're welcome, Judge.

20           **THE COURT:**  Let me ask counsel if they have other

21   questions.

22           **PROSPECTIVE JUROR:**  Okay.

23       (Sidebar discussion)

24           **MR. STERN:**  I understand Your Honor's in a

25   position to make arrangements with her employer.  I would

1    just ask that you ask whether she would -- even if those

2    arrangements were made, whether she would be distracted in a

3    way that might interfere with her ability to serve.

4              **MR. RUDY:**  No follow-up questions.

5         (Sidebar discussion concluded)

6              **THE COURT:**  If I made arrangements with your

7    employer, would that -- would you be distracted if you still

8    had to serve?

9              **PROSPECTIVE JUROR:**  Yes.

10              **THE COURT:**  You think you would be?

11              **PROSPECTIVE JUROR:**  (Nodded head)

12              **THE COURT:**  Okay.  Thank you.

13              **PROSPECTIVE JUROR:**  You're welcome.

14              **DEPUTY CLERK:**  You can go back to the big

15    courtroom.  Thank you.

16              **PROSPECTIVE JUROR:**  Thank you.

17         (Prospective juror steps down)

18              **THE COURT:**  Juror No. 1746.

19              **DEPUTY CLERK:**  Your Honor, Juror No. 1746.

20              **THE COURT:**  Hi.

21              **PROSPECTIVE JUROR:**  Hi.

22              **THE COURT:**  You work in the Senate?

23              **PROSPECTIVE JUROR:**  I used to.

24              **THE COURT:**  When did you work there?

25              **PROSPECTIVE JUROR:**  For two years.

1          **THE COURT:**  What was your position?

2          **PROSPECTIVE JUROR:**  I was a legislative

3    correspondent.

4          **THE COURT:**  I'm sorry?

5          **PROSPECTIVE JUROR:**  I was a legislative

6    correspondent.

7          **THE COURT:**  For a particular Senator/

8          **PROSPECTIVE JUROR:**  Yes, I was.

9          **THE COURT:**  Who did you work for?

10         **PROSPECTIVE JUROR:**  Senator Bob Casey of PA.

11         **THE COURT:**  What do you do now?  Me.

12         **PROSPECTIVE JUROR:**  I do government affairs for an

13   organization called Chiefs for Change, which represents

14   school superintendents.

15         **THE COURT:**  Okay.  You own some stock?

16         **PROSPECTIVE JUROR:**  I do in several real estate

17   REITs.

18         **THE COURT:**  In several?

19         **PROSPECTIVE JUROR:**  REITs.

20         **THE COURT:**  Do you pick any stock yourself?

21         **PROSPECTIVE JUROR:**  I did pick them myself.

22         **THE COURT:**  Okay.  Those you did?

23         **PROSPECTIVE JUROR:**  I did.

24         **THE COURT:**  What kind of education or training

25   enabled you to make your decisions about how you would

1    invest?

2                 **PROSPECTIVE JUROR:**  I had parents in real estate.

3    Well, they weren't in real estate.  They were interested in

4    real estate and I read a lot.

5                 **THE COURT:**  Right.  Okay.  In making your

6    investments, did you consider dividends in making

7    investments?

8                 **PROSPECTIVE JUROR:**  Yes, I do.

9                 **THE COURT:**  Okay.  And how important was that?

10               **PROSPECTIVE JUROR:**  Very.

11               **THE COURT:**  Okay.  Did you ever trade in

12   cryptocurrency or want to trade in cryptocurrency?

13               **PROSPECTIVE JUROR:**  I actively trade in

14   cryptocurrency.

15               **THE COURT:**  You did or do?

16               **PROSPECTIVE JUROR:**  I do.

17               **THE COURT:**  Okay.  Do you believe investing in the

18   stock market is like gambling?

19               **PROSPECTIVE JUROR:**  I don't even know how to

20   answer that.  I think it's a risky endeavor.  I don't know

21   if I would use the phrase gambling.  Yes, you can lose money

22   in the stock market.

23               **THE COURT:**  There's some risk.

24               **PROSPECTIVE JUROR:**  Yes, there's risk.  Absolutely

25   there's risk.

1          **THE COURT:**  You wouldn't go that far or would you?

2          **PROSPECTIVE JUROR:**  I haven't even thought about

3      it.  You are putting me on the spot a little bit.

4          **THE COURT:**  It's actually a very good question.

5          **PROSPECTIVE JUROR:**  It's a great question I

6      haven't thought through.

7          **THE COURT:**  I've been asking people that a lot

8      today.  It's a --

9          **PROSPECTIVE JUROR:**  You can lose money in the

10     stock market, absolutely.  It's a risky endeavor,

11     absolutely.

12         **THE COURT:**  Good.

13         You said you are familiar with the term

14     "government sponsored entities."  How are you familiar with

15     that?

16         **PROSPECTIVE JUROR:**  Through my day-to-day work I

17     do some work on my federal student loans.  So GSEs like

18     Sallie Mae may come up every once in a while.  Well, what

19     used to be a GSE, I guess.

20         **THE COURT:**  Do you have any strong views about the

21     legitimacy or viability of such an entity?

22         **PROSPECTIVE JUROR:**  No.

23         **THE COURT:**  You own your own home?

24         **PROSPECTIVE JUROR:**  I do.

25         **THE COURT:**  You have a mortgage?

1          **PROSPECTIVE JUROR:**  I do.

2          **THE COURT:**  Who is it with?

3          **PROSPECTIVE JUROR:**  First Home Mortgage.

4          **THE COURT:**  Okay.

5          **THE COURT:**  Your overseas travel is November 15th.

6   We will be long gone.  Any other reason?

7          **PROSPECTIVE JUROR:**  As long as I am on a plane

8   November 15th --

9          **THE COURT:**  Let's see if counsel have any other

10  questions they want to ask.

11       (Sidebar discussion)

12       **MR. STERN:**  Just one, Your Honor.  We'd request

13  that you ask the prospective juror whether he has any views

14  about the federal government that would make it difficult

15  for him to be a fair and impartial juror in this case or

16  would it affect his ability to be a fair or impartial juror

17  is probably a better way to put it.

18       **MR. RUDY:**  Your Honor, I didn't hear him say what

19  he does at his current job.  He said he works for an

20  organization that deals with school superintendents, I

21  think.  I didn't hear what he says he does.

22       (Sidebar discussion concluded)

23       **THE COURT:**  What did you say you do in your

24  current job?  Everybody didn't hear.

25       **PROSPECTIVE JUROR:**  Director of federal policy at

1  an educational organization called Chiefs for Change.

2          **THE COURT:**  And do you have any overall views

3  about the federal government?

4          **PROSPECTIVE JUROR:**  I -- no.  Are you asking me if

5  I have strong views on the federal government?  I'm not sure

6  what you are asking me.

7          **THE COURT:**  Anything you want to say about having

8  worked in the legislative branch?  I guess -- maybe you

9  ought to talk about the executive branch and how it's doing

10  and should be doing.

11          **PROSPECTIVE JUROR:**  Sure.  In my day-to-day job I

12  might critique the executive branch, sure.  In the capacity

13  of my job, representing an organization, yes.

14          **THE COURT:**  Okay.  Any reason you couldn't be a

15  fair or impartial juror if you were seeded here?

16          **PROSPECTIVE JUROR:**  I don't think so.

17          **THE COURT:**  Okay.  Thank you.

18          **PROSPECTIVE JUROR:**  Am I done?

19          **DEPUTY CLERK:**  You can go back to the courtroom.

20          **THE COURT:**  Thank you very much.

21          **DEPUTY CLERK:**  Thank you.

22      (Prospective juror steps down)

23          **DEPUTY CLERK:**  Your Honor, Juror No. 1659.

24          **THE COURT:**  This was 1659 who wanted to be

25  recalled.

1      **PROSPECTIVE JUROR:**  Yeah.  I wanted to add a few

2  minor things that I don't think are terribly relevant but

3  next Tuesday I have a summons for D.C. Superior jury duty.

4  I'm assuming if I'm on a jury --

5      **THE COURT:**  I can take care of that.

6      **PROSPECTIVE JUROR:**  You asked about professional

7  associations.  I didn't answer yes to that one.  I'm an

8  inactive member of the Maryland Bar for about eight years

9  now but that's it.

10      **THE COURT:**  Okay.  Thank you very much.

11      All right.  With that, we have 20 in the pool.  I

12  will take any other challenges for cause.

13      **MR. STERN:**  Your Honor, with the strong caveat

14  that math isn't my strong suit, I think I'm -- if -- have we

15  talked to 1438 yet?  Wouldn't 1438 be 20?

16      **THE COURT:**  1746 would be 20.

17      **DEPUTY CLERK:**  I can go over the list.

18      **MR. STERN:**  I'm sorry.  I defer to the Court's

19  recordkeeping.  Excuse me.

20      **MR. STERN:**  Your Honor, I take it back.

21  Plaintiffs have 20.  The Court has 20.

22      **THE COURT:**  Are there any other challenges for

23  cause?

24      **MR. STERN:**  Your Honor -- I'm sorry, Your Honor.

25  I thought that we had -- just to confirm.  I thought that

1      the Court had struck 1999.

2              **THE COURT:**  I did not.  You wanted to strike her,

3      I did not strike her.

4              **MR. STERN:**  I hadn't made a motion, Your Honor.  I

5      don't know if we are there yet.

6              **THE COURT:**  You can make your motion and I deny

7      it.

8              **MR. RUDY:**  Plaintiffs have no further cause

9      challenges.

10              **MR. STERN:**  Court's indulgence.  Your Honor, no

11      further cause challenges.

12              **THE COURT:**  Okay.  I am going to release the

13      remaining 34 then and bring the 20 in the courtroom.

14              **DEPUTY CLERK:**  Okay.

15              We'll just seat the 20 in the audience portion of

16      the courtroom in order so that you can exercise your

17      peremptories.  We'll do five each.  We'll seat the first 10

18      that are not struck.

19              **MR. RUDY:**  Your Honor, the only remaining issue is

20      how many jurors are we seeking to seat?  Nine?

21              **THE COURT:**  We'll seat 10, 5 each.

22              **MR. RUDY:**  We previously requested nine and Your

23      Honor would prefer 10?

24              **THE COURT:**  Yes.  So we have enough alternates to

25      make it.  With the number of people that think they have

1    problems, I think we better do 10.

2              **MR. STERN:**  I apologize, Your Honor, if I missed

3    this.  Just inquire about the Court's practice at this

4    point.  Plaintiff defendant, plaintiff defendant?

5              **THE COURT:**  All at once.  It's the Arizona Method

6    so you both just give --

7              **MR. STERN:**  Write down our five

8              **THE COURT:**  The simultaneous five.

9              **MR. STERN:**  Understood, Your Honor.

10             **THE COURT:**  The Arizona Method is intended to hope

11   for simultaneous strikes, so ultimately you need less than

12   the pool.

13             **MR. STERN:**  Understood, Your Honor.

14             **THE COURT:**  We are going to the limit here anyway.

15             **MR. STERN:**  Understood, Your Honor.

16             **THE COURT:**  We have enough in the pool.  If you

17   don't have any simultaneous strikes, we will still have

18   enough in the pool to seat the entire pool.

19             **MR. STERN:**  Thank you, Your Honor.

20             **THE COURT:**  We could have stopped sooner but

21   didn't.  Since it's 5:00 -- we could have stopped a little

22   earlier, but then I would have to depend on simultaneous

23   strikes.

24        (Peremptory challenges by counsel)

25             **MR. STERN:**  Your Honor, if I may while everyone is

1       consulting, may I ask the Court's indulgence if I could ask

2       we go down the list I have struck for cause?

3                       **THE COURT:**  I can give you what I have.

4                   **MR. STERN:**  That would be great, Your Honor.

5                       **THE COURT:**  She is going to call them in by

6       number, but I have in the pool:  472, 291, 47, 198, 1164,

7       477, 1722, 778, 189, 405, 1659, 1413, 1262, 264, 1530, 1249,

8       1816, 522, 1999, 1746.

9                   **MR. STERN:**  That's 20.

10                      **THE COURT:**  That's what I have listed --

11                  **MR. STERN:**  Thank you, Your Honor.

12                      **THE COURT:**   -- in the pool.  Does that match the

13      plaintiff?

14              **MR. RUDY:**  Your Honor, for clarification, if we

15      choose overlapping folks, we would have more than 10 left.

16      Correct?  If we both use a peremptory --

17                      **THE COURT:**  Well, we're working from the top of

18      the list.

19                  **MR. RUDY:**  Okay.  So it would be the first 10.

20                      **THE COURT:**  Seating the first ten that are not

21      struck.

22                  **MR. RUDY:**  Thank you.

23          (Peremptory challenges by counsel continued)

24                  **DEPUTY CLERK:**  Your Honor, the jury panel.

25          (Jury panel entered the courtroom)

1      **THE COURT:**  Can I talk to counsel on the phone

2  briefly?

3      (Discussion off the record between the Judge and

4  Ms. Jenkins.)

5      **THE COURT:**  Let's get on the phones briefly.

6      (Sidebar discussion)

7      **THE COURT:**  Two jurors have childcare problems.  I

8  have proposed to go ahead and release 0291 and 189, and tell

9  them my clerk will call them, so they can go take care of

10  their children now.  If you want to look at them before they

11  leave, they would be number 3 is 0291 and --

12      **DEPUTY CLERK:**  Number 16, Your Honor.

13      **THE COURT:**  -- 16 is 0189.  I will have the clerk

14  ask them to stand up before they leave, and I will excuse

15  them.  The clerk will call them and tell them what happens

16  tonight so they can go take care of their children.

17      **MR. STERN:**  They are still in the pool?

18      **THE COURT:**  They will be in the pool.  I will

19  explain to the pool what we are doing.

20      **MR. STERN:**  In other words, you are not excusing

21  them for cause.

22      **THE COURT:**  I'm just excusing them to go take care

23  of their children.  They will remain in the pool, and I will

24  explain to the pool what is going on.

25      **MR. STERN:**  Thank you, Your Honor.  No objection.

1          **MR. RUDY:**  No objection from the plaintiffs.

2      (Jury selection by counsel continued.)

3          **THE COURT:**  All right, ladies and gentlemen.  Let

4    me explain what we are doing now.

5          The 20 of you are in the pool from which we will

6    pick the jury.  The two I've just released have childcare

7    problems so they will take care of their children.  We are

8    running a little late, but we are in the process of what we

9    now call peremptory challenges; that is challenges for which

10   either side can exercise their best judgment.

11         We are going to seat 10 of you in the jury.  That

12   may include one or two of those who have just gone home, but

13   they will be -- the jury will be seated in the morning.  We

14   are going to pick the jury tonight.  So 10 of you will not

15   have to come back tomorrow.  There will be 10 in the jury,

16   including alternates, so that we will have enough alternates

17   to go through the trial.  And 10 of you will be released

18   tonight.  So I don't have to make 10 of you come back

19   tomorrow for no reason; that's why we are trying to speed

20   through this so we can release everybody except the jury

21   tonight.

22         In a civil case you have to have 6 at the end to

23   have a verdict.  You can have up to 10.  Everybody

24   participates.  We don't have alternates anymore.  Everybody

25   will be a member of the jury.  Everybody who is here at the

1    end will participate and decide on the verdict.  Everybody

2    will be a member of the jury, if you are seated.

3         For a long time we've had this system where we let

4    the lawyers exercise their best judgment; that's what they

5    are doing now in exercising peremptories.

6         I've been a Judge so long now, I don't really

7    remember how you do this.  I remember you used to look at

8    who winked at you when they came up here for the individual

9    questions.  Who didn't wink.  Who smiled.  Who didn't smile.

10   A variety of things go into how they do this.  I don't

11   really remember all of the ways we did it because I've been

12   a judge too long now.

13        For 200 years this is always the way we let

14   lawyers participate, and their clients have an ability to

15   have some say in who sits on the jury and who doesn't.

16        So we want everybody to be satisfied at the end of

17   this process that they've had some participation in picking

18   what we hope will be a fair and impartial jury to hear this

19   case.  So if you'll be patient in just a little while

20   longer, we will have the jury picked today and start

21   tomorrow.  Thank you all for your patience and sitting

22   through this process today.  It will be worth it in the Long

23   run, rather than have you come back tomorrow, stay a little

24   longer today and get this finished off.

25        For those of you on the jury, I promise we will

1   almost always stop at 5.  I would say always but sometimes

2   you're in the middle of a witness that you don't want them

3   to come back the next day, but very rarely we don't go past

4   5.  I won't say never, as you saw today.

5          (Peremptory challenges by counsel continued.)

6          **DEPUTY CLERK:**  Ladies and gentlemen, as I call

7   your number, please stand and say, "here," and I will tell

8   you what number to sit in.

9          Juror No. 472.

10         **PROSPECTIVE JUROR:**  Here.

11         **THE COURT:**  Thank you.  You can take seat 1.

12         **DEPUTY CLERK:**  Thank you for your patience.

13         Juror No. 0918, please take seat 3.

14         Juror No. 1164, please take seat 4.

15         Juror No. 1722, please take seat 5.

16         Juror No. 0778, please take seat 6.

17         Juror No. 0405, please take seat 8.

18         Juror No. 1530, please take seat 9.

19         And Juror No. 5022, please take seat 10.

20         **THE COURT:**  Okay.  The two jurors that were

21  excused for childcare problems are both members of the jury

22  as selected.  So the remainder of you then, are going to be

23  excused at this time.

24         Without good citizens like you, we could not

25  fairly and impartially administer justice.  So on behalf of

1   the court and the community, I want to thank all of you for

2   your service.  At this time you are excused.  Thank you very

3   much for participating in the selection of this jury.

4           (Remaining jurors exited the courtroom)

5           **THE COURT:**  All right.  Members of the jury you

6   have done enough for today.  I will give you the oath as

7   members of the jury tomorrow.  We start at 10:00 tomorrow.

8   I have some things to cover with the lawyers, so I will meet

9   with them earlier tomorrow.  But we will start at 10.  We

10  will give you the -- I'll read you some instructions I have

11  to read to you.

12          The most important will be, Don't talk about the

13  case with anyone.  Don't let anyone talk to you about the

14  case.  Don't read or listen to any comments or commentary

15  you may see or read on the media or any -- I'll give you

16  full instruction about don't Twitter or Tweet or any of

17  those other things about the case.  Don't read anything on

18  Twitter account or anything like that.  I'll give you a full

19  description of all of that tomorrow, but don't do any social

20  media.  Don't look at any social media.  If it has anything

21  about this case, turn it off immediately.  Turn your

22  attention elsewhere.

23          I don't know that there is planned to be anything

24  but just don't do it.  I want a fair and impartial jury.

25  You will have plenty of evidence in this trial to consider.

1    Don't look at anything outside of that.  I will give you

2    plenty of evidence to look at in the course of the next two

3    weeks here.  And there will be plenty for you to decide

4    before we finish this all off.

5             Thank you very much for your participation.  I

6    will get to know you pretty well over the next couple weeks.

7    I don't come on the bench without talking to the jury in the

8    jury room.  When you come back tomorrow, the clerk will

9    explain to you how to come in and out of the courtroom.  So

10   you will have the room across -- our deliberation rooms are

11   too small, for COVID reasons, so you are going to use that

12   other courtroom as your jury deliberation room.  I will

13   speak to you off the record over there, as you come in and

14   out from time to time.

15            I can't talk to you about the case over there, so

16   I talk to you about Redskins.  I don't call them Commanders.

17   I still call them Redskins.  We'll talk to you about things

18   I can talk to you about off the record.  If you have

19   problems, I will talk to you about those as well.

20            In any event, have a pleasant day and I will see

21   you all at 10:00 tomorrow.  The clerk will escort you all

22   out first.

23            Thanks very much for your service, obviously.  We

24   couldn't do it without good citizens like you.

25            (Jury exited the courtroom)

1          **THE COURT:**  Counsel, please be seated and we will

2     talk about our schedule.

3          Someone already wants to know if I will hold them

4     in contempt.  So we'll see.

5          How about we try to take care of these last

6     remaining issues at 9:30 tomorrow, and we will bring the

7     jury in at 10?  You all want to resolve issues on

8     depositions and instruction issues so -- I've about had it

9     for today.

10         **MR. HOFFMAN:**  Your Honor, that's acceptable for

11    defendants to handle the deposition issues and instructions

12    in the morning at 9:30.  Thank you, Your Honor.

13         **MR. RUDY:**  Your Honor, we only had about two hours

14    of argument, if you want to stick around.

15         No, we are fine with that as well, Your Honor.

16    Thank you.

17         **THE COURT:**  You better get it in writing.  Okay.

18         Thank you all for accommodating this afternoon so

19    we can do that.  I hate to bring jurors back the next day --

20    bringing 50 back would have really been awful, when we

21    weren't going to get beyond that 20 so -- the 30 appreciated

22    getting released.  And you could tell the 20 were relieved

23    to get down to the final 10.  So thank you for your

24    cooperation in doing that.  That's the only hard part of the

25    trial for the judge, is the first day.  The rest is a piece

1    of cake.  Thank you all for your cooperation.

2              I've never had a court reporter actually let me go

3    through the whole thing without a break.  I commend my court

4    reporter.  That's a first for me.  The court reporter never

5    took a break from 2 until now.  I have to say.  Above and

6    beyond for my court reporter.  I'll see you tomorrow at

7    9:30.

