### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., ET AL., et al,   Civil Action
                                    No. 1:13-1053

               Plaintiffs,

      vs.

                             October 19, 2022
FEDERAL HOUSING FINANCE         10:14 a.m.
    AGENCY, et al,              Washington, DC

               Defendants.
_____

In re: FANNIE MAE/FREDDIE MAC    Civil Action
SENIOR PREFERRED STOCK PURCHASE  No. 1:13-1288
AGREEMENT CLASS ACTION
LITIGATIONS.

_____


TRANSCRIPT OF **JURY TRIAL - MORNING SESSION**
BEFORE THE HONORABLE **ROYCE C. LAMBERTH**
UNITED STATES DISTRICT JUDGE


PLAINTIFFS' APPEARANCES:

**For Berkley Plaintiffs: CHARLES COOPER**
                       **DAVID THOMPSON**
                       **VINCENT COLATRIANO**
                       **PETER PATERSON**
                       **BRIAN BARNES**
                       Cooper & Kirk, PLLC
                       1523 New Hampshire Avenue NW
                       Washington, D.C. 20036

**For Class Plaintiffs:  ERIC ZAGAR**
                       Kessler Topaz Meltzer & Check, LLP
                       280 King of Prussia Road
                       Radnor, Pennsylvania 19087

                       **HAMISH HUME**
                       **SAMUEL KAPLAN**
                       Boies Schiller Flexner LLP
                       1401 New York Avenue NW
                       Washington, D.C. 20005

APPEARANCES (CONTINUED):

**MICHAEL J. BARRY**
Grant & Eisenhofer, P.A.
123 Justison Street
Wilmington, Delaware 19801

**ADAM WIERZBOWSKI**
Bernstein Litowitz Berger &
Grossmann LLP
1251 Avenue of the Americas
New York, New York 10020

**For Defendant Federal**
**Housing Finance Agency:** **ASIM VARMA**
**HOWARD CAYNE**
**DAVID BERGMAN**
**IAN HOFFMAN**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001

**For Federal Home Loan**
**Mortgage Company:** **MICHAEL CIATTI**
King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, D.C. 20006

**For Federal National**
**Mortgage Association:** **MEAGHAN VERGOW**
O'Melveny & Myers LLP
1625 I Street NW
Washington, D.C. 20006

**Reported By:** **LORRAINE T. HERMAN, RPR, CRC**
Official Court Reporter
U.S. District & Bankruptcy Cts.
333 Constitution Avenue, NW
Room 6720
Washington, DC 20001
202-354-3196

*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

## **I N D E X**

**WITNESS**                                                         **PAGE**

SUSAN HARTMAN

    Continued Direct Examination by Ms. Davis          426
    Cross-Examination by Mr. Stern                     486

## **E X H I B I T S**

**EXHIBIT**                                                         **PAGE**

Plaintiffs' No. 5P  Received into Evidence              454
Plaintiffs' No. 5Q  Received into Evidence              454
Plaintiffs' No. 5R  Received into Evidence              454

1              **P R O C E E D I N G S**

2              **THE COURT:**  The jury is on the way and the witness

3    can resume the stand.

4              **MR. RUDY:**  Your Honor, nothing that needs to

5    happen before the witness, but there were a couple of brief

6    housekeeping matters I would like the Court to hear.

7              **THE COURT:**  Let's hold them for now because the

8    jury is coming in.

9              **MR. RUDY:**  That's fine.

10        (Jury entered the courtroom)

11             **THE COURT:**  All right.  Ms. Hartman was on the

12   stand.

13        **CONTINUED DIRECT EXAMINATION OF SUSAN HARTMAN**

14   **BY MS. DAVIS:**

15        **Q.**   Good morning, Ms. Hartman.

16        **A.**   Good morning.

17        **Q.**   I'm going to ask you some questions about the

18   exhibits that we looked at yesterday that listed all of the

19   private preferred shares that were outstanding for Fannie

20   Mae and Freddie Mac.

21             I will go to Plaintiff's Exhibit 5D.  Instead of

22   saying PX-I will refer to them as Plaintiffs' Exhibit.  So

23   Plaintiffs' Exhibit 5D is on the screen.

24             Just so the jury is clear these are the preferred

25   stock issuances that were displayed as the first PowerPoint

1    on yesterday.  Do you remember that?

2         **A.**    Yes.

3         **Q.**    Okay.  Now, looking at Plaintiffs' Exhibit 5D,

4    what entity does this exhibit refer to?

5         **A.**    Fannie Mae.

6         **Q.**    And here in Exhibit 5D where we have totals for

7    the proceeds and the dividends paid, are those proceeds

8    received from common or preferred shareholders?  I mean --

9    yes, common or preferred shareholders?

10        **A.**    Preferred.

11        **Q.**    Does it list proceeds from common shareholders?

12        **A.**    No.

13        **Q.**    Does it list dividends paid to common

14   shareholders?

15        **A.**    No.

16        **Q.**    I will note for the jury that at the top, right

17   under security type, there is a line there.  Let me see if I

18   can get my pointer to work.

19             **MR. STERN:**   Thank you, Kevin.

20   **BY MR. STERN:**

21        **Q.**    There is a line there that says "common stock."

22   Do you see that?

23        **A.**    Yes.

24        **Q.**    Can you explain to us why it is blank?

25        **A.**    I'm sorry?  Could you repeat the question?

1     Q.   Explain to us why it is blank.

2     A.   We weren't following the common stock in the scope

3   of our work.

4     Q.   Okay.  So to be clear for the record, this only

5   lists the proceeds from preferred; is that correct?

6     A.   That's correct.

7     Q.   And only dividends from preferred?

8     A.   That's correct.

9     Q.   Did you have any information from the original

10   offering of common stock?

11     A.   The IPO?

12     Q.   Yes.

13     A.   Not that I recall.

14     Q.   Can you explain to the ladies and gentlemen of the

15   jury and to me what IPO is?

16     A.   IPO is initial public offering.  The first time

17   common stock is offered to the public.

18     Q.   Thank you.  According to your Excel spreadsheet

19   here, the total number of investments in to Fannie was

20   19.130 billion.  Do I have that right?

21     A.   Yes.

22     Q.   And the total number of dividends paid was 2.795

23   billion; is that correct?

24     A.   That's correct.

25     Q.   Okay.  Now, we are going to show Plaintiffs'

1    Exhibit 5E.  Now, on Plaintiffs' Exhibit 5E, are the

2    proceeds here that are reflected, are they received from

3    common or preferred shareholders?

4        **A.**    Preferred.

5        **Q.**    Does it list common shareholders at all?

6        **A.**    It lists the common stock and it's identifying

7    CUSIP and ticker symbol.

8        **Q.**    Does it list proceeds from common?

9        **A.**    No.

10       **Q.**    And does it list dividends paid to shareholders?

11       **A.**    No.

12       **Q.**    Now, going down to the bottom, the total number of

13   investment into -- and this is for Freddie Mac; is that

14   correct?

15       **A.**    That's correct.

16       **Q.**    The total number is 14.29 billion; is that

17   correct?  Nope that's wrong.  What is it?

18       **A.**    14.109 billion.

19       **Q.**    That's why you are the accountant.  And total

20   number of dividends paid?

21       **A.**    2.298 billion.

22       **Q.**    Okay.  Did you add those up for purposes of your

23   examination or --

24       **A.**    Yes.

25       **Q.**    Okay.  Do you remember your totals as you sit here

1   today?

2        **A.**   Not off the top of my head.

3        **Q.**   Okay.  So we're going to do a little math.  Okay.

4   Could you please compute the totals of proceeds received by

5   Fannie Mae and Freddie Mac.

6        **A.**   33.2 billion.

7        **Q.**   And could you also total the dividends paid to the

8   preferred stock shareholders of Fannie Mae and Freddie Mac?

9        **A.**   Could you go back to the Fannie Mae slide?

10        **Q.**   Certainly.  That would be Plaintiffs' Exhibit 5D.

11        **A.**   5.1 billion.

12        **Q.**   So just for the benefit of all of us and the

13   record, could you please tell us what the totals were in

14   proceeds received for both Fannie Mae and Freddie Mac for

15   all outstanding preferred shareholders.

16        **A.**   It's 33.2 billion.

17        **Q.**   And how many dividends were paid to preferred

18   shareholders?

19        **A.**   5.1 billion.

20        **Q.**   Thank you.  And your paper there, we are going to

21   mark that.

22        **A.**   If anybody can read it.

23        (Brief pause)

24             **MS. DAVIS:**  We are going to mark that as our brand

25   new Plaintiffs' Exhibit 5Z, Z as in zebra.

1          I'm sorry.  Court's indulgence.  I want to make

2     sure I got this right.  I'm sorry.  That would be 4Z,

3     Plaintiffs' Exhibit 4Z.

4     **BY MS. DAVIS:**

5          **Q.**    There's one other thing I want to make sure we are

6     clear from the examination yesterday.  The Court asked you

7     about the number of shares in a series.  We saw the amount

8     invested overall.  He asked you about how much was each

9     share, if I am remembering the question correctly.

10         So what I want you to do is go back to Plaintiffs'

11    Exhibit 1-26, which is the certificate of designation for

12    that first series there we have it there on the screen.

13         So I'm going to direct your attention to the first

14    paragraph there in Plaintiffs' Exhibit 1-26.  Do you see the

15    first paragraph?

16         **A.**    Yes.

17         **Q.**    And we're not going to highlight.  We're just

18    going to have you look.  And can you tell us, does the first

19    paragraph list the number of shares constituting the series

20    D preferred stock?

21         **A.**    Yes, it does.

22         **Q.**    How many are there?

23         **A.**    3 million.

24         **Q.**    And with reference to the same exhibit, what was

25    the total amount invested in the series D preferred?

1      **A.**    150 million.

2      **Q.**    So from that -- again, I'm going to give you your

3      pen back -- now that you have those numbers, could you

4      calculate for the Court what the price would be for shares

5      at that point of issuance.

6      **A.**    Fifty dollars.

7      **Q.**    Fifty dollars per share?

8      **A.**    Yes.

9      **Q.**    Thank you so much.

10            Now I want to take you to Plaintiffs' Exhibit 5C.

11     What is Plaintiffs' Exhibit 5C?  And it's already been

12     admitted.

13     **A.**    This is the total amount of dividends paid by

14     Fannie Mae and Freddie Mac to the shareholders from 1996 to

15     2008.

16     **Q.**    Okay.  Now, you just had calculated to us the

17     total amount to preferred shareholders for all of the series

18     that were outstanding.  You said that amount was 5 billion.

19     Remember that?

20     **A.**    Yes.

21     **Q.**    Okay.  Can you explain to the ladies and gentlemen

22     of the jury why it is that the outstanding dividends are 5

23     billion; however, what is reflected here -- outstanding --

24     the dividends for the outstanding shares, for preferred

25     shareholders, is 5 billion.  But here in this exhibit, we

1    have the dividends paid by Fannie Mae and Freddie Mac to all

2    shareholders at 30 million.

3         **A.**    The difference?

4         **Q.**    Yes.

5         **A.**    The difference would be dividends paid to the

6    common shareholders.

7         **Q.**    So in your other charts there was no reflection of

8    the common shareholders; is that correct?

9         **A.**    That's correct.

10        **Q.**    But here there is a reflection of the dividends

11   paid to the common shareholders?

12        **A.**    That's correct.

13        **Q.**    Can you explain to us why we would see that

14   difference?

15        **A.**    Just different slide and what we were presenting.

16   The first slide we were presenting specifically dividends

17   paid to preferred shareholders.  This slide showed dividends

18   paid to all of the shareholders in both of the entities.

19        **Q.**    Okay.

20             **MS. DAVIS:**   Court's indulgence.  I just wanted to

21   make sure I hadn't missed anything.

22   **BY MS. DAVIS:**

23        **Q.**    Would you just tell the ladies and gentlemen of

24   the jury what date range you are focused on when you

25   calculated Plaintiffs' Exhibit 5C in terms of the dividends

1   that were paid out over time.

2       **A.**   This shows the dividends paid out from 1996

3   through 2008.

4       **Q.**   And, again, just so that the record is clear, that

5   is for all shareholders.

6       **A.**   That's correct.

7       **Q.**   Okay.  Now, Ms. Hartman, did there come a time

8   that you gathered information that could be used to create a

9   timeline to aid the jury in seeing when things were

10  happening during the course of time we are looking at in

11  this case?

12      **A.**   Yes, I did.

13      **Q.**   How did you come up with the events that you were

14  going to focus on for that timeline?

15      **A.**   The attorneys identified the events.

16      **Q.**   And what did you do in learning the events?  What

17  was your sort of next data point that you gathered?

18      **A.**   We looked at the underlying documentation to

19  determine the date that those events happened.

20          **MR. STERN:**   Your Honor, I apologize for...

21      (Sidebar discussion)

22          **MR. STERN:**   Your Honor, I had an email exchange

23  with Mr. Hume -- or one of my colleagues did, I can't

24  remember -- where we confirmed we were in mutual

25  agreement -- we had a discussion and there was a follow-up

1      exchange. email.

2           We were in mutual agreement that the rule on

3      witnesses would apply, except with respect to the class

4      representatives and Mr. Linekin, who we agreed were parties

5      or the functional equivalent of parties.  We did not, at

6      least as I recall my agreement with Mr. Hume, we did not

7      limit the application of the rule solely to fact witnesses.

8      In other words, we just agreed that the rule on witnesses

9      would apply.

10          It's just been brought to my attention that

11     Dr. Dharan, D-h-a-r-a-n, is sitting in the courtroom and

12     listening to the testimony.  We ask that he be excluded, in

13     a way that doesn't embarrass him, of course.  That's our

14     request, Your Honor.  And any other expert witnesses who may

15     be in the courtroom that I am not recognizing.

16          **MR. KRAVETZ:**  Your Honor, this is Robert Kravetz

17     for the plaintiffs.  As Mr. Stern indicated, Mr. Dharan is

18     an expert in the matter.  He is able to testify based upon

19     evidence that is admitted at trial.  There is no rule of law

20     that would preclude him from watching this testimony or any

21     other testimony.  An expert is distinct from a fact witness.

22          **MR. STERN:**  Your Honor, I can pull out the rule.

23     But, as I'm sure the Court knows, the rule that establishes

24     the sequestration doesn't distinguish between fact witnesses

25     and expert witnesses; that's sometimes done by agreement.

1          But I'm 98 percent certain that my agreement with

2    Mr. Hume was not limited to fact witnesses.  We had a

3    subsequent exchange that referred to talking to a witness

4    during his or her testimony; and that request from him, for

5    clarification, was made with regard to Ms. Hartman.  My

6    recollection is that -- we don't have our experts here.  My

7    recollection is that our agreement was not limited to fact

8    witnesses.  And the rule -- I can pull out the rule, Your

9    Honor.  The rule does not distinguish between fact witnesses

10   and expert witnesses.  We would ask that the expert be

11   excluded.

12          **MR. KRAVETZ:**  Your Honor, Robert Kravetz.  Rule

13   702 would permit an expert witness, under the circumstances,

14   to review information that is presented at trial.  We would

15   expect that -- it's my understanding that that was not the

16   scope of the agreement, because we had always contemplated

17   that expert witnesses would be able to review the testimony

18   of other experts, as well as other fact witnesses.  So I

19   request that Mr. Dharan be permitted to remain in the

20   courtroom.

21          **THE COURT:**  Absent hearing from Mr. Hume, he

22   should be excluded until we hear from him.

23          **MR. KRAVETZ:**  Yes, Your Honor.

24      (Sidebar discussion concluded)

25

1    **BY MS. DAVIS:**

2        **Q.**   Ms. Hartman, we were talking about the timeline

3    and the information you gathered in order to put a timeline

4    together.

5        Can you tell the ladies and gentlemen of the jury, what

6    you used as a source -- as some of the sources for that

7    timeline?

8        **A.**   Sure.  We used the underlying public information.

9    The 10-Ks and the 10-Qs that reported some of these events.

10   There is also something called an 8-K, which is something

11   that a public company would file when there is an

12   extraordinary or special event.

13       **Q.**   Okay.  And after preparing that, did you then help

14   create a PowerPoint presentation that would have those

15   specific dates in it?

16       **A.**   Yes.

17       **Q.**   Okay.  I'm going to have you -- we're going to

18   pull up the first two dates on our timeline.  And I want you

19   to look back at that Joint Statement of Facts that the

20   parties have agreed on.  In the record it's JX1.  And I'd

21   like you to read Paragraphs 8 through 12.

22       **A.**   "A financial crisis began in the summer of 2007.

23   The crisis lead Congress and financial regulators to enact

24   multiple, systemic reforms.  One of those reforms was the

25   enactment of a federal law called the Housing and Recovery

1    Act of 2008 ("HERA") in July 2008, which addressed the

2    concerns of Fannie Mae's and Freddie Mac's financial

3    condition --

4         **MR. STERN:**  I'm sorry, Your Honor.  May I be heard

5    on the phone?

6         (Sidebar discussion)

7         **MR. STERN:**  Your Honor, my recollection is that

8    the plaintiffs agree that -- I realize that the witness is

9    just reading from a stipulation, but the plaintiffs agreed

10   that they were not going to have Ms. Hartman testify about

11   HERA or actually any other provisions of law.  The Court may

12   recall that we --

13        **THE COURT:**  That's correct.

14        **MR. STERN:**  Just for the Court's reference and for

15   the record, it's in the Court's ruling.

16        **THE COURT:**  I recall and I agree.

17        **MS. DAVIS:**  Thank you, Your Honor.

18        (Sidebar discussion concluded)

19   **BY MS. DAVIS:**

20        **Q.**   We are going to move to the next point on the

21   timeline.  What is the date there, that next significant

22   date there?

23        **A.**    September 7th, 2008.

24        **Q.**   Can you give us the title of the event of that

25   date?

1        A.    "Treasury execute security preferred stock

2  purchase agreements, PSPAs, with FHFA acting for Fannie Mae

3  and Freddie."

4        Q.    Now I'm going to direct your attention to

5  Plaintiffs' Exhibit 2B, as in boy.  Can you tell us what

6  agency is noted here in Plaintiffs' Exhibit 2B?

7        A.    Federal Housing Finance Agency.

8        Q.    And what is the title of the document?

9        A.    "Statement of FHFA Director James B. Lockhart."

10       Q.    Now, I'm going to direct you to the relevant

11  passage.  I think it is page 5 of 10, starting with

12  "therefore."  And if you could read that to the ladies and

13  gentlemen of the jury.

14       A.    "Therefore, in order to restore the balance

15  between safety and soundness and mission, FHFA has placed

16  Fannie Mae and Freddie Mac into conservatorship.  That is a

17  statutory process designed to stabilize a troubled

18  institution with the objective of returning the entities to

19  normal business operations.  FHFA will act as the

20  conservator to operate the Enterprises until they are

21  stabilized."

22       Q.    Thank you.  Now, I'm going to show you another

23  document.  This is Plaintiffs' Exhibit 2C, as in cat.

24  Again, already admitted.  Can you tell us the agency for

25  this particular document?

1      **A.**   Federal Housing Finance Agency.

2      **Q.**   What is the title of this document?

3      **A.**   "Questions and Answers on Conservatorship."

4      **Q.**   I'm going to ask you to read the first page and

5      the first answer given on the second page of the document

6      for the benefit of the ladies and gentlemen.

7      **A.**   "Question:  What is a conservatorship?

8           "Answer:  A conservatorship is the legal process

9      in which a person or entity is appointed to establish

10     control and oversight of a company, to put it in a sound and

11     solvent condition.  In a conservatorship, the powers of the

12     company's directors, officers and shareholders are

13     transferred to the designated conservator.

14          "Question:  What is a conservator?

15          "Answer:  A conservator is the person or entity

16     appointed to oversee the affairs of a company for the

17     purpose of bringing the company back to financial health.

18          In this instance, Federal Housing Finance Agency,

19     FHFA, has been appointed by its director to be the

20     conservator of the company, in accordance with the Federal

21     Housing Finance Regulatory Reform Act of 2008, public law

22     110-289 and the Federal Housing Enterprises Financial Safety

23     and Soundness Act of 1992 (12 U.S.C. 4501, *et seq.* as

24     amended) to keep the company in a safe and solvent financial

25     condition.

1        "Question:  How is a conservator appointed?

2        "Answer:  By statute, the FHFA is appointed

3   conservator by its director, after the Director determines,

4   in his discretion, that the company is in need of

5   reorganization or habilitation of its affairs.

6        "Question:  What are the goals of this

7   conservatorship?

8        "Answer:  The purpose of appointing the

9   conservator is to preserve and conserve the company's assets

10  and property and to put the company in a sound and solvent

11  condition.  The goals of the conservatorship are to help

12  restore confidence in the company, enhance capacity to

13  fulfill its mission, and mitigate the systemic risk that is

14  contributed directly to the instability in the current

15  market.  There is no reason for concern regarding the

16  ongoing operations of the company.  The company's operation

17  will not be impaired and business will continue without

18  interruption.

19       **Q.**   Thank you.

20       **THE COURT:**  With the infusion of a few billion

21  dollars from the government.

22       **THE WITNESS:**  Yeah.

23       **THE COURT:**  It just so happens that Congress

24  approved all of that.

25       **THE WITNESS:**  That's my understanding.

1          **MS. DAVIS:**  Thank you, Your Honor.

2          **THE COURT:**  And there was -- to save us all, I

3     guess, was the theory.  Right?

4          **THE WITNESS:**  That's my understanding.

5          **THE COURT:**  I guess they did.  We're still here.

6     Go ahead.

7          **MS. DAVIS:**  Okay.  Thank you.

8     **BY MS. DAVIS:**

9     **Q.**  And now we are going to go to Plaintiffs' 2E, as

10    in Edward.

11         **THE COURT:**  2E?

12         **MS. DAVIS:**  E, as in Edward.

13    **BY MS. DAVIS:**

14    **Q.**  Can you tell us what Plaintiffs' 2E is?

15    **A.**  It's an email message.

16    **Q.**  And who is that email from?

17    **A.**  Edward DeMarco.

18    **Q.**  Who is it to?

19    **A.**  Robert Collender with a CC to Patrick Lawler.

20    **Q.**  And what date was that email sent?

21    **A.**  October 30, 2008.

22    **Q.**  What is the subject of that email?

23    **A.**  Treasury support for the GSEs, request for slides.

24    **Q.**  And can you give us the text -- read the text of

25    the email?

1      **A.**   "Here you go -- my slides and notes from my talk

2   to ABS East.  See especially slides 17 and 18 and the notes

3   that go with slide 17."

4      **Q.**   Now I'm going to direct your attention to the

5   cover page of one of those attachments.  For the benefit of

6   the record, can you read the text that's here on this -- on

7   the cover page of this attachment?

8      **A.**   "Federal Housing Finance Agency, ABS East, October

9   20, 2008."

10      **Q.**   Now, I'm going to direct you to Page 18 of 40 of

11   Exhibit 2E, which is also Page 16 of the PowerPoint

12   presentation.

13         **MS. DAVIS:**   Thank you, Kevin.

14   **BY MS. DAVIS:**

15      **Q.**   And can you read that first paragraph for the

16   benefit of the record and for the jury?

17      **A.**   "Conservatorship is defined as a statutory process

18   to stabilize a troubled institution which is intended to

19   have a limited duration and has as its objective to return

20   the entity to normal business operations once stabilized.

21   Conservatorship statutes provide broad authority for a

22   conservator to operate the institution until it is

23   stabilized and then returned to the shareholders."

24      **Q.**   Thank you.  Now we are going back to Slide 10.

25   I'd ask you to read from the stipulation JX1, paragraphs --

1        **MS. DAVIS:**  I just want to make sure we're right,

2    here.  Court's indulgence.

3    **BY MS. DAVIS:**

4        **Q.**   First, I'd ask you to read Paragraphs 17 through

5    20.  You can proceed.

6        **A.**   "Under the PSPAs, Treasury committed to invest up

7    to $100 billion in each Enterprise as needed to ensure that

8    every quarter each Enterprise maintained a positive net

9    worth (the "Treasury Commitment" or "Commitment").  An

10   Enterprise has a positive net worth if its assets exceed its

11   liabilities as determined by Generally Accepted Accounting

12   Principles (GAAP).

13            "For quarters in which an Enterprise's liabilities

14   exceed its assets under GAAP, the PSPA's allow the

15   Enterprise to draw upon treasury's Commitment in an amount

16   equal to the difference between liabilities and assets.

17            "In return for the Treasury Commitment, Treasury

18   received one million shares in a newly created class of

19   non-voting stock in each Enterprise, known as Senior

20   Preferred Stock.

21            "The specific terms of the Senior Preferred Stock

22   were contained in a document called the Certificate of

23   Designation of Terms of Variable Liquidation Preference

24   Senior Preferred Stock, Series 2008-2, referred to herein as

25   the 'Treasury Stock Certificate.'"

1      Q.   Now I'm going to ask you to look at the same

2   stipulation and read Paragraphs 21 through 25.

3      A.   "The PSPAs, and their associated Treasury Stock

4   Certificates, entitled Treasury to the following with

5   respect to each Enterprise:  (i) a $1 billion senior

6   liquidation preference -- a priority right above all other

7   shareholders, whether preferred or otherwise, to receive

8   distributions from assets if the Enterprise was liquidated;

9   (ii) a dollar-for-dollar increase in that liquidation

10  preference each time an Enterprise drew on the Treasury

11  Commitment; (iii) an annual cash dividend (paid quarterly)

12  of 10% of Treasury's liquidation preference, or if not paid

13  in cash, an increase of the liquidation preference at a rate

14  of 12% of Treasury's liquidation preference; and (iv)

15  warrants allowing Treasury to purchase up to 79.9% of each

16  Enterprise's common stock at a price of $0.00001 per share

17  through September 7, 2028.

18          "The total cost of exercising Treasury's common

19  stock warrants in both Fannie Mae and Freddie Mac is less

20  than $72,000."

21      Q.   You can continue on.

22      A.   I'm sorry?

23      Q.   You can continue on.

24      A.   "The PSPAs also provided for a quarterly Periodic

25  Commitment Fee paid by each Enterprise to Treasury, and

1    stated as follows:

2        "The periodic commitment fee is intended to fully

3    compensate purchaser (Treasury) for the support provided by

4    the ongoing commitment following December 31, 2009.  The

5    amount of the periodic commitment fee shall be set not

6    latter later than December 31st, 2009, with respect to the

7    ensuing five-year period, shall be reset every five years

8    thereafter, and shall be determined with reference to the

9    market value of the commitment as then in effect.  The

10   amount of the periodic commitment fee shall be mutually

11   agreed by purchaser and seller (Treasury and each respective

12   enterprise, acting by and through FHFA), subject to their

13   reasonable discretion and in consultation with the Chairman

14   of the Federal Reserve; provided that purchase (Treasury)

15   may waive the periodic commitment fee for up to one year at

16   a time, in it's sole discretion, based on adverse conditions

17   in the United States mortgage market.  Treasury waived the

18   periodic commitment fee for 2010, 2011 and 2012.  The

19   enterprises have never paid any periodic commitment fee to

20   Treasury."

21       **Q.**   The last one?

22       **A.**   Oh, I'm sorry.  "The PSPA has barred the

23   enterprises from making any other distributions to

24   enterprise stockholders including issuing dividends to

25   shareholders without Treasury's consent."

1      **Q.**   Thank you.  Now we are going to go back to the

2   PowerPoint slide and we're going to look at the next

3   significant date.  What's that date?

4      **A.**   May 6th, 2009.

5      **Q.**   Okay.  And was that the date for the first

6   amendment to the agreement?

7      **A.**   The first amendment to the PSPA, yes.

8      **Q.**   Okay.  Since we have the agreed-upon language, I

9   am going to direct you to Paragraph 26 of the stipulation.

10     **A.**   "On May 6, 2009, Treasury and FHFA, acting as

11  conservator of the enterprises amended the PSPAs (the First

12  Amendment) the First Amendment doubled the Treasury's

13  commitment to each enterprise, from $100 billion each (200

14  billion total) to 200 billion each (400 billion total).

15     **Q.**   Now we are going to go to the next significant

16  date.  What happened on that date?  Well, give us the date

17  first.

18            **MR. STERN:**  Objection.  Leading, Your Honor.

19            **THE COURT:**  I didn't hear it.

20            **MS. DAVIS:**  He said, Objection.  Leading.

21            **THE COURT:**  Sustained.

22            **MS. DAVIS:**  Very well.  Very well, Your Honor.

23  **BY MS. DAVIS:**

24     **Q.**   What is the next date of significant events.

25     **A.**   December 24th, 2009.

1      **Q.**   So Christmas Eve.

2      **A.**   Yes.

3      **Q.**   We're going to look at Paragraph 27.  I'll ask you

4      to read that into the record.

5      **A.**   "On December 24, 2009, Treasury and FHFA, acting

6      as conservator of the enterprises, again amended the PSPAs

7      (the Second Amendment).  The second amendment replaced $20

8      billion Treasury commitment to each enterprise with a new

9      commitment to provide as much funding as each enterprise

10     needed to prevent insolvency through December 31, 2012.

11     After which time a cap on the commitment would be reinstated

12     and fixed pursuant to a formula.  The Second Amendment also

13     extended the date for Treasury to set the periodic

14     commitment fee from December 31, 2009 to December 31, 2010."

15     **Q.**   Now we are going to go back to your Excel file.

16     We are going to look first at Plaintiffs' Exhibit 5J.  Can

17     you tell us what Plaintiffs' Exhibit 5J represents?

18     **A.**   This shows the quarterly and cumulative draws that

19     Fannie Mae drew down against the Treasury commitment.

20     **Q.**   And how is it organized?

21     **A.**   It's organized by quarter showing the quarterly

22     draw, then the cumulative draw, the amount of the Treasury

23     commitment and the amount left on the Treasury commitment

24     after the draw.

25     **Q.**   Okay.  Let's take this step by step.  So the first

1   column, what does it show us?

2        **A.**   The year.

3        **Q.**   And next?  The next column?

4        **A.**   The quarter within that year.

5        **Q.**   And what quarter does your summary start on?

6        **A.**   The fourth quarter of 2008.

7        **Q.**   Okay.  Next we have a column called "quarterly

8   draws."  What did you mean when you wrote that?

