### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., ET AL., et al,     Civil Action
                                    No. 1:13-1053

                 Plaintiffs,

     vs.

                                    October 20, 2022
FEDERAL HOUSING FINANCE             1:40 p.m.
     AGENCY, et al,                  Washington, DC

                     Defendants.
_____

In re: FANNIE MAE/FREDDIE MAC       Civil Action
SENIOR PREFERRED STOCK PURCHASE    13-1288
AGREEMENT CLASS ACTION
LITIGATIONS.

_____

         TRANSCRIPT OF JURY TRIAL - AFTERNOON SESSION
        **BEFORE THE HONORABLE ROYCE C. LAMBERTH**
            UNITED STATES DISTRICT JUDGE

PLAINTIFFS' APPEARANCES:

**For Plaintiffs:**         **CHARLES COOPER**
                         **DAVID THOMPSON**
                         **VINCENT COLATRIANO**
                         **PETER PATERSON**
                         **BRIAN BARNES**
                         Cooper & Kirk, PLLC
                         1523 New Hampshire Avenue NW
                         Washington, D.C. 20036

**For Class Plaintiffs:**   **ERIC ZAGAR**
                         Kessler Topaz Meltzer & Check, LLP
                         280 King of Prussia Road
                         Radnor, Pennsylvania 19087

                         **HAMISH HUME**
                         **SAMUEL KAPLAN**
                         Boies Schiller Flexner LLP
                         1401 New York Avenue NW
                         Washington, D.C. 20005

APPEARANCES (CONTINUED):

                            **MICHAEL J. BARRY**
                             Grant & Eisenhofer, P.A.
                             123 Justison Street
                             Wilmington, Delaware 19801

                             **ADAM WIERZBOWSKI**
                             Bernstein Litowitz Berger &
                             Grossmann LLP
                             1251 Avenue of the Americas
                             New York, New York 10020

**For Defendant Federal**
**Housing Finance Agency:** **ASIM VARMA**
                             **HOWARD CAYNE**
                             **DAVID BERGMAN**
                             **IAN HOFFMAN**
                             Arnold & Porter Kaye Scholer LLP
                             601 Massachusetts Avenue NW
                             Washington, D.C. 20001

**For Federal Home Loan**
**Mortgage Company:** **MICHAEL CIATTI**
                             King & Spalding LLP
                             1700 Pennsylvania Avenue NW
                             Washington, D.C. 20006

**For Federal National**
**Mortgage Association:** **MEAGHAN VERGOW**
                             O'Melveny & Myers LLP
                             1625 I Street NW
                             Washington, D.C. 20006

**Reported By:** **LORRAINE T. HERMAN, RPR, CRC**
                             Official Court Reporter
                             U.S. District & Bankruptcy Cts.
                             333 Constitution Avenue, NW
                             Room 6720
                             Washington, D.C. 20001
                             202-354-3196

*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

1                           **I N D E X**

2      **WITNESS**                                        **PAGE**

3      EDWARD DEMARCO

4          Direct Examination by Mr. Hume (Continued)      722
           Cross-Examination by Mr. Stern                  763
5

6

7                        **E X H I B I T S**

8      **EXHIBIT**                                          **PAGE**

9      Plaintiffs' No. 460 Received into Evidence           729
       Plaintiffs' No. 458 Received into Evidence           732
10

11     **EXHIBIT**                                          **PAGE**

12     Defense No. 84     Received into Evidence            787
       Defense No. 188    Received into Evidence            810
13     Defense No. 189    Received into Evidence            812
       Defense No. 137    Received into Evidence            816
14     Defense No. 136    Received into Evidence            819
       Defense No. 346    Received into Evidence            822
15     Defense No. 476    Received into Evidence            831
       Defense No. 476    Received into Evidence            834
16     Defense No. 272    Received into Evidence            836
       Defense No. 219    Received into Evidence            842
17     Defense No. 476    Received into Evidence            849

18

19

20

21

22

23

24

25

1            **P R O C E E D I N G S**

2            (Whereupon, the morning session of this proceeding was

3    reported Sara Wick, and is bound under separate cover.)

4            (Jury entered the courtroom)

5                **THE COURT:**  The witness can come forward.

6                Please be seated.

7                All right.  You may proceed.

8            **MR. HUME:**  Thank you, Your Honor.

9            **DIRECT EXAMINATION OF EDWARD DEMARCO (CONT'D.)**

10   **BY MR. HUME:**

11       **Q.**   Good afternoon, Mr. DeMarco.  You were working at

12   the FHFA when the conservatorship began in September 2008.

13   Correct?

14       **A.**   Yes.

15       **Q.**   And you understood that when that conservatorship

16   began, you understood when that conservatorship began in

17   September 2008, that the FHFA announced publicly that the

18   goal of the conservatorship was to preserve and conserve the

19   assets of Fannie Mae and Freddie Mac.  Correct?

20       **A.**   Yes.

21       **Q.**   And did you also understand that the

22   conservatorship had a goal of bringing the companies back to

23   financial health and normal business operations?

24       **A.**   Yes.

25       **Q.**   And did you also understand that, once those goals

1    were achieved, the conservatorship would be terminated and

2    the companies would be returned to the shareholders?

3        **A.**   What it means to achieve that is an interesting

4    question, but yes.

5        **Q.**   I'd like to show you an exhibit marked PX-002E.  I

6    believe it is at tab 9 of your binder.  It should be in

7    front of you.  We'll put it on the screen as well.

8            Now, PX-2E, I don't believe there's an objection.

9            **DEPUTY CLERK:**  It's already in.

10           **MR. HUME:**  It's already in?  Okay, so it is in

11   evidence.  We can show the jury.

12   **BY MR. HUME:**

13       **Q.**   Mr. DeMarco, this is an email you wrote on

14   October 30th, 2008.  Do you see that?

15       **A.**   Okay.  Yes.

16       **Q.**   And it's sent to Robert Collender and Patrick

17   Lawler.  Those were colleagues at the FHFA.  Correct?

18       **A.**   Yes.

19       **Q.**   And in the first sentence of the email, you say,

20   "Here you go.  My slides and notes from my talk to ABS

21   East."  Correct?

22       **A.**   Yes.

23       **Q.**   And ABS East is a conference related to

24   asset-backed securities?

25       **A.**   Yes.

1      **Q.**   And you gave a speech there in October of 2008?

2      **A.**   Yes, I think so.

3      **Q.**   Could I turn to Page 16 of the document -- I think

4      it's 16 of the slide deck, which is Page 18 of the exhibit,

5      that cover email?

6      **A.**   I'm sorry.  Which tab in my binder is this?

7      **Q.**   It's Tab 9.  We are on Page 18 of 40 of the

8      exhibit, which is Page 16 of the deck, the PowerPoint deck

9      you attached to the email?

10     **A.**   Okay.

11     **Q.**   And you wrote this PowerPoint.  Correct?

12     **A.**   Well, I used this PowerPoint, I presume.

13     **Q.**   You used it when you presented your speech at the

14     conference?

15     **A.**   I would not say that I wrote it.

16     **Q.**   But you presented it at the conference?

17     **A.**   From the context you present it, yes, I believe

18     so.  Yes.

19     **Q.**   And on this slide, it's entitled

20     "Conservatorship."  Do you see that?

21     **A.**   I do.

22     **Q.**   And it says, "Conservatorship is defined as a

23     statutory process to stabilize a troubled institution which

24     is intended to have a limited duration."  Do you see that?

25     **A.**   Yes.

1      **Q.**   Do you believe that to have been an accurate

2    description at the time?

3      **A.**   Yes.

4      **Q.**   Do you believe it's accurate now?

5      **A.**   Yes.  I mean, it's a statutory process to

6    stabilize a troubled institution.  It's intended to have

7    limited duration.

8      **Q.**   Intent of limited duration, but it's now 14 years

9    later and they're still in conservatorship.

10      **A.**   Yeah.

11      **Q.**   Was that in your mind when you gave this speech?

12      **A.**   No, that was not in anyone's mind that this

13    conservatorship would be going on 14 years later.

14      **Q.**   It then goes on and says, "And has, as its

15    objective, to return the entity to normal business

16    operations once stabilized."  Do you see that?

17      **A.**   Yes.

18      **Q.**   And that was an accurate description.  Correct?

19      **A.**   Yes.

20      **Q.**   The next sentence says, "Conservatorship statutes

21    provide broad authority for a conservator to operate the

22    institution until it is stabilized and then returned to the

23    shareholders."  Do you see that?

24      **A.**   Yes.

25      **Q.**   Did you believe that to be an accurate

1    description --

2         **A.**   Yes.

3         **Q.**   -- of what this conservatorship for Fannie and

4    Freddie was intended to do?

5         **A.**   Yes.  It's a general statement about

6    conservatorship, but yes.

7         **Q.**   But it was made in the context of the --

8         **A.**   I understand that.

9         **Q.**   -- conservatorship for Fannie and Freddie --

10        **A.**   I'm sorry.

11        **Q.**   Was that sentence there about conservatorship

12   providing authority to operate the institution until it is

13   stabilized and then return to the shareholders an accurate

14   description of your understanding of what the goal of the

15   conservatorship was with Fannie Mae and Freddie Mac?

16        **A.**   That was -- that that was the goal.

17        **Q.**   Okay.

18             And can I also ask you to turn to, I believe, it's

19   Tab 7 of your binder which is PX-0002-C.

20             **MR. HUME:**   That's in evidence, Ms. Jenkins?

21             **DEPUTY CLERK:**   Yes.

22             **MR. HUME:**   Thank you.  Show it to the jury.  Thank

23   you.

24   **BY MR. HUME:**

25        **Q.**   And this is a fact sheet published by the FHFA at

1   the time of the conservatorship.  Do you recognize it?

2       **A.**   Yes.

3       **Q.**   It has a bunch of questions and answers on the

4   conservatorship.  Do you see that?

5       **A.**   Yes.

6       **Q.**   And have you reviewed this before?

7       **A.**   Yes.

8       **Q.**   And there's nothing in here you think is

9   inaccurate or that you disagree with, is there?

10      **A.**   That's correct.

11      **Q.**   At the bottom, the last question says, "Question:

12  What are the goals of this conservatorship?"  Do you see

13  that?

14      **A.**   Yes.

15      **Q.**   And the answer on the top of the next page says,

16  "The purpose of appointing the conservator is to preserve

17  and conserve the company's assets and property and to put

18  the company in a sound and solvent condition."  Do you see

19  that?

20      **A.**   Yes.

21      **Q.**   Now, Mr. DeMarco, I have a question.  Doesn't the

22  net worth sweep do the opposite of that?

23      **A.**   No, it does not.

24      **Q.**   Well, the net worth sweep transfers all the net

25  worth of Fannie Mae and Freddie Mac to Treasury.  That's not

1   preserving and conserving the assets.  That's sending them

2   away?

3       A.   Oh, indeed.  I'm -- it did preserve and conserve

4   the assets.

5       Q.   It didn't preserve and conserve the net worth.

6   Would you agree with that?

7       A.   I don't know what it means to preserve and

8   conserve net worth in a company that, every quarter during

9   those, has no net worth absent what is injected by the

10  Treasury department.  But net worth sweep was essential to

11  continued stabilization of these companies.

12      Q.   Okay.  So let's talk about this no-network thing.

13  I'd like to show you the Fannie Mae SEC 10-K filing.  That

14  shows its financial results and balance sheet.  Correct?

15      A.   Okay.

16      Q.   From 2012, which is at tab 61 of your binder.

17  Maybe -- 61 maybe, Freddie.  Let's see.  No 61 is Fannie.

18  So let's start with that.  Do you have that in your binder

19  tab at tab 61?

20           I was actually wrong about the four binders.  They

21  were just four copies of the same binder.  So you should

22  have everything in one binder.  We just did the experts on

23  the SEC filings.  Do you see that 10-K filing there?

24      A.   This is a Fannie Mae 10-K for the year ending

25  December 31st, 2012.

 1              **MR. STERN:**  Excuse me, Your Honor.  For the

 2   record, is this PX-460?

 3              **MR. HUME:**  That is correct.  This is Plaintiffs'

 4   Exhibit 460, and it is an excerpt of that exhibit, but I

 5   would like to move for the admission of the whole exhibit

 6   into evidence.

 7              **MR. STERN:**  No objection, Your Honor.

 8              **THE COURT:**  Received.

 9         (Plaintiffs' Exhibit 460 was received.)

10

11   **BY MR. HUME:**

12       **Q.**   Now, Mr. DeMarco, on Page F3 of this document, you

13   said they had no net worth.  That was true in 2011.  If you

14   look, if you would, could you put up on the screen, page F3,

15   which is Page 242 of 441 in the exhibit.  That's easier to

16   find, but in the excerpt -- that's right.  That's the page.

17              So this is the balance sheet, correct, for Fannie

18   Mae?

19       **A.**   Yes.

20       **Q.**   Okay.  And so it has the assets on top and then

21   the liabilities underneath that?

22       **A.**   Yes.

23       **Q.**   At the bottom of the liabilities, it has whether

24   there's any equity or net worth.  Correct?

25       **A.**   Right.

1      **Q.**   So if we look at the bottom line here, total

2    equity.   Do you see that line?

3      **A.**   Yes.

4      **Q.**   That's the same as the net worth.   Correct?

5      **A.**   Yes.

6      **Q.**   Okay.   And on the right-hand column is 2011.

7    Correct?

8      **A.**   Yep.

9      **Q.**   Because they like to compare, in SEC filings, the

10   previous year or time period with the current year.

11   Correct?

12     **A.**   Yes.

13     **Q.**   So you see at the end of 2011 a negative -- when a

14   number is in parentheses, it means it's a negative.   So

15   that's what -- at the end of 2011 had a negative net worth

16   of 4.5 billion.   Correct?

17     **A.**   Yes.

18     **Q.**   These numbers, just for the jury, you would agree

19   with me are in millions.   So if the number is in the

20   thousands a thousand times a million is a billion, so any

21   number that's in the thousands is in the billions.   Correct?

22     **A.**   Yes.

23     **Q.**   That might not have been as beautifully explained

24   as it might have been, but if it says 4,571, that means 4.5

25   billion.   Correct?

1      **A.**   Yes.

2      **Q.**   At the end of 2011 it was negative.  Correct?

3      **A.**   Yes.

4      **Q.**   But at the end of 2012, there's positive net worth

5      of 7.2 billion.  Correct?

6      **A.**   Yes.

7      **Q.**   Okay.  So that's not nothing, and that got swept

8      to Treasury under the net worth sweep.  Correct?

9      **A.**   No, I don't believe the net worth sweep took

10     effect till the first quarter of 2013.

11     **Q.**   That's true.  The net worth sweep took effect for

12     the first quarter of 2013, and it started with a small

13     reserve that shrank to zero by 2018.  Correct?

14     **A.**   Correct.

15     **Q.**   But the reserve was 3 billion and it shrunk to

16     zero by 2018?

17     **A.**   Correct.

18     **Q.**   Everything on top of that got swept to Treasury?

19     **A.**   Correct.

20     **Q.**   So this net worth would have been swept to next

21     quarter?

22     **A.**   Yes, minus the 3 billion.

23     **Q.**   And now, if you go to Tab 60, we can look at the

24     same information for Freddie Mac.

25            **MR. HUME:**  Tab 60 is PX-458, excerpts of PX-458.

1    While it's only excerpts, I believe there's no objection to

2    moving the entire exhibit into evidence?

3              **MR. STERN:**  No objection, Your Honor.

4              **THE COURT:**  What was the number?

5              **MR. HUME:**  458, PX-458.

6              **THE COURT:**  Received.

7         (Plaintiffs' Exhibit 458 was received.)

8    **BY MR. HUME:**

9         **Q.**  Again, if we turn to the page with the balance

10   sheet, it is page 214 out of 446.  That's why we're happy to

11   have only excerpts here.  Again, we have a balance sheet.

12   Correct?  This is the Freddie Mac balance sheet as of the

13   end of 2012?

14        **A.**  Yes.

15        **Q.**  If we go down to the total equity number, the

16   second-to-last number, that's the net worth number.

17   Correct?

18        **A.**  Yes.

19        **Q.**  And again, at the end of 2011, it's a smaller

20   negative of negative 146 million.  Correct?

21        **A.**  146 million.

22        **Q.**  But at the end of 2012, it's a positive 8.8

23   billion.  Correct?

24        **A.**  Yes.

25        **Q.**  So that net worth, as well as all of the future

1    net worth that was built up by this company was swept to

2    Treasury.  Correct?

3         **A.**   Yes, as we described in the case at the beginning.

4         **Q.**   So that's not preserving and conserving the assets

5    to send that 8.8 billion dollars to Treasury, is it?

6         **A.**   It preserved and conserved the assets by ensuring

7    the stability of these companies during a prolonged

8    conservatorship.  It preserved the only equity that was

9    available to these companies was the Treasury commitment.

10        And so we happened to have an outcome that began

11   2012 and proceeded in subsequent years in which the

12   companies did quite well.  But I am making a decision about

13   the net worth sweep to allow for all the possible states of

14   the world that we had to be able to manage for.

15        Preserving that remaining Treasury commitment was

16   essential, in my mind, to the stability of these companies,

17   through an unknown future with a prolonged conservatorship,

18   while Congress and the Administration were debating and

19   actively working on legislation to wind down these companies

20   and replace them through a housing finance reform

21   legislation.

22        **Q.**   But they haven't been wound down.  Correct?

23        **A.**   They have not.

24        **Q.**   In fact, they are now larger now than they were in

25   2008 or 2012.  Correct?

1      **A.**   Yes.

2      **Q.**   So your -- as I understand your answers, you

3   didn't have the benefit of hindsight.  You had to make a

4   judgment in August 2012 where the future -- you could never

5   predict the future?

6      **A.**   Never predict and also being aware of the

7   environment in which I was in, not just economically but

8   politically and so forth policywise with regard to the

9   planned future of these companies.

10     **Q.**   Okay.  But Mr. DeMarco, we're not saying you had a

11  crystal ball.  Okay?  What we're saying is, they were making

12  money in 2012 that was higher than the dividend, the 10

13  percent dividend.  Correct?

14     **A.**   Yes, we covered that.

15     **Q.**   They were generating, for the first time since the

16  conservatorship began, positive net worth.  Correct?

17     **A.**   Yes.

18     **Q.**   And at least some people were aware that they were

19  potentially going to reverse the evaluation allowance on the

20  deferred tax asset and increase their net worth by $74

21  billion.  Correct?  Some people were aware of that.  You

22  were not?

23     **A.**   Some people were contemplating that that was an

24  outcome that they would get to.

25     **Q.**   Okay.  I've got a binder full of documents showing

1   projections, which I'm going to walk through at least some

2   of, but you were also aware, and I'm sure you've become

3   aware in this case, that Fannie Mae and Freddie Mac had

4   financial projections showing sustained profits into the

5   future for 10 years.  Correct?

6       A.   They did various projections, and some of those

7   projections showed profits going out into the future.  They

8   had others that did not, and they had separate disclosures

9   in their securities filings that would paint a different

10   picture.

11       Q.   But -- and you're aware that there is a document

12   from Mr. Benson, who's now the -- you know Mr. David Benson

13   is the current President of Fannie Mae.  Correct?

14       A.   Yes.  I believe he's just been replaced or is in

15   the process of being replaced, but yes.

16       Q.   But he's been the president for the past several

17   years.  Correct?

18       A.   Yes.

19       Q.   At the time, in the summer of 2012, he was the

20   Senior Executive Vice President for capital markets.

21   Correct?

22       A.   I believe that was his title.

23       Q.   Then he went on to become Chief Financial Officer.

24   Correct?

25       A.   Dave has had several positions, executive

1     positions at Fannie.

2          **Q.**   Okay.  Now you're aware that he is quoted in one

3     of the documents as saying, in July of 2012, the next eight

4     years are going to be the golden years of GSE earnings.

5     You're familiar with that.  Correct?

6          **A.**   I am familiar with that quote.

7          **Q.**   And just to try to cut through this and save

8     everyone's time a little bit is, you know there are these

9     documents with positive projections.  You know that they are

10    making profits above the 10 percent dividend.

11              Would you at least agree that, given the way

12    things turned out, it would have been better not to do the

13    net worth sweep, better for the companies, because they'd

14    have more in assets?  Would you agree with that?

15         **A.**   I believe that they -- challenge with this

16    question, just to be clear, is that you're saying, without

17    the net worth sweep, but you're not allowing me to cover

18    what may have been the case in the absence of a third

19    amendment, and we're operating under a second amendment.

20              And the second amendment includes both a fixed 10

21    percent dividend and a periodic commitment fee.  And I'm

22    sure we're going to go back through that again at some point

23    as well.  But I believe that the net worth sweep enhanced

24    the stabilization of these companies.

25              If you're just looking at the dividend, only the

1    dividend, then yes.  The actual state of the world that was

2    realized, that I have no crystal ball into, that was

3    realized, produced dividends that exceeded the 10 percent of

4    the 190 billion.

5        **Q.**   By a lot, you know, somewhere on the order of $150

6    billion.  You're aware of that?

7        **A.**   By a lot.

8        **Q.**   But what I'm saying is -- well, your answer, as I

9    understand it, is whether -- my hypothetical to you was,

10   given the way things turned out, wouldn't you agree that it

11   would have been better not to do the net worth sweep.  My

12   understanding of your answer is, your answer depends on what

13   would have happened with the periodic commitment fee; is

14   that correct?

15       **A.**   Well, with the periodic commitment fee and with

16   the presumption, in your sentence, that we are assuming away

17   any other possible path or set of conditions.

18       **Q.**   I'm basing it on what actually happened?

19       **A.**   Right.  And I'm trying to be very clear that what

20   actually happened is only one of the wide array -- infinite

21   array of things that could have happened and that I had to

22   take account of in making this decision.

23       **Q.**   Okay.  So you're saying you're relying on the fact

24   that you faced uncertainty at the time?

25       **A.**   Significant uncertainty.

1        Q.   But isn't it true -- and, again, we can go through

2    the documents one by one and we can go through your

3    deposition testimony.  But isn't it true that you've

4    testified that one of the reasons you didn't really pay much

5    attention to the financial projections that showed sustained

6    profitability into the future and no circular draw problem

7    is because you had plans in your head that involved

8    significantly shrinking the GSEs?

9        A.   Yes.  Those plans are not just in my head.  They

10   were in the public domain, because I had issued a report to

11   Congress in February of 2012 outlining that.  And this has

12   been widely discussed, not just by me but by the Treasury

13   Department and members of Congress.

14       Q.   But if it was widely discussed, then the GSEs knew

15   it too?

16       A.   Yes, they did.  And they talk about it in their

17   securities filings.

18       Q.   Okay.  But you're saying you did also have plans

19   in your head that were evolving about how quickly they would

20   shrink.  Correct?

21       A.   Yes.

22       Q.   Okay.  You revealed those plans -- you didn't

23   discuss those plans with the GSEs in the summer of 2012?

24       A.   They were already public by the summer of 2012.

25       Q.   I'm talking about the plans you had that were

1    evolving in your head that you shared with them in 2014?

2        **A.**    Well, the plans are evolving.  So I'm having

3    discussions with the GSEs as I'm thinking through the

4    implementation of various components of this plan, whether

5    it's credit risk transfer or other things.

6            No, I am having discussions with the GSEs about

7    this.

8        **Q.**    Well, I'd like to point you back to your

9    deposition at Tab 2, your 2020 deposition.  Let's do it this

10   way.  Let me first ask you this question, okay, because you

11   faced uncertainty.  Okay?

12           First question, wouldn't you agree it was

13   uncertain whether or not the GSEs were going to shrink or

14   not?

15       **A.**    Not under my watch it wasn't.

16       **Q.**    Oh, so there was huge uncertainty about everything

17   except your ability to shrink the GSEs; is that your

18   testimony?

19       **A.**    Yes.

20       **Q.**    But you didn't manage to shrink the GSEs?

21       **A.**    My successors opted for a different path.  I did

22   introduce -- I introduced a series of steps, some of which

23   were reversed by my successor, that were to put the GSEs on

24   a path to shrink.  And there are certain parts of the

25   business that I did shrink while I was still there.

1      Q.   But, Mr. DeMarco, you've just said everything was

2  uncertain except your plan to shrink.  Let's just explore

3  that.  Okay?

4      A.   Yeah.

5      Q.   You were the Acting Director, right, not the

6  Director?

7      A.   That's correct.

8      Q.   Just so it's clear for the record, that means you

9  were not confirmed by the Senate.  Correct?

10     A.   That's correct.

11     Q.   So it's clear for the record, it also meant that

12  President Obama could replace you as soon as he got his

13  nominee for real Director confirmed by the Senate.  Correct?

14     A.   Yes.

15     Q.   And he nominated, first, Joseph Smith to be the

16  Director and to replace you.  Correct?

17     A.   Yes.

18     Q.   And the Republicans filibustered it and so his

19  nomination was returned.  Correct?

20     A.   Yes.

21     Q.   And then in 2013, he nominated Mel Watt.  Correct?

22     A.   Yes, that's correct.

23     Q.   And the Republicans tried to stop him again.

24  Correct?

25     A.   He had a confirmation vote that failed, yes.

1  **Q.** And then Senator Harry Reid, they change the

2 filibuster rule.  They keep changing little bits at a time

3 and they confirm it.  Correct?

4   **A.** Yes.

5  **Q.** Was all of this just, you could never, ever, ever,

6 ever have predicted that perhaps you might be replaced and

7 someone would have a different plan?  It was certain in your

8 mind that would never happen?

9   **A.** I said, as long as I was the Acting Director, I

10 was committed to the plan that I had publicly announced and

11 was working on to gradually shrink the footprint of these

12 companies in the market.  That is how I described it.  That

13 is what I was working on.

14   I had numerous conversations with the Treasury

15 Department about that.  I testified before Congress about

16 that.  That was the path that I was on.  I knew every day

17 that I showed up for work that I could be replaced that day

18 as the Acting Director.

19  **Q.** You knew that.

20   **A.** But if I let that dominate my decision-making,

21 what decisions would I have made?

22  **Q.** I'm not suggesting you had to let it dominate you,

23 Mr. DeMarco.  What I'm asking you is you didn't have a

24 crystal ball.  Right?

25   **A.** I did not.

1      **Q.**   No crystal ball.

2      **A.**   No crystal ball.

3      **Q.**   No crystal ball on projections.  No crystal ball

4      on how much money they're going to make.  Right?

5      **A.**   No.

6      **Q.**   But they were projecting they were going to make a

7      lot of money.  Correct?

8      **A.**   There are some projections that showed that they

9      were going to make money and there are other projections

10     showing otherwise.

11     **Q.**   Well, we can go through them, very painfully, and

12     we will and the jury will see them.  There are documents

13     saying, we shouldn't be surprised if they have a roaring

14     recovery.  Right?

15     **A.**   There is someplace that says that, yes.

16     **Q.**   Okay.  And that Susan McFarland says we're at an

17     inflection point, credit losses are going down.  Right?

18     **A.**   Yes.

19     **Q.**   Okay.  And Dave Benson says the next eight years

20     are going to be the golden years.  Right?

21     **A.**   Yes.

22     **Q.**   Okay.  But you're saying, you didn't really that

23     because you had a plan to shrink.  On that one, you didn't

24     have a crystal ball or at least you assume that was not

25     subject to risk or uncertainty.  That was what was going to

1   happen.  You weren't going to consider another alternative.

2   Correct?

3     **A.** No, I believe that this is -- this is

4   mischaracterizing my perspective about this.

5     **Q.** Okay.  Well, let me ask you this.  When you were

6   negotiating the net worth sweep -- and by the way, you were

7   mostly focused on the principal reduction.  Right?

8     **A.** Sorry?

9     **Q.** Would you agree with me that there were more memos

10  written on principal reduction than on the net worth sweep?

11    **A.** Yes.

12    **Q.** Now, when you were discussing the net worth sweep

13  and the third amendment, did you ever make any effort to

14  negotiate a provision that would address the scenario of

15  what should happen if Fannie and Freddie end up making very

16  large profits, very big increases in net worth and that

17  could ensure that something irrational wouldn't happen, in

18  other words, something -- a provision that would address the

19  profitability that they actually had?  Did you ever attempt

20  to negotiate such a provision?

21    **A.** No.

22    **Q.** And isn't the reason that you didn't do that

23  because you had plans, your plans in your head, in which the

24  revenues were going to be going down?

25    **A.** No.  That's not the right way to put it.

1     **Q.**   Okay.  Well, I'd like to refer you again to your

2     deposition, which is Tab 2, the 2020 deposition at Tab 2 of

3     your binder.

4            Counsel, this is at page 111, line 18.

5            **MR. STERN:**  Exhibit number please?

6            **MR. HUME:**  It's a deposition.

7            **MR. STERN:**  I apologize.

8            **MR. HUME:**  It's a deposition.

9     **BY MR. HUME:**

10    **Q.**   And we have a video.  It would be easier, but I'd

11    like to -- the video will show the words.  But if you want

12    to follow along in the transcript, it's at 111 -- I'd like

13    to play both clips so that the context is clear.

14    **A.**   Okay.

15    **Q.**   So we start at 111, 9 to 17, and follow from

16    111/18 to the end of the clip, which is 113.

17           **MR. HUME:**  Can you play clip 11 first?

18         (Video played)

19           **MR. HUME:**  Sorry.  Clip 12.

20           Before you play clip 12.  Please stop.

21    **BY MR. HUME:**

22    **Q.**   You gave that same answer just now at the trial.

23    **A.**   Yes, I did.

24    **Q.**   I only played that for context, because I then

25    asked the follow-up question and said, I said:  "Isn't the

1    reason you didn't negotiate such a provision because you had

2    plans in your head where the revenues were going down and

3    you did not agree that that was the reason?"

4              So that's why I'm playing this clip.

5         **MR. HUME:**  Please go ahead.

6         (Video resumed)

7         **MR. HUME:**  Just pause for a second.

8              I want to play the rest of it.

9    **BY MR. HUME:**

10        **Q.**   But that was truthful and accurate testimony.

11   Correct?

12        **A.**   Yes.

13        **Q.**   So then the reason you didn't negotiate the

14   provision to deal with them having high profits is because

15   you had plans in which their revenues were going to be going

16   down.

17             I'm reading from Page 111, Line 22, to 112, Line 2

18   of the deposition.  That's what you say.  "I had plans in

19   which the revenues were going to be going down."  That was

20   truthful testimony.  Correct?

21        **A.**   Yes.

22        **Q.**   So that's the reason you didn't negotiate the

23   provision.  Correct?

24        **A.**    That was -- this testimony here in my deposition

25   is truthful.  This is what I was thinking.  Right?  That I

1    was looking at both upsides and downsides.  At this point in

2    time, I've announced a strategic plan.  Under this plan, the

3    revenues are going to go down.

4           It's not just that I have the strategic plan in

5    which we are gradually shrinking their footprint on the

6    market, which would reduce the revenue and make this have a

7    path that is not being anticipated in these projections that

8    you're talking about, because they're not reflecting a

9    shrinking of the footprint, much less are they reflecting

10   the wind-down that the Treasury Department is talking about

11   and that the Congress of the United States is developing

12   legislation to do.

13      **Q.**   Did you ever ask -- first of all, those plans that

14   you had with the revenues going down, that didn't happen.

15   Correct?

16      **A.**   I don't know exactly what happened to the revenue

17   stream.  Some of these plans were actually realized, like

18   the implementation of credit risk transfer so that we were

19   taking credit risk and shifting it out of Fannie and Freddie

20   and selling it, right, into the marketplace to get private

21   capital back as that diverted revenue to pay for that.  Yes,

22   those things did happen.

23      **Q.**   I'm not talking about every little particular.

24   Okay?  I'm talking about the big picture here.  The big

25   picture is, you said you didn't negotiate a provision to

1   deal with high profits.  You didn't really pay attention to

2   these rosy projections that you were seeing because you had

3   plans where revenues were going down.

4           First of all, that didn't happen, right?  They

5   made big revenues.  That's why they ended up paying over 150

6   billion more than they would have paid under the 10 percent.

7   They made a lot of money?

8       **A.**   Right.

9           **MR. STERN:**  Objection to form.  Objection,

10  compound.

11  **BY MR. HUME:**

12      **Q.**   All I'm saying is the revenues didn't go down.

13  They went up?

14      **A.**   The revenues did not go down.  I'm sorry.  It is

15  clear they made more money than I was expecting.  The

16  recovery started to take hold faster and better than others

17  expected.  We were all very happy about this.  No one wanted

18  to see this bad housing market continue.

19      **Q.**   Okay.  But --

20      **A.**   But in terms of this, right, in terms of this

21  decision, the upside is resulted in a return to the entity

22  that is providing them the capital that allows these

23  companies to operate.

24      **Q.**   Yes.  But when you were making the decision to do

25  the net worth sweep, isn't it correct that the plans you had

1    for revenues going down was uncertain?

2         **A.**   Yes.  In terms -- yes.  Of course.

3         **Q.**   Now, did you ever go to the Fannie Mae and Freddie

4    Mac and ask them or have someone on your staff ask them to

5    revise their financial projections to reflect your plans?

6         **A.**   No, I don't believe so.

7         **Q.**   And did you ever come to a point where you shared

8    with the companies the full plans that you had in your head

9    about this?

10        **A.**   The full plans I had in my head?

11             So I clearly went through this with them when I

12   issued the strategic plan.  I then had ongoing discussions

13   with them about various elements of that plan in terms of

14   the -- how we were going to implement them and get their

15   input on various aspects of implementing parts of this plan.

16             Yes, and before I left, I had presented to them an

17   even more detailed set of next steps that we had developed

18   during the course of 2013.

19        **Q.**   That's before you left in early 2014?

20        **A.**   Yes.

21        **Q.**   When you agreed to the net worth sweep, did you

22   assume that the GSEs would be shrinking and thus unable to

23   make enough profits to pay the 10 percent dividend?

24        **A.**   Yes, I did.

25        **Q.**   Now, let me ask you a few other questions about

1     the process here.

2           Are you familiar, Mr. DeMarco, with the fact that

3     the original preferred stock purchase agreement had a

4     provision to deal with the problem when Fannie Mae or

5     Freddie Mac did not have enough cash to pay the 10 percent

6     dividend?

7     **A.**   I believe you're referring to am I aware that

8     there was a provision about what would happen if the

9     companies failed to make the cash payment as required by the

10    agreement.  Yes, I'm aware of what that backstop was.

11    **Q.**   And the backstop was a provision that let them,

12    instead of paying cash, for whatever cash they couldn't pay,

13    they wouldn't pay it in cash.  Instead, the Treasury's

14    liquidation preference would be increased by that amount but

15    the rate going forward would go from 10 percent to 12

16    percent?

17    **A.**   In terms of the increase in the liquidation

18    preference, yes.

19    **Q.**   Yes.  Okay.

20          And when that happened, the amount of the Treasury

21    commitment, the capital Treasury was making available would

22    not go down.  Correct?

23    **A.**   That's correct.

24    **Q.**   So that provision was a -- there's nothing in the

25    agreement, is there, that says, if you don't have enough

1    cash to pay the 10 percent dividend, you have to borrow --

2    you have to draw down that money you don't have from

3    Treasury and use that to pay us.  The agreement doesn't say

4    that, does it?

5         **A.**   It does not.

6         **Q.**   But the agreement does have a provision that says,

7    if you can't pay the 10 percent dividend, then you do this

8    payment in kind.  You have the liquidation preference, which

9    is like the principal value if you analogize it to a loan,

10   the amount the Treasury's Senior Preferred Stock is worth.

11            You just have it go up.  It goes up by a little

12   more.  The little kind of penalty goes up instead of 10

13   percent, 12 percent.  But the good thing is you don't draw

14   down on the big line of credit you have when that happens.

15   Correct?

16        **A.**   You don't.

17        **MR. STERN:**  Objection to line of credit, Your

18   Honor.

19            **THE COURT:**  Overruled.

20        **THE WITNESS:**  It says, If you fail to pay the 10

21   percent dividend in cash, as required by the agreement, then

22   there is this 12 percent increase in the liquidation

23   preference and you still must eventually pay that back in

24   cash.  So now you've increased the liquidation preference,

25   the amount that Treasury needs to be redeemed before anyone

1    else.

2    **BY MR. HUME:**

3        **Q.**    But you're allowed to pay that off?  You're

4    allowed -- that's the one thing you are allowed to repay is

5    the amount that the liquidation preference goes up for the

6    dividend you couldn't pay in cash.  When you have more cash

7    later on, you can use it to repay it and buy it back down.

8    Correct?

9        **A.**    It allowed for that.

10       **Q.**    Okay.  Now, at the time of the net worth sweep,

11   you didn't consider that potential solution to the circular

12   draw problem.  Correct?

13       **A.**    No, I did not.

14       **Q.**    And no one brought that to your attention?

15       **A.**    No one had discussed this at any point during

16   these years in conservatorship that going to that 12 percent

17   was an alternative that could be used instead of paying.

18       **Q.**    It never came up?

19       **A.**    No.

20       **Q.**    Looking back, don't you think it would have been a

21   better solution?

22       **A.**    Hindsight's wonderful, but, no, I actually don't.

23   Because it would have demonstrated to the market that even

24   deeper and faster hold for the companies in terms of how

25   much they were in to Treasury.  It also would have created a

1   perception in the -- at least certainly the risk of a

2   perception in financial markets that why can't these

3   companies make this dividend payment to the Treasury

4   Department like they're supposed to?  It's also going to

5   increase the -- well, it's increasing the Treasury's

6   exposure.

7        Q.   But you didn't even consider it.  Don't you think

8   it should have been considered?

9        A.   I believe that we followed this agreement the way

10  it was set.  The Treasury Department's the one that set it.

11  The Treasury Department's the one that's the recipient of

12  these funds.  The Treasury Department is the department that

13  Congress, you know, made responsible for the funding of

14  assistance to Fannie and Freddie.

15            And at no time did the Treasury Department say to

16  me or my predecessor that, look, let's not be drawing money

17  from Treasury to pay this dividend.  Let's go to this

18  alternative approach.

19       Q.   Well, did you ever ask anyone at FHFA, do an

20  analysis before you agree to the net worth sweep based on

21  whatever you thought the best projections were taking into

22  account your plans?  Did you ever ask anyone, run an

23  analysis on whether we're more likely to end up paying more

24  or less to Treasury under the net worth sweep?  Did that

25  happen?

1      **A.**   No.

2      **Q.**   And did you ever make an effort to handicap or

3   estimate or get your staff to estimate the probabilities of

4   the various scenarios that could happen with the GSE's

5   profitability and how that would impact the net worth sweep?

6      **A.**   So not in terms of the net worth sweep.  As we've

7   gone over before, there were annual stress tests done to

8   examine under various scenarios, various what-if scenarios

9   how that might affect potential future draws.

10     **Q.**   Is there a single document, a single memorandum,

11  analyzing the pros and cons of entering into the net worth

12  sweep on behalf of Fannie Mae and Freddie Mac?

13     **A.**   No.

14     **Q.**   Did you ever -- the PX-205 document we looked at,

15  which we can pull up --

16          **MR. HUME:**  Why don't we pull it up again?  Can you

17  pull up PX-205?

18  **BY MR. HUME:**

19     **Q.**   This is the memorandum that Michael Stegman wrote

20  about your meeting with Treasury Secretary Geithner.  And in

21  the fourth bullet point, this is June 2012, the next bullet

22  point down, the fifth I guess, it says in the second

23  sentence, "Since the Secretary raised the possibility of PR

24  covenant, principle reduction covenant, DeMarco no longer

25  sees the urgency of amending the PSPAs this year."  Do you

1    see that?

2         **A.**    Yes.

3         **Q.**    So were you trying to negotiate for more time?

4         **A.**    For more time?

5         **Q.**    More time before doing the third amendment?

6         **A.**    No, I wanted the third amendment done.  What I was

7    trying to do was to negotiate in a way, to discuss with the

8    Treasury Secretary why I wanted to keep these two important

9    matters separate.

10        **Q.**    It says here, if you could highlight it, "DeMarco

11   no longer sees the urgency of amending the PSPAs this year."

12   Is that a true statement of what you were telling them in

13   June 2012?

14        **A.**    This is Michael Stegman's characterization of what

15   he thinks he heard from the Treasury Secretary about a

16   meeting he was not at.  I had said this morning and I'll say

17   again this afternoon, at this meeting, which was principally

18   about principal reduction, I was resisting the Treasury

19   Secretary's urging to put this principal reduction covenant

20   into the third amendment.

21             As to why he wanted it there, whether he thought

22   it would give me more cover to do principal reduction or

23   whether he thought that, because I wanted the third

24   amendment so much, that I would go along with this, I can't

25   speak to what may have motivated him to want to take that

1     path.

2          But I will say that this was a negotiation.  We

3     talked it out.  And in the end, I got what I thought was in

4     the best interests of the companies and the public interest

5     of both of these with regard to where we ended up with

6     principal reduction and where we ended up with the third

7     amendment.

8     Q.   Well, where you ended up -- just to be clear -- is

9     you ended up not forgiving any homeowners who were under

10    water on their mortgages but -- because you didn't want to

11    do that -- but agreeing to give away 100 percent of the --

12         MR. STERN:  If you let him answer the first

13    question about what he --

14         MR. HUME:  Correct?  That's where we ended up; is

15    that right?

16         MR. STERN:  Objection, Your Honor.

17         THE COURT:  The objection is sustained.

18    BY MR. HUME:

19    Q.   All right.  Let me reask it.  I apologize.

20    A.   No.  I'm sorry.  Was it --

21    Q.   I'm going to read -- the question has been

22    withdrawn or overruled.  So I'm going to ask it in a better

23    way.

24         You said where we ended up was good.  I just want

25    to make clear there were two things about where you ended

1    up.  One part of where we ended up is, no principal

2    reduction.  Correct?

3         **A.**   We had something better.

4         **Q.**   Okay.  You didn't agree to the principal

5    reduction, the mortgage forgiveness that Treasury Secretary

6    Geithner wanted you to agree to.  Correct?

7         **A.**   Correct.

8         **Q.**   And the second thing about where we ended up is

9    you did agree to give away the net worth of Fannie Mae and

10   Freddie Mac, 100 percent of it, forever.  Correct?

11        **A.**   I agreed to alter the fixed 10 percent dividend

12   and the periodic commitment fee in exchange for a net worth

13   sweep.

14        **Q.**   That would become -- which had a net worth of

15   everything, small reserve that shrinks to zero in 2018 and

16   no end date.  It's in perpetuity.  Correct?

17        **A.**   For the duration of the commitment.

18        **Q.**   You didn't negotiate a termination date.  It was

19   for as long as the commitment was there.  Correct?

20        **A.**   This whole agreement was as long as the commitment

21   was there.

22        **Q.**   And it would be 100 percent of the net worth.

23   Correct?

24        **A.**   Under the third amendment, yes.

25        **Q.**   Okay.  Now, let's go back in time a little bit.

1    Just to do a little history, you started work at the

2    Treasury in 1994; is that right?

3         **A.**   Yes.

4         **Q.**   You first got your PhD in economics.  Correct?

5         **A.**   I did.

6         **Q.**   And then you went to the Treasury Department?

7         **A.**   That was my second stop in government.  I spent

8    seven years at the General Accounting Office before that.

9         **Q.**   And then from 1994 to 2003, you worked at

10   Treasury.  Correct?

11        **A.**   Correct.

12        **Q.**   Part of that time was working on Fannie and

13   Freddie-related issues.  Correct?

14        **A.**   Correct.

15        **Q.**   And then you went for some time to the Social

16   Security Administration, and then you ended up at an agency

17   that was the predecessor agency to the FHFA.  Correct?

18        **A.**   Correct.

19        **Q.**   That's very much Washington speak.  So that agency

20   was called the Office of Federal Housing and Economic

21   Opportunity --

22        **A.**   Enterprise oversight.

23        **Q.**   Enterprise, so OFHEO was what it was called.

24   Right?

25        **A.**   Correct.

1      **Q.**    O-F-H-E-O?

2      **A.**    OFHEO.

3      **Q.**    When FHFA was created, part of what happened is

4      OFHEO and another agency merged into FHFA.  Correct?

5      **A.**    Another agency and then we also absorbed staff and

6      responsibilities from the Department of Housing and Urban

7      Development.

8      **Q.**    So in 2007 and 2008, for both of those years, you

9      were working for the regulator that oversaw Fannie Mae and

10     Freddie Mac.  Correct?

11     **A.**    Yes.

12     **Q.**    And you recall that, in 2007, there was already

13     now a problem in the housing market.  Correct?

14     **A.**    It certainly was emerging in 2007.  Yes, I was

15     aware of that.

16     **Q.**    And am I correct that, in 2007 and 2008, there was

17     a belief amongst the regulators where you worked at the

18     agency that both Fannie Mae and Freddie Mac would benefit

19     from raising more capital, more money, from private

20     investors?

21     **A.**    That determination was made, and it was made in

22     the context of releasing them from an existing add-on

23     capital requirement based upon past accounting problems that

24     they had had and a consent order that they had with the

25     regulator.  That was all reached before I arrived at OFHEO.

1    **Q.**   Well, and you're aware of the fact -- or let me

2    ask, are you aware of the fact that, in 2007 and 2008,

3    Fannie Mae and Freddie Mac raised approximately $33 billion

4    from private investors?

5    **A.**   I don't know what the total would be because '07

6    would be pretty fuzzy for me.  I know that Fannie raised a

7    bit in '08.  Freddie Mac did not.  So if you're reporting

8    accurately a number like that, then I assume that most of

9    it's in 2007.

10   **Q.**   Okay.  We'll look at the numbers.  But do you have

11   any sense -- what is your understanding of whether the

12   private shareholders who invested money into Fannie Mae and

13   Freddie Mac, how much money they put in, in '07 and '08,

14   versus how much money was paid out to them?  What do you

15   think the relationship is to those two things?

16   **A.**   I don't know.  But since they stopped receiving

17   any dividends in late '08 and haven't received anything

18   since, I suspect it's small.

19   **Q.**   When FHFA became the conservator of Fannie Mae and

20   Freddie Mac, were you aware that there was a provision that

21   allowed FHFA to repudiate or disaffirm any contract that

22   Fannie Mae and Freddie Mac had that it thought was not in

23   the interest of the conservatorship?

24   **A.**   Yes.

25   **Q.**   I'd like to show that provision.  It's Section

1    4617(d).  I'm not sure if it's in the binder, but I'm

2    hopeful we have it.

3            While my colleagues are looking for it, it says --

4    you recall the provision in general.  Correct?

5        **A.**   I recall there was an issue about repudiating

6    contracts.

7        **Q.**   Do you recall that FHFA did not exercise that

8    power with respect to the contracts Fannie Mae and Freddie

9    Mac had with their private shareholders?

10       **A.**   Yes.

11       **Q.**   So the contracts Fannie Mae and Freddie Mac had

12   with their private shareholders remained in effect despite

13   the conservatorship.  Correct?

14       **A.**   Yes.  Those shares remained in place.  Yes.

15       **Q.**   Not only did the shares remain in place, the

16   contract remained in existence.  It wasn't terminated.

17   Correct?

18       **A.**   Well, I'm not sure what the term of a contract for

19   shareholders means but the terms of, like, a preferred stock

20   agreement and so forth, yes, those were not terminated.

21   They remained in place.

22       **Q.**   Did you have an understanding at any time when you

23   worked with FHFA that Fannie Mae and Freddie Mac had actual

24   contracts with their shareholders?

25       **A.**   I know that there's a contract that goes with the

1    preferred shares, yes.  I'm not sure contract is the right

2    word.  There was an agreement, right, that stipulates the

3    terms of the -- of that certificate.  There's a capital

4    certificate that has a bunch of provisions with it.

5        Q.    After you left FHFA in 2014, did you go and work

6    for a place called the Milton Institute?

7        A.    After several months away, yes, I did.

8        Q.    And what did you work on there?

9        A.    I worked on housing policy issues.

10       Q.    And did you propose a plan there?

11       A.    I did.

12       Q.    What was that plan?

13       A.    It was a plan for looking at the various -- what

14   we did is we looked at the various legislative proposals

15   that had been debated -- proposed and debated in Congress,

16   largely in the 2012 to 2015 time period.

17            We examined them, their characteristics, what they

18   had in common and what they didn't.  And what we came up

19   with, my coauthor and I, was a proposal that tried to take

20   the key elements of these things and look at what caused

21   individual bills to fail and to offer a reform package that

22   would deal with the common elements where we thought that we

23   could get common ground on Capitol Hill to enact housing

24   finance reform legislation.  So in short, it was a housing

25   finance reform proposal.

1    **Q.**   Was it going to either reduce or eliminate Fannie

2    Mae and Freddie Mac and replace it with a system operated

3    more by private banks and the private sector?

4    **A.**   It was going to end Fannie Mae and Freddie Mac as

5    government-sponsored enterprises.  It was not going to

6    liquidate these companies.  There was a plan.

7         Part of the package was a transformation of these

8    companies into new companies that would have competitors in

9    the marketplace to continue the operation of a secondary

10   market.

11   **Q.**   Your belief is that the charters for Fannie Mae

12   and Freddie Mac are fundamentally flawed.  Correct?

13   **A.**   Yes.

14   **Q.**   So the policies you've worked on or proposals

15   you've worked on since leaving FHFA all involve Fannie Mae

16   and Freddie Mac ceasing to be government-sponsored and being

17   more a private enterprise run by banks or the private

18   sector.  Is that correct?

19   **A.**   The same as the Treasury Department's proposal and

20   numerous Congressional proposals and so forth.

21   **Q.**   So that would be yes?

22   **A.**   Yes.  Yes.  What I'm trying to say is I'm not out

23   on an island with these ideas.

24        **MR. HUME:**  Your Honor, what I would like to do, if

25   I might, is take a short recess and consolidate any

1    remaining questions I have so I can be as efficient as

2    possible because I'd like to be able to --

3              **THE COURT:**  I'd rather you wind up.

4              **MR. HUME:**  I think I'm going to wind up quickly.

5              **THE COURT:**  All right.

6         (Jury exited the courtroom)

7              **THE COURT:**  All right.  You may be seated.

8              **MR. HUME:**  Judge Lamberth, Hamish Hume, for the

9    plaintiffs.  As I informed the Clerk, the plaintiffs have no

10   further questions at this time.  We will reserve to recross

11   or redirect after defense counsel.  Thank you.

12             **THE COURT:**  You may cross.

13             **MR. STERN:**  May I proceed, Your Honor?

14             **THE COURT:**  Yes.

15             **MR. STERN:**  Thank you.  Good afternoon, members of

16   the jury.

17            **CROSS-EXAMINATION OF EDWARD DEMARCO**

18   BY MR. STERN:

19        **Q.**   Good afternoon, Mr. DeMarco.

20        **A.**   Good afternoon, Mr. Stern.

21        **Q.**   We've met before.  Right?

22        **A.**   Yes.

23        **Q.**   You understand that our procedure here is a little

24   bit unusual in terms of how you're being called.  Right?

25   You know what I am talking about?

1      **A.**   Yes.

2      **Q.**   And you're aware and, as previewed for the ladies

3      and gentlemen of the jury, that, with His Honor's

4      permission, rather than have you testify once during the

5      plaintiff's evidence, as you are now, and then have the

6      defense, us, call you back when we present our evidence, to

7      try to streamline things, you're testifying just one time.

8              Sort of a combination appearance, plaintiffs' case

9      and defense case.  You're aware that that's the drill today.

10     Right?

11     **A.**   I am and I appreciate that.

12     **Q.**   So you're also aware that I am going to ask you

13     some of the questions that I might have asked you if we had

14     done this the old-fashioned way.  And I'm going to ask you

15     some of the questions that I would ask you to respond to

16     some of what Mr. Hume asked you.  You understand that's what

17     we're about to do.  Right?

18     **A.**   Yes, I do.

19     **Q.**   So I'm going to try not to replow ground.  But

20     just to touch briefly on your background again, you were

21     Acting Director of FHFA from what year to what year?

22     **A.**   2009 to 2014.

23     **Q.**   When in 2014 did you leave?

24     **A.**   January.

25     **Q.**   Are you responsible --

1    **A.**    January, I was no longer Acting Director.  I left

2    the agency at the end of April of 2014.

3    **Q.**    And are you responsible for any of the decisions

4    that have been made at FHFA from 2014 to wherever we are now

5    in October of 2022?

6    **A.**    No.

7    **Q.**    Okay.  Now let's just go backwards for a minute in

8    your background.

9         Tell us briefly, if you will, about your

10   educational background.  We don't need grammar school.  You

11   can start with college?

12   **A.**    I have a Bachelors in Economics from University of

13   Notre Dame and Master's and PhD in economics from the

14   University of Maryland.

15   **Q.**    If you can just recap for us briefly just the

16   agencies and the years so the members of the jury have the

17   sequence.  Well, let me ask you this first.  From between

18   the time you got your PhD in economics from the University

19   of Maryland and the time you began in government service,

20   did you have any other employment?

21   **A.**    No.  And, actually, I was working in government

22   employment while working on my PhD.

23   **Q.**    Okay.  And from the time you started in government

24   until the time you ended in government, was there any

25   private sector employment in there anywhere?

1       **A.**   No.

2       **Q.**   And how long were you in government?

3       **A.**   I believe it was 28 years.

4       **Q.**   And because, A, I can't do math and, B, I'm

5   embarrassed to say my American history is shaky, I told the

6   ladies and gentlemen you served during the administrations

7   of four Presidents but I think I was off by one?

8       **A.**   You were off by one.

9       **Q.**   All right.  So run them down for us.

10      **A.**   President Reagan, President Bush, 41, President

11  Clinton, President Bush, 43, President Obama.

12      **Q.**   So did you serve only under Democrats or only

13  under Republicans or both?

14      **A.**   No, I was a career civil servant during both.

15      **Q.**   Okay.  What was your first government job and how

16  long were you at it?

17      **A.**   I was an economist at the -- what was then called

18  the General Accounting Office.  It's now called the

19  Government Accountability Office.  I was there for seven

20  years.

21      **Q.**   What year to what year?

22      **A.**   1986 to 1993, I think it was.

23      **Q.**   What was your next government service position?

24      **A.**   Or '92.  Then I went to the Department of the

25  Treasury.

1    **Q.**   What years?

2    **A.**   '92 to 2003.

3    **Q.**   And you didn't go right from Treasury to OFHEO,

4    did you?

5    **A.**   No, I spent three years at the Social Security

6    Administration.

7    **Q.**   Okay.  And Mr. Hume just broke down that acronym

8    for us, but could you do it again?  OFHEO was what?

9    **A.**   Office of Federal Housing Enterprise Oversight.

10   **Q.**   That became FHFA?

11   **A.**   Yes, it did.

12   **Q.**   Just cutting to the chase, there came a point when

13   you became the Acting Director of FHFA.  Right?

14   **A.**   Correct.

15   **Q.**   Now, I'm going to ask you, if I may, to talk a

16   little bit about housing finance.  But the jury has already

17   gotten some information about this, some evidence about

18   this.  So I don't think we need to belabor it.  But I would

19   ask you to help orient us.

20       **MR. STERN:**  So can we get Demonstrative 1, please?

21       **DEPUTY CLERK:**  Is this defense?

22       **MR. STERN:**  Slide 1 from the opening.  Is that

23   enough, Ms. Jenkins?  Can we get that slide please?

24   **BY MR. STERN:**

25   **Q.**   Can you briefly tell us -- this is entitled "How a

1   Mortgage Works."  Can you briefly tell the members of the

2   jury what we're seeing here?

3         **A.**   What we're seeing here is a basic cash flow of how

4   a mortgage works.  A borrower approaches a lender to seek a

5   type of loan called a mortgage to finance the purchase of a

6   home.  In this schematic, the home costs $200,000 and the

7   borrower is putting $40,000 down at settlement.  So that's

8   their down payment.

9         And they're getting a loan from the lender for

10  $160,000.  And then over time, they're going to repay the

11  lender in monthly payments that including both the principal

12  and the interest.  The interest is the interest on the loan

13  whatever the interest rate is.  The principal is the gradual

14  paydown of that $160,000.

15        **Q.**   Got it.  And the members of the jury have heard

16  this referred to as the primary mortgage market.  Is that a

17  term that is familiar to you?

18        **A.**   Yes, it is.

19        **Q.**   Do you believe it applies to what you just

20  described?

21        **A.**   Yes.

22        **Q.**   All right.

23        **MR. STERN:**  Now let's get Demonstrative Slide 2.

24  **BY MR. STERN:**

25        **Q.**   Now, this includes the primary mortgage market to

1    the left; is that right?

2         **A.**    Yes, it does.

3         **Q.**    What else does it show?

4         **A.**    It then shows what we call the secondary mortgage

5    market.

6         **Q.**    And could you give us a brief explanation --

7    understanding the jury has heard a little bit of this

8    before, can you give us a brief explanation of how the

9    secondary mortgage market works.  And what we really want to

10   focus on is the role of Fannie and Freddie in that secondary

11   mortgage market?

12        **A.**    Okay.  Well, in simple terms, the secondary

13   mortgage market is a market in which individual mortgage

14   loan, so a $200,000 in our -- or a $160,000 mortgage from

15   our previous example, these get bundled into a security.

16   And these securities are then sold to investors.

17             So the cash flow is ultimately from the ultimate

18   investor through the second mortgage to the lender.  The

19   lender making the proceeds to the home buyer.  And then over

20   time, the home buyer is sending monthly payments through the

21   lender into the secondary market so that the ultimate

22   investor gets repaid.

23        **Q.**    And when we say the ultimate investor, are those

24   the people in the bottom --

25        **A.**    Yes, they are.

1      **Q.**   The people at the bottom of the slide?

2      **A.**   Yes.

3      **Q.**   Just so we're clear, when you're referring to

4      investors, you're not referring to the shareholders of

5      Fannie Mae and Freddie Mac themselves?

6      **A.**   That's correct, yes.

7      **Q.**   All right.  And can you please briefly explain the

8      role of the mortgage-backed security and how they are

9      guaranteed by Fannie and Freddie?

10     **A.**   Certainly.  So Fannie Mae and Freddie Mac, under

11     their charter, purchase mortgages up to a certain size limit

12     and certain terms.  They buy these mortgages.  They bundle

13     them up, and then they manufacturer or create this

14     instrument called a mortgage-backed security.

15           So think of a mortgage-backed security as a pool

16     that might have thousands of mortgages in it.  And they sell

17     that security to investors.  Why do we go through this

18     process?  Because investors don't want to have to worry

19     about individual, $160,000 loans.  They're trying to invest

20     in the millions and billions.

21           So this transformation that Fannie Mae and Freddie

22     Mac create is by buying individual mortgages, creating the

23     security, selling the security to the ultimate investor.

24     And when they do that, they guarantee to the investor,

25     right -- the investor doesn't know anything about individual

1    borrowers.  They guarantee to the investor that, if anyone,

2    any borrower in that loan pool defaults on their mortgage,

3    stops making their mortgage payment, that they, Fannie Mae

4    or Freddie Mac, will make sure that the investor still gets

5    the payment that was due to them.

6            So we call that a corporate guarantee.  Fannie

7    Mae, the corporation, Freddie Mac, the corporation, are

8    guaranteeing to the MBS investor, the mortgage-backed

9    security investor that, if the individual loans go

10   delinquent or default, that they, Fannie and Freddie, will

11   make good on those payments and make sure the investor gets

12   paid.

13       Q.   So sometimes, unfortunately, homeowners aren't

14   able to make their payments; is that right?

15       A.   That's correct.

16       Q.   In this -- on this model, the secondary mortgage

17   market, who bears the risk of a homeowner not being able to

18   pay his or her mortgage?

19       A.   In this model, it's Fannie Mae and Freddie Mac.

20       Q.   Okay.  And so if the homeowner can't pay, does the

21   MBS investor still get the money?

22       A.   Yes.

23       Q.   Where does that come from?

24       A.   It comes from Fannie Mae and Freddie Mac.

25       Q.   Okay.  The members of the jury heard some

1  testimony in which the word "liquidity" was used in this

2  context.  Can you please tell us what it means -- well, let

3  me ask you first.  Do Fannie and Freddie provide liquidity

4  to the U.S. housing market?

5     **A.**   Yes, they do.

6     **Q.**   What did I just mean when I said that?

7     **A.**   What you meant by that is, by virtue of the

8  business activity they have with creating mortgage-backed

9  securities, they create a larger universe of capital, of

10  money, that is interested in financing mortgages.

11        So if you look at the schematic and you think

12  about that bank, that bank makes the loan to the borrower

13  and it's a 30-year mortgage, and the bank holds that

14  mortgage, then their capital is tied up in that mortgage.

15  But if they can sell the mortgage into the secondary

16  mortgage market, the bank gets repaid.  That gives the bank

17  more cash to make additional loans.

18     **Q.**   And why is it important that the bank have more

19  cash to make additional loans if it is important?

20     **A.**   It is important.  It's important because what we

21  want to do is make sure -- the bigger the pool of liquidity,

22  the bigger the pool of investors willing to invest in U.S.

23  mortgages, then the lower the mortgage rate.  Think about it

24  as simply a simple supply and demand.  If you increase the

25  supply of funds available to make a mortgage, that lowers

1    the mortgage rate, right, because there's more supply.

2           So what the transformation of the secondary

3    mortgage market does, it expands the universe of suppliers

4    of funds for U.S. mortgages, and that helps reduce -- not

5    only reduce the mortgage rate for consumers, but by making

6    the market more liquid, where there's more buyers and

7    sellers, it means that it's less prone to sudden disruptions

8    in mortgages being available to people.

9      **Q.**   And the members of the jury, Mr. DeMarco, have --

10   well, let me just go back for a minute to Fannie and

11   Freddie.  Are they big players in the secondary mortgage

12   market, little players, somewhere in between?  How would you

13   characterize them?

14     **A.**   They are very big players in the secondary

15   mortgage market.

16     **Q.**   Do you have a sense, either in terms of dollars of

17   guarantees or numbers of mortgages, how big a player they

18   are?

19     **A.**   They're over half the market.

20     **Q.**   Okay.  You're -- I'm asking in the present tense

21   and you're answering in the present tense.  Is what you've

22   just described, was that the state of affairs when you

23   became Acting Director at FHFA?

24     **A.**   Yes.

25     **Q.**   Was it the state of affairs during the entire time

1    you were Acting Director at FHFA?

2        A.    Yes.

3        Q.    The members of the jury have heard the phrase

4    government-sponsored enterprises, in connection with Fannie

5    and Freddie.  Have you heard that phrase before?

6        A.    Yes, I have.

7        Q.    Can you briefly tell us your understanding of what

8    it means for Fannie and Freddie to be government-sponsored

9    enterprises?

10       A.    Sure.  So Fannie Mae and Freddie Mac were private

11   corporations.  Just think about any private corporation you

12   can think of.  They get their corporate charter from the

13   state government.

14           What made Fannie Mae and Freddie Mac unique in

15   part of this very small universe of government-sponsored

16   enterprises is they got their corporate charter not from the

17   state government but from the U.S. Congress.  So U.S.

18   Congress passed a law to create the charter.

19           In doing so, Congress gave the company a specific

20   mission.  All right?  Here's your mission.  Here's the line

21   of business you can be in.  You can't be in other lines of

22   business.  This is the line of business you're supposed to

23   be in.  This is what you want -- we want you to do.

24           Congress also gives government-sponsored

25   enterprises certain benefits to accomplish that mission,

1    benefits that are not available to any other private

2    corporation.

3         Q.   You just referred to "the mission."  What is the

4    mission -- well, did Fannie and Freddie get the same mission

5    in their charters?

6         A.   Yes.

7         Q.   And what is that mission?

8         A.   The mission was to ensure a deep and liquid

9    secondary market for home loans.  In one sentence, that's

10   what it is.

11        Q.   And that's been referred to as a public mission.

12   Would you agree with that --

13        A.   Yes.

14        Q.   -- description?  We're both about to get our heads

15   taken off by the court reporter.

16        A.   I'm sorry.

17        Q.   So I'll finish my question and then you answer.

18        A.   I apologize.

19        Q.   So let me ask that again.  The members of the jury

20   have heard that mission referred to as a public mission.

21   Would you agree with that description?

22        A.   Yes.

23        Q.   And before we move on to our next topic, if you

24   could, again briefly, tell us your understanding of how the

25   housing market -- and now I'm talking about both what we've

1    heard described as the primary market and the secondary

2    market.

3              What is your understanding, based on all of your

4    knowledge and experience, of how the U.S. housing market

5    fits into the broader U.S. economy?

6        A.   So it's 15 to 20 percent of the U.S. economy, and

7    it is typically both the largest asset and the largest

8    liability of most American families.

9        Q.   And is there a relationship between -- wait until

10   I get to the end of the question.  Is there a relationship

11   between good things happening in the housing market on the

12   one hand and good things happening in the economy on the

13   other?

14       A.   Yes.

15       Q.   Is there a relationship between bad things

16   happening in the housing market and bad things happening in

17   the economy?

18       A.   Yes.

19       Q.   So let's talk about what, unfortunately, were some

20   bad things in the economy.

21             Let's go back in time to 2007.  Okay?  What were

22   you doing professionally in 2007?

23       A.   I was the Chief Operating Officer and Deputy

24   Director of the Office of Federal Housing Enterprise

25   Oversight.

1     **Q.**   What about 2008?

2     **A.**   Same.

3     **Q.**   Did there come a time in 2008 that your OFHEO

4 position morphed into something else, changed into something

5 else?

6     **A.**   Yes, it did.  At the end of July of 2008 the

7 President signed a Bill, the Housing and Economic Recovery

8 Act, that created the Federal Housing Finance Agency.  As a

9 result of that, the statute actually stipulated several

10 positions that had to be part of this new agency, the

11 Director of the agency.

12       And it also stipulated or required that there be

13 three Deputy Directors.  Each of those was spelled out in

14 the statute.  So when FHFA was created and OFHEO became part

15 of this new agency, FHFA, obviously, I went with it.  And I

16 went with it as the Deputy Director and was given the title

17 Senior Deputy Director of one of those three divisions, and

18 I remained the Chief Operating Officer of this new agency.

19     **Q.**   So I'm going to expand the timeframe a little bit

20 from 2006 to 2008 to ask you, what was going on in the

21 housing market during -- over that period of time, 2006 to

22 2008?

23     **A.**   Yeah.  So if we look at that time period,

24 particularly in the rearview mirror, what we see is that

25 house prices peaked in 2006 and 2007 and then gradually

1    began to decline.  We started to see stress in the housing

2    market, particularly in 2007.

3            The initial stresses showed up in what was called

4    the subprime mortgage market.  We started to see, in 2007,

5    some of the big subprime lenders actually failing.  And we

6    saw mortgage delinquency rates starting to rise.

7            **THE COURT:**  Can I go back one step?

8            **MR. STERN:**  Of course, Your Honor.

9            **THE COURT:**  I didn't understand that.  The jury

10   could be curious about this.  OFHEO came out of what and why

11   was -- why did HUD never supervise this whole operation?

12   Logically, you would think housing might have been

13   overseeing Fannie Mae and Freddie Mac, but they never have,

14   I take it.

15           **THE WITNESS:**  So actually, great question because

16   HUD was actually the overseer of Fannie Mae and Freddie Mac

17   prior to 1992.

18           **THE COURT:**  They were, okay.

19           **THE WITNESS:**  Congress, after giving this several

20   years of study and having a number of reports on

21   government-sponsored enterprises enacted legislation.  I

22   believe it was 19 -- I think it was 1992 or 1994, Your

23   Honor.  I don't remember the exact year.

24           **THE COURT:**  Okay.

25           **THE WITNESS:**  That created the Office of Federal

1      Housing Enterprise Oversight.

2              **THE COURT:**  So that's when OFHEO came into being?

3              **THE WITNESS:**  That's when OFHEO came into

4      existence.  But the Congress made an interesting decision.

5      They actually gave OFHEO what was called the safety and

6      soundness oversight or the prudential oversight of Fannie

7      Mae and Freddie Mac.

8              It left at HUD the mission oversight.  So HUD had

9      an office to make sure Fannie Mae and Freddie Mac were

10     carrying out their public mission.  OFHEO had the

11     responsibility to make sure they were doing it safely and

12     soundly.

13             **THE COURT:**  And where was OFHEO?

14             **THE WITNESS:**  OFHEO was an independent agency

15     within HUD but operating as an independent agency within

16     HUD.

17             **THE COURT:**  And then OFHEO got abolished in 2008

18     when the new agency was created?

19             **THE WITNESS:**  Yes, Your Honor.  So all the

20     functions and personnel of OFHEO and then this office of GSE

21     oversight or policy or whatever it was at HUD, got

22     transferred, along with OFHEO, into FHFA.

23             **THE COURT:**  This is as the failure occurred in the

24     market then?

25             **THE WITNESS:**  Yes, Your Honor.  This agency was

1    created, I believe, less than six weeks before we made the

2    determination to put the companies in conservatorship.

3    **BY MR. STERN:**

4        **Q.**   And picking up where His Honor was, the --

5            **THE COURT:**  So logically, all of this oversight

6    originally was with HUD?

7            **THE WITNESS:**  Originally, yes, sir.

8    **BY MR. STERN:**

9        **Q.**   So picking up actually in time where His Honor

10   just left us, what happened when the housing prices started

11   to fall?

12       **A.**   We had a great deal of anxiety in the marketplace.

13   There were problems with -- well, people were going

14   delinquent on their mortgages and because house prices were

15   falling, a lot of these sub -- I'm sorry.  Let me step back

16   and start this again.

17           A lot of subprime mortgages were short-term

18   mortgages where the rate adjusted or the borrower was

19   actually expected to refinance after a few years.  So with

20   house prices coming down, it was harder for these borrowers

21   to be able to refinance.

22           In addition, a lot of these borrowers were -- it

23   was a financial stretch for them to get these mortgages.  So

24   we started to see more and more defaults.  So mortgage

25   defaults are rising and house prices are coming down.

1      **Q.**   So what was the effect of that set of events on

2   Fannie and Freddie?

3      **A.**   So Fannie Mae and Freddie Mac had invested in

4   subprime mortgages.  So their investments in these subprime

5   mortgages were going down in value.  And it was starting to

6   affect the broader market as well because we started to

7   see -- if you think about how it progressed through '07 into

8   '08 and then beyond, this grew into the broader market

9   including the prime market.

10      **Q.**   Now I want to go where His Honor left us in time

11   in the summer of 2008.  Okay?

12      **A.**   Okay.

13      **Q.**   Did Congress pass a law relating to the housing

14   market in the summer of 2008?

15      **A.**   Yes, they did.

16      **Q.**   What was it?

17      **A.**   It was the Housing and Economic Recovery Act,

18   HERA.

19      **Q.**   And what, in a nutshell, did the Housing and

20   Economic Recovery Act accomplish with respect to the things

21   that you've been talking about, both in answering Mr. Hume's

22   questions and my questions and His Honor's?

23      **A.**   Yes.  In a nutshell, besides creating this new

24   agency, FHFA, and giving it broader supervisory and

25   regulatory authority, because OFHEO lacked a number of

1    supervisory tools, it anticipated that we were in a very

2    precarious economic situation, particularly with respect to

3    the housing market.

4           It gave FHFA authorities to appoint a conservator

5    that OFHEO did not have.  So it gave it authority to appoint

6    a conservator or a receiver.  But importantly, it did not

7    give FHFA the funding to actually finance a conservatorship.

8    All right?

9           So there was no way to finance this.  It gave --

10   but what it did do is it gave the Treasury Department an

11   unlimited authority to invest in the securities of Fannie

12   Mae and Freddie Mac.  So it gave Treasury the funding

13   authority.  It gave FHFA the authority to make a

14   determination about a conservatorship and to actually be the

15   conservator.

16   Q.    Did it contemplate that there would be

17   arrangements of some kind between FHFA, in its capacity, and

18   Treasury, in its funding capacity, that would together

19   support the housing market?

20   A.    Yes.

21   Q.    And we're going to talk about -- just as a

22   headline and preview, those arrangements became what?

23   A.    The Senior Preferred Stock Purchase Agreement.

24   Q.    That we've been referring to as the PSPAs or SPS?

25   A.    SPSPA.

1      Q.    Can you tell us what was happening in the broader

2  economy in the summer of 2008 at the time the Recovery Act

3  was passed?

4      A.    Financial markets were beginning to become very

5  unsettled, unsettled, in particular, as a result of housing.

6  We had seen the collapse of Bear Stearns earlier in 2008.

7  We had seen the collapse of a number of these subprime

8  lenders, and we started to see major depository institutions

9  getting into deep financial difficulty.

10      MR. STERN:   Court's indulgence, please.

11  BY MR. STERN:

12      Q.    And were there -- before we get to Fannie and

13  Freddie's status, were there other banks and financial

14  institutions in trouble in that summer of 2008?

15      A.    Yes, there were.

16      Q.    Like what?

17      A.    Washington Mutual, Countrywide, there were quite a

18  number of major banks, thrift institutions and non-bank

19  institutions, that were heavily involved in the mortgage

20  market that got into deep difficulty, and a number of them

21  failed.

22      Q.    Can you -- when you say "failed," as in declared

23  bankruptcy?

24      A.    Declared bankruptcy or were taken over, if they

25  were a bank, by the Federal Deposit Insurance Corporation.

1      **Q.**   Can you just give us a few examples if there were

2      large banks or entities that went bankrupt just to give

3      us --

4      **A.**   So Washington Mutual was one.  Wachovia was

5      another.  Merrill Lynch didn't actually fail but had to be

6      rescued by Bank of America.  All of these were major

7      institutions that got into trouble during this time period.

8              I think, you know, looking back on it, it's almost

9      impossible to overstate just how uncertain this time period

10     was and how much anxiety there was in financial markets and

11     what that was going to mean for the broader U.S. economy.

12     **Q.**   And what was happening with Fannie and Freddie in

13     the summer of 2008?

14     **A.**   So we begin to see the collapse of the stock price

15     of both Fannie Mae and Freddie Mac in the summer of 2008.

16     And as we get later into the summer of 2008, not only has

17     their stock price collapsed but their ability to fund

18     themselves.  So if I can explain this.

19             Fannie Mae and Freddie Mac regularly, on a weekly

20     or more-often basis, would issue debt securities into the

21     market.  That is they are borrowing money by issuing bonds

22     and using that money to fund their operation.  And

23     they're -- they would typically be borrowing across a range

24     of maturities, from short-term money to money that they were

25     borrowing over multiple years.

1          And what we were finding is, both the cost of that

2     funding was going up, and then, as the summer progressed,

3     their ability to borrow longer term was actually vanishing.

4     The market was getting so concerned about their solvency and

5     what was happening in the housing market and what that was

6     going to mean for Fannie and Freddie that it was making it

7     harder and harder for them to borrow at all.

8          Q.   And you told us and the jury has heard other

9     evidence about the authority that HERA gave for FHFA to

10    place Fannie and Freddie into conservatorship.  Was that

11    authority exercised?

12         A.   Yes, it was.

13         Q.   When was that?

14         A.   September 6th or 7th of 2008.

15         Q.   And what happened on September 6th of 2008?

16         A.   The sixth.  Thank you.

17              So what happened is that the Director Lockhart,

18    the Director at that time of FHFA, and Treasury Secretary

19    Geithner, and actually, I believe, Federal Reserve Chairman

20    Bernanke, met with the Boards of Directors of each company.

21              Each company consented to the appointment of a

22    conservator of Fannie and Freddie.  FHFA is conservator of

23    Fannie and Freddie and FHFA formalized the determination

24    that what the findings of an in-depth examination of each

25    company found that provided the grounds for the appointment

1    of each of these conservators.

2         **THE COURT:**  And you were one of the three

3    associate directors then?

4         **THE WITNESS:**  I was one of the three Deputy

5    Directors, though I was not involved in those specific

6    meetings.

7         **MR. STERN:**  His Honor is reading my outline.  That

8    was my next question.

9    **BY MR. STERN:**

10        **Q.**   The question after that is who was the first

11   Director of FHFA?

12        **A.**   Jim Lockhart.

13        **Q.**   The members of the jury have heard testimony from

14   Director Lockhart by videotaped deposition.  He talked a

15   little bit about this, but I'm going to ask you as well.

16   Did he make a statement at the time FHFA became conservator?

17        **A.**   Yes, he did.

18        **Q.**   And this is --

19        **MR. STERN:**  The number I have is Defense 84.  I

20   believe this came into evidence via Mr. Lockhart's

21   deposition.  But if it didn't, I would move Defense Exhibit

22   84.

23        **THE COURT:**  It's received without objection.

24        (Defense Exhibit 84 was received.)

25        **MR. HUME:**  I think it's in but no objection.

1          **MR. STERN:**  Oh, I'm sorry.  Court's indulgence.

2          Just for our record, Your Honor, this is in as

3     Plaintiffs' Exhibit 2B.

4     **BY MR. STERN:**

5     **Q.**   Do you have this -- you don't have this in front

6     of you?

7     **A.**   I don't have any paper in front of me.

8          **MR. STERN:**  If you can pull this up.

9     **BY MR. STERN:**

10    **Q.**   So I'm not going to go through the whole statement

11    because the members of the jury have already heard about

12    this from the horse, Mr. Lockhart, but just to get your

13    understanding given your position at the time, I'd like to

14    walk through some of it with you and the members of the

15    jury.

16         So let's take it from the top.  And this is the

17    formal announcement, if you will, by Director Lockhart of

18    the placement of Fannie and Freddie into conservatorship; is

19    that right?

20    **A.**   Yes.

21    **Q.**   So, what does it say, starting upfront, about the

22    critical mission?

23    **A.**   It says what we were talking about, that they have

24    a mission of providing stability and liquidity to the

25    housing market.

1     **Q.**   That's what we referred to as "the public

2  mission?"

3     **A.**   Yes.

4     **Q.**   And on Page 4, there is a reference to stress

5  tests.  We're going to come back to this later, but can you

6  tell us briefly your understanding of what a stress test is?

7     **A.**   Yes.

8     **Q.**   What --

9     **A.**   Stress test -- I'm sorry, Mr. Stern.

10    **Q.**   Go ahead.

11    **A.**   A stress test is a financial modeling technique in

12  which you use a model to see what the economic performance

13  could be under certain stressful economic conditions.

14          So in -- for a housing finance institution like

15  this, it is typically making assumptions about house prices.

16  Are they going up?  Are they going down?  If you're doing a

17  severe stress, the house prices usually are going down.

18  What's happening to interest rates?  What's happening to

19  delinquencies?

20          So, in essence, that's what a stress test is.

21  It's like, let's assume this bad economic path, these

22  economic variables go in a certain direction that's

23  negative, and use this model to tell us something about loan

24  performance and losses.

25    **Q.**   And what was the connection, if any, between the

1    imposition of the conservatorship on September 6th, 2008 and

2    Treasury's support for the enterprises under the provisions

3    of HERA?

4         A.   Yeah.  So as we discussed earlier in what HERA

5    provided, it gave FHFA the authority to appoint itself to be

6    conservator to take over and conserve the assets of the

7    company.  But it did not give FHFA any mechanism, any means

8    to fund that.  And so funding is critical to the daily

9    operations of these companies.  So it gave that authority to

10   Treasury.

11        So in conjunction with this announcement, Treasury

12   and FHFA got together and created the Preferred Stock

13   Purchase Agreement as the source of the funding to allow

14   these companies to continue to operate.

15        Q.   And on that point, what HERA authorized and what

16   it directed FHFA to do, what was your understanding of

17   FHFA's duty with respect to the public interest as

18   authorized by HERA?

19        A.   Yes.  So first of all, as a general matter, as a

20   regulatory matter, it's part of HERA that directs FHFA

21   Director to carry out their responsibilities in support of

22   the public interest.

23        And then specifically, with regard to being a

24   conservator, it charges FHFA with the power to act in the

25   best interest of the companies that they're conserving or

1      the best interest of the agency.

2          **Q.**   And what does the best interest of the agency have

3      to do with the best interest of the public?

4          **A.**   Well, because operating as a federal agency,

5      you're operating in the best interest of the agency, your

6      goal is to operate in the best interest of the public.

7          **Q.**   So you saw those two things as the same --

8          **A.**   Yes.

9          **Q.**   -- or different?

10         **A.**   I'm sorry.

11         **Q.**   Best interest of the agency, best interest of the

12     public, did you see those two things as the same or as

13     different?

14         **A.**   I operated as if they were the same.

15         **Q.**   The members of the jury have also heard testimony

16     and other evidence about --

17             **MR. STERN:**  Can I get PX-2C, please?

18     **BY MR. STERN:**

19         **Q.**   Do you see this document up on the screen?

20         **A.**   I do.

21         **Q.**   What is it?

22         **A.**   It's a question and answer sheet or FAQ sheet that

23     was produced at the same time as the announcement that we

24     were looking at in the previous exhibit.

25         **Q.**   And I believe that Mr. Hume asked you a question

1    or questions relating to the question at the bottom of the

2    first page.  Do you see that question?

3        **A.**   I do.

4        **Q.**   And can you read that question out loud, please?

5        **A.**   What are the goals of this conservatorship.

6        **Q.**   And then the answer refers to the purpose of

7    appointing the conservator.  Do you see that?

8        **A.**   Not yet.

9        **Q.**   On the second page?

10       **A.**   Waiting for it to come up.

11       **Q.**   I don't need the call out.

12       **A.**   Okay.

13           **MR. STERN:**  Just the second page, please, by

14   itself.  Jorge, can you do that?  There we go.

15   **BY MR. STERN:**

16       **Q.**   So the question was, What are the goals of the

17   conservatorship?  And Mr. Hume presented you with part of

18   the answer.  Right?  He presented you with the first

19   sentence.  Correct?

20       **A.**   Uh-huh.

21       **Q.**   And that refers to the purpose?

22       **A.**   Yes.

23       **Q.**   Does the rest of the answer that Mr. Hume did not

24   present you with actually refer to the goals?

25       **A.**   Yes.

1    Q.   And can you read us, please, what the goals of the

2    conservatorship were according to this fact sheet?

3    A.   Yes.

4         "The goals of the conservatorship are to help

5    restore confidence in the Company, enhance its capacity to

6    fulfill its mission, and mitigate the systemic risk that has

7    contributed directly to the instability in the current

8    market."

9    Q.   And was that your understanding of the goals of

10   the conservatorship on September 6th, 2008?

11   A.   Yes.

12   Q.   Did it continue to be your understanding of the

13   goals of the conservatorship when you became Acting

14   Director?

15   A.   Yes.

16   Q.   And how do these goals relate to the public

17   interest?

18   A.   The public interest is in having a stable and

19   liquid secondary mortgage market to support housing finance

20   in our country.  So having confidence in the companies,

21   their capacity to fulfill their mission, that is to operate

22   the secondary mortgage market, and mitigate systemic risk.

23        Systemic risk being when a risk emerges, in this

24   case, in some institution that it spreads out to affect a

25   broader number of institutions or the broader economy.  So

1    our goals remained at satisfying these objectives.

2        Q.    And I want to go back to a concept that you just

3    mentioned.  You told us and you had previously testified

4    that Fannie and Freddie, by virtue of their corporate

5    charters, had had a public mission since they came into

6    being.  Did I understand that correctly?

7        A.    Yes.

8        Q.    How were the goals with respect, in particular, to

9    the public interest different after the conservatorship than

10   before, if they were different?

11       A.    Well, as a private company -- I'm sorry,

12   Mr. Stern.  Could you repeat that?  I got lost in that.

13       Q.    It was a bad question.  I'm going to change it.

14   It was a bad question.

15            There was a public mission even before the

16   conservatorship.  Correct?

17       A.    Yes, there was.

18       Q.    You've just read about the goals of the

19   conservatorship itself and you've explained how they relate

20   to the public interest?

21       A.    Yes.

22       Q.    Were the goals of -- were the goals of the

23   conservatorship different in any way from the broader public

24   mission of Fannie and Freddie?

25       A.    No.  The goals certainly included the broad public

1    mission of Fannie and Freddie.  I would say that was

2    certainly part of it, major part.

3        Q.   And was it a change for Fannie and Freddie to

4    operate in the best -- for FHFA to be operating Fannie and

5    Freddie in the best interests of the public?  Was that a

6    change that came with the conservatorship?

7        A.   You would expect the private company not in

8    conservatorship to be operating in the best interest of

9    itself and its shareholders.  This made it a broader goal of

10   pursuing the public interest, and that's what the statute

11   set forth in terms of the responsibilities of the

12   conservator.

13       Q.   I want to look at a document together that

14   Mr. Hume showed you.  This is PX-2E.  This is your speech to

15   ABS -- what were they, asset-backed?

16       A.   Asset-backed securities.

17       Q.   Okay.  And this is the email that you sent to some

18   colleagues at FHFA; is that right?

19       A.   Yes.

20       Q.   And you referred to these as your slides.  Right?

21       A.   Yes.

22       Q.   So let's go to the page -- to Page 18 of 40 of the

23   exhibit, which is Page 16 of the slides.  And you reviewed

24   this with Mr. Hume, in particular, the last sentence about

25   the conservatorship operating until the institution is

1    stabilized and then returned to the shareholders.

2           If I could just recap.  You explained that, while

3    this was talking about conservatorships in general terms, it

4    was in the context of talking about Fannie and Freddie.  Did

5    I understand your testimony correctly?

6       **A.**    Yes.

7       **Q.**    I'm not going to take time to pull up all of these

8    documents.  I'm sure that my learned colleagues will object.

9           The members of the jury have seen other documents

10   and heard all the testimony about the conservatorship being

11   intended to return the GSEs to normal business operations.

12   We have your language here about returning them to the

13   shareholders.  When were those statements made?

14      **A.**    September or October of 2008.

15      **Q.**    And that hasn't happened yet.  Right?  The

16   conservatorship hasn't ended?

17      **A.**    No.

18      **Q.**    And do you have any responsibility for -- going

19   back to my first question, I understand you don't have

20   responsibility for decision-making about that from 2013 to

21   today.  Right?

22      **A.**    2014 to today, yes.

23      **Q.**    But you did have responsibility for that from 2008

24   to 2012, including a period of time when you were actually

25   in charge of the whole thing.  Correct?

1        **A.**   Right, which was 2009 through 2013.

2        **Q.**   So my question to you is this, Mr. DeMarco.  Did

3    the world look the same when you were making these

4    statements and other people were making statements about

5    ending the conservatorship and going back to normal business

6    operations?  Did the world look the same in 2008 as it did

7    in the middle of 2012 or did it look different?

8        **A.**   Very different.

9        **Q.**   And how -- in what way did it look different?

10       **A.**   So September or October of 2008, the companies

11   have just been placed into conservatorship.  At this point,

12   if you looked at their balance sheets, they still have their

13   own shareholder equity as what is supporting the firm, now

14   backed by the Treasury commitment from the Senior Preferred

15   Stock Purchase Agreement.

16            So at this point in time, they've not drawn any

17   money under that commitment.  And the stock purchase

18   agreement that was in place, it was put in place in

19   September, gave a commitment of the Treasury of $100 billion

20   to each company.  That was the original commitment.  By the

21   time we get to 2012, all of those characteristics are much

22   different.

23       **Q.**   And now going back to 2008, you told us that the

24   way Treasury provided the funding, that HERA, that law,

25   authorized them to provide was through what -- by now the

1    jury has heard many times referred to as the Treasury

2    commitment; is that right?

3        A.   Yes.

4        Q.   So -- and that commitment was put into place by

5    the first -- I'm just going to say the long version once --

6    Preferred Stock Purchase Agreement.  Right?

7        A.   Yes.

8        Q.   And can you explain how that initial Preferred

9    Stock Purchase Agreement was structured with respect to

10   Treasury's financial support of Fannie Mae and Freddie Mac

11   through the commitment?

12       A.   Yes.  It was structured so that there was a

13   commitment to provide up to $100 billion to Fannie Mae and

14   up to $100 billion to Freddie Mac.

15       Q.   Let me stop you.  Where did that number come from,

16   $100 billion?

17       A.   The Treasury Secretary said at this time he just

18   wanted a really big number.  He was trying to convince

19   capital markets of the seriousness and the robustness of the

20   Treasury, of the Treasury commitment to support these --

21       Q.   So the Treasury Secretary came up with that

22   number, not you -- not James Lockhart?

23       A.   That's correct.

24       Q.   That doesn't sound very scientific, "a really big

25   number."  Was there more to it than that?

1      **A.**   Not that I was aware of.

2      **Q.**   So a hundred billion is a very big number.  So

3   keep going.  I'm sorry.

4      **A.**   To put that in context, right, combined, their

5   shareholder net worth at the start of '08 was $70 billion.

6   Total combined.  This is now $100 billion per.  So that was

7   what was put in place.

8         And the way this worked is, Fannie Mae and Freddie

9   Mac could only draw on that commitment if their losses wiped

10   out the shareholder equity on their balance sheets so that

11   they were, what we call, insolvent, that is, their net worth

12   goes negative.

13         So the purpose of this commitment was, in any

14   quarter, when you do the financial accounting at the end of

15   the quarter, if losses drove that net worth negative, then

16   the conservator would go to Treasury and say, Okay.  Here's

17   how much money we need to get under the commitment, and that

18   money would be transferred to Fannie or Freddie to bring

19   their net worth just above zero.

20         That was important for a particular reason.  The

21   law required FHFA to put Fannie and Freddie into

22   receivership if they went insolvent.  And so this was, by

23   design, meant to have just enough net worth in there to keep

24   from triggering that mandatory receivership.

25         But because it stood there as a public commitment,

1    that allowed Fannie Mae and Freddie Mac to go into the

2    market and issue their mortgage-backed securities and to go

3    back to issuing bonds like they had normally done in the

4    normal course of business.

5            You might recall, a little earlier I said that

6    their ability in the late summer of 2008 to borrow money was

7    going away.  By having that commitment from Treasury, the

8    market was now confident in going back and buying bonds that

9    Fannie and Freddie issued to allow them to have the

10   financial resources to operate their business.

11           Why was the bond market willing to do that?  It's

12   because they looked at that Treasury commitment and said,

13   Wow, I don't have to worry about future mortgage losses

14   making Fannie and Freddie insolvent because the Treasury

15   Department is committed to put all this money in there to

16   keep them solvent.  That's what allowed liquidity to come

17   back to the funding operations of Fannie Mae and Freddie

18   Mac.

19       Q.   I want to go back to a phrase you used.  You

20   talked about shareholder equity being wiped out.  And let me

21   ask you some baby-step questions to make sure I got this.

22           By "shareholder equity," do you mean what a

23   shareholder paid to buy their share of stock?  Is that what

24   that means, that money?

25       A.   That's probably too simple.  You might recall from

1    my -- one of the exhibits I went through with Mr. Hume where

2    he had the balance sheet where here's the assets of the

3    company, here's their liabilities.  The net worth of the

4    company is the difference between the value of all of their

5    assets and the value of their net worth.  And that reflects

6    the ownership interest of the shareholders.

7        Q.   Okay.  So the ownership interest of the

8    shareholder that they got when they bought their share of

9    stock, that's what got wiped out?

10       A.   Yes.

11       Q.   Okay.  So on the theory that there's no such thing

12   as a free $100 billion, did Treasury get something in return

13   for extending this commitment?

14       A.   They did.  The commitment agreement provided

15   several things for the Treasury Department.  It provided the

16   initial billion dollars that we went through.  It provided

17   this liquidation preference that said, All right, as the --

18   as you draw on this commitment, your liquidation preference

19   is going up, so that money is owed back to the Treasury

20   before any compensation goes to shareholders.

21           There was a fixed 10 percent dividend that was to

22   be paid on any money that was drawn, and there was this

23   periodic commitment fee that we spent time talking about

24   earlier.  And the Treasury Department got "warrants,"

25   something called warrants, the ability to buy up to 79.9

1   percent of the shares of Fannie Mae and Freddie Mac.

2        Q.   And can you please -- the jury has heard this from

3   other sources.  But could you please tell us what your

4   understanding was of the dividend arrangement that was put

5   into place by the PSPA?

6        A.   Yes.  My understanding was that, every quarter,

7   Fannie and Freddie were required to pay a 10 percent

8   dividend in cash, 10 percent annualized, 10 percent of the

9   amount that had been drawn.  So if $100 had been drawn,

10  there was a $10 dividend due that year.

11       Q.   And -- we're going to talk more about this

12  obviously.  But what would happen if Fannie or Freddie

13  didn't have enough assets to pay that fixed 10 percent

14  dividend?  Did they get a free pass?

15       A.   Well, if they didn't have the net worth to do it,

16  then, no, they didn't get a free pass.  What we ended up

17  doing repeatedly was drawing on that Treasury commitment in

18  order for them to make the payment to Treasury, make that

19  dividend payment.  So they were drawing money from Treasury

20  under the commitment to then pay the dividend.

21            It's important to understand that this is --

22  because this is about their net worth, that's why it had to

23  be done through drawing on the commitment.  You couldn't

24  just go out and borrow money.  That would make you even more

25  insolvent.  The point was you had to draw on the commitment

1    to be able to pay the dividend.

2         Q.   And the 10 percent was based on the amount of the

3    commitment that had actually been used.  Right?

4         A.   Correct.

5         Q.   So let me use that as a segue to the periodic

6    commitment fee, which the members of the jury have heard a

7    lot about.  Was the periodic commitment fee based on the

8    amount that -- let me back up.

9              So that 10 percent dividend, which was based on

10   the amount used, would it be fair to think of that as a

11   return on investment for Treasury?

12        A.   Yes.

13        Q.   Was the periodic commitment fee a return on

14   investment or was it something else?

15        A.   It was meant to compensate Treasury --

16        Q.   I want to make -- was it an investment or was it

17   something else?

18        A.   It was --

19        Q.   Was it a return on investment, like the dividend,

20   or was it something different?

21        A.   It's related but different.

22        Q.   Okay.  Now tell us what it is?

23        A.   Okay.  So obviously, if you draw money on the

24   commitment, right, that's a direct cash investment the

25   Treasury has made on behalf of taxpayers.  The dividend

1    compensates for that.

2         But the fact that that commitment sits there --

3    remember I said it just a few minutes ago that the reason

4    bondholders were willing to start buying the securities of

5    Fannie Mae and Freddie Mac again, was because they looked at

6    that Treasury commitment and said, A-ha, I don't have to

7    worry about the solvency of Fannie and Freddie because

8    Treasury's got this $100 billion commitment that, if

9    anything goes wrong, they're going to put that money in

10   there.  That means that commitment had real material value

11   to the companies.

12        The reason this periodic commitment fee was put

13   into the original agreement is that Treasury recognized, if

14   we're making a promise, if we're making a commitment to put

15   additional money into these companies whenever needed to

16   keep them solvent, the very virtue of making that commitment

17   has significant economic value to the company.

18        So the periodic commitment fee was meant to

19   compensate Treasury for making that commitment, whereas the

20   dividend compensated Treasury for the actual funds injected.

21   **Q.**   Okay.  One more question about the original PSPA

22   and then I'll move on.

23        You were asked some questions by Mr. Hume about

24   the 12 percent in kind option.  Do you recall that?

25   **A.**   I do.

1    **Q.**   And questions about the liquidation reference.  Do

2    you recall that?

3    **A.**   Yes.

4    **Q.**   And Mr. Hume referred to paying down the

5    liquidation preference.  Is that something that could have

6    been done without Treasury's consent?

7    **A.**   No.

8    **Q.**   So it wasn't an option for Fannie or Freddie just,

9    on its own, to start paying down the liquidation preference?

10   **A.**   No.

11   **Q.**   And 12 percent and 10 percent, is the reason the

12   10 percent is preferred over 12 percent much more

13   complicated than 10 percent is cheaper than 12 percent?

14   **A.**   I don't think so.

15   **Q.**   Okay.  Now, there came a time when the PSPA was

16   amended; is that right?

17   **A.**   Yes.

18   **Q.**   And what was the headline of that amendment?

19   **A.**   The headline of that amendment was less than a

20   year after the conservatorship --

21   **Q.**   I apologize.  Time out.

22   **A.**   I'm sorry.

23   **Q.**   I'm referring to something called the second

24   amendment.  Is that what you were about to talk about?

25   **A.**   I was going to be talking about the first

1    amendment.  The headline to the first amendment was the

2    commitment goes from $100 billion per company to 200

3    billion.

4        Q.    And what was the date of that amendment?

5        A.    I believe it was in May of -- it was formalized in

6    May of 2009.

7        Q.    Okay.  And why did that commitment have to go up?

8        A.    Because, even though the companies had only been

9    in conservatorship for not many months, right, September to

10   May, they had already made substantial draws on the

11   commitment, meaning they wiped out their shareholder equity

12   and they needed to borrow substantially from Treasury.

13            And the market was perceiving, we got a long way

14   to go.  There's going to be a lot more draws coming.  The

15   market started to become alarmed that 100 billion per

16   company may not be enough.

17            So Treasury's like, okay, we're going to go from

18   100 to 200 to reinstill confidence in the market that the

19   Treasury is -- the Treasury commitment is there and it's

20   going to be there to last through the operations of these

21   companies in conservatorship.

22       Q.    And just so we're clear, I think you made this

23   point but, from the perspective of Treasury and the public

24   money that they're handing out or making available for the

25   commitment, it's 200 billion went to 400 billion.  Right?

1    It was 100 each, and it went to 200 each.  Right?

2        **A.**   Correct.

3        **Q.**   So now we're talking about a total of 400 billion

4    committed by Treasury.  Correct?

5        **A.**   Yes.

6        **Q.**   All right.  Now, the second amendment, when was

7    the second amendment and what is the headline of the second

8    amendment?

9        **A.**   So the second amendment is less than eight months

10   after the first amendment.  It came in December of 2009.

11            It recognized that, two things, one, the end of

12   '09 the Treasury's ability to expand the commitment was

13   going to expire.  Their statutory authority was going to

14   expire by the end of '09.  And recognizing that, throughout

15   '09, the draws had been substantial and there were still

16   more to come.

17            So what they did in the second amendment -- what

18   we did in the second amendment is we said, Okay, the

19   commitment is now $200 billion each plus whatever the losses

20   are that occur in the next three years.  So 2010, 2011 and

21   2012.

22            There was that much uncertainty still, even though

23   we're now 15 months into this conservatorship, about where

24   the bottom is and what the ultimate draws are going to be.

25   So Treasury and I agreed on the second amendment to expand

1    the commitment to account for any losses that occurred the

2    following three years.

3         **Q.**   And your position changed between the time in the

4    first amendment and the second amendment.  Correct?

5         **A.**   Yes, it did.

6         **Q.**   In what way and when?

7         **A.**   So for the first amendment, I was the Chief

8    Operating Officer and a Senior Deputy Director.  By the time

9    of the second amendment, I was the Acting Director of the

10   agency.  Officially, that took place in September of 2009.

11        **Q.**   And was there any kind of elaborate modeling or

12   technical analysis that went into the second amendment?

13        **A.**   No.

14        **Q.**   Why not?

15        **A.**   Because we didn't know how much was going to be

16   needed.  We knew that we had great deal of certain that what

17   was there may not be enough.  And this was our last chance

18   to adjust for that.

19             So this approach that was taken said, basically,

20   okay, it gives us another three years to work through this

21   bad book.  We don't have to worry about how much it ends up

22   being because Treasury, until the end of '09, had the

23   capacity to put as much money in as it wanted.  And so

24   rather than try to model or guess or estimate, let's just

25   say we're going to take all of the losses.

1     **Q.**   You're familiar with FCC filings; is that right?

2     **A.**   Yes.

3     **Q.**   And what is an SEC filing?

4     **A.**   So SEC stands for the Securities and Exchange

5     Commission.   It's the regulatory agency that sets the

6     securities laws for our country.   Those include a number of

7     critical disclosure laws that public companies have to make.

8     Among those are quarterly financial statements that get

9     filed and annual financial statements that get filed with

10    the SEC but they are public documents.

11    **Q.**   Just going back to the terms of the second

12    amendment, the funding would be unlimited up to December --

13    you just referred to three years?

14    **A.**   Yeah.

15    **Q.**   The cap is removed.   Right?   No more 400 billion,

16    it's unlimited, up to what date?

17    **A.**   December 31st 2012.

18    **Q.**   What happens on that date under the second

19    amendment?

20    **A.**   There's a calculation -- based upon their December

21    31, 2012 financials, there's a calculation made, and that

22    sets the final amount of the commitment for the remaining

23    life of the conservatorship.

24    **Q.**   So I think, to use a phrase used elsewhere, that

25    would cap the commitment on that date, December 31st, 2012?

1    **A.**    Yes.

2    **Q.**    Does that become -- we're not there yet -- but

3    does that become important in the run-up of the third

4    amendment?

5    **A.**    Yes, it does.

6    **Q.**    So sticking with the second amendment for a

7    minute, at the time of the second amendment and leading up

8    to it, so late 2009, what were Fannie and Freddie saying to

9    the public in their SEC filings about their ability to pay

10   the 10 percent dividend?

11   **A.**    I'm sorry.  The time period again?

12   **Q.**    Running up to the second amendment, so securities

13   filings that reflected what Fannie and Freddie were saying

14   to the public about their ability to pay the 10 percent

15   dividend in that late 2009 period.

16   **A.**    I --

17   **Q.**    Would it help to see one of the filings?

18   **A.**    It might help a lot to see one of the filings

19   going back to '09.

20       **MR. STERN:**  Can we get Defense Exhibit 188,

21   please?  If this isn't in, I'll move it.

22       **MR. HUME:**  No objection.

23       **THE COURT:**  Received without objection.

24       **MR. STERN:**  Thank you, Your Honor.

25       (Defense Exhibit 188 was received.)

1

2    **BY MR. STERN:**

3        **Q.**   Do you recognize what this is?

4        **A.**   Yes.

5        **Q.**   What is it?

6        **A.**   It is a quarterly filing made by Fannie Mae.  So

7    it's a 10-Q, Q for quarterly, and it covers the quarterly

8    period ending September 30th of 2009.

9        **Q.**   And Mr. Hume earlier referred to a different form

10   called a 10-K.  What's the difference between a 10-K and a

11   10-Q?

12       **A.**   So a 10-K is the annual report.

13       **Q.**   Okay. so let's take a look at Page 14 of this

14   Defense Exhibit 188 and the paragraph that starts with "upon

15   receipt."

16           **MR. STERN:**  This one, Mr. Salazar, I would ask you

17   to blow it up.  I can't even read it right here.

18   **BY MR. STERN:**

19       **Q.**   Do you see that paragraph that begins, "Upon

20   receipt?"

21       **A.**   I do.

22       **Q.**   And it refers to the $6.1 billion dividend that

23   would be due?

24       **A.**   Yes.

25       **Q.**   And what does it say about -- I'm sorry.  This was

1    a Fannie 10-Q?

2         **A.**    This is Fannie Mae.

3         **Q.**    What does it say -- what does Fannie say about

4    their ability to pay that dividend?

5         **A.**    It says it's going to be challenged because "the

6    obligation exceeds our reported annual net income for five

7    of the past seven years and will contribute to increasingly

8    negative cash flows in the future periods if we continue to

9    pay dividends on a quarterly basis."

10        **Q.**    Does this refer to that 12 percent thing?

11        **A.**    Not in that sentence.

12        **Q.**    Does it refer to it in the next sentence?

13        **A.**    Yes.

14        **Q.**    What does it says?

15        **A.**    It says, "If we do not pay the quarterly dividend

16   in cash, the dividend rate would increase to 12 percent

17   annually, and the unpaid dividend would accrue and be added

18   to the liquidation preference, further increasing the amount

19   of the annual dividends."

20        **Q.**    So is Fannie Mae saying that's something we do

21   want to do, pay the 12 percent, or are they saying that's

22   something we want to avoid?

23        **A.**    It looks like they want to avoid it because it's

24   going to require even more dividends in the future.

25        **Q.**    So let's take a look at Freddie's 10-Q for that

812

1    quarter, Defense Exhibit 189.

2              **MR. STERN:**  I would move Defense Exhibit 189, Your

3    Honor.

4              **MR. HUME:**  No objection.

5              **THE COURT:**  Received.

6         (Defense Exhibit 189 was received.)

7              **MR. STERN:**  Can we go to Page 69, please?  Could

8    you blow up that first section, dividend obligations on the

9    senior preferred stock?

10   **BY MR. STERN:**

11        **Q.**   What does it say there about whether the

12   anticipated dividend would be more or less than annual

13   historical earnings?

14        **A.**   Let me catch up with it.

15        **Q.**   The first sentence.

16        **A.**   It says that, "Based on the liquidation

17   preference, the annual dividend is 5.2 billion, and that

18   exceeds our annual historical earnings in most periods."

19        **Q.**   And does it refer in the, toward the bottom to

20   draws and the impact of draws?

21        **A.**   Yes.

22        **Q.**   And what does it say about that?

23        **A.**   It says, "Further draws on Treasury under the

24   purchase agreement would increase the liquidation preference

25   and the dividends we owe."

1      **Q.**   And what --

2      **A.**   And then it goes on.

3      **Q.**   What would those statements, in your long

4  experience as a public official, say to the public about

5  Fannie and Freddie's ability to meet its dividend

6  obligations?

7      **A.**   That the dividend obligation had already, just a

8  year into conservatorship, reached an annual obligation that

9  exceeds what they have historically been able to generate

10  and further losses are going to make that even worse.

11     **Q.**   And is that the same message that you got as

12  conservator?

13     **A.**   Yes.

14     **Q.**   And do you recall whether these 10-Qs also refer

15  to the periodic commitment fee?

16     **A.**   Yes, they do.

17     **Q.**   Okay.  And let's try to find where that is.

18         **MR. STERN:**  Are we in 189 right now?  Let's stick

19  with 189 then, page 6.  I think it's in the first paragraph.

20  Will you blow up the first paragraph for us, Mr. Salazar?

21         **MR. HUME:**  I'm sorry, counsel.  Which PX exhibit

22  number?

23         **MR. STERN:**  I think we stuck with 189.

24         **MR. HUME:**  DX?

25         **MR. STERN:**  DX.  Right.

1    BY MR. STERN:

2        **Q.**   Do you see the reference -- do you see the

3    sentence that begins, "Further, our senior preferred

4    dividend?"

5        **A.**   I do.

6        **Q.**   Preferred stock dividend obligation?

7        **A.**   Yes, sir.

8        **Q.**   And do you see a reference there to commitment

9    fees?

10       **A.**   Yes.

11       **Q.**   And what does it say about the dividend obligation

12   combined with commitment fees?  What does it say about

13   impact on the company's financial health?

14       **A.**   It says, "It will have a significant adverse

15   impact on our future net worth."

16       **Q.**   And how does it refer -- does it characterize the

17   amount -- and the commitment fee, do you understand that to

18   be what we've been talking about as the periodic commitment

19   fee?

20       **A.**   Yes, I do.

21       **Q.**   Does it characterize in any way the size or amount

22   of the commitment fee or the anticipated size or amount?

23       **A.**   Yes, it says it's "potentially substantial."

24           **MR. STERN:**  Okay.  We can --

25

1    BY MR. STERN:

2         Q.   Are there similar statements in the Fannie 10-Q if

3    you can recall?

4         A.   I believe so.

5         Q.   So let's pull up -- were there disclosures by

6    Fannie and Freddie in their securities filings around this

7    time that they would operate in the public interest and not

8    to maximize shareholder return?

9         A.   I believe there are.

10             MR. STERN:  So let's pull up DX-137, please.

11             I move DX-137, Your Honor.  I would identify it

12   for the record as a -- we'll get Mr. DeMarco to do this

13   also.

14   BY MR. STERN:

15        Q.   Well, actually, Mr. DeMarco, why don't you do it

16   right now?  What is it?

17        A.   It's 10-K for Freddie Mac for calendar year 2008.

18             MR. STERN:  I move DX-188, Your Honor -- 137, I

19   apologize, Your Honor.

20             THE COURT:  It's defendant number what?

21             MR. STERN:  I'm sorry, Your Honor?

22             THE COURT:  It's defendant number what?

23             MR. STERN:  Defendant Exhibit 137.

24             THE COURT:  Defendant 137?

25             MR. STERN:  Yes, Your Honor.

1          **THE COURT:**  Received.

2          **MR. HUME:**  No objection.

3          **MR. STERN:**  Thank you, Your Honor.

4       (Defense Exhibit 137 was received.)

5          **MR. STERN:**  Let's go to page 25.  Can you,

6   Mr. Salazar, blow up that last box at the bottom, "managing

7   for the benefit?"

8              Actually, go to the top for a second, Mr. Salazar,

9   that top ribbon.  Blow -- there we go.  Blow, that top

10  ribbon, just blow up the top ribbon, the column headings.

11  **BY MR. STERN:**

12     **Q.**   So what the column on the left, the heading?

13     **A.**   The topic.

14     **Q.**   The next column?

15     **A.**   Before conservatorship.

16     **Q.**   Next column?

17     **A.**   During conservatorship.

18     **Q.**   And we know the members of the jury can read too,

19  but this is just to get all of this in the record.

20         **MR. STERN:**  So now let's go to the bottom.

21  **BY MR. STERN:**

22     **Q.**   Do you see "managing for the benefit of the

23  shareholders?"

24     **A.**   Yes.

25     **Q.**   So what's that -- what heading is that under?

1      **A.**   Topic.

2      **Q.**   Do you remember, I hope?

3            And then the next box is "before conservatorship?"

4      **A.**   Yes.

5      **Q.**   What does the first thing say?

6      **A.**   "Maximize common stockholder value over the long

7      term."

8      **Q.**   Does "stockholder," to you at least, mean the same

9      thing we've been referring to as a shareholder?

10     **A.**   Yes.

11     **Q.**   Now after conservatorship, what does it say?

12     **A.**   "No longer managed with a strategy to maximize

13     common stockholder returns."

14     **Q.**   This is what Fannie and Freddie -- well, for this

15     one, Freddie is putting in its official Securities and

16     Exchange Commission filing.  Correct?

17     **A.**   Yes.

18     **Q.**   And how does "no longer managing with a strategy

19     to maximize stockholder returns" relate to strategy relating

20     to public interest?

21     **A.**   Because --

22            **MR. HUME:**  I object to the form of the question as

23     vague.

24            **THE COURT:**  You left out common there.

25            **MR. STERN:**  I'm sorry, Your Honor?

818

1          **THE COURT:**  When you phrased the question, you

2    left out common.

3          **MR. STERN:**  Sure.

4    BY MR. STERN:

5      **Q.**   Does this tell you anything about the public

6    interest strategy after conservatorship?

7      **A.**   Well, the next two bullets go to what it is they

8    are trying to do.

9      **Q.**   And do those next two bullets relate to the public

10   interest or do they relate to something else?

11         **MR. HUME:**  Objection, Your Honor.  He is asking

12   for a lay opinion and it's irrelevant.

13         **MR. STERN:**  It's not a lay opinion, Your Honor.

14   This is the heart of his job.

15         **THE COURT:**  Overruled.

16         **MR. STERN:**  I'm sorry?

17         **THE COURT:**  I said overruled.

18   BY MR. STERN:

19     **Q.**   How do those relate to the public interest, if at

20   all?

21     **A.**   Because it's indicating that they are focused on

22   profitability if it does not adversely affect their ability

23   to do other things as directed by their conservator.  It's

24   making clear that the conservator has a responsibility to

25   indicate what it is the companies are managing for.

1      **Q.**   Okay.  And they are managing for the public

2   interest or something else?

3      **A.**   For the public interest.

4      **Q.**   Okay.

5           **MR. STERN:**  Let's go to DX-136, please.

6   **BY MR. STERN:**

7      **Q.**   What's this?

8      **A.**   This is a Securities and Exchange Commission

9   filing.  It's a form 10-K.  So it's the annual report of

10   Fannie Mae also for calendar year 2008.

11          **MR. STERN:**  I move this exhibit, Your Honor,

12   DX-136.

13          **MR. HUME:**  No objection.

14          **THE COURT:**  Received.

15      (Defense Exhibit 136 was received.)

16          **MR. STERN:**  Page 27, please, Mr. Salazar.  Go to

17   the bottom of the box, please.

18   **BY MR. STERN:**

19      **Q.**   The same thing we saw in the Freddie filing.

20   Right?

21      **A.**   Pretty much, yes.

22          **MR. STERN:**  All right.  We can take that down.

23   **BY MR. STERN:**

24      **Q.**   So I want to now go to the third amendment itself.

25   Okay?  Were you the key decision-maker with respect to the

1   third amendment?

2         **A.**   On behalf of --

3         **Q.**   FHFA.

4         **A.**    -- FHFA, yes.

5         **Q.**   Okay.

6         **MR. STERN:**  Court's indulgence, Your Honor.  I'm

7   trying to skip over some things that we've already covered.

8   **BY MR. STERN:**

9         **Q.**   So what's the date of the third amendment?

10        **A.**   August 17th, 2012.

11        **Q.**   Mr. Hume asked you some questions about the

12   process leading up to the third amendment.  Right?

13        **A.**   Yes.

14        **Q.**   And what kind of thinking went on.  Right?

15        **A.**   Yes.

16        **Q.**   What kind of analysis?

17        **A.**   Yes.

18        **Q.**   Do you remember, did you first start thinking

19   about the third amendment and discussing the third amendment

20   in August of 2012 or some time before that?

21        **A.**   Much before that.

22        **Q.**   Okay.  When was it that this first became a topic

23   of conversation?

24        **A.**   Conversation began in late 2011.

25        **Q.**   And tell us about that?

1      **A.**    At a meeting I had with the Treasury Secretary in

2      late 2011, we were talking about the coming year, where

3      things stood with housing, how things were going with the

4      conservatorship, a range of topics, and the discussion of

5      the third amendment basically began at that point.

6          Among other things we discussed was the Treasury

7      commitment being capped at the end of 2012, so a year hence.

8      And also the concern that I had, and I believe the Treasury

9      Secretary shared, with the circular draws that were reducing

10     the remaining commitment.

11     **Q.**    And the members of the jury have heard a lot about

12     this.  So can you, just briefly, so that they can hear it

13     from you and get your perspective, what's a circular draw

14     and why was it -- if it was bad, why was it bad?

15     **A.**    Circular draw meant that, in order to pay the

16     dividend to the Treasury Department, the quarterly 10

17     percent dividend, they did not have the net worth to do it.

18     They had to draw on the Treasury commitment, increasing that

19     and reducing that remaining commitment amount in order to

20     pay the dividend.

21         That was going to become particularly important

22     after 2012 because the amount of commitment left was going

23     to be fixed at the end of 2012.  So any circular draws, any

24     future market condition that would result in a circular draw

25     was going to reduce the remaining commitment permanently and

1    we couldn't fill that back up.

2           **MR. STERN:**  May I have the Court's indulgence,

3    Your Honor?

4           Court's indulgence one more moment, Your Honor,

5    while I confer with Mr. Hume.

6           **MR. HUME:**  No objection.  Thank you.

7           **MR. STERN:**  Your Honor, I would move Defense

8    Exhibit 346.  We can put it up on the screen just for

9    Mr. DeMarco and have him describe it if the Court -- so

10   let's do that.

11          **THE COURT:**  DX-346 is received without objection.

12          **MR. STERN:**  I'm sorry.  It's received, Your Honor?

13   Understood.  Thank you.

14          (Defense Exhibit 346 was received.)

15   **BY MR. STERN:**

16     **Q.**   Mr. DeMarco, you and the members of the jury are

17   seeing Defense Exhibit 346.  Have you seen this before?

18     **A.**   Yes.

19     **Q.**   What is it?

20     **A.**    It is a press release from FHFA announcing the

21   updated projections of potential draws for Fannie Mae and

22   Freddie Mac.

23     **Q.**   What did this doc -- tell us something about this

24   document.  Let me direct your attention to a specific page

25   to move us along.  Go to page -- I'm told I should get the

1      date of the document.  What is the date of the document?

2          **A.**    October 27th, 2011.

3              **MR. STERN:**  Let's go to Page 4, please.

4      **BY MR. STERN:**

5          **Q.**    Do you see where it says summary?

6          **A.**    Yes.

7          **Q.**    What does it say there?

8          **A.**    It begins, "This report provides updated

9      information on possible future Treasury draws by Fannie Mae

10     and Freddie Mac under specified scenarios using consistent

11     assumptions for both Enterprises."

12         **Q.**    What, if anything, does that say about the

13     importance of the Treasury commitment?

14         **A.**    It's noting that the Treasury commitment is -- I'm

15     sorry.  Let me step back.  "Future draws" means that the

16     company's losing money still and has no net worth and needs

17     to draw from the Treasury.

18             So it is again reflecting that the operations of

19     these companies are dependent upon the Treasury commitment

20     to be able to make these draws to stay solvent and continue

21     in operations.

22             **MR. STERN:**  One editorial note here, and I can

23     pull it up if either Mr. Hume requests it or if you do or

24     His Honor does.

25

1  **BY MR. STERN:**

2      **Q.**   Mr. Hume showed you a document that said, the

3  front page said "FHFA scenario."  Do you remember that?

4      **A.**   I do.

5      **Q.**   But the internal pages had a Freddie Mac logo on

6  it.  Remember that?

7      **A.**   I do.

8      **Q.**   Even though that thing was called FHFA scenario,

9  was that produced by FHFA or was it produced by Freddie Mac?

10     **A.**   As I said at the time we went through that, I

11  believe that slide was produced by Freddie Mac.

12     **Q.**   Okay.  This thing also says FHFA on the front.

13  Was this produced by FHFA or by somebody else?

14     **A.**   It was produced by FHFA.

15     **Q.**   Okay.  So let's go back to that Page 4.  The

16  second bullet discusses three scenarios and a range of

17  draws.  Can you briefly explain what is being communicated

18  by that second bullet?

19     **A.**   So it's saying, okay, under these three scenarios

20  of basically an improving scenario, a base scenario and a

21  stress scenario or kind of bad scenario, here's what the

22  projected draws over the next -- end of 2014.  So this is

23  being produced in '11, so it's saying the next three years,

24  2012, 2013 and 2014, these are the financial projections of

25  how much would need to be drawn from the Treasury Department

1  under each of those particular paths.

2      **Q.**   And --

3      **A.**   Maybe if I would, Mr. Stern, just for greater

4  clarification, seeing the words here, that the particular

5  paths are driven principally by house prices.  Are house

6  prices going up like this, are they like that or are they

7  going down?  The paths are driven principally by the path of

8  house prices.

9      **Q.**   And what would be the problem be if Fannie and

10  Freddie actually drew 311 billion by the end of 2014 with

11  respect to hitting up the Treasury commitment?

12     **A.**   There would not be much commitment left and there

13  would be great deal of concern.  The financial markets would

14  say, Okay, you've drawn that much in these three years, this

15  is all that's left, their willingness to provide financing

16  to these companies would be in jeopardy.

17     **Q.**   When you say "that's all that's left," that

18  presumes that that 2012 cap would have remained in place.

19  Right?

20     **A.**   Yes.

21     **Q.**   And just skipping ahead for a minute, did the

22  third amendment have an affect on that 2012 cap?

23     **A.**   It affected it by making sure that we didn't have

24  circular draws.

25     **Q.**   So -- and following on this document in late 2011,

1   just to summarize.  Did you end up having a meeting with

2   Treasury in early 2012?

3       **A.**   Yes.

4       **Q.**   And did -- there's an email about that but, to

5   save us some time, can you just tell us about what happened

6   at that meeting and what your purpose was?

7       **A.**   Yeah.  So it was covered a number of things about

8   the future of the conservatorships and Treasury's plans for

9   legislation and the state of housing.

10          But in short, it focused in on the fact that the

11  commitment was going to be capped at the end of 2012, and we

12  focused on these kind of projections and we also -- it also

13  included a reference to concerns that we were hearing in the

14  marketplace about whether the commitment was going to be

15  sufficient going forward.  So the -- so that was all part of

16  it.

17      **Q.**   And that meeting was in January of 2012?

18      **A.**   Yes.

19      **Q.**   And between January and August, were there other

20  meetings similar to this with Treasury?

21      **A.**   Yes.

22      **Q.**   And how frequently -- and you were involved in

23  some of those meetings?

24      **A.**   Yes.

25      **Q.**   Were you involved in all of them?

1       **A.**   No.

2       **Q.**   How frequently, if you know, were there meetings

3    between FHFA personnel and Treasury personnel negotiating

4    the terms of the third amendment?

5           **MR. HUME:**  Objection, Your Honor.  I am objecting

6    that the question --

7           **THE COURT:**  He said, "if he knows," so to his

8    knowledge how many meetings were there?

9           **MR. HUME:**  It's vague as to which people he's

10   talking about and which subject they're talking about.

11          **MR. STERN:**  FHFA officials and Treasury officials

12   talking about --

13          **THE COURT:**  I already overruled the objection.

14   You don't need to change the question unless you want to

15   withdraw it and start over.

16          **MR. STERN:**  I'll let Mr. DeMarco answer the one I

17   asked, Your Honor.  Thank you.

18          **THE WITNESS:**  There were regular meetings between

19   either myself and Geithner, myself and several of his --

20   Mary Miller, and there were regular meetings between FHFA

21   staff and Treasury staff, principally between Mario Ugoletti

22   and Treasury staff.

23   **BY MR. STERN:**

24       **Q.**   And were there people involved from FHFA other

25   than Mr. Ugoletti?

1        **A.**   Yes, there were.  There would have been, yes.

2        **Q.**   Like who?

3        **A.**   That would have involved people from the legal

4    department times people from the accounting department times

5    people from Naa Awaa Tagoe's financial modeling group.

6    These were all part of ongoing discussions across several

7    issues with Treasury.

8        **Q.**   When you say "the accounting department," who is

9    Nick -- you know who Nick Satriano is.  Right?

10       **A.**   I do, yes.  I believe at that time he was the

11   chief accountant.

12       **Q.**   Is he still, do you know?

13       **A.**   He's still at FHFA.

14       **Q.**   If the ladies and gentlemen of the jury hear from

15   him, do you expect that he would remember having these

16   meetings?

17       **A.**   Yes.

18       **Q.**   And he's in a better position to talk about them

19   than you are, I take it?

20       **A.**   Yes.

21       **Q.**   All right.

22           **THE COURT:**  About his meetings?

23           **MR. STERN:**  About his, Mr. Satriano's, meetings,

24   that's right, Your Honor.

25

1    BY MR. STERN:

2        Q.   We looked at the SEC filings from around 2009 from

3    Fannie and Freddie.  Were there SEC filings in 2011 and 2012

4    that gave you information about what Fannie and Freddie

5    expected with respect to their ability to pay the dividends?

6        A.   Yes.

7        Q.   And I believe, in response to one of Mr. Hume's

8    questions, Mr. Hume referred you to some positive

9    projections about the future.  Right?

10       A.   Yes.

11       Q.   Including Mr. Benson's so-called golden years

12   projection.  Right?

13       A.   Yes.

14       Q.   And you respond -- I don't -- I didn't write it

15   down exactly, but your response to Mr. Hume referred to the

16   SEC filings and, correct me if I'm wrong, suggested that the

17   SEC filing, I believe you say, painted a different picture

18   may have been your phrase or told a different story?

19       A.   Yes.

20       Q.   Okay.  So let's take a look at some of those.  And

21   by the way, what is the context, if you know -- well, based

22   on your knowledge, were you there when Mr. Benson made his

23   so-called golden years projection?

24       A.   Meaning was I at FHFA?

25       Q.   No, at the meeting where, in the setting where he

1    did that?

2         **A.**   No, I was not.

3         **Q.**   But you found out about it afterwards?

4         **A.**   Afterwards.

5         **Q.**   And that projection was a PowerPoint slide of some

6    kind?

7         **A.**   That's what I understand.

8         **Q.**   As you understand it?

9         **A.**   Yes.

10        **Q.**   And at the time, Mr. Benson was a senior official

11   at Fannie Mae?

12        **A.**   Yes.

13        **Q.**   And was his projection about Fannie Mae and

14   Freddie Mac or just Fannie Mae?

15        **A.**   I believe it was Fannie Mae.

16        **MR. STERN:**  Now let's pull up Defense Exhibit 476.

17   **BY MR. STERN:**

18        **Q.**   What is this?

19        **A.**   This is Fannie Mae's 10-Q, that is their quarterly

20   filing to the SEC, for the period ending June 30th, 2012.

21   So this covers the second quarter of 2012.

22        **MR. STERN:**  So let's go to Page 16, last

23   paragraph.

24        **DEPUTY CLERK:**  Counsel, it's not in.

25        **MR. STERN:**  Oh, I didn't move it.  I apologize,

1  Your Honor.  I move Defense Exhibit 476.

2         **MR. HUME:**  No objection.

3         **THE COURT:**  Received.

4         **MR. STERN:**  Sorry, Ms. Jenkins.  Now Page 16,

5  please, and let's go to the last paragraph "uncertainty

6  regarding."

7         (Defense Exhibit 476 was received.)

8  **BY MR. STERN:**

9     **Q.**   Who signs these SEC filings?

10    **A.**   Typically, the Chief Financial Officer and Chief

11 Executive Officer.

12    **Q.**   And at the time that this Fannie filing would have

13 been made, would the Chief Executive Officer been over

14 Mr. Benson, the same as Mr. Benson or under Mr. Benson in

15 the corporate hierarchy?

16    **A.**   Over.

17    **Q.**   Okay.  And this last paragraph, do you see the

18 sentence that says, "although we may experience?"  Do you

19 see that?

20    **A.**   Yes.

21    **Q.**   Can you read from there to the end?  And then I'm

22 going to ask you to explain to the members of the jury what

23 that meant to you at the time.

24    **A.**   "Although we may experience period-to-period

25 volatility in earnings and comprehensive income, we do not

1    expect to generate net income or comprehensive income in

2    excess of our annual dividend obligation to Treasury over

3    the long term."

4        **Q.**   Keep going.

5        **A.**   "However, we expect that at some future quarters

6    we will be able to generate comprehensive income sufficient

7    to cover at least a portion of our quarterly dividend

8    payment to Treasury."

9        **Q.**   Last sentence.

10       **A.**   "We also expect that, over time, our dividend

11   obligation to Treasury will increasingly drive our future

12   draws under the Senior Preferred Stock Purchase Agreement."

13       **Q.**   So what did all of that tell you back in 2012

14   about what Fannie Mae thought its prospects looked like for

15   the future?

16       **A.**    It tells me that, while there may be certain

17   quarters in which they earn enough money to cover their

18   dividend obligation, that over time they do not expect that

19   they're going to generate the income necessary to make that

20   annual dividend obligation.

21       **Q.**   And what is the date --

22       **MR. STERN:**  Can we go back to the first page and

23   get the date?  I'm going to have to find the date on this.

24   **BY MR. STERN:**

25       **Q.**   Based on your knowledge of when --

1          **THE COURT:**  It says June 30th, 2012 up at the top

2     there.

3          **MR. STERN:**  I thought it was August.

4     **BY MR. STERN:**

5          **Q.**   It's for the period ending June 30th.  Based on

6     your experience --

7          **THE COURT:**  2012.

8     **BY MR. STERN:**

9          **Q.**   If I were to represent to you that this --

10         **A.**   It is.

11         **Q.**   How about I represent to you that you should look

12    at Page 170?  What's the date of this?

13         **A.**   August 8th.

14         **Q.**   And we see there Tim Mayopoulos?

15         **A.**   Yes.

16         **Q.**   We see Susan McFarland.  She signed this?

17         **A.**   Yes, she did.

18         **Q.**   So whatever else she might have been saying, this

19    is what she put her name on when she knew that it had to be

20    accurate?

21         **A.**   Subject to all of the securities laws of the

22    Securities and Exchange Commission, yes.

23         **Q.**   And this is before you made the final decision to

24    enter into the third amendment.  Correct?

25         **A.**   Yes.

1          **MR. STERN:**  Let's go to DX-477, please.  I'd move

2     Defense Exhibit 477, Your Honor.

3          **MR. HUME:**  No objection.

4          **THE COURT:**  Received.

5        (Defense Exhibit 477 was received.)

6     BY MR. STERN:

7          **Q.**   What is this, Mr. DeMarco?

8          **A.**   This is Freddie Mac's quarterly Securities and

9     Exchange Commission filing 10-Q for the period June 30th,

10    2012.

11         **MR. STERN:**  Let's go to the last page so we can

12    get the date or whatever page the date is on.

13    BY MR. STERN:

14         **Q.**   We see this one is dated what?

15         **A.**   August 7th of 2012.

16         **Q.**   Who signed this one?

17         **A.**   Donald Layton.  Don Layton was the CEO of Freddie

18    Mac.

19         **Q.**   Okay.

20         **MR. STERN:**  So now let's go to Page 97, please.

21    And the capital resources paragraph section and the second

22    paragraph.

23    BY MR. STERN:

24         **Q.**   And with apologies to everyone for doing more

25    reading, but just so we can get it into the record, can you

1      please read that second paragraph.

2          A.    "We expect to request additional draws under the

3      purchase agreement in future periods.  Over time, our

4      dividend obligation to Treasury on the senior preferred

5      stock will increasingly drive future draws.

6              Although we may experience period-to-period

7      variability in earnings and comprehensive income, it is

8      unlikely that we will generate net income or comprehensive

9      income in excess of our annual dividends payable to Treasury

10     over the long term.

11             In addition, we are required under the purchase

12     agreement to pay a quarterly commitment fee to Treasury,

13     which could contribute to future draws if Treasury does not

14     continue to waive the fee."

15         Q.    And what did that tell you about how Freddie saw

16     its prospects?

17         A.    That they saw it the same as Fannie Mae, that

18     there would be quarters, there could be quarters in which

19     they earned money to pay the dividend, but that, over time,

20     they felt like they would not be able to earn income,

21     generate sufficient to pay the dividend.

22             Freddie adds here, in this paragraph, recognition

23     that a commitment fee was still pending, and that could

24     contribute even further to this situation.

25         Q.    I want to touch briefly on the periodic commitment

1    fee.

2         **MR. STERN:**  Let's go to DX-272, please.

3    **BY MR. STERN:**

4         **Q.**   So do you recognize what this is?

5         **A.**   Yes, I do.

6         **Q.**   What is it?

7         **A.**   It is --

8         **Q.**   Tell us what it is to identify it, please.  I'm

9    sorry.  Go ahead.

10         **A.**   It is a letter dated December 29th, 2010, from the

11   Treasury Department.  It is signed by a senior Treasury

12   official, Jeffrey Goldstein.  He was the under secretary for

13   domestic finance of Treasury in --

14         **Q.**   That's good.

15         **MR. STERN:**  I move DX-272, Your Honor.

16         **MR. HUME:**  No objection.

17         **THE COURT:**  Received.

18        (Defense Exhibit 272 was received.)

19   **BY MR. STERN:**

20         **Q.**   Now, what's this letter about?

21         **A.**   This letter is about the periodic commitment fee.

22         **Q.**   Tell us more?

23         **A.**   It is an acknowledge -- it starts out by saying

24   that the PSPA has this commitment fee in it.  Here's the

25   section which it's located.  The periodic commitment fee is

1    supposed to begin on March 31, 2011.  The amount of the

2    commitment fee is intended to fully compensate Treasury for

3    the support provided by the ongoing funding commitment under

4    the agreement.  That's the language that's in the PSPA.

5              The letter goes on to advise me that Treasury is

6    exercising its option for one quarter to waive the

7    commitment fee.  And it explains why it's taking that

8    action.

9        Q.   And "waive" means give up the right to.  Right?

10       A.   Yes.

11       Q.   And is that explanation in the last sentence of

12   the paragraph that begins by this letter?

13       A.   Actually, it's --

14       Q.   Well, you tell me.  Where is the --

15       A.   It's in there.  It's in the second sentence.  It

16   says, "Treasury takes this step due to the continued

17   fragility of the mortgage market and the belief that the

18   imposition of the commitment fee at this time would not

19   fulfill its intended purpose of generating increased

20   compensation to the American taxpayer."

21       Q.   And that compensation was the compensation we

22   talked about for making the money -- the Treasury commitment

23   available.  Right?

24       A.   Correct.

25       Q.   So what does the last sentence say and what does

1    it mean to you?

2         **A.**    The last sentence of this letter says, "Treasury

3    remains committed to protecting taxpayers and ensuring that

4    future positive earnings of the Enterprises are returned to

5    taxpayers as compensation for their investment."

6         **Q.**    And this is back in 2010?

7         **A.**    Ten.

8         **Q.**    Actually, it's fine that you read that sentence,

9    but I meant the last sentence of the second paragraph.

10        **A.**    Okay.

11        **Q.**    What does that one say and what does it mean to

12   you?

13        **A.**    The last sentence of that paragraph says,

14   "Accordingly, Treasury believes that the imposition of the

15   commitment fee at this time would not provide additional net

16   proceeds for the American taxpayer."

17        **Q.**    And was this a permanent waiver of the periodic

18   commitment fee?

19        **A.**    No.  In this case, it was a waiver for one

20   quarter.

21        **Q.**    And were there more letters like this for future

22   quarters?

23        **A.**    Yes, there were.

24        **Q.**    And was it waived every quarter?

25        **A.**    It was waived every quarter.

1      **Q.**   Until the third amendment?

2      **A.**   Until the third amendment.

3      **Q.**   Under the third amendment, what was the deal with

4   the PCF?

5      **A.**   The PCF was suspended under the third amendment

6   for the duration of the net worth sweep.

7      **Q.**   So a lot was made of the fact that it's never been

8   calculated.  Has it ever had to be calculated?

9      **A.**   No.

10      **Q.**   Actually, I want to go back one document that

11   relates to your meetings with Treasury.

12          **MR. STERN:**  I apologize to the members of the jury

13   and the Court for going backwards, but DX-381, please.  Just

14   to get this into the record -- well, I'll first move it.  I

15   move DX-381.

16          **MR. HUME:**  Just one second.  I think we have an

17   objection on this one.

18          **MR. STERN:**  We can pass on this and take a break

19   at some point and talk about it?

20          **MR. HUME:**  Sure.

21          **MR. STERN:**  That's fine with me.  This was just to

22   get it into the record.

23          With the Court's indulgence, I'll move on to the

24   next exhibit.

25          Can I get DX-412, please?  Don't show this to the

1    jury.

2              **MR. HUME:**  I'm afraid we have a hearsay objection

3    on this on too, Your Honor.

4              **MR. STERN:**  We'll pass on this one for right now

5    also, Your Honor.  I'll pick up where I was.

6    **BY MR. STERN:**

7         **Q.**   So given these disclosures from Fannie and Freddie

8    about their expectation that they wouldn't be able to pay

9    the dividend and your belief -- well, did you have a belief

10   about the size of the PCF yourself, even though it wasn't

11   ever calculated?  A belief about what it would be if it were

12   calculated?

13        **A.**   I did.

14        **Q.**   What was your belief?

15        **A.**   My belief was that it would be the net earnings of

16   the company.

17        **Q.**   And between -- given the disclosures from Fannie

18   and Freddie about their expectation that they wouldn't be

19   able to pay the 10 percent fixed dividend and your belief

20   about the size of the PCF, did that give you concern at that

21   juncture about the cap in the second amendment?  And if so,

22   what was that concern?

23        **A.**   Yes.  I mean the concern was that, under the

24   second amendment, we just read how the company said there's

25   going to be quarters in which we're not going to be able to

1    pay the dividend and, over the long term, we don't think

2    we'll have earnings to pay the dividend, that meant that we

3    were, under the second amendment, going to be in a world of

4    future circular draws which was going to draw down this

5    commitment.

6            We had already amended the PSPA with the first

7    amendment and the second amendment to expand the capacity of

8    the commitment because of the concern the market felt as the

9    commitment was declining that there wouldn't be enough

10   resilience in that commitment to last the length of -- the

11   life of the debt and MBS Fannie and Freddie were issuing.

12           So with the commitment being capped, I was

13   definitely concerned about the future draws reducing that

14   commitment.

15   **Q.**   I want to go back in time for just one moment to

16   pick up on something that you testified about in response to

17   Mr. Hume's questions.

18           You said that you gave a series of -- you wrote a

19   letter to Congress and you gave a series of speeches in

20   which you made public your thinking about the operation of

21   Fannie and Freddie and conservatorship.  Do you remember

22   that testimony?

23   **A.**   Yes.

24   **Q.**   I'm not going to go through all of those speeches,

25   but I do want to touch on the letter that you referred to.

1    And then you can tell me whether the letter is

2    representative of the kinds of things you said in your

3    speeches.

4         **MR. STERN:**  Can we get DX-219, please?

5    **BY MR. STERN:**

6         **Q.**   Can you just identify what this is briefly for the

7    record so I can move it?

8         **A.**   So this letter is a letter I wrote in early 2010,

9    February 2nd of 2010, to Congress.  At this point, I had

10   been Acting Director for maybe five months.  And it's

11   outlining for Congress my perspective and view on the

12   conservatorships and how we were operating them.

13        **MR. STERN:**  This is DX-219, Your Honor.  I move

14   DX-219.

15        **MR. HUME:**  No objection.

16        **THE COURT:**  Received.

17   (Defense Exhibit 219 was received.)

18   **BY MR. STERN:**

19        **Q.**   Can you just elaborate a bit on the -- you can

20   refer to the text of the letter.  Can you elaborate just a

21   bit on the purpose of the letter?

22        **A.**   Yeah.  The purpose of the letter was -- this was

23   the start -- as I said, I had been Acting Director for about

24   five months.  I felt it was important, as Acting Director of

25   these two companies operating in conservatorship with this

1    incredible Treasury support, to provide regular public

2    updates to the Congress of the United States and to the

3    public, to the taxpayers and to the public, about what was

4    going on with these companies in conservatorship and what

5    we, as the conservator, were doing, how we understood our

6    responsibilities and the steps we were taking to fulfill our

7    statutory obligation.

8         So this letter goes through our statutory

9    obligation and describes how I am viewing and the steps that

10   I'm taking, things that I'm doing and won't do and so forth.

11   **Q.**   So without going through every page, but let's go

12   to Page 7, to the second paragraph.  And do you see the last

13   sentence of that paragraph where it says, "and it is even

14   more pertinent for the Enterprises given their uncertain

15   future and reliance on taxpayer funding?"

16        What's the significance of the fact that Fannie

17   and Freddie were relying on taxpayer backing?

18   **A.**   So that is the capital that they are, at this

19   point, operating with.  What I'm saying here is we're

20   limiting their business activities to core business

21   activities to fulfill their public mission.

22        Whenever a financial institution gets into

23   difficulty, it's typical for a regulator to put some

24   limitations on their activities.  I'm saying it's even more

25   pertinent here because Fannie and Freddie have both an

1    uncertain future, what's going to be the end state at the

2    end of the conservatorship, and the fact that any business

3    decisions, business activities they get into are being

4    supported solely by taxpayer funds through the Treasury

5    commitment.

6         **MR. STERN:**  So on a related point, let's go to

7    Page 3 in this second paragraph.

8    **BY MR. STERN:**

9         **Q.**   Do you see the sentence that begins -- the

10   paragraph begins, "Since the establishment?"

11        **A.**   Yes.

12        **Q.**   Do you see that?

13        **A.**   Yes.

14        **Q.**   Read that second sentence to us.

15        **A.**   "These losses have exhausted the value of each

16   company's shareholder equity and resulted in considerable

17   draws from Treasury under the PSPAs."

18        **Q.**   And what were you trying to convey about who had

19   an economic interest in Fannie and Freddie?

20        **A.**   Yes, what I was trying to convey was, from the

21   time they were put into conservatorship, the shareholder

22   equity that appeared on the balance sheet, the losses had

23   exhausted that shareholder equity.

24             And subsequently, there had been these substantial

25   draws from the Treasury under the commitment just to get

1    them back to a point of solvency so their net worth was just

2    about zero.  All I'm saying is, that the capital, the

3    capital that is allowing these companies to continue to

4    operate is that which is provided under the Treasury

5    commitment.

6        Q.    Okay.  And you referred, in your testimony in

7    response to Mr. Hume's question, to speeches and speeches to

8    Congress.  We've got copies of all of those.  Right?

9        A.    Yes.

10       Q.    I'm not going to take our time to go through every

11   one.  But can you just summarize -- and what -- over what

12   time period were you giving these speeches that we're

13   referring to now?

14       A.    So my first congressional testimony was within

15   weeks of when I became Acting Director.  So this is going to

16   run from the fall of 2009 all the way through the end of my

17   tenure.  The last one comes in late 2013.

18       Q.    And if you can, if there is such a thing, can you

19   summarize the main -- well, were there main themes that ran

20   through those testimonial appearances before Congress and

21   those speeches?

22       A.    Yes, there were.

23       Q.    So to save us the time of going through every

24   speech, can you summarize those main themes for us?

25       A.    So I will summarize it this way, because the

1    themes start to evolve as the conservatorship and the market

2    evolve.  So in the early -- the early ones are going to be

3    focused on just explaining what it is to be a conservator

4    and what it is we are doing to limit losses in the

5    companies, thereby limiting future draws from the Treasury

6    Department.

7            In later ones, as I start to focus on, Okay.  Now

8    where is this going?  How are we going to operate these

9    things going forward?  How are we going to use Treasury

10   funds to invest in these companies?  And how are we

11   preparing for a post-conservatorship world?

12           What are the things that we are undertaking, in

13   fulfillment of our statutory obligations, that start to

14   prepare, not just the companies but the marketplace for a

15   post-conservatorship world?

16      Q.   And can you describe what some of those things

17   were?

18      A.   Yes.  So we talked earlier about how Fannie Mae

19   and Freddie Mac manufacture mortgage-backed securities.

20   Right?  They buy mortgages.  They put it in pools.  They

21   create the security.

22           Well, that actually does require some

23   manufacturing.  Right?  It requires certain technology and

24   rules and so forth to do that.  We had determined, as a

25   supervisory matter -- remember, we're still the supervisor

1    of Fannie and Freddie -- that neither one of them had

2    resilient infrastructure that was really going to be

3    effective in the future.

4            So one of the things that I said we're going to do

5    is we've got to invest in creating new, better, more modern

6    technology, more modern approach to doing securitization.

7    But the funding for doing that is coming from Treasury.  And

8    I've got two companies being backed by Treasury.

9            So what I said, very publicly, was, Well, we're

10   not going to build this twice.  We're using taxpayer money.

11   We're going to figure out a mechanism to modernize this

12   infrastructure building it once and contributing, having

13   both companies being able to participate in it.

14           That was a more efficient use of taxpayer funds,

15   and it helped build for the future because this was an

16   infrastructure that was going to be available for Congress

17   to build on when it decided what the ultimate disposition of

18   Fannie Mae and Freddie Mac would be.

19       Q.   And you also refer --

20           **THE COURT:**  Is that a good place for me to ask,

21   Why do we have two?  Why is there Freddie Mac and Fannie Mae

22   and what's the difference?

23           **THE WITNESS:**  It is, Your Honor.

24           You know, as often with these things, it's a

25   result of history.  Right?

1          **THE COURT:**  Right.

2          **THE WITNESS:**  Decisions made at a particular point

3     in time responding to a particular situation.

4          So Fannie Mae was created first in 1938.  And it

5     was created to provide a secondary market for FHA loans,

6     Federal Housing Administration loans.  It was privatized in

7     the late 1960s as -- basically, to put it off balance sheet

8     to provide funding for Lyndon Johnson Administration

9     priorities.

10         So it was set up to basically serve the mortgage

11    banking industry.  The savings and loan industry took a look

12    at that and said, we want one of our own for us.  So a

13    couple years Congress created Freddie Mac.  The Federal Home

14    Loan Mortgage Corporation placed it --

15         **THE COURT:**  So it was really for savings and loan?

16         **THE WITNESS:**  It was set up for savings and loans.

17    And savings and loans were -- actually, the Federal Home

18    Loan banks were the original owners of Freddie Mac.  Then

19    that evolved to being the savings and loans were the

20    stockholders of Freddie Mac.  And that didn't change until,

21    I believe it was approximately 1990 that that changed as a

22    result of the savings and loan crisis.

23         **THE COURT:**  But you're right now, there's really

24    no point in creating two whole uses -- in spending the money

25    for two whole uses for the taxpayer --

1          **THE WITNESS:**  For the taxpayer to do that, yes,

2    Your Honor.

3    **BY MR. STERN:**

4        **Q.**   So, Mr. DeMarco, picking up on those questions --

5    actually, you know what, I'm not going to pick up on those

6    questions because I need to move one more document that you

7    referred to in your testimony answering Mr. Hume's

8    questions.

9          **MR. STERN:**  Can we get Defense Exhibit 394?  I

10   move Defense Exhibit 394, Your Honor.

11         **MR. HUME:**  No objection.

12         **THE COURT:**  Received.

13       (Defense Exhibit 394 was received.)

14         **MR. STERN:**  Okay.

15   **BY MR. STERN:**

16       **Q.**   Mr. DeMarco, you referred in your answers to

17   Mr. Hume's questions to the strategic plan.  Do you recall

18   that?

19       **A.**   Yes.

20       **Q.**   And that's this document here, February 21st,

21   2012?

22       **A.**   Yes.

23       **Q.**   And sometimes organizations love strategic plans

24   that are top, top secret, like the code formula.  Right?

25       **A.**   It could be.

1      **Q.**   You didn't keep this one a secret?

2      **A.**   I did not.

3      **Q.**   All right.  Tell us about what this document is

4      and why you prepared it and what you think it accomplished?

5      **A.**   Okay.

6           So you'll recall we had an earlier exhibit that

7      was a February 2010 letter that I sent to Congress to

8      explain how I viewed the conservatorship, how we were doing

9      it, what steps we were taking.  This is two years later.

10     It's now February of 2012.  Things continue to change.

11          One of the important things that's changed is

12     Congress and the Administration are now taking more active

13     steps with regard to housing finance reform.  I was being

14     asked by the companies.  I was being asked by members of

15     Congress.  Okay?  Where are you going now?  What should we

16     expect?  I needed to give direction, in particular, to my

17     own staff and to the employees of Fannie Mae and Freddie

18     Mac.

19          Remember, as conservator, we're now standing in

20     the shoes of the shareholders.  We need to provide that sort

21     of strategic direction.  So those are all of the reasons

22     that I did this.  I drafted this and it identifies three

23     strategic goals for the conservatorship.

24     **Q.**   And are those goals -- let's go to Page 11.  I see

25     the three goals on the first page, but you pick up on them

1    again on page -- I'm sorry -- 14 of 24.  It's 14 of the

2    exhibit, of the letter.

3            So are those the strategic goals?

4    **A.**   Yes.

5    **Q.**   Can you walk us through those three goals?

6            **MR. STERN:**  I know we are running short on time

7    this afternoon, Your Honor.

8    **BY MR. STERN:**

9    **Q.**   Is this something you can do in a few minutes for

10   us?

11   **A.**   I will do my best.

12   **Q.**   Okay.  Thank you.

13   **A.**   I tried to keep the goals simple.  Three words.

14   Build.  Contract.  Maintain.  We're going to build, build a

15   new infrastructure for the secondary market.  This is what

16   we were talking about just a short time ago about needing to

17   enhance the securitization platform and have it be something

18   that could outlive the conservatorships.

19           Contract.  Gradually contract the Enterprise's

20   dominant presence in the marketplace while simplifying and

21   shrinking their operations.  So at this point, they're now

22   much more than 50 percent of the market and all being

23   operated with this massive Treasury support.

24           So what I'm saying is we're going to gradually

25   contract this.  And we're going to take certain steps to

1    simplify their operations, shrink their operations, and

2    we're going to de-risk them by taking risk away from the

3    taxpayer and selling it into the market.

4            The third --

5    **Q.**    Well, let me just -- I think we all know what

6    contract means generally.  But what did that mean in this

7    context?  How do you contract Fannie Mae or Freddie Mac?

8    **A.**    Yeah.  So what you do is you figure out the

9    business that they're doing and you gradually figure out at

10   the margins how to shrink the envelope of that business.

11           So one example we talked earlier about was loan

12   limits.  One of the things that defined Fannie Mae and

13   Freddie Mac is they're allowed to purchase mortgages up to

14   some specified loan limit.  Right?  So gradually reducing

15   that loan limit is one way of gradually shrinking their

16   footprint in the market.

17           One other thing we talked extensively about today

18   is what's the core business?  The core business is they are

19   guaranteeing the credit performance of borrowers on

20   mortgages in these mortgage-backed securities.  They do it

21   with their own corporate guarantee.

22           What we were going to do was to shrink that risk

23   exposure by saying, there are ways of taking this risk and

24   selling it in the market, basically ensuring it or getting

25   some other private investor to say, I'm willing to take on

1    that risk.  All right?  And be compensated for taking on

2    that credit risk.  Those are some of the things that we were

3    doing.

4         **Q.**   So before I get to the third one or as we get to

5    the third one, you made it pretty clear in your answers to

6    Mr. Hume's questions that you did not agree with this

7    principal reduction proposal that Treasury had.  Right?

8         **A.**   Yes.

9         **Q.**   I don't know whether it was Mr. Hume's phrase or

10   your phrase.  Is that like loan forgiveness principal

11   reduction?

12        **A.**   Yes.

13        **Q.**   And you didn't want to do that?

14        **A.**   I did not.

15        **Q.**   That's something that would have helped people who

16   were underwater with their mortgages.  Right?

17        **A.**   And as I, in my response to Mr. Hume, said, I

18   thought we had a better way of helping people that were

19   underwater on their mortgages.

20        **Q.**   Okay.  That's what I want to get to.  Does that

21   relate to this third goal?

22        **A.**   Yes, it absolutely does.

23        **Q.**   Okay.  So did you intend to sound unsympathetic to

24   people that were underwater in their mortgages?

25        **A.**   Absolutely not.  I spent probably -- we spent more

1    time in my tenure as Acting Director working on assisting

2    borrowers in trouble on their mortgages than anything else I

3    did.

4        **Q.**   Okay.  So explain what number three is and how

5    that relates to helping people who are underwater on their

6    mortgages?

7        **A.**   All right.  So the third goal is to maintain.

8    We're going to maintain our focus on foreclosure prevention

9    activities and credit availability for new and refinanced

10   mortgages.  It means we're going to continue our focus on

11   the core mission of these companies.

12           With respect to foreclosure prevention activities,

13   we were -- we were the leaders in FHFA working with Fannie

14   Mae and Freddie Mac in figuring out ways to provide

15   assistance to borrowers that were having trouble paying

16   their mortgage.  And this is a commitment that we are going

17   to continue those activities.

18           As I said a moment ago, with regard to principal

19   reduction, that sounds like a good idea.  I believe -- and

20   this is what I argued when I made the decision in July of

21   2012, we had a better approach that balanced both assistance

22   to homeowners and protecting Fannie Mae and Freddie Mac and

23   hence the taxpayers in the approach that we were taking.

24       **Q.**   And let me just ask you another question about

25   contracting.  What would be the impact for private

1    shareholders of contracting or shrinking Fannie or Freddie?

2        **A.**    Well, by contracting them, we're going to be

3    reducing their revenue over time.  We're de-risking them,

4    but the total profits, if you're trying to shrink a company,

5    are likely to be less than what they were if you were not

6    shrinking them.

7        **Q.**    Did you believe that taking those steps, even

8    though it might lower the revenues, was something that was

9    in the public interest?

10       **A.**    Yes, I did.

11       **Q.**    In what way?

12       **A.**    In two ways.  One is that it was reducing the risk

13   exposure of the Treasury.  So the Treasury's got this

14   commitment we've been talking about, you know, non-stop.

15   All right?  If I can reduce the risk of these companies,

16   then there's less exposure to that Treasury commitment.

17            And the other thing is, by taking the steps I was

18   doing, I was fulfilling a mandate that -- part of the

19   mission of Fannie and Freddie which is to make the private

20   market work better.  And so I believed it was in the public

21   interest to figure out ways to expand capital in this

22   industry and to expand the potential for more competition

23   and more credit here.  So by shrinking them, I actually was

24   building for a future, more stable, more competitive

25   marketplace.

1      **MR. STERN:**  If we could go to Page 8 of the

2  exhibit, Paragraph 4, the fourth paragraph.  Page 8 of the

3  exhibit.

4  **BY MR. STERN:**

5      **Q.**  Do you see the paragraph beginning with "two

6  companies?"

7      **A.**  Yes.

8      **Q.**  What were you thinking as you were writing the

9  strategic plan about Fannie and Freddie's capacity to pay

10  the dividend going forward and how is that reflected in this

11  paragraph?

12      **A.**  If I could have a moment to read the full

13  paragraph.  Okay.  So what I am thinking here is, at this

14  point, the companies have run through $70 billion of

15  shareholder equity that they have.  They've run through 70

16  billion of taxpayer money.  They've run through another 70

17  billion of taxpayer money.  They've run through another 20

18  or 30 billion of taxpayer money.  And they are operating

19  only with the benefit of this Treasury commitment.

20      Their operations, as I say at the end here, are

21  entirely dependent on taxpayer support.  So that is a much

22  different world than we were in in September and October of

23  2008.  We had realized a very negative set of outcomes and

24  their functioning is only as a result of Treasury support.

25  So I hope that answers your question, Mr. Stern.  I may have

1    gotten off.

2        **Q.**    It does.

3            **MR. STERN:**   Let's go now to Page 12 of the

4    strategic plan.

5    **BY MR. STERN:**

6        **Q.**    You had a section called "What needs to be done

7    now?"  Right?

8        **A.**    Yes.

9        **Q.**    In the first paragraph you have a -- well, read

10   that first paragraph and tell us what your purpose was in

11   putting that out there in the strategic plan and what it was

12   meant to communicate about your thinking?

13       **A.**    Okay.  Yeah, so it says, "Policymakers need to

14   address the future structure of housing finance, which would

15   allow for a smooth transition from today's market.  Without

16   action by Congress, FHFA must continue to look to the

17   existing statutory provisions that guide the

18   conservatorships.  In particular, FHFA must consider what it

19   means to" -- this is now quoting the statute -- "take such

20   action as may be necessary to put Fannie and Freddie in a

21   sound and solvent condition when it is clear that the draws

22   the companies have taken from the Treasury are so large they

23   cannot be repaid under any foreseeable scenarios."

24            So what I am saying in February of 2012 is that we

25   are in a world here in which the companies are entirely

1    dependent on the Treasury commitment.  I don't know at this

2    point how you can imagine putting them in a sound and

3    solvent condition when the outlook suggests that, over the

4    long period of time, that they are -- that the 10 percent

5    dividend is more than their earnings.

6              And I'm in a world in which, you know, Congress --

7    because the Administration's written a report saying, We

8    want to wind down these companies and have housing finance

9    reform.  Congress is already developing bills to do that.

10   But I'm saying, you know, you need to address this.  Because

11   what am I supposed to do?  What does it mean to be doing

12   these things when the companies can't -- you know, I don't

13   foresee a way in which they're going to get out of this

14   given how deep they are into the Treasury.

15             **MR. STERN:**  Your Honor, can I ask one more -- I

16   see the time.  I have one more question so I can be done

17   with this document and that is a good breaking point?

18             **THE COURT:**  All right.

19             **MR. STERN:**  Thank you, Your Honor.

20   **BY MR. STERN:**

21      **Q.**   Mr. DeMarco, one more on this document.  And that

22   is Page 13 of the exhibit.  I have my pages mixed up.  The

23   third bullet, the second sentence about legislative

24   proposals.  Can you just elaborate, very briefly, for us on

25   what that means?

1      **A.**   Yes.  It means that what I am seeing in the

2   Congress, both in the House of Representatives and in the

3   Senate, and I'm seeing this from both parties is that they

4   are developing legislative proposals that will determine

5   what the end of the Fannie Mae and Freddie Mac

6   conservatorships will be.

7      **Q.**   And just to summarize, this February 21st, 2012

8   strategic plan, am I understanding correctly this is just

9   you putting it all out there, your thinking about where

10  things needed to go, some six months before the net worth

11  sweep and the third amendment were agreed to?

12     **A.**   Yes.

13     **Q.**   And the world that you were in, in February 21st,

14  2012, with respect to all of these issues, including when,

15  if and how conservatorship might end, is that the same world

16  or a different world from the world in 2008 when you and

17  Mr. Lockhart were making statements about when, if and how

18  the conservatorship should end?

19     **A.**   It was a very different world.

20     **MR. STERN:**  Okay.  Your Honor, with the Court's

21  indulgence I'd stop for the day.

22     **THE COURT:**  We'll stop.  Don't talk about the

23  case.  Don't let anyone talk to you about the case.  See you

24  all at 10:00 tomorrow.  Leave your notes here.  Don't

25  Twitter or Tweet.

1          Tomorrow is Friday.  Then we'll have a nice

2     weekend.

3          (Jury exited the courtroom)

4          **THE COURT:**  You can step down, Mr. DeMarco, but

5     you have to be back at 10:00 tomorrow.  Sorry about that.

6          **THE COURT:**  You all can be seated in the audience.

7     We have a couple of things we need to discuss.  Go ahead

8     with what you are contemplating about how much more you

9     have, and we'll talk about how much redirect.

10          **MR. STERN:**  I'd like to say less, Your Honor, but,

11     to be safe, an hour.  I just -- something like that.

12          **THE COURT:**  All right.

13          And then what are you expecting on redirect?

14          **MR. HUME:**  Your Honor, I would expect about an

15     hour, maybe less.

16          **THE COURT:**  Okay.  And then what do you have on

17     tap?  An expert?

18          **MR. HUME:**  Yes, our expert, Professor Dharan, will

19     go next.

20          **THE COURT:**  That will take the day.

21          **MR. HUME:**  (Nodded head.)

22          **MR. STERN:**  Your Honor, we have -- there were two

23     exhibits that I sought to introduce but, when I learned that

24     there were objections, I passed on them for the time being.

25     Maybe we can have discussions this evening.

1      **THE COURT:**  Let's look at them now if you want to.

2      **MR. STERN:**  Maybe if we would plan to come back,

3  Your Honor, or we can let chambers know overnight whether we

4  would like to come back earlier.  Would that be acceptable,

5  Your Honor?

6      **THE COURT:**  Yeah.  Okay.

7      I had two other issues I wanted to raise.  One was

8  several jurors are having -- raised with me questions about

9  employers.  So I gave each juror a "to whom it may concern"

10  letter addressed to each of them personally this afternoon

11  that they could show to their employers if they're having

12  difficulties.  I told them each and I put in their letters

13  my name and phone number and signed personal letters to each

14  of them if they're having difficulties.

15      I told them I have had some success in the past

16  with employers and I know how to deal with employers.  Two

17  of them, in particular, have been having a hard time, and I

18  told them I know how to handle those things.  They had some

19  assurance that I know how to handle those things.

20      I just want to let you all know.  I told them I

21  can write a separate letter by name to the employer as well

22  if they want to give me the name and address, I will have

23  them hand carried to the employers as well.  I don't really

24  anticipate we'll any problems after I send --

25      **MR. STERN:**  We don't either, Your Honor.

1          **THE COURT:**  If there are, I will let you all know.

2          I haven't disclosed anything other than that about

3    names of the jurors or anything, but I just want to let you

4    know that's going on.  Contacts with jurors, I try to always

5    keep you all informed about in any event.

6          The other thing is I'm a little concerned about --

7    I don't know if you all are -- you all were crossing in the

8    night about things that you all thought you had agreed on

9    that there wasn't a total meeting of the minds.  I don't

10   know if you have a total meeting of the minds on

11   demonstrative exhibits.

12         Demonstrative exhibits don't ordinarily go to the

13   jury.  They are shown to the jury but don't ordinarily go

14   back in deliberations.  I don't know if you are all in

15   agreement about what is going back.  If they are not

16   received into evidence, they are not going back.  So I don't

17   know.  If I receive it into evidence it goes back.

18         You all have got to be sure you both understand

19   and my clerk understands what's going back to the jury.

20   Because at the time that we're going back, my clerk is going

21   to have a list of what I've received into evidence and those

22   are the only things.  You all have got to look at that list

23   before I send anything into the jury.  If you all don't both

24   sign off on what's going back there, it's not going back

25   there.

1          **MR. STERN:**  Notwithstanding a recent

2     misunderstanding, Your Honor, I'm sure that we can reach a

3     meeting of the minds.

4          **THE COURT:**  Okay.

5          **MR. STERN:**  For the record, it's been my

6     understanding -- and the Court could tell from my

7     objections --

8          **THE COURT:**  Yeah.

9          **MR. STERN:**   -- my understanding comports with the

10    Court's that, if it's purely demonstrative, it doesn't go

11    back.

12         **THE COURT:**  Right.

13         **MR. STERN:**  But we can reach agreement on what

14    goes back and what doesn't.

15         **THE COURT:**  I don't want there to be confusion at

16    the end.

17         **MR. HUME:**  I don't think there is confusion.  It's

18    a general rule a demonstrative doesn't go with the jury in

19    the evidence.

20         **THE COURT:**  There's a D.C. Circuit case that kind

21    of screws that up.  The 7th Circuit is crystal clear in the

22    opinion.  The D.C. Circuit I thought was straight, and then

23    they're screwing up in recent case.  I shouldn't say that in

24    public.  I should not say that.

25         **MR. HUME:**  I don't think there is going to be any

1      issue generally.  The one exception we see, which we clearly

2      will need to move on is -- some not all -- some of the

3      summary exhibits.

4              **THE COURT:**  Right.

5              **MR. HUME:**  But the summary witness, we view, is

6      not traditional demonstratives but actually the summation --

7              **THE COURT:**  Right.

8              **MR. HUME:**  -- in the most readable form.  But we

9      need to move them.

10             **THE COURT:**  If you want those to go back, then I

11     should receive them into evidence.

12             **MR. HUME:**  Yes, we understand that.

13             **THE COURT:**  So be careful to make sure we move

14     them in.

15             **MR. STERN:**  We will do our best to reach a -- oh,

16     I'm sorry, Your Honor.

17             **THE COURT:**  I just don't want to have a

18     misunderstanding of that once the jury is ready to go back.

19             **MR. STERN:**  Your Honor, we'll either reach

20     understandings or agree to disagree in a way that will be

21     clear to the Court.

22             **THE COURT:**  Tell me about the disagreement.

23             **MR. STERN:**  Yes, Your Honor.

24             **THE COURT:**  I'll see you all tomorrow.

25             **MR. STERN:**  Thank you.

1          (Proceedings concluded at 5:12 p.m.)

1

**C E R T I F I C A T E**

2

3          I, **Lorraine T. Herman, Official Court Reporter,**

4     certify that the foregoing is a true and correct transcript

5     of the record of proceedings in the above-entitled matter.

6

7

8

9

10    ___October 21, 2022___        ___/s/_____
                **DATE**                      **Lorraine T. Herman**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. HUME: [12]**
722/10 723/12 726/24
729/11 732/8 744/9
744/21 745/9 747/11
751/2 753/18 755/18
**BY MR. STERN: [50]**
763/18 767/24 768/24
780/3 780/8 783/11
786/9 787/4 787/9
790/18 791/15 810/2
810/18 812/10 814/1
814/25 815/14 816/11
816/21 818/4 818/18
819/6 819/18 819/23
820/8 822/15 823/4
823/25 827/23 828/25
830/17 831/8 832/24
833/4 833/8 834/6
834/13 834/23 836/3
836/19 840/6 842/5
842/18 844/8 849/3
849/15 851/8 856/4
857/5 858/20
**DEPUTY CLERK: [4]**
723/9 726/21 767/21
830/24
**MR. HUME: [46]** 722/8
723/10 726/20 726/22
729/3 731/25 732/5
744/6 744/8 744/17
744/19 745/5 745/7
753/16 755/14 762/24
763/4 763/8 786/25
809/22 812/4 813/21
813/24 816/2 817/22
818/11 819/13 822/6
827/5 827/9 831/2
834/3 836/16 839/16
839/20 840/2 842/15
849/11 860/14 860/18
860/21 863/17 863/25
864/5 864/8 864/12
**MR. STERN: [94]**
729/1 729/7 732/3
744/5 744/7 747/9
750/17 755/12 755/16
763/13 765/15 767/20
767/22 768/23 778/8
783/10 786/7 786/19
787/1 787/8 790/17
791/13 809/20 809/24
810/16 812/2 812/7
813/18 813/23 813/25

815/21 815/23 815/25
816/3 816/5 816/20
817/25 818/3 818/13
818/16 819/5 819/11
819/16 819/22 820/6
822/2 822/7 822/12
823/3 823/22 827/11
827/16 828/23 830/16
830/22 830/25 831/4
832/22 833/3 834/1
834/11 834/20 836/2
836/15 839/12 839/18
839/21 840/4 842/4
842/13 844/6 849/9
849/14 851/6 856/1
857/3 858/15 858/19
859/20 860/10 860/22
861/2 861/25 863/1
863/5 863/9 863/13
864/15 864/19 864/23
864/25
**THE COURT: [70]**
722/5 729/8 732/4
732/6 750/19 755/17
763/3 763/5 763/7
763/12 763/14 778/7
778/9 778/18 778/24
779/2 779/13 779/17
779/23 780/5 786/2
786/23 809/23 812/5
815/20 815/22 815/24
816/1 817/24 818/1
818/15 818/17 819/14
822/11 827/7 827/15
828/22 831/3 833/1
833/7 834/4 836/17
842/16 847/20 848/1
848/15 848/23 849/12
858/18 859/22 860/4
860/6 860/12 860/16
860/20 861/1 861/6
862/1 863/4 863/8
863/12 863/15 863/20
864/4 864/7 864/10
864/13 864/17 864/22
864/24
**THE WITNESS: [15]**
750/20 778/15 778/19
778/25 779/3 779/14
779/19 779/25 780/7
786/4 827/18 847/23
848/2 848/16 849/1

**$**
**$10 [1]** 801/10
**$100 [9]** 796/19 797/13
797/14 797/16 798/6
800/12 801/9 803/8
805/2
**$150 [1]** 737/5
**$160,000 [4]** 768/10
768/14 769/14 770/19
**$200 [1]** 806/19
**$200,000 [2]** 768/6
769/14
**$33 [1]** 759/3
**$40,000 [1]** 768/7
**$6.1 [1]** 810/22
**$70 [2]** 798/5 856/14
**$74 [1]** 734/20

**'**
**'07 [3]** 759/5 759/13
781/7
**'08 [5]** 759/7 759/13
759/17 781/8 798/5
**'09 [5]** 806/12 806/14
806/15 807/22 809/19
**'11 [1]** 824/23
**'92 [2]** 766/24 767/2

**/**
**/s [1]** 866/10

**0**
**002E [1]** 723/5

**1**
**10 [29]** 734/12 735/5
736/10 736/20 737/3
747/6 748/23 749/5
749/15 750/1 750/7
750/12 750/20 756/11
800/21 801/7 801/8
801/8 801/13 802/2
802/9 804/11 804/12
804/13 809/10 809/14
821/16 840/19 858/4
**10-K [8]** 728/13 728/23
728/24 810/10 810/10
810/12 815/17 819/9
**10-Q [7]** 810/7 810/11
811/1 811/25 815/2
830/19 834/9
**10-Qs [1]** 813/14
**100 [6]** 755/11 756/10
756/22 805/15 805/18

**10020 [1]** 720/6
**1053 [1]** 719/3
**10:00 [2]** 859/24 860/5
**11 [2]** 744/17 850/24
**111 [4]** 744/4 744/12
744/15 745/17
**111/18 [1]** 744/16
**112 [1]** 745/17
**113 [1]** 744/16
**12 [14]** 744/19 744/20
749/15 750/13 750/22
751/16 803/24 804/11
804/12 804/13 811/10
811/16 811/21 857/3
**123 [1]** 720/3
**1251 [1]** 720/6
**1288 [1]** 719/9
**13 [1]** 858/22
**13-1288 [1]** 719/9
**136 [3]** 819/5 819/12
819/15
**137 [6]** 815/10 815/11
815/18 815/23 815/24
816/4
**14 [5]** 725/8 725/13
810/13 851/1 851/1
**1401 [1]** 719/24
**146 [2]** 732/20 732/21
**15 [2]** 776/6 806/23
**150 [1]** 747/5
**1523 [1]** 719/19
**16 [6]** 724/3 724/4
724/8 794/23 830/22
831/4
**1625 [1]** 720/16
**17 [1]** 744/15
**170 [1]** 833/12
**1700 [1]** 720/13
**17th [1]** 820/10
**18 [5]** 724/4 724/7
744/4 744/16 794/22
**188 [4]** 809/20 809/25
810/14 815/18
**189 [6]** 812/1 812/2
812/6 813/18 813/19
813/23
**19 [1]** 778/22
**190 [1]** 737/4
**19087 [1]** 719/22
**1938 [1]** 848/4
**1960s [1]** 848/7
**19801 [1]** 720/3
**1986 [1]** 766/22

**1**

**1990 [1]** 848/21
**1992 [2]** 778/17 778/22
**1993 [1]** 766/22
**1994 [3]** 757/2 757/9
778/22
**1:13-1053 [1]** 719/3
**1:40 [1]** 719/5

**2**

**20 [3]** 719/5 776/6
856/17
**200 [4]** 805/2 805/18
805/25 806/1
**20001 [2]** 720/11
720/22
**20005 [1]** 719/25
**20006 [2]** 720/14
720/17
**2003 [2]** 757/9 767/2
**20036 [1]** 719/19
**2006 [3]** 777/20 777/21
777/25
**2007 [11]** 758/8 758/12
758/14 758/16 759/2
759/9 776/21 776/22
777/25 778/2 778/4
**2008 [36]** 722/12
722/17 723/14 724/1
733/25 758/8 758/16
759/2 777/1 777/3
777/6 777/20 777/22
779/17 781/11 781/14
783/2 783/6 783/14
784/13 784/15 784/16
785/14 785/15 789/1
792/10 795/14 795/23
796/6 796/10 796/23
799/6 815/17 819/10
856/23 859/16
**2009 [10]** 764/22 796/1
805/6 806/10 807/10
809/8 809/15 810/8
829/2 845/16
**2010 [6]** 806/20 836/10
838/6 842/8 842/9
850/7
**2011 [13]** 729/13 730/6
730/13 730/15 731/2
732/19 806/20 820/24
821/2 823/2 825/25
829/3 837/1
**2012 [49]** 728/16
728/25 731/4 732/13

732/22 733/11 733/25
734/4 734/12 735/19
736/3 738/11 738/23
738/24 753/21 754/13
761/16 795/24 796/7
796/21 806/21 808/17
808/21 808/25 820/10
820/20 821/7 821/22
821/23 824/24 825/18
825/22 826/2 826/11
826/17 829/3 830/20
830/21 832/13 833/1
833/7 834/10 834/15
849/21 850/10 854/21
857/24 859/7 859/14
**2013 [8]** 731/10 731/12
740/21 748/18 795/20
796/1 824/24 845/17
**2014 [11]** 739/1 748/19
761/5 764/22 764/23
765/2 765/4 795/22
824/22 824/24 825/10
**2015 [1]** 761/16
**2018 [3]** 731/13 731/16
756/15
**202-354-3196 [1]**
720/23
**2020 [2]** 739/9 744/2
**2022 [3]** 719/5 765/5
866/10
**205 [2]** 753/14 753/17
**21 [1]** 866/10
**214 [1]** 732/10
**219 [4]** 842/4 842/13
842/14 842/17
**21st [3]** 849/20 859/7
859/13
**22 [1]** 745/17
**24 [1]** 851/1
**242 [1]** 729/15
**25 [1]** 816/5
**27 [1]** 819/16
**272 [3]** 836/2 836/15
836/18
**27th [1]** 823/2
**28 [1]** 766/3
**280 [1]** 719/21
**29th [1]** 836/10
**2B [1]** 787/3
**2C [1]** 790/17
**2E [2]** 723/8 794/14
**2nd [1]** 842/9

**3**

**30 [1]** 856/18
**30-year [1]** 772/13
**30th [6]** 723/14 810/8
830/20 833/1 833/5
834/9
**31 [2]** 808/21 837/1
**311 [1]** 825/10
**3196 [1]** 720/23
**31st [3]** 728/25 808/17
808/25
**333 [1]** 720/21
**346 [4]** 822/8 822/11
822/14 822/17
**381 [2]** 839/13 839/15
**394 [3]** 849/9 849/10
849/13

**4**

**4,571 [1]** 730/24
**4.5 [2]** 730/16 730/24
**40 [2]** 724/7 794/22
**400 [3]** 805/25 806/3
808/15
**41 [1]** 766/10
**412 [1]** 839/25
**43 [1]** 766/11
**441 [1]** 729/15
**446 [1]** 732/10
**458 [5]** 731/25 731/25
732/5 732/5 732/7
**460 [3]** 729/2 729/4
729/9
**4617 [1]** 760/1
**476 [3]** 830/16 831/1
831/7
**477 [3]** 834/1 834/2
834/5

**5**

**5.2 [1]** 812/17
**50 [1]** 851/22
**5:12 p.m [1]** 865/1

**6**

**60 [2]** 731/23 731/25
**601 [1]** 720/10
**61 [4]** 728/16 728/17
728/17 728/19
**6720 [1]** 720/22
**69 [1]** 812/7
**6th [4]** 785/14 785/15
789/1 792/10

**7**

**7.2 [1]** 731/5
**70 [2]** 856/15 856/16
**79.9 [1]** 800/25
**7th [3]** 785/14 834/15
863/21

**8**

**8.8 [2]** 732/22 733/5
**84 [3]** 786/19 786/22
786/24
**8th [1]** 833/13

**9**

**97 [1]** 834/20

**A**

**ability [12]** 739/17
784/17 785/3 799/6
800/25 806/12 809/9
809/14 811/4 813/5
818/22 829/5
**able [14]** 733/14 763/2
771/14 771/17 780/21
802/1 813/9 823/20
832/6 835/20 840/8
840/19 840/25 847/13
**abolished [1]** 779/17
**about [160]**
**above [3]** 736/10
798/19 866/5
**above-entitled [1]**
866/5
**ABS [3]** 723/20 723/23
794/15
**absence [1]** 736/18
**absent [1]** 728/9
**absolutely [2]** 853/22
853/25
**absorbed [1]** 758/5
**acceptable [1]** 861/4
**accomplish [2]** 774/25
781/20
**accomplished [1]**
850/4
**according [1]** 792/2
**Accordingly [1]**
838/14
**account [3]** 737/22
752/22 807/1
**Accountability [1]**
766/19
**accountant [1]** 828/11
**accounting [6]** 757/8

**accounting... [5]**
758/23 766/18 798/14
828/4 828/8
**accrue [1]** 811/17
**accurate [7]** 725/1
725/4 725/18 725/25
726/13 745/10 833/20
**accurately [1]** 759/8
**achieve [1]** 723/3
**achieved [1]** 723/1
**acknowledge [1]**
836/23
**acronym [1]** 767/7
**across [2]** 784/23
828/6
**act [5]** 777/8 781/17
781/20 783/2 789/24
**Acting [15]** 740/5
741/9 741/18 764/21
765/1 767/13 773/23
774/1 792/13 807/9
842/10 842/23 842/24
845/15 854/1
**action [6]** 719/2 719/9
719/10 837/8 857/16
857/20
**active [1]** 850/12
**actively [1]** 733/19
**activities [7]** 843/20
843/21 843/24 844/3
854/9 854/12 854/17
**activity [1]** 772/8
**actual [3]** 737/1
760/23 803/20
**actually [33]** 728/20
737/18 737/20 743/19
746/17 751/22 765/21
777/9 778/5 778/15
778/16 779/5 780/9
780/19 782/7 782/14
784/5 785/3 785/19
791/24 795/24 802/3
815/15 816/8 825/10
837/13 838/8 839/10
846/22 848/17 849/5
855/23 864/6
**ADAM [1]** 720/4
**add [1]** 758/22
**add-on [1]** 758/22
**added [1]** 811/17
**addition [2]** 780/22
835/11
**additional [5]** 772/17

838/15
**address [5]** 743/14
743/18 857/14 858/10
861/22
**addressed [1]** 861/10
**adds [1]** 835/22
**adjust [1]** 807/18
**adjusted [1]** 780/18
**Administration [6]**
733/18 757/16 767/6
848/6 848/8 850/12
**Administration's [1]**
858/7
**administrations [1]**
766/6
**admission [1]** 729/5
**adverse [1]** 814/14
**adversely [1]** 818/22
**advise [1]** 837/5
**affairs [2]** 773/22
773/25
**affect [5]** 753/9 781/6
792/24 818/22 825/22
**affected [1]** 825/23
**afraid [1]** 840/2
**after [13]** 761/5 761/7
763/11 778/19 780/19
786/10 793/9 804/20
806/10 817/11 818/6
821/22 861/24
**afternoon [8]** 719/12
722/11 754/17 763/15
763/19 763/20 851/7
861/10
**afterwards [2]** 830/3
830/4
**again [18]** 732/9
732/11 732/19 736/22
738/1 740/23 744/1
753/16 754/17 764/20
767/8 775/19 775/24
780/16 803/5 809/11
823/18 851/1
**agencies [1]** 765/16
**agency [26]** 719/6
720/8 757/16 757/17
757/19 758/4 758/5
758/18 765/2 777/8
777/10 777/11 777/15
777/18 779/14 779/15
779/18 779/25 781/24
790/1 790/2 790/4
790/5 790/11 807/10

**ago [3]** 803/3 851/16
854/18
**agree [16]** 728/6
730/18 736/11 736/14
737/10 739/12 743/9
745/3 752/20 756/4
756/6 756/9 775/12
775/21 853/6 864/20
**agreed [5]** 748/21
756/11 806/25 859/11
862/8
**agreeing [1]** 755/11
**agreement [26]** 719/10
749/3 749/10 749/25
750/3 750/6 750/21
752/9 756/20 760/20
761/2 782/23 789/13
796/15 796/18 797/6
797/9 800/14 803/13
812/24 832/12 835/3
835/12 837/4 862/15
863/13
**ahead [5]** 745/5
788/10 825/21 836/9
860/7
**aided [1]** 720/25
**al [3]** 719/2 719/2
719/6
**alarmed [1]** 805/15
**all [73]** 722/7 727/24
732/25 733/13 741/5
746/13 747/4 747/12
747/17 755/19 758/25
762/15 763/5 763/7
766/9 768/22 770/7
774/20 776/3 779/19
780/5 782/8 784/6
785/7 789/19 795/7
795/10 796/21 799/15
800/4 800/17 806/6
807/25 816/19 818/20
819/22 825/15 825/17
826/15 826/25 828/6
828/21 832/13 833/21
841/24 845/2 845/8
845/16 850/3 850/21
851/22 852/5 853/1
854/7 855/15 858/18
859/9 859/14 859/24
860/6 860/12 861/20
862/1 862/5 862/7
862/7 862/8 862/14
862/18 862/22 862/23

**allow [4]** 733/13
789/13 799/9 857/15
**allowance [1]** 734/19
**allowed [8]** 751/3
751/4 751/4 751/9
759/21 799/1 799/16
852/13
**allowing [2]** 736/17
845/3
**allows [1]** 747/22
**almost [1]** 784/8
**along [4]** 744/12
754/24 779/22 822/25
**already [12]** 723/9
723/10 738/24 758/12
767/16 787/11 805/10
813/7 820/7 827/13
841/6 858/9
**also [24]** 722/21
722/25 726/18 734/6
735/2 738/18 740/11
751/25 752/4 758/5
764/12 774/24 777/12
790/15 813/14 815/13
819/10 821/8 824/12
826/12 826/12 832/10
840/5 847/19
**alter [1]** 756/11
**alternative [3]** 743/1
751/17 752/18
**although [3]** 831/18
831/24 835/6
**always [1]** 862/4
**am [15]** 733/12 736/6
739/6 749/7 758/16
763/25 764/11 764/12
827/5 843/9 856/13
857/24 858/11 859/1
859/8
**amended [2]** 804/16
841/6
**amending [2]** 753/25
754/11
**amendment [55]**
736/19 736/19 736/20
743/13 754/5 754/6
754/20 754/24 755/7
756/24 804/18 804/19
804/24 805/1 805/1
805/4 806/6 806/7
806/8 806/9 806/10
806/17 806/18 806/25
807/4 807/4 807/7

**A**

**amendment... [28]**
807/9 807/12 808/12
808/19 809/4 809/6
809/7 809/12 819/24
820/1 820/9 820/12
820/19 820/19 821/5
825/22 827/4 833/24
839/1 839/2 839/3
839/5 840/21 840/24
841/3 841/7 841/7
859/11
**America [1]** 784/6
**American [4]** 766/5
776/8 837/20 838/16
**Americas [1]** 720/6
**Among [2]** 808/8
821/6
**amongst [1]** 758/17
**amount [17]** 749/14
749/20 750/10 750/25
751/5 801/9 802/2
802/8 802/10 808/22
811/18 814/17 814/21
814/22 821/19 821/22
837/1
**analogize [1]** 750/9
**analysis [4]** 752/20
752/23 807/12 820/16
**analyzing [1]** 753/11
**announced [3]** 722/17
741/10 746/2
**announcement [3]**
787/17 789/11 790/23
**announcing [1]**
822/20
**annual [13]** 753/7
808/9 810/12 811/6
811/19 812/12 812/17
812/18 813/8 819/9
832/2 832/20 835/9
**annualized [1]** 801/8
**annually [1]** 811/17
**another [8]** 743/1
758/4 758/5 784/5
807/20 854/24 856/16
856/17
**answer [12]** 727/15
737/8 737/12 737/12
744/22 755/12 775/17
790/22 791/6 791/18
791/23 827/16
**answering [3]** 773/21
781/21 849/7

**answers [5]** 727/3
734/2 849/16 853/5
856/25
**anticipate [1]** 861/24
**anticipated [4]** 746/7
782/1 812/12 814/22
**anxiety [2]** 780/12
784/10
**any [37]** 729/24 730/20
737/17 743/13 751/15
755/9 759/11 759/17
759/21 760/22 762/25
765/3 765/20 765/24
771/2 774/11 775/1
787/7 788/25 789/7
789/7 793/23 795/18
796/16 798/13 800/20
800/22 807/1 807/11
814/21 821/23 821/23
844/2 857/23 861/24
862/5 863/25
**anyone [5]** 750/25
752/19 752/22 771/1
859/23
**anyone's [1]** 725/12
**anything [9]** 759/17
770/25 803/9 818/5
823/12 854/2 862/2
862/3 862/23
**anywhere [1]** 765/25
**apologies [1]** 834/24
**apologize [2]** 744/7
755/19 775/18 804/21
815/19 830/25 839/12
**appearance [1]** 764/8
**appearances [3]**
719/15 719/25 845/20
**appeared [1]** 844/22
**applies [1]** 768/19
**appoint [3]** 782/4
782/5 789/5
**appointing [2]** 727/16
791/7
**appointment [2]**
785/21 785/25
**appreciate [1]** 764/11
**approach [5]** 752/18
807/19 847/6 854/21
854/23
**approaches [1]** 768/4
**approximately [2]**
759/3 848/21
**April [1]** 765/2
**are [111]** 724/7 727/12

750/19 733/24 736/4
736/8 736/9 737/16
738/9 739/2 739/24
742/8 742/9 742/12
742/17 742/20 746/3
746/5 746/9 749/2
751/4 759/2 760/3
762/12 764/5 764/25
765/3 765/4 769/16
769/23 769/25 770/8
771/7 773/11 773/14
773/18 775/1 780/25
780/25 784/21 788/16
788/16 788/17 791/5
791/16 792/4 796/21
806/20 806/24 808/8
808/10 811/21 813/10
813/18 815/2 815/9
818/8 818/21 818/25
819/1 822/16 823/19
824/24 825/5 825/5
825/6 825/6 825/7
828/19 835/11 838/4
843/18 844/3 846/2
846/4 846/8 846/9
846/10 846/12 846/12
849/24 850/12 850/15
850/21 850/24 851/3
851/6 852/18 852/23
853/2 854/5 854/16
855/5 856/18 856/20
857/22 857/25 857/25
858/4 858/14 859/4
860/8 860/13 861/8
862/1 862/7 862/13
862/14 862/15 862/16
862/22
**aren't [1]** 771/13
**argued [1]** 854/20
**Arnold [1]** 720/10
**around [2]** 815/6 829/2
**arrangement [1]** 801/4
**arrangements [2]**
782/17 782/22
**array [2]** 737/20
737/21
**arrived [1]** 758/25
**as [114]** 723/7 724/22
725/14 730/4 730/23
730/24 732/12 732/25
732/25 733/3 734/2
736/3 736/23 737/8
739/3 740/12 740/12
741/9 741/9 741/18

750/9 750/19 750/21
753/6 754/21 756/19
756/19 756/20 756/20
762/4 762/19 763/1
763/1 763/9 764/2
764/5 768/16 770/15
772/24 775/11 775/20
776/1 777/8 777/16
779/15 779/23 781/6
782/21 782/24 783/5
783/22 784/16 785/2
786/15 787/2 788/1
789/4 789/13 789/17
789/19 789/19 790/4
790/7 790/12 790/12
790/14 790/23 793/11
794/20 796/6 796/13
797/1 798/25 800/12
800/17 800/18 802/5
802/10 807/23 807/23
813/4 813/11 814/18
815/12 817/9 817/22
818/23 824/10 827/9
830/8 831/14 835/17
838/5 841/8 842/23
842/24 843/5 846/1
846/7 846/24 847/24
848/7 848/21 850/19
853/4 853/17 854/1
854/18 856/8 856/20
856/24 857/20 861/21
861/23
**ASIM [1]** 720/8
**ask [27]** 726/18 739/10
743/5 746/13 748/4
748/4 748/25 752/19
752/22 755/22 759/2
764/12 764/14 764/15
765/17 767/15 767/19
772/3 775/19 777/20
786/15 799/21 810/16
831/22 847/20 854/24
858/15
**asked [9]** 744/25
764/13 764/16 790/25
803/23 820/11 827/17
850/14 850/14
**asking [3]** 741/23
773/20 818/11
**aspects [1]** 748/15
**asset [5]** 723/24
734/20 776/7 794/15
794/16
**asset-backed [3]**

871

**A**

**asset-backed... [3]**
723/24 794/15 794/16
**assets [12]** 722/19
727/17 728/1 728/4
729/20 733/4 733/6
736/14 789/6 800/2
800/5 801/13
**assistance [3]** 752/14
854/15 854/21
**assisting [1]** 854/1
**associate [1]** 786/3
**Association [1]**
720/15
**assume [4]** 742/24
748/22 759/8 788/21
**assuming [1]** 737/16
**assumptions [2]**
788/15 823/11
**assurance [1]** 861/19
**attached [1]** 724/9
**attempt [1]** 743/19
**attention [4]** 738/5
747/1 751/14 822/24
**audience [1]** 860/6
**August [7]** 734/4
820/10 820/20 826/19
833/3 833/13 834/15
**authorities [1]** 782/4
**authority [12]** 725/21
726/12 781/25 782/5
782/11 782/13 782/13
785/9 785/11 789/5
789/9 806/13
**authorized [3]** 789/15
789/18 796/25
**availability [1]** 854/9
**available [8]** 733/9
749/21 772/25 773/8
775/1 805/24 837/23
847/16
**Avenue [6]** 719/19
719/24 720/6 720/10
720/13 720/21
**avoid [2]** 811/22
811/23
**Awaa [1]** 828/5
**aware [18]** 734/6
734/18 734/21 735/2
735/3 735/11 736/2
737/6 749/7 749/10
758/15 759/1 759/2
759/20 764/2 764/9
764/12 798/1

**away [7]** 728/2 737/16
755/11 756/9 761/7
799/7 852/2

**B**

**baby [1]** 799/21
**baby-step [1]** 799/21
**Bachelors [1]** 765/12
**back [51]** 722/22
736/22 739/8 746/21
750/23 751/7 751/20
756/25 764/6 773/10
776/21 778/7 780/15
784/8 788/5 793/2
795/19 796/5 796/23
799/3 799/8 799/17
799/19 800/19 802/8
808/11 809/19 822/1
823/15 824/15 832/13
832/22 838/6 839/10
841/15 845/1 860/5
861/2 861/4 862/14
862/15 862/16 862/17
862/19 862/20 862/24
862/24 863/11 863/14
864/10 864/18
**backed [13]** 723/24
770/8 770/14 770/15
771/8 772/8 794/15
794/16 796/14 799/2
846/19 847/8 852/20
**background [3]**
764/20 765/8 765/10
**backing [1]** 843/17
**backstop [2]** 749/10
749/11
**backwards [2]** 765/7
839/13
**bad [11]** 747/18
776/15 776/16 776/20
788/21 793/13 793/14
807/21 821/14 821/14
824/21
**balance [10]** 728/14
729/17 732/9 732/11
732/12 796/12 798/10
800/2 844/22 848/7
**balanced [1]** 854/21
**ball [8]** 734/11 737/2
741/24 742/1 742/2
742/3 742/3 742/24
**bank [9]** 772/12
772/12 772/13 772/16
772/16 772/18 783/18

**banking [1]** 848/11
**bankrupt [1]** 784/2
**bankruptcy [3]** 720/21
783/23 783/24
**banks [6]** 762/3
762/17 783/13 783/18
784/2 848/18
**BARNES [1]** 719/18
**BARRY [1]** 720/2
**base [1]** 824/20
**based [11]** 752/20
758/23 776/3 802/2
802/7 802/9 808/20
812/16 829/21 832/25
833/5
**basic [1]** 768/3
**basically [6]** 807/19
821/5 824/20 848/7
848/10 852/24
**basing [1]** 737/18
**basis [2]** 784/20 811/9
**be [120]** 722/6 723/1
723/2 723/6 725/13
725/25 733/14 736/4
736/16 737/19 740/15
741/6 741/17 742/13
742/20 743/24 744/10
745/15 745/19 748/22
749/14 750/25 751/17
752/16 755/8 756/22
759/5 759/6 762/16
762/21 763/1 763/2
763/7 774/8 774/21
774/21 774/23 777/10
777/12 778/10 780/21
782/14 782/16 784/5
784/23 788/13 789/5
792/12 794/4 794/8
798/18 800/22 801/23
802/1 802/10 804/25
805/14 805/16 805/20
806/24 807/15 807/17
808/12 810/23 811/5
811/17 812/12 814/18
821/23 823/20 824/25
825/9 825/9 825/12
825/13 825/16 826/11
826/14 832/6 832/16
833/19 835/18 835/18
835/20 839/8 840/8
840/11 840/15 840/18
840/25 840/25 841/3
841/9 844/1 846/2

**banking [1]** 848/11
847/18 849/25 851/17
853/1 854/25 855/2
855/5 857/6 857/20
857/23 858/11 858/16
859/6 860/5 860/6
860/11 861/4 862/18
863/15 863/25 864/13
864/20
**Bear [1]** 783/6
**bears [1]** 771/17
**beautifully [1]** 730/23
**became [10]** 759/19
767/10 767/13 773/23
777/14 782/22 786/16
792/13 820/22 845/15
**because [49]** 730/9
736/13 738/7 738/10
739/10 742/23 743/23
744/24 745/1 745/14
746/8 747/2 751/23
754/23 755/10 759/5
763/2 766/4 770/18
772/20 773/1 778/15
780/14 781/6 781/25
787/11 790/4 798/25
799/12 799/14 801/22
803/5 803/7 805/8
807/15 807/22 811/5
811/23 817/21 818/21
821/22 841/8 843/25
845/25 847/15 849/6
858/7 858/10 862/20
**become [8]** 735/2
735/23 756/14 783/4
805/15 809/2 809/3
821/21
**been [42]** 725/1
730/23 730/24 731/20
733/22 735/14 735/16
736/12 736/18 737/11
738/12 751/20 752/8
755/21 761/15 765/4
775/11 778/12 781/21
782/24 796/11 801/9
801/9 802/3 804/6
805/8 806/15 813/9
814/18 817/9 828/1
829/18 831/13 831/13
833/18 839/7 842/10
842/23 844/24 855/14
861/17 863/5
**before [31]** 719/13
727/6 741/15 744/20

**B**

**before... [27]** 748/16 748/19 750/25 752/20 753/7 754/5 757/8 758/25 763/21 769/8 774/5 775/23 780/1 783/12 793/10 793/15 800/20 816/15 817/3 820/20 820/21 822/17 833/23 845/20 853/4 859/10 862/23
**began [9]** 722/12 722/16 722/16 733/10 734/16 765/19 778/1 820/24 821/5
**begin [2]** 784/14 837/1
**beginning [3]** 733/3 783/4 856/5
**begins [6]** 810/19 814/3 823/8 837/12 844/9 844/10
**behalf [3]** 753/12 802/25 820/2
**being [26]** 734/6 735/15 746/7 762/16 763/24 771/17 773/8 779/2 789/23 792/23 793/6 795/10 799/20 807/22 821/7 824/17 824/23 841/12 844/3 847/8 847/13 848/19 850/13 850/14 851/22 860/24
**belabor [1]** 767/18
**belief [9]** 758/17 762/11 837/17 840/9 840/9 840/11 840/14 840/15 840/19
**believe [36]** 723/6 723/8 724/17 725/1 725/4 725/25 726/18 731/9 732/1 735/14 735/22 736/15 736/23 743/3 748/6 749/7 752/9 766/3 768/19 778/22 780/1 785/19 786/20 790/25 805/5 815/4 815/9 821/8 824/11 828/10 829/7 829/17 830/15 848/21 854/19 855/7
**believed [1]** 855/20
**believes [1]** 838/14
**benefit [5]** 734/3

738/18 856/7 816/22 856/19
**benefits [2]** 774/25 775/1
**Benson [8]** 735/12 735/12 742/19 829/22 830/10 831/14 831/14 831/14
**Benson's [1]** 829/11
**Berger [1]** 720/5
**BERGMAN [1]** 720/9
**Bernanke [1]** 785/20
**Bernstein [1]** 720/5
**besides [1]** 781/23
**best [15]** 752/21 755/4 789/25 790/1 790/2 790/3 790/5 790/6 790/11 790/11 794/4 794/5 794/8 851/11 864/15
**better [12]** 736/12 736/13 737/11 747/16 751/21 755/22 756/3 828/18 847/5 853/18 854/21 855/20
**between [16]** 765/17 773/12 776/9 776/11 776/15 782/17 788/25 800/4 807/3 810/10 826/19 827/3 827/18 827/20 827/21 840/17
**beyond [1]** 781/8
**big [12]** 743/16 746/24 746/24 747/5 750/14 773/11 773/14 773/17 778/5 797/18 797/24 798/2
**bigger [2]** 772/21 772/22
**Bill [1]** 777/7
**billion [38]** 730/16 730/20 730/25 731/5 731/15 731/22 732/23 733/5 734/21 737/4 737/6 747/6 759/3 796/19 797/13 797/14 797/16 798/2 798/5 798/6 800/12 800/16 803/8 805/2 805/3 805/15 805/25 805/25 806/3 806/19 808/15 810/22 812/17 825/10 856/14 856/16 856/17 856/18

**billions [2]** 736/21 770/20
**bills [2]** 761/21 858/9
**binder [10]** 723/6 724/6 726/19 728/16 728/18 728/21 728/22 734/25 744/3 760/1
**binders [1]** 728/20
**bit [10]** 736/8 756/25 759/7 763/24 767/16 769/7 777/19 786/15 842/19 842/21
**bits [1]** 741/2
**blow [7]** 810/17 812/8 813/20 816/6 816/9 816/9 816/10
**Boards [1]** 785/20
**Boies [1]** 719/24
**bond [1]** 799/11
**bondholders [1]** 803/4
**bonds [3]** 784/21 799/3 799/8
**book [1]** 807/21
**borrow [5]** 750/1 785/3 785/7 799/6 801/24 805/12
**borrower [5]** 768/4 768/7 771/2 772/12 780/18
**borrowers [6]** 771/1 780/20 780/22 852/19 854/2 854/15
**borrowing [3]** 784/21 784/23 784/25
**both [23]** 736/20 744/13 746/1 755/5 758/8 758/18 766/13 766/14 768/11 775/14 775/25 776/7 781/21 784/15 785/1 823/11 843/25 847/13 854/21 859/2 859/3 862/18 862/23
**bottom [11]** 727/11 729/23 730/1 769/24 770/1 791/1 806/24 812/19 816/6 816/20 819/17
**bought [1]** 800/8
**bound [1]** 722/3
**box [2]** 816/6 817/3 819/17
**break [1]** 839/18
**breaking [1]** 858/17

**BRIAN [1]** 719/18
**brief [2]** 769/6 769/8
**briefly [14]** 764/20 765/9 765/15 767/25 768/1 770/7 774/7 775/24 788/6 821/12 824/17 835/25 842/6 858/24
**bring [1]** 798/18
**bringing [1]** 722/22
**broad [2]** 725/21 793/25
**broader [10]** 776/5 781/6 781/8 781/24 783/1 784/11 792/25 792/25 793/23 794/9
**broke [1]** 767/7
**brought [1]** 751/14
**build [6]** 847/10 847/15 847/17 851/14 851/14 851/14
**building [2]** 847/12 855/24
**built [1]** 733/1
**bullet [5]** 753/21 753/21 824/16 824/18 858/23
**bullets [2]** 818/7 818/9
**bunch [2]** 727/3 761/4
**bundle [1]** 770/12
**bundled [1]** 769/15
**Bush [2]** 766/10 766/11
**business [19]** 722/23 725/15 739/25 772/8 774/21 774/22 774/22 795/11 796/5 799/4 799/10 843/20 843/20 844/2 844/3 852/9 852/10 852/18 852/18
**buy [5]** 751/7 770/12 799/23 800/25 846/20
**buyer [2]** 769/19 769/20
**buyers [1]** 773/6
**buying [3]** 770/22 799/8 803/4

**C**

**calculated [4]** 839/8 839/8 840/11 840/12
**calculation [2]** 808/20 808/21
**calendar [2]** 815/17

**C**

calendar... **[1]** 819/10
call **[5]** 764/6 769/4
771/6 791/11 798/11
called **[17]** 757/20
757/23 761/6 763/24
766/17 766/18 768/5
770/14 778/3 779/5
800/25 804/23 810/10
824/8 829/11 829/23
857/6
came **[12]** 751/18
761/18 767/12 778/10
779/2 779/3 786/20
793/5 794/6 797/21
804/15 806/10
can **[85]** 722/5 723/11
726/18 731/23 738/1
738/2 742/11 744/17
751/7 753/15 753/16
763/1 765/11 765/15
767/20 767/23 767/25
768/1 769/8 770/7
772/2 772/15 774/7
774/12 774/21 778/7
783/1 783/22 784/1
784/18 787/8 788/5
790/17 791/4 791/14
792/1 797/8 801/2
809/20 812/7 814/24
815/3 816/5 816/18
819/22 821/12 821/12
822/8 823/22 824/17
826/5 831/21 832/22
834/11 834/25 834/25
839/18 839/25 842/1
842/4 842/6 842/7
842/19 842/19 842/20
845/11 845/18 845/18
845/24 846/16 849/9
851/5 851/9 855/15
858/2 858/15 858/16
858/24 860/4 860/6
860/25 861/3 861/21
863/2 863/13
can't **[8]** 750/7 752/2
754/24 766/4 771/20
774/21 810/17 858/12
cannot **[1]** 857/23
cap **[5]** 808/15 808/25
825/18 825/22 840/21
capacity **[7]** 782/17
782/18 792/5 792/21
807/23 841/7 856/9

capital **[15]** 735/20
746/21 747/22 749/21
758/19 758/23 761/3
772/9 772/14 797/19
834/21 843/18 845/2
845/3 855/21
Capitol **[1]** 761/23
capped **[3]** 821/7
826/11 841/12
career **[1]** 766/14
careful **[1]** 864/13
carried **[1]** 861/23
carry **[1]** 789/21
carrying **[1]** 779/10
case **[11]** 733/3 735/3
736/18 764/8 764/9
792/24 838/19 859/23
859/23 863/20 863/23
cash **[18]** 749/5 749/9
749/12 749/12 749/13
750/1 750/21 750/24
751/6 751/6 768/3
769/17 772/17 772/19
801/8 802/24 811/8
811/16
catch **[1]** 812/14
caused **[1]** 761/20
CAYNE **[1]** 720/8
ceasing **[1]** 762/16
CEO **[1]** 834/17
certain **[11]** 739/24
741/7 770/11 770/12
774/25 788/13 788/22
807/16 832/16 846/23
851/25
certainly **[5]** 752/1
758/14 770/10 793/25
794/2
certificate **[2]** 761/3
761/4
certify **[1]** 866/4
Chairman **[1]** 785/19
challenge **[1]** 736/15
challenged **[1]** 811/5
chambers **[1]** 861/3
chance **[1]** 807/17
change **[7]** 741/1
793/13 794/3 794/6
827/14 848/20 850/10
changed **[4]** 777/4
807/3 848/21 850/11
changing **[1]** 741/2
characteristics **[2]**
761/17 796/21

characterization **[1]**
754/14
characterize **[3]**
773/13 814/16 814/21
charge **[1]** 795/25
charges **[1]** 789/24
CHARLES **[1]** 719/16
charter **[4]** 770/11
774/12 774/16 774/18
charters **[3]** 762/11
775/5 793/5
chase **[1]** 767/12
cheaper **[1]** 804/13
Check **[1]** 719/21
chief **[8]** 735/23
776/23 777/18 807/7
828/11 831/10 831/12
831/13
CIATTI **[1]** 720/12
Circuit **[3]** 863/20
863/21 863/22
circular **[9]** 738/6
751/11 821/9 821/13
821/15 821/23 821/24
825/24 841/4
civil **[3]** 719/2 719/9
766/14
clarification **[1]** 825/4
CLASS **[2]** 719/10
719/20
clear **[15]** 736/16
737/19 740/8 740/11
744/13 747/15 755/8
755/25 770/3 805/22
818/24 853/5 857/21
863/21 864/21
clearly **[2]** 748/11
864/1
clerk **[3]** 763/9 862/19
862/20
Clinton **[1]** 766/11
clip **[5]** 744/16 744/17
744/19 744/20 745/4
clips **[1]** 744/13
coauthor **[1]** 761/19
code **[1]** 849/24
COLATRIANO **[1]**
719/17
collapse **[3]** 783/6
783/7 784/14
collapsed **[1]** 784/17
colleagues **[4]** 723/17
760/3 794/18 795/8
college **[1]** 765/11

**Collender [1]** 723/16
**COLUMBIA [1]** 719/1
**column [5]** 730/6
816/10 816/12 816/14
816/16
**combination [1]** 764/8
**combined [3]** 798/4
798/6 814/12
**come [11]** 722/5 748/7
771/23 777/3 788/5
791/10 797/15 799/16
806/16 861/2 861/4
**comes [2]** 771/24
845/17
**coming [5]** 780/20
780/25 805/14 821/2
847/7
**Commission [5]** 808/5
817/16 819/8 833/22
834/9
**commitment [103]**
733/9 733/15 736/21
737/13 737/15 749/21
756/12 756/17 756/19
756/20 796/14 796/17
796/19 796/20 797/2
797/4 797/11 797/13
797/20 798/9 798/13
798/17 798/25 799/7
799/12 800/13 800/14
800/18 800/23 801/17
801/20 801/23 801/25
802/3 802/6 802/7
802/13 802/24 803/2
803/6 803/8 803/10
803/12 803/14 803/16
803/18 803/19 805/2
805/7 805/11 805/19
805/25 806/12 806/19
807/1 808/22 808/25
813/15 814/8 814/12
814/17 814/18 814/22
821/7 821/10 821/18
821/19 821/22 821/25
823/13 823/14 823/19
825/11 825/12 826/11
826/14 835/12 835/23
835/25 836/21 836/24
836/25 837/2 837/3
837/7 837/18 837/22
838/15 838/18 841/5
841/8 841/9 841/10
841/12 841/14 844/5
844/25 845/5 854/16

**C**

commitment... [4] 855/14 855/16 856/19 858/1
committed [4] 741/10 799/15 806/4 838/3
common [7] 761/18 761/22 761/23 817/6 817/13 817/24 818/2
communicate [1] 857/12
communicated [1] 824/17
companies [52] 722/22 723/2 728/11 733/7 733/9 733/12 733/16 733/19 734/9 736/13 736/24 741/12 747/23 748/8 749/9 751/24 752/3 755/4 762/6 762/8 762/8 780/2 789/9 789/14 789/25 792/20 796/10 803/11 803/15 805/8 805/21 808/7 818/25 823/19 825/16 842/25 843/4 845/3 846/5 846/10 846/14 847/8 847/13 850/14 854/11 855/15 856/6 856/14 857/22 857/25 858/8 858/12
company [21] 720/12 727/18 728/8 733/1 774/19 785/20 785/21 785/25 789/7 792/5 793/11 794/7 796/20 800/3 800/4 803/17 805/2 805/16 840/16 840/24 855/4
company's [4] 727/17 814/13 823/16 844/16
compare [1] 730/9
compensate [3] 802/15 803/19 837/2
compensated [2] 803/20 853/1
compensates [1] 803/1
compensation [5] 800/20 837/20 837/21 837/21 838/5
competition [1] 855/22

competitive [1] 855/24
competitors [1] 762/8
complicated [1] 804/13
components [1] 739/4
comports [1] 863/9
compound [1] 747/10
comprehensive [5] 831/25 832/1 832/6 835/7 835/8
computer [1] 720/25
computer-aided [1] 720/25
concept [1] 793/2
concern [7] 821/8 825/13 840/20 840/22 840/23 841/8 861/9
concerned [3] 785/4 841/13 862/6
concerns [1] 826/13
concluded [1] 865/1
condition [4] 727/18 821/24 857/21 858/3
conditions [2] 737/17 788/13
confer [1] 822/5
conference [3] 723/23 724/14 724/16
confidence [3] 792/5 792/20 805/18
confident [1] 799/8
confirm [1] 741/3
confirmation [1] 740/25
confirmed [2] 740/9 740/13
confusion [2] 863/15 863/17
Congress [29] 733/18 738/11 738/13 741/15 746/11 752/13 761/15 774/17 774/18 774/19 774/24 778/19 779/4 781/13 841/19 842/9 842/11 843/2 845/8 845/20 847/16 848/13 850/7 850/12 850/15 857/16 858/6 858/9 859/2
congressional [2] 762/20 845/14
conjunction [1] 789/11
connection [2] 774/4

cons [1] 753/11
consent [2] 758/24 804/6
consented [1] 785/21
conservator [20] 725/21 727/16 759/19 782/4 782/6 782/15 785/22 785/22 786/16 789/6 789/24 791/7 794/12 798/16 813/12 818/23 818/24 843/5 846/3 850/19
conservators [1] 786/1
conservatorship [72] 722/12 722/15 722/16 722/18 722/22 723/1 724/20 724/22 725/9 725/13 725/20 726/3 726/6 726/9 726/11 726/15 727/1 727/4 727/12 733/8 733/17 734/16 751/16 759/23 760/13 780/2 782/7 782/14 785/10 787/18 789/1 791/5 791/17 792/2 792/4 792/10 792/13 793/9 793/16 793/19 793/23 794/6 794/8 794/25 795/10 795/16 796/5 796/11 804/20 805/9 805/21 806/23 808/23 813/8 816/15 816/17 817/3 817/11 818/6 821/4 841/21 842/25 843/4 844/2 844/21 846/1 846/11 846/15 850/8 850/23 859/15 859/18
conservatorships [6] 795/3 826/8 842/12 851/18 857/18 859/6
conserve [6] 722/18 727/17 728/3 728/5 728/8 789/6
conserved [1] 733/6
conserving [3] 728/1 733/4 789/25
consider [4] 743/1 751/11 752/7 857/18
considerable [1] 844/16
considered [1] 752/8

consistent [1] 823/10
consolidate [1] 762/25
Constitution [1] 720/21
consumers [1] 773/5
CONT'D [1] 722/9
Contacts [1] 862/4
contemplate [1] 782/16
contemplating [2] 734/23 860/8
context [10] 724/17 726/7 744/13 744/24 758/22 772/2 795/4 798/4 829/21 852/7
continue [12] 747/18 762/9 789/14 792/12 811/8 823/20 835/14 845/3 850/10 854/10 854/17 857/16
continued [4] 720/1 721/4 728/11 837/16
contract [11] 759/21 760/16 760/18 760/25 761/1 851/14 851/19 851/19 851/25 852/6 852/7
contracting [3] 854/25 855/1 855/2
contracts [4] 760/6 760/8 760/11 760/24
contribute [3] 811/7 835/13 835/24
contributed [1] 792/7
contributing [1] 847/12
conversation [2] 820/23 820/24
conversations [1] 741/14
convey [2] 844/18 844/20
convince [1] 797/18
COOPER [2] 719/16 719/18
copies [2] 728/21 845/8
core [4] 843/20 852/18 852/18 854/11
corporate [6] 771/6 774/12 774/16 793/4 831/15 852/21
corporation [6] 771/7 771/7 774/11 775/2

**C**

corporation... [2] 783/25 848/14
corporations [1] 774/11
correct [105] 722/13 722/19 723/17 723/21 724/11 725/18 727/10 728/14 729/3 729/17 729/24 730/4 730/7 730/11 730/16 730/21 730/25 731/2 731/5 731/8 731/13 731/14 731/17 731/19 732/12 732/17 732/20 732/23 733/2 733/22 733/25 734/13 734/16 734/21 735/5 735/13 735/17 735/21 735/24 736/5 737/14 738/20 740/7 740/9 740/10 740/13 740/16 740/19 740/21 740/22 740/24 741/3 742/7 743/2 745/11 745/20 745/23 746/15 747/25 749/22 749/23 750/15 751/8 751/12 755/14 756/2 756/6 756/7 756/10 756/16 756/19 756/23 757/4 757/10 757/11 757/13 757/14 757/17 757/18 757/25 758/4 758/10 758/13 758/16 760/4 760/13 760/17 762/12 762/18 767/14 770/6 771/15 791/19 793/16 795/25 797/23 802/4 806/2 806/4 807/4 817/16 829/16 833/24 837/24 866/4
correctly [3] 793/6 795/5 859/8
cost [1] 785/1
costs [1] 768/6
could [32] 724/3 729/14 734/4 737/21 740/12 741/5 741/17 743/17 751/17 753/4 754/10 761/23 767/8 769/6 775/24 778/10 788/13 793/12 795/2 798/9 801/3 804/5 812/7 835/13 835/18

835/23 849/25 851/18 856/1 856/12 861/21 863/6
couldn't [4] 749/12 751/6 801/23 822/1
counsel [4] 744/4 763/11 813/21 830/24
country [2] 792/20 808/6
Countrywide [1] 783/17
couple [2] 848/13 860/7
course [4] 748/2 748/18 778/8 799/4
court [8] 719/1 720/20 775/15 822/9 839/13 863/6 864/21 866/3
Court's [8] 783/10 787/1 820/6 822/2 822/4 839/23 859/20 863/10
courtroom [3] 722/4 763/6 860/3
covenant [3] 753/24 753/24 754/19
cover [6] 722/3 724/5 736/17 754/22 832/7 832/17
covered [3] 734/14 820/7 826/7
covers [2] 810/7 830/21
CRC [1] 720/20
create [5] 770/13 770/22 772/9 774/18 846/21
created [11] 751/25 758/3 777/8 777/14 778/25 779/18 780/1 789/12 848/4 848/5 848/13
creating [5] 770/22 772/8 781/23 847/5 848/24
credit [10] 739/5 742/17 746/18 746/19 750/14 750/17 852/19 853/2 854/9 855/23
crisis [1] 848/22
critical [3] 787/22 789/8 808/7
cross [3] 721/4 763/12 763/17

Cross-Examination [2] 721/4 763/17
crossing [1] 862/7
crystal [9] 734/11 737/2 741/24 742/1 742/2 742/3 742/3 742/24 863/21
Cts [1] 720/21
curious [1] 778/10
current [3] 730/10 735/13 792/7
cut [1] 736/7
cutting [1] 767/12

**D**

D.C [8] 719/19 719/25 720/11 720/14 720/17 720/22 863/20 863/22
daily [1] 789/8
Dame [1] 765/13
date [16] 756/16 756/18 805/4 808/16 808/18 808/25 820/9 823/1 823/1 832/21 832/23 832/23 833/12 834/12 834/12 866/10
dated [2] 834/14 836/10
Dave [2] 735/25 742/19
DAVID [3] 719/16 720/9 735/12
day [4] 741/16 741/17 859/21 860/20
DC [1] 719/6
de [2] 852/2 855/3
de-risk [1] 852/2
de-risking [1] 855/3
deal [9] 745/14 747/1 749/4 761/22 780/12 807/16 825/13 839/3 861/16
debated [2] 761/15 761/15
debating [1] 733/18
debt [2] 784/20 841/11
December [7] 728/25 806/10 808/12 808/17 808/20 808/25 836/10
decided [1] 847/17
decision [10] 733/12 737/22 741/20 747/21 747/24 779/4 795/20 819/25 833/23 854/20

decision-maker [1] 819/25
decision-making [2] 741/20 795/20
decisions [4] 741/21 765/3 844/5 848/2
deck [3] 724/4 724/8 724/8
declared [2] 783/22 783/24
decline [1] 778/1
declining [1] 841/9
deep [4] 775/8 783/9 783/20 858/14
deeper [1] 751/24
default [1] 771/10
defaults [3] 771/2 780/24 780/25
defendant [5] 720/7 815/20 815/22 815/23 815/24
Defendants [1] 719/7
defense [28] 763/11 764/6 764/9 767/21 786/19 786/21 786/24 809/20 809/25 810/14 812/1 812/2 812/6 816/4 819/15 822/7 822/14 822/17 830/16 831/1 831/7 834/2 834/5 836/18 842/17 849/9 849/10 849/13
deferred [1] 734/20
defined [2] 724/22 852/12
definitely [1] 841/13
Delaware [1] 720/3
deliberations [1] 862/14
delinquencies [1] 788/19
delinquency [1] 778/6
delinquent [2] 771/10 780/14
demand [1] 772/24
DEMARCO [25] 722/9 722/11 723/13 727/21 729/12 734/10 740/1 741/23 749/2 753/24 754/10 763/17 763/19 773/9 796/2 815/12 815/15 822/9 822/16 827/16 834/7 849/4 849/16 858/21 860/4

**D**

**Democrats [1]** 766/12
**demonstrated [1]** 751/23
**demonstrative [6]** 767/20 768/23 862/11 862/12 863/10 863/18
**demonstratives [1]** 864/6
**department [22]** 728/10 738/13 741/15 746/10 752/4 752/12 752/12 752/15 757/6 758/6 766/24 782/10 799/15 800/15 800/24 821/16 824/25 828/4 828/4 828/8 836/11 846/6
**Department's [3]** 752/10 752/11 762/19
**dependent [3]** 823/19 856/21 858/1
**depends [1]** 737/12
**Deposit [1]** 783/25
**deposition [11]** 738/3 739/9 739/9 744/2 744/2 744/6 744/8 745/18 745/24 786/14 786/21
**depository [1]** 783/8
**depth [1]** 785/24
**Deputy [6]** 776/23 777/13 777/16 777/17 786/4 807/8
**describe [2]** 822/9 846/16
**described [5]** 733/3 741/12 768/20 773/22 776/1
**describes [1]** 843/9
**description [6]** 725/2 725/18 726/1 726/14 775/14 775/21
**design [1]** 798/23
**despite [1]** 760/12
**detailed [1]** 748/17
**determination [4]** 758/21 780/2 782/14 785/23
**determine [1]** 859/4
**determined [1]** 846/24
**developed [1]** 748/17
**developing [3]** 746/11 858/9 859/4

**Development [1]** 758/7
**Dharan [1]** 860/18
**did [105]** 722/21 722/25 725/25 728/3 728/22 733/12 735/6 735/8 738/16 738/18 739/21 739/25 741/25 743/13 743/19 744/23 745/3 746/13 746/22 747/14 748/3 748/7 748/21 748/24 749/5 751/13 752/15 752/19 752/22 752/24 753/2 753/14 756/9 757/5 759/7 760/7 760/15 760/22 761/5 761/7 761/8 761/10 761/11 761/14 764/23 765/20 766/12 767/4 767/11 772/6 775/4 777/3 777/6 778/11 781/13 781/15 781/19 782/5 782/6 782/10 782/16 786/16 786/17 789/7 790/12 791/23 792/12 793/6 795/4 795/23 796/2 796/6 796/6 796/7 796/9 797/15 800/12 800/14 801/14 805/7 806/17 806/18 807/5 820/18 821/17 822/23 825/21 826/1 826/4 830/1 832/13 833/17 835/15 840/9 840/13 840/20 850/2 850/22 852/6 853/6 853/14 853/23 854/3 855/7 855/10
**didn't [37]** 728/5 734/3 738/4 738/22 739/20 741/23 742/22 742/23 743/22 745/1 745/13 745/22 746/14 746/25 747/1 747/4 747/12 751/11 752/7 755/10 756/4 756/18 761/18 767/3 778/9 784/5 786/21 801/13 801/15 801/16 807/15 825/23 829/14 830/25 848/20 850/1 853/13
**difference [3]** 800/4 810/10 847/22

**different [20]** 735/9 739/21 741/7 790/9 790/13 793/9 793/10 793/23 796/7 796/8 796/9 796/22 802/20 802/21 810/9 829/17 829/18 856/22 859/16 859/19
**difficulties [2]** 861/12 861/14
**difficulty [3]** 783/9 783/20 843/23
**direct [4]** 721/4 722/9 802/24 822/24
**directed [2]** 789/16 818/23
**direction [3]** 788/22 850/16 850/21
**directly [1]** 792/7
**Director [29]** 740/5 740/6 740/13 740/16 741/9 741/18 764/21 765/1 767/13 773/23 774/1 776/24 777/11 777/16 777/17 785/17 785/18 786/11 786/14 787/17 789/21 792/14 807/8 807/9 842/10 842/23 842/24 845/15 854/1
**directors [4]** 777/13 785/20 786/3 786/5
**directs [1]** 789/20
**disaffirm [1]** 759/21
**disagree [2]** 727/9 864/20
**disagreement [1]** 864/22
**disclosed [1]** 862/2
**disclosure [1]** 808/7
**disclosures [4]** 735/8 815/5 840/7 840/17
**discuss [3]** 738/23 754/7 860/7
**discussed [5]** 738/12 738/14 751/15 789/4 821/6
**discusses [1]** 824/16
**discussing [2]** 743/12 820/19
**discussion [1]** 821/4
**discussions [5]** 739/3 739/6 748/12 828/6 860/25

**disposition [1]** 847/17
**disruptions [1]** 773/7
**DISTRICT [4]** 719/1 719/1 719/13 720/21
**diverted [1]** 746/21
**dividend [59]** 734/12 734/13 736/10 736/21 736/25 737/1 748/23 749/6 750/1 750/7 750/21 751/6 752/3 752/17 756/11 800/21 801/4 801/8 801/10 801/14 801/19 801/20 802/1 802/9 802/19 802/25 803/20 809/10 809/15 810/22 811/4 811/15 811/16 811/17 812/8 812/12 812/17 813/5 813/7 814/4 814/6 814/11 821/16 821/17 821/20 832/2 832/7 832/10 832/18 832/20 835/4 835/19 835/21 840/9 840/19 841/1 841/2 856/10 858/5
**dividends [8]** 737/3 759/17 811/9 811/19 811/24 812/25 829/5 835/9
**divisions [1]** 777/17
**do [128]** 723/14 724/20 724/21 724/24 725/1 725/4 725/16 725/23 726/4 727/1 727/4 727/12 727/18 727/22 728/18 728/23 730/2 736/12 737/11 739/9 743/22 746/12 747/24 750/7 752/19 753/25 754/7 754/22 755/11 757/1 759/10 759/14 760/7 762/24 764/17 764/18 766/4 767/8 768/19 770/17 770/24 772/3 772/5 772/21 773/16 774/23 782/10 787/5 789/16 790/3 790/19 790/20 791/2 791/3 791/7 791/14 792/16 795/18 798/14 799/11 799/22 801/15 803/24 803/25 804/1 810/3 810/19

**D**

do... **[61]** 810/21 811/15 811/20 811/21 813/14 813/16 814/2 814/2 814/5 814/8 814/17 814/20 815/12 815/15 816/22 817/2 818/8 818/9 818/10 818/19 818/23 820/18 821/17 822/10 823/5 823/23 824/3 824/4 824/7 828/10 828/12 828/15 831/17 831/18 831/25 832/18 836/4 836/5 841/21 841/25 843/10 843/12 844/9 844/12 846/24 847/4 847/21 849/1 849/17 851/9 851/11 852/7 852/8 852/20 852/22 853/13 856/5 858/9 858/11 860/16 864/15

doc **[1]** 822/23

document **[18]** 724/3 729/12 735/11 753/10 753/14 790/19 794/13 822/24 823/1 823/1 824/2 825/25 839/10 849/6 849/20 850/3 858/17 858/21

documents **[8]** 734/25 736/3 736/9 738/2 742/12 795/8 795/9 808/10

does **[48]** 727/23 750/4 750/5 750/6 769/2 769/3 771/20 771/23 773/3 787/21 790/2 791/23 809/2 809/3 809/5 810/25 811/3 811/3 811/10 811/12 811/14 812/11 812/19 812/22 814/11 814/12 814/16 814/16 814/21 817/5 817/8 817/11 817/18 818/5 818/22 823/7 823/12 823/24 835/13 837/25 837/25 838/11 838/11 846/22 853/20 853/22 857/2 858/11

doesn't **[7]** 727/21 750/3 770/25 797/24 863/10 863/14 863/18

doing **[17]** 734/5 774/19 776/22 779/11 788/16 801/17 834/24 843/5 843/10 846/4 847/6 847/7 850/8 852/9 853/3 855/18 858/11

dollars **[3]** 733/5 773/16 800/16

domain **[1]** 738/10

domestic **[1]** 836/13

dominant **[1]** 851/20

dominate **[2]** 741/20 741/22

Don **[1]** 834/17

Don Layton **[1]** 834/17

don't **[51]** 723/8 728/7 731/9 746/16 748/6 749/25 750/2 750/13 750/16 751/20 751/22 752/7 753/16 759/5 759/16 765/10 767/18 770/18 778/23 787/5 787/7 791/11 795/19 799/13 803/6 804/14 807/21 815/15 827/14 829/14 839/25 841/1 853/9 858/1 858/12 859/22 859/23 859/24 861/23 861/25 862/7 862/9 862/12 862/13 862/14 862/16 862/23 863/15 863/17 863/25 864/17

Donald **[1]** 834/17

done **[8]** 753/7 754/6 764/14 799/3 801/23 804/6 857/6 858/16

down **[37]** 732/15 733/19 733/22 742/17 743/24 745/2 745/16 745/19 746/3 746/10 746/14 747/3 747/12 747/14 748/1 749/22 750/2 750/14 751/7 753/22 766/9 767/7 768/7 768/8 780/20 780/25 781/5 788/16 788/17 804/4 804/9 819/22 825/7 829/15 841/4 858/8 860/4

downsides **[1]** 746/1

drafted **[1]** 850/22

draw **[14]** 738/6 750/2

750/13 781/17 798/9 800/18 801/25 802/23 821/13 821/15 821/18 821/24 823/17 841/4

drawing **[4]** 752/16 801/17 801/19 801/23

drawn **[6]** 796/16 800/22 801/9 801/9 824/25 825/14

draws **[27]** 753/9 805/10 805/14 806/15 806/24 812/20 812/20 812/23 821/9 821/23 822/21 823/9 823/15 823/20 824/17 824/22 825/24 832/12 835/2 835/5 835/13 841/4 841/13 844/17 844/25 846/5 857/21

drew **[1]** 825/10

drill **[1]** 764/9

drive **[2]** 832/11 835/5

driven **[2]** 825/5 825/7

drove **[1]** 798/15

due **[4]** 771/5 801/10 810/23 837/16

duration **[5]** 724/24 725/7 725/8 756/17 839/6

during **[11]** 728/8 733/7 748/18 751/15 764/4 766/6 766/14 773/25 777/21 784/7 816/17

duty **[1]** 789/17

DX **[17]** 813/24 813/25 815/10 815/11 815/18 819/5 819/12 822/11 834/1 836/2 836/15 839/13 839/15 839/25 842/4 842/13 842/14

DX-136 **[2]** 819/5 819/12

DX-137 **[2]** 815/10 815/11

DX-188 **[1]** 815/18

DX-219 **[3]** 842/4 842/13 842/14

DX-272 **[2]** 836/2 836/15

DX-346 **[1]** 822/11

DX-381 **[2]** 839/13 839/15

DX-412 **[1]** 839/25

DX-47 **[1]** 834/1

**E**

each **[15]** 777/13 785/20 785/21 785/24 786/1 796/20 806/1 806/1 806/19 825/1 844/15 861/9 861/10 861/12 861/13

earlier **[9]** 783/6 789/4 799/5 800/24 810/9 846/18 850/6 852/11 861/4

early **[5]** 748/19 826/2 842/8 846/2 846/2

earn **[2]** 832/17 835/20

earned **[1]** 835/19

earnings **[9]** 736/4 812/13 812/18 831/25 835/7 838/4 840/15 841/2 858/5

easier **[2]** 729/15 744/10

East **[2]** 723/21 723/23

economic **[11]** 757/20 777/7 781/17 781/20 782/2 788/12 788/13 788/21 788/22 803/17 844/19

economically **[1]** 734/7

economics **[4]** 757/4 765/12 765/13 765/18

economist **[1]** 766/17

economy **[8]** 776/5 776/6 776/12 776/17 776/20 783/2 784/11 792/25

editorial **[1]** 823/22

educational **[1]** 765/10

EDWARD **[2]** 722/9 763/17

effect **[4]** 731/10 731/11 760/12 781/1

effective **[1]** 847/3

efficient **[2]** 763/1 847/14

effort **[2]** 743/13 753/2

eight **[3]** 736/3 742/19 806/9

Eisenhofer **[1]** 720/2

either **[6]** 762/1 773/16 823/23 827/19 861/25 864/19

# E

**elaborate [4]** 807/11 842/19 842/20 858/24
**elements [3]** 748/13 761/20 761/22
**eliminate [1]** 762/1
**else [11]** 751/1 769/3 777/4 777/5 802/14 802/17 818/10 819/2 824/13 833/18 854/2
**elsewhere [1]** 808/24
**email [6]** 723/13 723/19 724/5 724/9 794/17 826/4
**embarrassed [1]** 766/5
**emerges [1]** 792/23
**emerging [1]** 758/14
**employees [1]** 850/17
**employer [1]** 861/21
**employers [5]** 861/9 861/11 861/16 861/16 861/23
**employment [3]** 765/20 765/22 765/25
**enact [1]** 761/23
**enacted [1]** 778/21
**end [35]** 730/13 730/15 731/2 731/4 732/13 732/19 732/22 743/15 744/16 752/23 755/3 756/16 762/4 765/2 776/10 777/6 798/14 806/11 806/14 807/22 821/7 821/23 824/22 825/10 826/1 826/11 831/21 844/1 844/2 845/16 856/20 859/5 859/15 859/18 863/16
**ended [14]** 747/5 755/5 755/6 755/8 755/9 755/14 755/24 755/25 756/1 756/8 757/16 765/24 795/16 801/16
**ending [5]** 728/24 796/5 810/8 830/20 833/5
**ends [1]** 807/21
**enhance [2]** 792/5 851/17
**enhanced [1]** 736/23
**enough [10]** 748/23

749/5 749/25 767/23 798/23 801/13 805/16 807/17 832/17 841/9
**ensure [2]** 743/17 775/8
**ensuring [3]** 733/6 838/3 852/24
**enter [1]** 833/24
**entered [1]** 722/4
**entering [1]** 753/11
**enterprise [6]** 757/22 757/23 762/17 767/9 776/24 779/1
**Enterprise's [1]** 851/19
**enterprises [10]** 762/5 774/4 774/9 774/16 774/25 778/21 789/2 823/11 838/4 843/14
**entire [2]** 732/2 773/25
**entirely [2]** 856/21 857/25
**entities [1]** 784/2
**entitled [3]** 724/19 767/25 866/5
**entity [2]** 725/15 747/21
**envelope [1]** 852/10
**environment [1]** 734/7
**equity [13]** 729/24 730/2 732/15 733/8 796/13 798/10 799/20 799/22 805/11 844/16 844/22 844/23 856/15
**ERIC [1]** 719/20
**essence [1]** 788/20
**essential [2]** 728/10 733/16
**establishment [1]** 844/10
**estimate [3]** 753/3 753/3 807/24
**et [3]** 719/2 719/2 719/6
**evaluation [1]** 734/19
**even [16]** 748/17 751/23 752/7 793/15 801/24 805/8 806/22 810/17 811/24 813/10 824/8 835/24 840/10 843/13 843/24 855/7
**evening [1]** 860/25
**event [1]** 862/5
**events [1]** 781/1

**eventually [1]** 750/23
**ever [14]** 741/5 741/5 741/6 743/13 743/19 746/13 748/3 748/7 752/19 752/22 753/2 753/14 839/8 840/11
**every [9]** 728/8 741/16 746/23 801/6 838/24 838/25 843/11 845/10 845/23
**everyone [1]** 834/24
**everyone's [1]** 736/8
**everything [5]** 728/22 731/18 739/16 740/1 756/15
**evidence [28]** 721/9 721/9 721/12 721/12 721/13 721/13 721/14 721/14 721/15 721/15 721/16 721/16 721/17 723/11 726/20 729/6 732/2 764/5 764/6 767/17 785/9 786/20 790/16 862/16 862/17 862/21 863/19 864/11
**evolve [2]** 846/1 846/2
**evolved [1]** 848/19
**evolving [3]** 738/19 739/1 739/2
**exact [1]** 778/23
**exactly [2]** 746/16 829/15
**examination [5]** 721/4 721/4 722/9 763/17 785/24
**examine [1]** 753/8
**examined [1]** 761/17
**example [2]** 769/15 852/11
**examples [1]** 784/1
**exceeded [1]** 737/3
**exceeds [3]** 811/6 812/18 813/9
**except [2]** 739/17 740/2
**exception [1]** 864/1
**excerpt [2]** 729/4 729/16
**excerpts [3]** 731/25 732/1 732/11
**excess [2]** 832/2 835/9
**exchange [6]** 756/12 808/4 817/16 819/8 833/22 834/9

**Excuse [1]** 729/1
**executive [4]** 735/20 735/25 831/11 831/13
**exercise [1]** 760/7
**exercised [1]** 785/11
**exercising [1]** 837/6
**exhausted [2]** 844/15 844/23
**exhibit [48]** 721/8 721/11 723/5 724/4 724/8 729/4 729/4 729/5 729/9 729/15 732/2 732/7 744/5 786/21 786/24 787/3 790/24 794/23 809/20 809/25 810/14 812/1 812/2 812/6 813/21 815/23 816/4 819/11 819/15 822/8 822/14 822/17 830/16 831/1 831/7 834/2 834/5 836/18 839/24 842/17 849/9 849/10 849/13 850/6 851/2 856/2 856/3 858/22
**exhibits [5]** 800/1 860/23 862/11 862/12 864/3
**existence [2]** 760/16 779/4
**existing [2]** 758/22 857/17
**exited [2]** 763/6 860/3
**expand [6]** 777/19 806/12 806/25 841/7 855/21 855/22
**expands [1]** 773/3
**expect [9]** 794/7 828/15 832/1 832/5 832/10 832/18 835/2 850/16 860/14
**expectation [2]** 840/8 840/18
**expected [3]** 747/17 780/19 829/5
**expecting [2]** 747/15 860/13
**experience [6]** 776/4 813/4 831/18 831/24 833/6 835/6
**expert [2]** 860/17 860/18
**experts [1]** 728/22
**expire [2]** 806/13

**E**

expire... [1] 806/14
explain [7] 770/7
784/18 797/8 824/17
831/22 850/8 854/4
explained [3] 730/23
793/19 795/2
explaining [1] 846/3
explains [1] 837/7
explanation [3] 769/6
769/8 837/11
explore [1] 740/2
exposure [4] 752/6
852/23 855/13 855/16
extending [1] 800/13
extensively [1] 852/17

**F**

F3 [2] 729/12 729/14
faced [2] 737/24
739/11
fact [12] 726/25
733/24 737/23 749/2
759/1 759/2 792/2
803/2 826/10 839/7
843/16 844/2
fail [3] 750/20 761/21
784/5
failed [4] 740/25 749/9
783/21 783/22
failing [1] 778/5
failure [1] 779/23
fair [1] 802/10
FAIRHOLME [1] 719/2
fall [2] 780/11 845/16
falling [1] 780/15
familiar [5] 736/5
736/6 749/2 768/17
808/1
families [1] 776/8
FANNIE [136] 719/9
722/19 726/3 726/9
726/15 727/25 728/13
728/17 728/24 729/17
735/3 735/13 736/1
743/15 746/19 748/3
749/4 752/14 753/12
756/9 757/12 758/9
758/18 759/3 759/6
759/12 759/19 759/22
760/8 760/11 760/23
762/1 762/4 762/11
762/15 769/10 770/5
770/9 770/10 770/21

771/3 771/6 771/10
771/19 771/24 772/3
773/10 774/4 774/8
774/10 774/14 775/4
778/13 778/16 779/6
779/9 781/2 781/3
782/11 783/12 784/12
784/15 784/19 785/6
785/10 785/22 785/23
787/18 793/4 793/24
794/1 794/3 794/4
795/4 797/10 797/13
798/8 798/18 798/21
799/1 799/9 799/14
799/17 801/1 801/7
801/12 803/5 803/7
804/8 809/8 809/13
810/6 811/1 811/2
811/3 811/20 813/5
815/2 815/6 817/14
819/10 822/21 823/9
825/9 829/3 829/4
830/11 830/13 830/14
830/15 830/19 831/12
832/14 835/17 840/7
840/17 841/11 841/21
843/16 843/25 844/19
846/18 847/1 847/18
847/21 848/4 850/17
852/7 852/12 854/13
854/22 855/1 855/19
856/9 857/20 859/5
FAQ [1] 790/22
fashioned [1] 764/14
faster [2] 747/16
751/24
FCC [1] 808/1
February [8] 738/11
842/9 849/20 850/7
850/10 857/24 859/7
859/13
federal [15] 719/5
720/7 720/12 720/15
757/20 767/9 776/24
777/8 778/25 783/25
785/19 790/4 848/6
848/13 848/17
fee [26] 736/21 737/13
737/15 756/12 800/23
802/6 802/7 802/13
803/12 803/18 813/15
814/17 814/19 814/22
835/12 835/14 835/23
836/1 836/21 836/24

836/25 837/2 837/7
837/18 838/15 838/18
fees [2] 814/9 814/12
felt [3] 835/20 841/8
842/24
few [5] 748/25 780/19
784/1 803/3 851/9
FHA [1] 848/5
FHFA [61] 722/12
722/17 723/17 726/25
752/19 757/17 758/3
758/4 759/19 759/21
760/7 760/23 761/5
762/15 764/21 765/4
767/10 767/13 773/23
774/1 777/14 777/15
779/22 781/24 782/4
782/7 782/13 782/17
785/9 785/18 785/22
785/23 786/11 786/16
789/5 789/7 789/12
789/16 789/20 789/24
794/4 794/18 798/21
820/3 820/4 822/20
824/3 824/8 824/9
824/12 824/13 824/14
827/3 827/11 827/20
827/24 828/13 829/24
854/13 857/16 857/18
FHFA's [1] 789/17
fifth [1] 753/22
figure [4] 847/11 852/8
852/9 855/21
figuring [1] 854/14
filed [2] 808/9 808/9
filibuster [1] 741/2
filibustered [1] 740/18
filing [11] 728/13
728/23 808/3 810/6
817/16 819/9 819/19
829/17 830/20 831/12
834/9
filings [14] 728/23
730/9 735/9 738/17
808/1 809/9 809/13
809/17 809/18 815/6
829/2 829/3 829/16
831/9
fill [1] 822/1
final [2] 808/22 833/23
finance [16] 719/5
720/8 733/20 761/24
761/25 767/16 768/5
777/8 782/7 782/9

792/19 836/13
850/13 857/14 858/8
financial [24] 722/23
728/14 735/4 735/23
738/5 748/5 752/2
780/23 783/4 783/9
783/13 784/10 788/11
797/10 798/14 799/10
808/8 808/9 814/13
824/24 825/13 828/5
831/10 843/22
financials [1] 808/21
financing [2] 772/10
825/15
find [3] 729/16 813/17
832/23
finding [1] 785/1
findings [1] 785/24
fine [2] 838/8 839/21
finish [1] 775/17
firm [1] 796/13
first [41] 723/19
731/10 731/12 734/15
739/10 739/12 740/15
744/17 746/13 747/4
755/12 757/4 765/17
766/15 772/3 786/10
789/19 791/2 791/18
795/19 797/5 804/25
805/1 806/10 807/4
807/7 812/8 812/15
813/19 813/20 817/5
820/18 820/22 832/22
839/14 841/6 845/14
848/4 850/25 857/9
857/10
fits [1] 776/5
five [3] 811/6 842/10
842/24
fixed [6] 736/20
756/11 800/21 801/13
821/23 840/19
flawed [1] 762/12
Flexner [1] 719/24
flow [2] 768/3 769/17
flows [1] 811/8
focus [4] 769/10 846/7
854/8 854/10
focused [5] 743/7
818/21 826/10 826/12
846/3
follow [3] 744/12
744/15 744/25
follow-up [1] 744/25

**F**

**followed [1]** 752/9
**following [2]** 807/2
825/25
**footprint [4]** 741/11
746/5 746/9 852/16
**foreclosure [2]** 854/8
854/12
**foregoing [1]** 866/4
**foresee [1]** 858/13
**foreseeable [1]** 857/23
**forever [1]** 756/10
**forgiveness [2]** 756/5
853/10
**forgiving [1]** 755/9
**form [5]** 747/9 810/9
817/22 819/9 864/8
**formal [1]** 787/17
**formalized [2]** 785/23
805/5
**formula [1]** 849/24
**forth [6]** 734/8 760/20
762/20 794/11 843/10
846/24
**forward [5]** 722/5
749/15 826/15 846/9
856/10
**found [2]** 785/25 830/3
**four [3]** 728/20 728/21
766/7
**fourth [2]** 753/21
856/2
**fragility [1]** 837/17
**FREDDIE [128]** 719/9
722/19 726/4 726/9
726/15 727/25 728/17
731/24 732/12 735/3
743/15 746/19 748/3
749/5 752/14 753/12
756/10 757/13 758/10
758/18 759/3 759/7
759/13 759/20 759/22
760/8 760/11 760/23
762/2 762/4 762/12
762/16 769/10 770/5
770/9 770/10 770/21
771/4 771/7 771/10
771/19 771/24 772/3
773/11 774/5 774/8
774/10 774/14 775/4
778/13 778/16 779/7
779/9 781/2 781/3
782/12 784/12 784/15
784/19 785/6 785/10

85/22 793/23 787/18
793/4 793/24 794/1
794/3 794/5 795/4
797/10 797/14 798/8
798/18 798/21 799/1
799/9 799/14 799/17
801/1 801/7 801/12
803/5 803/7 804/8
809/8 809/13 815/6
815/17 817/14 817/15
819/19 822/22 823/10
824/5 824/9 824/11
825/10 829/3 829/4
830/14 834/8 834/17
835/15 835/22 840/7
840/18 841/11 841/21
843/17 843/25 844/19
846/19 847/1 847/18
847/21 848/13 848/18
848/20 850/17 852/7
852/13 854/14 854/22
855/1 855/19 857/20
859/5
**Freddie's [4]** 783/13
811/25 813/5 856/9
**Freddie-related [1]**
757/13
**free [3]** 800/12 801/14
801/16
**frequently [2]** 826/22
827/2
**Friday [1]** 860/1
**front [5]** 723/7 787/5
787/7 824/3 824/12
**fulfill [5]** 792/6 792/21
837/19 843/6 843/21
**fulfilling [1]** 855/18
**fulfillment [1]** 846/13
**full [4]** 734/25 748/8
748/10 856/12
**fully [1]** 837/2
**functioning [1]** 856/24
**functions [1]** 779/20
**fund [3]** 784/17 784/22
789/8
**fundamentally [1]**
762/12
**funding [14]** 752/13
782/7 782/12 782/18
785/2 789/8 789/13
796/24 799/17 808/12
837/3 843/15 847/7
848/8
**funds [8]** 719/2 752/12

772/25 773/4 803/20
844/4 846/10 847/14
**further [6]** 763/10
811/18 812/23 813/10
814/3 835/24
**future [35]** 732/25
733/17 734/4 734/5
734/9 735/5 735/7
738/6 753/9 799/13
811/8 811/24 814/15
821/24 823/9 823/15
826/8 829/9 832/5
832/11 832/15 835/3
835/5 835/13 838/4
838/21 841/4 841/13
843/15 844/1 846/5
847/3 847/15 855/24
857/14
**fuzzy [1]** 759/6

**G**

**gave [19]** 724/1 725/11
744/22 774/19 779/5
782/4 782/5 782/9
782/10 782/12 782/1
785/9 789/5 789/9
796/19 829/4 841/18
841/19 861/9
**Geithner [4]** 753/20
756/6 785/19 827/19
**general [7]** 726/5
757/8 760/4 766/18
789/19 795/3 863/18
**generally [2]** 852/6
864/1
**generate [6]** 813/9
832/1 832/6 832/19
835/8 835/21
**generating [2]** 734/15
837/19
**gentlemen [3]** 764/3
766/6 828/14
**get [45]** 734/24 746/20
748/14 753/3 761/23
767/20 767/23 768/23
769/15 771/21 774/12
775/4 775/14 776/10
780/23 783/12 784/16
787/12 790/17 796/21
798/17 800/12 801/14
801/16 808/8 808/9
809/20 815/12 816/19
821/13 822/25 832/23
834/12 834/25 839/14

839/22 839/25 842/4
844/3 844/25 849/9
853/4 853/4 853/20
858/13
**gets [5]** 769/22 771/4
771/11 772/16 843/22
**getting [4]** 768/9 783/9
785/4 852/24
**give [13]** 754/22
755/11 756/9 769/6
769/8 782/7 784/1
784/2 789/7 837/9
840/20 850/16 861/22
**given [8]** 736/11
737/10 777/16 787/13
840/7 840/17 843/14
858/14
**gives [3]** 772/16
774/24 807/20
**giving [3]** 778/19
781/24 845/12
**go [79]** 723/20 731/23
732/15 736/22 738/1
738/2 742/11 745/5
746/3 747/12 747/14
748/3 749/15 749/22
750/11 752/17 754/24
756/25 761/5 765/7
767/3 770/17 771/9
773/10 776/21 778/7
781/10 787/10 788/10
788/22 791/14 793/2
794/22 798/16 799/1
799/2 799/19 801/24
805/7 805/14 805/17
812/7 816/5 816/8
816/9 816/20 818/7
819/5 819/16 819/24
822/25 823/3 824/15
830/22 831/5 832/22
834/1 834/11 834/20
836/2 836/9 839/10
841/15 841/24 843/11
844/6 845/10 850/24
856/1 857/3 859/10
860/7 860/19 862/12
862/13 863/10 863/18
864/10 864/18
**goal [8]** 722/18 722/22
726/14 726/16 790/6
794/9 853/21 854/7
**goals [22]** 722/25
727/12 791/5 791/16
791/24 792/1 792/4

**G**

**goals... [15]** 792/9 792/13 792/16 793/1 793/8 793/18 793/22 793/25 850/23 850/24 850/25 851/3 851/5 851/13
**goes [14]** 725/14 750/11 750/12 751/5 760/25 798/12 800/20 803/9 805/2 813/2 837/5 843/8 862/17 863/14
**going [137]** 725/13 734/19 735/1 735/7 736/4 736/22 739/13 742/4 742/6 742/9 742/17 742/20 742/25 743/1 743/24 743/24 745/2 745/15 745/15 745/19 745/19 746/3 746/14 747/3 748/1 748/14 749/15 751/16 752/4 755/21 755/22 762/1 762/4 762/5 763/4 764/12 764/14 764/19 767/15 768/10 777/19 777/20 780/13 781/5 782/21 784/11 785/2 785/6 786/15 787/10 788/5 788/16 788/16 788/17 793/13 795/7 795/18 796/5 796/23 797/5 798/3 799/7 799/8 800/19 801/11 803/9 804/25 805/14 805/17 805/20 806/13 806/13 806/24 807/15 807/25 808/11 809/19 811/5 811/24 813/10 821/3 821/21 821/22 821/25 825/6 825/7 826/11 826/14 826/15 831/22 832/4 832/19 832/23 839/13 840/25 840/25 841/3 841/4 841/24 843/4 843/11 844/1 845/10 845/15 845/23 846/2 846/8 846/8 846/9 846/9 847/2 847/4 847/10 847/11 847/16 849/5 850/15 851/14 851/24 851/25 852/2

854/16 855/2 856/10 858/13 862/4 862/15 862/16 862/19 862/20 862/20 862/24 862/24 863/25
**golden [4]** 736/4 742/20 829/11 829/23
**Goldstein [1]** 836/12
**gone [1]** 753/7
**good [13]** 722/11 750/13 755/24 763/15 763/19 763/20 771/11 776/11 776/12 836/14 847/20 854/19 858/17
**got [28]** 731/7 731/18 734/25 740/12 755/3 757/4 765/18 768/15 774/16 779/17 779/21 783/20 784/7 789/12 793/12 799/21 800/8 800/9 800/24 803/8 805/13 813/11 845/8 847/5 847/8 855/13 862/18 862/22
**gotten [2]** 767/17 857/1
**government [18]** 757/7 762/5 762/16 765/19 765/21 765/23 765/24 766/2 766/15 766/19 766/23 774/4 774/8 774/13 774/17 774/24 778/21
**government-sponsored [7]** 762/5 762/16 774/4 774/8 774/15 774/24 778/21
**gradual [1]** 768/13
**gradually [8]** 741/11 746/5 777/25 851/19 851/24 852/9 852/14 852/15
**grammar [1]** 765/10
**Grant [1]** 720/2
**great [4]** 778/15 780/12 807/16 825/13
**greater [1]** 825/3
**grew [1]** 781/8
**Grossmann [1]** 720/5
**ground [2]** 761/23 764/19
**grounds [1]** 785/25
**group [1]** 828/5

**GSE's [1]** 753/4
**GSEs [11]** 738/8 738/14 738/23 739/3 739/6 739/13 739/17 739/20 739/23 748/22 795/11
**guarantee [4]** 770/24 771/1 771/6 852/21
**guaranteed [1]** 770/9
**guaranteeing [2]** 771/8 852/19
**guarantees [1]** 773/17
**guess [2]** 753/22 807/24
**guide [1]** 857/17

**H**

**ha [1]** 803/6
**had [96]** 722/22 729/13 730/15 733/14 734/3 734/10 735/3 735/8 735/8 735/25 737/21 738/7 738/10 738/25 740/25 741/10 741/14 741/22 742/23 743/19 743/23 745/1 745/15 745/18 746/14 747/2 747/25 748/8 748/10 748/12 748/16 748/17 749/3 751/15 754/16 756/3 756/14 758/24 758/24 758/24 759/22 760/9 760/11 760/23 761/15 761/18 764/13 777/10 779/8 779/10 780/12 781/3 783/6 783/7 784/5 793/3 793/5 793/5 799/3 800/2 801/9 801/9 801/22 801/25 802/3 803/10 805/8 805/10 806/15 807/16 807/22 813/7 821/1 821/8 821/18 824/5 833/19 839/8 841/6 842/9 842/23 844/18 844/22 844/24 846/24 847/1 850/6 853/7 853/18 854/21 856/23 857/6 861/7 861/15 861/18 862/8
**half [1]** 773/19
**HAMISH [2]** 719/23

**Hampshire [1]** 719/19
**hand [3]** 730/6 776/12 861/23
**handicap [1]** 753/2
**handing [1]** 805/24
**handle [2]** 861/18 861/19
**happen [11]** 741/8 743/1 743/15 743/17 746/14 746/22 747/4 749/8 752/25 753/4 801/12
**happened [13]** 733/10 737/13 737/18 737/20 737/21 746/16 749/20 758/3 780/10 785/15 785/17 795/15 826/5
**happening [9]** 776/11 776/12 776/16 776/16 783/1 784/12 785/5 788/18 788/18
**happens [2]** 750/14 808/18
**happy [2]** 732/10 747/17
**hard [1]** 861/17
**harder [3]** 780/20 785/7 785/7
**Harry [1]** 741/1
**has [22]** 725/14 727/3 728/9 729/20 729/23 735/25 738/11 755/21 761/4 767/16 769/7 784/16 785/8 792/6 797/1 801/2 802/25 803/17 818/24 823/16 836/24 839/8
**hasn't [2]** 795/15 795/16
**have [152]**
**haven't [3]** 733/22 759/17 862/2
**having [15]** 739/2 739/6 745/14 778/20 792/18 792/20 799/7 826/1 828/15 762/10 854/15 861/8 861/11 861/14 861/17
**he [29]** 735/19 735/23 736/2 740/12 740/15 740/21 740/25 754/15 754/15 754/16 754/21 754/21 754/23 755/13

# H

**he... [15]** 786/14 786/16 786/17 791/18 797/17 797/18 800/2 818/11 827/7 827/7 828/10 828/12 828/15 829/25 836/12

**he's [5]** 735/14 735/16 827/9 828/13 828/18

**head [9]** 738/7 738/9 738/19 739/1 743/23 745/2 748/8 748/10 860/21

**heading [2]** 816/12 816/25

**headings [1]** 816/10

**headline [5]** 782/22 804/18 804/19 805/1 806/7

**heads [1]** 775/14

**health [2]** 722/23 814/13

**hear [2]** 821/12 828/14

**heard [17]** 754/15 768/15 769/7 771/25 774/3 774/5 775/20 776/1 785/8 786/13 787/11 790/15 795/10 797/1 801/2 802/6 821/11

**hearing [1]** 826/13

**hearsay [1]** 840/2

**heart [1]** 818/14

**heavily [1]** 783/19

**help [4]** 767/19 792/4 809/17 809/18

**helped [2]** 847/15 853/15

**helping [2]** 853/18 854/5

**helps [1]** 773/4

**hence [2]** 821/7 854/23

**her [2]** 771/18 833/19

**HERA [8]** 781/18 785/9 789/3 789/4 789/15 789/18 789/20 796/24

**here [24]** 723/20 727/8 730/1 732/11 745/24 746/24 749/1 754/10 763/23 768/2 768/3 795/12 810/17 823/22 825/4 835/22 843/19 843/25 849/20 855/23

856/13 860/20 867/20 859/24

**here's [7]** 774/20 774/20 798/16 800/2 800/3 824/21 836/24

**HERMAN [3]** 720/20 866/3 866/10

**hierarchy [1]** 831/15

**high [2]** 745/14 747/1

**higher [1]** 734/12

**highlight [1]** 754/10

**Hill [1]** 761/23

**him [5]** 740/23 754/25 755/12 822/9 828/15

**hindsight [1]** 734/3

**Hindsight's [1]** 751/22

**his [18]** 735/22 740/12 740/18 764/3 771/18 780/4 780/9 781/10 781/22 786/7 818/14 823/24 827/7 827/19 828/22 828/23 829/22 830/13

**historical [2]** 812/13 812/18

**historically [1]** 813/9

**history [3]** 757/1 766/5 847/25

**hitting [1]** 825/11

**HOFFMAN [1]** 720/9

**hold [2]** 747/16 751/24

**holds [1]** 772/13

**home [8]** 720/12 768/6 768/6 769/19 769/20 775/9 848/13 848/17

**homeowner [2]** 771/17 771/20

**homeowners [3]** 755/9 771/13 854/22

**Honor [61]** 722/8 729/1 729/7 732/3 750/18 755/16 762/24 763/13 778/8 778/23 779/19 779/25 780/4 780/9 781/10 786/7 787/2 809/24 812/3 815/11 815/18 815/19 815/21 815/25 816/3 817/25 818/11 818/13 819/11 820/6 822/3 822/4 822/7 822/12 823/24 827/5 827/17 828/24 831/1 834/2 836/15 840/3 840/5

842/13 847/23 849/12 849/10 851/7 858/15 858/19 859/20 860/10 860/14 860/22 861/3 861/5 861/25 863/2 864/16 864/19 864/23

**Honor's [2]** 764/3 781/22

**HONORABLE [1]** 719/13

**hope [2]** 817/2 856/25

**hopeful [1]** 760/2

**horse [1]** 787/12

**hour [2]** 860/11 860/15

**house [10]** 777/25 780/14 780/20 780/25 788/15 788/17 825/5 825/5 825/8 859/2

**housing [41]** 719/5 720/8 733/20 747/18 757/20 758/6 758/13 761/9 761/23 761/24 767/9 767/16 772/4 775/25 776/4 776/11 776/16 776/24 777/7 777/8 777/21 778/1 778/12 779/1 780/10 781/13 781/17 781/19 782/3 782/19 783/5 785/5 787/25 788/14 792/19 821/3 826/9 848/6 850/13 857/14 858/8

**how [64]** 738/19 741/12 742/4 748/14 751/24 753/5 753/9 759/13 759/14 763/24 766/2 766/15 767/25 768/3 769/9 770/8 773/12 773/17 775/24 776/4 781/7 784/9 784/10 792/16 793/8 793/19 796/9 797/8 798/17 807/15 807/21 814/16 817/18 818/19 821/3 824/25 826/22 827/2 827/8 833/11 835/15 840/24 842/12 843/5 843/9 846/8 846/9 846/10 846/18 850/8 850/8 852/7 852/10 854/4 856/10 858/2 858/14 859/15 859/17 860/8 860/9

861/16 861/18 861/19

**HOWARD [1]** 720/8

**However [1]** 832/5

**HUD [8]** 778/11 778/16 779/8 779/15 779/16 779/21 780/6

**huge [1]** 739/16

**huh [1]** 791/20

**HUME [21]** 719/24 721/4 763/8 764/16 767/7 790/25 791/17 791/23 794/14 794/24 800/1 803/23 804/4 810/9 820/11 822/5 823/23 824/2 829/8 829/15 853/17

**Hume's [8]** 781/21 829/7 841/17 845/7 849/7 849/17 853/6 853/9

**hundred [1]** 798/2

**hypothetical [1]** 737/9

# I

**I'd [13]** 723/5 728/13 739/8 744/1 744/10 744/12 759/25 763/2 763/3 787/13 834/1 859/21 860/10

**I'll [9]** 754/16 775/17 803/22 809/21 827/16 839/14 839/23 840/5 864/24

**I'm [85]** 724/6 726/10 728/3 735/1 735/2 736/21 737/8 737/18 737/19 738/25 739/2 739/3 741/22 741/23 745/4 745/17 746/23 746/24 747/12 747/14 749/10 755/20 755/21 755/22 760/1 760/1 760/18 761/1 762/22 762/22 763/4 764/14 764/19 766/4 767/15 773/20 775/16 775/25 777/19 780/15 786/15 787/1 787/10 788/9 790/10 793/11 793/13 795/7 795/8 797/5 798/3 804/22 804/23 809/11 810/25 813/21 815/21 817/25 818/16 820/6 822/12 822/25

**I**

**I'm... [23]** 823/14 829/16 831/21 832/23 836/8 840/2 841/24 843/10 843/10 843/19 843/24 845/2 845/10 849/5 851/1 851/24 852/25 858/6 858/10 859/3 862/6 863/2 864/16
**I've [4]** 734/25 746/2 847/8 862/21
**IAN [1]** 720/9
**idea [1]** 854/19
**ideas [1]** 762/23
**identifies [1]** 850/22
**identify [3]** 815/11 836/8 842/6
**imagine [1]** 858/2
**impact [5]** 753/5 812/20 814/13 814/15 854/25
**implement [1]** 748/14
**implementation [2]** 739/4 746/18
**implementing [1]** 748/15
**importance [1]** 823/13
**important [11]** 754/8 772/18 772/19 772/20 772/20 798/20 801/21 809/3 821/21 842/24 850/11
**importantly [1]** 782/6
**imposition [3]** 789/1 837/18 838/14
**impossible [1]** 784/9
**improving [1]** 824/20
**inaccurate [1]** 727/9
**INC [1]** 719/2
**include [1]** 808/6
**included [2]** 793/25 826/13
**includes [2]** 736/20 768/25
**including [5]** 768/11 781/9 795/24 829/11 859/14
**income [10]** 811/6 831/25 832/1 832/1 832/6 832/19 835/7 835/8 835/9 835/20
**increase [7]** 734/20 749/17 750/22 752/5

**increased [3]** 749/14 750/24 837/19
**increases [1]** 743/16
**increasing [3]** 752/5 811/18 821/18
**increasingly [3]** 811/7 832/11 835/5
**incredible [1]** 843/1
**indeed [1]** 728/3
**independent [2]** 779/14 779/15
**indicate [1]** 818/25
**indicating [1]** 818/21
**individual [6]** 761/21 769/13 770/19 770/22 770/25 771/9
**indulgence [7]** 783/10 787/1 820/6 822/2 822/4 839/23 859/21
**industry [3]** 848/11 848/11 855/22
**infinite [1]** 737/20
**inflection [1]** 742/17
**information [4]** 731/24 767/17 823/9 829/4
**informed [2]** 763/9 862/5
**infrastructure [4]** 847/2 847/12 847/16 851/15
**initial [3]** 778/3 797/8 800/16
**injected [2]** 728/9 803/20
**input [1]** 748/15
**insolvent [4]** 798/11 798/22 799/14 801/25
**instability [1]** 792/7
**instead [4]** 749/12 749/13 750/12 751/17
**Institute [1]** 761/6
**institution [8]** 724/23 725/6 725/22 726/12 788/14 792/24 794/25 843/22
**institutions [6]** 783/8 783/14 783/18 783/19 784/7 792/25
**instrument [1]** 770/14
**Insurance [1]** 783/25
**intend [1]** 853/23
**intended [6]** 724/24 725/6 726/4 795/11

**Intent [1]** 725/8
**interest [35]** 755/4 759/23 768/12 768/12 768/12 768/13 768/18 789/17 789/22 789/25 790/1 790/2 790/3 790/5 790/6 790/11 790/11 792/17 792/18 793/9 793/20 794/8 794/10 800/6 800/7 815/7 817/20 818/6 818/10 818/19 819/2 819/3 844/19 855/9 855/21
**interested [1]** 772/10
**interesting [2]** 723/3 779/4
**interests [2]** 755/4 794/5
**internal [1]** 824/5
**introduce [2]** 739/22 860/23
**introduced [1]** 739/22
**invest [5]** 770/19 772/22 782/11 846/10 847/5
**invested [2]** 759/12 781/3
**investment [6]** 802/11 802/14 802/16 802/19 802/24 838/5
**investments [1]** 781/4
**investor [13]** 769/18 769/22 769/23 770/23 770/24 770/25 771/1 771/4 771/8 771/9 771/11 771/21 852/25
**investors [7]** 758/20 759/4 769/16 770/4 770/17 770/18 772/22
**involve [1]** 762/15
**involved [7]** 738/7 783/19 786/5 826/22 826/25 827/24 828/3
**irrational [1]** 743/17
**irrelevant [1]** 818/12
**is [324]**
**island [1]** 762/23
**isn't [6]** 738/1 738/3 743/22 744/25 747/25 809/21
**issue [4]** 760/5 784/20 799/2 864/1

**issued [3]** 738/10 748/12 799/9
**issues [5]** 757/13 761/9 828/7 859/14 861/7
**issuing [3]** 784/21 799/3 841/11
**it [375]**
**it's [87]** 723/9 723/10 723/16 724/4 724/7 724/19 725/4 725/5 725/6 725/8 726/5 726/18 730/14 732/1 732/19 732/22 739/5 740/8 740/11 744/6 744/8 744/12 746/4 752/4 752/5 756/16 759/9 759/18 759/25 760/1 766/18 771/19 772/13 772/20 773/7 776/6 784/8 786/23 786/25 788/21 789/20 790/22 799/11 801/21 802/21 805/19 805/25 808/5 808/16 810/7 811/5 811/23 813/19 814/23 815/17 815/20 815/22 818/12 818/13 818/21 818/23 819/9 819/9 822/12 823/14 824/19 824/23 827/9 830/24 833/5 836/25 837/7 837/13 837/15 837/15 838/8 839/7 842/10 843/23 843/24 847/24 850/10 851/1 862/24 863/5 863/10 863/17
**its [14]** 725/14 728/14 782/17 782/18 792/5 792/6 794/9 804/9 813/5 817/15 832/14 835/16 837/6 837/19
**itself [5]** 789/14 791/14 793/19 794/9 819/24

**J**

**James [1]** 797/22
**January [4]** 764/24 765/1 826/17 826/19
**Jeffrey [1]** 836/12
**Jenkins [3]** 726/20 767/23 831/4
**jeopardy [1]** 825/16

**J**

Jim [1] 786/12
job [2] 766/15 818/14
Johnson [1] 848/8
Jorge [1] 791/14
Joseph [1] 740/15
JUDGE [2] 719/13
763/8
judgment [1] 734/4
July [3] 736/3 777/6
854/20
juncture [1] 840/21
June [6] 753/21
754/13 830/20 833/1
833/5 834/9
juror [1] 861/9
jurors [3] 861/8 862/3
862/4
jury [42] 719/12 722/4
723/11 726/22 730/18
742/12 763/6 763/16
764/3 765/16 767/16
768/2 768/15 769/7
771/25 773/9 774/3
775/19 778/9 785/8
786/13 787/11 787/15
790/15 795/9 797/1
801/2 802/6 816/18
821/11 822/16 828/14
831/22 839/12 840/1
860/3 862/13 862/13
862/19 862/23 863/18
864/18
just [92] 728/21
728/22 730/18 734/7
735/14 736/7 736/16
736/25 738/9 738/12
740/1 740/2 740/8
741/5 744/22 745/7
746/4 750/11 755/8
755/24 757/1 764/7
764/20 765/7 765/15
765/15 767/7 767/12
768/19 770/3 772/6
773/10 773/22 774/11
775/3 780/10 782/21
784/1 784/2 784/9
787/2 787/12 791/13
793/2 793/18 795/2
796/11 797/5 797/17
798/19 798/23 801/24
803/3 804/8 805/22
807/24 808/11 808/13
813/7 816/10 816/19

821/12 822/8 826/5
825/21 826/1 826/5
830/14 834/25 839/13
839/16 839/21 840/24
841/15 842/6 842/19
842/20 844/25 845/1
845/11 846/3 846/14
851/16 852/5 854/24
858/24 859/7 859/8
860/11 861/20 862/3
864/17
Justison [1] 720/3

**K**

KAPLAN [1] 719/23
Kaye [1] 720/10
keep [10] 741/2 754/9
798/3 798/23 799/16
803/16 832/4 850/1
851/13 862/5
Kessler [1] 719/21
key [2] 761/20 819/25
kind [11] 750/8 750/12
782/17 803/24 807/11
820/14 820/16 824/21
826/12 830/6 863/20
kinds [1] 842/2
King [2] 719/21 720/13
Kirk [1] 719/18
knew [5] 738/14
741/16 741/19 807/16
833/19
know [41] 728/7
735/12 736/8 736/9
737/5 746/16 752/13
759/5 759/6 759/16
760/25 763/25 770/25
784/8 807/15 816/18
827/2 828/9 828/12
829/21 847/24 849/5
851/6 852/5 853/9
855/14 858/1 858/6
858/10 858/12 861/3
861/16 861/18 861/19
861/20 862/1 862/4
862/7 862/10 862/14
862/17
knowledge [4] 776/4
827/8 829/22 832/25
knows [1] 827/7

**L**

lacked [1] 781/25
ladies [3] 764/2 766/6

LAMBERTH [2] 719/13
763/8
language [2] 795/12
837/4
large [3] 743/16 784/2
857/22
largely [1] 761/16
larger [2] 733/24 772/9
largest [2] 776/7 776/7
last [19] 727/11 732/16
794/24 805/20 807/17
816/6 830/22 831/5
831/17 832/9 834/11
837/11 837/25 838/2
838/9 838/13 841/10
843/12 845/17
late [9] 759/17 799/6
809/8 809/15 820/24
821/2 825/25 845/17
848/7
later [7] 725/9 725/13
751/7 784/16 788/5
846/7 850/9
law [4] 774/18 781/13
796/24 798/21
Lawler [1] 723/17
laws [3] 808/6 808/7
833/21
lay [2] 818/12 818/13
Layton [2] 834/17
834/17
leaders [1] 854/13
leading [2] 809/7
820/12
learned [2] 795/8
860/23
least [7] 734/18 735/1
736/11 742/24 752/1
817/8 832/7
leave [2] 764/23
859/24
leaving [1] 762/15
left [15] 748/16 748/19
761/5 765/1 769/1
779/8 780/10 781/10
816/12 817/24 818/2
821/22 825/12 825/15
825/17
legal [1] 828/3
legislation [6] 733/19
733/21 746/12 761/24
778/21 826/9
legislative [3] 761/14

lender [6] 768/4 768/9
768/11 769/18 769/19
769/21
lenders [2] 778/5
783/8
length [1] 841/10
less [11] 746/9 752/24
773/7 780/1 804/19
806/9 812/12 855/5
855/16 860/10 860/15
let [29] 739/10 741/20
741/22 743/5 748/25
749/11 755/12 755/19
759/1 765/17 772/2
773/10 775/19 780/15
797/15 799/20 802/5
802/8 812/14 822/24
823/15 827/16 852/5
854/24 859/23 861/3
861/20 862/1 862/3
let's [41] 728/12
728/17 728/18 739/9
740/2 752/16 752/17
756/25 765/7 768/23
776/19 776/21 787/16
788/21 794/22 807/24
810/13 811/25 813/17
813/18 815/5 815/10
816/5 816/20 819/5
822/10 823/3 824/15
829/20 830/16 830/22
831/5 834/1 834/11
834/20 836/2 843/11
844/6 850/24 857/3
861/1
letter [19] 836/10
836/20 836/21 837/5
837/12 838/2 841/19
841/25 842/1 842/8
842/8 842/20 842/21
842/22 843/8 850/7
851/2 861/10 861/21
letters [3] 838/21
861/12 861/13
liabilities [3] 729/21
729/23 800/3
liability [1] 776/8
life [2] 808/23 841/11
like [36] 723/5 728/13
729/5 730/9 739/8
744/1 744/11 744/12
746/17 750/9 752/4
759/8 759/25 760/19

## L

like... [22]  762/24
763/2 783/16 787/13
788/14 788/21 799/3
802/19 805/17 811/23
825/6 825/6 828/2
832/14 835/20 838/21
849/24 853/10 854/19
860/10 860/11 861/4
likely [2]  752/23 855/5
limit [4]  770/11 846/4
852/14 852/15
limitations [1]  843/24
limited [3]  724/24
725/7 725/8
limiting [2]  843/20
846/5
limits [1]  852/12
line [9]  730/1 730/2
744/4 745/17 745/17
750/14 750/17 774/20
774/22
lines [1]  774/21
liquid [3]  773/6 775/8
792/19
liquidate [1]  762/6
liquidation [14]
749/14 749/17 750/8
750/22 750/24 751/5
800/17 800/18 804/1
804/5 804/9 811/18
812/16 812/24
liquidity [5]  772/1
772/3 772/21 787/24
799/16
list [2]  862/21 862/22
LITIGATIONS [1]
719/10
Litowitz [1]  720/5
little [15]  736/8 741/2
746/23 750/11 750/12
756/25 757/1 763/23
767/16 769/7 773/12
777/19 786/15 799/5
862/6
LLP [6]  719/21 719/24
720/5 720/10 720/13
720/16
loan [18]  720/12 750/9
768/5 768/9 768/12
769/14 771/2 772/12
788/23 848/11 848/14
848/15 848/18 848/22
852/11 852/14 852/15

loans [10]  770/19
771/9 772/17 772/19
775/9 848/5 848/6
848/16 848/17 848/19
located [1]  836/25
Lockhart [7]  785/17
786/12 786/14 787/12
787/17 797/22 859/17
Lockhart's [1]  786/20
logically [2]  778/12
780/5
logo [1]  824/5
long [13]  741/9 756/19
756/20 766/2 766/16
797/5 805/13 813/3
817/6 832/3 835/10
841/1 858/4
longer [6]  753/24
754/11 765/1 785/3
817/12 817/18
look [21]  729/14 730/1
731/23 752/16 759/10
761/20 772/11 777/23
794/13 796/3 796/6
796/7 796/9 810/13
811/25 829/20 833/11
848/11 857/16 861/1
862/22
looked [7]  753/14
761/14 796/12 799/12
803/5 829/2 832/14
looking [7]  736/25
746/1 751/20 760/3
761/13 784/8 790/24
looks [1]  811/23
LORRAINE [3]  720/20
866/3 866/10
losing [1]  823/16
losses [12]  742/17
788/24 798/9 798/15
799/13 806/19 807/1
807/25 813/10 844/15
844/22 846/4
lost [1]  793/12
lot [12]  737/5 737/7
742/7 747/7 780/15
780/17 780/22 802/7
805/14 809/18 821/11
839/7
loud [1]  791/4
love [1]  849/23
lower [2]  772/23 855/8
lowers [1]  772/25

Lynch [1]  784/5
Lyndon [1]  848/8

## M

MAC [69]  719/9 722/19
726/15 727/25 731/24
732/12 735/3 748/4
749/5 753/12 756/10
758/10 758/18 759/3
759/7 759/13 759/20
759/22 760/9 760/11
760/23 762/2 762/4
762/12 762/16 770/5
770/10 770/22 771/4
771/7 771/19 771/24
774/10 774/14 778/13
778/16 779/7 779/9
781/3 782/12 784/15
784/19 797/10 797/14
798/9 799/1 799/18
801/1 803/5 815/17
822/22 823/10 824/5
824/9 824/11 830/14
834/18 846/19 847/18
847/21 848/13 848/18
848/20 850/18 852/7
852/13 854/14 854/22
859/5
Mac's [1]  834/8
made [27]  726/7
741/21 747/5 747/7
747/15 752/13 758/21
758/21 765/4 774/14
779/4 780/1 794/9
795/13 802/25 805/10
805/22 808/21 810/6
829/22 831/13 833/23
839/7 841/20 848/2
853/5 854/20
MAE [72]  719/9 722/19
726/15 727/25 728/13
728/24 729/18 735/3
735/13 748/3 749/4
753/12 756/9 758/9
758/18 759/3 759/12
759/19 759/22 760/8
760/11 760/23 762/2
762/4 762/11 762/15
770/5 770/10 770/21
771/3 771/7 771/19
771/24 774/10 774/14
778/13 778/16 779/7
779/9 781/3 782/12
784/15 784/19 797/10

797/13 798/8 799/1
799/17 801/1 803/5
810/6 811/2 811/20
819/10 822/21 823/9
830/11 830/13 830/14
830/15 832/14 835/17
846/18 847/18 847/21
848/4 850/17 852/7
852/12 854/14 854/22
859/5
Mae's [1]  830/19
MAE/FREDDIE [1]
719/9
main [3]  845/19
845/19 845/24
maintain [3]  851/14
854/7 854/8
major [4]  783/8 783/18
784/6 794/2
make [34]  734/3 742/4
742/6 742/9 743/13
746/6 748/23 749/9
752/3 753/2 755/25
771/4 771/11 771/11
771/14 772/17 772/19
772/21 772/25 779/9
779/11 782/13 786/16
799/21 801/18 801/18
801/24 802/16 808/7
813/10 823/20 832/19
855/19 864/13
maker [1]  819/25
makes [1]  772/12
making [26]  733/12
734/11 736/10 737/22
741/20 743/15 747/24
749/21 769/19 771/3
773/5 785/6 788/15
795/20 796/3 796/4
799/14 803/14 803/14
803/16 803/19 805/24
818/24 825/23 837/22
859/17
manage [2]  733/14
739/20
managed [1]  817/12
managing [5]  816/6
816/22 817/18 818/25
819/1
mandate [1]  855/18
mandatory [1]  798/24
manufacture [1]
846/19
manufacturer [1]

**M**

manufacturer... [1] 770/13

manufacturing [1] 846/23

many [3] 797/1 805/9 827/8

March [1] 837/1

margins [1] 852/10

Mario [1] 827/21

marked [1] 723/5

market [65] 741/12 746/6 747/18 751/23 758/13 762/10 768/16 768/25 769/5 769/9 769/11 769/13 769/13 769/21 771/17 772/4 772/16 773/3 773/6 773/12 773/15 773/19 775/9 775/25 776/1 776/2 776/4 776/11 776/16 777/21 778/2 778/4 779/24 781/6 781/8 781/9 781/14 782/3 782/19 783/20 784/21 785/4 785/5 787/25 792/8 792/19 792/22 799/2 799/8 799/11 805/13 805/15 805/18 821/24 837/17 841/8 846/1 848/5 851/15 851/22 852/3 852/16 852/24 855/20 857/15

marketplace [7] 746/20 762/9 780/12 826/14 846/14 851/20 855/25

markets [6] 735/20 752/2 783/4 784/10 797/19 825/13

Mary [1] 827/20

Maryland [2] 765/14 765/19

Massachusetts [1] 720/10

massive [1] 851/23

Master's [1] 765/13

material [1] 803/10

math [1] 766/4

matter [4] 789/19 789/20 846/25 866/5

matters [1] 754/9

maturities [1] 784/24

maximize [4] 818/8 817/6 817/12 817/19

may [21] 722/7 736/18 754/25 763/7 763/12 763/13 767/15 805/5 805/6 805/10 805/16 807/17 822/2 829/18 831/18 831/24 832/16 835/6 856/25 857/20 861/9

maybe [7] 728/17 728/17 825/3 842/10 860/15 860/25 861/2

Mayopoulos [1] 833/14

MBS [3] 771/8 771/21 841/11

McFarland [2] 742/16 833/16

me [38] 729/1 730/19 736/17 738/12 739/10 743/5 743/9 748/25 752/16 754/22 755/19 759/1 759/6 765/17 772/3 773/10 775/19 780/15 787/7 797/15 799/20 802/5 802/8 812/14 822/24 823/15 829/16 832/16 837/5 837/14 839/21 842/1 847/20 852/5 854/24 861/8 861/22 864/22

MEAGHAN [1] 720/15

mean [11] 725/5 772/6 784/11 785/6 799/22 817/8 838/1 838/11 840/23 852/6 858/11

meaning [2] 805/11 829/24

means [19] 723/3 728/7 730/14 730/24 740/8 760/19 772/2 773/7 774/8 789/7 799/24 803/10 823/15 837/9 852/6 854/10 857/19 858/25 859/1

meant [10] 740/11 772/7 798/23 802/15 803/18 821/15 831/23 838/9 841/2 857/12

mechanism [2] 789/7 847/11

meet [1] 813/5

meeting [11] 753/20

meetings [11] 786/6 826/20 826/23 827/2 827/8 827/18 827/20 828/16 828/22 828/23 839/11

Mel [1] 740/21

Meltzer [1] 719/21

members [21] 738/13 763/15 765/16 768/1 768/15 771/25 773/9 774/3 775/19 786/13 787/11 787/14 790/15 795/9 802/6 816/18 821/11 822/16 831/22 839/12 850/14

memorandum [2] 753/10 753/19

memos [1] 743/9

mentioned [1] 793/3

merged [1] 758/4

Merrill [1] 784/5

message [1] 813/11

met [2] 763/21 785/20

MICHAEL [4] 720/2 720/12 753/9 754/14

middle [1] 796/7

might [14] 730/23 730/24 741/6 753/9 762/25 764/13 770/16 778/12 799/5 799/25 809/18 833/18 855/8 859/15

Miller [1] 827/20

million [3] 730/20 732/20 732/21

millions [2] 730/19 770/20

Milton [1] 761/6

mind [4] 725/11 725/12 733/16 741/8

minds [3] 862/9 862/10 863/3

minus [1] 731/22

minute [4] 765/7 773/10 809/7 825/21

minutes [2] 803/3 851/9

mirror [1] 777/24

mischaracterizing [1] 743/4

mission [25] 774/20 774/20 774/25 775/3 775/4 775/4 775/7 775/8 775/11 775/20 775/20 779/8 779/10 787/22 787/24 788/2 792/6 792/21 793/5 793/15 793/24 794/1 843/21 854/11 855/19

misunderstanding [2] 863/2 864/18

mitigate [2] 792/6 792/22

mixed [1] 858/22

model [5] 771/16 771/19 788/12 788/23 807/24

modeling [3] 788/11 807/11 828/5

modern [2] 847/5 847/6

modernize [1] 847/11

moment [4] 822/4 841/15 854/18 856/12

money [42] 734/12 742/4 742/7 742/9 747/7 747/15 750/2 752/16 758/19 759/12 759/13 759/14 771/21 772/10 784/21 784/22 784/24 784/24 796/17 798/17 798/18 799/6 799/15 799/24 800/19 800/22 801/19 801/24 802/23 803/9 803/15 805/24 807/23 823/16 832/17 835/19 837/22 847/10 848/24 856/16 856/17 856/18

monthly [2] 768/11 769/20

months [7] 761/7 805/9 806/9 806/23 842/10 842/24 859/10

more [57] 736/14 743/9 747/6 747/15 748/17 750/12 751/6 752/23 752/23 754/3 754/4 754/5 754/22 758/19 758/19 762/3 762/17 772/17 772/18 773/1 773/6 773/6 780/24 780/24 784/20 797/25 801/11 801/24

**M**

**more... [29]** 803/21
804/12 805/14 806/16
808/15 811/24 812/12
822/4 834/24 836/22
838/21 843/14 843/24
847/5 847/6 847/14
849/6 850/12 851/22
853/25 855/22 855/23
855/24 855/24 858/5
858/15 858/16 858/21
860/8
**more-often [1]** 784/20
**morning [2]** 722/2
754/16
**morphed [1]** 777/4
**mortgage [50]** 720/12
720/15 756/5 768/1
768/4 768/5 768/16
768/25 769/4 769/9
769/11 769/13 769/13
769/14 769/18 770/8
770/14 770/15 771/2
771/3 771/8 771/16
771/18 772/8 772/13
772/14 772/14 772/15
772/16 772/23 772/25
773/1 773/3 773/5
773/11 773/15 778/4
778/6 780/24 783/19
792/19 792/22 799/2
799/13 837/17 846/19
848/10 848/14 852/20
854/16
**mortgage-backed [8]**
770/8 770/14 770/15
771/8 772/8 799/2
846/19 852/20
**mortgages [25]**
755/10 770/11 770/12
770/16 770/22 772/10
772/23 773/4 773/8
773/17 780/14 780/17
780/18 780/23 781/4
781/5 846/20 852/13
852/20 853/16 853/19
853/24 854/2 854/6
854/10
**most [4]** 759/8 776/8
812/18 864/8
**mostly [1]** 743/7
**motivated [1]** 754/25
**move [25]** 729/5
775/23 786/21 803/22

809/21 812/2 815/11
815/18 819/11 822/7
822/25 830/25 831/1
834/1 836/15 839/14
839/15 839/23 842/7
842/13 849/6 849/10
864/2 864/9 864/13
**moving [1]** 732/2
**Mr [9]** 721/4 721/4
722/11 781/21 796/2
822/5 823/23 825/3
829/7
**Mr. [63]** 723/13 727/21
729/12 734/10 735/12
735/12 740/1 741/23
749/2 763/19 763/20
764/16 767/7 773/9
786/20 787/12 788/9
790/25 791/17 791/23
793/12 794/14 794/24
800/1 803/23 804/4
810/9 810/16 813/20
815/12 815/15 816/6
816/8 819/16 820/11
822/9 822/16 824/2
827/16 827/25 828/23
829/8 829/11 829/15
829/22 830/10 831/14
831/14 831/14 834/7
841/17 845/7 849/4
849/7 849/16 849/17
853/6 853/9 853/17
856/25 858/21 859/17
860/4
**Mr. Benson [6]** 735/12
829/22 830/10 831/14
831/14 831/14
**Mr. Benson's [1]**
829/11
**Mr. David [1]** 735/12
**Mr. DeMarco [19]**
723/13 727/21 729/12
734/10 740/1 741/23
749/2 763/19 773/9
815/12 815/15 822/9
822/16 827/16 834/7
849/4 849/16 858/21
860/4
**Mr. Hume [16]** 764/16
767/7 790/25 791/17
791/23 794/14 794/24
800/1 803/23 804/4
810/9 820/11 824/2
829/8 829/15 853/17

**Mr. Hume's [6]** 841/17
845/7 849/7 849/17
853/6 853/9
**Mr. Lockhart [2]**
787/12 859/17
**Mr. Lockhart's [1]**
786/20
**Mr. Salazar [5]** 810/16
813/20 816/6 816/8
819/16
**Mr. Satriano's [1]**
828/23
**Mr. Stern [4]** 763/20
788/9 793/12 856/25
**Mr. Ugoletti [1]** 827/25
**Ms [1]** 767/23
**Ms. [2]** 726/20 831/4
**Ms. Jenkins [2]**
726/20 831/4
**much [25]** 738/4 742/4
746/9 751/25 754/24
757/19 759/13 759/14
784/10 796/21 798/17
804/12 806/22 807/15
807/21 807/23 819/21
820/21 824/25 825/12
825/14 851/22 856/21
860/8 860/9
**multiple [1]** 784/25
**must [3]** 750/23
857/16 857/18
**Mutual [2]** 783/17
784/4
**my [44]** 723/20 723/20
724/6 733/16 737/9
737/11 738/9 739/15
739/21 739/23 741/20
743/4 745/24 748/10
752/16 757/7 760/3
761/19 765/22 766/5
775/17 781/22 786/7
786/8 795/8 795/19
796/2 800/1 801/6
840/15 842/11 845/14
845/16 850/16 851/11
853/17 854/1 858/22
861/13 862/19 862/20
863/5 863/6 863/9
**Myers [1]** 720/16
**myself [2]** 827/19
827/19

**N**

**Naa [1]** 828/5

**name [4]** 833/19
861/13 861/21 861/22
**names [1]** 862/3
**National [1]** 720/15
**necessary [2]** 832/19
857/20
**need [13]** 765/10
767/10 791/11 798/17
824/25 827/14 849/6
850/20 857/13 858/10
860/7 864/2 864/9
**needed [5]** 803/15
805/12 807/16 850/16
859/10
**needing [1]** 851/16
**needs [3]** 750/25
823/16 857/6
**negative [11]** 730/13
730/14 730/15 731/2
732/20 732/20 788/23
798/12 798/15 811/8
856/23
**negotiate [9]** 743/14
743/20 745/1 745/13
745/22 746/25 754/3
754/7 756/18
**negotiating [2]** 743/6
827/3
**negotiation [1]** 755/2
**neither [1]** 847/1
**net [62]** 727/22 727/24
727/24 728/5 728/8
728/9 728/10 729/13
729/24 730/4 730/15
731/4 731/8 731/9
731/11 731/20 732/16
732/25 733/1 733/13
734/16 734/20 736/13
736/17 736/23 737/11
743/6 743/10 743/12
743/16 747/25 748/21
751/10 752/20 752/24
753/5 753/6 753/11
756/9 756/12 756/14
756/22 798/5 798/11
798/15 798/19 798/23
800/3 800/5 801/15
801/22 811/6 814/15
821/17 823/16 832/1
835/8 838/15 839/6
840/15 845/1 859/10
**network [1]** 728/12
**never [8]** 734/4 734/6
741/5 741/8 751/18

**N**

**never... [3]** 778/11 778/13 839/7
**new [13]** 719/19 719/24 720/6 720/6 762/8 777/10 777/15 777/18 779/18 781/23 847/5 851/15 854/9
**next [21]** 725/20 727/15 731/20 736/3 742/19 748/17 753/21 766/23 775/23 786/8 806/20 811/12 816/14 816/16 817/3 818/7 818/9 824/22 824/23 839/24 860/19
**nice [1]** 860/1
**Nick [2]** 828/9 828/9
**night [1]** 862/8
**no [74]** 719/3 725/12 727/23 728/9 728/12 728/17 729/7 729/13 731/9 732/1 732/3 737/2 738/6 739/6 742/1 742/2 742/3 742/3 742/5 743/3 743/21 743/25 747/17 748/6 751/13 751/14 751/15 751/19 751/22 752/15 753/1 753/13 753/24 754/6 754/11 755/20 756/1 756/16 763/9 765/1 765/6 765/21 766/1 766/14 767/5 782/9 786/25 793/25 795/17 800/11 801/16 804/7 804/10 807/13 808/15 809/22 812/4 816/2 817/12 817/18 819/13 822/6 823/16 827/1 829/25 830/2 831/2 834/3 836/16 838/19 839/9 842/15 848/24 849/11
**no-network [1]** 728/12
**Nodded [1]** 860/21
**nominated [2]** 740/15 740/21
**nomination [1]** 740/19
**nominee [1]** 740/13
**non [2]** 783/18 855/14
**non-bank [1]** 783/18
**non-stop [1]** 855/14
**normal [5]** 722/23

725/15 795/1 798/3 799/4
**normally [1]** 799/3
**not [107]** 724/15 725/12 727/23 727/25 730/23 731/7 733/4 733/23 734/7 734/10 734/22 735/8 736/12 736/17 737/11 738/9 738/12 739/13 739/14 739/15 740/5 740/9 741/22 741/25 742/24 743/25 745/3 746/4 746/7 746/8 746/23 747/14 749/5 749/22 750/5 751/13 752/16 753/6 754/16 755/9 759/7 759/22 760/1 760/7 760/15 760/18 760/20 761/1 762/5 762/22 764/19 770/4 771/17 773/4 774/16 775/1 782/5 782/6 784/16 786/5 787/10 789/7 791/8 791/23 794/7 795/7 796/16 797/22 797/22 798/1 805/9 805/16 807/14 807/17 809/2 811/11 811/15 815/7 818/13 818/22 821/17 825/12 830/2 830/24 831/25 832/18 835/13 835/20 837/18 838/15 840/25 841/24 845/10 846/14 847/10 849/5 850/2 853/6 853/14 853/25 855/5 862/15 862/16 862/24 863/24 864/2 864/6
**note [1]** 823/22
**notes [2]** 723/20 859/24
**nothing [3]** 727/8 731/7 749/24
**noting [1]** 823/14
**Notre [1]** 765/13
**Notwithstanding [1]** 863/1
**now [60]** 723/8 725/4 725/8 727/21 729/12 731/23 733/24 733/24 735/12 736/2 743/12 744/22 748/3 748/25

750/24 751/16 756/23 758/13 764/5 765/4 765/7 766/18 767/15 768/23 768/25 775/25 781/10 796/13 796/23 796/25 798/6 799/8 802/22 804/15 806/3 806/6 806/19 806/23 813/18 815/16 816/20 817/11 819/24 830/16 831/4 834/20 836/20 840/4 845/13 846/7 848/23 850/10 850/12 850/15 850/19 851/21 857/3 857/7 857/19 861/1
**number [28]** 730/14 730/19 730/21 732/4 732/15 732/16 732/16 744/5 759/8 778/20 781/25 783/7 783/18 783/20 786/19 792/25 797/15 797/18 797/22 797/25 798/2 808/6 813/22 815/20 815/22 826/7 854/4 861/13
**numbers [3]** 730/18 759/10 773/17
**numerous [2]** 741/14 762/20
**nutshell [2]** 781/19 781/23
**NW [6]** 719/19 719/24 720/10 720/13 720/16 720/21

**O**

**O'Melveny [1]** 720/16
**O-F-H-E-O [1]** 758/1
**Obama [2]** 740/12 766/11
**object [2]** 795/8 817/22
**objecting [1]** 827/5
**objection [28]** 723/8 729/7 732/1 732/3 747/9 747/9 750/17 755/16 755/17 786/23 786/25 809/22 809/23 812/4 816/2 818/11 819/13 822/6 822/11 827/5 827/13 831/2 834/3 836/16 839/17 840/2 842/15 849/11

**objections [2]** 860/24 863/7
**objective [1]** 725/15
**objectives [1]** 793/1
**obligation [12]** 811/6 813/7 813/8 814/6 814/11 832/2 832/11 832/18 832/20 835/4 843/7 843/9
**obligations [3]** 812/8 813/6 846/13
**obviously [3]** 777/15 801/12 802/23
**occur [1]** 806/20
**occurred [2]** 779/23 807/1
**October [9]** 719/5 723/14 724/1 765/5 795/14 796/10 823/2 856/22 866/10
**October 30th [1]** 723/14
**off [7]** 751/3 766/7 766/8 775/15 848/7 857/1 862/24
**offer [1]** 761/21
**office [9]** 757/8 757/20 766/18 766/19 767/9 776/24 778/25 779/9 779/20
**Officer [7]** 735/23 776/23 777/18 807/8 831/10 831/11 831/13
**official [6]** 720/20 813/4 817/15 830/10 836/12 866/3
**Officially [1]** 807/10
**officials [2]** 827/11 827/11
**OFHEO [20]** 757/23 758/2 758/4 758/25 767/3 767/8 777/3 777/14 778/10 779/2 779/3 779/5 779/10 779/13 779/14 779/17 779/20 779/22 781/25 782/5
**often [2]** 784/20 847/24
**oh [5]** 728/3 739/16 787/1 830/25 864/15
**okay [89]** 723/10 723/15 724/10 726/17 728/12 728/15 729/20

**okay... [82]** 730/6
731/7 734/10 734/11
734/25 736/2 737/23
738/18 738/22 739/10
739/11 740/3 742/16
742/19 742/22 743/5
744/1 744/14 746/24
747/19 749/19 751/10
756/4 756/25 759/10
765/7 765/23 766/15
767/7 769/12 771/20
771/25 773/20 776/21
778/18 778/24 781/11
781/12 791/12 794/17
798/16 800/7 800/11
802/22 802/23 803/21
804/15 805/7 805/17
806/18 807/20 810/13
813/17 814/24 819/1
819/4 819/25 820/5
820/22 824/12 824/15
824/19 825/14 829/20
831/17 834/19 838/10
845/6 846/7 849/14
850/5 850/15 851/12
853/20 853/23 854/4
856/13 857/13 859/20
860/16 861/6 863/4
**old [1]** 764/14
**old-fashioned [1]**
764/14
**once [6]** 722/25
725/16 764/4 797/5
847/12 864/18
**one [65]** 728/22 736/2
737/20 738/2 738/2
738/4 742/23 747/17
751/4 751/14 751/15
752/10 752/11 756/1
764/7 766/7 766/8
775/9 776/12 777/17
778/7 784/4 786/2
786/4 800/1 803/21
806/11 809/17 809/18
810/16 817/15 822/4
823/22 827/16 829/7
834/14 834/16 837/6
838/11 838/19 839/10
839/16 839/17 840/4
841/15 845/11 845/17
847/1 847/4 848/12
849/6 850/1 850/11
852/11 852/12 852/15

852/17 853/4 855/5
855/12 858/15 858/16
858/21 861/7 864/1
**ones [2]** 846/2 846/7
**ongoing [3]** 748/12
828/6 837/3
**only [16]** 732/1 732/11
733/8 736/25 737/20
744/24 760/15 766/12
766/12 773/5 784/16
798/9 805/8 856/19
856/24 862/22
**opening [1]** 767/22
**operate [11]** 725/21
726/12 747/23 789/14
790/6 792/21 794/4
799/10 815/7 845/4
846/8
**operated [3]** 762/2
790/14 851/23
**operating [14]** 736/9
776/23 777/18 779/15
790/4 790/5 794/4
794/8 794/25 807/8
842/12 842/25 843/19
856/18
**operation [4]** 762/9
778/11 784/22 841/20
**operations [13]**
722/23 725/16 789/9
795/11 796/6 799/17
805/20 823/18 823/21
851/21 852/1 852/1
856/20
**opinion [3]** 818/12
818/13 863/22
**Opportunity [1]**
757/21
**opposite [1]** 727/22
**opted [1]** 739/21
**option [3]** 803/24
804/8 837/6
**order [5]** 737/5 758/24
801/18 821/15 821/19
**ordinarily [2]** 862/12
862/13
**organizations [1]**
849/23
**orient [1]** 767/19
**original [5]** 749/3
796/20 803/13 803/21
848/18
**originally [2]** 780/6
780/7

**other [25]** 737/17
739/5 742/9 743/18
748/25 765/20 774/21
775/1 776/13 783/13
785/8 790/16 795/9
796/4 801/3 818/23
821/6 826/19 827/24
852/17 852/25 855/17
861/7 862/2 862/6
**others [2]** 735/8
747/16
**otherwise [1]** 742/10
**our [31]** 763/23 764/6
769/14 769/15 775/14
775/23 787/2 792/20
793/1 807/17 808/6
811/6 812/18 814/3
814/15 832/2 832/7
832/10 832/11 835/3
835/9 843/5 843/6
843/8 845/10 846/13
848/12 854/8 854/10
860/18 864/15
**out [34]** 732/10 735/7
736/12 737/10 746/19
755/3 759/14 762/22
777/13 778/10 779/10
789/21 791/4 791/11
792/24 798/10 799/20
800/9 801/24 804/21
805/11 805/24 817/24
818/2 830/3 836/23
847/11 852/8 852/9
854/14 855/21 857/11
858/13 859/9
**outcome [2]** 733/10
734/24
**outcomes [1]** 856/23
**outline [1]** 786/7
**outlining [2]** 738/11
842/11
**outlive [1]** 851/18
**outlook [1]** 858/3
**over [26]** 747/5 753/7
768/10 769/19 773/19
777/21 783/24 784/25
789/6 804/12 817/6
820/7 824/22 827/15
831/13 831/16 832/2
832/10 832/18 835/3
835/10 835/19 841/1
845/11 855/3 858/3
**overnight [1]** 861/3
**overruled [5]** 750/19

748/15 818/15 818/17
827/13
**oversaw [1]** 758/9
**overseeing [1]** 778/13
**overseer [1]** 778/16
**oversight [9]** 757/22
767/9 776/25 779/1
779/6 779/6 779/8
779/21 780/5
**overstate [1]** 784/9
**owe [1]** 812/25
**owed [1]** 800/19
**own [5]** 796/13 804/9
848/12 850/17 852/21
**owners [1]** 848/18
**ownership [2]** 800/6
800/7

## P

**P.A [1]** 720/2
**p.m [2]** 719/5 865/1
**package [2]** 761/21
762/7
**page [50]** 721/2 721/8
721/11 724/3 724/4
724/7 724/8 727/15
729/12 729/14 729/15
729/16 732/9 732/10
744/4 745/17 788/4
791/2 791/9 791/13
794/22 794/22 794/23
810/13 812/7 813/19
816/5 819/16 822/24
822/25 823/3 824/3
824/15 830/22 831/4
832/22 833/12 834/11
834/12 834/20 843/11
843/12 844/7 850/24
850/25 851/1 856/1
856/2 857/3 858/22
**pages [2]** 824/5
858/22
**paid [5]** 747/6 759/14
771/12 799/23 800/22
**painfully [1]** 742/11
**paint [1]** 735/9
**painted [1]** 829/17
**paper [1]** 787/7
**paragraph [25]** 810/14
810/19 813/19 813/20
830/23 831/5 831/17
834/21 834/22 835/1
835/22 837/12 838/9
838/13 843/12 843/13

paragraph... [9] 844/7
844/10 856/2 856/2
856/5 856/11 856/13
857/9 857/10
parentheses [1]
730/14
part [14] 756/1 757/12
758/3 762/7 774/15
777/10 777/14 789/20
791/17 794/2 794/2
826/15 828/6 855/18
participate [1] 847/13
particular [12] 746/2
783/5 793/8 794/24
798/20 825/1 825/4
848/2 848/3 850/16
857/18 861/17
particularly [4] 777/24
778/2 782/2 821/21
parties [1] 859/3
parts [2] 739/24
748/15
pass [5] 781/13 801/14
801/16 839/18 840/4
passed [3] 774/18
783/3 860/24
past [4] 735/16 758/23
811/7 861/15
PATERSON [1] 719/17
path [8] 737/17 739/21
739/24 741/16 746/7
755/1 788/21 825/7
paths [3] 825/1 825/5
825/7
Patrick [1] 723/16
pause [1] 745/7
pay [38] 738/4 746/21
747/1 748/23 749/5
749/12 749/13 750/1
750/3 750/7 750/20
750/23 751/3 751/6
752/17 771/18 771/20
801/7 801/13 801/20
802/1 809/9 809/14
811/4 811/9 811/15
811/21 821/15 821/20
829/5 835/12 835/19
835/21 840/8 840/19
841/1 841/2 856/9
payable [1] 835/9
paydown [1] 768/14
paying [7] 747/5
749/12 751/17 752/23

804/4 804/9 854/15
payment [9] 749/9
750/8 752/3 768/8
771/3 771/5 801/18
801/19 832/8
payments [4] 768/11
769/20 771/11 771/14
PCF [4] 839/4 839/5
840/10 840/20
peaked [1] 777/25
penalty [1] 750/12
pending [1] 835/23
Pennsylvania [2]
719/22 720/13
people [17] 734/18
734/21 734/23 769/24
770/1 773/8 780/13
796/4 827/9 827/24
828/3 828/4 828/5
853/15 853/18 853/24
854/5
per [3] 798/6 805/2
805/15
perceiving [1] 805/13
percent [45] 734/13
736/10 736/21 737/3
747/6 748/23 749/5
749/15 749/16 750/1
750/7 750/13 750/13
750/21 750/22 751/16
755/11 756/10 756/11
756/22 776/6 800/21
801/1 801/7 801/8
801/8 801/13 802/2
802/9 803/24 804/11
804/11 804/12 804/12
804/13 804/13 809/10
809/14 811/10 811/16
811/21 821/17 840/19
851/22 858/4
perception [2] 752/1
752/2
performance [3]
788/12 788/24 852/19
perhaps [1] 741/6
period [19] 730/10
761/16 777/21 777/23
784/7 784/9 795/24
809/11 809/15 810/8
830/20 831/24 831/24
833/5 834/9 835/6
835/6 845/12 858/4
periodic [16] 736/21
737/13 737/15 756/12

800/23 802/8 802/7
802/13 803/12 803/18
813/15 814/18 835/25
836/21 836/25 838/17
periods [3] 811/8
812/18 835/3
permanent [1] 838/17
permanently [1]
821/25
permission [1] 764/4
perpetuity [1] 756/16
personal [1] 861/13
personally [1] 861/10
personnel [3] 779/20
827/3 827/3
perspective [4] 743/4
805/23 821/13 842/11
pertinent [2] 843/14
843/25
PETER [1] 719/17
PhD [4] 757/4 765/13
765/18 765/22
phone [1] 861/13
phrase [7] 774/3 774/5
799/19 808/24 829/18
853/9 853/10
phrased [1] 818/1
pick [4] 840/5 841/16
849/5 850/25
picking [3] 780/4
780/9 849/4
picture [4] 735/10
746/24 746/25 829/17
place [13] 760/14
760/15 760/21 761/6
785/10 796/18 796/18
797/4 798/7 801/5
807/10 825/18 847/20
placed [2] 796/11
848/14
placement [1] 787/18
plaintiff's [1] 764/5
plaintiffs [5] 719/3
719/16 719/20 763/9
763/9
plaintiffs' [6] 719/15
729/3 729/9 732/7
764/8 787/3
plan [21] 739/4 740/2
741/7 741/10 742/23
746/2 746/2 746/4
748/12 748/13 748/15
761/10 761/12 761/13
762/6 849/17 856/9

857/4 857/11 859/8
861/2
planned [1] 734/9
plans [22] 738/7 738/9
738/18 738/22 738/23
738/25 739/2 743/23
743/23 745/2 745/15
745/18 746/13 746/17
747/3 747/25 748/5
748/8 748/10 752/22
826/8 849/23
platform [1] 851/17
play [4] 744/13 744/17
744/20 745/8
played [2] 744/18
744/24
player [1] 773/17
players [3] 773/11
773/12 773/14
playing [1] 745/4
please [31] 722/6
744/5 744/20 745/5
767/20 767/23 770/7
772/2 783/10 790/17
791/4 791/13 792/1
801/2 801/3 809/21
812/7 815/10 819/5
819/16 819/17 823/3
831/5 834/1 834/20
835/1 836/2 836/8
839/13 839/25 842/4
PLLC [1] 719/18
plus [1] 806/19
point [26] 736/22
739/8 742/17 746/1
748/7 751/15 753/21
753/22 767/12 789/15
796/11 796/16 801/25
805/23 821/5 839/19
842/9 843/19 844/6
845/1 848/2 848/24
851/21 856/14 858/2
858/17
policies [1] 762/14
policy [2] 761/9
779/21
Policymakers [1]
857/13
policywise [1] 734/8
politically [1] 734/8
pool [4] 770/15 771/2
772/21 772/22
pools [1] 846/20
Porter [1] 720/10

**P**

**portion [1]** 832/7
**position [5]** 766/23
777/4 787/13 807/3
828/18
**positions [3]** 735/25
736/1 777/10
**positive [6]** 731/4
732/22 734/16 736/9
829/8 838/4
**possibility [1]** 753/23
**possible [4]** 733/13
737/17 763/2 823/9
**post [2]** 846/11 846/15
**post-conservatorship
[2]** 846/11 846/15
**potential [4]** 751/11
753/9 822/21 855/22
**potentially [2]** 734/19
814/23
**power [2]** 760/8
789/24
**PowerPoint [4]** 724/8
724/11 724/12 830/5
**PR [1]** 753/23
**precarious [1]** 782/2
**predecessor [2]**
752/16 757/17
**predict [2]** 734/5 734/6
**predicted [1]** 741/6
**preference [13]**
749/14 749/18 750/8
750/23 750/24 751/5
800/17 800/18 804/5
804/9 811/18 812/17
812/24
**preferred [16]** 719/9
749/3 750/10 760/19
761/1 782/23 789/12
796/14 797/6 797/8
804/12 812/9 814/3
814/6 832/12 835/4
**prepare [1]** 846/14
**prepared [1]** 850/4
**preparing [1]** 846/11
**presence [1]** 851/20
**present [5]** 724/17
764/6 773/20 773/21
791/24
**presented [5]** 724/13
724/16 748/16 791/17
791/18
**preserve [5]** 722/18
727/16 728/3 728/5

**preserved [2]** 733/6
733/8
**preserving [3]** 728/1
733/4 733/15
**president [10]** 735/13
735/16 735/20 740/12
766/10 766/10 766/10
766/11 766/11 777/7
**Presidents [1]** 766/7
**press [1]** 822/20
**presume [1]** 724/12
**presumes [1]** 825/18
**presumption [1]**
737/16
**pretty [3]** 759/6 819/21
853/5
**prevention [2]** 854/8
854/12
**preview [1]** 782/22
**previewed [1]** 764/2
**previous [3]** 730/10
769/15 790/24
**previously [1]** 793/3
**price [2]** 784/14
784/17
**prices [10]** 777/25
780/10 780/14 780/20
780/25 788/15 788/17
825/5 825/6 825/8
**primary [3]** 768/16
768/25 776/1
**prime [1]** 781/9
**principal [14]** 743/7
743/10 750/9 754/18
754/19 754/22 755/6
756/1 756/4 768/11
768/13 853/7 853/10
854/18
**principally [4]** 754/17
825/5 825/7 827/21
**principle [1]** 753/24
**prior [1]** 778/17
**priorities [1]** 849/9
**private [19]** 746/20
758/19 759/4 759/12
760/9 760/12 762/3
762/3 762/17 762/17
765/25 774/10 774/11
775/1 793/11 794/7
852/25 854/25 855/19
**privatized [1]** 848/6
**probabilities [1]** 753/3
**probably [2]** 799/25

**problem [5]** 738/6
749/4 751/12 758/13
825/9
**problems [3]** 758/23
780/13 861/24
**procedure [1]** 763/23
**proceed [2]** 722/7
763/13
**proceeded [1]** 733/11
**proceeding [1]** 722/2
**proceedings [3]**
720/25 865/1 866/5
**proceeds [2]** 769/19
838/16
**process [6]** 724/23
725/5 735/15 749/1
770/18 820/12
**produced [9]** 720/25
737/3 790/23 824/9
824/9 824/11 824/13
824/14 824/23
**professionally [1]**
776/22
**Professor [1]** 860/18
**profitability [4]** 738/6
743/19 753/5 818/22
**profits [8]** 735/4 735/7
736/10 743/16 745/14
747/1 748/23 855/4
**progressed [2]** 781/7
785/2
**projected [1]** 824/22
**projecting [1]** 742/6
**projection [4]** 829/12
829/23 830/5 830/13
**projections [17]** 735/1
735/4 735/6 735/7
736/9 738/5 742/3
742/8 742/9 746/7
747/2 748/5 752/21
822/21 824/24 826/12
829/9
**prolonged [2]** 733/7
733/17
**promise [1]** 803/14
**prone [1]** 773/7
**property [1]** 727/17
**proposal [4]** 761/19
761/25 762/19 853/7
**proposals [5]** 761/14
762/14 762/20 858/24
859/4
**propose [1]** 761/10

**proposed [1]** 761/15
**pros [1]** 753/11
**prospects [2]** 832/14
835/16
**protecting [2]** 838/3
854/22
**provide [11]** 725/21
772/3 796/25 797/13
825/15 838/15 843/1
848/5 848/8 850/20
854/14
**provided [8]** 785/25
789/5 796/24 800/14
800/15 800/16 837/3
845/4
**provides [1]** 823/8
**providing [3]** 726/12
747/22 787/24
**provision [15]** 743/14
743/18 743/20 745/1
745/14 745/23 746/25
749/4 749/8 749/11
749/24 750/6 759/20
759/25 760/4
**provisions [3]** 761/4
789/2 857/17
**prudential [1]** 779/6
**Prussia [1]** 719/21
**PSPA [6]** 801/5 803/21
804/15 836/24 837/4
841/6
**PSPAs [4]** 753/25
754/11 782/24 844/17
**public [45]** 738/10
738/24 755/4 775/11
775/20 779/10 788/1
789/17 789/22 790/3
790/6 790/12 792/16
792/18 793/5 793/9
793/15 793/20 793/23
793/25 794/5 794/10
798/25 805/23 808/7
808/10 809/9 809/14
813/4 813/4 815/7
817/20 818/5 818/9
818/19 819/1 819/3
841/20 843/1 843/3
843/3 843/21 855/9
855/20 863/24
**publicly [3]** 722/17
741/10 847/9
**published [1]** 726/25
**pull [9]** 753/15 753/16
753/17 787/8 795/7

**P**

pull... [4] 815/5 815/10
823/23 830/16
purchase [15] 719/9
749/3 768/5 770/11
782/23 789/13 796/15
796/17 797/6 797/9
812/24 832/12 835/3
835/11 852/13
purely [1] 863/10
purpose [9] 727/16
791/6 791/21 798/13
826/6 837/19 842/21
842/22 857/10
pursuing [1] 794/10
put [27] 723/7 727/17
729/14 739/23 743/25
754/19 759/13 780/2
796/18 797/4 798/4
798/7 798/21 799/15
801/4 803/9 803/12
803/14 807/23 822/8
833/19 843/23 844/21
846/20 848/7 857/20
861/12
putting [5] 768/7
817/15 857/11 858/2
859/9
PX [12] 723/5 723/8
726/19 729/2 731/25
731/25 732/5 753/14
753/17 790/17 794/14
813/21
PX-0002-C [1] 726/19
PX-002E [1] 723/5
PX-205 [2] 753/14
753/17
PX-2C [1] 790/17
PX-2E [2] 723/8
794/14
PX-458 [3] 731/25
731/25 732/5
PX-460 [1] 729/2

**Q**

Qs [1] 813/14
quarter [13] 728/8
731/10 731/12 731/21
798/14 798/15 801/6
812/1 830/21 837/6
838/20 838/24 838/25
quarterly [11] 808/8
810/6 810/7 810/7
811/9 811/15 821/16

830/19 822/7 834/8
835/12
quarters [6] 832/5
832/17 835/18 835/18
838/22 840/25
question [34] 723/4
727/11 727/11 727/21
736/16 739/10 739/12
744/25 755/13 755/21
775/17 776/10 778/15
786/8 786/10 790/22
790/25 791/1 791/2
791/4 791/16 793/13
793/14 795/19 796/2
803/21 817/22 818/1
827/6 827/14 845/7
854/24 856/25 858/16
questions [21] 727/3
748/25 763/1 763/10
764/13 764/15 781/22
781/22 791/1 799/21
803/23 804/1 820/11
829/8 841/17 849/4
849/6 849/8 849/17
853/6 861/8
quickly [2] 738/19
763/4
quite [2] 733/12
783/17
quote [1] 736/6
quoted [1] 736/2
quoting [1] 857/19

**R**

Radnor [1] 719/22
raise [1] 861/7
raised [4] 753/23
759/3 759/6 861/8
raising [1] 758/19
ran [1] 845/19
range [3] 784/23 821/4
824/16
rate [7] 749/15 768/13
772/23 773/1 773/5
780/18 811/16
rates [2] 778/6 788/18
rather [3] 763/3 764/4
807/24
re [1] 719/9
reach [4] 863/2 863/13
864/15 864/19
reached [2] 758/25
813/8
read [13] 755/21 791/4

752/7 793/18 810/9
816/18 831/21 835/1
838/8 840/24 844/14
856/12 857/9
readable [1] 864/8
reading [3] 745/17
786/7 834/25
ready [1] 864/18
Reagan [1] 766/10
real [2] 740/13 803/10
realized [4] 737/2
737/3 746/17 856/23
really [10] 738/4
742/22 747/1 769/9
797/18 797/24 847/2
848/15 848/23 861/23
rearview [1] 777/24
reask [1] 755/19
reason [9] 743/22
745/1 745/3 745/13
745/22 798/20 803/3
803/12 804/11
reasons [2] 738/4
850/21
recall [12] 758/12
760/4 760/5 760/7
799/5 799/25 803/24
804/2 813/14 815/3
849/17 850/6
recap [2] 765/15 795/2
receipt [2] 810/15
810/20
receive [2] 862/17
864/11
received [43] 721/9
721/9 721/12 721/12
721/13 721/13 721/14
721/14 721/15 721/15
721/16 721/16 721/17
729/8 729/9 732/6
732/7 759/17 786/23
786/24 809/23 809/25
812/5 812/6 816/1
816/4 819/14 819/15
822/11 822/12 822/14
831/3 831/7 834/4
834/5 836/17 836/18
842/16 842/17 849/12
849/13 862/16 862/21
receiver [1] 782/6
receivership [2]
798/22 798/24
receiving [1] 759/16
recent [2] 863/1

recess [1] 762/25
recipient [1] 752/11
recognition [1] 835/22
recognize [3] 727/1
810/3 836/4
recognized [2] 803/13
806/11
recognizing [1]
806/14
record [12] 729/2
740/8 740/11 787/2
815/12 816/19 834/25
839/14 839/22 842/7
863/5 866/5
recorded [1] 720/25
recovery [6] 742/14
747/16 777/7 781/17
781/20 783/2
recross [1] 763/10
redeemed [1] 750/25
redirect [3] 763/11
860/9 860/13
reduce [6] 746/6 762/1
773/4 773/5 821/25
855/15
reducing [6] 821/9
821/19 841/13 852/14
855/3 855/12
reduction [12] 743/7
743/10 753/24 754/18
754/19 754/22 755/6
756/2 756/5 853/7
853/11 854/19
refer [9] 744/1 791/24
811/10 811/12 812/19
813/14 814/16 842/20
847/19
reference [5] 788/4
804/1 814/2 814/8
826/13
referred [16] 768/16
775/3 775/11 775/20
788/1 794/20 797/1
804/4 808/13 810/9
829/8 829/15 841/25
845/6 849/7 849/16
referring [7] 749/7
770/3 770/4 782/24
804/23 817/9 845/13
refers [3] 791/6 791/21
810/22
refinance [2] 780/19
780/21

refinanced [1] 854/9
reflect [1] 748/5
reflected [2] 809/13
856/10
reflecting [3] 746/8
746/9 823/18
reflects [1] 800/5
reform [6] 733/20
761/21 761/24 761/25
850/13 858/9
regard [5] 734/8 755/5
789/23 850/13 854/18
regarding [1] 831/6
regular [3] 827/18
827/20 843/1
regularly [1] 784/19
regulator [3] 758/9
758/25 843/23
regulators [1] 758/17
regulatory [3] 781/25
789/20 808/5
Reid [1] 741/1
reinstill [1] 805/18
relate [7] 792/16
793/19 817/19 818/9
818/10 818/19 853/21
related [4] 723/23
757/13 802/21 844/6
relates [2] 839/11
854/5
relating [3] 781/13
791/1 817/19
relationship [4]
759/15 776/9 776/10
776/15
release [1] 822/20
releasing [1] 758/22
reliance [1] 843/15
relying [2] 737/23
843/17
remain [1] 760/15
remained [7] 760/12
760/14 760/16 760/21
777/18 793/1 825/18
remaining [6] 733/15
763/1 808/22 821/10
821/19 821/25
remains [1] 838/3
remember [10] 778/23
803/3 817/2 820/18
824/3 824/6 828/15
841/21 846/25 850/19
removed [1] 808/15

repaid [3] 769/22
772/16 857/23
repay [3] 751/4 751/7
768/10
repeat [1] 793/12
repeatedly [1] 801/17
replace [4] 733/20
740/12 740/16 762/2
replaced [4] 735/14
735/15 741/6 741/17
replow [1] 764/19
report [5] 738/10
810/12 819/9 823/8
858/7
reported [3] 720/20
722/3 811/6
reporter [3] 720/20
775/15 866/3
reporting [1] 759/7
reports [1] 778/20
represent [2] 833/9
833/11
representative [1]
842/2
Representatives [1]
859/2
Republicans [3]
740/18 740/23 766/13
repudiate [1] 759/21
repudiating [1] 760/5
request [1] 835/2
requests [1] 823/23
require [2] 811/24
846/22
required [6] 749/9
750/21 777/12 798/21
801/7 835/11
requirement [1]
758/23
requires [1] 846/23
rescued [1] 784/6
reserve [5] 731/13
731/15 756/15 763/10
785/19
resilience [1] 841/10
resilient [1] 847/2
resisting [1] 754/18
resources [2] 799/10
834/21
respect [11] 760/8
781/20 782/2 789/17
793/8 797/9 819/25
825/11 829/5 854/12
859/14

respond [2] 764/15
829/14
responding [1] 848/3
response [5] 829/7
829/15 841/16 845/7
853/17
responsibilities [4]
758/6 789/21 794/11
843/6
responsibility [5]
779/11 795/18 795/20
795/23 818/24
responsible [3] 752/13
764/25 765/3
rest [2] 745/8 791/23
restore [1] 792/5
result [6] 777/9 783/5
821/24 847/25 848/22
856/24
resulted [2] 747/21
844/16
results [1] 728/14
resumed [1] 745/6
return [9] 725/15
726/13 747/21 795/11
800/12 802/11 802/13
802/19 815/8
returned [5] 723/2
725/22 740/19 795/1
838/4
returning [1] 795/12
returns [2] 817/13
817/19
revealed [4] 738/22
revenue [4] 746/6
746/16 746/21 855/3
revenues [12] 743/24
745/2 745/15 745/19
746/3 746/14 747/3
747/5 747/12 747/14
748/1 855/8
reverse [1] 734/19
reversed [1] 739/23
reviewed [2] 727/6
794/23
revise [1] 748/5
ribbon [3] 816/9
816/10 816/10
right [99] 722/7 729/16
729/25 730/6 737/19
740/5 741/24 742/4
742/14 742/17 742/20
743/7 743/25 745/25
746/20 747/4 747/8

747/20 755/15 755/19
757/2 757/24 761/1
761/2 763/5 763/7
763/21 763/24 764/10
764/17 766/9 767/3
767/13 768/22 769/1
770/7 770/25 771/14
773/1 774/20 782/8
787/19 791/18 794/18
794/20 795/15 795/21
796/1 797/2 797/6
798/4 800/17 802/3
802/24 804/16 805/9
805/25 806/1 806/6
808/1 808/15 810/17
813/18 813/25 815/16
819/20 819/22 820/12
820/14 825/19 828/9
828/21 828/24 829/9
829/12 837/9 837/9
837/23 840/4 845/8
846/20 846/23 847/25
848/1 848/23 849/24
850/3 852/14 853/1
853/7 853/16 854/1
855/15 857/7 858/18
860/12 863/12 864/4
864/7
right-hand [1] 730/6
rise [1] 778/6
rising [1] 780/25
risk [18] 739/5 742/25
746/18 746/19 752/1
771/17 792/6 792/22
792/23 792/23 852/2
852/2 852/22 852/23
853/1 853/2 855/12
855/15
risking [1] 855/3
Road [1] 719/21
roaring [1] 742/13
Robert [1] 723/16
robustness [1] 797/19
role [2] 769/10 770/8
Room [1] 720/22
rosy [1] 747/2
ROYCE [1] 719/13
RPR [1] 720/20
rule [2] 741/2 863/18
rules [1] 846/24
run [9] 752/22 762/17
766/9 809/3 845/16
856/14 856/15 856/16
856/17

# R

**run-up [1]** 809/3
**running [2]** 809/12
851/6

# S

**safe [1]** 860/11
**safely [1]** 779/11
**safety [1]** 779/5
**said [31]** 729/13 740/1
741/9 744/25 744/25
746/25 754/16 755/24
772/6 797/17 799/5
799/12 800/17 803/3
803/6 806/18 807/19
818/17 824/2 824/3
824/10 827/7 840/24
841/18 842/2 842/23
847/4 847/9 848/12
853/17 854/18
**Salazar [5]** 810/16
813/20 816/6 816/8
819/16
**same [19]** 728/21
730/4 731/24 744/22
762/19 775/4 777/2
790/7 790/12 790/14
790/23 796/3 796/6
813/11 817/8 819/19
831/14 835/17 859/15
**SAMUEL [1]** 719/23
**Sara [1]** 722/3
**satisfying [1]** 793/1
**Satriano [1]** 828/9
**Satriano's [1]** 828/23
**save [3]** 736/7 826/5
845/23
**savings [6]** 848/11
848/15 848/16 848/17
848/19 848/22
**saw [5]** 778/6 790/7
819/19 835/15 835/17
**say [39]** 723/19 724/15
745/18 750/3 752/15
754/16 755/2 762/22
766/5 769/23 783/22
787/21 794/1 797/5
798/16 807/25 810/25
811/3 811/3 812/11
812/22 813/4 814/11
814/12 817/5 817/11
823/7 823/12 825/14
825/17 828/8 829/17
837/25 838/11 852/25

856/2 860/9 863/3
863/24
**saying [26]** 734/10
734/11 736/3 736/16
737/8 737/23 738/18
742/13 742/22 747/12
809/8 809/13 811/20
811/21 824/19 824/23
833/18 836/23 843/19
843/24 845/2 851/24
852/23 857/24 858/7
858/10
**says [32]** 724/22
725/14 725/20 727/11
727/15 730/24 742/15
742/16 742/19 749/25
750/6 750/20 753/22
754/10 760/3 787/23
811/5 811/14 811/15
812/16 812/23 814/14
814/23 823/5 824/12
831/18 833/1 837/16
838/2 838/13 843/13
857/13
**scenario [7]** 743/14
824/3 824/8 824/20
824/20 824/21 824/21
**scenarios [7]** 753/4
753/8 753/8 823/10
824/16 824/19 857/23
**schematic [2]** 768/6
772/11
**Schiller [1]** 719/24
**Scholer [1]** 720/10
**school [1]** 765/10
**scientific [1]** 797/24
**screen [4]** 723/7
729/14 790/19 822/8
**screwing [1]** 863/23
**screws [1]** 863/21
**seated [3]** 722/6 763/7
860/6
**SEC [13]** 728/13
728/23 730/9 808/3
808/4 808/10 809/9
829/2 829/3 829/16
829/17 830/20 831/9
**second [43]** 732/16
736/19 736/20 745/7
753/22 756/8 757/7
769/18 791/9 791/13
804/23 806/6 806/7
806/7 806/9 806/17
806/18 806/25 807/4

807/9 807/12 808/1 808/18
808/18 809/6 809/7
809/12 816/8 824/16
824/18 830/21 834/21
835/1 837/15 838/9
839/16 840/21 840/24
841/3 841/7 843/12
844/7 844/14 858/23
**secondary [17]** 762/9
769/4 769/9 769/10
769/12 769/21 771/16
772/15 773/2 773/11
773/14 775/9 776/1
792/19 792/22 848/5
851/15
**secret [2]** 849/24
850/1
**secretary [11]** 753/20
753/23 754/8 754/15
756/5 785/18 797/17
797/21 821/1 821/9
836/12
**Secretary's [1]** 754/19
**section [5]** 759/25
812/8 834/21 836/25
857/6
**sector [3]** 762/3
762/18 765/25
**securities [21]** 723/24
735/9 738/17 769/10
772/9 782/11 784/20
794/16 799/2 803/4
808/4 808/6 809/12
815/6 817/15 819/8
833/21 833/22 834/8
846/19 852/20
**securitization [2]**
847/6 851/17
**security [11]** 757/16
767/5 769/15 770/8
770/14 770/15 770/17
770/23 770/23 771/9
846/21
**see [49]** 723/14 724/20
724/24 725/16 725/23
727/4 727/12 727/18
728/17 728/23 730/2
730/13 742/12 747/18
754/1 777/24 778/1
778/4 780/24 781/7
783/8 784/14 788/12
790/12 790/19 791/2
791/7 809/17 809/18
810/19 814/2 814/2

814/8 816/22 823/5
831/17 831/19 833/14
833/16 834/14 843/12
844/9 844/12 850/24
856/5 858/16 859/23
864/1 864/24
**seeing [7]** 747/2 768/2
768/3 822/17 825/4
859/1 859/3
**seek [1]** 768/4
**seen [4]** 783/6 783/7
795/9 822/17
**sees [2]** 753/25 754/11
**segue [1]** 802/5
**sell [2]** 770/16 772/15
**sellers [1]** 773/7
**selling [4]** 746/20
770/23 852/3 852/24
**Senate [3]** 740/9
740/13 859/3
**Senator [1]** 741/1
**send [3]** 733/5 861/24
862/23
**sending [2]** 728/1
769/20
**senior [13]** 719/9
735/20 750/10 777/17
782/23 796/14 807/8
812/9 814/3 830/10
832/12 835/4 836/11
**sense [2]** 759/11
773/16
**sent [3]** 723/16 794/17
850/7
**sentence [25]** 723/19
725/20 726/11 737/16
753/23 775/9 791/19
794/24 811/11 811/12
812/15 814/3 831/18
832/9 837/11 837/15
837/25 838/2 838/8
838/9 838/13 843/13
844/9 844/14 858/23
**separate [4]** 722/3
735/8 754/7 861/21
**September [13]**
722/12 722/17 785/14
785/15 789/1 792/10
795/14 796/10 796/19
805/9 807/10 810/8
856/22
**sequence [1]** 765/17
**series [3]** 739/22
841/18 841/19

**seriousness [1]** 797/19

**servant [1]** 766/14

**serve [2]** 766/12 848/10

**served [1]** 766/6

**service [2]** 765/19 766/23

**session [2]** 719/12 722/2

**set [9]** 737/17 748/17 752/10 752/10 781/1 794/11 848/10 848/16 856/23

**sets [2]** 808/5 808/22

**setting [1]** 829/25

**settlement [1]** 768/7

**seven [3]** 757/8 766/19 811/7

**several [9]** 735/16 735/25 761/7 777/9 778/19 800/15 827/19 828/6 861/8

**severe [1]** 788/17

**shaky [1]** 766/5

**share [2]** 799/23 800/8

**shared [3]** 739/1 748/7 821/9

**shareholder [14]** 796/13 798/5 798/10 799/20 799/22 799/23 800/8 805/11 815/8 817/9 844/16 844/21 844/23 856/15

**shareholders [17]** 723/2 725/23 726/13 759/12 760/9 760/12 760/19 760/24 770/4 794/9 795/1 795/13 800/6 800/20 816/23 850/20 855/1

**shares [4]** 760/14 760/15 761/1 801/1

**she [5]** 833/16 833/17 833/18 833/19 833/19

**sheet [12]** 726/25 728/14 729/17 732/10 732/11 732/12 790/22 790/22 792/2 800/2 844/22 848/7

**sheets [2]** 796/12 798/10

**shifting [1]** 746/19

**shoes [1]** 860/20

**short [7]** 761/24 762/25 780/17 784/24 826/10 851/6 851/16

**short-term [1]** 780/17 784/24

**shorthand [1]** 720/25

**should [10]** 723/6 728/21 743/15 752/8 822/25 833/11 850/15 859/18 863/24 864/11

**shouldn't [2]** 742/13 863/23

**show [9]** 723/5 723/11 726/22 728/13 744/11 759/25 769/3 839/25 861/11

**showed [7]** 735/7 738/5 741/17 742/8 778/3 794/14 824/2

**showing [3]** 734/25 735/4 742/10

**shown [1]** 862/13

**shows [2]** 728/14 769/4

**shrank [1]** 731/13

**shrink [13]** 738/20 739/13 739/17 739/20 739/24 739/25 740/2 741/11 742/23 852/1 852/10 852/22 855/4

**shrinking [9]** 738/8 746/5 746/9 748/22 851/21 852/15 855/1 855/6 855/23

**shrinks [1]** 756/15

**shrunk [1]** 731/15

**sign [1]** 862/24

**signed [5]** 777/7 833/16 834/16 836/11 861/13

**significance [1]** 843/16

**significant [3]** 737/25 803/17 814/14

**significantly [1]** 738/8

**signs [1]** 831/9

**similar [2]** 815/2 826/20

**simple [4]** 769/12 772/24 799/25 851/13

**simplify [1]** 852/1

**simplifying [1]** 851/20

**simply [1]** 772/24

**since [7]** 734/15 753/23 759/16 759/18 762/15 793/5 844/10

**single [2]** 753/10 753/10

**sir [2]** 780/7 814/7

**sits [1]** 803/2

**situation [3]** 782/2 835/24 848/3

**six [2]** 780/1 859/10

**sixth [1]** 785/16

**size [5]** 770/11 814/21 814/22 840/10 840/20

**skip [1]** 820/7

**skipping [1]** 825/21

**slide [8]** 724/4 724/19 767/22 767/23 768/23 770/1 824/11 830/5

**slides [3]** 723/20 794/20 794/23

**small [4]** 731/12 756/15 759/18 774/15

**smaller [1]** 732/19

**Smith [1]** 740/15

**smooth [1]** 857/15

**so [246]**

**so-called [2]** 829/11 829/23

**Social [2]** 757/15 767/5

**sold [1]** 769/16

**solely [1]** 844/4

**solution [2]** 751/11 751/21

**solvency [3]** 785/4 803/7 845/1

**solvent [6]** 727/18 799/16 803/16 823/20 857/21 858/3

**some [45]** 734/18 734/21 734/23 735/1 735/6 736/22 739/22 742/8 746/17 757/15 764/13 764/15 764/16 767/17 767/17 771/25 776/19 778/5 782/17 787/14 792/24 794/17 799/21 803/23 820/7 820/11 820/20 826/5 826/23 829/8 829/20 830/5 832/5 839/19 843/23 846/16 846/22 852/14 852/25 853/2 859/10 861/15 861/18

**somebody [1]** 824/13

**someone [2]** 741/7 748/4

**someplace [1]** 742/15

**something [24]** 743/17 743/18 756/3 777/4 777/4 788/23 800/12 800/25 802/14 802/17 802/20 804/5 804/23 811/20 811/22 818/10 819/2 822/23 841/16 851/9 851/17 853/15 855/8 860/11

**sometimes [2]** 771/13 849/23

**somewhere [2]** 737/5 773/12

**soon [1]** 740/12

**sorry [27]** 724/6 726/10 743/8 744/19 747/14 755/20 775/16 780/15 787/1 788/9 790/10 793/11 798/3 804/22 809/11 810/25 813/21 815/21 817/25 818/16 822/12 823/15 831/4 836/9 851/1 860/5 864/16

**sort [2]** 764/8 850/20

**sought [1]** 860/23

**sound [5]** 727/18 797/24 853/23 857/21 858/2

**soundly [1]** 779/12

**soundness [1]** 779/6

**sounds [1]** 854/19

**source [1]** 789/13

**sources [1]** 801/3

**Spalding [1]** 720/13

**speak [2]** 754/25 757/19

**specific [3]** 774/19 786/5 822/24

**specifically [1]** 789/23

**specified [2]** 823/10 852/14

**speech [5]** 724/1 724/13 725/11 794/14 845/24

**speeches [7]** 841/19 841/24 842/3 845/7 845/7 845/12 845/21

**spelled [1]** 777/13

**spending [1]** 848/24
**spent [5]** 757/7 767/5
800/23 853/25 853/25
**sponsored [7]** 762/5
762/16 774/4 774/8
774/15 774/24 778/21
**spreads [1]** 792/24
**SPS [1]** 782/24
**SPSPA [1]** 782/25
**stability [3]** 733/7
733/16 787/24
**stabilization [2]**
728/11 736/24
**stabilize [2]** 724/23
725/6
**stabilized [4]** 725/16
725/22 726/13 795/1
**stable [2]** 792/18
855/24
**staff [7]** 748/4 753/3
758/5 827/21 827/21
827/22 850/17
**standing [1]** 850/19
**stands [1]** 808/4
**start [13]** 728/18
744/15 765/11 780/16
798/5 803/4 804/9
820/18 827/15 842/23
846/1 846/7 846/13
**started [11]** 731/12
747/16 757/1 765/23
778/1 778/4 780/10
780/24 781/6 783/8
805/15
**starting [3]** 778/6
781/5 787/21
**starts [2]** 810/14
836/23
**state [7]** 737/1 773/22
773/25 774/13 774/17
826/9 844/1
**statement [4]** 726/5
754/12 786/16 787/10
**statements [8]** 795/13
796/4 796/4 808/8
808/9 813/3 815/2
859/17
**states [5]** 719/1
719/13 733/13 746/11
843/2
**status [1]** 783/13
**statute [4]** 777/9
777/14 794/10 857/19

**statutes [1]** 725/20
**statutory [7]** 724/23
725/5 806/13 843/7
843/8 846/13 857/17
**stay [1]** 823/20
**Stearns [1]** 783/6
**Stegman [1]** 753/19
**Stegman's [1]** 754/14
**stenotype [1]** 720/25
**step [6]** 778/7 780/15
799/21 823/15 837/16
860/4
**steps [9]** 739/22
748/17 843/6 843/9
850/9 850/13 851/25
855/7 855/17
**Stern [6]** 721/4 763/20
788/9 793/12 825/3
856/25
**stick [1]** 813/18
**sticking [1]** 809/6
**still [13]** 725/9 739/25
750/23 771/4 771/21
796/12 806/15 806/22
823/16 828/12 828/13
835/23 846/25
**stipulated [2]** 777/9
777/12
**stipulates [1]** 761/2
**stock [18]** 719/9 749/3
750/10 760/19 782/23
784/14 784/17 789/12
796/15 796/17 797/6
797/9 799/23 800/9
812/9 814/6 832/12
835/5
**stockholder [4]** 817/6
817/8 817/13 817/19
**stockholders [1]**
848/20
**stood [2]** 798/25 821/3
**stop [7]** 740/23 744/20
757/7 797/15 855/14
859/21 859/22
**stopped [1]** 759/16
**stops [1]** 771/3
**story [1]** 829/18
**straight [1]** 863/22
**strategic [12]** 746/2
746/4 748/12 849/17
849/23 850/21 850/23
851/3 856/9 857/4
857/11 859/8
**strategy [4]** 817/12

**stream [1]** 746/17
**streamline [1]** 764/7
**Street [2]** 720/3 720/16
**stress [9]** 753/7 778/1
788/4 788/6 788/9
788/11 788/17 788/20
824/21
**stresses [1]** 778/3
**stressful [1]** 788/13
**stretch [1]** 780/23
**structure [1]** 857/14
**structured [2]** 797/9
797/12
**stuck [1]** 813/23
**study [1]** 778/20
**sub [1]** 780/15
**subject [3]** 742/25
827/10 833/21
**subprime [6]** 778/4
778/5 780/17 781/4
781/4 783/7
**subsequent [1]** 733/11
**subsequently [1]**
844/24
**substantial [4]** 805/10
806/15 814/23 844/24
**substantially [1]**
805/12
**success [1]** 861/15
**successor [1]** 739/23
**successors [1]** 739/21
**such [5]** 743/20 745/1
800/11 845/18 857/19
**sudden [1]** 773/7
**sufficient [3]** 826/15
832/6 835/21
**suggested [1]** 829/16
**suggesting [1]** 741/22
**suggests [1]** 858/3
**summarize [6]** 826/1
845/11 845/19 845/24
845/25 859/7
**summary [3]** 823/5
864/3 864/5
**summation [1]** 864/6
**summer [12]** 735/19
738/23 738/24 781/11
781/14 783/2 783/14
784/13 784/15 784/16
785/2 799/6
**supervise [1]** 778/11
**supervisor [1]** 846/25
**supervisory [3]**

**suppliers [1]** 773/3
**supply [3]** 772/24
772/25 773/1
**support [11]** 782/19
789/2 789/21 792/19
797/10 797/20 837/3
843/1 851/23 856/21
856/24
**supported [1]** 844/4
**supporting [1]** 796/13
**supposed [4]** 752/4
774/22 837/1 858/11
**sure [19]** 735/2 736/22
760/1 760/18 761/1
771/4 771/11 772/21
774/10 779/9 779/11
795/8 799/21 818/3
825/23 839/20 862/18
863/2 864/13
**surprised [1]** 742/13
**Susan [2]** 742/16
833/16
**suspect [1]** 759/18
**suspended [1]** 839/5
**sustained [3]** 735/4
738/5 755/17
**sweep [25]** 727/22
727/24 728/10 731/8
731/9 731/11 733/13
736/13 736/17 736/23
737/11 743/6 743/10
743/12 747/25 748/21
751/10 752/20 752/24
753/5 753/6 753/12
756/13 839/6 859/11
**swept [4]** 731/7 731/18
731/20 733/1
**system [1]** 762/2
**systemic [3]** 792/6
792/22 792/23

**T**

**tab [12]** 723/6 724/6
724/7 726/19 728/16
728/19 728/19 731/23
731/25 739/9 744/2
744/2
**Tagoe's [1]** 828/5
**take [21]** 737/22
747/16 754/25 761/19
762/25 778/14 787/16
789/6 795/7 807/25
810/13 811/25 819/22

# T

take... [8] 828/19 829/20 839/18 845/10 851/25 852/25 857/19 860/20
taken [4] 775/15 783/24 807/19 857/22
takes [1] 837/16
taking [13] 746/19 752/21 837/7 843/6 843/10 850/9 850/12 852/2 852/23 853/1 854/23 855/7 855/17
talk [13] 723/20 728/12 738/16 767/15 776/19 782/21 801/11 804/24 828/18 839/19 859/22 859/23 860/9
talked [7] 755/3 786/14 799/20 837/22 846/18 852/11 852/17
talking [21] 738/25 746/8 746/10 746/23 746/24 763/25 775/25 781/21 787/23 795/3 795/4 800/23 804/25 806/3 814/18 821/2 827/10 827/10 827/12 851/16 855/14
tap [1] 860/17
tax [1] 734/20
taxpayer [14] 837/20 838/16 843/15 843/17 844/4 847/10 847/14 848/25 849/1 852/3 856/16 856/17 856/18 856/21
taxpayers [5] 802/25 838/3 838/5 843/3 854/23
technical [1] 807/12
technique [1] 788/11
technology [2] 846/23 847/6
tell [25] 765/9 767/25 768/1 772/2 774/7 775/24 783/1 788/6 788/23 801/3 802/22 818/5 820/25 822/23 826/5 832/13 835/15 836/8 836/22 837/14 842/1 850/3 857/10 863/6 864/22
telling [1] 754/12

tells [1] 832/18
Ten [1] 838/7
tense [2] 773/20 773/21
tenure [2] 845/17 854/1
term [9] 760/18 768/17 780/17 784/24 785/3 817/7 832/3 835/10 841/1
terminated [3] 723/1 760/16 760/20
termination [1] 756/18
terms [17] 747/20 747/20 748/2 748/13 749/17 751/24 753/6 760/19 761/3 763/24 769/12 770/12 773/16 794/11 795/3 808/11 827/4
test [4] 788/6 788/9 788/11 788/20
testified [4] 738/4 741/15 793/3 841/16
testify [1] 764/4
testifying [1] 764/7
testimonial [1] 845/20
testimony [14] 738/3 739/18 745/10 745/20 745/24 772/1 786/13 790/15 795/5 795/10 841/22 845/6 845/14 849/7
tests [2] 753/7 788/5
text [1] 842/20
than [24] 733/24 734/12 743/10 747/6 747/15 747/16 764/4 780/1 793/9 797/25 804/13 804/13 804/19 806/9 807/24 812/12 827/25 828/19 851/22 854/2 855/5 856/22 858/5 862/2
Thank [14] 722/8 726/22 726/22 763/11 763/15 785/16 809/24 816/3 822/6 822/13 827/17 851/12 858/19 864/25
that [730]
that's [64] 726/20 727/10 727/25 728/1 729/15 729/16 729/16

750/4 730/18 730/24 731/7 731/11 732/10 732/16 733/4 740/7 740/10 740/22 743/25 745/4 745/18 745/22 747/5 748/19 749/23 751/4 752/11 755/14 757/19 764/9 764/16 768/7 770/6 771/15 775/9 775/11 779/2 779/3 788/1 788/20 788/22 794/10 797/23 799/16 799/25 800/9 801/22 802/24 811/20 811/21 825/15 825/17 825/17 828/24 830/7 836/14 837/4 837/4 839/21 849/20 850/11 853/15 853/20 862/4
their [88] 734/20 735/9 738/16 745/15 746/5 748/5 748/14 755/10 760/9 760/12 760/24 761/17 768/8 770/11 771/2 771/3 771/14 772/14 774/12 774/16 775/5 779/10 780/14 781/4 784/17 784/17 784/22 785/3 785/4 789/21 792/21 792/21 793/4 796/12 796/12 798/4 798/9 798/10 798/11 798/19 799/2 799/6 799/10 799/23 800/3 800/4 800/5 800/8 801/22 805/11 806/13 808/20 809/9 809/9 809/14 811/4 815/6 818/22 818/23 825/15 829/5 830/19 832/17 838/5 840/8 840/18 843/14 843/20 843/21 843/24 845/1 851/21 852/1 852/1 852/15 852/21 853/16 853/19 853/24 854/2 854/5 854/16 855/3 856/20 856/24 858/5 861/11 861/12
them [56] 728/1 733/20 739/1 742/11 742/12 745/14 747/22 748/4 748/4 748/11 748/13 748/14 748/16

749/1 751/14 758/22 759/14 761/17 766/9 770/13 771/5 773/13 780/23 783/20 785/7 795/12 796/25 799/9 799/16 801/18 803/16 826/25 828/18 842/12 845/1 847/1 850/25 852/2 855/2 855/3 855/6 855/23 858/2 860/24 861/1 861/10 861/12 861/14 861/15 861/17 861/18 861/20 861/23 864/9 864/11 864/14
themes [3] 845/19 845/24 846/1
themselves [2] 770/5 784/18
then [57] 725/14 725/22 726/13 729/20 735/23 737/1 738/14 740/21 741/1 744/24 745/13 748/12 750/7 750/21 757/6 757/9 757/15 757/16 758/5 759/8 764/5 766/17 766/24 768/10 769/4 769/16 769/19 770/13 772/14 772/23 775/17 777/25 779/17 779/20 779/24 781/8 785/2 786/3 789/23 791/6 795/1 798/15 801/16 801/20 803/22 813/22 813/19 817/3 831/21 842/1 848/18 855/16 860/1 860/13 860/16 863/22 864/10
theory [1] 800/11
there [118] 724/1 726/11 727/9 728/23 735/11 736/8 739/16 739/24 739/25 742/8 742/9 742/12 742/15 743/9 749/8 749/25 750/22 753/7 753/10 754/21 755/25 756/19 756/21 758/12 758/16 759/20 760/5 761/2 761/8 761/10 762/6 765/24 765/25 766/19 767/12 776/9 776/10 776/15 777/3 777/12

**T**

**there... [78]** 780/13
782/9 782/16 783/12
783/13 783/15 783/17
784/1 784/10 788/4
791/14 793/15 793/17
797/12 797/25 798/23
798/25 799/15 800/21
800/22 801/10 803/2
803/10 804/15 805/19
805/20 806/15 806/22
807/11 807/17 809/2
812/11 814/8 815/2
815/5 815/9 816/9
817/24 823/7 825/12
825/12 826/19 827/2
827/8 827/18 827/20
827/24 828/1 828/1
829/3 829/22 831/21
832/16 833/2 833/14
835/18 835/18 837/15
838/21 838/23 841/9
844/24 845/18 845/19
845/22 847/21 852/23
857/11 859/9 860/22
860/24 862/1 862/9
862/24 862/25 863/15
863/17 863/25
**there's [19]** 723/8
727/8 729/24 731/4
732/1 749/24 760/25
761/3 773/1 773/6
800/11 805/14 808/20
808/21 826/4 840/24
848/23 855/16 863/20
**thereby [1]** 846/5
**these [72]** 728/11
730/18 733/7 733/9
733/16 733/19 734/9
736/8 736/24 741/11
746/7 746/17 747/2
747/22 751/16 752/2
752/12 754/8 755/5
761/20 762/6 762/7
762/23 769/15 769/16
770/12 780/15 780/20
780/22 780/23 781/4
783/7 784/6 786/1
788/21 789/9 789/14
792/16 793/1 794/20
795/7 796/3 797/20
803/15 805/20 813/14
823/19 823/20 824/19
824/24 825/14 825/16

826/11 828/6 828/15
831/9 840/7 842/25
843/4 844/15 844/24
845/3 845/12 846/8
846/10 847/24 852/20
854/11 855/15 858/8
858/12 859/14
**they [144]** 728/20
729/13 730/9 733/22
733/23 733/24 733/24
734/11 734/15 734/18
734/24 735/6 735/7
735/8 736/9 736/15
738/9 738/16 738/16
738/19 738/24 741/1
741/2 741/3 742/6
742/6 742/8 742/13
743/19 746/9 747/4
747/5 747/6 747/7
747/13 747/15 749/12
749/13 751/25 758/24
758/24 759/13 759/16
760/21 761/17 761/18
769/25 770/8 770/12
770/12 770/13 770/16
770/24 770/24 771/1
771/3 771/10 772/5
772/8 772/9 772/15
773/11 773/14 773/17
774/12 774/16 778/13
778/18 779/5 779/11
781/15 783/24 784/21
784/23 784/24 787/23
788/16 788/16 790/14
793/5 793/10 793/19
794/15 796/12 798/11
798/22 799/3 799/12
800/8 800/8 800/14
801/14 801/15 801/16
801/19 803/5 805/10
805/11 805/12 806/17
808/10 811/21 811/23
813/9 813/16 815/7
818/7 818/10 818/21
819/1 821/12 821/17
821/18 825/6 825/6
832/17 832/18 835/17
835/19 835/20 835/20
840/8 840/18 843/18
844/3 844/21 846/20
846/20 846/20 852/18
852/20 855/5 856/15
856/18 857/22 858/4
858/14 859/3 861/11

861/15 861/22 862/13
862/15 862/16
**they'd [1]** 736/13
**they're [21]** 725/9
742/4 746/8 752/4
768/9 768/10 770/19
773/19 784/23 789/25
803/9 805/24 827/10
832/19 851/21 852/9
852/13 858/13 861/11
861/14 863/23
**they've [4]** 796/16
856/15 856/16 856/17
**thing [16]** 728/12
750/13 751/4 756/8
795/25 800/11 811/10
817/5 817/9 819/19
824/8 824/12 845/18
852/17 855/17 862/6
**things [43]** 736/12
737/10 737/21 739/5
746/22 755/25 759/15
761/20 764/7 776/11
776/12 776/15 776/16
776/20 781/20 790/7
790/12 800/15 806/11
818/23 820/7 821/3
821/3 821/6 826/7
842/2 843/10 846/9
846/12 846/16 847/4
847/24 850/10 850/11
852/12 853/2 858/12
859/10 860/7 861/18
861/19 862/8 862/22
**think [32]** 724/2 724/3
727/8 751/20 752/7
759/15 763/4 766/7
766/22 767/18 770/15
772/11 772/23 774/11
774/12 778/12 778/22
781/7 784/8 786/25
802/10 804/14 805/22
808/24 813/19 813/23
839/16 841/1 850/4
852/5 863/17 863/25
**thinking [9]** 739/3
745/25 820/14 820/18
841/20 856/8 856/13
857/12 859/9
**thinks [1]** 754/15
**third [30]** 736/18
743/13 754/5 754/6
754/20 754/23 755/6
756/24 809/3 819/24

820/19 820/19 820/12
825/22 827/4 833/24
839/1 839/2 839/3
839/5 852/4 853/4
853/5 853/21 854/7
858/23 859/11
**this [273]**
**THOMPSON [1]**
719/16
**those [50]** 722/25
723/17 728/9 735/6
738/9 738/22 738/23
746/13 746/22 758/8
759/15 760/14 760/20
769/23 771/11 777/13
777/17 782/22 786/5
790/7 790/12 795/13
796/21 808/6 808/8
813/3 818/9 818/19
825/1 826/23 829/20
841/24 845/8 845/20
845/21 845/24 846/16
849/4 849/5 850/21
850/24 851/3 851/5
853/2 854/17 855/7
861/18 861/19 862/21
864/10
**though [6]** 786/5
805/8 806/22 824/8
840/10 855/8
**thought [11]** 752/21
754/21 754/23 755/3
759/22 761/22 832/14
833/3 853/18 862/8
863/22
**thousand [1]** 730/20
**thousands [3]** 730/20
730/21 770/16
**three [18]** 767/5
777/13 777/17 786/2
786/4 806/20 807/2
807/20 808/13 824/16
824/19 824/23 825/14
850/22 850/25 851/5
851/13 854/4
**thrift [1]** 783/18
**through [38]** 733/17
733/20 735/1 736/7
736/22 738/1 738/2
739/3 742/11 748/11
769/18 769/20 770/17
781/7 787/10 787/14
796/1 796/25 797/11

# T

**through... [19]** 800/1
800/16 801/23 805/20
807/20 824/10 841/24
843/8 843/11 844/4
845/10 845/16 845/20
845/23 851/5 856/14
856/15 856/16 856/17
**throughout [1]** 806/14
**thus [1]** 748/22
**tied [1]** 772/14
**till [1]** 731/10
**Tim [1]** 833/14
**time [82]** 725/2 727/1
730/10 734/15 735/19
736/8 737/24 741/2
746/2 751/10 752/15
754/3 754/4 754/5
756/25 757/12 757/15
760/22 761/16 763/10
764/7 765/18 765/19
765/23 765/24 768/10
769/20 773/25 776/21
777/3 777/21 777/23
780/9 781/10 783/2
784/7 784/9 785/18
786/16 787/13 790/23
795/7 795/24 796/16
796/21 797/17 800/23
804/15 804/21 807/3
807/8 809/7 809/11
815/7 820/20 824/10
826/5 828/10 830/10
831/12 831/23 832/10
832/18 835/3 835/19
837/18 838/15 841/15
844/21 845/10 845/12
845/23 848/3 851/6
851/16 854/1 855/3
858/4 858/16 860/24
861/17 862/20
**timeframe [1]** 777/19
**times [4]** 730/20 797/1
828/4 828/4
**title [2]** 735/22 777/16
**today [4]** 764/9 795/21
795/22 852/17
**today's [1]** 857/15
**together [3]** 782/18
789/12 794/13
**told [10]** 766/5 785/8
793/3 796/23 822/25
829/18 861/12 861/15
861/18 861/20

**tomorrow [4]** 859/24
860/1 860/5 864/24
**too [4]** 738/15 799/25
816/18 840/3
**took [4]** 731/9 731/11
807/10 848/11
**tools [1]** 782/1
**top [11]** 727/15 729/20
731/18 787/16 816/8
816/9 816/9 816/10
833/1 849/24 849/24
**Topaz [1]** 719/21
**topic [4]** 775/23
816/13 817/1 820/22
**topics [1]** 821/4
**total [8]** 730/1 732/15
759/5 798/6 806/3
855/4 862/9 862/10
**touch [3]** 764/20
835/25 841/25
**toward [1]** 812/19
**traditional [1]** 864/6
**transcript [4]** 719/12
720/25 744/12 866/4
**transcription [1]**
720/25
**transfer [2]** 739/5
746/18
**transferred [2]** 779/22
798/18
**transfers [1]** 727/24
**transformation [3]**
762/7 770/21 773/2
**transition [1]** 857/15
**Treasury [128]** 727/25
728/10 731/8 731/18
733/2 733/5 733/9
733/15 738/12 741/14
746/10 749/20 749/21
750/3 750/25 751/25
752/3 752/10 752/11
752/12 752/15 752/17
752/24 753/20 754/8
754/15 754/18 756/5
757/2 757/6 757/10
762/19 766/25 767/3
782/10 782/12 782/18
785/18 789/10 789/11
796/14 796/19 796/24
797/1 797/17 797/20
797/20 797/21 798/16
799/7 799/12 799/14
800/12 800/15 800/19
800/24 801/17 801/18

801/19 802/14 802/15
802/25 803/6 803/13
803/19 803/20 805/12
805/19 805/19 805/23
806/4 806/25 807/22
812/23 821/1 821/6
821/8 821/16 821/18
823/9 823/13 823/14
823/17 823/19 824/25
825/11 826/2 826/20
827/3 827/11 827/21
827/22 828/7 832/2
832/8 832/11 835/4
835/9 835/12 835/13
836/11 836/11 836/13
837/2 837/5 837/16
837/22 838/2 838/14
839/11 843/1 844/4
844/17 844/25 845/4
846/5 846/9 847/7
847/8 851/23 853/7
855/13 855/16 856/19
856/24 857/22 858/1
858/14
**Treasury's [11]** 749/13
750/10 752/5 789/2
797/10 803/8 804/6
805/17 806/12 826/8
855/13
**trial [2]** 719/12 744/22
**tried [3]** 740/23 761/19
851/13
**triggering [1]** 798/24
**trouble [4]** 783/14
784/7 854/2 854/15
**troubled [2]** 724/23
725/6
**true [6]** 729/13 731/11
738/1 738/3 754/12
866/4
**truthful [3]** 745/10
745/20 745/25
**try [6]** 736/7 764/7
764/19 807/24 813/17
862/4
**trying [11]** 737/19
754/3 754/7 762/22
770/19 797/18 818/8
820/7 844/18 844/20
855/4
**turn [3]** 724/3 726/18
732/9
**turned [2]** 736/12
737/10

**tweet [1]** 859/25
**twice [1]** 847/10
**Twitter [1]** 859/25
**two [19]** 754/8 755/25
759/15 790/7 790/12
806/11 818/7 818/9
842/25 847/8 847/21
848/24 848/25 850/9
855/12 856/5 860/22
861/7 861/16
**type [1]** 768/5
**typical [1]** 843/23
**typically [4]** 776/7
784/23 788/15 831/10

# U

**U.S [10]** 720/21 772/4
772/22 773/4 774/17
774/17 776/4 776/5
776/6 784/11
**Ugoletti [2]** 827/21
827/25
**Uh [1]** 791/20
**Uh-huh [1]** 791/20
**ultimate [6]** 769/17
769/21 769/23 770/23
806/24 847/17
**ultimately [1]** 769/17
**unable [1]** 748/22
**uncertain [6]** 739/13
740/2 748/1 784/9
843/14 844/1
**uncertainty [7]** 737/24
737/25 739/11 739/16
742/25 806/22 831/5
**under [38]** 722/3 731/8
736/19 739/15 746/2
747/6 752/24 753/8
755/9 756/24 766/12
766/13 770/10 788/13
789/2 796/17 798/17
801/20 808/18 812/23
816/25 823/10 824/19
825/1 831/14 832/12
835/2 835/11 836/12
837/3 839/3 839/5
840/23 841/3 844/17
844/25 845/4 857/23
**underneath [1]** 729/21
**understand [17]**
722/21 722/25 726/8
734/2 737/9 763/23
764/16 778/9 793/6
795/5 795/19 801/21

**U**

understand... [5] 814/17 830/7 830/8 862/18 864/12

understanding [18] 726/14 737/12 759/11 760/22 769/7 774/7 775/24 776/3 787/13 788/6 789/16 792/9 792/12 801/4 801/6 859/8 863/6 863/9

understandings [1] 864/20

understands [1] 862/19

understood [4] 722/15 722/16 822/13 843/5

undertaking [1] 846/12

underwater [4] 853/16 853/19 853/24 854/5

unfortunately [2] 771/13 776/19

unique [1] 774/14

UNITED [4] 719/1 719/13 746/11 843/2

universe [3] 772/9 773/3 774/15

University [3] 765/12 765/14 765/18

unknown [1] 733/17

unless [1] 827/14

unlikely [1] 835/8

unlimited [3] 782/11 808/12 808/16

unpaid [1] 811/17

unsettled [2] 783/5 783/5

unsympathetic [1] 853/23

until [9] 725/22 726/12 765/24 776/9 794/25 807/22 839/1 839/2 848/20

unusual [1] 763/24

up [84] 729/14 733/1 741/17 743/15 744/25 747/5 747/13 750/11 750/11 750/12 751/5 751/18 752/23 753/15 753/16 753/17 755/5 755/6 755/8 755/9 755/14 755/24 756/1 756/1 756/8 757/16 761/18 763/3 763/4 770/11 770/13 772/14 778/3 780/4 780/9 785/2 787/8 788/16 790/19 791/10 795/7 797/13 797/14 797/21 800/19 800/25 801/16 802/8 805/7 807/21 808/12 808/16 809/3 809/7 809/12 810/17 812/8 812/14 813/20 815/5 815/10 816/6 816/10 820/12 822/1 822/8 823/23 825/6 825/11 826/1 830/16 833/1 837/9 840/5 841/16 848/10 848/16 849/4 849/5 850/25 852/13 858/22 863/21 863/23

updated [2] 822/21 823/8

updates [1] 843/2

upfront [1] 787/21

upon [5] 758/23 808/20 810/14 810/19 823/19

upside [1] 747/21

upsides [1] 746/1

Urban [1] 758/6

urgency [2] 753/25 754/11

urging [1] 754/19

us [44] 750/3 764/6 765/9 765/15 766/9 767/8 767/19 767/25 769/6 769/8 772/2 774/7 775/24 780/10 781/10 783/1 784/1 784/3 785/8 788/6 788/23 792/1 793/3 796/23 801/3 802/22 807/20 813/20 820/25 822/23 822/25 826/5 826/5 836/8 836/22 844/14 845/23 845/24 848/12 850/3 851/5 851/10 857/10 858/24

use [8] 750/3 751/7 788/12 788/23 802/5 808/24 846/9 847/14

used [8] 724/12 724/13 751/17 772/1 799/19 802/3 802/10

uses [2] 848/24 848/25

using [3] 784/22 823/10 847/10

usually [1] 788/17

**V**

vague [2] 817/23 827/9

value [8] 750/9 781/5 800/4 800/5 803/10 803/17 817/6 844/15

vanishing [1] 785/3

variability [1] 835/7

variables [1] 788/22

various [9] 735/6 739/4 748/13 748/15 753/4 753/8 753/8 761/13 761/14

VARMA [1] 720/8

VERGOW [1] 720/15

version [1] 797/5

versus [1] 759/14

very [18] 737/19 742/11 743/15 743/16 747/17 757/19 773/14 774/15 782/1 783/4 796/8 797/24 798/2 803/16 847/9 856/23 858/24 859/19

via [1] 786/20

Vice [1] 735/20

video [4] 744/10 744/11 744/18 745/6

videotaped [1] 786/14

view [2] 842/11 864/5

viewed [1] 850/8

viewing [1] 843/9

VINCENT [1] 719/17

virtue [3] 772/7 793/4 803/16

volatility [1] 831/25

vote [1] 740/25

vs [1] 719/4

**W**

Wachovia [1] 784/4

wait [1] 776/9

Waiting [1] 791/10

waive [3] 835/14 837/6 837/9

waived [2] 838/24 838/25

waiver [2] 838/17

walk [3] 735/1 787/14 851/5

want [35] 744/11 745/8 754/25 755/10 755/24 769/9 770/18 772/21 774/23 774/23 781/10 793/2 794/13 799/19 802/16 811/21 811/22 811/23 819/24 827/14 835/25 839/10 841/15 841/25 848/12 853/13 853/20 858/8 861/1 861/20 861/22 862/3 863/15 864/10 864/17

wanted [9] 747/17 754/6 754/8 754/21 754/23 756/6 797/18 807/23 861/7

warrants [2] 800/24 800/25

was [348]

Washington [10] 719/6 719/19 719/25 720/11 720/14 720/17 720/22 757/19 783/17 784/4

wasn't [5] 739/15 760/16 804/8 840/10 862/9

watch [1] 739/15

water [1] 755/10

Watt [1] 740/21

way [25] 736/11 737/10 739/10 743/6 743/25 752/9 754/7 755/23 764/14 782/9 793/23 796/9 796/24 798/8 805/13 807/6 814/21 829/21 845/16 845/25 852/15 853/18 855/11 858/13 864/20

ways [4] 852/23 854/14 855/12 855/21

we [202]

we'll [10] 723/7 759/10 815/12 840/4 841/2 859/22 860/1 860/9 861/24 864/19

we're [41] 732/10 734/10 734/11 736/19 736/22 742/16 752/23 764/17 768/2 768/3 770/3 775/14 782/21

**W**

**we're... [28]** 788/5
801/11 803/14 803/14
805/17 805/22 806/3
806/23 807/25 809/2
840/25 843/19 845/12
846/25 847/4 847/9
847/10 847/11 850/19
851/14 851/24 851/25
852/2 854/8 854/10
855/2 855/3 862/20
**we've [10]** 753/6
763/21 775/25 782/24
814/18 817/9 820/7
845/8 847/5 855/14
**weekend [1]** 860/2
**weekly [1]** 784/19
**weeks [2]** 780/1
845/15
**well [44]** 723/7 724/12
727/24 732/25 733/12
736/23 737/8 737/15
739/2 739/8 742/11
743/5 744/1 752/5
752/19 755/8 759/1
760/18 765/17 769/12
772/2 773/10 775/4
780/13 781/6 786/15
790/4 793/11 801/15
815/15 817/14 818/7
829/21 837/14 839/14
840/9 845/19 846/22
847/9 852/5 855/2
857/9 861/21 861/23
**went [17]** 735/23
747/13 748/11 757/6
757/15 766/24 777/15
777/16 784/2 798/22
800/1 800/16 805/25
806/1 807/12 820/14
824/10
**were [164]**
**weren't [1]** 743/1
**what [257]**
**what's [15]** 788/18
788/18 810/10 816/25
819/7 820/9 821/13
833/12 836/20 843/16
844/1 847/22 852/18
862/19 862/24
**what-if [1]** 753/8
**whatever [7]** 749/12
752/21 768/13 779/21
806/19 833/18 834/12

**when [60]** 722/12
722/15 722/16 724/13
725/11 730/13 743/5
743/12 747/24 748/11
748/21 749/4 749/20
750/14 751/6 758/3
759/19 760/22 764/6
764/23 767/12 769/23
770/3 770/24 772/6
773/22 777/14 779/2
779/3 779/18 780/10
783/22 785/13 792/13
792/23 795/13 795/24
796/3 798/14 800/8
804/15 806/6 807/6
818/1 820/22 825/17
828/8 829/22 832/25
833/19 845/15 847/17
854/20 857/21 858/3
858/12 859/14 859/16
859/17 860/23
**whenever [2]** 803/15
843/22
**where [36]** 734/4
745/2 747/3 748/7
755/5 755/6 755/8
755/14 755/24 755/25
756/1 756/8 758/17
761/22 771/23 773/6
779/13 780/4 780/9
780/18 781/10 797/15
800/1 800/2 806/23
813/17 821/2 823/5
829/25 829/25 837/14
840/5 843/13 846/8
850/15 859/9
**whereas [1]** 803/19
**Whereupon [1]** 722/2
**wherever [1]** 765/4
**whether [14]** 729/23
737/9 739/4 739/13
752/23 754/21 754/23
759/11 812/11 813/14
826/14 842/1 853/9
861/3
**which [46]** 724/4
724/6 724/8 724/23
726/19 728/16 729/15
733/11 734/7 735/1
739/22 743/23 744/2
744/16 745/15 745/19
746/5 746/6 750/8
753/15 754/17 756/14
769/13 772/1 788/12

**while [9]** 732/1 733/18
739/25 760/3 765/22
795/2 822/5 832/16
851/20
**who [12]** 755/9 759/12
771/17 786/10 828/2
828/8 828/9 831/9
834/16 844/18 853/15
854/5
**who's [1]** 735/12
**whole [7]** 729/5
756/20 778/11 787/10
795/25 848/24 848/25
**whom [1]** 861/9
**why [22]** 732/10 745/4
747/5 752/2 753/16
754/8 754/21 770/17
772/18 778/10 778/11
799/11 801/22 805/7
807/14 815/15 821/14
821/14 837/7 847/21
847/21 850/4
**Wick [1]** 722/3
**wide [1]** 737/20
**widely [2]** 738/12
738/14
**WIERZBOWSKI [1]**
720/4
**will [28]** 742/12 742/12
744/11 755/2 763/10
765/9 771/4 771/10
787/17 795/8 811/7
813/20 814/14 832/6
832/11 835/5 835/8
845/25 851/11 859/4
859/6 860/18 860/20
861/22 862/1 864/2
864/15 864/20
**willing [4]** 772/2
799/11 803/4 852/25
**willingness [1]** 825/15
**Wilmington [1]** 720/3
**wind [5]** 733/19
746/10 763/3 763/4
858/8
**wind-down [1]** 746/10
**wiped [4]** 798/9

799/20 800/9 805/11
**withdraw [1]** 827/15
**withdrawn [1]** 755/22
**within [3]** 779/15
779/15 845/14
**without [7]** 736/16
786/23 804/6 809/23
822/11 843/11 857/15
**witness [3]** 721/2
722/5 864/5
**won't [1]** 843/10
**wonderful [1]** 751/22
**word [2]** 761/2 772/1
**words [4]** 743/18
744/11 825/4 851/13
**work [6]** 741/17 757/1
761/5 761/8 807/20
855/20
**worked [7]** 757/9
758/17 760/23 761/9
762/14 762/15 798/8
**working [10]** 722/11
733/19 741/11 741/13
757/12 758/9 765/21
765/22 854/1 854/13
**works [3]** 768/1 768/4
769/9
**world [15]** 733/14
737/1 796/3 796/6
841/3 846/11 846/15
856/22 857/25 858/6
859/13 859/15 859/16
859/16 859/19
**worry [4]** 770/18
799/13 803/7 807/21
**worse [1]** 813/10
**worth [58]** 727/22
727/24 727/25 728/5
728/8 728/9 728/10
729/13 729/24 730/4
730/15 731/4 731/8
731/9 731/11 731/20
732/16 732/25 733/1
733/13 734/16 734/20
736/13 736/17 736/23
737/11 743/6 743/10
743/12 743/16 747/25
748/21 750/10 751/10
752/20 752/24 753/5
753/6 753/11 756/9
756/12 756/14 756/22
798/5 798/11 798/15
798/19 798/23 800/3
800/5 801/15 801/22

**W**

worth... [6]  814/15
821/17 823/16 839/6
845/1 859/10
would [106]  723/1
723/2 724/15 725/13
728/6 729/5 729/14
730/18 731/20 734/24
735/9 736/11 736/12
736/14 737/11 737/13
738/19 741/7 741/8
741/21 743/9 743/14
743/18 744/10 746/6
747/6 748/22 749/8
749/14 749/15 749/21
751/20 751/23 751/25
753/5 754/22 754/24
756/14 756/22 758/18
759/5 759/6 761/22
762/8 762/21 762/24
764/15 767/18 773/12
775/12 775/21 778/12
782/16 782/18 784/20
784/23 786/21 794/1
794/7 798/16 798/18
801/12 801/24 802/10
808/12 808/25 809/17
810/16 810/23 811/16
811/17 812/2 812/12
812/24 813/3 815/7
815/11 821/24 822/7
824/25 825/3 825/9
825/12 825/13 825/13
825/16 825/18 828/1
828/3 828/15 831/12
831/13 835/18 835/20
837/18 838/15 840/11
840/15 847/18 853/15
854/25 857/14 860/14
861/2 861/4 861/4
wouldn't [7]  737/10
739/12 743/17 749/13
840/8 840/18 841/9
wound [1]  733/22
Wow [1]  799/13
write [2]  829/14
861/21
writing [1]  856/8
written [2]  743/10
858/7
wrong [3]  728/20
803/9 829/16
wrote [6]  723/13
724/11 724/15 753/19

**Y**

Yeah [11]  725/10
740/4 777/23 789/4
808/14 826/7 842/22
852/8 857/13 861/6
863/8
year [18]  728/24
730/10 730/10 753/25
754/11 764/21 764/21
766/21 766/21 772/13
778/23 801/10 804/20
813/8 815/17 819/10
821/2 821/7
years [31]  725/8
725/13 733/11 735/5
735/17 736/4 736/4
742/19 742/20 751/16
757/8 758/8 765/16
766/3 766/20 767/1
767/5 778/20 780/19
784/25 806/20 807/2
807/20 808/13 811/7
824/23 825/14 829/11
829/23 848/13 850/9
Yep [1]  730/8
yes [221]
yet [3]  791/8 795/15
809/2
York [3]  719/24 720/6
720/6
you [515]
you'll [1]  850/6
you're [32]  735/11
736/2 736/5 736/16
736/17 736/25 737/6
737/23 737/23 738/18
742/22 746/8 749/7
751/3 751/3 759/1
759/7 763/24 764/2
764/7 764/9 764/12
770/3 770/4 773/20
773/21 774/22 788/16
790/5 808/1 848/23
855/4
you've [11]  735/2
738/3 740/1 750/24
762/14 762/15 773/21
781/21 793/18 793/19
825/14
your [145]  722/8 723/6
724/13 725/11 726/14
726/19 728/16 728/18
741/16 842/6
734/2 734/2 737/8
737/12 737/12 737/16
738/2 738/7 738/19
739/1 739/8 739/9
739/17 739/17 740/2
741/7 743/23 743/23
744/1 744/3 745/2
748/4 748/5 748/8
750/17 751/14 752/22
753/3 753/20 755/16
757/4 759/11 762/11
762/24 763/13 764/20
765/8 765/9 765/18
766/15 766/23 774/7
774/20 775/24 776/3
776/3 777/3 778/8
778/22 779/19 779/25
787/2 787/12 787/13
788/6 789/16 790/5
792/9 792/12 794/14
794/20 795/5 795/12
800/18 801/3 807/3
809/24 812/2 813/3
815/11 815/18 815/19
815/21 815/25 816/3
817/25 818/11 818/13
819/11 820/6 821/13
822/3 822/4 822/7
822/12 822/24 826/6
827/5 827/17 828/24
829/15 829/18 829/22
831/1 832/25 833/6
834/2 836/15 839/11
840/3 840/5 840/9
840/14 840/19 841/20
842/2 842/13 845/6
847/23 849/2 849/7
849/10 849/16 851/7
853/5 853/10 856/25
857/10 857/12 858/15
858/19 859/9 859/20
859/24 860/10 860/14
860/22 861/3 861/5
861/25 863/2 864/16
864/19 864/23
yourself [1]  840/10

**Z**

ZAGAR [1]  719/20
zero [5]  731/13 731/16
756/15 798/19 845/2