**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FAIRHOLME FUNDS, INC., ET AL., et al,    Civil Action
                                         No. 1:13-1053
              Plaintiffs,

       vs.
                                         October 24, 2022
FEDERAL HOUSING FINANCE                  10:14 a.m.
     AGENCY, et al,                      Washington, DC


              Defendants.
_____

In re: FANNIE MAE/FREDDIE MAC            Civil Action
SENIOR PREFERRED STOCK PURCHASE          13-1288
AGREEMENT CLASS ACTION
LITIGATIONS.

_____


        TRANSCRIPT OF JURY TRIAL - MORNING SESSION
        **BEFORE THE HONORABLE ROYCE C. LAMBERTH**
              UNITED STATES DISTRICT JUDGE


PLAINTIFFS' APPEARANCES:

**For Plaintiffs:**        **CHARLES COOPER**
                           **DAVID THOMPSON**
                           **VINCENT COLATRIANO**
                           **PETER PATERSON**
                           **BRIAN BARNES**
                             Cooper & Kirk, PLLC
                             1523 New Hampshire Avenue NW
                             Washington, D.C. 20036

**For Class Plaintiffs:**  **ERIC ZAGAR**
                             Kessler Topaz Meltzer & Check, LLP
                             280 King of Prussia Road
                             Radnor, Pennsylvania 19087

                           **HAMISH HUME**
                           **SAMUEL KAPLAN**
                             Boies Schiller Flexner LLP
                             1401 New York Avenue NW
                             Washington, D.C. 20005

APPEARANCES (CONTINUED):

                              **MICHAEL J. BARRY**
                              Grant & Eisenhofer, P.A.
                              123 Justison Street
                              Wilmington, Delaware 19801

                              **ADAM WIERZBOWSKI**
                              Bernstein Litowitz Berger &
                              Grossmann LLP
                              1251 Avenue of the Americas
                              New York, New York 10020

**For Defendant Federal**
**Housing Finance Agency:** **ASIM VARMA**
                              **HOWARD CAYNE**
                              **DAVID BERGMAN**
                              **IAN HOFFMAN**
                              Arnold & Porter Kaye Scholer LLP
                              601 Massachusetts Avenue NW
                              Washington, D.C. 20001

**For Federal Home Loan**
**Mortgage Company:**         **MICHAEL CIATTI**
                              King & Spalding LLP
                              1700 Pennsylvania Avenue NW
                              Washington, D.C. 20006

**For Federal National**
**Mortgage Association:**     **MEAGHAN VERGOW**
                              O'Melveny & Myers LLP
                              1625 I Street NW
                              Washington, D.C. 20006

**Reported By:**              **LORRAINE T. HERMAN, RPR, CRC**
                              Official Court Reporter
                              U.S. District & Bankruptcy Cts.
                              333 Constitution Avenue, NW
                              Room 6720
                              Washington, D.C. 20001
                              202-354-3196

*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

1

**I N D E X**

2

**WITNESS**                                                                **PAGE**

3

BALA DHARAN

4

    Direct Examination by Mr. Hume                        1089

5

6

7

**E X H I B I T S**

8

**EXHIBIT**                                                                **PAGE**

9

Plaintiffs' No. 0003A Received into Evidence          1127
Plaintiffs' No. 0003B Received into Evidence          1127

10

Plaintiffs' No. 351   Received into Evidence          1140
Plaintiffs' No. 211   Received into Evidence          1149

11

Plaintiffs' No. 160   Received into Evidence          1151
Plaintiffs' No. 167   Received into Evidence          1167

12

Plaintiffs' No. 228   Received into Evidence          1175
Plaintiffs' No. 154   Received into Evidence          1187

13

Plaintiffs' No. 245   Received into Evidence          1194

14

15

16

17

18

19

20

21

22

23

24

25

1    **P R O C E E D I N G S**

2         (Jury enters the courtroom)

3              **THE COURT:**  You may be seated.

4              Good morning, ladies and gentlemen.  Jurors, good

5    morning.

6              You may proceed with your next witness.

7              **MR. HUME:**  Good morning, Judge Lamberth.  Members

8    of the jury, good morning.  Hamish Hume for the plaintiffs.

9              Judge, before we call our expert, because of some

10   technical issues with the Tagoe deposition on Friday, there

11   is a very, very short clip that was inadvertently omitted

12   that the parties have agreed would be replayed.  It's

13   literally less than two minutes.

14             **THE COURT:**  Okay.

15             **MR. HUME:**  So we'll do that and then we'll call

16   the witness if that's okay with Your Honor.  Thank you.

17             **THE COURT:**  All right.

18        (Video played)

19             **MR. HUME:**  Thank you, Your Honor.  Hamish Hume

20   again for the plaintiffs.  The plaintiffs call, as their

21   next witness.  Professor Bala Dharan.

22             **DEPUTY CLERK:**  Sir, if you could remain standing

23   and please raise your right hand.

24        (Witness sworn.)

25             **THE COURT:**  You can remove your mask while you're

1   on the stand, sir.

2              **DEPUTY CLERK:**  If you could just remember to speak

3   clearly into the microphone.

4              **THE WITNESS:**  Okay.

5              **DEPUTY CLERK:**  Thank you.

6                  **DIRECT EXAMINATION OF BALA DHARAN**

7   BY MR. HUME:

8       **Q.**   Good morning, Professor Dharan.

9       **A.**   Good morning.

10      **Q.**   Could you please introduce yourself to Judge

11  Lamberth and the members of the jury?

12      **A.**   I'm Bala Dharan.  I'm a professor and also a

13  consultant.

14      **Q.**   Great.  Could you briefly summarize where you're

15  teaching now and what it is you're currently doing for a

16  living?

17      **A.**   I teach at Harvard Law School in Boston.  I teach

18  accounting, finance and business valuation.  I also teach at

19  the MIT Sloan School of Management, subjects are accounting,

20  finance and valuation.  In addition, I'm a managing director

21  at Berkeley Research Group.

22      **Q.**   And how long -- can you briefly summarize your

23  teaching career from the beginning to where you are now?

24      **A.**   I've been teaching for about 43, 44 years now.  I

25  started -- I did my PhD and then right after that, I started

1    teaching at Northwestern University in Evanston for three

2    years.  And then I went to Rice University in Houston where

3    I was there for 26 years.  That was my main career.

4              I became a tenured full professor and I also got a

5    chair.  I taught there with chair for about 10 or 12 years.

6    And then I took retirement to come to Boston to teach at

7    Harvard Law School.  I've been doing that since -- at

8    Harvard Law School and MIT Sloan School since 2008.

9    Q.   And during that period of time, what are the

10   subjects you have mostly focused on in your teaching?

11   A.   Mostly, I would say accounting and finance and

12   some related subjects, like business valuation, which is a

13   application of finance and accounting.  I also teach,

14   occasionally, topics related to corporate governments to my

15   law students.

16   Q.   Now, could you tell the Court and the jury your

17   educational background and qualifications, maybe just as an

18   interest starting with where you were born, grew up and how

19   you came to the United States?

20   A.   Absolutely.  I was born in India, and I did my

21   undergraduate degree in engineering from a university called

22   Indian Institute of Technology in Chennai, which is a big

23   city in southern India.  And then I did my MBA for two years

24   at the Indian Institute of Management, also in India.

25             And then, after that, I decided I wanted to be a

1    professor and do my teaching, and so I came to the U.S. to

2    get a PhD in accounting and finance at Carnegie Mellon

3    University in Pittsburgh.  So that's actually a place where

4    you get a good combination of economics, accounting and

5    finance PhD.  So that was the main education background.

6            I also did a CPA, which stands for certified

7    public accountant, in order to really get some additional

8    credentials for the accounting teaching.

9    **Q.**   And in addition to being a certified public

10   accountant, do you have any other professional

11   certifications or qualifications?

12   **A.**   Yes.  The American -- there's a group in the U.S.

13   of CPAs.  It's called AICPA, American Institute of CPAs.

14   They have some additional credentials that they offer for

15   CPAs.  We have to go through some exams and practical

16   experience.

17           So I have two of those.  One is on business

18   valuation.  It's called ABV, Accredited in Business

19   Valuation.  And the other one is called CFF, which is

20   Certified in Financial Forensics.  So I have those two also.

21   **Q.**   Have you authored any books on the subjects of

22   finance or accounting?

23   **A.**   I've written two books.  I've written a lot of

24   articles.  Also I've written two books.  Each of those two

25   books has come out in two editions, so for a total of four

1    book publications.

2        **Q.**   And did they relate to accounting issues?

3        **A.**   Yes, both books are related to accounting.  One of

4    them, in addition, has the accounting and consequences in

5    terms of companies having accounting scandals.  So that book

6    is used both in law school and business school.  The book on

7    accounting is mainly aimed at business school audience.

8        **Q.**   And have you testified as an expert in other

9    cases?

10        **A.**   Yes, I have.

11        **Q.**   Roughly how many?

12        **A.**   I would say roughly about 50 times, including

13    deposition testimony, arbitration hearings and court

14    testimony.

15        **Q.**   But they don't all go to trial.  Right?

16        **A.**   Not all at the same time.

17        **Q.**   Have you ever testified as an expert for a

18    government agency?

19        **A.**   Yes.

20        **Q.**   And which one was that?

21        **A.**   That would be the Securities and Exchange

22    Commission, the SEC.  I worked on a case for them in which I

23    did a deposition testimony.

24        **Q.**   So in a dispute of some kind, the SEC engaged you

25    as their expert on accounting issues?

1    **A.**    That is correct.  Let me just add.  You asked,

2    Have you worked on?  I have also worked on a couple of cases

3    for another government agency called PCAOB, which stands for

4    Public Company -- it's basically an agency that supervises

5    auditors and accountants.  And I did some work for them, but

6    it did not lead to testimony.

7    **Q.**    Thank you.

8          Now, let's switch to this case.  What, in

9    general -- we're obviously going to talk much more about it.

10   But in general, what work or what questions were you asked

11   by the plaintiffs in this case to address and give expert

12   testimony on?

13   **A.**    Well, I was broadly asked to look at maybe two

14   questions, if I can phrase them that way.  One of them is,

15   at the time of the Third Amendment, was the net worth sweep

16   reasonably necessary in order to avoid financial harm or

17   insolvency and so on.  And that's the first question I

18   addressed.  And the second -- I would be happy to give the

19   answer to --

20   **Q.**    We'll get to that.  Why don't you tell the jury

21   what the second question is.

22   **A.**    Okay.  The second question I addressed was, at the

23   time of the Third Amendment, was the net worth sweep

24   consistent with various statements made by FHFA public

25   disclosures that the purpose of the Third Amendment was to

1    preserve and conserve assets and to, you know, provide a

2    safe and solvent or sound and solvent institution to restore

3    them to that condition.

4         So my question was, did the Third Amendment -- was

5    it consistent with that and did it accomplish that.

6    **Q.**   And specifically, were you asked whether the net

7    worth sweep accomplished that?

8    **A.**   Specifically, the net worth sweep and the Third

9    Amendment.  Correct.

10   **Q.**   And what work did you do to try to address those

11   questions and what materials did you review?

12   **A.**   I looked at a very large body of work data here.

13   I looked at all of the public filings by the two

14   enterprises, Fannie Mae and Freddie Mac, the SEC filings

15   that they do, the annual reports called 10-Ks and the

16   quarterly reports called 10-Q.  I looked at those and other

17   filings.

18        I also looked at all the internal documents of the

19   GSEs, as well as communications between GSEs and FHFA, some

20   additional internal documents at FHFA, some memos, emails,

21   all of those types of things, so quite a large number of

22   documents that are internal and private communications and

23   documents of that nature.

24   **Q.**   As a proffer, Your Honor, can you just tell us

25   briefly what the conclusions were that you reached on those

1    questions?

2        **A.**    Okay.  On the first question, was the net worth

3    sweep reasonably necessary?  My answer was, No, it was not

4    necessary.  And in particular, it was not necessary to

5    accomplish -- to solve a problem that has been described as

6    circular draw.  There was no circular draw issue that was,

7    at that time, urgent enough to need a net worth sweep.

8        And the second one, were the statements by the

9    FHFA about the purpose of the conservatorship, were they

10   consistent?  Was the net worth sweep consistent with those

11   statements?  And my conclusion was, No, it was not.  The

12   conservatorship was supposed to preserve and conserve the

13   assets and also to put the enterprises in a sound and

14   solvent financial condition.

15       My analysis showed that it was the opposite, that

16   the net worth sweep did -- particularly regarding the sound

17   and solvent condition, in fact, it really did not accomplish

18   that.

19       **MR. HUME:**  Your Honor, at this time, I tender to

20   the Court, Dr. Bala Dharan as an expert in finance and

21   accounting for purposes of addressing the net worth sweep in

22   this case.

23       **MR. HOFFMAN:**  No objection, Your Honor.

24       **THE COURT:**  All right.  You may proceed.

25

1    BY MR. HUME:

2        Q.   Now, Dr. Dharan, have you prepared some

3    demonstrative slides to present your testimony to the jury

4    this morning?

5        A.   Yes, I have.

6            MR. HUME:   Your Honor, I would like to provide the

7    Court -- counsel has a copy.   May I provide the Court and

8    the witness one?

9            And Mr. DeRita will now help us.   If we could turn

10   on the slides.   There we go.   These are demonstratives so

11   they can be shown.   They are not going to be submitted into

12   evidence.

13   BY MR. HUME:

14       Q.   What do the first several slides show, Dr. Dharan?

15   Are these just showing your credentials that we went

16   through?

17       A.   The one I just went through.   In case I missed

18   anything, I will add it.   So I mentioned the Rice

19   University.   I also have taught as a visiting professor at

20   Harvard Business School at the Berkeley Haas School of

21   Business.   And I have talked at executive programs as

22   director at the Wharton School.

23       Q.   We're not going to spend more on that.   I think

24   that this gives -- given that we have a lot to get through,

25   and we went to get to the substance as quickly as we can.

1          Now, what does Slide 8 show and can you explain it

2     to the jury?

3          **A.**   So Slide 8 and Slide 9 have the two questions that

4     you asked me about.  What was I asked to examine?  I just

5     put them in for -- on each of these two slides.  So the

6     first one -- the first slide has Question 1 on my analysis

7     and answer.  The second slide has the Question 2 on my

8     analysis and answer.

9          **Q.**   Can you just briefly explain it to the jury?

10         **A.**   Okay.  So the first one, as I said earlier, is at

11    the time of the Third Amendment was the net worth sweep

12    reasonably necessary?

13         My expert opinion based on my analysis is, No, it

14    was not reasonably necessary.  It was not reasonably

15    necessary to address the circular draw problem.  And since

16    the net worth sweep could be -- could not be viewed as

17    necessary, it's not something reasonable shareholders could

18    expect.

19         **Q.**   Now just to be clear, and we'll get more into this

20    later, in reaching that conclusion, were you relying on the

21    information that you were able to learn that it only came

22    into being after the date of the net worth sweep?  Were you

23    relying on hindsight for the benefit of ten years of

24    hindsight?

25         **A.**   No, not at all.  I restricted my analysis, in

1    terms of reaching this conclusion on the next page, on

2    information that management had and FHFA had, GSE management

3    had at the time of the Third Amendment, which is

4    approximately, I would say, July/August time period and

5    before.

6           Yes, that was my focus of what documents I should

7    be looking at, putting myself essentially in the same place

8    that they were in at the time.

9    **Q.**   And to the extent you analyzed or looked at

10   information that came into being later, after August 17th,

11   2012, what was the purpose of doing that?

12   **A.**   The purpose was to mainly document -- just to look

13   at -- to essentially reinforce my conclusions to begin with.

14   And the purpose was to make sure that my conclusions were

15   similar to what the actual consequences were.  I have

16   documented some aggregate effect of the net worth sweep.

17   **Q.**   The effect -- are you going to try -- is part of

18   your testimony going to be to try to show what the impact of

19   the net worth sweep was?

20   **A.**   Exactly.  So that was the only purpose of looking

21   at that information.

22   **Q.**   Now, can you tell the jury what's on Slide 9?

23   **A.**   Slide 9 has the second question.  Let me read it:

24   "Was the net worth sweep consistent with the FHFA's public

25   statements in September of 2008 at the time of the

1    conservatorship, that the purpose of the conservatorship was

2    to preserve and conserve the assets of the GSEs and to

3    restore the GSEs to a sound and solvent financial condition,

4    and did it accomplish that purpose?"

5            I think -- hopefully I got all of those wordings

6    when I said it earlier too.  My answer is -- the answer is,

7    No.  Not consistent with FHFA -- the Third Amendment was not

8    consistent with FHFA's stated purpose.

9            Again, the stated purpose is the sound and solvent

10   financial condition, restoring the GSEs to a sound and

11   solvent and to preserve and conserve the assets.  It did not

12   advance those stated purposes.

13   **Q.**   Okay.  And did you review some of the documents

14   that showed what the FHFA stated publicly about the purpose

15   of the conservatorship in September of 2008?

16   **A.**   Yes.

17   **Q.**   Okay.  I'd like to just turn the slides off for a

18   second.

19           **MR. HUME:**  Do we have copies of the witness binder

20   that we can provide the witness?  The witness binder

21   contains the exhibits we sent to counsel.  We should have a

22   copy for counsel and the Court.  If we don't, we will be

23   remedying that shortly.  Do we have that?

24           **MS. DAVIS:**  Yes.

25           **MR. BERGMAN:**   Thank you.

1          **MR. HUME:**  Your Honor, may I approach?

2     **BY MR. HUME:**

3          **Q.**   Professor Dharan, if you could just briefly turn

4     to Tab 1 of your binder.

5          **A.**   Okay.

6          **Q.**   And can you describe the document you see there

7     and whether you've seen it before in your work on this case?

8          **A.**   Okay.  The first document I see here in Tab 1 is a

9     statement of FHFA Director James B. Lockhart.

10         **Q.**   I'm sorry.  I got the wrong tab.  We are going to

11    come back to that one.  I meant Tab 2.

12         **A.**   Tab 2 is FHFA fact sheet.  It's called Fact Sheet.

13    And it says, Questions and Answers on Conservatorship.  And

14    it's -- I think if I remember, it was published at the same

15    time as the conservatorship.

16         **Q.**   And have you reviewed this document in your work

17    on this case?

18         **A.**   Yes, I have.

19         **Q.**   And what was your conclusion about how this

20    document compares to the net worth sweep?

21         **A.**   For this document, it's the one where I see the

22    purpose of FHFA described, the one I stated earlier about

23    preserving and conserving assets and also putting the

24    enterprises in a sound and solvent financial condition.

25              My conclusion, based on my analysis, was that the

1    Third Amendment did the opposite of that.  It did not

2    accomplish those.

3         Q.   Did you have a demonstrative slide showing

4    excerpts of this document?

5         A.   Yes, I just wanted to highlight a few phrases from

6    this document.

7              (Exhibit was published)

8              **DEPUTY CLERK:**  It's already in evidence.

9              **MR. HUME:**  It's in evidence.  Thank you,

10   Ms. Jenkins.

11   **BY MR. HUME:**

12        Q.   Can you explain to the jury what's on this slide

13   and whether it --

14        A.   Right.

15        Q.   -- relates to that document?

16        A.   So this document, as I said, is the fact sheet

17   that was put out by FHFA to, I suppose, explain what this

18   conservatorship was about.  In fact, it's titled "Questions

19   and Answers on Conservatorship."

20             It says, for example, "What is a conservator?  A

21   conservator is a person or entity appointed to oversee --"

22   it says -- "for the purpose of bringing the company back to

23   financial health."

24             And then for the question:  "What are the goals?"

25   It says, "The purpose of appointing the conservator is to

1    preserve and conserve the company's assets and property and

2    to put the company in a sound and solvent condition."

3            And then it also uses the phrase "safe and solvent

4    condition" in the other highlight that I have.  And also it

5    says that upon -- so once the director -- upon the

6    Director's determination that the conservator's plan to

7    restore the company to a safe and solvent condition has been

8    completed successfully, the document says "the Director will

9    issue an order terminating the conservatorship."

10   **Q.**   So can you explain to the jury your conclusion

11   about how the net worth sweep compares to these goals and

12   purposes starting, if you would, with what it means to be

13   sound and solvent?

14   **A.**   Okay.  So solvent -- the way I read it as an

15   accounting and finance expert, we use the term solvency all

16   of the time.  Solvency and solvent means the company has

17   sufficient assets to cover their liability.

18           There are a couple of other ways to look at the

19   same thing, but this is a very simple way to state what

20   solvency is.  More assets than liabilities or what we would

21   call informally obligations but companies call it

22   liabilities.

23           So if you held the net worth, which is the

24   difference between assets and liabilities, the positive net

25   worth in a consistent way, that would be a solvent

1    condition.

2              I read the word "sound" basically to mean running

3    the enterprises in a normal -- as a normal business

4    operation.  Let's think of it as a company that is the kind

5    you see every day out there doing their work and so normal

6    conditions.  That's a sound condition the company is able to

7    continue working in that.  So those are the two terms I

8    read.

9              To preserve and conserve the assets would be

10   consistent with those so the assets are available to provide

11   the solvency.

12   **Q.**   Before you go on, is it -- if a company -- if the

13   goal is to be solvent, sound and solvent, safe and solvent,

14   solvent, is the goal to try to build more net worth or less

15   net worth?

16   **A.**   The goal is to build more net worth to provide

17   more safety and more flexibility.  So you can think of the

18   net worth almost like a foundation for the company.  So more

19   net worth is definitely better.

20   **Q.**   And so does that relate to your opinion about how

21   the net worth sweep compares to these goals?

22   **A.**   Yes.  The net worth sweep, as the name implies,

23   basically sweeps the entire net worth of the enterprises and

24   sends them over as dividend.  So at the end of every

25   quarter, the net worth is effectively brought down to zero,

1   although it's brought down to a smaller number initially and

2   then slowly taken down to zero, but effectively, it's very

3   minimum and zero.  That's not really building a solvent

4   condition.  It's really taking away the net worth.

5          So effectively, the enterprises are not going to

6   be able to independently operate without that net worth

7   being available.  So that means it's not going to be a sound

8   condition.  Sound, as I said earlier, is a normal business

9   operation where you continue to do what you do without being

10  dependent on something.

11     **Q.**   Does the net worth sweep preserve and conserve

12  assets?

13     **A.**   It did not, because, as it turned out, the net

14  worth sweep, since it sends out everything, the entire net

15  worth is sent out.  It effectively -- there is no upper

16  limit on how many -- how much assets can be sent over.

17         And so in that sense, it did not preserve and

18  conserve.  As I showed in my analysis, it actually ended up

19  sending a huge amount, massive amounts, in dividends.

20     **Q.**   So now I'd like to take you to the Tab 1 of your

21  binder, which is not in the slides.  And can you tell the

22  jury what's at Tab 1 of your binder?

23         **MR. HUME:**   This is in evidence.  It's PX-0002B.

24  Please bring it up on the screen when ready.

25

1    **BY MR. HUME:**

2         **Q.**   Could you just describe generally what the

3    document is --

4         **A.**   Okay.

5         **Q.**   -- at Tab 1 of the binder?

6         **A.**   Sure.  So this is the Tab 1.  This document is the

7    statement of FHFA Director James B. Lockhart, and it is

8    dated September 7, 2008, which is when the conservatorship

9    started.  And James Lockhart was the Director of FHFA at

10   that time.

11        **Q.**   As part of staying abreast of the evidence in this

12   case, you watched some of the trial last week.  Correct?

13        **A.**   Yes, I did.

14        **Q.**   So you've now seen this document before?

15        **A.**   I've seen the documents.  Right.

16        **Q.**   Is there anything in this document that you could

17   read to be consistent with the imposition of the net worth

18   sweep?

19        **A.**   No.

20        **Q.**   And I refer you to the bottom of Page 5 in the

21   document.

22             **MR. HUME:**  Can we, Mr. DeRita, show the paragraph

23   that begins on the bottom of Page 5 and goes over to the top

24   of Page 6?

25

1    BY MR. HUME:

2        Q.   And can you tell the jury what's in that

3    paragraph, Professor Dharan?

4        A.   Sure.  This paragraph, again, describes the goal,

5    the purpose of the conservatorship in a way similar to the

6    question and answer fact sheet that I read earlier.

7            It says, for example, "Therefore, in order to

8    restore the balance between safety and soundness and

9    mission, FHFA has placed Fannie Mae and Freddie Mac into

10   conservatorship.  This is a statutory process designed to

11   stabilize a troubled institution with the objective of

12   returning the entities to normal business operations."

13           So once again, it's talking about an end point for

14   the conservatorship.  It's going to be, you know, finite

15   length.  And at the end of that, the enterprises will return

16   to normal business operation.

17           The last sentence, again, repeats that.  "FHFA

18   will act as the conservator to operate the enterprises until

19   they are stabilized."  Which, again, suggests that it's

20   going to be a process that will terminate at some point.

21       Q.   So do you have an opinion on whether the net worth

22   sweep was consistent or inconsistent with this statement?

23       A.   It was inconsistent with this statement.

24       Q.   Could I ask you to turn to Tab 3 of your binder,

25   which is Plaintiffs' Exhibit 2-E?

1    **MR. HUME:**  Also in evidence, Ms. Jenkins.

2    **BY MR. HUME:**

3    **Q.**  When you're ready, Professor Dharan, can you

4    explain to the jury what Plaintiffs' Exhibit 2E is?

5    **MR. HUME:**  And perhaps, Mr. DeRita, you can just

6    blow up the subject, the address block and the first

7    sentence.

8    **THE WITNESS:**  Okay.  So this document is an email

9    from Mr. Edward DeMarco and dated 10/30/2008.  And the

10   subject says "Treasury Support for the GSEs."

11   **BY MR. HUME:**

12   **Q.**  Let me stop you right there.  Were you here last

13   week when Mr. DeMarco testified?

14   **A.**  Yes.

15   **Q.**  Do you have the understanding that he was the

16   Acting Director of the FHFA who agreed to the net worth

17   sweep?

18   **A.**  Yes.

19   **Q.**  At this time, in October of 2008, do you have an

20   understanding that he was a Deputy Director of some kind at

21   the FHFA?

22   **A.**  Correct.

23   **Q.**  Please continue explaining what the document

24   shows.

25   **A.**  Okay.  This document is a set of slide

1    presentations.  And I just wanted to highlight a couple of

2    slides.  He says, "See especially slides 17 and 18."  So we

3    can look at those slides.

4        Q.   It's Page 18 of the exhibit and maybe slide 16 of

5    the document.  What does that slide show?

6        A.   So here, again, this -- I wanted to look at this

7    because it defines, from Mr. DeMarco's point of view, what

8    the conservatorship is supposed to do.

9             So he says in this slide, "conservatorship is

10   defined as a statutory process to stabilize a troubled

11   institution --" similar to what Mr. Lockhart had said --

12   "which is intended to have a limited duration and has as its

13   objective to return the entity to normal business operations

14   once stabilized."

15            Then it goes to say that, "and then returned to

16   the shareholders."  So those, again, suggest the main

17   purpose is to stabilize, preserve and conserve the assets,

18   sound and solvent conditions and then return to

19   shareholders.

20       Q.   And is the net worth sweep consistent or

21   inconsistent with that?

22       A.   It was inconsistent with that.

23       Q.   Under the net worth sweep, how much does the

24   United States Treasury get out of the net worth that the

25   enterprises generate?

1    **A.**   As of now --

2    **Q.**   I don't mean the dollar number.  I mean the

3    percentage number.

4    **A.**   Oh, a hundred percent.

5    **Q.**   Is there anything left for the shareholders under

6    the net worth sweep?

7    **A.**   There would be zero net worth after the net worth

8    sweep.

9    **Q.**   Zero.

10   **A.**   So there would be nothing left for the

11   shareholders.

12   **Q.**   For the private shareholders?

13   **A.**   For the private shareholders.

14   **Q.**   Now, we did it a bit out of order because we just

15   did Question 2.  Now we're going to go to Question 1, which

16   is a bigger question with a lot more words.  Before we do

17   that, are there some -- this may be the most exciting moment

18   of the trial because we're going to talk about accounting.

19        Are there some basic, not hugely technical but

20   important, accounting concepts that you believe the jury

21   should understand that would be helpful to them, at least in

22   fully understanding your testimony?

23   **A.**   Yes, I do.

24        I mean, there are lots of accounting concepts, but

25   I think two or three, maybe three or four phrases that we

1     hear often in this case, it would be worth defining what

2     they are from an accounting point of view.  So I have

3     prepared just two or three slides to illustrate the key

4     terms.

5              **MR. HUME:**  Let's see if we could pull the slides

6     back up.

7     **BY MR. HUME:**

8         **Q.**   So what does Slide 11 show and explain?

9         **A.**   This slide has two terms that we hear all of the

10    time in this case.  One of them is GAAP.  GAAP is spelled

11    G-A-A-P, as you can see there.  And that stands for

12    Generally Accepted Accounting Principles.

13             And this is really the set of accounting standards

14    that U.S. companies must follow when they report to the SEC

15    all those 10-Ks and 10-Qs.  So even though it says,

16    "generally accepted," it's actually these are accounting

17    rules that are issued and published in the U.S. by certain

18    agencies.

19        **Q.**   Do Fannie and Freddie, and did they at the time in

20    2012, follow and generally apply GAAP, Generally Accepted

21    Accounting Principles?

22        **A.**   Yes, they did.  They say that in their 10-K that

23    they follow Generally Accepted Accounting Principles to file

24    their financial statements.

25        **Q.**   What is the next thing on this slide?

1    **A.**    The second one is the term net worth.  Again, it's

2    a popular -- it's a term used in the public domain also.

3    It's not just an accounting term in some ways.  But

4    accountants define it in a very particular way.

5        So this is total assets minus total liabilities

6    and that's the net worth.  As I said earlier, individuals --

7    when we prepare personal financial statements for ourself,

8    we might say assets minus obligations.  This one says,

9    assets minus liabilities.  They are not identical but they

10   are close.

11   **Q.**    Okay.  Can you explain what's on Slide 12 and its

12   significance to the net worth sweep?

13   **A.**    Yes.  Another term that I wanted to introduce and

14   just to make sure to relate that the net worth is the term

15   capital.  So you often hear the term capital, capital

16   requirements.  Although it's not exactly the same as net

17   worth, we can think of it very similar in this case to net

18   worth.

19       So when somebody says, I want you to maintain a

20   minimum -- typically like a bank, like a Bank of America,

21   financial institutions, like Fannie Mae and Freddie Mac,

22   typically they would be required to maintain a minimum

23   amount of capital, meaning minimum amount of net worth to

24   give it as a foundation and to guard against future

25   downturns and so on.

 1          So that's the net worth base.  That's called

 2     capital in regulatory terms.  The net worth sweep prevented

 3     that.  It did the opposite.  Right?  It, actually, instead

 4     of telling the enterprises to maintain a minimum capital, it

 5     told them to maintain a maximum capital, no more than this.

 6          And the maximum was going to go down to zero very

 7     quickly; so that was very -- in my experience, I would say

 8     it's unprecedented.  I've never seen it before.

 9     **Q.**    Can you explain to the jury the concepts shown on

10     Slide 13?

11     **A.**    Right.  So just a couple of more terms.  So the

12     write-down and write-up, I wanted to introduce.  We often

13     use these terms, and you will see these here as well.

14          When an asset is -- you know, when you put an

15     asset on the book, let's say you bought a house for

16     $200,000, that's the asset value in your balance sheet.  If

17     the asset is not expected to be as valuable and it's gone

18     down in value, then we can either write it down directly or

19     we can create a reserve or allowance to -- which effectively

20     also writes down the assets.

21          So write-down means decrease the asset's value and

22     also that would simultaneously decrease the net worth, since

23     asset minus liability is net worth.

24     **Q.**    It may be useful if you explain that concept again

25     using the example of a mortgage that has been issued by a

1113

1   bank to a homeowner --

2        **A.**   Okay.

3        **Q.**   -- to help them buy it and then Fannie Mae or

4   Freddie Mac buys the mortgage, so they hold an asset, a

5   piece of paper?

6        **A.**   Right.

7        **Q.**   It's an obligation that the homeowner has to pay

8   them.

9        **A.**   Sure.

10       **Q.**   Let's say that's the asset.  Can you explain how a

11   write-down of that asset would work under the accounting

12   rules and what a write-down would be?

13       **A.**   Absolutely.  As I mentioned, let's say, think

14   about this homeowner who bought a house for $200,000.  And

15   let's say they took $160,000 mortgage.  That mortgage

16   finally, let's say, ends up in either Fannie Mae or Freddie

17   Mac's hands.  So they have $160,000 asset.

18            But if the house price goes down or house value

19   goes down, at some point the risk that the mortgage may not

20   be paid goes up.  So the enterprises may have to then look

21   at the value of that mortgage from their point of view and

22   potentially write it down.

23            But it's not permanent.  They are -- they are

24   allowed to write it up if it later turns out that these

25   assets didn't really go down as much.  That's allowed for

1    certain assets and not other assets.  So the write-up is

2    really the opposite of write-down.

3            For some assets, when new facts and circumstances

4    let you know that things have turned and the assets are now

5    worth more than what they were before, then we can reverse

6    that write-down.  And that's going to increase the asset

7    value and it will increase the net worth.

8        Q.   Would it be fair to say that both judgments,

9    whether they do a write-down or a write-up for an asset like

10   a mortgage where what you're looking at is, is the homeowner

11   going to pay?  Of course, it's never just one.  It's

12   millions.  They both involve judgments about risk, credit

13   risk.

14       A.   That is correct.

15       Q.   And I think we'll talk more about that later.

16   What's the remaining point on this slide here?

17       A.   So I think the point I want to emphasize is that

18   when you write-down the asset, the net worth goes down.

19   When you write-up the asset, the net worth goes up.

20           So these are pretty dramatic events sometimes.

21   They can be massive in amounts, and that means they can have

22   a massive impact on the balance sheet, on the net worth of

23   the company.

24       Q.   And is it a massive impact based on the company's

25   assessment of credit risk?

1    **A.**   That is correct.  These are really unforecasted or

2   projected credit risks of these assets.  So if it turns out

3   that the assets are going to be worth more because the world

4   has changed and your expectations about the credit risk have

5   changed and gone down, then the assets go up in value and

6   the net worth will go up.

7    **Q.**   And a lawyer will use, or an accountant, a phrase

8   like "assessing credit risk."  Does that involve, to some

9   extent, making judgments about what's going to happen in the

10   future?

11    **A.**   It involves making -- it involves taking into

12   account where we are now, and then it involves making

13   judgments about the future.

14    **Q.**   About the risk of homeowners defaulting on their

15   mortgages?

16    **A.**   That is correct.  Based on what we know now and

17   what do you think might happen about the risks of default.

18    **Q.**   What concept is in the next slide?

19    **A.**   So this is a very common term that shows up in a

20   lot of documents in this case.  It's called deferred tax

21   asset.  This may be the most, let me say, most complex

22   topic, subject, but even this is simple enough for the

23   purpose of what I want to talk about.

24           So I'm just going to have two or three points on

25   this slide, nothing more than that.  So it's called deferred

1    tax asset, also known as DTA.  D, as in David, T-A.  And the

2    idea is very simple, actually.  So the GSEs, like any

3    company, would have to pay income tax on their income,

4    federal income tax.  When they have positive income, they

5    pay a percentage to the tax.

6         **Q.**   And then?

7         **A.**   And when they have a loss, by contrast, you would

8    think the government would pay them, right?  That's not how

9    it works.  When we make money, we pay the government.  When

10   we lose money, the government doesn't pay us.

11        But what they do allow is they allow us to use

12   that loss in a future period against our future income.  So

13   that's the real value.  That's the asset.  That's one of the

14   main components of what we call deferred tax asset.

15        **Q.**   Is it an actual asset that can make a difference

16   to the net worth?

17        **A.**   Exactly, it does.  Like any asset, once you put it

18   on the balance sheet as an asset, as I said earlier, assets

19   minus liabilities is net worth.  So when assets go up,

20   liabilities don't change, so the net worth goes up.

21        **Q.**   I just want to emphasize something here.  Are most

22   of the assets that Fannie Mae and Freddie Mac had tangible

23   assets, like houses and machines, or are they intangible

24   assets like a contract right to receive payment or other

25   kinds of intangible assets?

1       A.   Well, we can call them financial assets,

2    basically.  So they are not tangible like a building

3    property.  They are really paper contracts, financial assets

4    and financial claims.

5       Q.   And is the deferred tax asset analogous to that?

6       A.   Very much.  It's analogous to that.

7       Q.   So what have you -- there's more here on the

8    deferred tax asset.  Because now it seems like you're

9    combining two things.  Can you explain this?

10      A.   I think what I just said is really important here.

11   I said some assets can be written up or written down but not

12   all.  I just wanted to clarify for the deferred tax asset,

13   they can be turned down when you think the future is not

14   looking good.  But later, when things have changed, this

15   asset is one of those assets where you can write it up.  So

16   I just wanted to clarify.

17      Q.   So let's just make sure this is clear for the

18   jury.  The asset, this wouldn't be true for individuals.

19   It's for businesses; is that --

20      A.   That is correct.

21      Q.   But for the business, the asset is, essentially,

22   that you have the right not to pay taxes on your future

23   profits; is that the asset?

24      A.   Exactly.  The asset is, when you make money in the

25   future, you can tell the government you lost money in the

1    past, here's the amount, subtract that and pay less income.

2        **Q.**   So it's the right to pay less in taxes and that's

3    an asset?

4        **A.**   That is an asset.

5        **Q.**   But it's only going to be valuable if you're going

6    to have the future profits?

7        **A.**   Exactly.  You have to make money in the future in

8    order for this asset to have value.

9        **Q.**   So tell again why would it be written down?

10       **A.**   So it would be written down if the management,

11   based on all of the credit risks and other analyses that

12   they are doing, projects that they may not have enough

13   income in the future, profits in the future, to direct

14   against all of these losses.

15       **Q.**   So it's only worth money if there are going to be

16   profits?

17       **A.**   It's only worth money if -- it's only worth

18   anything if the company expects to make profit in the

19   future.

20       **Q.**   So when you don't expect profits, you have a

21   write-down?

22       **A.**   That is correct.

23       **Q.**   And you have a write-up when what happens?

24       **A.**   So once projections change, the world has become

25   better and you now think you are going to make consistent or

1   sustainable profit in the future, then accounting rules in

2   G-A-A-P, GAAP allow this asset to be written up again back

3   to where it was before.

4        Q.   Thank you.  Final slide, can you explain to the

5   jury what you've done here?

6        A.   So I just wanted to put it all together in a

7   single slide.  So a company has revenue, the GSEs, they have

8   two kinds of revenue.  They have revenues from making

9   guarantees on the loans that they are selling, and they are

10  securitizing, and they also have other income too.

11           And then they have expenses because, as I

12  mentioned earlier, they have this big credit loss so they

13  are going to be making provisions.  We call them provisions.

14  These are expenses for loan losses.  They are making

15  guarantees.  They may be losing on that.  They also have

16  foreclosed properties, and they may have expenses related to

17  that.  All of those expenses.

18           When you subtract these two, you can add the

19  write-ups and then you subtract the write-downs, and that's

20  the total income.  We use the term comprehensive income for

21  that.  And that comprehensive income adds to the net worth.

22  Every time you make a dollar of comprehensive income, your

23  net worth goes up.

24       Q.   Okay.  I just want to go back to this word, the

25  word provisions in the expenses.

1    **A.**    Okay.

2    **Q.**    Is there a similarity or an analogy between what a

3    provision is and what a write-down is?

4    **A.**    Yes, they are very similar.  For some assets --

5    for some categories or future expectations, we use

6    provisions.  And for other types of assets, we use

7    write-downs.  But the net effect is the same.  When you make

8    a provision, your income goes down.  When you make a

9    write-down, your income goes down as well.

10   **Q.**    But for the benefit of the jury is a provision --

11   a write-down involves an assessment of credit risk which

12   involves a judgment about the future and whether people are

13   going to pay their mortgages.  Yes?

14   **A.**    Correct.

15   **Q.**    And is a provision something similar --

16   **A.**    It is.

17   **Q.**    -- for when Fannie or Freddie have guaranteed to

18   investors that they're going to pay their mortgage-backed

19   security if the mortgage doesn't pay.  Is a provision also

20   an assessment of credit risk?

21   **A.**    They are both.  The assessment of credit risk is a

22   key item for Fannie Mae and Freddie Mac because they have

23   all these mortgages, some of them they hold, some of them

24   they securitize and sell to investors out there with the

25   guarantee that mortgages will be paid or paid off.

1    So those promises and the mortgages that they

2    hold, they make provisions.  Those are subject to credit

3    risk.  The risk that the mortgages may not be paid.  So

4    that's the reason for the provisions.

5    **Q.**   So can you explain what you're trying to do and

6    show it to the jury on Slide 17?

7    **A.**   Right.  No, I just wanted to show that these

8    numbers can go up and down.  They are all estimates.  They

9    are all credit risk.  This is the business that Fannie Mae

10   and Freddie Mac are in.

11   So you are going to see these numbers reflecting

12   their assessment at every moment about what they think is

13   going to happen in the future based on what they know at

14   that time.  So you see that, in 2008, '09, '10 and '11, they

15   had these provisions, which are all negative.  Those are

16   their expenses and provisions.

17   During the same time, they were also reducing the

18   deferred tax asset.  And then you can see a big turnaround,

19   the inflection in 2012.  And the blue line after that

20   reflects the 2012 to '21 there.  It's not intended to say

21   positive but change of time period I wanted to highlight.

22   But you can see in 2012 the provisions are not negative and

23   large anymore.  In fact it's a little positive.  Which is to

24   say they are taking back some of the provisions.  The DTA

25   activity shows again to numbers, which is to say they are

1   writing up those DTAs, especially in 2013, a massive

2   write-up of $38 billion.

3       Q.   When Fannie Mae and Freddie Mac decided to take a

4   write-down of the DTA asset, did that have an impact that

5   caused them to have to draw money from Treasury because it

6   put them into negative worth?

7       A.   Which time period are you looking?

8       Q.   During the 2008 to 2011 time period.

9       A.   Okay.  So before 2011 time period, that is before

10  the Third Amendment, before the 2012 time period, the --

11  before Third Amendment we had something called Second

12  Amendment that governed how much was going to be paid to

13  Treasury; that was not based on net worth.

14      Q.   Right.  Does this slide show that these credit

15  risk assessments have a huge impact on your net worth?

16      A.   They do.  You can see, first of all, that the

17  comprehensive income, if the numbers are in parentheses that

18  mean they are negative numbers, that is actually a loss.  So

19  you see huge losses in 2008, 2009, 2010, 2011.  Those are

20  all going to reduce the net worth during that time period.

21  And then subsequently you see the positive numbers.  Those

22  are all times when the net worth would have gone up.  I have

23  the same data for Freddie Mac on the bottom.

24          MR. HUME:   I would like to turn the slides off.

25

1    **BY MR. HUME:**

2        **Q.**   Before we get to what happened with the net worth

3    sweep, I want to ask a few background questions.  The jury

4    has had a week of trial, but if you could briefly summarize

5    what Fannie Mae and Freddie Mac do, what their mission is.

6        **A.**   Okay.  Just a real quick recap, since others have

7    already talked about it too.  Very simply, Fannie Mae and

8    Freddie Mac are in the business of buying mortgages,

9    providing liquidity to the mortgage market by either the

10   wholesale of some of the mortgages themselves, but the bulk

11   of it they sell it to other investors and get money and give

12   it back to the banks.

13           Let's say an -- a homeowner borrowed from the

14   local bank, main street bank.  The bank then sells the

15   mortgage to Fannie Mae.  Fannie Mae sells it to outside

16   investors, gets the money and gives the money to the bank.

17   Now the main street bank can go out and loan to other

18   homeowners.

19           It really makes home ownership possible and

20   affordable and mortgages liquid; that's what they do for --

21       **Q.**   Prior to September 2008, how had Fannie and

22   Freddie raised money to fulfill that mission?

23       **A.**   Prior to 2008, they were owned by private

24   stockholders and preferred stockholders and common

25   stockholders.  So if they needed money for building the net

1   worth, they would either make money themselves or go to the

2   stockholders and raise money.

3        Q.   Now, what happened then in 2007 and 2008?

4        A.   2007 was the time of the big credit crisis.  So

5   the home values in the U.S., normally they don't go down.

6   They go up almost every year.  But in 2007 and 2008, they

7   went down.  And that made a lot of homes -- for homeowners,

8   for a lot of homeowners, that made their homes worth less

9   than the mortgage that they owed on the homes.

10        If they had this $160,000 mortgage that I

11  mentioned, if the home is worth only 140 or 130,000, then

12  it's really not feasible, possible for them to keep paying

13  the mortgage.  And at the same time, the economy was also in

14  trouble and people were losing jobs.  So they couldn't

15  afford to pay their mortgages.

16        That was the situation where the credit risk went

17  up, and Fannie Mae and Freddie Mac were starting to report a

18  lot of these credit losses.

19        Q.   Now, you saw some of the summary witness's

20  presentation at trial.

21        A.   Yes.

22        Q.   And you also reviewed the exhibits that she

23  presented summarizing various things; is that right?

24        A.   That's correct.

25        Q.   Did you see the exhibits showing the amount of

1  money private preferred shareholders invested in Fannie and

2  Freddie in 2007 and 2008?  I'm not asking you for the

3  number, just did you see it.

4  **A.**   I saw it.

5  **Q.**   And have you seen the testimony for Mr. DeMarco?

6  You read his deposition?

7  **A.**   Yes.

8  **Q.**   You saw him at trial?

9  **A.**   Yes.

10  **Q.**   Are you aware of the fact that the regulator he

11  worked for, the predecessor for FHFA, asked Fannie Mae and

12  Freddie Mac, during those crisis years of 2007 and 2008, to

13  raise money from private preferred shareholders, the private

14  preferred shareholders we represent in this case.  Did you

15  see that testimony?

16  **A.**   Yes, sir, I did.

17  **Q.**   Now, I'd like to ask you to turn to Tabs 4 and 5.

18  They've heard it many times, the jury, but in September

19  2008, what did FHFA do with Fannie and Freddie?

20  **A.**   So as I mentioned with the first couple of

21  exhibits we saw, in September 2008, FHFA placed Fannie Mae

22  and Freddie Mac into conservatorship.

23  **Q.**   And at that time did FHFA on behalf of Fannie and

24  Freddie enter into a shareholder purchase agreement with the

25  United States Treasury?

1    **A.**   Yes, they did.

2    **Q.**   And just very briefly could you refer to Tabs 4

3    and 5 in your binder?

4         **MR. HUME:**  If you could show them on the screen,

5    Mr. DeRita.  They are in evidence.

6    **BY MR. HUME:**

7    **Q.**   Are you familiar with the documents marked as

8    PX-003A and 00 -- 0003A and 0003B?  Are you familiar with

9    those documents?

10    **A.**   Yes, I am.

11         **MR. HUME:**  These are just the exhibits,

12    Mr. DeRita, and not the slides.

13    **BY MR. HUME:**

14    **Q.**   You're familiar with them?  Can you tell the jury

15    what they are?

16    **A.**   So these two documents are the senior preferred

17    stock purchase agreements.  So these are legal documents

18    effectively agreements between Fannie -- regarding the point

19    we were talking about, the conservatorship.  In connection

20    with that, the government is providing some funding --

21    **Q.**   And are they --

22    **A.**   -- and support.

23    **Q.**    -- between Fannie Mae and the Treasury and

24    Freddie Mac and the Treasury but done by FHFA?

25    **A.**   But done by FHFA since they were the conservator.

1    **Q.**   And you understand they are basically the same?

2    **A.**   Yes.

3    **Q.**   Now on Tabs 6 and 7 of your binder are PX-33 and

4    PX-34.  Could you please briefly look at those?

5              **MR. HUME:**  These are not yet in evidence.

6              **DEPUTY CLERK:**  3A and 3B are not.

7              **MR. HUME:**  I thought they were.  So thank you for

8    telling me that.

9              Your Honor, I would like to move PX-3A and PX-3B

10   into evidence.  I believe there is no objection.

11             **MR. BERGMAN:**  No objection.

12             **THE COURT:**  Received.

13             **MR. HUME:**  Thank you, Your Honor.

14        (Plaintiffs' Exhibits 0003A and 0003B were received.)

15   **BY MR. HUME:**

16   **Q.**   Professor Dharan, can you tell the jury what PX-33

17   and PX-34 are?

18             **MR. HUME:**  And we can pull them up on the screen

19   but not to the jury just yet.

20             **THE WITNESS:**  Okay.

21   **BY MR. HUME:**

22   **Q.**   What are these documents?

23   **A.**   Yes, these documents, if you see the very first

24   line, it says Certificate of Designation.  So these are the

25   preferred stock certificates, senior preferred certificate,

 1    that were issued to the government.

 2              So these documents describe some additional

 3    features of that, such as the 10 percent dividend that we

 4    have been hearing about.  This is where that is mentioned.

 5         Q.   So you're familiar with these documents as well?

 6         A.   Yes.

 7         Q.   You understand them to be part of the contract

 8    with the Treasury?

 9         A.   Yes.  The ones we saw earlier and these two go

10    together.

11         Q.   So to fully understand the contract, you need to

12    look at both, the contract between Fannie and Freddie and

13    the United States Treasury?

14         A.   Correct.

15              MR. BERGMAN:  Objection.  Sorry, Your Honor, but a

16    little excessive leading.

17              MR. HUME:  At this time, plaintiffs move PX-33 and

18    34 into evidence.

19              DEPUTY CLERK:  They are already admitted.

20              MR. HUME:  Okay.  I'm batting 0 for 4 on my chart.

21    Thank you, Ms. Jenkins.

22    BY MR. HUME:

23         Q.   Great.  So did you prepare a slide, Mr. Dharan,

24    summarizing your understanding of the terms of the original

25    deal between Treasury and the GSEs, Fannie and Freddie?

1    A.    Yes.

2         MR. HUME:   So, Mr. DeRita, maybe we can go back to

3    the slide presentation, and I believe it's Slide 18.

4    BY MR. HUME:

5    Q.    So can you explain to the jury what the original

6    deal was in your understanding?

7    A.    Yes.   Again, these are just the terms that I

8    needed for my analysis that I am describing.   So the first

9    thing, as I said, is there's a senior preferred stock that

10   is issued to the government, and it started off with a

11   $1 billion initial value.   It's called the initial

12   commitment and its liquidation preference.

13        Liquidation preference will increase every time

14   Fannie Mae would borrow more or would draw more from the

15   Treasury or same thing for Freddie Mac.   Every time Freddie

16   Mac would draw more funds from Treasury, the liquidation

17   preference for Freddie Mac's senior preferred stock would go

18   up as well.   So those are the two.

19        And then the cash dividend, I mentioned earlier

20   the 10 percent of liquidation preference, that's also

21   mentioned in these documents, the second one.

22        And then, finally, there's an option to pay the

23   dividend in kind.   Instead of paying cash dividend paid by

24   increasing the liquidation preference by the amount.   So

25   that option is also present in these documents.

1    **Q.**   Can you just briefly explain your understanding of

2    what this term "liquidation preference" means and its

3    implications?  So it's, "Treasury senior preferred stock has

4    a liquidation preference.  It can be affected by whether

5    there are draws or whether there is a payment in kind."

6    What does that mean?

7    **A.**   Well, to me the most important part of that is

8    it's the value -- it's the amount that is used to calculate

9    the 10 percent dividend.  So if the liquidation preference

10   is $1 billion initially, the 10 percent dividend would have

11   been $100 million.  If the liquidation preference is going

12   up, then the 10 percent of that amount, which is dividend,

13   also would go up.

14   **Q.**   And the additional features that you show on that

15   slide --

16   **A.**   Yeah, I have a couple of additional features.

17   There is also warrant.  Each of the enterprises, Fannie Mae

18   gives one warrant to the Treasury, Freddie Mac gives one

19   warrant to the Treasury.

20        So these warrants are essentially an agreement to

21   issue common stock to the government whenever they want.

22   The Treasury can acquire 79.9 percent of the common stock of

23   each enterprise.  The total value that the Treasury has to

24   pay for that is very nominal.  It's $72,000 for both

25   together.

1    And the last one I wanted to mention is that

2    there's also possible periodic commitment fee, which you

3    will often hear used evaluated as PCF.  So that is, I'm

4    giving some quotes from these documents, to be determined

5    with reference to the market value as mutually agreed by

6    Treasury and FHFA.  And then subject to the reasonable

7    discretion and in consultation with the chairman of the

8    Federal Reserve.

9    **Q.**   Your quote marks in your bullet point there on the

10   periodic commitment, what are you quoting from?

11   **A.**   I believe from one of these two documents for each

12   company that we saw in the exhibit.

13   **Q.**   Are you quoting from the contract?

14   **A.**   From the contract.

15   **Q.**   Now, under this original deal, do you have an

16   opinion as part of your analysis as -- whether this original

17   deal contemplates the net worth sweep?

18   **A.**   No.

19   **Q.**   Under this original deal, if the United States

20   Treasury wanted to receive a dividend -- put aside the

21   commitment fees.  If the United States Treasury wanted to

22   receive a dividend higher than the 10 percent dividend, a

23   cash dividend higher than the 10 percent dividend, did it

24   have the ability to do that under this original deal?

25   **A.**   Yes, they did.

1    **Q.**   What would they do?

2    **A.**   Well, they had the warrant for common stock, so

3    they could get 79.9 percent of these companies.  Basically,

4    let's say, 80 percent round number, of each enterprise

5    becomes government's shares.  Then they can issue -- they

6    can declare dividend on those stocks.  So those common stock

7    can get dividend and the government can get that 80 percent

8    of that as their dividend.

9    **Q.**   But if they did that, wouldn't the private

10   shareholders have to get something?

11   **A.**   They would get a little bit.  They would get the

12   remaining amount, the remaining 20 percent.

13   **Q.**   And if they get 20 -- and would the private

14   preferred shareholders have to get a dividend then?

15   **A.**   They have to -- typically, the preferred

16   shareholders have to be paid first before you can pay common

17   shareholders.

18   **Q.**   Now, I believe -- did you -- did you borrow one or

19   two slides from the summary witness?

20   **A.**   I think I did.

21   **Q.**   Is this one of them, the simple timeline?

22   **A.**   Yeah.  It looks like this is one of them.

23   **Q.**   Just briefly, again, I think the jury has been

24   taken through this.

25   **A.**   Right.

1    **Q.**   So just very briefly recap the timeline.

2    **A.**   Yes.  I like this slide very much, mainly because

3    it puts together everything I was saying earlier.  July 30,

4    2008, Congress passed the HERA Act that created the FHFA.

5    Fannie Mae and Freddie Mac were put in conservatorship on

6    September 6th.  I might have said earlier September 7th.

7         On the 7th of September, Treasury executed this

8    contract that we just saw.  And then there were a couple of

9    amendments after that I haven't mentioned.  One of them --

10   there was an amendment on May 6, 2009, First Amendment, we

11   call that.  And that is the one that increased the Treasury

12   commitment to 200 billion.  The initial commitment was 100

13   billion funding commitment for each enterprise.

14        And then, on December 24, 2009, there was a Second

15   Amendment that had a somewhat complicated formula for

16   commitment, Treasury commitment, but basically more than

17   $200 billion.

18   **Q.**   And then what happened?  And that return -- that

19   Second Amendment also provided in December 2009 for the cap

20   to come back?

21   **A.**   Yes, the Second Amendment said there would be cap

22   back again on December 31, 2012.  So that was the amount

23   that would be calculated by a very, basically, simple

24   formula.

25   **Q.**   A formula would calculate the cap?

1        **A.**   Correct.

2        **Q.**   And then what's on the right-hand part of the

3    slide?

4        **A.**   And then on August 17, 2012, the Third Amendment

5    was agreed to by FHFA and Treasury.  And that is the one

6    that introduced the net worth sweep for payment of dividends

7    by the two enterprises.

8        **Q.**   And the first period in which the net worth sweep

9    takes effect is when?

10       **A.**   That's January 1, 2013.  So the first quarter of

11   2013 would be the first time.

12       **Q.**   Did you prepare a slide summarizing the nature of

13   the Third Amendment and your opinions on it of the net worth

14   sweep?

15       **A.**   Yes.  So I wanted to just again contrast the 10

16   percent dividend that we saw earlier, which is the original

17   amount, with what the net worth sweep did.  So I just wanted

18   to put them side by side.  The original dividend amount was

19   10 percent of liquidation preference of each enterprise's

20   senior preferred stock.

21          But the net worth sweep did something totally

22   different.  It said you pay 100 percent of the net worth

23   each quarter.  So at the end of any quarter you have a net

24   worth, positive net worth, in the next quarter, you pay 100

25   percent of that as a dividend.

1    There was a $3 billion amount allowed initially,

2    and that will go down by 600 million each year for five

3    years so that it would be by 2018 zero dollars.  So that's

4    the real big provision there.

5    So I think the two features I wanted to highlight

6    on this slide are really the fact that the entire positive

7    net worth is paid off to the Treasury every quarter as

8    dividend with no upper limit, regardless of how large.

9    That's something unprecedented.  I have never seen anything

10   like that before.

11   And then I also mentioned earlier about the

12   minimum and maximum.  So mostly every financial institution

13   you think of, regulators would require them to have a

14   minimum capital.  That's what a normal, regulated entity

15   would go through.  Here, the net worth sweep puts a maximum

16   capital.  It says, We can't have more than 3 billion.  And

17   by the way, it's going to go down to zero in five years.

18   And I think, you know, again overall, both of

19   these provisions are just totally unprecedented.

20   **Q.**   In your 43 years working in finance and

21   accounting, have you ever seen a net worth sweep?

22   **A.**   Never.

23   **Q.**   Now -- oh, sorry.  Before we get to the reasons

24   for the net worth sweep, did you look at the impact?  We're

25   going to get to the reasons.  And we're going to get to what

1    was known in August 2012 and before.  But, briefly, did you

2    also look at what the impact of this net worth sweep was?

3        **A.**   Yes, I did.

4        **Q.**   What does this slide show?

5        **A.**   Well, I looked at the impact of both for 2013,

6    which I'll show now.  I also looked at it subsequent to

7    that.  But this one shows what happened in 2013, the very

8    first year the net worth sweep was in effect.

9            If there was no net worth sweep, the annualized

10   dividend that they were paying in 2012 that would have

11   continued in 2013, that would have been together for the two

12   enterprises about $18.9 billion; that's what they would have

13   paid in 2013, '14 and so on.  But the net worth sweep

14   completely changed that.

15           So as a result of the net worth sweep in 2013

16   alone, the two enterprises paid $130.0 billion.  So that's a

17   much bigger number.

18       **Q.**   Did they pay that to the Treasury in cash?

19       **A.**   They paid that in cash to Treasury.

20       **Q.**   And the difference?

21       **A.**   The difference, if you do the math, the number is

22   $111.1 billion extra dividend in that one year alone.

23       **Q.**   Now, I'd like to ask you the same question I asked

24   Mr. DeMarco.  There's been a lot of talk about stress

25   scenarios.  You can't predict the future.  There could be a

1      pandemic.  There could be an atom bomb.  Who knows?

2                In a stress scenario in 2013, if something super

3      bad had happened, would it have been better for the GSEs,

4      Fannie Mae and Freddie Mac, if they had both the Treasury

5      commitment and that $111 billion or only the Treasury

6      commitment?  Which would have been better for them?

7           A.   Absolutely having both the 111.1 and the Treasury

8      commitment would be far better than only the commitment.

9           Q.   Let me ask another question.  You've reviewed a

10     lot of materials in this case; is that right?

11          A.   Yes.

12          Q.   Have you seen any emails, memos, letters, anything

13     where people at FHFA, Fannie, Freddie, the Treasury, after

14     this reaction, after this difference, said, My goodness!

15     This is a surprise.  This isn't what we wanted to do.  Do we

16     have to do it?  Can we renegotiate?  Can we fix it?  Have

17     you seen anything like that?

18          A.   No, I haven't seen it.  I didn't see anything like

19     that.

20          Q.   Now, do you have an understanding of what the

21     reason is that the FHFA and Mr. DeMarco give for agreeing to

22     this net worth sweep?

23          A.   Yes.  I mean, I heard them also here, as well as I

24     read their testimony before, Mr. DeMarco's testimony.

25          Q.   What's your understanding of what the reason is

1    that they give for agreeing to this net worth sweep?

2        **A.**    My understanding is that the main reason -- maybe

3    the only reason I've seen actually given is, financial

4    reason, is they were trying to avoid the so-called circular

5    draw.  They were concerned that there would be dividends to

6    be paid by drawing from Treasury, and that's a circular draw

7    that they were saying was the reason for the Third

8    Amendment.

9        **Q.**    Are you aware of the fact that, when this case

10   began in 2013, at the end of 2013, in December, Mr. Mario

11   Ugoletti, the special advisor to Mr. DeMarco who helped

12   negotiate and agree to this, put in a sworn declaration

13   explaining why they agreed to the net worth sweep?  Are you

14   aware of that?

15       **A.**    Yes.  Yes, I've seen that.

16       **Q.**    Have you read that declaration?

17       **A.**    Yes, I have read that.

18       **Q.**    Does that declaration describe the reason as this

19   concern over circular draws that would erode, eat into, the

20   commitment from Treasury causing instability or concern on

21   the financial markets?  Have you seen that?

22           **MR. BERGMAN:**  Objection, Your Honor.  May I

23   address the Court by phone?

24       (Sidebar discussion)

25           **MR. BERGMAN:**  Sorry.  Your Honor, David Bergman

1    for defendants.  I believe this is outside the scope of the

2    witness's report and not on his considered list.

3         **MR. HUME:**  May I address that?

4         The report that Mr. Dharan prepared in this case

5    speaks extensively about the circular draw argument that the

6    FHFA has made.  You can see it from Paragraph 41 onward in

7    his report, Roman numeral III of his report.

8         All of the discussion about the financial

9    information in his report is addressing the circular draw

10   issue.  All I wish to do is -- I'm not going to do anything

11   extensive with the Ugoletti declaration other than admit it

12   into evidence; that's it.

13        **MR. BERGMAN:**  Your Honor, the declaration, to be

14   clear, is not in either of the witness's reports.  To use it

15   as a topic, that's one thing, but to use the report with

16   this witness is not appropriate.

17        **MR. HUME:**  It's a minor -- we're having a minor

18   dispute.  All I want -- there's no objection to getting it

19   into evidence.  I will not ask further questions about the

20   report -- I mean, about the declaration.  But I do want to

21   get it into evidence, and I think there's no objection.

22   I'll just do that.

23        **MR. BERGMAN:**  No objection to the admission of the

24   document into evidence, just to using it with this witness.

25        **MR. HUME:**  Okay.  I agree with that.  Thank you.

1        (Sidebar discussion concluded)

2            **MR. HUME:**  Your Honor, at this time, I move for

3    admission into evidence PX-351.  It should be the

4    declaration of Mr. Ugoletti.

5            **MR. BERGMAN:**  No objection.

6        (Plaintiffs' Exhibit 351 was received.)

7            **MR. HUME:**  Could we have the slides back on,

8    Mr. DeRita?  Thank you.

9    **BY MR. HUME:**

10       **Q.**   So could you just explain, Mr. Dharan, how this

11   demonstrative exhibit relates to the FHFA's explanation that

12   the circular draw and erosion of the commitment was their

13   concern?

14       **A.**   Yes.  I just wanted to put the actual amounts that

15   were available in 2012 in terms of the Treasury commitment

16   at that point.  So for the Fannie Mae -- Freddie Mac is on

17   the left.  They had 148.3 billion available in 2012.  And

18   Fannie Mae had 124 billion.  These are all as of July/August

19   2012 time period.  So that's a pretty large amount

20   available.

21           What the circular draw is referring to is that

22   this is not going -- this is going to be eroded or eaten

23   away.  That was the main concern.

24       **Q.**   Is the circular draw concern that what's shown in

25   light blue on these charts will be eaten up by circular

1    draws by drawing down to pay the dividends?

2         **A.**    That is correct.

3         **Q.**    Do you have a slide that summarizes your reasons

4    for concluding that that was not a good reason to agree to

5    the net worth sweep?

6         **A.**    Yes.  I did a lot of analysis almost entirely

7    focused on this claim that the circular draw is a problem

8    that needed to be solved.  So I really spent, you know, a

9    huge amount of my analysis focused on it.  So I wanted to

10   organize it into maybe six items.  So when I talk about

11   them, I didn't want the jury to be -- I wanted them to know

12   exactly where I was.

13        **Q.**    Is most of the rest of your testimony going to be

14   organized into these six categories?

15        **A.**    I think so.

16        **Q.**    Can you briefly explain what each one is?

17        **A.**    Okay.

18        **Q.**    And then we'll move on.

19        **A.**    Definitely.  I'm going to start off by explaining

20   that, first of all, the actual 2012 Q1 and Q2 performance of

21   the two enterprises was such that there was no circular

22   draw.  The income -- the comprehensive income for that

23   period was greater than 10 percent dividend.

24             Second, I want to show that that was not just a

25   one-time or fluke kind of thing.  There was fundamental

1  structural improvements that were happening in the

2  enterprises that resulted in that and not just one time.

3          In fact, the third one -- the third item says, the

4  enterprises were fully aware of it.  They were incorporating

5  these fundamental changes, inflection point in the economy,

6  into their own forecast.  Those forecasts were all there.

7          And those forecasts were saying, How much do you

8  potentially use up in the Treasury commitment over the next

9  3, 5, 10 years?  When you compare that amount, what they

10 were projecting to use with the size of the available

11 Treasury commitment, it shows that there is simply no

12 problem there.  No circular draw issues.  That's the main

13 item in item 4.

14         All of these don't even take into account the DTA

15 potentially reversing and coming back on to the balance

16 sheet.  So, initially, they had to write-down the DTAs, as I

17 mentioned earlier.  If things improve, the DTA would come

18 back.  The amount involved in that is as much as 70 billion

19 or maybe more.  That's like a permanent solution, since it's

20 going to completely make networks going down to a negative

21 an unlikely event, almost zero chance.

22     Q.  Can I just stop you?  I know you're going to get

23 to the six.  You say "total solution."  If the DTAs were

24 written up --

25     A.  Right.

1    **Q.**    -- as they were in 2013, and Fannie and Freddie

2    have a quarter where their income is less than the 10

3    percent dividend, do they need to borrow from the Treasury

4    to pay the dividend?

5    **A.**    No, not at all.  Not under the Second Amendment.

6    So if they had income a little less than dividend, that

7    doesn't matter as long as the net worth is there.  That's

8    the point of net worth in that Second Amendment period.  So

9    when DTA would get -- if and when the DTA came into the net

10   worth, it provides an extra cushion.

11   **Q.**   Maybe you can explain the sixth point.

12   **A.**   Okay.  Let me finish up the last one.  I just

13   wanted to also see if FHFA had done any internal analysis

14   about the impact and alternatives available, impact of the

15   net worth sweep and alternatives available.  And I didn't

16   find anything on that.  So I just wanted to -- those are the

17   six items.  So when I show the slides, I wanted to make sure

18   to connect them to each --

19   **Q.**   So just to be clear, you did look at internal

20   documents at Fannie Mae, Freddie Mac and at FHFA?

21   **A.**   Yes, I did.

22   **Q.**   Did you look for any memo or email or data study

23   that analyzed the risk of circular draws making a material

24   erosion of the commitment and how that might impact the

25   investors of -- in bonds and mortgage-backed securities?

1    Did you look for a study on that internally at FHFA or

2    Fannie and Freddie?

3        **A.**    Yes, I did.

4        **Q.**    Did you find anything?

5        **A.**    No, I didn't find anything.

6        **Q.**    Did you see anything that analyzed whether the net

7    worth sweep was going to make the Fannie and Freddie pay

8    more or less in dividends?  Did you see that?

9        **A.**    I didn't see anything --

10        **Q.**    Did you --

11        **A.**     -- I didn't see any analysis on the net worth

12    sweep and how it might affect the future payments.

13        **Q.**    Did you see anything that analyzed alternatives to

14    doing the net worth sweep?

15        **A.**    No, I did not.

16        **Q.**    Let's move on to subsection 1 of your analysis.

17        **A.**    Okay.

18        **Q.**    Is that what Slide 24 shows?

19        **A.**    Right.  I just wanted to at least start off by

20    making sure that we recognize where the two enterprises were

21    with actual income in 2012, first and second quarter.

22             For the first quarter, Fannie Mae made 3.1 billion

23    comprehensive income, which is larger than the 2.8 billion

24    dividend.  So they were fine there.  And Freddie Mac made

25    just about a little less than 1.8 billion.  They are about

1   the same if you round it up to 1.8, but there was a small

2   payment that needed to be drawn.

3       **Q.**   Okay.

4       **A.**   But the second quarter just shows a huge

5   improvement.  This is where the numbers really shine.  The

6   Fannie Mae comprehensive income is 5.4 billion, which is

7   much larger than the 2.8 billion that they continued to have

8   to pay in dividend.  And then Freddie Mac's income is now

9   2.9 billion, which is larger than the 1.8 billion that they

10  owed to Treasury.

11      **Q.**   What happens with that money if they make income,

12  as they did here in these first two quarters --

13      **A.**   Right.  Right.

14      **Q.**   -- if their income is higher than the 10 percent

15  dividend, where does the balance go?

16      **A.**   The balance goes to the net worth.

17      **Q.**   It starts to build net worth positive?

18      **A.**   Yes, it starts to build a net worth.

19      **Q.**   What do you mean by "structural improvements that

20  were producing those actual results?"

21      **A.**   The actual results were given by what was going on

22  in the economy, what was going on with the credit risk, what

23  was going on with the income that Freddie Mac and Fannie Mae

24  were making, so I wanted to have a couple of slides showing

25  the changes that were happening.

1    On the revenue side, we have something called the

2    G-fee, guarantee fee, that Fannie Mae and Freddie Mac get.

3    Whenever they securitize their mortgages, the investors pay

4    them a guarantee fee, either the investors or the banks,

5    depending on the particular combination.

6    **Q.**   Are the G-fees an important source of revenue for

7    Fannie Mae and Freddie Mac?

8    **A.**   Yes.

9    **Q.**   Let's make sure it's clear.  Does G stand for

10   guarantee?

11   **A.**   That's right.

12   **Q.**   Can you explain the mortgage-backed security and

13   the guarantee, so that the G-fee makes some sense and we can

14   understand it?

15   **A.**   Sure.  Fannie Mae and Freddie Mac buy mortgages.

16   As I said earlier, your main street bank is not interested

17   in holding the mortgage for 30 years.  It ties up the money

18   for them.  So they sell it to the GSEs, so they get the

19   money so they can get back to doing what they do best.

20   Fannie Mae and Freddie Mac now have the mortgage.

21   They can't hold all of them.  So they put it in a bundle and

22   sell it to investors and raise money from that.  So these

23   are, essentially -- this is what we mean by securitize the

24   mortgage.  The mortgages are put in a bundle, so to speak,

25   and bonds are issued.  Investors buy the bonds.  The bonds

1  effectively give the money back to Freddie Mac and Fannie

2  Mae.

3       Q.   When Fannie Mae and Freddie Mac put it into a

4  security --

5       A.   Yeah.

6       Q.    -- a product that basically says, you own a bunch

7  of pieces of a bunch of mortgages --

8       A.   Right.

9       Q.    -- the buyer of that wants to know that Fannie

10 Mae -- even if the mortgage owner, the borrower, the home

11 owners don't pay, do Fannie Mae and Freddie Mac guarantee

12 that they will pay?

13      A.   That is the whole basis of that.  Exactly.

14      Q.   And then do the purchasers of the mortgage-backed

15 security pay a fee for that?

16      A.   Yes.  Effectively, they pay a fee for that.

17      Q.   And is that the guarantee fee?

18      A.   That is right.

19      Q.   What's the other component you are showing here?

20      A.   The other component is on the other side.  These

21 guarantees and also the mortgages they hold themselves, they

22 all have risks.  If the mortgages don't get paid, Fannie Mae

23 has guaranteed the payment.  Freddie Mac has guaranteed the

24 payment.  So they have to make that payment.

25           That's what they ask us all of the time.  This is

1   the main thing Fannie Mae and Freddie Mac have to do day in

2   and day out, forecasting and projecting and estimating the

3   credit loss -- or credit risk and that's the credit loss.

4         So when I show this as a down here, what I mean is

5   that the losses are going down, which is to say that it's

6   actually good news.  So when G-fees go up, it's good news.

7   Credit losses go down, good news again.  So two pieces of

8   good news together, when you add them, the impact is higher

9   profits.

10      Q.   And the credit losses going down, does that relate

11  to what you talked about earlier with both write-downs and

12  provisions?

13      A.   The credit losses, especially on the provisions,

14  yes.

15      Q.   Which is predicting whether people are going to

16  pay the mortgage?

17      A.   That's right.

18      Q.   What does the next slide show about G-fees?

19      A.   You know, I mentioned the guarantee fees went up.

20  And I mentioned the credit losses went down.  So I have just

21  a couple of slides to show what was going on with guarantee

22  fees and what was going on with credit losses.

23        This is the one on guarantee fees.  You can see

24  this is coming from a Fannie Mae's management committee

25  forecast in July 2012.  It does also give you the data of

1    2012 actuals, which are included in the projection, second

2    column, so you can see those numbers.

3        **Q.**   I just want to be very clear, because this chart

4    goes all the way out to FY16.  That's fiscal year 2016?

5        **A.**   Right.

6        **Q.**   But is this document showing what actually

7    happened or is it showing what was forecast by Fannie Mae's

8    management committee in July 2012?

9        **A.**   These are forecasts in July of 2012.  It does have

10   the actuals for '11, 2011.  It shows what they know by the

11   time for 2012 actuals, and it also includes the forecast for

12   2012.

13           **MR. HUME:**  Your Honor, this is extracted from

14   Plaintiffs' Exhibit 211, which I believe is not yet in

15   evidence, and I don't think there's an objection.  So we

16   move for admission of PX-211.

17           **MR. BERGMAN:**  No objection.

18           **THE COURT:**  211 is received without objection.

19       (Plaintiffs' Exhibit 211 was received.)

20   **BY MR. HUME:**

21       **Q.**   What does the next slide show and what is its

22   relevance?

23       **A.**   Right.  So as I said, G-fees went up.  Credit

24   losses went down.  I wanted to explain why the credit losses

25   were going down.  These are structural improvements, meaning

1   not just a one-minute, one-day type of thing.  These are

2   fundamental changes.

3            What drives the credit loss is home prices.  So

4   this shows, this graph shows the behavior of the

5   Case-Shiller 20-City Home Price Index, which is widely

6   followed in the industry.  You can see that the index

7   bottomed in March of 2012.  So by July 2012, when they were

8   making the forecast, they were already seeing the index had

9   bottomed and it was going up.

10   **Q.**   And this shows what -- this does show evidence of

11   what actually happened after August of 2012.

12   **A.**   Yes.

13   **Q.**   But did you try to focus on what they thought and

14   projected before then?  What they knew before then?

15   **A.**   Right.  I was mainly focused on what they knew and

16   what was happening in July of 2012.  So by March of 2012,

17   the index had bottomed and it was already, by August, you

18   can see the trend in the home price index.

19   **Q.**   But did you see any documents internally at Fannie

20   or Freddie or FHFA that was predicting something like this?

21   **A.**   Yes, surprisingly.  Yes, I did see a document

22   predicting the home price change for the subsequent years.

23   And that was part of their input that they were using when

24   they were making the July 2012 projection.

25            So this is the chart that I got from one of the

1  Fannie Mae presentations on the so-called Credit Expense

2  Forecast and Allowance Committee.  Again, you can see they

3  show the trough or the minimum or the bottoming of the home

4  price forecast in 2012 Q1.

5           **MR. HUME:**  Actually, Your Honor, I think Slide 29

6  is an excerpt from Plaintiffs' Exhibit 160, which is not yet

7  in evidence.  We'd move for admission of PX-160.

8           **THE COURT:**  Without objection, it's received.

9           **MR. BERGMAN:**  No objection.

10         (Plaintiffs' Exhibit 160 was received.)

11 **BY MR. HUME:**

12    **Q.**  Did you find other documents relevant to whether

13 they believed --

14         **THE COURT:**  Was that 160?

15         **MR. HUME:**  160, 1-6-0.

16         **THE COURT:**  160.

17 **BY MR. HUME:**

18    **Q.**  Dr. Dharan, did you see other documents from

19 before August 2012 suggesting that the GSEs and Fannie and

20 Freddie and FHFA thought that the credit losses were going

21 to go down?

22    **A.**  Yes.  There were several memos and emails.  I saw,

23 for example, this document where the memo is addressed to

24 Mr. DeMarco and the subject, Fannie Mae Executive Committee.

25 It was from Mr. Bradford Martin, who I believe was an FHFA

1    employee.

2              And it says, Regarding this presentation of the

3    Fannie Mae executive management meeting, as early as January

4    9, 2012 -- and Susan here is Susan McFarland, who was the

5    CFO, which stands for Chief Financial Officer, of Fannie

6    Mae.  So she was the top person in the finance and

7    accounting group.

8              And she was saying, according to this memo by

9    Mr. Martin to Mr. DeMarco, that the company is at an

10   "inflection point".  This is a phrase I use often to really

11   indicate a real turnaround point.  The inflection point is

12   in the credit cycle; and that's exactly what we saw in our

13   home price graph as well.

14       Q.   What does she mean when she says "inflection point

15   and the credit cycle with the loss allowance and

16   credit-related expenses projected to fall compared to 2011?"

17       A.   Right.  So as early as January of 2012,

18   Ms. McFarland is projecting that the loss allowance, which

19   is the provision that the company has to make for any

20   potential credit losses on the mortgage commitments and

21   mortgages that they hold.  She's already predicting in

22   January 2012 that they were going to go down in 2012

23   compared to 2011.

24       Q.   So could we just -- does Slide 31 also show

25   something about --

1   **A.**   Yes, this is another internal Fannie Mae document.

2   It's a forecast.  And you can see there's a line drawn,

3   which is January/February 2012.  That's where the graph says

4   the credit losses are going to peek.  Remember, when losses

5   start going down, that's good news; that means the profits

6   are going to go up.  So that peek is in February.  This is a

7   document from March 5, 2012.

8   **Q.**   So, again, this shows -- the timeline shows

9   information going or projected information going out to

10  October 2015, but this document was created before August

11  2012.

12  **A.**   Yes.

13  **Q.**   So we've been told a lot about 20/20 hindsight.

14  Are you saying that the people at Fannie Mae and Freddie

15  Mac, the financial experts or the accountants, the credit

16  risk experts, did they make an effort to try to determine

17  what was going to happen?

18          **MR. BERGMAN:**  Objection, leading.

19          **THE COURT:**  Overruled.

20          **THE WITNESS:**  They have to make those effort

21  because that's what this company's business is.  They have

22  to constantly make predictions on credit losses and the

23  value of their assets including deferred tax asset.  And

24  these graphs are prepared as part of these various

25  management committee presentations.

1     **MR. HUME:**  And so if we could just briefly jump

2  back to Slide 56, Mr. DeRita.

3  **BY MR. HUME:**

4     **Q.**   We talked about G-fees and we talked about credit

5  losses.  Did you see evidence in the actual documents at

6  Fannie Mae, Freddie Mac, FHFA, of the defendants in their

7  documents, of these two arrows, what you show on this slide,

8  and documents that existed before August 17, 2012?  Did you

9  see that?

10     **A.**   Yes.

11     **MR. HUME:**  Your Honor, now would be a good time

12  for a short break.

13     **THE COURT:**  All right.

14     **MR. HUME:**  Thank you.

15     **THE COURT:**  Take ten minutes.

16     Don't talk about the case.  We will see you back

17  here.

18     (Jury exited the courtroom)

19     (Recess taken)

20     (Jury entered the courtroom)

21     **THE COURT:**  You may be seated.

22     All right, Mr. Hume, you may proceed.

23     **MR. HUME:**  Thank you, Judge Lamberth.  Thank you,

24  members of the jury.  And as they're programming up, I am

25  hoping to finish before 1:00 and then have the lunch break,

1    if that's okay.  I'm prepared to go till 1.  Thank you.

2    **BY MR. HUME:**

3        **Q.**   We were, before the break, looking at the slide on

4    G-fees and credit losses.  Do you recall that?

5        **A.**   Yes.

6            **MR. HUME:**  I am trying to get the demonstratives

7    back up.  Sorry.

8            Thank you, Ms. Jenkins.

9    **BY MR. HUME:**

10       **Q.**   Do you recall discussing the evidence of the

11   G-fees going up and the credit losses going down before the

12   break?

13       **A.**   Right.  Right.

14       **Q.**   I'd now like to jump to Slide 32, and I believe

15   the third point of your six points.

16       **A.**   Yes.

17       **Q.**   Can you tell the jury what that is?

18       **A.**   Yes.  Just to recap, we talked about all of the

19   structural improvements that were going on in the economy as

20   well as in the housing market; and that is starting to show

21   up in the internal Fannie Mae projections in the G-fee

22   projections.  I wanted to have a few slides showing how they

23   were incorporating all of that information.

24       **Q.**   We're going to try to go through some of those

25   fairly efficiently, because we don't want to take too much

1    time, but we are going to go through those.

2              Can you tell the jury, big picture, what did you

3    find when you looked internally at what was being projected

4    as of June, July, August, before August 17th, 2012?

5        A.   Sure.  The big picture is, they were projecting --

6    there were terms like "roaring recovery" and "golden years."

7    All of these terms that show up in the emails and memos,

8    that's really what they were projecting.  They were

9    projecting big improvements and profits.  They were

10   projecting for five years and ten years and so on.  That's

11   really what we were seeing.

12       Q.   Now, before we look at those -- and there were

13   also actual financial projections with numbers that you

14   looked at?

15       A.   That is correct.  These are real projections with

16   dollars and so on.

17       Q.   Now, there was -- you were here for Mr. DeMarco's

18   testimony in trial?

19       A.   Yes.

20       Q.   And you saw there was questioning about the SEC

21   filings and things that were said in the SEC filings about

22   risks.  Did you see that?

23       A.   Yes, I did.

24       Q.   I think Mr. Stern asked Mr. DeMarco a question

25   along the lines of, as between an SEC, a risk disclosure,

1    about the future risks that the companies faced and internal

2    projections, which --

3              **MR. BERGMAN:**  Objection to mischaracterization,

4    Your Honor.

5              **MR. HUME:**  But the witness was here.  The record

6    speaks for itself.  I can simply ask the question and not

7    refer back to what was asked, if it's easier.  That will

8    moot the objection.

9              **THE COURT:**  Proceed.

10   **BY MR. HUME:**

11   **Q.**   Let me just ask you the question, Professor

12   Dharan.  Does it make sense to you to address the question

13   as whether -- as how to balance the weight of a risk

14   disclosure in an SEC filing with an internal financial

15   projection of projected profits and income in the future?

16   **A.**   No, it doesn't make sense to compare them.  They

17   are really like apples and oranges.  They are two different

18   types of information.  You can't just say one is more better

19   than the other or more reliable than the other.  They are

20   both looking at different aspects.

21              One is looking at the projections, internal

22   management.  The other one is telling shareholders, the

23   investors, and stockholders the risks involved in terms of

24   risks and uncertainties.  But that's not the same as the

25   projections that management makes internally.

1       Q.    In your work as a finance and accounting expert,

2    have you reviewed and analyzed SEC disclosures before?

3       A.    Oh, yes.

4       Q.    Are you familiar with how SEC filings work?

5       A.    Right.

6       Q.    And you previously testified for the SEC in a

7    case --

8       A.    Yes.

9       Q.    -- or at least in a deposition?

10       A.    Yes.

11       Q.    And do companies typically put their financial

12    projections of future profits or losses inside a 10-K or

13    10-Q filing with the SEC?

14       A.    No, they won't -- they typically won't because

15    it's really -- that's their strategy and that's their action

16    plan.  This is what they plan to do.  So those projections

17    are like, if you put them out to the public, that's like

18    giving away the store in terms of what you internally hope

19    to accomplish.  So they might give some very broad summary

20    numbers but not the financial projections in the way we see

21    them internally.

22       Q.    They might release them publicly in some other way

23    but not in a 10-K or 10-Q; is that right?

24       A.    That's correct.

25       Q.    And you have reviewed the SEC filings for Fannie

1    Mae and Freddie Mac as part of your work in this case.

2         **A.**   Yes.

3         **Q.**   In the first or second quarter -- focus, let's

4    say, in the second quarter of 2012, do you recall seeing

5    some risk disclosure -- risk identification regarding the

6    ability to pay the 10 percent dividend.  You saw that?

7         **A.**   Yes.

8         **Q.**   Have you seen anything in the risk disclosures in

9    the 10-Q for the second quarter of 2012 that identifies a

10   risk that there would be a material erosion or potentially a

11   material erosion of the Treasury commitment through circular

12   draws over the next period of years?

13        **A.**   No, I did not see any such disclosure of risk,

14   either about the Treasury commitment eroding to a point

15   where it's a problem or a circular draw.  And I just didn't

16   see anything like that.

17        **Q.**   So the defendant -- Mr. DeMarco says -- let's put

18   it this way.  You understand the reason, FHFA's reason, for

19   agreeing to the net worth sweep to be a concern that the

20   circular draw would lead to a material erosion of the

21   Treasury available funding, available commitment.  Yes?

22        **A.**   That is correct.

23        **Q.**   And that if that was materially eroded, that could

24   create concerns in the marketplace of investors for

25   mortgage-backed securities and bonds for the GSEs.  Do you

1    understand that?

2         **A.**    That's exactly right.

3         **Q.**    Did you ever see in an SEC filing in 2012 that

4    risk disclosed?

5         **A.**    I did not see it.  No, it's not there, as far as I

6    know.

7         **Q.**    And if a company believed something to be a

8    serious risk, don't they have to disclose it in an SEC

9    filing?

10                  **MR. BERGMAN:**   Objection.

11                  **THE WITNESS:**   I would put it this way, usually

12   they will, I mean.  I don't know -- every company will have

13   to do it.  Clearly there are companies that don't follow the

14   rules.  Right?  But if you are following the rules on the

15   risk disclosure, you are supposed to tell the investors what

16   is your anticipated risk factors so they can take that into

17   consideration.  So I didn't see that for this.

18   **BY MR. HUME:**

19        **Q.**    What was your understanding -- I'm not asking for

20   a legal opinion.  But what was your understanding of whether

21   FHFA would be learning about the Fannie Mae and Freddie Mac

22   from the SEC filings versus learning about them from their

23   daily, weekly management?  Do you have a view of that?  Do

24   you have an understanding of that from your review of the

25   materials?

1    **A.**   Yes, I have some understanding of that.

2    **Q.**   What is it?

3    **A.**   Well, first of all, the way I understood the

4    conservatorship, which is described in the publications that

5    FHFA had as well, the conservatorship is taking over the

6    management role effectively.  It becomes -- the conservator

7    is the one running the two enterprises.

8         They have a lot of access to information.  They

9    don't need to wait till a 10-Q comes out or a 10-K comes out

10   to -- 10-K is annual report or a 10-Q quarterly.  They don't

11   have to wait for that.

12        What I see in documents and lots of deposition

13   testimony is that, if FHFA personnel, senior people,

14   attended meetings at Fannie Mae and Freddie Mac every day,

15   they attended all of the board meetings, they attended all

16   of the management meetings, that they were fully privy.

17   They had access, full access, to information.  They didn't

18   have to wait till a 10-Q came out to see what it has.

19   **Q.**   And how -- a 10-Q reports financial information

20   for a quarter, a three-month period?

21   **A.**   Right.

22   **Q.**   Does it come out on the day that quarter ends?

23   **A.**   No, it does not.  It takes about 40, 45 days

24   before it comes out.

25   **Q.**   Because it's complicated.  And do they need to

1    just make sure it's all accurate?  But it's recording to

2    the -- when -- as of what date does the second quarter 10-Q

3    report information?  What is the date --

4         A.   If I remember right, it's something like August

5    6th.

6         Q.   Not when it comes out.  Sorry.  Not when it comes

7    out.  What is the end of the second quarter?

8         A.   Oh, second quarter ends on June 30.  So for 2012,

9    that would be June 30, 2012.

10         Q.   So if it comes out in early August, that's when

11    it's filed publicly, it's reporting information back from

12    June 30th, information -- it's giving everyone what the

13    information was as of June 30th?

14         A.   That's right.

15         Q.   So is there a little bit of a lag between what the

16    SEC filing shows and what internal management knows?

17         A.   There's a little bit of a lag between what the SEC

18    gets and the public gets and what the internal management

19    knows.

20         Q.   Now, again, just go back to the big picture of

21    what you saw when you reviewed the internal documents,

22    memos, financial projections, that were in existence as of

23    August 17th, 2012.  You saw what?

24         A.   So you are talking about the big picture before

25    August 7th?

1163

1      **Q.**   What did you see in terms of the internal

2  projections and the ability --

3      **A.**   Right.

4      **Q.**   The expectation of whether or not, in a base case,

5  they were going to be able to, more or less, pay the 10

6  percent dividend.  What did you see?

7      **A.**   Okay.  What I saw was -- so they had this expected

8  case and what they called base case.  What I saw was that

9  they were projecting not only that the comprehensive income

10  would be greater than dividends, but the dividend amounts

11  would be such that, by maybe 2020, they would be able to

12  repay.  I mean they were using the word repay within

13  quotations.  But they would pay back to the Treasury more

14  than what they had drawn from the Treasury in terms of the

15  dividend payment.  So that's what they were projecting by as

16  early as -- happening as early as 2020.

17      **Q.**   And when you did your rebuttal report in this

18  case, did you look at an internal Treasury memo in which --

19  that reported that Mr. DeMarco said something about the

20  ability of Fannie and Freddie to generate profits that would

21  pay the 10 percent dividend?

22      **A.**   Yes, I did.

23      **Q.**   Do you have a slide on that?

24      **A.**   Yes, I have a slide on that just to highlight a

25  couple of items there.

1    **Q.**   This slide shows PX-0205.  Is that the document?

2    **A.**   Yes, this is the one.

3    **Q.**   Can you explain what the document is?

4    **A.**   Yes, this document is a document by -- internal

5    memo by Mary Miller -- sorry.  From Michael Stegman to Mary

6    Miller.  The subject of that is a meeting between

7    Mr. DeMarco and the Treasury Secretary.

8    **Q.**   What does the first sentence say there?

9    **A.**   The first sentence says the Secretary, meaning the

10   Treasury Secretary, provided an overview of his and your

11   previous day's meeting with Ed DeMarco.  This is the essence

12   of the discussion that took place.

13   **Q.**   And you've read this document?

14   **A.**   Yes.

15   **Q.**   And does this slide call out a portion of the

16   document?

17   **A.**   Yes.  It calls out the portion regarding

18   Mr. DeMarco's understanding of the profits.  So the --

19   **Q.**   Here it says -- it says in this portion of the

20   memo, it says, "Since the Secretary raised the possibility

21   of a PR covenant --"

22             Do you understand PR to mean principal reduction?

23   **A.**   Yes.

24   **Q.**   And you heard testimony about that last week?

25   **A.**   Yes, I did.

1    **Q.**   Since that, it says, "DeMarco no longer sees the

2    urgency of amending the PSPAs this year."  Do you see that?

3    **A.**   Yes.

4    **Q.**   Did you see any FHFA memos or emails in which FHFA

5    personnel will state or analyze and say, We have to do the

6    net worth sweep quickly because we have a serious problem.

7    We need to do it this year.  Have you seen anything like

8    that?

9    **A.**   No, I did not see any FHFA document talking about

10   the urgency, especially in terms of the financial urgency of

11   it.

12   **Q.**   This document goes on to say "he -- meaning

13   DeMarco, Acting Director DeMarco -- "has raised two

14   competing reasons for this new position.  One, the GSEs will

15   be generating large revenues over the coming years, thereby

16   enabling them to pay the 10% annual dividend well into the

17   future even with the caps."  Do you see that?

18   **A.**   Right.

19   **Q.**   How does that compare to your conclusion after

20   reviewing all of the internal projections that were in

21   existence in the summer of 2012?

22   **A.**   This is exactly what the internal projections by

23   the GSEs were showing, that they were projecting

24   comprehensive income covering 10 percent annual dividend,

25   maybe not every single year but mostly recovered well into

1    the future.  And the projections I saw were all for like 10

2    years.  And they all assumed that the cap was there.  So

3    that's exactly -- what he says here is exactly what I saw in

4    the internal GSE projections.

5         Q.   Now, do you see -- just leave the slide as it

6    is -- but that first sentence -- this is a memo from

7    Mr. Stegman dated June 25, 2012 to Mary Miller.  Do you see

8    that?

9         A.   Yes.

10        Q.   And you understand Mary Miller was the Under

11   Secretary of Domestic Finance at the Treasury Department?

12        A.   Yes.

13        Q.   And Mr. Stegman writes, "The Secretary" -- meaning

14   Secretary Geithner "provided an overview of his and your

15   previous day's meeting with Ed DeMarco."  Do you see that?

16        A.   Yes.

17        Q.   So that indicates that Ms. Miller, under Secretary

18   Miller, was at the meeting?

19        A.   That's what I would think.

20        Q.   Have you seen a single document, email, letter,

21   memo, in which Ms. Miller or Treasury Secretary Geithner or

22   anybody else says, No, that's not what was said.  Have you

23   seen that?

24        A.   No, I have not seen that.

25        Q.   Let's move on to some of the evidence you

1      reviewed.

2           **A.**   Okay.

3                **MR. HUME:**   Slide 34 shows PX-167.   This document

4      is not yet in evidence and mostly wish to get it in

5      evidence.   Plaintiffs move for admission of PX-167.

6                **MR. BERGMAN:**   One moment, please, Your Honor.

7                No objection.   Thank you.

8                **THE COURT:**   167 is received.

9           (Plaintiffs' Exhibit 167 was received.)

10     **BY MR. HUME:**

11          **Q.**   Professor Dharan, can you tell me what this slide

12     shows and what this document shows?

13          **A.**   Sure.   This is a document that is basically a

14     letter that is written by Timothy Mayopoulos, who I believe

15     at that time was the CEO or President of Fannie Mae.   And he

16     is writing this letter to -- it's a draft letter written

17     from the board.   He's basically representing the board, if I

18     understand right, to Mr. DeMarco.   And that letter

19     describes, again, the expected profitability for going

20     forward.

21          **Q.**   Well, what does point number 5 -- which, to be

22     clear to the jury, there was five points listed I think on

23     the first or second page of the letter.

24          **A.**   Yes.

25          **Q.**   What does point 5 say?

1    **A.**   Yes, point 5 says -- again, this is as of March

2    19th -- as early as March 19, 2012, Fannie Mae was

3    projecting that they were expecting to be profitable and to

4    be able to substantially repay the government's investment.

5    Again, by repay, what they mean here is paying more

6    dividends than what they have drawn in government draw.

7    **Q.**   Now, do you know -- this, as you said, says draft.

8    Do you know if this letter was ever finalized and sent?

9    **A.**   Yes.

10   **Q.**   Do you know when?

11   **A.**   Sometime in September 2012.

12   **Q.**   Do you know why it took so long to finalize a

13   draft from March 19th until September, which was after the

14   net worth sweep?  Do you know why?

15   **A.**   I didn't see -- I looked at Mr. Mayopoulos'

16   deposition testimony.  He didn't describe why it was the

17   case.

18   **Q.**   Slide 35 is another document you have asked to

19   have a slide prepared on.

20   **A.**   Right.

21   **Q.**   Can you tell the jury why?

22   **A.**   Yes.  So this one is, again, dated May 29, 2012.

23   So in May, this was an internal email involving FHFA

24   accountants.  Mr. Satriano was the, if I remember right,

25   chief accountant of -- the chief of the accounting group at

1   FHFA.

2          And Mr. Bjarnason was also in that same group.

3   This, again, talks about the internal projections of the

4   enterprises, in this case, Fannie Mae.  FNM stands for

5   Fannie Mae, which is a particular symbol for them.  And it

6   says, again, the kind of big improvements in future profits

7   that I mentioned earlier.

8       Q.   Well, and it says, "What with their forecasts of

9   an 'upward price curve' beginning after 2012, we should not

10  be surprised if Fannie Mae begins a roaring recovery."  Do

11  you see that?

12      A.   Right.

13      Q.   And then it says, "fueled in large part by drawing

14  down their approximately $70 billion ALL and the 03-3

15  loans."

16      A.   Right.

17      Q.   This is the kind of document -- why it's helpful

18  to have an expert.  So can you explain to the jury -- first

19  of all, the squiggly line before the 70 billion --

20      A.   Okay.

21      Q.   -- what's your understanding of that?  Is he

22  saying minus or is he saying approximately?

23      A.   That means, that squiggly means approximately.

24      Q.   Okay.  Then what does ALL mean and what does 03-3

25  mean?  And can you make sense of this?

1    **A.**   Sure.  So, again, the key is they are talking

2    about this roaring recovery, which is like an inflection

3    point, again talking about going from negative to real

4    positive numbers.

5         So this messaging -- this sentence describes why

6    that is happening and what's the reason.  There are two

7    things here.  One is the ALL, which is really the allowance

8    for loan loss, which we have been -- which in my slide, I

9    have described as provision for loan loss.  So that's the

10   same idea.  There are some small differences but that's the

11   basic idea.

12   **Q.**   Before you go on, I'm sorry to interrupt you.

13   ALL, in your expert opinion as an accountant, stands for

14   what?

15   **A.**   Allowance for loan loss.

16   **Q.**   And it's the same concept as what that you

17   described earlier?

18   **A.**   Yes.  The allowance for loan loss is a balance

19   sheet concept and the provision for loan loss is to

20   counterpart in the income statement but they're connected

21   concepts.

22   **Q.**   So is it referring to the fact that there were a

23   lot of either write-downs or provisions predicting future

24   credit problems and non-payments that the author here

25   believed were going to be coming back?  Can you explain

1    that?

2         A.    If I can use it in my words, the way I describe it

3    is they have all of these allowances that they've created,

4    which is a series of provisions that they have been making

5    together, that that's the, what they call, allowance.

6              Suddenly, they are realizing that that's a lot of

7    allowance.  We don't need that much.  The economy has

8    recovered and people are paying the mortgages and they are

9    not defaulting as we thought they were.  So we can now

10   reduce those.  We can draw down those allowances.  And

11   that's going to lead to profits.  That's going to lead to

12   improved profits.  That means improved net worth.

13        Q.    So when credit risk improves and you reduce an

14   allowance for loan loss, what does that do to income and net

15   worth?

16        A.    It increases the income and it increases the net

17   worth.

18        Q.    Okay.  Now can you explain what the 03-3 loans

19   are?

20        A.    Right.  So those loans, the 03-3 loans, unlike a

21   normal loan, where you have the loan and full loan value and

22   then you have the allowance, 03-3 loans, Fannie Mae was

23   reporting them already at the discounted, lower values.

24             If there's a thousand dollar loan, and you think

25   $700 is going to be collected and not $300 and $300 may not

1    be, they directly report the loan at $700 instead of a

2    thousand minus 300.  So these 03-3 loans are already deeply

3    discounted and written at the lower value.

4        **Q.**   So the value they have on the balance sheet is

5    very low.

6        **A.**   Very low.

7        **Q.**   And if they're performing better, that's going to

8    lead to what?

9        **A.**   When those loans are collected, that's all going

10   to show up in the income statement as income, as part of

11   comprehensive income.

12       **Q.**   Slide 36 shows an excerpt from PX-211.  I believe

13   PX-211 is in evidence.  In fact, I believe I moved it in

14   this morning.  If not, one of my colleagues will tell me.

15           Can you briefly explain why you selected this

16   document for presentation of your analysis?

17       **A.**   Sure.  So, again, this is July 2012.  I like this

18   document mainly because there are lots of headlines.  It's

19   PowerPoint slide presentation with lots of nice titles that

20   quickly summarize for our benefit what they are talking

21   about, so you don't have to read the whole document.

22       **Q.**   That's what we're going to show on the next slide.

23   On this slide, under the executive summary, the second

24   bullet point.

25       **A.**   Right.

1    **Q.**   It says, "2012 comprehensive income is expected to

2    be sufficient to cover the dividend obligations for the full

3    year."  Do you see that?

4    **A.**   Yes.

5    **Q.**   Does that mean there was or was not a rush, a time

6    pressure, to agree to the net worth sweep?  How do you

7    understand that?

8    **A.**   Well, I understand this to mean there is no --

9    they are not going to draw on the Treasury.  There is not

10   going to be any Treasury draw.  There is not going to be a

11   circular draw.  So there is no rush.  There is no pressure

12   at this point.

13   **Q.**   Because they're not -- at least in 2012, they're

14   saying they're not going to have to draw down from the

15   Treasury.  Is that what that says?

16   **A.**   Yes.  In this bullet, they are talking about at

17   least 2012.  In the next bullet, they are talking about the

18   next 5 years.

19   **Q.**   In slide 37, what does this show?  Does this show

20   some of those headlines?

21   **A.**   This shows some of the headlines that I wanted to

22   highlight.  So each of these that we see here, if I

23   remember, are really basically the headlines, titled --

24   **Q.**   This is from PX-211.

25        These statements come from -- do they come from

1    different pages on PX-211?

2         **A.**    Yes.

3         **Q.**    Can you explain just briefly what they say?

4         **A.**    Okay.  So they are very easy to see where they are

5    headed.  So they are talking about Quarter 2, comprehensive

6    income is projected to be 6.2 billion.  That's going to be

7    double the Q1.  Q1 means Quarter 1.

8              Lower credit-related expenses are the reason for

9    all of this.  So they are going to project it to eliminate

10   the need to draw.  That means there's no need to draw on the

11   Treasury commitment to pay dividend.  That's what they are

12   saying there.

13             They are explaining that, in the next one, by

14   saying the projections show that through the remainder of

15   2012, the income will be sufficient to cover the Quarter 2,

16   3 and 4 dividend obligation.  That means there is no

17   pressure or urgency to worry about circular draw.

18             And in the 2013, it says the same trends are

19   continuation in 2013.  And so basically, the key phrase in

20   the very last one there is important.  It says the company

21   is projected to achieve sustainable profitability.  That

22   means, not just one year but sustainable over several years.

23        **Q.**    The second quarter results we looked at earlier

24   were consistent with those optimistic projections.  Yes?

25        **A.**    It is.  It's not as big as the previous number

1    they were saying but it is still very big.  But for Fannie

2    Mae the comprehensive income is 5.4 billion.

3         **Q.**   And this is just for one quarter?

4         **A.**   This is just for one quarter.

5         **Q.**   Slide 39 shows PX-228, a Freddie Mac document, and

6    I believe it may not yet be in evidence.

7              **MR. HUME:**  Plaintiffs move for admission of

8    PX-228.

9              **MR. BERGMAN:**  No objection.

10             **THE COURT:**  Received.

11        (Plaintiffs' Exhibit 228 was received.)

12   **BY MR. HUME:**

13        **Q.**   What does this document show?

14        **A.**   This document shows a similar type of analysis and

15   similar type of conclusions being made by Freddie Mac.  So

16   here, again, Freddie Mac -- Mr. Kari was the CFO of Freddie

17   Mac, Chief Financial Officer, the top officer for finance

18   and accounting.  He is mentioning, again, substantial

19   improvement in house prices as the main driver.

20             And he says, "This improvement contributed to a

21   significant reduction in loan loss provision," the one that

22   I had in my earlier slide.  Again he is saying the other --

23   the company's comprehensive income exceeded the dividend

24   payment to the Treasury.  So there is no draw involved.  So

25   he says, "resulting in no need for a draw request for the

1  quarter."  Draw meaning, drawing from the Treasury

2  commitment.

3       **Q.**   Now, the jury has seen PX-213 several times.  Have

4  you reviewed this document in your analysis?

5       **A.**   Yes, I have reviewed it.

6       **Q.**   And you see that it is a cover email from Bradford

7  Martin to Edward DeMarco and others at FHFA.  Do you see

8  that?

9       **A.**   Yes.

10      **Q.**   So this is not just internal to the GSEs.  This is

11  going to Acting Director DeMarco; is that right?

12      **A.**   Yes.  He is the main recipient.

13      **Q.**   He's the first recipient?

14      **A.**   First recipient.

15      **Q.**   And the email memo has a section called GSE

16  strategy update.  Do you see that?

17      **A.**   Yes.

18      **Q.**   And the GSE, that refers to both Fannie Mae and

19  Freddie Mac?

20      **A.**   Yes.

21      **Q.**   Do you understand that?

22      **A.**   Yes.

23      **Q.**   And it says, "Dave Benson walked through a copy."

24  You know that Dave Benson was a senior finance executive at

25  Fannie Mae?

1    **A.**   Yes.  As I say in the slide, he was the Senior

2   Executive Vice President at that time for Fannie Mae.

3    **Q.**   And during his discussion, it says, "He referred

4   to the next eight years as likely to be the golden years of

5   GSE earnings."  Do you see that?

6    **A.**   Yes.

7    **Q.**   Did you look at his actual projections?

8    **A.**   Yes.  So I have a couple of slides just to show

9   what Mr. David Benson was projecting -- was presenting to

10   the Board of Directors.  So this is all in a document

11   titled, Strategic Planning Session Board of Directors.

12    **Q.**   Just before you do that, this is PX-216.  Have you

13   seen different versions -- different copies of these same

14   projections prepared for Fannie Mae and Freddie Mac?

15    **A.**   Yes.  I've seen different copies of this

16   presentation.

17        **MR. HUME:**  And PX-213 is in evidence.  I don't

18   think 216 is.  May I move for admission of PX-216?

19        **DEPUTY CLERK:**  It is in.

20        **MR. HUME:**  It is in.  Okay.  Thank you.

21   **BY MR. HUME:**

22    **Q.**   And what does this slide show?

23        **THE COURT:**  Without objection then, 216 is

24   received.

25        **THE WITNESS:**  This slide is easy to read.  It's a

1    nice graphical summary of a table that also comes later.  So

2    there are these gray bars all the way.  You can see that

3    that's the amount of cumulative infusion.  It says, it's

4    cumulative draw from the Treasury.

5           You can see this in these projections it went --

6    2008, '09, '10 and '11 are actual numbers; 2012 and on are

7    projections.  You can see those projections are no more than

8    the actual.  So basically, by 2012, the cumulative draw from

9    the Treasury has topped out.  There's no further.  There's a

10   little bit.  You can't see it in this graph, but there's no

11   further big increase.

12      Q.   Does this slide show a circular draw problem that

13   is eroding the commitment?

14      A.   No.  It's the opposite here, because the blue

15   lines, blue bars are the dividend payments.  And the fact

16   that the gray bars are flattening out means that there's no

17   circular draw happening.

18      Q.   The next page of that same document in the Benson

19   projections show actual comprehensive -- projections of

20   comprehensive income over a ten-year period.  Do you see

21   that?

22      A.   Yes.

23      Q.   And have you studied this document?

24      A.   Yes, I have seen this, studied this projection.

25      Q.   What does it show in terms of the relationship --

1    first of all, for Freddie Mac on the bottom, we've called

2    out what is projected for comprehensive income and the

3    preferred dividend payment.  Do you see that?

4        **A.**    Right.

5        **Q.**    And you understand -- do you understand the

6    preferred dividend payment to be the dividend, the 10

7    percent dividend payment to Treasury?

8        **A.**    That's correct.

9        **Q.**    So that's what they're projecting here because

10   that's what they were paying at the time?

11       **A.**    Yes.

12       **Q.**    For Freddie Mac, what does it show about the

13   relationship of the comprehensive income to the 10 percent

14   dividend payment?

15       **A.**    For Freddie Mac, you see every year starting from

16   2012, the first numbers, 7.3 and 7.2, are for 2012.

17            All the way -- the comprehensive income is greater

18   than the projected dividend payment to the Treasury.  That

19   means the dividend is completely covered by comprehensive

20   income.  There's no need to draw on the Treasury for 10

21   years.

22       **Q.**    For Fannie Mae, is it a little bit more mix?  Some

23   years they draw?  Some years they don't?  Some years they're

24   above?  Some years they're not?

25       **A.**    That is correct.  So some years they draw.  Some

1    years they don't.  Overall, the amount they draw is not very

2    much.

3        **Q.**   Does the document tell you how much?  What it

4    projects?

5        **A.**   It doesn't -- it tells us -- you have to do a

6    little bit arithmetic, but it doesn't tell us exactly what

7    they plan --

8        **Q.**   What are you highlighting on this slide?

9        **A.**   In order to make sure we can see how much they are

10   projecting that they will draw from Treasury, I wanted to

11   highlight the remaining funding under SPA, that is, the

12   Senior Preferred Stock Purchase Agreement that we have seen

13   before.

14       So those are the two new numbers I wanted to

15   highlight, 124.8 and 118.3 for Fannie Mae, and then I wanted

16   to highlight the same thing for Freddie Mac.  So we can

17   calculate what is their projected additional draw for 10

18   years.

19       **Q.**   Now, I just want to make sure this is clear,

20   Professor Dharan.  Remaining funding under SPSPA, is that

21   the same thing as the remaining amount under the Treasury

22   commitment?

23       **A.**   That is how I did it, yes.

24       **Q.**   Is that the amount that FHFA says it was worried

25   would be reduced?

1          **MR. BERGMAN:**  Objection to leading.

2     **BY MR. HUME:**

3          **Q.**   How relevant is that?  Is that number relevant to

4     the reason FHFA has given for agreeing to a net worth sweep?

5          **A.**   Yes.  And I -- as I mentioned earlier, the reason

6     FHFA has given for doing the net worth sweep, was the

7     circular draw that would erode the Treasury commitment.

8     What we see here is that the Treasury commitment for Fannie

9     Mae started at 124.8 billion.  And then, after 10 years,

10    it's only down to 118.3 billion.

11         **Q.**   That's the projection.

12         **A.**   That is the projection for 10 years later.  It's

13    all projected as of July 2012.

14         **Q.**   What's the projection for Freddie Mac?

15         **A.**   And for Freddie Mac, the projection is the amount

16    available in 2012 will be the same as the amount projected

17    to be available in 2022.  So there is no projected use of

18    any Treasury draw for 10 years, additional use of Treasury

19    draw.  There is no draw from Treasury.  There is no draw

20    from Treasury for 10 years.

21         **Q.**   So does this document show a circular draw problem

22    that would lead to a material erosion of the Treasury

23    funding commitment?

24         **A.**   It does not.  It shows exactly the opposite in

25    terms of both Freddie Mac and Fannie Mae.

1    **Q.**   Would projections like this support agreeing to

2    something like the net worth sweep to address the circular

3    draw problem?

4    **A.**   It does not.  These projections are saying there

5    is no -- there is no use of Treasury commitment expected

6    that will cause a problem.  So there is no need to do

7    something as dramatic and unprecedented and sweeping as the

8    net worth sweep.

9    **Q.**   Did you review the deposition of Chief Financial

10   Officer Susan McFarland in preparing your expert testimony?

11   **A.**   Yes, I did.

12   **Q.**   Did she comment on this document?

13   **A.**   Yes.  She commented on this document basically

14   saying, this document is showing that definitely more likely

15   than not that we would have sustained profitability.  So she

16   is using what she says is accounting vernacular.  Terms like

17   "more likely than not" play a big role in accounting.

18   **Q.**   So I'd like to move then to point four of your six

19   points.

20   **A.**   Okay.

21   **Q.**   What is that?  What is point four?

22   **A.**   So I just wanted to combine what we just did in

23   one, two and three with looking at the basic question.  Is

24   the Treasury commitment a problem at this point?  Is it

25   going to be eroded?  So I am using the Benson projections to

1    highlight what they were projecting on that.

2        **Q.**    Can you explain what this slide is showing here

3    for Fannie Mae?

4        **A.**    Sure.

5        **Q.**    And where do the numbers come from?

6        **A.**    So these are numbers from the Benson projection,

7    this table that I just showed.  I'm just summarizing the

8    numbers from that.

9        **Q.**    So --

10       **A.**    So for Fannie Mae, so far they had drawn 116.1

11   billion.  As of the middle of 2012, they were projecting --

12   they were saying -- they had 124.8 billion available.

13   Right?

14            And then when you take into account the 10-year

15   projection, if you go to the next part of the slide, it

16   shows that they are only using 6.5 billion out of the 118.3

17   billion -- I'm sorry, the 124 billion that I showed in the

18   previous graph.

19       **Q.**    In your opinion as an expert in finance and

20   accounting, would that -- prospect of that much draw down of

21   6.5 billion over a 10-year period, would the prospect of

22   that happening be a reason to agree to something like the

23   net worth sweep?

24       **A.**    No, not at all.  Because the 6.5 billion, when you

25   compare it with 124 billion that was available, that's for

1    10 years, 6.5 billion being then used in 10 years out of the

2    124 billion.  So that does not show the need for a net worth

3    sweep.

4        **Q.**   What about for Freddie Mac?  Did you do those?  Do

5    those numbers -- where do they come from?

6        **A.**   Again, they come from the same table that I

7    showed, which are the Mr. Benson projections.

8        **Q.**   So can you walk the jury through what this shows?

9    What's the blue color mean?

10       **A.**   They show even better than Fannie Mae in some

11   ways.  So as of the middle of 2012, Freddie Mac had 148.3

12   billion available from the Treasury to be drawn potentially.

13   And if you click on the next part, the actual amount used

14   according to the projection for those 10 years will only be

15   zero dollars.  There is no draw at all for 10 years.  So the

16   amount projected to be available in 2022 is still going to

17   be $148 billion.

18       **Q.**   So just so it's clear for the jury, what that

19   slide shows, in terms of the potential need for borrowing,

20   is that using any information that came from after August

21   2012.

22       **A.**   All of this is as of July 2012, so nothing --

23       **Q.**   This is using the numbers that Mr. Benson was

24   projecting and using before August 17th, 2012?

25       **A.**   Correct.

1    **Q.**   And what does this slide show?  The next slide

2    that's on the screen, Professor Dharan, 47, does this just

3    combine the two?

4    **A.**   Yeah, basically, I just wanted to combine the two

5    graphs and present a summary picture.

6    **Q.**   So this 273.1 billion, what does that number

7    represent?

8    **A.**   So in the two previous graph, I had how much

9    amount was available for Fannie Mae and Freddie Mac from the

10   Benson projections.  I'm adding those two here together.  So

11   as of the middle of 2012, the two enterprises had 273.1

12   billion available to draw potentially.

13          And if you click again, when you combine the two

14   amounts added, Fannie Mae was going to use 6.5 billion

15   projected, Freddie Mac zero.  If you add them that's 6.5

16   billion total projected borrowing or projected draw from

17   2012 to 2022.

18   **Q.**   So in your opinion as an expert in finance

19   accounting, does a projection like that create a concern

20   that could explain the need to do something like the net

21   worth sweep?

22   **A.**   Not at all.  I just don't see how net worth sweep

23   can be justified when you have this kind of a projection.

24   **Q.**   Now, do you recall -- you heard Mr. DeMarco

25   testify?

1   **A.**   Mister?

2   **Q.**   DeMarco.

3   **A.**   Yes.

4   **Q.**   Do you have some recollection, both from his

5   deposition -- you read his depositions?  He had two

6   depositions?

7   **A.**   Yes, I did.

8   **Q.**   You read them carefully?

9   **A.**   Yes.

10   **Q.**   Do you recall testimony about his not considering

11   certain optimistic projections because they didn't take into

12   account his plans?  Do you have a recollection of that?

13   **A.**   Yes.

14   **Q.**   Did you hear him testify that his plans were found

15   in the strategic plan he sent to Congress --

16   **A.**   Yes.

17   **Q.**   -- on February 21, 2012?

18   **A.**   Yes.

19   **Q.**   That's PX-154.

20       **MR. HUME:**  Mr. DeRita, could you please pull up

21   that document?

22   **BY MR. HUME:**

23   **Q.**   PX-154 is the strategic plan FHFA submitted to

24   Congress February 21, 2012.

25       **MR. HUME:**  Could you please go to the next page?

1    Has this not been admitted?

2              **DEPUTY CLERK:**  No.

3              **MR. HUME:**  Plaintiffs move for the admission of

4    PX-154.

5              **MR. BERGMAN:**  No objection.

6    **BY MR. HUME:**

7        **Q.**    Professor Dharan, have you reviewed this document?

8        **A.**    I have reviewed this document, yes.

9        **Q.**    Let's just cut to the chase to save a little time.

10             **THE COURT:**  Plaintiffs' Exhibit 154 is received.

11       (Plaintiffs' Exhibit 154 was received.)

12             **MR. HUME:**  Thank you, Judge Lamberth.

13   **BY MR. HUME:**

14       **Q.**    Have you seen any financial projections in this

15   document that show lower profits and a circular draw problem

16   that would materially erode the Treasury commitment?

17       **A.**    I did not see anything like that.

18       **Q.**    Do you see where it talks about contract --

19             **MR. HUME:**  Now, point number 2, can you blow that

20   up?

21   **BY MR. HUME:**

22       **Q.**    Do you see how it talks about gradually contract?

23       **A.**    Right.

24       **Q.**    In Mr. Benson's email -- sorry, Mr. Mayopoulos'

25   email where he recounts what Mr. Benson said, do you see any

1   evidence that Mr. Benson was aware of things that are in the

2   strategic plan?  For example --

3        **MR. HUME:**  Can you, Mr. DeRita, blow up the build

4   point?

5   **BY MR. HUME:**

6        **Q.**   Three key strategic points in this document?

7        **A.**   Right.

8        **Q.**   Build, contract, maintain, do you recall that?

9        **A.**   Yes.

10       **Q.**   Build.  It says, "Build a new infrastructure for

11   the secondary mortgage market."  Do you see that?

12       **A.**   Yes.

13       **Q.**   Do you recall whether the summary of Mr. Benson's

14   presentation included something about that?

15       **A.**   He had -- almost same similar language, not

16   identical but similar.

17       **MR. HUME:**  And can we go to Page 9 of this

18   document, please?  And blow up the top paragraph?

19   **BY MR. HUME:**

20       **Q.**   This statement says, "Unlike the banking industry,

21   there are not thousands of potential firms ready to step

22   into the business of mortgage securitization."  Do you see

23   that?

24       **A.**   Yes.

25       **Q.**   So whatever plans -- does that have relevance to

1189

1     your understanding of whether Mr. DeMarco's plans to shrink

2     the GSEs, was that going to be an easy thing to happen?  Was

3     it certain that that would happen?

4         **A.**   No.  It will be -- he had said, even in the

5     strategic plan, that it would need Congress to act.  He was

6     basically asking Congress to do what needs to be done.

7     Because there were no competitors, potential firms, at that

8     time to step into what this huge industry needed.

9              Fannie Mae and Freddie Mac were the only two

10    enterprises doing all this mortgage securitization.  Massive

11    market share.  And so the infrastructure building is gradual

12    and it's going to take a long time.  That's the impression I

13    got from the document.

14        **Q.**   If we could just briefly look at Page 14 of this

15    document and blow up the Strategic Goal 2 on the bottom part

16    of the page?

17        **A.**   Okay.

18        **Q.**   Strategic Goal 2 again is contracting enterprise

19    operations.  Do you see that?

20        **A.**   Yes.

21        **Q.**   Have you reviewed pages 14 to 17 of this document?

22        **A.**   Oh, yes, I have.

23        **Q.**   Are those the pages that discuss Strategic Goal 2

24    of contracting?

25        **A.**   Yes.

1    **Q.**   Do they show any financial projections with

2    shrinking revenues and shrinking profits and the inability

3    to pay the dividend?

4    **A.**   No, they don't.

5    **Q.**   Do they show financial projections at all?

6    **A.**   No, they don't.

7    **Q.**   Do you have an understanding of what Mr. DeMarco

8    was referring to when he said he didn't consider things like

9    the Mr. Benson projections because of his plans in this

10   document?

11   **A.**   I don't know what he had in mind.

12   **MR. HUME:**  Let's please go back to the slides and

13   to Slide 48.

14   **BY MR. HUME:**

15   **Q.**   Which I think is your point number five.

16   **A.**   Yes.

17   **Q.**   Point five, what is point number five?

18   **A.**   I just wanted to finally bring together the impact

19   of DTA as well.  So, so far, we have seen all of the

20   structural improvements and the projections and how they

21   compare with the size of the available Treasury commitment.

22   So that's 1 through 4.

23   **Q.**   Why does this say "total solution?"

24   **A.**   I think it really is a complete solution.  I will

25   be able to explain.  Basically, what it is, is that the DTA

1    amounts had all been written off.  The amounts of the

2    deferred tax asset, where I mentioned earlier represents the

3    value of the future, value of the future tax savings you're

4    going to do when you make profits.  You can say I lost money

5    before, so here's my reason for not paying tax.  That's a

6    different tax asset.

7        Q.   First of all, can I just ask?  When you say total

8    solution, are you agreeing that there was a problem?

9        A.   I mean -- there was no problem in the first place.

10   It avoids the problem.

11       Q.   Are you saying that, even if there is a problem,

12   there would have been --

13           **MR. BERGMAN:**  Objection to leading.

14   **BY MR. HUME:**

15       Q.   Did you conclude -- I think it's pretty clear what

16   the answer to this is.  Did you conclude that in August of

17   2012 there was or was not a serious problem of a circular

18   draw that would erode the Treasury commitment?

19       A.   There was not a serious problem.

20       Q.   Okay.

21       A.   There was not a problem.  Period.

22       Q.   If there had been a problem, what would the

23   relevance of the DTAs have been?

24       A.   If there had been a problem, if somebody thought,

25   Oh, there might be a problem with circular draw, which is

1   really caused only when you have comprehensive income less

2   than dividend and then you dip into net worth.  Right?  If

3   you don't have net worth then you have to borrow a draw from

4   Treasury.  It only happens when the net worth is not there

5   to pay for any shortfall.  But if the net worth is there,

6   then you don't have to go to Treasury to draw.

7          The DTA, when it is diversed or released as

8   accountants describe it, when the DTA is brought back to the

9   balance sheet, that's going to happen because of these

10  projections that we just talked about.

11         So when those projections give the confidence that

12  it can bring back the DTA, that's going to add $70 billion

13  and maybe even more because, based on July 2012, they were

14  projecting even a bigger number.

15     **Q.**   Now --

16     **A.**   If you put that number back into the net worth,

17  then you don't have to worry about potentially drawing from

18  Treasury.

19     **Q.**   And the second bullet here, I want to ask you a

20  question about, about what the standard is for writing the

21  DTAs back up.

22     **A.**   Okay.

23     **Q.**   Let me just ask the question.

24     **A.**   Sorry.

25     **Q.**   If you expect future profits, and let's assume

1    they might not always be above the dividend amount, but

2    they're still going to be taxable profits regardless, is

3    that right or wrong?

4        **A.**   That is right.

5        **Q.**   So if you have profits that are projected, whether

6    they're higher or lower than the 10 percent dividend, is

7    that going to impact the accounting judgment of whether the

8    DTA asset should be written up?

9        **A.**   Yes.

10       **Q.**   And is the information that you put in here on

11   this slide information that existed and was available to

12   Fannie Mae, Freddie Mac and FHFA before August 17th, 2012?

13       **A.**   That is correct.

14       **Q.**   And briefly, again, summarize what it shows.

15       **A.**   So I go all the way back to December 31, 2011.

16   The amount of total DTA that Fannie Mae had was $64 and a

17   half billion.  All of that amount is going to come back one

18   day if and when they determine that they are going to be in

19   a sustainable profit period.

20           And as we saw earlier, the projections by July

21   2012 were starting to go in that direction.

22       **Q.**   Now, I think you've already explained what's on

23   this slide, which is when the DTAs go up, what happens?

24       **A.**   When the DTAs go up, the net worth goes up and

25   that's all going to be available to make up for any

1  shortfall whenever you have comprehensive income less than

2  dividends.

3      **Q.**   So if that happens, you don't -- do you need to

4  draw from the Treasury if you have that positive net worth?

5      **A.**   You don't have to do that.  So that means there

6  will be no draw from Treasury.

7      **Q.**   Now, did they know about any of this?  Is there

8  any evidence you saw that, before August 17th, 2012, people

9  at Fannie, Freddie and FHFA knew about this possibility?

10     **A.**   Yes, very much.  I have slides that show, first,

11 that the GSEs of course knew about it.  They were talking

12 about it.  I have slides that show that the GSEs

13 communicated that to FHFA, and I also have a slide or two

14 saying FHFA knew about it as well.

15     **Q.**   So what is the date of the document --

16         **MR. HUME:**  This is PX-245 on Slide 51, and

17 plaintiff's move for admission into evidence of PX-245.

18         **MR. BERGMAN:**  One moment please, Your Honor.

19         No objection.

20         **THE COURT:**  Received.

21     (Plaintiffs' Exhibit 245 was received.)

22 **BY MR. HUME:**

23     **Q.**   What does PX-245 show?

24     **A.**   So this one shows that the GSEs were discussing

25 that they knew about it.  They were talking about it.  It

1     meaning the fact that the DTAs are going to be released and

2     brought back to the balance sheet.

3              So, for example, in this email, the Fannie Mae

4     people are discussing some presentation that they're going

5     to make.  And in that presentation, this email says,

6     "Consider an introductory slide."  It's going to state the

7     DTA of 62 billion is going to come back.  Right?

8              It's going to say the purpose of this presentation

9     is to discuss the process and considerations for evaluating

10    the release of the valuation allowance.  That means the DTA

11    will come right back to the balance sheet once that is done.

12    **Q.**   Now, you're not saying it was certain at this

13    time, are you?

14    **A.**   No, I'm only saying that they were already

15    starting to talk about it and starting to plan for the

16    release of the DTAs.

17    **Q.**   Going back to Susan McFarland, the Chief Financial

18    Officer of Fannie Mae at that time in the summer of 2012,

19    you read her deposition.  Yes?

20    **A.**   Yes.

21    **Q.**   What did she say about the DTAs?

22    **A.**   Ms. McFarland was communicating the exact kind of

23    information to FHFA.  She was saying in this deposition that

24    I have highlighted, she says, "I had expressed a view that I

25    believed we were now in a sustainable profitability," which

1    is to say that not just one year but future profit.

2                "That we would be able to deliver sustainable

3    profits over time.  I even mentioned the possibility that it

4    could get to the point in the not-so-distant future where

5    the factors might exist whereby the allowance on the

6    deferred tax asset would be released."  Again, that means

7    the deferred tax asset would come back to the balance sheet.

8        Q.    What else did she say about the DTAs?

9        A.    She says that she even gave a dollar estimate.  It

10   looks like -- if you look at the answer here, "But I said

11   probably in the 50-billion dollar range and probably

12   sometime mid 2013."

13               So she was telling the FHFA that, by next year, we

14   are going to have an extra $50 billion in the net worth, an

15   increase in net worth, because of the release of the DTA

16   valuation allowance.

17       Q.    As an expert in finance and accounting, putting

18   yourself back in July and August, 2012, knowing nothing

19   about what happened after, knowing only the information

20   you've reviewed from that time, do you have any

21   understanding of how it could be that FHFA would want Fannie

22   and Freddie to agree to a net worth sweep when their Chief

23   Financial Officer is telling them, We may be adding $50

24   billion to net worth next year because of this accounting

25   write-up.  Do you have any understanding of why they would

1    do that?

2        **A.**   No, I don't.  And I haven't seen any FHFA

3    documents --

4        **Q.**   Does it make any sense to you at all why they

5    would agree to do that?

6        **A.**   No.

7        **Q.**   And if you think there's a chance of a $50 billion

8    increase to your net worth, does that change whether there's

9    any possible circular draw problem that could erode the

10   Treasury commitment?

11       **A.**   It completely eliminates it.

12       **Q.**   There is no problem if this happens?

13       **A.**   There is no problem.

14       **Q.**   Did you see other documents discussing this?

15       **A.**   This shows that -- again, FHFA knew but I am now

16   quoting internal FHFA documents.

17       **Q.**   So this is a call-out from PX-259, which is in

18   evidence.  It's dated August 14th, 2012.  Do you see that?

19       **A.**   Right.

20       **Q.**   You know what?  These slides are wonderful, but

21   sometimes it's better to just look at the document.

22           **MR. HUME:**  Mr. DeRita, could you please just bring

23   up PX-259.

24           **THE COURT:**  We are going to do that when we come

25   back.  We'll come back at 2:15.  Don't talk about the case.

1    Don't let anyone talk to you about the case.  I've got a

2    criminal matter I've got to take care of.

3              **MR. HUME:**  Thank you, Judge Lamberth.

4              **THE COURT:**  Don't talk about the case.  Have a

5    nice lunch.

6         (Jury exited the courtroom)

7         (Lunch break started at 1:05 p.m.)

1      **C E R T I F I C A T E**

2

3          I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9

10   ___October 24, 2022___          _/s/_____
                Date                        Lorraine T. Herman
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. HUME: [39]**
1089/7 1095/25
1096/13 1100/2
1101/11 1104/25
1105/25 1107/2
1107/11 1110/7
1122/25 1126/6
1126/13 1127/15
1127/21 1128/22
1129/4 1140/9 1149/20
1151/11 1151/17
1154/3 1155/2 1155/9
1157/10 1160/18
1167/10 1175/12
1177/21 1181/2
1186/22 1187/6
1187/13 1187/21
1188/5 1188/19
1190/14 1191/14
1194/22
**DEPUTY CLERK: [8]**
1088/22 1089/2 1089/5
1101/8 1127/6 1128/19
1177/19 1187/2
**MR. BERGMAN: [19]**
1099/25 1127/11
1128/15 1138/22
1138/25 1139/13
1139/23 1140/5
1149/17 1151/9
1153/18 1157/3
1160/10 1167/6 1175/9
1181/1 1187/5 1191/13
1194/18
**MR. HOFFMAN: [1]**
1095/23
**MR. HUME: [52]**
1088/7 1088/15
1088/19 1095/19
1096/6 1099/19 1100/1
1101/9 1104/23
1105/22 1107/1 1107/5
1110/5 1122/24 1126/4
1126/11 1127/5 1127/7
1127/13 1127/18
1128/17 1128/20
1129/2 1139/3 1139/17
1139/25 1140/2 1140/7
1149/13 1151/5
1151/15 1154/1
1154/11 1154/14
1154/23 1155/6 1157/5
1167/3 1175/7 1177/17

1186/25 1187/3
1187/12 1187/19
1188/3 1188/17
1190/12 1194/16
1197/22 1198/3
**MS. DAVIS: [1]**
1099/24
**THE COURT: [22]**
1088/3 1088/14
1088/17 1088/25
1095/24 1127/12
1149/18 1151/8
1151/14 1151/16
1153/19 1154/13
1154/15 1154/21
1157/9 1167/8 1175/10
1177/23 1187/10
1194/20 1197/24
1198/4
**THE WITNESS: [6]**
1089/4 1107/8 1127/20
1153/20 1160/11
1177/25

**$**

**$1 [2]** 1129/11 1130/10
**$1 billion [2]** 1129/11
1130/10
**$100 [1]** 1130/11
**$111 [1]** 1137/5
**$111.1 [1]** 1136/22
**$130.0 [1]** 1136/16
**$148 [1]** 1184/17
**$160,000 [3]** 1113/15
1113/17 1124/10
**$18.9 [1]** 1136/12
**$200 [1]** 1133/17
**$200,000 [2]** 1112/16
1113/14
**$3 [1]** 1135/1
**$300 [2]** 1171/25
1171/25
**$38 [1]** 1122/2
**$50 [3]** 1196/14
1196/23 1197/2
**$64 [1]** 1193/16
**$70 [2]** 1169/14
1192/12
**$700 [2]** 1171/25
1172/1
**$72,000 [1]** 1130/24

**'09 [2]** 1121/14 1178/6
**'10 [2]** 1121/14 1178/6
**'11 [3]** 1121/14
1149/10 1178/6
**'14 [1]** 1136/13
**'21 [1]** 1121/20
**'upward [1]** 1169/9

**/**

**/s [1]** 1199/10

**0**

**00 [1]** 1126/8
**0002B [1]** 1104/23
**0003A [2]** 1126/8
1127/14
**0003B [2]** 1126/8
1127/14
**003A [1]** 1126/8
**0205 [1]** 1164/1
**03-3 [6]** 1169/14
1169/24 1171/18
1171/20 1171/22
1172/2

**1**

**1-6-0 [1]** 1151/15
**1.8 [3]** 1144/25 1145/1
1145/9
**10 [33]** 1090/5 1128/3
1129/20 1130/9
1130/10 1130/12
1131/22 1131/23
1134/15 1134/19
1141/23 1142/9 1143/2
1145/14 1159/6 1163/5
1163/21 1165/16
1165/24 1166/1 1179/6
1179/13 1179/20
1180/17 1181/9
1181/12 1181/18
1181/20 1184/1 1184/1
1184/14 1184/15
1193/6
**10-K [5]** 1110/22
1158/12 1158/23
1161/9 1161/10
**10-Ks [2]** 1094/15
1110/15
**10-Q [9]** 1094/16
1158/13 1158/23
1159/9 1161/9 1161/10
1161/18 1161/19

**10-Qs [1]** 1110/15
**10-year [2]** 1183/14
1183/21
**10/30/2008 [1]** 1107/9
**100 [3]** 1133/12
1134/22 1134/24
**10020 [1]** 1086/6
**1053 [1]** 1085/3
**10:14 [1]** 1085/5
**11 [1]** 1110/8
**111.1 [1]** 1137/7
**116.1 [1]** 1183/10
**118.3 [3]** 1180/15
1181/10 1183/16
**12 [2]** 1090/5 1111/11
**123 [1]** 1086/3
**124 [4]** 1140/18
1183/17 1183/25
1184/2
**124.8 [3]** 1180/15
1181/9 1183/12
**1251 [1]** 1086/6
**1288 [1]** 1085/9
**13 [1]** 1112/10
**13-1288 [1]** 1085/9
**130,000 [1]** 1124/11
**14 [2]** 1189/14 1189/21
**140 [1]** 1124/11
**1401 [1]** 1085/24
**148.3 [2]** 1140/17
1184/11
**14th [1]** 1197/18
**1523 [1]** 1085/19
**154 [5]** 1186/19
1186/23 1187/4
1187/10 1187/11
**16 [1]** 1108/4
**160 [6]** 1151/6 1151/7
1151/10 1151/14
1151/15 1151/16
**1625 [1]** 1086/16
**167 [4]** 1167/3 1167/5
1167/8 1167/9
**17 [5]** 1108/2 1121/6
1134/4 1154/8 1189/21
**1700 [1]** 1086/13
**17th [6]** 1098/10
1156/4 1162/23
1184/24 1193/12
1194/8
**18 [3]** 1108/2 1108/4
1129/3
**19 [1]** 1168/2

## 1

**19087 [1]** 1085/22
**19801 [1]** 1086/3
**19th [2]** 1168/2
1168/13
**1:00 [1]** 1154/25
**1:05 p.m [1]** 1198/7
**1:13-1053 [1]** 1085/3

## 2

**2-E [1]** 1106/25
**2.8 [2]** 1144/23 1145/7
**2.9 [1]** 1145/9
**20 [3]** 1132/12 1132/13
1153/13
**20-City [1]** 1150/5
**20/20 [1]** 1153/13
**200 [1]** 1133/12
**20001 [2]** 1086/11
1086/22
**20005 [1]** 1085/25
**20006 [2]** 1086/14
1086/17
**20036 [1]** 1085/19
**2007 [5]** 1124/3 1124/4
1124/6 1125/2 1125/12
**2008 [19]** 1090/8
1098/25 1099/15
1105/8 1107/9 1107/19
1121/14 1122/8
1122/19 1123/21
1123/23 1124/3 1124/6
1125/2 1125/12
1125/19 1125/21
1133/4 1178/6
**2009 [4]** 1122/19
1133/10 1133/14
1133/19
**2010 [1]** 1122/19
**2011 [7]** 1122/8 1122/9
1122/19 1149/10
1152/16 1152/23
1193/15
**2012 [78]** 1098/11
1110/20 1121/19
1121/20 1121/22
1122/10 1133/22
1134/4 1136/1 1136/10
1140/15 1140/17
1140/19 1141/20
1144/21 1148/25
1149/1 1149/8 1149/9
1149/11 1149/12
1150/7 1150/7 1150/11

150/16 1150/16
1150/24 1151/4
1151/19 1152/4
1152/17 1152/22
1152/22 1153/3 1153/7
1153/11 1154/8 1156/4
1159/4 1159/9 1160/3
1162/8 1162/9 1162/23
1165/21 1166/7 1168/2
1168/11 1168/22
1169/9 1172/17 1173/1
1173/13 1173/17
1174/15 1178/6 1178/8
1179/16 1179/16
1181/13 1181/16
1183/11 1184/11
1184/21 1184/22
1184/24 1185/11
1185/17 1186/17
1186/24 1191/17
1192/13 1193/12
1193/21 1194/8
1195/18 1196/18
1197/18
**2013 [15]** 1122/1
1134/10 1134/11
1136/5 1136/7 1136/11
1136/13 1136/15
1137/2 1138/10
1138/10 1143/1
1174/18 1174/19
1196/12
**2015 [1]** 1153/10
**2016 [1]** 1149/4
**2018 [1]** 1135/3
**202-354-3196 [1]**
1086/23
**2020 [2]** 1163/11
1163/16
**2022 [5]** 1085/5
1181/17 1184/16
1185/17 1199/10
**21 [2]** 1186/17 1186/24
**211 [8]** 1149/14
1149/16 1149/18
1149/19 1172/12
1172/13 1173/24
1174/1
**213 [2]** 1176/3 1177/17
**216 [4]** 1177/12
1177/18 1177/18
1177/23
**228 [3]** 1175/5 1175/8
1175/11

1144/18 1199/10
**245 [4]** 1194/16
1194/17 1194/21
1194/23
**25 [1]** 1166/7
**259 [2]** 1197/17
1197/23
**26 [1]** 1090/3
**273.1 [2]** 1185/6
1185/11
**280 [1]** 1085/21
**29 [2]** 1151/5 1168/22
**2:15 [1]** 1197/25
**2E [1]** 1107/4

## 3

**3.1 [1]** 1144/22
**30 [4]** 1133/3 1146/17
1162/8 1162/9
**300 [1]** 1172/2
**30th [2]** 1162/12
1162/13
**31 [3]** 1133/22 1152/24
1193/15
**3196 [1]** 1086/23
**32 [1]** 1155/14
**33 [3]** 1127/3 1127/16
1128/17
**333 [1]** 1086/21
**34 [4]** 1127/4 1127/17
1128/18 1167/3
**35 [1]** 1168/18
**351 [2]** 1140/3 1140/6
**36 [1]** 1172/12
**37 [1]** 1173/19
**39 [1]** 1175/5
**3A [2]** 1127/6 1127/9
**3B [2]** 1127/6 1127/9

## 4

**40 [1]** 1161/23
**41 [1]** 1139/6
**43 [2]** 1089/24 1135/20
**44 [1]** 1089/24
**45 [1]** 1161/23
**47 [1]** 1185/2
**48 [1]** 1190/13

## 5

**5.4 [2]** 1145/6 1175/2
**50 [1]** 1092/12
**50-billion [1]** 1196/11
**51 [1]** 1194/16
**56 [1]** 1154/2

## 6

**6.2 [1]** 1174/6
**6.5 [6]** 1183/16
1183/21 1183/24
1184/1 1185/14
1185/15
**600 [1]** 1135/2
**601 [1]** 1086/10
**62 [1]** 1195/7
**6720 [1]** 1086/22
**6th [2]** 1133/6 1162/5

## 7

**7.2 [1]** 1179/16
**7.3 [1]** 1179/16
**70 [2]** 1142/18 1169/19
**79.9 [2]** 1130/22
1132/3
**7th [3]** 1133/6 1133/7
1162/25

## 8

**80 [2]** 1132/4 1132/7

## A

**a.m [1]** 1085/5
**ability [4]** 1131/24
1159/6 1163/2 1163/20
**able [8]** 1097/21
1103/6 1104/6 1163/5
1163/11 1168/4
1190/25 1196/2
**about [90]** 1089/24
1090/5 1092/12 1093/9
1095/9 1097/4 1099/14
1100/19 1100/22
1101/18 1102/11
1103/20 1106/13
1109/18 1113/14
1114/12 1114/15
1115/4 1115/9 1115/13
1115/14 1115/17
1115/23 1120/12
1121/12 1123/7
1126/19 1128/4
1135/11 1136/12
1136/24 1139/5 1139/8
1139/19 1139/20
1141/10 1143/14
1144/25 1144/25
1148/11 1148/18
1152/25 1153/13
1154/4 1154/4 1154/16
1155/18 1156/20

**about... [42]**  1156/21
1157/1 1159/14
1160/21 1160/22
1161/23 1162/24
1163/19 1164/24
1165/9 1169/3 1170/2
1170/3 1172/21
1173/16 1173/17
1174/5 1174/17
1179/12 1184/4
1186/10 1187/18
1187/22 1188/14
1192/10 1192/17
1192/20 1192/20
1194/7 1194/9 1194/11
1194/12 1194/14
1194/25 1194/25
1195/15 1195/21
1196/8 1196/19
1197/25 1198/1 1198/4
**above [3]**  1179/24
1193/1 1199/5
**above-entitled [1]**
1199/5
**abreast [1]**  1105/11
**Absolutely [3]**
1090/20 1113/13
1137/7
**ABV [1]**  1091/18
**accepted [4]**  1110/12
1110/16 1110/20
1110/23
**access [3]**  1161/8
1161/17 1161/17
**accomplish [6]**  1094/5
1095/5 1095/17 1099/4
1101/2 1158/19
**accomplished [1]**
1094/7
**according [2]**  1152/8
1184/14
**account [4]**  1115/12
1142/14 1183/14
1186/12
**accountant [5]**  1091/7
1091/10 1115/7
1168/25 1170/13
**accountants [5]**
1093/5 1111/4 1153/15
1168/24 1192/8
**accounting [40]**
1089/18 1089/19
1090/11 1090/13

1091/2 1091/4 1091/8
1091/22 1092/2 1092/3
1092/4 1092/5 1092/7
1092/25 1095/21
1102/15 1109/18
1109/20 1109/24
1110/2 1110/12
1110/13 1110/16
1110/21 1110/23
1111/3 1113/11 1119/1
1135/21 1152/7 1158/1
1168/25 1175/18
1182/16 1182/17
1183/20 1185/19
1193/7 1196/17
1196/24
**Accredited [1]**
1091/18
**accurate [1]**  1162/1
**achieve [1]**  1174/21
**acquire [1]**  1130/22
**act [3]**  1106/18 1133/4
1189/5
**Acting [3]**  1107/16
1165/13 1176/11
**action [4]**  1085/2
1085/9 1085/10
1158/15
**activity [1]**  1121/25
**actual [14]**  1098/15
1116/15 1140/14
1141/20 1144/21
1145/20 1145/21
1154/5 1156/13 1177/7
1178/6 1178/8 1178/19
1184/13
**actually [11]**  1091/3
1104/18 1110/16
1112/3 1116/2 1122/18
1138/3 1148/6 1149/6
1150/11 1151/5
**actuals [3]**  1149/1
1149/10 1149/11
**ADAM [1]**  1086/4
**add [6]**  1093/1
1096/18 1119/18
1148/8 1185/15
1192/12
**added [1]**  1185/14
**adding [2]**  1185/10
1196/23
**addition [3]**  1089/20
1091/9 1092/4
**additional [8]**  1091/7

1128/2 1130/14
1130/16 1180/17
1181/18
**address [8]**  1093/11
1094/10 1097/15
1107/6 1138/23 1139/3
1157/12 1182/2
**addressed [3]**  1093/18
1093/22 1151/23
**addressing [2]**
1095/21 1139/9
**adds [1]**  1119/21
**admission [9]**  1139/23
1140/3 1149/16 1151/7
1167/5 1175/7 1177/18
1187/3 1194/17
**admit [1]**  1139/11
**admitted [2]**  1128/19
1187/1
**advance [1]**  1099/17
**advisor [1]**  1138/11
**affect [1]**  1144/12
**affected [1]**  1130/4
**afford [1]**  1124/15
**affordable [1]**  1123/20
**after [16]**  1089/25
1090/25 1097/22
1098/10 1109/7
1121/19 1133/9
1137/13 1137/14
1150/11 1165/19
1168/13 1169/9 1181/9
1184/20 1196/19
**again [40]**  1088/20
1099/9 1106/4 1106/13
1106/17 1106/19
1108/6 1108/16 1111/1
1112/24 1118/9 1119/2
1121/25 1129/7
1132/23 1133/22
1134/15 1135/18
1148/7 1151/2 1153/8
1162/20 1167/19
1168/1 1168/5 1168/22
1169/3 1169/6 1170/1
1170/3 1172/17
1175/16 1175/18
1175/22 1184/6
1185/13 1189/18
1193/14 1196/6
1197/15
**against [3]**  1111/24
1116/12 1118/14

**agencies [1]**  1110/18
**agency [5]**  1085/6
1086/8 1092/18 1093/3
1093/4
**aggregate [1]**  1098/16
**agree [7]**  1138/12
1139/25 1141/4 1173/6
1183/22 1196/22
1197/5
**agreed [5]**  1088/12
1107/16 1131/5 1134/5
1138/13
**agreeing [6]**  1137/21
1138/1 1159/19 1181/4
1182/1 1191/8
**agreement [4]**  1085/10
1125/24 1130/20
1180/12
**agreements [2]**
1126/17 1126/18
**AICPA [1]**  1091/13
**aided [1]**  1086/25
**aimed [1]**  1092/7
**al [3]**  1085/2 1085/2
1085/6
**all [74]**  1088/17
1092/15 1092/16
1094/13 1094/18
1094/21 1095/24
1097/25 1099/5
1102/15 1110/9
1110/15 1117/12
1118/11 1118/14
1119/6 1119/17
1120/23 1121/8 1121/9
1121/15 1122/16
1122/20 1122/22
1139/8 1139/10
1139/18 1140/18
1141/20 1142/6
1142/14 1143/5
1146/21 1147/22
1147/25 1149/4
1154/13 1154/22
1155/18 1155/23
1156/7 1161/3 1161/15
1161/15 1162/1
1165/20 1166/1 1166/2
1169/14 1169/19
1169/24 1170/7
1170/13 1171/3 1172/9
1174/9 1177/10 1178/2
1179/1 1179/17
1181/13 1183/24

**all...** [12]  1184/15 1184/22 1185/22 1189/10 1190/5 1190/19 1191/1 1191/7 1193/15 1193/17 1193/25 1197/4
**allow** [3]  1116/11 1116/11 1119/2
**allowance** [14] 1112/19 1151/2 1152/15 1152/18 1170/7 1170/15 1170/18 1171/5 1171/7 1171/14 1171/22 1195/10 1196/5 1196/16
**allowances** [2]  1171/3 1171/10
**allowed** [3]  1113/24 1113/25 1135/1
**almost** [5]  1103/18 1124/6 1141/6 1142/21 1188/15
**alone** [2]  1136/16 1136/22
**along** [1]  1156/25
**already** [10]  1101/8 1123/7 1128/19 1150/8 1150/17 1152/21 1171/23 1172/2 1193/22 1195/14
**also** [45]  1089/12 1089/18 1090/4 1090/13 1090/24 1091/6 1091/20 1091/24 1093/2 1094/18 1095/13 1096/19 1100/23 1102/3 1102/4 1107/1 1111/2 1112/20 1112/22 1116/1 1119/10 1119/15 1120/19 1121/17 1124/13 1124/22 1129/20 1129/25 1130/13 1130/17 1131/2 1133/19 1135/11 1136/2 1136/6 1137/23 1143/13 1147/21 1148/25 1149/11 1152/24 1156/13 1169/2 1178/1 1194/13

**alternatives** [3] 1143/14 1143/15 1144/13
**although** [2]  1104/1 1111/16
**always** [1]  1193/1
**am** [6]  1126/10 1129/8 1154/24 1155/6 1182/25 1197/15
**amending** [1]  1165/2
**amendment** [22] 1093/15 1093/23 1093/25 1094/4 1094/9 1097/11 1098/3 1099/7 1101/1 1122/10 1122/11 1122/12 1133/10 1133/10 1133/15 1133/19 1133/21 1134/4 1134/13 1138/8 1143/5 1143/8
**amendments** [1] 1133/9
**America** [1]  1111/20
**American** [2]  1091/12 1091/13
**Americas** [1]  1086/6
**amount** [29]  1104/19 1111/23 1111/23 1118/1 1124/25 1129/24 1130/8 1130/12 1132/12 1133/22 1134/17 1134/18 1135/1 1140/19 1141/9 1142/9 1142/18 1178/3 1180/1 1180/21 1180/24 1181/15 1181/16 1184/13 1184/16 1185/9 1193/1 1193/16 1193/17
**amounts** [7]  1104/19 1114/21 1140/14 1163/10 1185/14 1191/1 1191/1
**analogous** [2]  1117/5 1117/6
**analogy** [1]  1120/2
**analyses** [1]  1118/11
**analysis** [17]  1095/15 1097/6 1097/8 1097/13 1097/25 1100/25 1104/18 1129/8 1131/16 1141/6 1141/9

1143/13 1144/11 1144/16 1172/16 1175/14 1176/4
**analyze** [1]  1165/5
**analyzed** [5]  1098/9 1143/23 1144/6 1144/13 1158/2
**annual** [4]  1094/15 1161/10 1165/16 1165/24
**annualized** [1]  1136/9
**another** [5]  1093/3 1111/13 1137/9 1153/1 1168/18
**answer** [9]  1093/19 1095/3 1097/7 1097/8 1099/6 1099/6 1106/6 1191/16 1196/10
**Answers** [2]  1100/13 1101/19
**anticipated** [1] 1160/16
**any** [29]  1091/10 1091/21 1116/2 1116/17 1134/23 1137/12 1143/13 1143/22 1144/11 1150/19 1152/19 1159/13 1165/4 1165/9 1173/10 1181/18 1184/20 1187/14 1187/25 1190/1 1192/5 1193/25 1194/7 1194/8 1196/20 1196/25 1197/2 1197/4 1197/9
**anybody** [1] 1166/22
**anymore** [1] 1121/23
**anyone** [1]  1198/1
**anything** [19]  1096/18 1105/16 1109/5 1118/18 1135/9 1137/12 1137/17 1137/18 1139/10 1143/16 1144/4 1144/5 1144/6 1144/9 1144/13 1159/8 1159/16 1165/7 1187/17
**APPEARANCES** [2] 1085/15 1085/25
**apples** [1]  1157/17
**application** [1] 1090/13
**apply** [1]  1110/20
**appointed** [1]  1101/21

**appointing** [1] 1101/25
**approach** [1]  1100/1
**appropriate** [1] 1139/16
**approximately** [4] 1098/4 1169/14 1169/22 1169/23
**arbitration** [1]  1092/13
**are** [168]
**argument** [1]  1139/5
**arithmetic** [1]  1180/6
**Arnold** [1]  1086/10
**arrows** [1]  1154/7
**articles** [1]  1091/24
**as** [133]
**aside** [1]  1131/20
**ASIM** [1]  1086/8
**ask** [12]  1106/24 1123/3 1125/17 1136/23 1137/9 1139/19 1147/25 1157/6 1157/11 1191/7 1192/19 1192/23
**asked** [11]  1093/1 1093/10 1093/13 1094/6 1097/4 1097/4 1125/11 1136/23 1156/24 1157/7 1168/18
**asking** [3]  1125/2 1160/19 1189/6
**aspects** [1]  1157/20
**assessing** [1]  1115/8
**assessment** [5] 1114/25 1120/11 1120/20 1120/21 1121/12
**assessments** [1] 1122/15
**asset** [40]  1112/14 1112/15 1112/16 1112/17 1112/23 1113/4 1113/10 1113/11 1113/17 1114/6 1114/9 1114/18 1114/19 1115/21 1116/1 1116/13 1116/14 1116/15 1116/17 1116/18 1117/5 1117/8 1117/12 1117/15 1117/18 1117/21 1117/23 1117/24 1118/3 1118/4

## A

**asset... [10]** 1118/8 1119/2 1121/18 1122/4 1153/23 1191/2 1191/6 1193/8 1196/6 1196/7
**asset's [1]** 1112/21
**assets [39]** 1094/1 1095/13 1099/2 1099/11 1100/23 1102/1 1102/17 1102/20 1102/24 1103/9 1103/10 1104/12 1104/16 1108/17 1111/5 1111/8 1111/9 1112/20 1113/25 1114/1 1114/1 1114/3 1114/4 1115/2 1115/3 1115/5 1116/18 1116/19 1116/22 1116/23 1116/24 1116/25 1117/1 1117/3 1117/11 1117/15 1120/4 1120/6 1153/23
**Association [1]** 1086/15
**assume [1]** 1192/25
**assumed [1]** 1166/2
**atom [1]** 1137/1
**attended [3]** 1161/14 1161/15 1161/15
**audience [1]** 1092/7
**auditors [1]** 1093/5
**August [23]** 1098/4 1098/10 1134/4 1136/1 1140/18 1150/11 1150/17 1151/19 1153/10 1154/8 1156/4 1156/4 1162/4 1162/10 1162/23 1162/25 1184/20 1184/24 1191/16 1193/12 1194/8 1196/18 1197/18
**author [1]** 1170/24
**authored [1]** 1091/21
**available [21]** 1103/10 1104/7 1140/15 1140/17 1140/20 1142/10 1143/14 1143/15 1159/21 1159/21 1181/16 1181/17 1183/12 1183/25 1184/12 1184/16 1185/9

185/12 1190/24
1193/11 1193/25
**Avenue [6]** 1085/19 1085/24 1086/6 1086/10 1086/13 1086/21
**avoid [2]** 1093/16 1138/4
**avoids [1]** 1191/10
**aware [5]** 1125/10 1138/9 1138/14 1142/4 1188/1
**away [3]** 1104/4 1140/23 1158/18

## B

**back [38]** 1100/11 1101/22 1110/6 1119/2 1119/24 1121/24 1123/12 1129/2 1133/20 1133/22 1140/7 1142/15 1142/18 1146/19 1147/1 1154/2 1154/16 1155/7 1157/7 1162/11 1162/20 1163/13 1170/25 1190/12 1192/8 1192/12 1192/16 1192/21 1193/15 1193/17 1195/2 1195/7 1195/11 1195/17 1196/7 1196/18 1197/25 1197/25
**backed [5]** 1120/18 1143/25 1146/12 1147/14 1159/25
**background [3]** 1090/17 1091/5 1123/3
**bad [1]** 1137/3
**Bala [4]** 1088/21 1089/6 1089/12 1095/20
**Bala Dharan [1]** 1095/20
**balance [14]** 1106/8 1112/16 1114/22 1116/18 1142/15 1145/15 1145/16 1157/13 1170/18 1172/4 1192/9 1195/2 1195/11 1196/7
**bank [9]** 1111/20 1111/20 1113/1

1123/14 1123/16
1123/17 1146/16
**banking [1]** 1188/20
**Bankruptcy [1]** 1086/21
**banks [2]** 1123/12 1146/4
**BARNES [1]** 1085/18
**BARRY [1]** 1086/2
**bars [3]** 1178/2 1178/15 1178/16
**base [3]** 1112/1 1163/4 1163/8
**based [8]** 1097/13 1100/25 1114/24 1115/16 1118/11 1121/13 1122/13 1192/13
**basic [3]** 1109/19 1170/11 1182/23
**basically [18]** 1093/4 1103/2 1103/23 1117/2 1127/1 1132/3 1133/16 1133/23 1147/6 1167/13 1167/17 1173/23 1174/19 1178/8 1182/13 1185/4 1189/6 1190/25
**basis [1]** 1147/13
**batting [1]** 1128/20
**be [127]**
**became [1]** 1090/4
**because [29]** 1088/9 1104/13 1108/7 1109/14 1109/18 1115/3 1117/8 1119/11 1120/22 1122/5 1133/2 1149/3 1153/21 1155/25 1158/14 1161/25 1165/6 1172/18 1173/13 1178/14 1179/9 1183/24 1186/11 1189/7 1190/9 1192/9 1192/13 1196/15 1196/24
**become [1]** 1118/24
**becomes [2]** 1132/5 1161/6
**been [21]** 1089/24 1090/7 1095/5 1102/7 1112/25 1128/4 1130/11 1132/23

1136/24
1137/3 1137/6 1153/13 1170/8 1171/4 1187/1 1191/1 1191/12 1191/22 1191/23 1191/24
**before [41]** 1085/13 1088/9 1098/5 1100/7 1103/12 1105/14 1109/16 1112/8 1114/5 1119/3 1122/9 1122/9 1122/10 1122/11 1123/2 1132/16 1135/10 1135/23 1136/1 1137/24 1150/14 1150/14 1151/19 1153/10 1154/8 1154/25 1155/3 1155/11 1156/4 1156/12 1158/2 1161/24 1162/24 1169/19 1170/12 1177/12 1180/13 1184/24 1191/5 1193/12 1194/8
**began [1]** 1138/10
**begin [1]** 1098/13
**beginning [2]** 1089/23 1169/9
**begins [2]** 1105/23 1169/10
**behalf [1]** 1125/23
**behavior [1]** 1150/4
**being [8]** 1091/9 1097/22 1098/10 1104/7 1104/9 1156/3 1175/15 1184/1
**believe [13]** 1109/20 1127/10 1129/3 1131/11 1132/18 1139/1 1149/14 1151/25 1155/14 1167/14 1172/12 1172/13 1175/6
**believed [4]** 1151/13 1160/7 1170/25 1195/25
**benefit [3]** 1097/23 1120/10 1172/20
**Benson [12]** 1176/23 1176/24 1177/9 1178/18 1182/25 1183/6 1184/7 1184/23 1185/10 1187/25

## B

**Benson... [2]** 1188/1 1190/9
**Benson's [2]** 1187/24 1188/13
**Berger [1]** 1086/5
**BERGMAN [2]** 1086/9 1138/25
**Berkeley [2]** 1089/21 1096/20
**Bernstein [1]** 1086/5
**best [1]** 1146/19
**better [9]** 1103/19 1118/25 1137/3 1137/6 1137/8 1157/18 1172/7 1184/10 1197/21
**between [12]** 1094/19 1102/24 1106/8 1120/2 1126/18 1126/23 1128/12 1128/25 1156/25 1162/15 1162/17 1164/6
**big [15]** 1090/22 1119/12 1121/18 1124/4 1135/4 1156/2 1156/5 1156/9 1162/20 1162/24 1169/6 1174/25 1175/1 1178/11 1182/17
**bigger [3]** 1109/16 1136/17 1192/14
**billion [51]** 1122/2 1129/11 1130/10 1133/12 1133/13 1133/17 1135/1 1135/16 1136/12 1136/16 1136/22 1137/5 1140/17 1140/18 1142/18 1144/22 1144/23 1144/25 1145/6 1145/7 1145/9 1145/9 1169/14 1169/19 1174/6 1175/2 1181/9 1181/10 1183/11 1183/12 1183/16 1183/17 1183/17 1183/21 1183/24 1183/25 1184/1 1184/2 1184/12 1184/17 1185/6 1185/12 1185/14 1185/16 1192/12 1193/17 1195/7 1196/11 1196/14

**binder [9]** 1099/19 1099/20 1100/4 1104/21 1104/22 1105/5 1106/24 1126/3 1127/3
**bit [7]** 1109/14 1132/11 1162/15 1162/17 1178/10 1179/22 1180/6
**Bjarnason [1]** 1169/2
**block [1]** 1107/6
**blow [5]** 1107/6 1187/19 1188/3 1188/18 1189/15
**blue [5]** 1121/19 1140/25 1178/14 1178/15 1184/9
**board [5]** 1161/15 1167/17 1167/17 1177/10 1177/11
**body [1]** 1094/12
**Boies [1]** 1085/24
**bomb [1]** 1137/1
**bonds [5]** 1143/25 1146/25 1146/25 1146/25 1159/25
**book [4]** 1092/1 1092/5 1092/6 1112/15
**books [5]** 1091/21 1091/23 1091/24 1091/25 1092/3
**born [2]** 1090/18 1090/20
**borrow [4]** 1129/14 1132/18 1143/3 1192/3
**borrowed [1]** 1123/13
**borrower [1]** 1147/10
**borrowing [2]** 1184/19 1185/16
**Boston [2]** 1089/17 1090/6
**both [16]** 1092/3 1092/6 1114/8 1114/12 1120/21 1128/12 1130/24 1135/18 1136/5 1137/4 1137/7 1148/11 1157/20 1176/18 1181/25 1186/4
**bottom [5]** 1105/20 1105/23 1122/23 1179/1 1189/15
**bottomed [3]** 1150/7

**bottoming [1]** 1151/3
**bought [2]** 1112/15 1113/14
**Bradford [2]** 1151/25 1176/6
**break [5]** 1154/12 1154/25 1155/3 1155/12 1198/7
**BRIAN [1]** 1085/18
**briefly [18]** 1089/14 1089/22 1094/25 1097/9 1100/3 1123/4 1126/2 1127/4 1130/1 1132/23 1133/1 1136/1 1141/16 1154/1 1172/15 1174/3 1189/14 1193/14
**bring [4]** 1104/24 1190/18 1192/12 1197/22
**bringing [1]** 1101/22
**broad [1]** 1158/19
**broadly [1]** 1093/13
**brought [4]** 1103/25 1104/1 1192/8 1195/2
**build [8]** 1103/14 1103/16 1145/17 1145/18 1188/3 1188/8 1188/10 1188/10
**building [4]** 1104/3 1117/2 1123/25 1189/11
**bulk [1]** 1123/10
**bullet [5]** 1131/9 1172/24 1173/16 1173/17 1192/19
**bunch [2]** 1147/6 1147/7
**bundle [2]** 1146/21 1146/24
**business [18]** 1089/18 1090/12 1091/17 1091/18 1092/6 1092/7 1096/20 1096/21 1103/3 1104/8 1106/12 1106/16 1108/13 1117/21 1121/9 1123/8 1153/21 1188/22
**businesses [1]** 1117/19
**buy [3]** 1113/3 1146/15 1146/25
**buyer [1]** 1147/9

**buying [1]** 1123/8
**buys [1]** 1113/4

## C

**calculate [3]** 1130/8 1133/25 1180/17
**calculated [1]** 1133/23
**call [12]** 1088/9 1088/15 1088/20 1102/21 1102/21 1116/14 1117/1 1119/13 1133/11 1164/15 1171/5 1197/17
**call-out [1]** 1197/17
**called [19]** 1090/21 1091/13 1091/18 1091/19 1093/3 1094/15 1094/16 1100/12 1112/1 1115/20 1115/25 1122/11 1129/11 1138/4 1146/1 1151/1 1163/8 1176/15 1179/1
**calls [1]** 1164/17
**came [7]** 1090/19 1091/1 1097/21 1098/10 1143/9 1161/18 1184/20
**can [104]** 1088/25 1089/22 1093/14 1094/24 1096/11 1096/25 1097/1 1097/9 1098/22 1099/20 1100/6 1101/12 1102/10 1103/17 1104/16 1104/21 1105/22 1106/2 1107/3 1107/5 1108/3 1110/11 1111/11 1111/17 1112/9 1112/18 1112/19 1113/10 1114/5 1114/21 1114/21 1116/15 1117/1 1117/9 1117/11 1117/13 1117/15 1117/25 1119/4 1119/18 1121/5 1121/8 1121/18 1121/22 1122/16 1123/17 1126/14 1127/16 1127/18 1129/2 1129/5 1130/1 1130/4 1130/22 1132/5 1132/6 1132/7

**C**

can... [47] 1132/7
1132/16 1137/16
1137/16 1139/6
1141/16 1142/22
1143/11 1146/12
1146/13 1146/19
1148/23 1149/2 1150/6
1150/18 1151/2 1153/2
1155/17 1156/2 1157/6
1160/16 1164/3
1167/11 1168/21
1169/18 1169/25
1170/25 1171/2 1171/9
1171/10 1171/18
1172/15 1174/3 1178/2
1178/5 1178/7 1180/9
1180/16 1183/2 1184/8
1185/23 1187/19
1188/3 1188/17 1191/4
1191/7 1192/12

can't [5] 1135/16
1136/25 1146/21
1157/18 1178/10

cap [4] 1133/19
1133/21 1133/25
1166/2

capital [9] 1111/15
1111/15 1111/15
1111/23 1112/2 1112/4
1112/5 1135/14
1135/16

caps [1] 1165/17

care [1] 1198/2

career [2] 1089/23
1090/3

carefully [1] 1186/8

Carnegie [1] 1091/2

case [29] 1092/22
1093/8 1093/11
1095/22 1096/17
1100/7 1100/17
1105/12 1110/1
1110/10 1111/17
1115/20 1125/14
1137/10 1138/9 1139/4
1150/5 1154/16 1158/7
1159/1 1163/4 1163/8
1163/8 1163/18
1168/17 1169/4
1197/25 1198/1 1198/4

Case-Shiller [1]
1150/5

cases [2] 1092/9

cash [5] 1129/19
1129/23 1131/23
1136/18 1136/19

categories [2] 1120/5
1141/14

cause [1] 1182/6

caused [2] 1122/5
1192/1

causing [1] 1138/20

CAYNE [1] 1086/8

CEO [1] 1167/15

certain [5] 1110/17
1114/1 1186/11 1189/3
1195/12

certificate [2] 1127/24
1127/25

certificates [1]
1127/25

certifications [1]
1091/11

certified [3] 1091/6
1091/9 1091/20

certify [1] 1199/4

CFF [1] 1091/19

CFO [2] 1152/5
1175/16

chair [2] 1090/5
1090/5

chairman [1] 1131/7

chance [2] 1142/21
1197/7

change [5] 1116/20
1118/24 1121/21
1150/22 1197/8

changed [4] 1115/4
1115/5 1117/14
1136/14

changes [3] 1142/5
1145/25 1150/2

CHARLES [1] 1085/16

chart [3] 1128/20
1149/3 1150/25

charts [1] 1140/25

chase [1] 1187/9

Check [1] 1085/21

Chennai [1] 1090/22

chief [7] 1152/5
1168/25 1168/25
1175/17 1182/9
1195/17 1196/22

CIATTI [1] 1086/12

circular [30] 1095/6
1095/6 1097/15 1138/4

1099/2
1138/6 1138/19 1139/5
1139/9 1140/12
1140/21 1140/24
1140/25 1141/7
1141/21 1142/12
1143/23 1159/11
1159/15 1159/20
1173/11 1174/17
1178/12 1178/17
1181/7 1181/21 1182/2
1187/15 1191/17
1191/25 1197/9

circumstances [1]
1114/3

city [2] 1090/23 1150/5

Civil [2] 1085/2 1085/9

claim [1] 1141/7

claims [1] 1117/4

clarify [2] 1117/12
1117/16

CLASS [2] 1085/10
1085/20

clear [10] 1097/19
1117/17 1139/14
1143/19 1146/9 1149/3
1167/22 1180/19
1184/18 1191/15

clearly [2] 1089/3
1160/13

click [2] 1184/13
1185/13

clip [1] 1088/11

close [1] 1111/10

COLATRIANO [1]
1085/17

colleagues [1]
1172/14

collected [2] 1171/25
1172/9

color [1] 1184/9

COLUMBIA [1] 1085/1

column [1] 1149/2

combination [2]
1091/4 1146/5

combine [4] 1182/22
1185/3 1185/4 1185/13

combining [1] 1117/9

come [17] 1090/6
1091/25 1100/11
1133/20 1142/17
1161/22 1173/25
1173/25 1183/5 1184/5
1184/6 1193/17 1195/7
1195/11 1196/7

1197/24 1197/25

comes [7] 1161/9
1161/9 1161/24 1162/6
1162/6 1162/10 1178/1

coming [4] 1142/15
1148/24 1165/15
1170/25

comment [1] 1182/12

commented [1]
1182/13

Commission [1]
1092/22

commitment [35]
1129/12 1131/2
1131/10 1131/21
1133/12 1133/12
1133/13 1133/16
1133/16 1137/5 1137/6
1137/8 1137/8 1138/20
1140/12 1140/15
1142/8 1142/11
1143/24 1159/11
1159/14 1159/21
1174/1 1176/2
1178/13 1180/22
1181/7 1181/8 1181/23
1182/5 1182/24
1187/16 1190/21
1191/18 1197/10

commitments [1]
1152/20

committee [5] 1148/24
1149/8 1151/2 1151/24
1153/25

common [7] 1115/19
1123/24 1130/21
1130/22 1132/2 1132/6
1132/16

communicated [1]
1194/13

communicating [1]
1195/22

communications [2]
1094/19 1094/22

companies [7] 1092/5
1102/21 1110/14
1132/3 1157/1 1158/11
1160/13

company [20] 1086/12
1093/4 1101/22 1102/2
1102/7 1102/16 1103/4
1103/6 1103/12
1103/18 1114/23
1116/3 1118/18 1119/7

**C**

**company... [6]**
1131/12 1152/9
1152/19 1160/7
1160/12 1174/20
**company's [4]** 1102/1
1114/24 1153/21
1175/23
**compare [5]** 1142/9
1157/16 1165/19
1183/25 1190/21
**compared [2]** 1152/16
1152/23
**compares [3]** 1100/20
1102/11 1103/21
**competing [1]** 1165/14
**competitors [1]**
1189/7
**complete [1]** 1190/24
**completed [1]** 1102/8
**completely [4]**
1136/14 1142/20
1179/19 1197/11
**complex [1]** 1115/21
**complicated [2]**
1133/15 1161/25
**component [2]**
1147/19 1147/20
**components [1]**
1116/14
**comprehensive [22]**
1119/20 1119/21
1119/22 1122/17
1141/22 1144/23
1145/6 1163/9 1165/24
1172/11 1173/1 1174/5
1175/2 1175/23
1178/19 1178/20
1179/2 1179/13
1179/17 1179/19
1192/1 1194/1
**computer [1]** 1086/25
**computer-aided [1]**
1086/25
**concept [4]** 1112/24
1115/18 1170/16
1170/19
**concepts [4]** 1109/20
1109/24 1112/9
1170/21
**concern [7]** 1138/19
1138/20 1140/13
1140/23 1140/24
1159/19 1185/19

**concerned [1]** 1138/23
**concerns [1]** 1159/24
**conclude [2]** 1191/15
1191/16
**concluded [1]** 1140/1
**concluding [1]** 1141/4
**conclusion [7]**
1095/11 1097/20
1098/1 1100/19
1100/25 1102/10
1165/19
**conclusions [4]**
1094/25 1098/13
1098/14 1175/15
**condition [13]** 1094/3
1095/14 1095/17
1099/3 1099/10
1100/24 1102/2 1102/4
1102/7 1103/1 1103/6
1104/4 1104/8
**conditions [2]** 1103/6
1108/18
**confidence [1]**
1192/11
**Congress [5]** 1133/4
1186/15 1186/24
1189/5 1189/6
**connect [1]** 1143/18
**connected [1]** 1170/20
**connection [1]**
1126/19
**consequences [2]**
1092/4 1098/15
**conservator [6]**
1101/20 1101/21
1101/25 1106/18
1126/25 1161/6
**conservator's [1]**
1102/6
**conservatorship [21]**
1095/9 1095/12 1099/1
1099/1 1099/15
1100/13 1100/15
1101/18 1101/19
1102/9 1105/8 1106/5
1106/10 1106/14
1108/8 1108/9 1125/22
1126/19 1133/5 1161/4
1161/5
**conserve [9]** 1094/1
1095/12 1099/2
1099/11 1102/1 1103/9
1104/11 1104/18
1108/17

**conserving [1]**
1100/23
**consider [2]** 1190/8
1195/6
**consideration [1]**
1160/17
**considerations [1]**
1195/9
**considered [1]** 1139/2
**considering [1]**
1186/10
**consistent [14]**
1093/24 1094/5
1095/10 1095/10
1098/24 1099/7 1099/8
1102/25 1103/10
1105/17 1106/22
1108/20 1118/25
1174/24
**constantly [1]** 1153/22
**Constitution [1]**
1086/21
**consultant [1]** 1089/13
**consultation [1]**
1131/7
**contains [1]** 1099/21
**contemplates [1]**
1131/17
**continuation [1]**
1174/19
**continue [3]** 1103/7
1104/9 1107/23
**continued [3]** 1086/1
1136/11 1145/7
**contract [10]** 1116/24
1128/7 1128/11
1128/12 1131/13
1131/14 1133/8
1187/18 1187/22
1188/8
**contracting [2]**
1189/18 1189/24
**contracts [1]** 1117/3
**contrast [2]** 1116/7
1134/15
**contributed [1]**
1175/20
**COOPER [2]** 1085/16
1085/18
**copies [3]** 1099/19
1177/13 1177/15
**copy [3]** 1096/7
1099/22 1176/23
**corporate [1]** 1090/14

**correct [22]** 1093/1
1094/9 1105/12
1107/22 1114/14
1115/1 1115/16
1117/20 1118/22
1120/14 1124/24
1128/14 1134/1 1141/2
1156/15 1158/24
1159/22 1179/8
1179/25 1184/25
1193/13 1199/4
**could [34]** 1088/22
1089/2 1089/10
1089/14 1090/16
1096/9 1097/16
1097/16 1097/17
1100/3 1105/2 1105/16
1106/24 1110/5 1123/4
1126/2 1126/4 1127/4
1132/3 1136/25 1137/1
1140/7 1140/10
1152/24 1154/1
1159/23 1185/20
1186/20 1186/25
1189/14 1196/4
1196/21 1197/9
1197/22
**couldn't [1]** 1124/14
**counsel [3]** 1096/7
1099/21 1099/22
**counterpart [1]**
1170/20
**couple [11]** 1093/2
1102/18 1108/1
1112/11 1125/20
1130/16 1133/8
1145/24 1148/21
1163/25 1177/8
**course [2]** 1114/11
1194/11
**court [10]** 1085/1
1086/20 1090/16
1092/13 1095/20
1096/7 1096/7 1099/22
1138/23 1199/3
**courtroom [4]** 1088/2
1154/18 1154/20
1198/6
**covenant [1]** 1164/21
**cover [4]** 1102/17
1173/2 1174/15 1176/6
**covered [1]** 1179/19
**covering [1]** 1165/24
**CPA [1]** 1091/6

**C**

**CPAs [3]**  1091/13
1091/13 1091/15
**CRC [1]**  1086/20
**create [3]**  1112/19
1159/24 1185/19
**created [3]**  1133/4
1153/10 1171/3
**credentials [3]**  1091/8
1091/14 1096/15
**credit [43]**  1114/12
1114/25 1115/2 1115/4
1115/8 1118/11
1119/12 1120/11
1120/20 1120/21
1121/2 1121/9 1122/14
1124/4 1124/16
1124/18 1145/22
1148/3 1148/3 1148/3
1148/7 1148/10
1148/13 1148/20
1148/22 1149/23
1149/24 1150/3 1151/1
1151/20 1152/12
1152/15 1152/16
1152/20 1153/4
1153/15 1153/22
1154/4 1155/4 1155/11
1170/24 1171/13
1174/8
**credit-related [2]**
1152/16 1174/8
**criminal [1]**  1198/2
**crisis [2]**  1124/4
1125/12
**Cts [1]**  1086/21
**cumulative [3]**  1178/3
1178/4 1178/8
**currently [1]**  1089/15
**curve' [1]**  1169/9
**cushion [1]**  1143/10
**cut [1]**  1187/9
**cycle [2]**  1152/12
1152/15

**D**

**D.C [6]**  1085/19
1085/25 1086/11
1086/14 1086/17
1086/22
**daily [1]**  1160/23
**data [4]**  1094/12
1122/23 1143/22
1148/25

**date [5]**  1097/22
1162/2 1162/3 1194/15
1199/10
**dated [5]**  1105/8
1107/9 1166/7 1168/22
1197/18
**Dave [2]**  1176/23
1176/24
**DAVID [5]**  1085/16
1086/9 1116/1 1138/25
1177/9
**day [7]**  1103/5 1148/1
1148/2 1150/1 1161/14
1161/22 1193/18
**day's [2]**  1164/11
1166/15
**days [1]**  1161/23
**DC [1]**  1085/6
**deal [6]**  1128/25
1129/6 1131/15
1131/17 1131/19
1131/24
**December [5]**  1133/14
1133/19 1133/22
1138/10 1193/15
**decided [2]**  1090/25
1122/3
**declaration [7]**
1138/12 1138/16
1138/18 1139/11
1139/13 1139/20
1140/4
**declare [1]**  1132/6
**decrease [2]**  1112/21
1112/22
**deeply [1]**  1172/2
**default [1]**  1115/17
**defaulting [2]**  1115/14
1171/9
**defendant [1]**  1086/7
1159/17
**defendants [3]**  1085/7
1139/1 1154/6
**deferred [11]**  1115/20
1115/25 1116/14
1117/5 1117/8 1117/12
1121/18 1153/23
1191/2 1196/6 1196/7
**define [1]**  1111/4
**defined [1]**  1108/10
**defines [1]**  1108/7
**defining [1]**  1110/1
**definitely [3]**  1103/19
1141/19 1182/14

**degree [1]**  1097/12
**Delaware [1]**  1086/3
**deliver [1]**  1196/2
**DeMarco [23]**  1107/9
1107/13 1125/5
1136/24 1137/21
1138/11 1151/24
1152/9 1156/24
1159/17 1163/19
1164/7 1164/11 1165/1
1165/13 1165/13
1166/15 1167/18
1176/7 1176/11
1185/24 1186/2 1190/7
**DeMarco's [5]**  1108/7
1137/24 1156/17
1164/18 1189/1
**demonstrative [3]**
1096/3 1101/3 1140/11
**demonstratives [2]**
1096/10 1155/6
**Department [1]**
1166/11
**dependent [1]**  1104/10
**depending [1]**  1146/5
**deposition [11]**
1088/10 1092/13
1092/23 1125/6 1158/9
1161/12 1168/16
1182/9 1186/5 1195/19
1195/23
**depositions [2]**
1186/5 1186/6
**Deputy [1]**  1107/20
**DeRita [11]**  1096/9
1105/22 1107/5 1126/5
1126/12 1129/2 1140/8
1154/2 1186/20 1188/3
1197/22
**describe [7]**  1100/6
1105/2 1128/2 1138/18
1168/16 1171/2 1192/8
**described [5]**  1095/5
1100/22 1161/4 1170/9
1170/17
**describes [3]**  1106/4
1167/19 1170/5
**describing [1]**  1129/8
**Designation [1]**
1127/24
**designed [1]**  1106/10
**determination [1]**
1102/6
**determine [2]**  1153/16

**determined [1]**  1131/4
**Dharan [20]**  1088/21
1089/6 1089/8 1089/12
1095/20 1096/2
1096/14 1100/3 1106/3
1107/3 1127/16
1128/23 1139/4
1140/10 1151/18
1157/12 1167/11
1180/20 1185/2 1187/7
**did [101]**  1089/25
1090/20 1090/23
1091/6 1092/2 1092/23
1093/5 1093/6 1094/4
1094/5 1094/10
1094/11 1095/16
1095/17 1099/4
1099/11 1099/13
1101/1 1101/1 1101/3
1104/13 1104/17
1105/13 1109/14
1109/15 1110/19
1110/22 1112/3 1122/4
1124/25 1125/3
1125/14 1125/16
1125/19 1125/23
1126/1 1128/23
1131/23 1131/25
1132/9 1132/18
1132/18 1132/20
1134/12 1134/17
1134/21 1135/24
1136/1 1136/3 1136/18
1141/6 1143/19
1143/21 1143/22
1144/1 1144/3 1144/4
1144/6 1144/8 1144/10
1144/13 1144/15
1145/12 1150/13
1150/19 1150/21
1151/12 1151/18
1153/16 1154/5 1154/8
1156/2 1156/22
1156/23 1159/13
1160/3 1160/5 1163/1
1163/6 1163/17
1163/18 1163/22
1164/25 1165/4 1165/9
1177/7 1180/23 1182/9
1182/11 1182/12
1182/22 1184/4 1186/7
1186/14 1187/17
1191/15 1191/16

**D**

**did... [4]** 1194/7 1195/21 1196/8 1197/14

**didn't [14]** 1113/25 1137/18 1141/11 1143/15 1144/5 1144/9 1144/11 1159/15 1160/17 1161/17 1168/15 1168/16 1186/11 1190/8

**difference [5]** 1102/24 1116/15 1136/20 1136/21 1137/14

**differences [1]** 1170/10

**different [8]** 1134/22 1157/17 1157/20 1174/1 1177/13 1177/13 1177/15 1191/6

**dip [1]** 1192/2

**direct [3]** 1087/4 1089/6 1118/13

**direction [1]** 1193/21

**directly [2]** 1112/18 1172/1

**director [11]** 1089/20 1096/22 1100/9 1102/5 1102/8 1105/7 1105/9 1107/16 1107/20 1165/13 1176/11

**Director's [1]** 1102/6

**Directors [2]** 1177/10 1177/11

**disclose [1]** 1160/8

**disclosed [1]** 1160/4

**disclosure [5]** 1156/25 1157/14 1159/5 1159/13 1160/15

**disclosures [3]** 1093/25 1158/2 1159/8

**discounted [2]** 1171/23 1172/3

**discretion [1]** 1131/7

**discuss [2]** 1189/23 1195/9

**discussing [4]** 1155/10 1194/24 1195/4 1197/14

**discussion [5]** 1138/24 1139/8 1140/1 1164/12 1177/3

**dispute [2]** 1092/24

**distant [1]** 1196/4

**DISTRICT [4]** 1085/1 1085/1 1085/13 1086/21

**diversed [1]** 1192/7

**dividend [53]** 1103/24 1128/3 1129/19 1129/23 1129/23 1130/9 1130/10 1130/12 1131/20 1131/22 1131/22 1131/23 1131/23 1132/6 1132/7 1132/8 1132/14 1134/16 1134/18 1134/25 1135/8 1136/10 1136/22 1141/23 1143/3 1143/4 1143/6 1144/24 1145/8 1145/15 1159/6 1163/6 1163/10 1163/15 1163/21 1165/16 1165/24 1173/2 1174/11 1174/16 1175/23 1178/15 1179/3 1179/6 1179/6 1179/7 1179/14 1179/18 1179/19 1190/3 1192/2 1193/1 1193/6

**dividends [8]** 1104/19 1134/6 1138/5 1141/1 1144/8 1163/10 1168/6 1194/2

**do [114]** 1088/15 1091/1 1091/10 1094/10 1094/15 1096/14 1099/19 1099/23 1104/9 1104/9 1106/21 1107/15 1107/19 1108/8 1109/16 1109/23 1110/19 1114/9 1115/17 1116/11 1121/5 1122/16 1123/5 1123/20 1125/19 1131/15 1131/24 1132/1 1136/21 1137/15 1137/15 1137/16 1137/20 1139/10 1139/10 1139/20 1139/22 1141/3 1142/7 1143/3

1147/11 1147/14 1148/1 1155/4 1155/10 1158/11 1158/16 1159/4 1159/25 1160/13 1160/23 1160/23 1161/25 1163/23 1164/22 1165/2 1165/5 1165/7 1165/17 1166/5 1166/7 1166/15 1168/7 1168/8 1168/10 1168/12 1168/14 1169/10 1171/14 1173/3 1173/6 1173/25 1176/7 1176/16 1176/21 1177/5 1177/12 1178/20 1179/3 1179/5 1180/5 1182/6 1183/5 1184/4 1184/4 1184/5 1185/20 1185/24 1186/4 1186/10 1186/12 1187/18 1187/22 1187/25 1188/8 1188/11 1188/13 1188/22 1189/6 1189/19 1190/1 1190/5 1190/7 1191/4 1194/3 1194/5 1196/20 1196/25 1197/1 1197/5 1197/18 1197/24

**document [68]** 1098/12 1100/6 1100/8 1100/16 1100/20 1100/21 1101/4 1101/6 1101/15 1101/16 1102/8 1105/3 1105/6 1105/14 1105/16 1105/21 1107/8 1107/23 1107/25 1108/5 1139/24 1149/6 1150/21 1151/23 1153/1 1153/7 1153/10 1164/1 1164/3 1164/4 1164/4 1164/13 1164/16 1165/9 1165/12 1166/20 1167/3 1167/12 1167/13 1168/18 1169/17 1172/16 1172/18 1172/21 1175/5 1175/13 1175/14 1176/4 1177/10 1178/18

1178/19 1146/19 1178/25 1180/3 1181/21 1182/12 1182/13 1182/14 1186/21 1187/7 1187/8 1187/15 1188/6 1188/18 1189/13 1189/15 1189/21 1190/10 1194/15 1197/21

**documented [1]** 1098/16

**documents [32]** 1094/18 1094/20 1094/22 1094/23 1098/6 1099/13 1105/15 1115/20 1126/7 1126/9 1126/16 1126/17 1127/22 1127/23 1128/2 1128/5 1129/21 1129/25 1131/4 1131/11 1143/20 1150/19 1151/12 1151/18 1154/5 1154/7 1154/8 1161/12 1162/21 1197/3 1197/14 1197/16

**does [56]** 1097/1 1103/20 1104/11 1108/5 1108/23 1110/8 1115/8 1116/17 1122/14 1130/6 1136/4 1138/18 1145/15 1146/9 1148/10 1148/18 1148/25 1149/9 1149/21 1150/10 1152/14 1152/24 1157/12 1161/22 1161/23 1162/2 1164/8 1164/15 1165/19 1167/21 1167/25 1169/24 1169/24 1171/14 1173/5 1173/19 1173/19 1175/13 1177/22 1178/12 1178/25 1179/12 1180/3 1181/21 1181/24 1182/4 1182/4 1185/1 1185/2 1185/6 1185/19 1188/25 1190/23 1194/23 1197/4 1197/8

**doesn't [6]** 1116/10

**D**

**doesn't... [5]** 1120/19
1143/7 1157/16 1180/5
1180/6
**doing [9]** 1089/15
1090/7 1098/11 1103/5
1118/12 1144/14
1146/19 1181/6
1189/10
**dollar [5]** 1109/2
1119/22 1171/24
1196/9 1196/11
**dollars [3]** 1135/3
1156/16 1184/15
**domain [1]** 1111/2
**Domestic [1]** 1166/11
**don't [36]** 1092/15
1093/20 1099/22
1109/2 1116/20
1118/20 1124/5
1142/14 1147/11
1147/22 1149/15
1154/16 1155/25
1160/8 1160/12
1160/13 1161/9
1161/10 1171/7
1172/21 1177/17
1179/23 1180/1
1185/22 1190/4 1190/6
1190/11 1192/3 1192/6
1192/17 1194/3 1194/5
1197/2 1197/25 1198/1
1198/4
**done [6]** 1119/5
1126/24 1126/25
1143/13 1189/6
1195/11
**double [1]** 1174/7
**down [56]** 1103/25
1104/1 1104/2 1112/6
1112/12 1112/18
1112/18 1112/20
1112/21 1113/11
1113/12 1113/18
1113/19 1113/22
1113/25 1114/2 1114/6
1114/9 1114/18
1114/18 1115/5
1117/11 1117/13
1118/9 1118/10
1118/21 1120/3 1120/8
1120/9 1120/9 1120/11
1121/8 1122/4 1124/5
1124/7 1135/2 1135/17

1141/1 1142/16
1142/20 1148/4 1148/5
1148/7 1148/10
1148/20 1149/24
1149/25 1151/21
1152/22 1153/5
1155/11 1169/14
1171/10 1173/14
1181/10 1183/20
**downs [4]** 1119/19
1120/7 1148/11
1170/23
**downturns [1]**
1111/25
**Dr [1]** 1095/20
**Dr. [3]** 1096/2 1096/14
1151/18
**Dr. Dharan [3]** 1096/2
1096/14 1151/18
**draft [3]** 1167/16
1168/7 1168/13
**dramatic [2]** 1114/20
1182/7
**draw [59]** 1095/6
1095/6 1097/15 1122/5
1129/14 1129/16
1138/5 1138/6 1139/5
1139/9 1140/12
1140/21 1140/24
1141/7 1141/22
1142/12 1159/15
1159/20 1168/6
1171/10 1173/9
1173/10 1173/11
1173/14 1174/10
1174/10 1174/17
1175/24 1175/25
1176/1 1178/4 1178/8
1178/12 1178/17
1179/20 1179/23
1179/25 1180/1
1180/10 1180/17
1181/7 1181/18
1181/19 1181/19
1181/19 1181/21
1182/3 1183/20
1184/15 1185/12
1185/16 1187/15
1191/18 1191/25
1192/3 1192/6 1194/4
1194/6 1197/9
**drawing [5]** 1138/6
1141/1 1169/13 1176/1
1192/17

**drawn [6]** 1148/2
1153/2 1163/14 1168/6
1183/10 1184/12
**draws [5]** 1130/5
1138/19 1141/1
1143/23 1159/12
**driver [1]** 1175/19
**drives [1]** 1150/3
**DTA [17]** 1116/1
1121/24 1122/4
1142/14 1142/17
1143/9 1143/9 1190/19
1190/25 1192/7 1192/8
1192/12 1193/8
1193/16 1195/7
1195/10 1196/15
**DTAs [11]** 1122/1
1142/16 1142/23
1191/23 1192/21
1193/23 1193/24
1195/1 1195/16
1195/21 1196/8
**duration [1]** 1108/12
**during [6]** 1090/9
1121/17 1122/8
1122/20 1125/12
1177/3

**E**

**each [13]** 1091/24
1097/5 1130/17
1130/23 1131/11
1132/4 1133/13
1134/19 1134/23
1135/2 1141/16
1143/18 1173/22
**earlier [24]** 1097/10
1099/6 1100/22 1104/8
1106/6 1111/6 1116/18
1119/12 1128/9
1129/19 1133/3 1133/6
1134/16 1135/11
1142/17 1146/16
1148/11 1169/7
1170/17 1174/23
1175/22 1181/5 1191/2
1193/20
**early [6]** 1152/3
1152/17 1162/10
1163/16 1163/16
1168/2
**earnings [1]** 1177/5
**easier [1]** 1157/7
**easy [3]** 1174/4

**eat [1]** 1138/19
**eaten [2]** 1140/22
1140/25
**economics [1]** 1091/4
**economy [5]** 1124/13
1142/5 1145/22
1155/19 1171/7
**Ed [2]** 1164/11
1166/15
**editions [1]** 1091/25
**education [1]** 1091/5
**educational [1]**
1090/17
**Edward [2]** 1107/9
1176/7
**effect [5]** 1098/16
1098/17 1120/7 1134/9
1136/8
**effectively [9]** 1103/25
1104/2 1104/5 1104/25
1112/19 1126/18
1147/1 1147/16 1161/6
**efficiently [1]** 1155/25
**effort [2]** 1153/16
1153/20
**eight [1]** 1177/4
**Eisenhofer [1]** 1086/2
**either [8]** 1112/18
1113/16 1123/9 1124/1
1139/14 1146/4
1159/14 1170/23
**eliminate [1]** 1174/9
**eliminates [1]** 1197/11
**else [2]** 1166/22
1196/8
**email [10]** 1107/8
1143/22 1166/20
1168/23 1176/6
1176/15 1187/24
1187/25 1195/3 1195/5
**emails [5]** 1094/20
1137/12 1151/22
1156/7 1165/4
**emphasize [2]**
1114/17 1116/21
**employee [1]** 1152/1
**enabling [1]** 1165/16
**end [6]** 1103/24
1106/13 1106/15
1134/23 1138/10
1162/7
**ended [1]** 1104/18
**ends [3]** 1113/16

**E**

ends... [2] 1161/22
1162/8
engaged [1] 1092/24
engineering [1]
1090/21
enough [3] 1095/7
1115/22 1118/12
enter [1] 1125/24
entered [1] 1154/20
enterprise [4] 1130/23
1132/4 1133/13
1189/18
enterprise's [1]
1134/19
enterprises [23]
1094/14 1095/13
1100/24 1103/3
1103/23 1104/5
1106/15 1106/18
1108/25 1112/4
1113/20 1130/17
1134/7 1136/12
1136/16 1141/21
1142/2 1142/4 1144/20
1161/7 1169/4 1185/11
1189/10
enters [1] 1088/2
entire [3] 1103/23
1104/14 1135/6
entirely [1] 1141/6
entities [1] 1106/12
entitled [1] 1199/5
entity [3] 1101/21
1108/13 1135/14
ERIC [1] 1085/20
erode [5] 1138/19
1181/7 1187/16
1191/18 1197/9
eroded [3] 1140/22
1159/23 1182/25
eroding [2] 1159/14
1178/13
erosion [6] 1140/12
1143/24 1159/10
1159/11 1159/20
1181/22
especially [4] 1108/2
1122/1 1148/13
1165/10
essence [1] 1164/11
essentially [5] 1098/7
1098/13 1117/21
1130/20 1146/23

estimate [1] 1196/9
estimates [1] 1121/8
estimating [1] 1148/2
et [3] 1085/2 1085/2
1085/6
evaluated [1] 1131/3
evaluating [1] 1195/9
Evanston [1] 1090/1
even [12] 1110/15
1115/22 1142/14
1147/10 1165/17
1184/10 1189/4
1191/11 1192/13
1192/14 1196/3 1196/9
event [1] 1142/21
events [1] 1114/20
ever [4] 1092/17
1135/21 1160/3 1168/8
every [13] 1103/5
1103/24 1119/22
1121/12 1124/6
1129/13 1129/15
1135/7 1135/12
1160/12 1161/14
1165/25 1179/15
everyone [1] 1162/12
everything [2] 1104/14
1133/3
evidence [39] 1087/9
1087/9 1087/10
1087/10 1087/11
1087/11 1087/12
1087/12 1087/13
1096/12 1101/8 1101/9
1104/23 1105/11
1107/1 1126/5 1127/5
1127/10 1128/18
1139/12 1139/19
1139/21 1139/24
1140/3 1149/15
1150/10 1151/7 1154/5
1155/10 1166/25
1167/4 1167/5 1172/13
1175/6 1177/17 1188/1
1194/8 1194/17
1197/18
exact [1] 1195/22
exactly [14] 1098/20
1111/16 1116/17
1117/24 1118/7
1141/12 1147/13
1152/12 1160/2
1165/22 1166/3 1166/3
1180/6 1181/24

Examination [2]
1087/4 1089/6
examine [1] 1097/4
example [6] 1101/20
1106/7 1112/25
1151/23 1188/2 1195/3
exams [1] 1091/15
exceeded [1] 1175/23
excerpt [2] 1151/6
1172/12
excerpts [1] 1101/4
excessive [1] 1128/16
Exchange [1] 1092/21
exciting [1] 1109/17
executed [1] 1133/7
executive [6] 1096/21
1151/24 1152/3
1172/23 1176/24
1177/2
exhibit [17] 1087/8
1101/7 1106/25 1107/4
1108/4 1131/12 1140/6
1140/11 1149/14
1149/19 1151/6
1151/10 1167/9
1175/11 1187/10
1187/11 1194/21
exhibits [6] 1099/21
1124/22 1124/25
1125/21 1126/11
1127/14
exist [1] 1196/5
existed [2] 1154/8
1193/11
existence [2] 1162/22
1165/21
exited [2] 1154/18
1198/6
expect [3] 1097/18
1118/20 1192/25
expectation [1] 1163/4
expectations [2]
1115/4 1120/5
expected [5] 1112/17
1163/7 1167/19 1173/1
1182/5
expecting [1] 1168/3
expects [1] 1118/18
Expense [1] 1151/1
expenses [8] 1119/11
1119/14 1119/16
1119/17 1119/25
1121/16 1152/16
1174/8

experience [2]
1091/16 1112/7
expert [15] 1088/9
1092/8 1092/17
1092/25 1093/11
1095/20 1097/13
1102/15 1158/1
1169/18 1170/13
1182/10 1183/19
1185/18 1196/17
experts [2] 1153/15
1153/16
explain [30] 1097/1
1097/9 1101/12
1101/17 1102/10
1107/4 1110/8 1111/11
1112/9 1112/24
1113/10 1117/9 1119/4
1121/5 1129/5 1130/1
1140/10 1141/16
1143/11 1146/12
1149/24 1164/3
1169/18 1170/25
1171/18 1172/15
1174/3 1183/2 1185/20
1190/25
explained [1] 1193/22
explaining [4] 1107/23
1138/13 1141/19
1174/13
explanation [1]
1140/11
expressed [1] 1195/24
extensive [1] 1139/11
extensively [1] 1139/5
extent [2] 1098/9
1115/9
extra [3] 1136/22
1143/10 1196/14
extracted [1] 1149/13

**F**

faced [1] 1157/1
fact [15] 1095/17
1100/12 1100/12
1101/16 1101/18
1106/6 1121/23
1125/10 1135/6 1138/9
1142/3 1170/22
1172/13 1178/15
1195/1
factors [2] 1160/16
1196/5
facts [1] 1114/3

# F

**fair [1]** 1114/8
**FAIRHOLME [1]**
1085/2
**fairly [1]** 1155/25
**fall [1]** 1152/16
**familiar [5]** 1126/7
1126/8 1126/14 1128/5
1158/4
**FANNIE [94]** 1085/9
1094/14 1106/9
1110/19 1111/21
1113/3 1113/16
1116/22 1120/17
1120/22 1121/9 1122/3
1123/5 1123/7 1123/15
1123/15 1123/21
1124/17 1125/1
1125/11 1125/19
1125/21 1125/23
1126/18 1126/23
1128/12 1128/25
1129/14 1130/17
1133/5 1137/4 1137/13
1140/16 1140/18
1143/1 1143/20 1144/2
1144/7 1144/22 1145/6
1145/23 1146/2 1146/7
1146/15 1146/20
1147/1 1147/3 1147/9
1147/11 1147/22
1148/1 1148/24 1149/7
1150/19 1151/1
1151/19 1151/24
1152/3 1152/5 1153/1
1153/14 1154/6
1155/21 1158/25
1160/21 1161/14
1163/20 1167/15
1168/2 1169/4 1169/5
1169/10 1171/22
1175/1 1176/18
1176/25 1177/2
1177/14 1179/22
1180/15 1181/8
1181/25 1183/3
1183/10 1184/10
1185/9 1185/14 1189/9
1193/12 1193/16
1194/9 1195/3 1195/18
1196/21
**far [4]** 1137/8 1160/5
1183/10 1190/19
**feasible [1]** 1124/12

**features [4]** 1128/3
1130/14 1130/16
1135/5
**February [4]** 1153/3
1153/6 1186/17
1186/24
**federal [6]** 1085/5
1086/7 1086/12
1086/15 1116/4 1131/8
**fee [9]** 1131/2 1146/2
1146/2 1146/4 1146/13
1147/15 1147/16
1147/17 1155/21
**fees [11]** 1131/21
1146/6 1148/6 1148/18
1148/19 1148/22
1148/23 1149/23
1154/4 1155/4 1155/11
**few [3]** 1101/5 1123/3
1155/22
**FHFA [59]** 1093/24
1094/19 1094/20
1095/9 1098/2 1099/7
1099/14 1100/9
1100/12 1100/22
1101/17 1105/7 1105/9
1106/9 1106/17
1107/16 1107/21
1125/11 1125/19
1125/21 1125/23
1126/24 1126/25
1131/6 1133/4 1134/5
1137/13 1137/21
1139/6 1143/13
1143/20 1144/1
1150/20 1151/20
1151/25 1154/6
1160/21 1161/5
1161/13 1165/4 1165/4
1165/9 1168/23 1169/1
1176/7 1180/24 1181/4
1181/6 1186/23
1193/12 1194/9
1194/13 1194/14
1195/23 1196/13
1196/21 1197/2
1197/15 1197/16
**FHFA's [4]** 1098/24
1099/8 1140/11
1159/18
**file [1]** 1110/23
**filed [1]** 1162/11
**filing [5]** 1157/14
1158/13 1160/3 1160/9

**filings [8]** 1094/13
1094/14 1094/17
1156/21 1156/21
1158/4 1158/25
1160/22
**Final [1]** 1119/4
**finalize [1]** 1168/12
**finalized [1]** 1168/8
**finally [3]** 1113/16
1129/22 1190/18
**finance [20]** 1085/5
1086/8 1089/18
1089/20 1090/11
1090/13 1091/2 1091/5
1091/22 1095/20
1102/15 1135/20
1152/6 1158/1 1166/11
1175/17 1176/24
1183/19 1185/18
1196/17
**financial [33]** 1091/20
1093/16 1095/14
1099/3 1099/10
1100/24 1101/23
1110/24 1111/7
1111/21 1117/1 1117/3
1117/4 1135/12 1138/3
1138/21 1139/8 1152/5
1153/15 1156/13
1157/14 1158/11
1158/20 1161/19
1162/22 1165/10
1175/17 1182/9
1187/14 1190/1 1190/5
1195/17 1196/23
**find [5]** 1143/16
1144/4 1144/5 1151/12
1156/3
**fine [1]** 1144/24
**finish [2]** 1143/12
1154/25
**finite [1]** 1106/14
**firms [2]** 1188/21
1189/7
**first [36]** 1093/17
1095/2 1096/14 1097/6
1097/6 1097/10 1100/8
1107/6 1122/16
1125/20 1127/23
1129/8 1132/16
1133/10 1134/8
1134/10 1134/11
1136/8 1141/20

**filings [8]** 1094/13
1145/12 1159/3 1161/3
1164/8 1164/9 1166/6
1167/23 1169/18
1176/13 1176/14
1179/1 1179/16 1191/7
1191/9 1194/10
**fiscal [1]** 1149/4
**five [7]** 1135/2 1135/17
1156/10 1167/22
1190/15 1190/17
1190/17
**fix [1]** 1137/16
**flattening [1]** 1178/16
**flexibility [1]** 1103/17
**Flexner [1]** 1085/24
**fluke [1]** 1141/25
**FNM [1]** 1169/4
**focus [3]** 1098/6
1150/13 1159/3
**focused [4]** 1090/10
1141/7 1141/9 1150/15
**follow [4]** 1110/14
1110/20 1110/23
1160/13
**followed [1]** 1150/6
**following [1]** 1160/14
**forecast [8]** 1142/6
1148/25 1149/7
1149/11 1150/8 1151/2
1151/4 1153/2
**forecasting [1]** 1148/2
**forecasts [4]** 1142/6
1142/7 1149/9 1169/8
**foreclosed [1]** 1119/16
**foregoing [1]** 1199/4
**Forensics [1]** 1091/20
**formula [3]** 1133/15
1133/24 1133/25
**forward [1]** 1167/20
**found [1]** 1186/14
**foundation [2]**
1103/18 1111/24
**four [4]** 1091/25
1109/25 1182/18
1182/21
**FREDDIE [78]** 1085/9
1094/14 1106/9
1110/19 1111/21
1113/4 1113/16
1116/22 1120/17
1120/22 1121/10
1122/3 1122/23 1123/5
1123/8 1123/22

**F**

**FREDDIE... [62]**
1124/17 1125/2
1125/12 1125/19
1125/22 1125/24
1126/24 1128/12
1128/25 1129/15
1129/15 1129/17
1130/18 1133/5 1137/4
1137/13 1140/16
1143/1 1143/20 1144/2
1144/7 1144/24 1145/8
1145/23 1146/2 1146/7
1146/15 1146/20
1147/1 1147/3 1147/11
1147/23 1148/1
1150/20 1151/20
1153/14 1154/6 1159/1
1160/21 1161/14
1163/20 1175/5
1175/15 1175/16
1175/16 1176/19
1177/14 1179/1
1179/12 1179/15
1180/16 1181/14
1181/15 1181/25
1184/4 1184/11 1185/9
1185/15 1189/9
1193/12 1194/9
1196/22
**Friday [1]** 1088/10
**fueled [1]** 1169/13
**fulfill [1]** 1123/22
**full [4]** 1090/4 1161/17
1171/21 1173/2
**fully [4]** 1109/22
1128/11 1142/4
1161/16
**fundamental [3]**
1141/25 1142/5 1150/2
**funding [6]** 1126/20
1133/13 1159/21
1180/11 1180/20
1181/23
**funds [2]** 1085/2
1129/16
**further [3]** 1139/19
1178/9 1178/11
**future [31]** 1111/24
1115/10 1115/13
1116/12 1116/12
1117/13 1117/22
1117/25 1118/6 1118/7
1118/13 1118/13

118/19 1119/11 1120/5
1120/12 1121/13
1136/25 1144/12
1157/1 1157/15
1158/12 1165/17
1166/1 1169/6 1170/23
1191/3 1191/3 1192/25
1196/1 1196/4
**FY16 [1]** 1149/4

**G**

**G-fee [3]** 1146/2
1146/13 1155/21
**G-fees [7]** 1146/6
1148/6 1148/18
1149/23 1154/4 1155/4
1155/11
**GAAP [4]** 1110/10
1110/10 1110/20
1119/2
**gave [1]** 1196/9
**Geithner [2]** 1166/14
1166/21
**general [2]** 1093/9
1093/10
**generally [6]** 1105/2
1110/12 1110/16
1110/20 1110/20
1110/23
**generate [2]** 1108/25
1163/20
**generating [1]**
1165/15
**gentlemen [1]** 1088/4
**get [31]** 1091/2 1091/4
1091/7 1093/20
1096/24 1096/25
1097/19 1108/24
1123/2 1123/11 1132/3
1132/7 1132/7 1132/10
1132/11 1132/11
1132/13 1132/14
1135/23 1135/25
1135/25 1139/21
1142/22 1143/9 1146/2
1146/18 1146/19
1147/22 1155/6 1167/4
1196/4
**gets [3]** 1123/16
1162/18 1162/18
**getting [1]** 1139/18
**give [10]** 1093/11
1093/18 1111/24
1123/11 1137/21

1158/19 1192/11
**given [5]** 1096/24
1138/3 1145/21 1181/4
1181/6
**gives [4]** 1096/24
1123/16 1130/18
1130/18
**giving [3]** 1131/4
1158/18 1162/12
**go [43]** 1091/15
1092/15 1096/10
1103/12 1109/15
1112/6 1113/25 1115/5
1115/6 1116/19
1119/24 1121/8
1123/17 1124/1 1124/5
1124/6 1128/9 1129/2
1129/17 1130/13
1135/2 1135/15
1135/17 1145/15
1148/6 1148/7 1151/21
1152/22 1153/6 1155/1
1155/24 1156/1
1162/20 1170/12
1183/15 1186/25
1188/17 1190/12
1192/6 1193/15
1193/21 1193/23
1193/24
**goal [7]** 1103/13
1103/14 1103/16
1106/4 1189/15
1189/18 1189/23
**goals [3]** 1101/24
1102/11 1103/21
**goes [15]** 1105/23
1108/15 1113/18
1113/19 1113/20
1114/18 1114/19
1116/20 1119/23
1120/8 1120/9 1145/16
1149/4 1165/12
1193/24
**going [103]** 1093/9
1096/11 1096/23
1098/17 1098/18
1100/10 1104/5 1104/7
1106/14 1106/20
1109/15 1109/18
1112/6 1114/6 1114/11
1115/3 1115/9 1115/24
1118/5 1118/5 1118/15
1118/25 1119/13

1158/1 1147/14 1148/25
1121/11 1121/13
1122/12 1122/20
1130/11 1135/17
1135/25 1135/25
1139/10 1140/22
1140/22 1141/13
1141/19 1142/20
1142/20 1142/22
1144/7 1145/21
1145/22 1145/23
1148/5 1148/10
1148/15 1148/21
1148/22 1149/25
1150/9 1151/20
1152/22 1153/4 1153/5
1153/6 1153/9 1153/9
1153/17 1155/11
1155/11 1155/19
1155/24 1156/1 1163/5
1167/19 1170/3
1170/25 1171/11
1171/11 1171/25
1172/7 1172/9 1172/22
1173/9 1173/10
1173/10 1173/14
1174/6 1174/9 1176/11
1182/25 1184/16
1185/14 1189/2
1189/12 1191/4 1192/9
1192/12 1193/2 1193/7
1193/17 1193/18
1193/25 1195/1 1195/4
1195/6 1195/7 1195/8
1195/17 1196/14
1197/24
**golden [2]** 1156/6
1177/4
**gone [3]** 1112/17
1115/5 1122/22
**good [15]** 1088/4
1088/4 1088/7 1088/8
1089/8 1089/9 1091/4
1117/14 1141/4 1148/6
1148/6 1148/7 1148/8
1153/5 1154/11
**goodness [1]** 1137/14
**got [7]** 1090/4 1099/5
1100/10 1150/25
1189/13 1198/1 1198/2
**governed [1]** 1122/12
**government [12]**
1092/18 1093/3 1116/8
1116/9 1116/10

1214

**G**

**government... [7]**
1117/25 1126/20
1128/1 1129/10
1130/21 1132/7 1168/6
**government's [2]**
1132/5 1168/4
**governments [1]**
1090/14
**gradual [1]** 1189/11
**gradually [1]** 1187/22
**Grant [1]** 1086/2
**graph [6]** 1150/4
1152/13 1153/3
1178/10 1183/18
1185/8
**graphical [1]** 1178/1
**graphs [2]** 1153/24
1185/5
**gray [2]** 1178/2
1178/16
**Great [2]** 1089/14
1128/23
**greater [3]** 1141/23
1163/10 1179/17
**grew [1]** 1090/18
**Grossmann [1]** 1086/5
**group [5]** 1089/21
1091/12 1152/7
1168/25 1169/2
**GSE [5]** 1098/2 1166/4
1176/15 1176/18
1177/5
**GSEs [20]** 1094/19
1094/19 1099/2 1099/3
1099/10 1107/10
1116/2 1119/7 1128/25
1137/3 1146/18
1151/19 1159/25
1165/14 1165/23
1176/10 1189/2
1194/11 1194/12
1194/24
**guarantee [10]**
1120/25 1146/2 1146/4
1146/10 1146/13
1147/11 1147/17
1148/19 1148/21
1148/23
**guaranteed [3]**
1120/17 1147/23
1147/23
**guarantees [3]** 1119/9
1119/15 1147/21

**guard [1]** 1117/24

**H**

**Haas [1]** 1096/20
**had [40]** 1098/2
1098/2 1098/3 1108/11
1116/22 1121/15
1122/11 1123/4
1123/21 1124/10
1132/2 1133/15 1137/3
1137/4 1140/17
1140/18 1142/16
1143/6 1143/13 1150/8
1150/17 1161/5
1161/17 1163/7
1163/14 1175/22
1183/10 1183/12
1184/11 1185/8
1185/11 1186/5
1188/15 1189/4
1190/11 1191/1
1191/22 1191/24
1193/16 1195/24
**half [1]** 1193/17
**HAMISH [3]** 1085/24
1088/8 1088/19
**Hampshire [1]**
1085/19
**hand [2]** 1088/23
1134/2
**hands [1]** 1113/17
**happen [7]** 1115/9
1115/17 1121/13
1153/17 1189/2 1189/3
1192/9
**happened [8]** 1123/2
1124/3 1133/18 1136/7
1137/3 1149/7 1150/11
1196/19
**happening [7]** 1142/1
1145/25 1150/16
1163/16 1170/6
1178/17 1183/22
**happens [6]** 1118/23
1145/11 1192/4
1193/23 1194/3
1197/12
**happy [1]** 1093/18
**harm [1]** 1093/16
**Harvard [4]** 1089/17
1090/7 1090/8 1096/20
**has [34]** 1091/25
1092/4 1095/5 1096/7
1097/6 1097/7 1098/23

1102/17 1102/18 1106/9
1108/12 1110/9
1112/25 1113/7 1115/4
1118/24 1119/7 1123/4
1130/3 1130/23
1132/23 1139/6
1147/23 1147/23
1152/19 1161/18
1165/13 1171/7 1176/3
1176/15 1178/9 1181/4
1181/6 1187/1
**have [180]**
**haven't [3]** 1133/9
1137/18 1197/2
**having [3]** 1092/5
1137/7 1139/17
**he [27]** 1107/15
1107/20 1108/2 1108/9
1125/10 1165/12
1166/3 1167/15
1168/16 1169/21
1169/22 1175/18
1175/20 1175/22
1175/25 1176/12
1177/1 1177/3 1186/5
1186/15 1187/25
1188/15 1189/4 1189/5
1190/8 1190/8 1190/11
**He's [2]** 1167/17
1176/13
**headed [1]** 1174/5
**headlines [4]** 1172/18
1173/20 1173/21
1173/23
**health [1]** 1101/23
**hear [5]** 1110/1 1110/9
1111/15 1131/3
1186/14
**heard [4]** 1125/18
1137/23 1164/24
1185/24
**hearing [1]** 1128/4
**hearings [1]** 1092/13
**held [1]** 1102/23
**help [2]** 1096/9 1113/3
**helped [1]** 1138/11
**helpful [2]** 1109/21
1169/17
**her [1]** 1195/19
**HERA [1]** 1133/4
**here [34]** 1094/12
1100/8 1107/12 1108/6
1112/13 1114/16
1116/21 1117/7

1135/15 1137/23
1145/12 1147/19
1148/4 1152/4 1154/17
1156/17 1157/5
1164/19 1166/3 1168/5
1170/7 1170/24
1173/22 1175/16
1178/14 1179/9 1181/8
1183/2 1185/10
1192/19 1193/10
1196/10
**here's [2]** 1118/1
1191/5
**HERMAN [3]** 1086/20
1199/3 1199/10
**higher [5]** 1131/22
1131/23 1145/14
1148/8 1193/6
**highlight [11]** 1101/5
1102/4 1108/1 1121/21
1135/5 1163/24
1173/22 1180/11
1180/15 1180/16
1183/1
**highlighted [1]**
1195/24
**highlighting [1]**
1180/8
**him [2]** 1125/8
1186/14
**hindsight [3]** 1097/23
1097/24 1153/13
**his [15]** 1125/6 1139/2
1139/7 1139/7 1139/9
1164/10 1166/14
1177/3 1177/7 1186/4
1186/5 1186/10
1186/12 1186/14
1190/9
**HOFFMAN [1]** 1086/9
**hold [6]** 1113/4
1120/23 1121/2
1146/21 1147/21
1152/21
**holding [1]** 1146/17
**home [11]** 1086/12
1123/19 1124/5
1124/11 1147/10
1150/3 1150/5 1150/18
1150/22 1151/3
1152/13
**homeowner [5]**
1113/1 1113/7 1113/14

**homeowner... [2]**
1114/10 1123/13
**homeowners [4]**
1115/14 1123/18
1124/7 1124/8
**homes [3]** 1124/7
1124/8 1124/9
**Honor [20]** 1088/16
1088/19 1094/24
1095/19 1095/23
1096/6 1100/1 1127/9
1127/13 1128/15
1138/22 1138/25
1139/13 1140/2
1149/13 1151/5
1154/11 1157/4 1167/6
1194/18
**HONORABLE [1]**
1085/13
**hope [1]** 1158/18
**hopefully [1]** 1099/5
**hoping [1]** 1154/25
**house [5]** 1112/15
1113/14 1113/18
1113/18 1175/19
**houses [1]** 1116/23
**housing [3]** 1085/5
1086/8 1155/20
**Houston [1]** 1090/2
**how [33]** 1089/22
1090/18 1092/11
1100/19 1102/11
1103/20 1104/16
1104/16 1108/23
1113/10 1116/8
1122/12 1123/21
1135/8 1140/10 1142/7
1143/24 1144/12
1155/22 1157/13
1158/4 1161/19
1165/19 1173/6 1180/3
1180/9 1180/23 1181/3
1185/8 1185/22
1187/22 1190/20
1196/21
**HOWARD [1]** 1086/8
**huge [6]** 1104/19
1122/15 1122/19
1141/9 1145/4 1189/8
**hugely [1]** 1109/19
**HUME [5]** 1085/23
1087/4 1088/8 1088/19
1154/22

**hundred [1]** 1094/4

I

**I'd [6]** 1099/17 1104/20
1125/17 1136/23
1155/14 1182/18
**I'll [2]** 1136/6 1139/22
**I'm [17]** 1089/12
1089/12 1089/20
1100/10 1115/24
1125/2 1128/20 1131/3
1139/10 1141/19
1155/1 1160/19
1170/12 1183/7
1183/17 1185/10
1195/14
**I've [12]** 1089/24
1090/7 1091/23
1091/23 1091/24
1105/15 1112/8 1138/3
1138/15 1177/15
1198/1 1198/2
**IAN [1]** 1086/9
**idea [3]** 1116/2
1170/10 1170/11
**identical [2]** 1111/9
1188/16
**identification [1]**
1159/5
**identifies [1]** 1159/9
**III [1]** 1139/7
**illustrate [1]** 1110/3
**impact [14]** 1098/18
1114/22 1114/24
1122/4 1122/15
1135/24 1136/2 1136/5
1143/14 1143/14
1143/24 1148/8
1190/18 1193/7
**implications [1]**
1130/3
**implies [1]** 1103/22
**important [5]** 1109/20
1117/10 1130/7 1146/6
1174/20
**imposition [1]**
1105/17
**impression [1]**
1189/12
**improve [1]** 1142/17
**improved [2]** 1171/12
1171/12
**improvement [3]**
1145/5 1175/19

**improvements [7]**
1142/1 1145/19
1149/25 1155/19
1156/9 1169/6 1190/20
**improves [1]** 1171/13
**inability [1]** 1190/2
**inadvertently [1]**
1088/11
**INC [1]** 1085/2
**included [2]** 1149/1
1188/14
**includes [1]** 1149/11
**including [2]** 1092/12
1153/23
**income [47]** 1116/3
1116/3 1116/4 1116/4
1116/12 1118/1
1118/13 1119/10
1119/20 1119/20
1119/21 1119/22
1120/8 1120/9 1122/17
1141/22 1141/22
1143/2 1143/6 1144/21
1144/23 1145/6 1145/8
1145/11 1145/14
1145/23 1157/15
1163/9 1165/24
1170/20 1171/14
1171/16 1172/10
1172/10 1172/11
1173/1 1174/6 1174/15
1175/2 1175/23
1178/20 1179/2
1179/13 1179/17
1179/20 1192/1 1194/1
**inconsistent [4]**
1106/22 1106/23
1108/21 1108/22
**incorporating [2]**
1142/4 1155/23
**increase [6]** 1114/6
1114/7 1129/13
1178/11 1196/15
1197/8
**increased [1]** 1133/11
**increases [2]** 1171/16
1171/16
**increasing [1]** 1129/24
**independently [1]**
1104/6
**index [5]** 1150/5
1150/6 1150/8 1150/17
1150/18

**India [3]** 1090/20
1090/23 1090/24
**Indian [2]** 1090/22
1090/24
**indicate [1]** 1152/11
**indicates [1]** 1166/17
**individuals [2]** 1111/6
1117/18
**industry [3]** 1150/6
1188/20 1189/8
**inflection [6]** 1121/19
1142/5 1152/10
1152/11 1152/14
1170/2
**informally [1]** 1102/21
**information [21]**
1097/21 1098/2
1098/10 1098/21
1139/9 1153/9 1153/9
1155/23 1157/18
1161/8 1161/17
1161/19 1162/3
1162/11 1162/12
1162/13 1184/20
1193/10 1193/11
1195/23 1196/19
**infrastructure [2]**
1188/10 1189/11
**infusion [1]** 1178/3
**initial [3]** 1129/11
1129/11 1133/12
**initially [4]** 1104/1
1130/10 1135/1
1142/16
**input [1]** 1150/23
**inside [1]** 1158/12
**insolvency [1]**
1093/17
**instability [1]** 1138/20
**instead [3]** 1112/3
1129/23 1172/1
**Institute [3]** 1090/22
1090/24 1091/13
**institution [4]** 1094/2
1106/11 1108/11
1135/12
**institutions [1]**
1111/21
**intangible [2]** 1116/23
1116/25
**intended [2]** 1108/12
1121/20
**interest [1]** 1090/18
**interested [1]** 1146/16

**I**

**internal [23]** 1094/18
1094/20 1094/22
1143/13 1143/19
1153/1 1155/21 1157/1
1157/14 1157/21
1162/16 1162/18
1162/21 1163/1
1163/18 1164/4
1165/20 1165/22
1166/4 1168/23 1169/3
1176/10 1197/16
**internally [6]** 1144/1
1150/19 1156/3
1157/25 1158/18
1158/21
**interrupt [1]** 1170/12
**introduce [3]** 1089/10
1111/13 1112/12
**introduced [1]** 1134/6
**introductory [1]**
1195/6
**invested [1]** 1125/1
**investment [1]** 1168/4
**investors [12]** 1120/18
1120/24 1123/11
1123/16 1143/25
1146/3 1146/4 1146/22
1146/25 1157/23
1159/24 1160/15
**involve [2]** 1114/12
1115/8
**involved [3]** 1142/18
1157/23 1175/24
**involves [5]** 1115/11
1115/11 1115/12
1120/11 1120/12
**involving [1]** 1168/23
**is [374]**
**isn't [1]** 1137/15
**issue [5]** 1095/6
1102/9 1130/21 1132/5
1139/10
**issued [5]** 1110/17
1112/25 1128/1
1129/10 1146/25
**issues [4]** 1088/10
1092/2 1092/25
1142/12
**it [236]**
**it's [85]** 1088/12
1091/13 1091/18
1093/4 1097/17
1100/12 1100/14

1100/21 1101/8 1104/9
1101/18 1104/1 1104/2
1104/4 1104/7 1104/23
1106/13 1106/14
1106/19 1108/4
1110/16 1111/1 1111/2
1111/3 1111/16 1112/8
1112/17 1113/7
1113/23 1114/11
1114/11 1115/20
1115/25 1117/6
1117/19 1118/2 1118/5
1118/15 1118/17
1118/17 1121/20
1121/23 1124/12
1129/3 1129/11 1130/3
1130/8 1130/8 1130/24
1135/17 1139/17
1142/19 1146/9 1148/5
1148/6 1151/8 1153/2
1157/7 1158/15
1159/15 1160/5
1161/25 1162/1 1162/1
1162/4 1162/11
1162/11 1162/12
1167/16 1169/17
1170/16 1172/18
1174/25 1177/25
1178/3 1178/14
1181/10 1181/12
1184/18 1189/12
1191/15 1195/6 1195/8
1197/18 1197/21
**item [4]** 1120/22
1142/3 1142/13
1142/13
**items [3]** 1141/10
1143/17 1163/25
**its [5]** 1108/12 1111/11
1129/12 1130/2
1149/21
**itself [1]** 1157/6

**J**

**James [3]** 1100/9
1105/7 1105/9
**January [5]** 1134/10
1152/3 1152/17
1152/22 1153/3
**January/February [1]**
1153/3
**Jenkins [4]** 1101/10
1107/1 1128/21 1155/8
**jobs [1]** 1124/14

**JUDGE [7]** 1085/13
1088/7 1088/9 1089/10
1154/23 1187/12
1198/3
**judgment [2]** 1120/12
1193/7
**judgments [4]** 1114/8
1114/12 1115/9
1115/13
**July [16]** 1098/4
1133/3 1140/18
1148/25 1149/8 1149/9
1150/7 1150/16
1150/24 1156/4
1172/17 1181/13
1184/22 1192/13
1193/20 1196/18
**July/August [2]**
1098/4 1140/18
**jump [2]** 1154/1
1155/14
**June [6]** 1156/4
1162/8 1162/9 1162/12
1162/13 1166/7
**Jurors [1]** 1088/4
**jury [41]** 1085/12
1088/2 1088/8 1089/11
1090/16 1093/20
1096/3 1097/2 1097/9
1098/22 1101/12
1102/10 1104/22
1106/2 1107/4 1109/20
1112/9 1117/18 1119/5
1120/10 1121/6 1123/3
1125/18 1126/14
1127/16 1127/19
1129/5 1132/23
1141/11 1154/18
1154/20 1154/24
1155/17 1156/2
1167/22 1168/21
1169/18 1176/3 1184/8
1184/18 1198/6
**just [95]** 1089/2
1090/17 1093/1
1094/24 1096/15
1096/17 1097/4 1097/9
1097/19 1098/12
1099/17 1100/3 1101/5
1105/2 1107/5 1108/1
1109/14 1110/3 1111/3
1111/14 1112/11
1114/11 1115/24
1116/21 1117/10

1116/24 1117/16
1117/17 1119/6
1119/24 1121/7 1123/6
1125/3 1126/2 1126/11
1127/19 1129/7 1130/1
1132/23 1133/1 1133/8
1134/15 1134/17
1135/19 1139/22
1139/24 1140/10
1140/14 1141/24
1142/2 1142/22
1143/12 1143/16
1143/19 1144/19
1144/25 1145/4
1148/20 1149/3 1150/1
1152/24 1154/1
1155/18 1157/11
1157/18 1159/15
1162/1 1162/20
1163/24 1166/5 1174/3
1174/22 1175/3 1175/4
1176/10 1177/8
1177/12 1180/19
1182/22 1182/22
1183/7 1183/7 1184/18
1185/2 1185/4 1185/22
1187/9 1189/14
1190/18 1191/7
1192/10 1192/23
1196/1 1197/21
1197/22
**justified [1]** 1185/23
**Justison [1]** 1086/3

**K**

**KAPLAN [1]** 1085/23
**Kari [1]** 1175/16
**Kaye [1]** 1086/10
**keep [1]** 1124/12
**Kessler [1]** 1085/21
**key [5]** 1110/3 1120/22
1170/1 1174/19 1188/6
**kind [10]** 1092/24
1103/4 1107/20
1129/23 1130/5
1141/25 1169/6
1169/17 1185/23
1195/22
**kinds [2]** 1116/25
1119/8
**King [2]** 1085/21
1086/13
**Kirk [1]** 1085/18
**knew [7]** 1150/14

**K**

**knew... [6]** 1150/15
1194/9 1194/11
1194/14 1194/25
1197/15
**know [24]** 1094/1
1106/14 1112/14
1114/4 1115/16
1121/13 1135/18
1141/8 1141/11
1142/22 1147/9
1148/19 1149/10
1160/6 1160/12 1168/7
1168/8 1168/10
1168/12 1168/14
1176/24 1190/11
1194/7 1197/20
**knowing [2]** 1196/18
1196/19
**known [2]** 1116/1
1136/1
**knows [3]** 1137/1
1162/16 1162/19
**Ks [2]** 1094/15
1110/15

**L**

**ladies [1]** 1088/4
**lag [2]** 1162/15
1162/17
**LAMBERTH [6]**
1085/13 1088/7
1089/11 1154/23
1187/12 1198/3
**language [1]** 1188/15
**large [7]** 1094/12
1094/21 1121/23
1135/8 1140/19
1165/15 1169/13
**larger [3]** 1144/23
1145/7 1145/9
**last [7]** 1105/12
1106/17 1107/12
1131/1 1143/12
1164/24 1174/20
**later [7]** 1097/20
1098/10 1113/24
1114/15 1117/14
1178/1 1181/12
**law [5]** 1089/17 1090/7
1090/8 1090/15 1092/6
**lawyer [1]** 1115/7
**lead [6]** 1093/6
1159/20 1171/11

1181/22
**leading [4]** 1128/16
1153/18 1181/1
1191/13
**learn [1]** 1097/21
**learning [2]** 1160/21
1160/22
**least [5]** 1109/21
1144/19 1158/9
1173/13 1173/17
**leave [1]** 1166/5
**left [3]** 1109/5 1109/10
1140/17
**legal [2]** 1126/17
1160/20
**length [1]** 1106/15
**less [12]** 1088/13
1103/14 1118/1 1118/2
1124/8 1143/2 1143/6
1144/8 1144/25 1163/5
1192/1 1194/1
**let [10]** 1093/1 1098/23
1107/12 1114/4
1115/21 1137/9
1143/12 1157/11
1192/23 1198/1
**let's [19]** 1093/8
1103/4 1110/5 1112/15
1113/10 1113/13
1113/15 1113/16
1117/17 1123/13
1132/4 1144/16 1146/9
1159/3 1159/17
1166/25 1187/9
1190/12 1192/25
**letter [7]** 1166/20
1167/14 1167/16
1167/16 1167/18
1167/23 1168/8
**letters [1]** 1137/12
**liabilities [7]** 1102/20
1102/22 1102/24
1111/5 1111/9 1116/19
1116/20
**liability [2]** 1102/17
1112/23
**light [1]** 1140/25
**like [48]** 1090/12
1096/6 1099/17
1103/18 1104/20
1111/20 1111/20
1111/21 1114/9 1115/8
1116/2 1116/17

1116/23 1116/24
1117/2 1117/8 1122/24
1125/17 1127/9
1132/22 1133/2
1135/10 1136/23
1137/17 1137/18
1142/19 1150/20
1155/14 1156/6
1157/17 1158/17
1158/17 1159/16
1162/4 1165/7 1166/1
1170/2 1172/17 1182/1
1182/2 1182/16
1182/18 1183/22
1185/19 1185/20
1187/17 1190/8
1196/10
**likely [3]** 1177/4
1182/14 1182/17
**limit [2]** 1104/16
1135/8
**limited [1]** 1108/12
**line [4]** 1121/19
1127/24 1153/2
1169/19
**lines [2]** 1156/25
1178/15
**liquid [1]** 1123/20
**liquidation [10]**
1129/12 1129/13
1129/16 1129/20
1129/24 1130/2 1130/4
1130/9 1130/11
1134/19
**liquidity [1]** 1123/9
**list [1]** 1139/2
**listed [1]** 1167/22
**literally [1]** 1088/13
**LITIGATIONS [1]**
1085/10
**Litowitz [1]** 1086/5
**little [11]** 1121/23
1128/16 1132/11
1143/6 1144/25
1162/15 1162/17
1178/10 1179/22
1180/6 1187/9
**living [1]** 1089/16
**LLP [6]** 1085/21
1085/24 1086/5
1086/10 1086/13
1086/16
**loan [15]** 1086/12
1119/14 1123/17

1170/9 1170/15
1170/18 1170/19
1171/14 1171/21
1171/21 1171/21
1171/24 1172/1
1175/21
**loans [8]** 1119/9
1169/15 1171/18
1171/20 1171/20
1171/22 1172/2 1172/9
**local [1]** 1123/14
**Lockhart [4]** 1100/9
1105/7 1105/9 1108/11
**long [4]** 1089/22
1143/7 1168/12
1189/12
**longer [1]** 1165/1
**look [19]** 1093/13
1098/12 1102/18
1108/3 1108/6 1113/20
1127/4 1128/12
1135/24 1136/2
1143/19 1143/22
1144/1 1156/12
1163/18 1177/7
1189/14 1196/10
1197/21
**looked [11]** 1094/12
1094/13 1094/16
1094/18 1098/9 1136/5
1136/6 1156/3 1156/14
1168/15 1174/23
**looking [9]** 1098/7
1098/20 1114/10
1117/14 1122/7 1155/3
1157/20 1157/21
1182/23
**looks [2]** 1132/22
1196/10
**LORRAINE [3]**
1086/20 1199/3
1199/10
**lose [1]** 1116/10
**losing [2]** 1119/15
1124/14
**loss [16]** 1116/7
1116/12 1119/12
1122/18 1148/3 1148/3
1150/3 1152/15
1152/18 1170/8 1170/9
1170/15 1170/18
1170/19 1171/14
1175/21
**losses [21]** 1118/14

# L

**losses... [20]** 1119/14
1122/19 1124/18
1148/5 1148/7 1148/10
1148/13 1148/20
1148/22 1149/24
1149/24 1151/20
1152/20 1153/4 1153/4
1153/22 1154/5 1155/4
1155/11 1158/12
**lost [2]** 1117/25
1191/4
**lot [14]** 1091/23
1096/24 1109/16
1115/20 1124/7 1124/8
1124/18 1136/24
1137/10 1141/6
1153/13 1161/8
1170/23 1171/6
**lots [4]** 1109/24
1161/12 1172/18
1172/19
**low [2]** 1172/5 1172/6
**lower [5]** 1171/23
1172/3 1174/8 1187/15
1193/6
**lunch [3]** 1154/25
1198/5 1198/7

# M

**MAC [58]** 1085/9
1094/14 1106/9
1111/21 1113/4
1116/22 1120/22
1121/10 1122/3
1122/23 1123/5 1123/8
1124/17 1125/12
1125/22 1126/24
1129/15 1129/16
1130/18 1133/5 1137/4
1140/16 1143/20
1144/24 1145/23
1146/2 1146/7 1146/15
1146/20 1147/1 1147/3
1147/11 1147/23
1148/1 1153/15 1154/6
1159/1 1160/21
1161/14 1175/5
1175/15 1175/16
1175/17 1176/19
1177/14 1179/1
1179/12 1179/15
1180/16 1181/14
1181/15 1181/25

1185/15 1189/9
1193/12
**Mac's [3]** 1113/17
1129/17 1145/8
**machines [1]** 1116/23
**made [7]** 1093/24
1124/7 1124/8 1139/6
1144/22 1144/24
1175/15
**MAE [74]** 1085/9
1094/14 1106/9
1111/21 1113/3
1113/16 1116/22
1120/22 1121/9 1122/3
1123/5 1123/7 1123/15
1123/15 1124/17
1125/11 1125/21
1126/23 1129/14
1130/17 1133/5 1137/4
1140/16 1140/18
1143/20 1144/22
1145/6 1145/23 1146/2
1146/7 1146/15
1146/20 1147/2 1147/3
1147/10 1147/11
1147/22 1148/1 1151/1
1151/24 1152/3 1152/6
1153/1 1153/14 1154/6
1155/21 1159/1
1160/21 1161/14
1167/15 1168/2 1169/4
1169/5 1169/10
1171/22 1175/2
1176/18 1176/25
1177/2 1177/14
1179/22 1180/15
1181/9 1181/25 1183/3
1183/10 1184/10
1185/9 1185/14 1189/9
1193/12 1193/16
1195/3 1195/18
**Mae's [2]** 1148/24
1149/7
**MAE/FREDDIE [1]**
1085/9
**main [13]** 1090/3
1091/5 1108/16
1116/14 1123/14
1123/17 1138/2
1140/23 1142/12
1146/16 1148/1
1175/19 1176/12
**mainly [5]** 1092/7

1150/15 1172/18
**maintain [5]** 1111/19
1111/22 1112/4 1112/5
1188/8
**make [34]** 1098/14
1111/14 1116/9
1116/15 1117/17
1117/24 1118/7
1118/18 1118/25
1119/22 1120/7 1120/8
1121/2 1124/1 1142/20
1143/17 1144/7
1145/11 1146/9
1147/24 1152/19
1153/16 1153/20
1153/22 1157/12
1157/16 1162/1
1169/25 1180/9
1180/19 1191/4
1193/25 1195/5 1197/4
**makes [3]** 1123/19
1146/13 1157/25
**making [12]** 1115/9
1115/11 1115/12
1119/8 1119/13
1119/14 1143/23
1144/20 1145/24
1150/8 1150/24 1171/4
**management [16]**
1089/19 1090/24
1098/2 1098/2 1118/10
1148/24 1149/8 1152/3
1153/25 1157/22
1157/25 1160/23
1161/6 1161/16
1162/16 1162/18
**managing [1]** 1089/20
**many [3]** 1092/11
1104/16 1125/18
**March [6]** 1150/7
1150/16 1153/7 1168/1
1168/2 1168/13
**Mario [1]** 1138/10
**marked [1]** 1126/7
**market [5]** 1123/9
1131/5 1155/20
1188/11 1189/11
**marketplace [1]**
1159/24
**markets [1]** 1138/21
**marks [1]** 1131/9
**Martin [3]** 1151/25
1152/9 1176/7

**Mary [4]** 1164/5 1164/5
1166/7 1166/10
**mask [1]** 1088/25
**Massachusetts [1]**
1086/10
**massive [6]** 1104/19
1114/21 1114/22
1114/24 1122/1
1189/10
**material [5]** 1143/23
1159/10 1159/11
1159/20 1181/22
**materially [2]** 1159/23
1187/16
**materials [3]** 1094/11
1137/10 1160/25
**math [1]** 1136/21
**matter [3]** 1143/7
1198/2 1199/5
**maximum [4]** 1112/5
1112/6 1135/12
1135/15
**may [25]** 1088/3
1088/6 1095/24 1096/7
1100/1 1109/17
1112/24 1113/19
1113/20 1115/21
1118/12 1119/15
1119/16 1121/3
1133/10 1138/22
1139/3 1154/21
1154/22 1168/22
1168/23 1171/25
1175/6 1177/18
1196/23
**maybe [12]** 1090/17
1093/13 1108/4
1109/25 1129/2 1138/2
1141/10 1142/19
1143/11 1163/11
1165/25 1192/13
**Mayopoulos [1]**
1167/14
**Mayopoulos' [2]**
1168/15 1187/24
**MBA [1]** 1090/23
**McFarland [5]** 1152/4
1152/18 1182/10
1195/17 1195/22
**me [13]** 1093/1 1097/4
1098/23 1107/12
1115/21 1127/8 1130/7
1137/9 1143/12
1157/11 1167/11

# M

me... [2]  1172/14
1192/23
MEAGHAN [1]
1086/15
mean [22]  1103/2
1109/2 1109/2 1109/24
1122/18 1130/6
1137/23 1139/20
1145/19 1146/23
1148/4 1152/14
1160/12 1163/12
1164/22 1168/5
1169/24 1169/25
1173/5 1173/8 1184/9
1191/9
meaning [7]  1111/23
1149/25 1164/9
1165/12 1166/13
1176/1 1195/1
means [19]  1102/12
1102/16 1104/7
1112/21 1114/21
1130/2 1153/5 1169/23
1169/23 1171/12
1174/7 1174/10
1174/16 1174/22
1178/16 1179/19
1194/5 1195/10 1196/6
meant [1]  1100/11
meeting [5]  1152/3
1164/6 1164/11
1166/15 1166/18
meetings [3]  1161/14
1161/15 1161/16
Mellon [1]  1091/2
Meltzer [1]  1085/21
members [3]  1088/7
1089/11 1154/24
memo [9]  1143/22
1151/23 1152/8
1163/18 1164/5
1164/20 1166/6
1166/21 1176/15
memos [6]  1094/20
1137/12 1151/22
1156/7 1162/22 1165/4
mention [1]  1131/1
mentioned [17]
1096/18 1113/13
1119/12 1124/11
1125/20 1128/4
1129/19 1129/21
1133/9 1135/11

1142/17 1148/18
1148/20 1169/7 1181/5
1191/2 1196/3
mentioning [1]
1175/18
messaging [1]  1170/5
MICHAEL [3]  1086/2
1086/12 1164/5
microphone [1]
1089/3
mid [1]  1196/12
middle [3]  1183/11
1184/11 1185/11
might [10]  1111/8
1115/17 1133/6
1143/24 1144/12
1158/19 1158/22
1191/25 1193/1 1196/5
Miller [7]  1164/5
1164/6 1166/7 1166/10
1166/17 1166/18
1166/21
million [2]  1130/11
1135/2
millions [1]  1114/12
mind [1]  1190/11
minimum [8]  1104/3
1111/20 1111/22
1111/23 1112/4
1135/12 1135/14
1151/3
minor [2]  1139/17
1139/17
minus [7]  1111/5
1111/8 1111/9 1112/23
1116/19 1169/22
1172/2
minute [1]  1150/1
minutes [2]  1088/13
1154/15
mischaracterization
[1]  1157/3
missed [1]  1096/17
mission [3]  1106/9
1123/5 1123/22
Mister [1]  1186/1
MIT [2]  1089/19 1090/8
mix [1]  1179/22
moment [4]  1109/17
1121/12 1167/6
1194/18
money [23]  1116/9
1116/10 1117/24
1117/25 1118/7

1118/12 1118/17
1122/5 1123/11
1123/16 1123/16
1123/22 1123/25
1124/1 1124/2 1125/1
1125/13 1145/11
1146/17 1146/19
1146/22 1147/1 1191/4
month [1]  1161/20
moot [1]  1157/8
more [34]  1093/9
1096/23 1097/19
1102/20 1103/14
1103/16 1103/17
1103/17 1103/18
1109/16 1112/5
1112/11 1114/5
1114/15 1115/3
1115/25 1117/7
1129/14 1129/14
1129/16 1133/16
1135/16 1142/19
1144/8 1157/18
1157/19 1163/5
1163/13 1168/5 1178/7
1179/22 1182/14
1182/17 1192/13
morning [9]  1085/12
1088/4 1088/5 1088/7
1088/8 1089/8 1089/9
1096/4 1172/14
mortgage [29]
1086/12 1086/15
1112/25 1113/4
1113/15 1113/15
1113/19 1113/21
1114/10 1120/18
1120/19 1123/9
1123/15 1124/9
1124/10 1124/13
1143/25 1146/12
1146/17 1146/20
1146/24 1147/10
1147/14 1148/16
1152/20 1159/25
1188/11 1188/22
1189/10
mortgage-backed [5]
1120/18 1143/25
1146/12 1147/14
1159/25
mortgages [18]
1115/15 1120/13
1120/23 1120/25

1123/10 1123/20
1124/15 1146/3
1146/15 1146/24
1147/7 1147/21
1147/22 1152/21
1171/8
most [6]  1109/17
1115/21 1115/21
1116/21 1130/7
1141/13
mostly [5]  1090/10
1090/11 1135/12
1165/25 1167/4
move [14]  1127/9
1128/17 1140/2
1141/18 1144/16
1149/16 1151/7
1166/25 1167/5 1175/7
1177/18 1182/18
1187/3 1194/17
moved [1]  1172/13
Mr [7]  1087/4 1107/5
1151/25 1159/17
1166/13 1169/2 1177/9
Mr. [50]  1096/9
1105/22 1107/9
1107/13 1108/7
1108/11 1125/5 1126/5
1126/12 1128/23
1129/2 1136/24
1137/21 1137/24
1138/10 1138/11
1139/4 1140/4 1140/8
1140/10 1151/24
1152/9 1152/9 1154/2
1154/22 1156/17
1156/24 1156/24
1163/19 1164/7
1164/18 1166/7
1167/18 1168/15
1168/24 1175/16
1184/7 1184/23
1185/24 1186/20
1187/24 1187/24
1187/25 1188/1 1188/3
1188/13 1189/1 1190/7
1190/9 1197/22
Mr. Benson [5]  1184/7
1184/23 1187/25
1188/1 1190/9
Mr. Benson's [2]
1187/24 1188/13
Mr. DeMarco [13]

**Mr. DeMarco... [13]**
1107/13 1125/5
1136/24 1137/21
1138/11 1151/24
1152/9 1156/24
1163/19 1164/7
1167/18 1185/24
1190/7
**Mr. DeMarco's [5]**
1108/7 1137/24
1156/17 1164/18
1189/1
**Mr. DeRita [10]** 1096/9
1105/22 1126/5
1126/12 1129/2 1140/8
1154/2 1186/20 1188/3
1197/22
**Mr. Dharan [3]**
1128/23 1139/4
1140/10
**Mr. Edward [1]** 1107/9
**Mr. Hume [1]** 1154/22
**Mr. Kari [1]** 1175/16
**Mr. Lockhart [1]**
1108/11
**Mr. Mario [1]** 1138/10
**Mr. Martin [1]** 1152/9
**Mr. Mayopoulos' [2]**
1168/15 1187/24
**Mr. Satriano [1]**
1168/24
**Mr. Stegman [1]**
1166/7
**Mr. Stern [1]** 1156/24
**Mr. Ugoletti [1]** 1140/4
**Ms [1]** 1166/17
**Ms. [7]** 1101/10 1107/1
1128/21 1152/18
1155/8 1166/21
1195/22
**Ms. Jenkins [4]**
1101/10 1107/1
1128/21 1155/8
**Ms. McFarland [2]**
1152/18 1195/22
**Ms. Miller [1]** 1166/21
**much [19]** 1093/9
1104/16 1108/23
1113/25 1117/6
1122/12 1133/2
1136/17 1142/7
1142/18 1145/7
1155/25 1171/7 1180/2

1185/8 1194/10
**must [1]** 1110/14
**mutually [1]** 1131/5
**my [33]** 1089/25
1090/3 1090/14
1090/20 1090/23
1091/1 1094/4 1095/3
1095/11 1095/15
1097/6 1097/7 1097/13
1097/13 1097/25
1098/6 1098/13
1098/14 1099/6
1100/25 1100/25
1104/18 1112/7
1128/20 1129/8
1137/14 1138/2 1141/9
1170/8 1171/2 1172/14
1175/22 1191/5
**Myers [1]** 1086/16
**myself [1]** 1098/7

**N**

**name [1]** 1103/22
**National [1]** 1086/15
**nature [2]** 1094/23
1134/12
**necessary [8]** 1093/16
1095/3 1095/4 1095/4
1097/12 1097/14
1097/15 1097/17
**need [17]** 1095/7
1128/11 1143/3 1161/9
1161/25 1165/7 1171/7
1174/10 1174/10
1175/25 1179/20
1182/6 1184/2 1184/19
1185/20 1189/5 1194/3
**needed [5]** 1123/25
1129/8 1141/8 1145/2
1189/8
**needs [1]** 1189/6
**negative [6]** 1121/15
1121/22 1122/6
1122/18 1142/20
1170/3
**negotiate [1]** 1138/12
**net [129]**
**networks [1]** 1142/20
**never [4]** 1112/8
1114/11 1135/9
1135/22
**new [8]** 1085/19
1085/24 1086/6 1086/6

1180/14 1188/10
**news [5]** 1148/6
1148/6 1148/7 1148/8
1153/5
**next [22]** 1088/6
1088/21 1098/1
1110/25 1115/18
1134/24 1142/8
1148/18 1149/21
1159/12 1172/22
1173/17 1173/18
1174/13 1177/4
1178/18 1183/15
1184/13 1185/1
1186/25 1196/13
1196/24
**nice [3]** 1172/19
1178/1 1198/5
**no [76]** 1085/3 1095/3
1095/6 1095/11
1095/23 1097/13
1097/25 1099/7
1104/15 1105/19
1112/5 1121/7 1127/10
1127/11 1131/18
1135/8 1136/9 1137/18
1139/18 1139/21
1139/23 1140/5
1141/21 1142/11
1142/12 1143/5 1144/5
1144/15 1149/17
1151/9 1157/16
1158/14 1159/13
1160/5 1161/23 1165/1
1165/9 1166/22
1166/24 1167/7 1173/8
1173/11 1173/11
1174/10 1174/16
1175/9 1175/24
1175/25 1178/7 1178/9
1178/10 1178/14
1178/16 1179/20
1181/17 1181/19
1181/19 1182/5 1182/5
1182/6 1183/24
1184/15 1187/2 1187/5
1189/4 1189/7 1190/4
1190/6 1191/9 1194/6
1194/19 1195/14
1197/2 1197/6 1197/12
1197/13
**nominal [1]** 1130/24
**non [1]** 1170/24

**non-payments [1]**
1170/24
**normal [9]** 1103/3
1103/3 1103/5 1104/8
1106/12 1106/16
1108/13 1135/14
1171/21
**normally [1]** 1124/5
**Northwestern [1]**
1090/1
**not [119]**
**not-so-distant [1]**
1196/4
**nothing [4]** 1109/10
1115/25 1184/22
1196/18
**now [52]** 1089/15
1089/23 1089/24
1090/16 1093/8 1096/2
1096/9 1097/1 1097/19
1098/22 1104/20
1105/14 1109/1
1109/14 1109/15
1114/4 1115/12
1115/16 1117/8
1118/25 1123/17
1124/3 1124/19
1125/17 1127/3
1131/15 1132/18
1135/23 1136/6
1136/23 1137/20
1145/8 1146/20
1154/11 1155/14
1156/12 1156/17
1162/20 1166/5 1168/7
1171/9 1171/18 1176/3
1180/19 1185/24
1187/19 1192/15
1193/22 1194/7
1195/12 1195/25
1197/15
**number [17]** 1094/21
1104/1 1109/2 1109/3
1125/3 1132/4 1136/17
1136/21 1167/21
1174/25 1181/3 1185/6
1187/19 1190/15
1190/17 1192/14
1192/16
**numbers [19]** 1121/8
1121/11 1121/25
1122/17 1122/18
1122/21 1145/5 1149/2
1156/13 1158/20

**N**

numbers... [9] 1170/4
1178/6 1179/16
1180/14 1183/5 1183/6
1183/8 1184/5 1184/23
numeral [1] 1139/7
NW [6] 1085/19
1085/24 1086/10
1086/13 1086/16
1086/21

**O**

O'Melveny [1] 1086/16
objection [25] 1095/23
1127/10 1127/11
1128/15 1138/22
1139/18 1139/21
1139/23 1140/5
1149/15 1149/17
1149/18 1151/8 1151/9
1153/18 1157/3 1157/8
1160/10 1167/7 1175/9
1177/23 1181/1 1187/5
1191/13 1194/19
objective [2] 1106/11
1108/13
obligation [2] 1113/7
1174/16
obligations [3]
1102/21 1111/8 1173/2
obviously [1] 1093/9
occasionally [1]
1090/14
October [4] 1085/5
1107/19 1153/10
1199/10
off [8] 1099/17
1120/25 1122/24
1129/10 1135/7
1141/19 1144/19
1191/1
offer [1] 1091/14
officer [6] 1152/5
1175/17 1175/17
1182/10 1195/18
1196/23
Official [2] 1086/20
1199/3
often [5] 1110/1
1111/15 1112/12
1131/3 1152/10
oh [6] 1109/4 1135/23
1158/3 1162/8 1189/22
1191/25

okay [39] 1088/4
1088/16 1089/4
1093/22 1095/2
1097/10 1099/13
1099/17 1100/5 1100/8
1102/14 1105/4 1107/8
1107/25 1111/11
1113/2 1119/24 1120/1
1122/9 1123/6 1127/20
1128/20 1139/25
1141/17 1143/12
1144/17 1145/3 1155/1
1163/7 1167/2 1169/20
1169/24 1171/18
1174/4 1177/20
1182/20 1189/17
1191/20 1192/22
omitted [1] 1088/11
once [6] 1102/5
1106/13 1108/14
1116/17 1118/24
1195/11
one [63] 1091/17
1091/19 1092/3
1092/20 1093/14
1095/8 1096/8 1096/17
1097/6 1097/10
1100/11 1100/21
1100/22 1110/10
1111/1 1111/8 1114/11
1116/13 1117/15
1129/21 1130/18
1130/18 1131/1
1131/11 1132/18
1132/21 1132/22
1133/9 1133/11 1134/5
1136/7 1136/22
1139/15 1141/16
1141/25 1142/2 1142/3
1143/12 1148/23
1150/1 1150/1 1150/25
1157/18 1157/21
1157/22 1161/7 1164/2
1165/14 1167/6
1168/22 1170/7
1172/14 1174/13
1174/20 1174/22
1175/3 1175/4 1175/21
1182/23 1193/17
1194/18 1194/24
1196/1
one-day [1] 1150/1
one-minute [1] 1150/1
one-time [1] 1141/25

ones [1] 1128/9
only [19] 1097/21
1098/20 1118/5
1118/15 1118/17
1118/17 1124/11
1137/5 1137/8 1138/3
1163/9 1181/10
1183/16 1184/14
1189/9 1192/1 1192/4
1195/14 1196/19
onward [1] 1139/6
operate [2] 1104/6
1106/18
operation [3] 1103/4
1104/9 1106/16
operations [3]
1106/12 1108/13
1189/19
opinion [8] 1097/13
1103/20 1106/21
1131/16 1160/20
1170/13 1183/19
1185/18
opinions [1] 1134/13
opposite [6] 1095/15
1101/1 1112/3 1114/2
1178/14 1181/24
optimistic [2] 1174/24
1186/11
option [2] 1129/22
1129/25
oranges [1] 1157/17
order [7] 1091/7
1093/16 1102/9 1106/7
1109/14 1118/8 1180/9
organize [1] 1141/10
organized [1] 1141/14
original [8] 1128/24
1129/5 1131/15
1131/16 1131/19
1131/24 1134/16
1134/18
other [25] 1091/10
1091/19 1092/8
1094/16 1102/4
1102/18 1114/1
1116/24 1118/11
1119/10 1120/6
1123/11 1123/17
1139/11 1147/19
1147/20 1147/20
1151/12 1151/18
1157/19 1157/19
1157/22 1158/22

others [2] 1123/6
1176/7
our [4] 1088/9 1116/12
1152/12 1172/20
ourself [1] 1111/7
out [32] 1091/25
1101/17 1103/5
1104/13 1104/14
1104/15 1108/24
1109/14 1113/24
1115/2 1120/24
1123/17 1148/2 1149/4
1153/9 1158/17 1161/9
1161/9 1161/18
1161/22 1162/4
1162/6 1162/7 1162/10
1164/15 1164/17
1178/9 1178/16 1179/2
1183/16 1184/1
1197/17
outside [2] 1123/15
1139/1
over [12] 1103/24
1104/16 1105/23
1138/19 1142/8
1159/12 1161/5
1165/15 1174/22
1178/20 1183/21
1196/3
overall [2] 1135/18
1180/1
Overruled [1] 1153/19
oversee [1] 1101/21
overview [2] 1164/10
1166/14
owed [2] 1124/9
1145/10
own [2] 1142/6 1147/6
owned [1] 1123/23
owner [1] 1147/10
owners [1] 1147/11
ownership [1] 1123/19

**P**

P.A [1] 1086/2
p.m [1] 1198/7
page [13] 1087/2
1087/8 1098/1 1105/20
1105/23 1105/24
1108/4 1167/23
1178/18 1186/25
1188/17 1189/14
1189/16

**P**

pages [3] 1174/1
1189/21 1189/23
paid [13] 1113/20
1120/25 1120/25
1121/3 1122/12
1129/23 1132/16
1135/7 1136/13
1136/16 1136/19
1138/6 1147/22
pandemic [1] 1137/1
paper [2] 1113/5
1117/3
paragraph [5] 1105/22
1106/3 1106/4 1139/6
1188/18
parentheses [1]
1122/17
part [14] 1098/17
1105/11 1128/7 1130/7
1131/16 1134/2
1150/23 1153/24
1159/1 1169/13
1172/10 1183/15
1184/13 1189/15
particular [4] 1095/4
1111/4 1146/5 1169/5
particularly [1]
1095/16
parties [1] 1088/12
passed [1] 1133/4
past [1] 1118/1
PATERSON [1]
1085/17
pay [38] 1113/7
1114/11 1116/3 1116/5
1116/8 1116/9 1116/10
1117/22 1118/1 1118/2
1120/13 1120/18
1120/19 1124/15
1129/22 1130/24
1132/16 1134/22
1134/24 1136/18
1141/1 1143/4 1144/7
1145/8 1146/3 1147/11
1147/12 1147/15
1147/16 1148/16
1159/6 1163/5 1163/13
1163/21 1165/16
1174/11 1190/3 1192/5
paying [7] 1124/12
1129/23 1136/10
1168/5 1171/8 1179/10
1191/5

payment [14] 1116/24
1130/5 1134/6 1145/2
1147/23 1147/24
1147/24 1163/15
1175/24 1179/3 1179/6
1179/7 1179/14
1179/18
payments [3] 1144/12
1170/24 1178/15
PCAOB [1] 1093/3
PCF [1] 1131/3
peek [2] 1153/4 1153/6
Pennsylvania [2]
1085/22 1086/13
people [9] 1120/12
1124/14 1137/13
1148/15 1153/14
1161/13 1171/8 1194/8
1195/4
percent [27] 1109/4
1128/3 1129/20 1130/9
1130/10 1130/12
1130/22 1131/22
1131/23 1132/3 1132/4
1132/7 1132/12
1134/16 1134/19
1134/22 1134/25
1141/23 1143/3
1145/14 1159/6 1163/6
1163/21 1165/24
1179/7 1179/13 1193/6
percentage [2] 1109/3
1116/5
performance [1]
1141/20
performing [1] 1172/7
perhaps [1] 1107/5
period [19] 1090/9
1098/4 1116/12
1121/21 1122/7 1122/8
1122/9 1122/10
1122/20 1134/8
1140/19 1141/23
1143/8 1159/12
1161/20 1178/20
1183/21 1191/21
1193/19
periodic [2] 1131/2
1131/10
permanent [2]
1113/23 1142/19
person [2] 1101/21
1152/6
personal [1] 1111/7

personnel [2] 1161/13
1165/5
PETER [1] 1085/17
PhD [3] 1089/25
1091/2 1091/5
phone [1] 1138/23
phrase [5] 1093/14
1102/3 1115/7 1152/10
1174/19
phrases [2] 1101/5
1109/25
picture [5] 1156/2
1156/5 1162/20
1162/24 1185/5
piece [1] 1113/5
pieces [2] 1147/7
1148/7
Pittsburgh [1] 1091/3
place [4] 1091/3
1098/7 1164/12 1191/9
placed [2] 1106/9
1125/21
plaintiff's [1] 1194/17
plaintiffs [11] 1085/3
1085/16 1085/20
1088/8 1088/20
1088/20 1093/11
1128/17 1167/5 1175/7
1187/3
PLAINTIFFS' [14]
1085/15 1106/25
1107/4 1127/14 1140/6
1149/14 1149/19
1151/6 1151/10 1167/9
1175/11 1187/10
1187/11 1194/21
plan [9] 1102/6
1158/16 1158/16
1180/7 1186/15
1186/23 1188/2 1189/5
1195/15
Planning [1] 1177/11
plans [5] 1186/12
1186/14 1188/25
1189/1 1190/9
play [1] 1182/17
played [1] 1088/18
please [12] 1088/23
1089/10 1104/24
1107/23 1127/14 1167/6
1186/20 1186/25
1188/18 1190/12
1194/18 1197/22
PLLC [1] 1085/18

point [35] 1098/1 1106/13
1106/20 1108/7 1110/2
1113/19 1113/21
1114/16 1114/17
1126/18 1131/9
1140/16 1142/5 1143/8
1143/11 1152/10
1152/11 1152/11
1152/14 1155/15
1159/14 1167/21
1167/25 1168/1 1170/3
1172/24 1173/12
1182/18 1182/21
1182/24 1187/19
1188/4 1190/15
1190/17 1190/17
1196/4
points [5] 1115/24
1155/15 1167/22
1182/19 1188/6
popular [1] 1111/2
Porter [1] 1086/10
portion [3] 1164/15
1164/17 1164/19
position [1] 1165/14
positive [10] 1102/24
1116/4 1121/21
1121/23 1122/21
1134/24 1135/6
1145/17 1170/4 1194/4
possibility [3] 1164/20
1194/9 1196/3
possible [4] 1123/19
1124/12 1131/2 1197/9
potential [4] 1152/20
1184/19 1188/21
1189/7
potentially [7] 1113/22
1142/8 1142/15
1159/10 1184/12
1185/12 1192/17
PowerPoint [1]
1172/19
PR [2] 1164/21
1164/22
practical [1] 1091/15
predecessor [1]
1125/11
predict [1] 1136/25
predicting [5] 1148/15
1150/20 1150/22
1152/21 1170/23
predictions [1]
1153/22

**P**

**preference [10]**
1129/12 1129/13
1129/17 1129/20
1129/24 1130/2 1130/4
1130/9 1130/11
1134/19
**preferred [17]** 1085/9
1123/24 1125/1
1125/13 1125/14
1126/16 1127/25
1127/25 1129/9
1129/17 1130/3
1132/14 1132/15
1134/20 1179/3 1179/6
1180/12
**prepare [3]** 1111/7
1128/23 1134/12
**prepared [7]** 1096/2
1110/3 1139/4 1153/24
1155/1 1168/19
1177/14
**preparing [1]** 1182/10
**present [3]** 1096/3
1129/25 1185/5
**presentation [10]**
1124/20 1129/3 1152/2
1172/16 1172/19
1177/16 1188/14
1195/4 1195/5 1195/8
**presentations [3]**
1108/1 1151/1 1153/25
**presented [1]** 1124/23
**presenting [1]** 1177/9
**preserve [9]** 1094/1
1095/12 1099/2
1099/11 1102/1 1103/9
1104/11 1104/17
1108/17
**preserving [1]**
1100/23
**President [2]** 1167/15
1177/2
**pressure [3]** 1173/6
1173/11 1174/17
**pretty [3]** 1114/20
1140/19 1191/15
**prevented [1]** 1112/2
**previous [5]** 1164/11
1166/15 1174/25
1183/18 1185/8
**previously [1]** 1158/6
**price [7]** 1113/18
1150/5 1150/18

1150/22 1151/4
1152/13 1169/9
**prices [2]** 1150/3
1175/19
**principal [1]** 1164/22
**Principles [3]** 1110/12
1110/21 1110/23
**Prior [2]** 1123/21
1123/23
**private [9]** 1094/22
1109/12 1109/13
1123/23 1125/1
1125/13 1125/13
1132/9 1132/13
**privy [1]** 1161/16
**probably [2]** 1196/11
1196/11
**problem [25]** 1095/5
1097/15 1141/7
1142/12 1159/15
1165/6 1178/12
1181/21 1182/3 1182/6
1182/24 1187/15
1191/8 1191/9 1191/10
1191/11 1191/17
1191/19 1191/21
1191/22 1191/24
1191/25 1197/9
1197/12 1197/13
**problems [1]** 1170/24
**proceed [4]** 1088/6
1095/24 1154/22
1157/9
**proceedings [2]**
1086/25 1199/5
**process [4]** 1106/10
1106/20 1108/10
1195/9
**produced [1]** 1086/25
**producing [1]** 1145/20
**product [1]** 1147/6
**professional [1]**
1091/10
**professor [15]**
1088/21 1089/8
1089/12 1090/4 1091/1
1096/19 1100/3 1106/3
1107/3 1127/16
1157/11 1167/11
1180/20 1185/2 1187/7
**proffer [1]** 1094/24
**profit [4]** 1118/18
1119/1 1193/19 1196/1
**profitability [4]**

1167/19 1174/21
1182/15 1195/25
**profitable [1]** 1168/3
**profits [22]** 1117/23
1118/6 1118/13
1118/16 1118/20
1148/9 1153/5 1156/9
1157/15 1158/12
1163/20 1164/18
1169/6 1171/11
1171/12 1187/15
1190/2 1191/4 1192/25
1193/2 1193/5 1196/3
**programming [1]**
1154/24
**programs [1]** 1096/21
**project [1]** 1174/9
**projected [19]** 1115/2
1150/14 1152/16
1153/9 1156/3 1157/15
1174/6 1174/21 1179/2
1179/18 1180/17
1181/13 1181/16
1181/17 1184/16
1185/15 1185/16
1185/16 1193/5
**projecting [18]**
1142/10 1148/2
1152/18 1156/5 1156/8
1156/9 1156/10 1163/9
1163/15 1165/23
1168/3 1177/9 1179/9
1180/10 1183/1
1183/11 1184/24
1192/14
**projection [13]** 1149/1
1150/24 1157/15
1178/24 1181/11
1181/12 1181/14
1181/15 1183/6
1183/15 1184/14
1185/19 1185/23
**projections [41]**
1118/24 1155/21
1155/22 1156/13
1156/15 1157/2
1157/21 1157/25
1158/12 1158/16
1158/20 1162/22
1163/2 1165/20
1165/22 1166/1 1166/4
1169/3 1174/14
1174/24 1177/7
1177/14 1178/5 1178/7

1178/19 1182/1 1182/4
1182/25 1184/7
1185/10 1186/11
1187/14 1190/1 1190/5
1190/9 1190/20
1192/10 1192/11
1193/20
**projects [2]** 1118/12
1180/4
**promises [1]** 1121/1
**properties [1]** 1119/16
**property [2]** 1102/1
1117/3
**prospect [2]** 1183/20
1183/21
**provide [6]** 1094/1
1096/6 1096/7 1099/20
1103/10 1103/16
**provided [3]** 1133/19
1164/10 1166/14
**provides [1]** 1143/10
**providing [2]** 1123/9
1126/20
**provision [10]** 1120/3
1120/8 1120/10
1120/15 1120/19
1135/4 1152/19 1170/9
1170/19 1175/21
**provisions [15]**
1119/13 1119/13
1119/25 1120/6 1121/2
1121/4 1121/15
1121/16 1121/22
1121/24 1135/19
1148/12 1148/13
1170/23 1171/4
**Prussia [1]** 1085/21
**PSPAs [1]** 1165/2
**public [9]** 1091/7
1091/9 1093/4 1093/24
1094/13 1098/24
1111/2 1158/17
1162/18
**publications [2]**
1092/1 1161/4
**publicly [3]** 1099/14
1158/22 1162/11
**published [3]** 1100/14
1101/7 1110/17
**pull [3]** 1110/5
1127/18 1186/20
**purchase [4]** 1085/9
1125/24 1126/17

**P**

**purchase... [1]**
1180/12

**purchasers [1]**
1147/14

**purpose [18]** 1093/25
1095/9 1098/11
1098/12 1098/14
1098/20 1099/1 1099/4
1099/8 1099/9 1099/14
1100/22 1101/22
1101/25 1106/5
1108/17 1115/23
1195/8

**purposes [3]** 1095/21
1099/12 1102/12

**put [22]** 1095/13
1097/5 1101/17 1102/2
1112/14 1116/17
1119/6 1122/6 1131/20
1133/5 1134/18
1138/12 1140/14
1146/21 1146/24
1147/3 1158/11
1158/17 1159/17
1160/11 1192/16
1193/10

**puts [2]** 1133/3
1135/15

**putting [3]** 1098/7
1100/23 1196/17

**PX [33]** 1104/23
1126/8 1127/3 1127/4
1127/9 1127/9 1127/16
1127/17 1128/17
1140/3 1149/16 1151/7
1164/1 1167/3 1167/5
1172/12 1172/13
1173/24 1174/1 1175/5
1175/8 1176/3 1177/12
1177/17 1177/18
1186/19 1186/23
1187/4 1194/16
1194/17 1194/23
1197/17 1197/23

**PX-0002B [1]** 1104/23
**PX-003A [1]** 1126/8
**PX-0205 [1]** 1164/1
**PX-154 [3]** 1186/19
1186/23 1187/4
**PX-160 [1]** 1151/7
**PX-167 [2]** 1167/3
1167/5
**PX-211 [5]** 1149/16

1172/12 1172/13
1173/24 1174/1
**PX-213 [2]** 1176/3
1177/17
**PX-216 [2]** 1177/12
1177/18
**PX-228 [2]** 1175/5
1175/8
**PX-245 [3]** 1194/16
1194/17 1194/23
**PX-259 [2]** 1197/17
1197/23
**PX-33 [3]** 1127/3
1127/16 1128/17
**PX-34 [2]** 1127/4
1127/17
**PX-351 [1]** 1140/3
**PX-3A [1]** 1127/9
**PX-3B [1]** 1127/9

**Q**

**Q1 [4]** 1141/20 1151/4
1174/7 1174/7
**Q2 [1]** 1141/20
**Qs [1]** 1110/15
**qualifications [2]**
1090/17 1091/11
**quarter [25]** 1103/25
1134/10 1134/23
1134/23 1134/24
1135/7 1143/2 1144/21
1144/22 1145/4 1159/3
1159/4 1159/9 1161/20
1161/22 1162/2 1162/7
1162/8 1174/5 1174/7
1174/15 1174/23
1175/3 1175/4 1176/1
**quarterly [2]** 1094/16
1161/10
**quarters [1]** 1145/12
**question [22]** 1093/17
1093/21 1093/22
1094/4 1095/2 1097/6
1097/7 1098/23
1101/24 1106/6
1109/15 1109/15
1109/16 1136/23
1137/9 1156/24 1157/6
1157/11 1157/12
1182/23 1192/20
1192/23
**questioning [1]**
1156/20
**questions [9]** 1093/10

1095/1 1097/3 1100/13
1101/18 1123/3
1139/19
**quick [1]** 1123/6
**quickly [4]** 1096/25
1112/7 1165/6 1172/20
**quite [1]** 1094/21
**quotations [1]**
1163/13
**quote [1]** 1131/9
**quotes [1]** 1131/4
**quoting [3]** 1131/10
1131/13 1197/16

**R**

**Radnor [1]** 1085/22
**raise [4]** 1088/23
1124/2 1125/13
1146/22
**raised [3]** 1123/22
1164/20 1165/13
**range [1]** 1196/11
**re [1]** 1085/9
**reached [1]** 1094/25
**reaching [2]** 1097/20
1098/1
**reaction [1]** 1137/14
**read [16]** 1098/23
1102/14 1103/2 1103/8
1105/17 1106/6 1125/6
1137/24 1138/16
1138/17 1164/13
1172/21 1177/25
1186/5 1186/8 1195/19
**ready [3]** 1104/24
1107/3 1188/21
**real [6]** 1116/13
1123/6 1135/4 1152/11
1156/15 1170/3
**realizing [1]** 1171/6
**really [24]** 1091/7
1095/17 1104/3 1104/4
1110/13 1113/25
1114/2 1115/1 1117/3
1117/10 1123/19
1124/12 1135/6 1141/8
1145/5 1152/10 1156/8
1156/11 1157/17
1158/15 1170/7
1173/23 1190/24
1192/1
**reason [17]** 1121/4
1137/21 1137/25

1138/3 1138/4
1138/7 1138/18 1141/4
1159/18 1159/18
1170/6 1174/8 1181/4
1181/5 1183/22 1191/5
**reasonable [2]**
1097/17 1131/6
**reasonably [5]**
1093/16 1095/3
1097/12 1097/14
1097/14
**reasons [4]** 1135/23
1135/25 1141/3
1165/14
**rebuttal [1]** 1163/17
**recall [7]** 1155/4
1155/10 1159/4
1185/24 1186/10
1188/8 1188/13
**recap [3]** 1123/6
1133/1 1155/18
**receive [3]** 1116/24
1131/20 1131/22
**received [25]** 1087/9
1087/9 1087/10
1087/10 1087/11
1087/11 1087/12
1087/12 1087/13
1127/12 1127/14
1140/6 1149/18
1149/19 1151/8
1151/10 1167/8 1167/9
1175/10 1175/11
1177/24 1187/10
1187/11 1194/20
1194/21
**Recess [1]** 1154/19
**recipient [3]** 1176/12
1176/13 1176/14
**recognize [1]** 1144/20
**recollection [2]** 1186/4
1186/12
**record [2]** 1157/5
1199/5
**recorded [1]** 1086/25
**recording [1]** 1162/1
**recounts [1]** 1187/25
**recovered [2]** 1165/25
1171/8
**recovery [3]** 1156/6
1169/10 1170/2
**reduce [3]** 1122/20
1171/10 1171/13
**reduced [1]** 1180/25

# R

**reducing [1]** 1121/17
**reduction [2]** 1164/22 1175/21
**refer [3]** 1105/20 1126/2 1157/7
**reference [1]** 1131/5
**referred [1]** 1177/3
**referring [3]** 1140/21 1170/22 1190/8
**refers [1]** 1176/18
**reflecting [1]** 1121/11
**reflects [1]** 1121/20
**regarding [5]** 1095/16 1126/18 1152/2 1159/5 1164/17
**regardless [2]** 1135/8 1193/2
**regulated [1]** 1135/14
**regulator [1]** 1125/10
**regulators [1]** 1135/13
**regulatory [1]** 1112/2
**reinforce [1]** 1098/13
**relate [4]** 1092/2 1103/20 1111/14 1148/10
**related [6]** 1090/12 1090/14 1092/3 1119/16 1152/16 1174/8
**relates [2]** 1101/15 1140/11
**relationship [2]** 1178/25 1179/13
**release [4]** 1158/22 1195/10 1195/16 1196/15
**released [3]** 1192/7 1195/1 1196/6
**relevance [3]** 1149/22 1188/25 1191/23
**relevant [3]** 1151/12 1181/3 1181/3
**reliable [1]** 1157/19
**relying [2]** 1097/20 1097/23
**remain [1]** 1088/22
**remainder [1]** 1174/14
**remaining [6]** 1114/16 1132/12 1132/12 1180/11 1180/20 1180/21
**remedying [1]** 1099/23
**remember [6]** 1089/2

1168/24 1173/23
**remove [1]** 1088/25
**renegotiate [1]** 1137/16
**repay [4]** 1163/12 1163/12 1168/4 1168/5
**repeats [1]** 1106/17
**replayed [1]** 1088/12
**report [13]** 1110/14 1124/17 1139/2 1139/4 1139/7 1139/7 1139/9 1139/15 1139/20 1161/10 1162/3 1163/17 1172/1
**reported [2]** 1086/20 1163/19
**Reporter [2]** 1086/20 1199/3
**reporting [2]** 1162/11 1171/23
**reports [4]** 1094/15 1094/16 1139/14 1161/19
**represent [2]** 1125/13 1185/7
**representing [1]** 1167/17
**represents [1]** 1191/2
**request [1]** 1175/25
**require [1]** 1135/13
**required [1]** 1111/22
**requirements [1]** 1111/16
**Research [1]** 1089/21
**reserve [2]** 1112/19 1131/8
**rest [1]** 1141/13
**restore [4]** 1094/2 1099/3 1102/7 1106/8
**restoring [1]** 1099/10
**restricted [1]** 1097/25
**result [1]** 1136/15
**resulted [1]** 1142/2
**resulting [1]** 1175/25
**results [3]** 1145/20 1145/21 1174/23
**retirement [1]** 1090/6
**return [4]** 1106/15 1108/13 1108/18 1133/18
**returned [1]** 1108/15
**returning [1]** 1106/12
**revenue [4]** 1119/7

**revenues [3]** 1119/8 1165/15 1190/2
**reverse [1]** 1114/5
**reversing [1]** 1142/15
**review [4]** 1094/11 1099/13 1160/24 1182/9
**reviewed [13]** 1100/16 1124/22 1137/9 1158/2 1158/25 1162/21 1167/1 1176/4 1176/5 1187/7 1187/8 1189/21 1196/20
**reviewing [1]** 1165/20
**Rice [1]** 1090/2 1096/18
**right [64]** 1088/17 1088/23 1089/25 1092/15 1095/24 1101/14 1105/15 1107/12 1112/3 1112/11 1113/6 1116/8 1116/24 1117/22 1118/2 1121/7 1122/14 1124/23 1132/25 1134/2 1137/10 1142/25 1144/19 1145/13 1145/13 1146/11 1147/8 1147/18 1148/17 1149/5 1149/23 1150/15 1152/17 1154/13 1154/22 1155/13 1155/13 1158/5 1158/23 1160/2 1160/14 1161/21 1162/4 1162/14 1163/3 1165/18 1167/18 1168/20 1168/24 1169/12 1169/16 1171/20 1172/25 1176/11 1179/4 1183/13 1187/23 1188/7 1192/2 1193/3 1193/4 1195/7 1195/11 1197/19
**right-hand [1]** 1134/2
**risk [31]** 1113/19 1114/12 1114/13 1114/25 1115/4 1115/8 1115/14 1120/11 1120/20 1120/21 1121/3 1121/3 1121/9

1122/15 1124/16 1143/23 1145/22 1148/3 1153/16 1156/25 1157/13 1159/5 1159/5 1159/8 1159/10 1159/13 1160/4 1160/8 1160/15 1160/16 1171/13
**risks [8]** 1115/2 1115/17 1118/11 1147/22 1156/22 1157/1 1157/23 1157/24
**Road [1]** 1085/21
**roaring [3]** 1156/6 1169/10 1170/2
**role [2]** 1161/6 1182/17
**Roman [1]** 1139/7
**Room [1]** 1086/22
**roughly [1]** 1092/11 1092/12
**round [2]** 1132/4 1145/1
**ROYCE [1]** 1085/13
**RPR [1]** 1086/20
**rules [5]** 1110/17 1113/12 1119/1 1160/14 1160/14
**running [2]** 1103/2 1161/7
**rush [2]** 1173/5 1173/11

# S

**safe [4]** 1094/2 1102/3 1102/7 1103/13
**safety [2]** 1103/17 1106/8
**said [24]** 1097/10 1099/6 1101/16 1104/8 1108/11 1111/6 1116/18 1117/10 1117/11 1129/9 1133/6 1133/21 1134/22 1137/14 1146/16 1149/23 1156/21 1163/19 1166/22 1168/7 1187/25 1189/4 1190/8 1196/10
**same [25]** 1092/16 1098/7 1100/14 1102/19 1111/16 1120/7 1121/17

**S**

same... [18] 1122/23
1124/13 1127/1
1129/15 1136/23
1145/1 1157/24 1169/2
1170/10 1170/16
1174/18 1177/13
1178/18 1180/16
1180/21 1181/16
1184/6 1188/15
**SAMUEL [1]** 1085/23
**Satriano [1]** 1168/24
save [1] 1187/9
savings [1] 1191/3
saw [20] 1124/19
1125/4 1125/8 1125/21
1128/9 1131/12 1133/8
1134/16 1151/22
1152/12 1156/20
1159/6 1162/21
1162/23 1163/7 1163/8
1166/1 1166/3 1193/20
1194/8
say [36] 1090/11
1092/12 1098/4
1108/15 1110/22
1111/8 1112/7 1112/15
1113/10 1113/13
1113/15 1113/16
1114/8 1115/21
1121/20 1121/24
1121/25 1123/13
1132/4 1142/23 1148/5
1157/18 1159/4 1164/8
1165/5 1165/12
1167/25 1174/3 1177/1
1190/23 1191/4 1191/7
1195/8 1195/21 1196/1
1196/8
saying [20] 1133/3
1138/7 1142/7 1152/8
1153/14 1169/22
1169/22 1173/14
1174/12 1174/14
1175/1 1175/22 1182/4
1182/14 1183/12
1191/11 1194/14
1195/12 1195/14
1195/23
says [49] 1100/13
1101/20 1101/22
1101/25 1102/5 1102/8
1106/7 1107/10 1108/2
1108/9 1110/15 1111/8

1114/19 1121/24
1135/16 1142/3 1147/6
1152/2 1152/14 1153/3
1159/17 1164/9
1164/19 1164/19
1164/20 1165/1 1166/3
1166/22 1168/1 1168/7
1169/6 1169/8 1169/13
1173/1 1173/15
1174/18 1174/20
1175/20 1175/25
1176/23 1177/3 1178/3
1180/24 1182/16
1188/10 1188/20
1195/5 1195/24 1196/9
scandals [1] 1092/5
scenario [1] 1137/2
scenarios [1] 1136/25
**Schiller [1]** 1085/24
**Scholer [1]** 1086/10
school [11] 1089/17
1089/19 1090/7 1090/8
1090/8 1092/6 1092/6
1092/7 1096/20
1096/20 1096/22
scope [1] 1139/1
screen [4] 1104/24
1126/4 1127/18 1185/2
seated [2] 1088/3
1154/21
**SEC [18]** 1092/22
1092/24 1094/14
1110/14 1156/20
1156/21 1156/25
1157/14 1158/2 1158/4
1158/6 1158/13
1158/25 1160/3 1160/8
1160/22 1162/16
1162/17
second [29] 1093/18
1093/21 1093/22
1095/8 1097/7 1098/23
1099/18 1111/1
1122/11 1129/21
1133/14 1133/19
1133/21 1141/24
1143/5 1143/8 1144/21
1145/4 1149/1 1159/3
1159/4 1159/9 1162/2
1162/7 1162/8 1167/23
1172/23 1174/23
1192/19
secondary [1] 1188/11
**Secretary [9]** 1164/7

1164/20 1166/11
1166/13 1166/14
1166/17 1166/21
section [1] 1176/15
**securities [3]** 1092/21
1143/25 1159/25
securitization [2]
1188/22 1189/10
securitize [3] 1120/24
1146/3 1146/23
securitizing [1]
1119/10
security [4] 1120/19
1146/12 1147/4
1147/15
see [85] 1100/6 1100/8
1100/21 1103/5 1108/2
1110/5 1110/11
1112/13 1121/11
1121/14 1121/18
1121/22 1122/16
1122/19 1122/21
1124/25 1125/3
1125/15 1127/23
1137/18 1139/6
1143/13 1144/6 1144/8
1144/9 1144/11
1144/13 1148/23
1149/2 1150/6 1150/18
1150/19 1150/21
1151/2 1151/18 1153/2
1154/5 1154/9 1154/16
1156/22 1158/20
1159/13 1159/16
1160/3 1160/5 1160/17
1161/12 1161/18
1163/1 1163/6 1165/2
1165/4 1165/9 1165/17
1166/5 1166/7 1166/15
1168/15 1169/11
1173/3 1173/22 1174/4
1176/6 1176/7 1176/16
1177/5 1178/2 1178/5
1178/7 1178/10
1178/20 1179/3
1179/15 1180/9 1181/8
1185/22 1187/17
1187/18 1187/22
1187/25 1188/11
1188/22 1189/19
1197/14 1197/18
seeing [3] 1150/8
1156/11 1159/4

seems [1] 1117/8
seen [26] 1100/7
1105/14 1105/15
1112/8 1125/5 1135/9
1135/21 1137/12
1137/17 1137/18
1138/3 1138/15
1138/21 1159/8 1165/7
1166/20 1166/23
1166/24 1176/3
1177/13 1177/15
1178/24 1180/12
1187/14 1190/19
1197/2
sees [1] 1165/1
selected [1] 1172/15
sell [4] 1120/24
1123/11 1146/18
1146/22
selling [1] 1119/9
sells [2] 1123/14
1123/15
sending [1] 1104/19
sends [2] 1103/24
1104/14
senior [11] 1085/9
1126/16 1127/25
1129/9 1129/17 1130/3
1134/20 1161/13
1176/24 1177/1
1180/12
sense [6] 1104/17
1146/13 1157/12
1157/16 1169/25
1197/4
sent [5] 1099/21
1104/15 1104/16
1168/8 1186/15
sentence [6] 1106/17
1107/7 1164/8 1164/9
1166/6 1170/5
**September [11]**
1098/25 1099/15
1105/8 1123/21
1125/18 1125/21
1133/6 1133/6 1133/7
1168/11 1168/13
series [1] 1171/4
serious [4] 1160/8
1165/6 1191/17
1191/19
**SESSION [2]** 1085/12
1177/11
set [2] 1107/25

**S**

set... [1] 1110/13
several [4] 1096/14
1151/22 1174/22
1176/3
share [1] 1189/11
shareholder [1]
1125/24
shareholders [15]
1097/17 1108/16
1108/19 1109/5
1109/11 1109/12
1109/13 1125/1
1125/13 1125/14
1132/10 1132/14
1132/16 1132/17
1157/22
shares [1] 1132/5
she [16] 1124/22
1152/6 1152/8 1152/14
1152/14 1182/12
1182/13 1182/15
1182/16 1195/21
1195/23 1195/24
1196/8 1196/9 1196/9
1196/13
She's [1] 1152/21
sheet [14] 1100/12
1100/12 1101/16
1106/6 1112/16
1114/22 1116/18
1142/16 1170/19
1172/4 1192/9 1195/2
1195/11 1196/7
Shiller [1] 1150/5
shine [1] 1145/5
short [2] 1088/11
1154/12
shortfall [2] 1192/5
1194/1
shorthand [1] 1086/25
shortly [1] 1099/23
should [6] 1098/6
1099/21 1109/21
1140/3 1169/9 1193/8
show [47] 1096/14
1097/1 1098/18
1105/22 1108/5 1110/8
1121/6 1121/7 1122/14
1126/4 1130/14 1136/4
1136/6 1141/24
1143/17 1148/4
1148/18 1148/21
1149/21 1150/10

1155/20 1156/7
1172/10 1172/22
1173/19 1173/19
1174/14 1175/13
1177/8 1177/22
1178/12 1178/19
1178/25 1179/12
1181/21 1184/2
1184/10 1185/1
1187/15 1190/1 1190/5
1194/10 1194/12
1194/23
showed [6] 1095/15
1099/14 1104/18
1183/7 1183/17 1184/7
showing [11] 1096/15
1101/3 1124/25
1145/24 1147/19
1149/6 1149/7 1155/22
1165/23 1182/14
1183/2
shown [3] 1096/11
1112/9 1140/24
shows [29] 1107/24
1115/19 1121/25
1136/7 1142/11
1144/18 1145/4
1149/10 1150/4 1150/4
1150/10 1153/8 1153/8
1162/16 1164/1 1167/3
1167/12 1172/10
1172/12 1173/21
1175/5 1175/14
1181/24 1183/16
1184/8 1184/19
1193/14 1194/24
1197/15
shrink [1] 1189/1
shrinking [2] 1190/2
1190/2
side [4] 1134/18
1134/18 1146/1
1147/20
Sidebar [2] 1138/24
1140/1
significance [1]
1111/12
significant [1] 1175/21
similar [10] 1098/15
1106/5 1108/11
1111/17 1120/4
1120/15 1175/14
1175/15 1188/15

similarity [1] 1120/2
simple [5] 1102/19
1115/22 1116/2
1132/21 1133/23
simply [3] 1123/7
1142/11 1157/6
simultaneously [1]
1112/22
since [10] 1090/7
1090/8 1097/15
1104/14 1112/22
1123/6 1126/25
1142/19 1164/20
1165/1
single [3] 1119/7
1165/25 1166/20
sir [3] 1088/22 1089/1
1125/16
situation [1] 1124/16
six [6] 1141/10
1141/14 1142/23
1143/17 1155/15
1182/18
sixth [1] 1143/11
size [2] 1142/10
1190/21
slide [77] 1097/1
1097/3 1097/3 1097/6
1097/7 1098/22
1098/23 1101/3
1101/12 1107/25
1108/4 1108/5 1108/9
1110/8 1110/9 1110/25
1111/11 1112/10
1114/16 1115/18
1115/25 1119/4 1119/7
1121/6 1122/14
1128/23 1129/3 1129/3
1130/15 1133/2 1134/3
1134/12 1135/6 1136/4
1141/3 1144/18
1148/18 1149/21
1151/5 1152/24 1154/2
1154/7 1155/3 1155/14
1163/23 1163/24
1164/1 1164/15 1166/5
1167/3 1167/11
1168/18 1168/19
1170/8 1172/12
1172/19 1172/22
1172/23 1173/19
1175/5 1175/22 1177/1
1177/22 1177/25

1178/15 1180/8 1183/2
1183/15 1184/19
1185/1 1185/1 1190/13
1193/11 1193/23
1194/13 1194/16
1195/6
slides [24] 1096/3
1096/10 1096/14
1097/5 1099/17
1104/21 1108/2 1108/2
1108/3 1110/3 1110/5
1122/24 1126/12
1132/19 1140/7
1143/17 1145/24
1148/21 1155/22
1177/8 1190/12
1194/10 1194/12
1197/20
Sloan [2] 1089/19
1090/8
slowly [1] 1104/2
small [2] 1145/1
1170/10
smaller [1] 1104/1
so [257]
so-called [2] 1138/4
1151/1
solution [5] 1142/19
1142/23 1190/23
1190/24 1191/8
solve [1] 1095/5
solved [1] 1141/8
solvency [4] 1102/15
1102/16 1102/20
1103/11
solvent [21] 1094/2
1094/2 1095/14
1095/17 1099/3 1099/9
1099/11 1100/24
1102/2 1102/3 1102/7
1102/13 1102/14
1102/16 1102/25
1103/13 1103/13
1103/13 1103/14
1104/3 1108/18
some [51] 1088/9
1090/12 1091/7
1091/14 1091/15
1092/24 1093/5
1094/19 1094/20
1096/2 1098/16
1099/13 1105/12
1106/20 1107/20
1109/17 1109/19

**some... [34]** 1111/3 1113/19 1114/3 1115/8 1117/11 1120/4 1120/5 1120/23 1120/23 1121/24 1123/10 1124/19 1126/20 1128/2 1131/4 1146/13 1155/24 1158/19 1158/22 1159/5 1161/1 1166/25 1170/10 1173/20 1173/21 1179/22 1179/23 1179/23 1179/24 1179/25 1179/25 1184/10 1186/4 1195/4

**somebody [2]** 1111/19 1191/24

**something [20]** 1097/17 1104/10 1116/21 1120/15 1122/11 1132/10 1134/21 1135/9 1137/2 1146/1 1150/20 1152/25 1160/7 1162/4 1163/19 1182/2 1182/7 1183/22 1185/20 1188/14

**sometime [2]** 1168/11 1196/12

**sometimes [2]** 1114/20 1197/21

**somewhat [1]** 1133/15

**sorry [11]** 1100/10 1128/15 1135/23 1138/25 1155/7 1162/6 1164/5 1170/12 1183/17 1187/24 1192/24

**sound [15]** 1094/2 1095/13 1095/16 1099/3 1099/9 1099/10 1100/24 1102/2 1102/13 1103/2 1103/6 1103/13 1104/7 1104/8 1108/18

**soundness [1]** 1106/8

**source [1]** 1146/6

**southern [1]** 1090/23

**SPA [1]** 1180/11

**Spalding [1]** 1086/13

**speak [2]** 1089/2 1146/24

**speaks [2]** 1139/5

**special [1]** 1138/11

**specifically [2]** 1094/6 1094/8

**spelled [1]** 1110/10

**spend [1]** 1096/23

**spent [1]** 1141/8

**SPSPA [1]** 1180/20

**squiggly [2]** 1169/19 1169/23

**stabilize [3]** 1106/11 1108/10 1108/17

**stabilized [2]** 1106/19 1108/14

**stand [2]** 1089/1 1146/9

**standard [1]** 1192/20

**standards [1]** 1110/13

**standing [1]** 1088/22

**stands [6]** 1091/6 1093/3 1110/11 1152/5 1169/4 1170/13

**start [3]** 1141/19 1144/19 1153/5

**started [6]** 1089/25 1089/25 1105/9 1129/10 1181/9 1198/7

**starting [8]** 1090/18 1102/12 1124/17 1155/20 1179/15 1193/21 1195/15 1195/15

**starts [2]** 1145/17 1145/18

**state [3]** 1102/19 1165/5 1195/6

**stated [5]** 1099/8 1099/9 1099/12 1099/14 1100/22

**statement [7]** 1100/9 1105/7 1106/22 1106/23 1170/20 1172/10 1188/20

**statements [7]** 1093/24 1095/8 1095/11 1098/25 1110/24 1111/7 1173/25

**STATES [8]** 1085/1 1085/13 1090/19 1108/24 1125/25 1128/13 1131/19 1131/21

**statutory [2]** 1106/10

**staying [1]** 1105/14

**Stegman [3]** 1164/5 1166/7 1166/13

**stenotype [1]** 1086/25

**step [2]** 1188/21 1189/8

**Stern [1]** 1156/24

**still [3]** 1175/1 1184/16 1193/2

**stock [12]** 1085/9 1126/17 1127/25 1129/9 1129/17 1130/3 1130/21 1130/22 1132/2 1132/6 1134/20 1180/12

**stockholders [5]** 1123/24 1123/24 1123/25 1124/2 1157/23

**stocks [1]** 1132/6

**stop [2]** 1107/12 1142/22

**store [1]** 1158/18

**strategic [9]** 1177/11 1186/15 1186/23 1188/2 1188/6 1189/5 1189/15 1189/18 1189/23

**strategy [2]** 1158/15 1176/16

**street [5]** 1086/3 1086/16 1123/14 1123/17 1146/16

**stress [2]** 1136/24 1137/2

**structural [5]** 1142/1 1145/19 1149/25 1155/19 1190/20

**students [1]** 1090/15

**studied [2]** 1178/23 1178/24

**study [2]** 1143/22 1144/1

**subject [7]** 1107/6 1107/10 1115/22 1121/2 1131/6 1151/24 1164/6

**subjects [4]** 1089/19 1090/10 1090/12 1091/21

**submitted [2]** 1096/11 1186/23

**subsection [1]**

**subsequent [2]** 1136/6 1150/22

**subsequently [1]** 1122/21

**substance [1]** 1096/25

**substantial [1]** 1175/18

**substantially [1]** 1168/4

**subtract [3]** 1118/1 1119/18 1119/19

**successfully [1]** 1102/8

**such [4]** 1128/3 1141/21 1159/13 1163/11

**Suddenly [1]** 1171/6

**sufficient [3]** 1102/17 1173/2 1174/15

**suggest [1]** 1108/16

**suggesting [1]** 1151/19

**suggests [1]** 1106/19

**summarize [5]** 1089/14 1089/22 1123/4 1172/20 1193/14

**summarizes [1]** 1141/3

**summarizing [4]** 1124/23 1128/24 1134/12 1183/7

**summary [7]** 1124/19 1132/19 1158/19 1172/23 1178/1 1185/5 1188/13

**summer [2]** 1165/21 1155/18

**super [1]** 1137/2

**supervises [1]** 1093/4

**support [3]** 1107/10 1126/22 1182/1

**suppose [1]** 1101/17

**supposed [3]** 1095/12 1108/8 1160/15

**sure [18]** 1098/14 1105/6 1106/4 1111/14 1113/9 1117/17 1143/17 1144/20 1146/9 1146/15 1156/5 1162/1 1167/13 1170/1 1172/17 1180/9 1180/19 1183/4

## S

**surprise [1]** 1137/15
**surprised [1]** 1169/10
**surprisingly [1]**
1150/21
**Susan [4]** 1152/4
1152/4 1182/10
1195/17
**sustainable [6]** 1119/1
1174/21 1174/22
1193/19 1195/25
1196/2
**sustained [1]** 1182/15
**sweep [66]** 1093/15
1093/23 1094/7 1094/8
1095/3 1095/7 1095/10
1095/16 1095/21
1097/11 1097/16
1097/22 1098/16
1098/19 1098/24
1100/20 1102/11
1103/21 1103/22
1104/11 1104/14
1105/18 1106/22
1107/17 1108/20
1108/23 1109/6 1109/8
1111/12 1112/2 1123/3
1131/17 1134/6 1134/8
1134/14 1134/17
1134/21 1135/15
1135/21 1135/24
1136/2 1136/8 1136/9
1136/13 1136/15
1137/22 1138/1
1138/13 1141/5
1143/15 1144/7
1144/12 1144/14
1159/19 1165/6
1168/14 1173/6 1181/4
1181/6 1182/2 1182/8
1183/23 1184/3
1185/21 1185/22
1196/22
**sweeping [1]** 1182/7
**sweeps [1]** 1103/23
**switch [1]** 1093/8
**sworn [2]** 1088/24
1138/12
**symbol [1]** 1169/5

## T

**T-A [1]** 1116/1
**tab [10]** 1100/4 1100/8
1100/10 1100/11

1100/12 1104/20
1104/22 1105/5 1105/6
1106/24
**table [3]** 1178/1
1183/7 1184/6
**Tabs [3]** 1125/17
1126/2 1127/3
**Tagoe [1]** 1088/10
**take [10]** 1104/20
1122/3 1142/14
1154/15 1155/25
1160/16 1183/14
1186/11 1189/12
1198/2
**taken [3]** 1104/2
1132/24 1154/19
**takes [2]** 1134/9
1161/23
**taking [4]** 1104/4
1115/11 1121/24
1161/5
**talk [11]** 1093/9
1109/18 1114/15
1115/23 1136/24
1141/10 1154/16
1195/15 1197/25
1198/1 1198/4
**talked [7]** 1096/21
1123/7 1148/11 1154/4
1154/4 1155/18
1192/10
**talking [12]** 1106/13
1126/19 1162/24
1165/9 1170/1 1170/3
1172/20 1173/16
1173/17 1174/5
1194/11 1194/25
**talks [3]** 1169/3
1187/18 1187/22
**tangible [2]** 1116/22
1117/2
**taught [2]** 1090/5
1096/19
**tax [17]** 1115/20
1116/1 1116/3 1116/4
1116/5 1116/14 1117/5
1117/8 1117/12
1121/18 1153/23
1191/2 1191/3 1191/5
1191/6 1196/6 1196/7
**taxable [1]** 1193/2
**taxes [2]** 1117/22
1118/2
**teach [5]** 1089/17

1089/17 1089/18
1090/6 1090/13
**teaching [7]** 1089/15
1089/23 1089/24
1090/1 1090/10 1091/1
1091/8
**technical [2]** 1088/10
1109/19
**Technology [1]**
1090/22
**tell [18]** 1090/16
1093/20 1094/24
1098/22 1104/21
1106/2 1117/25 1118/9
1126/14 1127/16
1155/17 1156/2
1160/15 1167/11
1168/21 1172/14
1180/3 1180/6
**telling [5]** 1112/4
1127/8 1157/22
1196/13 1196/23
**tells [1]** 1180/5
**ten [4]** 1097/23
1154/15 1156/10
1178/20
**ten-year [1]** 1178/20
**tender [1]** 1095/19
**tenured [1]** 1090/4
**term [10]** 1102/15
1111/1 1111/2 1111/3
1111/13 1111/14
1111/15 1115/19
1119/20 1130/2
**terminate [1]** 1106/20
**terminating [1]** 1102/9
**terms [22]** 1092/5
1098/1 1103/7 1110/4
1110/9 1112/2 1112/11
1112/13 1128/24
1129/7 1140/15 1156/6
1156/7 1157/23
1158/18 1163/1
1163/14 1165/10
1178/25 1181/25
1182/16 1184/19
**testified [4]** 1092/8
1092/17 1107/13
1158/6
**testify [2]** 1185/25
1186/14
**testimony [19]**
1092/13 1092/14
1092/23 1093/6

1099/12 1096/3
1098/18 1109/22
1125/5 1125/15
1137/24 1137/24
1141/13 1156/18
1161/13 1164/24
1168/16 1182/10
1186/10
**than [33]** 1088/13
1102/20 1112/5 1114/5
1115/25 1124/9
1131/22 1131/23
1133/16 1135/16
1137/8 1139/11
1141/23 1143/2 1143/6
1144/23 1144/25
1145/7 1145/9 1145/14
1157/19 1157/19
1163/10 1163/14
1168/6 1178/7 1179/18
1182/15 1182/17
1184/10 1192/2 1193/6
1194/1
**thank [21]** 1088/16
1088/19 1089/5 1093/7
1099/25 1101/9 1119/4
1127/7 1127/13
1128/21 1139/25
1140/8 1154/14
1154/23 1154/23
1155/1 1155/8 1167/7
1177/20 1187/12
1198/3
**that [554]**
**that's [85]** 1088/16
1091/3 1093/17 1103/6
1104/3 1111/6 1112/1
1112/1 1112/16
1113/10 1113/25
1114/6 1116/8 1116/13
1116/13 1116/13
1118/2 1119/19 1121/4
1123/20 1124/24
1129/20 1134/10
1135/3 1135/9 1135/14
1136/12 1136/16
1138/6 1139/12
1139/15 1140/19
1142/12 1142/19
1143/7 1146/11
1147/25 1148/3
1148/17 1149/4
1152/12 1153/3 1153/5
1153/21 1155/1 1156/8

**T**

**that's... [39]** 1156/10
1157/24 1158/15
1158/15 1158/17
1158/24 1160/2
1162/10 1162/14
1163/15 1166/3
1166/19 1166/22
1170/9 1170/10 1171/5
1171/6 1171/11
1171/11 1172/7 1172/9
1172/22 1174/6
1174/11 1178/3 1179/8
1179/9 1179/10
1181/11 1183/25
1185/2 1185/15
1186/19 1189/12
1190/22 1191/5 1192/9
1192/12 1193/25
**their [34]** 1088/20
1092/25 1102/17
1103/5 1110/22
1110/24 1113/21
1115/14 1116/3
1120/13 1120/18
1121/12 1121/16
1123/5 1124/8 1124/15
1132/8 1137/24
1140/12 1142/6 1143/2
1145/14 1146/3
1150/23 1153/23
1154/6 1158/11
1158/15 1158/15
1160/22 1169/8
1169/14 1180/17
1196/22
**them [50]** 1092/4
1092/22 1093/5
1093/14 1093/14
1094/3 1097/5 1103/24
1109/21 1110/10
1112/5 1113/3 1113/8
1116/8 1117/1 1119/13
1120/23 1120/23
1122/5 1122/6 1124/12
1126/4 1126/14
1127/18 1128/7
1132/21 1132/22
1133/9 1134/18
1135/13 1137/6
1137/23 1141/11
1141/11 1143/18
1146/4 1146/18
1146/21 1148/8

1157/16 1158/17
1158/21 1158/22
1160/22 1165/16
1169/5 1171/23
1185/15 1186/8
1196/23
**themselves [3]**
1123/10 1124/1
1147/21
**then [58]** 1088/15
1089/25 1090/2 1090/6
1090/23 1090/25
1101/24 1102/3 1104/2
1108/15 1108/15
1108/18 1112/18
1113/3 1113/20 1114/5
1115/5 1115/12 1116/6
1119/1 1119/11
1119/19 1121/18
1122/21 1123/14
1124/3 1124/11
1129/19 1129/22
1130/12 1131/6 1132/5
1132/14 1133/8
1133/14 1133/18
1134/2 1134/4 1135/11
1141/18 1145/8
1147/14 1150/14
1150/14 1154/25
1169/13 1169/24
1171/22 1177/23
1180/15 1181/9
1182/18 1183/14
1184/1 1192/2 1192/3
1192/6 1192/17
**there [98]** 1088/10
1090/3 1090/5 1095/6
1096/10 1100/6
1102/18 1103/5
1104/15 1105/16
1107/12 1109/5 1109/7
1109/10 1109/17
1109/19 1109/24
1110/11 1118/15
1120/2 1120/24
1121/20 1127/10
1130/5 1130/5 1130/17
1131/9 1133/8 1133/10
1133/14 1133/21
1135/1 1135/4 1136/9
1136/25 1137/1 1138/5
1141/21 1141/25
1142/6 1142/11
1142/12 1143/7

1151/22 1156/6
1156/12 1156/17
1156/20 1159/10
1160/5 1160/13
1162/15 1163/25
1164/8 1166/2 1167/22
1170/6 1170/10
1170/22 1172/18
1173/5 1173/8 1173/9
1173/10 1173/11
1173/11 1174/12
1174/16 1174/20
1175/24 1178/2
1181/17 1181/19
1181/19 1182/4 1182/5
1182/6 1184/15
1188/21 1189/7 1191/8
1191/9 1191/11
1191/12 1191/17
1191/19 1191/21
1191/22 1191/24
1191/25 1192/4 1192/5
1194/5 1194/7 1197/12
1197/13
**there's [20]** 1091/12
1117/7 1129/9 1129/22
1131/2 1136/24
1139/18 1139/21
1149/15 1153/2
1162/17 1171/24
1174/10 1178/9 1178/9
1178/10 1178/16
1179/20 1197/7 1197/8
**thereby [1]** 1165/15
**Therefore [1]** 1106/7
**these [66]** 1096/10
1096/15 1097/5
1102/11 1103/21
1110/16 1112/13
1112/13 1113/24
1114/20 1115/1 1115/2
1118/14 1119/14
1119/18 1120/23
1121/7 1121/11
1121/15 1122/14
1124/18 1126/11
1126/16 1126/17
1127/5 1127/22
1127/23 1127/24
1128/2 1128/5 1128/9
1129/7 1129/21
1129/25 1130/20
1131/4 1131/11 1132/3

1139/19 1140/18
1140/25 1141/14
1142/5 1142/14
1145/12 1146/22
1147/20 1149/9
1149/15 1150/1
1153/24 1153/24
1154/7 1156/7 1156/15
1171/3 1172/2 1173/22
1173/25 1177/13
1178/2 1178/5 1182/4
1183/6 1192/9 1197/20
**they [247]**
**they're [13]** 1120/18
1154/24 1170/20
1172/7 1173/13
1173/13 1173/14
1179/9 1179/23
1179/24 1193/2 1193/6
1195/4
**they've [2]** 1125/18
1171/3
**thing [11]** 1102/19
1110/25 1129/9
1129/15 1139/15
1141/25 1148/1 1150/1
1180/16 1180/21
1189/2
**things [10]** 1094/21
1114/4 1117/9 1117/14
1124/23 1142/17
1156/21 1170/7 1188/1
1190/8
**think [35]** 1096/23
1099/5 1100/14 1103/4
1103/17 1109/25
1111/17 1113/13
1114/15 1114/17
1115/17 1116/8
1117/10 1117/13
1118/25 1121/12
1132/20 1132/23
1135/5 1135/13
1135/18 1139/21
1141/15 1149/15
1151/5 1156/24
1166/19 1167/22
1171/24 1177/18
1190/15 1190/24
1191/15 1193/22
1197/7
**third [17]** 1093/15
1093/23 1093/25
1094/4 1094/8 1097/11

**T**

**third... [11]** 1098/3
1099/7 1101/1 1122/10
1122/11 1134/4
1134/13 1138/7 1142/3
1142/3 1155/15
**this [240]**
**THOMPSON [1]**
1085/16
**those [54]** 1091/17
1091/20 1091/24
1094/10 1094/16
1094/21 1094/25
1095/10 1099/5
1099/12 1101/2 1103/7
1103/10 1108/3
1108/16 1110/15
1117/15 1119/17
1121/1 1121/2 1121/15
1122/1 1122/19
1122/21 1125/12
1126/9 1127/4 1129/18
1132/6 1132/6 1142/6
1142/7 1143/16
1145/20 1149/2
1153/20 1155/24
1156/1 1156/12
1158/16 1171/10
1171/10 1171/20
1172/9 1173/20
1174/24 1178/7
1180/14 1184/4 1184/5
1184/14 1185/10
1189/23 1192/11
**though [1]** 1110/15
**thought [5]** 1127/7
1150/13 1151/20
1171/9 1191/24
**thousand [2]** 1171/24
1172/2
**thousands [1]** 1188/21
**three [8]** 1090/1
1109/25 1109/25
1110/3 1115/24
1161/20 1182/23
1188/6
**three-month [1]**
1161/20
**through [13]** 1091/15
1096/16 1096/17
1096/24 1132/24
1135/15 1155/24
1156/1 1159/11
1174/14 1176/23

**ties [1]** 1146/17
**till [3]** 1155/1 1161/9
1161/18
**time [52]** 1090/9
1092/16 1093/15
1093/23 1095/7
1095/19 1097/11
1098/3 1098/4 1098/8
1098/25 1100/15
1102/16 1105/10
1107/19 1110/10
1110/19 1119/22
1121/14 1121/17
1121/21 1122/7 1122/8
1122/9 1122/10
1122/20 1124/4
1124/13 1125/23
1128/17 1129/13
1129/15 1134/11
1140/2 1140/19
1141/25 1142/2
1147/25 1149/11
1154/11 1156/1
1167/15 1173/5 1177/2
1179/10 1187/9 1189/8
1189/12 1195/13
1195/18 1196/3
1196/20
**timeline [3]** 1132/21
1133/1 1153/8
**times [4]** 1092/12
1122/22 1125/18
1176/3
**Timothy [1]** 1167/14
**titled [3]** 1101/18
1173/23 1177/11
**titles [1]** 1172/19
**together [9]** 1119/6
1128/10 1130/25
1133/3 1136/11 1148/8
1171/5 1185/10
1190/18
**told [2]** 1112/5
1153/13
**too [4]** 1099/6 1119/10
1123/7 1155/25
**took [4]** 1090/6
1113/15 1164/12
1168/12
**top [4]** 1105/23 1152/6
1175/17 1188/18
**Topaz [1]** 1085/21
**topic [2]** 1115/22

**topics [1]** 1090/14
**topped [1]** 1178/9
**total [10]** 1091/25
1111/5 1111/5 1119/20
1130/23 1142/23
1185/16 1190/23
1191/7 1193/16
**totally [2]** 1134/21
1135/19
**transcript [3]** 1085/12
1086/25 1199/4
**transcription [1]**
1086/25
**Treasury [80]** 1107/10
1108/24 1122/5
1122/13 1125/25
1126/23 1126/24
1128/8 1128/13
1128/25 1129/15
1129/16 1130/3
1130/18 1130/19
1130/22 1130/23
1131/6 1131/20
1131/21 1133/7
1133/11 1133/16
1134/5 1135/7 1136/18
1136/19 1137/4 1137/5
1137/7 1137/13 1138/6
1138/20 1140/15
1142/8 1142/11 1143/3
1145/10 1159/11
1159/14 1159/21
1163/13 1163/14
1163/18 1164/7
1164/10 1166/11
1166/21 1173/9
1173/10 1173/15
1174/11 1175/24
1176/1 1178/4 1178/9
1179/7 1179/18
1179/20 1180/10
1180/21 1181/7 1181/8
1181/8 1181/18
1181/19 1181/20
1181/22 1182/5
1182/24 1184/12
1187/16 1190/21
1191/18 1192/4 1192/6
1192/18 1194/4 1194/6
1197/10
**trend [1]** 1150/18
**trends [1]** 1174/18
**trial [8]** 1085/12

1092/15 1105/12
1109/18 1123/4
1124/20 1125/8
1156/18
**trouble [1]** 1124/14
**troubled [2]** 1106/11
1108/10
**trough [1]** 1151/3
**true [2]** 1117/18
1199/4
**try [7]** 1094/10
1098/17 1098/18
1103/14 1150/13
1153/16 1155/24
**trying [3]** 1121/5
1138/4 1155/6
**turn [6]** 1096/9
1099/17 1100/3
1106/24 1122/24
1125/17
**turnaround [2]**
1121/18 1152/11
**turned [3]** 1104/13
1114/4 1117/13
**turns [2]** 1113/24
1115/2
**two [49]** 1088/13
1090/23 1091/17
1091/20 1091/23
1091/24 1091/24
1091/25 1093/13
1094/13 1097/3 1097/5
1103/7 1109/25 1110/3
1110/9 1115/24 1117/9
1119/8 1119/18
1126/16 1128/9
1129/18 1131/11
1132/19 1134/7 1135/5
1136/11 1136/16
1141/21 1144/20
1145/12 1148/7 1154/7
1157/17 1161/7
1165/13 1170/6
1180/14 1182/23
1185/3 1185/4 1185/8
1185/10 1185/11
1185/13 1186/5 1189/9
1194/13
**type [3]** 1150/1
1175/14 1175/15
**types [3]** 1094/21
1120/6 1157/18
**typically [5]** 1111/20
1111/22 1132/15

**T**

typically... [2] 1158/11
1158/14

**U**

U.S [6] 1086/21 1091/1
1091/12 1110/14
1110/17 1124/5
Ugoletti [3] 1138/11
1139/11 1140/4
uncertainties [1]
1157/24
under [13] 1108/23
1109/5 1113/11
1131/15 1131/19
1131/24 1143/5
1166/10 1166/17
1172/23 1180/11
1180/20 1180/21
undergraduate [1]
1090/21
understand [15]
1109/21 1127/1 1128/7
1128/11 1146/14
1159/18 1160/1
1164/22 1166/10
1167/18 1173/7 1173/8
1176/21 1179/5 1179/5
understanding [19]
1107/15 1107/20
1109/22 1128/24
1129/6 1130/1 1137/20
1137/25 1138/2
1160/19 1160/20
1160/24 1161/1
1164/18 1169/21
1189/1 1190/7 1196/21
1196/25
understood [1] 1161/3
unforecasted [1]
1115/1
UNITED [8] 1085/1
1085/13 1090/19
1108/24 1125/25
1128/13 1131/19
1131/21
university [5] 1090/1
1090/2 1090/21 1091/3
1096/19
unlike [2] 1171/20
1188/20
unlikely [1] 1142/21
unprecedented [4]
1112/8 1135/9 1135/19

until [2] 1106/18
1168/13
up [63] 1090/18
1104/18 1104/24
1107/6 1110/6 1112/12
1113/16 1113/20
1113/24 1114/1 1114/9
1114/19 1114/19
1115/5 1115/6 1115/19
1116/19 1116/20
1117/11 1117/15
1118/23 1119/2
1119/23 1121/8 1122/1
1122/2 1122/22 1124/6
1124/17 1127/18
1129/18 1130/12
1130/13 1140/25
1142/8 1142/24
1143/12 1145/1
1146/17 1148/6
1148/19 1149/23
1150/9 1153/6 1154/24
1155/7 1155/11
1155/21 1156/7
1172/10 1186/20
1187/20 1188/3
1188/18 1189/15
1192/21 1193/8
1193/23 1193/24
1193/24 1193/25
1196/25 1197/23
update [1] 1176/16
upon [2] 1102/5
1102/5
upper [2] 1104/15
1135/8
ups [1] 1119/19
urgency [4] 1165/2
1165/10 1165/10
1174/17
urgent [1] 1095/7
us [7] 1094/24 1096/9
1116/10 1116/11
1147/25 1180/5 1180/6
use [17] 1102/15
1112/13 1115/7
1116/11 1119/20
1120/5 1120/6 1139/14
1139/15 1142/8
1142/10 1152/10
1171/2 1181/17
1181/18 1182/5
1185/14

used [6] 1092/6
1111/2 1130/8 1131/3
1184/1 1184/13
useful [1] 1112/24
uses [1] 1102/3
using [10] 1112/25
1139/24 1150/23
1163/12 1182/16
1182/25 1183/16
1184/20 1184/23
1184/24
usually [1] 1160/11

**V**

valuable [2] 1112/17
1118/5
valuation [7] 1089/18
1089/20 1090/12
1091/18 1091/19
1195/10 1196/16
value [19] 1112/16
1112/18 1112/21
1113/18 1113/21
1114/7 1115/5 1116/13
1118/8 1129/11 1130/8
1130/23 1131/5
1153/23 1171/21
1172/3 1172/4 1191/3
1191/3
values [2] 1124/5
1171/23
various [3] 1093/24
1124/23 1153/24
VARMA [1] 1086/8
VERGOW [1] 1086/15
vernacular [1] 1182/16
versions [1] 1177/13
versus [1] 1160/22
very [30] 1088/11
1088/11 1094/12
1102/19 1104/2 1111/4
1111/17 1112/6 1112/7
1115/19 1116/2 1117/6
1120/4 1123/7 1126/2
1127/23 1130/24
1133/1 1133/2 1133/23
1136/7 1149/3 1158/19
1172/5 1172/6 1174/4
1174/20 1175/1 1180/1
1194/10
Vice [1] 1177/2
Video [1] 1088/18
view [5] 1108/7 1110/2
1113/21 1160/23

viewed [1] 1097/16
VINCENT [1] 1085/17
visiting [1] 1096/19
vs [1] 1085/4

**W**

wait [3] 1161/9
1161/11 1161/18
walk [1] 1184/8
walked [1] 1176/23
want [16] 1111/19
1114/17 1115/23
1116/21 1119/24
1123/3 1130/21
1139/18 1139/20
1141/11 1141/24
1149/3 1155/25
1180/19 1192/19
1196/21
wanted [35] 1090/25
1101/5 1108/1 1108/6
1111/13 1112/12
1117/12 1117/16
1119/6 1121/7 1121/21
1131/1 1131/20
1131/21 1134/15
1134/17 1135/5
1137/15 1140/14
1141/9 1141/11
1143/13 1143/16
1143/17 1144/19
1145/24 1149/24
1155/22 1173/21
1180/10 1180/14
1180/15 1182/22
1185/4 1190/18
wants [1] 1147/9
warrant [4] 1130/17
1130/18 1130/19
1132/2
warrants [1] 1130/20
was [164]
Washington [7]
1085/6 1085/19
1085/25 1086/11
1086/14 1086/17
1086/22
watched [1] 1105/12
way [17] 1093/14
1102/14 1102/19
1102/25 1106/5 1111/4
1135/17 1149/4
1158/20 1158/22

**way... [7]** 1159/18
1160/11 1161/3 1171/2
1178/2 1179/17
1193/15

**ways [3]** 1102/18
1111/3 1184/11

**we [110]** 1088/9
1091/15 1096/9
1096/10 1096/15
1096/24 1096/25
1096/25 1099/19
1099/20 1099/21
1099/21 1099/22
1099/22 1099/23
1100/10 1102/15
1102/20 1105/22
1108/2 1109/14
1109/14 1109/16
1109/25 1110/5 1110/9
1111/7 1111/8 1111/17
1112/12 1112/18
1112/19 1114/5
1115/12 1115/16
1116/9 1116/9 1116/10
1116/14 1117/1
1119/13 1119/20
1120/5 1120/6 1122/11
1123/2 1125/14
1125/21 1126/19
1127/18 1128/3 1128/9
1129/2 1131/12 1133/8
1133/10 1134/16
1135/16 1135/23
1137/15 1137/15
1137/16 1137/16
1140/7 1144/20 1146/1
1146/13 1146/23
1149/15 1152/12
1152/24 1154/1 1154/4
1154/4 1154/16 1155/3
1155/18 1155/25
1156/1 1156/11
1156/12 1158/20
1165/5 1165/6 1165/7
1169/9 1170/8 1171/7
1171/9 1171/9 1171/10
1173/22 1174/23
1180/9 1180/12
1180/16 1181/8
1182/15 1182/22
1188/17 1189/14
1190/19 1192/10
1193/20 1195/25

1196/2 1196/13
1196/23 1197/24
1197/24

**We'd [1]** 1151/7

**we'll [7]** 1088/15
1088/15 1093/20
1097/19 1114/15
1141/18 1197/25

**we're [9]** 1093/9
1096/23 1109/15
1109/18 1135/24
1135/25 1139/17
1155/24 1172/22

**we've [2]** 1153/13
1179/1

**week [4]** 1105/12
1107/13 1123/4
1164/24

**weekly [1]** 1160/23

**weight [1]** 1157/13

**well [22]** 1093/13
1094/19 1112/13
1117/1 1120/9 1128/5
1129/18 1130/7 1132/2
1136/5 1137/23
1152/13 1155/20
1161/3 1161/5 1165/16
1165/25 1167/21
1169/8 1173/8 1190/19
1194/14

**went [11]** 1090/2
1096/15 1096/17
1096/25 1124/7
1124/16 1148/19
1148/20 1149/23
1149/24 1178/5

**were [94]** 1090/18
1093/10 1094/6
1094/25 1095/8 1095/9
1097/20 1097/21
1097/22 1098/8
1098/14 1098/15
1107/12 1114/5
1121/17 1123/23
1124/14 1124/17
1126/19 1126/25
1127/7 1127/14 1128/1
1133/5 1133/8 1136/10
1138/4 1138/5 1138/7
1140/15 1142/1 1142/4
1142/4 1142/6 1142/7
1142/10 1142/23
1143/1 1144/20
1144/24 1145/20

1145/25 1149/25
1150/7 1150/8 1150/23
1150/24 1151/20
1151/22 1152/22
1155/3 1155/19
1155/23 1156/5 1156/6
1156/8 1156/8 1156/9
1156/11 1156/12
1156/17 1156/21
1161/16 1162/22
1163/5 1163/9 1163/12
1163/15 1165/20
1165/23 1165/23
1166/1 1168/3 1170/22
1170/25 1171/9
1174/24 1175/1
1179/10 1183/1
1183/11 1183/12
1186/14 1189/7 1189/9
1192/13 1193/21
1194/11 1194/24
1194/25 1195/14
1195/25

**Wharton [1]** 1096/22

**what [212]**

**what's [16]** 1098/22
1101/12 1104/22
1106/2 1111/11
1114/16 1115/9 1134/2
1137/25 1140/24
1147/19 1169/21
1170/6 1181/14 1184/9
1193/22

**whatever [1]** 1188/25

**when [71]** 1099/6
1104/24 1105/8 1107/3
1107/13 1110/14
1111/7 1111/19
1112/14 1112/14
1114/3 1114/18
1114/19 1116/4 1116/7
1116/9 1116/9 1116/19
1117/13 1117/14
1117/24 1118/20
1118/23 1119/18
1120/7 1120/8 1120/17
1122/3 1122/22 1134/9
1138/9 1141/10 1142/9
1143/9 1143/9 1143/17
1147/3 1148/4 1148/6
1148/8 1150/7 1150/23
1152/14 1153/4 1156/3
1162/2 1162/6 1162/6

1163/17 1168/10
1171/13 1172/9
1183/14 1183/24
1185/13 1185/23
1190/8 1191/4 1191/7
1192/1 1192/4 1192/7
1192/8 1192/11
1193/18 1193/23
1193/24 1196/22
1197/24

**whenever [3]** 1130/21
1146/3 1194/1

**where [30]** 1089/14
1089/23 1090/2
1090/18 1091/3
1100/21 1104/9
1114/10 1115/12
1117/15 1119/3
1124/16 1128/4
1137/13 1141/12
1143/2 1144/20 1145/6
1145/15 1151/23
1153/3 1159/15
1171/21 1174/4 1183/5
1184/5 1187/18
1187/25 1191/2 1196/4

**whereby [1]** 1196/5

**whether [20]** 1094/6
1100/7 1101/13
1106/21 1114/9
1120/12 1130/4 1130/5
1131/16 1144/6
1148/15 1151/12
1157/13 1160/20
1163/4 1188/13 1189/1
1193/5 1193/7 1197/8

**which [58]** 1090/12
1090/22 1091/6
1091/19 1092/20
1092/22 1093/3 1098/3
1102/23 1104/21
1105/8 1106/19
1106/25 1108/12
1109/15 1112/19
1120/11 1121/15
1121/23 1121/25
1122/7 1130/12 1131/2
1134/8 1134/16 1136/6
1137/6 1144/23 1145/6
1145/9 1148/5 1148/15
1149/1 1149/14 1150/5
1151/6 1152/5 1152/18
1153/3 1157/2 1161/4

**W**

**which... [17]** 1163/18
1165/4 1166/21
1167/21 1168/13
1169/5 1170/2 1170/7
1170/8 1170/8 1171/4
1184/7 1190/15
1191/25 1193/23
1195/25 1197/17
**while [1]** 1088/25
**who [7]** 1107/16
1113/14 1137/1
1138/11 1151/25
1152/4 1167/14
**whole [2]** 1147/13
1172/21
**wholesale [1]** 1123/10
**why [14]** 1093/20
1118/9 1138/13
1149/24 1168/12
1168/14 1168/16
1168/21 1169/17
1170/5 1172/15
1190/23 1196/25
1197/4
**widely [1]** 1150/5
**WIERZBOWSKI [1]**
1086/4
**will [34]** 1096/9
1096/18 1099/22
1102/8 1106/15
1106/18 1106/20
1112/13 1114/7 1115/6
1115/7 1120/25
1129/13 1131/3 1135/2
1139/19 1140/25
1147/12 1154/16
1157/7 1160/12
1160/12 1165/5
1165/14 1172/14
1174/15 1180/10
1181/16 1182/6
1184/14 1189/4
1190/24 1194/6
1195/11
**Wilmington [1]** 1086/3
**wish [2]** 1139/10
1167/4
**within [1]** 1163/12
**without [5]** 1104/6
1104/9 1149/18 1151/8
1177/23
**witness [13]** 1087/2
1088/6 1088/16

1088/21 1088/24
1096/8 1099/19
1099/20 1099/20
1132/19 1139/16
1139/24 1157/5
**witness's [3]** 1124/19
1139/2 1139/14
**won't [2]** 1158/14
1158/14
**wonderful [1]** 1197/20
**word [4]** 1103/2
1119/24 1119/25
1163/12
**wordings [1]** 1099/5
**words [2]** 1109/16
1171/2
**work [11]** 1093/5
1093/10 1094/10
1094/12 1100/7
1100/16 1103/5
1113/11 1158/1 1158/4
1159/1
**worked [4]** 1092/22
1093/2 1093/2 1125/11
**working [2]** 1103/7
1135/20
**works [1]** 1116/9
**world [2]** 1115/3
1118/24
**worried [1]** 1180/24
**worry [2]** 1174/17
1192/17
**worth [137]**
**would [88]** 1088/12
1090/11 1092/12
1092/21 1093/18
1096/6 1098/4 1102/12
1102/20 1102/25
1103/9 1109/7 1109/10
1109/21 1110/1
1111/22 1112/7
1112/22 1113/11
1113/12 1114/8 1116/3
1116/7 1116/8 1118/9
1118/10 1122/22
1122/24 1124/1 1127/9
1129/14 1129/14
1129/16 1129/17
1130/10 1130/13
1132/1 1132/11
1132/11 1132/13
1133/21 1133/23
1133/25 1134/11
1135/3 1135/13

1136/11 1136/12
1137/3 1137/6 1137/8
1138/5 1138/19
1142/17 1143/9
1154/11 1159/10
1159/20 1160/11
1160/21 1162/9
1163/10 1163/11
1163/11 1163/13
1163/20 1166/19
1180/25 1181/7
1181/22 1182/1
1182/15 1183/20
1183/21 1187/16
1189/3 1189/5 1191/12
1191/18 1191/22
1196/2 1196/6 1196/7
1196/21 1196/25
1197/5
**wouldn't [2]** 1117/18
1132/9
**write [30]** 1112/12
1112/12 1112/18
1112/21 1113/11
1113/12 1113/22
1113/24 1114/1 1114/2
1114/6 1114/9 1114/9
1114/18 1114/19
1117/15 1118/21
1118/23 1119/19
1119/19 1120/3 1120/7
1120/9 1120/11 1122/2
1122/4 1142/16
1148/11 1170/23
1196/25
**write-down [14]**
1112/12 1112/21
1113/11 1113/12
1114/2 1114/6 1114/9
1114/18 1118/21
1120/3 1120/9 1120/11
1122/4 1142/16
**write-downs [4]**
1119/19 1120/7
1148/11 1170/23
**write-up [7]** 1112/12
1114/1 1114/9 1114/19
1118/23 1122/2
1196/25
**write-ups [1]** 1119/19
**writes [2]** 1112/20
1166/13
**writing [3]** 1122/1

1167/15 1192/20
**written [14]** 1091/23
1091/23 1091/24
1117/11 1117/11
1118/9 1118/10 1119/2
1142/24 1167/14
1167/16 1172/3 1191/1
1193/8
**wrong [2]** 1100/10
1193/3

**Y**

**Yeah [4]** 1130/16
1132/22 1147/5 1185/4
**year [17]** 1124/6
1135/2 1136/8 1136/22
1149/4 1165/2 1165/7
1165/25 1173/3
1174/22 1178/20
1179/15 1183/14
1183/21 1196/1
1196/13 1196/24
**years [39]** 1089/24
1090/2 1090/3 1090/5
1090/23 1097/23
1125/12 1135/3
1135/17 1135/20
1142/9 1146/17
1150/22 1156/6
1156/10 1156/10
1159/12 1165/15
1166/2 1173/18
1174/22 1177/4 1177/4
1179/21 1179/23
1179/23 1179/23
1179/24 1179/25
1180/1 1180/18 1181/9
1181/12 1181/18
1181/20 1184/1 1184/1
1184/14 1184/15
**yes [124]**
**yet [6]** 1127/5 1127/19
1149/14 1151/6 1167/4
1175/6
**York [3]** 1085/24
1086/6 1086/6
**you [411]**
**you're [13]** 1088/25
1089/14 1089/15
1107/3 1114/10 1117/8
1118/5 1121/5 1126/14
1128/5 1142/22 1191/3
1195/12
**you've [7]** 1100/7

# Y

**you've... [6]** 1105/14
1119/5 1137/9 1164/13
1193/22 1196/20
**your [83]** 1088/6
1088/16 1088/19
1088/23 1088/25
1089/22 1090/10
1090/16 1094/24
1095/19 1095/23
1096/3 1096/6 1096/15
1098/18 1100/1 1100/4
1100/7 1100/16
1100/19 1102/10
1103/20 1104/20
1104/22 1106/24
1109/22 1112/16
1115/4 1117/22
1119/22 1120/8 1120/9
1122/15 1126/3 1127/3
1127/9 1127/13
1128/15 1128/24
1129/6 1130/1 1131/9
1131/9 1131/16
1134/13 1135/20
1137/25 1138/22
1138/25 1139/13
1140/2 1141/3 1141/13
1144/16 1146/16
1149/13 1151/5
1154/11 1155/15
1157/4 1158/1 1159/1
1160/16 1160/19
1160/20 1160/24
1163/17 1164/10
1165/19 1166/14
1167/6 1169/21
1170/13 1172/16
1176/4 1182/10
1182/18 1183/19
1185/18 1189/1
1190/15 1194/18
1197/8
**yourself [2]** 1089/10
1196/18

# Z

**ZAGAR [1]** 1085/20
**zero [11]** 1103/25
1104/2 1104/3 1109/7
1109/9 1112/6 1135/3
1135/17 1142/21
1184/15 1185/15