IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., ET AL., et al,       Civil Action
                                            No. 1:13-1053
                    Plaintiffs,

        vs.
                                            October 25, 2022
FEDERAL HOUSING FINANCE                     1:44 p.m.
        AGENCY, et al,                      Washington, DC


                    Defendants.
_____

In re: FANNIE MAE/FREDDIE MAC               Civil Action
SENIOR PREFERRED STOCK PURCHASE             13-1288
AGREEMENT CLASS ACTION
LITIGATIONS.

_____


            TRANSCRIPT OF **JURY TRIAL - AFTERNOON SESSION**
                **BEFORE THE HONORABLE ROYCE C. LAMBERTH**
                    UNITED STATES DISTRICT JUDGE


PLAINTIFFS' APPEARANCES:

**For Plaintiffs:**          **CHARLES COOPER**
                             **DAVID THOMPSON**
                             **VINCENT COLATRIANO**
                             **PETER PATERSON**
                             **BRIAN BARNES**
                               Cooper & Kirk, PLLC
                               1523 New Hampshire Avenue NW
                               Washington, D.C. 20036

**For Class Plaintiffs:**    **ERIC ZAGAR**
                               Kessler Topaz Meltzer & Check, LLP
                               280 King of Prussia Road
                               Radnor, Pennsylvania 19087

                             **HAMISH HUME**
                             **SAMUEL KAPLAN**
                               Boies Schiller Flexner LLP
                               1401 New York Avenue NW
                               Washington, D.C. 20005

APPEARANCES (CONTINUED):

                                      **MICHAEL J. BARRY**
                                        Grant & Eisenhofer, P.A.
                                        123 Justison Street
                                        Wilmington, Delaware 19801

                                        **ADAM WIERZBOWSKI**
                                        Bernstein Litowitz Berger &
                                        Grossmann LLP
                                        1251 Avenue of the Americas
                                        New York, New York 10020

**For Defendant Federal**
**Housing Finance Agency:** **ASIM VARMA**
                                        **HOWARD CAYNE**
                                        **DAVID BERGMAN**
                                        **IAN HOFFMAN**
                                        Arnold & Porter Kaye Scholer LLP
                                        601 Massachusetts Avenue NW
                                        Washington, D.C. 20001

**For Federal Home Loan**
**Mortgage Company:** **MICHAEL CIATTI**
                                        King & Spalding LLP
                                        1700 Pennsylvania Avenue NW
                                        Washington, D.C. 20006

**For Federal National**
**Mortgage Association:** **MEAGHAN VERGOW**
                                        O'Melveny & Myers LLP
                                        1625 I Street NW
                                        Washington, D.C. 20006

**Reported By:** **LORRAINE T. HERMAN, RPR, CRC**
                                        Official Court Reporter
                                        U.S. District & Bankruptcy Cts.
                                        333 Constitution Avenue, NW
                                        Room 6720
                                        Washington, D.C. 20001
                                        202-354-3196

*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

1484

1

2                                   **I N D E X**

3      **WITNESS**                                                 **PAGE**

4      JOSEPH MASON

5          Direct Examination by Mr. Gluck                      1489
           Cross-Examination by Mr. Jones                       1523
6          Redirect Examination by Mr. Gluck                    1536

7

8      ANJAN THAKOR

9          Direct Examination by Mr. Kaplan                     1541

10

11                              **E X H I B I T S**

12     **EXHIBIT**                                                 **PAGE**

13     Plaintiffs' No. 167    Received into Evidence     1487
       Plaintiffs' No. 216    Received into Evidence     1487
14     Plaintiffs' No. 239    Received into Evidence     1487
       Plaintiffs' No. 308    Received into Evidence     1487
15     Plaintiffs' No. 370    Received into Evidence     1487
       Plaintiffs' No. 375    Received into Evidence     1487
16     Plaintiffs' No. 402    Received into Evidence     1489
       Plaintiffs' No. 495-2  Received into Evidence     1489
17     Plaintiffs' No. 496-2  Received into Evidence     1489
       Plaintiffs' No. 497-2  Received into Evidence     1489
18     Plaintiffs' No. 497-3  Received into Evidence     1489
       Plaintiffs' No. 497-4  Received into Evidence     1489
19     Plaintiffs' No. 497-5  Received into Evidence     1489
       Plaintiffs' No. 466    Received into Evidence     1559
20

21

22

23

24

25

1          **P R O C E E D I N G S**

2              (Whereupon, the morning session of this proceeding was

3     reported by Sara Wick, and is bound under separate cover.)

4              **THE COURT:**  What do you all have on tap?

5              **MR. RUDY:**  Your Honor, Lee Rudy for plaintiffs.  I

6     think I can give you an overview of what the afternoon holds

7     for us.  We're going to show two, actually three short

8     visits, 27 minutes, 17 minutes and 3 minutes.  And then

9     we're going to call Dr. Mason, our first expert, and then

10    Dr. Attari, the second expert.

11             **THE COURT:**  You may be seated.

12             (Jury entered the courtroom)

13             **THE COURT:**  Ladies and gentlemen, we have some

14    more short videos to play and then we have another expert

15    coming.  But we'll view these videos first.  You may

16    proceed.

17             **MR. RUDY:**  If I could just, there are a couple of

18    exhibits that I would like to move into evidence with no

19    objection, I believe.

20             Those are PX-216, PX --

21             **THE COURT:**  A little louder.

22             **MR. RUDY:**  Sorry.  216, 2-1-6, 370, 167, 239, 308

23    and 375.  Those will be for the next three short videos.

24             **THE COURT:**  Okay.

25             **MR. RUDY:**  The first video we're going to show is

1  about 27 minutes long.

2          **THE COURT:**  Any objection to those?

3          Without objection, they're received.

4      (Plaintiffs' Exhibits 167, 216, 239, 308, 370 and 375

5  were received.)

6          **MR. RUDY:**  The first video is of Mr. Mayopoulos.

7          **THE COURT:**  Okay.

8          **MR. JONES:**  No objection.

9          **THE COURT:**  I didn't see the name here.  Do you

10  want to identify him to the jury first?

11          **MR. RUDY:**  Mr. Mayopoulos, M-a-y-o-p-o-u-l-o-s.

12      (Video played)

13          **MR. RUDY:**  Your Honor, we now have about a

14  17-minute video of Mr. Benson.

15          **THE COURT:**  Okay.

16      (Video played)

17          **MR. RUDY:**  Your Honor, we have one like

18  three-minute video, and then we'll get back to real people

19  on the stand.

20          **THE COURT:**  Okay.

21          **MR. RUDY:**  The next video is three minutes long.

22  The parties have agreed on a short stipulation that we would

23  ask the Court to read before it is played to the jury.

24          **THE COURT:**  All right.

25          **MR. RUDY:**  So if I could pass that up.

1       The witness's name is Mukarram Attari.

2          **THE COURT:**  All right.  Ladies and gentlemen,

3   you're now going to watch a short video of the deposition of

4   Dr. Mukarram Attari, who is one of the defendants' experts

5   in the case.

6          Typically, the defendants' experts would testify

7   in the defendants' case, and you may hear from Dr. Attari in

8   the defendants' case later in the week.  But defendants are

9   presenting this short deposition video now regarding an

10  analysis that the parties have stipulated was prepared under

11  Dr. Attari's supervision as part of the defendants' expert

12  witness in the case.

13         All right.  You may play then Dr. Attari's

14  deposition excerpt.

15      (Video played)

16         **MR. HUME:**  Hamish Hume for the plaintiffs.

17  Plaintiffs call their next witness, Dr. Joseph Mason.  My

18  colleague, Mr. Richard Gluck, will conduct the examination.

19  Thank you, Judge.

20         **MR. GLUCK:**  Good afternoon, Your Honor.  I have

21  the exhibits that we're going to use with Dr. Mason that I'd

22  be happy to hand up to the Court.

23         Your Honor, I believe we do have one objection to

24  two slides in the PowerPoint presentation that Dr. Mason has

25  prepared.  I don't know if you would like to deal with that

1   first or we can deal with it when we get to those slides.

2              **THE COURT:**  Okay.  That's fine.

3              Dr. Mason, if you would stand and face the clerk.

4   You can pull your mask down while you're on the stand.  She

5   will give you the oath.

6              **DEPUTY CLERK:**  Please raise your right hand.

7         (Witness sworn.)

8          **MR. GLUCK:**  Your Honor, also, before I begin my

9   questioning, I would like to move into evidence a number of

10  exhibits to which there is no objection.

11             **THE COURT:**  Okay.

12         **MR. GLUCK:**  It's exhibits 402, 495-2 -- these are

13  all PX.  I apologize -- 496-2, 497-2, 497-3, 497-4 and

14  497-5.

15             **MR. JONES:**  No objection.

16             **THE COURT:**  They are all received.

17             **MR. GLUCK:**  Thank you, Your Honor.

18         (Plaintiffs' Exhibits 402, 495-2, 496-2, 497-2 through

19  497-5 were received.)

20            <u>**DIRECT EXAMINATION OF JOSEPH MASON**</u>

21  BY MR. GLUCK:

22    **Q.**   Good afternoon, Dr. Mason.  Would you please state

23  your name for the record.

24    **A.**   Joseph Russell Mason.

25    **Q.**   Dr. Mason, how are you currently employed?

1    **A.**    I am a professor at Louisiana State University.

2    **Q.**    And you've been retained as an expert witness for

3    the plaintiffs in this case; is that right?

4    **A.**    That's correct.

5    **Q.**    Did you prepare any materials to help you explain

6    your testimony today?

7    **A.**    Yes, I did.

8    **Q.**    What did you prepare?

9    **A.**    I prepared a PowerPoint presentation to help guide

10   the Court through my testimony.

11   **Q.**    Okay.

12             I'd like to start with your background a little

13   bit, and specifically your educational background.  You have

14   a PhD in economics from --

15             **MR. GLUCK:**  Can we put up -- I'm sorry.  Can you

16   put up Dr. Mason's slide and publish that for the jury?

17   **BY MR. GLUCK:**

18   **Q.**    You have a PhD in economics.  Correct?

19   **A.**    Yes, I do.

20   **Q.**    And did you have any particular emphasis in your

21   studies at University of Illinois?

22   **A.**    My specialization is in monetary theory and

23   financial economics.

24   **Q.**    What is financial economics?

25   **A.**    Financial economics involves the application of

1    formal economic principles to the study of finance.

2         Q.    And within that field, did you have any particular

3    focus at that time?

4         A.    Yes.  My focus, in particular, was economic

5    history and financial crises, inclusive of government

6    responses to financial crises.

7         Q.    And did you have to prepare a thesis and submit a

8    thesis in order to obtain your PhD?

9         A.    Yes, I did.

10        Q.    What was the subject of your thesis?

11        A.    My thesis dealt with an experience during The

12   Great Depression with an agency newly established at the

13   time called the Reconstruction Finance Corporation.  The

14   Reconstruction Finance Corporation was the first government

15   bailout organization in U.S. and really world history.  And

16   bailout policy, since then, has followed the applications of

17   the Reconstruction Finance Corporation at the time.

18        Q.    You mentioned you're currently a professor at

19   Louisiana State University.  What do you teach?

20        A.    I teach finance.

21        Q.    Any particular areas of finance that you teach?

22        A.    I teach at the PhD level.  I teach at the Masters

23   level.  I teach at the under graduate level.  My PhD courses

24   tend to be very specialized, often focusing on financial

25   crises dealing with issues of how information is used or not

1    used by investors during financial crises.

2              My Masters teaching tends to focus on how to value

3    very complex financial instruments, things like derivatives

4    or mortgage-backed securities.  And my teaching at the

5    under graduate level deals with a variety of topics, but

6    also including introductory classes on how to value stocks

7    and bonds and the like.

8         **Q.**   As part of your job as a tenured professor, do you

9    perform scholarly research and publish on areas within your

10   expertise?

11        **A.**   Yes, I do.

12        **Q.**   Has your academic research and scholarship focused

13   on any particular area or areas?

14        **A.**   My academic research, since my thesis, my

15   dissertation, has continued to focus on financial crises,

16   and in particular, bailout operations following financial

17   crises to restore economic performance.

18              Those are focused on a variety of historical and

19   contemporary episodes, such as The Great Depression, the

20   1980s savings and loan crisis in the U.S., as well as the

21   recent financial crisis.

22        **Q.**   And have you learned anything that would be

23   applicable to this case about how those responses to

24   financial crises typically unfold?

25        **A.**   Yes.  Those crises tend to follow the procedures

1  laid down in The Great Depression by the Reconstruction

2  Finance Corporation, which are, first of all, to assess the

3  conditions of financial institutions.  If those institutions

4  have to be closed, we close them.

5  If they can be saved with some help, typically

6  through conservatorship, which was newly-established in The

7  Great Depression, then we move on to the next step,

8  sometimes changing management, sometimes getting inside the

9  firm to stabilize the operations, right-size them or de-risk

10  them often with the help of capital offered from the outside

11  through the same type of facility we're talking about here

12  with regard to this case, typically some sort of preferred

13  stock, followed by an exit path.

14  The government has typically not wanted to be

15  involved in private institutions, so they exit, pass the

16  investment back to private shareholders so that the

17  institution can most efficiently create economic growth to

18  move the economy forward.

19  **Q.**   Have you actually published on any topics within

20  your expertise?

21  **A.**   Yes.

22  **Q.**   What have you published?

23  **A.**   I've published more than 10 book chapters.  I've

24  also published in academic journals more than 20 articles

25  and academic, including top-tier academic journals,

1    typically regarding again financial crises, complex

2    financial arrangements, and these types of recovery programs

3    and their effectiveness and utilization.

4        **Q.**    And are those academic journals referred to as

5    peer-reviewed journals?

6        **A.**    Yes.

7        **Q.**    What does that mean?

8        **A.**    Peer-review is a process where the editor of a

9    journal, before accepting an article for publication, will

10    send that article to another academic in the field so that

11    the other academic can help confirm the validity of the

12    approach and verify whether the approach is reliable and

13    suitable thereby for publication in the academic journal.

14            Often, this is carried out anonymously.  The

15    author doesn't know who the reviewer is, and the reviewer

16    doesn't know who the author is.

17        **Q.**    Have you, yourself, served as a referee or a peer

18    reviewer of other academic works?

19        **A.**    Yes, I have.

20        **Q.**    How many times?

21        **A.**    Well over 50 times.

22        **Q.**    Has your research in economic commentary been

23    cited in any media outlets?

24        **A.**    Yes.  Given my focus in financial crises and

25    resolution policy, during the Global Financial Crisis and

1    afterward, I was cited extensively in press media and a

2    variety of newspapers, as well as I made television

3    appearances on CNBC and other networks.  It was a very busy

4    time.

5        Q.   I want to shift focus a little bit and talk about

6    your professional experience as a financial economist

7    outside of the academic area.  Can you just walk us through

8    your background a little bit?

9        A.   Sure.  When I came out of grad school, my first

10   job was with an agency called the Office of the Comptroller

11   of the Currency here in Washington.  The Office of the

12   Comptroller of the Currency, sometimes called the OCC, is a

13   division of the U.S. Treasury.

14           It's the primary regulator of nationally-chartered

15   banks.  These are the largest banks in the nation.  And our

16   job was to audit those institutions to ensure safety and

17   soundness of their operations.

18           I went from the OCC to primarily focus upon

19   economics.  While I was at the OCC, I had developed a core

20   competency or specialization also in securitization, and

21   that was of interest to the Federal Reserve Bank of

22   Philadelphia, where I lived at the time.

23           So the Federal Reserve Bank of Philadelphia asked

24   me to come in two to three days a week as what's called a

25   visiting scholar to keep them abreast of my knowledge of

1   securitization and its risks.

2         After spending a few years at the Federal Reserve

3   Bank of Philadelphia, I did the same thing on sabbatical

4   leave with the Federal Deposit Insurance Corporation, again,

5   back in Washington with a long-term visiting appointment

6   that lasted a couple of years up to the beginning of the

7   financial crisis.

8     **Q.**   Have you also had occasion to consult with or

9   advise any other government agencies?

10    **A.**   Yes.  After the crisis began, I was called to

11  Washington again to help the Government Accounting Office,

12  the Congressional Research Service, Congress' Joint Economic

13  Committee understand what was going on with the crisis,

14  advising in some respects with regard to resolution policy

15  as well, how to get us out.

16    **Q.**   Have you also consulted with public companies on

17  topics that are relevant to this matter?

18    **A.**   Yes.  Shortly after the crisis, I was part of a

19  team that was brought in to a large international bank named

20  Credit Agricole to help what's called de-risk the bank.

21  They were faced with a lot of holdings of mortgages and

22  mortgage-backed securities that, being in France, they

23  didn't know what to do with.

24        They needed feet on the ground in the United

25  States to figure out what the environment was and best

1    decide what to hold, what to sell, how to realign their

2    portfolio focus and move forward in their business post

3    crisis.

4        **Q.**    Have you ever been asked to testify before

5    Congress?

6        **A.**    Yes, I have.

7        **Q.**    How many times?

8        **A.**    I've testified before congressional committees

9    over 20 times.  Most of those had to do with topics related

10   to the financial crisis, mortgage lending, a lot of

11   consideration about loan modifications and whether those

12   would work to help homeowners or not, as well as a variety

13   of other topics on the crisis and the resolution of

14   financial institutions and homeowners.

15       **Q.**    Have you testified as an expert witness in matters

16   other than this one?

17       **A.**    Yes, I have.

18       **Q.**    How many times?

19       **A.**    Over 50 times.

20       **Q.**    On what topics have you testified or served on as

21   an expert witness?

22       **A.**    Many times those cases have related to

23   mortgage-backed securities and securitization.  Sometimes

24   those cases relate to stocks and bonds of firms or

25   derivatives.  Many of the cases arise from disputes that

1   were left over from the financial crisis.  Some are

2   independent of that.  Most of my engagements have involved

3   elements of the financial crisis.

4        Q.   Have you served as an expert witness on issues of

5   damages?

6        A.   Yes.  Most of my engagements have involved

7   damages.  They often involve other aspects as well, but

8   ultimately we get to valuation and damages.

9            MR. GLUCK:  Mr. DeRita, could you please publish

10  PX-0402?

11  **BY MR. GLUCK:**

12       Q.   Professor Mason, do you recognize Exhibit 402?

13       A.   Yes, I do.

14       Q.   What is Exhibit 402?

15       A.   That is my CV, my resume.

16       Q.   Does this accurately summarize your background,

17  experience, educational training and so forth?

18       A.   Yes.

19            **MR. GLUCK:**  Your Honor, at this time, I would

20  respectfully tender Professor Mason as an expert on

21  financial economics, financial valuation and damages.

22            **THE COURT:**  Any questions by the defendant?

23            **MR. JONES:**  No.

24            **THE COURT:**  Okay.  You may proceed.

25

1    BY MR. GLUCK:

2        Q.   Professor Mason, now I'd like to turn to your

3    assignment in this matter.  What was your assignment?

4        A.   My assignment in this matter was to assess whether

5    damages existed in this case and, if so, estimate the amount

6    of damages.

7        Q.   And what did you -- what materials or information

8    did you consider in performing that assignment?

9        A.   I considered a wide variety of materials.  Those

10   included financial reports of the GSEs, things like annual

11   reports and quarterly reports.  Those included documents

12   provided by FHFA and the Treasury.

13            Some of those were emails.  Some of those were

14   internal projections and planning documents.  I reviewed

15   depositions and court materials.  I also reviewed the expert

16   reports of defendants' experts, as well as their background

17   materials and analysis, including materials related to a

18   shareholder event study that provides the foundation for my

19   opinion about damages in this case.

20       Q.   You were in court when we played the little clips

21   from Dr. Attari's video; is that right?

22       A.   That's right.

23       Q.   And that video identified an equity events study.

24   Is that the study you're referring to?

25       A.   Yes.  That video showed the presentation of the

1    final results of that study.  I analyzed the underlying

2    materials that produced that summary of results in addition

3    to the summary.  I'm sorry.

4        Q.   I'm sorry.  And based on your analysis and

5    consideration of the materials you just identified, did you

6    form any conclusions?

7        A.   Yes, I did.

8        Q.   What conclusions did you form?

9        A.   I ultimately concluded that the equity event study

10   materials were a reliable means by which to conclude that

11   the announcement of the net worth sweep on the morning of

12   August 17th was associated with a decline in the value of

13   plaintiffs' holdings of $1.61 billion.

14            That is the day before the value of those holdings

15   was $2.93 billion.  And after the announcement, those fell

16   to $1.32 billion.  And that decline can be attributed to the

17   net worth sweep.

18       Q.   Now, you mentioned the term an equity or

19   shareholder event study.  What is an event study?

20       A.   An event study is a standard tool in financial

21   economics.  It's a logical progression that gives one reason

22   to believe that a change in the value of shares, such as

23   that which we see here, can be attributed to -- logically to

24   new information released to the market about a firm, in this

25   case, the announcement of the net worth sweep.

1    **Q.**   Is there any academic or legal support for using

2    an event study to determine the impact on a share price of

3    new information?

4    **A.**   Absolutely.  It's been estimated that this

5    technique has been used in tens of thousands of academic

6    studies in the field of financial economics.  This is also

7    something that is regularly used by financial practitioners,

8    financial analysts.  And this is something that has been

9    accepted in courts in a variety of cases.

10   **Q.**   Have you used event studies, like the one that's

11   in Exhibit 375, to determine damages in other cases?

12   **A.**   Yes, I have.

13   **Q.**   And in those cases, have courts generally -- or

14   strike that.

15        In general, have courts accepted using an event

16   study to prove damages?

17   **A.**   Yes.

18        **MR. GLUCK:**  Mr. DeRita, can you please put Exhibit

19   375, please?

20   **BY MR. GLUCK:**

21   **Q.**   Professor Mason, do you recognize Exhibit 375?

22        **MR. GLUCK:**  I'm sorry.  It's on my screen.

23        **THE WITNESS:**  I did until it left the screen.

24        **DEPUTY CLERK:**  He has the screen in front of him

25   as well.

1          **THE WITNESS:**  Yes, I can see it.

2          **MR. GLUCK:**  It was admitted earlier today.

3     Thank you.

4     BY MR. GLUCK:

5          **Q.**   Professor Mason, do you recognize Exhibit 375?

6          **A.**   Yes, I do.

7          **Q.**   And what is Exhibit 375?

8          **A.**   Exhibit 375 is what I referred to earlier as the

9     summary of results from the event study that I mentioned

10    earlier.

11         **Q.**   So this is part of the event study that the

12    defendants perform -- the defendants' experts performed that

13    you relied on?

14         **A.**   Right, this is part of the event study overall.

15         **MR. GLUCK:**  Can we also now please put up

16    PX-495-2, which was admitted a few minutes ago?

17    BY MR. GLUCK:

18         **Q.**   Professor Mason, do you recognize PX-495-2?

19         **A.**   I do.

20         **Q.**   And what is PX-495-2?

21         **A.**   This is a spreadsheet that accepted output from

22    computer code that was a base of the event study and

23    processed that output and put it in a format so that the

24    tables produced in this Excel spreadsheet could be pasted

25    into, perhaps, a PowerPoint slide deck that was printed out

1   to be the PDF that you showed earlier that I called the

2   summary of the results of the event study.

3        **Q.**   And is -- based on your analysis, is PX-495-2 part

4   of or the underlying material that led to the PowerPoint

5   presentation that's Exhibit 375?

6        **A.**   Yes, it is.

7        **MR. GLUCK:**   Can we -- Mr. DeRita, can we click on

8   EX returns tab?

9   **BY MR. GLUCK:**

10       **Q.**   Can you just describe for us, Professor Mason,

11   what this tab is?

12       **A.**   This tab contains, in column B, row 2, the date

13   and then in Column L and M, Row 2, the excess returns that I

14   think were shown in Dr. Attari's video projected on the

15   screen in their tabular format and the final summary of

16   results in the event study.

17       **Q.**   Is it fair to say these are the results of the

18   regression analysis that underlies the event study that the

19   defendants' experts performed?

20       **A.**   Yes, they are.

21       **Q.**   Do you see the date column?  Do you see the date

22   of 8/17/2012 and then the substantial decline in the two

23   columns next to that?

24       **A.**   Yes.

25       **Q.**   That's the date of the net worth sweep.  Right?

1       **A.**    That's right.

2                **MR. GLUCK:**   Can we please put up Exhibit 496-2?

3       Okay.   Let's try 496-3.   I may have misspoke.

4                Your Honor, I apologize.   I think we loaded the

5       wrong exhibit number so we'll fix that.

6       **BY MR. GLUCK:**

7       **Q.**    In addition to the summary output slides or Excel

8       spreadsheet we just looked at, was there also included in

9       the materials you considered the computer code that tells

10      the model how to run?

11      **A.**    Yes.

12      **Q.**    Is that one of the things you considered in

13      performing your assignment in this matter?

14      **A.**    Yes, I did.

15               **MR. GLUCK:**   Can we also put up please 497-2?

16      **BY MR. GLUCK:**

17      **Q.**    What is Exhibit 497-2, Professor Mason?

18      **A.**    This is an Excel spreadsheet of the prices of the

19      Fannie Mae common, the Freddie Mac common, and Fannie Mae

20      junior preferred, and Freddie Mac junior preferred stocks

21      that were analyzed for purposes of this case.

22      **Q.**    Is this the data that input into the model to

23      reach its conclusions?

24      **A.**    Yes.

25               **MR. GLUCK:**   Can we please put up Exhibit 497-4?

1    **BY MR. GLUCK:**

2        **Q.**   What is Exhibit 497-4?

3        **A.**   This is a spreadsheet containing output from the

4    computer code that gave the regression results that were

5    used to compute those excess returns we saw in the first

6    spreadsheet, the severe declines in value associated with

7    the announcement of the net worth sweep on August 17th,

8    2012.

9        **Q.**   Is it fair to describe these materials we've just

10   looked at as the guts and inputs and outputs and results of

11   the equity event study that the defendants performed to

12   measure the market price reaction to the net worth sweep?

13       **A.**   Yes.  The computer code, along with the

14   intermediate results that fed into producing the tables and

15   the final results, would be the guts of the study.

16       **Q.**   And did you compare the information in these

17   backup materials and the guts of the event study to the

18   summary of the results that is in the PowerPoint

19   presentation that is Exhibit 375?

20       **A.**   Yes, I did.

21       **Q.**   And what did that comparison show?

22       **A.**   That comparison showed that the computer code and

23   the intermediate results did in fact produce the tables and

24   graphics and other statistical and numeric information that

25   is shown in the summary of results of the event study.

1    **Q.**   So what's the first thing you did when you began

2    your assignment using this event study?

3    **A.**   The first thing I did was to evaluate the

4    materials, to assess the validity and the reliability of the

5    study for purposes of estimating damages in this case.

6    **Q.**   And how did you go about testing -- or looking at

7    the validity of the study?

8    **A.**   I did much as you just described.  I tied together

9    all of the pieces, made sure that the computer code was

10   written accurately, there were no commands in there that

11   were wrong.  It was written in a common computer language or

12   package called Stata, which is widely used.

13           Then followed that computer code through the

14   output files that you just showed to see what those outputs

15   were, see how they were brought into the first Excel book

16   that you showed, and processed and then checked to make sure

17   that those were indeed the numbers and tables that were

18   included in the summary of the event study results.  I

19   validated the model is what it's typically called.

20   **Q.**   And based on your years of experience of

21   performing event studies and your analysis of the event

22   study in this matter, do you have an opinion as to whether

23   or not this particular event study was properly constructed

24   and performed?

25   **A.**   Yes, I am under the opinion that it was properly

1    constructed and performed and forms a reliable basis for

2    damages established in this case.

3        Q.    Do you believe the conclusions that were reached

4    are sound?

5        A.    Yes.

6        Q.    Are the facts and data in the defendants' event

7    study the kind of facts and data that financial economists

8    reasonably rely on in performing an event study?

9        A.    Yes, this is the typical approach.

10       Q.    And is the defendants' event study the kind of

11   analysis that financial economists and other experts in the

12   field reasonably rely on to evaluate stock price movements

13   in response to new information?

14       A.    Yes.

15       Q.    Now, I noticed --

16           MR. GLUCK:   If we could put up Exhibit 375 again,

17   please.   Could we go to the second page?

18   BY MR. GLUCK:

19       Q.    Now I notice down on the bottom there is a

20   notation that it's preliminary work product draft subject to

21   revision.   Do you see that?

22       A.    I see that.

23       Q.    Was there any such note on any parts of the event

24   study itself?

25       A.    No.

1    Q.   Was there any such note on any of the data or

2    inputs or regression results that are contained in that

3    summary chart we looked at or any of the other backup

4    materials?

5    A.   No, there wasn't.

6    Q.   Does the fact that the PowerPoint presentation say

7    it's preliminary and subject to revision in any way cause

8    you to question the soundness of the results reached by the

9    event study?

10   A.   No, it doesn't affect any of my conclusion about

11   the equity event study that is produced in these materials.

12   Q.   What did you do next after validating that the

13   event study was properly performed and constructed and its

14   conclusions sound?

15   A.   Once I validated that there were no errors in the

16   Excel worksheets or typos in the commands, I set about

17   evaluating the logic applied to the event study.  The event

18   study is just a logical construct of weighing whether a

19   change in share prices can be attributed to information

20   that's released about the firm.  So you want to look at that

21   logic.

22        The next thing I did, according to a standard

23   approach to that logic, is look to see whether share prices

24   moved with response to other information.  Of course, I'd

25   want to focus ultimately upon the information released about

1    the net worth sweep.  But it would be helpful if I knew that

2    the stock price reacted to other information before I look

3    at that.  So that's something I focused on in these

4    materials.

5        **Q.**   Okay.

6           **MR. GLUCK:**  Can we please -- thank you.

7    **BY MR. GLUCK:**

8        **Q.**   What did the event study show as to whether or not

9    the GSE share prices leading up to the net worth sweep were

10   reacting to new information?

11       **A.**   Well, among other things, because I had a great

12   deal more data than you're just seeing here from the summary

13   of results, the study showed, even in the summary of

14   results, that the stock price moved in a significant way in

15   response on August 7th and August 8th to the earnings

16   releases of Fannie Mae and Freddie Mac, when they released

17   information to investors about their performance in the

18   prior quarter.

19       **Q.**   And just for the record, this is a summary

20   slide -- a portion of the slide that came from Page 13 of

21   Exhibit 375; is that right?

22       **A.**   That's correct.

23       **Q.**   What is the significance to you the fact that the

24   shares generally were reacting to new information in the

25   period leading up to the net worth sweep?

1      **A.**     The shares' reaction to other information in the

2    period leading up to the net worth sweep gives me support in

3    looking at the shares' response on the date of the net worth

4    sweep, that that response is likely to be -- or that price

5    movement is likely to be attributable to the information

6    released about the net worth sweep that day.

7      **Q.**     And what's the next thing you did in your

8    analysis?

9      **A.**     Then I proceeded to look at the day of the net

10   worth sweep.

11     **Q.**     And how did the -- what did the event study show

12   how the GSE shares responded to the news of the net worth

13   sweep?

14     **A.**     The event study showed that, on that day and that

15   day alone, the value of Fannie Mae equity fell by 47.1

16   percent, almost half.  And the value of Freddie Mac equity

17   fell by more than half, 56.8 percent.

18     **Q.**     And based on your experience, is that a -- how

19   would you characterize the magnitude of that decline?

20     **A.**     Those are dramatic declines.  They're massive.

21   But they're the kind of declines that, in my opinion, one

22   would expect to see from an announcement that said that the

23   Treasury was going to take all the profits of Fannie Mae and

24   Freddie Mac so that the companies couldn't use those at all

25   and the shareholders would derive no benefit from those

1    whatsoever.

2        **Q.**    Was there anything in the event study itself or

3    the summary results page or PowerPoint that attributed that

4    massive decline that we're looking at to the net worth sweep

5    or its effects?

6        **A.**    Yes.  The summary results contained a table in the

7    last two pages, containing news articles that had been

8    established to be associated with the days of price

9    movements found in the study.

10            The news article included, for the date of August

11   17th, included what we see here on the screen a quote from a

12   news article by Reuters, which said that "preferred and

13   common shares lost more than half their value in heavy

14   trading as investors saw the plan as undercutting the

15   ability of either company to ever emerge from government

16   conservatorship as profitable entities."

17       **Q.**    What if any significance is there in the notation

18   that there was heavy trading?

19       **A.**    Heavy trading, to me as a financial economist, in

20   an event study indicates there was more than one or two

21   investors in the market who thought this might have happened

22   and nobody else was around.

23            A lot of investors traded that day so that the

24   price movement can be seen as a valid market assessment of

25   the value of the information released that day.

1    **Q.**   And in your opinion, how did the net worth sweep

2    undercut the ability of either of the GSEs to emerge from

3    conservatorship as profitable entities?

4    **A.**   Well, it took every dollar of earnings from the

5    companies and it sent them to Treasury, away from those

6    companies.  That would certainly impair profitability

7    directly.

8    **Q.**   In your opinion, is there any reason to believe

9    that anything besides the net worth sweep could have caused

10   the huge decline in value that the event study notes or

11   found?

12   **A.**   In my opinion, I don't see anything else that day

13   that would have caused this massive and dramatic movement in

14   stock prices.

15   **Q.**   Now, did the event study contain any analysis of

16   whether this decline we're looking at was just a random

17   occurrence?

18   **A.**   Yes, it did.

19   **Q.**   How did -- you know, what analysis did they

20   perform to rule that possibility out?

21   **A.**   On this slide in this table, if you look at the

22   hard copy, you'll notice a little star next to the 47.1

23   percent decline for Fannie Mae and the 56.8 percent decline

24   for Freddie Mac, sometimes referred to as an asterisk.

25           As the author has indicated, at the bottom of this

1   slide, that that asterisk indicates the significance of

2   excess returns based on a 5-percent level.  That

3   significance is a statistical measure or measure of

4   statistical significance we call it.

5           That star is indicating that there is less than a

6   5 percent likelihood of this movement for Fannie Mae of the

7   47.1 percent decline, for Freddie Mac of the 56.8 percent

8   decline, the likelihood that that movement would have

9   happened by mere random chance.  So the possibility of this

10  being mere random chance is less than 5 percent.

11      **Q.**   Did the event study quantify how much less than 5

12  percent chance there was that this was just a simple random

13  movement as opposed to responding to the news that day?

14      **A.**   Yes.  The statistical program and output contained

15  statistics that allowed me to calculate the exact

16  probability associated with random chance on these massive

17  movements.

18      **Q.**   And what was the -- how much less than 5 percent

19  was it?

20      **A.**   A lot less than 5 percent.  Statistically, there

21  is less than 1 trillionth of a percent chance that you would

22  see a massive movement like this occur just out of the blue

23  for no reason.

24      **Q.**   Is that another way of saying that there is a less

25  than a 1 in 1 trillion percent chance that that was just a

1    random movement?

2         **A.**    Yes.

3         **Q.**    Now you described a moment ago the impact of the

4    net worth sweep was to sweep every dollar of profit each

5    firm earns going forward.  That's your understanding of the

6    net worth sweep?

7         **A.**    Yes.

8         **Q.**    And given that, is the type of price reaction

9    identified in the event study what you would expect from an

10   announcement of that magnitude?

11        **A.**    Yes.  That's a huge magnitude.  You're never going

12   to have another dollar again.  I would expect the stock to

13   drop quite significantly on that news.

14        **Q.**    Is there any economic principle that would sort of

15   support that view?

16        **A.**    Sure.  Dr. Attari, himself, discussed this when he

17   said that reducing the up-side payoff to equity holders

18   results in a decline in the value of preferred and common

19   equity.

20             Here we have this net worth sweep that was a

21   quarterly sweep of every dollar of profit and that certainly

22   reduced the upside for equity shareholders because there was

23   going to be nothing.  Therefore, you would expect a decline

24   in the value of GSE shares and indeed a pretty dramatic

25   decline.

1514

1    **Q.**    Now, did the event study, in addition to

2    identifying the percentage decline in share value following

3    the net worth sweep, also quantify that impact in dollars?

4    **A.**    Yes, it did.

5    **Q.**    And did you prepare a slide showing -- to help us

6    walk through that dollar decline in value?

