1          IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
2
    - - - - - - - - - - - - - - - x
3   FAIRHOLME FUNDS, INC., et al.,
                                    CA No: 1:13-cv-01053-RCL
4              Plaintiffs,
                                    Washington, D.C.
5   vs.                             Friday, October 28, 2022
                                    2:22 p.m.
6
    FEDERAL HOUSING FINANCE AGENCY,
7   et al.,
8              Defendants.
    - - - - - - - - - - - - - - - x
9   IN RE: FANNIE MAE/FREDDIE MAC    Case Number 1:13-cv-1288
    SENIOR PREFERRED STOCK PURCHASE
10  AGREEMENT CLASS ACTION
    LITIGATIONS
11
12  _____

13          TRANSCRIPT OF JURY TRIAL - AFTERNOON SESSION
          HELD BEFORE THE HONORABLE ROYCE C. LAMBERTH
14                UNITED STATES DISTRICT JUDGE
    _____
15  APPEARANCES:

16  For the Berkley Plaintiffs:   **BRIAN BARNES, ESQ.**
                                  **COOPER & KIRK, PLLC**
17                                1523 New Hampshire Avenue, NW
                                  Washington, D.C. 20036
18
    For Class Plaintiffs:         **LEE D. RUDY  ESQ.**
19                                **KESSLER TOPAZ MELTZER & CHECK**
                                  280 King of Prussia Road
20                                Radnor, Pennsylvania 19087

21                                **HAMISH HUME, ESQ.**
                                  **KENYA DAVIS, ESQ.**
22                                **SAMUEL KAPLAN, ESQ.**
                                  **BOIES SCHILLER FLEXNER LLP**
23                                1401 New York Avenue Northwest
                                  Washington, D.C. 20005
24
    (CONTINUED ON NEXT PAGE)
25

```
 1    APPEARANCES (CONTINUED):

 2    For Class Plaintiffs:        RICH GLUCK, ESQ.
                                   ROBERT KRAVETZ, ESQ.
 3                                 BERNSTEIN LITOWITZ BERGER &
                                   GROSSMANN LLP
 4                                 1251 Avenue of the Americas
                                   New York, New York 10020
 5

 6    For Defendant Federal
      Housing Finance Agency:      JONATHAN STERN, ESQ.
 7                                 ASIM VARMA, ESQ.
                                   DAVID BERGMAN, ESQ.
 8                                 IAN HOFFMAN, ESQ.
                                   STANTON JONES, ESQ.
 9                                 ARNOLD & PORTER KAYE SCHOLER
                                   601 Massachusetts Avenue NW
10                                 Washington, D.C. 20001

11

12    Court Reporter:             Lisa A. Moreira, RDR, CRR
                                  Official Court Reporter
13                                U.S. Courthouse, Room 6718
                                  333 Constitution Avenue, NW
14                                Washington, DC  20001
                                  (202) 354-3187
15

16

17

18

19

20

21

22

23

24

25
```

```
1                    P R O C E E D I N G S
2            THE COURT:  Okay.  What I'd like to do first is
3    finish off the defendants' case by receiving in evidence any
4    additional exhibits that we need to address so that the
5    defendants can formally rest their case, and then we'll get
6    to where else we are in rebuttal.
7            MR. HOFFMAN:  Understood.  Thank you, Your Honor.
8    Again, Ian Hoffman for the defendants.
9            I have a list of exhibits that defendants would
10   like to move in.  A copy has been provided -- you can take
11   that down, Jorge -- a copy's been provided to Ms. Jenkins
12   and plaintiffs last night as well.  I'll update the list --
13   briefly I want to tell plaintiffs, Your Honor, because it's
14   just changed recently so I want to update them, and then
15   I'll --
16           THE COURT:  Well, go through with them, see which
17   ones they object to, and you can read off the numbers to
18   which there's no objection first.
19           MR. HOFFMAN:  Exactly.  That's my intention, Your
20   Honor.  Thank you.
21           (Pause)
22           MR. HOFFMAN:  Your Honor, I'll do this in whatever
23   way the Court and Ms. Jenkins prefer.  I can just read down
24   the list.
25           THE COURT:  Okay.
```

1          MR. HOFFMAN:  Is that the best way, Your Honor?

2          THE COURT:  Sure.

3          MR. HOFFMAN:  Okay.  And plaintiffs' counsel can

4     confirm, but our off-the-record discussions have indicated

5     that there will be no objection to the exhibits that we're

6     moving in.  So I'll just go down the list.

7          Defendants' Exhibit 1, Defendants' Exhibit 4,

8     Defendants' Exhibit 11, Defendants' Exhibit 5, Defendants'

9     Exhibit 76, Defendants' Exhibit 77, Defendants' Exhibit 78,

10    Defendants' Exhibit 79, Defendants' Exhibit 82, Defendants'

11    Exhibit 85, Defendants' Exhibit 86, Defendants' Exhibit 99,

12    Defendants' Exhibit 100, Defendants' Exhibit 163,

13    Defendants' Exhibit 164, Defendants' Exhibit 206,

14    Defendants' Exhibit 207, Defendants' Exhibit 282,

15    Defendants' Exhibit 535, Defendants' Exhibit 536.  That's

16    the end of that section, Your Honor, of our printout here.

17         So I'll go to the next section, and to speed

18    things along, Your Honor, these will all be defendants'

19    exhibits, the next ones I'm reading.  So Exhibits 55, 56,

20    102, 103, 158, 159, 175, 176, 212, 213, 226, 227, 237, 238,

21    252, 253, 275, 276, 297, 298, 327, 328, 341, 342, 576, and

22    577.

23         Your Honor, there might have been a few additional

24    ones on the printout you received, and defendants are not

25    moving those others into evidence at this time.

1          The only other thing I would note for the record,

2     Your Honor -- and I think there's been some reference to

3     this before -- oh, I should pause there.

4          Defendants move all of those exhibits that I read

5     into evidence.

6          THE COURT:  Those are all received without

7     objection.

8          MR. HOFFMAN:  Thank you, Your Honor.

9          We've conferred with plaintiffs' counsel about the

10    deposition designations that have been played in court, Your

11    Honor, and the -- I believe the agreement is for the videos,

12    Your Honor, that were played -- the parties will get

13    together, jointly submit them, and file them with the Court

14    so that they are an official record of the case and what

15    deposition videos were played because my understanding is

16    that the court reporters have not been transcribing the

17    video playouts.

18          With respect to the readouts, those were

19    transcribed, so I don't believe it's necessary -- and may

20    not even be appropriate -- to submit the scripts for those.

