```
 1                BEFORE THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
 2

 3   FAIRHOLME FUNDS, INC., et al.,   .
                                      .
 4           Plaintiffs,               .
                                      .  Case Number 13-cv-1053
 5       vs.                           .
                                      .
 6   FEDERAL HOUSING FINANCE AGENCY,  .
     et al.,                           .
 7                                    .
             Defendants.                .
 8   - - - - - - - - - - - - - - - -
     In re FANNIE MAE/FREDDIE MAC     .  Case Number 13-mc-1288
 9   SENIOR PREFERRED STOCK PURCHASE  .
     AGREEMENT CLASS ACTION            .  Washington, D.C.
10   LITIGATIONS.                      .  November 1, 2022
     - - - - - - - - - - - - - - - -    .  5:01 p.m.
11

12              TRANSCRIPT OF JURY TRIAL, AFTERNOON SESSION
                   BEFORE THE HONORABLE ROYCE C. LAMBERTH
13                     UNITED STATES DISTRICT JUDGE

14   APPEARANCES:

15   For Berkley Plaintiffs:     BRIAN BARNES, ESQ.
                                 Cooper & Kirk, PLLC
16                               1523 New Hampshire Avenue Northwest
                                 Washington, D.C. 20036
17
     For Class Plaintiffs:       LEE RUDY, ESQ.
18                               ERIC ZAGAR, ESQ.
                                 Kessler Topaz Meltzer & Check, LLP
19                               280 King of Prussia Road
                                 Radnor, Pennsylvania 19087
20
                                 HAMISH HUME, ESQ.
21                               SAMUEL KAPLAN, ESQ.
                                 KENYA DAVIS, ESQ.
22                               Boies Schiller Flexner LLP
                                 1401 New York Avenue Northwest
23                               Washington, D.C. 20005

24

25                         -- continued --
```

```
 1   APPEARANCES (CONTINUED):

 2                                  MICHAEL J. BARRY, ESQ.
                                    Grant & Eisenhofer, P.A.
 3                                  123 Justison Street
                                    Seventh Floor
 4                                  Wilmington, Delaware 19801

 5                                  ROBERT KRAVETZ, ESQ.
                                    RICHARD GLUCK, ESQ.
 6                                  Bernstein Litowitz Berger &
                                       Grossmann LLP
 7                                  1251 Avenue of the Americas
                                    New York, New York 10020
 8
     For Defendant Federal
 9   Housing Finance Agency:        JONATHAN STERN, ESQ.
                                    ASIM VARMA, ESQ.
10                                  DAVID BERGMAN, ESQ.
                                    IAN HOFFMAN, ESQ.
11                                  ROBERT JONES, ESQ.
                                    Arnold & Porter Kaye Scholer LLP
12                                  601 Massachusetts Avenue Northwest
                                    Washington, D.C. 20001
13

14   Official Court Reporter:       SARA A. WICK, RPR, CRR
                                    United States District Court
15                                     for the District of Columbia
                                    333 Constitution Avenue Northwest
16                                  Room 4704-B
                                    Washington, D.C. 20001
17                                  202-354-3284

18   Proceedings recorded by stenotype shorthand.
     Transcript produced by computer-aided transcription.
19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2          (Call to order of the court.)
 3          (Jury not present.)
 4             THE COURT:  Be seated.  The jury is on the way to be
 5    released.
 6          (Jury entered courtroom.)
 7             THE COURT:  Ladies and gentlemen -- ladies, we're
 8    going to recess go for the day.  There is one additional
 9    instruction I failed to give you.  That is, once all of you are
10    together, you can discuss the case again.  We don't have to
11    reconvene in the courtroom.  But I wanted to tell you, you can't
12    have any discussion unless all of you are together.  So whoever
13    is your foreperson, if you're all gathered together, you can
14    begin your discussion.  If all of you are not in the room,
15    though, there can't be any discussion.
16          So, for example, even if one of you just goes to the
17    bathroom, you should stop your discussion and only have the
18    discussion when all of you are together in the room.  And I
19    should have told you that before you left today.
20          I do have letters for those of you who want to have a
21    letter through tomorrow and then whatever -- it's up to you all
22    however long you need to discuss the case and arrive at a fair
23    and proper verdict.
24          And I will hear from you again, but the reason to reconvene
25    tonight was to tell you, don't have any discussion unless all of
```

1   you are together, and then when all of you are together, you can
2   have any discussion.  If all of you are not together, don't have
3   any discussion about the case, just among yourselves, because
4   all of you have to be together when you're discussing anything
5   about the case.
6        With that, have a nice evening.  I will see you all back at
7   10:00 tomorrow.  We won't reconvene in the courtroom, but the
8   foreperson will just make sure all of you are together when you
9   any discussion about the case.
10       Have a nice evening.
11       (Jury exited courtroom.)
12            THE COURT:  The most recent letter I had given them
13  just was through today, and a couple of them had asked the clerk
14  if they could have letters that cover their employment through
15  tomorrow.  There were only seven letters there.  Somebody got
16  left out.  So I told my clerk to get another letter for whoever
17  was left out.
18       The only reason for reconvening there was to make sure they
19  know not to have any discussion unless everyone is present.
20       I will see you all tomorrow.
21       (Proceedings adjourned at 5:03 p.m.)

CERTIFICATE OF OFFICIAL COURT REPORTER

I, Sara A. Wick, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Sara A. Wick                    November 2, 2022
SIGNATURE OF COURT REPORTER         DATE