8         (Proceedings concluded at 5:50 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **C E R T I F I C A T E**

2

3          I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8    ___October 18, 2022___          /s/_____
                 **DATE**                    **Lorraine T. Herman**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DEPUTY CLERK: [37]**
61/5 62/2 62/6 72/20
76/9 82/11 93/3 93/5
93/22 97/1 98/23
107/18 120/9 120/18
121/24 124/18 131/15
139/16 147/18 152/9
152/16 160/19 161/12
161/15 168/20 171/13
176/14 176/19 181/19
181/21 181/23 182/17
183/14 185/24 186/12
189/6 189/12
**MR. HOFFMAN: [1]**
192/10
**MR. RUDY: [37]** 61/20
68/24 73/22 75/16
75/24 80/14 81/19
81/21 82/1 82/6 82/12
90/9 93/12 96/19
106/16 115/3 117/4
120/1 124/9 130/10
137/17 144/19 151/14
159/25 166/12 167/3
170/23 176/4 180/18
183/8 183/19 183/22
185/14 185/19 185/22
187/1 192/13
**MR. STERN: [51]**
61/21 69/5 73/15 75/20
80/15 81/15 81/17
90/13 93/14 93/17
96/20 106/2 116/8
119/13 119/16 124/10
130/21 138/1 144/21
145/15 151/13 152/11
152/14 159/24 160/8
160/12 160/15 166/11
166/22 170/17 175/24
180/12 182/13 182/18
182/20 182/24 183/4
183/10 184/2 184/7
184/9 184/13 184/15
184/19 184/25 185/4
185/9 185/11 186/17
186/20 186/25
**MS. DAVIS: [3]** 98/14
98/17 98/22
**PROBATION: [1]**
96/11
**PROSPECTIVE
JUROR: [613]**
**THE COURT: [724]**

**$**

**$10 [1]** 112/24
**$200 [1]** 145/22
**$200,000 [1]** 105/21

**'**

**'08 [6]** 88/10 88/12
88/24 89/2 89/2 92/1
**'71 [1]** 62/11

**/**

**/s [1]** 194/8

**0**

**0189 [1]** 186/13
**0291 [2]** 186/8 186/11
**0405 [1]** 189/17
**0477 [1]** 76/9
**0522 [1]** 168/20
**0714 [1]** 82/11
**0729 [1]** 97/2
**0748 [2]** 61/2 61/5
**0778 [2]** 98/24 189/16
**0918 [1]** 189/13

**1**

**10 [20]** 61/4 90/18
104/12 120/21 183/17
183/21 183/23 184/1
185/15 185/19 187/11
187/14 187/15 187/17
187/18 187/23 189/19
190/9 192/7 192/23
**100 [3]** 87/7 112/13
141/5
**10020 [1]** 60/4
**1053 [1]** 59/3
**10:00 [2]** 190/7 191/21
**11 [3]** 140/17 151/16
151/24
**1164 [4]** 62/5 62/6
185/6 189/14
**1249 [7]** 160/5 160/6
160/7 160/9 160/18
160/19 185/7
**1251 [1]** 60/3
**1262 [3]** 139/15 139/16
185/7
**1288 [1]** 59/9
**13-1288 [1]** 59/9
**1401 [1]** 59/22
**1413 [2]** 131/14 185/7
**1438 [2]** 182/15 182/15
**1523 [1]** 59/17

**1536 [1]** 152/18 152/18
185/7 189/18
**1568 [1]** 81/25
**15th [2]** 180/5 180/8
**16 [3]** 120/24 186/12
186/13
**1625 [1]** 60/11
**1659 [5]** 124/17 124/18
181/23 181/24 185/7
**17 [4]** 59/5 69/1 69/13
156/18
**1722 [4]** 93/21 93/22
185/7 189/15
**1746 [4]** 176/18 176/19
182/16 185/8
**18 [1]** 194/8
**1816 [3]** 161/13 161/15
185/8
**189 [4]** 120/17 120/18
185/7 186/8
**19087 [1]** 59/20
**1923 [2]** 72/19 72/20
**1970 [1]** 62/10
**198 [1]** 185/6
**1999 [4]** 171/12 171/13
183/1 185/8
**1:13-1053 [1]** 59/3

**2**

**20 [13]** 85/20 129/1
182/11 182/15 182/16
182/21 182/21 183/13
183/15 185/9 187/5
192/21 192/22
**20-ish [1]** 65/14
**20-something [2]**
172/4 173/16
**200 [1]** 188/13
**2000 [1]** 97/10
**20001 [2]** 60/8 60/16
**20005 [1]** 59/22
**20006 [1]** 60/11
**20036 [1]** 59/17
**2007 [6]** 97/10 97/19
98/4 138/10 138/13
162/15
**2007-2008 [2]** 152/22
154/6
**2008 [22]** 69/2 69/14
88/7 95/13 95/13 111/7
111/17 117/20 117/22
117/23 118/3 128/6
134/3 135/4 135/6
143/3 143/15 149/25

**150/2 152/22 154/6
156/19
2009 [2]** 138/10 165/11
**2012 [1]** 102/23
**2018 [1]** 163/20
**2019 [1]** 167/23
**2019/2018 [1]** 163/20
**202-354-3196 [1]**
60/17
**2020 [1]** 88/2
**2022 [2]** 59/5 194/8
**222 [1]** 168/18
**237 [2]** 98/23 107/17
107/18
**25 [1]** 62/13
**25th [1]** 136/19
**26 [1]** 62/13
**264 [5]** 147/17 147/18
152/11 152/13 185/7
**265 [1]** 152/10
**26th [1]** 64/10
**27 [1]** 173/16
**280 [1]** 59/19
**291 [1]** 185/6
**2:05 [1]** 59/5
**2nd [1]** 130/6

**3**

**30 [3]** 76/7 121/2
192/21
**3196 [1]** 60/17
**329 [1]** 96/25
**333 [1]** 60/15
**34 [1]** 183/13
**350 [1]** 82/21
**3:30 [1]** 61/13
**3M [1]** 77/12

**4**

**40-something [1]**
171/21
**4005 [2]** 121/23 121/24
**401 [17]** 65/13 66/17
77/17 86/2 126/19
126/25 141/24 148/22
149/12 154/14 154/19
155/5 155/7 155/24
162/4 162/9 162/20
**405 [1]** 185/7
**47 [1]** 185/6
**472 [2]** 185/6 189/9
**477 [1]** 185/7

**5**

**50 [1]** 192/20

**5**

**5022 [1]** 189/19
**522 [1]** 168/19 185/8
**5:00 [1]** 184/21
**5:30 [1]** 68/15
**5:50 p.m [1]** 193/8

**6**

**601 [1]** 60/7
**6720 [1]** 60/16
**6th [2]** 90/3 90/3

**7**

**714 [1]** 81/20
**729 [2]** 97/1 97/1
**750 [1]** 112/23
**778 [4]** 120/9 120/10
120/16 185/7

**9**

**9:30 [3]** 192/6 192/12
193/7

**A**

**ability [19]** 63/4 70/25
73/19 74/14 82/24
100/15 104/21 105/17
113/22 116/25 118/23
136/10 145/4 164/9
170/2 173/8 176/3
180/16 188/14
**able [12]** 90/23 91/3
91/3 91/6 91/9 92/10
107/13 121/14 145/16
145/16 165/12 166/17
**about [190]**
**above [2]** 193/5 194/5
**above-entitled [1]**
194/5
**abroad [1]** 130/3
**absolutely [3]** 178/24
179/10 179/11
**abused [1]** 158/13
**academic [2]** 69/17
91/10
**accede [1]** 117/3
**accept [1]** 65/5
**acceptable [2]** 137/15
192/10
**accepted [2]** 111/20
143/13
**accepting [1]** 111/16
**accommodating [1]**
192/18

**accomplish [1]** 89/14
**according [1]** 90/17
**account [11]** 86/2
86/11 100/3 100/5
100/12 100/23 101/2
102/21 107/5 142/5
190/18
**accounts [1]** 99/23
**accredited [1]** 146/4
**acquaintance [1]**
172/5
**acquisitions [1]** 151/3
**across [4]** 155/8
168/10 169/15 191/10
**action [6]** 59/2 59/9
59/10 143/25 145/7
145/9
**actions [2]** 115/15
137/24
**active [3]** 86/25 87/3
101/11
**actively [2]** 144/14
178/13
**acts [1]** 105/11
**actually [10]** 64/9
67/24 140/2 141/16
143/24 151/22 165/10
174/13 179/4 193/2
**add [2]** 117/4 182/1
**addition [1]** 149/8
**administer [1]** 189/25
**administration [1]**
71/11
**advice [2]** 114/11
127/11
**advise [1]** 109/12
**advised [1]** 155/9
**advising [2]** 118/12
149/5
**advisor [15]** 77/19
85/17 85/19 100/22
109/5 109/7 109/10
109/12 109/18 109/20
149/5 149/6 149/8
149/9 155/8
**advisors [1]** 65/20
**affairs [2]** 80/25
177/12
**affect [11]** 63/4 82/23
104/21 113/22 116/25
118/23 164/8 170/1
173/8 174/1 180/16
**affirmative [1]** 160/10
**afloat [1]** 143/14

**a flutter [1]** 171/16
**after [8]** 62/11 118/5
143/14 156/17 159/13
159/18 167/9 167/9
**afternoon [2]** 59/12
192/18
**again [13]** 75/14 78/5
88/18 94/3 110/21
111/1 112/3 123/12
123/15 123/17 127/23
132/17 166/19
**against [5]** 115/14
115/15 115/24 166/3
173/20
**age [1]** 160/15
**agencies [4]** 75/16
125/13 126/7 128/10
**agency [8]** 59/6 60/5
94/8 108/7 108/9
124/25 125/20 171/6
**aggravated [1]** 154/15
**ago [20]** 77/10 99/25
100/1 100/2 104/11
104/12 113/13 113/14
114/11 114/16 129/1
129/20 135/5 135/19
144/7 144/10 169/10
172/23 173/16 173/16
**agree [2]** 81/19 82/1
**agreement [2]** 59/10
67/23
**ahead [6]** 76/1 79/22
98/24 157/13 160/14
186/8
**aid [2]** 136/15 136/18
**aided [1]** 60/19
**aids [1]** 132/16
**air [1]** 68/9
**al [3]** 59/2 59/2 59/6
**Alaska [1]** 112/11
**all [61]** 61/16 62/5 72/3
74/2 74/5 74/16 74/18
75/3 81/11 81/20 82/5
84/23 84/24 88/25
90/24 91/9 91/16 93/20
94/24 95/4 95/10
100/12 100/12 103/23
115/13 117/5 117/5
118/21 120/16 121/16
122/21 124/11 124/17
131/17 132/5 132/9
133/13 135/21 147/17
152/10 154/17 154/19
158/4 168/18 171/12

**aid of [1]** 175/17 182/11
184/5 187/3 188/11
188/21 190/1 190/5
190/19 191/4 191/21
191/21 192/7 192/18
193/1
**alleviate [1]** 106/11
**Allied [1]** 160/25
**allow [2]** 63/23 64/2
**allowed [2]** 63/25
156/9
**almost [3]** 135/18
158/8 189/1
**alone [1]** 110/1
**along [4]** 80/18 91/12
131/5 145/8
**already [3]** 106/18
128/13 192/3
**also [21]** 64/20 65/4
66/12 68/4 68/12 68/15
74/25 77/3 77/12 77/25
84/17 88/19 89/22
89/25 94/9 114/14
115/18 140/14 141/24
151/7 155/23
**alternate [3]** 129/20
136/6 172/24
**alternates [4]** 183/24
187/16 187/16 187/24
**Although [2]** 81/4
115/11
**altogether [1]** 157/1
**always [5]** 66/7 85/20
188/13 189/1 189/1
**am [23]** 63/13 70/17
71/5 73/11 79/25 82/19
84/24 89/21 97/25
99/17 105/20 109/12
112/13 121/8 125/1
136/17 139/4 139/10
141/5 141/8 180/7
181/18 183/12
**amazing [1]** 71/15
**Amazon [2]** 94/23
148/13
**Ambulatory [1]** 174/21
**American [4]** 68/12
68/25 96/11 114/1
**Americas [1]** 60/3
**AmeriSave [2]** 129/12
129/14
**amount [8]** 79/9 87/21
90/18 102/6 110/10
114/9 114/19 120/3

**A**

**ANA [1]** 96/10
**analyst [3]** 126/3
126/4 130/17
**analysts [2]** 111/13
151/2
**Andrea [2]** 172/3
172/11
**Anita [1]** 172/6
**another [3]** 130/14
159/13 172/4
**answer [13]** 92/22
93/8 106/7 106/18
106/21 108/1 137/3
144/25 151/14 151/15
151/19 178/20 182/7
**answered [3]** 62/9
82/15 146/14
**answering [2]** 70/17
156/13
**answers [1]** 144/22
**anxious [1]** 105/11
**any [129]** 61/19 63/4
65/8 66/19 67/6 68/22
69/14 71/19 72/2 72/3
72/11 73/19 74/13
75/23 80/8 80/12 82/3
83/1 83/8 88/7 89/6
89/14 90/10 90/12
91/19 95/12 95/15
95/19 96/9 96/16
100/14 102/14 102/24
103/2 103/15 104/21
104/24 105/24 106/11
109/1 109/2 109/4
110/15 110/19 111/6
111/15 112/1 112/8
113/22 113/24 114/3
114/20 116/6 118/21
118/22 120/12 121/13
121/16 126/10 126/21
128/5 130/8 130/19
130/25 131/4 132/12
134/2 134/12 134/15
134/15 136/9 136/15
137/22 137/23 138/24
138/24 139/1 139/3
139/6 139/7 140/18
143/13 144/17 145/2
145/4 146/7 147/5
148/15 149/7 149/18
149/19 149/24 150/15
151/11 151/16 151/22
154/20 156/18 158/25

160/10 161/7 162/6
162/8 164/19 165/5
166/2 166/9 170/1
170/4 170/11 170/15
173/8 174/18 177/20
179/20 180/6 180/9
180/13 181/2 181/14
182/12 182/22 184/17
190/14 190/15 190/16
190/19 190/20 191/20
**anybody [2]** 95/15
166/5
**anymore [1]** 187/24
**anyone [6]** 71/14
102/5 110/9 138/25
190/13 190/13
**anything [24]** 64/1
95/16 104/20 105/4
113/21 116/9 131/1
131/6 131/19 131/21
136/9 138/15 139/21
158/11 158/17 164/8
170/1 173/7 181/7
190/17 190/18 190/20
190/23 191/1
**anyway [2]** 157/20
184/14
**apologize [1]** 184/2
**APPEARANCES [2]**
59/15 59/23
**application [1]** 64/11
**apply [1]** 71/1
**appointed [1]** 112/15
**appointment [2]** 61/13
136/19
**appreciated [2]** 137/25
192/21
**appropriate [5]** 79/7
115/4 116/23 117/10
167/1
**approving [2]** 126/5
126/6
**Arden [1]** 84/13
**are [131]** 62/9 63/11
63/22 66/11 70/14 71/8
72/10 73/6 73/10 73/11
73/18 73/18 75/9 75/11
75/11 75/22 77/7 84/23
86/1 87/17 88/13 88/16
92/7 92/12 92/13 93/12
95/8 95/22 96/9 97/5
101/19 106/25 107/13
109/5 109/6 109/9
110/3 111/4 111/21

116/7 116/14 117/2
117/5 119/1 119/25
120/10 120/21 121/9
122/23 124/22 126/1
126/5 126/21 126/25
127/12 128/13 130/25
131/2 131/5 131/15
131/18 132/25 133/13
134/6 138/23 139/20
144/3 145/20 146/6
146/7 146/9 148/1
149/14 149/15 150/8
150/9 151/22 152/5
152/21 153/24 155/6
157/2 157/3 157/22
159/20 160/2 160/24
161/4 162/25 163/3
164/15 165/1 165/3
168/25 171/6 175/2
175/9 175/16 179/3
179/13 179/14 181/4
181/6 182/2 182/22
183/5 183/18 183/20
184/14 185/20 186/17
186/19 186/20 187/4
187/5 187/7 187/8
187/11 187/14 187/19
188/2 188/5 189/21
189/22 190/2 191/10
191/11 192/15
**area [5]** 61/14 92/7
92/8 92/12 106/14
**areas [2]** 117/7 128/19
**aren't [2]** 65/16 168/6
**argument [2]** 192/14
**arise [1]** 115/19
**Arizona [2]** 184/5
184/10
**Arnold [1]** 60/7
**around [2]** 114/21
192/14
**arrangements [3]**
175/25 176/2 176/6
**art [1]** 141/11
**articles [1]** 127/10
**articulate [1]** 90/15
**arts [1]** 71/15
**as [77]** 64/15 64/16
64/23 67/23 67/23
68/17 69/10 69/19
69/19 69/20 69/21 71/1
71/4 71/5 71/5 71/19
71/19 71/20 75/1 77/25

79/25 82/9 82/9 86/6
98/2 98/18 101/20
104/1 106/3 112/13
115/12 115/22 116/13
117/8 118/3 118/6
120/4 125/12 125/15
128/15 128/18 130/17
131/8 132/3 132/3
132/4 132/4 136/6
138/25 138/25 143/7
143/7 145/4 145/10
145/10 148/10 148/10
153/24 154/18 157/4
157/5 157/23 157/25
166/15 167/20 167/22
173/12 180/7 180/7
189/4 189/6 189/22
190/6 191/12 191/13
191/19 192/15
**aside [10]** 90/24 91/3
91/7 91/9 132/5 132/9
141/6 144/23 145/17
146/15
**ask [35]** 61/16 64/9
68/22 68/24 69/8 69/8
73/16 73/16 73/22
75/16 80/16 80/16
81/22 90/6 90/7 90/9
98/17 137/21 144/24
144/25 145/2 160/8
165/9 166/9 166/24
170/17 170/19 175/20
176/1 176/1 180/10
180/13 185/1 185/1
186/14
**asked [16]** 63/7 64/3
64/20 65/9 67/2 68/4
77/3 102/5 106/17
110/9 111/6 126/16
165/8 167/3 168/13
182/6
**asking [5]** 116/1 120/2
179/7 181/4 181/6
**aspect [3]** 90/21
116/14 116/18
**aspects [1]** 118/14
**assess [2]** 91/4 116/23
**assessing [1]** 156/5
**assets [2]** 103/10
111/5
**assigned [1]** 62/14
**Associates [1]** 122/25
**association [9]** 60/10
80/1 80/18 96/11 96/12

## A

**association... [4]** 114/2 123/1 164/17 164/21
**associations [2]** 164/14 182/7
**assume [1]** 113/25
**assuming [1]** 182/4
**assurance [1]** 93/10
**attended [1]** 144/1
**attention [2]** 117/18 190/22
**attorney [1]** 109/13
**attorneys [1]** 165/9
**AU [2]** 68/15 71/8
**audience [1]** 183/15
**Avae [1]** 142/19
**Avenue [6]** 59/17 59/22 60/3 60/7 60/15 171/7
**award [1]** 145/7
**aware [6]** 68/17 106/3 112/3 116/13 117/8 130/18
**away [1]** 129/1
**awful [1]** 192/20

## B

**bachelors [1]** 149/4
**back [26]** 65/2 88/25 91/13 91/24 92/4 93/3 107/11 107/13 114/6 120/9 144/25 157/11 158/3 161/12 161/13 162/15 176/14 181/19 182/20 187/15 187/18 188/23 189/3 191/8 192/19 192/20
**backed [2]** 134/10 150/5
**bad [4]** 87/23 88/1 150/4 175/10
**bailed [2]** 131/25 152/22
**bailing [1]** 132/1
**bailout [2]** 111/16 143/14
**balance [1]** 109/14
**bandwagon [1]** 142/9
**bank [7]** 77/11 98/5 112/25 113/8 113/9 150/14 150/21
**banking [8]** 79/17 103/18 112/19 128/18

34/16 150/19 158/234 171/25
**bankrupt [1]** 131/24
**Bankruptcy [1]** 60/15
**banks [3]** 69/18 69/18 101/8
**Bar [7]** 113/25 114/1 114/1 164/14 164/17 164/21 182/8
**BARNES [1]** 59/16
**barred [1]** 117/6
**barriers [1]** 136/17
**baseball [2]** 103/24 103/25
**based [7]** 90/25 91/4 91/11 126/20 127/3 127/4 151/21
**basic [2]** 65/13 69/17
**Basically [1]** 156/22
**be [157]**
**bearing [1]** 145/4
**because [19]** 61/2 64/11 66/13 92/6 105/18 109/11 112/11 114/17 116/17 119/4 119/19 119/22 131/8 132/16 143/6 154/14 175/2 175/10 188/11
**been [36]** 67/6 69/21 69/25 85/19 103/12 110/18 110/21 115/9 115/12 118/19 125/21 125/22 135/19 135/24 136/2 136/5 143/19 143/21 143/23 144/9 154/8 154/14 154/14 154/15 156/12 159/1 167/23 169/9 169/11 169/23 172/3 172/22 179/7 188/6 188/11 192/20
**before [21]** 59/13 66/18 77/14 81/10 90/4 96/16 104/9 113/10 125/11 125/24 129/18 156/4 158/7 163/16 167/4 167/17 169/10 172/22 186/10 186/14 191/4
**behalf [2]** 117/9 189/25
**being [12]** 62/17 67/3 67/14 71/4 106/17 117/15 119/23 121/13

171/25
**belief [1]** 82/7
**beliefs [1]** 70/6
**believe [27]** 69/1 69/3 74/15 78/25 87/5 96/7 102/2 110/6 112/12 115/22 127/23 128/9 130/6 131/3 133/21 133/24 142/21 143/16 147/1 147/2 149/21 152/4 155/20 162/14 162/16 172/4 178/17
**believes [1]** 116/24
**belong [8]** 80/8 104/25 113/25 121/3 121/4 164/11 170/4 174/18
**bench [1]** 191/7
**benefactor [1]** 143/24
**beneficiary [1]** 115/13
**benefits [1]** 71/19
**Berger [1]** 60/2
**BERGMAN [1]** 60/5
**Berkley [1]** 59/16
**Bernstein [1]** 60/2
**best [5]** 63/8 77/4 153/1 187/10 188/4
**bet [1]** 66/12
**Beth [3]** 114/16 117/19 117/24
**better [8]** 69/19 89/11 110/3 123/25 147/3 180/17 184/1 192/17
**between [6]** 73/24 116/5 118/17 158/2 173/24 186/3
**beyond [4]** 138/14 149/11 192/21 193/6
**bias [10]** 140/22 141/6 143/7 144/23 144/24 145/13 145/17 145/17 146/15 146/16
**big [4]** 116/16 116/17 153/19 176/14
**big-firm [1]** 116/16
**biggest [1]** 112/23
**billion [1]** 112/24
**biometric [2]** 62/22 62/25
**bit [10]** 63/9 65/19 66/10 86/9 128/23 130/11 130/16 139/10 167/19 179/3
**Bitcoin [2]** 142/18

**blank [2]** 160/5 160/24
**board [4]** 76/15 77/1 89/21 89/23
**Bob [1]** 177/10
**Boies [1]** 59/21
**bond [1]** 112/25
**bonds [2]** 84/22 134/5
**booking [2]** 108/7 108/9
**Born [1]** 86/23
**both [14]** 67/19 71/18 77/17 77/18 91/10 92/19 112/25 133/1 148/24 148/25 151/3 184/6 185/16 189/21
**bought [4]** 138/11 159/12 159/13 162/14
**box [1]** 137/8
**boyfriend [1]** 152/25
**branch [3]** 181/8 181/9 181/12
**branches [1]** 82/4
**breadth [1]** 72/3
**break [3]** 157/21 193/3 193/5
**BRIAN [1]** 59/16
**brief [1]** 106/3
**briefly [3]** 62/10 186/2 186/5
**bring [5]** 115/16 120/9 183/13 192/6 192/19
**bringing [1]** 192/20
**Brittany [1]** 158/14
**broad [1]** 126/20
**broad-based [1]** 126/20
**broader [1]** 117/11
**brother [2]** 77/10 148/12
**brothers [2]** 115/24 135/2
**brought [7]** 116/20 117/20 118/6 118/7 154/6 160/9 160/9
**bubble [1]** 150/5
**Budget [2]** 125/5 153/2
**build [1]** 147/4
**building [2]** 62/22 63/2
**built [3]** 62/18 63/1 66/8
**bundle [1]** 157/1
**bundling [1]** 98/6

**B**

**Burling [2]** 167/12
167/21
**business [15]** 84/14
84/19 85/2 85/2 85/13
86/18 86/19 108/5
129/3 141/7 141/9
157/24 158/2 158/17
168/4
**buys [1]** 159/17
**bypass [1]** 131/8

**C**

**cake [1]** 193/1
**Caliber [3]** 163/13
163/14 163/15
**call [13]** 61/2 81/10
107/11 125/12 136/21
137/1 185/5 186/9
186/15 187/9 189/6
191/16 191/17
**called [4]** 135/17
167/16 177/13 181/1
**came [10]** 62/18 67/23
74/16 88/24 100/25
117/18 117/22 117/22
150/6 188/8
**can [74]** 61/7 62/8
63/22 68/21 70/13
72/22 76/3 76/11 78/5
81/7 81/11 81/12 81/13
81/13 85/16 89/11 93/1
93/3 93/9 93/23 93/25
96/22 97/4 97/14 107/6
107/20 109/13 120/9
120/20 121/12 121/17
124/20 131/11 131/17
136/25 137/2 137/10
139/12 139/17 139/19
141/6 154/5 155/23
155/23 156/4 158/13
160/21 161/11 161/12
161/17 167/8 168/14
168/21 168/24 169/18
171/8 176/14 178/21
179/9 181/19 182/5
182/17 183/6 183/16
185/3 186/1 186/9
186/16 187/10 187/20
187/23 189/11 191/18
192/19
**can't [13]** 64/10 82/5
90/23 118/16 118/19
118/25 131/20 136/3