9        **A.**   That's the amount in that specific quarter that

10   Fannie Mae drew down, received funds from the Treasury.

11        **Q.**   Drew down meaning it's received funding?

12        **A.**   Correct.

13        **Q.**   And the next column is cumulative draws.  What

14   does that tell us?

15        **A.**   That's the total amount to date that Fannie Mae

16   had drawn down, received funding from the Treasury

17   commitment.

18        **Q.**   And so how is the column for cumulative draws

19   affected by the column for quarterly draws?

20        **A.**   It's additive.  So every time there is a draw on a

21   quarter, you keep adding to that, to show the balance of the

22   total that's been drawn down.

23        **Q.**   Okay.  Now, the next column is the Treasury -- it

24   says "Treasury commitment."  What does that mean?

25        **A.**   It's the amount that Treasury had agreed at that

1    time to make available to Fannie Mae to fund them, if

2    needed.

3         **Q.**   And then, lastly, the column "Amount left from

4    Treasury commitment."

5         **A.**   That shows after a drawdown what is left that

6    Fannie Mae, at the time, had the ability to ask for funds

7    from the Treasury.

8         **Q.**   Okay.  So that's was left over in the commitment?

9         **A.**   Correct.

10        **Q.**   Okay.  Now, can you tell us what it is you

11   observed about what the quarterly draws looked like going

12   from 2009 down through quarter 2 of 2012?

13        **A.**   From 2009 going forward to 2011, beginning of

14   2012, the amount of drawdown starts to decrease.  It varies,

15   but it's generally decreased from the amounts being drawn

16   down in 2009.

17             **MS. DAVIS:**  Okay.  And we can just highlight that.

18   **BY MS. DAVIS:**

19        **Q.**   And did there come a time when the draw was zero?

20        **A.**   Yes.

21        **Q.**   When does that start?

22        **A.**   Q2 2012.

23        **Q.**   Q2 is quarter 2.  Right?

24        **A.**   Yes.

25        **Q.**   All right.  Now I'm going to direct your attention

1   to Plaintiffs' Exhibit 5K.  Tell us what we are looking at

2   here in Plaintiffs' Exhibit 5K.

3        **A.**   This is similar to the slide we just looked at but

4   it's for Freddie Mac.

5        **Q.**   Okay.

6        **A.**   And it shows the amount of quarterly and

7   cumulative draws that Freddie Mac received funding from the

8   Treasury.

9        **Q.**   Okay.  And directing your attention to those --

10  the quarterly draws column again, can you tell us what you

11  observed about the amount of -- the trend of quarterly draws

12  in 2008 through quarter 2 of 2012?

13       **A.**   After Q2 of 2009, there are three quarters where

14  they did not draw anything down.  And then it decreases

15  significantly from 10.6 billion in Q2 of 2010 down to zero

16  in Q2 of 2012.

17       **Q.**   Okay.  Now did you prepare a chart to illustrate

18  the facts you have just given us about Fannie Mae and

19  Freddie Mac in the drawdown process for them during that

20  time period?

21       **A.**   Yes.

22       **Q.**   Okay.  So I'm going to show you -- I think it's

23  PowerPoint Slide 13.  Let me just get you the exact number

24  here.  That would be Plaintiffs' Exhibit 4K, for purposes of

25  the record.  Is this the graph that you prepared?

1      **A.**   Yes.

2      **Q.**   Now, does your graph here show the quarterly basis

3      or the annual basis?

4      **A.**   Annual.

5      **Q.**   And what can you tell the ladies and gentlemen of

6      the jury about your observation of the draws when you were

7      able to put both companies on one chart?

8      **A.**   That 2009 was the biggest year for drawdowns and

9      then they tapered off over the next few years.

10     **Q.**   And just to be clear for the record, because the

11     record can't see what we are looking at right now, which

12     entity was -- which entity was drawing the most?

13     **A.**   Fannie Mae.

14     **Q.**   So that's signified by the darker bar?

15     **A.**   That's correct.

16     **Q.**   And Freddie Mac, signified by the lighter bar; is

17     that correct?

18     **A.**   That's correct.

19     **Q.**   Thank you.  Now I'm going to show you what has

20     been marked but not admitted -- so we won't display it until

21     you identify it on your screen.  Okay?  And it's also there

22     in your book -- Plaintiffs' Exhibit 5P.  I'm going to ask

23     you some questions about it before we get to the point where

24     the jury's going to see it.  Okay?

25     **A.**   Okay.

453

1        **Q.**   Well, hopefully if there is no objection.

2             Now, Plaintiffs' Exhibit 5P, can you tell us what

3    it is?  You are going to look at it in your booklet.

4        **A.**   Oh, okay.  Sorry.

5             **MS. DAVIS:**  It's only displaying over here.

6             **MR. STERN:**  This is not --

7             **MS. DAVIS:**  So it's not displaying to the jury

8    just yet.

9             **MR. STERN:**  Thank you, Ms. Davis.

10            **MS. DAVIS:**  Okay.

11   **BY MS. DAVIS:**

12       **Q.**   Do you see it?

13       **A.**   Yes.

14       **Q.**   Okay.  Now, I want you to take a look at it and

15   tell us what it is.

16       **A.**    This is an Excel spreadsheet that is a download of

17   the Case-Shiller National Home Price Index.

18       **Q.**    Now, is that a public index that is available to

19   everyone?

20       **A.**   Yes.

21       **Q.**   And did you, in fact, do the download to get the

22   data that is there on Plaintiffs' Exhibit 5P?

23       **A.**   Yes.

24       **Q.**   Did you download anything else from the Shiller

25   Housing Price Index?

1    **A.**    We downloaded a graph that shows the data in this

2    Excel spreadsheet.

3    **Q.**    Okay.  How many graphs did you download?

4    **A.**    Two.

5    **Q.**    I am going to ask you to look at those graphs in

6    your booklet.  They should be Plaintiffs' Exhibits Q and R.

7    And it's also displaying on your screen.

8    **A.**    Okay.

9    **Q.**    That's Plaintiffs' Exhibit Q and then that's

10   Plaintiffs' Exhibit R.  Having had an opportunity to review

11   those and Plaintiffs' Exhibit P5, are they a fair and

12   accurate representation of what you drew down from that

13   website yourself?

14   **A.**    Yes.

15   **MS. DAVIS:**  At this time plaintiffs move to admit

16   Plaintiffs' Exhibit 5P, 5Q and 5R into evidence.

17        (Plaintiffs' Exhibit 5P was received.)

18        (Plaintiffs' Exhibit 5Q was received.)

19        (Plaintiffs' Exhibit 5R was received.)

20        **THE COURT:**  They are received.

21   BY MS. DAVIS:

22   **Q.**    I would ask you to identify 5P for the jury.

23   **A.**    This is a graphical depiction -- I'm sorry.  The

24   Excel spreadsheet?

25   **Q.**    Yes.

1    **A.**    This shows the download of the data directly from

2    the St. Louis Fed of the Case-Shiller Pricing House Index.

3    **Q.**    What is the date range that you had the website

4    pull for you?

5    **A.**    It begins the 1st of -- January 1st of 2007.  And

6    if you could scroll down, the last date is January 1st,

7    2022.

8    **Q.**    Okay.  Now I'm going to have you display

9    Plaintiffs' Exhibit 5Q.

10    **MR. STERN:**  Your Honor, excuse me.  I was a little

11    slow on the uptake here.  We do not object to the admission

12    of 5Q, solely for demonstrative purposes.  The same for 5R.

13    5P we do not object to its admission at all.

14    **THE COURT:**  Okay.

15    **MS. DAVIS:**  May we be heard on that, Your Honor?

16    **THE COURT:**  Yes.

17    **MS. DAVIS:**  We'd ask that those exhibits be

18    admitted as substantive evidence because, just like 5P --

19    **THE COURT:**  The underlying exhibits are in.

20    **MS. DAVIS:**  Right.  But the graphs themselves, as

21    she testified to, were downloaded from the government

22    website.

23    **THE COURT:**  They will be received.

24    **MS. DAVIS:**  Thank you.

25

1    **BY MS. DAVIS:**

2        **Q.**    Now, focusing on 5Q, what does that show us in

3    terms of the trend of the housing index?

4        **A.**    This shows the trend of the housing index from

5    2007 going downward - the National Home Price Index going

6    down to below 140 in 2012 and then increasing through up to

7    above 280 January 1st, 2022.

8        **Q.**    Now, it says, "U.S. National Home Price Index."

9    Is this a price for a particular house?  What is it?

10       **A.**    It's not for a particular house.  It's for the

11   entire country, the home prices.

12       **Q.**    Okay.  Now 5R, can you tell us what we are seeing

13   here?

14       **A.**    This is just a shortened version of the same graph

15   for a shorter time period.

16       **Q.**    What is the time period that is covered?

17       **A.**    January 1st, 2012 to -- I'd have to look at the

18   underlying data for the date in August 2012.  But showing

19   the low point February 2012 and the growth in those next few

20   months in 2012 going from below 137 to above 142.

21       **Q.**    Okay.  And that trajectory starts -- the upward

22   trajectory starts in February of 2012?

23       **A.**    That's correct.

24       **Q.**    Now I'm going to direct you to an exhibit that's

25   already been admitted, Plaintiffs' Exhibit 213.  What is

1    213?

2         **A.**   That's an email message.

3         **Q.**   Who sent this email?

4         **A.**   Bradford Martin.

5         **Q.**   I'm going to direct your attention to two persons

6    that will be relevant for the purposes of this case, Edward

7    DeMarco and Mario Ugoletti.  Do those names appear there?

8         **A.**   Yes, they do.

9         **Q.**   Okay.  What date was this email sent?

10        **A.**   July 13th, 2012.

11        **Q.**   And give us the title.

12        **A.**   "Fannie Mae executive management meeting on July

13   9th, 2012."

14        **Q.**   I'm going to direct you now to a paragraph that

15   pertains to David Benson.  We're going to highlight that for

16   you and then we're going to focus on the sentence that

17   starts, "Dave focused."  Can you read that for the ladies

18   and gentlemen of the jury?

19        **A.**   "Dave focused on the GSEs return to profitability

20   as a key factor in building public support for

21   conservatorship.  Current projections show that cumulative

22   GSE dividends paid will surpass cumulative GSE Treasury

23   draws by 2020.  He referred to the next 8 years as likely to

24   be the 'the golden years of GSE earnings'."

25        **Q.**   All right.  And I want you to stop right there.

1    Now we went through your Excel file.  We did it yesterday

2    and some today.  So I'm going to direct your attention to

3    your Excel file at Plaintiffs' Exhibit 5N.

4              In Plaintiffs' Exhibit 5N, what did you -- what

5    did you find in terms of the comprehensive income of Fannie

6    Mae and Freddie Mac?

7    **A.**   This shows by quarter the comprehensive income or

8    loss reported by Fannie Mae and Freddie Mac.  Losses are

9    reported generally with some quarters -- some earnings

10   through the first quarter of 2012.  And for the most part

11   are positive earnings through 2022, positive comprehensive

12   income.

13   **Q.**   Okay.  So I'm going to show you a slide that pulls

14   out some of this data, Plaintiffs' Exhibit 4N.  What does

15   Plaintiffs' Exhibit 4N show us gathered -- I'm sorry.  I

16   should ask this question:  The information that's included

17   in Plaintiffs' Exhibit 4N, which you have in front of you,

18   you can look at it.  And also Plaintiffs' Exhibit 4O, was

19   that data that was gathered from that Excel spread sheet --

20        **MR. STERN:**  Objection to leading, Your Honor.  I

21   ask the slide be taken down until the testimony establishes

22   what is on it.

23        **THE COURT:**  Sustained.

24   BY MS. DAVIS:

25   **Q.**   When you reviewed your own Excel spreadsheet 5N

1  and then created a PowerPoint, did you assure that those

2  numbers were accurate?

3     **A.**   Yes.

4     **Q.**   Okay.  And did you prepare PowerPoint slides that

5  would reflect some of the data that you had in your Excel

6  file depicted in Plaintiffs' Exhibit 5N?

7     **A.**   Yes.

8     **Q.**   So I'd ask now for Plaintiffs' Exhibit 4N to be

9  displayed.  And again, this is a demonstrative.  Can you

10 tell the ladies and gentlemen of the jury what we're looking

11 at here.

12    **A.**   This is a comparison of the comprehensive income

13 or loss of both Fannie Mae and Freddie Mac comparing the

14 first quarter of 2011 versus the first quarter of 2012.

15    **Q.**   And what did you find?

16    **A.**   In the first quarter of 2011 Fannie Mae lost $6.3

17 billion.  In the first quarter of 2012 they made $3.18

18 billion.  In the first quarter of 2011 Freddie Mac made 2.7

19 billion.  And in the first quarter of 2012, Freddie Mac made

20 1.8 billion.

21    **Q.**   And now to the second quarter.

22       **MS. DAVIS:**  Could you display 4O?

23 BY MS. DAVIS:

24    **Q.**   Tell us what we are looking at here.

25    **A.**   This is a similar slide except we are comparing

1    the second quarter of 2011 to the second quarter of 2012 for

2    both Fannie Mae and Freddie Mac.

3         Q.    What do we see happening here?

4         A.    In the first quarter -- I'm sorry.  In the second

5    quarter of 2011, Fannie Mae last $2.9 billion, and the

6    second quarter of 2012, they made $5.4 billion.  Freddie Mac

7    lost $1.1 billion in the second quarter of 2011, and they

8    made $2.9 billion in the second quarter of 2012.

9         Q.    Now we're going to go back to the timeline,

10   starting with the dates of August 17, 2012.  What happens

11   then?

12        A.    The Third Amendment is executed.

13        Q.    And the next significant date?

14        A.    January 1st, 2013.  The Third Amendment's net

15   worth sweep takes effect.

16        Q.    I'm going to direct you to the stipulated facts

17   that the parties have agreed to.  JX1, Paragraphs 36 through

18   39.

19        A.    I'm sorry.  Through 39?

20        Q.    Yes, 36 through 39.

21        A.    "On August 17th, 2012, Treasury and FHFA, acting

22   as conservator of the enterprises amended the PSPAs a third

23   time (the Third Amendment).  The Third Amendment replaced

24   the fixed 10% dividend with a quarterly variable dividend

25   equal to the positive net worth, if any, of Fannie Mae and

1    Freddie Mac exceeding a predetermined capital reserve.  The

2    capital reserve was originally set at 3 billion, but would

3    decline by $600 million each year, until reaching zero in

4    2018.  The variable dividend is known as the net worth

5    sweep."The net worth sweep became effective on January 1st,

6    2013.  The dividend paid the enterprises for the fourth

7    quarter of 2012 was based on the 10% dividend that applied

8    before the net worth sweep.  And the dividend paid for the

9    first quarter of 2013 was based upon the net worth sweep

10   formula.  In addition, the Third Amendment suspended the

11   enterprise's obligations to pay periodic commitment fees for

12   so long as the net worth sweep remained in effect."

13       **Q.**   We'll go back to the slides.

14           **MR. STERN:**  Same objection to leading, Your Honor.

15   Putting the slides up before the questions were asked.

16           **THE COURT:**  Sustained.

17           **MS. DAVIS:**  Very well.  We will phase it in.

18   **BY MS. DAVIS:**

19       **Q.**   During the course of your summary analysis, did

20   you calculate what the liquidation preference was before the

21   Third Amendment?

22       **A.**   Yes.

23       **Q.**   Did you also look at what the effect was after the

24   Third Amendment?

25       **A.**   Yes.

1      **Q.**   What was the liquidation preference before the

2   Third Amendment?

3      **A.**   I would need to look at the underlying data.

4      **Q.**   Okay.  Can you -- you can look at your Excel file

5   in order to refresh your recollection.

6            To try to speed this along, to refresh your

7   recollection, I'm going to show you what you've already

8   provided in the stipulation, Page 13, Paragraph 38.

9            **MR. STERN:**  Your Honor, I'd object.  Improper

10   refreshment, Your Honor.  She's not testified that she has

11   any failure of recollection.

12            **THE COURT:**  Overruled.

13            **MS. DAVIS:**  Thank you, Your Honor.

14   **BY MS. DAVIS:**

15      **Q.**   I'm showing you what's already been read, JX1,

16   Paragraph 38.  Does that refresh your recollection?

17      **A.**   It doesn't discuss the liquidation preference.

18      **Q.**   Oh, I asked the wrong question.  I'm sorry.

19            **MS. DAVIS:**  I'm sorry.  For the record, Your

20   Honor, I think I asked the wrong question here.  Court's

21   indulgence.

22   **BY MS. DAVIS:**

23      **Q.**   So the question I should have asked you is, Did

24   your summary -- when you examined your summary Excel files,

25   were you able to see a difference in the dividend based on

1   the Third Amendment?  The dividend that was given to

2   Treasury based on the Third Amendment?

3          **MR. STERN:**  Objection to "based on," Your Honor.

4          **THE COURT:**  Overruled.

5          **THE WITNESS:**  Yes.  I saw a difference in the

6   amount paid by Treasury -- I'm sorry.  The amount of the

7   dividends after the Third Amendment was enacted.

8   **BY MS. DAVIS:**

9      **Q.**   Okay.  So that's the question I should have asked.

10  What was the difference in the dividend paid to Treasury

11  after the Third Amendment versus before the Third Amendment?

12     **A.**   It jumps from Q1 2013 for Fannie was 4.2 billion.

13  Q2 for 2013 is $63.5 billion.

14     **Q.**   Very well.  Give us the numbers again.

15     **A.**   4.2 billion.

16     **Q.**   4.2 billion to Treasury.

17     **A.**   To 63.5 billion.

18     **Q.**   To 63.5 billion.

19          Now we're going to go back to your Excel file.

20     **A.**   Can I make a correction?

21     **Q.**   Yes.

22     **A.**   This Excel file I am looking at is cumulative,

23  year to date.  When I said Q1, the dividends for Fannie Mae

24  were 4.2.  And then Q2 the number was 63.5 and 63.5 is the

25  cumulative, year to date.  So you'd have to back out the 4.2

1    for what was actually paid that quarter.  So, basically,

2    let's call it 59 billion.

3              **MR. STERN:**  Just to clarify, Your Honor, we are

4    talking about the year 2013 Q1 and Q2?

5              **MS. DAVIS:**  I think that is something that could

6    be covered in cross.

7              **THE WITNESS:**  Yes.

8              **MR. STERN:**  Yes?  Thank you, Your Honor.

9              **MS. DAVIS:**  Your Honor, I'd ask that the cross be

10   confined to cross.

11             **THE COURT:**  It wasn't clear to me either.  The

12   witness answered the question "yes;" that's what we are

13   talking about.

14             **MS. DAVIS:**  Okay.

15   **BY MS. DAVIS:**

16        **Q.**   Now, let me ask you this question:  For Treasury

17   senior preferred dividends, what was the formula for coming

18   up with Treasury's dividends before the Third Amendment?

19   What was the formula?

20        **A.**   For cash dividends it was 10 percent of the

21   outstanding preferred stocked.

22        **Q.**   Okay.  And after the Third Amendment, what was the

23   formula for coming up with what Treasury would get in

24   dividends?

25        **A.**   It was call the net worth sweep, which was the

1    amount that the entities liabilities -- assets exceeded

2    their liabilities.

3         Q.   And what was that percentage?  What was that

4    percentage after the Third Amendment?

5         A.   There was not a fixed percentage.

6         Q.   Okay.  What was the percentage in relation to net

7    worth?

8         A.   It was the total amount of the net worth, meaning

9    the assets -- the amount of the assets were greater than the

10   liabilities.

11        Q.   So all of it?

12        A.   All of it.

13             MR. STERN:  Objection to "all of it," Your Honor,

14   as vague.

15             THE COURT:  Sustained.

16             MR. STERN:  Move to strike, Your Honor.

17             MS. DAVIS:  Court's indulgence.

18             THE COURT:  See if you can clarify what "all of

19   it" means.

20             MS. DAVIS:  All right.

21   BY MS. DAVIS:

22        Q.   If you could for the Court and for the benefit of

23   the jurors, please clarify what you mean by what you say

24   "all of it."

25        A.   To clarify, the net worth sweep replaced a 10

1   percent dividend with -- they took all of the amount of the

2   assets that were greater than the amount of their

3   liabilities, less a certain cash reserve that the entities

4   were allowed to keep on hand so they could operate.

5       Q.   So what percentage of the net worth would be

6   taken?

7       A.   The net worth being defined assets -- amount of

8   assets greater than liabilities, less any sort of cash

9   reserves they could keep, Treasury would take 100 percent of

10  that.

11          **MS. DAVIS:**   At this time we would like to display

12  for the jury, Plaintiffs' Exhibit 4P.

13  **BY MS. DAVIS:**

14      Q.   And just to be clear for the ladies and gentlemen

15  of the jury, when we are looking at these PowerPoint slides,

16  you had your Excel files.  Correct?

17      A.   Yes.

18      Q.   And what was your involvement in these PowerPoint

19  slides, in terms of putting them together?

20      A.   I worked with our team and reviewed the underlying

21  data to ensure that the charts accurately reflected the

22  data.

23      Q.   Okay.  And so would you say that to be true for

24  Plaintiffs' Exhibit 4P?

25      A.   Yes.

1      **Q.**   And, in fact, it reflects the testimony that you

2      have just given; is that correct?

3      **A.**   Yes.

4           **MS. DAVIS:**  Court's indulgence.

5      **BY MS. DAVIS:**

6      **Q.**   So I want to direct your attention to Plaintiffs'

7      Exhibit 5I -- let's do it in order -- 5H and 5I.  So let's

8      do 5H first.

9           Now, could you tell the ladies and gentlemen of

10     the jury what is depicted in Plaintiffs' Exhibit 5H?

11     **A.**   This shows the amount of cash dividends paid by

12     both Fannie Mae and Freddie Mac to the U.S. Treasury by

13     quarter.

14     **Q.**   Okay.  And what is the date range for that?

15     **A.**   The first quarter of 2008 to the second quarter of

16     2022.

17     **Q.**   Okay.  And I'll direct you to -- and that's for --

18     which entity is that for?  Oh, that's for both of them.  I'm

19     sorry.  And then --

20          **MR. STERN:**  Objection, Your Honor.

21          **MS. DAVIS:**  I'm sorry.  I'm just getting confused

22     because this -- it's not the witness, it's me.

23     **BY MS. DAVIS:**

24     **Q.**   Okay.  In order to formulate your Excel file in

25     Plaintiffs' Exhibit 5H, what source of data did you use?

1      **A.**    The publicly-available filings and/or Bloomberg.

2      **Q.**    Okay.  I want to direct your attention directly

3      those dividends paid to Treasury in 2012 and 2013.

4           **MS. DAVIS:**  Your Honor, may I raise an issue?  I

5      want to make sure we are clear on this.

6           (Sidebar discussion)

7           **MS. DAVIS:**  Your Honor, my understanding is that

8      the demonstratives will be able to be utilized by the

9      witness to demonstrate the formulations she prepared in her

10     summary Excel file.

11           There was no objection given to any if of these

12     demonstratives during the course of all of our negotiations.

13     So I did make sure that the witness was prepared to testify

14     based on those representations by defense.  Now there have

15     been at least two objections raised in front of the jury --

16     six objections raised in front of the jury as to these

17     demonstratives that have been agreed upon and examined

18     thoroughly.

19           **MR. STERN:**  Your Honor, we have no objection to

20     the use of the demonstratives.  But we respectfully submit

21     the proper procedure is to establish the underlying evidence

22     and then present the demonstrative as an illustration of the

23     evidence; that was the basis of my objection.

24           **MS. DAVIS:**  Your Honor, respectfully, in order to

25     have the witness do all of the formulations here before this

1    jury, there was no foundation objection for that purpose.

2    So she would be required to do full calculations in front of

3    the jury.  We could take the time to do that, but it's not

4    in line with what was agreed upon by the parties.  There was

5    no objection to the demonstrative and no objection to the

6    underlying exhibit.

7         **MR. STERN:**  Your Honor, to be clear, I'm not

8    asking for that.  I'm just asking a simple foundational

9    question:  Did you prepare a demonstrative based on the data

10   that you reviewed in your Excel file?  Then she says, Yes.

11   Then we would not object to the demonstrative.

12        **MS. DAVIS:**  No.  Respectfully, for each objection,

13   speaking objection at that, defendant has made

14   representations that she needed to be able to do the

15   formulation here, the calculation here, in order to lay the

16   foundation.  There was no foundation objection noted before

17   we got to this point.

18        **MR. STERN:**  I apologize, Your Honor.  It was not

19   the intent of my objection.

20        **THE COURT:**  That was not what I thought his

21   objection was either.

22        **MS. DAVIS:**  The objection appears -- well, my

23   understanding is that he doesn't want her to be able to see

24   the PowerPoint before she testifies to it; and that is not

25   what I understand her to have to do in this instance.

1          **MR. STERN:**  Your Honor, all I'm requesting is that

2     a foundation be laid with simple a simple question, Did you

3     review data relating to X?  Yes, I did.  Based on your

4     review of that data, did you prepare a PowerPoint?  Yes, I

5     did.  And then I wouldn't object so long as, obviously, it

6     links up to what she reviewed.

7          I'm not asking for her to do all the calculations.

8     I understand the whole idea that this is to get rid of all

9     of that.

10          **THE COURT:**  That's what I understood as well.

11          **MS. DAVIS:**  What?  I'm sorry.  I just want to make

12     sure I understand what you are asking for.

13          **MR. STERN:**  I'm asking --

14          **THE COURT:**  We'll take our morning recess.

15          **MS. DAVIS:**  Okay.  Thank you, Your Honor.

16       (Sidebar discussion concluded)

17          **THE COURT:**  We'll take our morning recess.

18       (Jury exited the courtroom)

19       (Break)_

20          **THE COURT:**  Are we ready to proceed?

21          **MS. DAVIS:**  Your Honor?

22          **THE COURT:**  Are we ready to proceed?

23          **MS. DAVIS:**  Yes, just a couple things I would like

24     to put on the record.

25          **THE COURT:**  Okay.

1          **MS. DAVIS:**  So the first is, there was an

2     objection raised to the first portion of the stipulation

3     that the witness would read, Paragraphs 8 through 12.  There

4     was an objection raised saying that she was not supposed to

5     read HERA.  And the objection, of course, was that they did

6     not want her to read the statute by cherry-picking certain

7     portions.  However, the parties agreed to the stipulated

8     facts in order to get past that point.

9          (Deputy clerk knocked to announce the jury's entrance.)

10          **THE COURT:**  Just close the door for a minute.  All

11     right.

12          **MS. DAVIS:**  So we would ask her to be able to get

13     past that point.

14          **THE COURT:**  I already sustained that objection.  I

15     understood she wasn't going to be reading the statute.

16          **MS. DAVIS:**  She's not reading the statute, Your

17     Honor.

18          **THE COURT:**  That paragraph was reading straight

19     out of the statute.

20          **MS. DAVIS:**  No, that paragraph was the stipulated

21     facts we already agreed to that from the statute.  So we

22     already agreed to that.

23          **THE COURT:**  I'm not reconsidering that.  What is

24     your other thing you want to put on the record, if you want

25     something on the record.

1              **MS. DAVIS:**  Yes.

2              **THE COURT:**  The jury is sitting outside waiting,

3      so let's get this done.

4              **MS. DAVIS:**  Yes, Your Honor.

5              The second thing was that we will do the

6      foundational question that defense has asked us to do in

7      order to have her display those slides; however, we do not

8      think that that is in line with our agreement.  But for

9      purposes of expediency and for us to move along here, we

10     will just lay the foundation --

11             **THE COURT:**  In the future, if you think you are

12     having a disagreement, tell me about it in advance, if you

13     want me to resolve something.  Bring the jury in.

14         (Jury entered the courtroom)

15             **THE COURT:**  Did the witness disappear?

16             **MS. DAVIS:**  She's still here.  Court's indulgence.

17             **THE COURT:**  Go ahead.

18             **MS. DAVIS:**  Thank you, Your Honor.

19     **BY MS. DAVIS:**

20         **Q.**   Ms. Hartman, I want you to utilize that notebook

21     that you have in front of you.  And I'm going to draw your

22     attention to Plaintiffs' Exhibit 4Q.  Do you have it?

23         **A.**   Yes.

24         **Q.**   Do you recognize it?

25         **A.**   Yeah.

1  **Q.**   What is it?

2  **A.**   This is a graph that shows the total amount of

3  dividends paid to Treasury from Fannie Mae and Freddie Mac

4  in 2012 and total amount in 2013.

5  **Q.**   And did you formulate this particular chart?

6  **A.**   Yes.

7  **Q.**   Where did you derive the information from?

8  **A.**   From the underlying Excel spreadsheet.

9  **Q.**   Okay.  And is it a fair and accurate

10  representation of the information that you reviewed for this

11  purpose?

12  **A.**   Yes, it is.

13  **MS. DAVIS:**  At this time, we would like to display

14  Plaintiffs' Exhibit 20.

15  **THE COURT:**  You may.

16  **MS. DAVIS:**  I'm sorry.  Plaintiffs' Exhibit 4Q.

17  **BY MS. DAVIS:**

18  **Q.**   And can you tell the ladies and gentlemen of the

19  jury what we are looking at here?

20  **A.**   This is the total amount of dividends paid to

21  Treasury by Fannie Mae and Freddie Mac.  In 2012 combined

22  they paid the Treasury 18.8 billion.  And in 2013 combined,

23  they paid the Treasury 130 billion.

24  **Q.**   Okay.  Now we are going to go back to the

25  inception of the conservatorship in 2008.  Okay?  Again, I

1   want you to look at your booklet there and look at

2   Plaintiffs' Exhibit 4R.  Do you recognize that?

3       **A.**   Yes, I do.

4       **Q.**   What is it?

5       **A.**   This shows the total dividends paid to Treasury

6   each year from 2009 to 2013.

7       **Q.**   Okay.  And from where did you derive the

8   information that's displayed in Plaintiffs' Exhibit 4R?

9       **A.**   From the underlying spreadsheet.

10      **Q.**   Is it a fair and accurate depiction of the

11  information that you gathered during your review?

12      **A.**   Yes, it is.

13          **MS. DAVIS:**  At this time, we would ask to display

14  Plaintiffs' Exhibit 4R.

15          **THE COURT:**  You may.