7    **A.**    I did.

8    **Q.**    Where does the information on this slide come

9    from?

10    **A.**    The information comes from that summary of the

11    event study results that we discussed earlier.

12    **Q.**    In particular, this comes from Page 5 of Exhibit

13    375; is that right?

14    **A.**    The table comes from Page 5.  The quote comes from

15    one of the very first lines on Page 1.

16    **Q.**    All right.  Let's walk through this together.  So

17    what's the first thing that you noticed looking at this?

18    **A.**    So looking at this, first thing to notice is that

19    the Fannie Mae common shares column of this table is not

20    something that's at issue in this case.  For whatever legal

21    reason the common shareholders of Fannie Mae are not

22    involved here.

23            Secondly, then looking at the Fannie Mae junior

24    preferred shares, this table shows that the value of those

25    shares the day before the net worth sweep was announced was

1   close was $1,459,000,000.  And at the close of trading after

2   the net worth sweep was announced, the value was $680

3   million dollars for a decline in value that day of $779

4   million attributable to the announcement of the net worth

5   sweep.

6       **Q.**   Now, correct me if I'm wrong, but that's more than

7   a 50 percent decline in value.  Correct?

8       **A.**   That's right.  That's more than a 50 percent

9   decline in value.

10      **Q.**   All right.  How about the Freddie Mac junior

11  preferred results?

12      **A.**   On the Freddie Mac junior preferred stock, that

13  stock was worth $1,274,000,000 the day before the net worth

14  sweep.  After the net worth sweep was announced, the value

15  of that junior preferred stock had fallen to $488 million

16  for a loss of $786 million the day the net worth sweep was

17  announced.

18      **Q.**   All right.  How about Freddie Mac common?

19      **A.**   With regard to Freddie Mac common shares, the

20  value the day before was $195 million.  The value the day

21  after the net worth sweep was announced, the value was $150

22  million, for a loss on the day the net worth sweep was

23  announced of $46 million.

24      **Q.**   And did you calculate the total value of decline?

25      **A.**   Yes.

1    Adding those three red cells together yields

2    damages in this case of $1.61 billion.

3        **Q.**   And is it your opinion, as a financial economist,

4    that that is the measure of damages to the plaintiffs from

5    the net worth sweep?

6        **A.**   Yes.  That is a directly observable measure of

7    damages in this case.

8        **MR. GLUCK:**  Your Honor, I think we're at the point

9    where there is an objection to the following two slides.

10        **THE COURT:**  All right.  I'll let the jury take

11    their recess while I deal with that.  We'll take 10 minutes.

12        (Jury exited the courtroom)

13        **THE COURT:**  You may be seated.  Go ahead.

14        **MR. GLUCK:**  Your Honor, the dispute or the

15    disagreement is over a couple of slides that we put together

16    on prejudgment interest.

17        There is this weird quirk that, under Delaware

18    law, prejudgment interest is applied automatically by the

19    Court.  But apparently, after a lot of research, it seems

20    like, under Virginia law, it's a question for the jury.

21        So Dr. Mason put together a slide that describes

22    what prejudgment interest is and then does the calculation

23    for the Freddie Mac, Freddie Mac junior preferred and common

24    shareholders.  And the defendants object because Dr. Mason

25    didn't do that in his expert report because, at the time, we

1    just didn't -- we assumed that both states applied that it

2    was automatic because every court I've ever been in, that's

3    the way it's worked.

4            It's a simple calculation.  Under Virginia law,

5    it's 6 percent simple interest.

6        **THE COURT:**  Does the statute provide the 6

7    percent?

8        **MR. GLUCK:**  It does.

9            And our understanding of the law is that the jury

10   is asked to find, and we submitted a verdict form consistent

11   with that, but they're asked to find whether to award and

12   then the date in which it runs and not necessarily to

13   calculate the amount.  But we thought it would be helpful to

14   give them an understanding, to do the math for them as to

15   the magnitude of what we're talking about.

16       **MR. JONES:**  Your Honor, Stanton Jones for the

17   defendants.  We do object to these two slides.  It's slides

18   24 and 25 in the slide deck, both because, as Mr. Gluck

19   said, this analysis of prejudgment interest is not disclosed

20   in the expert report.

21           But also, if we could pull it up, on its face,

22   Slide 24 purports to instruct the jury about Virginia law.

23   It says, "Virginia law" colon and then purports to make a

24   statement of law, which we don't actually think fully

25   captures Virginia law.

1    Our understanding, Your Honor -- and we can

2    discuss this later in connection with jury instructions --

3    is that, under Virginia law, the jury actually has

4    discretion whether to award or deny prejudgment interest.

5    The jury, if it chooses to award prejudgment interest, has

6    additional discretion to select the date on which the

7    prejudgment interest would begin running.  None of that is

8    reflected here.

9    So this calculation purports to tell the jury a

10   statement of Virginia law that would simply automatically

11   apply 6 percent prejudgment interest running from the date

12   of the breach of the alleged harm.  We don't think that

13   that's a correct statement of Virginia law.

14   I'll also note for the record, Delaware law, which

15   Mr. Gluck also mentioned, under Delaware law, it's true that

16   it is the Court, rather than the jury, that decides

17   prejudgment interest.  But under Delaware law as well -- we

18   can address this in connection at a later stage -- there's

19   also some measure of discretion in the court whether to

20   award or deny prejudgment interest.

21   So we don't think, for all of those reasons, that

22   it's appropriate for this witness to be offering opinions or

23   testimony about prejudgment interest at all and certainly

24   not on the basis of these slides, which we believe reflect

25   essentially incorrect jury instructions.

1       **MR. GLUCK:**  Your Honor, we would be happy to

2    modify the slide that you're looking at right now, Slide 24,

3    to just say, the Virginia law at 6 percent per year simple

4    interest and leave it at that.

5           And then the next slide is simply just doing a

6    calculation, you know, based on the damages we're asking for

7    and what the prejudgment interest would be on that.

8           I don't think there is any real dispute that, if

9    you multiply -- if you take 786 million and you apply --

10        **THE COURT:**  Why don't you just leave interest out

11   until I've ruled on the question?

12        **MR. GLUCK:**  Thank you, Your Honor.  I appreciate

13   it.

14        **THE COURT:**  I know I have to get to it at some

15   point but I haven't resolved it yet.

16        **MR. GLUCK:**  Thank you, Your Honor.

17        **THE COURT:**  And whatever they're going to

18   determine, they can do the calculation.  I'm sure you all

19   can fill them in during argument about what the calculation

20   would be.

21          All right.  We'll take ten minutes from now and

22   I'll try to keep the jury on time.

23        **MR. GLUCK:**  Thank you, Your Honor.

24       (Break)

25       (Jury entered the courtroom)

1          **THE COURT:**  All right.  You may be seated.

2          You may proceed.

3          **MR. GLUCK:**  Thank you, Your Honor.

4     BY MR. GLUCK:

5     **Q.**   Professor Mason, have you become aware that the

6     parties to this case have agreed on certain facts about the

7     declines in the GSE share values after the net worth sweep?

8     **A.**   Yes.

9          **MR. GLUCK:**  Mr. DeRita, can we put up Exhibit JX1?

10    Can we focus in on Paragraphs 40 and 41, please?

11    BY MR. GLUCK:

12    **Q.**   Professor Mason, have you reviewed these two

13    paragraphs, 40 and 41, about the stipulated facts about the

14    value of the share declines following the net worth sweep?

15    **A.**   Yes, I have.

16    **Q.**   And have you compared the values and these facts

17    to which the defendants have agreed and stipulated to the

18    values in the defendants' event study?

19    **A.**   Yes.

20    **Q.**   Did you prepare any slides to help us look at that

21    and compare the two?

22    **A.**   Yes, I did.

23         **MR. GLUCK:**  Can we go back to the slide deck,

24    please?

25

1    **BY MR. GLUCK:**

2        **Q.**    Professor Mason, can you explain for us what this

3    slide is depicting?

4        **A.**    This slide contains, on the top, the table that I

5    showed previously and, on the bottom, contains the text of

6    the agreement between the parties with regard to the values.

7    So on the top slide on the left here, you see highlighted

8    the Fannie Mae portion and the decline of $779 million.  And

9    below you see the text of the agreement representing that

10   the parties agree that that decline was $779 million.

11       **Q.**    Okay.  And then how about for Freddie Mac?

12       **A.**    With regard to the Freddie Mac junior preferred,

13   you see from the table it was from defendants' event study

14   summary of results the decline of $786 million associated

15   with the Freddie Mac junior preferred, and then the text

16   below you see that same $786 million decline agreed to by

17   the parties.

18       **Q.**    How about for the common?

19       **A.**    For the common shares, you see the decline of $46

20   million and below in the text the agreement that the number

21   is indeed $46 million.

22       **Q.**    Thank you, Professor Mason.  I have no more

23   questions at this time.  I may have some additional

24   questions after the defendants have their opportunity to

25   question you.

1    **THE COURT:**  All right.  You may cross-examine.

2              **CROSS-EXAMINATION OF JOSEPH MASON**

3    **THE COURT:**  Members of the jury.

4    **MR. KAPLAN:**  Professor Mason.

5    **MR. JONES:**  I have a couple exhibit binders if I

6    could approach the witness to pass those.

7    **THE COURT:**  Okay.

8

9    **MR. JONES:**  I have an extra copy.  Would the Court

10   like a copy?  (Handed to the Court.)

11   **MR. GLUCK:**  I'm sorry, Stanton.

12        (Handed binder to Mr. Jones.)

13             **CROSS-EXAMINATION OF JOSEPH MASON**

14   **BY MR. JONES:**

15   **Q.**   I'm Stanton Jones and I represent the defendants.

16        Let's talk about this stock price event study.

17   **MR. JONES:**  Can we pull up Exhibit 375, please?

18   This is admitted in evidence.  PX.

19   **BY MR. JONES:**

20   **Q.**   Dr. Mason, this is the event study, the stock

21   price or equity event study that you testified about with

22   Mr. Gluck.  Correct?

23   **A.**   This is the summary of results from the event

24   study.  Correct.

25   **Q.**   And you did not prepare this event study.  Either

1    the summary of results that we see here or the underlying

2    materials, you didn't prepare any of them.  Correct?

3        A.   That's right.  Defendants' experts prepared this

4    event study.

5        Q.   You did not prepare any event study in this case.

6    Correct?

7        A.   I did not type my own code and create my own

8    tables, no.

9            MR. JONES:  Can we turn to Page 2 of this event

10   study?

11   BY MR. JONES:

12       Q.   Do you see those four bullets there on Page 2?

13   This is one of the pages that Mr. Gluck showed you?

14       A.   I see those.

15       Q.   You didn't write those bullets.  Right?

16       A.   That's right.  I didn't write those, but, with

17   regard to the equity event study, I believe the parties

18   agreed that the decline was $847 million and $831 million,

19   respectively, for Fannie Mae and Freddie Mac's common and

20   junior preferred stock.  So this isn't --

21       Q.   With respect, Dr. Mason, my question was did you

22   write these bullets?  And you did not write them?

23       A.   I answered I did not write them but this is

24   non-controversial.

25       Q.   Okay.  Okay.  I'm going to read the third bullet,

1    and I'm just going to ask you a simple question of whether I

2    read it correctly.  That will be my only question about it.

3             It says, "Price of the common stock recovered in

4    September 2012 and that of the junior preferred stocks

5    recovered during October 2012."

6             Did I read that correctly?

7       A.   Those are the words on the page, yes.

8       Q.   The Third Amendment to the PSPAs was announced on

9    August 17th of 2012.  Correct?

10      A.   That's right.

11      Q.   September 2012 was the next month, the month after

12   August 2012, when the Third Amendment was announced.

13   Correct?

14      A.   September 2012 was the next month.  Correct.

15      Q.   And October 2012 was the month after that, the one

16   right after September.  Correct?

17      A.   That's correct.

18           MR. JONES:  We can pull that down, Mr. Salazar.

19   BY MR. JONES:

20      Q.   Now let's talk about what this event study shows.

21   You testified, I believe, that the event study, which you

22   did not prepare, measures the impact of the Third Amendment

23   on the enterprises' stock prices; is that fair?

24      A.   I think that's reasonable, yes.  I testified that

25   this event, this equity event study measures damages on

1    August 17th, 2012.

2        **Q.**    Okay.  And you know that a properly-conducted

3    event study must have a method, a way, to exclude

4    alternative potential causes of the purported impact of the

5    event in question.  Right?

6        **A.**    Sure.  We typically look for things that are

7    likely to have been an alternative cause.  And if there are

8    any such things, we would then look to see if the event

9    study results would need to be amended to accommodate those.

10       **Q.**    Okay.  And you know and you've said before that,

11   in order to be a properly-conducted event study, the event

12   study must have a method to exclude alternative potential

13   causes of the purported impact of the event in question.

14   Right?

15       **A.**    Right, alternative potential causes.

16       **Q.**    Okay.  And you also know and you've said that, if

17   the expert has no such method, then their event study has no

18   way of accounting for potential alternative causes of the

19   decline that the expert attributes to the net worth sweep.

20   Correct?

21       **A.**    I think you're likely taking that from another

22   portion of my remarks.  I wouldn't disagree generally,

23   though, that if there are causes that would potentially

24   create an offset in stock price movement, one would want to

25   look at those and evaluate those to the extent, again, that

1    there are potential causes.

2         Q.    Yes, you're correct.  I am taking it from your

3    words and, in fact, it's correct.  You know and have said

4    that, if the expert has no such method for excluding

5    alternative potential causes, then their event study has no

6    way of accounting for potential alternative causes of the

7    decline in prices that the expert attributes to the net

8    worth sweep.  Right?

9         A.    Right.  My issue was you're taking that from my

10   critique of a different event study performed by Dr. Attari,

11   not this event study.  I just want to be clear about that,

12   that I'm critiquing, in those remarks, I believe

13   Dr. Attari's approach.

14        Q.    Okay.  In addition -- I'm sorry.  One thing that

15   the Third Amendment did was the net worth sweep.  Right?

16        A.    I'll follow along.  Yes.

17        Q.    Okay.  In addition to the net worth sweep, the

18   Third Amendment also required a Fannie Mae and Freddie Mac

19   to accelerate the wind-down of their -- what's called their

20   retained mortgage portfolios.  Correct?

21        A.    Correct.

22        Q.    And those words "accelerate the wind-down" of the

23   Fannie and Freddie retained mortgage portfolios, that's just

24   a fancy way of saying that Fannie and Freddie were going to

25   shrink a part of their business faster.  Right?

1    **A.**   That's right, shrink a part of their business

2    faster and we earlier saw testimony by Mr. Mayopoulos

3    regarding that as well.

4    **Q.**   So the Third Amendment announced on August 17,

5    2012, did both of those things.  It did the net worth sweep

6    and it did the retained mortgage portfolio wind-down.

7    Correct?

8    **A.**   I don't know what you mean by "wind-down."  I'd

9    prefer to stick with the language from the announcement.  We

10   can go into why it's not a wind-down, per se, but I'm happy

11   to stay with the language from the announcement.

12   **Q.**   Sure.  I was actually pulling wind-down from your

13   report in the case.  Do you think that's not an accurate way

14   to describe the acceleration of the reduction in the

15   retained mortgage portfolios?

16   **A.**   Well, let me explain what I mean.  This

17   acceleration in the decline of the retained portfolio

18   related to a cap that was put in place.  So on a dollar

19   amount, the portfolio started out at this cap, regardless of

20   where the portfolio actually was, and then the cap, for

21   purposes of the regulation, was reduced by 10 percent per

22   year, initially, under the Second Amendment.

23         Under the Third Amendment, this cap was moved to

24   15 percent per year.  It could be that the companies were

25   below the cap already, in which case they didn't have to do

1   anything.  But nonetheless, this cap related to or this

2   movement, this acceleration, related to the cap not

3   necessarily to the portfolio.

4          And this cap only required a reduction from a

5   starting point in 2009 of about I think almost $900 million

6   to get to, in about 2020, roughly $250 million.  So then no

7   requirement was made that you had to reduce the portfolio

8   any further below $250 million.

9     Q.   Okay.  So the Third Amendment did both of those

10  things.  It did the net worth sweep and it did the

11  acceleration of the reduction of the retained mortgage

12  portfolio.  Correct?

13    A.   As I just explained, it accelerated the reduction

14  of the cap on the retained portfolio.  Whether or not that

15  had an effect is another story.

16    Q.   The Third Amendment did both things.  It did that,

17  that you just described, and it did the net worth sweep.

18  Both were in the Third Amendment.  Correct?

19    A.   Correct it did that which I just described and the

20  net worth sweep.

21    Q.   Okay.  The event study, PX-375 that you testified

22  about this afternoon, which you did not prepare, does not

23  say anything about the acceleration of the reduction of the

24  retained mortgage portfolios that you've just described.

25  Correct?  It doesn't mention it?

1529

1     **A.**   That's right, it doesn't mention it.  And that was

2  the importance to me of the table at the end of the event

3  study summary that presented news items associated with each

4  day.  You're right.  None of those news items mentioned the

5  retained portfolio reduction because it wasn't important.

6         The main driver in that news item that I quoted

7  from Reuters of the losing -- the stocks losing more than

8  half their value in heavy trading was undercutting the

9  ability of either company to ever emerge from government

10  conservatorship as profitable entities.

11        The slight movement in this reduction rate

12  wouldn't have any dramatic effect upon the stock, certainly

13  not as dramatic as taking every dollar of profits and

14  sending it to Treasury.

15     **Q.**   The event study, which you did not prepare, does

16  not conduct any statistical analysis or regression

17  attempting to distinguish between the impact of the net

18  worth sweep on the stock prices and any impact of the

19  acceleration of the reduction of the retained mortgage

20  portfolios.  Correct?

21     **A.**   That's right, because it's not a potential cause

22  of the decline.

23     **Q.**   The event study does not try to analyze how much

24  of the $1.6 billion stock price drop may have been caused by

25  the net worth sweep and how much of that drop may have been

1   caused by the acceleration of the reduction of the retained

2   mortgage portfolios.   Correct?

3       **A.**   You're right.   The text within the summary of

4   results in the news items don't include any coverage of the

5   retained mortgage portfolio, I would say, because the

6   authors knew, like I did, that that wasn't likely to have

7   any effect.

8       **Q.**   You didn't go research the news from that day to

9   try to determine whether there were other news reports

10  relating to the Third Amendment beyond the one that's

11  reported on that page of the event study, did you?

12      **A.**   I researched the announcement and I researched the

13  effect of the announcement.   I didn't see any need to bring

14  in additional news about the announcement.

15          As I noted in the materials that I reviewed, I

16  reviewed extensively the agency's financial reports, their

17  annual reports, their quarterly reports.   And it's important

18  to note that Mr. Mayopoulos, himself, noted that the agency

19  was shifting money into the guaranteed portfolio for loans

20  with better credit quality.

21          This is a place where shifting money from the

22  retained portfolio to the guaranteed portfolio is not likely

23  to have a significant effect upon the earnings of the firm,

24  certainly nowhere in any magnitude that would cause a 50

25  percent stock drop.

1    **Q.**   Dr. Mason, respectfully, I didn't ask you about

2    any of those things.  I didn't ask you about the quarterly

3    filings or Mr. Mayopoulos or anything.  I asked you a simple

4    question, which is just, that you testified just now about a

5    single news item from Reuters that is clipped a few

6    sentences on a page in the event study.

7            My question is a very simple one.  It's just, You

8    did not do any work to go research other news reports from

9    the day of the announcement of the Third Amendment other

10   than the one that's reported here.  Right?  You didn't do

11   that work?

12   **A.**   I looked at other news on the day.  The importance

13   of presenting this news from this table is that this is the

14   work of defendants' experts in preparing their study.  And I

15   am pointing out they did not point to any effect arising

16   from this slight increase in the acceleration of the goal of

17   reducing the retained portfolio.

18   **Q.**   Okay.  You know from your work in this case that,

19   when an event study and a regression analysis, like the one

20   in PX-375 and the underlying materials, when the event study

21   and regression analysis cannot distinguish between the

22   impact of the net worth sweep and the acceleration of the

23   reduction in the retained mortgage portfolio, your opinion,

24   which you have expressed in this case, is that the expert

25   lacks any economically-sound basis for concluding that the

1    net worth sweep had the effect that the expert claims.

2    Right?

3        **A.**    Right.  And again, you're taking that from a

4    portion of my report that is critiquing the work of

5    Dr. Attari.  Dr. Attari performed an event study on the

6    bonds of the GSEs.  That's completely separate from the

7    event study on the stocks.

8            In his event study on the bonds, he fails to

9    account for this reduction in the retained portfolio, which

10   is important for the bonds because what that means is, the

11   amount of bonds that these GSEs are going to be selling is

12   going to fall by roughly three-quarters.

13           This is important to world markets because these

14   GSE bonds sold by Fannie Mae and Freddie Mac are generally

15   viewed to be kind of like U.S. Treasuries, risk-free.

16   They're held by investors throughout the world.

17           So if you decrease this supply of risk-free

18   assets, it's just basic economics, you decrease supply and

19   demand remains constant, price is going to go up.  That's

20   the only effect I'm saying that Dr. Attari is showing in his

21   analysis.

22           Now, from my analysis on equities or, to be fair,

23   as you've said, defendants' experts' analysis of equities,

24   this slight reduction in the retained portfolio is not

25   likely to affect earnings and therefore not likely to be a

1   potential effect that would need to be separated out from a

2   massive decline caused by the taking of every dollar of

3   earnings of the companies.

4       **Q.**   Okay.  So I think that you said, Yes.  But just to

5   be sure, you know and you have said that, when an event

6   study cannot distinguish between the impact of the net worth

7   sweep and the impact of the acceleration of the reduction of

8   the retained mortgage portfolio, your opinion, which you

9   have expressed in writing in this case, is that the expert

10  lacks any economically-sound basis for concluding that the

11  net worth sweep had the effect the expert claims.  Right?

12  That was your view that you wrote down?

13      **A.**   I'm going to answer the same way to a repeat of

14  your same question, which is that's my critique of

15  Dr. Attari who started this line of questioning about

16  potential causes that would need to be separated from one

17  another.  There's no potential effect relating to the

18  increased rate of decline of the retained portfolio for the

19  equity event study.

20          I wrote what you're reading without any regard to

21  the equity event study but with regard to Dr. Attari's

22  study, the face -- because it deals with bonds rather than

23  stocks.  It deals with different market influences that he

24  has not taken into account.  Influences that are not just

25  potential but real and actual and he hasn't taken into

1    account.  They're not real and actual for an application

2    with regard to equity.

3        Q.   You also know and have said that, if an event

4    study has no way of excluding the accelerated reduction of

5    the retained mortgage portfolio as the cause of the decline,

6    your opinion is that the event study and the resulting

7    conclusions lack reliability.  Right?  That was your view

8    that you expressed in writing?

9        A.   I'm happy to take a look at this passage, because

10   I think you're insert some language here.  Again, this is

11   responding to Dr. Attari's bond market event study.  So if

12   Dr. Attari's bond market event study has no way of excluding

13   the effect resulting from this decreased issuance of bonds

14   that would affect global markets, then he cannot reach the

15   conclusions that he reaches.  But I do not write that with

16   regard to the equity event study, and that is not my opinion

17   with regard to the equity event study.

18       Q.   Two different event studies, two different sets of

19   rules.  Right?

20       A.   I don't know what you mean by "two different sets

21   of rules."  They are two different financial instruments.

22   Bonds are different from stocks.  They're not the same

23   thing.

24            **MR. JONES:**  That's all.  No more questions.

25                **REDIRECT EXAMINATION OF JOSEPH MASON**

1  BY MR. GLUCK:

2      Q.   Professor Mason, you were asked some questions

3  about the stock quote recovering in September for the common

4  and October for the junior preferreds.  Do you believe, as a

5  financial economist, that those price increases that

6  occurred in October recovered the $1.6 billion of losses

7  that occurred when the net worth sweep was announced?

8          MR. JONES:  Objection, Your Honor.  Could we be

9  heard on the phone on this?

10         THE COURT:  Yes.

11     (Sidebar discussion.)

12         MR. JONES:  Your Honor, this is Stanton Jones for

13  the defendants.

14         The question calls for testimony from Dr. Mason

15  that is completely outside the scope of his expert

16  disclosures.

17         In the two paragraph graphs of his reply report

18  that address Dr. Attari's equity event study, which I know

19  the Court is familiar with, it's Paragraphs 87 and 88, there

20  is not a word, not a single word expressing any view or even

21  mentioning anything about the change in stock prices

22  following the initial drop.

23         And the only question that I asked on direct was

24  simply -- I read a sentence out loud and asked whether I had

25  read it correctly.  I did not ask him anything about any

1    view or idea that he has about the matter at all.

2              And so the questions about whether he wants to

3    look at this graph and offer completely new opinions that

4    were never disclosed is fully outside the scope of his Rule

5    26 disclosures, which Your Honor is familiar with.

6         **MR. GLUCK:**  Your Honor, we had no intention of

7    offering this for an opinion, but the clear implication of

8    the defendant's questions was to suggest that this price

9    rebound or recovery, as he said, is to mitigate damages.

10   Dr. Mason is simply responding to that line, that question

11   and that implication.

12             And, you know, as you know, an expert is free to

13   comment on evidence that is presented at trial.  The

14   defendants opened the door on this.  And I think at this

15   point it would be incredibly prejudicial to let them have a

16   one-sided presentation about -- you know, about this issue.

17   To say it is somehow mitigation of damage, when it is

18   clearly not, because it rose in response to completely

19   unrelated news to the net worth sweep.

20             So we think it is completely appropriate for

21   Dr. Mason to respond to that line of questioning.

22        **MR. JONES:**  Your Honor, Stanton Jones.

23             Again, there is nothing about any of this in the

24   expert disclosures that we relied on.  And I don't see how

25   simply asking whether I read a sentence correctly in a

1    document, that plaintiffs themselves have already put into

2    evidence, opens the door to an entire new line of expert

3    opinions that we have heard nothing about until literally

4    right now.

5           **MR. GLUCK:**  Your Honor, Dr. Mason, in his report,

6    explains the damages were $1.6 billion based on Dr. Attari's

7    event study.

8           The defendants are now using the same event study

9    to try to argue the damage was something less than $1.6

10   billion.  So this is fully encompassed within Dr. Mason's

11   opinion that the damages are $1.6 billion.  The defendants

12   have now opened the doors that using the very same event

13   study that Dr. Mason relied on, that Dr. Attari and his team

14   prepared, and that was the subject of Dr. Mason's reply

15   report.  He simply would be pointing out, using no

16   additional analysis, just looking in the analysis that's in

17   the report -- or in the event study that Dr. Attari

18   prepared, and simply commenting that that decline, and

19   subsequent price increase, does not in any way constitute a

20   mitigation of damages or recovery.

21          And, by the way, the other thing, it's misleading

22   because, as you can tell and as the report itself

23   identifies, the stock did not recover.  It was still less

24   than half of its value the day before the net worth sweep.

25          **THE COURT:**  The objection is sustained.

1        (Sidebar discussion concluded)

2    **BY MR. GLUCK:**

3        **Q.**    Professor Mason, I wanted to -- you asked the same

4    question lots of time, I guess is the best way to put it,

5    about the potential impact, if any, that the slight

6    acceleration of the reduction of the portfolio might have

7    had.  You alluded to -- were the GSEs already under the cap,

8    the 15 percent reduction in cap, when it was announced?

9        **A.**    Yes.

10       **Q.**    And was that information known to the market?

11       **A.**    Yes.

12       **Q.**    The GSEs had published that information in their

13   quarterly filings; is that right?

14       **A.**    Yes.

15       **Q.**    Now, you were asked questions to kind of compare

16   or -- about the two aspects of the Third Amendment.  Between

17   the net worth sweep and the slight acceleration of the rate

18   at which the GSEs were required to reduce their mortgage

19   portfolio, which aspect was going to take every dollar of

20   profit the GSEs earned going forward?

21       **A.**    The net worth sweep.

22       **Q.**    And between the net worth sweep and the slight

23   acceleration of the rate at which the GSEs were required to

24   reduce their mortgage portfolio, which aspect made it

25   significantly less likely the GSEs would exit

1  conservatorship and be returned to shareholders as

2  profitable entities?

3      **A.**   The net worth sweep.

4      **Q.**   Which aspect prevented the companies from building

5  capital?

6      **A.**   The net worth sweep.

7      **Q.**   Which aspect insured that shareholders would

8  receive little to no benefit from any future positive

9  financial performance by the GSEs?

10      **A.**   The net worth sweep.

11      **Q.**   With all of that in mind, in your opinion, which

12  aspect caused the GSE shares to lose half value in August of

13  2012?

14      **A.**   The net worth sweep.

15          **MR. GLUCK:**   I have no more questions.  Thank you,

16  Your Honor.

17          **THE COURT:**   You may step down.

18      (Witness stepped down)

19          **THE COURT:**   Next witness.

20          **MR. HUME:**   Judge Lamberth, Hamish Hume for the

21  plaintiffs.  Plaintiffs call our next witness, Dr. Anjan

22  Thakor, who will be examined by my colleague, Mr. Sam

23  Kaplan.

24          **MR. KAPLAN:**   Good afternoon, Your Honor.

25          Your Honor, we have some presentation slides.

1540

1    Could I pass those out?  Thank you.

2              **THE COURT:**  You may come forward.

3              **DEPUTY CLERK:**  Please raise your right hand.

4        (Witness sworn)

5              **DEPUTY CLERK:**  Please speak clearly into the

6    microphone.  Thank you.

7              **THE WITNESS:**  Thank you.

8                **DIRECT EXAMINATION OF ANJAN THAKOR**

9    **BY MR. KAPLAN:**

10       **Q.**   Your Honor, members of the jury, good afternoon,

11   Professor Thakor.

12       **A.**   Anjan Thakor.

13       **Q.**   Professor Thakor, could you tell us where you are

14   currently employed?

15       **A.**   I am employed with the Olin School of Business at

16   Washington University in St. Louis.

17       **Q.**   What are your positions there?

18       **A.**   So currently I am the interim dean.  I'm also the

19   John E. Simon Professor of Finance, director of the doctoral

20   program and director of the WFA Center for Finance and

21   Accounting Research.

22       **Q.**   I'll talk about those duties momentary.

23              Professor Thakor, am I correct you prepared a set

24   of demonstratives to aid the jury and aid yourself in

25   introducing the jury to your background and also in

1    presenting your opinions?

2         **A.**   Yes, I have.

3         **Q.**   Are those up with you at the podium?

4         **A.**   Yes.

5         **Q.**   Could you first tell us your duties at the John E.

6    Simon professor of finance?

7         **A.**   So that is a chair professorship.  It is a tenured

8    position in the University.  And my responsibilities are

9    mainly to do research and finance, to teach in our MBA and

10   PhD programs, provide service, engage in faculty recruiting,

11   vote on tenure and promotion cases and so on.

12        **Q.**   What about as head of doctoral program?

13        **A.**   Well, there I am responsible for overseeing the

14   PhD program for the whole schools.  We have seven

15   departments, each of which admits PhD students.  And I have

16   to decide on which of those admissions to approve and then

17   implement the policies of the program.

18        **Q.**   Am I correct that PhD is the highest degree given

19   out by the University?

20        **A.**   That's correct, yes.

21        **Q.**   And what are your duties as director of the WFA

22   Center for Finance and Accounting Research?

23        **A.**   So the WFA Center for Finance and Accounting

24   Research supports faculty research and research by PhD

25   students.  We support conferences that are

1542

1    faculty-organized.  We provide research funding for the

2    faculty to buy databases.  We disseminate research for

3    practitioners.

4        **Q.**   You said interim dean.  Is there a chance you

5    might become dean?

6        **A.**   That's not my intention.

7        **Q.**   How long do you expect to be interim dean?

8        **A.**   So the appointment is for one year.

9        **Q.**   Is the slide that's up right now, Professor

10   Thakor, is that an accurate summary of your positions at the

11   Olin Business School?

12       **A.**   That's correct.

13       **Q.**   Now, how many years have you researched and taught

14   in the area of banking and finance, Professor Thakor?

15       **A.**   Roughly four years.

16       **Q.**   Could you please just briefly describe for the

17   jury your prior professional background.

18       **A.**   So I got my PhD in finance from Northwestern

19   University.  My first job was at Indiana University.  And

20   then I became chair of the finance department there.  And

21   then after a few years, I moved to the University of

22   Michigan in Ann Arbor.  I was there a few years as the

23   banking chair, and then was chair of the finance department,

24   and then I moved to OSU.

25       **Q.**   Is a summary of those positions right there on the

1  slide?

2      **A.**   That's correct.  It gives the years.

3      **Q.**   Now, Professor Thakor, just very generally, what

4  is the field of finance?

5      **A.**   So broadly speaking, finance is a field that

6  studies financial market, stocks, bonds, options, futures.

7  It studies financial institutions, banks, insurance

8  companies, investment banks, rating agencies.  It studies

9  corporate financial policy, dividend policy, capital

10  structure, capital budgeting.  It studies investor behavior.

11  It studies financial crises, bank regulations and so on.  So

12  it's a very broad field.

13      **Q.**   And is one of your duties of as the John E. Simon

14  Professor of Finance do to do research and writing in the

15  field of finance?

16      **A.**   That's correct.  Research is a very important part

17  of my responsibilities as in teaching.

18      **Q.**   Can you please describe, generally, what you've

19  done -- research and writing you've done in the field of

20  finance?

21      **A.**   So I've done my research in teaching mainly in two

22  areas.  So I teach in banking, and more generally, financial

23  intermediation and also in corporate finance and the study

24  of markets.

25      **Q.**   Is this slide at least an introduction to your

1  scholarship in this area?

2       **A.**   Yes.  So this is a bit more specific than maybe

3  what I said.  So I've written extensively in the area of

4  finance generally.  And in banking, which is one of my

5  specific interests within finance.  I've written on bank

6  loan commitments and the financial crisis, among other

7  things.  And so these areas I've published 11 books and over

8  100 peer-reviewed research articles and numerous monographs.

9       **Q.**   Thank you.  A couple words on here I'd like you to

10  just clarify for us.  Could you remind us what an article

11  means to be peer reviewed briefly?

12       **A.**   Yes.  Peer reviewed is top standard of which

13  articles to publish.  So if I send a paper, a research paper

14  that I've written and I send it to a journal, I have to pay

15  a submission fee.  And then the editor will send the paper

16  out typically to multiple reviewers, who are peers.  They

17  are also PhDs doing research in finance.  And they review

18  the article and advise the editor about whether the article

19  should be rejected or it should be invited for a revision

20  and resubmission.

21       And then eventually the editor makes a decision

22  whether the article should be published.  In a top journal

23  it's typically less than 10 percent of the papers that are

24  submitted are actually published.  So it's a really hard

25  thing to do.

1   **Q.**   Again, just briefly, what is a monograph?

2   **A.**   Monograph is intermediate between a research

3   article and a book.  So it's not as comprehensive and as

4   long as a book.  A book can be encyclopedic, almost.  It

5   covers a lot of topics.  Research papers tend to be much

6   more narrowly focused on one or two research questions.

7           A monograph is somewhere in between.  It covers a

8   broader range of topics.  It is not as narrowly focused as a

9   research paper but not as complete as a block.

10  **Q.**   Professor Thakor, do you consider yourself to have

11  expertise in the area of loan commitments and loan

12  commitment fees?

13  **A.**   Yeah.  Before I address that, could I correct a

14  mistake I made?

15  **Q.**   Absolutely.

16  **A.**   I forgot to bring a bottle of water.

17  **Q.**   That's very important.

18  **A.**   I never teach without a bottle of water.

19          **MR. KAPLAN:**  May I approach, Your Honor?

20          **THE WITNESS:**  Thank you.  What was the question?

21  BY MR. KAPLAN:

22  **Q.**   Whether you consider yourself to have expertise in

23  the area of loan commitments and loan commitment fees.

24  **A.**   Yes, I've done extensive research in this area.

25  In fact, I started my academic career with papers on bank

1   loan commitments and I have published many papers.

2        **Q.**   I will ask you about that in a second.  First I

3   want to make sure we understand the terminology.  Did you

4   prepare a slide -- you have one of these clickers up there.