21          THE COURT:  All right.

22          MR. HOFFMAN:  And I think the plaintiffs agree --

23    and they can tell me if not -- but I think we're in

24    agreement that the video deposition transcripts should not

25    go back to the jury because they're on equal footing as the

```
 1    live testimony.

 2              THE COURT:  Right.

 3              MR. HOFFMAN:  With that, I'll confer with my

 4    colleagues just to make sure before we rest officially.

 5              THE COURT:  And the Defendants' 11 you read

 6    without objection.  Was Defendant 289 admitted or withdrawn?

 7              MR. HOFFMAN:  That's a good question, Your Honor.

 8    I'm realizing that the list might have had a duplicate here.

 9              Let me check with my colleague.  The Court's

10    indulgence.

11              (Pause)

12              MR. HOFFMAN:  Your Honor, we were moving fast

13    here, and there was a typo; so thank you for catching it,

14    Your Honor.

15              So Defendants' Exhibit 11 we can withdraw.

16    Defendants' Exhibit No. 11 defendants are not moving into

17    evidence.  Our apologies, Your Honor.

18              THE COURT:  All right.

19              MR. HOFFMAN:  It appeared on the list in two

20    places.  So Defendants' Exhibit 11 can be withdrawn.

21              Otherwise the rest that we read are in evidence,

22    and I made my note about the depositions.

23              THE COURT:  And 289 is not offered either?

24              MR. HOFFMAN:  That's correct, Your Honor.  289 is

25    not offered, Defendants' Exhibit 11 is not offered, and
```

1      Defendants' Exhibit 635, Your Honor.

2                  THE COURT:  Okay.

3                  MR. HOFFMAN:  With that, Your Honor, defendants

4      rest.

5                  THE COURT:  Now, one of the things that I wanted

6      to cover with counsel before I go back to the plaintiffs

7      about their rebuttal, I don't know if -- there seems to be

8      some misunderstanding on charts and demonstrative exhibits.

9      Here's what I was proposing for the final instruction and

10     what I've done in the past.

11                 What I would put in my final instructions adapting

12     what you all had recommended in your joint instruction and

13     in your separate instructions:  "The parties have presented

14     certain exhibits in the form of charts and summaries" --

15     now, what I do is I send all exhibits back.  I don't --

16     there's another place where you all said I could send

17     exhibits, if they asked for them.  I just send everything

18     back.  That's why I want you guys to go over all the

19     exhibits before we recess because I just send everything in.

20                 So -- otherwise they come back and they try to

21     figure out what they want to ask for.  I just send

22     everything back.  They've got everything.

23                 But in this separate -- so I say in the

24     instructions, I will say I'll send all the exhibits back,

25     and then I also say, "The parties have presented certain

1   exhibits in the form of charts and summaries, which I'll

2   send back to you in the jury room.  I decided to admit

3   certain charts and summaries into evidence in the place of

4   underlying documents that are represented in order to save

5   time and avoid unnecessary inconvenience because the

6   documents they've represented are so voluminous that they

7   could not be conveniently presented in court at one time.

8   You should consider those charts and summaries as you would

9   any other evidence; however, to the extent you heard the

10  summary witness who prepared those charts and summaries to

11  testify about them, you should consider her or his testimony

12  only as an aid in evaluating the evidence, not as proof that

13  the underlying evidence that was summarized is itself

14  reliable."

15          And then, in addition, the way I have this

16  worded -- because you all have got other charts that were

17  demonstrative.  If you want to agree to send other charts

18  that are not in evidence, I have it worded this way, but in

19  some trials the lawyers do not want demonstratives to go

20  back.

21          You all have been talking about sending other

22  things back, so if you want to agree on other things to go

23  back, I would say, "In addition, the lawyers and witnesses

24  have shown to you other charts and summaries that I have not

25  admitted into evidence.  I will be sending some of those

 1   charts and evidence back to the jury on the parties'

 2   agreement, but they are not marked with exhibit numbers.

 3   The charts and summaries that are not marked with exhibit

 4   numbers are not themselves evidence or proof of any facts.

 5   They're only used as a convenience to help you understand

 6   the evidence in the case.  If those charts or summaries do

 7   not correctly reflect the facts and figures shown by the

 8   evidence in the case, then you should disregard that chart

 9   or summary."

10        So that would be one way around all the difficulty

11   you all are having about charts and summaries.  I don't know

12   if you all want to do that or not.  I've actually never done

13   that before, but, you know, if you all have some things that

14   would be helpful, I think, to the jury, then you all can

15   talk about that this weekend, whether you all want to do

16   something like that or not.

17        MR. HOFFMAN:  My colleague.

18        MR. JONES:  Thank you, Your Honor; Stanton Jones

19   for the defendants.

20        Defendants' position is that we don't believe that

21   the demonstratives that are slides from the opening

22   statement or slides that were used --

23        THE COURT:  Right, shouldn't go back.

24        MR. JONES:  We don't believe they should go back.

25   I believe that's also the plaintiffs' position, but I'll let

1    them speak for themselves.

2              MR. HUME:  This is Hamish Hume for the plaintiffs.

3              That's our position, too.  In an abundance of

4    caution, there were some -- the summary witnesses prepared

5    summaries, but the ones we wanted to get into evidence we

6    actually moved into evidence.

7              THE COURT:  Okay.

8              MR. HUME:  That's different.

9              THE COURT:  So we don't need that whole thing,

10   okay.

11             MR. HUME:  All the other demonstratives and stuff,

12   we agree with defendants.

13             THE COURT:  Okay.  So if it doesn't have an

14   exhibit number on it, then it's not going to go back.  Both

15   sides.

16             MR. HUME:  If it doesn't have an exhibit number

17   and hasn't been moved in.

18             THE COURT:  All right.

19             Now we're in the rebuttal case.  Now, besides the

20   cross of that witness, what else do we have to do?

21             MR. HUME:  Well, first of all, Your Honor, I'm

22   incredibly embarrassed to report something I just learned

23   after coming back from lunch, and I think there's an easy

24   solution.  I've talked to Mr. Stern.

25             But I would never have handled that examination if

1    I had known this, which is Professor Dharan I thought was

2    available Monday.  He claimed -- he doesn't claim.  He has a

3    class that he teaches, and he says he can't come back.  I

4    think the Court just has to, you know, order him back.

5          He did say, "Well, I could do it by Zoom."  I

6    don't think counsel for defendants are going to be satisfied

7    with that.

8          And I just really am mortified that I learned this

9    only after coming back from lunch.  I thought -- we actually

10   talked about it with my partner Sam Kaplan.  We both had the

11   understanding -- because he might have had to appear in

12   rebuttal on Monday -- that he had said yes, but we got our

13   wires crossed.  I very much apologize.

14         But he's on the stand.  I think it's within the

15   Court's power to tell him he needs to appear.  I leave that

16   to the Court and defendants.  He's on his way to the airport

17   now.

18         MR. STERN:  First of all, Your Honor, Mr. Hume did

19   do me the courtesy of alerting me to all this a short while

20   ago, shortly after he found out.

21         Just for the record, Your Honor, Jonathan Stern

22   for the defendants.