404 145/21 169/22
169/23 191/15
**capacity [1]** 181/12
**Capital [1]** 151/6
**Capitol [1]** 108/11
**car [2]** 64/6 173/5
**card [3]** 150/13 150/22
150/24
**Cardano [1]** 142/18
**care [9]** 91/14 137/7
174/21 182/5 186/9
186/16 186/22 187/7
192/5
**career [8]** 62/13 82/21
91/10 103/21 128/22
129/2 166/15 167/9
**Carolina [5]** 84/23
86/21 89/22 92/1 159/4
**Carrington [1]** 172/21
**cascade [1]** 111/11
**case [53]** 70/21 71/1
73/20 90/25 91/11
92/10 92/12 92/16
92/19 98/9 98/20
100/15 104/14 105/19
110/22 113/11 116/7
116/11 116/17 117/12
119/1 122/3 129/23
129/24 131/19 131/22
132/6 132/6 132/10
137/18 138/5 139/21
139/23 141/5 145/11
146/7 146/10 163/19
163/24 164/1 168/10
169/17 169/21 173/2
173/21 180/15 187/22
188/19 190/13 190/14
190/17 190/21 191/15
**cases [4]** 67/14 165/14
168/1 168/6
**Casey [1]** 177/10
**catering [1]** 105/19
**caught [1]** 135/3
**cause [18]** 76/6 81/18
93/8 93/11 93/15 93/18
95/13 98/1 106/6
115/6 116/1 117/3
182/12 182/23 183/8
183/11 185/2 186/21
**caused [3]** 81/22 84/1
88/23
**causes [9]** 69/2 69/14
88/7 128/5 134/2 143/3
149/24 150/1 156/19

**caveat [1]** 182/13
**central [3]** 147/6 147/8
147/9
**certain [2]** 118/25
135/3
**certainly [1]** 108/20
**certification [3]**
145/23 145/25 146/2
**certify [1]** 194/4
**cetera [1]** 130/20
**challenge [7]** 93/8
93/11 106/6 106/20
115/6 116/2 117/3
**challenges [9]** 182/12
182/22 183/9 183/11
184/24 185/23 187/9
187/9 189/5
**Change [2]** 177/13
181/1
**characterize [2]** 69/10
162/18
**Charles [2]** 89/23
104/13
**charter [1]** 134/9
**chase [4]** 80/7 81/14
96/7 134/24
**check [3]** 59/19 92/5
144/14
**checked [2]** 69/1
114/6
**Chi [1]** 174/20
**Chiefs [2]** 177/13
181/1
**child [1]** 61/3
**childcare [3]** 186/7
187/6 189/21
**children [4]** 186/10
186/16 186/23 187/7
**Children's [1]** 174/23
**choices [1]** 109/4
**choose [1]** 185/15
**chose [1]** 141/21
**circled [1]** 107/24
**Citi [2]** 113/8 113/9
**citizens [2]** 189/24
191/24
**civil [13]** 59/2 59/9
67/3 67/14 135/20
143/19 143/21 163/20
165/18 169/16 169/18
173/12 187/22
**claims [1]** 67/12
**clarification [1]** 185/14
**clarity [1]** 106/10

**Clarksburg [1]** 62/12
**class [18]** 59/10 59/18
106/4 106/5 106/12
106/12 115/15 137/24
143/25 144/3 144/5
145/7 145/9 145/10
145/11 145/21 146/6
157/7
**classes [2]** 68/14 71/5
**clear [3]** 98/18 119/20
144/23
**clearances [1]** 125/12
**clerk [5]** 186/9 186/13
186/15 191/8 191/21
**client [1]** 114/15
**clients [3]** 75/1 114/8
188/14
**CLO [1]** 142/19
**close [27]** 64/3 73/11
76/13 79/8 79/16 83/19
84/8 87/20 94/4 99/7
102/5 103/17 107/23
110/9 110/18 128/18
132/13 134/25 139/25
140/9 140/12 147/23
152/23 156/11 161/18
168/25 171/25
**closed [1]** 82/21
**closing [2]** 83/11
83/17
**clout [1]** 126/15
**clubs [1]** 105/1
**co [2]** 115/16 115/23
**co-counsel [2]** 115/16
115/23
**coal [1]** 110/13
**collapse [2]** 111/10
115/22
**collar [1]** 118/18
**colleague [1]** 125/18
**colleagues [2]** 73/23
127/11
**collecting [1]** 126/7
**Collection [3]** 64/15
64/19 71/14
**college [4]** 78/10
79/21 80/23 158/1
**COLUMBIA [1]** 59/1
**come [14]** 62/20
107/13 125/23 138/10
149/12 179/18 187/15
187/18 188/23 189/3
191/7 191/8 191/9
191/13

**C**

comes [1] 80/10
coming [2] 110/25
123/25
Commanders [1]
191/16
commend [1] 193/3
comment [3] 71/23
106/3 125/11
commentary [2] 88/12
190/14
commenting [1] 126/5
comments [5] 82/9
82/10 126/5 126/6
190/14
commerce [1] 82/4
commercial [3] 116/15
116/17 116/19
Commission [1]
161/21
commitment [1] 70/3
committee [4] 89/23
164/20 164/23 164/25
commodities [1] 157/5
common [1] 140/25
comms [1] 73/5
communications [8]
73/9 75/5 75/9 75/17
161/21 164/17 164/21
167/16
community [1] 190/1
companies [3] 77/24
89/4 157/21
companies/corporatio
ns [1] 89/4
company [21] 75/5
84/11 96/6 101/16
110/13 110/25 140/15
141/12 143/10 153/7
153/15 153/17 154/21
154/21 155/12 157/19
159/13 159/17 161/3
172/7 172/7
compared [4] 83/18
83/24 84/6 88/22
comparing [1] 88/11
complete [1] 69/23
completing [1] 83/1
complexity [1] 111/12
comprehensive [2]
84/4 84/6
computer [2] 60/19
94/12
computer-aided [1]

concern [4] 90/15
90/16 90/23 106/11
concerns [1] 91/13
concluded [20] 61/24
69/12 74/3 76/2 80/20
91/17 96/21 106/23
117/13 120/7 124/12
130/23 138/2 145/19
151/23 167/7 170/24
176/5 180/22 193/8
conclusions [1] 90/12
condo [2] 129/7 159/7
confirm [2] 160/9
182/25
conflict [2] 65/8 72/12
conflicts [3] 109/11
115/19 116/5
congress [3] 125/11
131/25 134/9
connection [2] 73/24
131/1
consent [1] 93/13
conservator [1]
103/12
conservatorship [12]
89/15 89/16 103/3
103/6 103/13 112/9
112/13 112/16 158/11
158/13 158/16 158/17
consider [6] 87/1
101/11 127/13 140/22
178/6 190/25
considered [2] 132/1
153/16
considers [1] 79/12
Constitution [1] 60/15
construction [2] 62/22
63/2
consulting [9] 65/19
84/17 84/21 84/21 85/8
85/12 97/23 157/18
185/1
contact [1] 75/12
contempt [1] 192/4
continued [4] 60/1
185/23 187/2 189/5
contractor [5] 74/25
148/3 148/5 152/24
153/1
contractors [1] 148/1
contracts [2] 140/3
140/6
contribute [1] 66/14

control [2] 163/9 172/2
Cooper [1] 59/16
cooperation [2]
192/24 193/1
coordination [1]
124/25
corporate [6] 64/15
64/17 65/1 71/13 71/16
72/3
corporate/social [1]
65/1
corporation [13] 64/4
65/6 77/9 84/9 107/24
133/3 140/10 140/13
140/16 146/25 148/13
153/10 153/12
corporations [18]
64/22 64/24 64/25 72/2
89/4 126/12 126/14
140/19 141/1 143/13
146/18 147/3 148/16
151/15 151/18 152/1
152/4 154/3
correct [15] 82/17 85/3
85/25 89/13 122/22
138/22 139/4 140/1
141/20 167/14 168/5
168/7 173/1 185/16
194/4
correctly [2] 125/8
165/17
correspondent [2]
177/3 177/6
cos [2] 83/25 83/25
could [50] 68/24 70/2
70/21 71/3 71/22 72/12
73/22 74/1 75/16 76/7
90/9 92/12 92/16 92/18
93/9 93/10 93/10 98/20
106/2 106/9 107/4
110/15 112/16 114/21
115/5 115/19 116/1
117/4 120/2 124/23
132/5 132/9 136/24
137/21 139/9 144/22
146/8 146/15 151/20
161/9 166/13 166/14
166/20 170/19 175/11
184/20 184/21 185/1
189/24 192/22
couldn't [11] 69/22
73/6 87/25 116/10
137/8 138/20 138/25
161/7 170/11 181/14

counsel [32] 61/16
62/2 68/22 73/13 75/14
80/12 90/6 105/24
114/17 115/1 115/16
115/23 115/23 117/25
118/6 124/7 130/8
137/5 144/16 151/11
159/22 166/9 170/15
170/25 175/20 180/9
184/24 185/23 186/1
187/2 189/5 192/1
country [1] 89/9
county [6] 67/9 68/2
68/2 97/25 104/13
121/8
couple [7] 63/12 77/23
114/12 118/7 156/8
160/23 191/6
course [6] 79/13 91/25
98/7 116/25 119/23
191/2
court [44] 59/1 60/14
62/3 68/1 69/8 73/17
75/21 80/16 80/18
81/15 90/14 93/19
106/3 112/15 116/13
116/20 116/22 119/17
129/20 135/12 143/25
152/12 163/21 163/21
163/23 169/12 169/13
169/15 172/24 174/6
174/8 174/9 174/10
174/12 174/14 174/15
182/21 183/1 190/1
193/2 193/3 193/4
193/6 194/3
Court's [8] 73/15
75/20 82/2 116/11
182/18 183/10 184/3
185/1
court-appointed [1]
112/15
courtroom [13] 76/3
93/3 96/22 161/12
176/15 181/19 183/13
183/16 185/25 190/4
191/9 191/12 191/25
cover [1] 190/8
COVID [5] 87/24 88/2
88/5 142/9 191/11
Covington [2] 167/12
167/21
coworkers [3] 73/4

**C**

coworkers... [2] 73/8 73/18
crash [4] 89/4 143/8 152/22 154/7
crashed [1] 150/6
CRC [1] 60/14
create [2] 141/9 152/5
created [1] 143/17
creative [2] 73/5 73/10
credential [1] 146/3
credit [4] 128/10 150/13 150/22 150/24
criminal [9] 104/15 113/11 129/23 129/24 135/20 135/22 161/25 167/24 169/16
crisis [18] 69/2 69/15 88/8 88/10 88/11 88/12 90/21 90/22 95/12 95/13 111/7 118/6 128/6 134/3 143/4 149/25 150/2 156/19
critique [1] 181/12
cryptocurrency [28] 65/24 65/25 66/2 78/22 78/23 87/10 87/10 87/12 101/25 101/25 109/23 109/24 127/18 127/19 133/14 133/15 133/17 142/11 142/11 149/19 149/19 155/14 155/15 162/12 162/13 178/12 178/12 178/14
Cts [1] 60/15
cup [1] 87/14
curious [1] 130/18
current [11] 73/25 74/19 106/4 106/5 106/10 106/12 106/12 106/25 155/12 180/19 180/24
currently [10] 64/14 71/6 85/1 99/24 106/9 120/12 141/8 142/17 164/22 171/22
cut [3] 81/13 157/19 157/23

**D**

D.C [22] 59/17 59/22 60/8 60/11 62/18 71/14 74/24 76/25 85/8 86/24 96/14 113/25 114/1

21/7 122/7 122/13 129/19 159/8 163/19 164/16 172/24 182/3
dabble [1] 65/19
dad [6] 62/9 157/17 157/23 158/8 173/20 173/22
Darmstadt [1] 153/25
date [2] 154/14 194/8
daughter [1] 133/19
DAVID [1] 60/5
Davidson [2] 67/9 68/2
DAVIS [3] 59/21 98/14 98/17
day [13] 68/5 89/24 111/10 111/10 174/14 179/16 179/16 181/11 181/11 189/3 191/20 192/19 192/25
days [1] 122/21
DC [2] 59/6 60/16
deal [3] 112/23 112/24 134/10
dealing [1] 88/19
dealings [2] 95/20 102/15
deals [1] 180/20
debate [1] 112/4
decades [2] 156/9 156/10
decide [11] 78/7 92/10 92/12 92/16 92/19 96/17 101/7 132/6 132/10 188/1 191/3
deciding [7] 86/5 95/5 138/23 138/25 142/4 146/8 149/1
decision [1] 101/21
decisions [17] 78/14 79/7 86/15 101/14 101/20 109/16 109/17 127/7 127/13 142/2 149/2 149/11 149/13 149/15 151/3 162/9 177/25
decree [1] 80/22
defaulted [1] 135/8
defendant [5] 60/5 75/18 130/13 184/4 184/4
defendants [3] 59/7 61/22 192/11
defends [2] 115/14 115/15

Defense [1] 163/1
defer [2] 75/21 182/18
define [1] 103/7
definitely [1] 155/23
definition [3] 106/5 106/13 153/12
definitive [1] 106/21
deflected [1] 69/7
degree [2] 80/17 149/4
delegate [1] 105/22
deliberate [3] 129/21 129/22 172/25
deliberation [2] 191/10 191/12
deny [1] 183/6
department [9] 77/11 96/14 99/10 99/13 153/1 153/3 161/22 167/22 169/4
depend [1] 184/22
depends [3] 79/11 153/11 155/22
deposition [1] 192/11
depositions [1] 192/8
Depression [1] 89/1
descendant [1] 159/20
description [1] 190/19
design [3] 73/5 75/10 141/11
designers [2] 73/10 75/9
determined [1] 89/3
devil [1] 82/6
DHC [1] 171/7
diagnosed [1] 61/10
did [78] 66/15 66/22 66/23 66/24 67/3 67/17 74/8 77/19 77/20 77/22 78/3 78/7 78/18 78/22 79/12 79/19 80/22 80/22 85/17 85/17 85/23 86/6 86/20 87/15 91/18 91/22 94/3 97/9 97/13 97/17 97/18 97/23 100/7 101/7 101/20 101/22 113/11 113/17 114/20 120/3 122/12 125/23 132/23 142/5 142/10 142/13 142/13 143/25 145/6 145/21 146/7 148/2 149/7 150/3 157/11 165/14 166/19 167/14 168/9 169/23 171/20

173/18 173/21 174/5 174/6 174/9 176/24 177/9 177/21 177/22 177/23 178/6 178/11 178/15 180/23 183/2 183/3 180/11
didn't [23] 67/21 76/20 83/1 100/17 101/22 106/19 107/25 120/25 129/21 129/22 133/10 158/5 160/10 165/9 165/11 172/25 180/18 180/21 180/24 182/7 184/21 188/9 188/9
different [7] 66/12 70/14 70/15 77/23 118/14 132/16 146/10
difficult [5] 105/7 136/13 136/20 174/25 180/14
difficulty [1] 137/7
direct [1] 67/15
directly [2] 78/9 131/8
Director [1] 180/25
disappointing [1] 93/7
discuss [3] 123/11 123/14 123/17
discussion [39] 61/18 61/24 68/23 69/12 73/14 74/3 75/15 76/2 80/20 90/8 91/17 96/18 96/21 106/1 106/23 115/2 117/13 120/7 124/8 124/12 130/9 130/23 137/16 138/2 144/18 145/19 151/12 151/23 159/23 166/10 167/7 170/16 170/24 175/23 176/5 180/11 180/22 186/3 186/6
Dismissed [1] 76/6
dispute [2] 173/12 173/17
disputed [1] 91/1
disputes [1] 67/12
disqualifying [1] 116/16
dissertation [8] 88/9 88/19 88/21 88/22 90/10 90/20 91/18 91/22
distinguished [1] 112/14
distracted [2] 176/2

**D**

distracted... [1] 176/7
DISTRICT [5] 59/1
59/1 59/13 60/15 168/8
diversified [1] 133/8
dividends [12] 78/13
78/14 86/5 86/6 86/10
86/13 101/20 109/17
127/13 142/5 149/12
178/6
division [2] 161/25
161/25
do [183]
docket [1] 165/18
doctor [2] 136/21
137/1
doctor's [1] 61/13
documentaries [1]
128/9
documents [1] 131/10
DoD [1] 97/24
does [30] 70/19 75/17
75/18 76/18 76/22 94/7
94/11 94/15 94/19 95/9
104/1 109/10 116/17
118/19 130/4 130/14
130/16 132/21 133/19
137/23 146/1 157/18
161/23 166/20 168/1
170/22 173/25 180/19
180/21 185/12
doesn't [3] 63/16
145/17 188/15
doing [18] 65/21 66/11
66/16 77/22 79/4
114/18 118/12 118/13
118/19 118/20 131/2
157/22 181/9 181/10
186/19 187/4 188/5
192/24
dollars [3] 110/13
111/2 114/12
dollars' [1] 82/21
domestic [1] 173/17
don't [115] 63/12
63/15 63/17 63/23 64/1
65/13 66/1 66/11 67/22
69/2 69/16 70/16 72/2
72/10 72/11 73/22
74/15 76/7 83/5 83/7
83/13 89/14 89/15
91/14 92/2 93/9 93/10
94/8 94/15 94/20 94/24
95/9 95/16 99/24 100/8

106/16 109/1 109/2
111/19 112/3 112/5
114/5 116/2 118/4
118/22 118/24 120/1
120/12 125/8 125/17
130/13 131/3 131/10
133/20 135/7 135/9
135/17 136/15 137/3
138/12 138/12 138/14
138/17 138/24 139/3
139/6 141/4 143/6
144/12 145/15 146/11
146/20 147/1 147/2
154/13 154/20 156/5
156/21 157/4 158/17
158/25 159/18 159/19
164/21 165/10 170/13
173/4 173/6 178/19
178/20 181/16 182/2
183/5 184/17 187/18
187/24 188/6 188/10
189/2 189/3 190/12
190/13 190/14 190/16
190/17 190/19 190/20
190/23 190/24 191/1
191/7 191/16
done [19] 87/13 88/5
88/6 90/4 111/19
112/24 114/9 114/11
116/1 117/15 118/2
149/18 155/25 156/1
156/6 160/2 166/15
181/18 190/6
down [50] 62/1 64/11
72/18 72/22 76/5 76/11
81/9 89/5 93/2 93/6
93/25 96/24 97/4 98/12
99/1 107/16 107/20
119/15 120/15 120/20
121/22 124/16 124/20
131/12 131/13 131/18
139/13 139/14 139/19
147/2 147/16 152/8
157/20 160/1 160/4
160/21 161/6 161/11
161/14 161/17 168/15
168/17 168/24 171/9
171/11 176/17 181/22
184/7 185/2 192/23
downturn [2] 111/17
158/2
draw [2] 66/19 117/11
drawn [1] 90/12

due [4] 69/18 82/8
88/5 150/6
duration [2] 123/5
123/6
during [5] 89/2 111/16
142/9 152/22 154/7
duty [3] 65/1 65/2
182/3

**E**

each [4] 136/1 136/5
183/17 183/21
earlier [2] 184/22
190/9
early [2] 137/17 156/7
Eastern [6] 170/8
170/9 170/10 170/19
171/1 171/2
economic [4] 80/24
103/18 116/15 126/14
economics [8] 78/10
78/11 79/18 79/20
112/19 134/16 150/19
171/25
economy [11] 64/22
115/8 126/12 140/19
148/16 151/18 152/1
152/5 154/3 154/9
157/20
editorial [1] 106/3
educated [1] 79/6
education [11] 78/3
78/6 86/14 101/13
109/8 127/6 127/9
142/1 149/2 149/7
177/24
educational [1] 181/1
effect [1] 136/9
eight [1] 182/8
either [5] 63/15 84/24
102/25 173/12 187/10
elaborate [1] 144/25
element [1] 90/22
Elizabeth [2] 84/13
171/17
else [7] 94/9 102/21
105/4 110/22 110/23
138/25 160/17
elsewhere [1] 190/22
embarrass [1] 137/9
embarrassed [2]
137/6 170/17
EMD [1] 153/21

Dublin [1] 130/22

emergency [1] 61/3
employed [1] 97/25
employees [1] 117/5
employer [6] 74/19
123/23 124/14 160/24
175/25 176/7
employers [1] 124/5
employment [1] 74/13
empowered [1] 67/19
enabled [5] 86/15
101/14 142/1 149/2
177/25
enables [1] 127/7
end [4] 173/21 187/22
188/1 188/16
endeavor [2] 178/20
179/10
ended [3] 67/23
110/25 173/22
engineer [1] 94/12
engineering [1]
164/24
enjoy [1] 83/13
enlighten [1] 170/19
enough [7] 66/1
123/10 183/24 184/16
184/18 187/16 190/6
ensure [1] 71/18
ensuring [1] 65/5
entered [1] 185/25
Enterprise [1] 64/5
entire [2] 157/9 184/18
entities [3] 116/7
134/13 179/14
entitled [5] 138/17
138/24 139/7 146/9
194/5
entity [14] 88/14 89/7
89/10 95/23 111/22
112/2 112/11 128/15
134/7 150/9 150/16
163/1 163/6 179/21
environments [1]
97/24
EPA [1] 132/21
equity [2] 109/13
111/9
escort [1] 191/21
especially [1] 66/10
essentially [2] 146/3
157/25
estate [32] 79/10
79/18 82/20 84/17
84/20 84/22 84/23 85/2

**E**

estate... [24]  85/7
86/18 88/3 88/4 102/7
102/8 103/19 110/11
110/20 110/23 112/20
128/19 134/17 150/20
158/23 172/1 172/3
172/7 172/10 172/13
177/16 178/2 178/3
178/4
et [4]  59/2 59/2 59/6
130/20
et cetera [1]  130/20
Eta [1]  174/20
Ethereum [1]  142/18
even [9]  90/25 111/13
115/6 146/9 157/1
160/16 176/1 178/19
179/2
event [2]  118/21
191/20
events [3]  73/6 105/19
105/21
ever [22]  65/24 77/8
78/22 84/8 84/14 87/9
95/19 101/24 102/6
107/23 108/4 109/23
110/10 127/18 133/14
133/17 135/8 135/24
142/10 156/11 162/12
178/11
every [7]  115/8 116/14
116/16 116/16 116/18
135/18 179/18
everybody [9]  74/9
142/9 180/24 187/20
187/23 187/24 187/25
188/1 188/16
everyone [1]  184/25
everything [3]  85/21
86/10 150/6
evidence [13]  90/25
91/1 91/4 91/11 91/15
92/11 92/17 92/19
132/7 132/10 139/11
190/25 191/2
ex [1]  156/14
exact [2]  156/21 173/6
exactly [4]  92/24 118/4
154/13 167/11
examiner [1]  126/1
example [3]  105/2
115/21 116/4
except [1]  187/20

exclusively [1]  109/21
excuse [9]  91/21
119/13 132/8 133/16
133/23 135/15 174/7
182/19 186/14
excused [6]  61/3
61/23 119/23 189/21
189/23 190/2
excusing [2]  186/20
186/22
executive [2]  181/9
181/12
exempt [1]  84/21
exemption [1]  61/9
exercise [3]  183/16
187/10 188/4
exercising [1]  188/5
exist [1]  82/8
exited [2]  190/4
191/25
expectations [1]  71/20
experience [22]  79/17
89/14 89/18 90/19
103/2 103/15 103/19
104/20 112/8 112/19
112/21 113/21 128/17
128/20 134/16 145/10
150/18 158/20 158/22
159/1 164/8 173/7
experiences [2]  83/9
136/9
expert [2]  63/20 63/22
experts [1]  92/13
explain [4]  186/19
186/24 187/4 191/9
exploded [1]  82/4
explore [2]  74/1
160/17
explored [1]  90/20
exposure [2]  114/25
115/11
extent [3]  65/22
114/24 116/22