16  **BY MS. DAVIS:**

17      **Q.**   We'll just go year by year.  What does Plaintiffs'

18  Exhibit 4R tell us about 2009?

19      **A.**   In 2009 the entities paid Treasury $6.6 billion.

20      **Q.**   In 2010?

21      **A.**   In 2010 the enterprises paid Treasury $13.5

22  billion.

23      **Q.**   In 2011?

24      **A.**   They paid Treasury $16.1 billion.

25      **Q.**   In 2012?

1       **A.**   They paid Treasury $18.8 billion.

2       **Q.**   In 2013?

3       **A.**   They paid Treasury $130 billion.

4       **Q.**   And during that time, how much did they pay to the

5   private preferred shareholders?

6       **A.**   Zero.

7       **MS. DAVIS:**  Let's go back to the timeline.

8   **BY MS. DAVIS:**

9       **Q.**   Let's display the next date, December 21st, 2017.

10  And I'll ask you to read from the Joint Statement of

11  Undisputed Material Facts that the plaintiffs and the

12  defendants have agreed upon, Paragraph 43.

13      **A.**   "On December 21st, 2017, Treasury and FHFA, acting

14  as conservator to the enterprises, entered into letter

15  agreements that changed the terms of the senior preferred

16  stock certificates in each enterprise issued under the PSPAs

17  2017 letter agreements to permit each enterprise to retain a

18  $3 billion capital reserve.  The 2017 letter agreements also

19  increased Treasury's liquidation preference with respect to

20  each enterprise by $3 billion, 6 billion total.

21      "Under the 2017 letter agreements, each enterprise

22  paid a dividend to Treasury, equal to the amount that's net

23  worth at the end of each quarter exceeded $3 billion.  Those

24  terms applied to the December 31st, 2017 dividend payment

25  and the dividend payments from each quarter thereafter,

1   until the execution of the September 30th, 2019 letter

2   agreements."

3       Q.   Now, let's go back to the timeline and the next

4   date, September 27th, 2019.  I'll ask you to read Paragraph

5   44 from that Joint Statement of Undisputed Material Facts.

6       A.   "On September 30th, 2019, Treasury and FHFA,

7   acting as conservator to the enterprises, entered into

8   letter agreements that changed the terms of the senior

9   preferred stock certificates in each enterprise, issued

10  under the PSPAs 2019 letter agreements, to permit each

11  enterprise to retain earnings beyond the $3 billion capital

12  reserves, previously allowed through the 2017 letter

13  agreements.  The 2019 letter agreements also provided that

14  the liquidation preferences for Treasury's senior preferred

15  stock, would increase the amount of capital enterprises

16  retained each quarter.  Fannie Mae and Freddie Mac were

17  permitted to maintain capital reserves of 25 billion and 20

18  billion respectively."

19      Q.   Thank you.  Now let's go back to the timeline, to

20  the next date, January 14th, 2021.  And I'd ask you to read

21  Paragraph 45 of that Joint Statement of Undisputed Facts.

22      A.   "On January 14th, 2021, Treasury and FHFA, acting

23  as conservator to the enterprises, entered into letter

24  agreements that changed the terms of the senior preferred

25  stock certificates in each enterprise issued under the PSPAs

1    (the 2021 letter agreements).  Among other things, the 2021

2    letter agreements suspended the cash dividend owed in order

3    to permit each enterprise to retain earnings until it

4    satisfied the requirements of the 2020 enterprise capital

5    rule, and provided that the liquidation preference for each

6    enterprise would increase each quarter by the amount in

7    earnings each enterprise was permitted to retain in lieu of

8    the cash dividend."

9         Q.   Thank you.  Now I want you to go to your binder

10   and look at Plaintiffs' Exhibit 4S.  Do you recognize

11   Plaintiffs' Exhibit 4S?

12        A.   I do.

13        Q.   What is it?

14        A.   It shows the changes to the dividend before the

15   Third Amendment, after the Third Amendment and then in

16   December 2017 and after Q2 2019.

17        Q.   Okay.  And did you help to formulate this

18   exhibit --

19        A.   Yes.

20        Q.   -- this slide?

21        A.   Yes.

22        Q.   Where did you get the information from in order to

23   formulate the slide?

24        A.   The publicly-available information and the letter

25   agreements themselves.

1    **Q.**   Okay.  Is this slide a fair and accurate

2    representation of the information that you reviewed in order

3    to reach -- let me rephrase that.  Is it a fair and accurate

4    depiction of your review of the summary Excel files?

5    **A.**   Yes.

6          **MS. DAVIS:**  Okay.  I'd ask to display in full,

7    Plaintiffs' Exhibit 4S, and we'll walk through it.

8          **THE COURT:**  You may.

9    **BY MS. DAVIS:**

10   **Q.**   Changes to Treasury's senior preferred dividend.

11   What was present before the Third Amendment?

12   **A.**   The dividend was 10 percent of the liquidation

13   preference paid in cash.

14   **Q.**   And after the Third Amendment?

15   **A.**   A hundred percent of the net worth, minus the

16   reserve that shrinks to zero by 2018 was paid in cash as a

17   dividend.

18   **Q.**   In December of 2017?

19   **A.**   The net worth sweep continues but the reserve is

20   set at $3 billion for each of the entities, and $3 billion

21   added to Treasury liquidation per each entity, for a total

22   of $6 billion.

23   **Q.**   And after quarter 2 of 2019?

24   **A.**   After that the cash sweep stops, but 100 percent

25   of the net worth increases each quarter -- the net worth

1    increase each quarter is added to the Treasury's liquidation

2    preference.

3        Q.   Now I want to take you back to Plaintiffs' Exhibit

4    5M.  What is this?

5        A.   This is the comprehensive income reported by

6    Fannie Mae and Freddie Mac by quarter.

7        Q.   Okay.  I'm going to direct your attention to the

8    comprehensive income -- I'm sorry.  We see under annual FNMA

9    what does that mean?

10       A.   Fannie Mae.

11       Q.   And FMCC, what does that mean?

12       A.   Freddie Mac.

13       Q.   And you said that this is the comprehensive income

14   of Fannie Mae and Freddie Mac depicted in this graph.

15   Right?

16       A.   Right.

17       Q.   What can you tell us about the comprehensive

18   income from Fannie Mae ranging from 2008 to 2012?

19       A.   From 2008 through 2012 Fannie Mae lost $133.6

20   billion.

21       Q.   And looking at each year, what can you tell us

22   about 2011 and 2012, in particular, for Fannie Mae?

23       A.   They lost $16.4 billion in 2011 and made $18.8

24   billion in 2012.

25       Q.   Now for Freddie Mac, I would ask you the same

1    question.  For the range from 2008 to 2012, what can you

2    tell us about the comprehensive income of Freddie Mac?

3        **A.**    During that time period, Freddie Mac lost $55.8

4    billion.

5        **Q.**    And what can you tell us about the trend of income

6    starting in 2008 quarter 4?

7        **A.**    In 2008, Freddie Mac lost $70.4 billion.  They

8    lost 2.9 in 2009.  They started to gain -- they gained $282

9    million in 2010, 1.2 billion in 2011 and had a gain of 16.04

10   billion in 2012.

11       **Q.**   Okay.  Very well.  Thank you.

12            Now back in your binder, I want you to look at

13   Plaintiffs' Exhibit 4T.  4T as in Tony.  Do you recognize

14   4T?

15       **A.**   Yes.

16       **Q.**   What is it?

17       **A.**   This shows the total amount transferred to the

18   Treasury before and after the net worth sweep.

19       **Q.**   And from where did you -- did you formulate the

20   slide 4T?

21       **A.**   Yes.

22       **Q.**   Okay.  Where did you get the information from in

23   order to derive -- where did you get the information from in

24   order to prepare slide 4T?

25       **A.**   From the underlying Excel spreadsheet and

1    publicly-available documents.

2         **Q.**   Is it a fair and accurate depiction of the

3    information that you reviewed in order to prepare

4    Plaintiffs' Exhibit 4T?

5         **A.**   Yes.

6              **MS. DAVIS:**  I'd ask to display Exhibit 4T for the

7    jury.

8              **THE COURT:**  You may.

9    **BY MS. DAVIS:**

10        **Q.**   What was the amount transferred to Treasury before

11   the net worth sweep?

12        **A.**   Before the net worth sweep they transferred 55.2

13   billion in cash dividends to the Treasury.

14        **Q.**   What was transferred after the net worth sweep

15   when it comes to cash dividends?

16        **A.**   After the net worth sweep they transferred a total

17   of $245.9 billion in cash, and they also increased the

18   liquidation preference by $84.3 billion.

19        **Q.**   For a total of?

20        **A.**   $330.2 billion.

21        **Q.**   And what was the total that was transferred to

22   Treasury?

23        **A.**   The total transferred to Treasury through cash

24   dividends or increased liquidation preference was $385.3

25   billion.

1    **Q.**   In your binder I want you to look at Plaintiffs'

2    Exhibit 4U.  Do you recognize 4U?

3    **A.**   Yes.

4        **MS. DAVIS:**  I'm sorry, Ms. Jenkins.  Can I clear

5    this?  It looks like there is a mark on there.  Is there a

6    way to clear that mark?

7        **DEPUTY CLERK:**  I think he did it on his computer.

8        **MS. DAVIS:**  I think it is on the Court's system.

9    Yeah.  Thank you so much.  I appreciate it.

10   **BY MS. DAVIS:**

11   **Q.**   So I'm asking you to review Plaintiffs' Exhibit

12   4U.  Do you recognize it?

13   **A.**   Yes, I do.

14   **Q.**   And what is it?

15   **A.**   This shows the timeline we just talked about in

16   graphical form to show the amounts we talked about being

17   transferred to Treasury over time.

18   **Q.**   Okay.  And where did you -- did you help to

19   prepare this slide or did you prepare this slide?

20   **A.**   Yes.

21   **Q.**   Okay.  And where did you get the information from

22   in order to formulate -- in order to prepare the slide?

23   **A.**   From previous slides, underlying Excel

24   spreadsheets and publicly-available documents.

25   **Q.**   Okay.  And is this Plaintiffs' Exhibit 4U, a fair

1   and accurate depiction of the information that you reviewed?

2       **A.**   Yes.

3           **MS. DAVIS:**   Okay.  I would ask to display the

4   Plaintiffs' Exhibit 4U to the jury and walk the witness

5   through.

6           **THE COURT:**   You may.

7           **MS. DAVIS:**   Thank you, Your Honor.

8   **BY MS. DAVIS:**

9       **Q.**   What's depicted here, for purposes of the jury, in

10  Plaintiffs' Exhibit 4U?

11      **A.**   The amount of cash dividends paid to Treasury from

12  Fannie Mae and Freddie Mac and the increase in liquidation

13  preference.

14      **Q.**   So we have the net worth sweep on January 1st,

15  2013; is that correct?

16      **A.**   That's correct.

17      **Q.**   Before that date, how much had been transferred to

18  Treasury by Fannie Mae and Freddie Mac in cash dividends?

19      **A.**   $55.2 billion.

20      **Q.**   In December 2017 what happens?

21      **A.**   The reserve was set at $3 billion each and

22  increased the Treasury's liquidation preference by $3

23  billion each, for a total of $6 billion increase.

24      **Q.**   Is that depicted there in the dark green line that

25  you put?

484

1      **A.**    Yes.

2      **Q.**    In the second quarter of 2019, what happened?

3      **A.**    They changed the dividend to -- substituting an

4      increase in the liquidation preference for paying cash

5      dividends.

6      **Q.**    And what happened after that?

7      **A.**    The liquidation preference of Treasury increased

8      by $78.3 billion.

9      **Q.**    Thank you.  So at the point that this graph was

10     put together, what was the total increase in liquidation

11     preference?

12     **A.**    It was $84.3 billion.

13     **Q.**    And when combined with the cash dividends, what is

14     the total at the point that this graph was put together?

15     **A.**    The total transfer to Treasury was $385.3 billion.

16     **Q.**    Now, to your knowledge, do these numbers represent

17     the end?

18     **A.**    No.

19     **Q.**    Tell us what you mean.

20     **A.**    The amount of the liquidation preference

21     increasing could still go up.

22     **Q.**    Today?

23     **A.**    Today.

24             **MS. DAVIS:**  Court's indulgence.

25

1    BY MS. DAVIS:

2        Q.   The last thing I'm going to have you look at is

3    Plaintiffs' Exhibit 4V.  And, again, just review it there in

4    front of you.  Do you recognize Plaintiffs' Exhibit 4V?

5        A.   Yes.

6        Q.   What is it?

7        A.   It shows the total amount borrowed versus the

8    total amount transferred to the Treasury.

9        Q.   When you say entities, what do you mean?

10       A.   Fannie Mae and Freddie Mac.

11       Q.   Okay.  And did you help to put this slide together

12   or did you put this slide together?

13       A.   Yes.

14       Q.   Okay.  And where did you get the information from

15   for this slide?

16       A.   From the underlying Excel spreadsheets and

17   publicly-available documents.

18       Q.   Is it a fair and accurate depiction of the

19   information you reviewed for the purposes of your testimony

20   here today?

21       A.   Yes.

22            MS. DAVIS:  I would ask to display Plaintiffs'

23   Exhibit 4V.

24            THE COURT:  You may.

25            MS. DAVIS:  Thank you.

1    BY MS. DAVIS:

2         **Q.**   What was the cumulative amount borrowed by Fannie

3    Mae and Freddie Mac from Treasury?

4         **A.**   $191.4 billion.

5         **Q.**   And what is the total that's been transferred to

6    Treasury so far?

7         **A.**   $385.3 billion.

8              **MS. DAVIS:**   The Court's indulgence.

9              Your Honor, this completes our examination of

10   Ms. Hartman for now.

11             **THE COURT:**   Okay.

12             **MS. DAVIS:**   Thank you.

13             **MR. STERN:**   May I proceed, Your Honor?

14             **THE COURT:**   Yes.

15             **MR. STERN:**   Thank you.

16                  **CROSS-EXAMINATION OF SUSAN HARTMAN**

17   BY MR. STERN:

18        **Q.**   Good afternoon, members of the jury.  Good

19   afternoon, Ms. Hartman.

20        **A.**   Good afternoon.

21        **Q.**   Ms. Hartman, you testified at the beginning of

22   your examination about the fact that you are a CPA and you

23   told us about some other qualifications; is that right?

24        **A.**   Correct.

25        **Q.**   And -- but for your work on this case, you did not

1    rely on any of your specialized expertise; is that correct?

2         **A.**    That's correct.

3         **Q.**    And you are not testifying here today as any sort

4    of expert witness to give opinions; is that correct?

5         **A.**    That's correct.

6         **Q.**    You're testifying here today as -- what you

7    understand is a summary witness; is that right?

8         **A.**    Yes.

9         **Q.**    And before this case, you had never testified as a

10   summary witness.

11        **A.**    That's correct.

12        **Q.**    And before this case, you had also not done any

13   work relating to the 2008 housing crisis.  Correct?

14        **A.**    That's correct.

15        **Q.**    And before this case, you had not done any work

16   relating to the 2008 financial crisis.  Correct?

17        **A.**    Not to the housing market.  I'm sure that some of

18   my expert witnesses were in lawsuits somehow related to the

19   financial crisis.

20        **Q.**    Ma'am, you gave a deposition in this case; is that

21   correct?

22        **A.**    Yes.

23        **Q.**    And in that deposition you sat in a chair, like

24   you are sitting today.  Right?

25        **A.**    Yes.

1    **Q.**   And you were under oath, like you are today.

2    Right?

3    **A.**   Yes.

4    **Q.**   And lawyers asked you questions and you gave

5    answers.  Correct?

6    **A.**   Yes.

7    **Q.**   And at that deposition, Page 22, Line 12 to 17,

8    Counsel.  You were asked the following question --

9         **MS. DAVIS:**  Objection.  Foundation.

10        **MR. STERN:**  It's impeachment but --

11        **THE COURT:**  Overruled.

12   **BY MR. STERN:**

13   **Q.**   You were asked the following question and you gave

14   the following answer.  Correct?

15        You were asked, "Question:  Have you done any

16   other prior work relating to the 2008 housing and financial

17   crisis?"  You were asked that question.  Correct?

18   **A.**   Correct.

19   **Q.**   And your answer was, "No."  Correct?

20   **A.**   Correct.

21   **Q.**   And then you were asked another question.  "None?"

22   Right?  You were asked that question?

23   **A.**   Yes.

24   **Q.**   And your answer was, "None."  That was your

25   testimony.  Correct?

1    **A.**    Yes.

2    **Q.**    So going to what you have been doing with us here

3    today, yesterday and today, part of your testimony was just

4    reading portions of documents out loud; is that right?

5    **A.**    That's correct.

6    **Q.**    And with respect to some of those documents, you

7    just read them aloud without offering any kind of

8    commentary.  Right?

9    **A.**    Yes.

10   **Q.**    And the plaintiffs' lawyers picked which documents

11   you would read from.  Correct?

12   **A.**    Yes.

13   **Q.**    And you had no input into what documents you'd be

14   reading.  Right?

15   **A.**    Correct.

16   **Q.**    They just picked them for you and those were the

17   ones that you read.

18   **A.**    Yes.

19   **Q.**    And in addition to picking the documents, the

20   plaintiffs' lawyers also picked which specific portions of

21   each document you would read; is that right?

22   **A.**    That's correct.

23   **Q.**    Because I think for virtually all of the documents

24   you read from, you didn't read the whole document.  You just

25   part of the document.  Right?

1      **A.**   Right.

2      **Q.**   And, again, you didn't say to the plaintiffs'

3    lawyers, These are the parts I want to read.  They told you,

4    These are the parts we are going to ask you to read.  Right?

5      **A.**   Yeah.

6      **Q.**   And you didn't have any input at all into which

7    specific portions you'd be reading.  Correct?

8      **A.**   Correct.

9      **Q.**   And you don't have any understanding of why the

10   plaintiffs' lawyers chose the documents that they chose for

11   you to read from.  Correct?

12     **A.**   Correct.

13     **Q.**   And you don't have any particular understanding

14   with respect to the specific portions, why they asked you to

15   read some portions and not others.  Right?

16     **A.**   Correct.

17     **Q.**   So the mechanics of this, at least as I understand

18   it, were that the plaintiffs' lawyers gave you documents

19   that they had picked out.  Correct?

20     **A.**   Yes.

21     **Q.**   They highlighted certain portions of those

22   documents.  Right?

23     **A.**   Yes.

24     **Q.**   And you just read the highlighted parts out loud.

25   Correct?

491

1        **A.**   Yes.

2        **Q.**   And the part where they are giving you the

3   documents and highlighting, that happened before the trial

4   even started.

5        **A.**   Yes.

6        **Q.**   So when you came in here today, they already told

7   you, We want you to read this document and we want you to

8   read this part of the document.  Right?

9        **A.**   Yes.

10        **Q.**   So -- and I don't mean this to sound snarky or

11   disrespectful, but if you will bear with me, anybody who can

12   read English can do -- I'm sorry.

13            Anyone who can read English can do what you did

14   with respect to reading the documents out loud.  Right?

15   That didn't require any specialized knowledge.  Correct?

16        **A.**   That's correct.

17        **Q.**   Now, I want to just talk about a few of those

18   documents.  I'm not going to go through every one.  But if

19   we could pull up PX-213.  And I'm going to be referring to

20   Page 2 of the exhibit, which is also Page 2 of the document.

21            **MR. STERN:**  Mr. Salazar, Your Honor, is who I will

22   be referring to as our hot seat operator.

23            Mr. Salazar, if you go to financial forecast

24   update and find in the middle of the paragraph the word

25   "given."  Do you see that?  Perfect.

1    BY MR. STERN:

2        **Q.**   You see that this highlighted portion refers to

3    Tim Mayopoulos.  Do you see that name?

4        **A.**   Yes.

5        **Q.**   Do you have any idea who Tim Mayopoulos was?

6        **A.**   I do not.

7        **Q.**   If I were to tell you that at the time this

8    document was prepared, Mr. Mayopoulos was the CEO of Fannie

9    Mae, you'd have no reason to disagree with that.  Right?

10       **A.**   I have no basis or knowledge.

11       **Q.**   And you know from your general knowledge what a

12   CEO is.  Right?

13       **A.**   Yes.

14       **Q.**   It's a Chief Executive Officer; is that right?

15       **A.**   That's correct.

16       **Q.**   And that would be in the management of a business,

17   the person who is in charge of the whole thing.  Right?

18       **A.**   Yes.

19       **Q.**   So you were not asked to read this part of this

20   document.  Correct?

21       **A.**   Correct.

22       **Q.**   So you tell me if I'm reading it correctly.  All

23   right?  "Given this large change from the prior forecast,

24   Tim Mayopoulos wondered whether the board might question the

25   credibility of management's financial projections.  He noted

1    that the recent history -- he noted that the models seemed

2    to lag or underestimate both downturns and upturns and

3    explained that projections are closely tied to recent

4    history, and thus aren't well suited to capturing

5    accelerating trends.  Terry Edwards reminded members that a

6    1% change in home price projections produces a $6 to $7

7    billion income delta."

8              Did I read that okay?

9         A.   Yes.

10        Q.   And, again, just from your general knowledge,

11   delta in this context means difference; is that right?

12        A.   Yes.

13        Q.   So without applying any expertise, just as a

14   matter of what these words mean, Terry Edwards is reminding

15   members that if home price projections change by just 1

16   percent, that can produce a 6 to $7 billion change in

17   income.  That's the plain meaning of those words in English;

18   is that right?

19        A.   That's my understanding.

20        Q.   Okay.  So let me turn now, if I may --

21             MR. STERN:  Mr. Salazar, I will ask you for Page 3

22   of PX2C, as in cat.  If we could go to Page 3.  Good.

23   Mr. Salazar, do you see the question, What happens to the

24   company stock?  Can I get that question and that answer?

25

1     **BY MR. STERN:**

2         **Q.**   You were asked to read a portion of this -- well,

3     let's just --

4             **MR. STERN:**  Mr. Salazar, can we get the first

5     page, so Ms. Hartman knows what we are looking at the ladies

6     and gentlemen know, the members of the jury of the jury

7     know?  Okay.

8     **BY MR. STERN:**

9         **Q.**   You were shown this document on direct

10    examination.  Right, Ms. Hartman?

11        **A.**   Yes.

12            **MR. STERN:**  So now let's go to Page 3.  Can you

13    give me that question and answer again.  There you go.  You

14    got it.  "What happens to the company stock?"  There we go.

15    **BY MR. STERN:**

16        **Q.**   You were not asked to read this portion of this

17    document.  Were you, ma'am?

18        **A.**   No, I was not.

19        **Q.**   Read it for us now?

20        **A.**   "Question:  What happens to the company's stock

21    during the conservatorship?

22            "Answer:  During the conservatorship the company's

23    stock will continue to trade.  However, by the statute, the

24    powers of the stockholders are suspended until the

25    conservatorship is terminated.  Stockholders will continue

1    to retain all rights in the stock's financial worth; as such

2    worth is determined by the market."

3        Q.   All right.  And just the plain English meaning of

4    those words, as you understand them, are that stockholders

5    in conservatorship continue to be allowed to hold their

6    shares of stock.  That's what those words mean in plain

7    English to you; is that right?

8        A.   That's my understanding.

9        Q.   And just, again, if you can answer this from the

10   plain English words, tell me if you think it requires some

11   special expertise, tell me that also.  From the plain

12   English meaning of these words, when it says, "The stock

13   will continue to trade," that means that people who own

14   stock can continue to sell it.  Right?

15       A.   That's my understanding, yes.

16       Q.   And people who don't own it can continue to buy

17   it?

18       A.   Correct.

19       Q.   Okay.

20           MR. STERN:  Can we go backwards, I apologize, to

21   Page 2 of that same document?  And can I get the top

22   answer -- I'm sorry.  The question is on Page 1.  So the

23   last question on Page 1, Mr. Salazar.  Oh, I'm sorry.  There

24   we are go.

25

1   **BY MR. STERN:**

2        **Q.**   You were not asked to read this question and

3   answer, were you, ma'am?

4             **MS. DAVIS:**  Objection.  She did read that portion.

5             **DEPUTY CLERK:**  You can move that closer.

6             **MS. DAVIS:**  Objection.  She did read that portion.

7             **MR. STERN:**  To be clear, why don't we do it again?

8   The question is, What are the goals of the conservatorship;

9   is that right?

10       **A.**   Yes.

11       **Q.**   Would you read the portion of the answer that

12  answers that specific question about the goals.  What does

13  it say about the goals of the conservatorship?

14       **A.**   The entire paragraph there's only --

15       **Q.**   Just the goals.

16       **A.**   -- the second sentence.

17       **Q.**   The question is about the goals.  If you can read

18  the part of the answer that is about the goals.  You can

19  read the whole thing, if you want, but I want to make sure

20  we are focused on the goals, because that's what the

21  question was.

22       **A.**   "The goals of the conservatorship are to help

23  restore confidence in the company, enhance its capacity to

24  fulfill its mission and mitigate the systemic risk that has

25  been contributed directly to the instability of the current

1    market."

2         **Q.**    Thank you.

3              **MR. STERN:**   And just one more document, PX-2B,

4    Page 8, last paragraph.  That's for Mr. Salazar.  We'll get

5    that up for you, Ms. Hartman.  Can we show the first page,

6    just so Ms. Hartman and the members of the jury know what we

7    are looking at?  Okay.

8    **BY MR. STERN:**

9         **Q.**    You were asked to read a portion of this document;

10   is that right?

11        **A.**    Yes.

12        **Q.**    And this is the statement of then FHFA Director,

13   James Lockhart.  Correct?

14        **A.**    Yes.

15        **Q.**    On September 7th, 2008?

16        **A.**    Yes.

17        **Q.**    And you were asked to read part of this document;

18   is that right?

19        **A.**    I believe so.

20        **Q.**    And whatever it was, it was something the

21   plaintiffs' lawyers picked for you.  Right?

22        **A.**    Yes.

23        **Q.**    Let's go to Page 8.  You didn't read this last

24   paragraph, did you?

25        **A.**    No.

1    **Q.**   They didn't pick that one for you?

2    **A.**   No.

3    **Q.**   Okay.  This last paragraph in Mr. Lockhart's

4    statement says, "Seventh, in order to conserve over $2

5    billion in capital every year, the common stock and

6    preferred stock dividends will be eliminated, but the common

7    and all preferred stocks will continue to remain

8    outstanding."  You see that.  Right?

9    **A.**   Yes.

10   **Q.**   And this is September 7th, 2008.  Correct?

11   **A.**   Yes.

12   **Q.**   That's four years, give or take a couple weeks,

13   before the Third Amendment.  Correct?

14   **A.**   Correct.

15   **Q.**   And where -- "common stock and preferred stock

16   dividends will be eliminated," that means exactly what it

17   says.  Right?

18   **A.**   Yes.

19   **Q.**   And, "common and all preferred stocks will

20   continue to remain outstanding."  From your understanding,

21   again just applying our plain English skills, that means

22   that if you have a share of stock on September 7th, 2008 in

23   either Fannie or Freddie, no one is going to take it from

24   you.  Correct?

25   **A.**   That's my understanding on what that says.

1      Q.   And it's your further understanding that no one is

2   going to take that stock from you.  And if you want to buy

3   low, sell high and make a profit, that profit is yours to

4   keep.  Correct?

5      A.   It doesn't go into that level of detail in this

6   sentence.

7      Q.   Okay.  Now you testified on direct examination

8   about what you referred to as the S&P Case-Shiller Home

9   Price Index.  Do you recall that testimony?

10      A.   Yes.

11      Q.   I'm not going to pull them up now, but there were

12   graphs with lines going up and down for that index.

13      A.   Yes.

14      Q.   Okay.  Before this case, you never heard of the

15   Case -- S&P Case-Shiller Home Price Index?

16      A.   That's correct.

17      Q.   Everything you know about this home price index is

18   something that you learned in the past few months just in

19   connection with your work on this case.  Correct?

20      A.   Correct.

21      Q.   And before this case, you hadn't done any work

22   relating to any home price index, either Case-Shiller or

23   anything else.  Correct?

24      A.   That's correct.

25      Q.   And what happened was -- correct me if I'm

1    wrong -- the plaintiffs' lawyers told you to go to the

2    Case-Shiller Home Price Index website.  Right?

3         **A.**   That's correct.

4         **Q.**   And they told you to use that website to create

5    some graphs; is that right?

6         **A.**   Yes.

7         **Q.**   That was their idea.  Not your idea.  Correct?

8         **A.**   Yes.

9         **Q.**   I am correct.  That was a bad question.  I am

10   correct that it was their idea and not your idea?

11        **A.**   That's correct.

12        **Q.**   All right.  And on that website, anybody -- well,

13   it's a public website, I think you told us.  Right?

14        **A.**   Yes.

15        **Q.**   And anybody can go to the website.  Right?

16        **A.**   Yes.

17        **Q.**   And anybody can plug in a date range and then it

18   creates a graph with that date range; is that right?

19        **A.**   If you download the graph, yes.

20        **Q.**   I'm sorry?

21        **A.**   If you download the graph, yes.

22        **Q.**   Right.  But the website does the work for you.

23   Correct?

24        **A.**   That's correct.

25        **Q.**   And did you pick the date ranges?

1      **A.**    No.

2      **Q.**    The plaintiffs' lawyers picked the date ranges?

3      **A.**    Yes.

4      **Q.**    And were there some other parameters that you had

5      to plug into the website to create the graph?

6      **A.**    Not that I recall.

7           **MR. STERN:**  Let's pull up one of those graphs.

8      Can we get PX-0004-M, as in Mary, Mr. Salazar, with the

9      Court's permission?

10     **BY MR. STERN:**

11     **Q.**    Can you see that one?

12     **A.**    Yes.

13     **Q.**    Is that up on your screen?

14          This is one of the graphs that you testified about

15     on direct examination.  Correct?

16     **A.**    Yes.

17          **MS. DAVIS:**  Objection.

18          **THE COURT:**  Overruled.

19          **MS. DAVIS:**  That's not the one she testified to.

20          **MR. STERN:**  Okay.  Let's take it down.

21          **THE WITNESS:**  I think some of the numbers were

22     added on.  This is not the one I testified on.

23          **MR. STERN:**  Was it L?  PX-0004L?

24          **DEPUTY CLERK:**  Counsel --

25

1    BY MR. STERN:

2        Q.   Since I obviously got the wrong graph, let me ask

3    about the graph you did testify about.  The graph you did

4    testify about, you didn't create them yourself.  Right?