5   Right?

6        **A.**   Yeah, I do.

7        **Q.**   Could you walk us through the next slide to give

8   us a basic understanding of what a loan commitment is and

9   what a loan commitment fee is?

10       **A.**   Sure.  Basically what this slide is going to show

11  is that a loan commitment is a promise that a bank makes to

12  lend money to a borrower at some point in time in the future

13  or time period in the future at a particular interest rate

14  that could be fixed in advance or it could be tied to some

15  market index rate.  So it's a formula that says it will be

16  the prime plus some markup.

17            There's either a fixed interest rate or a formula

18  which the interest rate will be computed.  It's simply a

19  promise the bank makes to make funds available to the

20  borrower.  So you don't actually borrow at that time that

21  you purchase that promise, but you get to borrow in the

22  future.

23            But at the time that you buy the promise, you

24  typically pay the bank a fee, and the fee is the price of

25  the promise.  And then when you take down the loan

1   commitment, when you actually take the loan, there is an

2   interest rate on the loan, which is the price of the loan

3   under the commitment.

4       **Q.**   And is the borrower committing to borrow under

5   that commitment?

6       **A.**   No.   The bank is committing to lend.   The borrower

7   is not obliged to borrow.   The borrower has the option.   If

8   I am the borrower, I can decide I am getting the best terms

9   under this commitment, and I will use it.   Or if I can get a

10   better deal somewhere else, I don't have to use the

11   commitment.   I can let it expire unexercised.

12       **Q.**   We will talk more about these concepts in greater

13   detail, Professor Thakor, but just so we have the terms in

14   mind, what types of compensation are typically paid for loan

15   commitments?

16       **A.**   So these contracts can be very complex.   Typically

17   there is an upfront fee that is paid.   And then there will

18   be a fee that will be paid on the unused portion of the

19   commitment.

20           So if I get $100 commitment from the bank, and I

21   borrow $20, I pay a fee on the remaining $80.   But that's

22   just one example.   You can have many more fees.   But these

23   two fees are quite common.

24       **Q.**   Thank you.   And what, if anything, have you

25   written in the area of loan commitments and loan commitment

1  fees?

2      **A.**   I'm sorry.  Repeat the question, please.

3      **Q.**   What, if anything, have you written in the area of

4  loan commitments and loan commitment fees?

5      **A.**   Oh, yes I have published extensively in this area.

6  I mentioned the 1981 paper I published was the first paper

7  on loan commitments that formally built a model of how to

8  price loan commitments, viewing them as being analogous to

9  put options.

10      And then in 1997 I published a paper in the

11  Journal of Money, Credit and Banking, which developed a

12  model of how commitments should be priced, and the model has

13  some predictions.  And then we took the predictions to the

14  data and provided the first systematic empirical evidence on

15  how loan commitments are priced, how the different

16  components of the prices of loan commitments are related to

17  each other and how they are related to the characteristics

18  of borrowers.

19      **Q.**   Have you published other articles on loan

20  commitments in addition to those two?

21      **A.**   Yes, I've published seven other papers, research

22  papers, on loan commitments in various leading journals in

23  finance and economics.

24      **Q.**   And how many loan commitments did you study as

25  part of these papers?

1        **A.**   Oh, in my paper in 1997, our sample was more than

2    two and a half thousand loan commitments.  I was then -- in

3    that peer-review process I was a referee for a subsequent

4    paper that was published in 2016, which had over 32,000 loan

5    commitments.  Between the two papers, in almost 35,000 loan

6    commitment contracts used commercially by banks.

7        **Q.**   You used the word "first" twice.  One to describe

8    your 1981 paper.  One to describe your 1997.  Do you

9    literally mean "first?"  You were the first to ever do those

10   things?

11       **A.**   I'm sure I was not the first person to write about

12   loan commitments.  But the 1981 paper was the first one that

13   showed that you could formally, mathematically, develop a

14   model off loan commitments that you could use for pricing

15   loan commitments in an option pricing framework.

16       **Q.**   And you used the word empirical with respect to

17   1997.  What do you mean by empirical?

18       **A.**   So there are two kinds of research that we do in

19   finance and economics.  One is theoretical, where you build

20   a theoretical mathematical model of something.  And that

21   model makes predictions.  Just like physicists build models

22   of the universe, how it is evolving.  Right?  And that makes

23   predictions.

24          Then the empirical research is you actually take

25   it to the data.  You test whether the predictions of the

1      model are actually supported by the data.  And that's

2      empirical research.

3          Q.   Do you have a list of the articles you've written

4      on loan commitments, Professor?

5          A.   Yes.  If you could advance to the next slide.

6               So this is the list of papers I was talking about.

7      And you see that there are eight papers on bank loan

8      commitments that I have published in a variety of journals.

9      The American Economic Review is the top journal in the world

10     of economics.  It's the official journal of the American

11     Economic Association.  And the other journals listed here

12     are leading journals in the area of money and banking.

13         Q.   Are you familiar, Professor, with the financial

14     crisis that we had in 2007/2008?

15         A.   Yes.  I've done research on both the '07 and '09

16     crises.  As well as other crises like the S&L crises we had

17     in the 80s.  So I studied that extensively, published papers

18     on the financial crisis.  I've also written about final

19     crises in chapters of the textbooks that I have published.

20         Q.   And are these a list of the articles you've

21     written on the financial crisis?

22         A.   Yes.  I mean, it is possible that I may have

23     missed an article or two from my vite.  But think this is a

24     fairly good representation of the papers I have published on

25     financial crises.

1    Q.    Professor, have you ever received recognition or

2    awards from the research and writing that you've done?

3    A.    Yes, I have.

4    Q.    Can you describe those for the jury, please?

5    A.    So I was awarded Lifetime Achievement Award for my

6    contributions to financial intermediation research by the

7    Financial Intermediation Research Society.

8    Q.    I will ask you about that momentarily.  Does the

9    next slide show your recognition and awards?

10   A.    Yes.  I was also recognized in a paper that was

11   written in 2008 as the world's fourth most prolific

12   researcher in finance over the past 50 years.

13        So this is a paper that looked at a set of leading

14   academic journals, research journals, and then examined who

15   had published in those journals over the past 50 years.  I

16   was the forth most prolific researcher in finance according

17   to this paper.

18   Q.    And was there another more recent article like

19   that that made a similar conclusion?

20   A.    Yes.  So there was a 2018 paper -- '17, I think.

21   It was published in 2018 -- which identified me as one of

22   the five most prolific finance authors during 2005-2015 time

23   period.  So a more recent time period.

24   Q.    Then you have here what you mentioned before, the

25   Lifetime Research Achievement Award.  What is the Financial

1     Intermediation Research Society?

2          A.    So this is a global financial intermediation

3     research society which is dedicated to disseminating

4     financial intermediation, which includes banking as an

5     important component.

6                Research in that area, across different groups and

7     so it has -- it's a global society.  It has a conference

8     every year that attracts hundreds of academics from all over

9     the world, who present papers and they are discussed and

10    analyzed.  So that's what the society does.  And so in '21

11    they gave me a Lifetime Research Achievement award.

12         Q.    How many of those do they typically give out?

13         A.    So they give out one award a year, but there have

14    been years in which they've given no awards.

15         Q.    Do you hold any professional leadership

16    progressions in your field?

17         A.    Yes, I have.

18         Q.    Is that on the next slide?

19         A.    Yes, if you could please advance.  Yes, I was

20    president of the Financial intermediation Research Society,

21    past president.  I served on the board of the society for a

22    number of years before I was president and after.

23                For 10 years I was managing editor of the Journal

24    of Financial Intermediation, which is one of the top four

25    journals in finance globally.  And I'm currently an

1    associate editor of the Journal of Financial Intermediation.

2    I am also associate editor of the Review of Corporate

3    Finance.

4            Associate editors are senior people who advise the

5    editor when there is a dispute between the referees about a

6    paper.

7        Q.   Have you ever done consulting?

8        A.   Yes, I have consulted extensively with a variety

9    of corporations.

10       Q.   Does the next slide summarize that?

11       A.   Yes.

12       Q.   Could you briefly describe what this slide shows

13   us, Professor?

14       A.   So this is not an exhaustive list of the companies

15   I've worked with, but there should be some familiar names

16   here, Whirlpool, I worked with them for a long time, AT&T.,

17   Bunge, which is an agribusiness firm, Commerce Bank,

18   Lancaster Colony, which is in the food business and Farm

19   Credit.  The Farm Credit is a very large network of banks,

20   financial institutions, that are dedicated to providing

21   credit to farmers and ranchers.  So I been working with them

22   for many years on director development programs, where I

23   work with the directors of these banks and associations on

24   things like capital accumulation policies, risk management,

25   strategic planning and so on.

1554

1    **Q.**   I was going to ask you for an example, but that is

2    an example of the type of consulting that you do regularly?

3    **A.**   Yes, yes.  But there are other examples on this

4    slide that pertain to the consulting I have done with the

5    other organizations.  But I just gave you an example of what

6    I have been doing, because I am still doing it with Farm

7    Credit.

8    **Q.**   Thank you.  What about consulting with any branch

9    of the federal government?  Have you done that?

10   **A.**   I've been consulting with the Federal Reserve

11   banks.  I was within the Federal Reserve system.  Both the

12   Board of Governors here in Washington, D.C. and the District

13   Federal Reserve banks.

14   **Q.**   Can you just again very briefly remind us what the

15   Federal Reserve is?

16   **A.**   So the Federal Reserve is a system which consists

17   of the Board of Governors here in D.C. and there are 12

18   district banks including one in St. Louis where I live.  In

19   fact, I think Missouri is the only state that has two

20   Federal Reserve banks.  One in Missouri and on in Kansas

21   City.

22        So of course each bank has jurisdiction over

23   multiple states because there's not a bank in every state.

24   And they play two roles.  They are regulators of banks, but

25   they are also the central bank for the United States.  So

1   when you hear about the fed raising interest rates by 50

2   business points or 75 business points to fight inflation,

3   that's the monetary policy role that they are playing as a

4   central bank, but they also play a regulation role.

5       **Q.**   And I believe the next slide -- we won't spend

6   much time on this, Professor, but the next slide talks about

7   your consulting work with the Federal Reserve.  Could you

8   just provide, again, a brief example of the type of

9   consulting you do with them?

10      **A.**   Yes, I will talk about the first bullet where I

11  was invited some years back.  There was a body appointed

12  within the fed that consisted of presidents of some Federal

13  Reserve banks and some governors from the board.  And they

14  were looking for input, advice on how regulation in the

15  banking system, and the baking system should be reformed.

16          Each one of us was given a topic on which to

17  prepare a report for presentation that dealt with what the

18  academic research said in the area that could inform

19  regulatory policy.  And then I spent some time at the

20  Federal Reserve bank of Philadelphia discussing this with

21  them.  And providing our input.  So that's one example.

22          But I've done other kinds of engagements,

23  including helping the Federal Reserve Bank of New York think

24  about the role of bank culture in mitigating risk after the

25  financial crisis, because there was this view that we needed

1    to reform the culture within banks.  They brought me in to

2    give them advice on that.

3        **Q.**   What experience have you had serving as an expert

4    witness, Professor Thakor?

5        **A.**   I'm sorry?

6        **Q.**   What experience have you had in serving as an

7    expert witness in cases prior to this one?

8        **A.**   Yes, I've been working as an experts witness in a

9    variety of capacities for many years.  So if you go to the

10   next slide, because I can never remember these numbers.  But

11   testify -- I've been involved in working as an expert

12   witness about 23 cases, 21 depositions and I've testified at

13   trial in 14 cases; that does not include this.

14       **Q.**   What about for the federal government?  Have you

15   ever testified on behalf of the federal government?

16       **A.**   Yes.  In fact, that's how I began my work as an

17   expert witness.  So I've worked quite extensively with the

18   Department of Justice and the SEC, which is the Securities

19   and Exchange Commission.

20       **Q.**   How many times have you testified on behalf of the

21   federal government?

22       **A.**   As this slide says, 16 times.

23       **Q.**   Is that depositions and trials combined?

24       **A.**   Yes, that's correct.

25       **Q.**   Have you ever testified against the federal

1    government or federal agency as in this case?

2         **A.**    No.

3         **Q.**    At a very, very broad level, Professor, can you

4    give the jury an example of a case where you testified for

5    the federal government?

6         **A.**    So many of the cases that I testified on behalf of

7    the U.S. Department of Justice were called *Winstar* cases.

8    They were in federal claims court here in D.C.  They had to

9    do with the fact that Congress passed legislation that

10   essentially resulted in the U.S. government breaching its

11   contract with numerous banks and other financial

12   institutions, which had to do with the fact they were

13   allowed to count something as regulatory capital this

14   legislation said they could not count anymore.

15         These institutions were suing the government for

16   breach of contract.  And then the role of the experts, when

17   I got involved, was to make an assessment of the damages

18   that these banks allegedly suffered because they had to

19   replace this book equity capital intangible capital with

20   real equity capital.

21         So that was, basically -- it was the valuation of

22   capital and what it cost to replace capital that I was

23   involved in as an expert witness.

24         Now that's -- I'm oversimplifying in the interest

25   of being brief.  But that was broadly speaking.  That's the

1    umbrella of *Winstar* cases.

2         **Q.**   Understood.

3              **MR. KAPLAN:**   Your Honor, I would like to tender

4    Professor Anjan Thakor as an expert in the field of finance,

5    loan commitments and loan commitment fees.

6              **MR. JONES:**   No questions.

7              **THE COURT:**   Okay.  You may proceed.

8    **BY MR. KAPLAN:**

9         **Q.**   Professor Thakor, I would like to show you what

10   has been marked as PX-466.

11             **MR. KAPLAN:**   Can we pull that up, please, Kevin?

12   **BY MR. KAPLAN:**

13        **Q.**   Do you recognize this document, Professor Thakor?

14        **A.**   Yes, I do.

15        **Q.**   What is it?

16        **A.**   This is my curriculum vitae.

17        **Q.**   Does it accurately describe your background,

18   education, publications, awards, employment history?

19        **A.**   Yes, it does.

20             **MR. KAPLAN:**   Your Honor, I would like to

21   respectfully move PX-466 into evidence.

22             **THE COURT:**   Without objection it's received.

23        (Plaintiffs' Exhibit 466 was received.)

24   **BY MR. KAPLAN:**

25        **Q.**   Now, Professor Thakor, can you tell us -- well,

1   we'll get to your assignment in one moment.  You're

2   testifying in this case about the periodic commitment fee

3   issue; is that right?

4        **A.**   Yes.

5        **Q.**   Was there -- in your examination of the record,

6   was a periodic commitment fee ever charged to the GSEs?

7        **A.**   No.

8        **Q.**   And was an amount ever sent?

9        **A.**   No.

10       **Q.**   Okay.  So in light of that, can you please

11   describe your understanding of your assignment in this case?

12       **A.**   So my assignment was basically to determine what

13   an appropriate periodic commitment fee or PCF would be in

14   the but-for world, in which the net worth sweep had not

15   occurred.

16       **Q.**   Okay.  So what do you mean -- in just a few words

17   I want to get some clarification on -- first of all, what do

18   you mean -- well, let's talk first about what a but-for

19   world is.

20       **A.**   A but-for world is a world in which the net worth

21   sweep does not take place.  Right?  So in that world,

22   instead of -- if instead of implementing the net worth

23   sweep, Treasury had actually set a PCF, period commitment

24   fee, based on guidance provided by the PSPA, what would an

25   appropriate fee have been?  That was basically, in a

1    nutshell, the assignment.

2        **Q.**    Okay.  And what do you mean by appropriate?

3        **A.**    So -- appropriate is, you know, given the guidance

4    provided by the PSPAs, Mr. DeMarco testified that, basically

5    the net worth -- the PCP, the periodic commitment fee, was

6    equal to the net worth sweep.  Just take all of the profits.

7            My opinion is going to be, that's not appropriate,

8    given the guideline provided by the contract, by the PSPA.

9    So appropriate means that it was set through a process of

10   negotiation between Treasury and FHFA.  Negotiation that was

11   conducted in good faith and with input from the chairman of

12   the Federal Reserve and with reference to some notion of

13   market value.

14       **Q.**    All right.  You alluded to Acting Director

15   DeMarco's testimony.  Were you in court for that testimony?

16       **A.**    Yes, I was.

17       **Q.**    Did you review his depositions previously on this

18   topic as part of your work?

19       **A.**    That's correct.

20       **Q.**    And am I correct that he said something to the

21   effect of, in sum and substance, that his -- at least his

22   intuition was that a PCF equal to all of the profits would

23   have been appropriate?

24       **A.**    Right.  So he said he had never undertaken an

25   analysis of what the PCF should be or determine a number,

1   but that his intuition was that it would be very high and

2   equal to all of the profits of the GSEs, the net worth

3   sweep.

4        **Q.**   As a result of your analysis and experience in the

5   field of loan commitments and loan commitment fees, would

6   you agree with that sentiment?

7        **A.**   No, I don't.  So my report essentially takes

8   seriously the guidance that one had to look for market

9   value.  So I sought market comparables that could serve as a

10  guide to understand how to set the PCF.  Sort of just

11  asserting that it was some large number equal to all of the

12  profits of the GSEs.

13       **Q.**   All right.  We will talk very shortly about your

14  methodology, but let's start with your opinion.  Did you

15  actually -- your assignment was to determine what, if any,

16  commitment fee would have been appropriate.  Did you do that

17  work?

18       **A.**   Yes, I did.

19       **Q.**   And what -- can you tell us what your opinion was?

20       **A.**   So my opinion is, if we can go to the next

21  slide -- my opinion is that given the terms of the PSPAs

22  that I referred to just a minute ago, my analysis are market

23  comparables, which I have to turn to, for reasons I will

24  explain.

25            And given the significant compensation that

1   Treasury was already receiving through the other terms of

2   the contract that were in place, the up front fee, the

3   dividends, the warrants to buy 79.9 percent of the stock;

4   that the most appropriate PCF would have been zero.

5       Q.   All right.  We will talk about the basis for that

6   opinion momentarily.  But there is a second part here.  It

7   says, "If it is determined that some fee is required, the

8   most appropriate fee would have been between 2.5 and 45

9   basis points."  So, first, remind us what a basis point is

10      A.   So basis point is a hundredth of a percent.

11      Q.   Okay.

12      A.   So a hundred basis points would be 1 percent.

13      Q.   So the upper range that you think would be most

14  appropriate, if some fee is required -- I will ask you

15  shortly what you mean by "is required" -- that would be less

16  than one half of one percent?

17      A.   That's correct.

18      Q.   And that would be an annual fee?

19      A.   That's correct.

20      Q.   Okay.  Now, what do you mean here by, "If it is

21  determined that some fee is required?"  Required by whom?

22      A.   Right.  As I am going to explain, my opinion that

23  the most appropriate PCF would have been zeros based on a

24  concept called "all in cost".

25          If for some legal reason -- I am not a lawyer --

1   it is determined that according to the law, there has to be

2   a positive PCF that has to be set, then we are looking just

3   at the PCF in isolation as opposed to an all-in cost basis.

4        In that case, the most appropriate fee would be in

5   the range of two and a half to 45 business points.

6        **Q.**   And when you say, if it was determined a fee was

7   positive, you mean more than zero if some fee had to be

8   charged.

9        **A.**   That's correct.

10       **Q.**   Okay.  Could you give us an overview of your -- of

11   the methodology you applied to reach this opinion,

12   Professor?

13       **A.**   So they are getting into the weeds, you can think

14   of the approach I took as being in three steps.  The first

15   step was I looked -- I reviewed the documents, including the

16   contract, the PSPA.  Reviewed all of those documents.  That

17   basically told me that I had to seek information on market

18   comparables, market value, market-based data.

19       So in step two, I looked at public announcements.

20   I looked at the literature, the academic research that was

21   done on this, used all of my experience and knowledge in the

22   area of bank loan commitments and so on.  And I collected

23   information on a variety of market comparables.  I didn't

24   just rely on one source.  I looked at a number of them.

25       And then using the concept of all-in cost, in step

1    three I put it altogether, to arrive at my final opinion on

2    what the PCF should be.

3         Q.    And before we finish this slide, could you tell us

4    the market comparables that you ended up selecting?  Again,

5    just at a broad level.  I will ask you why shortly.

6         A.    Sure.  I looked at commercial bank loan

7    commitments, on which there is actually fairly extensive

8    research, not only by me but by others.  I looked at the

9    assistance that Treasury provided to over 700 banks under

10   something called the capital purchase program.

11        During the financial crisis, it was a part of

12   TARP, Troubled Asset Relief Program authorized by Congress,

13   that gave $700 billion to Treasury to bail out the financial

14   system and prevent the collapse.

15        I also looked at the terms of the assistance that

16   the Federal Reserve Bank of New York and Treasury provided

17   to AIG, to the world's largest insurance company.

18        Q.    And then you said from there you determined what,

19   if any, commitment fee was appropriate.

20        A.    That's correct.

21        Q.    Let's start with the materials you reviewed,

22   Professor.  Is that summarized on the next slide?

23        A.    Yes.

24        Q.    So you started with the contract?

25        A.    Yes.  So this is the preferred stock purchase

1    agreement, which has been discussed extensively; that's the

2    contract, yes.  Yeah, deposition testimony, relevant

3    exhibits to the testimony, documents that were produced in

4    discovery; that included securities filings, documents about

5    the PCF and other related documents including internal

6    communications between officials at Treasury and FHFA.

7        **Q.**    It also says, "Public documents about assistance

8    provided during financial crisis."

9        **A.**    Right.  So on things like AIG and so on, public

10   documents about the assistance that the fed and Treasury

11   provided during the crisis, reports of other experts.  And

12   then also the academic literature and publications in the

13   area.

14       **Q.**    Including your own, I assume?

15       **A.**    Yes.

16       **Q.**    Now let's -- starting with the contract, can you

17   walk us through what, if any, help that provided you in

18   figuring out what inappropriate fee should be?

19       **A.**    Yes.  So the first thing I wanted to do was just

20   go to the relevant part of the PSPA and see if it told me

21   how the PCF was suppose to be computed.

22       **Q.**    And, actually -- Professor, actually that does

23   raise the question -- I think you were about to answer.  I

24   apologize for interrupting.  Why wasn't the contract the

25   beginning and end of your analysis?

1    **A.**   Right.  Now, had the contract told me, Look, this

2    is how we should compute the PCF, and this is how we

3    quantify it, my work is done.  Right?  It's simple.

4         But that wasn't the case.  The contract actually

5    doesn't give you a formula with which to compute the

6    periodic commitment fee, but it provides some broad

7    guidelines for how one should go about determining the PCF.

8    **Q.**   So let's talk about the language you thought was

9    important.  One of the clauses, "intended to fully

10   compensate."  What did that tell you?

11   **A.**   Right.  So there were three parts of this part B

12   of Section 3.2 in the PSPA which talks about the PCF that

13   were useful for me.  The first is that the PCF is intended

14   to fully compensate.  By that I mean, you know, adequately

15   compensate Treasury but not overcompensate.

16   **Q.**   And the next?

17   **A.**   Then, as I mentioned before, it says "with

18   reference to the market value of the commitment," which

19   indicated to me that I needed to look for market

20   comparables.

21   **Q.**   And then what did this tell you?

22   **A.**   And then, finally, it says, "mutually agreed by

23   purchaser and seller, subject to the reasonable discretion

24   and in consultation with the chairman of the Federal

25   Reserve."  So, you know, this told me that it had to be a

1    negotiation process that occurred in good faith, and they

2    came to some agreement on the size of the PCF that was

3    related to some market comparables.

4        Q.   Do you have a slide that just summarizes the

5    implications of the PCF provision for your opinion?

6        A.   Yes, I do, if we could go to the next slide.

7             So this slide basically summarizes the relevance

8    the guidance provided to me by the contract and language for

9    my analysis.  So like I said, it doesn't give me a formula.

10   It doesn't say, you know, add this to this and you get the

11   PCF.

12            It says it would be negotiated.  It says it would

13   not -- and in good faith, so it would not just be used as a

14   pretext to take away all of the profits of the GSEs, but it

15   would be set with reference to some notion of market value.

16       Q.   Now, you mentioned you looked at market

17   comparables.  But before you did that, did you see whether

18   Treasury or FHFA or GSEs had done any analysis as to an

19   appropriate fee?

20       A.   Well, that was my first instinct, you know, that

21   maybe somebody within Treasury or FHFA had already done

22   this, in which case I could just rely on what they had

23   computed.  But when I looked at the documents, I found that

24   they had done no such analysis.

25       Q.   Did you look at Treasury, FHFA and FHFA documents?

1    **A.**    Yes.  So if we could go to the next slide.

2    **Q.**    So it says, "no internal Treasury analysis."  Can

3    you describe what we're looking at here, Professor?

4    **A.**    Right.  So this is a memo from Anne Eberhardt at

5    Grant Thornton to Jeff Foster at Treasury.  The subject is

6    PSPA commitment fees.  And she's asking him, "Is there any

7    literature you can forward to me that expresses Treasury's

8    most recent position on charging quarterly commitment fees

9    for the PSPA?"

10    And then Jeff Foster, in response, says, "We don't

11    really have any literature.  We've just elected to waive for

12    each of the past three years and it was not set previously."

13    And then Eberhardt responds by saying, "Okay, that's what I

14    thought, but I appreciate your confirming it."

15    **Q.**    What did this tell you, if anything?

16    **A.**    So this tells me that neither Grant Thornton nor

17    U.S. Treasury had done any sort of internal analysis.  They

18    hadn't relied on the research or the literature.  They

19    hadn't quantified the PCF.

20    **Q.**    What about FHFA?

21    **A.**    Well, neither at FHFA.  We saw -- we heard

22    testimony from Mr. DeMarco, both at his deposition and at

23    trial, where he essentially confirmed that.  So in his

24    deposition, in 2015, he was asked, "Did you take any steps

25    to try and quantify what the periodic commitment fee would

1    be in the absence of reaching the Third Amendment?"

2              And he said, "I don't recall personally looking at

3    quantifying the periodic commitment."

4              Question:  Did anyone at FHFA, to your knowledge,

5    attempt to quantify what the periodic commitment fee would

6    be in the absence of the Third Amendment?"

7              A:  I don't recall.

8              And then, at his trial, the question is, "That is,

9    there was never a periodic commitment fee that was

10   negotiated and agreed with the chairman of the fed using

11   reasonable discretion and getting to the market value.  You

12   agree that didn't happen.  Correct?"

13             He says, "Correct."

14             Then the follow-up question is, "I understand that

15   you -- the Third Amendment waives the periodic commitment

16   fee.  My question was, you didn't ever actually set a

17   periodic commitment fee.  Correct?"

18             He says, "No, we did not."

19        **Q.**   Well, what about Acting Director DeMarco's point

20   person on the negotiations, Mr. Ugoletti?  Did you review

21   his deposition transcript to see if he had done any

22   analysis?

23        **A.**   Yes, I did.  He essentially says the same thing

24   but even goes beyond this and says, you know, I'm not in the

25   business of setting commitment fees or determining

1  commitment fees or something to that effect.

2      **Q.**   Do you have a clip from Mr. Ugoletti's deposition

3  that was helpful on this point?

4      **A.**   Yes, I do.

5          **MR. KAPLAN:**  Could you play Clip 1, please, Kevin?

6      (Video played)

7          **MR. KAPLAN:**  Thank you, Kevin.

8  **BY MR. KAPLAN:**

9      **Q.**   Professor Thakor, what did you conclude from that

10 testimony?

11     **A.**   As he testified, not only had he not calculated

12 the PCF but he didn't know if anyone at FHFA had done that.

13 He says, as I indicated before, "I'm not in the business of

14 computing commitment fees."

15         So it seems pretty clear that they had not done it

16 or even tried to do it.

17     **Q.**   So you testified, Professor, that you -- that this

18 led you to look at market comparables; is that correct?

19     **A.**   That's correct.

20     **Q.**   Before we go there, I would like to ask you about

21 one piece of testimony from Acting Director DeMarco that I

22 think is on the next slide.  So Acting Director DeMarco's or

23 the question was, "So you're not saying that a difference of

24 111 billion would have been a reasonable periodic commitment

25 fee, are you?"

1   And Acting Director DeMarco gives an answer, but

2   he ends and this is what I had wanted to ask you about,

3   "This is an equity position that the Treasury Department is

4   taking in this company and they're modeling a one-quarter of

5   one percent return on that equity investment.  That is

6   nowhere near the ballpark of what equity returns look like

7   in our financial markets," he said.  Can you give us your

8   reaction to that testimony?

9   **A.**   Yes, I was actually in court when he said this.  I

10  was really surprised to hear it because this is completely

11  wrong.  The question was about this -- I think it was about

12  the 25 business points commitment fee that was part of some

13  sort of simulation analysis somebody had done to look at the

14  impact of what a 25-business point PCF, what impact it would

15  have on the GSEs.

16  And he took that 25 business point PCF simulation

17  to say, well, that was equivalent to the return on equity,

18  in that analysis, that Treasury would need for providing the

19  equity capital.  And that's completely different.  The

20  return on equity is provided by the equity that you actually

21  invest in the GSEs, which is a drawn-down portion of the

22  commitment.

23  So once the money is given to the GSEs and they

24  start paying a 10 percent dividend, that's the return that

25  Treasury is getting.  The commitment fee is actually

1    computed on the portion of the money that's not been given

2    yet.  Right?  It's the undrawn portion of the commitment.

3         So this was completely confusing.  It was wrong.

4    And I couldn't understand why he said this, but, you know,

5    he confused the return equity for Treasury with the

6    commitment fee on the undrawn portion of the line, which, in

7    the context of the example I gave you earlier, is really the

8    price of the promise.  Right?  It's not the return on the

9    equity invested.  Those are two different things.

10        **Q.**   I apologize for interrupting.

11        About how many graduate students have you taught

12   in finance over your career?

13        **A.**   Oh, I --

14        **Q.**   In an order of magnitude.

15        **A.**   Probably thousands.  But if I just look at PhD

16   students, that would be in the hundreds.

17        **Q.**   I want to ask you, is the difference between a

18   return on equity and a return on an equity investment and a

19   periodic commitment fee a fairly basic concept in finance?

20        **A.**   Yes.  If you know anything about loan commitments

21   and these sorts of promises, then you would know that.

22        **Q.**   Now, in fairness to Acting Director DeMarco and we

23   went to lunch -- not me and Acting Director DeMarco.  We all

24   went to lunch.

25        After lunch, he said the following, so I want to

1    ask you to react to this as well.  The question was, "Was it

2    a return on investment like the dividend or was it something

3    different?"

4            He said, "It's related but different."  What's

5    your reaction to that testimony?

6       **A.**   Right.  So he went on to say and he clarified it.

7    So the answer that he gave -- excuse me -- after lunch made

8    a lot more sense to me because he distinguished.  He says,

9    you know "They're related.  They're related to the same

10   overall financing package, but one is on the unused portion

11   and the other is on the money that's already been given to

12   the GSEs."

13           But the answer that he gave after lunch was

14   obviously in direct contradiction to what he said before

15   lunch.  So the juxtaposition of the two was confusing.  But

16   I agree with what he said after lunch.

17      **Q.**   For purposes of your analysis and for the jury to

18   understand your analysis, however, Professor, what's the

19   bottom line point to understand as a result of this?

20      **A.**   So the key takeaway from the slide should be that

21   the PCF is not intended to be a return on the equity

22   investment made by Treasury and the GSEs.  It's not.

23           The PCF is the price of Treasury's promise for the

24   amount of the commitment that has still not been taken down.

25   Okay?  And if you want to think just sort of in very simple

1    terms, the return on the investment has to be on an

2    investment that has already been made, and that's the amount

3    of the commitment that's been drawn down by the GSEs.

4         **Q.**   And that's the 10 percent dividend?

5         **A.**   That's the 10 percent dividends, the warrants, and

6    so on.  Yes.

7         **Q.**   So, Professor, do you have a slide that just

8    summarizes the implication of the contractual language, the

9    use of market value, the absence of internal analysis that

10   you've been discussing?  Is that the next slide?

11        **A.**   Yes, please, if we could advance.

12             **THE COURT:**  We'll do that at 10:00 tomorrow.

13             **MR. KAPLAN:**  Your Honor?

14             **THE COURT:**  We'll do that at 10:00 tomorrow.

15             **MR. KAPLAN:**  Thank you.

16             **THE COURT:**  Don't talk about the case.  Don't let

17   anyone talk to you about the case.  I will see you all at

18   10:00 tomorrow.

19        (Jury exited the courtroom)

20             **THE COURT:**  One other thing I'll do on the record

21   before I take you off the bench about our scheduling, since

22   the issue on the Plaintiffs' Exhibit 226 has been fully

23   briefed now, the Plaintiffs' Motion to Exhibit Plaintiffs'

24   226 is denied.

25             While I said in my Motion in Limine opinion that

1    it was conceivable that evidence of Treasury's negotiating

2    position could provide -- you all can be seated -- could

3    provide some insight into whether FHFA, in fact, negotiated

4    the Third Amendment in accordance with shareholders'

5    reasonable expectations, there is no reason to believe that

6    this Deputy Assistant Secretary's brief remark in an email

7    would actually reflect on the Treasury's negotiating

8    position or that his individual position would ever have

9    even been communicated to the FHFA in the course of the

10   negotiations.

11          It's not like a statement from the Secretary or

12   someone who we know was actively involved in the

13   negotiations.  Even if the email were of some limited

14   relevance to FHFA's motive, I find that relevance is

15   substantially outweighed by risk of jury confusion because

16   the jury might not understand the relationship between a

17   mid-level Treasury official's beliefs and FHFA's motives.

18          And by risk of wasting time and needlessly

19   presenting cumulative evidence, there's plenty of evidence

20   of Treasury's overall position in the record.  So

21   Plaintiffs' 236 will not be admitted.  If defendants had

22   persisted in trying to present Bowler's deposition, I might

23   have a different reaction, but plaintiff having withdrawn

24   that, it's my final ruling.

25          Off the record.  Then I'll talk to counsel about

1    our schedule.

2        (Proceedings concluded at 5:10 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1577

1      **C E R T I F I C A T E**

2

3           I, **Lorraine T. Herman, Official Court Reporter,**

4      certify that the foregoing is a true and correct transcript

5      of the record of proceedings in the above-entitled matter.