23         And I'm sure the Court would anticipate this, but

24   we would not consent to a cross-examination by Zoom.  We

25   would ask for live cross-examination, and we would ask that

```
 1    it be the next event before the jury.

 2              THE COURT:  I don't understand what options I

 3    have.

 4              MR. STERN:  Well, Your Honor, we would ask that

 5    the witness be informed -- and I defer to the Court in the

 6    first instance, whether that should come in the first

 7    instance from Mr. Hume or from the Court.  But Dr. Dharan

 8    should be informed that he is to be in this courtroom at X

 9    o'clock on Monday morning.

10              THE COURT:  At 10:00 on Monday, yes.  I don't see

11    how I have an alternative.

12              MR. HUME:  Dr. Dharan would not be happy with me

13    for saying this, but we're not arguing for an alternative.

14              THE COURT:  I understand.

15              MR. HUME:  I'm very -- you know, so I think,

16    unless my colleagues have a different suggestion, we will

17    inform him that the Court has said that.

18              THE COURT:  Okay.

19              MR. HUME:  If, for any reason, he gets resistant,

20    we'll inform the Court and see if some more formal process

21    is needed.  I'd offer to accept a subpoena or whatever.

22              THE COURT:  Okay.

23              MR. HUME:  But hopefully that will be enough.

24              THE COURT:  All right.

25              MR. HUME:  Thank you.
```

```
1                THE COURT:  And then what else do you have besides

2       him?

3                MR. HUME:  So then we -- Professor Mason will be

4       literally five minutes; get one chart into evidence, and we

5       made a proffer on what that will be.  Defendants -- because

6       they're not happy about having to close on the day of

7       rebuttal, so we're going to try to tell them what's coming,

8       and that it's nothing new.

9                And then Dr. Thakor, the third expert on the

10      periodic commitment fee.  He will be a little longer, maybe

11      20 or 30 minutes.  I did think I would be 20 or 30 minutes.

12      I obviously went longer, but that's because Dr. Dharan was

13      sort of the whole case.  Dr. Thakor is merely focused on the

14      PCF, the periodic commitment fee.

15                THE COURT:  All right.

16                MR. HUME:  I think 20 minutes of direct.

17                THE COURT:  Okay.

18                MR. HUME:  So now there are two other things we

19      may wish to do that will not take a lot of time.

20                One would be a fact witness, Ed Linekin, who

21      appeared in the opening.

22                THE COURT:  I didn't hear that.

23                MR. HUME:  Edward Linekin from the Berkley

24      plaintiffs would come in, again for five minutes, and a

25      short designation of a deposition -- we haven't talked to
```

1    defendants about this -- from the Grant Thornton corporate

2    representative just to get in evidence some of their work on

3    the deferred tax assets.

4            That may well draw an objection.  We'll try to

5    work that out.  But if we did it, it would also be, like, 15

6    minutes.

7            THE COURT:  All right.

8            MR. HUME:  And that would be it.

9            THE COURT:  Okay.  How long are the closings?

10   Have you all agreed on time limits?

11           MR. HUME:  We have not formally agreed.  I've been

12   tentatively thinking an hour and a half each.  I would

13   reserve 20 or 30 for rebuttal.

14           THE COURT:  Okay.

15           MR. HUME:  I think our goal would be that they can

16   get charged and have a chance to start deliberating on

17   Monday.  It's a little tighter than we would have liked, but

18   that's our goal.

19           THE COURT:  Okay.

20           MR. STERN:  Your Honor, I think an hour and a half

21   may be a little ambitious.  Mr. Hume and I, without either

22   making a commitment, had talked last week about two hours;

23   an hour and a half opening and closing, two hours closing,

24   half an hour rebuttal.  That's probably closer to what we

25   should do.

1          The openings, Your Honor, were -- I asked somebody

2     to check this.  I think Mr. Hume was an hour thirty-one, and

3     I was an hour thirty-eight.

4          THE COURT:  Right.

5          MR. STERN:  So I think closings probably a little

6     longer than that.

7          THE COURT:  Okay.  All right.  Let's start at --

8     tell the witness he's ordered to be here at 10:00 on Monday.

9     I don't have any option other than that, and I don't want to

10    strike his rebuttal testimony, so -- and then any other

11    opportunity you all have to make any changes that you want

12    to suggest to the instructions, let's meet at 9:30 Monday so

13    we can -- I can't finalize them until all the evidence is

14    in, but at least I'll have, over the weekend, any other

15    suggestions you all want to make on that.  And we'll get

16    together at 9:30, in case the witness is not going to be

17    here, to look at what we're going to do then.

18          MR. HUME:  We're going to get together at 9:30,

19    talk about instructions, evidence --

20          THE COURT:  And the evidence will be at 10:00.

21    The jury will be here at 10:00, so I would not want the jury

22    to wait around while we're figuring out what we're going to

23    do if the witness is not here.

24          MR. HUME:  Understood, Your Honor.

25          Is there anything we need to raise on the

1    instructions now?

2              MR. JONES:  On instructions, Your Honor, 30

3    minutes, you know, in the morning on Monday, we'll do our

4    best to fit it in then.  To the extent there are outstanding

5    issues --

6              THE COURT:  So I won't do it until the evidence

7    closes.

8              MR. JONES:  Well, we --

9              THE COURT:  I won't decide them until the evidence

10   closes.

11             MR. JONES:  Okay, understood.

12             THE COURT:  But I'll look at anything you all have

13   submitted.

14             MR. JONES:  Understood.  We have a couple of

15   updates to the proposed instructions --

16             THE COURT:  Okay.

17             MR. JONES:  -- if I can give them to you now.  I

18   think the plaintiffs also have a couple of updates, things

19   to add.

20             THE COURT:  Okay.

21             MR. JONES:  So Your Honor heard the other day

22   about the issue of, under Virginia law, the prejudgment

23   interest going to the jury.

24             THE COURT:  Right.

25             MR. JONES:  The plaintiffs -- their proposed

1   instructions that were already filed included an instruction

2   about that issue.

3           THE COURT:  Right.

4           MR. JONES:  We also now -- we hadn't proposed one,

5   so we are going to give you one of these.

6           THE COURT:  Okay.

7           MR. JONES:  Thank you.

8           And then we had one other change to one of our

9   proposed instructions, so this is Defendants' Proposed

10  Instruction No. 34 regarding harm and damages.  The third

11  paragraph talks about nominal damages.  We would propose

12  deleting that from our own proposed instruction based on the

13  way that the case has come in.

14          THE COURT:  Okay.

15          MR. JONES:  We just don't think that the

16  suggestion of nominal damages makes sense here.

17          THE COURT:  Okay.

18          MR. JONES:  And other than that, we would -- oh,

19  sorry, I have one more addition, change, to ours.  Our

20  verdict -- proposed verdict form, defendants' proposed

21  verdict form, doesn't mention prejudgment interest, so we

22  would propose adding a fourth question about prejudgment

23  interest.  And we're actually fine with the plaintiffs'

24  version with just a couple of -- a couple of changes, which

25  we could -- we could break them down and submit them by

 1    email, if that's easier.  I have just a hand-marked copy

 2    now.

 3              THE COURT:  Okay.

 4              MR. JONES:  The last issue I was asked to raise is

 5    not about the instructions, but as Your Honor may have seen,

 6    plaintiffs filed a motion last night for judicial notice

 7    related -- this is the issue related to Mr. DeMarco's

 8    testimony and the question of some particular bill that was

 9    in the Senate Banking Committee.  I just wanted to flag --

10    would Your Honor -- should we file an opposition this

11    weekend, if that works for Your Honor?

12              THE COURT:  Did you say you can or will?

13              MR. JONES:  We can and will, if that would be

14    helpful.

15              THE COURT:  That will be helpful.

16              MR. JONES:  Great.  We will do that.

17              THE COURT:  Okay.

18              MR. JONES:  Yes.  That's all for the defendants.

19              THE COURT:  Okay.

20              MR. BARNES:  Brian Barnes for the Berkley

21    plaintiffs.