**F**

facilities [5]  76/19
76/21 76/22 79/25
80/11
facility [2]  62/17 62/25
fact [6]  73/17 95/14
106/12 115/15 158/2
166/13
factor [2]  127/14 142/6
factors [1]  66/12

Faculty [1]  122/24
failed [2]  128/10
128/12
fair [35]  63/5 70/21
73/20 82/24 92/18 98/9
98/20 100/15 104/21
106/17 110/15 113/22
116/8 116/10 116/25
118/23 121/17 136/10
138/21 138/25 139/9
145/4 146/8 146/12
161/8 161/9 170/2
170/11 173/8 174/11
180/15 180/16 181/15
188/18 190/24
FAIRHOLME [1]  59/2
fairly [3]  73/11 92/16
189/25
fallout [1]  118/4
familiar [20]  88/13
88/16 95/22 103/3
103/4 111/21 111/24
112/9 124/22 125/1
125/18 128/14 134/6
150/8 150/9 162/25
163/3 170/18 179/13
179/14
family [13]  64/4 73/1
77/8 84/8 94/17 97/6
102/10 107/23 140/9
140/12 148/8 171/16
171/20
FANNIE [63]  59/9 73/1
73/4 73/9 73/19 73/24
73/25 74/5 74/6 74/9
75/6 82/15 82/22 83/2
83/9 83/12 83/13 83/14
83/17 83/22 83/24
88/19 89/8 90/11 91/20
91/23 94/14 95/20 97/7
97/20 98/2 98/21 99/15
99/20 100/6 102/15
102/19 102/20 102/24
106/4 106/8 106/25
108/22 113/9 114/8
114/14 115/9 117/9
117/10 117/15 118/9
118/11 118/15 120/3
130/20 131/1 131/24
134/8 138/7 138/9
152/20 154/11 159/20
far [8]  67/23 69/19
78/19 78/21 79/4 115/6
143/7 179/1

father [2]  156/14
173/20
favorable [3]  83/19
148/18 152/2
FBI [2]  62/9 62/12
FCC [2]  110/24 167/18
FDA [2]  125/24 126/1
fed [1]  76/15
federal [19]  59/5 60/5
60/9 76/15 76/16 112/4
116/20 143/13 145/3
153/4 156/15 161/21
164/16 164/21 179/17
180/14 180/25 181/3
181/5
fee [1]  145/22
feel [6]  65/14 66/1
69/16 146/12 146/19
166/16
feelings [16]  63/7
63/12 63/14 63/15 69/6
69/8 77/3 98/2 111/15
130/14 130/15 130/15
137/22 137/24 143/11
146/21
feels [1]  146/25
fell [1]  114/15
fellow [1]  168/11
felt [2]  67/19 111/18
few [16]  66/18 76/12
97/23 107/22 114/12
114/17 120/21 122/2
128/8 142/18 147/21
152/19 157/10 167/17
171/15 182/1
FHFA [10]  124/23
124/25 125/6 130/12
130/12 130/14 130/20
130/24 131/5 131/8
fiancee [1]  76/14
Fidelity [5]  101/1
101/5 101/6 101/9
101/17
field [1]  81/5
fields [3]  79/17 103/17
150/18
Fifteen [2]  108/14
113/14
figure [1]  62/21
films [1]  128/8
final [3]  62/22 68/18
192/23
finance [18]  59/5 60/5
79/17 82/20 85/7 89/23

**F**

**finance... [12]** 96/15 103/18 103/20 103/21 112/19 112/25 117/8 128/19 134/16 150/19 158/24 171/25

**financial [32]** 65/20 69/2 69/14 69/18 70/3 88/8 90/21 90/21 95/12 95/13 95/19 102/14 103/24 110/20 111/7 111/17 112/11 120/25 123/7 126/17 128/6 134/3 143/4 143/9 143/14 149/25 150/2 152/22 154/7 155/8 156/19 158/18

**financially [1]** 115/12

**find [3]** 107/4 107/13 130/15

**fine [2]** 145/16 192/15

**finish [1]** 191/4

**finished [1]** 188/24

**Fire [1]** 122/13

**firm [17]** 74/22 82/20 84/17 84/21 85/8 85/8 108/2 115/12 115/14 115/15 115/22 116/16 116/17 117/9 119/5 120/3 167/16

**firm's [2]** 115/10 116/24

**firms [5]** 111/19 115/8 116/13 117/6 117/7

**first [14]** 73/7 74/10 125/19 144/22 156/25 157/19 172/9 180/3 183/17 185/19 185/20 191/22 192/25 193/4

**five [12]** 67/2 73/3 73/7 73/8 73/23 114/11 114/16 135/19 144/9 183/17 184/7 184/8

**Fletcher [1]** 167/16

**Flexner [1]** 59/21

**Florida [1]** 168/8

**focusing [1]** 165/16

**folks [1]** 185/15

**follow [37]** 70/25 71/3 76/12 79/7 90/9 96/16 96/19 96/20 105/25 106/15 107/22 114/10 115/4 116/4 116/11 116/23 124/9 124/10

30/8 130/22 137/24 138/1 144/17 144/19 151/11 151/13 151/20 152/19 166/9 166/11 166/14 166/17 166/20 170/15 170/23 171/15 176/4

**follow-up [27]** 96/16 96/19 96/20 105/25 106/15 107/22 114/10 116/4 116/23 124/9 124/10 130/8 130/22 137/24 138/1 144/17 144/19 151/11 151/13 152/19 166/9 166/11 166/14 166/17 166/20 170/23 171/15 176/4

**follow-ups [1]** 76/12

**followed [3]** 67/24 69/3 70/3

**follower [1]** 71/3

**following [2]** 79/17 82/8

**followups [4]** 80/13 90/7 115/25 120/21

**food [2]** 140/2 140/5

**foreclosed [2]** 135/3 158/8

**foreclosure [1]** 135/1

**foreclosures [1]** 69/23

**foregoing [1]** 194/4

**foreman [5]** 135/24 164/6 167/4 168/9 169/24

**foreperson [1]** 104/18

**foresee [1]** 128/11

**forget [1]** 128/11

**formal [1]** 127/9

**former [6]** 73/3 73/7 73/8 73/18 113/19 125/18

**found [3]** 144/1 146/3 168/12

**four [9]** 75/9 84/16 84/22 85/13 100/1 135/19 144/9 145/6 145/8

**fraud [12]** 110/19 156/12 161/24 166/14 166/20 167/24 168/2 168/3 169/6 169/7 170/22 171/4

**FREDDIE [38]** 59/9 82/16 82/22 83/2 83/9

83/12 83/13 83/15 83/17 83/23 83/24 88/20 89/8 90/11 91/20 91/23 94/14 95/20 99/15 99/20 102/15 102/19 102/25 107/1 108/22 113/10 114/8 114/9 130/20 131/1 131/24 134/8 138/7 138/10 152/20 154/12 159/14 159/20

**free [1]** 142/19

**frequently [1]** 62/18

**friend [2]** 147/25 172/2

**friends [8]** 65/19 73/1 73/11 73/12 73/18 127/11 148/1 153/2

**full [4]** 72/3 100/5 190/16 190/18

**fully [3]** 65/4 69/17 69/21

**fully-academic [1]** 69/17

**fund [3]** 101/2 127/2 155/6

**fundraising [1]** 71/13

**funds [17]** 59/2 65/5 85/21 85/22 86/1 111/16 126/20 127/4 133/9 133/13 143/14 154/15 154/15 155/8 162/2 162/5 162/10

**further [3]** 116/22 183/8 183/11

**G**

**gained [5]** 79/9 87/21 91/10 102/6 110/10

**gambling [19]** 66/5 66/10 79/1 87/6 87/8 102/3 110/7 127/22 127/25 133/22 133/25 134/1 142/22 142/24 149/22 155/21 162/17 178/18 178/21

**gave [1]** 151/14

**GED [1]** 146/3

**general [8]** 73/20 91/7 92/12 114/17 117/25 118/6 154/9 166/23

**generally [10]** 77/4 77/6 125/1 126/13 128/9 148/18 150/1 151/20 152/2 155/5

**gentlemen [2]** 187/3 189/6

**Germany [1]** 153/25

**get [24]** 65/2 72/14 72/16 80/18 80/22 105/11 106/9 124/13 131/5 135/17 139/1 145/7 145/21 152/22 155/23 157/10 157/19 168/9 186/5 188/24 191/6 192/17 192/21 192/23

**getting [7]** 69/22 98/2 98/24 126/24 153/3 157/23 192/22

**gifts [1]** 142/19

**giggling [1]** 159/19

**Ginnie [1]** 88/20

**give [10]** 92/18 92/20 115/5 184/6 185/3 190/6 190/10 190/15 190/18 191/1

**given [3]** 91/25 93/9 105/21

**gives [1]** 106/20

**glad [2]** 137/15 139/10

**glaucoma [1]** 136/18

**global [1]** 153/17

**go [54]** 61/12 62/5 67/25 72/19 74/5 74/6 74/9 76/1 77/22 80/22 81/7 81/11 81/13 81/14 81/20 86/20 88/23 91/24 92/4 93/3 93/21 96/25 98/13 107/12 107/17 119/12 120/17 121/23 124/17 125/11 131/14 139/15 144/25 147/17 157/13 158/1 160/14 161/12 161/13 168/18 172/5 176/14 179/1 181/19 182/17 185/2 186/8 186/9 186/16 186/22 187/17 188/10 189/3 193/2

**God's [1]** 82/8

**goes [1]** 157/20

**going [27]** 61/2 64/9 69/25 69/25 87/24 88/2 88/10 88/25 92/1 92/7 92/12 92/13 111/14 116/1 116/7 116/18 131/15 165/22 183/12 184/14 185/5 186/24

**G**

going... **[5]** 187/11 187/14 189/22 191/11 192/21

gone **[6]** 73/4 73/24 155/2 167/9 180/6 187/12

good **[21]** 71/2 71/18 78/19 78/20 78/21 79/8 83/9 83/14 98/19 119/11 124/5 124/14 152/5 154/6 155/24 166/1 166/6 179/4 179/12 189/24 191/24

got **[9]** 66/16 67/21 80/17 80/24 95/11 97/20 129/3 144/14 157/10

government **[60]** 63/8 63/16 63/17 69/6 69/9 70/5 70/6 70/9 70/12 74/25 76/13 77/4 82/7 88/14 89/7 89/10 94/2 94/5 95/23 96/1 99/5 99/5 99/8 99/8 111/22 112/5 122/8 124/24 125/20 132/14 132/19 132/20 134/7 134/10 139/25 140/2 140/5 145/3 147/6 147/8 147/10 147/11 147/24 148/1 148/4 148/9 150/9 152/24 152/24 153/4 154/9 161/19 163/1 169/1 171/16 177/12 179/14 180/14 181/3 181/5

government-sponsore d **[4]** 89/7 89/10 95/23 163/1

Governors **[1]** 77/1

grad **[1]** 68/12

graduate **[4]** 78/11 79/21 80/16 80/21

graduated **[1]** 62/11

grandfather **[1]** 128/21

grandmother **[1]** 120/22

graphic **[1]** 75/9

great **[5]** 84/2 88/25 162/22 179/5 185/4

greed **[2]** 89/3 143/9

Grossmann **[1]** 60/3

grounds **[1]** 106/6

group **[1]** 98/18

growing **[1]** 102/10

Grumman **[1]** 148/7

GSE **[2]** 128/15 179/19

GSEs **[5]** 92/23 124/23 125/2 128/14 179/17

GTMO **[2]** 165/17 165/19

guarantee **[1]** 112/4

guess **[10]** 63/11 65/15 79/11 128/7 128/8 128/11 146/24 174/3 179/19 181/8

Guest **[2]** 140/8 140/15

guidance **[2]** 101/15 101/23

guilty **[1]** 113/18

guru **[1]** 126/8

**H**

had **[61]** 65/20 67/15 67/20 69/1 70/1 70/5 71/20 72/1 72/2 77/24 77/25 79/16 83/8 87/23 88/1 88/5 95/19 98/5 101/1 102/15 103/12 109/3 109/9 110/13 111/6 111/19 118/2 119/4 119/19 122/2 123/8 125/18 128/17 134/9 134/25 136/22 138/5 138/7 139/21 152/21 156/14 156/16 156/23 156/25 158/4 158/5 158/7 165/8 166/1 166/6 173/22 173/23 176/8 178/2 182/25 183/1 188/3 188/17 192/8 192/13 193/2

hadn't **[1]** 183/4

hair **[1]** 172/5

half **[3]** 82/22 110/12 111/1

Hampshire **[1]** 59/17

hand **[2]** 137/6 137/8

handle **[2]** 92/25 192/11

handled **[2]** 174/9 174/10

handles **[1]** 103/23

handling **[1]** 125/12

happen **[1]** 74/6

happened **[2]** 100/10

happens **[1]** 186/15

happy **[1]** 90/13

hard **[7]** 82/25 92/22 98/2 98/8 111/13 136/14 192/24

hardship **[7]** 61/9 90/1 105/6 123/8 129/25 136/12 174/25

has **[31]** 61/3 61/13 69/8 73/18 73/21 75/24 90/18 91/8 96/5 96/6 102/6 119/3 129/10 130/8 130/18 131/25 132/1 137/22 145/2 149/2 151/9 151/15 151/19 154/14 159/1 166/15 167/23 168/3 180/13 182/21 190/20

hate **[1]** 192/19

have **[329]**

haven't **[10]** 83/8 87/15 122/5 139/22 142/14 154/16 155/2 162/15 179/2 179/6

having **[5]** 64/20 65/4 99/17 138/4 181/7

he **[104]** 61/3 61/10 61/13 62/10 62/11 62/11 62/13 62/14 62/16 62/18 62/19 62/20 63/1 76/18 76/23 90/10 90/16 90/17 90/18 90/20 90/23 90/24 90/24 91/2 91/3 91/6 91/8 91/8 91/13 93/9 93/9 93/10 94/7 94/9 94/11 94/20 95/9 98/20 98/20 103/23 104/1 106/7 106/11 106/18 106/20 115/9 115/11 115/14 115/21 115/21 115/24 115/24 116/5 116/10 117/8 117/8 119/19 119/20 119/21 119/24 128/25 129/1 129/2 129/2 129/3 130/14 130/16 130/18 130/18 137/17 137/17 137/18 137/18 137/19 137/19 137/19 137/22 137/23 144/22 144/22 144/24 145/2 145/7 145/16 145/17

16/16 166/13 166/15 166/16 166/16 166/17 166/19 166/25 167/2 167/4 167/5 173/23 180/13 180/19 180/19 180/19 180/21 180/21

He'll **[2]** 98/13 120/6

he's **[7]** 61/3 90/12 94/12 106/10 115/12 117/10 120/2

head **[5]** 94/25 112/11 114/7 123/9 176/11

headquarters **[1]** 62/20

Heald **[1]** 167/16

healthcare **[4]** 96/14 161/24 168/2 168/3

hear **[13]** 73/6 76/20 87/25 92/11 131/20 136/3 137/8 140/4 145/12 180/18 180/21 180/24 188/18

heard **[16]** 69/24 92/17 115/6 119/13 122/3 131/19 131/21 132/7 132/10 138/4 139/21 139/22 152/20 153/23 159/21 163/4

hearing **[11]** 99/18 114/21 132/12 136/13 136/14 136/15 136/15 136/16 136/18 137/7 137/13

hearings **[2]** 125/9 125/10

heart **[1]** 105/9

hedging **[1]** 98/6

held **[2]** 138/9 154/16

help **[3]** 107/14 123/24 173/23

helped **[1]** 81/3

helpful **[3]** 81/24 106/11 170/20

her **[21]** 69/8 73/19 73/22 73/23 73/24 75/16 75/19 75/22 75/25 80/16 101/23 151/19 151/21 151/22 168/6 170/22 172/6 175/25 176/3 183/2 183/3

here **[38]** 62/4 62/14 62/20 63/5 71/1 74/14

**H**

here... **[32]** 76/24 82/24 83/4 86/22 86/23 90/22 92/17 104/22 118/23 121/18 130/13 136/10 146/5 146/6 146/9 147/6 160/22 161/8 164/9 165/15 166/7 168/6 170/2 170/12 173/9 181/15 184/14 187/25 188/8 189/7 189/10 191/3
**HERMAN [3]** 60/14 194/3 194/8
**Hi [4]** 62/8 120/20 176/20 176/21
**high [2]** 62/11 150/4
**High-risk [1]** 150/4
**higher [1]** 128/11
**Hill [1]** 108/11
**him [15]** 61/19 61/22 90/10 90/17 106/19 109/22 120/2 120/4 128/24 144/25 145/2 145/8 173/24 180/15 180/18
**his [40]** 61/3 62/12 62/21 77/11 90/10 90/20 91/1 91/3 91/7 91/10 91/10 103/21 106/7 115/10 115/11 115/14 116/24 116/25 117/8 117/9 119/23 128/22 129/2 130/11 130/14 144/22 144/23 145/4 145/16 156/15 156/15 156/17 157/18 166/14 166/15 166/19 166/19 166/24 180/16 180/19
**hit [1]** 173/5
**Hmmm [1]** 128/1
**HOFFMAN [1]** 60/6
**hold [3]** 142/16 142/17 192/3
**holding [1]** 157/25
**home [20]** 61/11 66/20 79/22 79/23 80/2 96/3 104/3 113/3 122/14 129/5 129/6 134/19 151/7 159/6 163/8 163/13 172/14 179/23 180/3 187/12
**homes [3]** 84/17

**honest [3]** 141/5 142/3 175/15
**Honor [123]** 61/5 61/21 62/6 69/5 72/20 73/16 75/21 76/9 80/15 81/23 82/11 82/12 82/17 83/5 83/7 85/3 86/3 90/13 91/5 91/16 92/23 93/12 93/14 93/22 96/20 97/1 98/14 98/23 106/2 106/16 107/18 115/3 116/2 116/8 116/21 117/4 119/13 119/14 119/24 120/1 120/4 120/10 120/18 121/24 124/18 130/10 130/12 130/21 137/22 139/16 144/19 144/21 144/24 145/6 145/12 145/15 147/18 151/13 151/14 152/11 159/24 160/8 160/12 160/13 160/19 161/15 161/20 162/2 162/7 162/21 163/2 163/7 163/9 163/11 163/17 163/22 164/7 164/10 164/13 165/4 165/7 165/17 165/24 166/4 166/8 166/12 166/12 166/22 166/23 167/3 167/5 167/12 168/16 168/20 170/17 176/19 180/12 180/18 181/23 182/13 182/20 182/24 182/24 183/4 183/10 183/19 183/23 184/2 184/9 184/13 184/15 184/19 184/25 185/4 185/11 185/14 185/24 186/12 186/25 192/10 192/12 192/13 192/15
**Honor's [3]** 91/12 166/17 175/24
**HONORABLE [1]** 59/13
**hope [2]** 184/10 188/18
**Hopefully [1]** 128/4
**hospital [3]** 171/18 174/23 175/16
**hot [1]** 165/20
**hours [1]** 192/13

**house [2]** 158/6 158/8
**housing [5]** 59/5 60/5 125/1 143/7 169/19
**how [69]** 63/20 67/17 67/22 67/23 70/7 74/5 74/8 77/20 77/22 78/18 82/23 85/17 86/4 86/25 87/13 88/16 88/24 89/1 90/11 91/14 92/20 92/21 92/24 99/25 100/3 100/24 101/6 104/11 107/8 107/25 109/10 111/13 111/24 112/13 113/13 125/15 125/21 131/4 131/5 135/5 141/2 142/6 142/13 144/7 145/6 145/21 146/25 150/9 151/1 155/22 157/16 157/22 158/13 163/3 167/9 168/9 169/10 173/21 174/9 177/25 178/9 178/19 179/14 181/9 183/20 188/7 188/10 191/9 192/5
**however [2]** 73/17 166/24
**HUD [5]** 62/9 62/10 125/12 125/23 125/25
**huh [3]** 67/10 147/22 172/2
**Human [1]** 169/4
**hundred [1]** 100/4
**hurt [1]** 154/8
**husband [3]** 94/6 94/15 94/19

**I**

**I'd [5]** 61/8 61/12 90/13 116/4 123/17
**I'll [9]** 107/11 107/12 124/13 166/9 167/6 190/10 190/15 190/18 193/6
**I'm [75]** 61/8 66/16 68/12 68/21 70/16 71/2 72/11 81/4 83/6 83/16 86/23 89/22 91/7 91/8 92/24 93/16 97/14 98/16 98/23 98/24 99/11 99/17 108/1 108/18 111/9 112/3 116/1 117/10 119/11 119/16 119/18 123/13

**I've [19]** 65/12 67/5 88/4 88/6 112/24 125/22 136/17 136/22 155/7 156/1 156/6 163/4 166/6 179/7 187/6 188/6 188/11 192/8 193/2
**IAN [1]** 60/6
**IBM [1]** 120/22
**idea [2]** 92/20 134/14
**ideas [1]** 146/18
**identify [1]** 62/3
**imagine [1]** 90/23
**immediately [1]** 190/21
**impact [6]** 70/25 74/13 95/1 100/15 107/12 110/15
**impartial [24]** 73/20 74/14 82/24 104/21 113/22 116/11 116/25 118/23 121/18 136/10 138/21 139/10 145/5 146/8 161/8 164/9 170/2 170/11 173/8 180/15 180/16 181/15 188/18 190/24
**impartially [1]** 189/25
**implicit [1]** 112/4
**implied [1]** 134/10
**important [11]** 65/2 78/13 80/18 86/5 114/4 116/3 127/14 142/5 165/6 178/9 190/12
**impression [8]** 83/3 83/14 83/19 151/15 151/20 151/21 152/2
**inactive [1]** 182/8

**I**

inappropriate [2] 117/12 120/5
INC [1] 59/2
include [1] 187/12
including [2] 91/9 187/16
income [8] 85/4 85/6 85/10 85/11 108/13 108/21 109/13 141/14
inconsistent [1] 91/1
Incorporated [1] 174/21
increase [1] 66/9
incredible [1] 65/2
incredibly [1] 63/13
index [1] 162/2
individual [9] 126/23 127/4 148/22 149/1 149/11 154/20 154/24 162/11 188/8
individually [1] 154/16
individuals [2] 71/17 89/4
indulge [2] 90/14 106/3
indulgence [4] 73/15 75/20 183/10 185/1
industries [2] 70/13 110/20
industry [1] 153/17
influence [12] 64/21 73/19 126/11 140/19 141/2 148/16 151/17 152/1 154/2 166/16 166/25 167/2
information [7] 80/19 105/16 114/3 119/4 119/19 119/22 165/6
initial [1] 64/11
initially [1] 138/4
inquire [2] 167/6 184/3
inside [3] 119/4 119/19 119/22
Institute [1] 167/15
institution [1] 69/19
institutions [1] 158/18
instruction [4] 71/6 116/12 190/16 192/8
instructions [6] 70/25 91/12 92/18 166/18 190/10 192/11
insurance [3] 83/25 128/22 138/14

intended [1] 184/10
interacting [1] 130/11
interaction [1] 131/8
interest [6] 63/9 69/10 70/7 70/10 77/25
interested [1] 178/3
interesting [3] 63/23 64/2 81/1
interfere [1] 176/3
intern [1] 165/10
internal [1] 131/10
international [3] 80/11 86/17 86/18
interns [1] 166/6
internship [2] 167/9 167/15
interpretation [1] 71/7
invest [5] 65/10 66/2 94/18 156/4 178/1
invested [11] 77/13 78/1 85/15 100/20 101/3 101/21 110/13 126/17 133/7 141/18 141/24
investigate [2] 170/22 171/4
investigations [1] 118/14
investigator [2] 169/6 169/7
investing [20] 65/13 66/4 78/25 85/19 87/5 90/17 101/14 102/2 110/6 127/16 127/21 127/24 133/21 133/24 142/8 142/21 148/19 155/20 162/16 178/17
investment [17] 78/14 84/16 85/7 85/8 85/13 101/20 108/24 109/17 110/24 110/24 111/2 112/12 127/2 127/12 157/5 157/23 162/8
investments [9] 78/4 78/8 82/20 86/15 109/9 127/8 149/17 178/6 178/7
investor [2] 86/25 101/11
invests [1] 94/20
involved [18] 67/3 67/6 72/8 72/14 72/17 73/1 79/6 84/22 100/16 114/20 115/8 115/9