5        A.   I downloaded them off of the website.  I don't

6    know which one -- they are all the same, whoever did it.  I

7    wanted to see how it worked and check the accuracy.

8        Q.   And you are using the phrase download.  I was

9    going to say screenshot.  You -- you just took what was on

10   the website, either by downloading it or taking a

11   screenshot; is that correct?

12       A.   That's correct.

13       Q.   And the graphs that you testified about showed a

14   steady downward trend in home prices from early 2007 to

15   early 2012.  Correct?

16       A.   That's correct.

17       Q.   And specifically from -- if you don't remember

18   these numbers that's fine.  From early 2007 to early 2012,

19   the Home Price Index decreased from over 180 to over 140; is

20   that correct?  Do you recall that?

21       A.   I do recall that.

22       Q.   And then the trend went up after that.  Correct?

23       A.   Correct.

24       Q.   You don't know where the trend line is going to go

25   after 2022; is that right?

1      **A.**    That's correct.

2      **Q.**    That's because you don't know what's going to

3   happen with home prices after 2022.  Right?

4      **A.**    Right.

5      **Q.**    If you knew that, you would be in a casino.

6   Right?  Is that what you told us before?

7      **A.**    Right.

8      **Q.**    And the same is true of 2012.  And let me

9   elaborate on that question.

10          If we were back in early 2012, when this trend

11   line had been consistently going down since 2007, you

12   wouldn't know at that point what was going to happen with

13   home prices and the trend line after 2012.  Correct?

14      **A.**    I would not, no.

15      **Q.**    All right.  And these graphs certainly don't tell

16   you.  Right?  Wouldn't have told you back in 2012 because

17   the data --

18      **A.**    What was happening in the future?

19      **Q.**    Right.

20      **A.**    Correct.

21      **Q.**    So do you recall the timeline that you testified

22   about that kept getting filled in as you went along?

23      **A.**    Yes.

24      **Q.**    That time -- what that timeline basically showed

25   was it would describe an event, like the Third Amendment.

1     Right?

2          **A.**     Yes.

3          **Q.**     It had a date.  Right?

4          **A.**     Yes.

5          **Q.**     There were a series of those events and dates; is

6     that correct?

7          **A.**     Yes.

8          **Q.**     Did you choose which event should go on that

9     timeline?

10         **A.**     No.

11         **Q.**     The plaintiffs' lawyers picked those?

12         **A.**     Yes.

13         **Q.**     And the dates, did you provide the plaintiffs'

14    lawyers with the dates or did they provide you with the

15    dates?

16         **A.**     We provided the dates.

17         **Q.**     Who provided the dates?

18         **A.**     We did.  We looked them up in the document.  My

19    team did.

20         **Q.**     So they said, We want a line for the Third

21    Amendment and they wouldn't tell you what the date was?  You

22    had to go look that up yourself?

23         **A.**     We had the Third Amendment itself.

24         **Q.**     Oh, you had the document.  Okay.

25                And they also chose which events obviously not to

1     include in the timeline.  Right?

2          **A.**   Yes.

3          **Q.**   And you didn't have -- when I say, "You," you

4     referred to your team.  You have people helping you do these

5     things.

6          **A.**   Yes.

7          **Q.**   Don't we all?

8               When I say "you," I mean you and your team.  Okay?

9               So you didn't have any input into which events

10    would be included on the timeline.  Right?

11         **A.**   That's correct.

12         **Q.**   You didn't go to the plaintiffs' lawyers and say,

13    Look, I think you should put another event on there.  I

14    think the event that you gave me to put on, shouldn't be put

15    on there.  You never had a conversation like that?

16         **A.**   No.

17         **Q.**   They told you what event to put.  You figured out

18    the date, and it went on the timeline.  Right?

19         **A.**   That's correct.

20         **Q.**   And you don't have any personal knowledge about

21    why the plaintiffs' lawyers chose certain events for you to

22    put on the timeline, and why thee chose to exclude certain

23    events from the timeline.  Correct?

24         **A.**   I have no personal knowledge.

25         **Q.**   And you -- same sort of question, slightly

1    different -- you don't have any personal knowledge or

2    understanding of the decision-making process or any of the

3    reasons that went into choosing which event should be on the

4    timeline.  Correct?

5         **A.**   Correct.

6         **Q.**   And by the way, the timeline doesn't include --

7    have you ever heard of the periodic commitment fee?  Was

8    that on one of the charts you've prepared?

9         **A.**   I've heard of the periodic commitment fee.

10        **Q.**   The timeline doesn't have anything about the

11   periodic commitment fee, does it?

12        **A.**   No, it does not.

13        **Q.**   And do you know who wrote the descriptions of the

14   events on the timeline?  Did you write those?

15        **A.**   I don't recall.  I think it was someone on my

16   team.

17        **Q.**   Okay.  Not the plaintiffs' lawyers?

18        **A.**   Honestly, I don't recall.

19        **Q.**   So I want to switch gears a little bit to talk

20   about some of the particular things that were on the

21   timeline.  You testified about some of the terms of the

22   senior preferred stock purchase agreements.  Do you recall

23   that?

24        **A.**   Some of the terms?  I've read them?

25        **Q.**   Yes.

1      **A.**   Yes.

2      **Q.**   And what you read them from was something

3  called -- I don't have my copy in front of me -- the Joint

4  Statement of Disputed Facts.  Could you check me on the

5  title there?  That's what it's called?

6            **MR. STERN:**  Thank you.

7            **THE WITNESS:**  Yes.

8  **BY MR. STERN:**

9      **Q.**   And it's your understanding of this Joint

10 Statement of Undisputed Facts -- well, what is your

11 understanding of what this is?

12     **A.**   My understanding is that plaintiffs and the

13 defendants -- everyone agreed that these facts were correct.

14     **Q.**   Okay.  So when you were reading from the Joint

15 Statement of Undisputed Facts, that was a part of your

16 testimony where you were just reading the words on the page.

17 Right?

18     **A.**   That's correct.

19     **Q.**   You weren't providing any commentary.  Right?

20     **A.**   Right.

21     **Q.**   You don't have any independent knowledge of

22 anything in the Joint Statement of Undisputed Facts?

23     **A.**   That's correct.

24     **Q.**   All you know about what you read from the Joint

25 Statement of Undisputed Facts is, the plaintiffs and the

1    defendants degree that they are facts that are undisputed.

2    Right?

3         **A.**    That's correct.

4         **Q.**    Right there in the title, as they say.

5         **A.**    Exactly.

6         **Q.**    All right.  With respect to what portions of the

7    Joint Statement of Undisputed Facts to read from, those

8    choses -- were those your choices?

9         **A.**    No.

10         **Q.**    They were the choices of the plaintiffs' lawyers?

11         **A.**    Yes.

12         **Q.**    You also read from the Joint Statement of

13    Undisputed Facts about certain provisions of the

14    certificates of designation for the Fannie and Freddie

15    stocks.  Do you recall that testimony?

16         **A.**    Yes.

17         **Q.**    And am I correct -- have you ever heard -- just

18    again as a matter of your general understanding.  And if I'm

19    asking a question that requires some kind of expert

20    knowledge tell me, because I'll move on to the next one.

21              As a matter of your general understanding, have

22    you heard the phrase "stock certificate?"

23         **A.**    Yes.

24         **Q.**    And is it your general understanding --

25    understanding as a matter of your general knowledge, that

1   stock certificate and certificate of designation, those are

2   the same thing?

3              **MS. DAVIS:**  Objection.

4              **THE WITNESS:**  I have no knowledge.

5              **MS. DAVIS:**  Objection.

6              **MR. STERN:**  That's fine.  I'll move on.

7   **BY MR. STERN:**

8       **Q.**   The term in what you read was certificate of

9   designation.  Correct?

10      **A.**   Correct.

11      **Q.**   Before you were hired for this case, you'd never

12   read a Fannie Mae or Freddie Mac certificate of designation;

13   is that right?

14      **A.**   That's right.

15      **Q.**   You'd never even seen one.  Correct?

16      **A.**   That's true.

17      **Q.**   Again, this is just another one where you're

18   reading the words on the page.  Right?

19      **A.**   That's correct.

20      **Q.**   I want to just take a few minutes talking about

21   some of your calculations.  When I say your calculations,

22   you created those Excel spreadsheets.  Correct?  As I

23   understand it.

24      **A.**   Yes.

25      **Q.**   Or you and your team.  And the information that

1    you used to create those Excel spreadsheets was publicly

2    available in some form or another; is that right?

3        **A.**   Yes.

4        **Q.**   I believe you testified that some of that

5    information came from what you referred to as securities

6    filings?

7        **A.**   Yes.

8        **Q.**   And that's -- you told us about that -- I guess

9    the 8-K -- some of the other numbers the members of the jury

10   might hear if they hear about securities filings is 10-K; is

11   that right?

12       **A.**   Correct.

13       **Q.**   And just as a matter of your general

14   understanding, you know that a 10-K is an annual report that

15   is filed by a company with the Securities and Exchange

16   Commission.  Correct?

17       **A.**   Yes.

18       **Q.**   And there is something called a 10-Q?

19       **A.**   Yes.

20       **Q.**   And that is a quarterly report filed by a company

21   with the Securities and Exchange Commission.  Correct?

22       **A.**   Correct.

23       **Q.**   Just so we are really clear, when we say a

24   quarter, we mean a calendar quarter for a period of three

25   months in the 12-month calendar.  Correct?

1          A.   Yes.

2               MR. STERN:   Now, can we pull up PX-0004G, as in

3     Gregory?

4     BY MR. STERN:

5          Q.   You prepared this chart.  Right?

6          A.   Yes.

7          Q.   At the top it says, "Dividends paid to private

8     shareholders."  Right?

9          A.   Yes.

10         Q.   And this one is for Fannie Mae.  Correct?

11         A.   Yes.

12              MR. STERN:   Can we pull up 0004H, please?

13    BY MR. STERN:

14         Q.   And this is dividends paid to private

15    shareholders, 1989 to 2008, for Freddie Mac.  Correct?

16         A.   Correct.

17              MR. STERN:   Now can we pull up PX-0004I, I as in

18    Iris, please?

19    BY MR. STERN:

20         Q.   So this is your slide showing that Fannie Mae and

21    Freddie Mac have not paid any dividends to private

22    shareholders since September of 2008; is that correct?

23         A.   Yes.

24         Q.   And September of 2008, again, is approximately

25    four years before the Third Amendment was executed.  Right?

1      **A.**   Correct.

2      **Q.**   And it's more than four years before the Third

3  Amendment went into effect.

4      **A.**   Correct.

5      **Q.**   And just so we're really clear, I'm using the

6  term, Third Amendment.  The net worth sweep was part of the

7  Third Amendment.  Correct?  You know that just from reading

8  the document.  Right?

9      **A.**   Yes.

10     **Q.**   And so if I could ask those last two questions a

11  little more precisely.  September of 2008, when the

12  dividends went to zero, was four years before the agreement

13  to the net worth sweep.  Right?

14     **A.**   Roughly, yes.

15     **Q.**   Give or take a month.  Right?  So that we are

16  clear, we're talking about the Third Amendment was executed

17  with the net worth sweep in it on August 17th of 2012.

18  Right?

19     **A.**   I think -- I don't recall the exact date.

20     **Q.**   Okay.  You don't quarrel with that date, though.

21  Right?

22     **A.**   No.

23     **Q.**   So the net worth sweep was executed approximately

24  four years before, after the dividends went to zero.  Right?

25     **A.**   Right.

1     **Q.**   And the net worth sweep went into effect more than

2     four years after the dividends went to zero.  Right?

3     **A.**   Yes.

4     **Q.**   Okay.  So if we put -- and I'm happy to ask them

5     to be pulled back up, if that would be helpful to you.  But

6     putting the three slides together, what they show is that

7     after however many years of paying dividends to shareholders

8     each quarter, Fannie Mae and Freddie Mac paid zero dividends

9     in the fourth quarter of 2008; is that right?

10     **A.**   Um -- yes.

11     **Q.**   Do you want me to pull it up?  I'm happy to pull

12     it up again for you.

13     **A.**   Yes.  Not, yes, pull it up.  I am answering the

14     question.

15     **Q.**   In fact, Freddie Mac didn't pay any dividends in

16     the third quarter of 2008 either.  Correct?

17     **A.**   Correct.

18     **Q.**   And just so we are really clear, Fannie Mae paying

19     zero dividends in the fourth quarter of 2008, had absolutely

20     nothing to do with the Third Amendment.  Correct?

21     **MS. DAVIS:**  Objection.

22     **THE WITNESS:**  It was prior to the Third Amendment.

23     **BY MR. STERN:**

24     **Q.**   All right.  Same question for the net worth sweep.

25     Fannie Mae paying zero dividends in the forth quarter of

514

1    2008, had absolutely nothing to do with the net worth sweep.

2    Correct?

3         A.   The net worth sweep was not in effect at that

4    time.

5         Q.   So the answer to my question is, Yes.  It wasn't

6    the net worth sweep that made September of 2008 a zero, was

7    it?

8         A.   Correct.

9         Q.   All right.  Now, then in 2009, Fannie Mae and

10   Freddie Mac again paid zero dividends in the first quarter.

11        A.   Yes.

12        Q.   And that had nothing to do with the net worth

13   sweep.  Correct?

14        A.   Correct.

15        Q.   Same answer for Freddie Mac.  Right?

16        A.   Correct.

17        Q.   And I'm not going to do this for every quarter,

18   but just to illustrate, the second quarter of 2009, Fannie

19   Mae and Freddie Mac again pay zero dividends.  Right?

20        A.   Yes.

21        Q.   Nothing to do with the Third Amendment.

22        A.   Yes.

23        Q.   Nothing to do with the net worth sweep.

24        A.   Yes.

25        Q.   Correct?

1      **A.**    Correct.

2      **Q.**    Same story in the third quarter and fourth quarter

3  of 2009, no dividends paid by either Fannie Mae or Freddie

4  Mac.  Correct?

5      **A.**    Correct.

6      **Q.**    And again in the third and fourth quarter of 2009,

7  that had nothing to do with either the Third Amendment or

8  the net worth sweep.

9      **A.**    Correct.

10     **Q.**    And next up, 2010.  Same story in 2010.  Correct?

11     **A.**    There were no dividends paid.

12     **Q.**    No dividends paid by either Fannie Mae -- well,

13  let me do it one at a time.  No dividends paid by Fannie

14  Mae.

15     **A.**    Correct.

16     **Q.**    No dividends paid by Freddie Mac.

17     **A.**    Yes.

18     **Q.**    And payments of no dividends by Fannie Mae and

19  Freddie Mac had nothing to do with the net worth sweep.

20  Correct?

21     **A.**    Correct.

22     **Q.**    And in 2011, if we looked at every quarter, first,

23  second, third and fourth, we would see no dividends paid by

24  Fannie Mae.  Right?

25     **A.**    Yes.

1    Q.   No dividends paid by Freddie Mac.  Right?

2    A.   Yes.

3    Q.   And, again, nothing to do with the net worth sweep

4    or the Third Amendment.  Right?

5    A.   Yes.

6    Q.   Okay.  I'm right about that?

7    A.   Yes.

8    Q.   So now we get to 2012.  And in the first quarter,

9    Fannie Mae paid zero dividends.  Right?

10   A.   Yes.

11   Q.   And in the second quarter, Fannie Mae paid zero

12   dividends.  Right?

13   A.   Yes.

14   Q.   And, again, the payment of zero dividends in the

15   first and second quarter of 2012 had nothing to do with the

16   net worth sweep.  Correct?

17   A.   Yes.

18   Q.   So putting all of this together -- and if you need

19   to see your charts again, just let me know and I will be

20   happy to pull them back up.

21        Putting all of this together, before the Third

22   Amendment and the net worth sweep ever happened, there were

23   14 quarters in a row, going back to the fourth quarter of

24   2008, when Fannie Mae had paid zero dividends.  Correct?

25   A.   That sounds correct.  I'll take your math for the

1    14 quarters.

2        **Q.**   Oh, that may be a mistake to take my math.  Do you

3    want to look at one of your --

4        **A.**   Yes, I agree.

5        **Q.**   So 14 consecutive quarters before the net worth

6    sweep, Fannie Mae paid zero dividends.  Correct?

7        **A.**   Correct.

8        **Q.**   All right.  And Freddie Mac -- for Freddie Mac,

9    there were 15 consecutive quarters before the net worth

10   sweep ever happened when Freddie Mac was paying zero

11   dividends.  Correct?

12       **A.**   Correct.

13       **Q.**   Now, let's pull up -- I'm going to switch topics

14   here.

15           **MR. STERN:**  Let's pull up PX-0005J.

16   **BY MR. STERN:**

17       **Q.**   So this chart shows the amount that Fannie Mae

18   drew from the Treasury commitment for each quarter from 2008

19   to 2020.  Is that -- am I understanding this correctly?

20       **A.**   Could you scroll down to the next page?

21       **Q.**   I'm sorry.  Say that again.  I apologize.

22       **A.**   Can you scroll down to the next page of the

23   exhibit?

24           **MR. STERN:**  Sure.  Jorge -- Mr. Salazar, could you

25   do that for us?

1          **THE WITNESS:**  It's actually through Q2 of 2022.

2          **MR. STERN:**  Okay.  Let's go back to Page 1.

3    **BY MR. STERN:**

4          **Q.**   I'll refine my question.  Page 1 of the chart

5    shows the amount that Frannie and Freddie drew from the

6    Treasury commitment each quarter from 2008 to 2020.

7    Correct?

8          **A.**   I believe this on is just Fannie Mae.

9          **Q.**   Oh, I'm sorry.  Just Fannie Mae.  All right.

10         And by, "Draw from the Treasury commitment -- "

11   Did you write the title at the top of this slide?

12         **A.**   Somebody from my team did.

13         **Q.**   All right.  And you are here to speak for your

14   team, I hope.

15         **A.**   Yes.

16         **Q.**   It meant the amount of money that Fannie Mae or

17   Freddie Mac had to get from Treasury.

18         **A.**   Yes.

19         **Q.**   And more specifically, just to talk about Fannie

20   Mae for a minute we'll stick -- because that's the slide

21   we're on -- you understand that the amount that Fannie Mae

22   draws is the company's negative net worth for that quarter;

23   is that right?

24         **A.**   Um --

25         **Q.**   If you don't know --

1      **A.**   I don't know.

2      **Q.**   Okay.  So you don't even know what a draw is for.

3      **A.**   I know what a draw is.  I'm not sure how they

4   calculated the amount they needed to request the fund from

5   Treasury.

6      **Q.**   And, again, if you know, fine.  If you don't, just

7   say so.  When you say you know what a draw is, am I

8   understanding correctly that you know that in concept a draw

9   is the amount that Fannie would need to get out of the red

10   up to the black line?

11      **A.**   I don't know -- the draw, in my understanding, is

12   the amount that they requested for funding from Treasury.

13      **Q.**   Okay.

14      **A.**   I don't know more specific.

15      **Q.**   We'll leave it at that.  I don't want you to get

16   out of your swim lane.

17          When you say, "requested from Treasury" and

18   "draw," you earlier referred to those draws as, "borrowing

19   from Treasury."  You know that these draws were not a loan.

20   You know that.  Correct?

21      **A.**   Yes.

22      **Q.**   So it wasn't money that was being borrowed from

23   Treasury.  Right?  It was money that was being drawn from

24   the commitment.  Correct?

25      **A.**   It was being funded from Treasury.

1      **Q.**   Right.  Borrow sounds like a loan.  And you know

2    it wasn't a loan.  Right?

3            **MS. DAVIS:**  Objection.

4            **THE WITNESS:**  I'm not sure legally how it was

5    characterized.

6    **BY MR. STERN:**

7      **Q.**   When you use the word borrow, you are not using it

8    in what you believe to be the appropriate legal sense.

9    Correct?

10           **MS. DAVIS:**  Objection.

11   **BY MR. STERN:**

12     **Q.**   Now, looking at this exhibit --

13           **MR. STERN:**  Thanks to my colleague -- actually,

14   I'll save that.

15   **BY MR. STERN:**

16     **Q.**   Let's start with Q1 2009, the first quarter.

17           **THE COURT:**  Let's save this for 2:00.  We're ready

18   for lunch, I think.  You all have a nice lunch.  Don't talk

19   about the case.  Don't let anyone talk to you about the

20   case.  No Twitter or Tweet or any of those ugly things.

21   I'll see you at 2:00.  You can leave your things there or

22   take them back to the jury room, either one.

23           We'll reconvene at 2:00.

24       (Jury exited the courtroom)

25       (Proceedings concluded at 12:54 p.m.)

1                   **C E R T I F I C A T E**

2

3          I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9

10

11    ___October 19, 2022___          ___/s/_____
                **DATE**                      **Lorraine T. Herman**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. STERN: [22]**
427/20 486/17 488/12
492/1 493/25 494/8
494/15 495/25 497/8
501/10 501/25 507/8
509/7 511/4 511/13
511/19 513/23 517/16
518/3 520/6 520/11
520/15

**BY MS. DAVIS: [35]**
426/14 431/4 433/22
436/25 438/19 442/8
442/13 443/14 444/3
447/23 450/18 453/11
454/21 455/25 458/24
459/23 461/18 462/14
462/22 463/8 464/15
465/21 466/13 467/5
467/23 472/19 473/17
474/16 475/8 478/9
481/9 482/10 483/8
484/25 486/1

**DEPUTY CLERK: [3]**
482/7 496/5 501/24

**MR. KRAVETZ: [3]**
435/16 436/12 436/23

**MR. RUDY: [2]** 426/4
426/9

**MR. STERN: [47]**
427/19 434/20 434/22
435/22 438/4 438/7
438/14 447/18 453/6
453/9 455/10 458/20
461/14 462/9 463/3
464/3 464/8 465/13
465/16 467/20 468/19
469/7 469/18 470/1
470/13 486/13 486/15
488/10 491/21 493/21
494/4 494/12 495/20
496/7 497/3 501/7
501/20 501/23 507/6
509/6 511/2 511/12
511/17 517/15 517/24
518/2 520/13

**MS. DAVIS: [73]**
430/24 433/20 438/17
442/1 442/7 442/12
443/13 444/1 447/20
447/22 450/17 453/5
453/7 453/10 454/15
455/15 455/17 455/20
455/24 459/22 461/17

462/13 462/19 464/5
464/9 464/14 465/17
465/20 466/11 467/4
467/21 468/4 468/7
468/24 469/12 469/22
470/11 470/15 470/21
470/23 471/1 471/12
471/16 471/20 472/1
472/4 472/16 472/18
473/13 473/16 474/13
475/7 478/6 481/6
482/4 482/8 483/3
483/7 484/24 485/22
485/25 486/8 486/12
488/9 496/4 496/6
501/17 501/19 509/3
509/5 513/21 520/3
520/10

**THE COURT: [51]**
426/2 426/7 426/11
436/21 438/13 438/16
441/20 441/23 442/2
442/5 442/11 447/19
447/21 454/20 455/14
455/16 455/19 455/23
458/23 461/16 462/12
463/4 464/11 465/15
465/18 469/20 470/10
470/14 470/17 470/20
470/22 470/25 471/10
471/14 471/18 471/23
472/2 472/11 472/15
472/17 473/15 474/15
478/8 481/8 483/6
485/24 486/11 486/14
488/11 501/18 520/17

**THE WITNESS: [11]**
441/22 441/25 442/4
463/5 464/7 501/21
507/7 509/4 513/22
518/1 520/4

**$**
$0.00001 [1] 445/16
$1 [1] 445/5
$1.1 [1] 460/7
$100 [2] 444/7 447/13
$13.5 [1] 474/21
$130 [1] 475/3
$133.6 [1] 479/19
$16.1 [1] 474/24
$16.4 [1] 479/23
$18.8 [2] 475/1 479/23
$191.4 [1] 486/4

$2 [1] 493/4
$2.9 [2] 460/5 460/8
$20 [1] 448/7
$245.9 [1] 481/17
$282 [1] 480/8
$3 [8] 475/18 475/20
475/23 476/11 478/20
478/20 483/21 483/22
$3.18 [1] 459/17
$330.2 [1] 481/20
$385.3 [3] 481/24
484/15 486/7
$5.4 [1] 460/6
$55.2 [1] 483/19
$55.8 [1] 480/3
$6 [3] 478/22 483/23
493/6
$6.3 [1] 459/16
$6.6 [1] 474/19
$600 [1] 461/3
$63.5 [1] 463/13
$7 [2] 493/6 493/16
$70.4 [1] 480/7
$72,000 [1] 445/20
$78.3 [1] 484/8
$84.3 [2] 481/18
484/12

**.**

'the [1] 457/24
'Treasury [1] 444/25

**/**

/s [1] 521/11

**0**

0004G [1] 511/2
0004H [1] 511/12
0004I [1] 511/17
0004L [1] 501/23
0005J [1] 517/15

**1**

1-26 [2] 431/11 431/14
1.2 [1] 480/9
1.8 [1] 459/20
10 [8] 439/11 443/24
445/12 460/24 461/7
464/20 465/25 478/12
10-K [2] 510/10 510/14
10-Ks [1] 437/9
10-Q [1] 510/18
10-Qs [1] 437/9
10.6 [1] 451/15
100 [2] 466/9 478/24

10020 [1] 424/6
1053 [1] 423/3
10:14 [1] 423/5
110-289 [1] 440/22
12 [5] 437/21 440/23
445/14 471/3 488/7
12-month [1] 510/25
123 [1] 424/3
1251 [1] 424/6
1288 [1] 423/9
12:54 p.m [1] 520/25
13 [2] 451/23 462/8
130 [1] 473/23
137 [1] 456/20
13th [1] 457/10
14 [3] 516/23 517/1
517/5
14.109 [1] 429/18
14.29 [1] 429/16
140 [2] 456/6 502/19
1401 [1] 423/24
142 [1] 456/20
14th [2] 476/20 476/22
15 [1] 517/9
150 [1] 432/1
1523 [1] 423/19
16 [1] 443/11
16.04 [1] 480/9
1625 [1] 424/16
17 [5] 443/2 443/3
444/4 460/10 488/7
1700 [1] 424/13
17th [2] 460/21 512/17
18 [2] 443/2 443/10
18.8 [1] 473/22
180 [1] 502/19
19 [2] 423/5 521/11
19.130 [1] 428/20
19087 [1] 423/22
19801 [1] 424/3
1989 [1] 511/15
1992 [1] 440/23
1996 [2] 432/14 434/2
1:13-1053 [1] 423/3
1:13-1288 [1] 423/9
1st [8] 455/5 455/5
455/6 456/7 456/17
460/14 461/5 483/14

**2**

2.298 [1] 429/21
2.7 [1] 459/18
2.795 [1] 428/22
2.9 [1] 480/8

**20 [4]** 443/9 444/5
473/14 476/17
**200 [2]** 447/13 447/14
**20001 [2]** 424/11
424/22
**20005 [1]** 423/25
**20006 [2]** 424/14
424/17
**20036 [1]** 423/19
**2007 [6]** 437/22 455/5
456/5 502/14 502/18
503/11
**2008 [35]** 432/15 434/3
438/1 438/1 438/23
440/21 442/21 443/9
449/6 451/12 467/15
473/25 479/18 479/19
480/1 480/6 480/7
487/13 487/16 488/16
497/15 498/10 498/22
511/15 511/22 511/24
512/11 513/9 513/16
513/19 514/1 514/6
516/24 517/18 518/6
**2008-2 [1]** 444/24
**2009 [21]** 446/4 446/6
447/4 447/10 447/25
448/5 448/14 450/12
450/13 450/16 451/13
452/8 474/6 474/18
474/19 480/8 514/9
514/18 515/3 515/6
520/16
**2010 [8]** 446/18 448/14
451/15 474/20 474/21
480/9 515/10 515/10
**2011 [13]** 446/18
450/13 459/14 459/16
459/18 460/1 460/5
460/7 474/23 479/22
479/23 480/9 515/22
**2012 [44]** 446/18
448/10 450/12 450/14
450/22 451/12 451/16
456/6 456/17 456/18
456/19 456/20 456/22
457/10 457/13 458/10
459/14 459/17 459/19
460/1 460/6 460/8
460/10 460/21 461/7
468/3 473/4 473/21
474/25 479/18 479/19
479/22 479/24 480/1

**503/8** 503/10 503/13
503/16 512/17 516/8
516/15
**2013 [12]** 460/14 461/6
461/9 463/12 463/13
464/4 468/3 473/4
473/22 474/6 475/2
483/15
**2017 [10]** 475/9 475/13
475/17 475/18 475/21
475/24 476/12 477/16
478/18 483/20
**2018 [2]** 461/4 478/16
**2019 [8]** 476/1 476/4
476/6 476/10 476/13
477/16 478/23 484/2
**202-354-3196 [1]**
424/23
**2020 [4]** 457/23 477/4
517/19 518/6
**2021 [4]** 476/20 476/22
477/1 477/1
**2022 [9]** 423/5 455/7
456/7 458/11 467/16
502/25 503/3 518/1
521/11
**2028 [1]** 445/17
**21 [1]** 445/2
**213 [3]** 456/25 457/1
491/19
**21st [2]** 475/9 475/13
**22 [1]** 488/7
**24 [1]** 448/5
**24th [1]** 447/25
**25 [2]** 452/6 476/17
**26 [3]** 431/11 431/14
447/9
**27 [1]** 448/3
**27th [1]** 476/4
**280 [2]** 423/21 456/7
**289 [1]** 440/22
**2:00 [3]** 520/17 520/21
520/23
**2B [3]** 439/5 439/6
497/3
**2C [1]** 439/23
**2E [4]** 442/9 442/11
442/14 443/11

**3**

**30 [2]** 433/2 442/21
**30th [2]** 476/1 476/6
**31 [4]** 446/4 448/10

**3196 [1]** 424/23
**31st [2]** 446/6 475/24
**33.2 [2]** 430/6 430/16
**333 [1]** 424/21
**36 [2]** 460/17 460/20
**38 [2]** 462/8 462/16
**39 [3]** 460/18 460/19
460/20