6

7

8

9

10

11      ___October 25, 2022___          ___/s/_____
                **DATE**                      **Lorraine T. Herman**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1578

**BY MR. GLUCK: [18]**
1488/21 1489/17
1497/11 1497/25
1500/20 1501/4
1501/17 1502/9 1503/6
1503/16 1504/1
1506/18 1508/7 1520/4
1520/11 1520/25
1535/1 1538/2
**BY MR. JONES: [4]**
1522/14 1522/19
1523/11 1524/19
**BY MR. KAPLAN: [6]**
1540/9 1545/21 1558/8
1558/12 1558/24
1570/8
**DEPUTY CLERK: [4]**
1488/6 1500/24 1540/3
1540/5
**MR. GLUCK: [31]**
1487/20 1488/8
1488/12 1488/17
1489/15 1497/9
1497/19 1500/18
1500/22 1501/2
1501/15 1502/7 1503/2
1503/15 1503/25
1506/16 1508/6 1516/8
1516/14 1517/8 1519/1
1519/12 1519/16
1519/23 1520/3 1520/9
1520/23 1522/11
1536/6 1537/5 1539/15
**MR. HUME: [2]**
1487/16 1539/20
**MR. JONES: [14]**
1486/8 1488/15
1497/23 1517/16
1522/5 1522/9 1522/17
1523/9 1524/18
1534/24 1535/8
1535/12 1536/22
1558/6
**MR. KAPLAN: [10]**
1522/4 1539/24
1545/19 1558/3
1558/11 1558/20
1570/5 1570/7 1574/13
1574/15
**MR. RUDY: [10]**
1485/5 1485/17
1485/22 1485/25
1486/6 1486/11

1486/13 1486/17
1486/21 1486/25
**THE COURT: [38]**
1485/4 1485/11
1485/13 1485/21
1485/24 1486/2 1486/7
1486/9 1486/15
1486/20 1486/24
1487/2 1488/2 1488/11
1488/16 1497/22
1497/24 1516/10
1516/13 1517/6
1519/10 1519/14
1519/17 1520/1 1522/1
1522/3 1522/7 1535/10
1537/25 1539/17
1539/19 1540/2 1558/7
1558/22 1574/12
1574/14 1574/16
1574/20
**THE WITNESS: [4]**
1500/23 1501/1 1540/7
1545/20

**$**

**$1,274,000,000 [1]**
1515/13
**$1,459,000,000 [1]**
1515/1
**$1.32 [1]** 1499/16
**$1.6 [5]** 1529/24
1535/6 1537/6 1537/9
1537/11
**$1.61 [2]** 1499/13
1516/2
**$100 [1]** 1547/20
**$150 [1]** 1515/21
**$195 [1]** 1515/20
**$2.93 [1]** 1499/15
**$20 [1]** 1547/21
**$250 [2]** 1528/6 1528/8
**$46 [3]** 1515/23
1521/19 1521/21
**$488 [1]** 1515/15
**$680 [1]** 1515/2
**$700 [1]** 1564/13
**$779 [3]** 1515/3 1521/8
1521/10
**$786 [3]** 1515/16
1521/14 1521/16
**$80 [1]** 1547/21
**$831 [1]** 1523/18
**$847 [1]** 1523/18
**$900 [1]** 1528/5

**'07 [1]** 1550/15
**'09 [1]** 1550/15
**'17 [1]** 1551/20
**'21 [1]** 1552/10

**/**

**/s [1]** 1577/11

**0**

**0402 [1]** 1497/10

**1**

**10 [8]** 1492/23 1516/11
1527/21 1544/23
1552/23 1571/24
1574/4 1574/5
**100 [1]** 1544/8
**10020 [1]** 1483/6
**1053 [1]** 1482/3
**10:00 [3]** 1574/12
1574/14 1574/18
**11 [1]** 1544/7
**111 [1]** 1570/24
**12 [1]** 1554/17
**123 [1]** 1483/3
**1251 [1]** 1483/6
**1288 [1]** 1482/9
**13 [1]** 1508/20
**13-1288 [1]** 1482/9
**14 [1]** 1556/13
**1401 [1]** 1482/24
**15 [2]** 1527/24 1538/8
**1523 [1]** 1482/19
**16 [1]** 1556/22
**1625 [1]** 1483/16
**167 [2]** 1485/22 1486/4
**17 [2]** 1485/8 1527/4
**17-minute [1]** 1486/14
**1700 [1]** 1483/13
**17th [5]** 1499/12
1504/7 1510/11 1524/9
1525/1
**19087 [1]** 1482/22
**19801 [1]** 1483/3
**1980s [1]** 1491/20
**1981 [3]** 1548/6 1549/8
1549/12
**1997 [4]** 1548/10
1549/1 1549/8 1549/17
**1:13-1053 [1]** 1482/3
**1:44 [1]** 1482/5

**2**

**2-1-6 [1]** 1485/22
**2.5 [1]** 1562/8
**20 [2]** 1492/24 1496/9
**20001 [2]** 1483/11
1483/22
**20005 [1]** 1482/25
**20006 [2]** 1483/14
1483/17
**20036 [1]** 1482/19
**2005-2015 [1]** 1551/22
**2007/2008 [1]** 1550/14
**2008 [2]** 1550/14
1551/11
**2009 [1]** 1528/5
**2012 [12]** 1502/22
1504/8 1524/4 1524/5
1524/9 1524/11
1524/12 1524/14
1524/15 1525/1 1527/5
1539/13
**2015 [1]** 1551/22
1568/24
**2016 [1]** 1549/4
**2018 [2]** 1551/20
1551/21
**202-354-3196 [1]**
1483/23
**2020 [1]** 1528/6
**2022 [2]** 1482/5
1577/11
**21 [1]** 1556/12
**216 [3]** 1485/20
1485/22 1486/4
**226 [2]** 1574/22
1574/24
**23 [1]** 1556/12
**236 [1]** 1575/21
**239 [2]** 1485/22 1486/4
**24 [3]** 1517/18 1517/22
1519/2
**25 [5]** 1482/5 1517/18
1571/12 1571/16
1577/11
**25-business [1]**
1571/14
**26 [1]** 1536/5
**27 [2]** 1485/8 1486/1
**280 [1]** 1482/21

**3**

**3.2 [1]** 1566/12
**308 [2]** 1485/22 1486/4
**3196 [1]** 1483/23

**3**

**32,000 [1]** 1549/4
**333 [1]** 1483/21
**35,000 [1]** 1549/5
**370 [2]** 1485/22 1486/4
**375 [16]** 1485/23
1486/4 1500/11
1500/19 1500/21
1501/5 1501/7 1501/8
1502/5 1504/19
1506/16 1508/21
1514/13 1522/17
1528/21 1531/20

**4**

**40 [2]** 1520/10 1520/13
**402 [4]** 1488/12
1488/18 1497/12
1497/14
**41 [2]** 1520/10 1520/13
**45 [2]** 1562/8 1563/5
**466 [3]** 1558/10
1558/21 1558/23
**47.1 [3]** 1509/15
1511/22 1512/7
**495-2 [2]** 1488/12
1488/18
**496-2 [3]** 1488/13
1488/18 1503/2
**496-3 [1]** 1503/3
**497-2 [4]** 1488/13
1488/18 1503/15
1503/17
**497-3 [1]** 1488/13
**497-4 [3]** 1488/13
1503/25 1504/2
**497-5 [2]** 1488/14
1488/19

**5**

**5-percent [1]** 1512/2
**50 [8]** 1493/21 1496/19
1515/7 1515/8 1530/24
1551/12 1551/15
1555/1
**56.8 [3]** 1509/17
1511/23 1512/7
**5:10 p.m [1]** 1576/2

**6**

**601 [1]** 1483/10
**6720 [1]** 1483/22

**7**

**700 [1]** 1564/9
**75 [1]** 1555/2
**786 [1]** 1519/9
**79.9 [1]** 1562/3
**7th [1]** 1508/15

**8**

**8/17/2012 [1]** 1502/22
**80s [1]** 1550/17
**87 [1]** 1535/19
**88 [1]** 1535/19
**8th [1]** 1508/15

**A**

**ability [3]** 1510/15
1511/2 1529/9
**about [91]** 1486/1
1486/13 1491/23
1492/11 1494/5
1496/11 1498/19
1499/24 1505/6
1507/10 1507/16
1507/20 1507/25
1508/17 1509/6
1515/10 1515/18
1517/15 1517/22
1518/23 1519/19
1520/6 1520/13
1520/13 1521/11
1521/18 1522/16
1522/21 1524/2
1524/20 1526/11
1528/5 1528/6 1528/22
1528/23 1530/14
1531/1 1531/2 1531/4
1533/15 1535/3
1535/21 1535/25
1536/1 1536/2 1536/16
1536/16 1536/22
1537/3 1538/5 1538/16
1540/22 1541/12
1544/18 1546/2
1547/12 1549/11
1550/6 1550/18 1551/8
1553/5 1554/8 1555/1
1555/6 1555/10
1555/24 1556/12
1556/14 1559/2
1559/18 1561/13
1562/5 1565/4 1565/7
1565/10 1565/23
1566/7 1566/8 1566/12
1568/20 1569/19

1570/20 1571/2
1571/11 1571/11
1572/11 1572/20
1574/16 1574/17
1574/21 1575/25
**above [1]** 1577/5
**above-entitled [1]**
1577/5
**abreast [1]** 1494/25
**absence [3]** 1569/1
1569/6 1574/9
**Absolutely [2]** 1500/4
1545/15
**academic [18]**
1491/12 1491/14
1492/24 1492/25
1492/25 1493/4
1493/10 1493/11
1493/13 1493/18
1494/7 1500/1 1500/5
1545/15 1551/14
1555/18 1563/20
1565/12
**academics [1]** 1552/8
**accelerate [2]** 1526/19
1526/22
**accelerated [2]**
1528/13 1534/4
**acceleration [13]**
1527/14 1527/17
1528/2 1528/11
1528/23 1529/19
1530/1 1531/16
1531/22 1533/7 1538/6
1538/17 1538/23
**accepted [3]** 1500/9
1500/15 1501/21
**accepting [1]** 1493/9
**accommodate [1]**
1525/9
**accordance [1]** 1575/4
**according [3]** 1507/22
1551/16 1563/1
**account [2]** 1532/9
1533/24 1534/1
**accounting [6]**
1495/11 1525/18
1526/6 1540/21
1541/22 1541/23
**accumulation [1]**
1553/24
**accurate [2]** 1527/13
1542/10
**accurately [3]** 1497/16

1558/17
**Achievement [3]**
1551/5 1551/25
1552/11
**across [1]** 1552/6
**Acting [7]** 1560/14
1569/19 1570/21
1570/22 1571/1
1572/22 1572/23
**Action [3]** 1482/2
1482/9 1482/10
**actively [1]** 1575/12
**actual [2]** 1533/25
1534/1
**actually [22]** 1485/7
1492/19 1517/24
1518/3 1527/12
1527/20 1544/24
1546/20 1547/1
1549/24 1550/1
1559/23 1561/15
1564/7 1565/22
1565/22 1566/4
1569/16 1571/9
1571/20 1571/25
1575/7
**ADAM [1]** 1483/4
**add [1]** 1567/10
**Adding [1]** 1516/1
**addition [6]** 1499/2
1503/7 1514/1 1526/14
1526/17 1548/20
**additional [4]** 1518/6
1521/23 1530/14
1537/16
**address [3]** 1518/18
1535/18 1545/13
**adequately [1]**
1566/14
**admissions [1]**
1541/16
**admits [1]** 1541/15
**admitted [4]** 1501/2
1501/16 1522/18
1575/21
**advance [4]** 1546/14
1550/5 1552/19
1574/11
**advice [2]** 1555/14
1556/2
**advise [3]** 1495/9
1544/18 1553/4
**advising [1]** 1495/14
**affect [3]** 1507/10

**A**

**affect... [2]** 1532/25 1534/14
**after [21]** 1495/2 1495/10 1495/18 1499/15 1507/12 1515/1 1515/14 1515/21 1516/19 1520/7 1521/24 1524/11 1524/15 1524/16 1542/21 1552/22 1555/24 1572/25 1573/7 1573/13 1573/16
**afternoon [7]** 1482/12 1485/6 1487/20 1488/22 1528/22 1539/24 1540/10
**afterward [1]** 1494/1
**again [13]** 1493/1 1495/4 1495/11 1506/16 1513/12 1525/25 1532/3 1534/10 1536/23 1545/1 1554/14 1555/8 1564/4
**against [1]** 1556/25
**agencies [2]** 1495/9 1543/8
**agency [6]** 1482/6 1483/8 1490/12 1494/10 1530/18 1557/1
**agency's [1]** 1530/16
**ago [3]** 1501/16 1513/3 1561/22
**agree [4]** 1521/10 1561/6 1569/12 1573/16
**agreed [7]** 1486/22 1520/6 1520/17 1521/16 1523/18 1566/22 1569/10
**agreement [6]** 1482/10 1521/6 1521/9 1521/20 1565/1 1567/2
**agribusiness [1]** 1553/17
**Agricole [1]** 1495/20
**ahead [1]** 1516/13
**aid [2]** 1540/24 1540/24
**aided [1]** 1483/25
**AIG [2]** 1564/17

**al [3]** 1482/2 1482/2 1482/6
**all [41]** 1485/4 1486/24 1487/2 1487/13 1488/13 1488/16 1492/2 1505/9 1509/23 1509/24 1514/16 1515/10 1515/18 1516/10 1518/21 1518/23 1519/18 1519/21 1520/1 1522/1 1534/24 1536/1 1539/11 1552/8 1559/17 1560/6 1560/14 1560/22 1561/2 1561/11 1561/13 1562/5 1562/24 1563/3 1563/16 1563/21 1563/25 1567/14 1572/23 1574/17 1575/2
**all-in [2]** 1563/3 1563/25
**alleged [1]** 1518/12
**allegedly [1]** 1557/18
**allowed [2]** 1512/15 1557/13
**alluded [2]** 1538/7 1560/14
**almost [4]** 1509/16 1528/5 1545/4 1549/5
**alone [1]** 1509/15
**along [2]** 1504/13 1526/16
**already [7]** 1527/25 1537/1 1538/7 1562/1 1567/21 1573/11 1574/2
**also [31]** 1488/8 1491/6 1492/24 1494/20 1495/8 1495/16 1498/15 1500/6 1501/15 1503/8 1503/15 1514/3 1517/21 1518/14 1518/15 1518/19 1525/16 1526/18 1534/3 1540/18 1540/25 1543/23 1544/17 1550/18 1551/10 1553/2 1554/25 1555/4

565/9
564/15 1565/12
**alternative [7]** 1525/4 1525/7 1525/12 1525/15 1525/18 1526/5 1526/6
**altogether [1]** 1564/1
**am [16]** 1489/1 1505/25 1526/2 1531/15 1540/15 1540/18 1540/23 1541/13 1541/18 1547/8 1547/8 1553/2 1554/6 1560/20 1562/22 1562/25
**amended [1]** 1525/9
**Amendment [18]** 1524/8 1524/12 1524/22 1526/15 1526/18 1527/4 1527/22 1527/23 1528/9 1528/16 1528/18 1530/10 1531/9 1538/16 1569/1 1569/6 1569/15 1575/4
**American [2]** 1550/9 1550/10
**Americas [1]** 1483/6
**among [2]** 1508/11 1544/6
**amount [7]** 1498/5 1517/13 1527/19 1532/11 1559/8 1573/24 1574/2
**analogous [1]** 1548/8
**analysis [34]** 1487/10 1498/17 1499/4 1502/3 1502/18 1505/21 1506/11 1509/8 1511/15 1511/19 1517/19 1529/16 1531/19 1531/21 1532/21 1532/22 1532/23 1537/16 1537/16 1560/25 1561/4 1561/22 1565/25 1567/9 1567/18 1567/24 1568/2 1568/17 1569/22 1571/13 1571/14 1573/17 1573/18 1574/9
**analysts [1]** 1500/8
**analyze [1]** 1529/23

analyzed **[3]** 1499/1 1503/21 1552/10
**Anjan [4]** 1539/21 1540/8 1540/12 1558/4
**Ann [1]** 1542/22
**Anne [1]** 1568/4
**announced [11]** 1514/25 1515/2 1515/14 1515/17 1515/21 1515/23 1524/8 1524/12 1527/4 1535/7 1538/8
**announcement [13]** 1499/11 1499/15 1499/25 1504/7 1509/22 1513/10 1515/4 1527/9 1527/11 1530/12 1530/13 1530/14 1531/9
**announcements [1]** 1563/19
**annual [3]** 1498/10 1530/17 1562/18
**anonymously [1]** 1493/14
**another [8]** 1485/14 1493/10 1512/24 1513/12 1525/21 1528/15 1533/17 1551/18
**answer [5]** 1533/13 1565/23 1571/1 1573/7 1573/13
**answered [1]** 1523/23
**any [59]** 1486/2 1489/5 1489/20 1490/2 1490/21 1491/13 1492/19 1493/23 1495/9 1497/22 1499/6 1500/1 1506/23 1506/23 1507/1 1507/1 1507/3 1507/7 1507/10 1510/17 1511/8 1511/15 1513/14 1519/8 1520/20 1523/2 1523/5 1525/8 1528/8 1529/12 1529/16 1529/18 1530/4 1530/7 1530/13 1530/24 1531/2 1531/8 1531/15 1531/25 1533/10 1533/20 1535/20 1535/25 1536/23 1537/19 1538/5 1539/8

**any... [11]** 1552/15 1554/8 1561/15 1564/19 1565/17 1567/18 1568/6 1568/11 1568/17 1568/24 1569/21
**anymore [1]** 1557/14
**anyone [3]** 1569/4 1570/12 1574/17
**anything [13]** 1491/22 1510/2 1511/9 1511/12 1528/1 1528/23 1531/3 1535/21 1535/25 1547/24 1548/3 1568/15 1572/20
**apologize [4]** 1488/13 1503/4 1565/24 1572/10
**apparently [1]** 1516/19
**appearances [3]** 1482/15 1482/25 1494/3
**applicable [1]** 1491/23
**application [2]** 1489/25 1534/1
**applications [1]** 1490/16
**applied [4]** 1507/17 1516/18 1517/1 1563/11
**apply [2]** 1518/11 1519/9
**appointed [1]** 1555/11
**appointment [2]** 1495/5 1542/8
**appreciate [2]** 1519/12 1568/14
**approach [8]** 1493/12 1493/12 1506/9 1507/23 1522/6 1526/13 1545/19 1563/14
**appropriate [17]** 1518/22 1536/20 1559/13 1559/25 1560/2 1560/3 1560/7 1560/9 1560/23 1561/16 1562/4 1562/8 1562/14 1562/23 1563/4 1564/19 1567/19
**approve [1]** 1541/16
**Arbor [1]** 1542/22

**are [65]** 1483/11 1485/20 1487/8 1488/12 1488/16 1488/25 1491/18 1492/2 1493/4 1494/15 1495/17 1497/1 1502/17 1502/20 1506/4 1506/6 1507/2 1509/20 1514/21 1524/7 1525/6 1525/7 1525/23 1526/1 1532/11 1532/14 1533/24 1534/21 1534/22 1537/8 1537/11 1540/13 1540/17 1541/3 1541/8 1541/21 1541/25 1544/16 1544/17 1544/23 1544/24 1547/14 1547/23 1548/15 1548/16 1548/17 1549/18 1550/1 1550/7 1550/12 1550/13 1550/20 1552/9 1553/4 1553/20 1554/3 1554/17 1554/24 1554/25 1555/3 1561/22 1563/2 1563/13 1570/25 1572/9
**area [16]** 1491/13 1494/17 1542/14 1544/1 1544/3 1545/11 1545/23 1545/24 1547/25 1548/3 1548/5 1550/12 1552/6 1555/18 1563/22 1565/13
**areas [5]** 1490/21 1491/9 1491/13 1543/22 1544/7
**argue [1]** 1537/9
**argument [1]** 1519/19
**arise [1]** 1496/25
**arising [1]** 1531/15
**Arnold [1]** 1483/10
**around [1]** 1510/22
**arrangements [1]** 1493/2
**arrive [1]** 1564/12
**article [11]** 1493/9 1493/10 1510/10 1510/12 1544/10 1544/18 1544/18

**are... [65]** 1549/22 1545/3 1550/23 1551/18
**articles [7]** 1492/24 1510/7 1544/8 1544/13 1548/19 1550/3 1550/20
**as [101]**
**ASIM [1]** 1483/8
**ask [14]** 1486/23 1524/1 1531/1 1531/2 1535/25 1546/2 1551/8 1554/1 1562/14 1564/5 1570/20 1571/2 1572/17 1573/1
**asked [11]** 1494/23 1496/4 1517/10 1517/11 1531/3 1535/2 1535/23 1535/24 1538/3 1538/15 1568/24
**asking [3]** 1519/6 1536/25 1568/6
**aspect [5]** 1538/19 1538/24 1539/4 1539/7 1539/12
**aspects [2]** 1497/7 1538/16
**asserting [1]** 1561/11
**assess [3]** 1492/2 1498/4 1505/4
**assessment [2]** 1510/24 1557/17
**Asset [1]** 1564/12
**assets [1]** 1532/18
**assignment [11]** 1498/3 1498/3 1498/4 1498/8 1503/13 1505/2 1559/1 1559/11 1559/12 1560/1 1561/15
**assistance [4]** 1564/9 1564/15 1565/7 1565/10
**Assistant [1]** 1575/6
**associate [3]** 1553/1 1553/2 1553/4
**associated [6]** 1499/12 1504/6 1510/8 1512/16 1521/14 1529/3
**Association [2]** 1483/15 1550/11
**associations [1]** 1553/23

**assume [1]** 1565/14
**assumed [1]** 1517/1
**asterisk [2]** 1511/24 1512/1
**Attari [12]** 1485/10 1487/1 1487/4 1487/7 1513/16 1526/10 1532/5 1532/5 1532/20 1533/15 1537/13 1537/17
**Attari's [10]** 1487/11 1487/13 1498/21 1502/14 1526/13 1533/21 1534/11 1534/12 1535/18 1537/6
**attempt [1]** 1569/5
**attempting [1]** 1529/17
**attracts [1]** 1552/8
**attributable [2]** 1509/5 1515/4
**attributed [4]** 1499/16 1499/23 1507/19 1510/3
**attributes [2]** 1525/19 1526/7
**audit [1]** 1494/16
**August [10]** 1499/12 1504/7 1508/15 1508/15 1510/10 1524/9 1524/12 1525/1 1527/4 1539/12
**author [3]** 1493/15 1493/16 1511/25
**authorized [1]** 1564/12
**authors [2]** 1530/6 1551/22
**automatic [1]** 1517/2
**automatically [2]** 1516/18 1518/10
**available [1]** 1546/19
**Avenue [6]** 1482/19 1482/24 1483/6 1483/10 1483/13 1483/21
**award [8]** 1517/11 1518/4 1518/5 1518/20 1551/5 1551/25 1552/11 1552/13
**awarded [1]** 1551/5
**awards [4]** 1551/2 1551/9 1552/14 1558/18

1582

**A**

aware [1] 1520/5
away [2] 1511/5
1567/14

**B**

back [5] 1486/18
1492/16 1495/5
1520/23 1555/11
backed [3] 1491/4
1495/22 1496/23
background [8]
1489/12 1489/13
1494/8 1497/16
1498/16 1540/25
1542/17 1558/17
backup [2] 1504/17
1507/3
bail [1] 1564/13
bailout [3] 1490/15
1490/16 1491/16
baking [1] 1555/15
ballpark [1] 1571/6
bank [25] 1494/21
1494/23 1495/3
1495/19 1495/20
1543/11 1544/5
1545/25 1546/11
1546/19 1546/24
1547/6 1547/20 1550/7
1553/17 1554/22
1554/23 1554/25
1555/4 1555/20
1555/23 1555/24
1563/22 1564/6
1564/16
banking [8] 1542/14
1542/23 1543/22
1544/4 1548/11
1550/12 1552/4
1555/15
Bankruptcy [1]
1483/21
banks [17] 1494/15
1494/15 1543/7 1543/8
1549/6 1553/19
1553/23 1554/11
1554/13 1554/18
1554/20 1554/24
1555/13 1556/1
1557/11 1557/18
1564/9
BARNES [1] 1482/18
BARRY [1] 1483/2

base [1] 1501/22
based [10] 1499/4
1502/3 1505/20
1509/18 1512/2 1519/6
1537/6 1559/24
1562/23 1563/18
basic [3] 1532/18
1546/8 1572/19
basically [7] 1546/10
1557/21 1559/12
1559/25 1560/4
1563/17 1567/7
basis [10] 1506/1
1518/24 1531/25
1533/10 1562/5 1562/9
1562/9 1562/10
1562/12 1563/3
be [88] 1485/11
1485/23 1487/22
1490/24 1491/22
1492/4 1492/5 1492/14
1499/16 1499/23
1501/24 1502/1
1504/15 1507/19
1508/1 1509/4 1509/5
1510/8 1510/24
1513/23 1516/13
1517/13 1518/22
1519/1 1519/7 1519/20
1520/1 1524/2 1525/9
1525/11 1526/11
1527/24 1532/11
1532/15 1532/22
1532/25 1533/1 1533/5
1533/16 1535/8
1536/15 1537/15
1539/1 1539/22 1542/7
1544/11 1544/19
1544/19 1544/22
1545/4 1545/5 1546/14
1546/14 1546/15
1546/18 1547/16
1547/18 1547/18
1548/12 1553/15
1555/15 1559/13
1560/7 1560/25 1561/1
1562/12 1562/13
1562/15 1562/18
1563/1 1563/2 1563/4
1563/7 1564/2 1565/18
1565/21 1566/25
1567/12 1567/13
1567/15 1569/1 1569/6
1572/16 1573/20

1573/21 1574/1 1575/2
1575/21
became [1] 1542/20
because [23] 1508/11
1513/22 1516/24
1516/25 1517/2
1517/18 1529/5
1529/21 1530/5
1532/10 1532/13
1533/22 1534/9
1536/18 1537/22
1554/6 1554/23
1555/25 1556/10
1557/18 1571/10
1573/8 1575/15
become [2] 1520/5
1542/5
been [34] 1489/2
1493/22 1496/4 1500/4
1500/5 1500/8 1510/7
1517/2 1525/7 1529/24
1529/25 1552/14
1553/21 1554/6
1554/10 1556/8
1556/11 1558/10
1559/25 1560/23
1561/16 1562/4 1562/8
1562/23 1565/1
1570/24 1572/1
1573/11 1573/24
1574/2 1574/3 1574/10
1574/22 1575/9
before [23] 1482/13
1486/23 1488/8 1493/9
1496/4 1496/8 1499/14
1508/2 1514/25
1515/13 1515/20
1525/10 1537/24
1545/13 1551/24
1552/22 1564/3
1566/17 1567/17
1570/13 1570/20
1573/14 1574/21
began [3] 1495/10
1505/1 1556/16
begin [2] 1488/8
1518/7
beginning [2] 1495/6
1565/25
behalf [3] 1556/15
1556/20 1557/6
behavior [1] 1543/10
being [5] 1495/22
1512/10 1548/8

beliefs [1] 1575/17
believe [12] 1485/19
1487/23 1499/22
1506/3 1511/8 1518/24
1523/17 1524/21
1526/12 1535/4 1555/5
1575/5
below [5] 1521/9
1521/16 1521/20
1527/25 1528/8
bench [1] 1574/21
benefit [2] 1509/25
1539/8
Benson [1] 1486/14
Berger [1] 1483/5
BERGMAN [1] 1483/9
Bernstein [1] 1483/5
besides [1] 1511/9
best [3] 1495/25
1538/4 1547/8
better [2] 1530/20
1547/10
between [15] 1521/6
1529/17 1531/21
1533/6 1538/16
1538/22 1545/2 1545/7
1549/5 1553/5 1560/10
1562/8 1565/6 1572/17
1575/16
beyond [2] 1530/10
1569/24
billion [11] 1499/13
1499/15 1499/16
1516/2 1529/24 1535/6
1537/6 1537/10
1537/11 1564/13
1570/24
binder [1] 1522/12
binders [1] 1522/5
bit [4] 1489/13 1494/5
1494/8 1544/2
block [1] 1545/9
blue [1] 1512/22
board [4] 1552/21
1554/12 1554/17
1555/13
body [1] 1555/11
Boies [1] 1482/24
bond [2] 1534/11
1534/12
bonds [11] 1491/7
1496/24 1532/6 1532/8
1532/10 1532/11

# B

**bonds... [5]** 1532/14 1533/22 1534/13 1534/22 1543/6
**book [6]** 1492/23 1505/15 1545/3 1545/4 1545/4 1557/19
**books [1]** 1544/7
**borrow [5]** 1546/20 1546/21 1547/4 1547/7 1547/21
**borrower [6]** 1546/12 1546/20 1547/4 1547/6 1547/7 1547/8
**borrowers [1]** 1548/18
**both [9]** 1517/1 1517/18 1527/5 1528/9 1528/16 1528/18 1550/15 1554/11 1568/22
**bottle [2]** 1545/16 1545/18
**bottom [4]** 1506/19 1511/25 1521/5 1573/19
**bound [1]** 1485/3
**Bowler's [1]** 1575/22
**branch [1]** 1554/8
**breach [2]** 1518/12 1557/16
**breaching [1]** 1557/10
**Break [1]** 1519/24
**BRIAN [1]** 1482/18
**brief [3]** 1555/8 1557/25 1575/6
**briefed [1]** 1574/23
**briefly [5]** 1542/16 1544/11 1545/1 1553/12 1554/14
**bring [2]** 1530/13 1545/16
**broad [4]** 1543/12 1557/3 1564/5 1566/6
**broader [1]** 1545/8
**broadly [2]** 1543/5 1557/25
**brought [3]** 1495/19 1505/15 1556/1
**budgeting [1]** 1543/10
**build [2]** 1549/19 1549/21
**building [1]** 1539/4
**built [1]** 1548/7
**bullet [2]** 1523/25

**bullets [3]** 1523/12 1523/15 1523/22
**Bunge [1]** 1553/17
**business [14]** 1496/2 1526/25 1527/1 1540/15 1542/11 1553/18 1555/2 1555/2 1563/5 1569/25 1570/13 1571/12 1571/14 1571/16
**busy [1]** 1494/3
**buy [3]** 1542/2 1546/23 1562/3

# C

**calculate [3]** 1512/15 1515/24 1517/13
**calculated [1]** 1570/11
**calculation [6]** 1516/22 1517/4 1518/9 1519/6 1519/18 1519/19
**call [4]** 1485/9 1487/17 1512/4 1539/21
**called [13]** 1490/13 1494/10 1494/12 1494/24 1495/10 1495/20 1502/1 1505/12 1505/19 1526/19 1557/7 1562/24 1564/10
**calls [1]** 1535/14
**came [3]** 1494/9 1508/20 1567/2
**can [58]** 1485/6 1488/1 1488/4 1489/15 1489/15 1492/5 1492/17 1493/11 1494/7 1499/16 1499/23 1500/18 1501/1 1501/15 1502/7 1502/7 1502/10 1503/2 1503/15 1503/25 1507/19 1508/6 1510/24 1518/1 1518/18 1519/18 1519/19 1520/9 1520/10 1520/23 1521/2 1522/17 1523/9 1524/18 1527/10 1537/22 1543/18 1545/4 1547/8 1547/9 1547/11 1547/16

1554/14 1556/10 1557/3 1558/11 1558/25 1559/10 1561/19 1561/20 1563/13 1565/16 1568/2 1568/7 1571/7 1575/2
**cannot [3]** 1531/21 1533/6 1534/14
**cap [11]** 1527/18 1527/19 1527/20 1527/23 1527/25 1528/1 1528/2 1528/4 1528/14 1538/7 1538/8
**capacities [1]** 1556/9
**capital [13]** 1492/10 1539/5 1543/9 1543/10 1553/24 1557/13 1557/19 1557/19 1557/20 1557/22 1557/22 1564/10 1571/19
**captures [1]** 1517/25
**career [2]** 1545/25 1572/12
**carried [1]** 1493/14
**case [32]** 1487/5 1487/7 1487/8 1487/12 1489/3 1491/23 1492/12 1498/5 1498/19 1499/25 1503/21 1505/5 1506/2 1514/20 1516/2 1516/7 1520/6 1523/5 1527/13 1527/25 1531/18 1531/24 1533/9 1557/1 1557/4 1559/2 1559/11 1563/4 1566/4 1567/22 1574/16 1574/17
**cases [13]** 1496/22 1496/24 1496/25 1500/9 1500/11 1500/13 1541/11 1556/7 1556/12 1556/13 1557/6 1557/7 1558/1
**cause [5]** 1507/7 1525/7 1529/21 1530/24 1534/5
**caused [6]** 1511/9 1511/13 1529/24 1530/1 1533/2 1539/12
**causes [9]** 1525/4

1525/15 1525/18 1525/23 1526/1 1526/5 1526/6 1533/16
**CAYNE [1]** 1483/8
**cells [1]** 1516/1
**Center [3]** 1540/20 1541/22 1541/23
**central [2]** 1554/25 1555/4
**certain [1]** 1520/6
**certainly [5]** 1511/6 1513/21 1518/23 1529/12 1530/24
**certify [1]** 1577/4
**chair [4]** 1541/7 1542/20 1542/23 1542/23
**chairman [3]** 1560/11 1566/24 1569/10
**chance [7]** 1512/9 1512/10 1512/12 1512/16 1512/21 1512/25 1542/4
**change [3]** 1499/22 1507/19 1535/21
**changing [1]** 1492/8
**chapters [2]** 1492/23 1550/19
**characteristics [1]** 1548/17
**characterize [1]** 1509/19
**charged [2]** 1559/6 1563/8
**charging [1]** 1568/8
**CHARLES [1]** 1482/16
**chart [1]** 1507/3
**chartered [1]** 1494/14
**Check [1]** 1482/21
**checked [1]** 1505/16
**chooses [1]** 1518/5
**CIATTI [1]** 1483/12
**cited [2]** 1493/23 1494/1
**City [1]** 1554/21
**Civil [2]** 1482/2 1482/9
**claims [3]** 1532/1 1533/11 1557/8
**clarification [1]** 1559/17
**clarified [1]** 1573/6
**clarify [1]** 1544/10
**CLASS [2]** 1482/10

1584

**CLASS... [1]** 1482/20
**classes [1]** 1491/6
**clauses [1]** 1566/9
**clear [3]** 1526/11
1536/7 1570/15
**clearly [2]** 1536/18
1540/5
**clerk [1]** 1488/3
**click [1]** 1502/7
**clickers [1]** 1546/4
**clip [2]** 1570/2 1570/5
**clipped [1]** 1531/5
**clips [1]** 1498/20
**close [3]** 1492/4
1515/1 1515/1
**closed [1]** 1492/4
**CNBC [1]** 1494/3
**code [8]** 1501/22
1503/9 1504/4 1504/13
1504/22 1505/9
1505/13 1523/7
**COLATRIANO [1]**
1482/17
**collapse [1]** 1564/14
**colleague [2]** 1487/18
1539/22
**collected [1]** 1563/22
**colon [1]** 1517/23
**Colony [1]** 1553/18
**COLUMBIA [1]** 1482/1
**column [4]** 1502/12
1502/13 1502/21
1514/19
**columns [1]** 1502/23
**combined [1]** 1556/23
**come [3]** 1494/24
1514/8 1540/2
**comes [4]** 1514/10
1514/12 1514/14
1514/14
**coming [1]** 1485/15
**commands [2]**
1505/10 1507/16
**comment [1]** 1536/13
**commentary [1]**
1493/22
**commenting [1]**
1537/18
**Commerce [1]**
1553/17
**commercial [1]** 1564/6
**commercially [1]**
1549/6

**Commission [1]**
1556/19
**commitment [46]**
1545/12 1545/23
1546/8 1546/9 1546/11
1547/1 1547/3 1547/5
1547/9 1547/11
1547/19 1547/20
1547/25 1548/4 1549/6
1558/5 1559/2 1559/6
1559/13 1559/23
1560/5 1561/5 1561/16
1564/19 1566/6
1566/18 1568/6 1568/8
1568/25 1569/3 1569/5
1569/9 1569/15
1569/17 1569/25
1570/1 1570/14
1570/24 1571/12
1571/22 1571/25
1572/2 1572/6 1572/19
1573/24 1574/3
**commitments [27]**
1544/6 1545/11
1545/23 1546/1
1547/15 1547/25
1548/4 1548/7 1548/8
1548/12 1548/15
1548/16 1548/20
1548/22 1548/24
1549/2 1549/5 1549/12
1549/14 1549/15
1550/4 1550/8 1558/5
1561/5 1563/22 1564/7
1572/20
**Committee [1]**
1495/13
**committees [1]** 1496/8
**committing [2]** 1547/4
1547/6
**common [16]** 1503/19
1503/19 1505/11
1510/13 1513/18
1514/19 1514/21
1515/18 1515/19
1516/23 1521/18
1521/19 1523/19
1524/3 1535/3 1547/23
**communicated [1]**
1575/9
**communications [1]**
1565/6
**companies [9]**
1495/16 1509/24

1515/5 1517/6 1527/24
1533/3 1539/4 1543/8
1553/14
**company [5]** 1483/12
1510/15 1529/9
1564/17 1571/4
**comparables [9]**
1561/9 1561/23
1563/18 1563/23
1564/4 1566/20 1567/3
1567/17 1570/18
**compare [3]** 1504/16
1520/21 1538/15
**compared [1]** 1520/16
**comparison [2]**
1504/21 1504/22
**compensate [3]**
1566/10 1566/14
1566/15
**compensation [2]**
1547/14 1561/25
**competency [1]**
1494/20
**complete [1]** 1545/9
**completely [8]** 1532/6
1535/15 1536/3
1536/18 1536/20
1571/10 1571/19
1572/3
**complex [3]** 1491/3
1493/1 1547/16
**component [1]** 1552/5
**components [1]**
1548/16
**comprehensive [1]**
1545/3
**Comptroller [2]**
1494/10 1494/12
**compute [3]** 1504/5
1566/2 1566/5
**computed [4]** 1546/18
1565/21 1567/23
1572/1
**computer [9]** 1483/25
1501/22 1503/9 1504/4
1504/13 1504/22
1505/9 1505/11
1505/13
**computer-aided [1]**
1483/25
**computing [1]**
1570/14
**conceivable [1]**
1575/1