22              We have one further proposed jury instruction.  I

23    can hand it up.  This will be familiar to the Court from our

24    summary judgment briefing on the periodic commitment fee.

25    The main purpose of this is just to preserve an appellate

1    argument about the lawfulness of the PCF, but I just wanted

2    to formally propose it.

3                THE COURT:  Okay.  No problem.

4                All right.  You all have a good weekend, if you

5    can.  I'll see you Monday.

6                       (Whereupon the hearing was

7                        adjourned at 2:44 p.m.)

8

9              **CERTIFICATE OF OFFICIAL COURT REPORTER**

10

11               I, LISA A. MOREIRA, RDR, CRR, do hereby

12    certify that the above and foregoing constitutes a true and

13    accurate transcript of my stenographic notes and is a full,

14    true and complete transcript of the proceedings to the best

15    of my ability.

16        Dated this 29th day of October, 2022.

17

18                              /s/Lisa A. Moreira, RDR, CRR
                                Official Court Reporter
19                              United States Courthouse
                                Room 6718
20                              333 Constitution Avenue, NW
                                Washington, DC 20001
21

22

23

24

25

## /

/s/Lisa [1] - 2365:18

## 1

1 [1] - 2350:7
100 [1] - 2350:12
10020 [1] - 2348:4
102 [1] - 2350:20
103 [1] - 2350:20
10:00 [4] - 2358:10, 2361:8, 2361:20, 2361:21
11 [6] - 2350:8, 2352:5, 2352:15, 2352:16, 2352:20, 2352:25
1251 [1] - 2348:4
1401 [1] - 2347:23
15 [1] - 2360:5
1523 [1] - 2347:17
158 [1] - 2350:20
159 [1] - 2350:20
163 [1] - 2350:12
164 [1] - 2350:13
175 [1] - 2350:20
176 [1] - 2350:20
19087 [1] - 2347:20
1:13-cv-01053-RCL [1] - 2347:3
1:13-cv-1288 [1] - 2347:9

## 2

20 [4] - 2359:11, 2359:16, 2360:13
20001 [3] - 2348:10, 2348:14, 2365:21
20005 [1] - 2347:23
20036 [1] - 2347:17
202 [1] - 2348:14
2022 [2] - 2347:5, 2365:16
206 [1] - 2350:13
207 [1] - 2350:14
212 [1] - 2350:20
213 [1] - 2350:20
226 [1] - 2350:20
227 [1] - 2350:20
237 [1] - 2350:20
238 [1] - 2350:20
252 [1] - 2350:21
253 [1] - 2350:21
275 [1] - 2350:21
276 [1] - 2350:21
28 [1] - 2347:5
280 [1] - 2347:19
282 [1] - 2350:14

## 3

289 [3] - 2352:6, 2352:23, 2352:24
297 [1] - 2350:21
298 [1] - 2350:21
29th [1] - 2365:16
2:22 [1] - 2347:5
2:44 [1] - 2365:7

## 3

30 [4] - 2359:11, 2360:13, 2362:2
327 [1] - 2350:21
328 [1] - 2350:21
333 [2] - 2348:13, 2365:20
34 [1] - 2363:10
341 [1] - 2350:21
342 [1] - 2350:21
354-3187 [1] - 2348:14

## 4

4 [1] - 2350:7

## 5

5 [1] - 2350:8
535 [1] - 2350:15
536 [1] - 2350:15
55 [1] - 2350:19
56 [1] - 2350:19
576 [1] - 2350:21
577 [1] - 2350:22

## 6

601 [1] - 2348:9
635 [1] - 2353:1
6718 [2] - 2348:13, 2365:20

## 7

76 [1] - 2350:9
77 [1] - 2350:9
78 [1] - 2350:9
79 [1] - 2350:10

## 8

82 [1] - 2350:10
85 [1] - 2350:11
86 [1] - 2350:11

## 9

99 [1] - 2350:11
9:30 [3] - 2361:12, 2361:16, 2361:18

## A

ability [1] - 2365:15
abundance [1] - 2356:3
accept [1] - 2358:21
accurate [1] - 2365:13
ACTION [1] - 2347:10
adapting [1] - 2353:11
add [1] - 2362:19
adding [1] - 2363:22
addition [3] - 2354:15, 2354:23, 2363:19
additional [2] - 2349:4, 2350:23
address [1] - 2349:4
adjourned [1] - 2365:7
admit [1] - 2354:2
admitted [2] - 2352:6, 2354:25
AFTERNOON [1] - 2347:12
Agency [1] - 2348:6
AGENCY [1] - 2347:6
ago [4] - 2351:22, 2354:17, 2354:22, 2356:12
agree [4] - 2351:22, 2354:17, 2354:22, 2356:12
agreed [2] - 2360:10, 2360:11
agreement [3] - 2351:11, 2351:24, 2355:2
AGREEMENT [1] - 2347:10
aid [1] - 2354:12
airport [1] - 2357:16
al [2] - 2347:3, 2347:7
alerting [1] - 2357:19
alternative [2] - 2358:11, 2358:13
ambitious [1] - 2360:21
Americas [1] - 2348:4
anticipate [1] - 2357:23
apologies [1] - 2352:17
apologize [1] - 2357:13
appear [2] - 2357:11, 2357:15
APPEARANCES [2] - 2347:15, 2348:1
appeared [2] - 2352:19, 2359:21
appellate [1] - 2364:25
appropriate [1] - 2351:20
arguing [1] - 2358:13

argument [1] - 2365:1
ARNOLD [1] - 2348:9
ASIM [1] - 2348:7
assets [1] - 2360:3
available [1] - 2357:2
Avenue [6] - 2347:17, 2347:23, 2348:4, 2348:9, 2348:13, 2365:20
avoid [1] - 2354:5

## B

Banking [1] - 2364:9
BARNES [2] - 2347:16, 2364:20
Barnes [1] - 2364:20
based [1] - 2363:12
BEFORE [1] - 2347:13
BERGER [1] - 2348:3
BERGMAN [1] - 2348:7
Berkley [2] - 2347:16, 2359:23, 2364:20
BERNSTEIN [1] - 2348:3
best [3] - 2350:1, 2362:4, 2365:14
bill [1] - 2364:8
BOIES [1] - 2347:22
BRIAN [1] - 2347:16
Brian [1] - 2364:20
briefing [1] - 2364:24
briefly [1] - 2349:13

## C

CA [1] - 2347:3
case [9] - 2349:3, 2349:5, 2351:14, 2355:6, 2355:8, 2356:19, 2359:13, 2361:16, 2363:13
Case [1] - 2347:9
catching [1] - 2352:13
caution [1] - 2356:4
certain [3] - 2353:14, 2353:25, 2354:3
CERTIFICATE [1] - 2365:9
certify [1] - 2365:12
chance [1] - 2360:16
change [2] - 2363:8, 2363:19
changed [1] - 2349:14
changes [2] - 2361:11, 2363:24
charged [1] - 2360:16
chart [2] - 2355:8,