117/9 144/14 173/11
involvement [2] 67/16 115/10
involving [1] 98/21
IRA [5] 86/2 86/10 86/12 126/20 127/1
IRAs [1] 120/24
Ireland [3] 80/24 88/11 88/23
is [168]
ish [1] 65/14
isn't [1] 182/14
issue [6] 92/6 98/5 119/9 175/13 175/16 183/19
issued [2] 154/21 156/23
issues [13] 65/7 83/4 88/5 88/6 90/19 91/4 91/11 118/16 119/1 192/6 192/7 192/8 192/11
it [193]
it's [54] 63/21 66/6 66/6 66/8 66/10 66/11 66/12 70/11 71/18 73/23 74/21 75/4 79/4 79/6 87/7 92/22 104/2 105/9 105/22 110/25 111/4 114/12 115/8 116/2 119/20 119/22 122/18 129/11 129/16 134/4 137/14 138/13 143/11 146/10 154/14 154/15 156/5 156/7 157/2 157/20 159/14 160/5 162/21 167/9 169/11 169/23 178/20 179/4 179/5 179/8 179/10 181/9 184/5 184/21
itself [1] 85/15

**J**

Jenkins [3] 172/3 172/11 186/4
Jewish [1] 89/24
job [23] 63/18 64/10 64/11 68/8 71/12 72/16 73/25 79/24 97/11 108/17 122/20 123/12 123/15 123/18 130/11 147/3 153/3 154/22

170/2 180/19 180/24 181/11 181/13
jobs [4] 97/24 152/5 157/7 157/25
Johnson [2] 133/4 133/5
joined [2] 167/18 167/22
JONATHAN [3] 60/6 61/21 152/14
judge [12] 59/13 91/10 121/25 131/16 147/19 152/17 168/22 175/19 186/3 188/6 188/12 192/25
judgment [3] 111/19 187/10 188/4
Judiciary [1] 174/15
jumped [1] 142/9
jumps [1] 118/25
juncture [1] 117/2
juries [2] 135/13 136/18
juror [112] 61/5 61/6 62/1 62/6 62/7 63/5 68/24 70/21 72/18 72/20 72/21 74/14 76/5 76/9 76/10 81/9 81/10 81/18 82/11 82/14 82/24 90/16 93/6 93/15 93/18 93/21 93/22 93/24 96/24 97/1 97/3 98/9 98/12 98/18 98/23 98/25 100/15 104/21 107/9 107/16 107/18 107/19 110/15 113/22 116/10 116/11 116/23 117/10 117/11 118/23 119/15 120/10 120/11 120/15 120/18 120/19 121/18 121/22 121/24 122/1 124/16 124/18 124/19 130/10 131/13 136/10 139/14 139/16 139/18 145/5 147/16 147/18 147/20 152/8 152/16 152/18 160/4 160/9 160/16 160/19 160/20 161/8 161/14 161/15 161/16 164/9 168/17 168/20 168/23 170/2 170/20 171/11 171/13 171/14 173/9 176/17 176/18 176/19

**J**

**juror... [14]** 180/13 180/15 180/16 181/15 181/22 181/23 189/9 189/13 189/14 189/15 189/16 189/17 189/18 189/19

**juror's [1]** 106/18

**jurors [9]** 92/7 123/24 168/11 175/10 183/20 186/7 189/20 190/4 192/19

**jury [55]** 59/12 61/9 95/2 104/9 104/16 107/6 113/10 113/17 117/6 119/3 120/4 123/10 129/17 129/20 135/11 135/18 136/1 136/4 141/3 163/16 164/4 166/17 166/25 167/4 168/12 169/10 169/20 172/22 182/3 182/4 185/24 185/25 187/2 187/6 187/11 187/13 187/14 187/15 187/20 187/25 188/2 188/15 188/18 188/20 188/25 189/21 190/3 190/5 190/7 190/24 191/7 191/8 191/12 191/25 192/7

**just [79]** 67/21 68/7 68/8 68/16 71/22 72/6 76/12 77/6 77/24 79/21 81/11 81/13 81/21 83/11 83/19 84/3 87/8 90/9 91/13 92/11 92/16 92/23 95/14 98/19 101/9 101/15 101/23 102/10 103/4 105/1 105/18 106/2 107/22 111/13 111/25 112/14 115/5 115/9 115/22 117/4 119/24 120/4 120/21 122/2 127/3 130/2 132/6 132/15 134/4 135/8 137/19 142/6 143/6 143/11 144/13 146/18 147/4 147/21 152/12 152/19 160/6 160/12 160/23 162/10 166/13 166/14 171/15 175/7 176/1 180/12 182/25 183/15

84/3 184/6 186/22 187/6 187/12 188/19 190/24

**justice [6]** 146/19 153/3 161/22 167/15 167/22 189/25

**K**

**Kaye [1]** 60/7

**keep [4]** 61/8 94/24 120/2 121/12

**KENYA [2]** 59/21 98/17

**kept [1]** 74/10

**Kessler [1]** 59/19

**key [1]** 90/22

**kids [2]** 157/10 166/1

**kind [31]** 65/18 65/21 75/2 78/2 78/6 79/23 86/14 86/15 89/5 91/15 95/6 101/13 101/19 104/14 109/8 116/18 121/10 127/6 142/1 143/6 146/18 146/25 149/1 149/14 163/24 165/14 168/1 170/22 171/4 173/2 177/24

**kinds [1]** 91/5

**King [1]** 59/19

**Kirk [1]** 59/16

**knew [4]** 79/3 137/18 165/8 165/9

**know [96]** 63/12 66/1 66/11 67/22 67/23 68/20 70/16 72/1 72/2 72/11 73/22 75/7 79/5 79/12 89/15 92/6 92/7 92/11 94/8 94/15 94/20 94/22 95/15 95/15 95/16 95/25 96/5 98/5 99/24 100/7 100/9 100/12 100/14 100/17 103/6 106/8 106/8 106/19 106/25 107/3 107/25 111/11 114/4 115/14 115/21 116/2 116/5 120/1 125/15 127/4 128/8 130/18 131/23 132/3 132/4 132/18 134/4 135/7 135/9 135/17 137/3 138/12 138/13 138/15 138/18 139/9 139/10 139/25 140/25 143/7

143/8 144/17 146/9 150/1 152/21 154/13 157/4 157/11 157/22 158/11 158/12 158/17 159/18 159/19 161/5 165/10 167/4 170/13 170/25 173/4 178/19 178/20 183/5 190/23 191/6 192/3

**knowledge [10]** 65/20 82/15 83/1 91/7 91/8 91/9 91/9 92/23 118/22 118/22

**knowledgeable [1]** 65/14

**known [1]** 153/24

**knows [5]** 90/24 90/24 116/5 155/19 167/5

**KRAVETZ [1]** 60/2

**L**

**labor [1]** 105/21

**lack [1]** 82/8

**ladder [1]** 147/4

**ladies [2]** 187/3 189/6

**lady [1]** 173/5

**laid [2]** 97/20 98/3

**LAMBERTH [1]** 59/13

**landlord [1]** 67/12

**large [29]** 64/4 64/22 77/9 84/9 107/24 108/2 108/23 115/13 116/13 117/5 126/11 126/14 133/3 140/10 140/13 140/19 140/25 146/18 146/25 148/12 148/16 151/15 151/17 152/1 152/4 153/9 153/12 154/2 156/24

**largely [2]** 69/24 114/15

**larger [2]** 140/19 153/15

**largest [1]** 115/7

**last [6]** 98/18 114/12 125/18 135/18 143/20 192/5

**late [1]** 187/8

**later [3]** 128/22 144/1 146/3

**Latham [13]** 108/1 108/18 114/9 114/15 115/7 115/19 116/5 116/14 117/22 117/23

117/8 118/9 118/10

**Latham's [1]** 116/9

**latter [1]** 119/23

**law [10]** 71/1 91/25 92/18 108/2 115/7 116/17 116/24 117/6 120/2 156/14

**laws [3]** 88/10 88/24 92/1

**lawsuit [7]** 143/19 143/22 143/25 144/8 144/9 145/9 145/20

**lawsuits [2]** 137/22 137/23

**lawyer [6]** 111/9 116/16 159/19 166/13 166/15 168/13

**lawyers [3]** 188/4 188/14 190/8

**LBAs [1]** 117/8

**LBOs [1]** 112/23

**lead [3]** 115/23 116/10 151/2

**leadership [2]** 164/18 174/21

**League [1]** 103/25

**learned [1]** 86/16

**least [7]** 67/20 90/21 110/3 116/19 117/1 119/25 144/23

**leave [4]** 109/21 160/6 186/11 186/14

**leaving [1]** 130/5

**led [4]** 89/2 89/4 150/5 157/6

**LEE [1]** 59/18

**left [8]** 67/21 74/10 110/1 119/3 136/7 156/4 175/7 185/15

**legal [3]** 71/6 103/9 166/15

**legislation [3]** 89/12 124/25 126/5

**legislative [10]** 125/8 125/10 126/3 126/4 130/17 130/19 130/24 177/2 177/5 181/8

**legitimacy [5]** 89/7 112/2 128/15 134/12 179/21

**Lehman [2]** 111/10 115/24

**lending [1]** 128/10

**length [2]** 68/4 105/19

## L

less [4] 63/18 63/19 128/4 184/11
let [20] 61/16 73/13 75/14 80/12 90/6 91/14 105/24 115/1 124/7 130/8 137/5 144/16 159/21 170/25 175/20 187/3 188/3 188/13 190/13 193/2
Let's [4] 76/1 173/16 180/9 186/5
Levin [1] 167/17
life [3] 83/25 116/15 128/22
lifetime [1] 154/7
light [1] 166/13
like [57] 61/12 63/12 63/13 64/10 66/5 66/10 67/8 67/15 70/22 79/1 79/22 82/2 87/6 89/8 94/23 95/9 98/9 102/3 109/9 110/7 110/16 114/10 116/4 116/13 125/10 127/22 127/24 129/14 129/16 130/13 131/1 131/6 133/22 133/25 134/1 136/16 142/19 142/22 142/23 146/7 149/11 149/22 154/19 155/6 155/21 158/7 158/13 162/17 166/16 169/19 171/2 174/14 178/18 179/17 189/24 190/18 191/24
likelihood [1] 70/2
likely [1] 63/19
limit [1] 184/14
line [2] 71/25 145/13
lines [3] 80/18 91/12 145/9
linked [1] 82/22
list [5] 61/4 72/1 182/17 185/2 185/18
listed [2] 116/6 185/10
listen [2] 139/11 190/14
litigating [1] 117/9
litigation [6] 67/3 67/6 115/17 115/23 116/19 116/19
LITIGATIONS [1] 59/10
Litowitz [1] 60/2

little [32] 63/9 66/15 66/10 70/7 73/2 77/5 83/9 84/18 86/9 100/24 103/22 117/14 126/18 128/23 130/3 130/16 131/7 131/24 138/6 139/10 146/23 150/20 151/21 152/3 167/8 167/19 171/15 179/3 184/21 187/8 188/19 188/23
lived [2] 67/8 111/8
living [1] 111/10
LLCs [2] 84/24 84/25
LLP [5] 59/19 59/21 60/3 60/7 60/10
loan [4] 95/24 95/24 95/25 102/18
loans [12] 69/22 82/25 83/1 83/13 83/18 83/18 83/18 83/23 83/24 151/4 163/13 179/17
located [1] 161/4
Lockheed [1] 97/24
long [23] 72/1 78/16 86/7 86/13 99/25 104/11 113/13 113/14 118/5 125/21 127/16 135/5 142/6 144/7 149/14 149/16 169/10 180/6 180/7 188/3 188/6 188/12 188/22
long-range [2] 78/16 86/7
long-term [2] 127/16 149/16
longer [3] 82/8 188/20 188/24
Longo [1] 172/6
look [19] 70/7 86/6 86/9 91/19 91/23 91/25 92/21 101/20 107/6 129/15 149/12 149/13 160/5 160/6 186/10 188/7 190/20 191/1 191/2
looked [4] 109/17 114/10 130/24 162/15
looking [17] 78/13 78/16 86/7 86/9 86/11 86/12 92/1 107/4 109/20 127/15 130/25 142/6 142/7 149/10 149/14 149/16 162/22

looks [1] 109/18
LORRAINE [3] 60/14 194/3 194/8
lose [3] 155/23 178/21 179/9
loses [1] 95/16
losing [1] 102/11
loss [1] 157/6
lost [14] 79/9 87/21 100/10 102/6 110/10 110/12 111/1 135/4 135/6 135/9 138/7 157/9 157/16 158/4
lot [33] 66/8 66/11 66/13 68/8 72/8 72/14 72/17 83/12 86/16 89/15 90/19 92/7 98/5 112/21 115/3 115/25 118/17 132/17 143/9 152/5 152/6 154/7 155/23 156/4 156/16 157/2 157/6 157/7 157/7 168/3 175/6 178/4 179/7
luck [1] 124/14

## M

Ma'am [4] 93/23 121/24 147/19 168/21
MAC [20] 59/9 82/16 95/20 99/16 99/20 102/15 102/19 102/25 108/22 113/10 114/8 114/9 131/24 134/9 138/8 138/10 152/20 154/12 159/14 159/20
made [11] 100/9 109/4 109/5 109/6 109/16 128/9 137/9 162/20 176/2 176/6 183/4
MAE [44] 59/9 73/1 73/4 73/9 73/19 73/24 73/25 74/5 74/6 74/9 75/7 82/16 95/20 97/7 97/20 98/2 98/21 99/15 99/20 100/6 102/15 102/19 102/24 106/4 106/8 108/22 113/9 114/8 114/14 115/10 117/9 117/10 118/9 118/11 118/15 120/3 131/24 134/8 138/7 138/9 152/20 154/11 159/20 179/18

Mae's [1] 117/15
MAE/FREDDIE [1] 59/9
magazines [1] 127/11
mail [1] 144/13
main [2] 161/5 175/5
mainly [2] 79/20 89/1
major [2] 65/6 103/24
make [21] 71/22 78/3 79/6 86/15 101/14 105/6 127/7 133/10 136/13 142/1 145/10 149/2 151/3 165/13 174/25 175/25 177/25 180/14 183/6 183/25 187/18
makes [1] 63/18
making [15] 78/2 78/14 101/19 109/9 109/16 109/17 115/5 126/21 127/12 149/11 149/12 149/15 162/8 178/5 178/6
manage [3] 150/13 150/22 150/24
managed [3] 99/23 100/23 108/24
management [6] 62/19 79/25 80/11 125/4 151/4 153/2
manager [7] 76/19 76/21 76/22 101/15 101/17 108/24 172/5
managing [2] 63/2 84/24
mandatory [1] 157/21
manufacturers [1] 146/6
many [5] 74/4 79/13 117/7 159/1 183/20
marked [1] 143/6
market [38] 65/10 66/5 77/14 79/1 79/10 79/14 85/15 85/19 87/6 87/22 94/18 97/13 97/16 97/17 102/3 102/7 102/12 110/7 110/11 120/25 126/18 127/3 127/22 127/24 133/22 133/25 141/19 142/22 143/9 148/20 149/22 155/3 155/21 157/22 162/17 178/18 178/22 179/10

**M**

**marketing [1]** 157/18
**Martin [1]** 97/24
**Maryland [3]** 104/13 113/12 182/8
**mask [15]** 61/7 62/8 72/22 76/11 93/25 97/4 99/1 107/20 120/20 124/20 131/17 139/19 160/21 161/17 168/24
**Masons [1]** 171/3
**Massachusetts [1]** 60/7
**master's [1]** 88/10
**masters [3]** 71/10 80/24 86/18
**match [1]** 185/12
**material [1]** 106/19
**materials [2]** 125/9 125/10
**math [1]** 182/14
**matter [1]** 194/5
**MAX [1]** 172/12
**may [21]** 61/23 72/13 72/16 99/1 108/23 116/22 119/13 120/14 154/22 157/3 158/14 158/14 160/1 160/7 166/22 167/1 179/18 184/25 185/1 187/12 190/15
**maybe [9]** 69/21 70/16 127/4 127/10 128/18 143/11 156/24 160/16 181/8
**McPherson [1]** 161/6
**me [73]** 61/16 62/10 63/9 65/11 70/7 73/1 73/13 74/16 75/14 77/5 80/12 82/18 83/9 83/21 84/18 85/9 85/16 87/19 88/16 90/6 90/14 91/14 91/21 92/20 93/9 99/21 99/24 100/20 100/24 103/7 103/19 103/22 105/22 105/24 109/3 115/1 117/14 118/25 119/13 124/1 124/7 124/23 128/23 130/8 132/8 133/16 133/23 135/15 137/5 138/6 144/16 144/23 146/23 150/20 153/19 154/21 155/9 157/15 159/19

168/13 174/7 175/20 177/11 179/3 181/4 181/6 182/19 187/4 193/2 193/4
**MEAGHAN [1]** 60/10
**mean [13]** 63/14 64/23 65/12 67/3 70/19 95/14 95/16 117/23 146/1 146/10 146/11 153/11 153/14
**means [4]** 63/24 63/24 64/1 119/16
**media [3]** 190/15 190/20 190/20
**mediation [2]** 67/8 71/4
**mediator [1]** 67/11
**Medicaid [1]** 171/5
**medical [4]** 90/1 105/6 122/24 174/24
**Medicare [1]** 132/22
**medium [1]** 153/16
**medium-sized [1]** 153/16
**meet [1]** 190/8
**meeting [1]** 62/21
**Meltzer [1]** 59/19
**member [22]** 64/4 77/8 84/8 84/24 84/24 96/9 97/6 106/5 106/12 107/23 140/10 140/12 144/3 144/5 145/10 145/21 148/8 164/13 171/20 182/8 187/25 188/2
**members [5]** 102/10 145/11 189/21 190/5 190/7
**mention [1]** 166/19
**Merck [1]** 153/24
**Method [2]** 184/5 184/10
**Mexico [1]** 135/7
**Michigan [3]** 165/23 165/25 166/1
**microphone [1]** 97/15
**Microsoft [1]** 94/22
**mid [2]** 68/15 68/18
**mid-term [2]** 68/15 68/18
**middle [1]** 189/2
**might [14]** 72/8 81/12 91/1 107/11 130/1

59/21 165/10 165/24 137/21 141/2 166/16 174/25 176/3 181/12
**million [4]** 82/21 110/13 111/1 112/23
**mind [7]** 67/4 67/15 79/19 80/11 91/6 118/25 130/13
**mine's [1]** 172/3
**minimal [1]** 89/17
**minimizing [1]** 115/11
**minor [1]** 182/2
**minored [1]** 78/10
**Mintz [1]** 167/17
**minute [1]** 137/5
**minutes [1]** 76/7
**misread [1]** 171/22
**missed [1]** 184/2
**mission [1]** 65/8
**mitral [1]** 105/8
**mix [1]** 141/23
**mode [1]** 132/16
**modern [1]** 71/15
**mom [5]** 84/10 157/25 158/3 158/7 173/24
**mom's [2]** 158/2 159/1
**moment [4]** 81/11 90/15 141/16 146/19
**money [33]** 64/24 65/7 66/2 66/19 79/9 87/21 100/9 100/10 101/3 102/6 102/11 110/10 111/20 132/2 135/4 135/9 137/20 137/23 138/7 138/17 138/24 139/1 139/8 144/2 145/21 155/23 156/4 157/6 157/16 158/4 162/20 178/21 179/9
**monopolies [1]** 154/8
**Moore [1]** 89/22
**moral [1]** 63/18
**more [60]** 62/10 63/9 63/18 63/18 65/11 65/20 67/15 70/7 71/22 72/14 72/17 73/2 77/5 80/13 82/18 82/18 83/10 83/22 83/23 84/4 84/4 84/5 84/6 84/18 85/16 86/7 86/10 86/11 92/7 100/24 101/3 103/22 106/10 109/21 111/9 112/22 113/1 117/5 117/14 124/23 126/18

0/3 130/16 138/6 145/10 146/23 149/14 149/16 150/20 152/3 156/9 156/9 156/20 157/1 157/11 157/15 157/22 167/8 167/19 185/15
**Moreover [2]** 115/14 130/17
**morning [2]** 187/13 192/12
**mortgage [33]** 60/10 66/22 66/24 70/1 80/4 95/19 96/5 96/6 102/14 102/15 102/17 104/5 104/7 113/5 122/16 129/8 129/9 129/10 134/5 134/21 143/9 150/5 151/9 158/6 159/9 159/10 159/18 163/10 172/16 172/17 172/18 179/25 180/3
**mortgage-backed [1]** 150/5
**mortgages [9]** 69/20 69/20 70/2 143/8 150/4 156/22 156/23 156/24 156/25
**most [5]** 92/7 129/2 135/14 135/16 190/12
**mostly [12]** 62/14 62/16 67/12 68/11 126/24 143/6 149/8 149/9 157/6 157/10 165/16 168/7
**mother [1]** 170/9
**motion [2]** 183/4 183/6
**motives [1]** 70/14
**move [2]** 93/15 93/18
**moved [2]** 86/22 117/19
**movements [1]** 146/19
**moving [1]** 75/22
**MPA [1]** 71/11
**Ms [1]** 186/4
**Ms. [1]** 98/14
**Ms. Davis [1]** 98/14
**much [39]** 68/17 71/21 72/13 81/6 93/1 95/17 98/11 100/3 100/17 101/12 102/12 107/12 111/8 117/11 119/10 120/8 120/14 121/20 126/14 131/11 132/3

**M**

**much...** [18]  132/4
138/11 139/12 145/6
145/21 147/14 152/7
157/14 157/24 161/10
168/14 171/8 175/18
181/20 182/10 190/3
191/5 191/23
**museum** [1]  71/15
**music** [2]  108/7 108/8
**must** [1]  87/16
**mutual** [7]  85/21 85/22
86/1 133/8 133/13
155/6 162/5
**my** [108]  61/9 61/11
61/12 63/21 65/22 66/2
68/16 69/17 70/25 71/4
71/7 71/15 74/19 76/14
77/10 77/25 79/12
82/20 84/10 85/6 85/20
86/1 86/2 86/2 86/10
86/10 86/16 87/14 88/9
88/9 88/18 92/24 94/6
94/15 94/19 95/25 99/9
99/12 101/8 101/15
101/16 103/20 107/5
108/6 109/6 109/12
109/19 112/10 114/7
114/24 115/15 115/16
115/22 123/12 123/15
123/18 128/21 132/21
132/21 133/19 135/2
139/4 141/6 141/9
143/7 146/14 147/4
148/10 148/12 148/17
150/11 152/25 153/1
154/7 154/13 154/21
154/21 154/22 155/7
155/8 155/11 156/14
157/9 157/11 157/17
157/23 157/25 158/1
158/2 158/2 158/7
158/8 158/22 159/1
161/21 170/9 173/15
173/20 173/20 173/22
179/16 179/17 181/11
181/13 182/14 186/9
193/3 193/6
**Myers** [1]  60/10
**myself** [7]  70/1 97/8
98/24 126/7 128/21
169/2 177/21