**4**

**4.2 [5]** 463/12 463/15
463/16 463/24 463/25
**40 [1]** 443/10
**400 [1]** 447/14
**43 [1]** 475/12
**44 [1]** 476/5
**45 [1]** 476/21
**4501 [1]** 440/23
**4K [1]** 451/24
**4N [4]** 458/14 458/15
458/17 459/8
**4O [2]** 458/18 459/22
**4P [2]** 466/12 466/24
**4Q [2]** 472/22 473/16
**4R [4]** 474/2 474/8
474/14 474/18
**4S [3]** 477/10 477/11
478/7
**4T [7]** 480/13 480/13
480/14 480/20 480/24
481/4 481/6
**4U [6]** 482/2 482/2
482/12 482/25 483/4
483/10
**4V [3]** 485/3 485/4
485/23
**4Z [2]** 431/2 431/3

**5**

**5.1 [2]** 430/11 430/19
**55.2 [1]** 481/12
**59 [1]** 464/2
**5C [3]** 432/10 432/11
433/25
**5D [5]** 426/21 426/23
427/3 427/6 430/10
**5E [2]** 429/1 429/1
**5H [4]** 467/7 467/8
467/10 467/25
**5I [2]** 467/7 467/7
**5J [2]** 448/16 448/17
**5K [2]** 451/1 451/2
**5M [1]** 479/4

**5N [4]** 458/3 458/4
458/25 459/6
**5P [8]** 452/22 453/2
453/22 454/16 454/17
454/22 455/13 455/18
**5Q [5]** 454/16 454/18
455/9 455/12 456/2
**5R [4]** 454/16 454/19
455/12 456/12
**5Z [1]** 430/25

**6**

**601 [1]** 424/10
**63.5 [4]** 463/17 463/18
463/24 463/24
**6720 [1]** 424/22
**6th [1]** 447/4

**7**

**702 [1]** 436/13
**79.9 [1]** 445/15
**7th [4]** 438/23 497/15
498/10 498/22

**8**

**8-K [2]** 437/10 510/9

**9**

**98 [1]** 436/1
**9th [1]** 457/13

**A**

**a.m [1]** 423/5
**ability [1]** 450/6
**able [8]** 435/18 436/17
452/7 462/25 468/8
469/14 469/23 471/12
**about [49]** 426/17
431/7 431/8 437/2
438/10 450/11 451/11
451/18 452/6 452/23
464/4 464/13 472/12
474/18 479/17 479/22
480/2 480/5 482/15
482/16 486/22 486/23
491/17 496/12 496/13
496/17 496/18 499/8
499/17 501/14 502/3
502/3 502/4 502/13
503/22 505/20 506/10
506/20 506/21 507/24
508/13 509/20 510/8
510/10 512/16 516/6
518/19 520/19 520/19
**above [4]** 445/6 456/7

**above...** [2] 456/20 521/5
**above-entitled** [1] 521/5
**ABS** [2] 443/2 443/8
**Absent** [1] 436/21
**absolutely** [2] 513/19 514/1
**accelerating** [1] 493/5
**Accepted** [1] 444/11
**accordance** [1] 440/20
**According** [1] 428/18
**accountant** [1] 429/19
**Accounting** [1] 444/11
**accuracy** [1] 502/7
**accurate** [9] 454/12 459/2 473/9 474/10 478/1 478/3 481/2 483/1 485/18
**accurately** [1] 466/21
**act** [4] 438/1 439/19 440/21 440/23
**acting** [8] 439/2 446/12 447/10 448/5 460/21 475/13 476/7 476/22
**Action** [3] 423/2 423/9 423/10
**actually** [4] 438/11 464/1 518/1 520/13
**ADAM** [1] 424/4
**add** [1] 429/22
**added** [3] 478/21 479/1 501/22
**adding** [1] 449/21
**addition** [2] 461/10 489/19
**additive** [1] 449/20
**addressed** [1] 438/1
**admission** [2] 455/11 455/13
**admit** [1] 454/15
**admitted** [6] 432/12 435/19 439/24 452/20 455/18 456/25
**advance** [1] 472/12
**adverse** [1] 446/16
**affairs** [2] 440/16 441/5
**affected** [1] 449/19
**after** [27] 437/13 441/3 448/11 448/24 450/5 451/13 461/23 463/7

477/15 477/16 478/14 478/23 478/24 480/18 481/14 481/16 484/6 502/22 502/25 503/3 503/13 512/24 513/2 513/7
**afternoon** [3] 486/18 486/19 486/20
**again** [27] 432/2 434/4 439/24 448/6 451/10 459/9 463/14 473/25 485/3 490/2 493/10 494/13 495/9 496/7 498/21 508/18 509/17 511/24 513/12 514/10 514/19 515/6 516/3 516/14 516/19 517/21 519/6
**against** [1] 448/19
**agency** [8] 423/6 424/8 439/6 439/7 439/24 440/1 440/18 443/8
**agree** [3] 438/8 438/16 517/4
**agreed** [15] 435/4 435/8 437/20 438/9 446/11 447/8 449/25 460/17 468/17 469/4 471/7 471/21 471/22 475/12 507/13
**agreed-upon** [1] 447/8
**agreement** [11] 423/10 434/25 435/2 435/6 435/25 436/1 436/7 436/16 447/6 472/8 512/12
**agreements** [15] 439/2 475/15 475/17 475/18 475/21 476/2 476/8 476/10 476/13 476/13 476/24 477/1 477/2 477/25 506/22
**ahead** [2] 442/6 472/17
**aid** [1] 434/9
**aided** [1] 424/25
**al** [3] 423/2 423/2 423/6
**all** [49] 426/11 426/18 429/5 430/12 430/15 432/17 433/1 433/18 434/5 441/24 442/2

457/25 465/11 465/12 465/13 465/18 465/20 465/24 466/1 468/12 468/25 470/1 470/7 470/8 471/10 489/23 490/6 492/22 495/1 495/3 498/7 498/19 500/12 502/6 503/15 505/7 507/24 508/6 513/24 514/9 516/18 516/21 517/8 518/9 518/13 520/18
**allow** [1] 444/14
**allowed** [3] 466/4 476/12 495/5
**allowing** [1] 445/15
**along** [3] 462/6 472/9 503/22
**aloud** [1] 489/7
**already** [9] 432/11 439/24 456/25 462/7 462/15 471/14 471/21 471/22 491/6
**also** [18] 430/7 437/10 443/11 445/24 448/12 452/21 454/7 458/18 461/23 475/18 476/13 481/17 487/12 489/20 491/20 495/11 504/25 508/12
**always** [1] 436/16
**am** [11] 431/9 435/15 447/9 454/5 463/22 500/9 500/9 508/17 513/13 517/19 519/7
**amended** [4] 440/24 447/11 448/6 460/22
**amendment** [41] 447/6 447/7 447/12 447/12 448/7 448/7 448/12 460/12 460/23 460/23 461/10 461/21 461/24 462/2 463/1 463/2 463/7 463/11 463/11 464/18 464/22 465/4 477/15 477/15 478/11 478/14 498/13 503/25 504/21 504/23 511/25 512/3 512/6 512/7 512/16 513/20 513/22 514/21 515/7 516/4 516/22
**Amendment's** [1]

457/6 460/25 465/19 460/9/4
**Americas** [1] 424/6
**Among** [1] 477/1
**amount** [46] 431/7 431/25 432/13 432/17 432/18 444/15 446/5 446/10 448/22 448/23 449/9 449/15 449/25 450/3 450/14 451/6 451/11 463/6 463/6 465/1 465/8 465/9 466/1 466/2 466/7 467/11 473/2 473/4 473/20 475/22 476/15 477/6 480/17 481/10 483/11 484/20 485/7 485/8 486/2 517/17 518/5 518/16 518/21 519/4 519/9 519/12
**amounts** [2] 450/15 482/16
**analysis** [1] 461/19
**announce** [1] 471/9
**annual** [5] 445/11 452/3 452/4 479/8 510/14
**another** [5] 439/22 488/21 505/13 509/17 510/2
**answer** [18] 440/5 440/8 440/15 441/2 441/8 488/14 488/19 488/24 493/24 494/13 494/22 495/9 495/22 496/3 496/11 496/18 514/5 514/15
**answered** [1] 464/12
**answering** [1] 513/13
**answers** [3] 440/3 488/5 496/12
**any** [33] 428/9 435/14 435/20 438/11 446/19 446/23 460/25 462/11 466/8 468/11 487/1 487/3 487/12 487/15 488/15 489/7 490/6 490/9 490/13 491/15 492/5 493/13 499/21 499/22 505/9 505/20 506/1 506/2 507/19 507/21 511/21 513/15 520/20
**anybody** [5] 430/22 491/11 500/12 500/15

**A**

anybody... [1] 500/17
anyone [2] 491/13
520/19
anything [6] 433/21
451/14 453/24 499/23
506/10 507/22
apologize [4] 434/20
469/18 495/20 517/21
appear [1] 457/7
APPEARANCES [2]
423/15 423/25
appears [1] 469/22
application [1] 435/7
applied [2] 461/7
475/24
apply [2] 435/3 435/9
applying [2] 493/13
498/21
appointed [5] 440/9
440/16 440/19 441/1
441/2
appointing [1] 441/8
appreciate [1] 482/9
appropriate [1] 520/8
approved [1] 441/24
approximately [2]
511/24 512/23
are [74] 426/24 427/7
428/25 429/1 429/2
429/2 429/19 430/20
430/24 431/5 431/22
432/22 433/24 434/10
438/20 439/20 440/12
441/6 441/11 442/9
443/24 447/1 447/15
448/15 448/16 451/1
451/13 452/11 453/3
454/11 454/20 455/19
456/12 458/8 458/11
459/24 459/25 464/3
464/12 466/15 468/5
470/12 470/20 470/22
472/11 473/19 473/24
486/22 487/3 487/24
488/1 490/3 490/4
490/4 491/2 493/3
494/5 494/24 495/4
495/24 496/8 496/20
496/22 497/7 502/6
502/8 508/1 508/1
509/1 510/23 512/15
513/18 518/13 520/7
aren't [1] 493/4

Arnold [1] 424/10
as [69] 426/22 426/25
429/25 430/24 430/25
435/6 435/17 435/23
436/18 436/18 437/6
437/6 439/5 439/19
439/23 440/23 442/9
442/12 443/17 443/19
444/7 444/11 444/19
444/24 446/1 446/9
447/10 448/6 448/9
448/9 455/18 455/20
457/20 457/23 460/22
461/4 461/12 465/14
468/16 468/22 470/5
470/10 475/14 476/7
476/23 478/16 480/13
487/3 487/6 487/9
490/17 491/22 493/13
493/22 495/1 495/4
499/8 501/8 503/22
508/4 508/18 508/21
508/25 509/22 510/5
510/13 511/2 511/17
519/18
ASIM [1] 424/8
ask [33] 426/17 435/12
436/10 440/4 443/25
444/4 445/1 448/3
450/6 452/22 454/5
454/22 455/17 458/16
458/21 459/8 464/9
464/16 471/12 474/13
475/10 476/4 476/20
478/6 479/25 481/6
483/3 485/22 490/4
493/21 502/2 512/10
513/4
asked [22] 431/6 431/8
461/15 462/18 462/20
462/23 463/9 472/6
488/4 488/8 488/13
488/15 488/17 488/21
488/22 490/14 492/19
494/2 494/16 496/2
497/9 497/17
asking [7] 469/8 469/8
470/7 470/12 470/13
482/11 508/19
assets [11] 441/9
444/10 444/14 444/16
445/8 465/1 465/9
465/9 466/2 466/7
466/8

associated [1] 445/9
Association [1]
424/15
assure [1] 459/1
attachment [1] 443/7
attachments [1] 443/5
attention [12] 431/13
435/10 439/4 443/4
450/25 451/9 457/5
458/2 467/6 468/2
472/22 479/7
attorneys [1] 434/15
August [4] 456/18
460/10 460/21 512/17
authority [1] 443/21
available [8] 450/1
453/18 468/1 477/24
481/1 482/24 485/17
510/2
Avenue [6] 423/19
423/24 424/6 424/10
424/13 424/21

**B**

back [25] 430/9 431/10
432/3 437/19 440/17
443/24 447/1 448/15
460/9 461/13 463/19
463/25 473/24 475/7
476/3 476/19 479/3
480/12 503/10 503/16
513/5 516/20 516/23
518/2 520/22
backwards [1] 495/20
bad [1] 500/9
balance [2] 439/14
449/21
Bankruptcy [1] 424/21
bar [2] 452/14 452/16
BARNES [1] 423/18
barred [1] 446/22
BARRY [1] 424/2
based [10] 435/18
446/16 461/7 461/9
462/25 463/2 463/3
468/14 469/9 470/3
basically [2] 464/1
503/24
basis [4] 452/2 452/3
468/23 492/10
be [62] 428/4 430/10
431/2 432/4 433/5
434/8 435/12 435/15
436/10 436/17 436/19

436/22 438/4 440/19
441/17 446/5 446/7
446/8 446/10 448/11
451/24 452/10 454/6
455/15 455/17 455/23
457/6 457/24 458/21
459/8 464/6 464/9
466/5 466/14 466/23
468/8 468/8 469/2
469/7 469/14 469/23
470/2 471/12 471/15
489/13 490/7 491/19
491/22 492/16 495/5
496/7 498/6 498/16
503/5 505/10 505/14
506/3 513/5 513/5
516/19 517/2 520/8
bear [1] 491/11
became [1] 461/5
because [11] 426/7
436/16 452/10 455/18
467/22 489/23 496/20
503/2 503/16 508/20
518/20
been [14] 432/11
435/10 440/19 449/22
452/20 456/25 462/15
468/15 468/17 483/17
486/5 489/2 496/25
503/11
before [34] 423/13
426/5 452/23 461/8
461/15 461/20 462/1
463/11 464/18 468/25
469/16 469/24 477/14
478/11 480/18 481/10
481/12 483/17 487/9
487/12 487/15 491/3
498/13 499/14 499/21
503/6 509/11 511/25
512/2 512/12 512/24
516/21 517/5 517/9
began [1] 437/22
beginning [2] 450/13
486/21
begins [1] 455/5
being [6] 450/15 466/7
482/16 519/22 519/23
519/25
believe [4] 497/19
510/4 518/8 520/8
below [2] 456/6
456/20
benefit [5] 430/12

**B**

benefit... [4] 440/6
443/5 443/16 465/22
Benson [1] 457/15
Berger [1] 424/5
BERGMAN [1] 424/9
Berkley [1] 423/16
Bernstein [1] 424/5
between [4] 435/24
436/9 439/15 444/16
beyond [1] 476/11
biggest [1] 452/8
billion [78] 428/20
428/23 429/16 429/18
429/21 430/6 430/11
430/16 430/19 432/18
432/23 432/25 441/20
444/7 445/5 447/13
447/14 447/14 447/14
448/8 451/15 459/17
459/18 459/19 459/20
460/5 460/6 460/7
460/8 461/2 463/12
463/13 463/15 463/16
463/17 463/18 464/2
473/22 473/23 474/19
474/22 474/24 475/1
475/3 475/18 475/20
475/20 475/23 476/11
476/17 476/18 478/20
478/20 478/22 479/20
479/23 479/24 480/4
480/7 480/9 480/10
481/13 481/17 481/18
481/20 481/25 483/19
483/21 483/23 483/23
484/8 484/12 484/15
486/4 486/7 493/7
493/16 498/5
binder [3] 477/9
480/12 482/1
bit [1] 506/19
black [1] 519/10
blank [2] 427/24 428/1
Bloomberg [1] 468/1
board [1] 492/24
Boies [1] 423/24
book [1] 452/22
booklet [3] 453/3
454/6 474/1
borrow [2] 520/1
520/7
borrowed [3] 485/7
486/2 519/22

borrowing [1] 519/19
both [9] 430/14 433/18
445/19 452/7 459/13
460/2 467/12 467/18
493/2
bottom [1] 429/12
boy [1] 439/5
Bradford [1] 457/4
brand [1] 430/24
Break [1] 470/19
BRIAN [1] 423/18
brief [2] 426/5 430/23
Bring [1] 472/13
bringing [1] 440/17
broad [1] 443/21
brought [1] 435/10
building [1] 457/20
business [4] 439/19
441/17 443/20 492/16
buy [2] 495/16 499/2

**C**

calculate [2] 432/4
461/20
calculated [3] 432/16
433/25 519/4
calculation [1] 469/15
calculations [4] 469/2
470/7 509/21 509/21
calendar [2] 510/24
510/25
call [2] 464/2 464/25
called [7] 437/10
437/25 444/22 449/7
507/3 507/5 510/18
came [2] 491/6 510/5
can [67] 426/3 427/18
427/24 428/14 430/22
431/18 432/21 433/13
435/22 436/8 437/5
438/24 439/5 439/24
442/14 442/24 443/6
443/15 444/5 445/21
445/23 448/16 450/10
450/17 451/10 452/5
453/2 456/12 457/17
458/18 459/9 462/4
462/4 463/20 465/18
473/18 479/17 479/21
480/1 480/5 482/4
491/11 491/12 491/13
491/13 493/16 493/24
494/4 494/12 495/9
495/14 495/16 495/20

455/21 496/8 496/11
496/18 497/5 500/15
500/17 501/8 501/11
511/2 511/12 511/17
517/22 520/21
can't [2] 434/23 452/11
cap [1] 448/11
capacity [2] 441/12
496/23
capital [8] 461/1 461/2
475/18 476/11 476/15
476/17 477/4 498/5
capturing [1] 493/4
case [20] 434/11
453/17 455/2 457/6
486/25 487/9 487/12
487/15 487/20 499/8
499/14 499/15 499/15
499/19 499/21 499/22
500/2 509/11 520/19
520/20
Case-Shiller [6]
453/17 455/2 499/8
499/15 499/22 500/2
cash [19] 445/11
445/13 464/20 466/3
466/8 467/11 477/2
477/8 478/13 478/16
478/24 481/13 481/15
481/17 481/23 483/11
483/18 484/4 484/13
casino [1] 503/5
cat [2] 439/23 493/22
CAYNE [1] 424/8
CC [1] 442/19
CEO [2] 492/8 492/12
certain [7] 436/1 466/3
471/6 490/21 505/21
505/22 508/13
certainly [2] 430/10
503/15
certificate [7] 431/11
444/22 508/22 509/1
509/1 509/8 509/12
Certificate.' [1] 444/25
certificates [5] 445/4
475/16 476/9 476/25
508/14
certify [1] 521/4
chair [1] 487/23
Chairman [1] 446/13
change [4] 492/23
493/6 493/15 493/16
changed [4] 475/15

476/8 476/24 484/3
changes [2] 477/14
478/10
characterized [1]
520/5
charge [1] 492/17
CHARLES [1] 423/16
chart [6] 451/17 452/7
473/5 511/5 517/17
518/4
charts [4] 433/7
466/21 506/8 516/19
check [3] 423/21 502/7
507/4
cherry [1] 471/6
cherry-picking [1]
471/6
Chief [1] 492/14
choices [2] 508/8
508/10
choose [1] 504/8
choosing [1] 506/3
chose [5] 490/10
490/10 504/25 505/21
505/22
choses [1] 508/8
Christmas [1] 448/1
CIATTI [1] 424/12
circumstances [1]
436/13
Civil [2] 423/2 423/9
clarification [1] 436/5
clarify [4] 464/3
465/18 465/23 465/25
class [4] 423/10
423/20 435/3 444/18
clear [16] 426/24
428/4 431/6 434/4
452/10 464/11 466/14
468/5 469/7 482/4
482/6 496/7 510/23
512/5 512/16 513/18
clerk [1] 471/9
close [1] 471/10
closely [1] 493/3
closer [1] 496/5
COLATRIANO [1]
423/17
colleague [1] 520/13
colleagues [1] 434/23
Collender [1] 442/19
COLUMBIA [1] 423/1
column [9] 449/1
449/3 449/7 449/13

**C**

**column... [5]** 449/18 449/19 449/23 450/3 451/10
**combined [3]** 473/21 473/22 484/13
**come [3]** 434/7 434/13 450/19
**comes [1]** 481/15
**coming [3]** 426/8 464/17 464/23
**commentary [2]** 489/8 507/19
**Commission [2]** 510/16 510/21
**commitment [34]** 444/9 444/9 444/15 444/17 445/11 445/25 446/2 446/4 446/5 446/9 446/10 446/15 446/18 446/19 447/13 448/8 448/9 448/11 448/14 448/19 448/23 448/23 449/17 449/24 450/4 450/8 461/11 506/7 506/9 506/11 517/18 518/6 518/10 519/24
**committed [1]** 444/6
**common [21]** 427/8 427/9 427/11 427/13 427/21 428/2 428/10 428/17 429/3 429/5 429/6 429/8 433/6 433/8 433/11 445/16 445/18 498/5 498/6 498/15 498/19
**companies [1]** 452/7
**company [16]** 424/12 437/11 440/10 440/16 440/17 440/20 440/24 441/4 441/10 441/12 441/16 493/24 494/14 496/23 510/15 510/20
**company's [6]** 440/12 441/9 441/16 494/20 494/22 518/22
**comparing [2]** 459/13 459/25
**comparison [1]** 459/12
**compensate [1]** 446/3
**completes [1]** 486/9
**comprehensive [9]**

458/5 458/7 458/11 459/12 479/5 479/8 479/13 479/17 480/2
**compute [1]** 430/4
**computer [2]** 424/25 482/7
**computer-aided [1]** 424/25
**concept [1]** 519/8
**concern [1]** 441/15
**concerns [1]** 438/2
**concluded [4]** 436/24 438/18 470/16 520/25
**condition [4]** 438/3 440/11 440/25 441/11
**conditions [1]** 446/16
**confidence [2]** 441/12 496/23
**confined [1]** 464/10
**confirmed [1]** 434/24
**confused [1]** 467/21
**Congress [2]** 437/23 441/23
**connection [1]** 499/19
**consecutive [2]** 517/5 517/9
**consent [1]** 446/25
**conservator [15]** 439/20 440/13 440/14 440/15 440/20 441/1 441/3 441/9 443/22 447/11 448/6 460/22 475/14 476/7 476/23
**conservatorship [18]** 439/16 440/3 440/7 440/8 440/11 441/7 441/11 443/17 443/21 457/21 473/25 494/21 494/22 494/25 495/5 496/8 496/13 496/22
**conserve [2]** 441/9 498/4
**consistently [1]** 503/11
**constituting [1]** 431/19
**Constitution [1]** 424/21
**consultation [1]** 446/13
**contained [1]** 444/22
**contemplated [1]** 436/16
**context [1]** 493/11

continue [4] 441/7
445/21 445/23 494/23 494/25 495/5 495/13 495/14 495/16 498/7 498/20
**CONTINUED [3]** 424/1 425/4 426/13
**continues [1]** 478/19
**contributed [2]** 441/14 496/25
**control [1]** 440/10
**conversation [1]** 505/15
**COOPER [2]** 423/16 423/18
**copy [1]** 507/3
**correct [144]**
**correction [1]** 463/20
**correctly [4]** 431/9 492/22 517/19 519/8
**cost [1]** 445/18
**could [23]** 427/25 430/4 430/7 430/9 430/13 432/3 434/18 439/12 455/6 459/22 464/5 465/22 466/4 466/9 467/9 469/3 484/21 491/19 493/22 507/4 512/10 517/20 517/24
**Counsel [2]** 488/8 501/24
**country [1]** 456/11
**couple [3]** 426/5 470/23 498/12
**course [5]** 434/10 435/13 461/19 468/12 471/5
**COURT [9]** 423/1 424/20 426/6 431/6 432/4 435/23 438/11 465/22 521/3
**Court's [13]** 431/1 433/20 438/14 438/15 444/2 462/20 465/17 467/4 472/16 482/8 484/24 486/8 501/9
**courtroom [7]** 426/10 435/11 435/15 436/20 470/18 472/14 520/24
**cover [2]** 443/5 443/7
**covered [2]** 456/16 464/6
**CPA [1]** 486/22

CRC [1] 424/20
**create [6]** 434/8 437/14 500/4 501/5 502/4 510/1
**created [3]** 444/18 459/1 509/22
**creates [1]** 500/18
**credibility [1]** 492/25
**crisis [6]** 437/22 437/23 487/13 487/16 487/19 488/17
**cross [5]** 425/4 464/6 464/9 464/10 486/16
**Cross-Examination [2]** 425/4 486/16
**Cts [1]** 424/21
**cumulative [10]** 448/18 448/22 449/13 449/18 451/7 457/21 457/22 463/22 463/25 486/2
**current [3]** 441/14 457/21 496/25
**CUSIP [1]** 429/7

---

**D**

**D.C [5]** 423/19 423/25 424/11 424/14 424/17
**dark [1]** 483/24
**darker [1]** 452/14
**data [16]** 434/17 453/22 454/1 455/1 456/18 458/14 458/19 459/5 462/3 466/21 466/22 467/25 469/9 470/3 470/4 503/17
**date [37]** 433/24 434/19 438/21 438/22 438/25 442/20 447/3 447/3 447/5 447/16 447/16 447/16 447/24 448/13 449/15 455/3 455/6 456/18 457/9 460/13 463/23 463/25 467/14 475/9 476/4 476/20 483/17 500/17 500/18 500/25 501/2 504/3 504/21 505/18 512/19 512/20 521/11
**dates [9]** 437/15 437/18 460/10 504/5 504/13 504/14 504/15 504/16 504/17
**Dave [2]** 457/17

**D**

Dave... [1] 457/19
DAVID [3] 423/16
424/9 457/15
Davis [2] 425/4 453/9
DC [2] 423/6 424/22
December [13] 446/4
446/6 447/25 448/5
448/10 448/14 448/14
475/9 475/13 475/24
477/16 478/18 483/20
decision [1] 506/2
decision-making [1]
506/2
decline [1] 461/3
decrease [1] 450/14
decreased [2] 450/15
502/19
decreases [1] 451/14
defendant [2] 424/7
469/13
defendants [4] 423/7
475/12 507/13 508/1
defense [2] 468/14
472/6
defined [2] 443/17
466/7
degree [1] 508/1
Delaware [1] 424/3
delta [2] 493/7 493/11
DeMarco [2] 442/17
457/7
demonstrate [1] 468/9
demonstrative [6]
455/12 459/9 468/22
469/5 469/9 469/11
demonstratives [4]
468/8 468/12 468/17
468/20
depicted [5] 459/6
467/10 479/14 483/9
483/24
depiction [6] 454/23
474/10 478/4 481/2
483/1 485/18
deposition [3] 487/20
487/23 488/7
Deputy [1] 471/9
derive [3] 473/7 474/7
480/23
describe [1] 503/25
descriptions [1]
506/13
designated [1] 440/13

designation [6]
431/11 444/23 508/14
509/1 509/9 509/12
designed [1] 439/17
detail [1] 499/5
determine [1] 434/19
determined [3] 444/11
446/8 495/2
determines [1] 441/3
Dharan [3] 435/11
435/17 436/19
did [72] 428/9 429/22
434/7 434/12 434/13
434/16 434/23 435/5
435/6 437/13 442/5
449/8 450/19 451/14
451/17 453/21 453/24
454/3 458/1 458/4
458/5 459/1 459/4
459/15 461/9 461/23
462/23 467/25 468/13
469/9 470/2 470/3
470/4 470/5 471/5
472/15 473/5 473/7
474/7 475/4 477/17
477/22 480/19 480/19
480/22 480/23 482/7
482/18 482/18 482/19
482/21 485/11 485/12
485/14 486/25 491/13
493/8 496/4 496/6
497/24 500/25 502/3
502/3 502/6 504/8
504/13 504/14 504/18
504/19 506/14 518/11
518/12
didn't [12] 447/19
489/24 490/2 490/6
491/15 497/23 498/1
502/4 505/3 505/9
505/12 513/15
difference [8] 433/3
433/5 433/14 444/16
462/25 463/5 463/10
493/11
different [2] 433/15
506/1
direct [21] 425/4
426/13 431/13 439/4
439/10 443/4 443/10
447/9 450/25 456/24
457/5 457/14 458/2
460/16 467/6 467/17
468/2 479/7 494/9

directing [1] 451/9
directly [4] 441/14
455/1 468/2 496/25
director [5] 439/9
440/19 441/3 441/3
497/12
directors [1] 440/12
disagree [1] 492/9
disagreement [1]
472/12
disappear [1] 472/15
discretion [3] 441/4
446/13 446/16
discuss [1] 462/17
discussion [7] 434/21
434/25 436/24 438/6
438/18 468/6 470/16
display [12] 452/20
455/8 459/22 466/11
472/7 473/13 474/13
475/9 478/6 481/6
483/3 485/22
displayed [3] 426/25
459/9 474/8
displaying [3] 453/5
453/7 454/7
Disputed [1] 507/4
disrespectful [1]
491/11
distinct [1] 435/21
distinguish [2] 435/24
436/9
distributions [2] 445/8
446/23
DISTRICT [4] 423/1
423/1 423/13 424/21
dividend [21] 445/11
460/24 460/24 461/4
461/6 461/7 461/8
462/25 463/1 463/10
466/1 475/22 475/24
475/25 477/2 477/8
477/14 478/10 478/12
478/17 484/3
dividends [67] 427/7
427/13 428/7 428/22
429/10 429/20 430/7
430/17 432/13 432/22
432/24 433/1 433/5
433/10 433/16 433/17
433/25 434/2 446/24
457/22 463/7 463/23
464/17 464/18 464/20

459/7 502/18
464/24 467/11 468/3
473/3 473/20 474/5
481/13 481/15 481/24
483/11 483/18 484/5
484/13 498/6 498/16
511/7 511/14 511/21
512/12 512/24 513/2
513/7 513/8 513/15
513/19 513/25 514/10
514/19 515/3 515/11
515/12 515/13 515/16
515/18 515/23 516/1
516/9 516/12 516/14
516/24 517/6 517/11
do [69] 427/1 427/22
428/20 429/25 430/3
431/10 431/14 434/16
453/12 453/21 455/11
455/13 457/7 457/8
460/3 467/7 467/8
468/25 469/2 469/3
469/14 469/25 470/7
472/5 472/6 472/7
472/22 472/24 474/2
474/3 477/10 477/12
480/13 482/2 482/12
482/13 484/16 485/4
485/9 491/12 491/13
491/25 492/3 492/5
492/6 493/23 496/7
499/9 502/20 502/21
503/21 505/4 506/13
506/22 508/15 513/11
513/20 514/1 514/12
514/17 514/21 514/23
515/7 515/13 515/19
516/3 516/15 517/2
517/25
document [23] 439/8
439/23 439/25 440/2
440/5 444/22 489/21
489/24 489/25 491/7
491/8 491/20 492/8
492/20 494/9 494/17
495/21 497/3 497/9
497/17 504/18 504/24
512/8
documentation [1]
434/18
documents [15] 481/1
482/24 485/17 489/4
489/6 489/10 489/13
489/19 489/23 490/10
490/18 490/22 491/3