**concept [3]** 1562/24
1563/25 1572/19
**concepts [1]** 1547/12
**conclude [2]** 1499/10
1570/9
**concluded [3]** 1499/9
1538/1 1576/2
**concluding [2]**
1531/25 1533/10
**conclusion [2]**
1507/10 1551/19
**conclusions [7]**
1499/6 1499/8 1503/23
1506/3 1507/14 1534/7
1534/15
**conditions [1]** 1492/3
**conduct [2]** 1487/18
1529/16
**conducted [3]** 1525/2
1525/11 1560/11
**conference [1]** 1552/7
**conferences [1]**
1541/25
**confirm [1]** 1493/11
**confirmed [1]** 1568/23
**confirming [1]**
1568/14
**confused [1]** 1572/5
**confusing [2]** 1572/3
1573/15
**confusion [1]** 1575/15
**Congress [3]** 1496/5
1557/9 1564/12
**Congress' [1]** 1495/12
**congressional [2]**
1495/12 1496/8
**connection [2]** 1518/2
1518/18
**conservatorship [5]**
1492/6 1510/16 1511/3
1529/10 1539/1
**consider [3]** 1498/8
1545/10 1545/22
**consideration [2]**
1496/11 1499/5
**considered [3]** 1498/9
1503/9 1503/12
**consisted [1]** 1555/12
**consistent [1]** 1517/10
**consists [1]** 1554/16
**constant [1]** 1532/19
**constitute [1]** 1537/19
**Constitution [1]**
1483/21

1585

**C**

construct [1] 1507/18
constructed [3]
1505/23 1506/1
1507/13
consult [1] 1495/8
consultation [1]
1566/24
consulted [2] 1495/16
1553/8
consulting [7] 1553/7
1554/2 1554/4 1554/8
1554/10 1555/7 1555/9
contain [1] 1511/15
contained [3] 1507/2
1510/6 1512/14
containing [2] 1504/3
1510/7
contains [3] 1502/12
1521/4 1521/5
contemporary [1]
1491/19
context [1] 1572/7
continued [2] 1483/1
1491/15
contract [12] 1557/11
1557/16 1560/8 1562/2
1563/16 1564/24
1565/2 1565/16
1565/24 1566/1 1566/4
1567/8
contracts [2] 1547/16
1549/6
contractual [1] 1574/8
contradiction [1]
1573/14
contributions [1]
1551/6
controversial [1]
1523/24
COOPER [2] 1482/16
1482/18
copy [3] 1511/22
1522/9 1522/10
core [1] 1494/19
corporate [3] 1543/9
1543/23 1553/2
Corporation [5]
1490/13 1490/14
1490/17 1492/2 1495/4
corporations [1]
1553/9
correct [47] 1489/4
1489/18 1508/22

1515/6 1515/7 1516/13
1522/22 1522/24
1523/2 1523/6 1524/9
1524/13 1524/14
1524/16 1524/17
1525/20 1526/2 1526/3
1526/20 1526/21
1527/7 1528/12
1528/18 1528/19
1528/25 1529/20
1530/2 1540/23
1541/18 1541/20
1542/12 1543/2
1543/16 1545/13
1556/24 1560/19
1560/20 1562/17
1562/19 1563/9
1564/20 1569/12
1569/13 1569/17
1570/18 1570/19
1577/4
correctly [4] 1524/2
1524/6 1535/25
1536/25
cost [4] 1557/22
1562/24 1563/3
1563/25
could [38] 1485/17
1486/25 1497/9
1501/24 1506/16
1506/17 1511/9
1517/21 1522/6
1527/24 1535/8 1540/1
1540/13 1541/5
1542/16 1544/10
1545/13 1546/7
1546/14 1546/14
1549/13 1549/14
1550/5 1552/19
1553/12 1555/7
1555/18 1557/14
1561/9 1563/10 1564/3
1567/6 1567/22 1568/1
1570/5 1574/11 1575/2
1575/2
couldn't [2] 1509/24
1572/4
counsel [1] 1575/25
count [2] 1557/13
1557/14
couple [5] 1485/17
1495/6 1516/15 1522/5
1544/9
course [3] 1507/24

courses [1] 1490/23
court [18] 1482/1
1483/20 1486/23
1487/22 1489/10
1498/15 1498/20
1516/19 1517/2
1518/16 1518/19
1522/9 1522/10
1535/19 1557/8
1560/15 1571/9 1577/3
courtroom [4] 1485/12
1516/12 1519/25
1574/19
courts [3] 1500/9
1500/13 1500/15
cover [1] 1485/3
coverage [1] 1530/4
covers [2] 1545/5
1545/7
CRC [1] 1483/20
create [3] 1492/17
1523/7 1525/24
credit [7] 1495/20
1530/20 1548/11
1553/19 1553/19
1553/21 1554/7
crises [16] 1490/5
1490/6 1490/25 1491/1
1491/15 1491/17
1491/24 1491/25
1493/1 1493/24
1543/11 1550/16
1550/16 1550/16
1550/19 1550/25
crisis [20] 1491/20
1491/21 1493/25
1495/7 1495/10
1495/13 1495/18
1496/3 1496/10
1496/13 1497/1 1497/3
1544/6 1550/14
1550/18 1550/21
1555/25 1564/11
1565/8 1565/11
critique [2] 1526/10
1533/14
critiquing [2] 1526/12
1532/4
cross [4] 1484/5
1522/1 1522/2 1522/13
Cross-Examination [3]
1484/5 1522/2 1522/13
cross-examine [1]

Cts [1] 1483/21
culture [2] 1555/24
1556/1
cumulative [1]
1575/19
Currency [2] 1494/11
1494/12
currently [5] 1488/25
1490/18 1540/14
1540/18 1552/25
curriculum [1]
1558/16
CV [1] 1497/15

**D**

D.C [9] 1482/19
1482/25 1483/11
1483/14 1483/17
1483/22 1554/12
1554/17 1557/8
damage [2] 1536/17
1537/9
damages [21] 1497/5
1497/7 1497/8 1497/21
1498/5 1498/6 1498/19
1500/11 1500/16
1505/5 1506/2 1516/2
1516/4 1516/7 1519/6
1524/25 1536/9 1537/6
1537/11 1537/20
1557/17
data [9] 1503/22
1506/6 1506/7 1507/1
1508/12 1548/14
1549/25 1550/1
1563/18
databases [1] 1542/2
date [10] 1502/12
1502/21 1502/21
1502/25 1509/3
1510/10 1517/12
1518/6 1518/11
1577/11
DAVID [2] 1482/16
1483/9
day [21] 1499/14
1509/6 1509/9 1509/14
1509/15 1510/23
1510/25 1511/12
1512/13 1514/25
1515/3 1515/13
1515/16 1515/20
1515/20 1515/22

**D**

**day... [5]** 1529/4
1530/8 1531/9 1531/12
1537/24
**days [2]** 1494/24
1510/8
**DC [1]** 1482/6
**de [2]** 1492/9 1495/20
**de-risk [2]** 1492/9
1495/20
**deal [5]** 1487/25
1488/1 1508/12
1516/11 1547/10
**dealing [1]** 1490/25
**deals [3]** 1491/5
1533/22 1533/23
**dealt [2]** 1490/11
1555/17
**dean [4]** 1540/18
1542/4 1542/5 1542/7
**decide [3]** 1496/1
1541/16 1547/8
**decides [1]** 1518/16
**decision [1]** 1544/21
**deck [3]** 1501/25
1517/18 1520/23
**decline [34]** 1499/12
1499/16 1502/22
1509/19 1510/4
1511/10 1511/16
1511/23 1511/23
1512/7 1512/8 1513/18
1513/23 1513/25
1514/2 1514/6 1515/3
1515/7 1515/9 1515/24
1521/8 1521/10
1521/14 1521/16
1521/19 1523/18
1525/19 1526/7
1527/17 1529/22
1533/2 1533/18 1534/5
1537/18
**declines [5]** 1504/6
1509/20 1509/21
1520/7 1520/14
**decrease [2]** 1532/17
1532/18
**decreased [1]** 1534/13
**dedicated [2]** 1552/3
1553/20
**defendant [2]** 1483/7
1497/22
**defendant's [1]** 1536/8
**defendants [14]**

1482/7 1487/3 1501/12
1504/11 1516/24
1517/17 1520/17
1521/24 1522/15
1535/13 1536/14
1537/8 1537/11
1575/21
**defendants' [15]**
1487/4 1487/6 1487/7
1487/8 1487/11
1498/16 1501/12
1502/19 1506/6
1506/10 1520/18
1521/13 1523/3
1531/14 1532/23
**degree [1]** 1541/18
**Delaware [5]** 1483/3
1516/17 1518/14
1518/15 1518/17
**demand [1]** 1532/19
**DeMarco [6]** 1560/4
1568/22 1570/21
1571/1 1572/22
1572/23
**DeMarco's [3]** 1560/15
1569/19 1570/22
**demonstratives [1]**
1540/24
**denied [1]** 1574/24
**deny [2]** 1518/4
1518/20
**department [5]**
1542/20 1542/23
1556/18 1557/7 1571/3
**departments [1]**
1541/15
**depicting [1]** 1521/3
**Deposit [1]** 1495/4
**deposition [9]** 1487/3
1487/9 1487/14 1565/2
1568/22 1568/24
1569/21 1570/2
1575/22
**depositions [4]**
1498/15 1556/12
1556/23 1560/17
**Depression [4]**
1490/12 1491/19
1492/1 1492/7
**Deputy [1]** 1575/6
**DeRita [4]** 1497/9
1500/18 1502/7 1520/9
**derivatives [2]** 1491/3
1496/25

**derive [1]** 1509/25
**describe [12]** 1502/10
1504/9 1527/14
1542/16 1543/18
1549/7 1549/8 1551/4
1553/12 1558/17
1559/11 1568/3
**described [5]** 1505/8
1513/3 1528/17
1528/19 1528/24
**describes [1]** 1516/21
**detail [1]** 1547/13
**determine [7]** 1500/2
1500/11 1519/18
1530/9 1559/12
1560/25 1561/15
**determined [5]** 1562/7
1562/21 1563/1 1563/6
1564/18
**determining [2]**
1566/7 1569/25
**develop [1]** 1549/13
**developed [2]** 1494/19
1548/11
**development [1]**
1553/22
**did [87]** 1489/5 1489/7
1489/8 1489/20 1490/2
1490/7 1490/9 1495/3
1498/7 1498/8 1499/5
1499/7 1499/8 1500/23
1503/14 1504/16
1504/20 1504/21
1504/23 1505/1 1505/3
1505/6 1505/8 1507/12
1507/22 1508/8 1509/7
1509/11 1509/11
1511/1 1511/15
1511/18 1511/19
1511/19 1512/11
1514/1 1514/4 1514/5
1514/7 1515/24
1520/20 1520/22
1522/25 1523/5 1523/7
1523/21 1523/22
1523/23 1524/6
1524/22 1526/15
1527/5 1527/5 1527/6
1528/9 1528/10
1528/10 1528/16
1528/16 1528/17
1528/19 1528/22
1529/15 1530/6
1530/11 1531/8

1531/15 1535/25
1537/23 1546/3
1548/24 1560/17
1561/14 1561/16
1561/18 1566/10
1566/21 1567/17
1567/17 1567/25
1568/15 1568/24
1569/4 1569/18
1569/20 1569/23
1570/9
**didn't [17]** 1486/9
1495/23 1516/25
1517/1 1523/2 1523/15
1523/16 1527/25
1530/8 1530/13 1531/1
1531/2 1531/10
1563/23 1569/12
1569/16 1570/12
**difference [2]** 1570/23
1572/17
**different [14]** 1526/10
1533/23 1534/18
1534/18 1534/20
1534/21 1534/22
1548/15 1552/6
1571/19 1572/9 1573/3
1573/4 1575/23
**direct [6]** 1484/5
1484/9 1488/20
1535/23 1540/8
1573/14
**directly [2]** 1511/7
1516/6
**director [11]** 1540/19
1540/20 1541/21
1553/22 1560/14
1569/19 1570/21
1570/22 1571/1
1572/22 1572/23
**directors [1]** 1553/23
**disagree [1]** 1525/22
**disagreement [1]**
1516/15
**disclosed [2]** 1517/19
1536/4
**disclosures [3]**
1535/16 1536/5
1536/24
**discovery [1]** 1565/4
**discretion [5]** 1518/4
1518/6 1518/19
1566/23 1569/11
**discuss [1]** 1518/2

**D**

**discussed [4]** 1513/16 1514/11 1552/9 1565/1
**discussing [2]** 1555/20 1574/10
**discussion [2]** 1535/11 1538/1
**dispute [3]** 1516/14 1519/8 1553/5
**disputes [1]** 1496/25
**disseminate [1]** 1542/2
**disseminating [1]** 1552/3
**dissertation [1]** 1491/15
**distinguish [3]** 1529/17 1531/21 1533/6
**distinguished [1]** 1573/8
**district [6]** 1482/1 1482/1 1482/13 1483/21 1554/12 1554/18
**dividend [4]** 1543/9 1571/24 1573/2 1574/4
**dividends [2]** 1562/3 1574/5
**division [1]** 1494/13
**do [68]** 1485/4 1486/9 1487/23 1489/19 1490/19 1491/8 1491/11 1495/23 1496/9 1497/12 1497/13 1500/21 1501/5 1501/6 1501/18 1501/19 1502/21 1502/21 1505/22 1506/3 1506/21 1507/12 1516/25 1517/14 1517/17 1519/18 1523/12 1527/13 1527/25 1531/8 1531/10 1534/15 1535/4 1541/9 1542/7 1543/14 1543/14 1544/25 1545/10 1546/6 1549/8 1549/9 1549/17 1549/18 1550/3 1552/12 1552/15 1554/2 1555/9 1557/9 1557/12 1558/13

1558/14 1559/16 1559/17 1560/2 1561/16 1562/20 1565/19 1567/4 1567/6 1570/2 1570/4 1570/16 1574/7 1574/12 1574/14 1574/20
**doctoral [2]** 1540/19 1541/12
**document [2]** 1537/1 1558/13
**documents [11]** 1498/11 1498/14 1563/15 1563/16 1565/3 1565/4 1565/5 1565/7 1565/10 1567/23 1567/25
**does [19]** 1493/7 1497/16 1507/6 1514/8 1516/22 1517/6 1517/8 1528/22 1529/15 1529/23 1537/19 1551/8 1552/10 1553/10 1556/13 1558/17 1558/19 1559/21 1565/22
**doesn't [8]** 1493/15 1493/16 1507/10 1528/25 1529/1 1566/5 1567/9 1567/10
**doing [4]** 1519/5 1544/17 1554/6 1554/6
**dollar [9]** 1511/4 1513/4 1513/12 1513/21 1514/6 1527/18 1529/13 1533/2 1538/19
**dollars [2]** 1514/3 1515/3
**don't [19]** 1487/25 1511/12 1517/24 1518/12 1518/21 1519/8 1519/10 1527/8 1530/4 1534/20 1536/24 1546/20 1547/10 1561/7 1568/10 1569/2 1569/7 1574/16 1574/16
**done [20]** 1543/19 1543/19 1543/21 1545/24 1550/15 1551/2 1553/7 1554/4 1554/9 1555/22 1563/21 1566/3

1567/18 1567/21 1567/24 1568/17 1569/21 1570/12 1570/15 1571/13
**door [2]** 1536/14 1537/2
**doors [1]** 1537/12
**down [17]** 1488/4 1492/1 1506/19 1524/18 1526/19 1526/22 1527/6 1527/8 1527/10 1527/12 1533/12 1539/17 1539/18 1546/25 1571/21 1573/24 1574/3
**Dr [12]** 1516/21 1522/20 1523/21 1531/1 1535/14 1536/10 1536/21 1537/5 1537/10 1537/13 1537/14 1539/21
**Dr. [30]** 1485/9 1485/10 1487/4 1487/7 1487/11 1487/13 1487/17 1487/21 1487/24 1488/3 1488/22 1488/25 1489/16 1498/21 1502/14 1513/16 1516/24 1526/10 1526/13 1532/5 1532/5 1532/20 1533/15 1533/21 1534/11 1534/12 1535/18 1537/6 1537/13 1537/17
**Dr. Attari [10]** 1485/10 1487/7 1513/16 1526/10 1532/5 1532/5 1532/20 1533/15 1537/13 1537/17
**Dr. Attari's [10]** 1487/11 1487/13 1498/21 1502/14 1526/13 1533/21 1534/11 1534/12 1535/18 1537/6
**Dr. Joseph [1]** 1487/17
**Dr. Mason [7]** 1485/9 1487/21 1487/24 1488/3 1488/22

1489/25 1516/24
**Dr. Mason's [1]** 1489/16
**Dr. Mukarram [1]** 1487/4
**draft [1]** 1506/20
**dramatic [5]** 1509/20 1511/13 1513/24 1529/12 1529/13
**drawn [2]** 1571/21 1574/3
**drawn-down [1]** 1571/21
**driver [1]** 1529/6
**drop [5]** 1513/13 1529/24 1529/25 1530/25 1535/22
**during [9]** 1490/11 1491/1 1493/25 1519/19 1524/5 1551/22 1564/11 1565/8 1565/11
**duties [4]** 1540/22 1541/5 1541/21 1543/13

**E**

**each [7]** 1513/4 1529/3 1541/15 1548/17 1554/22 1555/16 1568/12
**earlier [7]** 1501/2 1501/8 1501/10 1502/1 1514/11 1527/2 1572/7
**earned [1]** 1538/20
**earnings [5]** 1508/15 1511/4 1530/23 1532/25 1533/3
**earns [1]** 1513/5
**Eberhardt [2]** 1568/4 1568/13
**economic [9]** 1490/1 1490/4 1491/17 1492/17 1493/22 1495/12 1513/14 1550/9 1550/11
**economically [2]** 1531/25 1533/10
**economically-sound [2]** 1531/25 1533/10
**economics [13]** 1489/14 1489/18 1489/23 1489/24 1489/25 1494/19

**economics... [7]**
1497/21 1499/21
1500/6 1532/18
1548/23 1549/19
1550/10
**economist [4]** 1494/6
1510/19 1516/3 1535/5
**economists [2]** 1506/7
1506/11
**economy [1]** 1492/18
**editor [8]** 1493/8
1544/15 1544/18
1544/21 1552/23
1553/1 1553/2 1553/5
**editors [1]** 1553/4
**education [1]** 1558/18
**educational [2]**
1489/13 1497/17
**effect [14]** 1528/15
1529/12 1530/7
1530/13 1530/23
1531/15 1532/1
1532/20 1533/1
1533/11 1533/17
1534/13 1560/21
1570/1
**effectiveness [1]**
1493/3
**effects [1]** 1510/5
**efficiently [1]** 1492/17
**eight [1]** 1550/7
**Eisenhofer [1]** 1483/2
**either [5]** 1510/15
1511/2 1522/25 1529/9
1546/17
**elected [1]** 1568/11
**elements [1]** 1497/3
**else [3]** 1510/22
1511/12 1547/10
**email [2]** 1575/6
1575/13
**emails [1]** 1498/13
**emerge [3]** 1510/15
1511/2 1529/9
**emphasis [1]** 1489/20
**empirical [5]** 1548/14
1549/16 1549/17
1549/24 1550/2
**employed [3]** 1488/25
1540/14 1540/15
**employment [1]**
1558/18
**encompassed [1]**

**encyclopedic [1]**
1545/4
**end [2]** 1529/2
1565/25
**ended [1]** 1564/4
**ends [1]** 1571/2
**engage [1]** 1541/10
**engagements [3]**
1497/2 1497/6 1555/22
**ensure [1]** 1494/16
**entered [2]** 1485/12
1519/25
**enterprises' [1]**
1524/23
**entire [1]** 1537/2
**entities [4]** 1510/16
1511/3 1529/10 1539/2
**entitled [1]** 1577/5
**environment [1]**
1495/25
**episodes [1]** 1491/19
**equal [4]** 1560/6
1560/22 1561/2
1561/11
**equities [2]** 1532/22
1532/23
**equity [33]** 1498/23
1499/9 1499/18
1504/11 1507/11
1509/15 1509/16
1513/17 1513/19
1513/22 1522/21
1523/17 1524/25
1533/19 1533/21
1534/2 1534/17
1534/17 1535/18
1557/19 1557/20
1571/3 1571/5 1571/6
1571/17 1571/19
1571/20 1571/20
1572/5 1572/9 1572/18
1572/18 1573/21
**equivalent [1]** 1571/17
**ERIC [1]** 1482/20
**errors [1]** 1507/15
**essentially [5]**
1518/25 1557/10
1561/7 1568/23
1569/23
**established [4]**
1490/12 1492/6 1506/2
1510/8
**estimate [1]** 1498/5

**estimated [1]** 1500/4
**estimating [1]** 1505/5
**et [3]** 1482/2 1482/2
1482/6
**evaluate [3]** 1505/3
1506/12 1525/25
**evaluating [1]** 1507/17
**even [6]** 1508/13
1535/20 1569/24
1570/16 1575/9
1575/13
**event [94]** 1498/18
1499/9 1499/19
1499/19 1499/20
1500/2 1500/10
1500/15 1501/9
1501/11 1501/14
1501/22 1502/2
1502/16 1502/18
1504/11 1504/17
1504/25 1505/2
1505/18 1505/21
1505/21 1505/23
1506/6 1506/8 1506/10
1506/23 1507/9
1507/11 1507/13
1507/17 1507/17
1508/8 1509/11
1509/14 1510/2
1510/20 1511/10
1511/15 1512/11
1513/9 1514/1 1514/11
1520/18 1521/13
1522/16 1522/20
1522/21 1522/23
1522/25 1523/4 1523/5
1523/9 1523/17
1524/20 1524/21
1524/25 1524/25
1525/3 1525/5 1525/8
1525/11 1525/11
1525/13 1525/17
1526/5 1526/10
1526/11 1528/21
1529/2 1529/15
1529/23 1530/11
1531/6 1531/19
1531/20 1532/5 1532/7
1532/8 1533/5 1533/19
1533/21 1534/3 1534/6
1534/11 1534/12
1534/16 1534/17
1534/18 1535/18
1537/7 1537/8 1537/12

**events [1]** 1498/23
**eventually [1]** 1544/21
**ever [13]** 1496/4
1510/15 1517/2 1529/9
1549/9 1551/1 1553/7
1556/15 1556/25
1559/6 1559/8 1569/16
1575/8
**every [9]** 1511/4
1513/4 1513/21 1517/2
1529/13 1533/2
1538/19 1552/8
1554/23
**evidence [24]** 1484/13
1484/13 1484/14
1484/14 1484/15
1484/15 1484/16
1484/16 1484/17
1484/17 1484/18
1484/18 1484/19
1484/19 1485/18
1488/9 1522/18
1536/13 1537/2
1548/14 1558/21
1575/1 1575/19
1575/19
**evolving [1]** 1549/22
**EX [1]** 1502/8
**exact [1]** 1512/15
**examination [11]**
1484/5 1484/5 1484/6
1484/9 1487/18
1488/20 1522/2
1522/13 1534/25
1540/8 1559/5
**examine [1]** 1522/1
**examined [2]** 1539/22
1551/14
**example [8]** 1547/22
1554/1 1554/2 1554/5
1555/8 1555/21 1557/4
1572/7
**examples [1]** 1554/3
**Excel [5]** 1501/24
1503/7 1503/18
1505/15 1507/16
**excerpt [1]** 1487/14
**excess [3]** 1502/13
1504/5 1512/2
**Exchange [1]** 1556/19
**exclude [2]** 1525/3
1525/12
**excluding [3]** 1526/4

**E**

excluding... [2] 1534/4 1534/12
excuse [1] 1573/7
exhaustive [1] 1553/14
exhibit [25] 1484/12 1497/12 1497/14 1500/11 1500/18 1500/21 1501/5 1501/7 1501/8 1502/5 1503/2 1503/5 1503/17 1503/25 1504/2 1504/19 1506/16 1508/21 1514/12 1520/9 1522/5 1522/17 1558/23 1574/22 1574/23
exhibits [7] 1485/18 1486/4 1487/21 1488/10 1488/12 1488/18 1565/3
existed [1] 1498/5
exit [3] 1492/13 1492/15 1538/25
exited [2] 1516/12 1574/19
expect [5] 1509/22 1513/9 1513/12 1513/23 1542/7
expectations [1] 1575/5
experience [9] 1490/11 1494/6 1497/17 1505/20 1509/18 1556/3 1556/6 1561/4 1563/21
expert [30] 1485/9 1485/10 1485/14 1487/11 1489/2 1496/15 1496/21 1497/4 1497/20 1498/15 1516/25 1517/20 1525/17 1525/19 1526/4 1526/7 1531/24 1532/1 1533/9 1533/11 1535/15 1536/12 1536/24 1537/2 1556/3 1556/7 1556/11 1556/17 1557/23 1558/4
expertise [4] 1491/10 1492/20 1545/11 1545/22

experts [11] 1487/4 1487/6 1498/16 1501/12 1502/19 1506/11 1523/3 1531/14 1556/8 1557/16 1565/11
experts' [1] 1532/23
expire [1] 1547/11
explain [5] 1489/5 1521/2 1527/16 1561/24 1562/22
explained [1] 1528/13
explains [1] 1537/6
expressed [3] 1531/24 1533/9 1534/8
expresses [1] 1568/7
expressing [1] 1535/20
extensive [2] 1545/24 1564/7
extensively [8] 1494/1 1530/16 1544/3 1548/5 1550/17 1553/8 1556/17 1565/1
extent [1] 1525/25
extra [1] 1522/9

**F**

face [3] 1488/3 1517/21 1533/22
faced [1] 1495/21
facility [1] 1492/11
fact [10] 1504/23 1507/6 1508/23 1526/3 1545/25 1554/19 1556/16 1557/9 1557/12 1575/3
facts [5] 1506/6 1506/7 1520/6 1520/13 1520/16
faculty [4] 1541/10 1541/24 1542/1 1542/2
faculty-organized [1] 1542/1
fails [1] 1532/8
fair [4] 1502/17 1504/9 1524/23 1532/22
FAIRHOLME [1] 1482/2
fairly [3] 1550/24 1564/7 1572/19
fairness [1] 1572/22
faith [3] 1560/11 1567/1 1567/13

fall [1] 1532/12
fallen [1] 1515/15
familiar [4] 1535/19 1536/5 1550/13 1553/15
fancy [1] 1526/24
FANNIE [17] 1482/9 1503/19 1503/19 1508/16 1509/15 1509/23 1511/23 1512/6 1514/19 1514/21 1514/23 1521/8 1523/19 1526/18 1526/23 1526/24 1532/14
Farm [3] 1553/18 1553/19 1554/6
farmers [1] 1553/21
faster [2] 1526/25 1527/2
fed [5] 1504/14 1555/1 1555/12 1565/10 1569/10
federal [29] 1482/5 1483/7 1483/12 1483/15 1494/21 1494/23 1495/2 1495/4 1554/9 1554/10 1554/11 1554/13 1554/15 1554/16 1554/20 1555/7 1555/12 1555/20 1555/23 1556/14 1556/15 1556/21 1556/25 1557/1 1557/5 1557/8 1560/12 1564/16 1566/24
fee [37] 1544/15 1546/9 1546/24 1546/24 1547/17 1547/18 1547/21 1559/2 1559/6 1559/13 1559/24 1559/25 1560/5 1561/16 1562/2 1562/7 1562/8 1562/14 1562/18 1562/21 1563/4 1563/6 1563/7 1564/19 1565/18 1566/6 1567/19 1568/25 1569/5 1569/9 1569/16 1569/17 1570/25 1571/12 1571/25 1572/6 1572/19

fees [13] 1545/12 1545/23 1547/22 1547/23 1548/1 1548/4 1558/5 1561/5 1568/6 1568/8 1569/25 1570/1 1570/14
feet [1] 1495/24
fell [3] 1499/15 1509/15 1509/17
few [6] 1495/2 1501/16 1531/5 1542/21 1542/22 1559/16
FHFA [13] 1498/12 1560/10 1565/6 1567/18 1567/21 1567/25 1567/25 1568/20 1568/21 1569/4 1570/12 1575/3 1575/9
FHFA's [2] 1575/14 1575/17
field [12] 1490/2 1493/10 1500/6 1506/12 1543/4 1543/5 1543/12 1543/15 1543/19 1552/16 1558/4 1561/5
fight [1] 1555/2
figure [1] 1495/25
figuring [1] 1565/18
files [1] 1505/14
filings [3] 1531/3 1538/13 1565/4
fill [1] 1519/19
final [6] 1499/1 1502/15 1504/15 1550/18 1564/1 1575/24
finally [1] 1566/22
finance [38] 1482/5 1483/8 1490/1 1490/13 1490/14 1490/17 1490/20 1490/21 1492/2 1540/19 1540/20 1541/6 1541/9 1541/22 1541/23 1542/14 1542/18 1542/20 1542/23 1543/4 1543/5 1543/14 1543/15 1543/20 1543/23 1544/4 1544/5 1544/17 1548/23 1549/19 1551/12 1551/16 1551/22

## F

**finance... [5]** 1552/25 1553/3 1558/4 1572/12 1572/19
**financial [63]** 1489/23 1489/24 1489/25 1490/5 1490/6 1490/24 1491/1 1491/3 1491/15 1491/16 1491/21 1491/24 1492/3 1493/1 1493/2 1493/24 1493/25 1494/6 1495/7 1496/10 1496/14 1497/1 1497/3 1497/21 1497/21 1498/10 1499/20 1500/6 1500/7 1500/8 1506/7 1506/11 1510/19 1516/3 1530/16 1534/21 1535/5 1539/9 1543/6 1543/7 1543/9 1543/11 1543/22 1544/6 1550/13 1550/18 1550/21 1550/25 1551/6 1551/7 1551/25 1552/2 1552/4 1552/20 1552/24 1553/1 1553/20 1555/25 1557/11 1564/11 1564/13 1565/8 1571/7
**financing [1]** 1573/10
**find [3]** 1517/10 1517/11 1575/14
**fine [1]** 1488/2
**finish [1]** 1564/3
**firm [6]** 1492/9 1499/24 1507/20 1513/5 1530/23 1553/17
**firms [1]** 1496/24
**first [34]** 1485/9 1485/15 1485/25 1486/6 1486/10 1488/1 1490/14 1492/2 1494/9 1504/5 1505/1 1505/3 1505/15 1514/15 1514/17 1514/18 1541/5 1542/19 1546/2 1548/6 1548/14 1549/7 1549/9 1549/9 1549/11 1549/12 1555/10 1559/17 1559/18 1562/9 1563/14 1565/19 1566/13

**five [1]** 1551/22
**fix [1]** 1503/5
**fixed [2]** 1546/14 1546/17
**Flexner [1]** 1482/24
**focus [10]** 1490/3 1490/4 1491/2 1491/15 1493/24 1494/5 1494/18 1496/2 1507/25 1520/10
**focused [5]** 1491/12 1491/18 1508/3 1545/6 1545/8
**focusing [1]** 1490/24
**follow [3]** 1491/25 1526/16 1569/14
**follow-up [1]** 1569/14
**followed [3]** 1490/16 1492/13 1505/13
**following [6]** 1491/16 1514/2 1516/9 1520/14 1535/22 1572/25
**food [1]** 1553/18
**foregoing [1]** 1577/4
**forgot [1]** 1545/16
**form [3]** 1499/6 1499/8 1517/10
**formal [1]** 1490/1
**formally [2]** 1548/7 1549/13
**format [2]** 1501/23 1502/15
**forms [1]** 1506/1
**formula [4]** 1546/15 1546/17 1566/5 1567/9
**forth [2]** 1497/17 1551/16
**forward [6]** 1492/18 1496/2 1513/5 1538/20 1540/2 1568/7
**Foster [2]** 1568/5 1568/10
**found [3]** 1510/9 1511/11 1567/23
**foundation [1]** 1498/18
**four [3]** 1523/12 1542/15 1552/24
**fourth [1]** 1551/11
**framework [1]** 1549/15
**France [1]** 1495/22
**FREDDIE [22]** 1482/9 1503/19 1503/20

1507/20 1509/16 1508/16 1509/24 1511/24 1512/7 1515/10 1515/12 1515/18 1515/19 1516/23 1516/23 1521/11 1521/12 1521/15 1523/19 1526/18 1526/23 1526/24 1532/14
**free [3]** 1532/15 1532/17 1536/12
**front [2]** 1500/24 1562/2
**fully [6]** 1517/24 1536/4 1537/10 1566/9 1566/14 1574/22
**funding [1]** 1542/1
**funds [2]** 1482/2 1546/19
**further [1]** 1528/8
**future [4]** 1539/8 1546/12 1546/13 1546/22
**futures [1]** 1543/6

## G

**gave [7]** 1504/4 1552/11 1554/5 1564/13 1572/7 1573/7 1573/13
**general [1]** 1500/15
**generally [8]** 1500/13 1508/24 1525/22 1532/14 1543/3 1543/18 1543/22 1544/4
**gentlemen [2]** 1485/13 1487/2
**get [12]** 1486/18 1488/1 1495/15 1497/8 1519/14 1528/6 1546/21 1547/9 1547/20 1559/1 1559/17 1567/10
**getting [5]** 1492/8 1547/8 1563/13 1569/11 1571/25
**give [12]** 1485/6 1488/5 1517/14 1546/7 1552/12 1552/13 1556/2 1557/4 1563/10 1566/5 1567/9 1571/7
**given [12]** 1493/24

1519/8 1541/18 1552/14 1555/16 1560/3 1560/8 1561/21 1561/25 1571/23 1572/1 1573/11
**gives [4]** 1499/21 1509/2 1543/2 1571/1
**global [4]** 1493/25 1534/14 1552/2 1552/7
**globally [1]** 1552/25
**Gluck [7]** 1484/5 1484/6 1487/18 1517/18 1518/15 1522/22 1523/13
**go [15]** 1505/6 1506/17 1516/13 1520/23 1527/10 1530/8 1531/8 1532/19 1556/9 1561/20 1565/20 1566/7 1567/6 1568/1 1570/20
**goal [1]** 1531/16
**goes [1]** 1569/24
**going [24]** 1485/7 1485/9 1485/25 1487/3 1487/21 1495/13 1509/23 1513/5 1513/11 1513/23 1519/17 1523/25 1524/1 1526/24 1532/11 1532/12 1532/19 1533/13 1538/19 1538/20 1546/10 1554/1 1560/7 1562/22
**good [8]** 1487/20 1488/22 1539/24 1540/10 1550/24 1560/11 1567/1 1567/13
**got [2]** 1542/18 1557/17
**government [15]** 1490/5 1490/14 1492/14 1495/9 1495/11 1510/15 1529/9 1554/9 1556/14 1556/15 1556/21 1557/1 1557/5 1557/10 1557/15
**governors [3]** 1554/12 1554/17 1555/13
**grad [1]** 1494/9
**graduate [3]** 1490/23

**G**

graduate... [2] 1491/5
1572/11
Grant [3] 1483/2
1568/5 1568/16
graph [1] 1536/3
graphics [1] 1504/24
graphs [1] 1535/17
great [5] 1490/12
1491/19 1492/1 1492/7
1508/11
greater [1] 1547/12
Grossmann [1] 1483/5
ground [1] 1495/24
groups [1] 1552/6
growth [1] 1492/17
GSE [6] 1508/9
1509/12 1513/24
1520/7 1532/14
1539/12
GSEs [22] 1498/10
1511/2 1532/6 1532/11
1538/7 1538/12
1538/18 1538/20
1538/23 1538/25
1539/9 1559/6 1561/2
1561/12 1567/14
1567/18 1571/15
1571/21 1571/23
1573/12 1573/22
1574/3
guaranteed [2]
1530/19 1530/22
guess [1] 1538/4
guidance [4] 1559/24
1560/3 1561/8 1567/8
guide [2] 1489/9
1561/10
guideline [1] 1560/1
guidelines [1] 1566/7
guts [3] 1504/10
1504/15 1504/17