2359:4
charts [13] - 2353:8, 2353:14, 2354:1, 2354:3, 2354:8, 2354:10, 2354:16, 2354:17, 2354:24, 2355:1, 2355:3, 2355:6, 2355:11
check [2] - 2352:9, 2361:2
CHECK [1] - 2347:19
claim [1] - 2357:2
claimed [1] - 2357:2
Class [2] - 2347:18, 2348:2
class [1] - 2357:3
CLASS [1] - 2347:10
close [1] - 2359:6
closer [1] - 2360:24
closes [2] - 2362:7, 2362:10
closing [1] - 2360:23
closings [2] - 2360:9, 2361:5
colleague [2] - 2352:9, 2355:17
colleagues [2] - 2352:4, 2358:16
COLUMBIA [1] - 2347:1
coming [2] - 2356:23, 2357:9, 2359:7
commitment [4] - 2359:10, 2359:14, 2360:22, 2364:24
Committee [1] - 2364:9
complete [1] - 2365:14
confer [1] - 2352:3
conferred [1] - 2351:9
confirm [1] - 2350:4
consent [1] - 2357:24
consider [2] - 2354:8, 2354:11
constitutes [1] - 2365:12
Constitution [2] - 2348:13, 2365:20
CONTINUED [2] - 2347:24, 2348:1
convenience [1] - 2355:5
conveniently [1] - 2354:7
COOPER [1] - 2347:16
copy [2] - 2349:10, 2364:1
copy's [1] - 2349:11
corporate [1] - 2360:1
correct [1] - 2352:24

2367

correctly [1] - 2355:7
counsel [4] - 2350:3, 2351:9, 2353:6, 2357:6
couple [4] - 2362:14, 2362:18, 2363:24
COURT [52] - 2347:1, 2349:2, 2349:16, 2349:25, 2350:2, 2351:6, 2351:21, 2352:2, 2352:5, 2352:18, 2352:23, 2353:2, 2353:5, 2355:23, 2356:7, 2356:9, 2356:13, 2356:18, 2358:2, 2358:10, 2358:14, 2358:18, 2358:22, 2358:24, 2359:1, 2359:15, 2359:17, 2359:22, 2360:7, 2360:9, 2360:14, 2360:19, 2361:4, 2361:7, 2361:20, 2362:6, 2362:9, 2362:12, 2362:16, 2362:20, 2362:24, 2363:3, 2363:6, 2363:14, 2363:17, 2364:3, 2364:12, 2364:15, 2364:17, 2364:19, 2365:3, 2365:9
Court [13] - 2348:12, 2348:12, 2349:23, 2351:13, 2357:4, 2357:16, 2357:23, 2358:5, 2358:7, 2358:17, 2358:20, 2364:23, 2365:19
court [3] - 2351:10, 2351:16, 2354:7
Court's [2] - 2352:9, 2357:15
courtesy [1] - 2357:19
Courthouse [2] - 2348:13, 2365:19
courtroom [1] - 2358:8
cover [1] - 2353:6
cross [3] - 2356:20, 2357:24, 2357:25
cross-examination [2] - 2357:24, 2357:25
crossed [1] - 2357:13
CRR [3] - 2348:12, 2365:11, 2365:18

**D**

D.C [4] - 2347:4,

2347:17, 2347:23, 2348:10
damages [3] - 2363:10, 2363:11, 2363:16
Dated [1] - 2365:16
DAVID [1] - 2348:7
DAVIS [1] - 2347:21
DC [2] - 2348:14, 2365:21
decide [1] - 2362:9
decided [1] - 2354:2
Defendant [2] - 2348:6, 2352:6
Defendants [1] - 2347:8
defendants [15] - 2349:5, 2349:8, 2349:9, 2350:24, 2351:4, 2352:16, 2353:3, 2355:19, 2356:12, 2357:6, 2357:16, 2357:22, 2359:5, 2360:1, 2364:18
Defendants' [27] - 2350:7, 2350:8, 2350:9, 2350:10, 2350:11, 2350:12, 2350:13, 2350:14, 2350:15, 2352:5, 2352:15, 2352:16, 2352:20, 2352:25, 2353:1, 2363:9
defendants' [4] - 2349:3, 2350:18, 2355:20, 2363:20
defer [1] - 2358:5
deferred [1] - 2360:3
deleting [1] - 2363:12
deliberating [1] - 2360:16
DeMarco's [1] - 2364:7
demonstrative [2] - 2353:8, 2354:17
demonstratives [3] - 2354:19, 2355:21, 2356:11
deposition [4] - 2351:10, 2351:15, 2351:24, 2359:25
depositions [1] - 2352:22
designation [1] - 2359:25
designations [1] - 2351:10
Dharan [4] - 2357:1, 2358:7, 2358:12,

2359:12
different [2] - 2356:8, 2358:16
difficulty [1] - 2355:10
direct [1] - 2359:16
discussions [1] - 2350:4
disregard [1] - 2355:8
DISTRICT [3] - 2347:1, 2347:1, 2347:13
documents [2] - 2354:4, 2354:6
done [2] - 2353:10, 2355:12
down [4] - 2349:11, 2349:23, 2350:6, 2363:25
Dr [5] - 2358:7, 2358:12, 2359:9, 2359:12, 2359:13
draw [1] - 2360:4
duplicate [1] - 2352:8

**E**

easier [1] - 2364:1
easy [1] - 2356:23
Ed [1] - 2359:20
Edward [1] - 2359:23
eight [1] - 2361:3
either [2] - 2352:23, 2360:21
email [1] - 2364:1
embarrassed [1] - 2356:22
end [1] - 2350:16
equal [1] - 2351:25
ESQ [12] - 2347:16, 2347:18, 2347:21, 2347:21, 2347:22, 2348:2, 2348:2, 2348:6, 2348:7, 2348:7, 2348:8, 2348:8
et [2] - 2347:3, 2347:7
evaluating [1] - 2354:12
event [1] - 2358:1
evidence [24] - 2349:3, 2350:25, 2351:5, 2352:17, 2352:21, 2354:3, 2354:9, 2354:12, 2354:13, 2354:18, 2354:25, 2355:1, 2355:4, 2355:6, 2355:8, 2356:5, 2356:6, 2359:4, 2360:2, 2361:13, 2361:19, 2361:20, 2362:6,

2362:9
exactly [1] - 2349:19
examination [3] - 2356:25, 2357:24, 2357:25
Exhibit [25] - 2350:7, 2350:8, 2350:9, 2350:10, 2350:11, 2350:12, 2350:13, 2350:14, 2350:15, 2352:15, 2352:16, 2352:20, 2352:25, 2353:1
exhibit [4] - 2355:2, 2355:3, 2356:14, 2356:16
exhibits [12] - 2349:4, 2349:9, 2350:5, 2350:19, 2351:4, 2353:8, 2353:14, 2353:15, 2353:17, 2353:19, 2353:24, 2354:1
Exhibits [1] - 2350:19
expert [1] - 2359:9
extent [2] - 2354:9, 2362:4