**N**

**name** [8]  125/14
125/17 125/18 125/19
156/15 172/3 172/6
173/6
**named** [1]  128/12
**Nashville** [1]  68/3
**nation's** [1]  116/15
**national** [3]  60/9 80/1
175/3
**Nationals** [2]  103/21
103/24
**nature** [1]  98/7
**Navy** [2]  99/10 99/13
**nebulizer** [1]  61/11
**necessarily** [9]  63/24
65/20 69/22 72/11
72/12 140/21 146/20
147/1 147/2
**need** [8]  66/19 123/24
129/15 156/4 156/8
157/11 175/10 184/11
**needs** [4]  89/10 89/11
146/20 146/21
**negative** [12]  63/17
64/21 100/11 126/11
130/15 140/18 148/15
151/17 151/25 154/2
174/1 174/4
**nerd** [2]  165/1 165/3
**net** [1]  100/12
**Neurim** [1]  154/22
**neutral** [1]  174/2
**never** [8]  67/5 103/12
153/23 158/7 159/21
189/4 193/2 193/4
**new** [13]  59/17 59/22
60/4 60/4 62/3 64/10
68/8 71/12 72/16 135/7
153/3 157/22 171/7
**news** [4]  128/8 140/25
158/13 163/4
**newspaper** [1]  114/22
**newspapers** [1]
127/10
**next** [29]  61/2 68/15
76/7 81/10 99/14
102/14 105/20 107/9
107/9 107/12 108/4
121/25 126/10 131/16
133/3 133/7 136/19
143/12 147/19 152/17
153/9 154/1 168/21
174/14 182/3 189/3

**night** [1]  130/6
**nights** [1]  68/15
**nine** [2]  183/20 183/22
**ninety** [1]  100/4
**no** [158]
**Nodded** [2]  123/9
176/11
**noise** [1]  132/17
**non** [3]  64/24 65/4
146/4
**non-accredited** [1]
146/4
**non-profit** [1]  64/24
**non-profits** [1]  65/4
**None** [1]  128/21
**normal** [2]  79/21 87/8
**normally** [2]  68/5
136/15
**Northrup** [1]  148/6
**nose** [1]  95/8
**not** [97]  63/24 65/8
65/20 66/7 66/12 69/11
69/20 70/12 70/16
71/14 73/6 73/11 75/22
79/22 83/19 85/18
87/14 87/14 91/2 91/7
93/11 95/5 95/16 98/20
101/12 102/12 102/16
102/17 103/1 106/25
108/13 108/20 112/13
113/9 113/19 114/20
114/20 116/21 117/2
117/5 117/10 117/10
118/5 118/17 119/16
119/20 119/25 119/25
121/10 123/3 123/10
125/19 125/25 126/6
126/20 126/21 126/23
126/25 127/2 135/3
137/6 137/9 137/18
138/10 138/24 140/6
141/15 146/8 147/12
154/16 156/6 156/23
156/25 157/2 157/7
157/20 157/23 158/8
158/14 162/8 162/21
162/23 167/1 170/18
171/21 172/6 172/12
174/3 174/3 181/5
183/2 183/3 183/18
185/20 186/20 187/14
189/24
**not --I** [1]  73/6

**notation** [1]  160/16
**note** [3]  110/24 143/6
160/12
**notes** [3]  81/12 82/9
82/10
**nothing** [6]  78/9
108/15 108/15 118/24
162/3 166/2
**Novelli** [2]  74/19 74/21
**November** [4]  90/3
130/6 180/5 180/8
**novice** [1]  65/22
**now** [32]  61/12 64/8
65/10 71/9 73/18 79/24
81/5 99/15 106/21
109/1 109/2 110/3
111/1 122/23 138/12
153/16 154/21 157/11
158/20 160/24 162/20
162/22 166/5 177/11
182/9 186/10 187/4
187/9 188/5 188/6
188/12 193/5
**nuance** [1]  71/6
**number** [13]  61/4 69/1
145/1 145/2 145/6
145/8 166/6 183/25
185/6 186/11 186/12
189/7 189/8
**Nurse** [1]  174/21
**nurses** [2]  96/11 175/6
**nursing** [2]  96/11
175/3
**NW** [5]  59/17 59/22
60/7 60/11 60/15

**O**

**O'Melveny** [1]  60/10
**oath** [1]  190/6
**object** [1]  119/23
**objection** [12]  61/19
61/20 61/22 75/21
75/23 75/24 76/6 81/17
117/1 166/22 186/25
187/1
**objectives** [1]  70/14
**obviously** [6]  66/7
68/16 112/20 130/12
146/10 191/23
**occasion** [2]  91/19
91/23
**occasional** [1]  127/10
**occupation** [2]  160/15
160/23

**O**

occur [1] 130/1
occurred [1] 111/11
October [2] 59/5 194/8
off [14] 61/7 69/1
97/20 98/3 102/21
110/3 114/16 158/1
186/3 188/24 190/21
191/4 191/13 191/18
offering [1] 69/20
office [5] 74/24 114/21
125/4 153/2 161/5
officer [2] 64/15 64/17
Official [2] 60/14 194/3
officials [2] 63/8 77/4
often [1] 73/11
oh [18] 64/13 70/20
71/22 72/5 74/12 76/4
81/4 113/16 118/10
122/5 123/19 126/1
129/22 140/14 143/23
153/14 156/13 156/14
okay [229]
old [1] 90/18
OMB [2] 125/21 126/1
once [4] 133/4 136/7
179/18 184/5
one [57] 63/10 66/8
69/8 69/13 71/22 72/1
73/4 73/5 73/9 74/10
75/8 77/5 77/25 79/6
80/10 82/4 90/21 92/6
102/25 106/2 107/24
108/1 108/4 112/5
112/10 113/2 114/7
115/7 117/4 126/10
130/14 133/3 135/2
136/1 136/5 136/16
139/3 139/6 143/12
143/20 144/22 145/1
146/14 147/2 148/3
148/3 151/6 153/1
153/9 153/15 157/19
170/18 172/9 174/14
180/12 182/7 187/12
one-day [1] 174/14
ones [1] 77/24
ongoing [1] 118/14
only [14] 77/23 80/10
100/12 121/3 127/16
154/24 158/22 160/16
168/12 170/21 175/2
183/19 192/13 192/24
operating [1] 131/5

ophthalmologist [1]
136/19
opinion [7] 66/3 71/7
143/7 147/4 148/18
154/3 166/25
opinions [10] 64/21
126/10 140/18 140/21
143/11 148/15 151/16
151/22 151/25 154/2
oppose [2] 106/16
106/20
option [2] 87/23 88/1
options [3] 85/20 86/1
86/12
order [5] 78/7 170/8
170/18 173/23 183/16
ordinarily [1] 105/14
organization [6] 71/17
174/22 177/13 180/20
181/1 181/13
organizations [12]
64/25 71/18 80/9 89/20
96/10 104/25 113/24
121/3 121/4 164/12
170/5 174/19
Originally [1] 102/20
other [53] 68/22 69/9
75/1 75/9 75/16 76/3
79/21 80/13 82/9 82/10
83/18 85/5 85/9 86/12
90/6 94/17 96/22
100/20 106/14 110/19
112/6 113/25 114/3
114/7 114/17 114/20
115/16 115/18 115/20
115/20 116/6 118/7
121/13 121/13 121/16
125/13 136/13 139/4
139/7 141/1 156/12
159/22 162/9 165/5
170/21 175/20 180/6
180/9 182/12 182/22
186/20 190/17 191/12
others [1] 147/3
otherwise [1] 143/10
ought [1] 181/9
our [8] 66/8 81/15
90/15 90/23 175/6
184/7 191/10 192/2
out [32] 62/21 67/17
67/18 67/22 68/21 79/4
87/17 88/24 107/4
107/14 121/12 124/3
129/3 130/15 132/1

152/1 152/7 136/25
136/25 144/1 146/3
152/22 155/17 157/3
159/19 165/13 168/8
168/12 175/11 191/9
191/14 191/22
outcome [3] 67/20
111/3 116/21
outside [3] 83/1 88/5
191/1
over [21] 74/11 79/13
101/2 103/9 105/20
110/25 114/18 117/19
117/21 118/4 118/7
123/15 123/16 162/22
162/23 166/1 166/6
182/17 191/6 191/13
191/15
overall [3] 90/16
112/18 181/2
overlap [1] 118/17
overlapping [1]
185/15
overlooked [1] 69/13
overly [1] 128/10
overly-risky [1] 128/10
overseas [1] 180/5
overvalued [1] 134/5
overview [1] 115/5
owe [1] 95/24
own [40] 65/8 66/20
80/2 84/14 84/24 85/20
85/24 85/25 85/25 86/4
86/17 94/13 96/3 104/3
108/4 108/6 113/2
113/2 122/14 122/14
129/5 129/6 129/6
134/19 134/19 141/7
141/9 151/7 154/20
157/18 158/20 159/6
159/7 163/8 163/8
172/14 172/14 177/15
179/23 179/23
owned [13] 79/22
84/14 84/23 99/15
99/19 108/4 108/21
135/7 138/13 141/7
154/11 154/18 157/18
owner [1] 85/1
owns [2] 106/7 157/18

**P**

P.G [2] 97/25 121/8
p.m [2] 59/5 193/8

PA [1] 147/10
packages [1] 98/6
page [1] 160/15
paid [2] 63/22 122/18
pandemic [3] 105/22
175/3 175/10
panel [2] 185/24
185/25
paperwork [3] 83/12
83/22 84/4
paranoid [1] 137/21
paraphrasing [1]
119/18
Pardon [1] 72/15
parents [5] 77/25
79/12 157/9 157/15
178/2
parents' [1] 173/15
Parrot [2] 125/15
125/19
part [10] 68/12 73/7
88/18 100/6 101/20
104/2 115/8 116/7
157/25 192/24
part-time [2] 68/12
157/25
participate [2] 188/1
188/14
participated [1] 65/13
participates [1] 187/24
participating [1] 190/3
participation [2]
188/17 191/5
particular [5] 77/24
83/24 117/11 162/3
177/7
particularly [1] 117/12
parties [3] 67/19 116/6
165/8
partner [9] 101/8
103/20 107/3 108/1
108/18 115/12 119/5
119/7 120/2
Partners [1] 117/6
partnership [1] 71/18
partnerships [2] 71/16
72/4
parts [1] 115/20
party [4] 143/19
143/21 143/23 173/12
pass [1] 111/19
passed [1] 129/1
passively [1] 144/15
past [15] 65/10 94/13

**past...** [13] 97/7 99/15 99/19 99/24 106/9 108/21 109/4 141/18 148/19 154/11 162/23 171/18 189/3
**patience** [2] 188/21 189/12
**patient** [1] 188/19
**pay** [7] 69/23 122/20 123/3 123/4 123/5 123/6 123/10
**paying** [1] 141/1
**pending** [1] 111/4
**PENfed** [1] 104/8
**Pennsylvania** [1] 59/20
**PennyMac** [2] 159/12 159/15
**Pentagon** [1] 94/9
**people** [32] 61/11 62/21 66/13 67/21 69/20 69/22 70/1 74/11 75/11 83/2 87/8 89/11 95/25 114/17 118/7 132/1 137/9 137/20 137/22 138/5 138/7 138/9 138/13 138/16 147/1 154/8 156/23 157/7 165/8 165/9 179/7 183/25
**perceive** [1] 119/18
**percent** [4] 87/7 108/14 112/13 141/5
**perception** [1] 119/3
**peremptories** [2] 183/17 188/5
**peremptory** [5] 184/24 185/16 185/23 187/9 189/5
**perhaps** [3] 70/1 81/21 131/23
**period** [1] 118/6
**person** [6] 82/3 87/15 107/13 125/16 136/16 168/12
**person's** [2] 63/18 147/2
**personal** [12] 71/7 89/25 90/18 103/2 105/6 112/8 133/10 134/15 140/22 158/16 158/25 174/25
**personally** [4] 67/5

**perspective** [1] 83/20
**persuade** [1] 136/22
**pharmaceutical** [3] 153/6 153/15 153/17
**Pharmaceuticals** [1] 154/23
**Phi** [1] 174/20
**Phillips** [5] 64/14 64/19 71/14 72/5 72/8
**phone** [3] 62/2 119/14 186/1
**phones** [1] 186/5
**phonetic** [2] 142/19 172/6
**phrase** [1] 178/21
**phrases** [1] 63/12
**pick** [13] 61/17 77/19 85/23 86/2 86/6 120/25 155/9 162/6 162/10 177/20 177/21 187/6 187/14
**picked** [8] 77/20 77/21 85/16 141/25 154/18 155/3 155/5 188/20
**picking** [10] 65/16 85/20 85/23 86/4 100/21 101/6 126/25 155/6 162/9 188/17
**piece** [1] 192/25
**PIN** [1] 156/17
**pipeline** [3] 73/25 74/5 74/8
**place** [3] 88/25 155/24 156/25
**places** [1] 62/15
**plaintiff** [7] 75/24 98/17 145/10 145/11 184/4 184/4 185/13
**plaintiffs** [12] 59/3 59/16 59/18 61/20 75/23 80/14 81/19 98/15 146/5 182/21 183/8 187/1
**PLAINTIFFS'** [1] 59/15
**plane** [1] 180/7
**planned** [2] 130/2 190/23
**plans** [1] 90/2
**pleasant** [1] 191/20
**please** [15] 62/3 71/23 121/25 132/15 147/19 152/16 189/7 189/13 189/14 189/15 189/16

192/1
**plenty** [3] 190/25 191/2 191/3
**plexiglass** [1] 136/17
**PLLC** [1] 59/16
**PNC** [1] 66/25
**pneumonia** [1] 61/15
**point** [5] 61/14 86/22 115/22 117/5 184/4
**policies** [2] 65/4 129/3
**policy** [1] 180/25
**political** [1] 126/14
**pool** [15] 120/16 160/6 182/11 184/12 184/16 184/18 184/18 185/6 185/12 186/17 186/18 186/19 186/23 186/24 187/5
**Porter** [3] 60/7 74/18 74/21
**portfolio** [6] 108/24 127/2 141/23 150/14 150/22 150/25
**portion** [1] 183/15
**position** [2] 175/25 177/1
**positive** [12] 63/17 64/21 126/11 130/15 140/18 148/15 151/15 151/20 151/25 154/2 173/25 174/3
**possible** [1] 125/15
**post** [4] 105/22 117/20 118/3 118/6
**post-2008** [2] 117/20 118/3
**post-crisis** [1] 118/6
**post-pandemic** [1] 105/22
**potential** [1] 115/18
**potentially** [1] 72/12
**powerful** [1] 67/25
**PR** [1] 75/17
**practice** [3] 63/25 117/7 184/3
**preclude** [1] 165/12
**preface** [1] 91/5
**prefer** [1] 183/23
**PREFERRED** [1] 59/9
**prejudice** [1] 166/2
**prepared** [1] 117/2
**present** [1] 94/13
**presently** [2] 97/25

**president** [4] 82/19 84/10 85/7 85/12
**presidents** [1] 89/1
**pretty** [14] 66/13 67/25 68/16 71/2 78/19 79/13 112/24 114/15 124/5 124/14 140/24 153/19 157/14 191/6
**previously** [1] 183/22
**primarily** [3] 74/25 85/11 112/23
**primary** [1] 130/12
**principal** [1] 121/11
**prior** [3] 82/20 89/1 92/23
**private** [8] 70/12 70/13 84/7 89/11 109/13 109/13 111/9 113/8
**probably** [12] 69/19 91/2 100/1 102/23 104/12 106/20 114/11 114/21 154/6 155/17 175/11 180/17
**probe** [1] 130/13
**problem** [5] 68/6 124/15 132/12 136/15 175/11
**problems** [6] 121/13 184/1 186/7 187/7 189/21 191/19
**proceedings** [3] 60/19 193/8 194/5
**process** [8] 67/25 69/25 84/3 126/8 141/8 187/8 188/17 188/22
**produced** [1] 60/19
**professional** [11] 80/9 89/20 90/19 96/10 104/24 113/24 121/4 164/11 170/5 174/18 182/6
**profit** [1] 64/24
**profits** [1] 65/4
**program** [1] 88/10
**project** [3] 62/19 62/22 63/1
**prolapse** [1] 105/9
**promise** [2] 124/13 188/25
**proof** [1] 90/22
**properties** [3] 84/23 84/25 85/13
**proposals** [5] 90/11

**P**

**proposals... [4]** 91/19
130/19 130/25 130/25
**propose [1]** 160/6
**proposed [1]** 186/8
**proposing [1]** 117/5
**prospective [47]** 61/6
62/1 62/7 68/24 72/18
72/21 76/5 76/10 81/9
82/14 93/6 93/24 96/24
97/3 98/12 98/25
106/18 107/16 107/19
116/10 119/15 120/11
120/15 120/19 121/22
122/1 124/16 124/19
130/10 131/13 139/14
139/18 147/16 147/20
152/8 152/18 160/4
160/20 161/14 161/16
168/17 168/23 171/11
171/14 176/17 180/13
181/22
**provides [1]** 112/5
**provoking [1]** 140/22
**Prussia [1]** 59/19
**public [15]** 63/9 65/7
69/9 70/6 70/10 70/12
70/13 71/10 74/22 75/4
77/5 80/25 84/11 119/3
119/17
**pull [11]** 72/22 76/11
93/25 97/4 99/1 107/20
120/20 131/17 139/19
160/21 161/17
**pulling [1]** 157/2
**purchase [2]** 59/9
127/3
**purchased [2]** 79/23
142/15
**put [14]** 64/11 73/17
81/22 88/25 90/24 91/3
120/4 141/6 144/23
145/16 146/15 154/14
154/15 180/17
**putting [1]** 179/3

**Q**

**qualify [1]** 75/19
**quarter [1]** 162/23
**question [36]** 69/5
69/13 70/8 70/17 72/25
73/16 73/21 80/14 84/2
92/20 99/14 106/7
106/17 106/17 113/1

16/8 119/2 119/17
119/21 119/25 120/21
121/2 122/3 139/4
143/18 151/16 151/24
154/1 154/10 156/14
167/1 167/4 170/21
171/22 179/4 179/5
**questioned [1]** 152/12
**questionnaire [1]**
124/22
**questions [29]** 68/22
72/1 90/14 91/6 96/16
96/19 96/20 107/22
115/3 117/1 120/2
121/16 122/2 124/9
144/20 145/15 146/14
147/21 150/15 152/19
159/22 159/24 159/25
160/23 170/23 175/21
176/4 180/10 188/9
**quiet [1]** 136/16
**quite [3]** 62/18 65/21
72/2

**R**

**Radnor [1]** 59/20
**raise [2]** 121/17 137/6
**raised [2]** 86/24 137/8
**range [3]** 78/16 86/7
142/6
**rarely [1]** 189/3
**rather [2]** 61/8 188/23
**rating [1]** 128/10
**re [2]** 59/9 172/12
**RE/MAX [1]** 172/12
**reach [3]** 113/17 136/4
169/20
**reached [4]** 104/16
113/18 136/1 164/4
**read [14]** 82/5 90/10
109/13 114/22 122/3
131/19 131/21 139/21
178/4 190/10 190/11
190/14 190/15 190/17
**reading [3]** 111/25
127/9 128/7
**real [32]** 79/10 79/18
82/20 84/17 84/20
84/22 84/22 85/2 85/7
86/18 88/3 88/4 102/7
102/8 103/18 110/11
110/20 110/23 112/20
128/19 134/17 150/20
158/23 172/1 172/3

176/8 177/9 177/16
177/16 178/2 178/3
178/4
**realize [1]** 111/5
**really [23]** 63/11 63/15
71/15 75/18 78/16
92/19 94/20 95/16
95/16 101/22 103/1
106/19 113/16 140/6
141/4 143/6 145/17
147/13 165/19 174/3
188/6 188/11 192/20
**realtor [3]** 159/1 172/7
172/12
**reason [11]** 138/20
138/24 146/8 161/7
167/3 170/11 170/14
175/6 180/6 181/14
187/19
**reasonable [1]** 114/19
**reasoning [2]** 82/1
82/2
**reasons [2]** 93/18
191/11
**recall [4]** 64/10 108/25
117/15 125/7
**recalled [1]** 181/25
**recalling [1]** 120/10
**received [3]** 144/2
144/13 173/23
**receivership [2]** 111/1
112/12
**recent [2]** 135/14
135/16
**recession [3]** 88/24
89/2 89/2
**recognized [1]** 125/14
**record [13]** 81/21
81/22 81/24 82/2 93/15
93/17 98/18 98/19
152/14 186/3 191/13
191/18 194/5
**recorded [1]** 60/19
**recordkeeping [1]**
182/19
**recover [2]** 137/23
146/9
**recovery [1]** 146/7
**recruiting [1]** 74/11
**Redskins [2]** 191/16
191/17
**reference [1]** 115/22
**referred [2]** 80/15
145/16

**referring [1]** 144/24
**reform [6]** 90/11 90/11
130/19 130/25 146/20
146/22
**reforming [1]** 91/19
**reforms [1]** 91/23
**regarding [1]** 175/3
**regular [1]** 108/17
**regurgitation [1]**
105/9
**REITs [2]** 177/17
177/19
**related [4]** 115/20
117/8 134/4 140/6
**relating [2]** 118/15
130/19
**relation [1]** 115/19
**relations [4]** 64/15
64/17 74/22 75/4
**release [2]** 183/12
186/8 187/20
**released [3]** 187/6
187/17 192/22
**releasing [2]** 61/19
61/22
**relevant [1]** 182/2
**relieved [1]** 192/22
**rely [1]** 109/12
**relying [1]** 109/10
**remain [1]** 186/23
**remainder [1]** 189/22
**remaining [4]** 183/13
183/19 190/4 192/6
**remember [17]** 92/2
118/4 145/13 156/13
156/21 165/17 165/25
169/17 169/18 169/22
169/23 173/3 173/4
173/6 188/7 188/7
188/11
**remembered [1]**
165/10
**reminded [1]** 129/15
**remove [1]** 62/8
**render [1]** 90/24
**rental [2]** 64/5 135/7
**repeat [1]** 137/9
**Reported [1]** 60/14
**reporter [7]** 60/14 62/3
193/2 193/4 193/4
193/6 194/3
**reporting [1]** 103/24
**representations [1]**
115/20