**D**

documents... [2] 491/14 491/18
does [25] 427/4 427/11 427/13 429/5 429/8 429/10 431/18 431/21 436/9 449/1 449/5 449/14 449/24 450/21 452/2 456/2 458/14 462/16 474/17 479/9 479/11 496/12 500/22 506/11 506/12
doesn't [7] 435/13 435/24 462/17 469/23 499/5 506/6 506/10
doing [1] 489/2
dollar [2] 445/9 445/9
dollars [3] 432/6 432/7 441/21
don't [29] 436/6 490/9 490/13 491/10 495/16 496/7 502/5 502/17 502/24 503/2 503/15 505/7 505/20 506/1 506/15 506/18 507/3 507/21 512/19 512/20 518/25 519/1 519/2 519/6 519/11 519/14 519/15 520/18 520/19
done [6] 435/25 472/3 487/12 487/15 488/15 499/21
door [1] 471/10
doubled [1] 447/12
down [19] 429/12 448/19 449/10 449/11 449/16 449/22 450/12 450/16 451/14 451/15 454/12 455/6 456/6 458/21 499/12 501/20 503/11 517/20 517/22
download [8] 453/16 453/21 453/24 454/3 455/1 500/19 500/21 502/8
downloaded [3] 454/1 455/21 502/5
downloading [1] 502/10
downturns [1] 493/2
downward [2] 456/5 502/14
Dr. [1] 435/11
Dr. Dharan [1] 435/11

draw [15] 444/18 448/22 448/22 448/24 449/20 450/19 451/14 472/21 518/10 519/2 519/3 519/7 519/8 519/11 519/18
drawdown [3] 450/5 450/14 451/19
drawdowns [1] 452/8
drawing [1] 452/12
drawn [4] 449/16 449/22 450/15 519/23
draws [14] 448/18 449/8 449/13 449/18 449/19 450/11 451/7 451/10 451/11 451/22 457/23 518/22 519/18 519/19
drew [7] 445/10 448/19 449/10 449/11 454/12 517/18 518/5
duration [1] 443/19
during [10] 434/10 436/4 451/19 461/19 468/12 474/11 475/4 480/3 494/21 494/22

**E**

each [42] 431/8 444/7 444/8 444/19 445/5 445/10 445/15 445/25 446/11 447/13 447/13 447/14 448/8 448/9 461/3 469/12 474/6 475/16 475/17 475/20 475/21 475/23 475/25 476/9 476/10 476/16 476/25 477/3 477/5 477/6 477/7 478/20 478/21 478/25 479/1 479/21 483/21 483/23 489/21 513/8 517/18 518/6
earlier [1] 519/18
early [5] 502/14 502/15 502/18 502/18 503/10
earnings [5] 458/9 458/11 476/11 477/3 477/7
earnings' [1] 457/24
East [2] 443/2 443/8
Edward [4] 442/10 442/12 442/17 457/6

Edwards [2] 493/5 493/14
effect [7] 446/9 460/15 461/12 461/23 512/3 513/1 514/3
effective [1] 461/5
Eisenhofer [1] 424/2
either [10] 464/11 469/21 498/23 499/22 502/10 513/16 515/3 515/7 515/12 520/22
elaborate [1] 503/9
eliminated [2] 498/6 498/16
else [2] 453/24 499/23
email [10] 434/22 435/1 442/15 442/16 442/20 442/22 442/25 457/2 457/3 457/9
embarrass [1] 435/13
enact [1] 437/23
enacted [1] 463/7
enactment [1] 437/25
end [2] 475/23 484/17
English [8] 491/12 491/13 493/17 495/3 495/7 495/10 495/12 498/21
enhance [2] 441/12 496/23
ensuing [1] 446/7
ensure [2] 444/7 466/21
entered [5] 426/10 472/14 475/14 476/7 476/23
enterprise [25] 444/7 444/8 444/10 444/15 444/19 445/5 445/8 445/10 445/25 446/12 446/24 447/13 448/8 448/9 475/16 475/17 475/20 475/21 476/9 476/11 476/25 477/3 477/4 477/6 477/7
enterprise's [3] 444/13 445/16 461/11
enterprises [13] 439/20 440/22 446/19 446/23 447/11 448/6 460/22 461/6 474/21 475/14 476/7 476/15 476/23
entire [2] 456/11

entities [7] 433/18 439/18 465/1 466/3 474/19 478/20 485/9
entitled [2] 445/4 521/5
entity [8] 427/4 440/9 440/15 443/20 452/12 452/12 467/18 478/21
entrance [1] 471/9
equal [3] 444/16 460/25 475/22
equivalent [1] 435/5
ERIC [1] 423/2 423/2 423/6 440/23
Eve [1] 448/1
even [3] 491/4 509/15 519/2
event [8] 437/12 438/24 503/25 504/8 505/13 505/14 505/17 506/3
events [12] 434/13 434/15 434/16 434/19 437/9 447/24 504/5 504/25 505/9 505/21 505/23 506/14
ever [4] 506/7 508/17 516/22 517/10
every [7] 444/8 446/7 449/20 491/18 498/5 514/17 515/22
everyone [2] 453/19 507/13
Everything [1] 499/17
evidence [8] 425/9 425/9 425/10 435/19 454/16 455/18 468/21 468/23
exact [2] 451/23 512/19
exactly [2] 498/16 508/5
examination [11] 425/4 425/4 426/13 429/23 431/6 486/9 486/16 486/22 494/10 499/7 501/15
et [4] 423/2 423/2 423/6 440/23
especially [1] 443/2
establish [2] 440/9 468/21
establishes [2] 435/23 458/21

# E

**examined [2]** 462/24 468/17
**exceed [2]** 444/10 444/14
**exceeded [2]** 465/1 475/23
**exceeding [1]** 461/1
**Excel [25]** 428/18 448/15 453/16 454/2 454/24 458/1 458/3 458/19 458/25 459/5 462/4 462/24 463/19 463/22 466/16 467/24 468/10 469/10 473/8 478/4 480/25 482/23 485/16 509/22 510/1
**except [2]** 435/3 459/25
**exchange [5]** 434/22 435/1 436/3 510/15 510/21
**exclude [1]** 505/22
**excluded [3]** 435/12 436/11 436/22
**excuse [1]** 455/10
**execute [1]** 439/1
**executed [4]** 460/12 511/25 512/16 512/23
**execution [1]** 476/1
**executive [2]** 457/12 492/14
**exercising [1]** 445/18
**exhibit [81]** 425/8 426/21 426/22 426/23 427/3 427/4 427/6 429/1 429/1 430/10 430/25 431/3 431/11 431/14 431/24 432/10 432/11 432/25 433/25 439/5 439/6 439/23 443/11 448/16 448/17 451/1 451/2 451/24 452/22 453/2 453/22 454/9 454/10 454/11 454/16 454/17 454/18 454/19 455/9 456/24 456/25 458/3 458/4 458/14 458/15 458/17 458/18 459/6 459/8 466/12 466/24 467/7 467/10 467/25 469/6 472/22 473/14 473/16 474/2 474/8 474/14
474/18 477/9 477/15 477/18 478/7 479/3 480/13 481/4 481/6 482/2 482/11 482/25 483/4 483/10 485/3 485/4 485/23 491/20 517/23 520/12
**exhibits [4]** 426/18 454/6 455/17 455/19
**exited [2]** 470/18 520/24
**expect [1]** 436/15
**expediency [1]** 472/9
**expert [11]** 435/14 435/18 435/21 435/25 436/10 436/10 436/13 436/17 487/4 487/18 508/19
**expertise [3]** 487/1 493/13 495/11
**experts [2]** 436/6 436/18
**explain [5]** 427/24 428/1 428/14 432/21 433/13
**explained [1]** 493/3
**extended [1]** 448/13
**extraordinary [1]** 437/12

# F

**fact [11]** 435/7 435/21 435/24 436/2 436/7 436/9 436/18 453/21 467/1 486/22 513/15
**factor [1]** 457/20
**facts [17]** 437/19 451/18 460/16 471/8 471/21 475/11 476/5 476/21 507/4 507/10 507/13 507/15 507/22 507/25 508/1 508/7 508/13
**failure [1]** 462/11
**fair [8]** 454/11 473/9 474/10 478/1 478/3 481/2 482/25 485/18
**FAIRHOLME [1]** 423/2
**FANNIE [72]** 423/9 426/19 427/5 428/19 430/5 430/8 430/9 430/14 432/14 433/1 438/2 439/2 439/16 445/19 448/19 449/10
449/15 450/9 460/6 451/18 452/13 457/12 458/5 458/8 459/13 459/16 460/2 460/5 460/25 463/12 463/23 467/12 473/3 473/21 476/16 479/6 479/10 479/14 479/18 479/19 479/22 483/12 483/18 485/10 486/2 492/8 498/23 508/14 509/12 511/10 511/20 513/8 513/18 513/25 514/9 514/18 515/3 515/12 515/13 515/18 515/24 516/9 516/11 516/24 517/6 517/17 518/8 518/9 518/16 518/19 518/21 519/9
**far [1]** 486/6
**February [2]** 456/19 456/22
**Fed [1]** 455/2
**federal [12]** 423/5 424/7 424/12 424/15 437/25 439/7 440/1 440/18 440/20 440/22 443/8 446/14
**fee [11]** 445/25 446/2 446/5 446/10 446/15 446/18 446/19 448/14 506/7 506/9 506/11
**fees [1]** 461/11
**few [6]** 441/20 452/9 456/19 491/17 499/18 509/20
**FHFA [14]** 439/2 439/9 439/15 439/19 440/19 441/2 446/12 447/10 448/5 460/21 475/13 476/6 476/22 497/12
**Fifty [2]** 432/6 432/7
**figured [1]** 505/17
**file [11]** 437/11 448/15 458/1 458/3 459/6 462/4 463/19 463/22 469/10 469/10
**filed [2]** 510/15 510/20
**files [3]** 462/24 466/16 478/4
**filings [3]** 468/1 510/6 510/10
**filled [1]** 503/22
**FINANCE [7]** 423/5
424/8 433/7 440/1 440/18 440/21 443/8
**financial [12]** 437/22 437/23 438/2 440/17 440/22 440/24 487/16 487/19 488/16 491/23 492/25 495/1
**find [3]** 458/5 459/15 491/24
**fine [4]** 426/9 502/18 509/6 519/6
**first [39]** 426/25 428/16 431/12 431/13 431/15 431/18 433/16 437/18 440/4 440/5 443/15 444/4 447/5 447/7 447/11 447/12 447/17 448/16 448/25 458/10 459/14 459/14 459/16 459/17 459/18 459/19 460/4 461/9 467/8 467/15 471/1 471/2 494/4 497/5 514/10 515/22 516/8 516/15 520/16
**five [2]** 446/7 446/7
**five-year [1]** 446/7
**fixed [3]** 448/12 460/24 465/5
**Flexner [1]** 423/24
**FMCC [1]** 479/11
**FNMA [1]** 479/8
**focus [2]** 434/14 457/16
**focused [4]** 433/24 457/17 457/19 496/20
**focusing [1]** 456/2
**follow [1]** 434/25
**follow-up [1]** 434/25
**following [6]** 428/2 445/4 446/4 488/8 488/13 488/14
**follows [1]** 446/1
**forecast [2]** 491/23 492/23
**foregoing [1]** 521/4
**form [2]** 482/16 510/2
**formula [5]** 448/12 461/10 464/17 464/19 464/23
**formulate [6]** 467/24 473/5 477/17 477/23 480/19 482/22
**formulation [1]** 469/15

# F

formulations [2] 468/9 468/25
forth [1] 513/25
forward [1] 450/13
foundation [6] 469/1 469/16 469/16 470/2 472/10 488/9
foundational [2] 469/8 472/6
four [6] 498/12 511/25 512/2 512/12 512/24 513/2
fourth [8] 449/6 461/6 513/9 513/19 515/2 515/6 515/23 516/23
Frannie [1] 518/5
FREDDIE [58] 423/9 426/20 429/13 430/5 430/8 430/14 432/14 433/1 438/2 439/3 439/16 445/19 451/4 451/7 451/19 452/16 458/6 458/8 459/13 459/18 459/19 460/2 460/6 461/1 467/12 473/3 473/21 476/16 479/6 479/12 479/14 479/25 480/2 480/3 480/7 483/12 483/18 485/10 486/3 498/23 508/14 509/12 511/15 511/21 513/8 513/15 514/10 514/15 514/19 515/3 515/16 515/19 516/1 517/8 517/8 517/10 518/5 518/17
front [7] 458/17 468/15 468/16 469/2 472/21 485/4 507/3
fulfill [2] 441/13 496/24
full [2] 469/2 478/6
fully [1] 446/2
functional [1] 435/5
fund [2] 450/1 519/4
funded [1] 519/25
funding [5] 448/9 449/11 449/16 451/7 519/12
funds [3] 423/2 449/10 450/6
further [1] 499/1
future [2] 472/11

# G

GAAP [2] 444/12 444/14
gain [2] 480/8 480/9
gained [1] 480/8
gathered [6] 434/8 434/17 437/3 458/15 458/19 474/11
gave [5] 487/20 488/4 488/13 490/18 505/14
gears [1] 506/19
general [7] 492/11 493/10 508/18 508/21 508/24 508/25 510/13
generally [3] 444/11 450/15 458/9
gentlemen [13] 428/14 432/21 433/23 437/5 439/13 440/6 452/5 457/18 459/10 466/14 467/9 473/18 494/6
get [23] 427/18 451/23 452/23 453/21 464/23 470/8 471/8 471/12 472/3 477/22 480/22 480/23 482/21 485/14 493/24 494/4 495/21 497/4 501/8 516/8 518/17 519/9 519/15
getting [2] 467/21 503/22
give [10] 432/2 438/24 442/24 447/16 457/11 463/14 487/4 494/13 498/12 512/15
given [7] 440/5 451/18 463/1 467/2 468/11 491/25 492/23
giving [1] 491/2
go [38] 426/21 430/9 431/10 442/6 442/9 443/1 443/3 447/1 447/15 448/15 460/9 461/13 463/19 472/17 473/24 474/17 475/7 476/3 476/19 477/9 484/21 491/18 491/23 493/22 494/12 494/13 494/14 495/20 495/24 497/23 499/5 500/1 500/15 502/24 504/8 504/22 505/12 518/2
goals [16] 444/6 441/11 496/8 496/12 496/13 496/15 496/17 496/18 496/20 496/22
going [76] 426/17 428/25 429/12 430/3 430/20 430/24 431/13 431/17 431/18 432/2 434/14 437/17 437/17 438/10 438/20 439/4 439/10 439/22 440/4 442/9 443/4 443/10 443/24 445/1 447/1 447/2 447/9 447/15 448/3 448/15 448/16 450/11 450/13 450/25 451/22 452/19 452/22 452/24 453/3 454/5 455/8 456/5 456/5 456/20 456/24 457/5 457/14 457/15 457/16 458/2 458/13 460/9 460/16 462/7 463/19 471/15 472/21 473/24 479/7 485/2 489/2 490/4 491/18 491/19 498/23 499/2 499/11 499/12 502/9 502/24 503/2 503/11 503/12 514/17 516/23 517/13
golden [1] 457/24
Good [6] 426/15 426/16 486/18 486/18 486/20 493/22
got [4] 431/2 469/17 494/14 502/2
government [2] 441/21 455/21
Grant [1] 424/2
graph [15] 451/25 452/2 454/1 456/14 473/2 479/14 484/9 484/14 500/18 500/19 500/21 501/5 502/2 502/3 502/3
graphical [2] 454/23 482/16
graphs [9] 454/3 454/5 455/20 499/12 500/5 501/7 501/14 502/13 503/15
greater [3] 465/9 466/2 466/8
green [1] 483/24
Gregory [1] 511/3
Grossmann [1] 424/5
growth [1] 456/19
GSE [3] 457/22 457/22 457/24
GSEs [2] 442/23 457/19
guess [3] 442/3 442/5 510/8

# H

habilitation [1] 441/5
had [34] 432/16 434/22 434/25 436/2 436/16 449/16 449/25 450/6 454/10 455/3 459/5 466/16 480/9 483/17 487/9 487/12 487/15 489/13 490/19 501/4 503/11 504/3 504/22 504/23 504/24 505/15 513/19 514/1 514/12 515/7 515/19 516/15 516/24 518/17
hadn't [2] 433/21 499/21
HAMISH [1] 423/23
Hampshire [1] 423/19
hand [1] 466/4
happen [3] 426/5 503/3 503/12
happened [8] 434/19 447/16 484/2 484/6 491/3 499/25 516/22 517/10
happening [3] 434/10 460/3 503/18
happens [6] 441/23 460/10 483/20 493/23 494/14 494/20
happy [3] 513/4 513/11 516/20
Hartman [16] 426/11 426/13 426/15 434/7 436/5 437/2 438/10 472/20 486/10 486/16 486/19 486/21 494/5 494/10 497/5 497/6
has [10] 439/15 440/19 443/19 444/10 446/22 452/19 462/10 469/13 472/6 496/24
have [61] 427/6 428/9 428/20 431/12 431/18

**H**

**have... [56]** 432/3
433/1 436/6 437/14
437/17 437/20 438/10
443/19 446/19 447/8
449/7 451/18 455/8
456/17 458/17 460/17
462/23 463/9 463/25
467/2 468/14 468/17
468/19 468/25 469/25
472/7 472/21 472/22
475/12 483/14 485/2
488/15 489/2 490/6
490/9 490/13 492/5
492/9 492/10 498/22
503/16 505/3 505/4
505/9 505/24 506/1
506/1 506/7 506/10
507/3 507/21 508/17
508/21 509/4 511/21
520/18
**having [2]** 454/10
472/12
**he [10]** 431/8 435/12
435/18 436/11 447/20
457/23 469/23 482/7
492/25 493/1
**head [1]** 430/2
**health [1]** 440/17
**hear [5]** 426/6 436/22
447/19 510/10 510/10
**heard [7]** 438/4 455/15
499/14 506/7 506/9
508/17 508/22
**hearing [1]** 436/21
**help [6]** 437/13 441/11
477/17 482/18 485/11
496/22
**helpful [1]** 513/5
**helping [1]** 505/4
**her [8]** 436/4 468/9
469/23 469/25 470/7
471/6 471/12 472/7
**HERA [3]** 438/1 438/11
471/5
**here [37]** 427/6 428/19
429/2 429/25 432/23
432/25 433/10 436/6
439/6 442/5 443/1
443/6 444/2 451/2
451/24 452/2 453/5
455/11 456/13 459/11
459/24 460/3 462/20
468/25 469/15 469/15

469/22 472/16 473/13
483/9 485/20 487/3
487/6 489/2 491/6
517/14 518/13
**herein [1]** 444/24
**HERMAN [3]** 424/20
521/3 521/11
**high [1]** 499/3
**highlight [1]** 431/17
450/17 457/15
**highlighted [3]** 490/21
490/24 492/2
**highlighting [1]** 491/3
**him [4]** 435/13 435/20
436/4 436/22
**hired [1]** 509/11
**his [4]** 436/4 441/4
469/20 482/7
**history [2]** 493/1 493/4
**HOFFMAN [1]** 424/9
**hold [2]** 426/7 495/5
**home [16]** 424/12
453/17 456/5 456/8
456/11 493/6 493/15
499/8 499/15 499/17
499/22 500/2 502/14
502/19 503/3 503/13
**Honestly [1]** 506/18
**Honor [46]** 426/4
434/20 434/22 435/14
435/16 435/22 436/9
436/12 436/23 438/4
438/7 438/17 442/1
447/18 447/22 455/10
455/15 458/20 461/14
462/9 462/10 462/13
462/20 463/3 464/3
464/8 464/9 465/13
465/16 467/20 468/4
468/7 468/19 468/24
469/7 469/18 470/1
470/15 470/21 471/17
472/4 472/18 483/7
486/9 486/13 491/21
**HONORABLE [1]**
423/13
**hope [1]** 518/14
**hopefully [1]** 453/1
**hot [1]** 491/22
**house [3]** 455/2 456/9
456/10
**housekeeping [1]**
426/6
**housing [15]** 423/5

440/1 440/18 440/21
440/22 443/8 453/25
456/3 456/4 487/13
487/17 488/16
**how [13]** 430/17 431/8
431/22 434/13 441/1
448/20 449/18 454/3
475/4 483/17 502/7
519/3 520/4
**HOWARD [1]** 424/8
**however [5]** 432/23
471/7 472/7 494/23
513/7
**HUME [5]** 423/23
434/23 435/6 436/2
436/21
**hundred [1]** 478/15

**I**

**I'd [10]** 437/20 443/25
444/4 456/17 459/8
462/9 464/9 476/20
478/6 481/6
**I'll [10]** 448/3 467/17
475/10 476/4 508/20
509/6 516/25 518/4
520/14 520/21
**I'm [77]** 426/17 427/25
431/1 431/2 431/13
432/2 435/23 436/1
437/17 438/4 439/4
439/10 439/22 440/4
443/4 443/10 445/1
445/22 446/22 450/25
452/22 452/19 452/22
454/23 455/8 456/24
457/5 457/14 458/2
458/13 458/15 460/4
460/16 460/19 462/7
462/15 462/18 462/19
463/6 467/18 467/21
467/21 469/7 469/8
470/1 470/7 470/11
470/13 471/23 472/21
473/16 479/7 479/8
482/4 482/11 485/2
487/17 491/12 491/18
491/19 492/22 495/22
495/23 499/11 499/25
500/20 508/18 512/5
513/4 513/11 514/17
516/6 517/13 517/21
518/9 519/3 520/4

**I've [2]** 506/9 506/24
**IAN [1]** 424/9
**idea [6]** 470/8 492/5
500/7 500/7 500/10
500/10
**identified [1]** 434/15
**identify [2]** 452/21
454/22
**identifying [1]** 429/6
**ii [1]** 445/9
**iii [1]** 445/11
**illustrate [2]** 451/17
514/18
**illustration [1]** 468/22
**impaired [1]** 441/17
**impeachment [1]**
488/10
**Improper [1]** 462/9
**INC [1]** 423/2
**inception [1]** 473/25
**include [2]** 505/1
506/6
**included [2]** 458/16
505/10
**including [1]** 446/24
**income [12]** 458/5
458/7 458/12 459/12
479/5 479/8 479/13
479/18 480/2 480/5
493/7 493/17
**increase [9]** 445/9
445/13 476/15 477/6
479/1 483/12 483/23
484/4 484/10
**increased [5]** 475/19
481/17 481/24 483/22
484/7
**increases [1]** 478/25
**increasing [2]** 456/6
484/21
**independent [1]**
507/21
**index [15]** 453/17
453/18 453/25 455/2
456/3 456/4 456/5
456/8 499/9 499/12
499/15 499/17 499/22
500/2 502/19
**indicated [1]** 435/17
**indulgence [9]** 431/1
433/20 444/2 462/21
465/17 467/4 472/16
484/24 486/8
**information [22]** 428/9

**I**

**information...** [21] 434/8 436/14 437/3 437/8 458/16 473/7 473/10 474/8 474/11 477/22 477/24 478/2 480/22 480/23 481/3 482/21 483/1 485/14 485/19 509/25 510/5
**infusion** [1] 441/20
**initial** [1] 428/16
**input** [3] 489/13 490/6 505/9
**insolvency** [1] 448/10
**instability** [2] 441/14 496/25
**instance** [2] 440/18 469/25
**Instead** [1] 426/21
**institution** [3] 439/18 443/18 443/22
**intended** [2] 443/18 446/2
**intent** [1] 469/19
**interruption** [1] 441/18
**invest** [1] 444/6
**invested** [2] 431/8 431/25
**investment** [1] 429/13
**investments** [1] 428/19
**involvement** [1] 466/18
**IPO** [3] 428/11 428/15 428/16
**Iris** [1] 511/18
**is** [233]
**issuance** [1] 432/5
**issuances** [1] 426/25
**issue** [1] 468/4
**issued** [3] 475/16 476/9 476/25
**issuing** [1] 446/24
**it** [136]
**it's** [33] 429/6 430/16 432/11 435/10 436/15 437/20 438/15 442/15 446/16 448/21 449/11 449/20 449/25 450/15 451/4 451/22 452/21 453/5 453/7 454/7 456/10 456/10 467/22 467/22 469/3 488/10

507/5 507/9 512/2 518/1
**its** [11] 440/19 441/3 441/5 441/13 443/19 444/10 444/10 444/14 455/13 496/23 496/24
**itself** [1] 504/23
**iv** [1] 445/14

**J**

**James** [2] 439/9 497/13
**January** [9] 455/5 455/6 456/7 456/17 460/14 461/5 476/20 476/22 483/14
**Jenkins** [1] 482/4
**Joint** [11] 437/19 475/10 476/5 476/21 507/3 507/9 507/14 507/22 507/24 508/7 508/12
**Jorge** [1] 517/24
**JUDGE** [1] 423/13
**July** [3] 438/1 457/10 457/12
**jumps** [1] 463/12
**jurors** [1] 465/23
**jury** [40] 423/12 426/2 426/8 426/10 426/24 427/16 428/15 432/22 433/24 434/9 437/5 439/13 443/16 452/6 453/7 454/22 457/18 459/10 466/12 466/15 467/10 468/15 468/16 469/1 469/3 470/18 472/2 472/13 472/14 473/19 481/7 483/4 483/9 486/18 494/6 494/6 497/6 510/9 520/22 520/24
**jury's** [2] 452/24 471/9
**just** [67] 426/24 430/12 431/17 432/16 433/15 433/20 433/23 434/4 435/8 435/10 438/9 438/14 441/23 444/1 450/17 451/3 451/18 451/23 452/10 453/8 455/18 456/14 464/3 466/14 467/2 467/21 469/8 470/11

470/23 471/16 472/10 474/17 482/15 485/3 489/3 489/7 489/16 489/24 490/24 491/17 493/10 493/13 493/15 494/3 495/3 495/9 496/15 497/3 497/6 498/21 499/18 502/9 507/16 508/17 509/17 509/20 510/13 510/23 512/5 512/7 513/18 514/18 516/19 518/8 518/9 518/19 519/6
**Justison** [1] 424/3
**JX1** [4] 437/20 443/25 460/17 462/15

**K**

**KAPLAN** [1] 423/23
**Kaye** [1] 424/10
**keep** [5] 440/24 449/21 466/4 466/9 499/4
**kept** [1] 503/22
**Kessler** [1] 423/21
**Kevin** [2] 427/19 443/13
**key** [1] 457/20
**kind** [2] 489/7 508/19
**King** [2] 423/21 424/13
**Kirk** [1] 423/18
**knew** [1] 503/5
**knocked** [1] 471/9
**know** [26] 492/11 494/6 494/7 497/6 499/17 502/6 502/24 503/2 503/12 506/13 507/24 510/14 512/7 516/19 518/25 519/1 519/2 519/3 519/6 519/7 519/8 519/11 519/14 519/19 519/20 520/1
**knowledge** [12] 484/16 491/15 492/10 492/11 493/10 505/20 505/24 506/1 507/21 508/20 508/25 509/4
**known** [2] 444/19 461/4
**knows** [2] 435/23 494/5
**Kravetz** [2] 435/16 436/12
**Ks** [1] 437/9

**L**

**ladies** [13] 428/14 432/21 433/23 437/5 439/12 440/6 452/5 457/17 459/10 466/14 467/9 473/18 494/5
**lag** [1] 493/2
**laid** [1] 470/2
**LAMBERTH** [1] 423/13
**lane** [1] 519/16
**language** [1] 447/8
**large** [1] 492/23
**last** [9] 446/21 455/6 460/5 485/2 495/23 497/4 497/23 498/3 512/10
**lastly** [1] 450/3
**later** [1] 446/6
**latter** [1] 446/6
**law** [4] 435/19 437/25 438/11 440/21
**Lawler** [1] 442/19
**lawsuits** [1] 487/18
**lawyers** [15] 488/4 489/10 489/20 490/3 490/10 490/18 497/21 500/1 501/2 504/11 504/14 505/12 505/21 506/17 508/10
**lay** [2] 469/15 472/10
**lead** [1] 437/23
**leading** [4] 447/18 447/20 458/20 461/14
**learned** [1] 499/18
**learning** [1] 434/16
**least** [3] 435/6 468/15 490/17
**leave** [2] 519/15 520/21
**left** [4] 448/23 450/3 450/5 450/8
**legal** [2] 440/8 520/8
**legally** [1] 520/4
**less** [3] 445/19 466/3 466/8
**let** [10] 427/17 451/23 464/16 478/3 493/20 502/2 503/8 515/13 516/19 520/19
**let's** [20] 426/7 448/25 464/2 467/7 467/7 472/3 475/7 475/9 476/3 476/19 494/3 494/12 497/23 501/7

# L

**let's... [6]** 501/20 517/13 517/15 518/2 520/16 520/17
**letter [13]** 475/14 475/17 475/18 475/21 476/1 476/8 476/10 476/12 476/13 476/23 477/1 477/2 477/24
**level [1]** 499/5
**liabilities [8]** 444/11 444/13 444/16 465/1 465/2 465/10 466/3 466/8
**lieu [1]** 477/7
**lighter [1]** 452/16
**like [13]** 426/6 437/21 450/11 455/18 466/11 470/23 473/13 482/5 487/23 488/1 503/25 505/15 520/17
**likely [1]** 457/23
**limit [1]** 435/7
**limited [3]** 436/2 436/7 443/19
**line [11]** 427/17 427/21 469/4 472/8 483/24 488/7 502/24 503/11 503/13 504/20 519/10
**Linekin [1]** 435/4
**lines [1]** 499/12
**links [1]** 470/6
**liquidated [1]** 445/8
**liquidation [23]** 444/23 445/6 445/9 445/12 445/13 445/14 461/20 462/1 462/17 475/19 476/14 477/5 478/12 478/21 479/1 481/18 481/24 483/12 483/22 484/4 484/7 484/10 484/20
**list [6]** 427/11 427/13 429/5 429/8 429/10 431/19
**listed [1]** 426/18
**listening [1]** 435/12
**lists [2]** 428/5 429/6
**LITIGATIONS [1]** 423/10
**Litowitz [1]** 424/5
**little [4]** 430/3 455/10 506/19 512/11
**LLP [6]** 423/21 423/24