**H**

had [43] 1494/19
1495/8 1496/9 1508/11
1510/7 1515/15 1528/7
1528/15 1532/1
1533/11 1535/24
1536/6 1538/7 1538/12
1549/4 1550/14
1550/16 1551/15
1556/3 1556/6 1557/8
1557/12 1557/18

1559/14 1559/23
1560/24 1561/8 1563/7
1563/17 1566/1
1566/25 1567/18
1567/21 1567/22
1567/24 1568/17
1569/21 1570/11
1570/12 1570/15
1571/2 1571/13
1575/21
hadn't [2] 1568/18
1568/19
half [9] 1509/16
1509/17 1510/13
1529/8 1537/24
1539/12 1549/2
1562/16 1563/5
HAMISH [3] 1482/23
1487/16 1539/20
Hampshire [1]
1482/19
hand [3] 1487/22
1488/6 1540/3
Handed [2] 1522/10
1522/12
happen [1] 1569/12
happened [2] 1510/21
1512/9
happy [4] 1487/22
1519/1 1527/10 1534/9
hard [2] 1511/22
1544/24
harm [1] 1518/12
has [34] 1487/24
1490/16 1491/12
1491/19 1492/14
1493/22 1500/5 1500/8
1500/24 1511/25
1518/3 1518/5 1525/17
1525/17 1526/4 1526/5
1533/24 1534/4
1534/12 1536/1 1547/7
1548/12 1552/7 1552/7
1554/19 1554/22
1558/10 1563/1 1563/2
1565/1 1573/24 1574/1
1574/2 1574/22
hasn't [1] 1533/25
have [128]
haven't [1] 1519/15
having [1] 1575/23
he [41] 1500/24
1513/16 1532/8
1533/23 1533/25

1536/1 1536/2 1536/9
1537/15 1560/20
1560/24 1560/24
1568/23 1568/24
1569/2 1569/13
1569/18 1569/21
1569/23 1570/11
1570/11 1570/12
1570/13 1571/2 1571/7
1571/9 1571/16 1572/4
1572/5 1572/25 1573/7
1573/6 1573/6 1573/7
1573/8 1573/8 1573/13
1573/14 1573/16
head [1] 1541/12
hear [3] 1487/7 1555/1
1571/10
heard [3] 1535/9
1537/3 1568/21
heavy [4] 1510/13
1510/18 1510/19
1529/8
held [1] 1532/16
help [11] 1489/5
1489/9 1492/5 1492/10
1493/11 1495/11
1495/20 1496/12
1514/5 1520/20
1565/17
helpful [3] 1508/1
1517/13 1570/3
helping [1] 1555/23
here [23] 1486/9
1492/11 1494/11
1499/23 1508/12
1510/11 1513/20
1514/22 1518/8 1521/7
1523/1 1531/10
1534/10 1544/9
1550/11 1551/24
1553/16 1554/12
1554/17 1557/8 1562/6
1562/20 1568/3
HERMAN [3] 1483/20
1577/3 1577/11
high [1] 1561/1
highest [1] 1541/18
highlighted [1] 1521/7
him [4] 1486/10
1500/24 1535/25
1568/6
himself [2] 1513/16
1530/18

his [17] 1516/25
1532/8 1532/20
1535/15 1535/17
1536/4 1537/5 1537/13
1560/17 1560/21
1560/21 1561/1
1568/22 1568/23
1569/8 1569/21 1575/8
historical [1] 1491/18
history [3] 1490/5
1490/15 1558/18
HOFFMAN [1] 1483/9
hold [2] 1496/1
1552/15
holders [1] 1513/17
holdings [3] 1495/21
1499/13 1499/14
holds [1] 1485/6
Home [1] 1483/12
homeowners [2]
1496/12 1496/14
Honor [32] 1485/5
1486/13 1486/17
1487/20 1487/23
1488/8 1488/17
1497/19 1503/4 1516/8
1516/14 1517/16
1518/1 1519/1 1519/12
1519/16 1519/23
1520/3 1535/8 1535/12
1536/5 1536/6 1536/22
1537/5 1539/16
1539/24 1539/25
1540/10 1545/19
1558/3 1558/20
1574/13
HONORABLE [1]
1482/13
HOUSING [2] 1482/5
1483/8
how [46] 1488/25
1490/25 1491/2 1491/6
1491/23 1493/20
1495/21 1496/1 1496/7
1496/18 1503/10
1505/6 1505/15
1509/11 1509/12
1509/18 1511/1
1511/19 1512/11
1512/18 1515/10
1515/18 1521/11
1521/18 1529/23
1529/25 1536/24
1542/7 1542/13 1548/7

**H**

how... **[16]** 1548/12 1548/15 1548/15 1548/17 1548/24 1549/22 1552/12 1555/14 1556/16 1556/20 1561/10 1565/21 1566/2 1566/2 1566/7 1572/11
HOWARD **[1]** 1483/8
however **[1]** 1573/18
huge **[2]** 1511/10 1513/11
HUME **[3]** 1482/23 1487/16 1539/20
hundred **[1]** 1562/12
hundreds **[2]** 1552/8 1572/16
hundredth **[1]** 1562/10

**I**

I'd **[6]** 1487/21 1489/12 1498/2 1507/24 1527/8 1544/9
I'll **[7]** 1516/10 1518/14 1519/22 1526/16 1540/22 1574/20 1575/25
I'm **[24]** 1489/15 1499/3 1499/4 1500/22 1515/6 1519/18 1522/11 1522/15 1523/25 1524/1 1526/12 1526/14 1527/10 1532/20 1533/13 1534/9 1540/18 1548/2 1549/11 1552/25 1556/5 1557/24 1569/24 1570/13
I've **[21]** 1492/23 1492/23 1496/8 1517/2 1519/11 1543/21 1544/3 1544/5 1544/7 1544/14 1545/24 1548/21 1550/15 1550/18 1553/15 1554/10 1555/22 1556/8 1556/11 1556/12 1556/17
IAN **[1]** 1483/9
idea **[1]** 1536/1
identified **[4]** 1498/23 1499/5 1513/9 1551/21

identifies **[1]** 1537/23
identify **[1]** 1486/10
identifying **[1]** 1514/2
Illinois **[1]** 1489/21
impact **[14]** 1500/2 1513/3 1514/3 1524/22 1525/4 1525/13 1529/17 1529/18 1531/22 1533/6 1533/7 1538/5 1571/14 1571/14
impair **[1]** 1511/6
implement **[1]** 1541/17
implementing **[1]** 1559/22
implication **[3]** 1536/7 1536/11 1574/8
implications **[1]** 1567/5
importance **[2]** 1529/2 1531/12
important **[8]** 1529/5 1530/17 1532/10 1532/13 1543/16 1545/17 1552/5 1566/9
inappropriate **[1]** 1565/18
INC **[1]** 1482/2
include **[2]** 1530/4 1556/13
included **[7]** 1498/10 1498/11 1503/8 1505/18 1510/10 1510/11 1565/4
includes **[1]** 1552/4
including **[8]** 1491/6 1492/25 1498/17 1554/18 1555/23 1563/15 1565/5 1565/14
inclusive **[1]** 1490/5
incorrect **[1]** 1518/25
increase **[2]** 1531/16 1537/19
increased **[1]** 1533/18
increases **[1]** 1535/5
incredibly **[1]** 1536/15
indeed **[3]** 1505/17 1513/24 1521/21
independent **[1]** 1497/2
index **[1]** 1546/15
Indiana **[1]** 1542/19
indicated **[3]** 1511/25

indicates **[2]** 1510/20 1512/1
indicating **[1]** 1512/5
individual **[1]** 1575/8
inflation **[1]** 1555/2
influences **[2]** 1533/23 1533/24
inform **[1]** 1555/18
information **[23]** 1490/25 1498/7 1499/24 1500/3 1504/16 1504/24 1506/13 1507/19 1507/24 1507/25 1508/2 1508/10 1508/17 1508/24 1509/1 1509/5 1510/25 1514/8 1514/10 1538/10 1538/12 1563/17 1563/23
initial **[1]** 1535/22
initially **[1]** 1527/22
input **[4]** 1503/22 1555/14 1555/21 1560/11
inputs **[2]** 1504/10 1507/2
insert **[1]** 1534/10
inside **[1]** 1492/8
insight **[1]** 1575/3
instead **[2]** 1559/22 1559/22
instinct **[1]** 1567/20
institution **[1]** 1492/17
institutions **[9]** 1492/3 1492/3 1492/15 1494/16 1496/14 1543/7 1553/20 1557/12 1557/15
instruct **[1]** 1517/22
instructions **[2]** 1518/2 1518/25
instruments **[2]** 1491/3 1534/21
insurance **[3]** 1495/4 1543/7 1564/17
insured **[1]** 1539/7
intangible **[1]** 1557/19
intended **[3]** 1566/9 1566/13 1573/21
intention **[2]** 1536/6 1542/6
interest **[22]** 1494/21

1510/16 1516/18 1516/22 1517/5 1517/19 1518/4 1518/5 1518/7 1518/11 1518/17 1518/20 1518/23 1519/4 1519/7 1519/10 1546/13 1546/17 1546/18 1547/2 1555/1 1557/24
interests **[1]** 1544/5
interim **[3]** 1540/18 1542/4 1542/7
intermediate **[3]** 1504/14 1504/23 1545/2
intermediation **[9]** 1543/23 1551/6 1551/7 1552/1 1552/2 1552/4 1552/20 1552/24 1553/1
internal **[5]** 1498/14 1565/5 1568/2 1568/17 1574/9
international **[1]** 1495/19
interrupting **[2]** 1565/24 1572/10
introducing **[1]** 1540/25
introduction **[1]** 1543/25
introductory **[1]** 1491/6
intuition **[2]** 1560/22 1561/1
invest **[1]** 1571/21
invested **[1]** 1572/9
investment **[8]** 1492/16 1543/8 1571/5 1572/18 1573/2 1573/22 1574/1 1574/2
investor **[1]** 1543/10
investors **[6]** 1491/1 1508/17 1510/14 1510/21 1510/23 1532/16
invited **[2]** 1544/19 1555/11
involve **[1]** 1497/7
involved **[8]** 1492/15 1497/2 1497/6 1514/22 1556/11 1557/17 1557/23 1575/12
involves **[1]** 1489/25

1593

**is [255]**

**isn't [1]** 1523/20

**isolation [1]** 1563/3

**issuance [1]** 1534/13

**issue [5]** 1514/20
1526/9 1536/16 1559/3
1574/22

**issues [2]** 1490/25
1497/4

**it [132]**

**it's [39]** 1488/12
1494/14 1499/21
1500/4 1500/22
1505/19 1506/20
1507/7 1516/20 1517/3
1517/4 1517/5 1517/17
1518/15 1518/22
1526/3 1527/10
1529/21 1530/17
1531/7 1532/18
1535/19 1537/21
1543/12 1544/23
1544/24 1545/3
1546/15 1546/18
1550/10 1552/7
1558/22 1566/3 1572/2
1572/8 1573/4 1573/22
1575/11 1575/24

**item [2]** 1529/6 1531/5

**items [3]** 1529/3
1529/4 1530/4

**its [7]** 1495/1 1503/23
1507/13 1510/5
1517/21 1537/24
1557/10

**itself [3]** 1506/24
1510/2 1537/22

**J**

**Jeff [2]** 1568/5
1568/10

**job [4]** 1491/8 1494/10
1494/16 1542/19

**John [3]** 1540/19
1541/5 1543/13

**Joint [1]** 1495/12

**Jones [6]** 1484/5
1517/16 1522/12
1522/15 1535/12
1536/22

**Joseph [6]** 1487/17
1488/20 1488/24
1522/2 1522/13

**journal [9]** 1493/9
1493/13 1544/14
1544/22 1548/11
1550/9 1550/10
1552/23 1553/1

**journals [12]** 1492/24
1492/25 1493/4 1493/5
1548/22 1550/8
1550/11 1550/12
1551/14 1551/14
1551/15 1552/25

**JUDGE [3]** 1482/13
1487/19 1539/20

**junior [12]** 1503/20
1503/20 1514/23
1515/10 1515/12
1515/15 1516/23
1521/12 1521/15
1523/20 1524/4 1535/4

**jurisdiction [1]**
1554/22

**jury [29]** 1482/12
1485/12 1486/10
1486/23 1489/16
1516/10 1516/12
1516/20 1517/9
1517/22 1518/2 1518/3
1518/5 1518/9 1518/16
1518/25 1519/22
1519/25 1522/3
1540/10 1540/24
1540/25 1542/17
1551/4 1557/4 1573/17
1574/19 1575/15
1575/16

**just [58]** 1485/17
1494/7 1499/5 1502/10
1503/8 1504/9 1505/8
1505/14 1507/18
1508/12 1508/19
1511/16 1512/12
1512/22 1512/25
1517/1 1519/3 1519/5
1519/10 1524/1
1526/11 1526/23
1528/13 1528/17
1528/19 1528/24
1531/4 1531/4 1531/7
1532/18 1533/4
1533/24 1537/16
1542/16 1543/3
1544/10 1545/1
1547/13 1547/22

1554/14 1555/8
1559/16 1560/6
1561/10 1561/22
1563/2 1563/24 1564/5
1565/19 1567/4
1567/13 1567/22
1568/11 1572/15
1573/25 1574/7

**Justice [2]** 1556/18
1557/7

**Justison [1]** 1483/3

**juxtaposition [1]**
1573/15

**JX1 [1]** 1520/9

**K**

**Kansas [1]** 1554/20

**KAPLAN [3]** 1482/23
1484/9 1539/23

**Kaye [1]** 1483/10

**keep [2]** 1494/25
1519/22

**Kessler [1]** 1482/21

**Kevin [3]** 1558/11
1570/5 1570/7

**key [1]** 1573/20

**kind [5]** 1506/7
1506/10 1509/21
1532/15 1538/15

**kinds [2]** 1549/18
1555/22

**King [2]** 1482/21
1483/13

**Kirk [1]** 1482/18

**knew [2]** 1508/1
1530/6

**know [32]** 1487/25
1493/15 1493/16
1495/23 1511/19
1519/6 1519/14 1525/2
1525/10 1525/16
1526/3 1527/8 1531/18
1533/5 1534/3 1534/20
1535/18 1536/12
1536/12 1536/16
1560/3 1566/14
1566/25 1567/10
1567/20 1569/24
1570/12 1572/4
1572/20 1572/21
1573/9 1575/12

**knowledge [3]**
1494/25 1563/21

1569/4

**known [1]** 1538/10

**L**

**lack [1]** 1534/7

**lacks [2]** 1531/25
1533/10

**Ladies [2]** 1485/13
1487/2

**laid [1]** 1492/1

**LAMBERTH [2]**
1482/13 1539/20

**Lancaster [1]** 1553/18

**language [7]** 1505/11
1527/9 1527/11
1534/10 1566/8 1567/8
1574/8

**large [3]** 1495/19
1553/19 1561/11

**largest [2]** 1494/15
1564/17

**last [1]** 1510/7

**lasted [1]** 1495/6

**later [3]** 1487/8 1518/2
1518/18

**law [16]** 1516/18
1516/20 1517/4 1517/9
1517/22 1517/23
1517/24 1517/25
1518/3 1518/10
1518/13 1518/14
1518/15 1518/17
1519/3 1563/1

**lawyer [1]** 1562/25

**leadership [1]** 1552/15

**leading [6]** 1508/9
1508/25 1509/2
1548/22 1550/12
1551/13

**learned [1]** 1491/22

**least [2]** 1543/25
1560/21

**leave [3]** 1495/4
1519/4 1519/10

**led [2]** 1502/4 1570/18

**Lee [1]** 1485/5

**left [3]** 1497/1 1500/23
1521/7

**legal [3]** 1500/1
1514/20 1562/25

**legislation [2]** 1557/9
1557/14

**lend [2]** 1546/12
1547/6

# L

**lending [1]** 1496/10
**less [12]** 1512/5
1512/10 1512/11
1512/18 1512/20
1512/21 1512/24
1537/9 1537/23
1538/25 1544/23
1562/15
**let [5]** 1516/10 1527/16
1536/15 1547/11
1574/16
**let's [9]** 1503/3
1514/16 1522/16
1524/20 1559/18
1561/14 1564/21
1565/16 1566/8
**level [8]** 1490/22
1490/23 1490/23
1491/5 1512/2 1557/3
1564/5 1575/17
**Lifetime [3]** 1551/5
1551/25 1552/11
**light [1]** 1559/10
**like [30]** 1485/18
1486/17 1487/25
1488/9 1489/12 1491/3
1491/7 1498/2 1498/10
1500/10 1512/22
1516/20 1522/10
1530/6 1531/19
1532/15 1544/9
1549/21 1550/16
1551/18 1553/24
1558/3 1558/9 1558/20
1565/9 1567/9 1570/20
1571/6 1573/2 1575/11
**likelihood [2]** 1512/6
1512/8
**likely [9]** 1509/4
1509/5 1525/7 1525/21
1530/6 1530/22
1532/25 1532/25
1538/25
**Limine [1]** 1574/25
**limited [1]** 1575/13
**line [6]** 1533/15
1536/10 1536/21
1537/2 1572/6 1573/19
**lines [1]** 1514/15
**list [4]** 1550/3 1550/6
1550/20 1553/14
**listed [1]** 1550/11
**literally [2]** 1537/3

549/9
**literature [5]** 1563/20
1565/12 1568/7
1568/11 1568/18
**LITIGATIONS [1]**
1482/10
**Litowitz [1]** 1483/5
**little [7]** 1485/21
1489/12 1494/5 1494/8
1498/20 1511/22
1539/8
**live [1]** 1554/18
**lived [1]** 1494/22
**LLP [6]** 1482/21
1482/24 1483/5
1483/10 1483/13
1483/16
**loaded [1]** 1503/4
**loan [43]** 1483/12
1491/20 1496/11
1544/6 1545/11
1545/11 1545/23
1545/23 1546/1 1546/8
1546/9 1546/11
1546/25 1547/1 1547/2
1547/2 1547/14
1547/25 1547/25
1548/4 1548/4 1548/7
1548/8 1548/15
1548/16 1548/19
1548/22 1548/24
1549/2 1549/4 1549/5
1549/12 1549/14
1549/15 1550/4 1550/7
1558/5 1558/5 1561/5
1561/5 1563/22 1564/6
1572/20
**loans [1]** 1530/19
**logic [3]** 1507/17
1507/21 1507/23
**logical [2]** 1499/21
1507/18
**logically [1]** 1499/23
**long [6]** 1486/1
1486/21 1495/5 1542/7
1545/4 1553/16
**long-term [1]** 1495/5
**look [19]** 1507/20
1507/23 1508/2 1509/9
1511/21 1520/20
1525/6 1525/8 1525/25
1534/9 1536/3 1561/8
1566/1 1566/19
1567/25 1570/18

1571/6 1571/13
1572/15
**looked [14]** 1503/8
1504/10 1507/3
1531/12 1551/13
1563/15 1563/19
1563/20 1563/24
1564/6 1564/8 1564/15
1567/16 1567/23
**looking [13]** 1505/6
1509/3 1510/4 1511/16
1514/17 1514/18
1514/23 1519/2
1537/16 1555/14
1563/2 1568/3 1569/2
**LORRAINE [3]**
1483/20 1577/3
1577/11
**lose [1]** 1539/12
**losing [2]** 1529/7
1529/7
**loss [2]** 1515/16
1515/22
**losses [1]** 1535/6
**lost [1]** 1510/13
**lot [7]** 1495/21
1496/10 1510/23
1512/20 1516/19
1545/5 1573/8
**lots [1]** 1538/4
**loud [1]** 1535/24
**louder [1]** 1485/21
**Louis [2]** 1540/16
1554/18
**Louisiana [2]** 1489/1
1490/19
**lunch [7]** 1572/23
1572/24 1572/25
1573/7 1573/13
1573/15 1573/16

# M

**M-a-y-o-p-o-u-l-o-s [1]**
1486/11
**MAC [19]** 1482/9
1503/19 1503/20
1508/16 1509/16
1509/24 1511/24
1512/7 1515/10
1515/12 1515/18
1515/19 1516/23
1516/23 1521/11
1521/12 1521/15
1526/18 1532/14

Mac's [1] 1523/19
**made [9]** 1494/2
1505/9 1528/7 1538/24
1545/14 1551/19
1573/7 1573/22 1574/2
**MAE [15]** 1482/9
1503/19 1503/19
1508/16 1509/15
1509/23 1511/23
1512/6 1514/19
1514/21 1514/23
1521/8 1523/19
1526/18 1532/14
**MAE/FREDDIE [1]**
1482/9
**magnitude [6]** 1509/19
1513/10 1513/11
1517/15 1530/24
1572/14
**main [1]** 1529/6
**mainly [2]** 1541/9
1543/21
**make [5]** 1505/16
1517/23 1546/3
1546/19 1557/17
**makes [5]** 1544/21
1546/11 1546/19
1549/21 1549/22
**management [2]**
1492/8 1553/24
**managing [1]** 1552/23
**many [15]** 1493/20
1496/7 1496/18
1496/22 1496/25
1542/13 1546/1
1547/22 1548/24
1552/12 1553/22
1556/9 1556/20 1557/6
1572/11
**marked [1]** 1558/10
**market [27]** 1499/24
1504/12 1510/21
1510/24 1533/23
1534/11 1534/12
1538/10 1543/6
1546/15 1560/13
1561/8 1561/9 1561/22
1563/17 1563/18
1563/18 1563/23
1564/4 1566/18
1566/19 1567/3
1567/15 1567/16
1569/11 1570/18
1574/9

---

**market-based [1]**
1563/18
**markets [4]** 1532/13
1534/14 1543/24
1571/7
**markup [1]** 1546/16
**mask [1]** 1488/4
**Mason [37]** 1485/9
1487/17 1487/21
1487/24 1488/3
1488/20 1488/22
1488/24 1488/25
1497/12 1497/20
1498/2 1500/21 1501/5
1501/18 1502/10
1503/17 1516/21
1516/24 1520/5
1520/12 1521/2
1521/22 1522/2 1522/4
1522/13 1522/20
1523/21 1531/1
1534/25 1535/2
1535/14 1536/10
1536/21 1537/5
1537/13 1538/3
**Mason's [3]** 1489/16
1537/10 1537/14
**Massachusetts [1]**
1483/10
**massive [6]** 1509/20
1510/4 1511/13
1512/16 1512/22
1533/2
**Masters [2]** 1490/22
1491/2
**material [1]** 1502/4
**materials [20]** 1489/5
1498/7 1498/9 1498/15
1498/17 1498/17
1499/2 1499/5 1499/10
1503/9 1504/9 1504/17
1505/4 1507/4 1507/11
1508/4 1523/2 1530/15
1531/20 1564/21
**math [1]** 1517/14
**mathematical [1]**
1549/20
**mathematically [1]**
1549/13
**matter [7]** 1495/17
1498/3 1498/4 1503/13
1505/22 1536/1 1577/5
**matters [1]** 1496/15

**may [18]** 1485/11
1485/15 1487/7
1487/13 1497/24
1503/3 1516/13 1520/1
1520/2 1521/23 1522/1
1529/24 1529/25
1539/17 1540/2
1545/19 1550/22
1558/7
**maybe [2]** 1544/2
1567/21
**Mayopoulos [5]**
1486/6 1486/11 1527/2
1530/18 1531/3
**MBA [1]** 1541/9
**me [24]** 1494/24
1509/2 1510/19
1512/15 1515/6
1527/16 1529/2
1551/21 1552/11
1556/1 1563/17 1564/8
1565/20 1566/1
1566/13 1566/19
1566/25 1567/8 1567/9
1568/7 1568/16
1572/23 1573/7 1573/8
**MEAGHAN [1]**
1483/15
**mean [14]** 1493/7
1527/8 1527/16
1534/20 1549/9
1549/17 1550/22
1559/16 1559/18
1560/2 1562/15
1562/20 1563/7
1566/14
**means [4]** 1499/10
1532/10 1544/11
1560/9
**measure [6]** 1504/12
1512/3 1512/3 1516/4
1516/6 1518/19
**measures [2]** 1524/22
1524/25
**media [2]** 1493/23
1494/1
**Meltzer [1]** 1482/21
**members [2]** 1522/3
1540/10
**memo [1]** 1568/4
**mention [2]** 1528/25
1529/1
**mentioned [9]** 1490/18
1499/18 1501/9

1518/15 1525/24 1548/6
1551/24 1566/17
1567/16
**mentioning [1]**
1535/21
**mere [2]** 1512/9
1512/10
**method [4]** 1525/3
1525/12 1525/17
1526/4
**methodology [2]**
1561/14 1563/11
**MICHAEL [2]** 1483/2
1483/12
**Michigan [1]** 1542/22
**microphone [1]**
1540/6
**mid [1]** 1575/17
**mid-level [1]** 1575/17
**might [5]** 1510/21
1538/6 1542/5 1575/16
1575/22
**million [19]** 1515/3
1515/4 1515/15
1515/16 1515/20
1515/22 1515/23
1519/9 1521/8 1521/10
1521/14 1521/16
1521/20 1521/21
1523/18 1523/18
1528/5 1528/6 1528/8
**mind [2]** 1539/11
1547/14
**minute [3]** 1486/14
1486/18 1561/22
**minutes [8]** 1485/8
1485/8 1485/8 1486/1
1486/21 1501/16
1516/11 1519/21
**misleading [1]**
1537/21
**missed [1]** 1550/23
**Missouri [2]** 1554/19
1554/20
**misspoke [1]** 1503/3
**mistake [1]** 1545/14
**mitigate [1]** 1536/9
**mitigating [1]** 1555/24
**mitigation [2]** 1536/17
1537/20
**model [10]** 1503/10
1503/22 1505/19
1548/7 1548/12
1548/12 1549/14

1549/20 1549/21
1550/1
**modeling [1]** 1571/4
**models [1]** 1549/21
**modifications [1]**
1496/11
**modify [1]** 1519/2
**moment [2]** 1513/3
1559/1
**momentarily [2]**
1551/8 1562/6
**momentary [1]**
1540/22
**monetary [2]** 1489/22
1555/3
**money [8]** 1530/19
1530/21 1546/12
1548/11 1550/12
1571/23 1572/1
1573/11
**monograph [3]** 1545/1
1545/2 1545/7
**monographs [1]**
1544/8
**month [4]** 1524/11
1524/11 1524/14
1524/15
**more [23]** 1485/14
1492/23 1492/24
1508/12 1509/17
1510/13 1510/20
1515/6 1515/8 1521/22
1529/7 1534/24
1539/15 1543/22
1544/2 1545/6 1547/12
1547/22 1549/1
1551/18 1551/23
1563/7 1573/8
**morning [2]** 1485/2
1499/11
**mortgage [20]**
1483/12 1483/15
1491/4 1495/22
1496/10 1496/23
1526/20 1526/23
1527/6 1527/15
1528/11 1528/24
1529/19 1530/2 1530/5
1531/23 1533/8 1534/5
1538/18 1538/24
**mortgage-backed [3]**
1491/4 1495/22
1496/23
**mortgages [1]**

# M

**mortgages... [1]**
1495/21
**most [13]** 1492/17
1496/9 1497/2 1497/6
1551/11 1551/16
1551/22 1562/4 1562/8
1562/13 1562/23
1563/4 1568/8
**Motion [2]** 1574/23
1574/25
**motive [1]** 1575/14
**motives [1]** 1575/17
**move [6]** 1485/18
1488/9 1492/7 1492/18
1496/2 1558/21
**moved [5]** 1507/24
1508/14 1527/23
1542/21 1542/24
**movement [11]** 1509/5
1510/24 1511/13
1512/6 1512/8 1512/13
1512/22 1513/1
1525/24 1528/2
1529/11
**movements [3]**
1506/12 1510/9
1512/17
**Mr [9]** 1484/5 1484/5
1484/6 1484/9 1486/6
1487/18 1500/18
1520/9 1539/22
**Mr. [17]** 1486/11
1486/14 1497/9 1502/7
1517/18 1518/15
1522/12 1522/22
1523/13 1524/18
1527/2 1530/18 1531/3
1560/4 1568/22
1569/20 1570/2
**Mr. Benson [1]**
1486/14
**Mr. DeMarco [2]**
1560/4 1568/22
**Mr. DeRita [2]** 1497/9
1502/7
**Mr. Gluck [4]** 1517/18
1518/15 1522/22
1523/13
**Mr. Jones [1]** 1522/12
**Mr. Mayopoulos [4]**
1486/11 1527/2
1530/18 1531/3
**Mr. Salazar [1]**

**Mr. Ugoletti [1]**
1569/20
**Mr. Ugoletti's [1]**
1570/2
**much [7]** 1505/8
1512/11 1512/18
1529/23 1529/25
1545/5 1555/6
**Mukarram [2]** 1487/1
1487/4
**multiple [2]** 1544/16
1554/23
**multiply [1]** 1519/9
**must [2]** 1525/3
1525/12
**mutually [1]** 1566/22
**my [66]** 1487/17
1488/8 1489/10
1489/22 1490/4
1490/11 1490/23
1491/2 1491/4 1491/14
1491/14 1491/14
1493/24 1494/9
1494/25 1497/2 1497/6
1497/15 1497/15
1498/4 1498/18
1500/22 1507/10
1509/21 1511/12
1523/7 1523/7 1523/21
1524/2 1525/22 1526/9
1526/9 1531/7 1532/4
1532/22 1533/14
1534/16 1539/22
1541/8 1542/6 1542/18
1542/19 1543/17
1543/21 1544/4
1545/25 1549/1
1550/23 1551/5
1556/16 1558/16
1559/12 1560/7 1561/7
1561/20 1561/21
1561/22 1562/22
1563/21 1564/1 1566/3
1567/9 1567/20
1569/16 1574/25
1575/24
**Myers [1]** 1483/16

# N

**name [3]** 1486/9
1487/1 1488/23
**named [1]** 1495/19
**names [1]** 1553/15

**narrowly [2]** 1545/6
1545/8
**nation [1]** 1494/15
**National [1]** 1483/15
**nationally [1]** 1494/14
**nationally-chartered**
**[1]** 1494/14
**near [1]** 1571/6
**necessarily [2]**
1517/12 1528/3
**need [5]** 1525/9
1530/13 1533/1
1533/16 1571/18
**needed [3]** 1495/24
1555/25 1566/19
**needlessly [1]**
1575/18
**negotiated [3]** 1567/12
1569/10 1575/3
**negotiating [2]** 1575/1
1575/7
**negotiation [3]**
1560/10 1560/10
1567/1
**negotiations [3]**
1569/20 1575/10
1575/13
**neither [2]** 1568/16
1568/21
**net [62]** 1499/11
1499/17 1499/25
1502/25 1504/7
1504/12 1508/1 1508/9
1508/25 1509/2 1509/3
1509/6 1509/9 1509/12
1510/4 1511/1 1511/9
1513/4 1513/6 1513/20
1514/3 1514/25 1515/2
1515/4 1515/13
1515/14 1515/16
1515/21 1515/22
1516/5 1520/7 1520/14
1525/19 1526/7
1526/15 1526/17
1527/5 1528/10
1528/17 1528/20
1529/17 1529/25
1531/22 1532/1 1533/6
1533/11 1535/7
1536/19 1537/24
1538/17 1538/21
1538/22 1539/3 1539/6
1539/10 1539/14
1559/14 1559/20

1559/22 1560/5 1560/6
1561/2
**network [1]** 1553/19
**networks [1]** 1494/3
**never [6]** 1513/11
1536/4 1545/18
1556/10 1560/24
1569/9
**new [13]** 1482/19
1482/24 1483/6 1483/6
1499/24 1500/3
1506/13 1508/10
1508/24 1536/3 1537/2
1555/23 1564/16
**newly [2]** 1490/12
1492/6
**newly-established [1]**
1492/6
**news [18]** 1509/12
1510/7 1510/10
1510/12 1512/13
1513/13 1529/3 1529/4
1529/6 1530/4 1530/8
1530/9 1530/14 1531/5
1531/8 1531/12
1531/13 1536/19
**newspapers [1]**
1494/2
**next [29]** 1485/23
1486/21 1487/17
1492/7 1502/23
1507/12 1507/22
1509/7 1511/22 1519/5
1524/11 1524/14
1539/19 1539/21
1546/7 1550/5 1551/9
1552/18 1553/10
1555/5 1555/6 1556/10
1561/20 1564/22
1566/16 1567/6 1568/1
1570/22 1574/10
**no [39]** 1482/3
1485/18 1486/8
1488/10 1488/15
1497/23 1505/10
1506/25 1507/5
1507/10 1507/15
1509/25 1512/23
1521/22 1523/8
1525/17 1525/17
1526/4 1526/5 1528/6
1533/17 1534/4
1534/12 1534/24
1536/6 1537/15 1539/8

# N

**no... [12]** 1539/15 1547/6 1552/14 1557/2 1558/6 1559/7 1559/9 1561/7 1567/24 1568/2 1569/18 1575/5
**nobody [1]** 1510/22
**non [1]** 1523/24
**non-controversial [1]** 1523/24
**None [2]** 1518/7 1529/4
**nonetheless [1]** 1528/1
**Northwestern [1]** 1542/18
**not [80]** 1490/25 1492/14 1496/12 1505/23 1508/8 1514/19 1514/21 1517/12 1517/19 1518/24 1522/25 1523/5 1523/7 1523/22 1523/23 1524/22 1526/11 1527/10 1527/13 1528/2 1528/14 1528/22 1528/22 1529/13 1529/15 1529/16 1529/21 1529/23 1530/22 1531/8 1531/15 1532/24 1532/25 1533/24 1533/24 1534/1 1534/15 1534/16 1534/22 1535/20 1535/20 1535/25 1536/18 1537/19 1537/23 1542/6 1545/3 1545/8 1545/9 1547/7 1549/11 1553/14 1554/23 1556/13 1557/14 1559/14 1559/21 1560/7 1562/25 1564/8 1566/15 1567/13 1567/13 1568/12 1569/18 1569/24 1570/11 1570/11 1570/13 1570/15 1570/23 1572/1 1572/8 1572/23 1573/21 1573/22 1573/24 1575/11 1575/16
**notation [2]** 1506/20 1510/17
**note [4]** 1506/23 1507/1 1518/14 1530/18
**noted [2]** 1530/15 1530/18
**notes [1]** 1511/10
**nothing [3]** 1513/23 1536/23 1537/3
**notice [3]** 1506/19 1511/22 1514/18
**noticed [2]** 1506/15 1514/17
**notion [2]** 1560/12 1567/15
**now [32]** 1486/13 1487/3 1487/9 1498/2 1499/18 1501/15 1506/15 1506/19 1511/15 1513/3 1514/1 1515/6 1519/2 1519/21 1524/20 1531/4 1532/22 1537/4 1537/8 1537/12 1538/15 1542/9 1542/13 1543/3 1557/24 1558/25 1562/20 1565/16 1566/1 1567/16 1572/22 1574/23
**nowhere [2]** 1530/24 1571/6
**number [7]** 1488/9 1503/5 1521/20 1552/22 1560/25 1561/11 1563/24
**numbers [2]** 1505/17 1556/10
**numeric [1]** 1504/24
**numerous [2]** 1544/8 1557/11
**nutshell [1]** 1560/1
**NW [6]** 1482/19 1482/24 1483/10 1483/13 1483/16 1483/21