**F**

fact [1] - 2359:20
facts [2] - 2355:4, 2355:7
FAIRHOLME [1] - 2347:3
familiar [1] - 2364:23
FANNIE [1] - 2347:9
fast [1] - 2352:12
Federal [1] - 2348:6
FEDERAL [1] - 2347:6
fee [3] - 2359:10, 2359:14, 2364:24
few [1] - 2350:23
figure [1] - 2353:21
figures [1] - 2355:7
figuring [1] - 2361:22
file [2] - 2351:13, 2364:10
filed [2] - 2363:1, 2364:6
final [2] - 2353:9, 2353:11
finalize [1] - 2361:13
Finance [1] - 2348:6
FINANCE [1] - 2347:6
fine [2] - 2363:23
finish [1] - 2349:3
first [6] - 2349:2, 2349:18, 2356:21, 2357:18, 2358:6

fit [1] - 2362:4
five [2] - 2359:4, 2359:24
flag [1] - 2364:9
FLEXNER [1] - 2347:22
focused [1] - 2359:13
footing [1] - 2351:25
FOR [1] - 2347:1
foregoing [1] - 2365:12
form [4] - 2353:14, 2354:1, 2363:20, 2363:21
formal [1] - 2358:20
formally [3] - 2349:5, 2360:11, 2365:2
fourth [1] - 2363:22
Friday [1] - 2347:5
full [1] - 2365:13
FUNDS [1] - 2347:3

**G**

GLUCK [1] - 2348:2
goal [2] - 2360:15, 2360:18
Grant [1] - 2360:1
great [1] - 2364:16
GROSSMANN [1] - 2348:3
guys [1] - 2353:18

**H**

half [4] - 2360:12, 2360:20, 2360:23, 2360:24
Hamish [1] - 2356:2
HAMISH [1] - 2347:21
Hampshire [1] - 2347:17
hand [2] - 2364:1, 2364:23
hand-marked [1] - 2364:1
handled [1] - 2356:25
happy [2] - 2358:12, 2359:6
harm [1] - 2363:10
hear [1] - 2359:22
heard [2] - 2354:9, 2362:21
hearing [1] - 2365:6
HELD [1] - 2347:13
help [1] - 2355:5
helpful [3] - 2355:14, 2364:14, 2364:15
hereby [1] - 2365:11
Hoffman [1] - 2349:8

**HOFFMAN** [15] - 2348:8, 2349:7, 2349:19, 2349:22, 2350:1, 2350:3, 2351:8, 2351:22, 2352:3, 2352:7, 2352:12, 2352:19, 2352:24, 2353:3, 2355:17
**Honor** [32] - 2349:7, 2349:13, 2349:20, 2349:22, 2350:1, 2350:16, 2350:18, 2350:23, 2351:2, 2351:8, 2351:11, 2351:12, 2352:7, 2352:12, 2352:14, 2352:17, 2352:24, 2353:1, 2353:3, 2355:18, 2356:21, 2357:18, 2357:21, 2358:4, 2360:20, 2361:1, 2361:24, 2362:2, 2362:21, 2364:5, 2364:10, 2364:11
**HONORABLE** [1] - 2347:13
**hopefully** [1] - 2358:23
**hour** [6] - 2360:12, 2360:20, 2360:23, 2360:24, 2361:2, 2361:3
**hours** [2] - 2360:22, 2360:23
**housing** [1] - 2348:6
**HOUSING** [1] - 2347:6
**Hume** [5] - 2356:2, 2357:18, 2358:7, 2360:21, 2361:2
**HUME** [20] - 2347:21, 2356:2, 2356:8, 2356:11, 2356:16, 2356:21, 2358:12, 2358:15, 2358:19, 2358:23, 2358:25, 2359:3, 2359:16, 2359:18, 2359:23, 2360:8, 2360:11, 2360:15, 2361:18, 2361:24

**I**

**Ian** [1] - 2349:8
**IAN** [1] - 2348:8
**IN** [2] - 2347:1, 2347:9
**INC** [1] - 2347:3
**included** [1] - 2363:1
**inconvenience** [1] -

2354:5
**incredibly** [1] - 2356:22
**indicated** [1] - 2350:4
**indulgence** [1] - 2352:10
**inform** [2] - 2358:17, 2358:20
**informed** [2] - 2358:5, 2358:8
**instance** [2] - 2358:6, 2358:7
**instruction** [5] - 2353:9, 2353:12, 2363:1, 2363:12, 2364:22
**Instruction** [1] - 2363:10
**instructions** [11] - 2353:11, 2353:13, 2353:24, 2361:12, 2361:19, 2362:1, 2362:2, 2362:15, 2363:1, 2363:9, 2364:5
**intention** [1] - 2349:19
**interest** [3] - 2362:23, 2363:21, 2363:23
**issue** [4] - 2362:22, 2363:2, 2364:4, 2364:7
**issues** [1] - 2362:5
**itself** [1] - 2354:13

**J**

**Jenkins** [2] - 2349:11, 2349:23
**joint** [1] - 2353:12
**jointly** [1] - 2351:13
**JONATHAN** [1] - 2348:6
**Jonathan** [1] - 2357:21
**JONES** [18] - 2348:8, 2355:18, 2355:24, 2362:2, 2362:8, 2362:11, 2362:14, 2362:17, 2362:21, 2362:25, 2363:4, 2363:7, 2363:15, 2363:18, 2364:4, 2364:13, 2364:16, 2364:18
**Jones** [1] - 2355:18
**Jorge** [1] - 2349:11
**JUDGE** [1] - 2347:13
**judgment** [1] - 2364:24
**judicial** [1] - 2364:6

**jury** [9] - 2351:25, 2354:2, 2355:1, 2355:14, 2358:1, 2361:21, 2362:23, 2364:22
**JURY** [1] - 2347:12

**K**

**KAPLAN** [1] - 2347:22
**Kaplan** [1] - 2357:10
**KAYE** [1] - 2348:9
**KENYA** [1] - 2347:21
**KESSLER** [1] - 2347:19
**King** [1] - 2347:19
**KIRK** [1] - 2347:16
**known** [1] - 2357:1
**KRAVETZ** [1] - 2348:2

**L**

**LAMBERTH** [1] - 2347:13
**last** [4] - 2349:12, 2360:22, 2364:4, 2364:6
**law** [1] - 2362:22
**lawfulness** [1] - 2365:1
**lawyers** [2] - 2354:19, 2354:23
**learned** [2] - 2356:22, 2357:8
**least** [1] - 2361:14
**leave** [1] - 2357:15
**LEE** [1] - 2347:18
**limits** [1] - 2360:10
**Linekin** [2] - 2359:20, 2359:23
**Lisa** [1] - 2348:12
**LISA** [1] - 2365:11
**list** [6] - 2349:9, 2349:12, 2349:24, 2350:6, 2352:8, 2352:19
**literally** [1] - 2359:4
**LITIGATIONS** [1] - 2347:10
**LITOWITZ** [1] - 2348:3
**live** [2] - 2352:1, 2357:25
**LLP** [2] - 2347:22, 2348:3
**look** [2] - 2361:17, 2362:12
**lunch** [2] - 2356:23, 2357:9