**R**

representing [1] 181/13
represents [1] 177/13
request [4] 106/14 130/21 144/22 180/12
requested [1] 183/22
requires [1] 61/11
reschedule [3] 68/17 136/20 136/22
research [1] 90/12
Reserve [2] 76/15 76/17
resigned [1] 175/7
resolve [1] 192/7
respectfully [3] 116/20 117/2 166/24
respiratory [1] 61/10
responded [1] 144/13
response [3] 69/5 100/11 151/16
responses [1] 160/10
responsibilities [2] 70/10 130/11
responsibility [1] 65/1
responsible [1] 105/20
rest [2] 153/21 192/25
Restaurant [1] 80/1
restraining [1] 173/23
restructuring [1] 115/9
result [2] 98/2 118/3
resulted [1] 156/16
retire [1] 132/23
retired [2] 62/13 175/6
retirement [4] 101/2 127/3 157/9 158/4
retiring [1] 156/5
retrospect [2] 110/4 110/5
return [4] 76/3 96/22 120/14 156/15
review [4] 125/11 126/8 131/10 131/10
reviews [1] 130/18
right [59] 61/12 61/16 62/5 62/11 63/3 63/19 65/23 67/13 68/10 68/13 68/19 68/19 70/17 74/2 81/20 92/9 92/15 93/12 93/20 93/23 95/4 103/11 105/10 106/21 116/21 118/1 118/21 120/16

127/17 131/17 134/11 135/10 137/10 138/16 139/2 147/17 154/17 155/10 156/14 166/8 167/11 167/25 168/18 169/16 171/12 171/19 173/1 174/14 175/4 175/8 175/14 175/17 178/5 182/11 187/3 190/5
risk [14] 79/5 128/4 128/11 142/24 143/1 143/2 150/4 150/6 157/2 157/3 167/5 178/23 178/24 178/25
riskier [1] 86/11
risky [3] 128/10 178/20 179/10
Road [1] 59/19
ROBERT [1] 60/2
role [4] 71/15 85/12 117/11 164/18
rolled [1] 101/2
room [10] 60/16 97/13 97/16 97/17 107/6 136/16 167/1 191/8 191/10 191/12
rooms [1] 191/10
Roth [4] 86/2 86/10 126/20 127/1
ROYCE [1] 59/13
RPR [1] 60/14
RSV [1] 61/10
RUDY [1] 59/18
rule [1] 71/2
rules [1] 82/9
run [1] 188/23
running [2] 129/3 187/8

**S**

said [20] 72/25 80/21 83/8 98/20 102/7 106/24 115/21 117/8 119/17 119/19 122/20 124/22 128/13 137/17 137/19 144/22 152/2 166/19 179/13 180/19
sake [2] 93/14 93/17
sales [1] 105/19
Sallie [1] 179/18
salon [1] 172/5
same [3] 85/2 125/19

sat [1] 135/18
satisfied [1] 188/16
saved [1] 158/4
saw [1] 189/4
say [38] 65/21 67/20 70/18 71/25 73/21 78/5 83/19 89/18 93/7 94/3 114/14 127/23 128/20 131/9 140/20 140/21 142/23 142/24 142/25 143/10 143/24 145/8 145/17 146/17 147/12 148/17 157/2 157/3 158/14 163/20 180/18 180/23 181/7 188/15 189/1 189/4 189/7 193/5
saying [5] 69/7 91/14 119/20 119/21 119/24
says [5] 82/6 115/24 158/7 158/8 180/21
schedule [2] 68/16 192/2
Schiller [1] 59/21
Scholer [1] 60/7
school [15] 62/11 78/11 79/21 80/16 80/22 86/17 86/20 89/22 89/24 91/25 97/25 144/1 165/22 177/14 180/20
schools [2] 121/7 121/8
science [1] 80/24
scratched [1] 112/10
scratching [1] 114/7
seat [17] 93/23 139/17 147/19 183/15 183/17 183/20 183/21 184/18 187/11 189/11 189/13 189/14 189/15 189/16 189/17 189/18 189/19
seated [4] 132/6 187/13 188/2 192/1
Seating [1] 185/20
second [4] 68/25 72/25 132/15 167/13
sector [3] 84/7 89/11 127/4
secure [2] 157/1 157/5
securities [6] 79/18 110/20 112/19 128/12 134/16 150/5

securitization [1] 114/10
securitized [1] 134/5
security [6] 98/5 103/18 128/19 150/19 161/3 172/1
see [16] 73/6 73/10 73/21 80/12 81/12 105/24 130/8 144/16 146/25 159/22 173/16 180/9 190/15 191/20 192/4 193/6
seeded [3] 124/13 161/8 181/15
seek [1] 71/16
seeking [4] 61/9 117/10 146/7 183/20
seem [2] 63/13 108/24
seems [4] 66/12 115/11 117/11 154/7
seen [2] 87/15 158/12
selected [1] 189/22
selection [2] 187/2 190/3
selections [2] 126/22 133/11
self [1] 141/24
self-invested [1] 141/24
selling [2] 157/4 157/5
Senate [1] 176/22
Senator [2] 177/7 177/10
send [3] 125/8 125/9 131/9
sending [1] 126/7
senior [2] 59/9 110/24
separately [3] 101/3 149/14 154/18
September [1] 64/10
Serono [1] 153/21
serve [11] 63/9 77/4 105/7 105/17 121/14 123/8 136/13 165/12 175/1 176/3 176/8
served [9] 113/10 129/17 129/19 135/11 135/12 136/6 136/17 163/16 164/20
serves [1] 69/9
service [7] 70/12 95/25 117/6 140/2 140/5 190/2 191/23
services [3] 140/8

services... [2] 140/15 169/4
serving [3] 61/9 70/6 130/1
SESSION [1] 59/12
set [5] 91/7 91/9 132/5 132/9 154/8
seven [3] 64/6 125/22 129/20
several [4] 135/7 144/21 177/16 177/18
share [2] 105/17 165/6
shareholder [3] 106/4 106/10 115/23
she [46] 68/25 69/1 69/1 69/6 69/8 69/10 73/18 73/21 75/17 80/15 80/17 80/17 80/17 117/20 118/4 118/6 118/7 118/12 118/16 133/4 151/14 151/14 151/19 159/3 159/5 160/8 160/9 161/23 166/20 167/21 167/22 167/24 168/1 168/3 168/7 170/22 172/5 172/7 172/8 172/9 172/12 172/12 173/5 176/1 176/2 185/5
she's [3] 153/3 161/24 172/3
sheet [1] 109/14
Shook [1] 94/25
shopkeeper [1] 129/2
short [3] 121/9 142/8 175/16
short-term [1] 142/8
shortage [2] 105/21 175/3
shorthand [2] 60/19 137/19
should [9] 69/21 70/15 79/6 114/14 138/17 139/1 156/23 156/24 181/10
shouldn't [2] 70/1 165/14
siblings [1] 148/10
side [3] 85/8 129/4 187/10
Sidebar [38] 61/18 61/24 68/23 69/12

3/14 74/3 75/15 76/24 80/20 90/8 91/17 96/18 96/21 106/1 106/23 115/2 117/13 120/7 124/8 124/12 130/9 130/23 137/16 138/2 144/18 145/19 151/12 151/23 159/23 166/10 167/7 170/16 170/24 175/23 176/5 180/11 180/22 186/6
sides [1] 92/19
significant [8] 79/9 79/12 87/21 88/12 89/18 102/6 110/10 114/15
simultaneous [4] 184/8 184/11 184/17 184/22
since [9] 62/3 65/15 97/21 130/24 158/7 162/15 167/23 175/2 184/21
sir [9] 61/25 122/17 131/15 165/21 172/11 172/15 173/13 173/19 175/15
sister [3] 99/9 99/12 171/3
sisters [1] 158/1
sit [3] 145/4 168/21 189/8
sits [1] 188/15
sitting [1] 188/21
situation [1] 98/6
six [1] 114/16
sized [1] 153/16
skip [1] 79/22
slowly [1] 158/3
small [6] 67/12 108/7 114/9 141/11 167/16 191/11
smile [1] 188/9
smiled [1] 188/9
Smith [1] 89/23
SNAP [1] 171/5
snarling [1] 95/8
so [110] 62/13 62/18 63/13 67/8 68/8 68/16 71/13 72/11 73/3 74/4 74/15 74/24 75/4 75/5 78/19 78/20 78/21 78/21 79/4 83/3 83/5 83/7 83/13 83/19 84/20

85/14 86/18 86/19 88/9 88/18 88/22 89/15 89/21 91/5 92/24 98/8 98/10 98/19 100/5 101/12 102/12 111/9 111/19 112/22 112/24 113/1 114/5 114/6 114/11 115/6 116/2 117/19 118/12 118/19 118/24 121/9 123/7 124/2 125/11 126/4 126/25 129/1 129/20 129/22 131/3 131/9 133/10 144/3 146/6 150/21 152/25 154/15 155/2 156/5 157/17 157/23 160/5 162/8 171/21 172/25 174/3 175/5 179/17 181/16 183/16 183/24 184/6 184/11 185/19 186/9 186/16 187/7 187/14 187/16 187/18 187/20 188/6 188/16 188/19 189/22 189/25 190/8 191/9 191/11 191/15 192/4 192/8 192/18 192/21 192/23
social [13] 65/1 80/8 89/20 96/10 104/24 105/1 113/24 146/19 164/11 170/4 174/19 190/19 190/20
social/professional [2] 89/20 113/24
society [1] 66/8
sold [4] 102/21 102/23 128/22 129/3
sole [6] 84/24 85/4 85/6 108/13 108/20 141/13
solely [3] 90/25 91/4 91/11
soliciting [1] 81/15
solicits [1] 64/24
some [63] 63/2 69/18 71/5 73/16 73/20 73/24 77/10 78/11 85/23 86/22 88/1 88/5 89/10 92/13 92/13 92/20 93/9 98/2 105/16 109/5 111/5 111/12 114/10 116/18 117/20 118/2 119/3 120/24 121/3

129/25 132/1 136/12 136/22 137/20 137/24 138/5 141/24 143/5 143/11 146/5 146/18 146/20 154/5 154/14 154/15 154/22 156/20 156/24 157/3 158/6 158/14 162/1 166/1 167/5 173/23 175/6 177/15 178/23 179/17 188/15 188/17 190/8 190/10
somebody [5] 63/24 79/12 87/16 119/4 128/18
somehow [1] 132/2
someone [28] 63/16 64/23 76/12 79/8 79/16 87/20 94/2 94/4 99/4 99/7 99/19 102/21 103/17 110/18 132/13 132/18 134/25 139/24 147/23 152/23 156/11 156/15 161/18 168/25 171/16 171/24 171/25 192/3
someone's [1] 103/9
something [34] 67/15 73/23 80/21 91/2 91/12 94/23 105/13 109/18 109/19 109/21 110/22 110/23 111/18 116/17 116/24 122/3 123/5 129/14 129/16 131/9 137/17 138/4 144/13 145/8 146/12 149/13 155/6 160/17 165/12 169/19 171/21 172/4 172/23 173/16
sometimes [6] 67/18 67/21 67/22 67/24 146/25 189/1
somewhat [1] 156/3
somewhere [2] 87/17 94/9
son [2] 61/10 61/12
sooner [1] 184/20
sophisticated [1] 112/25
Sorority [1] 174/20
sorry [24] 74/7 83/6 83/16 93/16 97/14 98/16 98/24 99/11 99/17 123/13 129/13

**S**

sorry... [13] 136/3
140/4 140/11 143/20
144/4 145/12 165/2
166/12 168/19 171/22
177/4 182/18 182/24
sort [9] 63/23 69/6
89/10 95/25 118/3
127/3 130/19 137/24
174/2
sound [1] 123/25
sounded [1] 125/18
sounds [2] 74/4 81/1
source [5] 85/4 85/6
108/13 108/20 141/13
South [5] 84/23 86/21
89/22 92/1 159/4
Southern [1] 168/8
space [1] 115/16
Spain [2] 88/11 88/23
speak [4] 73/13 75/14
97/14 191/13
Spears [1] 158/14
special [1] 156/17
specialist [1] 97/12
specializes [1] 84/21
specific [6] 83/24
90/14 91/8 91/19 113/1
126/20
specifically [4] 111/9
112/22 118/16 118/19
specifics [1] 92/2
speculate [1] 167/1
speculators [3] 131/25
138/11 138/14
speed [1] 187/19
spend [2] 62/20 76/7
spending [1] 157/21
spent [1] 166/7
spoke [1] 130/11
sponsored [9] 88/14
89/7 89/10 95/23
111/22 134/7 150/9
163/1 179/14
sponsorships [1]
71/16
Sports [1] 105/3
spot [1] 179/3
spread [1] 155/8
spreading [1] 157/3
Springfield [1] 94/10
Square [2] 161/6
174/15
St [1] 171/17

stable [1] 66/7
staff [1] 175/16
staffed [1] 121/9
stand [8] 72/23 121/25
131/16 139/13 152/17
168/21 186/14 189/7
standard [1] 66/13
stands [1] 143/7
Star [6] 170/8 170/9
170/10 170/19 171/1
171/2
start [6] 65/19 123/16
130/4 188/20 190/7
190/9
started [5] 64/10 65/15
68/8 90/17 154/22
starting [1] 158/1
starts [1] 130/3
state [4] 67/7 67/7
68/1 104/13
stated [2] 93/18 120/4
statement [2] 109/14
129/15
STATES [2] 59/1 59/13
statistical [1] 157/3
stay [4] 111/16 120/16
143/14 188/23
stenotype [1] 60/19
step [6] 93/2 131/12
160/1 161/11 168/15
171/8
steps [42] 61/6 62/1
62/7 72/18 72/21 76/5
76/10 81/9 82/14 93/6
93/24 96/24 97/3 98/12
98/25 107/16 107/19
119/15 120/11 120/15
120/19 121/22 122/1
124/16 124/19 131/13
139/14 139/18 147/16
147/20 152/8 152/18
160/4 160/20 161/14
161/16 168/17 168/23
171/11 171/14 176/17
181/22
STERN [3] 60/6 61/21
152/15
stick [1] 192/14
still [12] 75/11 108/15
111/4 118/5 132/25
133/1 156/3 157/18
176/7 184/17 186/17
191/17
stock [65] 59/9 65/10

66/5 77/4 78/25 79/6
79/14 85/15 85/16
85/19 85/23 85/24
85/25 87/5 87/21 94/13
94/18 95/5 99/15 99/19
100/5 100/20 100/21
102/2 102/7 102/12
106/4 106/8 108/21
109/3 109/4 110/6
110/11 120/13 126/21
127/21 127/24 133/7
133/7 133/11 133/21
133/24 138/10 141/18
142/22 143/9 148/20
149/21 154/11 154/18
154/21 154/22 154/24
155/2 155/3 155/11
155/20 162/1 162/6
162/16 177/15 177/20
178/18 178/22 179/10
stockholder [1]
106/25
stocks [23] 65/16
77/16 77/19 85/20 86/4
86/6 90/17 104/1
120/25 126/17 126/20
126/23 126/25 127/5
127/13 131/25 141/21
141/24 148/23 149/1
149/10 154/17 162/11
Stonewall [1] 105/3
stop [2] 68/5 189/1
stopped [2] 184/20
184/21
strategies [4] 86/1
86/11 87/24 88/2
strategy [2] 79/7 157/6
street [4] 60/11 111/14
168/10 169/15
stretch [1] 121/10
stricken [2] 81/25
98/13
strike [6] 81/17 93/15
93/18 98/19 183/2
183/3
strikes [3] 184/11
184/17 184/23
striking [2] 75/22
75/24
strong [34] 63/7 63/12
63/14 63/15 64/21 69/6
69/7 69/10 70/5 70/18
77/3 82/7 89/6 111/15
112/1 112/5 126/10

128/9 134/12 140/18
143/10 143/13 145/2
147/5 147/12 148/15
148/17 151/17 151/25
163/5 179/20 181/5
182/13 182/14
stronger [1] 140/21
struck [5] 120/6 183/1
183/18 185/2 185/21
student [4] 68/12
95/24 102/18 179/17
studied [3] 78/10
79/20 80/17
studio [2] 73/5 73/10
studying [4] 68/25
71/4 71/8 90/10
stuff [3] 79/22 114/21
165/17
subjective [2] 63/13
69/7
submit [5] 116/20
117/2 120/5 156/15
156/17
subprime [1] 156/22
subsequent [1] 111/11
substantial [1] 120/3
success [1] 136/22
successors [1] 138/17
such [7] 73/25 112/2
128/15 141/1 150/16
163/6 179/21
sufficient [1] 82/13
suggest [2] 90/13
166/24
suggestion [2] 81/23
82/3
suit [1] 182/14
summarizing [1]
137/18
summer [4] 165/11
166/7 167/12 167/13
summons [1] 182/3
super [1] 65/14
superb [1] 167/10
superintendent [1]
121/12
superintendents [2]
177/14 180/20
Superior [10] 129/19
135/12 163/21 163/22
169/12 169/14 172/24
174/12 174/15 182/3
support [1] 65/4
supported [2] 97/13

**S**

**supported...** [1] 97/16
**supposedly** [1] 157/1
**sure** [23] 66/12 67/15
68/21 70/16 71/24
84/20 85/11 107/10
112/13 119/16 124/24
126/19 137/19 141/15
143/2 154/16 159/18
165/13 172/6 172/12
181/5 181/11 181/12
**sustain** [2] 93/8 93/11
**sustained** [1] 93/11
**swap** [1] 114/11
**switched** [1] 132/16
**sympathetic** [1]
145/11
**sympathy** [1] 95/15
**system** [3] 97/12
97/25 188/3

**T**

**tackle** [1] 92/20
**take** [29] 61/7 89/16
93/23 105/13 106/24
120/25 121/25 124/20
131/15 142/5 147/19
152/16 168/24 182/5
182/12 182/20 186/9
186/16 186/22 187/7
189/11 189/13 189/14
189/15 189/16 189/17
189/18 189/19 192/5
**taken** [2] 67/7 71/5
**taking** [3] 65/7 71/6
110/25
**talk** [16] 107/8 115/1
123/23 124/7 124/13
137/5 181/9 186/1
190/12 190/13 191/15
191/16 191/17 191/18
191/19 192/2
**talked** [5] 70/4 115/9
121/11 175/9 182/15
**talking** [17] 91/7 91/8
94/1 97/5 99/2 107/21
120/21 124/21 131/18
136/16 138/3 138/4
139/20 146/16 161/18
168/25 191/7
**TANF** [1] 171/5
**target** [1] 154/14
**tax** [2] 84/21 156/15
**taxable** [3] 84/22 86/2

86/11

**taxes** [2] 141/1 156/17
**taxpayers** [1] 143/17
**tea** [1] 87/14
**teacher** [2] 121/3
121/6
**team** [7] 73/5 73/9
75/9 75/10 103/24
105/22 151/2
**technical** [1] 164/25
**tedious** [1] 83/23
**tell** [45] 62/9 63/9
65/11 70/7 73/1 74/16
77/5 82/18 83/9 83/21
84/18 85/9 85/16 88/16
91/14 100/20 100/24
103/19 103/22 105/2
109/3 112/18 117/14
118/16 118/19 118/25
121/6 123/24 124/23
126/18 128/23 138/6
146/23 150/20 152/2
154/3 156/19 157/15
158/5 167/8 167/19
186/8 186/15 189/7
192/22
**ten** [1] 185/20
**tenant** [3] 67/12 88/5
88/6
**tenant/landlord** [1]
67/12
**Tennessee** [3] 67/7
67/8 68/3
**term** [19] 68/15 68/18
86/13 88/13 95/22
103/3 103/4 111/21
127/16 134/6 142/8
149/14 149/16 156/22
157/4 157/20 162/25
163/3 179/13
**terminate** [1] 100/7
**termination** [2] 163/25
164/3
**terms** [2] 118/21 150/8
**terribly** [1] 182/2
**Tesla** [1] 94/22
**testified** [2] 173/19
173/20
**testify** [1] 173/18
**testimony** [2] 125/9
125/10
**than** [15] 79/21 92/7
106/14 113/25 114/21
121/13 124/1 130/3

156/13 147/3 153/19
162/9 184/11 185/15
188/23
**thank** [58] 61/25 71/21
72/13 72/17 81/6 82/12
91/16 93/1 93/5 96/23
98/11 98/22 99/3
107/12 119/9 119/11
120/8 120/14 121/20
121/21 124/11 124/15
127/20 131/11 139/12
147/14 147/15 152/7
161/10 166/11 168/14
168/16 168/22 171/8
171/10 175/17 176/12
176/15 176/16 181/17
181/20 181/21 182/10
184/19 185/11 185/22
186/25 188/21 189/11
189/12 190/1 190/2
191/5 192/12 192/16
192/18 192/23 193/1
**thankfully** [1] 88/4
**Thanks** [1] 191/23
**that** [437]
**that's** [49] 62/13 63/22
66/7 66/13 70/11 77/7
82/12 84/2 84/3 91/16
104/5 108/13 108/20
109/19 109/21 112/11
114/2 116/21 119/25
121/3 127/2 128/22
132/3 132/4 142/19
144/25 147/4 153/4
154/24 155/17 156/14
158/8 159/4 165/25
166/8 167/11 167/14
167/25 168/5 168/7
175/5 182/9 185/9
185/10 187/19 188/4
192/10 192/24 193/4
**their** [25] 63/8 65/8
70/9 70/14 74/13 75/10
77/4 77/11 84/3 84/23
102/11 125/8 131/10
131/24 138/17 157/9
158/4 158/6 186/10
186/16 186/23 187/7
187/10 188/4 188/14
**them** [57] 63/18 65/7
69/10 72/9 73/6 73/11
73/12 75/8 77/21 88/23
97/9 100/16 101/3
101/9 101/23 118/3

198/3 118/20 123/24
124/14 125/9 125/12
126/7 126/7 126/24
130/16 131/5 131/9
132/1 132/1 132/16
135/8 136/22 138/11
140/22 153/23 156/24
157/1 159/21 175/9
175/9 177/21 185/5
186/9 186/9 186/10
186/14 186/15 186/15
186/15 186/21 186/22
189/2 190/9 191/16
191/17 192/3
**themselves** [1] 65/21
**then** [58] 62/5 62/11
74/25 81/20 84/22
85/10 85/12 85/13 86/2
86/18 89/25 90/4 96/3
96/9 97/18 97/22 99/14
100/20 101/3 104/3
107/11 108/21 111/11
112/18 112/19 117/20
118/7 121/2 121/6
122/20 124/7 125/14
126/16 126/22 128/17
129/2 129/25 134/19
140/17 141/18 143/12
143/18 154/10 156/15
156/16 156/18 167/14
167/15 167/17 167/22
167/23 169/9 170/21
171/24 174/24 183/13
184/22 189/22
**there** [68] 62/9 62/21
63/11 65/6 65/7 67/4
68/8 69/23 70/2 72/23
73/24 74/5 74/8 74/8
74/13 74/23 76/12 77/7
79/5 79/19 87/16 87/17
91/13 93/23 98/3 98/4
101/2 111/3 114/7
114/18 115/10 115/18
116/5 117/16 119/25
120/13 121/10 122/16
123/7 125/22 131/2
132/17 132/17 134/9
138/20 139/17 142/24
143/1 143/18 146/19
146/21 152/13 159/1
159/18 159/19 161/23
165/13 167/5 167/23
169/5 176/24 182/22
183/5 187/15 190/23