424/16
**loan [4]** 424/12 519/19 520/1 520/2
**Lockhart [2]** 439/9 497/13
**Lockhart's [1]** 498/3
**long [2]** 461/12 470/5
**look [23]** 431/18 437/19 445/1 447/2 448/3 448/16 453/3 453/14 454/5 456/17 458/18 461/23 462/3 462/4 474/1 474/1 477/10 480/12 482/1 485/2 504/22 505/13 517/3
**looked [6]** 426/18 434/18 450/11 451/3 504/18 515/22
**looking [13]** 427/3 434/10 451/1 452/11 459/10 459/24 463/22 466/15 473/19 479/21 494/5 497/7 520/12
**looks [1]** 482/5
**LORRAINE [3]** 424/20 521/3 521/11
**loss [2]** 458/8 459/13
**Losses [1]** 458/8
**lost [7]** 459/16 460/7 479/19 479/23 480/3 480/7 480/8
**loud [3]** 489/4 490/24 491/14
**Louis [1]** 455/2
**low [2]** 456/19 499/3
**lunch [2]** 520/18 520/18

# M

**ma'am [3]** 487/20 494/17 496/3
**MAC [53]** 423/9 426/20 429/13 430/5 430/8 430/14 432/14 433/1 439/16 445/19 451/4 451/7 451/19 452/16 458/6 458/8 459/13 459/18 459/19 460/2 460/6 461/1 467/12 473/3 473/21 476/16 479/6 479/12 479/14 479/25 480/2 480/3

460/7 483/12 483/18 485/10 486/3 509/12 511/15 511/21 513/8 513/15 514/10 514/15 514/19 515/4 515/16 515/19 516/1 517/8 517/8 517/10 518/17
**Mac's [1]** 438/2
**made [9]** 436/5 459/17 459/18 459/19 460/6 460/8 469/13 479/23 514/6
**MAE [66]** 423/9 426/20 427/5 430/5 430/8 430/9 430/14 432/14 433/1 439/2 439/16 445/19 448/19 449/10 449/15 450/1 450/6 451/18 452/13 457/12 458/6 458/8 459/13 459/16 460/2 460/5 460/25 463/23 467/12 473/3 473/21 476/16 479/6 479/10 479/14 479/18 479/19 479/22 483/12 483/18 485/10 486/3 492/9 509/12 511/10 511/20 513/8 513/18 513/25 514/9 514/19 515/3 515/12 515/14 515/18 515/24 516/9 516/11 516/24 517/6 517/17 518/8 518/9 518/16 518/20 518/21
**Mae's [1]** 438/2
**MAE/FREDDIE [1]** 423/9
**maintain [1]** 476/17
**maintained [1]** 444/8
**make [11]** 431/1 431/5 433/21 444/1 450/1 463/20 468/5 468/13 470/11 496/19 499/3
**making [2]** 446/23 506/2
**management [2]** 457/12 492/16
**management's [1]** 492/25
**many [4]** 430/17 431/22 454/3 513/7
**Mario [1]** 457/7
**mark [4]** 430/21

430/24 482/5 482/6
**marked [1]** 452/20
**market [6]** 441/15 446/9 446/17 487/17 495/2 497/1
**Martin [1]** 457/4
**Mary [1]** 501/8
**Massachusetts [1]** 424/10
**Material [2]** 475/11 476/5
**math [3]** 430/3 516/25 517/2
**matter [7]** 435/18 493/14 508/18 508/21 508/25 510/13 521/5
**matters [1]** 426/6
**may [17]** 435/14 438/4 438/11 446/15 447/4 447/10 455/15 468/4 473/15 474/15 478/8 481/8 483/6 485/24 486/13 493/2 517/2
**Mayopoulos [4]** 492/3 492/5 492/8 492/24
**me [26]** 427/17 428/15 451/23 455/10 464/11 464/16 467/22 472/12 472/13 478/3 491/11 492/22 493/20 494/13 495/10 495/11 499/25 502/2 503/8 505/14 507/3 507/4 508/20 513/11 515/13 516/19
**MEAGHAN [1]** 424/15
**mean [13]** 427/8 449/8 449/24 465/23 479/9 479/11 484/19 485/9 491/10 493/14 495/6 505/8 510/24
**meaning [5]** 449/11 465/8 493/17 495/3 495/12
**means [5]** 465/19 493/11 495/13 498/16 498/21
**meant [1]** 518/16
**mechanics [1]** 490/17
**meeting [1]** 457/12
**Meltzer [1]** 423/21
**members [6]** 486/18 493/5 493/15 494/6 497/6 510/9
**message [2]** 442/15

**M**

message... [1] 457/2
MICHAEL [2] 424/2
424/12
middle [1] 491/24
might [2] 492/24
510/10
million [6] 431/23
432/1 433/2 444/18
461/3 480/9
minus [1] 478/15
minute [2] 471/10
518/20
minutes [1] 509/20
missed [1] 433/21
mission [3] 439/15
441/13 496/24
mistake [1] 517/2
mitigate [2] 441/13
496/24
models [1] 493/1
money [3] 518/16
519/22 519/23
month [2] 510/25
512/15
months [3] 456/20
499/18 510/25
more [6] 497/3 512/2
512/11 513/1 518/19
519/14
morning [5] 423/12
426/15 426/16 470/14
470/17
mortgage [3] 424/12
424/15 446/17
most [2] 452/12
458/10
move [7] 438/20
454/15 465/16 472/9
496/5 508/20 509/6
Mr [5] 425/4 435/4
435/17 492/8 501/8
Mr. [15] 434/23 435/6
435/17 436/2 436/19
436/21 491/21 491/23
493/21 493/23 494/4
495/23 497/4 498/3
517/24
Mr. Dharan [1] 436/19
Mr. Hume [4] 434/23
435/6 436/2 436/21
Mr. Lockhart's [1]
498/3
Mr. Salazar [8] 491/21
491/23 493/21 493/23
494/4 495/23 497/4
517/24
Mr. Stern [1] 435/17
Ms [2] 425/4 436/5
Ms. [15] 426/11 426/15
434/7 437/2 438/10
453/9 472/20 482/4
486/10 486/19 486/21
494/5 494/10 497/5
497/6
Ms. Davis [1] 453/9
Ms. Hartman [13]
426/11 426/15 434/7
437/2 438/10 472/20
486/10 486/19 486/21
494/5 494/10 497/5
497/6
Ms. Jenkins [1] 482/4
much [6] 431/8 432/9
448/9 475/4 482/9
483/17
multiple [1] 437/24
mutual [2] 434/24
435/2
mutually [1] 446/10
my [33] 427/18 430/2
434/23 435/6 435/10
436/1 436/5 436/6
436/15 438/7 441/25
442/4 443/1 443/1
468/7 468/23 469/19
469/22 487/18 493/19
495/8 495/15 498/25
504/18 506/15 507/3
507/12 514/5 517/2
518/4 518/12 519/11
520/13
Myers [1] 424/16

**N**

name [1] 492/3
names [1] 457/7
National [4] 424/15
453/17 456/5 456/8
need [4] 441/4 462/3
516/18 519/9
needed [5] 444/7
448/10 450/2 469/14
519/4
needs [1] 426/4
negative [1] 518/22
negotiations [1]
468/12
net [45] 444/8 444/10
460/14 460/25 461/4
461/5 461/8 461/9
461/12 464/25 465/6
465/8 465/25 466/5
466/7 475/22 478/15
478/19 478/25 478/25
480/18 481/11 481/12
481/14 481/16 483/14
512/6 512/13 512/17
512/23 513/1 513/24
514/1 514/3 514/6
514/12 514/23 515/8
515/19 516/3 516/16
516/22 517/5 517/9
518/22
never [6] 446/19 487/9
499/14 505/15 509/11
509/15
new [6] 423/19 423/24
424/6 424/6 430/25
448/8
newly [1] 444/18
next [22] 434/17
438/20 438/21 447/2
447/15 447/24 449/3
449/3 449/7 449/13
449/23 452/9 456/19
457/23 460/13 475/9
476/3 476/20 508/20
515/10 517/20 517/22
nice [1] 520/18
no [46] 423/3 423/9
427/12 427/15 429/9
429/11 433/7 435/19
441/15 453/1 468/11
468/19 469/1 469/5
469/5 469/12 469/16
471/20 484/18 488/19
489/13 492/9 492/10
494/18 497/25 498/2
498/23 499/1 501/1
503/14 504/10 505/16
505/24 506/12 508/9
509/4 512/22 515/3
515/11 515/12 515/13
515/16 515/18 515/23
516/1 520/20
non [1] 444/19
non-voting [1] 444/19
None [2] 488/21
488/24
Nope [1] 429/17
normal [2] 439/19
not [66] 428/13 430/2
431/17 435/5 435/6
435/15 436/2 436/7
436/9 436/15 438/10
441/17 445/12 446/5
451/14 452/20 453/6
453/7 455/11 455/13
456/10 462/10 465/5
467/22 469/3 469/7
469/11 469/18 469/20
469/24 470/7 471/4
471/6 471/16 471/23
472/7 486/25 487/3
487/12 487/15 487/17
490/15 491/18 492/6
492/19 494/16 494/18
496/2 499/11 500/7
500/10 501/6 501/19
501/22 503/14 504/25
506/12 506/17 511/21
513/13 514/3 514/17
519/3 519/19 520/4
520/7
note [1] 427/16
notebook [1] 472/20
noted [4] 439/6 469/16
492/25 493/1
notes [2] 443/1 443/2
nothing [10] 426/4
513/20 514/1 514/12
514/21 514/23 515/7
515/19 516/3 516/15
now [65] 426/7 427/3
428/25 429/1 429/12
432/3 432/10 432/16
434/7 439/4 439/10
439/22 442/9 443/4
443/10 443/24 445/1
447/1 447/15 448/15
449/23 450/10 450/25
451/17 452/2 452/11
452/19 453/2 453/14
453/18 455/8 456/2
456/8 456/12 456/24
457/14 458/1 459/8
459/21 460/9 463/19
464/16 467/9 468/14
473/24 476/3 476/19
477/9 479/3 479/25
480/12 484/16 486/10
491/17 493/20 494/12
494/19 499/7 499/11
511/2 511/17 514/9

**N**

now... [3] 516/8
517/13 520/12
number [9] 428/19
428/22 429/12 429/16
429/20 431/7 431/19
451/23 463/24
numbers [7] 432/3
459/2 463/14 484/16
501/21 502/18 510/9
NW [6] 423/19 423/24
424/10 424/13 424/16
424/21

**O**

O'Melveny [1] 424/16
oath [1] 488/1
object [5] 455/11
455/13 462/9 469/11
470/5
objection [33] 447/18
447/20 453/1 458/20
461/14 463/3 465/13
467/20 468/11 468/19
468/23 469/1 469/5
469/5 469/12 469/13
469/16 469/19 469/21
469/22 471/2 471/4
471/5 471/14 488/9
496/4 496/6 501/17
509/3 509/5 513/21
520/3 520/10
objections [2] 468/15
468/16
objective [2] 439/18
443/19
obligations [1] 461/11
observation [1] 452/6
observed [2] 450/11
451/11
obviously [3] 470/5
502/2 504/25
October [4] 423/5
442/21 443/8 521/11
off [3] 430/2 452/9
502/5
offered [1] 428/17
offering [3] 428/10
428/16 489/7
Officer [1] 492/14
officers [1] 440/12
Official [2] 424/20
521/3
Oh [8] 446/22 453/4

462/16 467/8 495/1
504/24 517/2 518/9
okay [89] 427/3 428/4
428/25 429/22 429/25
430/3 430/3 432/16
432/21 433/19 434/7
437/13 437/17 442/7
447/5 447/8 448/25
449/7 449/23 450/8
450/10 450/17 451/5
451/9 451/17 451/22
452/21 452/24 452/25
453/4 453/10 453/14
454/3 454/8 455/8
455/14 456/12 456/21
457/9 458/13 459/4
462/4 463/9 464/14
464/22 465/6 466/23
467/14 467/17 467/24
468/2 470/15 470/25
473/9 473/24 473/25
474/7 477/17 478/1
478/6 479/7 480/11
480/22 482/18 482/21
482/25 483/3 485/11
485/14 486/11 493/8
493/20 494/7 495/19
497/7 498/3 499/7
499/14 501/20 504/24
505/8 506/17 507/14
512/20 513/4 516/6
518/2 519/2 519/13
once [1] 443/20
one [27] 431/5 434/23
437/24 443/5 444/18
446/15 446/21 452/7
491/18 497/3 498/1
498/23 499/1 501/7
501/11 501/14 501/19
501/22 502/6 506/8
508/20 509/15 509/17
511/10 515/13 517/3
520/22
ones [1] 489/17
ongoing [2] 441/16
446/4
only [4] 428/4 428/7
453/5 496/14
operate [3] 439/20
443/22 466/4
operation [1] 441/16
operations [3] 439/19
441/16 443/20
operator [1] 491/22

opinions [1] 487/4
opportunity [1] 454/10
order [18] 437/3
439/14 462/5 467/7
467/24 468/24 469/15
471/8 472/7 477/2
477/22 478/2 480/23
480/24 481/3 482/22
482/22 498/4
organized [2] 448/20
448/21
original [1] 428/9
originally [1] 461/2
other [16] 431/5 433/7
435/8 435/14 435/21
436/18 436/18 438/11
445/6 446/23 471/24
477/1 486/23 488/16
501/4 510/9
others [1] 490/15
otherwise [1] 445/7
our [14] 428/3 430/24
435/13 436/6 436/7
437/18 466/20 468/12
470/14 470/17 472/8
486/9 491/22 498/21
out [14] 434/1 434/12
435/22 436/8 458/14
463/25 471/19 489/4
490/19 490/24 491/14
505/17 519/9 519/16
outside [1] 472/2
outstanding [9]
426/19 430/15 432/18
432/22 432/23 432/24
464/21 498/8 498/20
over [8] 434/1 450/8
452/9 453/5 482/17
498/4 502/19 502/19
overall [1] 431/8
Overruled [4] 462/12
463/4 488/11 501/18
oversee [1] 440/16
oversight [1] 440/10
owed [1] 477/2
own [3] 458/25 495/13
495/16

**P**

P.A [1] 424/2
p.m [1] 520/25
P5 [1] 454/11
page [29] 425/2 425/8
439/11 440/4 440/5

443/7 443/7 443/10
443/11 462/8 488/7
491/20 491/20 493/21
493/22 494/5 494/12
495/21 495/22 495/23
497/4 497/5 497/23
507/16 509/18 517/20
517/22 518/2 518/4
paid [57] 427/7 427/13
428/22 429/7 429/20
430/7 430/17 432/13
433/1 433/5 433/11
433/17 433/18 434/1
434/2 445/11 445/12
445/25 446/19 457/22
461/6 461/8 463/6
463/10 464/1 467/11
468/3 473/3 473/20
473/22 473/23 474/5
474/9 474/21 474/24
475/1 475/3 475/22
478/13 478/16 483/11
511/7 511/14 511/21
513/8 514/10 515/3
515/11 515/12 515/13
515/16 515/23 516/1
516/9 516/11 516/24
517/6
paper [1] 430/20
paragraph [19] 431/14
431/15 431/19 443/15
447/9 448/3 457/14
462/8 462/16 471/18
471/20 475/12 476/4
476/21 491/24 496/14
497/4 497/24 498/3
paragraphs [6] 437/21
443/25 444/4 445/2
460/17 471/3
parameters [1] 501/4
part [10] 458/10 489/3
489/25 491/2 491/8
492/19 496/18 497/17
507/15 512/6
particular [7] 439/25
456/9 456/10 473/5
479/22 490/13 506/20
parties [6] 435/4 435/5
437/20 460/17 469/4
471/7
parts [3] 490/3 490/4
490/24
passage [1] 439/11
past [3] 471/8 471/13

P

past... [1] 499/18
PATERSON [1] 423/17
Patrick [1] 442/19
pause [1] 430/23
pay [4] 461/11 475/4
513/15 514/19
paying [5] 484/4 513/7
513/18 513/25 517/10
payment [2] 475/24
516/14
payments [2] 475/23
515/18
pen [1] 432/3
Pennsylvania [2]
423/22 424/13
people [3] 495/13
495/16 505/4
per [3] 432/7 445/16
478/21
percent [8] 436/1
464/20 466/1 466/9
478/12 478/15 478/24
493/16
percentage [5] 465/3
465/4 465/5 465/6
466/5
Perfect [1] 491/25
period [6] 446/7
451/20 456/15 456/16
480/3 510/24
periodic [12] 445/24
446/2 446/5 446/10
446/15 446/18 446/19
448/13 461/11 506/7
506/9 506/11
permission [1] 501/9
permit [4] 436/13
475/17 476/10 477/3
permitted [3] 436/19
476/17 477/7
person [3] 440/9
440/15 492/17
personal [3] 505/20
505/24 506/1
persons [1] 457/5
pertains [1] 457/15
PETER [1] 423/17
phase [1] 461/17
phone [1] 438/5
phrase [2] 502/8
508/22
pick [2] 498/1 500/25
picked [7] 489/10

489/16 490/20 490/19
497/21 501/2 504/11
picking [2] 471/6
489/19
placed [1] 439/15
plain [6] 493/17 495/3
495/6 495/10 495/11
498/21
Plaintiff's [1] 426/21
plaintiffs [10] 423/3
423/16 423/20 435/17
438/8 438/9 454/15
475/11 507/12 507/25
plaintiffs' [85] 423/15
426/22 426/23 427/3
428/25 429/1 430/10
430/25 431/3 431/10
431/14 432/10 432/11
433/25 439/5 439/6
439/23 442/9 442/14
448/16 448/17 451/1
451/2 451/24 452/22
453/2 453/22 454/6
454/9 454/10 454/11
454/16 454/17 454/18
454/19 455/9 456/25
458/3 458/4 458/14
458/15 458/17 458/18
459/6 459/8 466/12
466/24 467/6 467/10
467/25 472/22 473/14
473/16 474/2 474/8
474/14 474/17 477/10
477/11 478/7 479/3
480/13 481/4 482/1
482/11 482/25 483/4
483/10 485/3 485/4
485/22 489/10 489/20
490/2 490/10 490/18
497/21 500/1 501/2
504/11 504/13 505/12
505/21 506/17 508/10
please [5] 430/4
430/13 465/23 511/12
511/18
PLLC [1] 423/18
plug [2] 500/17 501/5
point [11] 432/5
434/17 438/20 452/23
456/19 469/17 471/8
471/13 484/9 484/14
503/12
pointer [1] 427/18
Porter [1] 424/10

portion [8] 471/2
492/2 494/2 494/16
496/4 496/6 496/11
497/9
portions [8] 471/7
489/4 489/20 490/7
490/14 490/15 490/21
508/6
positive [5] 444/8
444/10 458/11 458/11
460/25
PowerPoint [11]
426/25 437/14 443/11
447/2 451/23 459/1
459/4 466/15 466/18
469/24 470/4
powers [2] 440/11
494/24
precisely [1] 512/11
preclude [1] 435/20
predetermined [1]
461/1
preference [21]
444/23 445/6 445/10
445/12 445/13 445/14
461/20 462/1 462/17
475/19 477/5 478/13
479/2 481/18 481/24
483/13 483/22 484/4
484/7 484/11 484/20
preferences [1]
476/14
preferred [36] 423/9
426/19 426/24 427/8
427/9 427/10 428/5
428/7 429/3 429/4
430/8 430/15 430/17
431/20 431/25 432/17
432/24 433/17 439/1
444/20 444/21 444/24
445/7 464/17 464/21
475/5 475/15 476/9
476/14 476/24 478/10
498/6 498/7 498/15
498/19 506/22
prepare [9] 451/17
459/4 469/9 470/4
480/24 481/3 482/19
482/19 482/22
prepared [6] 451/25
468/9 468/13 492/8
506/8 511/5
preparing [1] 437/13
present [2] 468/22

presentation [2]
437/14 443/12
presented [1] 436/14
presenting [2] 433/15
433/16
preserve [1] 441/9
prevent [1] 448/10
previous [1] 482/23
previously [1] 476/12
price [15] 432/4
445/16 453/17 453/25
456/5 456/8 456/9
493/6 493/15 499/9
499/15 499/17 499/22
500/2 502/19
prices [4] 456/11
502/14 503/3 503/13
Pricing [1] 455/2
Principles [1] 444/12
prior [3] 488/16 492/23
513/22
priority [1] 445/6
private [5] 426/19
475/5 511/7 511/14
511/21
procedure [1] 468/21
proceed [4] 444/5
470/20 470/22 486/13
proceedings [3]
424/25 520/25 521/5
proceeds [8] 427/7
427/7 427/11 428/5
429/2 429/8 430/4
430/14
process [5] 439/17
440/8 443/17 451/19
506/2
produce [1] 493/16
produced [1] 424/25
produces [1] 493/6
profit [2] 499/3 499/3
profitability [1] 457/19
projections [5] 457/21
492/25 493/3 493/6
493/15
proper [1] 468/21
property [1] 441/10
provide [4] 443/21
448/9 504/13 504/14
provided [8] 445/24
446/3 446/14 462/8
476/13 477/5 504/16
504/17

**P**

**providing [1]** 507/19
**provisions [2]** 438/11 508/13
**Prussia [1]** 423/21
**PSPA [2]** 446/22 447/7
**PSPA's [1]** 444/14
**PSPAs [10]** 439/2 444/6 445/3 445/24 447/11 448/6 460/22 475/16 476/10 476/25
**public [8]** 428/16 428/17 437/8 437/11 440/21 453/18 457/20 500/13
**publicly [6]** 468/1 477/24 481/1 482/24 485/17 510/1
**publicly-available [5]** 468/1 477/24 481/1 482/24 485/17
**pull [16]** 435/22 436/8 437/18 455/4 491/19 499/11 501/7 511/2 511/12 511/17 513/11 513/13 516/20 517/13 517/15
**pulled [1]** 513/5
**pulls [1]** 458/13
**purchase [5]** 423/9 439/2 445/15 446/14 506/22
**purchaser [2]** 446/3 446/11
**purpose [4]** 440/17 441/8 469/1 473/11
**purposes [7]** 429/22 451/24 455/12 457/6 472/9 483/9 485/19
**pursuant [1]** 448/12
**put [17]** 437/3 440/10 441/10 452/7 470/24 471/24 483/25 484/10 484/14 485/11 485/12 505/13 505/14 505/14 505/17 505/22 513/4
**putting [5]** 461/15 466/19 513/6 516/18 516/21
**PX [8]** 426/22 491/19 497/3 501/8 501/23 511/2 511/17 517/15
**PX-0004-M [1]** 501/8
**PX-0004G [1]** 511/2

**PX-0004I [1]** 511/17
**PX-0004L [1]** 501/23
**PX-0005J [1]** 517/15
**PX-213 [1]** 491/19
**PX-2B [2]** 497/3
**PX-I [1]** 426/22
**PX2C [1]** 493/22

**Q**

**Q1 [4]** 463/12 463/23 464/4 520/16
**Q2 [10]** 450/22 450/23 451/3 451/15 451/16 463/13 463/24 464/4 477/16 518/1
**Qs [1]** 437/9
**qualifications [1]** 486/23
**quarrel [1]** 512/20
**quarter [64]** 444/8 448/21 449/4 449/5 449/6 449/9 449/21 450/12 450/23 451/12 458/7 458/10 459/14 459/14 459/16 459/17 459/18 459/19 459/21 460/1 460/1 460/4 460/5 460/6 460/7 460/8 461/7 461/9 464/1 467/13 467/15 467/15 475/23 475/25 476/16 477/6 478/23 478/25 479/1 479/6 480/6 484/2 510/24 510/24 513/8 513/9 513/16 513/19 513/25 514/10 514/17 514/18 515/2 515/2 515/6 515/22 516/8 516/11 516/15 516/23 517/18 518/6 518/22 520/16
**quarterly [13]** 445/11 445/24 448/18 448/21 449/7 449/19 450/11 451/6 451/10 451/11 452/2 460/24 510/20
**quarters [7]** 444/13 451/13 458/9 516/23 517/1 517/5 517/9
**question [43]** 427/25 431/9 440/7 440/14 441/1 441/6 458/16 462/18 462/20 462/23 463/9 464/12 464/16

469/9 470/2 472/6 480/1 488/8 488/13 488/15 488/17 488/21 488/22 492/24 493/23 493/24 494/13 494/20 495/22 495/23 496/2 496/8 496/12 496/17 496/21 500/9 503/9 505/25 508/19 513/14 513/24 514/5 518/4
**questions [6]** 426/17 440/3 452/23 461/15 488/4 512/10

**R**

**Radnor [1]** 423/22
**raise [1]** 468/4
**raised [4]** 468/15 468/16 471/2 471/4
**range [6]** 433/24 455/3 467/14 480/1 500/17 500/18
**ranges [2]** 500/25 501/2
**ranging [1]** 479/18
**rate [1]** 445/13
**re [1]** 423/9
**reach [1]** 478/3
**reaching [1]** 461/3
**read [55]** 430/22 437/21 439/12 440/4 442/24 443/6 443/15 443/25 444/4 445/2 448/4 457/17 462/15 471/3 471/5 471/6 475/10 476/4 476/20 489/7 489/11 489/17 489/21 489/24 489/24 490/3 490/4 490/11 490/15 490/24 491/7 491/8 491/12 491/13 492/19 493/8 494/2 494/16 494/19 496/2 496/4 496/6 496/11 496/17 496/19 497/9 497/17 497/23 506/24 507/2 507/24 508/7 508/12 509/8 509/12
**reading [13]** 438/9 471/15 471/16 471/18 489/4 489/14 490/7 491/14 492/22 507/14 507/16 509/18 512/7
**ready [3]** 470/20

470/21 520/17
**realize [1]** 438/8
**really [3]** 510/23 512/5 513/18
**reason [2]** 441/15 492/9
**reasonable [1]** 446/13
**reasons [1]** 506/3
**recall [14]** 428/13 435/6 438/12 438/16 499/9 501/6 502/20 502/21 503/21 506/15 506/18 506/22 508/15 512/19
**receive [1]** 445/7
**received [17]** 425/9 425/9 425/10 427/8 429/2 430/4 430/14 444/18 449/10 449/11 449/16 451/7 454/17 454/18 454/19 454/20 455/23
**recent [2]** 493/1 493/3
**recess [2]** 470/14 470/17
**recognize [7]** 472/24 474/2 477/10 480/13 482/2 482/12 485/4
**recognizing [1]** 435/15
**recollection [7]** 436/6 436/7 438/7 462/5 462/7 462/11 462/16
**reconsidering [1]** 471/23
**reconvene [1]** 520/23
**record [16]** 428/4 430/13 434/4 437/20 438/15 443/6 443/16 448/4 451/25 452/10 452/11 462/19 470/24 471/24 471/25 521/5
**recorded [1]** 424/25
**Recovery [1]** 437/25
**red [1]** 519/9
**refer [2]** 426/22 427/4
**reference [3]** 431/24 438/14 446/8
**referred [7]** 436/3 444/24 457/23 499/8 505/4 510/5 519/18
**referring [2]** 491/19 491/22
**refers [1]** 492/2

**R**

**refine [1]** 518/4
**reflect [1]** 459/5
**reflected [3]** 429/2
432/23 466/21
**reflection [2]** 433/7
433/10
**reflects [1]** 467/1
**Reform [1]** 440/21
**reforms [2]** 437/24
437/24
**refresh [3]** 462/5 462/6
462/16
**refreshment [1]**
462/10
**regard [1]** 436/5
**regarding [1]** 441/15
**regulators [1]** 437/23
**Regulatory [1]** 440/21
**reinstated [1]** 448/11
**related [1]** 487/18
**relating [5]** 470/3
487/13 487/16 488/16
499/22
**relation [1]** 465/6
**relevant [2]** 439/10
457/6
**rely [1]** 487/1
**remain [3]** 436/19
498/7 498/20
**remained [1]** 461/12
**remember [5]** 427/1
429/25 432/19 434/24
502/17
**remembering [1]**
431/9
**reminded [1]** 493/5
**reminding [1]** 493/14
**reorganization [1]**
441/5
**repeat [1]** 427/25
**rephrase [1]** 478/3
**replaced [3]** 448/7
460/23 465/25
**report [2]** 510/14
510/20
**reported [5]** 424/20
437/9 458/8 458/9
479/5
**Reporter [2]** 424/20
521/3
**represent [1]** 484/16
**representation [3]**
454/12 473/10 478/2

**representations [2]**
468/14 469/14
**representatives [1]**
435/4
**represents [1]** 448/17
**request [5]** 435/14
436/4 436/19 442/23
519/4
**requested [2]** 519/12
519/17
**requesting [1]** 470/1
**require [1]** 491/15
**required [1]** 469/2
**requirements [1]**
477/4
**requires [2]** 495/10
508/19
**reserve [8]** 446/14
461/1 461/2 466/3
475/18 478/16 478/19
483/21
**reserves [3]** 466/9
476/12 476/17
**reset [1]** 446/7
**resolve [1]** 472/13
**respect [8]** 435/3
445/5 446/6 475/19
489/6 490/14 491/14
508/6
**respectfully [3]** 468/20
468/24 469/12
**respective [1]** 446/11
**respectively [1]**
476/18
**restore [3]** 439/14
441/12 496/23
**resume [1]** 426/3
**retain [5]** 475/17
476/11 477/3 477/7
495/1
**retained [1]** 476/16
**return [3]** 443/19
444/17 457/19
**returned [1]** 443/23
**returning [1]** 439/18
**review [9]** 436/14
436/17 454/10 470/3
470/4 474/11 478/4
482/11 485/3
**reviewed [9]** 458/25
466/20 469/10 470/6
473/10 478/2 481/3
483/1 485/19
**rid [1]** 470/8