# O

**O'Melveny [1]** 1483/16
**oath [1]** 1488/5
**object [2]** 1516/24 1517/17
**objection [11]** 1485/19

1487/23 1488/10 1488/15 1516/9 1535/8 1537/25 1558/22
**obliged [1]** 1547/7
**observable [1]** 1516/6
**obtain [1]** 1490/8
**obviously [1]** 1573/14
**OCC [3]** 1494/12 1494/18 1494/19
**occasion [1]** 1495/8
**occur [1]** 1512/22
**occurred [4]** 1535/6 1535/7 1559/15 1567/1
**occurrence [1]** 1511/17
**October [6]** 1482/5 1524/5 1524/15 1535/4 1535/6 1577/11
**off [3]** 1549/14 1574/21 1575/25
**offer [1]** 1536/3
**offered [1]** 1492/10
**offering [2]** 1518/22 1536/7
**Office [3]** 1494/10 1494/11 1495/11
**official [3]** 1483/20 1550/10 1577/3
**official's [1]** 1575/17
**officials [1]** 1565/6
**offset [1]** 1525/24
**often [4]** 1490/24 1492/10 1493/14 1497/7
**Oh [3]** 1548/5 1549/1 1572/13
**Okay [32]** 1485/24 1486/7 1486/15 1486/20 1488/2 1488/11 1489/11 1497/24 1503/3 1508/5 1521/11 1522/7 1523/25 1523/5 1525/2 1525/10 1525/16 1526/14 1526/17 1528/9 1528/21 1531/18 1533/4 1558/7 1559/10 1559/16 1560/2 1562/11 1562/20 1563/10 1568/13 1573/25
**Olin [2]** 1540/15

**once [2]** 1507/15 1571/23
**one [50]** 1486/17 1487/4 1487/23 1496/16 1499/21 1500/10 1503/12 1509/21 1510/20 1514/15 1523/13 1524/15 1525/24 1526/14 1530/10 1531/7 1531/10 1531/19 1533/16 1536/16 1542/8 1543/13 1544/4 1545/6 1546/4 1547/22 1549/7 1549/8 1549/12 1549/19 1551/21 1552/13 1552/24 1554/18 1554/20 1555/16 1555/21 1556/7 1559/1 1561/8 1562/16 1562/16 1563/24 1566/7 1566/9 1570/21 1571/4 1571/5 1573/10 1574/20
**one-quarter [1]** 1571/4
**one-sided [1]** 1536/16
**only [7]** 1524/2 1528/4 1532/20 1535/23 1554/19 1564/8 1570/11
**opened [2]** 1536/14 1537/12
**opens [1]** 1537/2
**operations [3]** 1491/16 1492/9 1494/17
**opinion [26]** 1498/19 1505/22 1505/25 1509/21 1511/1 1511/8 1511/12 1516/3 1531/23 1533/8 1534/6 1534/16 1536/7 1537/11 1539/11 1560/7 1561/14 1561/19 1561/20 1561/21 1562/6 1562/22 1563/11 1564/1 1567/5 1574/25
**opinions [4]** 1518/22 1536/3 1537/3 1541/1
**opportunity [1]** 1521/24

**O**

opposed [2] 1512/13 1563/3
option [2] 1547/7 1549/15
options [2] 1543/6 1548/9
order [3] 1490/8 1525/11 1572/14
organization [1] 1490/15
organizations [1] 1554/5
organized [1] 1542/1
OSU [1] 1542/24
other [35] 1493/11 1493/18 1494/3 1495/9 1496/13 1496/16 1497/7 1500/11 1504/24 1506/11 1507/3 1507/24 1508/2 1508/11 1509/1 1530/9 1531/8 1531/9 1531/12 1537/21 1544/6 1548/17 1548/19 1548/21 1550/11 1550/16 1554/3 1554/5 1555/22 1557/11 1562/1 1565/5 1565/11 1573/11 1574/20
others [1] 1564/8
our [11] 1485/9 1494/15 1517/9 1518/1 1539/21 1541/9 1549/1 1555/21 1571/7 1574/21 1576/1
out [20] 1493/14 1494/9 1495/15 1495/25 1501/25 1511/20 1512/22 1519/10 1527/19 1531/15 1533/11 1535/24 1537/15 1540/1 1541/19 1544/16 1552/12 1552/13 1564/13 1565/18
outlets [1] 1493/23
output [6] 1501/21 1501/23 1503/7 1504/3 1505/14 1512/14
outputs [2] 1504/10 1505/14
outside [4] 1492/10

494/7 1535/19 1536/4
1535/19
outweighed [1] 1575/15
over [13] 1493/21 1496/9 1496/19 1497/1 1516/15 1544/7 1549/4 1551/12 1551/15 1552/8 1554/22 1564/9 1572/12
overall [3] 1501/14 1573/10 1575/20
overcompensate [1] 1566/15
overseeing [1] 1541/13
oversimplifying [1] 1557/24
overview [2] 1485/6 1563/10
own [3] 1523/7 1523/7 1565/14

**P**

P.A [1] 1483/2
p.m [2] 1482/5 1576/2
package [2] 1505/12 1573/10
page [13] 1484/3 1484/12 1506/17 1508/20 1510/3 1514/12 1514/14 1514/15 1523/9 1523/12 1524/7 1530/11 1531/6
pages [2] 1510/7 1523/13
paid [3] 1547/14 1547/17 1547/18
paper [16] 1544/13 1544/13 1544/15 1545/9 1548/6 1548/6 1548/10 1549/1 1549/4 1549/8 1549/12 1551/10 1551/13 1551/17 1551/20 1553/6
papers [13] 1544/23 1545/5 1545/25 1546/1 1548/21 1548/22 1548/25 1549/5 1550/6 1550/7 1550/17 1550/24 1552/9
paragraph [1] 1535/17
paragraphs [3]

1520/10 1520/13
1535/19
part [16] 1487/11 1491/8 1495/18 1501/11 1501/14 1502/3 1526/25 1527/1 1543/16 1548/25 1560/18 1562/6 1564/11 1565/20 1566/11 1571/12
particular [9] 1489/20 1490/2 1490/4 1490/21 1491/13 1491/16 1505/23 1514/12 1546/13
parties [7] 1486/22 1487/10 1520/6 1521/6 1521/10 1521/17 1523/17
parts [2] 1506/23 1566/11
pass [4] 1486/25 1492/15 1522/6 1540/1
passage [1] 1534/9
passed [1] 1557/9
past [4] 1551/12 1551/15 1552/21 1568/12
pasted [1] 1501/24
PATERSON [1] 1482/17
path [1] 1492/13
pay [3] 1544/14 1546/24 1547/21
paying [1] 1571/24
payoff [1] 1513/17
PCF [25] 1559/13 1559/23 1560/22 1560/25 1561/10 1562/4 1562/23 1563/2 1563/3 1564/2 1565/5 1565/21 1566/2 1566/7 1566/12 1566/13 1567/2 1567/5 1567/11 1568/19 1570/12 1571/14 1571/16 1573/21 1573/23
PCP [1] 1560/5
PDF [1] 1502/1
peer [7] 1493/5 1493/8 1493/17 1544/8 1544/11 1544/12 1549/3
peer-review [2] 1493/8

1549/3
peer-reviewed [2] 1493/5 1544/8
peers [1] 1544/16
Pennsylvania [2] 1482/22 1483/13
people [2] 1486/18 1553/4
per [4] 1519/3 1527/10 1527/21 1527/24
percent [33] 1509/16 1509/17 1511/23 1511/23 1512/2 1512/6 1512/7 1512/7 1512/10 1512/12 1512/18 1512/20 1512/21 1512/25 1515/7 1515/8 1517/5 1517/7 1518/11 1519/3 1527/21 1527/24 1530/25 1538/8 1544/23 1562/3 1562/10 1562/12 1562/16 1571/5 1571/24 1574/4 1574/5
percentage [1] 1514/2
perform [3] 1491/9 1501/12 1511/20
performance [3] 1491/17 1508/17 1539/9
performed [8] 1501/12 1502/19 1504/11 1505/24 1506/1 1507/13 1526/10 1532/5
performing [4] 1498/8 1503/13 1505/21 1506/8
perhaps [1] 1501/25
period [6] 1508/25 1509/2 1546/13 1551/23 1551/23 1559/23
periodic [13] 1559/2 1559/6 1559/13 1560/5 1566/6 1568/25 1569/3 1569/5 1569/9 1569/15 1569/17 1570/24 1572/19
persisted [1] 1575/22
person [2] 1549/11 1569/20
personally [1] 1569/2
pertain [1] 1554/4

**P**

PETER **[1]** 1482/17
PhD **[12]** 1489/14
1489/18 1490/8
1490/22 1490/23
1541/10 1541/14
1541/15 1541/18
1541/24 1542/18
1572/15
PhDs **[1]** 1544/17
Philadelphia **[4]**
1494/22 1494/23
1495/3 1555/20
phone **[1]** 1535/9
physicists **[1]** 1549/21
piece **[1]** 1570/21
pieces **[1]** 1505/9
place **[4]** 1527/18
1530/21 1559/21
1562/2
plaintiff **[1]** 1575/23
plaintiffs **[11]** 1482/3
1482/16 1482/20
1485/5 1487/16
1487/17 1489/3 1516/4
1537/1 1539/21
1539/21
plaintiffs' **[9]** 1482/15
1486/4 1488/18
1499/13 1558/23
1574/22 1574/23
1574/23 1575/21
plan **[1]** 1510/14
planning **[2]** 1498/14
1553/25
play **[5]** 1485/14
1487/13 1554/24
1555/4 1570/5
played **[6]** 1486/12
1486/16 1486/23
1487/15 1498/20
1570/6
playing **[1]** 1555/3
please **[25]** 1488/6
1488/22 1497/9
1500/18 1500/19
1501/15 1503/2
1503/15 1503/25
1506/17 1508/6
1520/10 1520/24
1522/17 1540/3 1540/5
1542/16 1543/18
1548/2 1551/4 1552/19
1558/11 1559/10

plenty **[1]** 1575/19
PLLC **[1]** 1482/18
plus **[1]** 1546/16
podium **[1]** 1541/3
point **[13]** 1516/8
1519/15 1528/5
1531/15 1536/15
1546/12 1562/9
1562/10 1569/19
1570/3 1571/14
1571/16 1573/19
pointing **[2]** 1531/15
1537/15
points **[6]** 1555/2
1555/2 1562/9 1562/12
1563/5 1571/12
policies **[2]** 1541/17
1553/24
policy **[7]** 1490/16
1493/25 1495/14
1543/9 1543/9 1555/3
1555/19
Porter **[1]** 1483/10
portfolio **[24]** 1496/2
1527/6 1527/17
1527/19 1527/20
1528/3 1528/7 1528/12
1528/14 1529/5 1530/5
1530/19 1530/22
1530/22 1531/17
1531/23 1532/9
1532/24 1533/8
1533/18 1534/5 1538/6
1538/19 1538/24
portfolios **[6]** 1526/20
1526/23 1527/15
1528/24 1529/20
1530/2
portion **[10]** 1508/20
1521/8 1525/22 1532/4
1547/18 1571/21
1572/1 1572/2 1572/6
1573/10
position **[7]** 1541/8
1568/8 1571/3 1575/2
1575/8 1575/8 1575/20
positions **[3]** 1540/17
1542/10 1542/25
positive **[3]** 1539/8
1563/2 1563/7
possibility **[2]** 1511/20
1512/9
possible **[1]** 1550/22

post **[1]** 1496/2
potential **[13]** 1525/4
1525/12 1525/15
1525/18 1526/1 1526/5
1526/6 1529/21 1533/1
1533/16 1533/17
1533/25 1538/5
potentially **[1]** 1525/23
PowerPoint **[7]**
1487/24 1489/9
1501/25 1502/4
1504/18 1507/6 1510/3
practitioners **[2]**
1500/7 1542/3
predictions **[5]**
1548/13 1548/13
1549/21 1549/23
1549/25
prefer **[1]** 1527/9
preferred **[16]** 1482/9
1492/12 1503/20
1503/20 1510/12
1513/18 1514/24
1515/11 1515/12
1515/15 1516/23
1521/12 1521/15
1523/20 1524/4
1564/25
preferreds **[1]** 1535/4
prejudgment **[12]**
1516/16 1516/18
1516/22 1517/19
1518/4 1518/5 1518/7
1518/11 1518/17
1518/20 1518/23
1519/7
prejudicial **[1]** 1536/15
preliminary **[2]**
1506/20 1507/7
prepare **[13]** 1489/5
1489/8 1490/7 1514/5
1520/20 1522/25
1523/2 1523/5 1524/22
1528/22 1529/15
1546/4 1555/17
prepared **[7]** 1487/10
1487/25 1489/9 1523/3
1537/14 1537/18
1540/23
preparing **[1]** 1531/14
present **[2]** 1552/9
1575/22
presentation **[9]**
1487/24 1489/9

1498/25 1502/5
1504/19 1507/6
1536/16 1539/25
1555/17
presented **[2]** 1529/3
1536/13
presenting **[4]** 1487/9
1531/13 1541/1
1575/19
president **[3]** 1552/20
1552/21 1552/22
presidents **[1]** 1555/12
press **[1]** 1494/1
pretext **[1]** 1567/14
pretty **[2]** 1513/24
1570/15
prevent **[1]** 1564/14
prevented **[1]** 1539/4
previously **[3]** 1521/5
1560/17 1568/12
price **[23]** 1500/2
1504/12 1506/12
1508/2 1508/14 1509/4
1510/8 1510/24 1513/8
1522/16 1522/21
1524/3 1525/24
1529/24 1532/19
1535/5 1536/8 1537/19
1546/24 1547/2 1548/8
1572/8 1573/23
priced **[2]** 1548/12
1548/15
prices **[10]** 1503/18
1507/19 1507/23
1508/9 1511/14
1524/23 1526/7
1529/18 1535/21
1548/16
pricing **[2]** 1549/14
1549/15
primarily **[1]** 1494/18
primary **[1]** 1494/14
prime **[1]** 1546/16
principle **[1]** 1513/14
principles **[1]** 1490/1
printed **[1]** 1501/25
prior **[3]** 1508/18
1542/17 1556/7
private **[2]** 1492/15
1492/16
probability **[1]**
1512/16
Probably **[1]** 1572/15
procedures **[1]**

**P**

procedures... [1] 1491/25
proceed [4] 1485/16 1497/24 1520/2 1558/7
proceeded [1] 1509/9
proceeding [1] 1485/2
proceedings [3] 1483/25 1576/2 1577/5
process [4] 1493/8 1549/3 1560/9 1567/1
processed [2] 1501/23 1505/16
produce [1] 1504/23
produced [5] 1483/25 1499/2 1501/24 1507/11 1565/3
producing [1] 1504/14
product [1] 1506/20
professional [3] 1494/6 1542/17 1552/15
professor [48] 1489/1 1490/18 1491/8 1497/12 1497/20 1498/2 1500/21 1501/5 1501/18 1502/10 1503/17 1520/5 1520/12 1521/2 1521/22 1522/4 1535/2 1538/3 1540/11 1540/13 1540/19 1540/23 1541/6 1542/9 1542/14 1543/3 1543/14 1545/10 1547/13 1550/4 1550/13 1551/1 1553/13 1555/6 1556/4 1557/3 1558/4 1558/9 1558/13 1558/25 1563/12 1564/22 1565/22 1568/3 1570/9 1570/17 1573/18 1574/7
professorship [1] 1541/7
profit [3] 1513/4 1513/21 1538/20
profitability [1] 1511/6
profitable [4] 1510/16 1511/3 1529/10 1539/2
profits [7] 1509/23 1529/13 1560/6 1560/22 1561/2

program [7] 1512/14 1540/20 1541/12 1541/14 1541/17 1564/10 1564/12
programs [3] 1493/2 1541/10 1553/22
progression [1] 1499/21
progressions [1] 1552/16
projected [1] 1502/14
projections [1] 1498/14
prolific [3] 1551/11 1551/16 1551/22
promise [7] 1546/17 1546/19 1546/21 1546/23 1546/25 1572/8 1573/23
promises [1] 1572/21
promotion [1] 1541/11
properly [5] 1505/23 1505/25 1507/13 1525/2 1525/11
properly-conducted [2] 1525/2 1525/11
prove [1] 1500/16
provide [6] 1517/6 1541/10 1542/1 1555/8 1575/2 1575/3
provided [12] 1498/12 1548/14 1559/24 1560/4 1560/8 1564/9 1564/16 1565/8 1565/11 1565/17 1567/8 1571/20
provides [2] 1498/18 1566/6
providing [3] 1553/20 1555/21 1571/18
provision [1] 1567/5
Prussia [1] 1482/21
PSPA [7] 1559/24 1560/8 1563/16 1565/20 1566/12 1568/6 1568/9
PSPAs [3] 1524/8 1560/4 1561/21
public [4] 1495/16 1563/19 1565/7 1565/9
publication [2] 1493/9 1493/13
publications [2]

publish [4] 1489/16 1491/9 1497/9 1544/13
published [21] 1492/19 1492/22 1492/23 1492/24 1538/12 1544/7 1544/22 1544/24 1546/1 1548/5 1548/6 1548/10 1548/19 1548/21 1549/4 1550/8 1550/17 1550/19 1550/24 1551/15 1551/21
pull [5] 1488/4 1517/21 1522/17 1524/18 1558/11
pulling [1] 1527/12
purchase [4] 1482/9 1546/21 1564/10 1564/25
purchaser [1] 1566/23
purported [2] 1525/4 1525/13
purports [3] 1517/22 1517/23 1518/9
purposes [4] 1503/21 1505/5 1527/21 1573/17
put [17] 1489/15 1489/16 1500/18 1501/15 1501/23 1503/2 1503/15 1503/25 1506/16 1516/15 1516/21 1520/9 1527/18 1537/1 1538/4 1548/9 1564/1
PX [13] 1485/20 1485/20 1488/13 1497/10 1501/16 1501/18 1501/20 1502/3 1522/18 1528/21 1531/20 1558/10 1558/21
PX-0402 [1] 1497/10
PX-216 [1] 1485/20
PX-375 [2] 1528/21 1531/20
PX-466 [2] 1558/10 1558/21
PX-495-2 [4] 1501/16 1501/18 1501/20 1502/3

**Q**

quality [1] 1530/20
quantified [1] 1568/19
quantify [5] 1512/11 1514/3 1566/3 1568/25 1569/5
quantifying [1] 1569/3
quarter [2] 1508/18 1571/4
quarterly [6] 1498/11 1513/21 1530/17 1531/2 1538/13 1568/8
quarters [1] 1532/12
question [26] 1507/8 1516/20 1521/25 1523/21 1524/1 1524/2 1525/5 1525/13 1531/4 1531/7 1533/14 1535/14 1535/23 1536/10 1538/4 1545/20 1548/2 1565/23 1569/4 1569/8 1569/14 1569/16 1570/23 1571/11 1573/1
questioning [3] 1488/9 1533/15 1536/21
questions [11] 1497/22 1521/23 1521/24 1534/24 1535/2 1536/2 1536/8 1538/15 1539/15 1545/6 1558/6
quirk [1] 1516/17
quite [3] 1513/13 1547/23 1556/17
quote [3] 1510/11 1514/14 1535/3
quoted [1] 1529/6

**R**

Radnor [1] 1482/22
raise [3] 1488/6 1540/3 1565/23
raising [1] 1555/1
ranchers [1] 1553/21
random [6] 1511/16 1512/9 1512/10 1512/12 1512/16 1513/1
range [3] 1545/8 1562/13 1563/5
rate [9] 1529/11

**rate... [8]** 1533/18 1538/17 1538/23 1546/13 1546/15 1546/17 1546/18 1547/2
**rates [1]** 1555/1
**rather [2]** 1518/16 1533/22
**rating [1]** 1543/8
**re [1]** 1482/9
**reach [3]** 1503/23 1534/14 1563/11
**reached [2]** 1506/3 1507/8
**reaches [1]** 1534/15
**reaching [1]** 1569/1
**react [1]** 1573/1
**reacted [1]** 1508/2
**reacting [2]** 1508/10 1508/24
**reaction [6]** 1504/12 1509/1 1513/8 1571/8 1573/5 1575/23
**read [7]** 1486/23 1523/25 1524/2 1524/6 1535/24 1535/25 1536/25
**reading [1]** 1533/20
**real [5]** 1486/18 1519/8 1533/25 1534/1 1557/20
**realign [1]** 1496/1
**really [5]** 1490/15 1544/24 1568/11 1571/10 1572/7
**reason [6]** 1499/21 1511/8 1512/23 1514/21 1562/25 1575/5
**reasonable [5]** 1524/24 1566/23 1569/11 1570/24 1575/5
**reasonably [2]** 1506/8 1506/12
**reasons [2]** 1518/21 1561/23
**rebound [1]** 1536/9
**recall [2]** 1569/2 1569/7
**receive [1]** 1539/8
**received [21]** 1484/13 1484/13 1484/14

1484/14 1484/15 1484/15 1484/16 1484/16 1484/17 1484/17 1484/18 1484/18 1484/19 1484/19 1486/3 1486/5 1488/16 1488/19 1551/1 1558/22 1558/23
**receiving [1]** 1562/1
**recent [4]** 1491/21 1551/18 1551/23 1568/8
**recess [1]** 1516/11
**recognition [2]** 1551/1 1551/9
**recognize [5]** 1497/12 1500/21 1501/5 1501/18 1558/13
**recognized [1]** 1551/10
**Reconstruction [4]** 1490/13 1490/14 1490/17 1492/1
**record [8]** 1488/23 1508/19 1518/14 1559/5 1574/20 1575/20 1575/25 1577/5
**recorded [1]** 1483/25
**recover [1]** 1537/23
**recovered [3]** 1524/3 1524/5 1535/6
**recovering [1]** 1535/3
**recovery [3]** 1493/2 1536/9 1537/20
**recruiting [1]** 1541/10
**red [1]** 1516/1
**Redirect [2]** 1484/6 1534/25
**reduce [3]** 1528/7 1538/18 1538/24
**reduced [2]** 1513/22 1527/21
**reducing [2]** 1513/17 1531/17
**reduction [16]** 1527/14 1528/4 1528/11 1528/13 1528/23 1529/5 1529/11 1529/19 1530/1 1531/23 1532/9 1532/24 1533/7 1534/4 1538/6 1538/8

**referee [2]** 1493/17 1549/3
**referees [1]** 1553/5
**reference [3]** 1560/12 1566/18 1567/15
**referred [4]** 1493/4 1501/8 1511/24 1561/22
**referring [1]** 1498/24
**reflect [2]** 1518/24 1575/7
**reflected [1]** 1518/8
**reform [1]** 1556/1
**reformed [1]** 1555/15
**regard [11]** 1492/12 1495/14 1515/19 1521/6 1521/12 1523/17 1533/20 1533/21 1534/2 1534/16 1534/17
**regarding [3]** 1487/9 1493/1 1527/3
**regardless [1]** 1527/19
**regression [6]** 1502/18 1504/4 1507/2 1529/16 1531/19 1531/21
**regularly [2]** 1500/7 1554/2
**regulation [3]** 1527/21 1555/4 1555/14
**regulations [1]** 1543/11
**regulator [1]** 1494/14
**regulators [1]** 1554/24
**regulatory [2]** 1555/19 1557/13
**rejected [1]** 1544/19
**relate [1]** 1496/24
**related [13]** 1496/9 1496/22 1498/17 1527/18 1528/1 1528/2 1548/16 1548/17 1565/5 1567/3 1573/4 1573/9 1573/9
**relating [2]** 1530/10 1533/17
**relationship [1]** 1575/16
**released [6]** 1499/24 1507/20 1507/25 1508/16 1509/6 1510/25
**releases [1]** 1508/16

**relevance [3]** 1567/7 1575/14 1575/14
**relevant [3]** 1495/17 1565/2 1565/20
**reliability [2]** 1505/4 1534/7
**reliable [3]** 1493/12 1499/10 1506/1
**relied [4]** 1501/13 1536/24 1537/13 1568/18
**Relief [1]** 1564/12
**rely [4]** 1506/8 1506/12 1563/24 1567/22
**remaining [1]** 1547/21
**remains [1]** 1532/19
**remark [1]** 1575/6
**remarks [2]** 1525/22 1526/12
**remember [1]** 1556/10
**remind [3]** 1544/10 1554/14 1562/9
**repeat [2]** 1533/13 1548/2
**replace [2]** 1557/19 1557/22
**reply [2]** 1535/17 1537/14
**report [11]** 1516/25 1517/20 1527/13 1532/4 1535/17 1537/5 1537/15 1537/17 1537/22 1555/17 1561/7
**reported [4]** 1483/20 1485/3 1530/11 1531/10
**Reporter [2]** 1483/20 1577/3
**reports [10]** 1498/10 1498/11 1498/11 1498/16 1530/9 1530/16 1530/17 1531/8 1565/11
**represent [1]** 1522/15
**representation [1]** 1550/24
**representing [1]** 1521/9
**required [9]** 1526/18 1528/4 1538/18 1538/23 1562/7

## R

**required... [4]** 1562/14 1562/15 1562/21 1562/21
**requirement [1]** 1528/7
**research [47]** 1491/9 1491/12 1491/14 1493/22 1495/12 1516/19 1530/8 1531/8 1540/21 1541/9 1541/22 1541/24 1541/24 1541/24 1542/1 1542/2 1543/14 1543/16 1543/19 1543/21 1544/8 1544/13 1544/17 1545/2 1545/5 1545/6 1545/9 1545/24 1548/21 1549/18 1549/24 1550/2 1550/15 1551/2 1551/6 1551/7 1551/14 1551/25 1552/1 1552/3 1552/6 1552/11 1552/20 1555/18 1563/20 1564/8 1568/18
**researched [3]** 1530/12 1530/12 1542/13
**researcher [2]** 1551/12 1551/16
**Reserve [16]** 1494/21 1494/23 1495/2 1554/10 1554/11 1554/13 1554/15 1554/16 1554/20 1555/7 1555/13 1555/20 1555/23 1560/12 1564/16 1566/25
**resolution [3]** 1493/25 1495/14 1496/13
**resolved [1]** 1519/15
**respect [2]** 1523/21 1549/16
**respectfully [3]** 1497/20 1531/1 1558/21
**respectively [1]** 1523/19
**respects [1]** 1495/14
**respond [1]** 1536/21

**responded [1]** 1509/12
**responding [3]** 1512/13 1534/11 1536/10
**responds [1]** 1568/13
**response [7]** 1506/13 1507/24 1508/15 1509/3 1509/4 1536/18 1568/10
**responses [2]** 1490/6 1491/23
**responsibilities [2]** 1541/8 1543/17
**responsible [1]** 1541/13
**restore [1]** 1491/17
**resubmission [1]** 1544/20
**result [2]** 1561/4 1573/19
**resulted [1]** 1557/10
**resulting [2]** 1534/6 1534/13
**results [28]** 1499/1 1499/2 1501/9 1502/2 1502/16 1502/17 1504/4 1504/10 1504/14 1504/15 1504/18 1504/23 1504/25 1505/18 1507/2 1507/8 1508/13 1508/14 1510/3 1510/6 1513/18 1514/11 1515/11 1521/14 1522/23 1523/1 1525/9 1530/4
**resume [1]** 1497/15
**retained [21]** 1489/2 1526/20 1526/23 1527/6 1527/15 1527/17 1528/11 1528/14 1528/24 1529/5 1529/19 1530/1 1530/5 1530/22 1531/17 1531/23 1532/9 1532/24 1533/8 1533/18 1534/5
**return [11]** 1571/5 1571/17 1571/20 1571/24 1572/5 1572/8 1572/18 1572/18 1573/2 1573/21 1574/1
**returned [1]** 1539/1

**returns [5]** 1502/8 1502/13 1504/5 1512/2 1571/6
**Reuters [1]** 1510/12 1529/7 1531/5
**review [7]** 1493/8 1544/17 1549/3 1550/9 1553/2 1560/17 1569/20
**reviewed [12]** 1493/5 1498/14 1498/15 1520/12 1530/15 1530/16 1544/8 1544/11 1544/12 1563/15 1563/16 1564/21
**reviewer [3]** 1493/15 1493/15 1493/18
**reviewers [1]** 1544/16
**revision [3]** 1506/21 1507/7 1544/19
**Richard [1]** 1487/18
**right [67]** 1486/24 1487/2 1487/13 1488/6 1489/3 1492/9 1498/21 1498/22 1501/14 1502/25 1503/1 1508/21 1514/13 1514/16 1515/8 1515/10 1515/18 1516/10 1519/2 1519/21 1520/1 1522/11 1523/3 1523/15 1523/16 1524/10 1524/16 1525/5 1525/14 1525/15 1526/8 1526/9 1526/15 1526/25 1527/1 1529/1 1529/4 1529/21 1530/3 1531/10 1532/2 1532/3 1533/11 1534/7 1534/19 1537/4 1538/13 1540/3 1542/9 1542/25 1546/5 1549/22 1559/3 1559/21 1560/14 1560/24 1561/13 1562/5 1562/22 1565/9 1566/1 1566/3 1566/11 1568/4 1572/2 1572/8 1573/6
**right-size [1]** 1492/9
**risk [8]** 1492/9 1495/20 1532/15

1532/17 1553/24 1555/24 1575/15 1575/18
**risk-free [2]** 1532/15 1532/17
**risks [1]** 1495/1
**Road [1]** 1482/21
**role [4]** 1555/3 1555/4 1555/24 1557/16
**roles [1]** 1554/24
**Room [1]** 1483/22
**rose [1]** 1536/18
**roughly [3]** 1528/6 1532/12 1542/15
**row [2]** 1502/12 1502/13
**ROYCE [1]** 1482/13
**RPR [1]** 1483/20
**Rudy [1]** 1485/5
**rule [2]** 1511/20 1536/4
**ruled [1]** 1519/11
**rules [2]** 1534/19 1534/21
**ruling [1]** 1575/24
**run [1]** 1503/10
**running [2]** 1518/7 1518/11
**runs [1]** 1517/12
**Russell [1]** 1488/24

## S

**sabbatical [1]** 1495/3
**safety [1]** 1494/16
**said [29]** 1509/22 1510/12 1513/17 1517/19 1525/10 1525/16 1526/3 1532/23 1533/4 1533/5 1534/3 1536/9 1542/4 1544/3 1555/18 1557/14 1560/20 1560/24 1564/18 1567/9 1569/2 1571/7 1571/9 1572/4 1572/25 1573/4 1573/14 1573/16 1574/25
**Salazar [1]** 1524/18
**Sam [1]** 1539/22
**same [11]** 1492/11 1495/3 1521/16 1533/13 1533/14 1534/22 1537/8 1537/12 1538/3

**S**

same... [2] 1569/23 1573/9
sample [1] 1549/1
SAMUEL [1] 1482/23
Sara [1] 1485/3
saved [1] 1492/5
savings [1] 1491/20
saw [4] 1504/5 1510/14 1527/2 1568/21
say [10] 1502/17 1507/6 1519/3 1528/23 1530/5 1536/17 1563/6 1567/10 1571/17 1573/6
saying [5] 1512/24 1526/24 1532/20 1568/13 1570/23
says [18] 1517/23 1524/3 1546/15 1556/22 1562/7 1565/7 1566/17 1566/22 1567/12 1567/12 1568/2 1568/10 1569/13 1569/18 1569/23 1569/24 1570/13 1573/8
schedule [1] 1576/1
scheduling [1] 1574/21
Schiller [1] 1482/24
scholar [1] 1494/25
scholarly [1] 1491/9
scholarship [2] 1491/12 1544/1
Scholer [1] 1483/10
school [3] 1494/9 1540/15 1542/11
schools [1] 1541/14
scope [2] 1535/15 1536/4
screen [5] 1500/22 1500/23 1500/24 1502/15 1510/11
se [1] 1527/10
seated [4] 1485/11 1516/13 1520/1 1575/2
SEC [1] 1556/18
second [5] 1485/10 1506/17 1527/22 1546/2 1562/6
Secondly [1] 1514/23
Secretary [1] 1575/11

Secretary's [1] 1575/6
Section [1] 1566/12
securities [5] 1491/4 1495/22 1496/23 1556/18 1565/4
securitization [3] 1494/20 1495/1 1496/23
see [30] 1486/9 1499/23 1501/1 1502/21 1502/21 1505/14 1505/15 1506/21 1506/22 1507/23 1509/22 1510/11 1511/12 1512/22 1521/7 1521/9 1521/13 1521/16 1521/19 1523/1 1523/12 1523/14 1525/8 1530/13 1536/24 1550/7 1565/20 1567/17 1569/21 1574/17
seeing [1] 1508/12
seek [1] 1563/17
seems [2] 1516/19 1570/15
seen [1] 1510/24
select [1] 1518/6
selecting [1] 1564/4
sell [1] 1496/1
seller [1] 1566/23
selling [1] 1532/11
send [4] 1493/10 1544/13 1544/14 1544/15
sending [1] 1529/14
senior [2] 1482/9 1553/4
sense [1] 1573/8
sent [2] 1511/5 1559/8
sentence [2] 1535/24 1536/25
sentences [1] 1531/6
sentiment [1] 1561/6
separate [2] 1485/3 1532/6
separated [2] 1533/1 1533/16
September [5] 1524/4 1524/11 1524/14 1524/16 1535/3
seriously [1] 1561/8
serve [1] 1561/9

served [4] 1493/17 1496/20 1497/4 1552/21
service [2] 1495/12 1541/10
serving [2] 1556/3 1556/6
session [2] 1482/12 1485/2
set [10] 1507/16 1540/23 1551/13 1559/23 1560/9 1561/10 1563/2 1567/15 1568/12 1569/16
sets [2] 1534/18 1534/20
setting [1] 1569/25
seven [2] 1541/14 1548/21
severe [1] 1504/6
share [7] 1500/2 1507/19 1507/23 1508/9 1514/2 1520/7 1520/14
shareholder [2] 1498/18 1499/19
shareholders [7] 1492/16 1509/25 1513/22 1514/21 1516/24 1539/1 1539/7
shareholders' [1] 1575/4
shares [11] 1499/22 1508/24 1509/12 1510/13 1513/24 1514/19 1514/24 1514/25 1515/19 1521/19 1539/12
shares' [2] 1509/1 1509/3
She [1] 1488/4
she's [1] 1568/6
shift [1] 1494/5
shifting [2] 1530/19 1530/21
short [6] 1485/7 1485/14 1485/23 1486/22 1487/3 1487/9
shorthand [1] 1483/25
shortly [4] 1495/18 1561/13 1562/15 1564/5
should [12] 1544/19

1544/19 1544/22 1548/12 1553/15 1555/15 1560/25 1564/2 1565/18 1566/2 1566/7 1573/20
show [8] 1485/7 1485/25 1504/21 1508/8 1509/11 1546/10 1551/9 1558/9
showed [10] 1498/25 1502/1 1504/22 1505/14 1505/16 1508/13 1509/14 1521/5 1523/13 1549/13
showing [2] 1514/5 1532/20
shown [2] 1502/14 1504/25
shows [3] 1514/24 1524/20 1553/12
shrink [2] 1526/25 1527/1
side [1] 1513/17
Sidebar [2] 1535/11 1538/1
sided [1] 1536/16
significance [5] 1508/23 1510/17 1512/1 1512/3 1512/4
significant [3] 1508/14 1530/23 1561/25
significantly [2] 1513/13 1538/25
similar [1] 1551/19
Simon [3] 1540/19 1541/6 1543/13
simple [9] 1512/12 1517/4 1517/5 1519/3 1524/1 1531/3 1531/7 1566/3 1573/25
simply [8] 1518/10 1519/5 1535/24 1536/10 1536/25 1537/15 1537/18 1546/18
simulation [2] 1571/13 1571/16
since [3] 1490/16 1491/14 1574/21
single [2] 1531/5 1535/20
size [2] 1492/9 1567/2
slide [45] 1489/16

**S**

**slide... [44]** 1501/25 1508/20 1508/20 1511/21 1512/1 1514/5 1514/8 1516/21 1517/18 1517/22 1519/2 1519/2 1519/5 1520/23 1521/3 1521/4 1521/7 1542/9 1543/1 1543/25 1546/4 1546/7 1546/10 1550/5 1551/9 1552/18 1553/10 1553/12 1554/4 1555/5 1555/6 1556/10 1556/22 1561/21 1564/3 1564/22 1567/4 1567/6 1567/7 1568/1 1570/22 1573/20 1574/7 1574/10