**M**

**MAC** [1] - 2347:9
**MAE/FREDDIE** [1] - 2347:9
**main** [1] - 2364:25
**marked** [3] - 2355:2, 2355:3, 2364:1
**Mason** [1] - 2359:3
**Massachusetts** [1] - 2348:9
**meet** [1] - 2361:12
**MELTZER** [1] - 2347:19
**mention** [1] - 2363:21
**merely** [1] - 2359:13
**might** [3] - 2350:23, 2352:8, 2357:11
**minutes** [7] - 2359:4, 2359:11, 2359:16, 2359:24, 2360:6, 2362:3
**misunderstanding** [1] - 2353:8
**Monday** [9] - 2357:2, 2357:12, 2358:9, 2358:10, 2360:17, 2361:8, 2361:12, 2362:3, 2365:5
**MOREIRA** [1] - 2365:11
**Moreira** [2] - 2348:12, 2365:18
**morning** [2] - 2358:9, 2362:3
**mortified** [1] - 2357:8
**motion** [1] - 2364:6
**move** [2] - 2349:10, 2351:4
**moved** [2] - 2356:6, 2356:17
**moving** [4] - 2350:6, 2350:25, 2352:12, 2352:16
**MR** [55] - 2349:7, 2349:19, 2349:22, 2350:1, 2350:3, 2351:8, 2351:22, 2352:3, 2352:7, 2352:12, 2352:19, 2352:24, 2353:3, 2355:17, 2355:18, 2355:24, 2356:2, 2356:8, 2356:11, 2356:16, 2356:21, 2357:18, 2358:4, 2358:12, 2358:15, 2358:19, 2358:23, 2358:25, 2359:3, 2359:16, 2359:18,

2359:23, 2360:8, 2360:11, 2360:15, 2360:20, 2361:5, 2361:18, 2361:24, 2362:2, 2362:8, 2362:11, 2362:14, 2362:17, 2362:21, 2362:25, 2363:4, 2363:7, 2363:15, 2363:18, 2364:4, 2364:13, 2364:16, 2364:18, 2364:20

**N**

**necessary** [1] - 2351:19
**need** [3] - 2349:4, 2356:9, 2361:25
**needed** [1] - 2358:21
**needs** [1] - 2357:15
**never** [2] - 2355:12, 2356:25
**New** [4] - 2347:17, 2347:23, 2348:4
**new** [1] - 2359:8
**NEXT** [1] - 2347:24
**next** [3] - 2350:17, 2350:19, 2358:1
**night** [2] - 2349:12, 2364:6
**nominal** [2] - 2363:11, 2363:16
**Northwest** [1] - 2347:23
**note** [2] - 2351:1, 2352:22
**notes** [1] - 2365:13
**nothing** [1] - 2359:8
**notice** [1] - 2364:6
**Number** [1] - 2347:9
**number** [2] - 2356:14, 2356:16
**numbers** [3] - 2349:17, 2355:2, 2355:4
**NW** [4] - 2347:17, 2348:9, 2348:13, 2365:20

**O**

**o'clock** [1] - 2358:9
**object** [1] - 2349:17
**objection** [5] - 2349:18, 2350:5, 2351:7, 2352:6, 2360:4
**obviously** [1] - 2359:12
**October** [2] - 2347:5,

2365:16
**OF** [3] - 2347:1, 2347:12, 2365:9
**off-the-record** [1] - 2350:4
**offer** [1] - 2358:21
**offered** [3] - 2352:23, 2352:25
**Official** [1] - 2348:12
**OFFICIAL** [1] - 2365:9
**official** [2] - 2351:14, 2365:19
**officially** [1] - 2352:4
**ON** [1] - 2347:24
**one** [12] - 2353:5, 2354:7, 2355:10, 2359:4, 2359:20, 2361:2, 2363:4, 2363:5, 2363:8, 2363:19, 2364:22
**ones** [2] - 2349:17, 2350:19, 2350:24, 2356:5
**opening** [3] - 2355:21, 2359:21, 2360:23
**openings** [1] - 2361:1
**opportunity** [1] - 2361:11
**opposition** [1] - 2364:10
**option** [1] - 2361:9
**options** [1] - 2358:2
**order** [2] - 2354:4, 2357:4
**ordered** [1] - 2361:8
**otherwise** [2] - 2352:21, 2353:20
**outstanding** [1] - 2362:4
**own** [1] - 2363:12

## P

**p.m** [2] - 2347:5, 2365:7
**PAGE** [1] - 2347:24
**paragraph** [1] - 2363:11
**particular** [1] - 2364:8
**parties** [3] - 2351:12, 2353:13, 2353:25
**parties'** [1] - 2355:1
**partner** [1] - 2357:10
**past** [1] - 2353:10
**Pause** [2] - 2349:21, 2352:11
**pause** [1] - 2351:3
**PCF** [2] - 2359:14, 2365:1
**Pennsylvania** [1] -

2347:20
**periodic** [3] - 2359:10, 2359:14, 2364:24
**place** [2] - 2353:16, 2354:3
**places** [1] - 2352:20
**plaintiffs** [10] - 2349:12, 2349:13, 2351:22, 2353:6, 2356:2, 2359:24, 2362:18, 2362:25, 2364:6, 2364:21
**Plaintiffs** [4] - 2347:4, 2347:16, 2347:18, 2348:2
**plaintiffs'** [4] - 2350:3, 2351:9, 2355:25, 2363:23
**played** [3] - 2351:10, 2351:12, 2351:15
**playouts** [1] - 2351:17
**PLLC** [1] - 2347:16
**PORTER** [1] - 2348:9
**position** [2] - 2355:20, 2355:25, 2356:3
**power** [1] - 2357:15
**prefer** [1] - 2349:23
**PREFERRED** [1] - 2347:9
**prejudgment** [3] - 2362:22, 2363:21, 2363:22
**prepared** [2] - 2354:10, 2356:4
**presented** [3] - 2353:13, 2353:25, 2354:7
**preserve** [1] - 2364:25
**printout** [2] - 2350:16, 2350:24
**problem** [1] - 2365:3
**proceedings** [1] - 2365:14
**process** [1] - 2358:20
**Professor** [2] - 2357:1, 2359:3
**proffer** [1] - 2359:5
**proof** [2] - 2354:12, 2355:4
**propose** [3] - 2363:11, 2363:22, 2365:2
**proposed** [8] - 2362:15, 2362:25, 2363:4, 2363:9, 2363:12, 2363:20, 2364:22
**Proposed** [1] - 2363:9
**proposing** [1] - 2353:9
**provided** [2] - 2349:10, 2349:11

**Prussia** [1] - 2347:19
**PURCHASE** [1] - 2347:9
**purpose** [1] - 2364:25
**put** [1] - 2353:11

## R

**Radnor** [1] - 2347:20
**raise** [2] - 2361:25, 2364:4
**RDR** [3] - 2348:12, 2365:11, 2365:18
**RE** [1] - 2347:9
**read** [5] - 2349:17, 2349:23, 2351:4, 2352:5, 2352:21
**reading** [1] - 2350:19
**readouts** [1] - 2351:18
**realizing** [1] - 2352:8
**really** [1] - 2357:8
**reason** [1] - 2358:19
**rebuttal** [8] - 2349:6, 2353:7, 2356:19, 2357:12, 2359:7, 2360:13, 2360:24, 2361:10
**received** [2] - 2350:24, 2351:6
**receiving** [1] - 2349:3
**recently** [1] - 2349:14
**recess** [1] - 2353:19
**recommended** [1] - 2353:12
**record** [5] - 2350:4, 2351:1, 2351:14, 2357:21
**reference** [1] - 2351:2
**reflect** [1] - 2355:7
**regarding** [1] - 2363:10
**related** [2] - 2364:7
**reliable** [1] - 2354:14
**report** [1] - 2356:22
**REPORTER** [1] - 2365:9
**Reporter** [3] - 2348:12, 2348:12, 2365:19
**reporters** [1] - 2351:16
**representative** [1] - 2360:2
**represented** [2] - 2354:4, 2354:6
**reserve** [1] - 2360:13
**resistant** [1] - 2358:19
**respect** [1] - 2351:18
**rest** [4] - 2349:5, 2352:4, 2352:21, 2353:4