# T

there... **[3]** 191/3 191/13 191/15
there's **[8]** 113/1 115/25 116/9 118/17 170/14 178/23 178/24 178/25
therefore **[2]** 63/25 69/21
these **[2]** 73/18 192/5
they **[104]** 62/21 63/1 64/25 65/2 65/5 65/6 67/18 67/20 67/24 69/21 69/22 70/2 71/20 72/10 73/6 73/10 73/11 74/5 74/18 75/6 75/10 75/11 77/7 77/24 82/25 83/23 84/3 87/17 88/24 90/6 90/7 97/13 97/17 98/5 102/20 109/5 109/6 111/4 114/14 123/3 123/4 123/5 123/5 125/7 125/8 125/11 131/8 133/13 134/5 134/10 135/4 135/6 135/6 135/8 135/8 135/21 137/2 138/23 138/25 139/7 140/15 145/3 146/6 146/6 146/9 148/2 152/5 152/21 152/21 153/19 153/24 154/5 154/6 157/16 157/21 157/22 157/23 158/3 158/4 158/5 158/5 159/12 159/20 161/4 162/10 168/13 175/20 178/3 178/3 180/10 183/25 186/9 186/10 186/11 186/14 186/16 186/17 186/18 186/23 187/7 187/13 188/4 188/8 188/10
they're **[1]** 153/16
they've **[3]** 157/10 158/6 188/17
thing **[7]** 63/19 63/23 64/2 79/23 91/15 114/7 193/3
things **[18]** 62/20 68/8 85/5 95/6 98/7 101/21 115/20 136/25 137/9 141/1 154/6 154/19 157/19 182/2 188/10

think **[105]** 63/5 63/18 63/22 63/23 63/24 64/1 64/1 64/25 64/25 65/1 65/2 65/12 66/4 66/6 66/7 67/19 68/11 70/11 70/11 70/13 70/14 70/24 71/3 71/3 77/6 78/10 78/19 79/6 81/23 82/6 83/5 83/7 84/1 84/3 87/8 89/9 89/10 93/9 93/10 93/12 98/10 106/6 106/17 106/18 108/21 109/1 109/2 110/14 114/3 114/5 115/4 115/18 115/25 115/25 116/8 116/10 116/22 118/24 123/5 123/23 124/2 126/13 127/21 129/3 129/12 131/23 131/25 133/19 134/9 135/21 140/24 141/2 141/5 142/18 142/19 146/12 146/21 147/3 148/6 150/3 153/4 153/11 153/16 154/5 156/5 156/5 156/22 165/6 165/11 167/5 169/14 169/15 169/22 172/12 173/5 174/5 174/8 176/10 178/20 180/21 181/16 182/2 182/14 183/25 184/1
thinking **[1]** 68/7
thinks **[3]** 80/18 90/24 116/2
this **[72]** 61/9 61/14 68/1 70/22 71/1 73/20 81/11 81/13 81/17 82/5 90/16 90/20 91/11 92/7 92/8 92/10 92/14 92/16 92/17 92/19 98/9 110/16 116/7 116/10 116/11 116/15 116/23 117/1 117/11 117/12 132/6 132/6 132/7 132/10 136/16 137/8 138/5 138/12 139/21 139/23 140/24 141/21 143/7 145/9 145/11 147/4 160/16 160/16 163/21 169/13 170/18 175/3 180/15 181/24

90/8 190/9 191/1 191/12 188/3 188/7 188/10 188/13 188/17 188/18 188/22 188/24 189/23 190/2 190/3 190/21 190/25 191/4 192/18
those **[38]** 65/3 67/17 67/25 71/17 78/2 78/3 78/7 78/14 80/18 84/25 85/23 86/15 88/6 91/12 95/5 101/19 109/4 117/1 125/12 128/20 134/13 136/9 138/16 141/25 142/1 142/4 149/3 149/13 151/4 157/4 164/15 164/19 176/1 177/22 187/12 188/25 190/17 191/19
though **[4]** 141/5 146/9 157/2 157/13
thought **[9]** 79/3 125/17 137/18 138/6 146/15 179/2 179/6 182/25 182/25
thoughts **[2]** 69/1 88/12
thousand **[2]** 100/4 114/12
three **[8]** 72/11 89/1 100/1 137/3 145/6 156/9 156/9 164/14
through **[28]** 67/24 67/25 69/25 69/25 70/3 81/11 81/13 100/21 101/1 101/4 101/8 101/9 102/19 111/10 111/25 113/9 126/25 137/23 138/7 141/22 150/11 157/10 179/6 179/16 187/17 187/20 188/22 193/3
tight **[1]** 68/16
time **[28]** 62/17 62/20 68/5 68/12 77/10 81/12 111/14 113/14 119/5 119/7 125/1 125/1 131/9 131/9 135/18 136/16 157/17 157/25 158/5 162/22 162/23 165/19 166/1 188/3 189/23 190/2 191/14 191/14
timing **[1]** 64/12
today **[8]** 61/13 179/8

188/20 188/22 188/24 189/4 190/6 192/9
today's **[1]** 140/25
together **[2]** 70/13 108/6
told **[2]** 137/6 175/9
tomorrow **[12]** 187/15 187/19 188/21 188/23 190/7 190/7 190/9 190/19 191/8 191/21 192/6 193/6
tonight **[4]** 186/16 187/14 187/18 187/21
too **[8]** 85/5 85/24 126/14 156/7 172/10 175/10 188/12 191/11
took **[4]** 101/23 117/21 137/7 193/5
top **[2]** 147/1 185/17
Topaz **[1]** 59/19
topic **[1]** 140/25
totally **[2]** 107/25 120/5
touch **[1]** 116/18
touching **[1]** 117/7
tough **[1]** 83/18
trade **[17]** 65/24 65/24 78/22 78/23 84/11 87/10 97/13 101/25 109/24 133/15 133/17 142/10 142/11 155/15 178/11 178/12 178/13
traded **[9]** 87/9 87/11 101/24 109/23 127/18 133/14 142/14 155/14 162/12
trading **[5]** 85/21 86/1 97/17 149/18 149/19
trained **[2]** 71/4 111/13
training **[11]** 78/3 78/7 86/14 101/14 109/9 127/7 142/1 149/2 149/8 167/10 177/24
trainings **[1]** 67/8
transactions **[3]** 82/22 83/12 100/13
transcript **[3]** 59/12 60/19 194/4
transcription **[1]** 60/19
transitioning **[1]** 158/3
transparent **[1]** 72/7
Transportation **[1]** 171/21
travel **[2]** 90/2 180/5

## T

**tremendous [1]** 90/18
**trial [14]** 59/12 90/20 92/11 92/14 92/17 110/15 132/7 132/10 138/12 163/20 174/14 187/17 190/25 192/25
**trials [1]** 135/22
**trickle [2]** 89/5 147/2
**trickle-down [1]** 89/5
**trip [1]** 130/3
**trouble [5]** 99/18 121/12 156/16 158/6 158/7
**true [2]** 158/9 194/4
**trustee [2]** 112/14 112/15
**truthful [1]** 63/25
**try [7]** 63/8 75/18 132/17 136/24 137/2 146/13 192/5
**trying [5]** 111/5 137/23 141/9 157/9 187/19
**Tuesday [3]** 68/14 136/19 182/3
**turn [3]** 61/14 190/21 190/21
**turndown [1]** 143/14
**turned [1]** 79/4
**turns [1]** 155/17
**Tweet [1]** 190/16
**Twenty [2]** 67/2 172/23
**Twenty-five [1]** 67/2
**Twenty-something [1]** 172/23
**twice [2]** 67/6 80/15
**Twitter [2]** 190/16 190/18
**two [18]** 61/11 68/5 105/20 121/9 130/3 135/18 137/3 145/2 148/1 156/8 156/9 176/25 186/7 187/6 187/12 189/20 191/2 192/13
**type [4]** 62/19 67/6 110/19 156/12
**types [1]** 115/16

## U

**U.S [11]** 60/15 77/11 88/11 88/23 126/12 134/10 140/19 147/8

**UBS [1]** 151/10
**Uh [3]** 67/10 147/22 172/2
**Uh-huh [3]** 67/10 147/22 172/2
**ultimately [4]** 89/3 128/12 150/5 184/11
**um [21]** 65/18 67/18 68/7 70/20 77/6 95/14 117/17 128/1 128/25 129/11 135/21 140/20 142/3 144/12 146/17 146/24 149/4 153/9 173/22 174/2 175/13
**unaccredited [1]** 144/2
**unclear [1]** 151/21
**under [4]** 106/5 106/12 112/12 174/22
**undergrad [1]** 86/17
**understand [11]** 71/6 101/23 111/13 119/1 119/9 119/24 137/4 137/4 141/4 143/8 175/24
**understanding [4]** 63/21 69/17 69/18 112/25
**understands [2]** 130/12 137/20
**understood [4]** 138/5 184/9 184/13 184/15
**underwriting [9]** 79/18 103/18 112/20 128/19 134/17 150/19 151/3 158/24 172/1
**undue [2]** 166/16 166/25
**unemployed [1]** 141/16
**unfair [2]** 119/18 119/22
**unfamiliar [1]** 136/17
**Unicoin [1]** 142/18
**union [1]** 115/21
**unit [2]** 166/14 166/20
**UNITED [2]** 59/1 59/13
**units [1]** 135/7
**Universal [1]** 161/1
**University [7]** 68/12 68/25 80/23 86/21 89/22 91/25 165/23
**unknown [1]** 160/16

**unless [1]** 106/20
**unnecessary [1]** 143/17
**unrelated [1]** 81/5
**unsure [1]** 92/24
**until [2]** 118/25 193/5
**unusual [2]** 73/23 74/4
**up [67]** 61/6 61/17 62/7 67/21 68/8 69/3 72/21 76/10 82/14 90/9 93/24 94/24 96/16 96/19 96/20 97/3 98/25 102/10 105/12 105/25 106/15 107/19 107/22 110/25 114/10 115/4 116/4 116/23 120/11 120/19 122/1 124/9 124/10 124/19 130/8 130/22 131/25 135/3 137/24 138/1 139/18 144/17 144/19 147/20 151/11 151/13 151/20 152/18 152/19 154/8 160/20 161/16 166/9 166/11 166/14 166/20 168/23 170/15 170/23 171/14 171/15 173/21 176/4 179/18 186/14 187/23 188/8
**upper [1]** 157/7
**ups [1]** 76/12
**upwards [1]** 105/20
**us [15]** 71/19 105/2 107/14 112/18 114/4 121/6 125/9 126/18 152/2 154/3 156/19 158/5 167/8 167/19 170/19
**use [8]** 62/2 66/2 69/19 149/8 149/9 178/21 185/16 191/11
**used [6]** 122/9 122/10 140/2 176/23 179/19 188/7
**usually [3]** 85/22 109/5 136/25

## V

**value [2]** 102/11 152/6
**valve [1]** 105/8
**variety [2]** 155/8 188/10
**various [6]** 62/15 62/19 65/13 82/9 97/24

**verdict [10]** 90/25 104/16 113/17 113/18 136/1 136/4 164/4 169/20 187/23 188/1
**VERGOW [1]** 60/10
**versus [1]** 71/7
**very [39]** 62/10 71/21 72/13 81/6 83/23 87/2 87/3 93/1 98/11 106/20 107/12 108/1 111/8 114/9 119/10 120/8 120/14 121/20 128/25 131/7 131/11 139/12 144/14 144/15 147/14 152/7 161/10 168/14 171/8 175/10 175/17 178/10 179/4 181/20 182/10 189/3 190/2 191/5 191/23
**vetted [1]** 69/21
**viability [7]** 89/7 112/2 128/15 134/13 150/16 163/5 179/21
**vice [4]** 82/19 84/10 85/7 85/12
**victim [2]** 110/19 156/12
**view [5]** 91/1 91/3 112/5 139/3 139/6
**views [30]** 69/14 70/5 70/18 81/15 88/7 89/6 95/12 102/24 111/6 111/12 112/1 128/5 128/14 131/4 134/2 134/12 140/22 143/3 143/13 145/3 147/5 147/12 149/24 156/19 157/11 163/5 179/20 180/13 181/2 181/5
**Virginia [6]** 62/12 62/17 63/1 67/7 94/10 164/16
**virtually [1]** 116/18
**virus [1]** 61/10
**vital [1]** 70/11
**volunteer [2]** 67/9 67/11
**VP [1]** 103/20
**vs [1]** 59/4

## W

**wait [2]** 81/10 160/14
**Wall [1]** 111/14

**W**

**want [30]** 65/24 71/25 72/14 72/16 75/18 76/8 78/22 81/11 81/13 90/7 103/7 105/17 121/17 132/2 137/20 142/11 149/19 157/21 160/6 163/19 178/12 180/10 181/7 186/10 188/16 189/2 190/1 190/24 192/7 192/14

**wanted [14]** 65/18 72/6 87/10 101/25 109/23 127/18 133/14 133/17 155/15 162/13 165/13 181/24 182/1 183/2

**wanting [1]** 68/17

**wants [3]** 61/3 68/22 192/3

**was [198]**

**Washington [8]** 59/6 59/17 59/22 60/8 60/11 60/16 62/15 159/8

**wasn't [10]** 67/14 70/2 83/14 87/18 87/19 100/5 106/19 143/25 144/14 144/23

**waste [1]** 81/12

**watching [1]** 128/8

**Watkins [5]** 108/1 108/19 115/7 116/6 116/14

**Watkins' [1]** 115/19

**way [16]** 63/15 66/7 67/19 69/8 83/21 88/25 103/5 112/5 128/1 130/14 139/3 139/6 162/19 176/3 180/17 188/13

**ways [3]** 65/3 66/8 188/11

**we [141]**

**we'd [3]** 73/16 144/24 180/12

**we'll [18]** 72/19 90/4 96/25 98/13 120/17 121/23 124/17 131/14 139/15 147/17 161/13 168/18 183/15 183/17 183/17 183/21 191/17 192/4

**we're [7]** 61/2 94/1 99/2 107/21 124/21

**we've [2]** 114/9 188/3

**wealth [1]** 66/9

**wear [2]** 132/15 136/14

**websites [1]** 127/10

**Wednesday [2]** 68/15 130/5

**week [3]** 68/16 90/2 123/5

**weeks [8]** 68/5 72/11 105/20 121/9 130/3 137/3 191/3 191/6

**weight [1]** 143/17

**welcome [2]** 175/19 176/13

**well [36]** 65/21 71/5 71/19 71/19 71/20 75/1 77/23 77/25 79/5 79/13 82/9 86/6 87/14 87/16 97/23 104/1 114/6 116/13 125/7 128/18 135/2 140/1 148/10 155/25 156/6 167/20 167/22 168/11 171/17 174/10 178/3 179/18 185/17 191/6 191/19 192/15

**went [9]** 80/17 80/23 86/17 101/9 114/6 114/18 118/4 131/24 131/25

**were [75]** 63/7 64/3 64/20 65/9 67/2 67/25 68/17 69/20 69/22 69/23 77/3 77/24 78/13 78/13 78/16 79/3 82/22 82/25 83/18 86/5 86/7 86/7 88/24 89/12 100/21 101/6 104/9 104/18 110/9 111/6 111/10 113/19 114/8 114/14 114/18 115/23 117/16 118/5 118/13 118/14 118/20 119/7 126/16 128/12 130/1 132/6 134/5 135/21 137/7 138/3 138/3 140/15 141/3 142/4 142/6 142/6 144/5 145/16 146/16 153/19 156/23 156/24 158/1 161/8 164/6 164/23 165/15 165/16 165/22 173/11 176/2 178/3

**weren't [5]** 85/23 137/12 169/24 178/3 192/21

**West [4]** 62/12 62/16 63/1 67/7

**what [153]**

**what's [8]** 71/12 79/24 99/6 129/11 135/14 153/13 157/20 174/13

**whatever [2]** 65/6 80/17

**whatsoever [1]** 89/18

**when [42]** 62/2 67/8 70/4 70/18 78/14 80/17 81/14 90/17 97/9 98/5 100/7 101/6 101/19 102/22 105/11 109/17 114/6 114/6 117/15 127/12 128/25 129/2 130/4 137/17 138/3 138/3 142/4 142/9 149/10 149/12 150/6 154/22 156/25 157/19 163/18 165/15 165/19 168/11 176/24 188/8 191/8 192/20

**where [34]** 62/13 64/18 74/16 74/20 76/22 80/16 80/22 86/20 96/13 97/13 97/17 97/21 108/10 121/7 122/3 122/12 122/23 125/23 143/7 144/11 144/12 148/22 150/22 150/23 150/24 153/5 155/5 159/3 159/4 161/4 165/22 169/3 173/22 188/3

**whether [38]** 63/8 63/17 65/9 67/24 69/9 69/10 70/5 70/6 73/17 77/3 106/7 106/10 110/15 114/8 116/5 116/9 116/23 119/2 119/21 120/1 121/17 126/17 135/8 135/8 138/16 138/23 138/25 139/7 145/2 145/3 146/9 154/11 156/6 166/16 166/17 176/1 176/2 180/13

**which [12]** 64/11 69/1 86/5 89/4 101/21

145/22 160/24 174/22 177/13 187/5 187/9

**while [21]** 62/8 72/22 76/11 89/9 93/25 97/4 99/1 107/8 107/20 114/18 120/20 124/20 131/18 139/19 160/21 161/17 168/24 169/23 179/18 184/25 188/19

**white [2]** 118/18 132/17

**white-collar [1]** 118/18

**who [53]** 64/23 65/5 66/24 73/4 73/8 73/18 73/18 80/6 84/9 94/7 95/15 95/25 96/5 101/4 114/16 117/7 117/24 119/4 125/3 129/10 134/23 138/9 138/12 138/13 140/7 147/25 148/1 148/5 148/8 148/11 151/2 151/5 151/9 152/21 155/19 156/23 159/11 159/19 165/8 165/9 168/12 172/20 177/9 180/2 181/24 187/12 187/25 188/8 188/9 188/9 188/9 188/15 188/15

**who's [3]** 104/7 113/7 163/12

**whole [5]** 100/5 123/4 123/6 175/16 193/3

**why [6]** 70/11 70/12 77/7 165/25 175/6 187/19

**wide [1]** 127/3

**wife [10]** 61/11 77/11 108/6 132/21 132/21 161/21 166/14 166/19 166/19 167/20

**Wilkinson [2]** 114/16 117/24

**will [67]** 61/14 62/5 65/5 81/20 81/25 82/8 90/19 90/22 90/23 91/2 91/13 93/21 107/13 107/14 107/17 116/24 120/16 126/8 131/9 136/19 147/1 157/23 180/6 182/12 184/17 186/9 186/13 186/14 186/15 186/18 186/18

## W

will... [36] 186/23
186/23 187/5 187/7
187/13 187/13 187/14
187/15 187/16 187/17
187/25 188/1 188/2
188/18 188/20 188/22
188/25 189/7 190/6
190/8 190/9 190/10
190/12 190/25 191/1
191/3 191/6 191/8
191/10 191/12 191/19
191/20 191/21 192/1
192/3 192/6
willing [1] 123/19
wink [1] 188/9
winked [1] 188/8
wise [1] 155/18
wish [1] 93/9
wishes [1] 73/17
without [5] 76/6
189/24 191/7 191/24
193/3
witness [7] 107/9
121/25 125/15 131/16
168/21 173/12 189/2
witnesses [4] 63/20
63/22 92/13 116/6
won't [5] 65/6 122/20
123/4 123/6 189/4
wondering [1] 63/13
word [1] 69/19
words [1] 186/20
work [78] 63/16 64/14
65/6 67/17 67/21 68/21
70/13 71/14 71/16
71/17 73/6 73/8 73/10
75/2 75/10 75/17 76/23
77/20 88/19 91/10
91/22 94/7 96/13 97/9
105/19 109/10 114/10
114/13 114/19 115/13
116/9 116/24 117/15
117/20 118/2 118/12
118/13 118/20 120/3
121/7 122/7 122/12
124/3 124/24 124/25
125/3 132/14 132/18
132/20 132/21 133/1
133/3 136/23 136/25
139/24 140/2 140/10
140/15 148/2 150/11
150/12 150/21 151/5
153/5 153/6 153/9

153/15 160/25 161/204
169/3 171/17 174/22
175/11 176/22 176/24
177/9 179/16 179/17
worked [34] 62/10
62/12 62/19 63/1 64/4
64/5 67/18 67/22 74/18
77/9 77/11 77/12 84/9
94/2 94/4 97/6 97/21
99/5 99/7 107/23
125/20 125/24 125/25
133/4 140/12 152/25
153/14 165/17 167/12
167/16 171/21 171/25
172/9 181/8
workforce [1] 158/3
working [11] 65/15
81/3 118/17 122/23
129/1 131/5 132/25
146/24 149/21 160/24
185/17
works [34] 63/16
71/19 73/4 73/5 73/9
75/8 76/13 76/14 91/14
94/9 95/25 97/6 99/4
99/8 99/9 99/12 120/22
132/21 139/25 147/23
148/8 148/12 148/13
152/24 153/2 159/5
161/18 161/21 168/8
168/25 171/16 172/7
172/8 180/19
world [4] 91/2 91/4
92/24 153/22
world's [2] 115/7
116/15
worried [1] 61/14
worth [5] 82/21 105/21
138/10 156/5 188/22
would [142]
wouldn't [16] 89/18
91/3 95/1 119/23
140/21 141/13 142/23
143/10 143/24 147/12
148/17 162/18 173/10
175/11 179/1 182/15
Write [1] 184/7
writing [2] 89/12
192/17
wrong [1] 63/19
wrongdoing [2]
110/19 156/12
wrongful [2] 163/25
164/2

wrote [1] 90/20

## Y

yeah [38] 66/10 67/5
71/3 73/3 78/6 78/21
85/18 98/4 99/9 101/18
103/8 105/8 105/10
105/18 107/7 112/17
112/22 113/1 117/19
119/6 120/23 126/13
128/7 136/7 137/14
137/14 140/14 143/2
143/5 146/11 154/5
156/2 157/17 160/3
160/25 173/24 174/16
182/1
year [1] 118/4
years [32] 62/13 64/6
65/14 66/18 79/13
85/20 90/18 100/1
100/2 104/12 113/15
114/11 114/12 114/16
125/22 129/1 129/20
135/18 135/19 144/9
159/2 166/6 167/17
169/11 171/21 172/4
172/23 173/16 173/16
176/25 182/8 188/13
yes [100] 64/23 70/23
75/13 77/15 78/17
79/15 80/3 80/5 81/4
81/8 81/25 85/3 86/2
86/12 86/23 87/4 87/7
87/23 88/15 94/6 96/4
98/10 99/21 102/7
104/4 104/6 104/10
104/17 110/2 110/5
111/23 113/4 119/8
119/16 119/19 119/21
119/24 121/5 121/5
122/11 122/19 123/2
123/21 128/1 128/2
129/9 130/10 132/11
133/1 134/8 134/20
134/22 135/13 136/6
140/1 140/20 142/12
143/16 143/24 144/6
148/21 149/6 150/21
155/1 155/7 161/20
162/2 162/21 163/2
163/9 163/11 163/15
163/17 163/22 164/5
164/13 165/4 165/7
165/21 169/2 169/8

170/6 170/13 172/2
172/11 172/15 172/19
173/1 173/13 173/19
174/20 175/5 176/9
177/8 178/8 178/21
178/24 181/13 182/7
183/24
yet [6] 72/2 87/15
119/25 141/15 182/15
183/5
York [4] 59/22 60/4
60/4 171/7
you [750]
You'd [2] 123/16
123/19
you'll [1] 188/19
you're [11] 72/23
76/12 85/1 95/5 119/4
126/24 160/22 162/8
175/19 176/13 189/2
you've [17] 77/13
100/20 103/12 108/21
109/3 109/16 125/20
126/17 128/17 136/2
136/5 154/11 155/25
162/20 163/16 169/9
172/22
young [3] 128/25
156/3 173/5
your [248]
yours [2] 153/13
165/11
yourself [15] 65/17
66/15 77/16 85/17 87/1
101/11 103/15 109/5
126/22 126/25 141/21
141/25 155/3 162/6
177/20
yourselves [1] 62/3
YouTube [1] 142/3