**right [11]**
**rights [1]** 495/1
**risk [2]** 441/13 496/24
**Road [1]** 423/21
**Robert [3]** 435/16
436/12 442/19
**room [2]** 424/22
520/22
**Roughly [1]** 512/14
**row [1]** 516/23
**ROYCE [1]** 423/13
**RPR [1]** 424/20
**rule [11]** 435/2 435/7
435/8 435/19 435/22
435/23 436/8 436/8
436/9 436/12 477/5
**ruling [1]** 438/15

**S**

**safe [1]** 440/24
**safety [2]** 439/15
440/22
**said [5]** 432/18 447/20
463/23 479/13 504/20
**Salazar [9]** 491/21
491/23 493/21 493/23
494/4 495/23 497/4
501/8 517/24
**same [15]** 431/24
445/1 455/12 456/14
461/14 479/25 495/21
502/6 503/8 505/25
509/2 513/24 514/15
515/2 515/10
**SAMUEL [1]** 423/23
**sat [1]** 487/23
**satisfied [1]** 477/4
**save [3]** 442/2 520/14
520/17
**saw [2]** 431/7 463/5
**say [16]** 465/23 466/23
485/9 490/2 496/13
502/9 505/3 505/8
505/12 508/4 509/21
510/23 517/21 519/7
519/7 519/17
**saying [2]** 426/22
471/4
**says [9]** 427/21 449/24
456/8 469/10 495/12
498/4 498/17 498/25
511/7
**Schiller [1]** 423/24
**Scholer [1]** 424/10

**scope [2]** 428/2
436/16
**screen [5]** 426/23
431/12 452/21 454/7
501/13
**screenshot [2]** 502/9
502/11
**scroll [3]** 455/6 517/20
517/22
**seat [1]** 491/22
**second [19]** 440/5
448/7 448/7 448/12
459/21 460/1 460/1
460/4 460/6 460/7
460/8 467/15 472/5
484/2 496/16 514/18
515/23 516/11 516/15
**securities [4]** 510/5
510/10 510/15 510/21
**security [2]** 427/17
439/1
**see [23]** 427/17 427/22
431/14 433/13 443/2
452/11 452/24 453/12
460/3 462/25 465/18
469/23 479/8 491/25
492/2 492/3 493/23
498/8 501/11 502/7
515/23 516/19 520/21
**seeing [2]** 434/9
456/12
**seemed [1]** 493/1
**seen [1]** 509/15
**sell [2]** 495/14 499/3
**seller [1]** 446/11
**senior [12]** 423/9
444/19 444/21 444/24
445/5 464/17 475/15
476/8 476/14 476/24
478/10 506/22
**sense [1]** 520/8
**sent [3]** 442/20 457/3
457/9
**sentence [3]** 457/16
496/16 499/6
**September [12]**
438/23 445/17 476/1
476/4 476/6 497/15
498/10 498/22 511/22
511/24 512/11 514/6
**seq [1]** 440/23
**sequestration [1]**
435/24
**series [7]** 431/7

series... [6] 431/12 431/19 431/25 432/17 444/24 504/5
SESSION [1] 423/12
set [5] 446/5 448/13 461/2 478/20 483/21
Seventh [1] 498/4
shall [4] 446/5 446/7 446/8 446/10
share [4] 431/9 432/7 445/16 498/22
shareholders [29] 427/8 427/9 427/11 427/14 429/3 429/5 429/10 430/8 430/15 430/18 432/14 432/17 432/25 433/2 433/6 433/8 433/11 433/18 434/5 440/12 443/23 445/7 446/25 475/5 511/8 511/15 511/22 513/7
shares [7] 426/19 431/7 431/19 432/4 432/24 444/18 495/6
she [13] 455/21 462/10 468/9 469/2 469/10 469/14 469/24 470/6 471/4 471/15 496/4 496/6 501/19
She's [3] 462/10 471/16 472/16
sheet [1] 458/19
Shiller [7] 453/17 453/24 455/2 499/8 499/15 499/22 500/2
shortened [1] 456/14
shorter [1] 456/15
shorthand [1] 424/25
should [8] 436/22 454/6 458/16 462/23 463/9 504/8 505/13 506/3
shouldn't [1] 505/14
show [15] 428/25 439/22 449/1 449/21 451/22 452/2 452/19 456/2 457/21 458/13 458/15 462/7 482/16 497/5 513/6
showed [3] 433/17 502/13 503/24
showing [4] 448/21

shown [1] 494/9
shows [17] 434/2 448/18 450/5 451/6 454/1 455/1 456/4 458/7 467/11 473/2 474/5 477/14 480/17 482/15 485/7 517/17 518/5
shrinks [1] 478/16
Sidebar [6] 434/21 436/24 438/6 438/18 468/6 470/16
significant [5] 438/21 447/3 447/15 447/24 460/13
significantly [1] 451/15
signified [2] 452/14 452/16
similar [2] 451/3 459/25
simple [3] 469/8 470/2 470/2
since [4] 447/8 502/2 503/11 511/22
sit [1] 429/25
sitting [3] 435/11 472/2 487/24
six [1] 468/16
skills [1] 498/21
slide [26] 430/9 433/15 433/16 433/17 443/3 443/24 447/2 451/3 451/23 458/13 458/21 459/25 477/20 477/23 478/1 480/20 480/24 482/19 482/19 482/22 485/11 485/12 485/15 511/20 518/11 518/20
slides [11] 442/23 443/1 443/2 459/4 461/13 461/15 466/15 466/19 472/7 482/23 513/6
slightly [1] 505/25
slow [1] 455/11
snarky [1] 491/10
so [82] 426/22 426/24 428/4 430/3 430/12 431/10 431/13 432/2 432/9 433/7 434/4 436/18 441/23 448/1 448/25 449/18 449/20

452/20 453/7 458/2 458/13 459/8 461/12 462/23 463/9 463/25 464/1 465/11 466/4 466/5 466/23 467/6 467/7 468/13 469/2 470/5 471/1 471/12 471/21 472/3 482/9 482/11 483/14 484/9 486/6 489/2 490/17 491/6 491/10 492/19 492/22 493/13 493/20 494/5 494/12 495/2 497/6 497/19 503/21 504/20 505/9 506/19 507/14 510/23 511/20 512/5 512/10 512/15 512/23 513/4 513/18 514/5 516/8 516/18 517/5 517/17 519/2 519/7 519/22
sole [1] 446/16
solely [2] 435/7 455/12
solvent [3] 440/11 440/24 441/10
some [25] 426/17 437/6 437/9 452/23 458/2 458/9 458/9 458/14 459/5 486/23 487/17 489/6 490/15 495/10 500/5 501/4 501/21 506/20 506/21 506/24 508/19 509/21 510/2 510/4 510/9
Somebody [1] 518/12
somehow [1] 487/18
someone [1] 506/15
something [9] 437/10 437/10 464/5 471/25 472/13 497/20 499/18 507/2 510/18
sometimes [1] 435/25
sorry [26] 427/25 431/1 431/2 438/4 445/22 446/22 453/4 454/23 458/15 460/4 460/19 462/18 462/19 463/6 467/19 467/21 470/11 473/16 479/8 482/4 491/12 495/22 495/23 500/20 517/21 518/9
sort [4] 434/17 466/8

sound [3] 440/10 441/10 491/10
soundness [2] 439/15 440/23
sounds [2] 516/25 520/1
source [2] 437/6 467/25
sources [1] 437/6
Spalding [1] 424/13
speak [1] 518/13
speaking [1] 469/13
special [2] 437/12 495/11
specialized [2] 487/1 491/15
specific [8] 437/15 444/21 449/9 489/20 490/7 490/14 496/12 519/14
specifically [3] 433/16 502/17 518/19
speed [1] 462/6
spread [1] 458/19
spreadsheet [8] 428/18 453/16 454/2 454/24 458/25 473/8 474/9 480/25
spreadsheets [4] 482/24 485/16 509/22 510/1
St. [1] 455/2
St. Louis [1] 455/2
stabilize [2] 439/17 443/18
stabilized [3] 439/21 443/20 443/23
stand [2] 426/3 426/12
start [3] 449/5 450/21 520/16
started [2] 480/8 491/4
starting [3] 439/11 460/10 480/6
starts [4] 450/14 456/21 456/22 457/17
stated [1] 446/1
statement [14] 437/19 439/9 475/10 476/5 476/21 497/12 498/4 507/4 507/10 507/15 507/22 507/25 508/7 508/12
STATES [3] 423/1

**S**

STATES... [2] 423/13 446/17
statute [7] 441/2 471/6 471/15 471/16 471/19 471/21 494/23
statutes [1] 443/21
statutory [2] 439/17 443/17
steady [1] 502/14
stenotype [1] 424/25
step [2] 448/25 448/25
Stern [2] 425/4 435/17
stick [1] 518/20
still [3] 442/5 472/16 484/21
stipulated [3] 460/16 471/7 471/20
stipulation [6] 438/9 443/25 445/2 447/9 462/8 471/2
stock [38] 423/9 426/25 427/21 428/2 428/10 428/17 429/6 430/8 431/20 439/1 444/19 444/20 444/21 444/24 444/25 445/3 445/16 445/19 475/16 476/9 476/15 476/25 493/24 494/14 494/20 494/23 495/6 495/12 495/14 498/5 498/6 498/15 498/15 498/22 499/2 506/22 508/22 509/1
stock's [1] 495/1
stocked [1] 464/21
stockholders [4] 446/24 494/24 494/25 495/4
stocks [3] 498/7 498/19 508/15
stop [1] 457/25
stops [1] 478/24
story [2] 515/2 515/10
straight [1] 471/18
Street [2] 424/3 424/16
strike [1] 465/16
subject [2] 442/22 446/12
submit [1] 468/20
subsequent [1] 436/3
substantive [1] 455/18
substituting [1] 484/3

such [1] 495/1
suited [1] 493/4
summary [8] 449/5 461/19 462/24 462/24 468/10 478/4 487/7 487/10
summer [1] 437/22
support [3] 442/23 446/3 457/20
supposed [1] 471/4
sure [14] 431/2 431/5 433/21 435/23 437/8 444/1 468/5 468/13 470/12 487/17 496/19 517/24 519/3 520/4
surpass [1] 457/22
SUSAN [2] 426/13 486/16
suspended [3] 461/10 477/2 494/24
sustained [5] 447/21 458/23 461/16 465/15 471/14
sweep [34] 460/15 461/5 461/5 461/8 461/9 461/12 464/25 465/25 478/19 478/24 480/18 481/11 481/12 481/14 481/16 483/14 512/6 512/13 512/17 512/23 513/1 513/24 514/1 514/3 514/6 514/13 514/23 515/8 515/19 516/3 516/16 516/22 517/6 517/10
swim [1] 519/16
switch [2] 506/19 517/13
symbol [1] 429/7
system [1] 482/8
systemic [3] 437/24 441/13 496/24

**T**

take [17] 432/10 448/25 453/14 466/9 469/3 470/14 470/17 479/3 498/12 498/23 499/2 501/20 509/20 512/15 516/25 517/2 520/22
taken [2] 458/21 466/6
takes [1] 460/15
taking [1] 502/10

talk [6] 443/7 491/19 506/19 518/19 520/18 520/19
talked [2] 482/15 482/16
talking [6] 436/3 437/2 464/4 464/13 509/20 512/16
tapered [1] 452/9
team [8] 466/20 504/19 505/4 505/8 506/16 509/25 518/12 518/14
tell [34] 430/13 431/18 433/23 437/5 439/5 439/24 442/14 448/17 449/14 450/10 451/1 451/10 452/5 453/2 453/15 456/12 459/10 459/24 467/9 472/12 473/18 474/18 479/17 479/21 480/2 480/5 484/19 492/7 492/22 495/10 495/11 503/15 504/21 508/20
term [2] 509/8 512/6
terminated [1] 494/25
terms [12] 433/25 444/21 444/23 456/3 458/5 466/19 475/15 475/24 476/8 476/24 506/21 506/24
Terry [2] 493/5 493/14
testified [12] 455/21 462/10 486/21 487/9 499/7 501/14 501/19 501/22 502/13 503/21 506/21 510/4
testifies [1] 469/24
testify [5] 435/18 438/10 468/13 502/3 502/4
testifying [2] 487/3 487/6
testimony [13] 435/12 435/20 435/21 436/4 436/17 458/21 467/1 485/19 488/25 489/3 499/9 507/16 508/15
text [3] 442/24 442/24 443/6
than [7] 445/20 446/6 465/9 466/2 466/8 512/2 513/1

thank [30] 427/19 428/21 430/20 432/9 438/17 439/22 441/19 442/1 442/7 443/13 443/24 447/1 452/19 453/9 455/24 462/13 464/8 470/15 472/18 476/19 477/9 480/11 482/9 483/7 484/9 485/25 486/12 486/15 497/2 507/6
Thanks [1] 520/13
that [385]
that's [78] 426/9 428/6 428/8 428/24 429/15 429/17 429/19 433/9 433/12 434/6 435/13 435/25 438/13 441/25 442/4 443/6 449/9 449/15 449/22 450/8 452/14 452/15 452/18 454/9 454/9 456/23 456/24 457/2 458/16 463/9 464/12 467/17 467/18 470/10 474/8 475/22 483/16 486/5 487/2 487/5 487/11 487/14 489/5 489/22 491/16 492/15 493/17 493/19 495/6 495/8 495/15 496/20 497/4 498/12 498/25 499/16 499/24 500/3 500/11 500/24 501/19 502/12 502/16 502/18 503/1 503/2 505/11 505/19 507/5 507/18 507/23 508/3 509/6 509/14 509/16 509/19 510/8 518/20
thee [1] 505/22
their [7] 445/3 446/12 465/2 466/2 495/5 500/7 500/10
them [18] 426/7 426/22 450/1 451/19 466/19 467/18 489/7 489/16 495/4 499/11 502/4 502/5 504/18 506/24 507/2 513/4 516/20 520/22
themselves [2] 455/20 477/25
then [24] 437/13

**T**

**then... [23]** 443/23 446/9 448/22 450/3 451/14 452/9 454/9 456/6 457/16 459/1 460/11 463/24 467/19 468/22 469/10 469/11 470/5 477/15 488/21 497/12 500/17 502/22 514/9

**theory [1]** 442/3

**there [58]** 426/5 427/17 427/17 427/21 427/21 430/20 431/12 431/12 431/14 431/22 433/7 433/10 434/7 434/25 435/19 437/10 437/11 438/21 438/22 441/15 442/2 449/20 450/19 451/13 452/21 453/1 453/22 457/7 457/25 465/5 468/11 468/14 469/1 469/4 469/16 471/1 471/3 474/1 482/5 482/5 482/5 483/24 485/3 494/13 494/14 495/23 499/11 501/4 504/5 505/13 505/15 507/5 508/4 510/18 515/11 516/22 517/9 520/21

**there's [2]** 431/5 496/14

**thereafter [2]** 446/8 475/25

**therefore [2]** 439/12 439/14

**these [16]** 426/24 437/9 466/15 466/18 468/11 468/16 484/16 490/3 490/4 493/14 495/12 502/18 503/15 505/4 507/13 519/19

**they [56]** 429/2 438/10 439/20 442/5 451/14 452/9 454/6 454/11 454/20 455/23 457/8 459/17 460/6 460/7 466/1 466/4 466/9 471/5 473/22 473/23 474/24 475/1 475/3 475/4 479/23 480/7 480/8 480/8 481/12 481/16 481/17 484/3

490/16 490/3 490/10 490/14 490/19 490/21 491/2 491/6 498/1 500/4 502/6 504/14 504/20 504/21 504/25 505/17 508/1 508/4 508/10 510/10 513/6 519/3 519/4 519/12

**thing [7]** 431/5 471/24 472/5 485/2 492/17 496/19 509/2

**things [7]** 434/9 470/23 477/1 505/5 506/20 520/20 520/21

**think [17]** 439/11 451/22 462/20 464/5 472/8 472/11 482/7 482/8 489/23 495/10 500/13 501/21 505/13 505/14 506/15 512/19 520/18

**third [40]** 460/12 460/14 460/22 460/23 460/23 461/10 461/21 461/24 462/2 463/1 463/2 463/7 463/11 463/11 464/18 464/22 465/4 477/15 477/15 478/11 478/14 498/13 503/25 504/20 504/23 511/25 512/2 512/6 512/7 512/16 513/16 513/20 513/22 514/21 515/2 515/6 515/7 515/23 516/4 516/21

**this [130]**

**THOMPSON [1]** 423/16

**thoroughly [1]** 468/18

**those [37]** 427/7 429/22 432/3 434/19 437/14 437/24 443/5 451/9 454/5 454/11 455/17 456/19 457/7 459/1 468/3 468/14 472/7 475/23 489/6 489/16 490/21 491/17 493/17 495/4 495/6 501/7 504/5 504/11 506/14 508/7 508/8 509/1 509/22 510/1 512/10 519/18 520/20

**though [1]** 512/20

**thought [1]** 469/20

**three [3]** 431/13 510/24 513/6

**through [24]** 434/3 437/21 444/4 445/2 445/17 446/12 448/10 450/12 451/12 456/6 458/1 458/10 458/11 460/17 460/19 460/20 471/3 476/12 478/7 479/19 481/23 483/5 491/18 518/1

**thus [1]** 493/4

**ticker [1]** 429/7

**tied [1]** 493/3

**Tim [3]** 492/3 492/5 492/24

**time [27]** 428/16 434/1 434/7 434/10 445/10 446/16 448/11 449/20 450/1 450/6 450/19 451/20 454/15 456/15 456/16 460/23 466/11 469/3 473/13 474/13 475/4 480/3 482/17 492/7 503/24 514/4 515/13

**timeline [25]** 434/9 434/14 437/2 437/3 437/7 437/18 438/21 460/9 475/7 476/3 476/19 482/15 503/21 503/24 504/9 505/1 505/10 505/18 505/22 505/23 506/4 506/6 506/10 506/14 506/23

**title [7]** 438/24 439/8 440/2 457/11 507/5 508/4 518/11

**today [12]** 430/1 458/2 484/22 484/23 485/20 487/3 487/6 487/24 488/1 489/3 489/3 491/6

**together [9]** 437/4 466/19 484/10 484/14 485/11 485/12 513/6 516/18 516/21

**told [10]** 486/23 490/3 491/6 500/1 500/4 500/13 503/6 503/16 505/17 510/8

**Tony [1]** 480/13

**took [2]** 466/1 502/9

**top [5]** 427/16 430/2

495/21 511/7 518/11

**Topaz [1]** 423/21

**topics [1]** 517/13

**total [33]** 428/19 428/22 429/12 429/16 429/19 430/7 431/25 432/13 432/17 445/18 447/14 447/14 449/15 449/22 465/8 473/2 473/4 473/20 474/5 475/20 478/21 480/17 481/16 481/19 481/21 481/23 483/23 484/10 484/14 484/15 485/7 485/8 486/5

**totals [4]** 427/6 429/25 430/4 430/13

**trade [2]** 494/23 495/13

**trajectory [2]** 456/21 456/22

**transcript [3]** 423/12 424/25 521/4

**transcription [1]** 424/25

**transfer [1]** 484/15

**transferred [12]** 440/13 480/17 481/10 481/12 481/14 481/16 481/21 481/23 482/17 483/17 485/8 486/5

**Treasury [80]** 439/1 442/23 444/6 444/9 444/17 444/17 445/3 445/4 445/10 445/15 445/25 446/3 446/11 446/14 446/17 446/20 447/10 448/5 448/8 448/13 448/19 448/22 448/23 449/10 449/16 449/23 449/24 449/25 450/4 450/7 451/8 457/22 460/21 463/2 463/6 463/10 463/16 464/16 464/23 466/9 467/12 468/3 473/3 473/21 473/22 473/23 474/5 474/19 474/21 474/24 475/1 475/3 475/13 475/22 476/6 476/22 478/21 480/18 481/10 481/13 481/22 481/23 482/17 483/11 483/18 484/7 484/15

# T

**Treasury... [13]** 485/8
486/3 486/6 517/18
518/6 518/10 518/17
519/5 519/12 519/17
519/19 519/23 519/25
**treasury's [12]** 444/15
445/12 445/14 445/18
446/25 447/12 464/18
475/19 476/14 478/10
479/1 483/22
**trend [9]** 451/11 456/3
456/4 480/5 502/14
502/22 502/24 503/10
503/13
**trends [1]** 493/5
**trial [4]** 423/12 435/19
436/14 491/3
**troubled [2]** 439/17
443/18
**true [4]** 466/23 503/8
509/16 521/4
**try [1]** 462/6
**turn [1]** 493/20
**Tweet [1]** 520/20
**Twitter [1]** 520/20
**two [5]** 437/18 454/4
457/5 468/15 512/10
**type [1]** 427/17

# U

**U.S [3]** 424/21 456/8
467/12
**U.S.C [1]** 440/23
**ugly [1]** 520/20
**Ugoletti [1]** 457/7
**Um [2]** 513/10 518/24
**under [10]** 427/17
436/13 444/6 444/14
475/16 475/21 476/10
476/25 479/8 488/1
**underestimate [1]**
493/2
**underlying [13]**
434/18 437/8 455/19
456/18 462/3 466/20
468/21 469/6 473/8
474/9 480/25 482/23
485/16
**understand [8]** 469/25
470/8 470/12 487/7
490/17 495/4 509/23
518/21
**understanding [25]**

468/7 469/23 490/9
490/13 493/19 495/8
495/15 498/20 498/25
499/1 506/2 507/9
507/11 507/12 508/18
508/21 508/24 508/25
510/14 517/19 519/8
519/11
**understood [2]** 470/10
471/15
**undisputed [10]**
475/11 476/5 476/21
507/10 507/15 507/22
507/25 508/1 508/7
508/13
**UNITED [3]** 423/1
423/13 446/17
**until [9]** 436/22 439/20
443/22 452/20 458/21
461/3 476/1 477/3
494/24
**up [34]** 429/22 434/13
434/25 437/18 444/6
445/15 446/15 456/6
461/15 464/18 464/23
470/6 484/21 491/19
497/5 499/11 499/12
501/7 501/13 502/22
504/18 504/22 511/2
511/12 511/17 513/5
513/11 513/12 513/13
515/10 516/20 517/13
517/15 519/10
**update [1]** 491/24
**upon [7]** 435/18
444/15 447/8 461/9
468/17 469/4 475/12
**uptake [1]** 455/11
**upturns [1]** 493/2
**upward [1]** 456/21
**us [44]** 427/24 428/1
430/12 430/13 431/18
432/16 433/13 438/24
439/5 439/24 442/2
442/14 442/24 447/16
448/17 449/1 449/14
450/10 451/1 451/10
451/18 453/2 453/15
456/2 456/12 457/11
458/15 459/24 463/14
472/6 472/9 474/18
479/17 479/21 480/2
480/5 484/19 486/23

503/6 510/8 517/25
**use [4]** 467/25 468/20
500/4 520/7
**used [4]** 434/8 437/6
437/8 510/1
**using [3]** 502/8 512/5
520/7
**utilize [1]** 472/20
**utilized [1]** 468/8

# V

**vague [1]** 465/14
**value [1]** 446/9
**variable [3]** 444/23
460/24 461/4
**varies [1]** 450/14
**VARMA [1]** 424/8
**VERGOW [1]** 424/15
**version [1]** 456/14
**versus [3]** 459/14
463/11 485/7
**Very [5]** 447/22 447/22
461/17 463/14 480/11
**VINCENT [1]** 423/17
**virtually [1]** 489/23
**voting [1]** 444/19
**vs [1]** 423/4

# W

**waiting [1]** 472/2
**waive [1]** 446/15
**waived [1]** 446/17
**walk [2]** 478/7 483/4
**want [36]** 431/1 431/5
431/10 432/10 437/18
444/1 453/14 457/25
467/6 468/2 468/5
469/23 470/11 471/6
471/24 471/24 472/13
472/20 474/1 477/9
479/3 480/12 482/1
490/3 491/7 491/7
491/17 496/19 496/19
499/2 504/20 506/19
509/20 513/11 517/3
519/15
**wanted [2]** 433/20
502/7
**warrants [2]** 445/15
445/19
**was [130]**
**Washington [7]** 423/6
423/19 423/25 424/11

**wasn't [5]** 464/11
471/15 514/5 519/22
520/2
**watching [1]** 435/20
**way [4]** 426/2 435/13
482/6 506/6
**we [119]**
**We'd [1]** 455/17
**we'll [9]** 461/13 470/14
470/17 474/17 478/7
497/4 518/20 519/15
520/23
**we're [17]** 430/3
431/17 431/17 437/17
442/5 444/1 447/2
448/3 457/15 457/16
459/10 460/9 463/19
512/5 512/16 518/21
520/17
**website [12]** 454/13
455/3 455/22 500/2
500/4 500/12 500/13
500/15 500/22 501/5
502/5 502/10
**weeks [1]** 498/12
**well [15]** 436/18
447/16 447/22 447/22
453/1 461/17 463/14
469/22 470/10 480/11
493/4 494/2 500/12
507/10 515/12
**went [10]** 458/1 502/22
503/22 505/18 506/3
512/3 512/12 512/24
513/1 513/2
**were [63]** 426/5 426/19
426/25 430/13 430/17
432/18 433/15 433/16
434/1 434/9 434/13
434/24 435/2 435/4
437/2 438/10 444/22
452/6 455/21 459/2
461/15 462/25 463/24
465/9 466/2 466/4
476/16 487/18 488/1
488/8 488/13 488/15
488/17 488/21 488/22
489/16 490/18 492/7
492/19 494/2 494/9
494/16 494/17 496/2
496/3 497/9 497/17
499/11 501/4 501/21
503/10 504/5 506/20

**W**

**were... [10]** 507/13
507/14 507/16 508/8
508/10 509/11 515/11
516/22 517/9 519/19
**weren't [2]** 428/2
507/19
**what [156]**
**what's [4]** 447/3
462/15 483/9 503/2
**whatever [1]** 497/20
**when [28]** 433/24
434/9 437/11 449/8
450/19 450/21 452/6
458/25 462/24 463/23
466/15 481/15 484/13
485/9 491/6 495/12
503/10 505/3 505/8
507/14 509/21 510/23
512/11 516/24 517/10
519/7 519/17 520/7
**where [18]** 427/6
434/24 451/13 452/23
473/7 474/7 477/22
480/19 480/22 480/23
482/18 482/21 485/14
491/2 498/15 502/24
507/16 509/17
**whether [2]** 445/7
492/24
**which [22]** 431/11
437/10 438/1 440/9
443/11 443/18 444/13
448/11 452/11 452/12
458/17 464/25 467/18
489/10 489/20 490/6
491/20 502/6 504/8
504/25 505/9 506/3
**who [14]** 435/4 435/14
442/16 442/18 457/3
491/11 491/13 491/21
492/5 492/17 495/13
495/16 504/17 506/13
**whoever [1]** 502/6
**whole [4]** 470/8
489/24 492/17 496/19
**why [10]** 427/24 428/1
429/19 432/22 433/13
490/9 490/14 496/7
505/21 505/22
**WIERZBOWSKI [1]**
424/4
**will [24]** 426/21 426/22
427/16 439/19 441/17

441/17 455/23 457/6
457/22 461/17 468/8
472/5 472/10 491/11
491/21 493/21 494/23
494/25 495/13 498/6
498/7 498/16 498/19
516/19
**Wilmington [1]** 424/3
**within [1]** 449/4
**without [4]** 441/17
446/25 489/7 493/13
**witness [18]** 425/2
426/2 426/5 435/21
436/3 436/13 438/8
464/12 467/22 468/9
468/13 468/25 471/3
472/15 483/4 487/4
487/7 487/10
**witnesses [13]** 435/3
435/7 435/8 435/14
435/24 435/25 436/2
436/8 436/9 436/10
436/17 436/18 487/18
**won't [1]** 452/20
**wondered [1]** 492/24
**word [2]** 491/24 520/7
**words [9]** 435/8
493/14 493/17 495/4
495/6 495/10 495/12
507/16 509/18
**work [9]** 427/18 428/3
486/25 487/13 487/15
488/16 499/19 499/21
500/22
**worked [2]** 466/20
502/7
**worth [47]** 444/9
444/10 460/15 460/25
461/4 461/5 461/8
461/9 461/12 464/25
465/7 465/8 465/25
466/5 466/7 475/23
478/15 478/19 478/25
478/25 480/18 481/11
481/12 481/14 481/16
483/14 495/1 495/2
512/6 512/13 512/17
512/23 513/1 513/24
514/1 514/3 514/6
514/12 514/23 515/8
515/19 516/3 516/16
516/22 517/5 517/9
518/22
**would [50]** 426/6

434/11 455/24 457/2
433/5 433/13 433/23
435/3 435/9 435/20
436/10 436/13 436/14
436/17 437/11 437/14
448/11 451/24 454/22
459/5 461/2 462/3
464/23 466/5 466/9
466/11 466/23 469/2
469/11 470/23 471/3
471/12 473/13 474/13
476/15 477/6 479/25
483/3 485/22 489/11
489/21 492/16 496/11
503/5 503/14 503/25
505/10 513/5 515/23
519/9
**wouldn't [4]** 470/5
503/12 503/16 504/21
**write [2]** 506/14
518/11
**wrong [5]** 429/17
462/18 462/20 500/1
502/2
**wrote [2]** 449/8 506/13

**Y**

**Yeah [4]** 441/22
472/25 482/9 490/5
**year [14]** 446/7 446/15
449/2 449/4 452/8
461/3 463/23 463/25
464/4 474/6 474/17
474/17 479/21 498/5
**years [11]** 446/7 452/9
457/23 457/24 498/12
511/25 512/2 512/12
512/24 513/2 513/7
**yes [153]**
**yesterday [5]** 426/18
427/1 431/6 458/1
489/3
**yet [1]** 453/8
**York [3]** 423/24 424/6
424/6
**you [451]**
**you'd [6]** 463/25
489/13 490/7 492/9
509/11 509/15
**you're [2]** 487/6
509/17
**you've [2]** 462/7 506/8
**your [135]**
**yours [1]** 499/3

451/10 431/2 452/4
502/4 504/22
**yourself [3]** 454/13
502/4 504/22

**Z**

**ZAGAR [1]** 423/20
**zebra [1]** 430/25
**zero [20]** 450/19
451/15 461/3 475/6
478/16 512/12 512/24
513/2 513/8 513/19
513/25 514/6 514/10
514/19 516/9 516/11
516/14 516/24 517/6
517/10