**slides [10]** 1487/24 1488/1 1503/7 1516/9 1516/15 1517/17 1517/17 1518/24 1520/20 1539/25

**slight [6]** 1529/11 1531/16 1532/24 1538/5 1538/17 1538/22

**so [125]**

**society [7]** 1551/7 1552/1 1552/3 1552/7 1552/10 1552/20 1552/21

**sold [1]** 1532/14

**some [37]** 1485/13 1492/5 1492/12 1495/14 1497/1 1498/13 1498/13 1518/19 1519/14 1521/23 1534/10 1535/2 1539/25 1546/12 1546/14 1546/16 1548/13 1553/15 1555/11 1555/12 1555/13 1555/19 1559/17 1560/12 1561/11 1562/7 1562/14 1562/21 1562/25 1563/7 1566/6 1567/2 1567/3 1567/15 1571/12 1575/3 1575/13

**somebody [2]** 1567/21

**somehow [1]** 1536/17

**someone [1]** 1575/12

**something [11]** 1500/7 1500/8 1508/3 1514/20 1537/9 1549/20 1557/13 1560/20 1564/10 1570/1 1573/2

**sometimes [5]** 1492/8 1492/8 1494/12 1496/23 1511/24

**somewhere [2]** 1545/7 1547/10

**sorry [9]** 1485/22 1489/15 1499/3 1499/4 1500/22 1522/11 1526/14 1548/2 1556/5

**sort [6]** 1492/12 1513/14 1561/10 1568/17 1571/13 1573/25

**sorts [1]** 1572/21

**sought [1]** 1561/9

**sound [4]** 1506/4 1507/14 1531/25 1533/10

**soundness [2]** 1494/17 1507/8

**source [1]** 1563/24

**Spalding [1]** 1483/13

**speak [1]** 1540/5

**speaking [2]** 1543/5 1557/25

**specialization [2]** 1489/22 1494/20

**specialized [1]** 1490/24

**specific [2]** 1544/2 1544/5

**specifically [1]** 1489/13

**spend [1]** 1555/5

**spending [1]** 1495/2

**spent [1]** 1555/19

**spreadsheet [6]** 1501/21 1501/24 1503/8 1503/18 1504/3 1504/6

**St. [2]** 1540/16 1554/18

**St. Louis [2]** 1540/16 1554/18

**stabilize [1]** 1492/9

**stage [1]** 1518/18

**stand [3]** 1486/19 1488/3 1488/4

**standard [3]** 1499/20 1507/22 1544/12

**Stanton [5]** 1517/16 1522/11 1522/15 1535/12 1536/22

**Stanton Jones [1]** 1535/12

**star [2]** 1511/22 1512/5

**start [4]** 1489/12 1561/14 1564/21 1571/24

**started [4]** 1527/19 1533/15 1545/25 1564/24

**starting [2]** 1528/5 1565/16

**Stata [1]** 1505/12

**state [5]** 1488/22 1489/1 1490/19 1554/19 1554/23

**statement [4]** 1517/24 1518/10 1518/13 1575/11

**states [6]** 1482/1 1482/13 1495/25 1517/1 1554/23 1554/25

**statistical [5]** 1504/24 1512/3 1512/4 1512/14 1529/16

**Statistically [1]** 1512/20

**statistics [1]** 1512/15

**statute [1]** 1517/6

**stay [1]** 1527/11

**stenotype [1]** 1483/25

**step [5]** 1492/7 1539/17 1563/15 1563/19 1563/25

**stepped [1]** 1539/18

**steps [2]** 1563/14 1568/24

**stick [1]** 1527/9

**still [3]** 1537/23 1554/6 1573/24

**stipulated [3]** 1487/10 1520/13 1520/17

**stipulation [1]** 1486/22

**stock [25]** 1482/9 1492/13 1506/12

**stocks [9]** 1491/6 1496/24 1503/20 1524/4 1529/7 1532/7 1533/23 1534/22 1543/6

**story [1]** 1528/15

**strategic [1]** 1553/25

**Street [2]** 1483/3 1483/16

**strike [1]** 1500/14

**structure [1]** 1543/10

**students [4]** 1541/15 1541/25 1572/11 1572/16

**studied [1]** 1550/17

**studies [10]** 1489/21 1500/6 1500/10 1505/21 1534/18 1543/6 1543/7 1543/8 1543/10 1543/11

**study [101]**

**subject [6]** 1490/10 1506/20 1507/7 1537/14 1566/23 1568/5

**submission [1]** 1544/15

**submit [1]** 1490/7

**submitted [2]** 1517/10 1544/24

**subsequent [2]** 1537/19 1549/3

**substance [1]** 1560/21

**substantial [1]** 1502/22

**substantially [1]** 1575/15

**such [8]** 1491/19 1499/22 1506/23 1507/1 1525/8 1525/17 1526/4 1567/24

**suffered [1]** 1557/18

**suggest [1]** 1536/8

**slight [6]** ...

**Street [2]** ...

**1508/2 1508/14 1511/14 1513/12 1515/12 1515/13 1515/15 1522/16 1522/20 1523/20 1524/3 1524/23 1525/24 1529/12 1529/18 1529/24 1530/25 1535/3 1535/21 1537/23 1562/3 1564/25**

**S**

**suing [1]** 1557/15
**suitable [1]** 1493/13
**sum [1]** 1560/21
**summarize [2]**
1497/16 1553/10
**summarized [1]**
1564/22
**summarizes [3]**
1567/4 1567/7 1574/8
**summary [23]** 1499/2
1499/3 1501/9 1502/2
1502/15 1503/7
1504/18 1504/25
1505/18 1507/3
1508/12 1508/13
1508/19 1510/3 1510/6
1514/10 1521/14
1522/23 1523/1 1529/3
1530/3 1542/10
1542/25
**supervision [1]**
1487/11
**supply [2]** 1532/17
1532/18
**support [4]** 1500/1
1509/2 1513/15
1541/25
**supported [1]** 1550/1
**supports [1]** 1541/24
**suppose [1]** 1565/21
**sure [12]** 1494/9
1505/9 1505/16
1513/16 1519/18
1525/6 1527/12 1533/5
1546/3 1546/10
1549/11 1564/6
**surprised [1]** 1571/10
**sustained [1]** 1537/25
**sweep [63]** 1499/11
1499/17 1499/25
1502/25 1504/7
1504/12 1508/1 1508/9
1508/25 1509/2 1509/4
1509/6 1509/10
1509/13 1510/4 1511/1
1511/9 1513/4 1513/4
1513/6 1513/20
1513/21 1514/3
1514/25 1515/2 1515/5
1515/14 1515/14
1515/16 1515/21
1515/22 1516/5 1520/7
1520/14 1525/19

1526/8 1526/15
1526/17 1527/5
1528/10 1528/17
1528/20 1529/18
1529/25 1531/22
1532/1 1533/7 1533/11
1535/7 1536/19
1537/24 1538/17
1538/21 1538/22
1539/3 1539/6 1539/10
1539/14 1559/14
1559/21 1559/23
1560/6 1561/3
**sworn [2]** 1488/7
1540/4
**system [5]** 1554/11
1554/16 1555/15
1555/15 1564/14
**systematic [1]**
1548/14

**T**

**tab [3]** 1502/8 1502/11
1502/12
**table [9]** 1510/6
1511/21 1514/14
1514/19 1514/24
1521/4 1521/13 1529/2
1531/13
**tables [5]** 1501/24
1504/14 1504/23
1505/17 1523/8
**tabular [1]** 1502/15
**take [15]** 1509/23
1516/10 1516/11
1519/9 1519/21 1534/9
1538/19 1546/25
1547/1 1549/24
1559/21 1560/6
1567/14 1568/24
1574/21
**takeaway [1]** 1573/20
**taken [3]** 1533/24
1533/25 1573/24
**takes [1]** 1561/7
**taking [7]** 1525/21
1526/20 1526/9 1529/13
1532/3 1533/2 1571/4
**talk [13]** 1494/5
1522/16 1524/20
1540/22 1547/12
1555/10 1559/18
1561/13 1562/5 1566/8
1574/16 1574/17

**talking [3]** 1492/11
1517/15 1550/6
**talks [2]** 1555/6
1566/12
**tap [1]** 1485/4
**TARP [1]** 1564/12
**taught [2]** 1542/13
1572/11
**teach [9]** 1490/19
1490/20 1490/21
1490/22 1490/22
1490/23 1541/9
1543/22 1545/18
**teaching [4]** 1491/2
1491/4 1543/17
1543/21
**team [2]** 1495/19
1537/13
**technique [1]** 1500/5
**television [1]** 1494/2
**tell [10]** 1518/9
1537/22 1540/13
1541/5 1558/25
1561/19 1564/3
1566/10 1566/21
1568/15
**tells [2]** 1503/9
1568/16
**ten [1]** 1519/21
**tend [3]** 1490/24
1491/25 1545/5
**tender [2]** 1497/20
1558/3
**tends [1]** 1491/2
**tens [1]** 1500/5
**tenure [1]** 1541/11
**tenured [2]** 1491/8
1541/7
**term [2]** 1495/5
1499/18
**terminology [1]**
1546/3
**terms [6]** 1547/8
1547/13 1561/21
1562/1 1564/15 1574/1
**test [1]** 1549/25
**testified [17]** 1496/8
1496/15 1496/20
1522/21 1524/21
1524/24 1528/21
1531/4 1556/12
1556/15 1556/20
1556/25 1557/4 1557/6

1570/4 1570/11
1570/17
**testify [3]** 1487/6
1496/4 1556/11
**testifying [1]** 1559/2
**testimony [14]** 1489/6
1489/10 1518/23
1527/2 1535/14
1560/15 1560/15
1565/2 1565/3 1568/22
1570/10 1570/21
1571/8 1573/5
**testing [1]** 1505/6
**text [5]** 1521/5 1521/9
1521/15 1521/20
1530/3
**textbooks [1]** 1550/19
**Thakor [17]** 1539/22
1540/8 1540/11
1540/12 1540/13
1540/23 1542/10
1542/14 1543/3
1545/10 1547/13
1556/4 1558/4 1558/9
1558/13 1558/25
1570/9
**than [27]** 1492/23
1492/24 1496/16
1508/12 1509/17
1510/13 1510/20
1512/5 1512/10
1512/11 1512/18
1512/20 1512/21
1512/25 1515/6 1515/8
1518/16 1529/7
1531/10 1533/22
1537/9 1537/24 1544/2
1544/23 1549/1
1562/16 1563/7
**thank [19]** 1487/19
1488/17 1501/3 1508/6
1519/12 1519/16
1519/23 1520/3
1521/22 1539/15
1540/1 1540/6 1540/7
1544/9 1545/20
1547/24 1554/8 1570/7
1574/15
**that [485]**
**that's [68]** 1488/2
1489/4 1498/22
1500/10 1502/5
1502/25 1503/1
1507/20 1508/3

**T**

**that's... [59]** 1508/22
1513/5 1513/11
1514/20 1515/6 1515/8
1515/8 1517/2 1518/13
1523/3 1523/16
1524/10 1524/17
1524/24 1526/23
1527/1 1527/13 1529/1
1529/21 1530/10
1531/10 1532/6
1532/19 1533/14
1534/24 1537/16
1541/20 1542/6 1542/9
1542/12 1543/2
1543/16 1545/17
1547/21 1550/1
1552/10 1555/3
1555/21 1556/16
1556/24 1557/24
1557/25 1560/7
1560/19 1562/17
1562/19 1563/9
1564/20 1565/1
1568/13 1570/19
1571/19 1571/24
1572/1 1573/11 1574/2
1574/3 1574/4 1574/5

**their [24]** 1487/17
1493/3 1494/17 1496/1
1496/2 1498/16
1502/15 1508/17
1510/13 1516/11
1521/24 1525/17
1526/5 1526/19
1526/19 1526/25
1527/1 1529/8 1530/16
1530/17 1531/14
1538/12 1538/18
1538/24

**them [19]** 1492/4
1492/9 1492/10
1494/25 1511/5
1517/14 1517/14
1519/19 1523/2
1523/22 1523/23
1536/15 1548/8
1553/16 1553/21
1555/9 1555/21 1556/2
1563/24

**themselves [1]** 1537/1

**then [55]** 1485/8
1485/9 1485/14
1486/18 1487/13

1490/16 1492/7
1502/13 1502/22
1505/13 1505/16
1509/9 1514/23
1516/22 1517/12
1517/23 1519/5
1521/11 1521/15
1525/8 1525/17 1526/5
1527/20 1528/6
1534/14 1541/16
1542/20 1542/21
1542/23 1542/24
1544/15 1544/21
1546/25 1547/17
1548/10 1548/13
1549/2 1549/24
1551/14 1551/24
1555/19 1557/16
1563/2 1563/25
1564/18 1565/12
1566/17 1566/21
1566/22 1568/10
1568/13 1569/8
1569/14 1572/21
1575/25

**theoretical [2]** 1549/19
1549/20

**theory [1]** 1489/22

**there [63]** 1485/17
1488/10 1500/1 1503/8
1505/10 1505/10
1506/19 1506/23
1507/1 1507/5 1507/15
1510/2 1510/17
1510/18 1510/20
1511/8 1512/5 1512/12
1512/20 1512/24
1513/14 1513/22
1516/9 1516/17 1519/8
1523/12 1525/7
1525/23 1526/1 1530/9
1535/19 1536/23
1540/17 1541/13
1542/4 1542/20
1542/22 1542/25
1546/4 1547/1 1547/17
1547/17 1549/18
1550/7 1551/18
1551/20 1552/13
1553/5 1553/15 1554/3
1554/17 1555/11
1555/25 1559/5 1562/6
1563/1 1564/7 1564/18
1566/11 1568/6 1569/9

**there's [5]** 1518/18
1533/17 1546/17
1554/23 1575/19

**thereby [1]** 1493/13

**therefore [2]** 1513/23
1532/25

**these [29]** 1485/15
1488/12 1493/2
1494/15 1502/17
1504/9 1504/16
1507/11 1508/3
1512/16 1517/17
1518/24 1520/12
1520/16 1523/22
1532/11 1532/13
1544/7 1546/4 1547/12
1547/16 1547/22
1548/25 1550/20
1553/23 1556/10
1557/15 1557/18
1572/21

**thesis [5]** 1490/7
1490/8 1490/10
1490/11 1491/14

**they [42]** 1488/16
1492/5 1492/15
1495/21 1495/22
1495/24 1497/7
1502/20 1505/15
1508/16 1511/19
1519/19 1527/25
1531/15 1534/21
1544/16 1544/17
1548/17 1552/9
1552/11 1552/12
1552/13 1554/24
1554/24 1554/25
1555/3 1555/4 1555/13
1556/1 1557/8 1557/8
1557/12 1557/14
1557/18 1563/13
1567/1 1567/22
1567/24 1568/17
1568/18 1570/15
1571/23

**they're [11]** 1486/3
1509/20 1509/21
1517/11 1519/17
1532/16 1534/1
1534/22 1571/4 1573/9
1573/9

**they've [1]** 1552/14

**thing [14]** 1495/3

1509/7 1505/3 1507/22
1509/7 1514/17
1514/18 1526/14
1534/23 1537/21
1544/25 1565/19
1569/23 1574/20

**things [15]** 1491/3
1498/10 1503/12
1508/11 1525/6 1525/8
1527/5 1528/10
1528/16 1531/2 1544/7
1549/10 1553/24
1565/9 1572/9

**think [26]** 1485/6
1502/14 1503/4 1516/8
1517/24 1518/12
1518/21 1519/8
1524/24 1525/21
1527/13 1528/5 1533/4
1534/10 1536/14
1536/20 1550/23
1551/20 1554/19
1555/23 1562/13
1563/13 1565/23
1570/22 1571/11
1573/25

**third [18]** 1523/25
1524/8 1524/12
1524/22 1526/15
1526/18 1527/4
1527/23 1528/9
1528/16 1528/18
1530/10 1531/9
1538/16 1569/1 1569/6
1569/15 1575/4

**this [177]**

**THOMPSON [1]**
1482/16

**Thornton [2]** 1568/5
1568/16

**those [59]** 1485/20
1485/23 1486/2 1488/1
1491/18 1491/23
1491/25 1492/3 1493/4
1494/16 1496/9
1496/11 1496/22
1496/24 1498/9
1498/11 1498/13
1498/13 1499/14
1499/15 1500/13
1504/5 1505/14
1505/17 1509/20
1509/24 1509/25
1511/5 1514/24 1516/1

# T

**those... [29]** 1518/21
1522/6 1523/12
1523/14 1523/15
1523/16 1524/7 1525/9
1525/25 1525/25
1526/12 1526/22
1527/5 1528/9 1529/4
1531/2 1535/5 1540/1
1540/22 1541/3
1541/16 1542/25
1548/20 1549/9 1551/4
1551/15 1552/12
1563/16 1572/9
**though [1]** 1525/23
**thought [4]** 1510/21
1517/13 1566/8
1568/14
**thousand [1]** 1549/2
**thousands [2]** 1500/5
1572/15
**three [11]** 1485/7
1485/23 1486/18
1486/21 1494/24
1516/1 1532/12
1563/14 1564/1
1566/11 1568/12
**three-minute [1]**
1486/18
**three-quarters [1]**
1532/12
**through [12]** 1488/18
1489/10 1492/6
1492/11 1494/7
1505/13 1514/6
1514/16 1546/7 1560/9
1562/1 1565/17
**throughout [1]**
1532/16
**tied [2]** 1505/8
1546/14
**tier [1]** 1492/25
**time [20]** 1490/3
1490/13 1490/17
1494/4 1494/22
1497/19 1516/25
1519/22 1521/23
1538/4 1546/12
1546/13 1546/20
1546/23 1551/22
1551/23 1553/16
1555/6 1555/19
1575/18
**times [9]** 1493/20

499/21 1496/7 1496/9
1496/18 1496/19
1496/22 1556/20
1556/22
**today [2]** 1489/6
1501/2
**together [5]** 1505/8
1514/16 1516/1
1516/16 1516/21
**told [4]** 1563/17
1565/20 1566/1
1566/25
**tomorrow [3]** 1574/12
1574/14 1574/18
**took [4]** 1511/4
1548/13 1563/14
1571/16
**tool [1]** 1499/20
**top [7]** 1492/25 1521/4
1521/7 1544/12
1544/22 1550/9
1552/24
**top-tier [1]** 1492/25
**Topaz [1]** 1482/21
**topic [2]** 1555/16
1560/18
**topics [8]** 1491/5
1492/19 1495/17
1496/9 1496/13
1496/20 1545/5 1545/8
**total [1]** 1515/24
**traded [1]** 1510/23
**trading [5]** 1510/14
1510/18 1510/19
1515/1 1529/8
**training [1]** 1497/17
**transcript [4]** 1482/12
1483/25 1569/21
1577/4
**transcription [1]**
1483/25
**Treasuries [1]** 1532/15
**Treasury [26]** 1494/13
1498/12 1509/23
1511/5 1529/14
1559/23 1560/10
1562/1 1564/9 1564/13
1564/16 1565/6
1565/10 1566/15
1567/18 1567/21
1567/25 1568/2 1568/5
1568/17 1571/3
1571/18 1571/25
1572/5 1573/22

**Treasury's [5]** 1568/7
1573/23 1575/1 1575/7
1575/20
**trial [5]** 1482/12
1536/13 1556/13
1568/23 1569/8
**trials [1]** 1556/23
**tried [1]** 1570/16
**trillion [1]** 1512/25
**trillionth [1]** 1512/21
**Troubled [1]** 1564/12
**true [2]** 1518/15
1577/4
**try [6]** 1503/3 1519/22
1529/23 1530/9 1537/9
1568/25
**trying [1]** 1575/22
**turn [3]** 1498/2 1523/9
1561/23
**twice [1]** 1549/7
**two [30]** 1485/7
1487/24 1494/24
1502/22 1510/7
1510/20 1516/9
1517/17 1520/12
1520/21 1534/18
1534/18 1534/20
1534/21 1535/17
1538/16 1543/21
1545/6 1547/23
1548/20 1549/2 1549/5
1549/18 1550/23
1554/19 1554/24
1563/5 1563/19 1572/9
1573/15
**type [5]** 1492/11
1513/8 1523/7 1554/2
1555/8
**types [2]** 1493/2
1547/14
**typical [1]** 1506/9
**typically [14]** 1487/6
1491/24 1492/5
1492/12 1492/14
1493/1 1505/19 1525/6
1544/16 1544/23
1546/24 1547/14
1547/16 1552/12
**typos [1]** 1507/16

# U

**U.S [8]** 1483/21
1490/15 1491/20

1494/13 1532/15
1557/7 1557/10
1568/17
**Ugoletti [1]** 1569/20
**Ugoletti's [1]** 1570/2
**ultimately [3]** 1497/8
1499/9 1507/25
**umbrella [1]** 1558/1
**under [18]** 1485/3
1487/10 1490/23
1491/5 1505/25
1516/17 1516/20
1517/4 1518/3 1518/15
1518/17 1527/22
1527/23 1538/7 1547/3
1547/4 1547/9 1564/9
**under graduate [2]**
1490/23 1491/5
**undercut [1]** 1511/2
**undercutting [2]**
1510/14 1529/8
**underlies [1]** 1502/18
**underlying [4]** 1499/1
1502/4 1523/1 1531/20
**understand [8]**
1495/13 1546/3
1561/10 1569/14
1572/4 1573/18
1573/19 1575/16
**understanding [6]**
1513/5 1517/9 1517/14
1518/1 1546/8 1559/11
**Understood [1]** 1558/2
**undertaken [1]**
1560/24
**undrawn [2]** 1572/2
1572/6
**unexercised [1]**
1547/11
**unfold [1]** 1491/24
**UNITED [4]** 1482/1
1482/13 1495/24
1554/25
**universe [1]** 1549/22
**University [9]** 1489/1
1489/21 1490/19
1540/16 1541/8
1541/19 1542/19
1542/19 1542/21
**unrelated [1]** 1536/19
**until [3]** 1500/23
1519/11 1537/3
**unused [2]** 1547/18
1573/10

## U

**up [25]** 1486/25 1487/22 1489/15 1489/16 1495/6 1501/15 1503/2 1503/15 1503/25 1506/16 1508/9 1508/25 1509/2 1513/17 1517/21 1520/9 1522/17 1532/19 1541/3 1542/9 1546/4 1558/11 1562/2 1564/4 1569/14
**up front [1]** 1562/2
**up-side [1]** 1513/17
**upfront [1]** 1547/17
**upon [4]** 1494/18 1507/25 1529/12 1530/23
**upper [1]** 1562/13
**upside [1]** 1513/22
**us [23]** 1485/7 1494/7 1495/15 1502/10 1514/5 1520/20 1521/2 1540/13 1541/5 1544/10 1544/10 1546/7 1546/8 1553/13 1554/14 1555/16 1558/25 1561/19 1562/9 1563/10 1564/3 1565/17 1571/7
**use [6]** 1487/21 1509/24 1547/9 1547/10 1549/14 1574/9
**used [12]** 1490/25 1491/1 1500/5 1500/7 1500/10 1504/5 1505/12 1549/6 1549/7 1549/16 1563/21 1567/13
**useful [1]** 1566/13
**using [8]** 1500/1 1500/15 1505/2 1537/8 1537/12 1537/15 1563/25 1569/10
**utilization [1]** 1493/3

## V

**valid [1]** 1510/24
**validated [2]** 1505/19 1507/15
**validating [1]** 1507/12
**validity [3]** 1493/11

**valuation [3]** 1497/8 1497/21 1557/21
**value [36]** 1491/2 1491/6 1499/12 1499/14 1499/22 1504/6 1509/15 1509/16 1510/13 1510/25 1511/10 1513/18 1513/24 1514/2 1514/6 1514/24 1515/2 1515/3 1515/7 1515/9 1515/14 1515/20 1515/20 1515/21 1515/24 1520/14 1529/8 1537/24 1539/12 1560/13 1561/9 1563/18 1566/18 1567/15 1569/11 1574/9
**values [4]** 1520/7 1520/16 1520/18 1521/6
**variety [10]** 1491/5 1491/18 1494/2 1496/12 1498/9 1500/9 1550/8 1553/8 1556/9 1563/23
**various [1]** 1548/22
**VARMA [1]** 1483/8
**verdict [1]** 1517/10
**VERGOW [1]** 1483/15
**verify [1]** 1493/12
**very [18]** 1490/24 1491/3 1494/3 1514/15 1531/7 1537/12 1543/3 1543/12 1543/16 1545/17 1547/16 1553/19 1554/14 1557/3 1557/3 1561/1 1561/13 1573/25
**video [15]** 1485/25 1486/6 1486/12 1486/14 1486/16 1486/18 1486/21 1487/3 1487/9 1487/15 1498/21 1498/23 1498/25 1502/14 1570/6
**videos [3]** 1485/14 1485/15 1485/23
**view [7]** 1485/15 1513/15 1533/12

1555/25
**viewed [1]** 1532/15
**viewing [1]** 1548/8
**VINCENT [1]** 1482/17
**Virginia [9]** 1516/20 1517/4 1517/22 1517/23 1517/25 1518/3 1518/10 1518/13 1519/3
**visiting [2]** 1494/25 1495/5
**visits [1]** 1485/8
**vitae [1]** 1558/16
**vite [1]** 1550/23
**vote [1]** 1541/11
**vs [1]** 1482/4

## W

**waive [1]** 1568/11
**waives [1]** 1569/15
**walk [5]** 1494/7 1514/6 1514/16 1546/7 1565/17
**want [11]** 1486/10 1494/5 1507/20 1507/25 1525/24 1526/11 1546/3 1559/17 1572/17 1572/25 1573/25
**wanted [4]** 1492/14 1538/3 1565/19 1571/2
**wants [1]** 1536/2
**warrants [2]** 1562/3 1574/5
**was [174]**
**Washington [12]** 1482/6 1482/19 1482/25 1483/11 1483/14 1483/17 1483/22 1494/11 1495/5 1495/11 1540/16 1554/12
**wasn't [5]** 1507/5 1529/5 1530/6 1565/24 1566/4
**wasting [1]** 1575/18
**watch [1]** 1487/3
**water [2]** 1545/16 1545/18
**way [15]** 1507/7 1508/14 1512/24 1517/3 1525/3 1525/18 1526/6 1526/24

1534/4 1533/12 1534/4 1534/12 1537/19 1537/21 1538/4
**we [94]** 1485/13 1485/14 1486/13 1486/17 1486/22 1487/23 1488/1 1488/1 1489/15 1492/4 1492/7 1497/8 1498/20 1499/23 1501/15 1502/7 1502/7 1503/2 1503/4 1503/8 1503/15 1503/25 1504/5 1506/16 1506/17 1507/3 1508/6 1510/11 1512/14 1513/20 1514/11 1516/15 1516/25 1517/1 1517/10 1517/13 1517/17 1517/21 1517/24 1518/1 1518/12 1518/17 1518/21 1518/24 1519/1 1520/9 1520/10 1520/23 1522/17 1523/1 1523/9 1524/18 1525/6 1525/8 1527/2 1527/9 1535/8 1536/6 1536/20 1536/24 1537/3 1539/25 1541/14 1541/25 1542/1 1542/2 1546/3 1547/12 1547/13 1548/13 1549/18 1550/14 1550/16 1555/5 1555/25 1558/11 1561/13 1561/20 1562/15 1563/2 1564/3 1566/2 1566/2 1567/6 1568/1 1568/10 1568/21 1568/21 1569/18 1570/20 1572/22 1572/23 1574/11 1575/12
**we'll [8]** 1485/15 1486/18 1503/5 1516/11 1519/21 1559/1 1574/12 1574/14
**we're [11]** 1485/7 1485/9 1485/25 1487/21 1492/11 1510/4 1511/16 1516/8

1609

**we're... [3]** 1517/15 1519/6 1568/3
**we've [2]** 1504/9 1568/11
**weeds [1]** 1563/13
**week [2]** 1487/8 1494/24
**weighing [1]** 1507/18
**weird [1]** 1516/17
**well [22]** 1491/20 1493/21 1494/2 1495/15 1496/12 1497/7 1498/16 1500/25 1508/11 1511/4 1518/17 1527/3 1527/16 1541/13 1550/16 1558/25 1559/18 1567/20 1568/21 1569/19 1571/17 1573/1
**went [4]** 1494/18 1572/23 1572/24 1573/6
**were [45]** 1486/5 1488/19 1495/21 1497/1 1498/13 1498/13 1498/20 1499/10 1502/14 1503/21 1504/4 1505/10 1505/11 1505/15 1505/15 1505/17 1505/17 1506/3 1507/15 1508/9 1508/24 1526/24 1527/24 1528/18 1530/9 1535/2 1536/4 1537/6 1538/7 1538/15 1538/18 1538/23 1549/9 1555/14 1557/7 1557/8 1557/12 1557/15 1560/15 1562/2 1565/3 1565/23 1566/11 1566/13 1575/13
**WFA [3]** 1540/20 1541/21 1541/23
**what [113]**
**what's [8]** 1494/24 1495/20 1505/1 1509/7 1514/17 1526/19 1573/4 1573/18
**whatever [2]** 1514/20 1519/17

**whatsoever [1]** 1510/10
**when [21]** 1488/1 1494/9 1498/20 1505/1 1508/16 1513/16 1524/12 1531/19 1531/20 1533/5 1535/7 1536/17 1538/8 1546/25 1547/1 1553/5 1555/1 1557/16 1563/6 1567/23 1571/9
**where [13]** 1493/8 1494/22 1514/8 1516/9 1527/20 1530/21 1540/13 1549/19 1553/22 1554/18 1555/10 1557/4 1568/23
**Whereupon [1]** 1485/2
**whether [23]** 1493/12 1496/11 1498/4 1505/22 1507/18 1507/23 1508/8 1511/16 1517/11 1518/4 1518/19 1524/1 1528/14 1530/9 1535/24 1536/2 1536/25 1544/18 1544/22 1545/22 1549/25 1567/17 1575/3
**which [63]** 1488/10 1492/2 1492/6 1499/10 1499/23 1501/16 1505/12 1510/12 1517/12 1517/24 1518/6 1518/14 1518/24 1520/17 1524/21 1527/25 1528/19 1528/22 1529/15 1531/4 1531/24 1532/9 1533/8 1533/14 1535/18 1536/5 1538/18 1538/19 1538/23 1538/24 1539/4 1539/7 1539/11 1541/15 1541/16 1544/4 1544/12 1546/18 1547/2 1548/11 1549/4 1551/21 1552/3 1552/4 1552/14 1552/24 1553/17 1553/18 1554/16 1555/16 1556/18 1557/12

1561/23 1564/7 1565/1 1566/5 1566/12 1566/18 1567/22 1571/21 1572/6
**while [4]** 1488/4 1494/19 1516/11 1574/25
**Whirlpool [1]** 1553/16
**who [11]** 1487/4 1493/15 1493/16 1510/21 1533/15 1539/22 1544/16 1551/14 1552/9 1553/4 1575/12
**whole [1]** 1541/14
**whom [1]** 1562/21
**why [5]** 1519/10 1527/10 1564/5 1565/24 1572/4
**Wick [1]** 1485/3
**wide [1]** 1498/9
**widely [1]** 1505/12
**WIERZBOWSKI [1]** 1483/4
**will [23]** 1485/23 1487/18 1488/5 1493/9 1524/2 1539/22 1544/15 1546/2 1546/15 1546/18 1547/9 1547/12 1547/17 1547/18 1551/8 1555/10 1561/13 1561/23 1562/5 1562/14 1564/5 1574/17 1575/21
**Wilmington [1]** 1483/3
**wind [6]** 1526/19 1526/22 1527/6 1527/8 1527/10 1527/12
**wind-down [6]** 1526/19 1526/22 1527/6 1527/8 1527/10 1527/12
**Winstar [2]** 1557/7 1558/1
**withdrawn [1]** 1575/23
**within [10]** 1490/2 1491/9 1492/19 1530/3 1537/10 1544/5 1554/11 1555/12 1556/1 1567/21
**without [4]** 1486/3 1533/20 1545/18

**witness [20]** 1484/3 1487/12 1487/17 1488/7 1489/2 1496/15 1496/21 1497/4 1518/22 1522/6 1539/18 1539/19 1539/21 1540/4 1556/4 1556/7 1556/8 1556/12 1556/17 1557/23
**witness's [1]** 1487/1
**won't [1]** 1555/5
**word [4]** 1535/19 1535/20 1549/7 1549/16
**words [5]** 1524/7 1526/3 1526/22 1544/9 1559/16
**work [13]** 1496/12 1506/20 1531/8 1531/11 1531/14 1531/18 1532/4 1553/23 1555/7 1556/16 1560/18 1561/17 1566/3
**worked [4]** 1517/3 1553/15 1553/16 1556/17
**working [3]** 1553/21 1556/8 1556/11
**works [1]** 1493/18
**worksheets [1]** 1507/16
**world [10]** 1490/15 1532/13 1532/16 1550/9 1552/9 1559/14 1559/19 1559/20 1559/20 1559/21
**world's [2]** 1551/11 1564/17
**worth [63]** 1499/11 1499/17 1499/25 1502/25 1504/7 1504/12 1508/1 1508/9 1508/25 1509/2 1509/3 1509/6 1509/10 1509/12 1510/4 1511/1 1511/9 1513/4 1513/6 1513/20 1514/3 1514/25 1515/2 1515/4 1515/13 1515/13 1515/14 1515/16 1515/21 1515/22 1516/5 1520/7 1520/14

# W

**worth... [30]** 1525/19
1526/8 1526/15
1526/17 1527/5
1528/10 1528/17
1528/20 1529/18
1529/25 1531/22
1532/1 1533/6 1533/11
1535/7 1536/19
1537/24 1538/17
1538/21 1538/22
1539/3 1539/6 1539/10
1539/14 1559/16
1559/20 1559/22
1560/5 1560/6 1561/2
**would [74]** 1485/18
1486/22 1487/6
1487/25 1488/3 1488/9
1488/22 1491/22
1496/12 1497/19
1504/15 1508/1
1509/19 1509/22
1509/25 1511/6
1511/13 1512/8
1512/21 1513/9
1513/12 1513/14
1513/23 1517/13
1518/7 1518/10 1519/1
1519/7 1519/20 1522/9
1525/8 1525/9 1525/23
1525/24 1530/5
1530/24 1533/1
1533/16 1534/14
1536/15 1537/15
1538/25 1539/7 1558/3
1558/9 1558/20
1559/13 1559/24
1560/22 1561/1 1561/5
1561/16 1562/4 1562/8
1562/12 1562/13
1562/15 1562/18
1562/23 1563/4
1567/12 1567/12
1567/13 1567/15
1568/25 1569/5
1570/20 1570/24
1571/14 1571/18
1572/16 1572/21
1575/7 1575/8
**wouldn't [2]** 1525/22
1529/12
**write [7]** 1523/15
1523/16 1523/22
1523/22 1523/23

**writing [5]** 1533/9
1534/8 1543/14
1543/19 1551/2
**written [11]** 1505/10
1505/11 1544/3 1544/5
1544/14 1547/25
1548/3 1550/3 1550/18
1550/21 1551/11
**wrong [5]** 1503/5
1505/11 1515/6
1571/11 1572/3
**wrote [2]** 1533/12
1533/20

# Y

**Yeah [3]** 1545/13
1546/6 1565/2
**year [6]** 1519/3
1527/22 1527/24
1542/8 1552/8 1552/13
**years [17]** 1495/2
1495/6 1505/20
1542/13 1542/15
1542/21 1542/22
1543/2 1551/12
1551/15 1552/14
1552/22 1552/23
1553/22 1555/11
1556/9 1568/12
**yes [100]**
**yet [2]** 1519/15 1572/2
**yields [1]** 1516/1
**York [5]** 1482/24
1483/6 1483/6 1555/23
1564/16
**you [332]**
**you'll [1]** 1511/22
**you're [17]** 1487/3
1488/4 1490/18
1498/24 1508/12
1513/11 1519/2
1525/21 1526/2 1526/9
1529/4 1530/3 1532/3
1533/20 1534/10
1559/1 1570/23
**you've [11]** 1489/2
1525/10 1525/16
1528/24 1532/23
1543/18 1543/19
1550/3 1550/20 1551/2
1574/10
**your [110]**
**yourself [4]** 1493/17

1540/22 1545/10
1545/22

# Z

**ZAGAR [1]** 1482/20
**zero [2]** 1562/4 1563/7
**zeros [1]** 1562/23