**RICH** [1] - 2348:2
**Road** [1] - 2347:19
**ROBERT** [1] - 2348:2
**room** [1] - 2354:2
**Room** [2] - 2348:13, 2365:20
**ROYCE** [1] - 2347:13
**RUDY** [1] - 2347:18

## S

**Sam** [1] - 2357:10
**SAMUEL** [1] - 2347:22
**satisfied** [1] - 2357:6
**save** [1] - 2354:4
**SCHILLER** [1] - 2347:22
**SCHOLER** [1] - 2348:9
**scripts** [1] - 2351:20
**section** [2] - 2350:16, 2350:17
**see** [4] - 2349:16, 2358:10, 2358:20, 2365:5
**Senate** [1] - 2364:9
**send** [8] - 2353:15, 2353:16, 2353:17, 2353:19, 2353:21, 2353:24, 2354:2, 2354:17
**sending** [2] - 2354:21, 2354:25
**SENIOR** [1] - 2347:9
**sense** [1] - 2363:16
**separate** [2] - 2353:13, 2353:23
**SESSION** [1] - 2347:12
**short** [2] - 2357:19, 2359:25
**shortly** [1] - 2357:20
**shown** [2] - 2354:24, 2355:7
**sides** [1] - 2356:15
**slides** [2] - 2355:21, 2355:22
**solution** [1] - 2356:24
**sorry** [1] - 2363:19
**sort** [1] - 2359:13
**speed** [1] - 2350:17
**stand** [1] - 2357:14
**STANTON** [1] - 2348:8
**Stanton** [1] - 2355:18
**start** [2] - 2360:16, 2361:7
**statement** [1] - 2355:22
**STATES** [2] - 2347:1, 2347:13
**States** [1] - 2365:19

**stenographic** [1] - 2365:13
**Stern** [1] - 2357:21
**STERN** [5] - 2348:6, 2357:18, 2358:4, 2360:20, 2361:5
**stern** [1] - 2356:24
**STOCK** [1] - 2347:9
**strike** [1] - 2361:10
**stuff** [1] - 2356:11
**submit** [3] - 2351:13, 2351:20, 2363:25
**submitted** [1] - 2362:13
**subpoena** [1] - 2358:21
**suggest** [1] - 2361:12
**suggestion** [2] - 2358:16, 2363:16
**suggestions** [1] - 2361:15
**summaries** [10] - 2353:14, 2354:1, 2354:3, 2354:8, 2354:10, 2354:24, 2355:3, 2355:6, 2355:11, 2356:5
**summarized** [1] - 2354:13
**summary** [4] - 2354:10, 2355:9, 2356:4, 2364:24

## T

**talks** [1] - 2363:11
**tax** [1] - 2360:3
**teaches** [1] - 2357:3
**tentatively** [1] - 2360:12
**testify** [1] - 2354:11
**testimony** [4] - 2352:1, 2354:11, 2361:10, 2364:8
**Thakor** [2] - 2359:9, 2359:13
**THE** [53] - 2347:1, 2347:1, 2347:13, 2349:2, 2349:16, 2349:25, 2350:2, 2351:6, 2351:21, 2352:2, 2352:5, 2352:18, 2352:23, 2353:2, 2353:5, 2355:23, 2356:7, 2356:9, 2356:13, 2356:18, 2358:2, 2358:10, 2358:14, 2358:18, 2358:22, 2358:24, 2359:1,

2359:15, 2359:17,
2359:22, 2360:7,
2360:9, 2360:14,
2360:19, 2361:4,
2361:7, 2361:20,
2362:6, 2362:9,
2362:12, 2362:16,
2362:20, 2362:24,
2363:3, 2363:6,
2363:14, 2363:17,
2364:3, 2364:12,
2364:15, 2364:17,
2364:19, 2365:3
**themselves** [2] -
2355:4, 2356:1
**they've** [2] - 2353:22,
2354:6
**thinking** [1] - 2360:12
**third** [2] - 2359:9,
2363:10
**thirty** [2] - 2361:2,
2361:3
**thirty-eight** [1] -
2361:3
**thirty-one** [1] - 2361:2
**Thornton** [1] - 2360:1
**tighter** [1] - 2360:17
**together** [3] - 2351:13,
2361:16, 2361:18
**TOPAZ** [1] - 2347:19
**transcribed** [1] -
2351:19
**transcribing** [1] -
2351:16
**transcript** [2] -
2365:13, 2365:14
**TRANSCRIPT** [1] -
2347:12
**transcripts** [1] -
2351:24
**TRIAL** [1] - 2347:12
**trials** [1] - 2354:19
**true** [2] - 2365:12,
2365:14
**try** [3] - 2353:20,
2359:7, 2360:4
**two** [4] - 2352:19,
2359:18, 2360:22,
2360:23
**typo** [1] - 2352:13

## U

**U.S** [1] - 2348:13
**under** [1] - 2362:22
**underlying** [2] -
2354:4, 2354:13
**understood** [4] -
2349:7, 2361:24,
2362:11, 2362:14

**UNITED** [2] - 2347:1,
2347:13
**United** [1] - 2365:19
**unless** [1] - 2358:16
**unnecessary** [1] -
2354:5
**up** [1] - 2364:23
**update** [2] - 2349:12,
2349:14
**updates** [2] - 2362:15,
2362:18

## V

**VARMA** [1] - 2348:7
**verdict** [3] - 2363:20,
2363:21
**version** [1] - 2363:24
**video** [2] - 2351:17,
2351:24
**videos** [2] - 2351:11,
2351:15
**Virginia** [1] - 2362:22
**voluminous** [1] -
2354:6
**vs** [1] - 2347:5

## W

**wait** [1] - 2361:22
**Washington** [6] -
2347:4, 2347:17,
2347:23, 2348:10,
2348:14, 2365:21
**week** [1] - 2360:22
**weekend** [4] -
2355:15, 2361:14,
2364:11, 2365:4
**whole** [2] - 2356:9,
2359:13
**wires** [1] - 2357:13
**wish** [1] - 2359:19
**withdraw** [1] - 2352:15
**withdrawn** [2] -
2352:6, 2352:20
**witness** [7] - 2354:10,
2356:20, 2358:5,
2359:20, 2361:8,
2361:16, 2361:23
**witnesses** [2] -
2354:23, 2356:4
**worded** [2] - 2354:16,
2354:18
**works** [1] - 2364:11

## Y

**York** [3] - 2347:23,
2348:4

## Z

**Zoom** [2] - 2357:5,
2357:24