**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FAIRHOLME FUNDS, INC., et al,              Civil Action
                                           No. 1:13-1053
                    Plaintiffs,

        vs.
                                           November 1, 2022
FEDERAL HOUSING FINANCE                    10:22 a.m.
    AGENCY, et al,                         Washington, DC


                    Defendants.
_____

In re: FANNIE MAE/FREDDIE MAC              Civil Action
SENIOR PREFERRED STOCK PURCHASE           13-1288
AGREEMENT CLASS ACTION
LITIGATIONS.

_____


         TRANSCRIPT OF JURY TRIAL - **MORNING SESSION**
          **BEFORE THE HONORABLE ROYCE C. LAMBERTH**
               UNITED STATES DISTRICT JUDGE


PLAINTIFFS' APPEARANCES:

**For Plaintiffs:**          **CHARLES COOPER**
                             **DAVID THOMPSON**
                             **VINCENT COLATRIANO**
                             **PETER PATERSON**
                             **BRIAN BARNES**
                               Cooper & Kirk, PLLC
                               1523 New Hampshire Avenue NW
                               Washington, D.C. 20036

**For Class Plaintiffs:**    **ERIC ZAGAR**
                               Kessler Topaz Meltzer & Check, LLP
                               280 King of Prussia Road
                               Radnor, Pennsylvania 19087

                             **HAMISH HUME**
                             **SAMUEL KAPLAN**
                               Boies Schiller Flexner LLP
                               1401 New York Avenue NW
                               Washington, D.C. 20005

APPEARANCES (CONTINUED):

                        **MICHAEL J. BARRY**
                          Grant & Eisenhofer, P.A.
                          123 Justison Street
                          Wilmington, Delaware 19801

                        **ADAM WIERZBOWSKI**
                          Bernstein Litowitz Berger &
                          Grossmann LLP
                          1251 Avenue of the Americas
                          New York, New York 10020

**For Defendant Federal**
**Housing Finance Agency:** **ASIM VARMA**
                        **HOWARD CAYNE**
                        **DAVID BERGMAN**
                        **IAN HOFFMAN**
                          Arnold & Porter Kaye Scholer LLP
                          601 Massachusetts Avenue NW
                          Washington, D.C. 20001

**For Federal Home Loan**
**Mortgage Company:** **MICHAEL CIATTI**
                        King & Spalding LLP
                        1700 Pennsylvania Avenue NW
                        Washington, D.C. 20006

**For Federal National**
**Mortgage Association:** **MEAGHAN VERGOW**
                        O'Melveny & Myers LLP
                        1625 I Street NW
                        Washington, D.C. 20006

**Reported By:** **LORRAINE T. HERMAN, RPR, CRC**
                        Official Court Reporter
                        U.S. District & Bankruptcy Cts.
                        333 Constitution Avenue NW
                        Room 6720
                        Washington, D.C. 20001
                        202-354-3196

*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

## I N D E X

| | PAGE |
|---|---|
| Defendants' continued closing argument by Mr. Stern | 2634 |
| Plaintiffs' rebuttal closing argument by Mr. Hume | 2694 |
| Instructions by The Court | 2730 |

2634

1              **P R O C E E D I N G S**

2              **THE COURT:**  Good morning, ladies and gentlemen.

3              Mr. Stern, you may proceed.

4              **MR. STERN:**  Thank you, Your Honor.

5              Good morning, members of the jury.

6              **JURORS:**  Good morning.

7              **MR. STERN:**  We left off yesterday with Mr. DeMarco

8    beginning to have conversations with the Treasury Department

9    in late 2011.  And those conversations led to the meeting

10   that Mr. DeMarco had at Treasury in the fist week of

11   January, 2012.

12              Can we get PX-144, please?

13              And this is the agenda for that meeting.  And the

14   evidence showed that this was the first formal meeting to

15   begin to discuss how to address the very serious housing

16   issues facing FHFA, the markets and the public.

17              And I'd like to pause here, because as you

18   consider the question of whether Mr. DeMarco and FHFA acted

19   reasonably, it's very, very important to consider that

20   question based on the circumstances that were known to

21   Mr. DeMarco at the time, and as the situation evolved,

22   because there's been lots of talk about hindsight in this

23   trial.  And we've all heard the expression that hindsight is

24   20/20.  We all know that that means when you are looking

25   back on things that have already happened, it's really easy

1    to talk about those things as if they must have happened --

2    as if everybody would have known that they were going to

3    happen.

4           But that's not how it works.  Mr. DeMarco was

5    getting his information in realtime.  And he was evaluating

6    that information in realtime.  And this meeting in January

7    was the beginning of the process that turned into the

8    negotiations between FHFA and Treasury about amending the

9    PSPAs that led to the Third Amendment.

10          I just used the word "process."  And I want to

11   talk about that a minute, because the plaintiffs have made

12   much of this.  They've tried to suggest that there somehow

13   should be some big memo about all of this; that there should

14   be all sorts of emails back and forth.  They seem to be

15   suggesting that because there's not some big memo and lots

16   of emails back and forth, that Mr. DeMarco must have been

17   sitting in his office, all by himself, for eight months,

18   cooking up the Third Amendment without consulting with

19   anyone.

20          Well, members of the jury, if that's what they are

21   suggesting, nothing could be further from the truth.  And

22   you know that from the evidence.  What did you hear about

23   process?  What did you hear about whether Mr. DeMarco

24   gathered all of the relevant information from all of the

25   relevant sources before he made his decision?  You heard

1    plenty.  For starters, you have Mr. DeMarco's own testimony.

2              Can we get Slide 11, please?

3              Here's what he told you.  He said, "I am meeting

4    weekly or every other week with the CEOs of these companies

5    --" and he's talking about Fannie and Freddie, "-- and so I

6    am having exchanges with them, in which I am hearing from

7    them what their concerns are.  And I have -- I may be able

8    to take account of what they're looking at and the things

9    that they're looking at, and I'm able to ask some questions

10   that help inform me as I'm making judgments, not just about

11   this, but across an array of conservatorship

12   responsibilities, so I have -- I have that input as well."

13             And that's not just Mr. DeMarco talking, members

14   of the jury.  That testimony was confirmed by those very

15   CEOs, the CEOs of Fannie Mae and Freddie Mac.  You heard

16   from them.  You heard from Fannie's CEO at the time.

17             Let's get Slide 12.

18             This is what the CEO of Fannie said, "Director

19   DeMarco attended -- regularly attended meetings of the Board

20   of Directors in executive session..."

21             "The senior representatives of FHFA were on site

22   at Fannie Mae every day.  They sat in on all of your senior

23   management meetings.  They sat in all of our board meetings.

24   They -- they had complete, open access to everything that

25   was happening at Fannie Mae, and I'm aware that they gave

1    regular reports to Director DeMarco and others at FHFA."

2              That's what we were told about the information

3    Mr. DeMarco was getting.  You also heard from Mr. Layton,

4    who was the CEO of Freddie Mac.

5              Can we get slide 13?

6              Here's what he told you.  He said, in response to

7    the first question, "Actually, how frequently were you

8    meeting with Mr. DeMarco in the summer of 2012?"

9              And the answer doesn't just answer about the

10   summer of 2012.  What does Mr. Layton say?  And Ed is

11   Mr. DeMarco.  "Actually, through Ed's entire tenure --" that

12   means the entire time he was serving at FHFA or at least as

13   Acting Director --  "I met with him generally once a week."

14   Which is exactly what Mr. DeMarco told you.

15             "Question:  Got it.  And what kinds of things

16   would you discuss with him during those weekly meetings?"

17             Answer from the CEO of Freddie Mac, "Everything

18   about Freddie Mac, as a conservator, he --"  that's

19   Mr. DeMarco, "-- had a view over the entire company."

20             You also heard from Ms. Tagoe.  You will remember

21   her.  She was the person at FHFA who became responsible for

22   financial projections and financial forecasts.  And what did

23   she tell you about whether Mr. DeMarco was gathering

24   information from her?

25             Let's get Slide 14.

1          So she told you in her videotaped testimony, "We

2     did have, like I said, a monthly meeting with the

3     director --" that's Director DeMarco and Mario, that's

4     Mr. Ugoletti, "-- to go through our risk reports and

5     financial results reports."  So they were having meetings to

6     talk with Mr. DeMarco every month.

7          "So those meetings were really just to keep them

8     --" that's Mr. DeMarco and Mr. Ugoletti, "-- abreast of

9     trends in the financial performance and risk exposure of

10    enterprises of Fannie and Freddie.  Ed DeMarco liked to have

11    other groups attend."  And she is referring to having other

12    groups within FHFA attend these monthly meetings.  "He

13    wanted a variety of perspectives on these topics."

14         You know what that means, members of the jury?

15    That means Mr. DeMarco wanted to hear what people had to

16    say, and not just what one person had to say.  He didn't

17    want to just hear from the people that might agree with him

18    or the people that might disagree with him.  He wanted a

19    variety of perspectives.

20         And Ms. Tagoe went on.  She said, "The purpose was

21    really to keep abreast of what was going on with the

22    financial results and the risk exposure.

23         "That means to keep Mr. DeMarco informed of those

24    things.  Right?

25         "So we would look at the contents of the report.

1    We had many reports on financial results -- so it would be

2    monthly financial results.  It was just a way to keep

3    abreast -- you know, in an hour, get a quick snapshot of

4    what was going on with the enterprises' financial

5    performance every month."

6         Then she says, "Sometimes, Ed DeMarco in

7    particular, would use that as a forum to make sure that --

8    you know, different parts of the organization understood

9    what was going on with the enterprises and that, if there

10   was any follow-up needed, that particular division was going

11   to follow up on that issue."

12        So what that last one was saying, is not only was

13   Mr. DeMarco working to keep himself informed.  He was

14   working to make sure that everybody in the organization was

15   informed of the information that they needed to have to do

16   their jobs, and he made sure that he was informed of the

17   information that he needed to do his job.

18        So I would submit to you that the evidence is

19   clear.  Mr. DeMarco was in nearly-constant communication

20   about the relevant information with all of the relevant

21   people, his senior staff, the CEO of Fannie, the CEO of

22   Freddie, the boards of those two companies and the senior

23   people at Treasury.  He was gathering the relevant

24   information and that information was informing his thinking

25   and decision-making.

1          And that, members of the jury, is what a good

2     process is all about.  That's what we want from a process.

3     That's what we want from our leader and decision-makers,

4     that they are gathering information; that they are talking

5     to the people that they need to talk to; that they are

6     making sure that the people in their organization have the

7     information they need to do their jobs.  And that's how

8     Mr. DeMarco conducted himself.  And that's how he conducted

9     the business of FHFA.

10          So what does the evidence show about the

11     information that Mr. DeMarco had as that process moved

12     forward from the first week of January to its ultimate

13     conclusion on August 17th, 2012, with the signing of the

14     Third Amendment?

15          So let's go back to January of 2012.  Excuse me.

16     After the meeting in that first week of January there was a

17     follow-up meeting with Treasury on January 19th, 2012.

18          Can we get Slide 15, please?

19          So this is a meeting with Treasury in January of

20     2012.  And you can see from the agenda for this meeting it's

21     actually discussion -- it's talking points in advance of the

22     meeting for this discussion with Treasury Secretary

23     Geithner.

24          You can see that Mr. DeMarco raised the problem of

25     the cap; that was the first thing on his list.  He said,

1    "current agreement resets the Treasury funding cap based on

2    losses for the 3 years ending on December 31st, 2012."

3              Number one, is this cap that, under the current

4    agreement, that cap gets set on December 31st, 2012.

5              What else did he put on this agenda?  Number two,

6    "Some market participants have begun to raise questions

7    regarding whether this will be sufficient to justify

8    continued investment in enterprise securities."

9              That's what we are talking about.  We are talking

10   about the market concern about the cap.  And we're talking

11   about the concern that those investors will have, wondering

12   whether there will be enough, sufficient to justify

13   continued investment in enterprise securities.

14             And what this is saying is, Mr. DeMarco is putting

15   on the table right now, in January, his concern about the

16   market concern.  Because what happens if those investors

17   decide not to continue to invest in the mortgage-backed

18   securities?

19             Well, we know how the secondary mortgage market

20   works.  If those investors aren't investing in the

21   securities, that money doesn't flow back to the banks who

22   need that money to make mortgages and loans available for

23   people who want affordable loans to be able to keep

24   themselves in their houses and to be able to buy homes.

25             So -- and he refers to the stability of the

1   market.  He puts the topic on the table of amending the

2   PSPAs to add to the stability of the market.  And the --

3   consider PSPA changes, I just translated that into amending

4   the PSPAs.  Right?  So changing the PSPAs is to amend them.

5   He's already talking about making some amendment to the

6   PSPAs that will address this problem of the cap going into

7   place.  And more importantly, to address the question and

8   the issue of the concerns that market participants have

9   begun to raise.  So he's talking about this way back in

10  January.

11          He also pointed out -- I'm going to come back to

12  the periodic commitment fee later.  But he's also putting on

13  the table the periodic commitment -- let me back up one.

14  There's been a lot of talk that somehow there was no

15  discussion of circular draws.  Well, here it is.

16          "While FHFA projections show draws leveling off,

17  more adverse price paths and other operational changes at

18  the enterprises could lead to dividends eating into future

19  cap space."

20          And then the reference to the periodic commitment

21  fee.  "The periodic commitment fee has been waived."  That

22  is, Treasury has agreed not to change it to date, up til

23  now.  "But the settling of this fee could also impact the

24  near-term stability."  So he's questioning the periodic

25  commitment fee.

2643

1          So what other information was coming to

2     Mr. DeMarco in the early part of 2012?  Well, in February

3     both Fannie and Freddie filed their 10-Ks for 2011.  And

4     you'll recall these 10-Ks are annual security filings.  So

5     these filings that we are going to see in just a moment were

6     reporting on the financial picture up through December 31st,

7     2011.  They come out in the early part of 2012, in the case

8     of Fannie's, on February 29th, because it takes a while to

9     put them together.

10          Let's pull up Slide 16.

11          And before I talk about this, I'll just point out

12     to you that plaintiffs' counsel has not referred, at all, to

13     these securities filings.  He may well do that in his

14     rebuttal argument, but you didn't hear anything about them

15     yesterday.  I'm going to talk about them today.

16          So here is what Fannie Mae is saying in its

17     security filing about it's financial results for 2011 and

18     what it expects going forward in the future.  And they say,

19     "The prospective $11.7 billion annual --" that's in one

20     year, "-- dividend obligation exceeds our reported annual

21     net income for every year since our inception."  That's

22     1938.

23          And what they are they saying?  They are saying

24     the dividend obligation they anticipate for one year is more

25     than they ever made in any year since 1938; that's almost 75

1    years.

2          What else do they say?  They say, "As a result of

3    our draws, we do not expect to earn profits in excess of our

4    annual dividend obligation to Treasury for the indefinite

5    future."  And what does indefinite future mean?  It means,

6    as far as we can see, because we have to take these draws,

7    we don't expect to earn profits in excess of our annual

8    dividend obligation.  We don't expect to earn enough money

9    to pay the dividend obligation, which means we are going to

10   have to take a draw just to pay the dividend.  And that, of

11   course, as you know, is the very definition of a circular

12   draw.

13         Then the last thing it says is, "The substantial

14   dividend obligations and the potentially substantial

15   quarterly commitment fees."  And that's a reference to PCF.

16   And, again, I'm going to come back to this, but you heard

17   the plaintiff's expert say, Well, that would be zero.  Well,

18   that's not what Fannie thought.  Fannie thought it was

19   potentially substantial.

20         "-- coupled with our effective inability to pay

21   down draws, under the terms of the agreement, will continue

22   to strain our financial resources and have an adverse impact

23   on our results of operations, financial condition, liquidity

24   and net worth, both in the short and long term."

25         What does Freddie say in its 10-K?  Its report on

2645

1    2011?

2             Let's get number 17, please.

3             Freddie says, "Our annual dividend obligation on

4    the senior preferred stock --" that's the dividend to

5    Treasury, "-- exceeds our annual historical earnings in all

6    but one period."  So what they are saying is, if you look at

7    our entire history, in all but one quarter, the dividend

8    obligations exceeds our income.

9             Then they say, "It is unlikely that we will

10   regularly generate net income or comprehensive income, in

11   excess of our annual dividends payable to Treasury."  That

12   means they won't be able to pay the dividend without taking

13   a draw and bringing down, eroding the Treasury commitment.

14             "As a result, there is significant uncertainty as

15   to our long-term familiar stability."  Because we are going

16   to have to take these draws, we have real doubts about

17   whether we can hang in there financially.

18             So what else did Freddie say in their 2011 10-K?

19             Can I get 18?

20             They say, "We expect to request additional draws

21   under the purchase agreement in future periods.  Over time,

22   our dividend obligation to Treasury will increasingly drive

23   further draws."  Well, you know what that means.  You know

24   now that the way this works is, that when Freddie takes a

25   draw, that increases the amount that the next dividend is

1    based on.  So every time they take a draw to pay a dividend,

2    the next dividend is going to go up.  And that's what

3    Freddie is talking about in this filing with the Securities

4    and Exchange Commission.

5            Then it goes on to say, "Although we may

6    experience period-to-period variability in earnings and

7    comprehensive income --" what that means is there may be

8    quarters we are good, some quarters where we are not good.

9    Putting whatever that variability may be, "-- the conclusion

10   is it is unlikely that we will generate net income or

11   comprehensive income, in excess of our annual dividends

12   payable to Treasury over the long term."

13           There's that reference to the long term again.

14   And we know that's what Mr. DeMarco had to be concerned

15   about.  And, again, members of the jury, these security

16   filings are very, very serious documents.  They have to be

17   signed by senior executives.  All sorts of really bad things

18   can happen to them, if they don't follow the rules.

19           But there is something else about these security

20   filings; and that is, they send a message to the market.

21   These aren't secret filings.  These are completely public

22   documents.  Anybody can go onto the internet and press a

23   button and see these filings.  That means all of the market

24   participants are seeing Fannie and Freddie say, These

25   circular draws are a problem.  A big problem.  We don't even

1    know if we will be financially stable over the long term.

2    I've talked a lot to you about how important market

3    perception is and how important market perception was to

4    Mr. DeMarco.

5            I don't know what, if anything, plaintiffs'

6    counsel is going to say, if anything, about these security

7    filings.  We heard what Dr. Dharan said.  He said -- and I'm

8    paraphrasing.  You will recall his testimony.  And

9    whenever -- I think I can speak for Mr. Hume on this.

10   Whenever we talk about what the testimony was, you are the

11   people that decide what the witness has said.  And what we

12   are telling you today, and what we are putting on the

13   screen, is a guide to that.  Ultimately it is your

14   recollection, your memory of the testimony that matters.

15           I am going to paraphrase a little bit here, but

16   essentially what I heard Dr. Dharan trying to communicate

17   was, you know, don't pay a lot of attention to what's in

18   these filings.  Companies just throw in the kitchen sink.

19   There is this safe harbor so they don't have to worry.

20           I believe what he said was, as long  -- and when

21   he was confronted with the fact that the CEO and the CFO

22   sign on the dotted line on these things, he said, "As long

23   as you are doing your job in presenting them, they don't

24   have to be right."

25           Well, you know what, Dr. Dharan didn't have to

1    sign these 10-Ks, the senior executives did.  And you heard

2    from the senior executives who signed them.  You heard from

3    Susan McFarland, she was Fannie's CFO, Chief Financial

4    Officer when the 10-K was filed on February 9th, 2012.

5            My memory is failing me.  Yours will be much

6    better.  But my recollection is, yesterday in closing

7    argument, plaintiffs' counsel put up all kinds of emails

8    with chatter from Susan McFarland to other people at Fannie.

9    This isn't chatter.  This is Securities and Exchange

10   Commission.  Here's her testimony about it.

11           Can we get Slide 19?

12           So she was being asked about the filing that I

13   just put up on the board.  And she was asked about the

14   paragraph on the right.  The question is, "Okay.  Now, if

15   you look at what's on Page 21 --" and I'm going to skip a

16   little bit.  There's a statement, "We do not expect to earn

17   profits in excess of our annual dividend obligation to

18   Treasury for the indefinite future."  Then she was asked,

19   "Now, that was an accurate statement when it was made?"

20           And her answer was one word.  It was, "Yes."  She

21   didn't say, Well, it could have been accurate, but it was

22   forward-looking.  So long as I did the process right, I

23   didn't have to be right.  She didn't say, Well, maybe it was

24   accurate.  I don't really know.  My emails are really much

25   more important than what I sign my name to on and SEC

1    filing.  She didn't say any of that.  She said that it was

2    accurate to say, "We do not expect to earn profits in excess

3    of our annual dividend obligation to Treasury for the

4    indefinite future."

5            So whatever Dr. Dharan may have had to say about

6    safe harbors and forward-looking, this is Ms. McFarland

7    telling us that that was true, that it was true that Fannie

8    did not expect to earn those profits.

9            So let's take a look at another two.  Number 20.

10   Same thing.  "We expect to request additional draws."  "Was

11   that a true statement when it was made?"  "Yes."

12           Not, Well, sort of, it had to be right.  I had a

13   safe harbor.  I look at my emails, don't look at official

14   SEC filings.  One word.  "Yes."  It was a true statement

15   when it was made.

16           Let's look at 21.

17           And, again, she is asked about these statements.

18   She is asked if they are true and accurate and she says,

19   "Yes."  End of answer.

20           So what about Freddie's SEC filings at the end of

21   2011?  Mr. Kari, Mr. Ross Kari, was Freddie's CFO and he

22   signed Freddie's 2011 10-K.  And he was asked the same

23   question that Ms. McFarland was asked about the accuracy of

24   the statements in -- that she was asked about the Fannie

25   10-K.

1           And Mr. Kari gave the same answers.  And remember,

2      Mr. Kari -- that was one of the dramatic performances.

3      Someone was on the stand playing the part of Mr. Kari.

4      That's how you heard that testimony.  This is the testimony

5      that you heard, or at least some of it.

6           Let's get Slide 22.

7           So he was read -- the question is a quote from the

8      Freddie Mac 2011 10-K.  And the question was -- quoting the

9      10-K -- "We are required under the purchase agreement to pay

10      a quarterly commitment fee --"  that's the PCF, "-- which

11      could contribute to future draws, if the fee is not waived.

12      Treasury waived the fee, but it indicates it remained

13      committed to protecting taxpayers and ensuring our positive

14      earnings on return to taxpayers as compensation for their

15      investment.  The amount of the quarterly commitment fee has

16      not yet been established and could be substantial."

17           And, again, more on the PCF to follow.  But you'll

18      recall the testimony of plaintiffs' expert who said, No, it

19      was zero.  And this was the 10-K filed by Freddie, in which

20      they say, "it could be substantial."  He is asked, "Was that

21      your understanding at the time?"

22           And he says, "That's correct."

23           He doesn't say, That's what I signed but I didn't

24      really believe it.  He said [sic], That's what I signed, but

25      I didn't have to be right.  He was asked whether that filing

1    was his understanding at the time.  And he gave a

2    straightforward, unqualified answer, "That's correct."

3            So when Dr. Dharan gets up there and says, You

4    don't really need to put a lot of weight on those SEC

5    filings.  And if there's argument about that, you know from

6    the evidence, from the testimony of the people who actually

7    reviewed and signed those filings, that he's dead wrong.

8            What else was in the information mix in the first

9    quarter of 2012 from January 1st to March 31st?  Well, let's

10   look at Slide 23.

11           We submit to you, ladies and gentlemen, this is a

12   key piece of evidence.  This is an analyst report from

13   Deutsche Bank in March 2012.  And what are these analysts

14   saying?  They are saying that December 31st of this year

15   marks the scheduled end to unlimited U.S. Treasury support

16   for Fannie Mae and Freddie Mac.

17           And we know that's true, because we know that that

18   Second Amendment in December of 2009 -- remember the

19   commitment had gone from 200 billion for both enterprises to

20   400 billion, because 200 wasn't enough to calm the market.

21   Then it went to 400 billion, and that wasn't enough to calm

22   the market.  So in December of 2009, the Second Amendment

23   made the commitment unlimited until December 31st, 2012.  So

24   we know that's true.

25           And why is it important?  Because back in March,

1    this is the market.  This isn't Mr. DeMarco.  This is the

2    market saying, We've got our eye on that cap.

3          And then they point to Fannie and Freddie.  Both

4    Fannie Mae and Freddie Mac have subsequently said that the

5    need to pay dividends to Treasury creates, "significant

6    uncertainty about our long-term financial stability."  That

7    looks familiar, doesn't it?  You know where that came from?

8    That came from the 10-Ks that Fannie and Freddie had just

9    filed a few weeks before.

10         And Deutsche Bank isn't saying, Yeah, that's what

11   they said in their securities filings but there is a safe

12   harbor.  So long as they did the process, it doesn't have to

13   be right.  They're saying this is what Fannie and Freddie

14   have said.

15         Then they say, "That uncertainty puts both their

16   mortgage-backed securities and their debt at risk."  Then it

17   says, "For MBS investors --" for the investors in

18   mortgage-backed securities, for the people who are buying

19   those securities, that let's the money flow back to the

20   banks to support the secondary mortgage market, for those

21   investors diminishing Treasury support, drawing down the

22   commitment, "-- it raises the risk that the agencies one day

23   might face challenges in covering MBS losses."

24         That's exactly what we have been talking about.

25   This is the market saying that that guarantee may not be

1    around if Treasury -- if the Treasury commitment gets eroded

2    after December 31st of 2012.

3              We talked about how nobody has a crystal ball.  I

4    don't know if their ball was crystal but it wasn't bad.  It

5    says, "Look for Treasury and the agencies to restructure the

6    PSPA dividend after the November elections and for spreads

7    and liquidity to improve sharply."

8              They are predicting that there will be another

9    amendment; that will somehow solve this problem.  They don't

10   know how.  They are off on the timing, but they are

11   predicting that there will be an amendment because they

12   know, just like Mr. DeMarco knew, that the problem of the

13   cap was real.  And the problem of erosion of the Treasury

14   commitment was real.

15             So as he comes to the end of the first quarter of

16   2012, Mr. DeMarco is looking back on those 14 quarters of

17   negative net worth in the enterprises.

18             Can we get Slide 25?

19             So yesterday I put up from that Joint Statement of

20   Undisputed Fact a chart showing all the draws that Fannie

21   made from the end of '08 to the beginning of '12.  This is

22   about their net worth over that same period.  If it's red,

23   it's negative.  It means that liabilities exceeded assets.

24   And it means that a draw was necessary to bring Fannie back

25   up to the black line.

1          And you'll see that their net worth in every

2     single quarter -- every quarter, from 2008 -- the fourth

3     quarter of 2008, through and including the end of 2011, was

4     negative.  Then, as we all know, the first quarter of 2012

5     was barely in the green.  And then the second quarter of

6     2012 was a better performance.

7          What you can see, members of the jury, this isn't

8     consistent.  You can't look at one quarter or two quarters,

9     in this case more quarters than that and say, Well, I know

10    what happened last quarter.  So the same thing is going to

11    happen this quarter.

12         Here's an example of that.  Take a look at 2009.

13    Right?  Fourth quarter of 2008 to the fourth quarter of

14    2009.  Those red bars go way down.  But then look at 2010.

15    It gets better.  First quarter of 2010, not so much, but

16    second, third and fourth quarter.

17         If you are going through 2010 saying, Okay.  We've

18    turned a corner.  We are still in the red.  We still have to

19    take draws.  We still have negative net worth, but things

20    are getting better.  We are good to go.  Well, then 2011

21    hits.  And 2011 is a lot worse than 2010.  And that just

22    goes to show, members of the jury, how uncertain the future

23    can be.

24         So as he's coming into the end of the first

25    quarter, he's looking back on this history.  The GSEs at

1    that point have drawn almost $200 billion.  I think it's

2    $187.3 billion from the Treasury commitment since 2008.

3    He's got a recent stress scenario projection from Ms. Tagoe

4    and her team at FHFA.  Got that in October of 2011.  That

5    has the GSEs drawing $311 billion from the commitment by

6    2014, less than two years away, but after the December 31st

7    cap.

8         He's got Fannie and Freddie saying in their very

9    recent securities filings, that they don't expect to be able

10   to meet their dividend obligations over the long term.  He's

11   got concerns about market confidence in the GSEs.  And in

12   particular, concerns about whether the MBS investors are

13   going to hang in there.

14        He knows, and there is no dispute about this, that

15   as of the beginning of 2012, the company's operating capital

16   is coming entirely from the Treasury commitment.  You may

17   remember his testimony on that.

18        Can we get Slide 24?

19        Here's what he said, "entirely dependent on

20   taxpayer support."  And this is important, members of the

21   jury.  So that is a much different world than we were in, in

22   September and October of 2008.  A much different world.

23        So when Mr. Hume put up on the board, the screen,

24   that slide from the speech that Mr. DeMarco gave to that ABS

25   East Conference, way back in 2008, when he talked about

1    returning to shareholders.  Well, Mr. DeMarco is telling you

2    that 2012 is a very different world.  Nobody expected in

3    2008 that the GSEs were going to have to hit up that

4    commitment for nearly $200 billion.  Nobody expected that we

5    were going to have all of these very negative outcomes.

6          So now we are coming into the second quarter of

7    2012 and Fannie and Freddie file their 10-Qs, their

8    quarterly reports.  I am not going to dwell on these too

9    long because I am watching my clock here.

10          But if we go to Slide 25 -- I'm sorry.  Let's go

11    to Slide 26.

12          So we know that in the first quarter, we saw from

13    that chart that in the first quarter Fannie, for the first

14    time in three years, was reporting positive net worth.  Just

15    barely.  But positive net worth.  And that was good news.

16    And you heard Mr. DeMarco testify he was happy to hear it.

17    And that news, that good news about the first quarter, was

18    in the 10-Qs that Fannie and Freddie filed in May.

19          What did those first quarter 10-Qs tell the people

20    in the market?  What did they confirm for Mr. DeMarco?  What

21    did they say about what Fannie and Freddie thought was

22    coming down the pike in the future?  Here is what they said

23    in their May 9th filing.  "The aggregate preference remains

24    117.1 billion which means a dividend payment of 11.7.  And

25    even after this first good quarter, they are still saying,

1    "Although we may experience period-to-period volatility in

2    income, it may go up and down.  We do not expect to generate

3    net income or comprehensive income in excess of our dividend

4    obligation over the long term."  And that's what Mr. DeMarco

5    needs to be concerned about.

6             And they go on to say, "As a result of these

7    factors, there is significant uncertainty about our

8    long-term financial stability."  And this is another one,

9    members of the jury, that is signed and certified by

10   Ms. McFarland.

11            Can we see Slide 7?

12            Here is her accepting.  She said, "I certified it

13   as true and accurate."

14            Now go to Slide 28.

15            Again, she is asked about this statement, May of

16   2012, "Was it true?  Was it correct at the time it was

17   made?"  "Yes, it was a true statement at the time that it

18   was made."

19            And let's go to Slide 29.

20            Again, she's asked, "Was it correct to say that

21   Fannie will not generate net income or comprehensive income

22   in excess of the dividend over the long term?"  She says,

23   "Correct."  She doesn't say safe harbor.  She doesn't say it

24   has to be right.  She doesn't say we throw in the kitchen

25   sink.  She says, "Correct."

1           What about Freddie?  What did they say in the

2    first quarter?

3           Slide 30.

4           They are saying the same thing.  Don't expect to

5    be able to cover it.  Expect to make draws.  Dependent on

6    the continued support of Treasury and FHFA in order to

7    continue operating our business.  Not, We still have all of

8    this shareholder money.  We are operating based solely on

9    the continued support of Treasury and FHFA.

10          So this is some of the information that

11   Mr. DeMarco is getting.  It's going into the mix with all

12   the other information that he's getting.  And these are the

13   facts that he knew at the time.  They are the facts he's

14   considering as December 31st gets closer and closer.  He

15   also gets some more information from the mix later in May.

16          You heard testimony about a forecast that Freddie

17   did, dated May 22nd, 2012.  And Dr. Dharan testified about

18   it as well.

19          Can we get Slide 51?  Actually, Slide 31.  I'm

20   sorry.

21          So this is the May projection from Freddie.

22   "Projected cumulative Treasury draws include a range of

23   scenarios including the stress case, is between 71 and 194

24   billion."

25          So what this is saying is that Freddie's stress

1    case scenario -- and you will recall, that's the one that

2    Mr. Layton and Mr. DeMarco said is the one that we have to

3    be concerned about -- is $194 billion.  That's Freddie alone

4    for 2014.

5            And let me just pause here for a moment, ladies

6    and gentlemen -- members of the jury, because the question

7    is not whether the commitment would be drawn down to zero.

8    The markets are concerned, and indeed they panic long before

9    the commitment gets eroded to zero.

10           You saw that in 2009 there were hundreds of

11   billions of dollars left on the commitment, but the market

12   was concerned about the long term.  So when we talk about a

13   $194 billion draw, just by Freddie through 2014, as that

14   stress case scenario would have it, that is exactly the

15   threat to investor confidence that is posing such a huge

16   problem for the housing market.

17           So -- and let's now go to, real quick, so Slide

18   51.

19           So this projection gets updated in August.  And

20   Dr. Dharan testified about it yesterday in the rebuttal

21   case.  And he said -- he agreed that the, "Freddie Mac

22   official forecast stress case was showing $40 billion per

23   year in Treasury draws for three years."  And he said,

24   "Yes."

25           And then he testified that based on Freddie Mac's

1       forecast, their stress case, at the end of 2015, there would

2       only be $32 billion left available to Freddie Mac out of the

3       Treasury commitment.  And you know, members of the jury,

4       that the market would have fled, run away from these

5       mortgage-backed securities long before it gets down to $32

6       billion.

7              So now we are in the summer of 2012, and

8       Mr. DeMarco is continuing to gather information, and he's

9       also continuing to meet with Treasury.  The process that

10      started back in January is moving forward and picking up

11      steam.  And from those early meetings he is talking about

12      the problem of the circular draw and the problem of eroding

13      the commitment.

14             You learn they had one of those discussions at a

15      meeting in late June of 2012; and that was a meeting with

16      the Secretary of the Treasury at the time, Mr. Geithner, and

17      a staff person named Mary Miller and Mr. DeMarco.

18             Now, let's pull up 205, PX-205.  Okay.

19             This is the document that plaintiffs' counsel says

20      is the most important document or one of the most important

21      documents in the case.  I can't read that so bear with me a

22      second.  So let's take a look at this.  This is an email.

23      Right?  It's an email.  It's not a transcript.  It wasn't

24      word for word.  There aren't any actual quotes or quotation

25      marks in this document.  And the email says that it is an

1    overview of the essence of a discussion.  It's not supposed

2    to be a precise record of everything that was said.

3           But here's the thing, the people at that meeting

4    are Secretary Geithner, Ms. Miller and Mr. DeMarco.  This

5    email wasn't written by Mr. Geithner, Ms. Miller.  And it

6    certainly wasn't written by Mr. DeMarco.  It was written by

7    someone named Michael Stegman, who is another staff person

8    at Treasury.

9           Here's the thing, Mr. Stegman wasn't at the

10   meeting.  He didn't hear a single word of the discussion.

11   He didn't hear a single word of what Mr. DeMarco said.  He

12   doesn't -- it doesn't even say -- it says that, "the

13   Secretary provided an overview of his in your previous day's

14   meeting."  Meaning -- for what it is worth, members of the

15   jury, he doesn't even say the Secretary provided it to him.

16   Even if he did, the whole thing is a bit odd.

17          According to this email, Secretary Geithner is

18   providing an overview to a staffer to write an email to

19   someone else who was actually at the meeting.  And it starts

20   out odd.  I mean, look at the subject line, "FHFA related

21   discussion at June 25 morning meeting."  The date of the

22   email is June 25.  But then it says, "It's an overview of

23   your previous day's meeting."

24          Not a big deal, ladies and gentlemen, just to show

25   it was not an attempt to write down with great precision

1    every word captured in a transcript.  It doesn't really

2    matter.  Because let's look at what actually was said and

3    what the plaintiffs have made so much of.

4         It says, "Since the Secretary raised the

5    possibility of a PR covenant, DeMarco no longer sees the

6    urgency of amending PSPAs this year."  Well, it's hard to

7    know if that was something Mr. DeMarco said or someone

8    else's opinion of what Mr. DeMarco saw.  And the email goes

9    on to say that Mr. DeMarco, "raised two competing reasons."

10   Like, contradictory reasons.  And that's odd too.  Why would

11   Mr. DeMarco say two contradictory things?

12        In any event, it goes on to say that the first

13   reason is, "the GSEs will be generating large revenues over

14   the coming years, thereby enabling them to pay the 10

15   percent annual dividend well into the future, even with the

16   caps."

17        Well, um, the evidence has showed you, members of

18   the jury, that Mr. DeMarco said no such thing.  And what was

19   that evidence?  Well, first of all, you have the sworn

20   testimony of Mr. DeMarco, sitting in that witness stand, who

21   told you that's certainly not what he thought, and it's not

22   what he said.

23        Now, there's a lot of back-and-forth between

24   Mr. Hume and Mr. DeMarco about the difference between, Well,

25   I don't remember saying that and I didn't say that.  Well,

1    you heard Mr. DeMarco.  He told you he didn't say it.  I

2    want to pause here for a minute because you've heard the

3    plaintiffs attack the credibility, the believability and the

4    integrity of Mr. DeMarco throughout this trial.  You heard

5    it yesterday, and you may hear more of it today.

6          But plaintiffs' counsel doesn't decide who is

7    believable and credible.  I don't decide who's believable

8    and credible.  His Honor is going to tell you that you are

9    the sole judges of the credibility, the believability of the

10   witnesses.  You will be the judge.

11         We submit to you that the evidence in this trial

12   has shown you that Mr. DeMarco is a person of honor and

13   integrity.  He is not a political rogue, a political agent,

14   a political hack, pursuing some agenda.  He served this

15   country for nearly 30 years, and he served under presidents

16   from Ronald Reagan to President Obama.  And we submit to you

17   that the evidence has shown you that every step of the way,

18   he did not only what he thought was reasonable but what he

19   thought was right.

20         So I'm not going to argue about his credibility.

21   I'm going to leave it to you to decide based on the

22   testimony you heard from him and everything you learned

23   about Mr. DeMarco, whether you think he got up on this

24   witness stand and lied to you through his teeth.

25         And we submit, members of the jury, that that's

2664

1    not what the evidence showed at all; that the evidence

2    showed you that Mr. DeMarco was telling you the truth.  Not

3    just about this but in response to every question he was

4    asked.  Doing his best to tell you the truth, the whole

5    truth and nothing but the truth; and that's what he did.

6          So you know from his testimony that he didn't say

7    this.  And you also know from the rest of the testimony that

8    he wouldn't have said this.  You know that he had made

9    clear, starting back in January, that he was worried about

10   circular draws.  And you know that he reiterated that

11   concern over and over.

12         It's also -- what they are quoting from here is

13   also not consistent with the plaintiffs' very own theory.

14   Because, you remember, the plaintiffs are arguing that

15   Mr. DeMarco knew things were getting better, so that made

16   him in a really big rush -- I think was the phrase.  Because

17   he knew things were getting better in 2012, he was in a

18   really big rush to get the Third Amendment done.

19         Well, if he was in such a big rush, this is not

20   something he would ever have said.  And he was in a rush.

21   He was in a rush because that cap was coming.  So this

22   document that the plaintiffs say is the most important thing

23   in the case, we would respectfully submit to you is not

24   worth a whole lot more than the paper it's printed on.

25         So -- I was talking before about market

2665

1    confidence.  And what was Mr. DeMarco hearing about that in

2    the summer of 2012?  Well, you heard Mr. Layton's testimony.

3              Let's get Slide 32.

4              So I'm not going to read this whole thing to you,

5    but the key parts of this testimony -- bear with me and my

6    aging eyes.  He said, We had known earlier in the summer

7    there was an issue to be addressed that was concerning to

8    the markets, which was extremely important to resolve.  That

9    issue is that the amount available to Freddie was unlimited.

10   But by its terms, it was going to be limited near year end

11   by a formula.  And because of the expectations of the

12   earnings was that from time to time, maybe in a downturn,

13   have a lot of draws, that it would use up the limited

14   amount, leaving two small amounts to maintain the market's

15   confidence that the government was behind our credit-quality

16   guarantee of the MBS," that's Mr. Layton.  That's not

17   Mr. DeMarco.  That's Mr. Layton corroborating and confirming

18   what Mr. DeMarco said.

19             Here is the most important part of this.  "How did

20   that concern manifest itself?  How did you know about that

21   concern?"  Here is what he says, "Relatively soon into my

22   tenure, which started in May of 2012, so I am estimating

23   sometime in June, I was asked to join a meeting that was

24   going on with a delegation from one of the major mortgage

25   securities dealers, where that was why they were coming to

1    tell us about their seeing this problem.  And this was

2    highly concerning to them because it could lead to a real

3    financeability issue, as well as losses to them, obviously."

4    And he identifies the group as Credit Suisse.

5           So this is the investors themselves saying that

6    summer that they had a concern.  And he's asked whether

7    somebody from FHFA was there.  He says, "No."  But he also

8    says, "I was told at the time that they were talking to us

9    about their concern, Freddie Mac, and making rounds in

10   Washington, telling all of the interested parties.  So I am

11   under the impression they visited with Fannie Mae and FHFA

12   and Treasury.  They left me with that impression."

13          That's how you know, members of the jury, that the

14   circular draw and the problem of erosion is not just a plot

15   by Mr. DeMarco or a figment of his imagination.  This is

16   Mr. Layton.  This is Credit Suisse.  This is the entire

17   market expressing these concerns.

18          And it wasn't just these witnesses you heard on

19   this, members of the jury.  You heard testimony from a lot

20   of people who were actually involved in all of this as it

21   was happening.  Not experts.  Not plaintiffs' experts.  Not

22   defendants' experts, but people who were involved.  You

23   heard from Mr. DeMarco.  You heard from Mr. Mayopoulos and

24   Mr. Layton.  You heard from the CFOs of Fannie and Freddie,

25   Ms. McFarland and Mr. Kari.  You heard from FHFA's chief

1    accountant, Mr. Satriano and from Ms. Tagoe, herself, who is

2    in charge of the financial projections.  You heard from the

3    plaintiffs' class representatives.  And you heard from

4    Mr. Linekin, from the Berkeley Insurance Group.

5         And not a single one of those witnesses, members

6    of the jury, not a single one, told you that sitting there

7    in the summer of 2012 that circular draws weren't a problem.

8    Not a single one of those witnesses told you, sitting there

9    in the summer of 2012, that there wasn't a threat that the

10   Treasury commitment would be eroded after the cap hit.

11        The only witness who told you that circular draws

12   weren't a concern, the only witness who told you there

13   wasn't a threat that the Treasury commitment wouldn't be

14   eroded was Mr. Dharan.  I'm going to say a few more things

15   about him in just a few more minutes.

16        For now I just want to point out that all of the

17   other witnesses that you heard from -- none of the other

18   witnesses you heard from said that erosion was not a

19   problem.

20        And when plaintiffs' counsel in his argument

21   yesterday and perhaps today says, Well, that was just a

22   ploy, that circular draws weren't the real reason.  You'll

23   know that that argument is way off base.  And one of the

24   pieces of evidence that Mr. Hume points to on this is

25   Plaintiffs' Exhibit 259.

1          And can we get that?

2          So this is the email from -- hold on one second.

3    This is the email to Mr. Satriano, FHFA's chief accountant.

4    You heard from someone named Jim Griffin.  In the email

5    Mr. Griffin tells Mr. Satriano that the Third Amendment, "is

6    designed to demonstrate wind down."

7          Plaintiffs have tried to make this out to be some

8    proof of some plot to wipe out the enterprises or shut them

9    down altogether.  Looking at the phrase, "wind them down."

10          Well, you heard Mr. Satriano's testimony.  We

11   asked him, point blank, "Did you understand this to mean to

12   shutting down the companies altogether?"  And what did

13   Mr. Satriano say?  "Not at all."

14          As you've heard from the evidence, and as

15   Mr. Satriano explained, the Third Amendment had two

16   components:  The net worth sweep and something called the

17   accelerated reduction or wind down of the enterprises'

18   retained mortgage portfolios.

19          I'm not going to get into that now, but that was

20   another part of the Third Amendment that had nothing to do

21   with the net worth sweep.  It's not being challenged by the

22   plaintiffs.  It's completely innocuous.

23          Mr. Satriano explained that he understood that

24   Mr. Griffin was referring to the accelerated reduction in

25   the retained portfolio; that is, that the Third Amendment

1    was designed to demonstrate the accelerated reduction or

2    wind down of those portfolios.

3              In fact, the Third Amendment included that

4    reduction in the retained mortgage portfolios, and that is

5    the wind-down that is the subject of this email; that's it.

6    Not exactly a smoking gun.  Not in the slightest.

7              And it wasn't just Mr. Griffin, who referred to

8    this other piece of the Third Amendment as wind down.  You

9    heard that from the plaintiffs' own expert, Mr. Mason.

10             Now I want to talk about a document that got a lot

11   of air time in the trial; and that relates to the July 9th,

12   Fannie Mae executive management committee meeting.  And the

13   purpose of that meeting was for the Fannie executives to get

14   ready for a meeting that they were going to have on July

15   19th with the board of Fannie Mae.

16             And as part of that meeting, the Fannie Mae

17   Executive Committee reviewed a slide deck that was going to

18   be used at the board meeting.  And you know from

19   Mr. Martin's email to Mr. DeMarco and others at FHFA that at

20   the July 9th meeting, the internal management meeting, Dave

21   Benson, Executive Vice President for capital markets at

22   Fannie, walked the group through a slide deck.  And, at

23   least according to Mr. Martin's email, Mr. Benson referred

24   to the next eight years, 2012 to 2020, as the "golden years

25   of GSE earnings."  And you heard that phrase a lot.

1           So can we get PX-213?

2           So this is the email -- and you will see the

3    reference to the golden years in this email.

4           Now let's go -- the slide deck included one

5    particular page that came up a lot in the testimony; and

6    that page had a 10-and-a-half-year projection for Fannie and

7    a 10-and-a-half-year projection for Freddie.

8           Can we get Page 20 of PX-213, please?

9           First, it is clear from Dr. Dharan's testimony,

10   even though he relied on these projections he didn't do

11   projections of his own for purposes of his testimony.  He

12   didn't do anything to verify or not verify what is in the

13   slide that Mr. Benson created or at least that Mr. Benson

14   recited at that meeting.

15          Instead, many, if not most, of Dr. Dharan's

16   opinions about the reasonableness of the net worth sweep are

17   based solely on Mr. Benson's projections.  He testified that

18   he was, "using the numbers that Mr. Benson was projecting."

19          And make no mistake about it, members of the jury,

20   if you have reasons to doubt Mr. Benson's projections, if

21   you can't put weight on those projections, you can't put

22   weight on Dr. Dharan's testimony about them.

23          The second point is this:  Mr. Benson put a

24   projection on that slide for Freddie Mac, but he didn't work

25   at Freddie Mac.  He didn't talk to anybody at Freddie Mac

1    when he was putting this slide together.  He didn't ask

2    Freddie Mac to review it to see if they agreed with it.  In

3    fact, we know from the evidence that Freddie Mac wouldn't

4    have agreed with it, because you heard the testimony of

5    Mr. Layton.

6                 Can I get Slide 33, please?

7                 He told you that any projection, "past three

8    years," would be highly unusual, except for a specific

9    purpose.  He said that the longest projection that Freddie

10   ever did was three to five years.  Of course, the further

11   out you get, the more uncertain the projection is.  So

12   that's all you really need to know to basically throw out

13   the Freddie part of the projection on the bottom of the

14   slide.

15                What about the Fannie part?  How do you know you

16   can't rely on that part of the projection either?  Well, you

17   know that from the sworn testimony of the witnesses.  And

18   I'm not talking about the expert witnesses.  I'm talking

19   about the guy who actually put the projections together.

20   I'm talking about Mr. Benson himself.  His testimony is how

21   you know that you can't rely on these projections.  His

22   testimony is how you know that Dr. Dharan's opinions are

23   based on a house of cards.  His testimony is how you know

24   that you can't put any weight on the projections from that

25   slide deck.  And what was that testimony?  Here's what he

1      said.

2            Can we get Slide 34?

3            This is Mr. Benson talking about those

4      projections.  "You've asked if it was the best estimate.  It

5      wasn't -- the purpose of this wasn't necessarily to go

6      through the kind of rigor that one would typically go

7      through, in terms of the way we would do our official

8      forecast.  This was more of a -- call it an unofficial,

9      long-term forecast, which by the way is not usual for us to

10     do a 10-year forecast.  This was more of a -- call it an

11     unofficial, long-term forecast, which by the way is not

12     usual -- same testimony -- that is outside the bounds of

13     what we would typically do for our own purposes."

14           So it's no wonder, ladies and gentlemen, that

15     Mr. Mayopoulos, Fannie's CEO, in this very same exhibit

16     said, after he heard those projections at the meeting that

17     he wondered, "Whether the board might question the

18     credibility, the believability of Mr. Benson's projections."

19     And that's the horse that Dr. Dharan wants to ride to

20     convince you that what Mr. DeMarco did at FHFA wasn't

21     reasonable.

22           Based on Mr. Benson's own sworn testimony, members

23     of the jury, we respectfully submit to you, you can't rely

24     on Mr. Benson's projections, and you can't rely on

25     Dr. Dharan's testimony about those projections.

1          I want to point out two more things quickly about

2     this projection.  Based on his own testimony, you know it

3     doesn't deserve any weight.  But even if it did --

4          Can we go back to PX-213, the projections

5     themselves?  I'm going --

6          So if you look at this slide -- I'm not going to

7     go through all of this now, because I'm running out of time.

8     The top line is income.  The next line is the payment.  So

9     whenever the income is less than the payment, that means

10    that Fannie can't cover the payment.  Right?  It means they

11    have to take -- it means they have negative net worth, and

12    it means -- it may mean they have to take a draw.  And I'm

13    going to show you what I mean.

14         So, 2013, income is less than dividend payment.

15    They will have to take a draw.  Residual equity is zero.

16    I'm not going to go into all of the details of this.  The

17    evidence has shown that when it says residual equity is zero

18    it means that there is a negative net -- I'm sorry.

19    Negative net worth, 7.4 is lower than 11.8, and the zero

20    means they have to take a draw.  Negative net worth, 11 is

21    less than 12.1, zero means they have to take a draw.

22    Sometimes there is negative net worth, like in 2019, 11.6 is

23    less than 12.1, but because this is more than zero, it means

24    they don't have to take a draw.

25         So let me just summarize what you will be able to

1   figure out from yourselves from this, and that is that even

2   in Mr. Benson's golden years, for the 10 years from 2013 to

3   the end of that chart, in 6 out of 10 of those years, there

4   was negative net worth.  And in 4 out of those 10 years,

5   Fannie had to say take a circular draw.  As Mr. Attari put

6   it, members of the jury, if that's golden, he would hate to

7   see what bad looks like.

8           One other thing about the chart, you will see at

9   the bottom the reference to Moody's.  I want you to put that

10  away for a minute because we are going to come back to that

11  in a minute.  But the bottom line is that Mr. Benson told

12  you himself what these projections were worth and that's not

13  very much.

14          So now we are coming to the end.  We are in August

15  of 2012.  And on August 8th, Fannie makes another SEC filing

16  for the period ending June 30th.  Again, signed and

17  certified by the CEO and the CFO.  And I'm not going to put

18  all of these up.  I am going to describe them to you.  You

19  will have them in evidence.  Actually, I am going to put

20  them up, but I'm not going to read the whole thing.

21          Can I get 35?

22          Fannie.  Good news again.  Positive net worth in

23  the second quarter.  But they are still saying that they

24  expect future draws, to take future draws.  They are still

25  saying they don't expect to generate enough income to pay

1    their dividends.  And that is the same thing that Freddie

2    was saying in their securities filing.

3              So you know from that evidence, the key phrase

4    here is "over the long term."  Because you know that from

5    Mr. DeMarco's testimony, that to fulfill his responsibility

6    to protect the public interest, protecting the Treasury

7    commitment over the long term was the whole ballgame.  And

8    you also heard more evidence that the market didn't have

9    confidence in Fannie and Freddie.  Remember, I just referred

10   to Moody's?

11             Can we get number 38, please?

12             So here is what Moody's is saying.  In the market,

13   in August of 2012, "Return to profitability is fleeting.

14   Yeah, they had a couple good quarters, but we believe the

15   ultimate path remains unchanged.  They will deplete their

16   capital bases because the dividends that they'll have to

17   pay, will be greater than their earnings and after December

18   31st, that means that the cap is going to erode."  So the

19   time has come for Mr. DeMarco.

20             Actually, one more, please.  Slide 51.

21             This is what Freddie is saying -- I'm sorry.  We

22   looked at this before.  This is what Freddie is saying in

23   August about the erosion of the commitment.  So we can pass

24   over that one now.

25             So as I just said, the time has come for

1    Mr. DeMarco.  He has to act.  He has to act to protect the

2    public interest.  The interest of the American taxpayers,

3    who have made literally hundreds of billions of dollars

4    available to Fannie and Freddie and saved them from going

5    under.

6             And what he did, members of the jury, what he did

7    to protect the public interest was completely reasonable.

8    And before I close up, I want to touch on two topics that

9    plaintiffs' counsel talked about yesterday and that you

10   heard about during the trial.

11            The first topic is the DTAs or deferred tax

12   assets.  And that was the paper write-up of some $70 billion

13   that happened in 2013, after the Third Amendment was

14   executed.  Plaintiffs' counsel has suggested that FHFA knew

15   that was coming or should have known it was coming.  But you

16   heard the testimony of FHFA's chief accountant, and you

17   heard them testify that at the most recent quarterly review

18   that he had had with Ms. McFarland about these DTAs, Fannie

19   Mae had concluded that the DTA would not be written up; and

20   that's what she communicated.  Because Fannie Mae didn't

21   expect to have enough income to even owe taxes.

22            So the bottom line is that you know from the

23   evidence that Mr. Satriano and FHFA knew that Fannie had

24   decided not to write up the DTA, based on that quarterly

25   review.  In any event, the DTA write up is a one-shot deal

1        with the benefits fading over time.  It is not a long-term

2        solution.

3                  The other topic I want to touch on very briefly is

4        the PCF.

5                  Can we get number 40, please?

6                  So this is a periodic commitment fee.  We know

7        under the terms of the original deal, Treasury could, if

8        they wanted to, charge this PCF in every quarter.  But we

9        also know from the evidence that every quarter they waived

10       the fee.  They said, We are not going to collect it.

11                 But they said -- they gave a reason.  They said,

12       "We waive --" Second paragraph.  "Treasury takes this step

13       due to the continued fragility of the mortgage market, and

14       the belief that the imposition of the PCF at this time would

15       not fulfill its intended purpose of generating increased

16       compensation to the American taxpayer."

17                 But they say, "Treasury will reevaluate the

18       situation during the next calendar quarter, to determine

19       whether the PCF should then be set.  Treasury remains

20       committed to protecting taxpayers and ensuring the positive

21       earnings of the enterprises are returned to taxpayers as

22       compensation for their investment."

23                 Well, what is this telling you?  This is telling

24       you that Treasury is still holding that PCF out there.  And

25       this is in June of 2012.

1    You heard professor -- Ms. Tagoe tell you that the
2    PCF should be zero.  The reason the PCF should be zero is
3    because of this all-in approach.  I'm just going to say a
4    few things about that.  And the first one is, Treasury
5    didn't think it was going to be zero.  Treasury didn't say,
6    You know, we've read all of Freddie Mac's books.  We get it.
7    It should be all in.  We are not just waiving this quarter.
8    It's a zero.  Don't worry about it.  You'll never hear from
9    us again.

10    That's not what they say.  They say, We are not
11    going to charge it this quarter because we don't think it
12    can be paid, but we are reserving the right we have under
13    the contract to charge it in future quarters.

14    Mr. Tucker went after Mr. Attari -- Dr. Attari's
15    on Dr. Attari's approach.  He didn't use the all-in
16    approach.  Well, one reason that Mr. Attari might not have
17    used the all-in approach was, that's not what is in the
18    contract.  In the original PSPA, the dividends are return on
19    investment, and the periodic commitment fee is the fee for
20    making the money available.

21    But, in any event, the PCF is not the main event.
22    The main event was the circular draws.  If that continued to
23    happen, the commitment would erode after the cap set in,
24    putting Fannie and Freddie at risk, and with them the entire
25    economy.

1          So now Mr. DeMarco has to act.  He has to act to

2     protect the public interest.  Not to maximize profits.  Not

3     to act in the financial interest of the shareholder, but to

4     do what he's authorized and required to do under the law, to

5     protect the interests of the public and to fulfill FHFA's

6     public mission.

7          And you've learned from the evidence, members of

8     the jury, that Mr. DeMarco couldn't afford to take chances

9     with the fate of the housing market hanging in the balance.

10    And he's looking back at a long history of acute distress

11    for Fannie and Freddie.  Before the first two quarters of

12    2012, years of operating in the red, having to draw down

13    every quarter on the commitment and having to draw down to

14    pay the dividend, which just got bigger and bigger with

15    every draw.

16         So the plaintiffs have tried to make a big deal of

17    how Mr. DeMarco should have concluded from the

18    barely-positive first quarters of 2012, that the GSEs had

19    turned the corner; that a roaring recovery was on the way;

20    that the golden years were coming.

21         You heard Ms. Tagoe's testimony.  It was her job

22    to make projections at FHFA.  And this was her testimony.

23         Can we get Slide 41?

24         She says that, "the inflection point is best seen

25    in hindsight.  Sure, we know now that it was an inflection

1    point, but we didn't know then in the second quarter, in

2    August of 2012."

3         She says, "It wasn't clear if we were going to go

4    into a double-dip recession scenario."  That's when things

5    get better, they get worse, they get better, but then they

6    get worse again.  "We didn't know if we would hit bottom or

7    if this was a temporary slip."

8         We also heard from Mr. DeMarco, most importantly.

9         Can we get Slide 42?

10        He knew how quickly things could go bad.  He said,

11   "Fannie and Freddie Mac, between them, entered into 2008

12   with 70 billion dollars of capital.  And a year later, they

13   were both drawing from the Treasury of the United States."

14   That was front and center for Mr. DeMarco.

15        He had to be concerned about the long term.  And

16   why?  It's simple math.  These investors in the

17   mortgage-backed securities are investing in these securities

18   based on the life of a mortgage.  And the most common

19   mortgage was 30 years.

20        So they had to be confident that this Treasury

21   commitment was going to stand behind those mortgage-backed

22   securities.  Not for a couple of quarters, not for a couple

23   of years but for 30 years.  They had to be confident about

24   the long term.  So Mr. DeMarco had to be thinking about the

25   long term and protecting for the long term.

1          And he doesn't have the luxury of time.  He

2     doesn't have a crystal ball.  He doesn't have hindsight.

3     The cap is going to be imposed in less than 150 days.  And

4     once that cap hit, it couldn't be changed by any amendment.

5          So it boiled down to this:  The risk to the GSEs,

6     to the housing market and the economy, from the potential

7     erosion of the commitment, was so great.  It was so -- the

8     future was so uncertain.  Mr. DeMarco decided that he needed

9     to eliminate that risk entirely.  He needed to take it down

10    to zero.  And that's exactly what the Third Amendment did

11    and the net worth sweep accomplished.

12         And to be very clear, members of the jury, this

13    isn't all upside for the Treasury Department.  The American

14    taxpayers were taking a tremendous risk because, yes, if the

15    income exceeded the 10 percent under the net worth sweep,

16    Treasury would get that excess.  There's no debate about

17    that.  There's also no debate that the plaintiffs are not

18    claiming as damages that number.  They are claiming as

19    damages something completely different based on the stock

20    price drop.

21         But it's certainly true that the upside went to

22    Treasury.  But it's also true that the downside risk also

23    went to Treasury and the American taxpayer.  So in a year

24    where $11.7 billion was the amount that Fannie would owe on

25    a dividend.  If Fannie had $100, that's all they had to pay.

 1   They didn't owe the rest.  That was it.  The dividend was

 2   $100, even though it should have been 11.7 billion.

 3          So, no.  No one could predict the future.  No one

 4   knew how things were going to turn out, but everybody knew

 5   the risk that Treasury and the American taxpayers were

 6   making under the net worth sweep.

 7          So we submit to you, members of the jury, that

 8   taking into account all of the information that Mr. DeMarco

 9   had and all of the information he didn't have, that decision

10   was completely reasonable.

11          Now, the ultimate decision on the question belongs

12   to you and you alone, as members of the jury.  And His Honor

13   is going to give you some guidance on how to think of

14   reasonableness.

15          I want to make a few suggestions and go back to

16   something I said earlier in my remarks; and that is, one way

17   to assess whether an action is reasonable is to assess

18   whether it fulfilled its goal.  And there's no question,

19   members of the jury, that this action fulfilled the goals of

20   the conservatorship, as they were set forth in those

21   documents that you saw.  The goal of the conservatorship to

22   restore confidence in the company, enhance its capacity,

23   fulfill its public mission and mitigate the systemic risk.

24          The question is, Did Mr. DeMarco's action solve

25   that problem?  It certainly did.  The answer is clearly,

1    Yes.  Because Mr. DeMarco said he wanted to make sure that

2    there wouldn't be any erosion of the commitment; and that

3    was accomplished by the net worth sweep.  And that investor

4    confidence would be restored; and that's exactly what

5    happened.

6          You know that from Dr. Attari, who explained to

7    you how his bond event study demonstrated that investor

8    confidence was restored by agreement to the net worth sweep.

9    You also heard about the analyst reports that he relied on

10   to give his opinion.  And you know that that opinion had a

11   sound and solid basis based on those analyst reports.

12         Can we see Slide 47?

13         Here's an analyst report that came out the very

14   day of the net worth sweep.  It says, "The change to

15   payments stops the downward spiral.  Under the old plan,

16   GSEs were not generating enough cash to pay.  This year's

17   dividend payment would have been 12.  Under the old rules,

18   the GSEs were going to have to borrow money every year to

19   make the dividend payment, rapidly pushing them toward the

20   limit.  We think Fannie might have hit the limit.  We think

21   the commitment might have been gone by 2012.  Under the new

22   rules, under the net worth sweep, the rule won't entirely

23   stop, but it will be very, very slow.  Accordingly, the

24   timeframe for either GSE to hit the limit should shift from

25   several years to something measured in decades, and that is

2684

1        what gave the investors confidence."

2                    There is another report that Dr. Attari relied on

3        for his opinion, that supports his opinion.

4                    Can we get number 48?

5                    So, again, after the net worth sweep, this is what

6        he's relying on.  "This was down --" done, that should be,

7        "-- to end the perverse cycle of the circular draw,

8        enterprises borrowing more from Treasury to pay.  It means

9        they will be on a stronger financial footing.  This should

10       calm debt investors, as the fear was that Fannie and

11       Freddie, without the earnings from ever-shrinking retained

12       portfolios, would find making the Treasury dividend payments

13        challenging."  And that reference to the ever-shrinking

14       retained portfolios, is a reference to the other part of the

15       Third Amendment, the wind down.

16                   So we can see almost from the minute the net worth

17       sweep was announced, Dr. Attari's opinion was that the

18       market breathed a sigh of relief; and that opinion was

19       supported by what he relied on.  And that was because the

20       market knew, in his opinion, that the threat of erosion to

21       the Treasury commitment had been completely eliminated by

22       Mr. DeMarco's decision to agree to the net worth sweep.

23                   You also heard from Mr. Mayopoulos -- I'm not

24       going to take the time to put this up -- but he told you

25       that he thought that the Third Amendment was in line with

1   what he thought was within the range of possibilities for

2   dealing with the circular draw problem.  You heard from

3   Mr. Kari who told you he thought the net worth sweep

4   simplified the process.

5           So I submit to you, members of the jury, that what

6   Mr. DeMarco did in agreeing to the net worth sweep solved

7   the problem that it was intended to solve.  And because it

8   did that, it was reasonable.

9           Just a few more thoughts, as you consider whether

10  the plaintiffs have net their burden of proof.  The first

11  one is this:  The question for you is whether the plaintiffs

12  have proved by a preponderance of the evidence that

13  Mr. DeMarco acted unreasonably.

14          The question is not whether in hindsight other

15  actions might also have solved the problem.  Just because

16  there is one action that solves the problem that is

17  reasonable, doesn't mean there aren't others.  And just

18  because other actions might have solved the problem, doesn't

19  mean that the one that Mr. DeMarco chose wasn't reasonable.

20  Reasonable doesn't mean perfect.  It doesn't even mean best.

21          So the question for you is not whether the net

22  worth sweep was the only way to solve the problem.  The

23  question is whether it was a way, reasonably, to solve the

24  problem of circular draws and to protect the public

25  interest.

1          That said, I'd like to touch just briefly on the

2     question of alternatives that plaintiffs' counsel has made

3     much of.  And I'll talk about two of them in particular.

4     One is this 12 percent payment in kind, instead of 10

5     percent.  And you heard that Mr. DeMarco and others were of

6     the view, quite understandably, that 12 percent is more than

7     10 percent, and it doesn't make economic sense.  You also

8     heard testimony from the CEOs and from Mr. Lockhart how that

9     alternative was not feasible.

10          Plan number two:  Wait to see how things work out.

11    Well, can't wait to see how things work out.  Can't turn

12    around in 2013 if things break bad and say, Whoops!  Got

13    that one wrong.  Now we have a big problem, and I don't know

14    what to do.  Mr. DeMarco couldn't afford that.

15          So the third specific thing I want to talk about

16    is this idea of cutting the dividend from 10 percent to

17    something lower.  You heard why that wasn't a great

18    alternative for Mr. DeMarco.  He told you Treasury wouldn't

19    do it because of the comprise of claim; that is, Treasury

20    could not just give up money that the taxpayers had

21    bargained for.

22          And, finally, you also heard Mr. Kari's testimony

23    about the June 3rd Freddie Mac board meeting, where they

24    reported on a meeting with Treasury, where Treasury said, We

25    are not inclined to do that.

 1              But even if an alternative was available, it

 2      doesn't matter, because we submit that the evidence showed

 3      that Mr. DeMarco acted reasonably.  And because he acted

 4      reasonably, because shareholders would expect him to act

 5      reasonably, their expectations were not breached.

 6              So I just want to say one thing about damages,

 7      because -- I'm going to get to the verdict form in a minute,

 8      and I'm going to submit to you that you don't even reach the

 9      question of damages, because you should find that

10      Mr. DeMarco acted reasonably.  But it's on the verdict form

11      so I'm going to touch on it briefly.

12              Mr. Hume  told you yesterday that the net worth

13      sweep eliminated the shareholders hope of dividends in the

14      future; and that the reduction in share price, on August 17,

15      2012, measured the elimination of that hope.  He called it

16      damages, but that can't possibly be correct.  Because

17      shareholders were told in September of 2008, there would be

18      no dividends during conservatorship.  Whatever hope of

19      dividends they had on August 16th, 2012, could not be more

20      than speculation about the future of the enterprises.

21              The shareholder always had only a hope that

22      Treasury's bailout of the enterprises would one day benefit

23      them by keeping the enterprises, and therefore their shares,

24      alive.  The fact that the share prices dipped on August

25      17th, and then began to immediately go back up in late 2012,

1   reflects that shareholders were hoping to gain from their

2   ownership of the shares, other than through dividends.

3          You also heard Mr. Hume mention yesterday that

4   shareholders were entitled to interest on the stock share

5   price drop on August 17th, a single day 10 years ago.  But

6   shareholders didn't lose that one-day reduction in share

7   price for 10 years, as plaintiffs claim.  The share prices

8   started to increase immediately in 2012.  And plaintiffs,

9   like the class representatives, chose to continue to invest

10  in the enterprises, rather than sell their stock, and put

11  their proceeds in a safe bank account, and collect the

12  interest they now say they are entitled to.

13         So, members of the jury, thank you very much for

14  your patience.  I should thank Mr. Hume for his indulgence.

15  And I've come to the end.

16         I just want to talk about the verdict form very

17  briefly.  Can we get the verdict form?  Next page.  I'm

18  sorry.  I have to get up close to this again.

19         The first question says, "Did the plaintiffs prove

20  by a preponderance of the evidence that FHFA, in its role as

21  the conservator of Fannie Mae and Freddie Mac, acted

22  arbitrarily or unreasonably in entering into the Third

23  Amendment, thereby violating the reasonable expectations of

24  shareholders of Fannie Mae junior preferred stock, Freddie

25  Mac junior preferred stock and/or Freddie Mac common stock?"

1           Two notes about this, members of the jury.

2    Yesterday Mr. Hume put up a slide that said the question for

3    you to decide is by agreeing to the net worth sweep, did

4    defendants exercise their power in a way that arbitrarily or

5    unreasonably destroyed the rights of private shareholders to

6    receive potential dividends in the future?  That's not what

7    that says.

8           Mr. Hume also said that the plaintiffs should

9    prevail because they had a contractually-based hope for

10   something.  Well, that's not the question you are going to

11   be asked either.  You are going to be asked whether the

12   action of -- whether the plaintiffs have proved that FHFA

13   violated the reasonable expectations, not the

14   contractually-based hopes of the plaintiffs.

15          And we submit to you, members of the jury, that

16   based on all the evidence that you heard, the answer to each

17   of these questions should be, No.  That the plaintiffs did

18   not prove by a preponderance of the evidence as to Fannie

19   junior.  They did not prove by a preponderance as to Freddie

20   junior or Freddie common.  That means that when you answer

21   this question, No, your job is over.  You're done.  Because

22   you don't move on to the other questions.

23          But even if you did -- next page.  Next question.

24   Even if you did, the answer to this should be, No, as well.

25   They did not sustain harm from FHFA's actions.

2690

1          And number 3, the answer should be zero for

2     damages.

3          But, again, members of the jury, we submit to you,

4     you don't get past 1 -- can we see 1, one more time,

5     please -- because the plaintiffs did not prove by a

6     preponderance of the evidence that FHFA acted arbitrarily

7     and unreasonably, violating the reasonable expectations.

8          So I'm done.  But Mr. Hume is not.  Mr. Hume gets

9     to stand back up again, and he gets to have the final word.

10    So I would ask you to do me a favor.  I don't get to talk

11    again.  So the favor is this:  When you are back there in

12    the jury room or as you are listening to Mr. Hume, I want

13    you to think to yourselves, if Stern could get back up here

14    again, what would he say?  If Mr. Hume gets up here and

15    says, Throw out the SEC's filings, what would Stern say

16    about that?  You know what I would say.  You know I would

17    say that those witnesses testified that those statements are

18    true.

19         And as you are listening, I ask you to continue to

20    keep an open mind.  And then when you go into your

21    deliberations, to give complete consideration to all of the

22    evidence that you heard, all of the arguments you heard.

23    Mr. Hume's and mine.  And we are confident, confident, that

24    after you have considered all of that evidence and His

25    Honor's instructions, that you will return verdicts in favor

1      of FHFA and Fannie Mae and Freddie Mac.  And I just want to

2      add that the damages being sought here are being sought

3      against FHFA and Fannie Mae and Freddie Mac.

4              The last thing I will say is, Thank you.  Thank

5      you.  Thank you.  For your time, your attention and your

6      service.

7              Thank you, Mr. Hume.

8              **THE COURT:**  We'll take -- let's try to keep it to

9      10 minutes for a convenience break so we can finish the

10     arguments before we stop for lunch.

11         (Recess)

12             **MR. BARNES:**  Your Honor, Brian Barnes for the

13     Berkley plaintiffs.  Very briefly.

14             During Mr. Stern's closing argument, he made

15     reference to the testimony of my client, Ed Linekin.  And he

16     said -- just reading from the realtime transcript here.

17     "You heard from the class and Berkley Insurance Group, and

18     not a single one of those witnesses, members of the jury,

19     not a single one, told you that sitting there in the summer

20     of 2012, that circular draws weren't a problem.  Not a

21     single one of those witnesses told you, sitting there in

22     2012 that there wasn't a threat that the Treasury commitment

23     would be eroded after the cap hit."

24         As the Court is aware, there were a lot of pretrial

25     skirmishing over the meets and bounds of what Mr. Linekin

1    would be permitted to testify to.  The Court largely

2    resolved that dispute in favor of the defendants and

3    prevented Mr. Linekin from giving testimony, specifically on

4    this issue of circular dividends.  I can represent to the

5    Court that if Mr. Linekin would have been allowed to

6    testify, he would have given the testimony that Mr. Stern

7    pointed out to the jury that he didn't give.

8         And, so, I just think it is outrageously unfair at this

9    point, at the end of the trial, for Mr. Stern to get up and

10   tell the jury that because Mr. Linekin didn't give

11   testimony, that the Court didn't permit him to give, based

12   upon the defendants' motion, that they should draw some type

13   of evidentiary inference.

14        So for that reason, I would request some kind of

15   curative instruction, that would make clear that the jury,

16   contrary to Mr. Stern's argument, should not draw an

17   inference about what Mr. Linekin would have said about

18   circular draws, had he been permitted to testify on that

19   subject.

20        **MR. HUME:**  Hamish Hume for the class plaintiffs.

21   I join, 100 percent that motion by the Berkley plaintiffs,

22   and ask that it be applied to the class plaintiffs as well.

23   And I ask it to be instructed on that right now before I go.

24        **MR. STERN:**  Your Honor, Jonathan Stern for the

25   defendants.  Your Honor, most obvious proposition of course

1    is that the Court will be instructing the jury that the

2    arguments of counsel are not evidence.  Second-most obvious

3    proposition is, I made an argument based on the state of the

4    record.

5                With respect to the -- I'm trying to find the

6    right word, Your Honor -- the assertion that I somehow

7    improperly took advantage of a ruling, I respectfully and

8    vigorously disagree.  I did not say anything about what

9    Mr. Linekin did or did not subjectively expect.

10               I made a statement about the absence of an

11   assertion by him that circular draws and erosion were a

12   threat.  He could have testified, Your Honor -- the scope of

13   the Court's ruling was that he was permitted to testify, for

14   example, that he owned stock, that his dividend rights were

15   extinguished, as the result of the net worth sweep, and why

16   he brought the lawsuit.

17               He specifically testified, I believe I was harmed

18   because they said they would -- I'm paraphrasing -- they

19   would conserve assets, and they didn't keep his word.  He

20   was free to say that they told lies about circular draws and

21   erosion.

22               So, Your Honor, I respectfully submit that my

23   argument was proper, and that no curative instruction is

24   required.

25               **THE COURT:**  The plaintiffs' objection and request

1    is denied.  Bring the jury in.

2            (Jury entered the courtroom)

3            **THE COURT:**  You may be seated.  All right.

4    Mr. Hume, you may proceed.

5            **MR. HUME:**  Thank you, Judge Lamberth.  Hamish Hume

6    for the class plaintiffs.

7            Thank you, members of the jury.  We are getting

8    near the end.

9            As you know, you're going to have to decide who

10   you believe in this case.  You're going to have to decide

11   who you believe in this case.  And I have limited time, but

12   I need to point out a few things and then go back to what

13   the case is really about.

14           Mr. Stern told you that not a single witness said

15   there was not a circular draw problem in 2012.  Not a single

16   witness, except for Professor Dharan.

17           Could we put up Slide 108, please?

18           His main witness, Mr. Edward DeMarco, was asked,

19   "So would you agree with me that at least in 2012, there was

20   not a circular draw problem?  Would you agree with that?"

21           "I would agree that the way the financial results

22   worked out, that there was not a circular draw, except for

23   the modest draw of Freddie Mac in one quarter.  Yes, I would

24   agree with that."

25           Mr. Stern told you, No one said that.  The main

1    witness in the case said that.  I am going to try to stay

2    calm, but I don't feel very calm.  Mr. Stern told you that

3    this document, PX-205, in which Mr. DeMarco is reported to

4    have said the opposite of what they claim the reason was for

5    this whole damn thing.  Excuse my language.  He said it was

6    an email.

7            Now, first of all, it would not matter if it was

8    an email.  Okay?  An email is still a document that writes

9    down something and reports something.  But it is not an

10   email.  There's nothing in evidence that supported his

11   ability to tell you that it was an email.  Nothing.

12           So he told you something false that's not in

13   evidence.  I'm going to tell you something true that's not

14   in evidence.  It was produced to us as a Word document and a

15   PDF.  Is not an email.  But, again, it doesn't matter

16   because it's a writing.  It's -- and he tried to say, What a

17   weird document.  Yeah, it's a pretty important document.

18   Why was it written?  Why do you think --

19           He made Michael Stegman sound like he was

20   unimportant.  The Secretary of the Treasury, Timothy

21   Geithner, told Mr. Stegman about the meeting.  And he wrote

22   a memo about it.  He was recording it.  The fact that he

23   wrote down a memo recording what happened, gives it greater

24   weight, not less weight.

25           He said, Mr. DeMarco didn't say it.  He didn't say

1    these things.  Mr. Stern had four hours with Mr. DeMarco on

2    the stand in our case.  We had to put our case on through

3    hostile witnesses.

4              **MR. STERN:**  Objection, Your Honor.  This was an

5    arrangement approved by all parties.

6              **MR. HUME:**  This is my argument.  Okay?

7              **MR. STERN:**  Your Honor?

8              **MR. HUME:**  We agreed to it.  We agreed that they

9    could question him in our case.  My point is, he shouldn't

10   have been allowed to.  My point is that in four hours he

11   never once asked him about this document.  The most

12   important document in the case.  He didn't say, Mr. DeMarco

13   you are under oath.  Is this not true?  He didn't.

14             When I got up, because I got a chance to

15   cross-examine him after he did, he shut me down.  He said --

16   that's outside the scope.  What?  His whole testimony was an

17   effort to disprove this.  PX-205.  Please read it.

18             Now, what else did he say, Mr. Stern?  He said,

19   yesterday, that things were getting worse, not better.  He

20   explicitly told you -- I can read you the exact sentence.

21   This isn't a big deal.  But it's worth pointing out because

22   you have to decide who to believe.  Page 2604 of the

23   transcript, Line 23 to 25.  "Things weren't getting

24   better."  This is Mr. Stern.  Things weren't getting better.

25   They were getting worse.  Fannie had to draw more in 2011

1    than they did in 2010.  And you can see that from this

2    chart.  And then he asked you to check the math.

3            Let's check the math.  Why don't we do that?

4    Slide 31.  We did the math.  Slide 31.  Here's the math,

5    ladies and gentlemen.  He said -- let me quote again,

6    "Fannie had to draw more in 2011 than they did in 2010."

7            You can see that from this chart -- this is his

8    chart.  This is our little graphic showing the math -- they

9    drew 59.9 billion in 2009; 20.7 in 2010; 24 in 2011.  What

10   he said was false.  Now, in this particular matter, I'm not

11   accusing him of lying but he's wrong.  It's arithmetic.

12           Now, he told you yesterday and today that what

13   Mr. DeMarco, he did to save the housing market.  To save the

14   national economy.  Okay.  That sounds pretty damn important.

15   He said he had a ticking clock throughout 2012.

16           Now, if that's true, if it were true that he were

17   acting to save the economy, to save the housing market and

18   he had a ticking clock in 2012 and he started worrying about

19   this at least in January, don't you think there would be a

20   memo about it?  Don't you think he would have consulted

21   people?  Don't you think he would have discussed it with the

22   best minds and people around him?  Wouldn't there be a memo

23   analyzing this enormous risk?

24           He showed you one memo.  One little document from

25   January 2012 with a little bullet point about the circular

1    draws; that's before all the good news that came later in

2    2012.  It doesn't make any sense.

3           What we are dealing with here, ladies -- members

4    of the jury, is a bad process, a bad reason and not the real

5    reason; that's what went down.

6           He spent so much time this morning about all these

7    meetings.  He made our case for us.  Okay?  Meetings.

8    Meetings.  Meetings.  You saw slide after slide about how

9    many people DeMarco met.  That's our point.  He had all

10   these people, and he met with them all the time.  He had all

11   of this information, and the evidence shows undisputedly he

12   didn't discuss the net worth sweep with them once.

13          It's our point that he had all these meetings.

14   Yeah.  You had all these meetings.  You had access to all

15   these people and you didn't discuss the net worth sweep with

16   them once.  This enormous decision to save the housing

17   market, and you didn't discuss it with anyone.

18          Members of the jury, even the President of the

19   United States has a Cabinet.  When you are in a position of

20   power, and you make momentous decisions, you need to get the

21   best advice.  And, listen -- I'll calm down a little bit.

22   I'll make sure I make a couple points clear.  This is not an

23   anti-government case.  This is also not a case that is blind

24   to the emergencies that governments sometimes face.

25          In September 2008, the government had to act with

1    great urgency to avert a crisis or to respond to a crisis.

2    That's very different.  But when you have something that you

3    know for years ahead that you are dealing with, and you had

4    plenty of time to deal with it, you make that decision with

5    deliberation, with consultation with your best people, and

6    you have analysis and studies.

7              One thing you didn't hear Mr. Stern talk about is

8    the stark contrast between all the work Mr. DeMarco had

9    people do to support his determination not to do principal

10   reduction, and how that contrasts with the zippo, zero,

11   zilch in the record about the decision to do the net worth

12   sweep.

13             He talked about the SEC filings and says, I am

14   going to argue to throw them out?  No.  The SEC filings are

15   our friend.  Let me tell you why.  First of all, the SEC

16   filings are what report to the public that Fannie Mae and

17   Freddie Mac were making profits higher than the 10 percent

18   dividend.  In the first quarter for Fannie, and Freddie was

19   right about equal, and the second quarter for both.

20   Significantly more.  And they were building net worth.  I

21   know they didn't know the future, but they knew things were

22   getting better, and they were talking internally about how

23   much better.

24             Now, let me tell you something else about SEC

25   filings and what Professor Dharan said.  Mr. Stern attacked

1   his credibility, attacked him like he didn't know what he

2   was talking about.

3          Professor Dharan has been an expert for the SEC.

4   They retained him.  He's testified on Congress on accounting

5   issues.  He's a professor at Harvard and MIT.  He knows what

6   he is talking about.  You will judge whether you striked him

7   as a paid hack, which is essentially what Mr. Stern implied

8   or was he a credible, honest witness, trying to explain to

9   you the truth?  You decide.

10          But what he explained in part was that in these

11   SEC filings, there's two different things.  One, you report

12   facts, absolute hard facts for your financial results that

13   have happened in the past.  The June 30 results, you make

14   certain they are accurate and you publish them.  They were

15   published August 7th and 8th.  Fact.

16          Then you do something else.  You disclose risks.

17   And you disclose every conceivable risk you can think of

18   because no one gets sued for being overly conservative.

19   Okay?  No one gets sued for disclosing risks; that's why you

20   disclose risks to make sure people know there are risks and

21   you let the investing public decide how to manage that risk;

22   that's the whole point of the forward-looking statements.

23   Okay?

24          You do not, Mr. Dharan, Professor Dharan

25   explained, put your financial projections in your 10-K or

1   your 10-Q.  He said, That's apples and oranges.  You may or

2   may not make your projections public.  A lot of people don't

3   because they are strategic.  But you put your projections --

4   you keep them internal or publish them somewhere else.  You

5   don't put them in the SEC.  In the SEC filings, you disclose

6   risks.

7           Think about this.  Here is the second reason the

8   SEC filings are our friend in this case.  If what Mr. Stern

9   was telling you was true, if Mr. DeMarco was facing a

10  cataclysmic emergency, and had to save the housing market

11  and the national economy because the Treasury commitment was

12  in serious risk of material erosion, if that were true, they

13  would have disclosed that risk in the SEC filings.  They did

14  not.

15          Please do not mistake or equate a statement about

16  their -- we can't be certain that we will never have to do

17  circular draws.  We are not confident.  We may have to

18  sometimes do circular draws.  It's not the same as saying,

19  We've got a serious problem of eroding this $275 billion of

20  capital commitment.  Two different things.  And the second

21  thing was never disclosed.

22          Mr. Stern also made it sound like -- he tried to

23  tell you throughout this trial, in the opening, in his

24  examination of Mr. DeMarco and again today, that even the

25  forward-looking statements where you are disclosing a risk,

1    if it's not true, you could have criminal or civil

2    liability.

3              First of all, just think about how bizarre a

4    statement that is.  How could you be sued for a

5    forward-looking statement where you are just disclosing a

6    risk we might not be able to do X or Y?  They are coming to

7    put you in jail for that?  He says, Oh, Professor Dharan

8    tried to poo poo that with a safe harbor.

9              It wasn't just Professor Dharan explaining the

10   truth, how you don't get sued for those forward-looking

11   statements.  It was his own accounting witness.

12             Slide 63, please.  Sixty-three.

13             His witness, Mr. Satriano, the accountant at FHFA.

14   Let's look at the second paragraph.  Among the

15   forward-looking statements -- and there's a long list of

16   bullets.  Do you see that?  I see it.  I counted them up.

17   There are 58 altogether.  See that?  Sure.  Everything in

18   that list, the 58 bullets, is a forward-looking statement.

19   Right?  That's what's in that section.

20             "Question:  So everything in that list is

21   insulated from liability under the safe harbor that we

22   talked about.  Right?"

23             "Yes."

24             His witness talked about the safe harbor.  The

25   statements he keeps saying you go to jail if it's not true,

1   we might not be able to pay.  We might have to do the

2   circular draw, the risk disclosure.  You don't go to jail

3   for that.  His witness said that.  He said it twice.  You

4   can't be held liable, if you make a forward-looking

5   statement that turns out to be wrong.  Is that your

6   understanding?  Yes?

7           He tried to tell you today, Oh, that's just

8   Professor Dharan, hired hack.  That's what he's trying to

9   tell you.  You have to decide who to believe.  You have to

10  decide who to believe.

11          He talked about some analyst reports.  Let's look

12  at that.  March 2012 analyst report.  Okay?  There's two

13  things -- Slide 49, please.

14          This analyst report is written in March of 2012.

15  Okay?  That's before the earnings have been reported showing

16  income above the 10 percent dividend.  It's before the good

17  news.  Okay?

18          Now, it's written -- who's it written by?  The

19  part that deals with residential mortgage-backed securities,

20  is a person named Steven Abrahams.  Do you know who Steven

21  Abrahams is?  Do you know who he is?  Me neither.  I don't

22  know who he is.  He wasn't called to testify at this trial.

23  I don't know who he is.  I don't know how long he's been out

24  of college or if he went to college or how much he knows.  I

25  know nothing about him.  This is something that's not worth

1    the paper.

2         Look what happens.  Look at what they disclose.

3    This is Deutsche Bank.  They say on the first page,

4    "Deutsche Bank does and seeks to do business with companies

5    covered in its research."  That's Wall Street for you.

6    "Thus investors should be aware that the firm may have a

7    conflict of interest that could affect the objectivity of

8    this report."  Yeah, I wouldn't spend a lot of time with the

9    analyst reports.  Okay?

10        Now, he often talks about the SEC reports, the DTA

11   valuation memos.  Now, think about this, he focuses -- it's

12   a lot of distraction and deflection and misdirection.  He is

13   counting on the fact that you don't get it.  He doesn't want

14   you to get it.  He wants you -- he wants to --

15        **MR. STERN:**  Objection to the added homonym, Your

16   Honor.

17        **MR. HUME:**  They, the defendants, would prefer you

18   not to fully understand the facts of this case.

19        He's focusing also on very cautious -- like the

20   DTAs, for example, very cautious judgments that were being

21   made by meticulous people, to justify the most incautious,

22   reckless decision, unsupported by any process or any

23   analysis.  It makes no sense.

24        Now, let's look at Slide 2, please.

25        What I'd like to do is show you all the evidence

1    in this case, all the written evidence, all the exhibits

2    that show the communications between the FHFA and the

3    Treasury, between June 25th, 2012, the date of this memo,

4    where Mr. DeMarco says there's no problem, and August 17th,

5    2012, when the Third Amendment is announced -- the net worth

6    sweep was announced.

7              Let's look at what happened.  This momentous

8    crisis that Mr. DeMarco -- his action to save the national

9    economy.  Let's see what he was communicating to Treasury

10   about that.

11             First entry is on June 25th.  The document -- he

12   never even asked his witness about, the most important

13   document in the case that he told you today, falsely, is an

14   email.  Not that it matters.

15             Again, it's summarizing a meeting between

16   Secretary Geithner and Acting Director DeMarco.  Remember,

17   he's acting director because he never got an appointment to

18   be the full director.

19             It reports that he no longer sees the urgency of

20   amending the PSPAs.  So June 25th, no urgency.  August 16th,

21   17th it's announced.  And the evidence will show it was a

22   done deal and agreed to by, like, the 13th or 14th, because

23   the agencies -- the enterprises were told on the 15th.  It

24   was done.  So what happened?  What happened between the no

25   urgency and the August rush or just the August abdication?

1    I'm not sure.  Let's see.

2              He said they will be generating large revenues

3    over the coming years, enabling them to pay the 10 percent

4    dividend well into the future even with the caps.

5              He said that and that was also true based on the

6    projections that they keep trying to disparage.  Notice they

7    disparage the Benson projections, but they don't show you

8    any other July or August projections.  As you will see in a

9    moment, those Benson projections were sent to the board,

10   which you don't do unless you think they are, as Tim

11   Mayopoulos said, reasonable, reliable and credible and to

12   the Treasury department.  We will see that.

13             So we are going to make a little timeline

14   together; that's June 25th.  They also, on the same day,

15   waive the PCF.  This is not particularly relevant because it

16   says nothing of the net worth sweep or the PSPAs'

17   amendments.  It's just the regular waiver of the PCF.  So we

18   are not going to put that one on the timeline, because it

19   doesn't have anything to do with this.

20             July 3rd, 2012.  Remember this document?

21   Mr. Stern said nothing, nothing about this document in his

22   two hours with you.  I told you yesterday it came into

23   evidence recently, so you didn't get to see it with a

24   witness but it's in evidence.  This is the one where

25   Treasury is preparing talking points for Timothy Geithner,

1       who is testifying in front of Congress on July 25th and

2       26th.  They are getting him ready for questions on housing.

3              What do they say?  They revise it.  The housing

4       team revises it, including Michael Stegman, Timothy Bowler,

5       all of those people involved who are involved in the Third

6       Amendment for Treasury.

7              They say, All right.  You are going to get

8       questions on the agreements between Treasury and FHFA.

9       Treasury and Fannie Mae and Freddie Mac.  What kind of

10      questions might you get, Secretary Geithner?  You could get

11      a question like this:  "Has the administration considered

12      modifying the PSPA agreements before the capacity becomes

13      fixed at the end of 2012?"

14             In other words, these caps are coming.  This is

15      the ticking time bomb that Mr. Stern is talking about.  The

16      caps are coming.  You might get asked about that.  Here is

17      what you should say.  Secretary Treasury Geithner, you

18      should say, "Under the conservative baseline stress

19      forecasts conducted by FHFA, both Fannie Mae and Freddie Mac

20      are expected to have positive net income in 2013."  That's

21      under the conservative baseline stress forecast, not the

22      unreliable projections that he keeps trying to pretend was

23      happening.  "This will mean Treasury is not expected to need

24      to fund any operating losses."

25             The next thing they say -- I don't think he talked

1    about it, but if he did it was sure quick.  Remember how

2    much time I spent talking about payment in kind?  Read that

3    certificate of designation, PX-33 and 34, Paragraphs 2B, 2C

4    and 3.  See how it works.  It's not that tough to

5    understand.  It was a complete solution, complete solution

6    to the problem.

7         Look what Treasury says:  "To the extent

8    proprietary dividend payments exceed net income, FHFA as

9    conservator could consider not declaring dividends."

10   Pursuant to the certificates of designation that I just told

11   you about, they have the payment in kind option.  Remember?

12   Under that option, the liquidation preference goes up, which

13   the bond holders and the mortgage-backed security holders do

14   not care about, because they sit above Treasury's senior

15   preferred stock in the line of priority.  And under the

16   payment in kind certificates of designation provisions, the

17   capital commitment does not move at all.  It is not eroded.

18   Total solution.  No problem.  Even if you are terrified

19   about circular draws and believe they are going to happen

20   forever.

21        But it goes on to say, "We expect that 275

22   billion --" that's the estimated amount of the Treasury

23   capital commitment.  You saw numbers like that, 273, 274 in

24   Professor Dharan's charts, that he made using the Benson

25   projections.  We believe that amount will provide a

1    substantial cushion for any unexpected losses and should

2    give market participants confidence about the government's

3    commitments to these institutions.

4            It's the opposite of what they are trying to tell

5    you.  They are telling you there was full-scale panic,

6    national crisis and he had to act.  He had to act.  He

7    couldn't wait.  He couldn't ask anyone to do a study.  Well,

8    they are telling Treasury Secretary Geithner, Things should

9    be fine.  You can tell Congress that.

10           Are they telling him to lie to Congress?  Is that

11   what Mr. Stern is asking you to believe?  So we will put

12   this on the timeline.  There you go.  Substantial cushion.

13   Should give market participants confidence.

14           Those market participants are the bondholders and

15   mortgage-backed security holders that he said this whole

16   things was designed to comfort to.  We didn't see any

17   representatives of those people in this case.  So that's

18   July 9th.  All right?  So far so good.  If you just see

19   these two things, why on earth would there be a rush to do a

20   net worth sweep?

21           July 31st, FHFA emails Treasury the estimated

22   results for the second quarter.  This is an interesting

23   document.  PX-512.  I don't think you've seen this but it's

24   in evidence.  There's an FHFA employee emailing a Treasury

25   official, Jeff Foster, this information.  Second quarter

1       estimated results.  Remember those results are really,

2       really, really, good.  Net income, 5.1 billion, for Fannie

3       Mae.  That is dividend is the Treasury dividend, 2.9; net

4       worth, post dividends, 2.8.  For the first time -- well, the

5       first quarter they built net worth, but now they are really

6       building net worth.

7              Now, I know they don't know the future, although

8       they can project it.  They spend a huge amount of time and

9       effort projecting the future.  That is, in fact, their

10      business, trying to project the future and credit risk;

11      that's what their whole business is.  But right now they are

12      building net worth.

13             So this happens on July 31st, Freddie Mac also, 3

14      billion of net income, dividends 1.8., net worth over a

15      billion.  So now Treasury knows that.  Put that on the

16      timeline, July 31.

17             Are we seeing any communications about, Oh, my

18      God, that bond market!  They are getting really jittery in

19      the bond market!  Uh-oh!  The mortgage-backed investors are

20      getting really jittery about the caps.  Got to talk about

21      the caps!  Got to talk -- no, you're not seeing that.  You

22      are seeing them telling Secretary Geithner, no problem with

23      the caps.  Tell Secretary Geithner, No problem with the

24      caps.  And, hey, look, they made a lot of money.  They

25      didn't have a circular dividend.  In fact, they are building

1    net worth.  Those are the numbers.

2            And then they make it public so everybody knows,

3    not just Jeff Foster.  Everybody knows August 7th and 8th,

4    that they just made net income, higher than the 10 percent

5    dividend, august 7th and 8th.

6            Still, I don't see anything on the timeline about

7    panicky bond investors, panicky mortgage-backed security

8    investors.  Remember, the people at Fannie Mae, they are

9    just talking to Treasury about their projections, sending

10   these Benson projections.  They email it.  They present at

11   an August 9th meeting.  There is not an email.  Sorry.  They

12   present -- this is evidence of the actual meeting that Susan

13   McFarland testified about.

14           Again, what do they show?  Yes, there is some

15   circular draws in these projections that are sent to

16   Treasury.  These are the Benson projections.  But 10 years

17   from now, they are projecting you will still have 116

18   billion for Fannie Mae and 149.3 for Freddie.

19           And Mr. Stern wants you to just ignore what Dave

20   Benson and Susan McFarland are saying about Freddie Mac.

21   They are using their public information.  They had slightly

22   different modeling, because Fannie Mae took more into

23   account about the improving housing market.  So this is

24   their projection.  They wouldn't include it just for kicks.

25   They included it because they thought it was important to

1    show Treasury how things were going.

2            So those things, that good news, is shared with

3    Treasury on August 9th.  So you have three days of good

4    news.  Profit release above the 10 percent.  Profit release

5    above the 10 percent.  Projections showing no problem.  Then

6    what happens?

7            This is at the meeting.  What does Susan McFarland

8    testify happened at that meeting?  She expressed a view, "We

9    were now in sustainable profitability that we would be able

10   to deliver sustainable profits over time."  She is cautious.

11   Of course she says what is in the SEC filings is true.  The

12   SEC filing isn't where you put all of your projections.

13   Apples and oranges.  She is saying, We were getting there.

14   We were getting there.

15           She says, "I even mentioned the possibility that

16   it could get to a point, in the not-so-distant future, where

17   the factors might exist, whereby the allowance on the

18   deferred tax asset would be released."

19           And her testimony shows that she knew that was

20   about $50 billion of net worth it would add, and that she

21   told FHFA that.  We are not there yet but, you know, you

22   could see positive things occurring.  That's reality.  Okay?

23   That's reality on the ground; and that's what she told

24   Treasury.

25           You get a little more information from people when

1    you meet with them than you do with an SEC filing that is

2    very careful and disclosing all the risks and it was dated

3    as of June 30th.  This is August 9th.  There is more that's

4    happened, and you are getting a little more granular sense

5    of reality.  This is what they knew.  This is what they

6    thought.

7          And what was her impression then when she learned

8    the next week about the net worth sweep, having had this

9    meeting with Treasury?  She testified under oath, "So when

10   the amendment went into place, part of my reaction was that

11   they did that in response to my communication of our

12   forecasts and the implication of those forecasts, that it

13   was probably a desire not to allow capital to build up

14   within the enterprise and not to allow the enterprises to

15   recapitalize themselves."

16         That, members of the jury, that is the opposite of

17   the reason the defendants have given for the net worth

18   sweep.  It's just her impression, but she goes to a meeting

19   and says, Things are going pretty well.  We might have this

20   deferred tax asset you can write up the net worth.  We are

21   building profits.  We are building net worth.  And next week

22   there was a net worth sweep.  That was her reaction to it.

23   So for us to argue that you might -- you should have the

24   same reaction to it, isn't exactly crazy.  She was the Chief

25   Financial Officer of Fannie Mae.

1          What next happens also on August 9th.  Also on

2     August 9th, Mario Ugoletti emails Edward DeMarco and others,

3     "Close hold.  There appears to be a renewed push to move

4     forward on PSPA amendments."  The renewed push.  Good news.

5     Good news.  Good news.  Defer tax asset.  Income above the

6     10 percent dividend.  Renewed push.  And it will be the same

7     as previous net income sweep.

8          What's going on here?  Good news.  Profits above

9     the 10 percent.  Sustained profitability.  Possible write up

10    of the deferred tax asset.  Not there yet but it's coming

11    soon.  Could be 50 billion.  Renewed push.

12         Where -- did I miss -- this is every communication

13    in evidence between Treasury and FHFA.  Where are the ones

14    that say, We have to deal with this bond investor problem.

15    We have to deal with this MBS investor problem.  They are

16    not happy that the caps are coming, the caps are coming.  We

17    have to deal with it.  Where are all of those

18    communications?  So that's on the timeline, August 9th.

19         Dave Benson, on August 11th, he doesn't know

20    anything about the sweep.  He just sends an updated set of

21    projections.  He wants to make sure they have the updated

22    information in terms of what it shows remaining funding

23    under the commitment.  It's the same thing.  Plenty of

24    funding, 10 years from now, that's what he is projecting.

25    And he sends it to them again.  He keeps sending around

2715

1    projections that counsel wants you to believe he didn't

2    believe in.

3              Let me just say a word about that.  Dave Benson,

4    when he was deposed -- and I don't want to overstate this.

5    He was -- at the time we took his deposition, he was the

6    President of Fannie Mae, a defendant in this case.  Okay?

7    Under some pressure not to overstate things.  You should

8    look at the record and what he said at the time, more than

9    what he said as President of one of the defendants in the

10   case.

11             Sunday, August 12th, Mary Miller, under Secretary

12   of Treasury emails Acting Director DeMarco on a Sunday.  She

13   says, "I'm sure you are aware of the work going on with the

14   amendments."  The PSPA amendments; that's the Third

15   Amendment with the net worth sweep.  "I thought it might be

16   good if we touched base, to discuss communication with the

17   GSEs around this."

18             She's not negotiating.  She's telling -- let's

19   talk about comms.  Let's talk about communications.

20             "I did not want to disturb your vacation time, but

21   am available any time to discuss."

22             He writes back, "Yes, let's discuss."

23             Okay.  Something is happening.  The renewed push

24   is August 9th.  Sunday they are, like, Hey, um, let's chat.

25             We'll put that on the timeline.  What happens

1    next?  August 14th -- this is important.  This document is

2    important for many, many reasons.  PX-259.  Many, many

3    different reasons.  Piecing together this little mystery,

4    this puzzle, which I think is very easy to solve.  But

5    anyway.

6              An accountant, James Griffin, is at a meeting with

7    Edward DeMarco.  The meeting with Ed went well.  This is

8    7:30 in the morning on August 14th.  "The meeting is

9    expected to be made public.  The enterprises will be

10   informed tomorrow."

11             Done deal.  No negotiation.  Nothing.  No emails

12   or memos about there is an emergency in the bond market.  We

13   have to do this to save the housing market.  We have to do

14   this to save the national economy.  Just positive earnings

15   release.  Positive Mr. Benson projections.  Positive

16   Ms. McFarland report to Treasury and renewed push.  Yeah.

17   It's done.  Sweep.

18             What was the motive?  Let's talk about what this

19   says and what it doesn't say.  The amendments are designed

20   to demonstrate wind down.  Now he says this -- this is PX259

21   again.  He reports to his boss, Mr. Satriano, "There was a

22   question about re-recording certain deferred tax assets that

23   had been written off.  Jeff --" who is an FHFA employee,

24   Jeff Spohn, who attended the Fannie Mae and Freddie Mac

25   board meetings.  "Jeff indicated both of the boards had

1    discussed this at the last meeting based on the view that

2    they were going to be profitable going forward."  That's

3    what the deferred tax asset, Professor Dharan explained,

4    increasing the net worth of the enterprises.

5           And James Griffin, who had just been at a meeting

6    with Ed DeMarco about the net worth sweep says, "I don't

7    think that makes sense, given the amendments are designed to

8    demonstrate wind down."  Demonstrate wind down.  In other

9    words, wait a minute.  His understanding was, We don't want

10   them building net worth, because we are trying to show that

11   they are not going to come back.  We are trying to show that

12   they are not going to come back in their old form.  We are

13   trying to show they are not going to go out of

14   conservatorship.  They are not going to be profitable.  We

15   don't want them to be profitable and build capital, because

16   then people will expect them to come back out of

17   conservatorship.  And we want to demonstrate wind down.

18   Demonstrate.  Send a message.  That was his understanding.

19          Now, Mr. Stern tried to tell you, based on what he

20   had Mr. Satriano say, who still works for the FHFA, Oh, no.

21   This is just a reference to this other thing that was

22   happening in the Third Amendment, where they are shrinking

23   the retained portfolio, which was -- it is true there was

24   another thing happening.  But it has nothing to do with why

25   you wouldn't want to build net worth.

1           The fact that you are trying to change your

2    business mix and send more of the mortgages out in

3    securities and have less of them on your balance sheet in

4    what is called the retained portfolio, that is an adjustment

5    in the business model.  It's not an attempt to prevent the

6    enterprises from building capital.

7           This is saying -- they are talking about writing

8    up a huge asset and building net worth.  I don't think that

9    makes sense because the amendments are designed to

10   demonstrate wind down.  Designed to demonstrate wind down.

11   To show the world that these guys are not going to be

12   allowed to become profitable, are not going to be allowed to

13   build net worth, because we don't want that.  That's what

14   that says.

15          Remember who else said that?  Susan McFarland said

16   that.  I showed you this just a minute ago.  "When the

17   amendment went into place, part of my reaction was that they

18   did that in response to my communication of our forecasts.

19   And the implication of those forecasts, that it was probably

20   a desire, is not to allow capital to build up within the

21   enterprise, and not to allow the enterprises to recapitalize

22   themselves."  She had the same understanding as Mr. Griffin

23   and that we are presenting to you.

24          Almost done with the timeline.  Still haven't seen

25   anything about nervous bond investors, nervous stock

1    investors.  It's announced before 9 a.m.  This is an

2    internal Freddie Mac email.  And I just want you to know it

3    was announced before 9 a.m. because what happened next was

4    the stock drop.  Which of my colleagues is going to tell me

5    the slide with the stock drop?  Don't worry.  It's a little

6    unfair of me.  101?  Or is it --

7              This is what happened when that thing was

8    announced, the net worth sweep, the value.  This is

9    important for a couple of different reasons too.  That was

10   the value that the market placed on the preferred shares of

11   Fannie Mae and Freddie Mac and the common shares of Freddie

12   Mac on August 16th.  The net worth sweep is announced before

13   the market opens, and this is what happens.

14             Now, that's the chronology.  But I want to

15   emphasize this for a moment, because Mr. Stern also kept

16   saying all of this stuff about how the dividends have been

17   eliminated.  What he didn't tell you -- can we jump to Slide

18   35?  He made it sound like they were eliminated permanently.

19   No.

20             Let's look at the SEC filings.  I told you they

21   were our friend.  They were eliminated "during the

22   conservatorship," that's what they said.  And they said the

23   conservatorship was supposed to be of "limited duration;"

24   that's what Edward DeMarco said in October of 2008.  That's

25   why people valued the shares, because they are saying --

1    Yes, I used the word hope, because I am trying to

2    communicate something.  But it is a contractual right to

3    dividends.  Okay?  It is a contractual right to dividends in

4    the future if things work out well.  And let me show you

5    what I mean by that.

6          Slide 43, please.

7          I showed you this in the opening.  Here is what

8    our rights were.  It wasn't just hope.  Before the net worth

9    sweep, Treasury's contract said they had senior preferred

10   dividend right of 10 percent, and they also had 80 percent

11   of the common stock, which they could buy for pennies,

12   $72,000 common stock, which could be worth billions.

13         Before the net worth sweep, here's what the

14   plaintiffs had in their contract.  They had rights to

15   dividends under certain circumstances.  For example, if

16   Treasury wanted a dividend above that 10 percent dividend,

17   it's very clear under this structure how Treasury gets that.

18   They exercise their warrants, and they get almost

19   everything.  But not everything.

20         These guys are still here.  The plaintiffs, the

21   private shareholders, still have contracts.  Those contracts

22   were not terminated.  They were allowed to trade.  And the

23   market traded based on their understanding and their

24   expectation of what could happen, because if Treasury

25   exercises this, if they want more money, the privately-owned

1    preferred had to get paid first.  Treasury can't get paid on

2    the common stock, until the privately-preferred --

3    (indiscernible) -- that's worth something; that's worth

4    something.

5            And the common stock, they had to get paid equally

6    with Treasury.  Treasury wanted common stock.  That meant

7    there was value in the private stock.  By definition.  By

8    definition.  I called it hope.  Because you don't know.  The

9    future is uncertain.

10           That's not the point.  The point is we had

11   something of value.  They make it sound like you could do

12   whatever you want with your shares, but you have no right to

13   a dividend ever again in the future.  Ever.  For all

14   eternity.  That's not what it said.  It said, During

15   conservatorship, which was intended to have a limited

16   duration.  No guarantees.  But if they came back and became

17   healthy, that plaintiff's stock would be worth a lot of

18   money.  And instead they wiped them out.

19           Here's what they did.  With the sweep, Treasury

20   gets 100 percent of everything.  Instead of almost

21   everything, 100 percent.  No matter how much money Fannie

22   and Freddie make, they get everything.

23           What happens to the plaintiffs after the net worth

24   sweep?  Zero.  Instead of that right to dividends under

25   certain circumstances, they have no chance -- zero -- as

1    long as that net worth sweep stays in effect and no matter

2    how much money Fannie and Freddie make.

3            Now, let me go to the jury instructions.  Although

4    what I'd like to show you first is one more thing on what we

5    had, what we are saying about what we had.

6            Slide 40, please.  I showed you this before.

7            The private-preferred shareholders invested 33.2

8    billion.  You just saw a chart showing that the day before

9    the sweep it was worth 2.9.  In fact, the 2.9 includes the

10   common.  So, yeah.  He says, We were wiped out.  We were

11   hurt.

12           The private shareholders got hurt by what happened

13   in September of 2008, but we are not suing over that.  We're

14   not suing anyone over that.  We're not claiming this as

15   damages.  We got hurt but we weren't wiped out until the net

16   worth sweep.  We had something of value.  We had the right

17   to dividends in the future, the possibility of dividends, if

18   these enterprises came back to life.  And it's not

19   unreasonable to have that expectation when you've invested

20   that much money into the enterprises to help them perform

21   their mission.  He says they were wiped out.

22           Let's look at Slide 39.

23           Here is what the balance sheet shows when he says

24   they were wiped out.  I know what he means, but I want you

25   to know this.  This is their balance sheet, September 30th.

1    They had $36 billion in cash when they went into

2    conservatorship, September 30, 2008.  Now, just ask

3    yourself, would they have had more or less cash, if there

4    had been no investment by the private-preferred

5    shareholders?

6            It's one of those questions that's obvious.

7    Right?  They would have less.  Did the cash our shareholders

8    invest help them?  You're darn right it helped them.  They

9    went through hell.  I'm not saying -- but I told you this

10   case is a little bit about callous disregard.  We are on the

11   balance sheet, private-preferred stock valued at 21.7

12   billion for Fannie Mae.  Freddie Mac has the other stuff.

13           So it's there.  You can look at the Freddie Mac

14   one in the other exhibit, which I think is DX-103.  This is

15   DX-102.  It's not a huge point, but I want to put into

16   perspective what he means when he says it was wiped out.

17           If you look at the balance sheet it will show

18   there was negative equity, because they took huge accounting

19   losses, huge accounting losses.  On a cash basis they had a

20   lot of cash, and a lot of it came from the class of

21   shareholders we represent.  And they didn't cancel the

22   contract.  They could have canceled the contract.  I showed

23   Mr. DeMarco the provision on that.

24           If we go to Slide 45.

25           The statute said they could cancel the contract.

1    If they had canceled the contract at the time of the

2    conservatorship, our clients could have sued for damages;

3    that would have been a very different case.  They chose not

4    to.  They wanted the shares to stay outstanding.  The

5    contract remained effect in effect.  And the contract gave

6    them right to dividends in the future, if they came out of

7    conservatorship, which was the plan all along.

8         Now, let's get to jury instructions and the

9    decision you have to make.

10        Slide 85.

11        You will notice Mr. Stern said you were going to

12   get jury instructions but he didn't show you any.  He kind

13   of gave you his version.  I want to show you what the

14   judge's instructions are going to say.  Do say.

15        "A party to a contract violates the implied

16   covenant of good faith and fair dealing if it acts

17   arbitrarily or unreasonably, thereby frustrating the fruits

18   of the bargain that the asserting party reasonably

19   expected."

20        That is the question I asked at the beginning of

21   my presentation yesterday.  I tried to make it not so wordy,

22   so I didn't put the "reasonable expectations."  But I said

23   it.  I said it when I read it to you.  It involves

24   reasonable expectations and I spent a lot of time talking

25   about those expectations; that's why I showed you the FHFA

1   fact sheet and about the intent of the conservatorship and

2   the amount of our investment.  That's the central rule in

3   this case.  Did they -- did the defendants act arbitrarily

4   or unreasonably thereby frustrating the fruits of the

5   bargain with the private shareholders that we, the private

6   shareholders, reasonably expected under the shareholder

7   contract.

8          And you are going to get instructions on what

9   arbitrary and unreasonable mean.  And they are so similar,

10   but there is a little difference.  You only have to find

11   that it's one or the other.  Arbitrary actions or decisions

12   are those taken or made without appropriate consideration of

13   or regard for the existing facts and circumstances --

14   meaning, like, new information.  What's actually

15   happening -- or that are not supported by fair, solid and

16   substantial cause, in light of all the facts and

17   circumstances.  Like, is there a memo of anything about the

18   net worth sweep?  No.

19          Unreasonable actions or decisions are those that

20   are not guided by reason, that are beyond what can be

21   expected or beyond the limits of acceptability or fairness

22   or that are lacking justification in fact or circumstance.

23   Like giving away the entire net worth of two

24   multi-trillion-dollar enterprises without a single piece of

25   analysis, without consulting anyone except for your special

1    advisor, Mr. Ugoletti.  Without asking anyone to update

2    their projections.  Without doing any work or analysis

3    whatsoever.

4         They make a big deal how HERA, the statute, allows

5    them to act in the public interest.  Yeah, we agree they can

6    act in the public interest.  But let's be clear what is

7    going on in this case.  While that statute authorized FHFA

8    to act in the best interests of the GSEs, Fannie Mae and

9    Freddie Mac, the FHFA or the public.  "FHFA's exercise of

10   that statutory authority can still have violated the implied

11   covenant of good faith and fair dealing if it exercised that

12   authority in a way that arbitrarily or unreasonably violated

13   plaintiffs' reasonable expectations under the contract."

14        So that's the standard.  That's the guidance you

15   have on how to reach your decision in this case.  We have

16   shown you there are three ways we win.  We think we win on

17   all three.  Any one of these true facts means we win.

18        Grossly inadequate process.  No studies.  No

19   memos.  No analysis.  August rush.  Ms. Tagoe, not even

20   told.  She is the head of modeling.  They point to her

21   October 2011 projections.  A lot of new things had happened

22   since then.  That's arbitrary and unreasonable.  You only

23   have to find that it's one, arbitrary or unreasonable.

24        Second, the reason given makes no sense.  There is

25   no evidence that they were worried about it.  It wasn't

1    happening.  Things were going in the opposite direction of

2    getting better.  There's no evidence of panic or jitteriness

3    in the bond market or MBS market.  The decision was

4    arbitrary and unreasonable.

5           Third, true motive was different.  What they told

6    this Court, what they've told you, isn't the truth about why

7    this happened.  It was the opposite.  It's because they

8    didn't want them to build net worth.  It was to demonstrate

9    wind down.  For that reason, the decision was arbitrary and

10   unreasonable.

11          There's lots more I'd love to tell you, but I

12   think you've probably heard enough.  And we ask for your

13   judgment.  I am equally confident -- I am more confident

14   that you will find a verdict for the plaintiffs, because I

15   think that is the just result in this case.  And I believe

16   you are going to get it, and not be misled by misdirections.

17   So we ask for your verdict.

18          The damage numbers are in the stipulation, in

19   JX-1, the amount of the stock drop.  I can show them to you

20   right now.  Just to make clear, question 1, we think is a,

21   Yes.  Question 2, Were we harmed?  Were we harmed?

22   Seriously?  Yes, we were harmed.  We were wiped out.  The

23   net worth sweep says the government gets everything.  We get

24   nothing.  You saw the stock drop.  That's harm.  And the

25   amount of the stock drop, right here:  Fannie Mae junior

1    preferred, $779 million; Freddie Mac junior preferred, $786

2    million; Freddie Mac common, $46 million.  That's the

3    judgment we ask for along with prejudgment interest.

4              Members of the jury, it's been a privilege to

5    speak to you.  Thank you for the all-inspiring public

6    service you are performing.  Thank you.

7         **THE COURT:**  All right.  Ladies and gentlemen, it

8    takes a few minutes to read these instructions, but since

9    you have sandwiches waiting for you in the jury room, I am

10   going to let you just stand for a minute and stretch.  And

11   I'm going to go ahead and do the instructions before we

12   break for lunch so that you can go right into your

13   discussions.  Otherwise you can't discuss the case yet.  So

14   I'll let everybody just stand and stretch for a minute, and

15   I will go ahead and read the instructions before we break

16   for lunch.

17        **MR. STERN:**  Your Honor, may we be heard briefly on

18   the phones for a procedural matter?

19        **THE COURT:**  Yes.

20        (Sidebar discussion)

21        **MR. JONES:**  Good morning, Your Honor.  This is

22   Stanton Jones, for the defendant.

23             There is one paragraph in the instructions, it is

24   something the parties agreed on.  At the bottom of Page 3 of

25   the instructions, there's a paragraph about judicial notice.

1    It was instruction number 6 in the draft from yesterday.

2    Now it's at the bottom of Page 3, the paragraph about

3    judicial notice.

4          There hasn't actually been judicial notice taken

5    of anything in the case.  So we spoke to the plaintiffs this

6    morning, and the parties are in agreement that that

7    paragraph should not be given, since there is no judicial

8    notice of any facts in the case.

9        (Discussion off the record among counsel)

10        **MR. JONES:**  Yes, your Honor.  Courts indulgence

11   for one moment.  The plaintiffs pointed out there may be one

12   additional paragraph that is superfluous.  They are going to

13   try to find it quickly.  It's the one about interrogatories.

14        (Brief pause)

15        **MR. JONES:**  I'll give the background.  There is a

16   paragraph in here about interrogatories.  There was one of

17   the instructions that the parties had agreed on, but neither

18   side introduced any interrogatories, interrogatory responses

19   into evidence.  So that instruction is just unnecessary.  I

20   believe I found it.  It's the instruction at the bottom of

21   Page 4.

22        **DEPUTY CLERK:**  Ladies and gentlemen, court is

23   still in session.  If you are speaking in the gallery, I ask

24   you to step out into the hall.

25        **THE COURT:**  You want to delete the bottom of Page

1    4 and the top of Page 5?

2           **MR. JONES:**  Yeah.  I'm looking now and it's

3    actually -- it's actually four paragraphs.  It's the last

4    three paragraphs on Page 4.  The first one of those begins,

5    "You have heard and seen evidence in this case that is in

6    the form of interrogatories."  And then the next two

7    paragraphs at the bottom of Page 4.  And the first -- oh,

8    maybe there's more.  And the first paragraph at the top of

9    Page 5, and also the second paragraph on Page 5.

10          So all five of those paragraphs, the final three

11   paragraphs on Page 4, and the first two paragraphs on Page

12   5, are about interrogatories.  And the plaintiffs can

13   confirm, but I believe this is their suggestion, and we

14   are -- the defendants are agreeing to eliminate those.

15          **THE COURT:**  Okay.

16          **MR. KRAVETZ:**  Your Honor, Robert Kravetz, on

17   behalf of plaintiffs.  We agree with that.

18          **THE COURT:**  Okay.

19      (Sidebar discussion concluded)

20          **THE COURT:**  Ladies and gentlemen, you have heard

21   all of the evidence in the case, as well as the final

22   arguments of the lawyers for the parties.  My duty, at this

23   point, is to instruct you as to the law.  It's your duty to

24   accept these instructions of law and apply them to the facts

25   as you determine them.  Just as it has been my duty to

1    preside over the trial and to decide what testimony and

2    evidence is relevant under the law for your consideration.

3          On these legal matters, you must take the law as I

4    give it to you, if any attorney stated a legal principle

5    different from any that I state to you in my instructions.

6    It is my instructions, which you must follow.

7          You should not single out any instruction as alone

8    stating the law, but you should consider my instructions as

9    a whole, when you retire to deliberate in the jury room.

10   Likewise, you may not ignore or disregard any portion of

11   these instructions.

12         You should not, any of you, be concerned about the

13   wisdom of any rule that I state, regardless of any opinion

14   you may have, as to what the law may be or ought to be.  It

15   would violate your sworn duty to base a verdict upon any

16   other view of the law, than that which I give you.

17         As members of the jury, you are the sole and

18   exclusive judges of the facts.  You pass upon the evidence.

19   You determine the credibility of the witnesses.  You resolve

20   such conflicts as there may be in the testimony.  You draw

21   whatever reasonable inferences you decide to draw from the

22   facts, as you have determined them.  And you determine the

23   weight of the evidence.

24         In determining these issues, no one may invade

25   your providence or functions as jurors.  In order for you to

1    determine the facts, you must rely on your own recollection

2    of the evidence.  What I may have said or what I may say in

3    these instructions about a fact issue is not evidence.

4              Since you are the sole and exclusive judges of the

5    facts, I do not mean to indicate any opinion as to the facts

6    or what your verdict should be.  The rulings I have made

7    during the trial are not any indication of my views as to

8    what your decision should be as to whether or not the

9    plaintiffs have proven their case.

10             I ask you to draw no inference from the fact that

11   upon occasion I may have asked questions of certain

12   witnesses.  These questions were only intended for

13   clarification or to expedite matters, and certainly are not

14   intended to suggest any opinions on my part as to the

15   verdict you should render or whether any of the witnesses

16   may have been more credible than any other witnesses.  You

17   are expressly to understand that the Court has no opinion as

18   to the verdict you should render in this case.

19             As to the facts, you are the exclusive judges.

20   You are to perform the duty of finding the facts without

21   bias or prejudice to any party.  You may consider only the

22   evidence admitted in the case.  The evidence consists of the

23   sworn testimony of witnesses, exhibits admitted into

24   evidence and facts stipulated to by the parties.

25             Statements and arguments of the lawyers are not

1    evidence.  They are only intended to help you understand the

2    evidence.  Similarly, the questions of the lawyers are not

3    evidence.  If anyone describes the evidence you have heard

4    differently from the way you remember it, it's your memory

5    that should control during your deliberations.  You must

6    rely on your own recollection of the testimony and on any

7    notes you may have taken during the trial.

8          There are two types of evidence on which you may

9    properly use in reaching your verdict.  One type of evidence

10   is direct evidence.  Direct evidence is when a witness

11   testifies about something they know by virtue of their own

12   senses.  Something they have seen, felt, touched or heard.

13         Direct evidence may be in the form of an exhibit

14   where the fact to be proved is in existence.  The other type

15   of evidence is circumstantial evidence.  Circumstantial is

16   evidence which tends to prove a disputed fact by proof of

17   other facts.

18         There's a simple example of circumstantial

19   evidence, which is often used in this courthouse.  Assume

20   that when you came into the courthouse this morning the sun

21   was shining and it was a nice day.  Assume the courthouse

22   blinds are drawn and you could not look outside.  As you

23   were sitting here, someone walked in with an umbrella, which

24   is dripping wet.  Then a few minutes later another person

25   entered with a wet umbrella.

1          Now, you cannot look outside of the courtroom and

2   you cannot see whether or not it is raining, so you have no

3   direct evidence of that fact.  But the combination of facts,

4   which I have asked you to assume, it would be reasonable and

5   logical for you to conclude that it had been raining.  That

6   is all there is to circumstantial evidence.  You infer on

7   the basis of reason and experience and common sense from one

8   established fact, the existence or non-existence of some

9   other fact.

10          Circumstantial evidence is of no less value than

11  direct evidence, for it is a general rule that the law makes

12  no distinction in the weight to be given to either direct

13  evidence or circumstantial evidence.  You are to decide how

14  much weight to give to any evidence.

15          The party who makes a claim has the burden of

16  proving it.  This burden of proof means that the plaintiffs

17  must prove every element of their claim by a preponderance

18  of the evidence.  To establish an element by a preponderance

19  of the evidence, the party must show evidence that produces

20  in your mind the belief that the thing in question is more

21  likely true than not true.  The party need not prove any

22  element beyond a reasonable doubt, the standard of proof in

23  criminal cases, or to an absolute or mathematical certainty.

24          If you believe that the evidence is more likely

25  true on an issue the plaintiffs had to prove, then your

1    finding on that issue must be for the plaintiffs.  If you

2    believe that the evidence is evenly balanced on an issue the

3    plaintiffs had to prove, then your finding on that issue

4    must be for the defendants.

5           In arriving at your verdict, you should consider

6    only the evidence in this case.  That said, in determining

7    whether a party has carried its burden of proof, you are

8    permitted to draw from the facts you find to have been

9    proven, such reasonable conclusions as you feel are

10   justified in the light of your experience and common sense.

11   You should not rely on speculation or guesswork.

12          You should consider all the evidence appearing on

13   each claim, regardless of who produced it.  A party's

14   entitled to benefit from all evidence that favors that

15   party, whether that party or the adversary produced it.  You

16   should not give more or less weight to evidence just because

17   it happened to be produced by one side or the other.

18          At stipulation is an agreement where there is no

19   dispute about certain facts.  The parties may agree or

20   stipulate to those facts.  You should -- you must accept a

21   stipulated fact as evidence, and treat it as having been

22   proved here in court.

23          The parties have presented certain evidence in the

24   form of charts and summaries, which I will be sending back

25   with you to the jury room.  I decided to admit certain

1    charts and summaries into evidence in place of the

2    underlying documents they represent, in order to save time

3    and avoid unnecessary inconvenience.  Because the documents

4    they represent are so voluminous, that they could not

5    conveniently be presented in court one at a time.

6           You should consider those charts and summaries as

7    you would any other evidence, however, to the extent that

8    you heard the summary witness who prepared those charts and

9    summaries testified about them.  You should consider her

10   testimony only as an aid in evaluating the evidence.  Not as

11   proof that the underlying evidence that she's summarized is

12   itself reliable.

13          In addition, the lawyers and witnesses have shown

14   to you other charts and summaries that I have not admitted

15   into evidence.  Those charts and summaries are not

16   themselves evidence or proof of any facts.  They are used

17   only as a convenience to help you understand the evidence in

18   this case.  I will not be sending them back with you to the

19   jury room.  If any chart or summary that was not admitted

20   into evidence, does not correctly reflect facts or figures

21   shown by the evidence in the case, then you should disregard

22   that chart or summary.

23          The deposition is the testimony of a person taken

24   before trial.  The witness is placed under oath and swears

25   to tell the truth and lawyers for each party may ask

1        questions.  A court reporter is present and records the

2        questions and answers.

3                During the trial you heard testimony -- deposition

4        testimony that was read from the deposition transcript or

5        presented by videotape.  You should give deposition

6        testimony the same fair and impartial consideration you give

7        other testimony.  You should not give more weight or less

8        weight to deposition testimony, just because the witness did

9        not personally testify here in court.

10               During this trial you heard excerpts of

11       depositions taken of various witnesses in the case.  These

12       excerpts were played via video or read to you by actors.

13       You should know that the portions of such depositions

14       consistent of both sections that were designated by the

15       plaintiffs and of sections that were designated by the

16       defendants.  And they were presented together all at once to

17       avoid presenting pieces of each deposition more than once.

18               It's the duty of the attorney on each side of the

19       case to object when the other side offers testimony or other

20       evidence that the attorney believes is not properly

21       admissible.  If I sustained an objection to a question or a

22       document, then you should ignore the question or document.

23       If I overruled an objection to a question or document, you

24       should treat the witness's answer or the document as

25       evidence like any other.

1    Counsel also have the right and duty to ask the

2    Court to make rulings of law and to request conferences on

3    the -- this telephone that used to be at the sidebar, but

4    here because of all the COVID restrictions, we do it by

5    telephone now out of the hearing of the jury.

6    The purposes of these conferences is not to keep

7    important information from you, but they are necessary for

8    me to fulfill my responsibility and ensure that the evidence

9    presented to you is proper under the law.

10    You should not show any prejudice against any

11    attorney or his or her client because the attorney objected

12    to the admissibility of evidence or asked for a conference

13    out of the hearing of jury or asked the Court for a ruling

14    on the law.

15    As I've already indicated, my rulings on the

16    admissibility of evidence do not, unless expressly stated by

17    me, indicate any opinion as to the weight or effect of such

18    evidence.  You are the sole judges of the credibility of all

19    of the witnesses and the weight and effect of all of the

20    evidence.

21    In deciding what the facts are, you must weigh the

22    testimony of all of the witnesses who have appeared before

23    you.  You are the sole judges of the credibility of the

24    witnesses.  You alone determine whether to believe any

25    witness, and to what extent any witness should be believed.

1    Judging a witness's credibility means evaluating whether a

2    witness has testified truthfully, and whether a witness

3    accurately observed, recalled and described the matters

4    about which the witness testified.

5          You may consider anything that, in your judgment,

6    affects the credibility of any witness.  For example, you

7    may consider the witness's demeanor here on the witness

8    stand.  The capacity to observe and recollect facts and any

9    other facts and circumstances bearing on credibility.  You

10   may consider whether the witness has any motive for not

11   telling the truth, any interest in the outcome of the case

12   or any friendship or animosity toward other persons involved

13   in the case.

14         In deciding whether to believe a witness, you

15   should specifically note any evidence of hostility or

16   affection, which the witness may have toward one of the

17   parties.  You may consider the plausibility or

18   implausibility of the testimony of a witness.  You may also

19   consider whether the witness's testimony has been

20   contradicted or corroborated by other witnesses.

21         You must avoid bias, conscious or unconscious,

22   based upon the witness's race, color, and religious beliefs,

23   national original, sexual orientation, gender, identity or

24   gender in your determination of credibility.  Ultimately,

25   you should give the testimony of each witness as much weight

1    as in your judgment it's fairly entitled to receive.

2              You've heard testimony of current and former

3    government employees.  The fact that a witness is or was

4    employed as a government employee, does not mean his or her

5    testimony necessarily deserves more or less consideration or

6    greater or lesser weight than that of any other witness.

7    You must decide, after reviewing all of the evidence,

8    whether you believe the testimony of the government employee

9    and how much weight, if any, it deserves.

10             You've heard evidence that a witness previously

11   made statements, and those statements may be inconsistent

12   with the witness's testimony here at trial.  It's for you to

13   decide whether any of these prior statements was made, and

14   if one or more was made, whether it's inconsistent with the

15   witness's testimony during this trial.  If you find that any

16   prior statement is inconsistent with the witness's testimony

17   here in Court, you may consider this inconsistency in

18   judging the credibility of the witness.

19             In one respect, the law treats prior statements

20   that are inconsistent with court testimony differently,

21   depending on whether or not the prior statement was made

22   under oath.  If the prior inconsistent statement was made

23   under oath, you may consider the statement as evidence that

24   the witness originally said -- what the witness said was

25   true.  If the prior inconsistent statement was not true, you

1    must consider what the witness said in the earlier unsworn

2    statement was true.  Whether or not the prior inconsistent

3    thing was under oath, you may consider the inconsistency in

4    judging the witness's credibility.

5            If a witness testifies that a prior inconsistent

6    statement is the truth, then you may consider the prior

7    statement, both to evaluate the witness's credibility, and

8    as evidence of the truth of any fact contained in the

9    statement.

10            The relative weight of the evidence on a

11    particular issue is not determined by the number of

12    witnesses testifying for either side or the number of

13    exhibits on either side.  It depends on the quality and not

14    the quantity of the evidence.  Presenting a greater number

15    of witnesses or exhibits does not necessarily prove a point.

16    Indeed, the testimony of a single witness, which you believe

17    to be the truth, is enough to prove any fact.

18            In this case you heard opinion testimony from

19    Professors Bala Dharan, Joseph Mason, Anjan Thakor and

20    Mukarram Attari, who have been identified by the parties as

21    expert witnesses on various economic issues.  The law allows

22    opinion testimony of such witness, if the witnesses possess

23    sufficient knowledge, experience, training or education.

24            You are not bound to accept these witnesses'

25    opinions, if you find any opinion is not based on sufficient

1    knowledge, experience, training or education or that the

2    reasons supporting the opinion are not sound or that the

3    opinions outweighed by other evidence, you may completely or

4    partially disregard the opinion.

5            Opinion evidence should be judged just as any

6    other evidence.  You should consider opinion evidence with

7    all the other evidence in the case, and give it as much

8    weight as you think it fairly deserves.

9            You've heard conflicting evidence from expert

10   witnesses in this case.  The way you resolve the conflict

11   between these witnesses is the same way you decide other

12   fact questions in the same way you decide whether to believe

13   ordinary witnesses.

14           In addition, because they gave their opinions, you

15   should consider the soundness of each opinion, the reasons

16   for the opinion and the witness's motive, if any, for

17   testifying.  You may give the testimony of each of these

18   witnesses such weight, if any, that you think it deserves in

19   light of all of the evidence --

20           You should not permit a witness's opinion

21   testimony to be a substitute for your own reason, judgment

22   and common sense.  You may reject the testimony of any

23   opinion witness, in whole or in part, if you conclude that

24   the reason given in support of an opinion are unsound or, if

25   you, for other reasons, do not believe the witness.  The

2743

1    determination of the facts in this case rests solely with

2    you.  A class action is a lawsuit that has been brought by

3    one or more plaintiffs on behalf of a larger group of people

4    who have the same legal claims.  All of these people

5    together are called a class.

6            Class action plaintiffs, Joseph Cacciapalle,

7    Michelle M. Miller, Tim J. Cassell and Barry P. Borodkin

8    bring this action as class representatives on behalf of

9    three classes of Fannie Mae and Freddie Mac shareholders.

10   The Court allowed these four individuals to be named as

11   class representatives because the Court determined that

12   their claims are typical of the claims of class members, and

13   they would adequately represent their respective classes.

14           In this case, the classes consist of the

15   following:  All current holders of junior preferred stock in

16   Fannie Mae, they will be called on the verdict form the

17   Fannie preferred class; all current holders of junior

18   preferred stock in Freddie Mac, the Freddie preferred class;

19   and all current holders of common stock in Freddie Mac, the

20   Freddie common class.  There is no class consisting of

21   holders of Fannie Mae common stock.

22           The W.R. Berkley plaintiffs brought this case

23   separately as individuals, but their claims are the same as

24   those of the class action plaintiffs.

25           You may assume that the evidence in this trial

1   applies to all of the class members and all of the W.R.

2   Berkley plaintiffs, unless I tell you otherwise.  All

3   members of the class and all members of the W.R. Berkley

4   plaintiffs will be bound by the results of this trial.

5        In this case, two of the defendants are

6   government-sponsored entities and the other is a government

7   agency.  The mere fact that some of the parties are

8   government-sponsored entities or a government agency does

9   not mean that they are entitled to any greater or lesser

10   consideration by you.  All litigants are equal before the

11   law and are entitled to the same fair consideration as you

12   would give to any other individual party.

13        The FHFA is a government agency that also acts as

14   conservator for Fannie Mae and Freddie Mac.  When FHFA acts

15   as conservator for Fannie Mae and Freddie Mac, it steps into

16   the shoes of the GSEs, because the FHFA's adoption of the

17   net worth sweep was taken on behalf of the GSEs as

18   conservator, FHFA's conduct and entering into the net worth

19   sweep is deemed to be the conduct of the GSEs.

20        Thus, if you find that FHFA's entering into net

21   worth sweep on behalf of Fannie Mae breached the implied

22   covenant of good faith and fair dealing, then FHFA and

23   Fannie Mae are both liable for the breach.

24        Similarly, if you find that FHFA's entering into

25   the net worth sweep on behalf of Freddie Mac breached the

1       implied covenant of good faith and fair dealing, then FHFA

2       and Freddie Mac are both liable for that breach.

3              In addition, two of the defendants in the case,

4       Fannie Mae and Freddie Mac are corporations.  A corporation

5       can only act through individuals as its agents or employees.

6       In general, if any agent or employee of a corporation acts

7       or makes statements while acting within the scope of his or

8       her authority as an agent or within the scope of his or her

9       duties as an employee, then under the law, those acts and

10      statements are of the corporation.

11             In general, under the law, shareholders, including

12      plaintiffs, are deemed to have contracts with the companies

13      whose stock they own.  Those shareholder contracts differ

14      from other kinds of contracts in several ways.

15             First, the types of shareholder contracts at issue

16      in this case are not negotiated between the parties in the

17      traditional sense.  Rather, by purchasing the company stock,

18      shareholders agree to the terms of the contracts as those

19      terms exist and as they may change over time.

20             Second, unlike other kinds of contracts,

21      shareholder contracts are not contained in a single

22      document.  A shareholder's contract with a corporation

23      includes not only the documents, such as the stock

24      certificate, certificate of designations, the

25      corporate-chartered bylaws, but also the corporate law under

1    which the corporation is formed and regulated.

2            Third, the terms of shareholder contracts may

3    change over time without a specific agreement by the parties

4    to those contracts.  For instance, changes to the law that

5    affect the governance of the GSEs and their relationship

6    with shareholders, such as the Housing and Economic Recovery

7    Act or HERA, amend or inform the shareholder contracts.

8            All contracts, including plaintiffs' shareholder

9    contracts, contain an implied covenant of good faith and

10   fair dealings.  The implied covenant of good faith and fair

11   dealing is not spelled out in the express terms of the

12   contract.  And it does not add any new terms to the

13   contract.  Rather, it is an obligation to be faithful to the

14   meaning and purpose of the parties' agreement.

15           A party to a contract violates the implied

16   covenant of good faith and fair dealing if it acts

17   arbitrarily or unreasonably, thereby frustrating the fruits

18   of the bargain that the asserting party reasonably expected.

19           In general, arbitrary actions or decisions are

20   those taken or made without appropriate consideration of or

21   regard for the existing facts and circumstances or that are

22   not supported by fair, solid and substantial cause, in light

23   of all of the facts and circumstances.  While unreasonable

24   actions or decisions are those that are not guided by

25   reason, that are beyond what can be expected, or beyond the

1    limits of acceptability or fairness, or that are lacking

2    justification in fact or circumstance.

3           Where plaintiffs allege violation of the implied

4    covenant of good faith and fair dealing, the finder of fact

5    must assess what is arbitrary or unreasonable based on the

6    parties' objectively reasonable expectations under the

7    contract.  In addition, the plaintiff alleging a violation

8    of the implied covenant must show the alleged breach caused

9    them financial harm.

10          In this case, plaintiffs allege that FHFA in

11   agreeing to the net worth sweep as a part of the Third

12   Amendment to the PSPAs with Treasury, breached the implied

13   covenant of good faith and fair dealing, by eliminating any

14   possibility that shareholders other than Treasury would

15   receive dividends in the future, thereby depriving

16   plaintiffs' shares of much of their value.

17          To establish a breach of the implied covenant of

18   good faith and fair dealing in this case, each class of

19   plaintiffs must prove by a preponderance of the evidence

20   that, one, FHFA's actions in agreeing to the net worth sweep

21   arbitrarily or unreasonably violated shareholders'

22   objectionably reasonable expectations under the shareholder

23   contract; and, two, as a result plaintiffs' shares became

24   less available.

25          In assessing what plaintiffs' reasonable

1    expectations were under the contracts in this case, you may

2    consider the text of the certificates of designation that

3    came with plaintiffs' shares, as well as the terms of the

4    Housing and Economic Recovery Act or HERA, the Senior

5    preferred stock purchase agreements or PSPAs between

6    Treasury and FHFA and the first two amendments to those

7    agreements, the nature of Fannie Mae and Freddie Mac, as

8    government-sponsored entities or GSEs, and public statements

9    by FHFA explaining the beginning of the conservatorship in

10   2008.

11          While HERA authorized FHFA to act in the best

12   interest of the GSEs, the FHFA or the public, FHFA's

13   exercise of that statutory authority can still have violated

14   the implied covenant of good faith and fair dealing, if it

15   exercised that authority in a way that arbitrarily or

16   unreasonably violated plaintiffs' reasonable expectations

17   under the contract.

18          In addition, you should keep in mind that the

19   question is not what an actual shareholder, including any of

20   the plaintiffs in this case, subjectively expected.

21   Instead, the question is what an imaginary or hypothetical,

22   reasonable shareholder would have expected based on

23   information known or available to that hypothetical,

24   reasonable shareholder.

25          To the extent that the parties offered evidence of

1    statements made or information that became available after

2    the effective date of the Second Amendment to PSPAs on

3    December 24, 2009, you may not consider that as evidence of

4    what shareholders' reasonable expectations were under the

5    contract.  But you may consider it as evidence of whether

6    FHFA acted arbitrarily or unreasonably with regard to those

7    expectations.

8           A verdict for or against the class action

9    plaintiffs will also be a verdict for or against the W.R.

10   Berkley plaintiffs.  If you award damaged to the class

11   action plaintiffs, the amount of damages awarded to the W.R.

12   Berkley plaintiffs will be determined automatically, based

13   on the holdings -- their holdings of the Fannie Mae

14   preferred shares, Freddie Mac preferred shares and Freddie

15   Mac common shares as a percentage of the number of shares in

16   each class.

17          As I mentioned before, a plaintiff alleging a

18   breach of the implied covenant of good faith and fair

19   dealing must prove that the alleged breach caused them

20   financial harm.  In this case plaintiffs argue that the FHFA

21   breached the implied covenant by agreeing to the net worth

22   sweep, and they argued that the net worth sweep harmed them

23   by effectively eliminating the dividend rights that came

24   with their shares, thereby eliminating some of the value

25   that those shares held before the net worth sweep.

1            If you find by a preponderance of the evidence

2     that the alleged breach occurred, and it caused the alleged

3     financial harm, you must decide what amount of damages to

4     award to compensate plaintiffs for that harm.  You must make

5     that determination separately with respect to each class of

6     plaintiffs.

7            A party that is harmed by a breach of the implied

8     covenant of good faith and fair dealing is entitled to

9     damages calculated in the amount that would place it in the

10    same position it would have been in had the breach not

11    occurred, sometimes called expectation damaged.

12           In this case, plaintiffs allege that they

13    purchased shares that were supposed to come with dividend

14    rights; and that as a result of the net worth sweep, they

15    ended up with shares that effectively did not come with

16    dividend rights and thus were less valuable.

17           Thus, if you find that defendants' breached the

18    implied covenant, then plaintiffs are entitled to recover

19    damages equal to the loss in value of their shares that they

20    prove was caused by the net worth sweep.

21           Plaintiffs bear the burden of proving that measure

22    of damages with reasonable certainty.  That means although

23    plaintiffs need not prove the amount of damages with

24    mathematical certainty, they may not rely on mere

25    speculation.  They must prove the damage they seek or a

1    reasonable estimate of any actual damages they suffered.

2          You may not award any punitive damages in this

3    case.  That means you may not base any monetary award on a

4    desire to punish plaintiffs to prevent their conduct from

5    being repeated in the future or to warn others not to engage

6    in such conduct.  Any monetary award that you make in this

7    case must be calculated solely to provide fair compensation

8    to the plaintiffs for any actual injuries that you find that

9    they sustained and on no other basis.

10         The fact that I have instructed you now about the

11   proper measure of damages, should not be considered as my

12   suggesting which party's entitled to your verdict in this

13   case or that any of the plaintiffs are entitled to any

14   damages award at all.  Instruction about the measure of

15   damages is given for your guidance, only if you find that a

16   damages award is in order.

17         Under Virginia law, which applies to the claims of

18   Freddie Mac common and junior preferred shareholders.  If

19   you decide to award damaged to those plaintiffs in any

20   amount, you may award prejudgment interest at the rate of 6

21   percent per year, and fix a date from which interest is to

22   begin.  Prejudgment interest is permitted by statute and is

23   designed to compensate the plaintiffs for the loss sustained

24   by not having the value they were entitled to have at the

25   time they were entitled to have it.

1          If you decide that an award of prejudgment

2     interest is necessary to make the Freddie Mac junior

3     preferred and common shareholders whole, it is within your

4     discretion to chose the date from which interest should

5     begin at any point from the date of the injury to the

6     Freddie Mac junior preferred and common shareholders

7     occurred to the date of the trial.

8          You won't be asked to determine any amount of

9     prejudgment interest for junior preferred shareholders of

10    Fannie Mae because such interest will be assessed by the

11    Court, because that's a matter of Delaware law.  And

12    Delaware law says the Court determines prejudgment interest,

13    but Freddie Mac is under Virginia law so...

14         Just a couple more things.  Before I excuse you to

15    deliberate, there are a few other matters to talk about.

16    During your deliberations, you must consider the

17    instructions as a whole.  All of the instructions are

18    important.  You must not ignore or treat any single

19    instruction or part of an instruction differently than the

20    other instructions.

21         When you return to the jury room, you should first

22    select a foreperson to provide over your deliberations to be

23    your spokesperson here in court.  Consider selecting a

24    foreperson who will encourage civility and mutual respect

25    and who will invite each juror to speak up regarding his or

1    her -- I guess I should just say her views in this trial

2    about the evidence, and who will promote full and fair

3    consideration of the evidence.

4            The verdict must represent the considered judgment

5    of each juror.  In order to return a verdict, your verdict

6    must be unanimous; that is, each juror must agree to the

7    verdict.  Each of you has a duty to consult with other

8    jurors.  In an attempt to reach an unanimous verdict, you

9    should seriously consider the use of your fellow jurors,

10   just as you expect them seriously to consider your views.

11   You should not hesitate to change an opinion, if you are

12   convinced by other jurors.  However, you must decide the

13   case for yourself.  You should not surrender your honest

14   beliefs about the affect or weight of the evidence, merely

15   to return a verdict or solely because of other jurors'

16   opinions.

17           Remember that you are not advocates.  You are

18   neutral judges of the facts.  You will make an important

19   contribution to the cause of justice if you arrive at a just

20   verdict in this case.  Therefore, during your deliberations,

21   your purpose should not be to support your own opinion but

22   to determine the facts.

23           If it becomes necessary during your deliberations

24   to communicate with me, you may send a note signed by your

25   foreperson or by any one or more members of the jury.  If

1     you have a note, the foreperson should alert the marshal who

2     will be outside your door or the clerk, and they will give

3     the note to me.  If you are divided on any matter, you

4     should not reveal in any note or otherwise, how the jury is

5     divided.

6          After consulting with the attorneys, I will

7     respond either in writing or here in open court.  I will not

8     have any conversation with any member of the jury outside

9     the presence of counsel.  At this stage of the case,

10    obviously, any communication will be after I consult with

11    counsel.  There may be a delay in responding to a note,

12    because I will have to gather counsel back together.  I will

13    respond to you after I consult with counsel, if I have a

14    note from you.

15         When you've reached your verdict, the foreperson

16    should fill out and sign the verdict form, which I'll send

17    with you.  When I send back my revised instructions -- I

18    made a few changes as we I went through -- telling me you

19    reached a verdict, don't tell me in the note what the

20    verdict is.  When you come back in the courtroom, let me go

21    through the procedure.  The foreperson would have the

22    verdict form with them in the courtroom.  The verdict form

23    is handed over to the courtroom deputy, who hands it up to

24    me or the marshal, who hands it up to me.

25         The verdict is actually read in the courtroom by

1    my courtroom deputy, who reads it out loud and says, Is this

2    the verdict?  Hopefully she's read it correctly and the

3    foreperson says, Yes.

4           Either side can then ask for what we call "polling

5    the jury."  If either side decides the jury should be

6    polled, then the courtroom deputy says, Is this the verdict

7    of each juror?  And says, Juror Number 1, Number 2, Number 3

8    and just go down the line.

9           If anyone says, No, my job is easy.  We don't have

10   a unanimous verdict.  And I just ask you retire to the jury

11   room, you continue your deliberations until the jury is

12   unanimous; that's all polling the jury is.  Just so you know

13   how it works when we come back.

14          You decide your pace about deliberations.  I will

15   send all of the exhibits in after lunch that will be

16   available to you in the jury room.  If you have any

17   questions about any of them, you can send a note.  If you

18   have any other questions you want to ask, after I consult

19   with counsel, I will either respond with you here in the

20   courtroom or send a note back.  Otherwise, I will wait to

21   hear from you.

22          We will normally recess at 5 and resume at 10 each

23   day, as you wish, until you've reached a verdict.  And any

24   jurors who need letters, I will take care of that as well,

25   if we don't reach a verdict today.  It's up to you and your

1      pace.

2             Go have a nice lunch and I will send in the

3      written instructions.  Court will be in recess.

4             One other thing.  I'm sorry.  I forgot to do one

5      thing.  I have to ask the lawyers if I misread anything.

6      You all have a seat.  I have to check with the lawyers.  I

7      have to ask the lawyers if I misread anything.

8         (Sidebar discussion)

9             **THE COURT:**  Any errors I made in reading it?

10            **MR. HUME:**  I did not hear any, Judge.  Thanks.

11            **MR. STERN:**  No errors.  No objections, Your Honor,

12     other than those previously made.

13            **THE COURT:**  Okay.  Thanks.

14            **MR. STERN:**  Thank you, Your Honor.

15        (Jury exited the courtroom)

16            **THE COURT:**  I'll re-sign the new version with

17     those paragraphs out that you all noted, and send that in to

18     the jury, as soon as we have it copied.  I will give you all

19     copies.

20            We will be in recess until we hear from the jury.

21        (Closings and instructions concluded at 1:44 p.m.)

22

23

24

25

1                    **C E R T I F I C A T E**

2

3          I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9    ___November 2, 2022___          ___/s/_____
                 **DATE**                        **Lorraine T. Herman**
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEPUTY CLERK: [1]
2729/22
JURORS: [1]  2634/6
MR. BARNES: [1]
2691/12
MR. HUME: [6]
2692/20 2694/5 2696/6
2696/8 2704/17
2756/10
MR. JONES: [4]
2728/21 2729/10
2729/15 2730/2
MR. KRAVETZ: [1]
2730/16
MR. STERN: [9]
2634/4 2634/7 2692/24
2696/4 2696/7 2704/15
2728/17 2756/11
2756/14
THE COURT: [13]
2634/2 2691/8 2693/25
2694/3 2728/7 2728/19
2729/25 2730/15
2730/18 2730/20
2756/9 2756/13
2756/16

$

$100 [2]  2681/25
2682/2
$11.7 [2]  2643/19
2681/24
$187.3 [1]  2655/2
$194 [2]  2659/3
2659/13
$200 [2]  2655/1 2656/4
$275 [1]  2701/19
$311 [1]  2655/5
$32 [2]  2660/2 2660/5
$36 [1]  2723/1
$40 [1]  2659/22
$46 [1]  2728/2
$50 [1]  2712/20
$70 [1]  2676/12
$72,000 [1]  2720/12
$779 [1]  2728/1
$786 [1]  2728/1

'

'08 [1]  2653/21
'12 [1]  2653/21

/s [1]  2757/9

1

1.8 [1]  2710/4
10 [24]  2662/14 2674/2
2674/3 2674/4 2681/15
2686/4 2686/7 2686/16
2688/5 2688/7 2691/9
2699/17 2703/16
2706/3 2711/4 2711/16
2712/4 2712/5 2714/6
2714/9 2714/24
2720/10 2720/16
2755/22
10-K [9]  2644/25
2645/18 2648/4
2649/22 2649/25
2650/8 2650/9 2650/19
2700/25
10-Ks [4]  2643/3
2643/6 2648/1 2652/8
10-Q [1]  2701/1
10-Qs [3]  2656/7
2656/16 2656/19
10-year [1]  2672/10
100 [3]  2692/21
2721/20 2721/21
10020 [1]  2632/6
101 [1]  2719/6
102 [1]  2723/15
103 [1]  2723/14
1053 [1]  2631/3
108 [1]  2694/17
10:22 [1]  2631/5
11 [2]  2636/2 2673/20
11.6 [1]  2673/22
11.7 [2]  2656/24
2682/2
11.8 [1]  2673/19
116 [1]  2711/17
117.1 [1]  2656/24
11th [1]  2714/19
12 [4]  2636/17 2683/17
2686/4 2686/6
12.1 [2]  2673/21
2673/23
123 [1]  2632/3
1251 [1]  2632/6
1288 [1]  2631/9
12th [1]  2715/11
13 [1]  2637/5
13-1288 [1]  2631/9
13th [1]  2705/22

14 [2]  2637/25 2653/16
1401 [1]  2631/24
144 [1]  2634/12
149.3 [1]  2711/18
14th [3]  2705/22
2716/1 2716/8
15 [1]  2640/18
150 [1]  2681/3
1523 [1]  2631/19
15th [1]  2705/23
16 [1]  2643/10
1625 [1]  2632/16
16th [3]  2687/19
2705/20 2719/12
17 [2]  2645/2 2687/14
1700 [1]  2632/13
17th [5]  2640/13
2687/25 2688/5 2705/4
2705/21
18 [1]  2645/19
19 [1]  2648/11
19087 [1]  2631/22
1938 [2]  2643/22
2643/25
194 [1]  2658/23
19801 [1]  2632/3
19th [2]  2640/17
2669/15
1:13-1053 [1]  2631/3
1:44 p.m [1]  2756/21
1st [1]  2651/9

2

2.8 [1]  2710/4
2.9 [3]  2710/3 2722/9
2722/9
20 [3]  2634/24 2649/9
2670/8
20.7 [1]  2697/9
20/20 [1]  2634/24
200 [2]  2651/19
2651/20
20001 [2]  2632/11
2632/22
20005 [1]  2631/25
20006 [2]  2632/14
2632/17
20036 [1]  2631/19
2008 [14]  2654/2
2654/3 2654/13 2655/2
2655/22 2655/25
2656/3 2680/11
2687/17 2698/25
2719/24 2722/13

2009 [7]  2651/18
2651/22 2654/12
2654/14 2659/10
2697/9 2749/3
2010 [7]  2654/14
2654/15 2654/17
2654/21 2697/1 2697/6
2697/9
2011 [17]  2634/9
2643/3 2643/7 2643/17
2645/1 2645/18
2649/21 2649/22
2650/8 2654/3 2654/20
2654/21 2655/4
2696/25 2697/6 2697/9
2726/21
2012 [57]  2634/11
2637/8 2637/10
2640/13 2640/15
2640/17 2640/20
2641/2 2641/4 2643/2
2643/7 2648/4 2651/9
2651/13 2651/23
2653/2 2653/16 2654/4
2654/6 2655/15 2656/2
2656/7 2657/16
2658/17 2660/7
2660/15 2664/17
2665/2 2665/22 2667/7
2667/9 2669/24
2674/15 2675/13
2677/25 2679/12
2679/18 2680/2
2683/21 2687/15
2687/19 2687/25
2688/8 2691/20
2691/22 2694/15
2694/19 2697/15
2697/18 2697/25
2698/2 2703/12
2703/14 2705/3 2705/5
2706/20 2707/13
2013 [5]  2673/14
2674/2 2676/13
2686/12 2707/20
2014 [3]  2655/6 2659/4
2659/13
2015 [1]  2660/1
2019 [1]  2673/22
202-354-3196 [1]
2632/23
2020 [1]  2669/24
2022 [2]  2631/5 2757/9

**205 [4]** 2660/18
2660/18 2695/3
2696/17
**21 [2]** 2648/15 2649/16
**21.7 [1]** 2723/11
**213 [3]** 2670/1 2670/8
2673/4
**22 [1]** 2650/6
**22nd [1]** 2658/17
**23 [2]** 2651/10 2696/23
**24 [3]** 2655/18 2697/9
2749/3
**25 [5]** 2653/18 2656/10
2661/21 2661/22
2696/23
**259 [2]** 2667/25 2716/2
**25th [5]** 2705/3
2705/11 2705/20
2706/14 2707/1
**26 [1]** 2656/11
**2604 [1]** 2696/22
**2634 [1]** 2633/4
**2694 [1]** 2633/6
**26th [1]** 2707/2
**273 [1]** 2708/23
**2730 [1]** 2633/8
**274 [1]** 2708/23
**275 [1]** 2708/21
**28 [1]** 2657/14
**280 [1]** 2631/21
**29 [1]** 2657/19
**29th [1]** 2643/8
**2B [1]** 2708/3
**2C [1]** 2708/3

**3**

**30 [6]** 2658/3 2663/15
2680/19 2680/23
2700/13 2723/2
**30th [3]** 2674/16
2713/3 2722/25
**31 [4]** 2658/19 2697/4
2697/4 2710/16
**3196 [1]** 2632/23
**31st [12]** 2641/2
2641/4 2643/6 2651/9
2651/14 2651/23
2653/2 2655/6 2658/14
2675/18 2709/21
2710/13
**32 [1]** 2665/3
**33 [2]** 2671/6 2708/3
**33.2 [1]** 2722/7

**333 [1]** 2692/21
**34 [2]** 2672/2 2708/3
**35 [2]** 2674/21 2719/18
**38 [1]** 2675/11
**39 [1]** 2722/22
**3rd [2]** 2686/23
2706/20

**4**

**40 [2]** 2677/5 2722/6
**400 [2]** 2651/20
2651/21
**41 [1]** 2679/23
**42 [1]** 2680/9
**43 [1]** 2720/6
**45 [1]** 2723/24
**47 [1]** 2683/12
**48 [1]** 2684/4
**49 [1]** 2703/13

**5**

**5.1 [1]** 2710/2
**50 [1]** 2714/11
**51 [3]** 2658/19 2659/18
2675/20
**512 [1]** 2709/23
**58 [2]** 2702/17 2702/18
**59.9 [1]** 2697/9

**6**

**601 [1]** 2632/10
**63 [1]** 2702/12
**6720 [1]** 2632/22

**7**

**7.4 [1]** 2673/19
**70 [1]** 2680/12
**71 [1]** 2658/23
**75 [1]** 2643/25
**7:30 [1]** 2716/8
**7th [3]** 2700/15 2711/3
2711/5

**8**

**80 [1]** 2720/10
**85 [1]** 2724/10
**8th [4]** 2674/15
2700/15 2711/3 2711/5

**9**

**9 a.m [2]** 2719/1
2719/3
**9th [12]** 2648/4
2656/23 2669/11
2669/20 2709/18

2714/1 2714/2 2714/18
2715/24

**A**

**a.m [3]** 2631/5 2719/1
2719/3
**abdication [1]** 2705/25
**ability [1]** 2695/11
**able [11]** 2636/7
2636/9 2641/23
2641/24 2645/12
2655/9 2658/5 2673/25
2702/6 2703/1 2712/9
**about [194]**
**above [8]** 2703/16
2708/14 2712/4 2712/5
2714/5 2714/8 2720/16
2757/5
**above-entitled [1]**
2757/5
**Abrahams [2]** 2703/20
2703/21
**abreast [3]** 2638/8
2638/21 2639/3
**ABS [1]** 2655/24
**absence [1]** 2693/10
**absolute [2]** 2700/12
2734/23
**accelerated [3]**
2668/17 2668/24
2669/1
**accept [3]** 2730/24
2735/20 2741/24
**acceptability [2]**
2725/21 2747/1
**accepting [1]** 2657/12
**access [2]** 2636/24
2698/14
**accomplished [2]**
2681/11 2683/3
**according [2]** 2661/17
2669/23
**Accordingly [1]**
2683/23
**account [4]** 2636/8
2682/8 2688/11
2711/23
**accountant [5]** 2667/1
2668/3 2676/16
2702/13 2716/6
**accounting [4]** 2700/4
2702/11 2723/18
2723/19

**accuracy [1]** 2649/23
**accurate [7]** 2648/19
2648/21 2648/24
2649/2 2649/18
2657/13 2700/14
**accurately [1]** 2739/3
**accusing [1]** 2697/11
**across [1]** 2636/11
**act [17]** 2676/1 2676/1
2679/1 2679/1 2679/3
2687/4 2698/25 2709/6
2709/6 2725/3 2726/5
2726/6 2726/8 2745/5
2746/7 2748/4 2748/11
**acted [8]** 2634/18
2685/13 2687/3 2687/3
2687/10 2688/21
2690/6 2749/6
**acting [6]** 2637/13
2697/17 2705/16
2705/17 2715/12
2745/7
**action [15]** 2631/2
2631/9 2631/10
2682/17 2682/19
2682/24 2685/16
2689/12 2705/8 2743/2
2743/6 2743/8 2743/24
2749/8 2749/11
**actions [8]** 2685/15
2685/18 2689/25
2725/11 2725/19
2746/19 2746/24
2747/20
**actors [1]** 2737/12
**acts [6]** 2724/16
2744/13 2744/14
2745/6 2745/9 2746/16
**actual [5]** 2660/24
2711/12 2748/19
2751/1 2751/8
**actually [16]** 2637/7
2637/11 2640/21
2651/6 2658/19
2661/19 2662/2
2666/20 2671/19
2674/19 2675/20
2725/14 2729/4 2730/3
2730/3 2754/25
**acute [1]** 2679/10
**ADAM [1]** 2632/4
**add [4]** 2642/2 2691/2
2712/20 2746/12
**added [1]** 2704/15

**A**

addition [5]  2736/13
2742/14 2745/3 2747/7
2748/18
additional [3]  2645/20
2649/10 2729/12
address [3]  2634/15
2642/6 2642/7
addressed [1]  2665/7
adequately [1]
2743/13
adjustment [1]  2718/4
administration [1]
2707/11
admissibility [2]
2738/12 2738/16
admissible [1]
2737/21
admit [1]  2735/25
admitted [4]  2732/22
2732/23 2736/14
2736/19
adoption [1]  2744/16
advance [1]  2640/21
advantage [1]  2693/7
adversary [1]  2735/15
adverse [2]  2642/17
2644/22
advice [1]  2698/21
advisor [1]  2726/1
advocates [1]  2753/17
affect [3]  2704/7
2746/5 2753/14
affection [1]  2739/16
affects [1]  2739/6
afford [2]  2679/8
2686/14
affordable [1]  2641/23
after [24]  2640/16
2653/2 2653/6 2655/6
2656/25 2667/10
2672/16 2675/17
2676/13 2678/14
2678/23 2684/5
2690/24 2691/23
2696/15 2698/8
2721/23 2740/7 2749/1
2754/6 2754/10
2754/13 2755/15
2755/18
again [25]  2644/16
2646/13 2646/15
2649/17 2650/17
2657/15 2657/20

2674/16 2674/22
2678/9 2680/6 2684/5
2688/18 2690/3 2690/9
2690/11 2690/14
2695/15 2697/5
2701/24 2705/15
2711/14 2714/25
2716/21 2721/13
against [4]  2691/3
2738/10 2749/8 2749/9
agencies [3]  2652/22
2653/5 2705/23
agency [5]  2631/6
2632/8 2744/7 2744/8
2744/13
agenda [4]  2634/13
2640/20 2641/5
2663/14
agent [3]  2663/13
2745/6 2745/8
agents [1]  2745/5
aggregate [1]  2656/23
aging [1]  2665/6
ago [2]  2688/5
2718/16
agree [11]  2638/17
2684/22 2694/19
2694/20 2694/21
2694/24 2726/5
2730/17 2735/19
2745/18 2753/6
agreed [9]  2642/22
2659/21 2671/2 2671/4
2696/8 2696/8 2705/22
2728/24 2729/17
agreeing [6]  2685/6
2689/3 2730/14
2747/11 2747/20
2749/21
agreement [11]
2631/10 2641/1 2641/4
2644/21 2645/21
2650/9 2683/8 2729/6
2735/18 2746/3
2746/14
agreements [4]  2707/8
2707/12 2748/5 2748/7
ahead [3]  2699/3
2728/11 2728/15
aid [1]  2736/10
aided [1]  2632/25
air [1]  2669/11
al [2]  2631/2 2631/6
alert [1]  2754/1

alive [1]  2687/24
all [107]  2634/23
2634/24 2635/13
2635/14 2635/17
2635/24 2635/24
2636/22 2636/23
2639/20 2640/2
2643/12 2645/5 2645/7
2646/17 2646/23
2648/7 2653/20 2654/4
2656/5 2658/7 2658/11
2662/19 2664/1
2666/10 2666/20
2667/16 2668/13
2671/12 2673/7
2673/16 2674/18
2678/3 2678/6 2678/7
2678/15 2678/17
2681/13 2681/25
2682/8 2682/9 2689/16
2690/21 2690/22
2690/24 2694/3 2695/7
2696/5 2698/1 2698/6
2698/9 2698/10
2698/10 2698/13
2698/14 2698/14
2699/8 2699/15 2702/3
2704/25 2705/1 2705/1
2707/5 2707/7 2708/17
2709/18 2712/12
2713/2 2714/17
2719/16 2721/13
2724/7 2725/16
2726/17 2728/5 2728/7
2730/10 2730/21
2734/6 2735/12
2735/14 2737/16
2738/4 2738/18
2738/19 2738/22
2740/7 2742/7 2742/19
2743/4 2743/15
2743/17 2743/19
2744/1 2744/1 2744/2
2744/3 2744/10 2746/8
2746/23 2751/14
2752/17 2755/7
2755/15 2756/6
2756/17 2756/18
all-in [3]  2678/3
2678/15 2678/17
all-inspiring [1]
2728/5
allege [3]  2747/3
2747/10 2750/12

alleged [4]  2747/8
2749/19 2750/2 2750/2
alleging [2]  2747/7
2749/17
allow [4]  2713/13
2713/14 2718/20
2718/21
allowance [1]  2712/17
allowed [6]  2692/5
2696/10 2718/12
2718/12 2720/22
2743/10
allows [2]  2726/4
2741/21
almost [6]  2643/25
2655/1 2684/16
2718/24 2720/18
2721/20
alone [4]  2659/3
2682/12 2731/7
2738/24
along [2]  2724/7
2728/3
already [3]  2634/25
2642/5 2738/15
also [40]  2637/3
2637/20 2642/11
2642/12 2642/23
2658/15 2660/9 2664/7
2664/12 2664/13
2666/7 2675/8 2677/9
2680/8 2681/17
2681/22 2681/22
2683/9 2684/23
2685/15 2686/7
2686/22 2688/3 2689/8
2698/23 2701/22
2704/19 2706/5
2706/14 2710/13
2714/1 2714/1 2719/15
2720/10 2730/9 2738/1
2739/18 2744/13
2745/25 2749/9
alternative [3]  2686/9
2686/18 2687/1
alternatives [1]  2686/2
although [5]  2646/5
2657/1 2710/7 2722/3
2750/22
altogether [3]  2668/9
2668/12 2702/17
always [1]  2687/21
am [17]  2636/3 2636/6
2636/6 2647/15 2656/8

# A

am... **[12]** 2656/9
2665/22 2666/10
2674/18 2674/19
2695/1 2699/13
2715/21 2720/1
2727/13 2727/13
2728/9
**amend [2]** 2642/4
2746/7
**amending [5]** 2635/8
2642/1 2642/3 2662/6
2705/20
**amendment [29]**
2635/9 2635/18
2640/14 2642/5
2651/18 2651/22
2653/9 2653/11
2664/18 2668/5
2668/15 2668/20
2668/25 2669/3 2669/8
2676/13 2681/4
2681/10 2684/15
2684/25 2688/23
2705/5 2707/6 2713/10
2715/15 2717/22
2718/17 2747/12
2749/2
**amendments [8]**
2706/17 2714/4
2715/14 2715/14
2716/19 2717/7 2718/9
2748/6
**American [5]** 2676/2
2677/16 2681/13
2681/23 2682/5
**Americas [1]** 2632/6
**among [2]** 2702/14
2729/9
**amount [17]** 2645/25
2650/15 2665/9
2665/14 2681/24
2708/22 2708/25
2710/8 2725/2 2727/19
2727/25 2749/11
2750/3 2750/9 2750/23
2751/20 2752/8
**amounts [1]** 2665/14
**analysis [5]** 2699/6
2704/23 2725/25
2726/2 2726/19
**analyst [8]** 2651/12
2683/9 2683/11
2683/13 2703/11

2703/12 2703/14
2704/9
**analysts [1]** 2651/13
**analyzing [1]** 2697/23
**animosity [1]** 2739/12
**Anjan [1]** 2741/19
**announced [8]**
2684/17 2705/5 2705/6
2705/21 2719/1 2719/3
2719/8 2719/12
**annual [12]** 2643/4
2643/19 2643/20
2644/4 2644/7 2645/3
2645/5 2645/11
2646/11 2648/17
2649/3 2662/15
**another [9]** 2649/9
2653/8 2657/8 2661/7
2668/20 2674/15
2684/2 2717/24
2733/24
**answer [12]** 2637/9
2637/9 2637/17
2648/20 2649/19
2651/2 2682/25
2689/16 2689/20
2689/24 2690/1
2737/24
**answers [2]** 2650/1
2737/2
**anti [1]** 2698/23
**anti-government [1]**
2698/23
**anticipate [1]** 2643/24
**any [98]** 2639/10
2643/25 2649/1
2660/24 2662/12
2671/7 2671/24 2673/3
2676/25 2678/21
2681/4 2683/2 2698/2
2704/22 2704/22
2706/8 2707/24 2709/1
2709/16 2710/17
2715/21 2724/12
2726/2 2726/17 2729/8
2729/18 2731/4 2731/5
2731/7 2731/10
2731/12 2731/13
2731/13 2731/15
2732/5 2732/7 2732/14
2732/15 2732/16
2732/21 2733/6
2734/14 2734/21
2736/7 2736/16

2738/10 2738/10
2738/17 2738/24
2738/25 2739/6 2739/8
2739/10 2739/11
2739/12 2739/15
2740/6 2740/9 2740/13
2740/15 2741/8
2741/17 2741/25
2742/5 2742/16
2742/18 2742/22
2744/9 2744/12 2745/6
2746/12 2747/13
2748/19 2751/1 2751/2
2751/3 2751/6 2751/8
2751/13 2751/13
2751/19 2752/5 2752/8
2752/18 2753/25
2754/3 2754/4 2754/8
2754/8 2754/10
2755/16 2755/17
2755/18 2755/23
2756/9 2756/10
**anybody [2]** 2646/22
2670/25
**anyone [8]** 2635/19
2698/17 2709/7
2722/14 2725/25
2726/1 2733/3 2755/9
**anything [14]** 2643/14
2647/5 2647/6 2670/12
2693/8 2706/19 2711/6
2714/20 2718/25
2725/17 2729/5 2739/5
2756/5 2756/7
**anyway [1]** 2716/5
**APPEARANCES [2]**
2631/15 2631/25
**appeared [1]** 2738/22
**appearing [1]** 2735/12
**appears [1]** 2714/3
**apples [2]** 2701/1
2712/13
**applied [1]** 2692/22
**applies [2]** 2744/1
2751/17
**apply [1]** 2730/24
**appointment [1]**
2705/17
**approach [4]** 2678/3
2678/15 2678/16
2678/17
**appropriate [2]**
2725/12 2746/20

**approved [1]** 2696/5
**arbitrarily [10]**
2688/22 2689/4 2690/6
2724/17 2725/3
2726/12 2746/17
2747/21 2748/15
2749/6
**arbitrary [8]** 2725/9
2725/11 2726/22
2726/23 2727/4 2727/9
2746/19 2747/5
**are [232]**
**aren't [4]** 2641/20
2646/21 2660/24
2685/17
**argue [4]** 2663/20
2699/14 2713/23
2749/20
**argued [1]** 2749/22
**arguing [1]** 2664/14
**argument [12]** 2633/4
2633/6 2643/14 2648/7
2651/5 2667/20
2667/23 2691/14
2692/16 2693/3
2693/23 2696/6
**arguments [5]**
2690/22 2691/10
2693/2 2730/22
2732/25
**arithmetic [1]** 2697/11
**Arnold [1]** 2632/10
**around [5]** 2653/1
2686/12 2697/22
2714/25 2715/17
**arrangement [1]**
2696/5
**array [1]** 2636/11
**arrive [1]** 2753/19
**arriving [1]** 2735/5
**as [145]**
**ASIM [1]** 2632/8
**ask [20]** 2636/9 2671/1
2690/10 2690/19
2692/22 2692/23
2709/7 2723/2 2727/12
2727/17 2728/3
2729/23 2732/10
2736/25 2738/1 2755/4
2755/10 2755/18
2756/5 2756/7
**asked [30]** 2648/12
2648/13 2648/18
2649/17 2649/18

**A**

asked... [25] 2649/22 2649/23 2649/24 2650/20 2650/25 2657/15 2657/20 2664/4 2665/23 2666/6 2668/11 2672/4 2689/11 2689/11 2694/18 2696/11 2697/2 2705/12 2707/16 2724/20 2732/11 2734/4 2738/12 2738/13 2752/8

asking [2] 2709/11 2726/1

asserting [2] 2724/18 2746/18

assertion [2] 2693/6 2693/11

assess [3] 2682/17 2682/17 2747/5

assessed [1] 2752/10

assessing [1] 2747/25

asset [6] 2712/18 2713/20 2714/5 2714/10 2717/3 2718/8

assets [4] 2653/23 2676/12 2693/19 2716/22

Association [1] 2632/15

assume [4] 2733/19 2733/21 2734/4 2743/25

attack [1] 2663/3

attacked [2] 2699/25 2700/1

Attari [6] 2674/5 2678/14 2678/16 2683/6 2684/2 2741/20

Attari's [3] 2678/14 2678/15 2684/17

attempt [3] 2661/25 2718/5 2753/8

attend [2] 2638/11 2638/12

attended [3] 2636/19 2636/19 2716/24

attention [2] 2647/17 2691/5

attorney [5] 2731/4 2737/18 2737/20 2738/11 2738/11

attorneys [1] 2754/8

august [32] 2640/13 2659/19 2674/14 2674/15 2675/13 2675/23 2680/2 2687/14 2687/19 2687/24 2688/5 2700/15 2705/4 2705/20 2705/25 2705/25 2706/8 2711/3 2711/5 2711/11 2712/3 2713/3 2714/1 2714/2 2714/18 2714/19 2715/11 2715/24 2716/1 2716/8 2719/12 2726/19

authority [5] 2726/10 2726/12 2745/8 2748/13 2748/15

authorized [3] 2679/4 2726/7 2748/11

automatically [1] 2749/12

available [11] 2641/22 2660/2 2665/9 2676/4 2678/20 2687/1 2715/21 2747/24 2748/23 2749/1 2755/16

Avenue [6] 2631/19 2631/24 2632/6 2632/10 2632/13 2632/21

avert [1] 2699/1

avoid [3] 2736/3 2737/17 2739/21

award [10] 2749/10 2750/4 2751/2 2751/3 2751/6 2751/14 2751/16 2751/19 2751/20 2752/1

awarded [1] 2749/11

aware [4] 2636/25 2691/24 2704/6 2715/13

away [4] 2655/6 2660/4 2674/10 2725/23

**B**

back [40] 2634/25 2635/14 2635/16 2640/15 2641/21 2642/9 2642/11

2642/19 2644/16 2651/25 2652/19 2653/16 2653/24 2654/25 2655/25 2660/10 2662/23 2664/9 2673/4 2674/10 2679/10 2682/15 2687/25 2690/9 2690/11 2690/13 2694/12 2715/22 2717/11 2717/12 2717/16 2721/16 2722/18 2735/24 2736/18 2754/12 2754/17 2754/20 2755/13 2755/20

backed [11] 2641/17 2652/16 2652/18 2660/5 2680/17 2680/21 2703/19 2708/13 2709/15 2710/19 2711/7

background [1] 2729/15

bad [7] 2646/17 2653/4 2674/7 2680/10 2686/12 2698/4 2698/4

bailout [1] 2687/22

Bala [1] 2741/19

balance [6] 2679/9 2718/3 2722/23 2722/25 2723/11 2723/17

balanced [1] 2735/2

ball [3] 2653/3 2653/4 2681/2

ballgame [1] 2675/7

bank [5] 2651/13 2652/10 2688/11 2704/3 2704/4

Bankruptcy [1] 2632/21

banks [2] 2641/21 2652/20

barely [3] 2654/5 2656/15 2679/18

barely-positive [1] 2679/18

bargain [3] 2724/18 2725/5 2746/18

bargained [1] 2686/21

BARNES [2] 2631/18 2691/12

BARRY [2] 2632/2

bars [1] 2654/14

base [4] 2667/23 2715/16 2731/15 2751/3

based [28] 2634/20 2641/1 2646/1 2658/8 2659/25 2663/21 2670/17 2671/23 2672/22 2673/2 2676/24 2680/18 2681/19 2683/11 2689/9 2689/14 2689/16 2692/11 2693/3 2706/5 2717/1 2717/19 2720/23 2739/22 2741/25 2747/5 2748/22 2749/12

baseline [2] 2707/18 2707/21

bases [1] 2675/16

basically [1] 2671/12

basis [2] 2683/11 2723/19 2734/2 2751/9

be [160] 2634/17 2634/22 2635/11 2635/15 2641/16 2643/8 2644/6 2645/15 2651/17 2651/20 2651/25 2653/11 2656/9 2659/6 2662/2 2663/2 2664/14 2664/16 2664/21 2665/11 2666/2 2671/4 2673/7 2673/23 2674/10 2675/4 2675/16 2676/20 2678/3 2678/11 2681/14 2683/1 2684/19 2685/7 2685/15 2685/18 2686/19 2687/2 2687/3 2687/4 2687/7 2687/9 2687/16 2689/9 2689/21 2690/5 2692/10 2693/18

**B**

**because... [38]**
2695/16 2696/14
2696/21 2700/18
2701/3 2701/11
2705/17 2705/22
2706/15 2706/18
2708/14 2711/22
2711/25 2717/10
2717/15 2718/9
2718/13 2719/3
2719/15 2719/25
2720/1 2720/24 2721/8
2723/18 2727/7
2727/14 2735/16
2736/3 2737/8 2738/4
2738/11 2742/14
2743/11 2744/16
2752/10 2752/11
2753/15 2754/12
**become [1]** 2718/12
**becomes [2]** 2707/12
2753/23
**been [33]** 2634/22
2635/16 2642/14
2642/21 2648/21
2650/16 2652/24
2682/2 2683/17
2683/21 2684/21
2692/5 2692/18
2696/10 2700/3
2703/15 2703/23
2716/23 2717/5
2719/16 2723/4 2724/3
2728/4 2729/4 2730/25
2732/16 2734/5 2735/8
2735/21 2739/19
2741/20 2743/2
2750/10
**before [31]** 2631/13
2635/25 2643/11
2652/9 2659/8 2660/5
2664/25 2675/22
2676/8 2679/11
2691/10 2692/23
2698/1 2703/15
2703/16 2707/12
2719/1 2719/3 2719/12
2720/8 2720/13 2722/6
2722/8 2728/11
2728/15 2736/24
2738/22 2744/10
2749/17 2749/25
2752/14

**began [1]** 2687/25
**begin [3]** 2634/15
2751/22 2752/5
**beginning [6]** 2634/8
2635/7 2653/21
2655/15 2724/20
2748/9
**begins [1]** 2730/4
**begun [2]** 2641/6
2642/9
**behalf [6]** 2730/17
2743/3 2743/8 2744/17
2744/21 2744/25
**behind [2]** 2665/15
2680/21
**being [7]** 2648/12
2668/21 2691/2 2691/2
2700/18 2704/20
2751/5
**belief [2]** 2677/14
2734/20
**beliefs [2]** 2739/22
2753/14
**believability [3]**
2663/3 2663/9 2672/18
**believable [2]** 2663/7
2663/7
**believe [25]** 2647/20
2650/24 2675/14
2693/17 2694/10
2694/11 2696/22
2703/9 2703/10
2708/19 2708/25
2709/11 2715/1 2715/2
2727/15 2729/20
2730/13 2734/24
2735/2 2738/24
2739/14 2740/8
2741/16 2742/12
2742/25
**believed [1]** 2738/25
**believes [1]** 2737/20
**belongs [1]** 2682/11
**benefit [2]** 2687/22
2735/14
**benefits [1]** 2677/1
**Benson [18]** 2669/21
2669/23 2670/13
2670/13 2670/18
2670/23 2671/20
2672/3 2674/11 2706/7
2706/9 2708/24
2711/10 2711/16
2711/20 2714/19

**Benson's [6]** 2670/17
2670/20 2672/18
2672/22 2672/24
2674/2
**Berger [1]** 2632/5
**BERGMAN [1]** 2632/9
**Berkeley [1]** 2667/4
**Berkley [8]** 2691/13
2691/17 2692/21
2743/22 2744/2 2744/3
2749/10 2749/12
**Bernstein [1]** 2632/5
**best [9]** 2664/4 2672/4
2679/24 2685/20
2697/22 2698/21
2699/5 2726/8 2748/11
**better [14]** 2648/6
2654/6 2654/15
2654/20 2664/15
2664/17 2680/5 2680/5
2696/19 2696/24
2696/24 2699/22
2699/23 2727/2
**between [15]** 2635/8
2658/23 2662/23
2662/24 2680/11
2699/8 2705/2 2705/3
2705/15 2705/24
2707/8 2714/13
2742/11 2745/16
2748/5
**beyond [5]** 2725/20
2725/21 2734/22
2746/25 2746/25
**bias [2]** 2732/21
2739/21
**big [11]** 2635/13
2635/15 2646/25
2661/24 2664/16
2664/18 2664/19
2679/16 2686/13
2696/21 2726/4
**bigger [2]** 2679/14
2679/14
**billion [31]** 2643/19
2651/19 2651/20
2651/21 2655/1 2655/2
2655/5 2656/4 2656/24
2658/24 2659/3
2659/13 2659/22
2660/2 2660/6 2676/12
2680/12 2681/24
2682/2 2697/9 2701/19

2710/2
2710/14 2710/15
2711/18 2712/20
2714/11 2722/8 2723/1
2723/12
**billions [3]** 2659/11
2676/3 2720/12
**bit [5]** 2647/15
2648/16 2661/16
2698/21 2723/10
**bizarre [1]** 2702/3
**black [1]** 2653/25
**blank [1]** 2668/11
**blind [1]** 2698/23
**blinds [1]** 2733/22
**board [10]** 2636/19
2636/23 2648/13
2655/23 2669/15
2669/18 2672/17
2686/23 2706/9
2716/25
**boards [2]** 2639/22
2716/25
**Boies [1]** 2631/24
**boiled [1]** 2681/5
**bomb [1]** 2707/15
**bond [9]** 2683/7
2708/13 2710/18
2710/19 2711/7
2714/14 2716/12
2718/25 2727/3
**bondholders [1]**
2709/14
**books [1]** 2678/6
**Borodkin [1]** 2743/7
**borrow [1]** 2683/18
**borrowing [1]** 2684/8
**boss [1]** 2716/21
**both [13]** 2643/3
2644/24 2651/19
2652/3 2652/15
2680/13 2699/19
2707/19 2716/25
2737/14 2741/7
2744/23 2745/2
**bottom [10]** 2671/13
2674/9 2674/11
2676/22 2680/6
2728/24 2729/2
2729/20 2729/25
2730/7
**bound [2]** 2741/24
2744/4
**bounds [2]** 2672/12

**B**

bounds... [1] 2691/25
Bowler [1] 2707/4
breach [9] 2744/23
2745/2 2747/8 2747/17
2749/18 2749/19
2750/2 2750/7 2750/10
breached [6] 2687/5
2744/21 2744/25
2747/12 2749/21
2750/17
break [4] 2686/12
2691/9 2728/12
2728/15
breathed [1] 2684/18
BRIAN [2] 2631/18
2691/12
Brief [1] 2729/14
briefly [6] 2677/3
2686/1 2687/11
2688/17 2691/13
2728/17
bring [3] 2653/24
2694/1 2743/8
bringing [1] 2645/13
brought [3] 2693/16
2743/2 2743/22
build [6] 2713/13
2717/15 2717/25
2718/13 2718/20
2727/8
building [9] 2699/20
2710/6 2710/12
2710/25 2713/21
2713/21 2717/10
2718/6 2718/8
built [1] 2710/5
bullet [1] 2697/25
bullets [2] 2702/16
2702/18
burden [5] 2685/10
2734/15 2734/16
2735/7 2750/21
business [7] 2640/9
2658/7 2704/4 2710/10
2710/11 2718/2 2718/5
button [1] 2646/23
buy [2] 2641/24
2720/11
buying [1] 2652/18
bylaws [1] 2745/25

**C**

Cabinet [1] 2698/19

Gacciapalle [1] 2748/6
calculated [2] 2750/9
2751/7
calendar [1] 2677/18
call [3] 2672/8 2672/10
2755/4
called [8] 2668/16
2687/15 2703/22
2718/4 2721/8 2743/5
2743/16 2750/11
callous [1] 2723/10
calm [6] 2651/20
2651/21 2684/10
2695/2 2695/2 2698/21
came [13] 2652/7
2652/8 2670/5 2683/13
2698/1 2706/22
2721/16 2722/18
2723/20 2724/6
2733/20 2748/3
2749/23
can [59] 2634/12
2636/2 2637/5 2640/18
2640/20 2640/24
2644/6 2645/17
2645/19 2646/18
2646/22 2647/9
2648/11 2653/18
2654/7 2654/23
2655/18 2657/11
2658/19 2668/1 2670/1
2670/8 2671/6 2672/2
2673/4 2674/21
2675/11 2675/23
2677/5 2678/12
2679/23 2680/9
2683/12 2684/4
2684/16 2688/17
2690/4 2691/9 2692/4
2696/20 2697/1 2697/7
2700/17 2709/9 2710/8
2713/20 2719/17
2723/13 2725/20
2726/5 2726/10
2727/19 2728/12
2730/12 2745/5
2746/25 2748/13
2755/4 2755/17
can't [17] 2654/8
2660/21 2670/21
2670/21 2671/16
2671/21 2671/24
2672/23 2672/24
2673/10 2686/11

2686/11 2687/16
2701/16 2703/4 2721/1
2728/13
cancel [2] 2723/21
2723/25
canceled [2] 2723/22
2724/1
cannot [2] 2734/1
2734/2
cap [17] 2640/25
2641/1 2641/3 2641/4
2641/10 2642/6
2642/19 2652/2
2653/13 2655/7
2664/21 2667/10
2675/18 2678/23
2681/3 2681/4 2691/23
capacity [3] 2682/22
2707/12 2739/8
capital [11] 2655/15
2669/21 2675/16
2680/12 2701/20
2708/17 2708/23
2713/13 2717/15
2718/6 2718/20
caps [10] 2662/16
2706/4 2707/14
2707/16 2710/20
2710/21 2710/23
2710/24 2714/16
2714/16
captured [1] 2662/1
cards [1] 2671/23
care [2] 2708/14
2755/24
careful [1] 2713/2
carried [1] 2735/7
case [70] 2643/7
2654/9 2658/23 2659/1
2659/14 2659/21
2659/22 2660/1
2660/21 2664/23
2694/10 2694/11
2694/13 2695/1 2696/2
2696/2 2696/9 2696/12
2698/7 2698/23
2698/23 2701/8
2704/18 2705/1
2705/13 2709/17
2715/6 2715/10
2723/10 2724/3 2725/3
2726/7 2726/15
2727/15 2728/13
2729/5 2729/8 2730/5

2730/24 2732/9
2732/18 2732/22
2735/6 2736/18
2736/21 2737/11
2737/19 2739/11
2739/13 2741/18
2742/7 2742/10 2743/1
2743/14 2743/22
2744/5 2745/3 2745/16
2747/10 2747/18
2748/1 2748/20
2749/20 2750/12
2751/3 2751/7 2751/13
2753/13 2753/20
2754/9
cases [1] 2734/23
cash [6] 2683/16
2723/1 2723/3 2723/7
2723/19 2723/20
Cassell [1] 2743/7
cataclysmic [1]
2701/10
cause [3] 2725/16
2746/22 2753/19
caused [4] 2747/8
2749/19 2750/2
2750/20
cautious [3] 2704/19
2704/20 2712/10
CAYNE [1] 2632/8
center [1] 2680/14
central [1] 2725/2
CEO [9] 2636/16
2636/18 2637/4
2637/17 2639/21
2639/21 2647/21
2672/15 2674/17
CEOs [4] 2636/4
2636/15 2636/15
2686/8
certain [9] 2700/14
2701/16 2716/22
2720/15 2721/25
2732/11 2735/19
2735/23 2735/25
certainly [5] 2661/6
2662/21 2681/21
2682/25 2732/13
certainty [3] 2734/23
2750/22 2750/24
certificate [3] 2708/3
2745/24 2745/24
certificates [3]
2708/10 2708/16

**C**

certificates... [1] 2748/2
certified [3] 2657/9 2657/12 2674/17
certify [1] 2757/4
CFO [4] 2647/21 2648/3 2649/21 2674/17
CFOs [1] 2666/24
challenged [1] 2668/21
challenges [1] 2652/23
challenging [1] 2684/13
chance [2] 2696/14 2721/25
chances [1] 2679/8
change [6] 2642/22 2683/14 2718/1 2745/19 2746/3 2753/11
changed [1] 2681/4
changes [4] 2642/3 2642/17 2746/4 2754/18
changing [1] 2642/4
charge [4] 2667/2 2677/8 2678/11 2678/13
CHARLES [1] 2631/16
chart [10] 2653/20 2656/13 2674/3 2674/8 2697/2 2697/7 2697/8 2722/8 2736/19 2736/22
chartered [1] 2745/25
charts [7] 2708/24 2735/24 2736/1 2736/6 2736/8 2736/14 2736/15
chat [1] 2715/24
chatter [2] 2648/8 2648/9
check [4] 2631/21 2697/2 2697/3 2756/6
chief [5] 2648/3 2666/25 2668/3 2676/16 2713/24
chose [4] 2685/19 2688/9 2724/3 2752/4
chronology [1] 2719/14

circular [29] 2642/15 2644/11 2646/25 2660/12 2664/10 2666/14 2667/7 2667/11 2667/22 2674/5 2678/22 2684/7 2685/2 2685/24 2691/20 2692/4 2692/18 2693/11 2693/20 2694/15 2694/20 2694/22 2697/25 2701/17 2701/18 2703/2 2708/19 2710/25 2711/15
circumstance [2] 2725/22 2747/2
circumstances [8] 2634/20 2720/15 2721/25 2725/13 2725/17 2739/9 2746/21 2746/23
circumstantial [6] 2733/15 2733/15 2733/18 2734/6 2734/10 2734/13
civil [3] 2631/2 2631/9 2702/1
civility [1] 2752/24
claim [6] 2686/19 2688/7 2695/4 2734/15 2734/17 2735/13
claiming [3] 2681/18 2681/18 2722/14
claims [5] 2743/4 2743/12 2743/12 2743/23 2751/17
clarification [1] 2732/13
class [27] 2631/10 2631/20 2667/3 2688/9 2691/17 2692/20 2692/24 2694/6 2723/20 2743/2 2743/5 2743/6 2743/8 2743/11 2743/12 2743/17 2743/18 2743/20 2743/20 2743/24 2744/1 2744/3 2747/18 2749/8 2749/10 2749/16 2750/5
classes [3] 2743/9 2743/13 2743/14

clear [10] 2639/19 2664/9 2670/9 2680/3 2681/12 2692/15 2698/22 2720/17 2726/6 2727/20
clearly [1] 2682/25
clerk [1] 2754/2
client [2] 2691/15 2738/11
clients [1] 2724/2
clock [3] 2656/9 2697/15 2697/18
close [3] 2676/8 2688/18 2714/3
closer [2] 2658/14 2658/14
closing [4] 2633/4 2633/6 2648/6 2691/14
Closings [1] 2756/21
COLATRIANO [1] 2631/17
colleagues [1] 2719/4
collect [2] 2677/10 2688/11
college [2] 2703/24 2703/24
color [1] 2739/22
COLUMBIA [1] 2631/1
combination [1] 2734/3
come [14] 2642/11 2643/7 2644/16 2674/10 2675/19 2675/25 2688/15 2717/11 2717/12 2717/16 2750/13 2750/15 2754/20 2755/13
comes [1] 2653/15
comfort [1] 2709/16
coming [19] 2643/1 2654/24 2655/16 2656/6 2656/22 2662/14 2664/21 2665/25 2674/14 2676/15 2676/15 2679/20 2702/6 2706/3 2707/14 2707/16 2714/10 2714/16 2714/16
Commission [2] 2646/4 2648/10
commitment [42] 2642/12 2642/13

2642/20 2642/21 2642/25 2644/15 2645/13 2650/10 2650/15 2651/19 2651/23 2652/22 2653/1 2653/14 2655/16 2655/5 2655/16 2656/4 2659/7 2659/9 2659/11 2660/3 2660/13 2667/10 2667/13 2675/7 2675/23 2677/6 2678/19 2678/23 2679/13 2680/21 2681/7 2683/2 2683/21 2684/21 2691/22 2701/11 2701/20 2708/17 2708/23 2714/23
commitments [1] 2709/3
committed [2] 2650/13 2677/20
committee [2] 2669/12 2669/17
common [21] 2680/18 2688/25 2689/20 2719/11 2720/11 2720/12 2721/2 2721/5 2721/6 2722/10 2728/2 2734/7 2735/10 2742/22 2743/19 2743/20 2743/21 2749/15 2751/18 2752/3 2752/6
comms [1] 2715/19
communicate [3] 2647/16 2720/2 2753/24
communicated [1] 2676/20
communicating [1] 2705/9
communication [6] 2639/19 2713/11 2714/12 2715/16 2718/18 2754/10
communications [4] 2705/2 2710/17 2714/18 2715/19
companies [6] 2636/4 2639/22 2647/18 2668/12 2704/4 2745/12
company [4] 2632/12

**C**

**company... [3]** 2637/19 2682/22 2745/17
**company's [1]** 2655/15
**compensate [2]** 2750/4 2751/23
**compensation [4]** 2650/14 2677/16 2677/22 2751/7
**competing [1]** 2662/9
**complete [4]** 2636/24 2690/21 2708/5 2708/5
**completely [7]** 2646/21 2668/22 2676/7 2681/19 2682/10 2684/21 2742/3
**components [1]** 2668/16
**comprehensive [5]** 2645/10 2646/7 2646/11 2657/3 2657/21
**comprise [1]** 2686/19
**computer [1]** 2632/25
**computer-aided [1]** 2632/25
**conceivable [1]** 2700/17
**concern [10]** 2641/10 2641/11 2641/15 2641/16 2664/11 2665/20 2665/21 2666/6 2666/9 2667/12
**concerned [7]** 2646/14 2657/5 2659/3 2659/8 2659/12 2680/15 2731/12
**concerning [2]** 2665/7 2666/2
**concerns [5]** 2636/7 2642/8 2655/11 2655/12 2666/17
**conclude [2]** 2734/5 2742/23
**concluded [4]** 2676/19 2679/17 2730/19 2756/21
**conclusion [2]** 2640/13 2646/9
**conclusions [1]** 2735/9

**condition [1]** 2644/18
**conduct [4]** 2744/18 2744/19 2751/4 2751/6
**conducted [3]** 2640/8 2640/8 2707/19
**conference [2]** 2655/25 2738/12
**conferences [2]** 2738/2 2738/6
**confidence [11]** 2655/11 2659/15 2665/1 2665/15 2675/9 2682/22 2683/4 2683/8 2684/1 2709/2 2709/13
**confident [7]** 2680/20 2680/23 2690/23 2690/23 2701/17 2727/13 2727/13
**confirm [2]** 2656/20 2730/13
**confirmed [1]** 2636/14
**confirming [1]** 2665/17
**conflict [2]** 2704/7 2742/10
**conflicting [1]** 2742/9
**conflicts [1]** 2731/20
**confronted [1]** 2647/21
**Congress [4]** 2700/4 2707/1 2709/9 2709/10
**conscious [1]** 2739/21
**conservative [3]** 2700/18 2707/18 2707/21
**conservator [6]** 2637/18 2688/21 2708/9 2744/14 2744/15 2744/18
**conservatorship [14]** 2636/11 2682/20 2682/21 2687/18 2717/14 2717/17 2719/22 2719/23 2721/15 2723/2 2724/2 2724/7 2725/1 2748/9
**conserve [1]** 2693/19
**consider [30]** 2634/18 2634/19 2642/3 2685/9 2708/9 2731/8 2732/21 2735/5 2735/12 2736/6 2736/9 2739/5 2739/7 2739/10 2739/17 2739/19 2740/17

2740/23 2741/3 2741/5 2741/6 2742/6 2742/15 2748/2 2749/3 2749/5 2752/16 2752/23 2753/9 2753/10
**consideration [9]** 2690/21 2725/12 2731/2 2737/6 2740/5 2744/10 2744/11 2746/20 2753/3
**considered [4]** 2690/24 2707/11 2751/11 2753/4
**considering [1]** 2658/14
**consist [1]** 2743/14
**consistent [3]** 2654/8 2664/13 2737/14
**consisting [1]** 2743/20
**consists [1]** 2732/22
**constant [1]** 2639/14
**Constitution [1]** 2632/21
**consult [4]** 2753/7 2754/10 2754/13 2755/18
**consultation [1]** 2699/5
**consulted [1]** 2697/20
**consulting [3]** 2635/18 2725/25 2754/6
**contain [1]** 2746/9
**contained [2]** 2741/8 2745/21
**contents [1]** 2638/25
**continue [6]** 2641/17 2644/21 2658/7 2688/9 2690/19 2755/11
**continued [8]** 2632/1 2633/4 2641/8 2641/13 2658/6 2658/9 2677/13 2678/22
**continuing [2]** 2660/8 2660/9
**contract [21]** 2678/13 2678/18 2720/9 2720/14 2723/22 2723/22 2723/25 2724/1 2724/5 2724/5 2724/15 2725/7 2726/13 2745/22 2746/12 2746/13 2746/15 2747/7

2747/23 2748/17 2749/5
**contracts [15]** 2720/21 2720/21 2745/12 2745/13 2745/14 2745/15 2745/18 2745/20 2745/21 2746/2 2746/4 2746/7 2746/8 2746/9 2748/1
**contractual [2]** 2720/2 2720/3
**contractually [2]** 2689/9 2689/14
**contractually-based [2]** 2689/9 2689/14
**contradicted [1]** 2739/20
**contradictory [2]** 2662/10 2662/11
**contrary [1]** 2692/16
**contrast [1]** 2699/8
**contrasts [1]** 2699/10
**contribute [1]** 2650/11
**contribution [1]** 2753/19
**control [1]** 2733/5
**convenience [2]** 2691/9 2736/17
**conveniently [1]** 2736/5
**conversation [1]** 2754/8
**conversations [2]** 2634/8 2634/9
**convince [1]** 2672/20
**convinced [1]** 2753/12
**cooking [1]** 2635/18
**COOPER [2]** 2631/16 2631/18
**copied [1]** 2756/18
**copies [1]** 2756/19
**corner [2]** 2654/18 2679/19
**corporate [2]** 2745/25 2745/25
**corporate-chartered [1]** 2745/25
**corporation [5]** 2745/4 2745/6 2745/10 2745/22 2746/1
**corporations [1]** 2745/4
**correct [8]** 2650/22 2651/2 2657/16

**C**

**correct... [5]** 2657/20 2657/23 2657/25 2687/16 2757/4
**correctly [2]** 2736/20 2755/2
**corroborated [1]** 2739/20
**corroborating [1]** 2665/17
**could [34]** 2635/21 2642/18 2642/23 2648/21 2650/11 2650/16 2650/20 2666/2 2677/7 2680/10 2682/3 2686/20 2687/19 2690/13 2693/12 2694/17 2696/9 2702/1 2702/4 2704/7 2707/10 2708/9 2712/16 2712/22 2714/11 2720/11 2720/12 2720/24 2721/11 2723/22 2723/25 2724/2 2733/22 2736/4
**couldn't [5]** 2679/8 2681/4 2686/14 2709/7 2709/7
**counsel [18]** 2643/12 2647/6 2648/7 2660/19 2663/6 2667/20 2676/9 2676/14 2686/2 2693/2 2715/1 2729/9 2738/1 2754/9 2754/11 2754/12 2754/13 2755/19
**counted [1]** 2702/16
**counting [1]** 2704/13
**country [1]** 2663/15
**couple [6]** 2675/14 2680/22 2680/22 2698/22 2719/9 2752/14
**coupled [1]** 2644/20
**course [4]** 2644/11 2671/10 2692/25 2712/11
**court [27]** 2631/1 2632/20 2633/8 2691/24 2692/1 2692/5 2692/11 2693/1 2727/6 2729/22 2732/17 2735/22 2736/5 2737/1

2740/17 2740/20 2743/10 2743/11 2752/11 2752/12 2752/23 2754/7 2756/3 2757/3
**Court's [1]** 2693/13
**courthouse [3]** 2733/19 2733/20 2733/21
**courtroom [10]** 2694/2 2734/1 2754/20 2754/22 2754/23 2754/25 2755/1 2755/6 2755/20 2756/15
**Courts [1]** 2729/10
**covenant [17]** 2662/5 2724/16 2726/11 2744/22 2745/1 2746/9 2746/10 2746/16 2747/4 2747/8 2747/13 2747/17 2748/14 2749/18 2749/21 2750/8 2750/18
**cover [2]** 2658/5 2673/10
**covered [1]** 2704/5
**covering [1]** 2652/23
**COVID [1]** 2738/4
**crazy [1]** 2713/24
**CRC [1]** 2632/20
**created [1]** 2670/13
**creates [1]** 2652/5
**credibility [15]** 2663/3 2663/9 2663/20 2672/18 2700/1 2731/19 2738/18 2738/23 2739/1 2739/6 2739/9 2739/24 2740/18 2741/4 2741/7
**credible [5]** 2663/7 2663/8 2700/8 2706/11 2732/16
**credit [4]** 2665/15 2666/4 2666/16 2710/10
**credit-quality [1]** 2665/15
**criminal [2]** 2702/1 2734/23
**crisis [4]** 2699/1 2699/1 2705/8 2709/6
**cross [1]** 2696/15
**cross-examine [1]**

**crystal [3]** 2653/3 2653/4 2681/2
**Cts [1]** 2632/21
**cumulative [1]** 2658/22
**curative [2]** 2692/15 2693/23
**current [6]** 2641/1 2641/3 2740/2 2743/15 2743/17 2743/19
**cushion [2]** 2709/1 2709/12
**cutting [1]** 2686/16
**cycle [1]** 2684/7

**D**

**D.C [6]** 2631/19 2631/25 2632/11 2632/14 2632/17 2632/22
**damage [2]** 2727/18 2750/25
**damaged [3]** 2749/10 2750/11 2751/19
**damages [21]** 2681/18 2681/19 2687/6 2687/9 2687/16 2690/2 2691/2 2722/15 2724/2 2749/11 2750/3 2750/9 2750/19 2750/22 2750/23 2751/1 2751/2 2751/11 2751/14 2751/15 2751/16
**damn [2]** 2695/5 2697/14
**darn [1]** 2723/8
**date [9]** 2642/22 2661/21 2705/3 2749/2 2751/21 2752/4 2752/5 2752/7 2757/9
**dated [2]** 2658/17 2713/2
**Dave [4]** 2669/20 2711/19 2714/19 2715/3
**DAVID [2]** 2631/16 2632/9
**day [10]** 2636/22 2652/22 2683/14 2687/22 2688/5 2688/6 2706/14 2722/8 2733/21 2755/23
**day's [2]** 2661/13

**days [2]** 2681/3 2712/3
**DC [1]** 2631/6
**dead [1]** 2651/7
**deal [12]** 2661/24 2676/25 2677/7 2679/16 2696/21 2699/4 2705/22 2714/14 2714/15 2714/17 2716/11 2726/4
**dealers [1]** 2665/25
**dealing [15]** 2685/2 2698/3 2699/3 2724/16 2726/11 2744/22 2745/1 2746/11 2746/16 2747/4 2747/13 2747/18 2748/14 2749/19 2750/8
**dealings [1]** 2746/10
**deals [1]** 2703/19
**debate [2]** 2681/16 2681/17
**debt [2]** 2652/16 2684/10
**decades [1]** 2683/25
**December [12]** 2641/2 2641/4 2643/6 2651/14 2651/18 2651/22 2651/23 2653/2 2655/6 2658/14 2675/17 2749/3
**decide [25]** 2641/17 2647/11 2663/6 2663/7 2663/21 2689/3 2694/9 2694/10 2696/2 2700/9 2700/21 2703/9 2703/10 2731/1 2731/21 2734/13 2740/7 2740/13 2742/11 2742/12 2750/3 2751/19 2752/1 2753/12 2755/14
**decided [3]** 2676/24 2681/8 2735/25
**decides [1]** 2755/5
**deciding [2]** 2738/21 2739/14
**decision [15]** 2635/25 2639/25 2640/3 2682/9 2682/11 2684/22 2698/16 2699/4 2699/11 2704/22

**D**

**decision... [5]** 2724/9 2726/15 2727/3 2727/9 2732/8
**decision-makers [1]** 2640/3
**decision-making [1]** 2639/25
**decisions [5]** 2698/20 2725/11 2725/19 2746/19 2746/24
**deck [4]** 2669/17 2669/22 2670/4 2671/25
**declaring [1]** 2708/9
**deemed [2]** 2744/19 2745/12
**defendant [3]** 2632/7 2715/6 2728/22
**defendants [13]** 2631/7 2689/4 2692/2 2692/25 2704/17 2713/17 2715/9 2725/3 2730/14 2735/4 2737/16 2744/5 2745/3
**defendants' [4]** 2633/4 2666/22 2692/12 2750/17
**Defer [1]** 2714/5
**deferred [6]** 2676/11 2712/18 2713/20 2714/10 2716/22 2717/3
**definition [3]** 2644/11 2721/7 2721/8
**deflection [1]** 2704/12
**Delaware [3]** 2632/3 2752/11 2752/12
**delay [1]** 2754/11
**delegation [1]** 2665/24
**delete [1]** 2729/25
**deliberate [2]** 2731/9 2752/15
**deliberation [1]** 2699/5
**deliberations [8]** 2690/21 2733/5 2752/16 2752/22 2753/20 2753/23 2755/11 2755/14
**deliver [1]** 2712/10
**DeMarco [106]** 2634/7 2634/10 2634/18 2634/21 2635/4

2635/16 2635/20 2636/13 2636/19 2637/1 2637/3 2637/8 2637/11 2637/14 2637/19 2637/23 2638/3 2638/6 2638/8 2638/10 2638/15 2638/23 2639/6 2639/13 2639/19 2640/8 2640/11 2640/24 2641/14 2643/2 2646/14 2647/4 2652/1 2653/12 2653/16 2655/24 2656/1 2656/16 2656/20 2657/4 2658/11 2659/2 2660/8 2660/17 2661/4 2661/6 2661/11 2662/5 2662/7 2662/8 2662/9 2662/11 2662/18 2662/20 2662/24 2663/1 2663/4 2663/12 2663/23 2664/2 2664/15 2665/1 2665/17 2665/18 2666/15 2666/23 2669/19 2672/20 2675/19 2676/1 2679/1 2679/8 2679/17 2680/8 2680/14 2680/24 2681/8 2682/8 2683/1 2685/6 2685/13 2685/19 2686/5 2686/14 2686/18 2687/3 2687/10 2694/18 2695/3 2695/25 2696/1 2696/12 2697/13 2698/9 2699/8 2701/9 2701/24 2705/4 2705/8 2705/16 2714/2 2715/12 2716/7 2717/6 2719/24 2723/23
**DeMarco's [4]** 2636/1 2675/5 2682/24 2684/22
**demeanor [1]** 2739/7
**demonstrate [10]** 2668/6 2669/1 2716/20 2717/8 2717/8 2717/17 2717/18 2718/10 2718/10 2727/8
**demonstrated [1]** 2683/7

**denied [1]** 2694/1
**department [3]** 2634/8 2681/13 2706/12
**dependent [2]** 2655/19 2658/5
**depending [1]** 2740/21
**depends [1]** 2741/13
**deplete [1]** 2675/15
**deposed [1]** 2715/4
**deposition [7]** 2715/5 2736/23 2737/3 2737/4 2737/5 2737/8 2737/17
**depositions [2]** 2737/11 2737/13
**depriving [1]** 2747/15
**deputy [3]** 2754/23 2755/1 2755/6
**describe [1]** 2674/18
**described [1]** 2739/3
**describes [1]** 2733/3
**deserve [1]** 2673/3
**deserves [4]** 2740/5 2740/9 2742/8 2742/18
**designated [2]** 2737/14 2737/15
**designation [4]** 2708/3 2708/10 2708/16 2748/2
**designations [1]** 2745/24
**designed [8]** 2668/6 2669/1 2709/16 2716/19 2717/7 2718/9 2718/10 2751/23
**desire [3]** 2713/13 2718/20 2751/4
**destroyed [1]** 2689/5
**details [1]** 2673/16
**determination [4]** 2699/9 2739/24 2743/1 2750/5
**determine [8]** 2677/18 2730/25 2731/19 2731/22 2732/1 2738/24 2752/8 2753/22
**determined [4]** 2731/22 2741/11 2743/11 2749/12
**determines [1]** 2752/12
**determining [2]** 2731/24 2735/6

**Deutsche [4]** 2651/13 2652/10 2704/3 2704/4
**Dharan [19]** 2647/7 2647/16 2647/25 2649/5 2651/3 2658/17 2659/20 2667/14 2672/19 2694/16 2699/25 2700/3 2700/24 2700/24 2702/7 2702/9 2703/8 2717/3 2741/19
**Dharan's [6]** 2670/9 2670/15 2670/22 2671/22 2672/25 2708/24
**did [62]** 2635/22 2635/23 2637/22 2638/2 2641/5 2645/18 2648/1 2648/22 2649/8 2652/12 2656/19 2656/20 2656/21 2658/1 2658/17 2661/16 2663/18 2664/5 2665/19 2665/20 2668/11 2668/12 2671/10 2672/20 2673/3 2676/3 2676/6 2681/10 2682/24 2682/25 2685/6 2685/8 2688/19 2689/3 2689/17 2689/19 2689/23 2689/24 2689/25 2690/5 2693/8 2693/9 2693/9 2696/15 2696/16 2697/1 2697/4 2697/6 2697/13 2701/13 2708/1 2713/11 2714/12 2715/20 2718/18 2721/19 2723/7 2725/3 2725/3 2737/8 2750/15 2756/10
**didn't [52]** 2638/16 2643/14 2647/25 2648/21 2648/23 2648/23 2649/1 2650/3 2650/25 2661/10 2661/11 2662/25 2663/1 2664/6 2670/10 2670/12 2670/24 2670/25 2671/1 2675/8 2676/20 2678/5 2678/5 2678/15

2769

# D

**didn't... [28]** 2680/1 2680/6 2682/1 2682/9 2688/6 2692/7 2692/10 2692/11 2693/19 2695/25 2695/25 2696/12 2696/13 2698/12 2698/15 2698/17 2699/7 2699/21 2700/1 2706/23 2709/16 2710/25 2715/1 2719/17 2723/21 2724/12 2724/22 2727/8

**differ [1]** 2745/13

**difference [2]** 2662/24 2725/10

**different [14]** 2639/8 2655/21 2655/22 2656/2 2681/19 2699/2 2700/11 2701/20 2711/22 2716/3 2719/9 2724/3 2727/5 2731/5

**differently [3]** 2733/4 2740/20 2752/19

**diminishing [1]** 2652/21

**dip [1]** 2680/4

**dipped [1]** 2687/24

**direct [6]** 2733/10 2733/10 2733/13 2734/3 2734/11 2734/12

**direction [1]** 2727/1

**director [9]** 2636/18 2637/1 2637/13 2638/3 2638/3 2705/16 2705/17 2705/18 2715/12

**Directors [1]** 2636/20

**disagree [2]** 2638/18 2693/8

**disclose [5]** 2700/16 2700/17 2700/20 2701/5 2704/2

**disclosed [2]** 2701/13 2701/21

**disclosing [4]** 2700/19 2701/25 2702/5 2713/2

**disclosure [1]** 2703/2

**discretion [1]** 2752/4

**discuss [9]** 2634/15 2637/16 2698/12

2698/15 2698/17 2715/16 2715/21 2715/22 2728/13

**discussed [2]** 2697/21 2717/1

**discussion [10]** 2640/21 2640/22 2642/15 2661/1 2661/21 2661/21 2728/20 2729/9 2730/19 2756/8

**discussions [2]** 2660/14 2728/13

**disparage [2]** 2706/6 2706/7

**disprove [1]** 2696/17

**dispute [3]** 2655/14 2692/2 2735/19

**disputed [1]** 2733/16

**disregard [4]** 2723/10 2731/10 2736/21 2742/4

**distant [1]** 2712/16

**distinction [1]** 2734/12

**distraction [1]** 2704/12

**distress [1]** 2679/10

**DISTRICT [4]** 2631/1 2631/1 2631/13 2632/21

**disturb [1]** 2715/20

**divided [2]** 2754/3 2754/5

**dividend [48]** 2643/20 2643/24 2644/4 2644/8 2644/9 2644/10 2644/14 2645/3 2645/4 2645/7 2645/12 2645/22 2645/25 2646/1 2646/2 2648/17 2649/3 2653/6 2655/10 2656/24 2657/3 2657/22 2662/15 2673/14 2679/14 2681/25 2682/1 2683/17 2683/19 2684/12 2686/16 2693/14 2699/18 2703/16 2706/4 2708/8 2710/3 2710/3 2710/25 2711/5 2714/6 2720/10 2720/16 2720/16 2721/13 2749/23

**dividends [25]** 2642/18 2645/11 2646/11 2652/5 2675/1 2675/16 2678/18 2687/18 2687/19 2688/2 2689/6 2692/4 2708/9 2710/4 2710/14 2719/16 2720/3 2720/3 2720/15 2721/24 2722/17 2722/17 2724/6 2747/15

**division [1]** 2639/10

**do [58]** 2639/15 2639/17 2640/7 2643/13 2644/2 2644/3 2648/16 2649/2 2657/2 2668/20 2670/10 2670/12 2671/15 2672/7 2672/10 2672/13 2679/4 2679/4 2686/14 2686/19 2686/25 2690/10 2695/18 2697/3 2699/9 2699/9 2699/11 2700/16 2700/24 2701/15 2701/16 2701/18 2702/6 2702/16 2703/1 2703/20 2703/21 2704/4 2704/25 2706/10 2706/19 2707/3 2708/13 2709/7 2709/19 2711/14 2713/1 2716/13 2716/13 2717/24 2721/11 2724/14 2728/11 2732/5 2738/4 2738/16 2742/25 2756/4

**document [24]** 2660/19 2660/20 2660/25 2664/22 2669/10 2695/3 2695/8 2695/14 2695/17 2695/17 2696/11 2696/12 2697/24 2705/11 2705/13 2706/20 2706/21 2709/23 2716/1 2737/22 2737/22 2737/23 2737/24 2745/22

2646/16 2646/22 2660/21 2682/21 2736/2 2736/3 2745/23

**does [12]** 2637/10 2640/10 2644/5 2644/25 2704/4 2708/17 2712/7 2736/20 2740/4 2741/15 2744/8 2746/12

**doesn't [29]** 2637/9 2641/21 2650/23 2652/7 2652/12 2657/23 2657/23 2657/24 2661/12 2661/12 2661/15 2662/1 2663/6 2673/3 2681/1 2681/2 2681/2 2685/17 2685/18 2685/20 2685/20 2686/7 2687/2 2695/15 2698/2 2704/13 2706/19 2714/19 2716/19

**doing [3]** 2647/23 2664/4 2726/2

**dollar [1]** 2725/24

**dollars [3]** 2659/11 2676/3 2680/12

**don't [56]** 2644/7 2646/18 2646/25 2647/5 2647/17 2647/19 2647/23 2648/24 2649/13 2651/4 2653/4 2653/9 2655/9 2658/4 2662/25 2663/7 2673/24 2674/25 2678/8 2678/11 2686/13 2687/8 2689/22 2690/4 2690/10 2695/2 2697/3 2697/19 2697/20 2697/21 2701/2 2701/5 2702/10 2703/2 2703/21 2703/23 2703/23 2704/13 2706/7 2706/10 2707/25 2709/23 2710/7 2711/6 2715/4 2717/6 2717/9 2717/15 2718/8 2718/13 2719/5 2721/8 2754/19 2755/9

**documents [7]**

## D

**don't... [1]** 2755/25
**done [9]** 2664/18
2684/6 2689/21 2690/8
2705/22 2705/24
2716/11 2716/17
2718/24
**door [1]** 2754/2
**dotted [1]** 2647/22
**double [1]** 2680/4
**double-dip [1]** 2680/4
**doubt [2]** 2670/20
2734/22
**doubts [1]** 2645/16
**down [36]** 2644/21
2645/13 2652/21
2654/14 2656/22
2657/2 2659/7 2660/5
2661/25 2668/6 2668/9
2668/9 2668/12
2668/17 2669/2 2669/5
2669/8 2679/12
2679/13 2681/5 2681/9
2684/6 2684/15 2695/9
2695/23 2696/15
2698/5 2698/21
2716/20 2717/8 2717/8
2717/17 2718/10
2718/10 2727/9 2755/8
**downside [1]** 2681/22
**downturn [1]** 2665/12
**downward [1]** 2683/15
**Dr [3]** 2647/16 2672/25
2678/15
**Dr. [15]** 2647/7
2647/25 2649/5 2651/3
2658/17 2659/20
2670/9 2670/15
2670/22 2671/22
2672/19 2678/14
2683/6 2684/2 2684/17
**Dr. Attari [2]** 2683/6
2684/2
**Dr. Attari's [2]** 2678/14
2684/17
**Dr. Dharan [7]** 2647/7
2647/25 2649/5 2651/3
2658/17 2659/20
2672/19
**Dr. Dharan's [4]**
2670/9 2670/15
2670/22 2671/22
**draft [1]** 2729/1
**dramatic [1]** 2650/2

**draw [33]** 2644/10
2644/12 2645/13
2645/25 2646/1
2653/24 2659/13
2660/12 2666/14
2673/12 2673/15
2673/20 2673/21
2673/24 2674/5
2679/12 2679/13
2679/15 2684/7 2685/2
2692/12 2692/16
2694/15 2694/20
2694/22 2694/23
2696/25 2697/6 2703/2
2731/20 2731/21
2732/10 2735/8
**drawing [3]** 2652/21
2655/5 2680/13
**drawn [3]** 2655/1
2659/7 2733/22
**draws [34]** 2642/15
2642/16 2644/3 2644/6
2644/21 2645/16
2645/20 2645/23
2646/25 2649/10
2650/11 2653/20
2654/19 2658/5
2658/22 2659/23
2664/10 2665/13
2667/7 2667/11
2667/22 2674/24
2674/24 2678/22
2685/24 2691/20
2692/18 2693/11
2693/20 2698/1
2701/17 2701/18
2708/19 2711/15
**drew [1]** 2697/9
**dripping [1]** 2733/24
**drive [1]** 2645/22
**drop [7]** 2681/20
2688/5 2719/4 2719/5
2727/19 2727/24
2727/25
**DTA [4]** 2676/19
2676/24 2676/25
2704/10
**DTAs [3]** 2676/11
2676/18 2704/20
**due [1]** 2677/13
**duration [2]** 2719/23
2721/16
**during [16]** 2637/16
2676/10 2677/18

2687/18 2687/14
2719/21 2721/14
2732/7 2733/5 2733/7
2737/3 2737/10
2740/15 2752/16
2753/20 2753/23
**duties [1]** 2745/9
**duty [8]** 2730/22
2730/23 2730/25
2731/15 2732/20
2737/18 2738/1 2753/7
**dwell [1]** 2656/8
**DX [2]** 2723/14
2723/15
**DX-102 [1]** 2723/15
**DX-103 [1]** 2723/14

## E

**each [17]** 2689/16
2735/13 2736/25
2737/17 2737/18
2739/25 2742/15
2742/17 2747/18
2749/16 2750/5
2752/25 2753/5 2753/6
2753/7 2755/7 2755/22
**earlier [3]** 2665/6
2682/16 2741/1
**early [3]** 2643/2
2643/7 2660/11
**earn [6]** 2644/3 2644/7
2644/8 2648/16 2649/2
2649/8
**earnings [10]** 2645/5
2646/6 2650/14
2665/12 2669/25
2675/17 2677/21
2684/11 2703/15
2716/14
**earth [1]** 2709/19
**East [1]** 2655/25
**easy [3]** 2634/25
2716/4 2755/9
**eating [1]** 2642/18
**economic [4]** 2686/7
2741/21 2746/6 2748/4
**economy [7]** 2678/25
2681/6 2697/14
2697/17 2701/11
2705/9 2716/14
**Ed [6]** 2637/10
2638/10 2639/6
2691/15 2716/7 2717/6
**Ed's [1]** 2637/11

**education [2]** 2741/23
2742/1
**Edward [4]** 2694/18
2714/2 2716/7 2719/24
**effect [5]** 2722/1
2724/5 2724/5 2738/17
2738/19
**effective [2]** 2644/20
2749/2
**effectively [2]** 2749/23
2750/15
**effort [2]** 2696/17
2710/9
**eight [2]** 2635/17
2669/24
**Eisenhofer [1]** 2632/2
**either [10]** 2671/16
2683/24 2689/11
2734/12 2741/12
2741/13 2754/7 2755/4
2755/5 2755/19
**elections [1]** 2653/6
**element [3]** 2734/17
2734/18 2734/22
**eliminate [2]** 2681/9
2730/14
**eliminated [5]** 2684/21
2687/13 2719/17
2719/18 2719/21
**eliminating [3]**
2747/13 2749/23
2749/24
**elimination [1]**
2687/15
**else [11]** 2641/5
2644/2 2645/18
2646/19 2651/8
2661/19 2696/15
2699/24 2700/16
2701/4 2718/15
**else's [1]** 2662/8
**email [26]** 2660/22
2660/23 2660/25
2661/5 2661/17
2661/18 2661/22
2662/8 2668/2 2668/3
2668/4 2669/5 2669/19
2669/23 2670/2 2670/3
2695/6 2695/8 2695/8
2695/10 2695/11
2695/15 2705/14
2711/10 2711/11
2719/2
**emailing [1]** 2709/24

**emails [9]** 2635/14
2635/16 2648/7
2648/24 2649/13
2709/21 2714/2
2715/12 2716/11
**emergencies [1]**
2698/24
**emergency [2]**
2701/10 2716/12
**emphasize [1]**
2719/15
**employed [1]** 2740/4
**employee [6]** 2709/24
2716/23 2740/4 2740/8
2745/6 2745/9
**employees [2]** 2740/3
2745/5
**enabling [2]** 2662/14
2706/3
**encourage [1]** 2752/24
**end [16]** 2649/19
2649/20 2651/15
2653/15 2653/21
2654/3 2654/24 2660/1
2665/10 2674/3
2674/14 2684/7
2688/15 2692/9 2694/8
2707/13
**ended [1]** 2750/15
**ending [2]** 2641/2
2674/16
**engage [1]** 2751/5
**enhance [1]** 2682/22
**enormous [2]** 2697/23
2698/16
**enough [9]** 2641/12
2644/8 2651/20
2651/21 2674/25
2676/21 2683/16
2727/12 2741/17
**ensure [1]** 2738/8
**ensuring [2]** 2650/13
2677/20
**entered [3]** 2680/11
2694/2 2733/25
**entering [4]** 2688/22
2744/18 2744/20
2744/24
**enterprise [4]** 2641/8
2641/13 2713/14
2718/21
**enterprises [21]**
2638/10 2639/9

2642/18 2651/18
2653/17 2668/8
2677/21 2684/8
2687/20 2687/22
2687/23 2688/10
2705/23 2713/14
2716/9 2717/4 2718/6
2718/21 2722/18
2722/20 2725/24
**enterprises' [2]** 2639/4
2668/17
**entire [7]** 2637/11
2637/12 2637/19
2645/7 2666/16
2678/24 2725/23
**entirely [4]** 2655/16
2655/19 2681/9
2683/22
**entities [3]** 2744/6
2744/8 2748/8
**entitled [13]** 2688/4
2688/12 2735/14
2740/1 2744/9 2744/11
2750/8 2750/18
2751/12 2751/13
2751/24 2751/25
2757/5
**entry [1]** 2705/11
**equal [3]** 2699/19
2744/10 2750/19
**equally [2]** 2721/5
2727/13
**equate [1]** 2701/15
**equity [3]** 2673/15
2673/17 2723/18
**ERIC [1]** 2631/20
**erode [2]** 2675/18
2678/23
**eroded [6]** 2653/1
2659/9 2667/10
2667/14 2691/23
2708/17
**eroding [3]** 2645/13
2660/12 2701/19
**erosion [10]** 2653/13
2666/14 2667/18
2675/23 2681/7 2683/2
2684/20 2693/11
2693/21 2701/12
**errors [2]** 2756/9
2756/11
**essence [1]** 2661/1
**essentially [2]**
2647/16 2700/7

**establish [2]** 2734/18
2747/17
**established [2]**
2650/16 2734/8
**estimate [2]** 2672/4
2751/1
**estimated [3]** 2708/22
2709/21 2710/1
**estimating [1]** 2665/22
**et [2]** 2631/2 2631/6
**eternity [1]** 2721/14
**evaluate [1]** 2741/7
**evaluating [3]** 2635/5
2736/10 2739/1
**even [23]** 2646/25
2656/25 2661/12
2661/15 2661/16
2662/15 2670/10
2673/3 2674/1 2676/21
2682/2 2685/20 2687/1
2687/8 2689/23
2689/24 2698/18
2701/24 2705/12
2706/4 2708/18
2712/15 2726/19
**evenly [1]** 2735/2
**event [6]** 2662/12
2676/25 2678/21
2678/21 2678/22
2683/7
**ever [7]** 2643/25
2664/20 2671/10
2684/11 2684/13
2721/13 2721/13
**ever-shrinking [2]**
2684/11 2684/13
**every [19]** 2636/4
2636/22 2638/6 2639/5
2643/21 2646/1 2654/1
2654/2 2662/1 2663/17
2664/3 2677/8 2677/9
2679/13 2679/15
2683/18 2700/17
2714/12 2734/17
**everybody [6]** 2635/2
2639/14 2682/4 2711/2
2711/3 2728/14
**everything [12]**
2636/24 2637/17
2661/2 2663/22
2702/17 2702/20
2720/19 2720/19
2721/20 2721/21
2721/22 2727/23

**evidence [126]**
2634/14 2635/22
2639/18 2640/10
2651/6 2651/12
2662/17 2662/19
2663/11 2663/17
2664/1 2664/1 2667/24
2668/14 2671/3
2673/17 2674/19
2675/3 2675/8 2676/23
2677/9 2679/7 2685/12
2687/2 2688/20
2689/16 2689/18
2690/6 2690/22
2690/24 2693/2
2695/10 2695/13
2695/14 2698/11
2704/25 2705/1
2705/21 2706/23
2706/24 2709/24
2711/12 2714/13
2726/25 2727/2
2729/19 2730/5
2730/21 2731/2
2731/18 2731/23
2732/2 2732/3 2732/22
2732/22 2732/24
2733/1 2733/2 2733/3
2733/3 2733/8 2733/9
2733/10 2733/10
2733/13 2733/15
2733/15 2733/16
2733/19 2734/3 2734/6
2734/10 2734/11
2734/13 2734/13
2734/14 2734/18
2734/19 2734/19
2734/24 2735/2 2735/6
2735/12 2735/14
2735/16 2735/21
2735/23 2736/1 2736/7
2736/10 2736/11
2736/15 2736/16
2736/17 2736/20
2736/21 2737/20
2737/25 2738/8
2738/12 2738/16
2738/18 2738/20
2739/15 2740/7
2740/10 2740/23
2741/8 2741/10
2741/14 2742/3 2742/5
2742/6 2742/6 2742/7
2742/9 2742/19

## E

**evidence... [9]**
2743/25 2747/19
2748/25 2749/3 2749/5
2750/1 2753/2 2753/3
2753/14
**evidentiary [1]**
2692/13
**evolved [1]** 2634/21
**exact [1]** 2696/20
**exactly [7]** 2637/14
2652/24 2659/14
2669/6 2681/10 2683/4
2713/24
**examination [1]**
2701/24
**examine [1]** 2696/15
**example [6]** 2654/12
2693/14 2704/20
2720/15 2733/18
2739/6
**exceed [1]** 2708/8
**exceeded [2]** 2653/23
2681/15
**exceeds [3]** 2643/20
2645/5 2645/8
**except [4]** 2671/8
2694/16 2694/22
2725/25
**excerpts [2]** 2737/10
2737/12
**excess [9]** 2644/3
2644/7 2645/11
2646/11 2648/17
2649/2 2657/3 2657/22
2681/16
**Exchange [2]** 2646/4
2648/9
**exchanges [1]** 2636/6
**exclusive [3]** 2731/18
2732/4 2732/19
**excuse [3]** 2640/15
2695/5 2752/14
**executed [1]** 2676/14
**executive [4]** 2636/20
2669/12 2669/17
2669/21
**executives [4]**
2646/17 2648/1 2648/2
2669/13
**exercise [4]** 2689/4
2720/18 2726/9
2748/13
**exercised [2]** 2726/11

**exercises [1]** 2720/25
**exhibit [4]** 2667/25
2672/15 2723/14
2733/13
**exhibits [5]** 2705/1
2732/23 2741/13
2741/15 2755/15
**exist [2]** 2712/17
2745/19
**existence [3]** 2733/14
2734/8 2734/8
**existing [2]** 2725/13
2746/21
**exited [1]** 2756/15
**expect [20]** 2644/3
2644/7 2644/8 2645/20
2648/16 2649/2 2649/8
2649/10 2655/9 2657/2
2658/4 2658/5 2674/24
2674/25 2676/21
2687/4 2693/9 2708/21
2717/16 2753/10
**expectation [3]**
2720/24 2722/19
2750/11
**expectations [15]**
2665/11 2687/5
2688/23 2689/13
2690/7 2724/22
2724/24 2724/25
2726/13 2746/6
2747/22 2748/1
2748/16 2749/4 2749/7
**expected [12]** 2656/2
2656/4 2707/20
2707/23 2716/9
2724/19 2725/6
2725/21 2746/18
2746/25 2748/20
2748/22
**expects [1]** 2643/18
**expedite [1]** 2732/13
**experience [6]** 2646/6
2657/1 2734/7 2735/10
2741/23 2742/1
**expert [7]** 2644/17
2650/18 2669/9
2671/18 2700/3
2741/21 2742/9
**experts [3]** 2666/21
2666/21 2666/22
**explain [1]** 2700/8
**explained [6]** 2668/15

2700/10 2700/25
2717/3
**explaining [2]** 2702/9
2748/9
**explicitly [1]** 2696/20
**exposure [2]** 2638/9
2638/22
**express [1]** 2746/11
**expressed [2]** 2712/8
**expressing [1]**
2666/17
**expression [1]**
2634/23
**expressly [2]** 2732/17
2738/16
**extent [4]** 2708/7
2736/7 2738/25
2748/25
**extinguished [1]**
2693/15
**extremely [1]** 2665/8
**eye [1]** 2652/2
**eyes [1]** 2665/6

## F

**face [2]** 2652/23
2698/24
**facing [2]** 2634/16
2701/9
**fact [30]** 2647/21
2653/20 2669/3 2671/3
2687/24 2695/22
2700/15 2704/13
2710/9 2710/25 2718/1
2722/9 2725/1 2725/22
2732/3 2732/10
2733/14 2733/16
2734/3 2734/8 2734/9
2735/21 2740/3 2741/8
2741/17 2742/12
2744/7 2747/2 2747/4
2751/10
**factors [2]** 2657/7
2712/17
**facts [33]** 2658/13
2658/13 2700/12
2700/12 2704/18
2725/13 2725/16
2726/17 2729/8
2730/24 2731/18
2731/22 2732/1 2732/5
2732/5 2732/19
2732/20 2732/24

2668/23 2683/6
2700/10 2700/25

2734/3 2735/8
2735/19 2735/20
2736/16 2736/20
2738/21 2739/8 2739/9
2743/1 2746/21
2746/23 2753/18
2753/22
**fading [1]** 2677/1
**failing [1]** 2648/5
**fair [19]** 2724/16
2725/15 2726/11
2737/6 2744/11
2744/22 2745/1
2746/10 2746/10
2746/16 2746/22
2747/4 2747/13
2747/18 2748/14
2749/18 2750/8 2751/7
2753/2
**FAIRHOLME [1]**
2631/2
**fairly [2]** 2740/1
2742/8
**fairness [2]** 2725/21
2747/1
**faith [13]** 2724/16
2726/11 2744/22
2745/1 2746/9 2746/10
2746/16 2747/4
2747/13 2747/18
2748/14 2749/18
2750/8
**faithful [1]** 2746/13
**false [2]** 2695/12
2697/10
**falsely [1]** 2705/13
**familiar [2]** 2645/15
2652/7
**FANNIE [90]** 2631/9
2636/5 2636/15
2636/18 2636/22
2636/25 2638/10
2639/21 2643/3
2643/16 2644/18
2644/18 2646/24
2648/8 2649/7 2649/24
2651/16 2652/3 2652/4
2652/8 2652/13
2653/20 2653/24
2655/8 2656/7 2656/13
2656/18 2656/21
2657/21 2666/11
2666/24 2669/12
2669/13 2669/15

2773

**F**

**FANNIE... [56]**
2669/16 2669/22
2670/6 2671/15
2673/10 2674/5
2674/15 2674/22
2675/9 2676/4 2676/18
2676/20 2676/23
2678/24 2679/11
2680/11 2681/24
2681/25 2683/20
2684/10 2688/21
2688/24 2689/18
2691/1 2691/3 2696/25
2697/6 2699/16
2699/18 2707/9
2707/19 2710/2 2711/8
2711/18 2711/22
2713/25 2715/6
2716/24 2719/11
2721/21 2722/2
2723/12 2726/8
2727/25 2743/9
2743/16 2743/17
2743/21 2744/14
2744/15 2744/21
2744/23 2745/4 2748/7
2749/13 2752/10
**Fannie's [4]** 2636/16
2643/8 2648/3 2672/15
**far [2]** 2644/6 2709/18
**fate [1]** 2679/9
**favor [4]** 2690/10
2690/11 2690/25
2692/2
**favors [1]** 2735/14
**fear [1]** 2684/10
**feasible [1]** 2686/9
**February [3]** 2643/2
2643/8 2648/4
**FEDERAL [4]** 2631/5
2632/7 2632/12
2632/15
**fee [13]** 2642/12
2642/21 2642/21
2642/23 2642/25
2650/10 2650/11
2650/12 2650/15
2677/6 2677/10
2678/19 2678/19
**feel [2]** 2695/2 2735/9
**fees [1]** 2644/15
**fellow [1]** 2753/9
**felt [1]** 2733/12

**few [11]** 2652/9
2667/14 2667/15
2678/4 2682/15 2685/9
2694/12 2728/8
2733/24 2752/15
2754/18
**FHFA [51]** 2634/16
2634/18 2635/8
2636/21 2637/1
2637/12 2637/21
2638/12 2640/9
2642/16 2655/4 2658/6
2658/9 2661/20 2666/7
2666/11 2669/19
2672/20 2676/14
2676/23 2679/22
2688/20 2689/12
2690/6 2691/1 2691/3
2702/13 2705/2 2707/8
2707/19 2708/8
2709/21 2709/24
2712/21 2714/13
2716/23 2717/20
2724/25 2726/7 2726/9
2744/13 2744/14
2744/22 2745/1
2747/10 2748/6 2748/9
2748/11 2748/12
2749/6 2749/20
**FHFA's [12]** 2666/25
2668/3 2676/16 2679/5
2689/25 2726/9
2744/16 2744/18
2744/20 2744/24
2747/20 2748/12
**figment [1]** 2666/15
**figure [1]** 2674/1
**figures [1]** 2736/20
**file [1]** 2656/7
**filed [5]** 2643/3 2648/4
2650/19 2652/9
2656/18
**filing [10]** 2643/17
2646/3 2648/12 2649/1
2650/25 2656/23
2674/15 2675/2
2712/12 2713/1
**filings [26]** 2643/4
2643/5 2643/13
2646/16 2646/20
2646/21 2646/23
2647/7 2647/18
2649/14 2649/20
2651/5 2651/7 2652/11

2658/9 2696/15
2699/13 2699/14
2699/16 2699/25
2700/11 2701/5 2701/8
2701/13 2712/11
2719/20
**fill [1]** 2754/16
**final [3]** 2690/9
2730/10 2730/21
**finally [1]** 2686/22
**FINANCE [2]** 2631/5
2632/8
**financeability [1]**
2666/3
**financial [25]** 2637/22
2637/22 2638/5 2638/9
2638/22 2639/1 2639/2
2639/4 2643/6 2643/17
2644/22 2644/23
2648/3 2652/6 2657/8
2667/2 2679/3 2684/9
2694/21 2700/12
2700/25 2713/25
2747/9 2749/20 2750/3
**financially [2]** 2645/17
2647/1
**find [16]** 2684/12
2687/9 2693/5 2725/10
2726/23 2727/14
2729/13 2735/8
2740/15 2741/25
2744/20 2744/24
2750/1 2750/17 2751/8
2751/15
**finder [1]** 2747/4
**finding [3]** 2732/20
2735/1 2735/3
**fine [1]** 2709/9
**finish [1]** 2691/9
**firm [1]** 2704/6
**first [43]** 2634/14
2637/7 2640/12
2640/16 2640/25
2651/8 2653/15 2654/4
2654/15 2654/24
2656/12 2656/13
2656/13 2656/17
2656/19 2656/25
2658/2 2662/12
2662/19 2670/9
2676/11 2678/4
2679/11 2679/18
2685/10 2688/19
2695/7 2699/15

2699/18 2702/3 2704/3
2705/11 2710/4 2710/5
2721/1 2722/4 2730/4
2730/7 2730/8 2730/11
2745/15 2748/6
2752/21
**fist [1]** 2634/10
**five [2]** 2671/10
2730/10
**fix [1]** 2751/21
**fixed [1]** 2707/13
**fled [1]** 2660/4
**fleeting [1]** 2675/13
**Flexner [1]** 2631/24
**flow [2]** 2641/21
2652/19
**focuses [1]** 2704/11
**focusing [1]** 2704/19
**follow [6]** 2639/10
2639/11 2640/17
2646/18 2650/17
2731/6
**follow-up [2]** 2639/10
2640/17
**following [1]** 2743/15
**footing [1]** 2684/9
**forecast [8]** 2658/16
2659/22 2660/1 2672/8
2672/9 2672/10
2672/11 2707/21
**forecasts [6]** 2637/22
2707/19 2713/12
2713/12 2718/18
2718/19
**foregoing [1]** 2757/4
**foreperson [7]**
2752/22 2752/24
2753/25 2754/1
2754/15 2754/21
2755/3
**forever [1]** 2708/20
**forgot [1]** 2756/4
**form [12]** 2687/7
2687/10 2688/16
2688/17 2717/12
2730/6 2733/13
2735/24 2743/16
2754/16 2754/22
2754/22
**formal [1]** 2634/14
**formed [1]** 2746/1
**former [1]** 2740/2
**formula [1]** 2665/11
**forth [4]** 2635/14

**F**

**forth... [3]** 2635/16 2662/23 2682/20
**forum [1]** 2639/7
**forward [14]** 2640/12 2643/18 2648/22 2649/6 2660/10 2700/22 2701/25 2702/5 2702/10 2702/15 2702/18 2703/4 2714/4 2717/2
**forward-looking [9]** 2648/22 2649/6 2700/22 2701/25 2702/5 2702/10 2702/15 2702/18 2703/4
**Foster [2]** 2709/25 2711/3
**found [1]** 2729/20
**four [4]** 2696/1 2696/10 2730/3 2743/10
**fourth [4]** 2654/2 2654/13 2654/13 2654/16
**fragility [1]** 2677/13
**FREDDIE [99]** 2631/9 2636/5 2636/15 2637/4 2637/17 2637/18 2638/10 2639/22 2643/3 2644/25 2645/3 2645/18 2645/24 2646/3 2646/24 2650/8 2650/19 2651/16 2652/3 2652/4 2652/8 2652/13 2655/8 2656/7 2656/18 2656/21 2658/1 2658/16 2658/21 2659/3 2659/13 2659/21 2659/25 2660/2 2665/9 2666/9 2666/24 2670/7 2670/24 2670/25 2670/25 2671/2 2671/3 2671/9 2671/13 2675/1 2675/9 2675/21 2675/22 2676/4 2678/6 2678/24 2679/11 2680/11 2684/11 2686/23 2688/21 2688/24 2688/25 2689/19 2689/20 2691/1 2691/3 2694/23

2699/17 2699/18 2707/9 2707/19 2710/13 2711/18 2711/20 2716/24 2719/2 2719/11 2719/11 2721/22 2722/2 2723/12 2723/13 2726/9 2728/1 2728/2 2743/9 2743/18 2743/18 2743/19 2743/20 2744/14 2744/15 2744/25 2745/2 2745/4 2748/7 2749/14 2749/14 2751/18 2752/2 2752/6 2752/13
**Freddie's [4]** 2649/20 2649/21 2649/22 2658/25
**free [1]** 2693/20
**frequently [1]** 2637/7
**friend [3]** 2699/15 2701/8 2719/21
**friendship [1]** 2739/12
**front [2]** 2680/14 2707/1
**fruits [3]** 2724/17 2725/4 2746/17
**frustrating [3]** 2724/17 2725/4 2746/17
**fulfill [5]** 2675/5 2677/15 2679/5 2682/23 2738/8
**fulfilled [2]** 2682/18 2682/19
**full [3]** 2705/18 2709/5 2753/2
**full-scale [1]** 2709/5
**fully [1]** 2704/18
**functions [1]** 2731/25
**fund [1]** 2707/24
**funding [3]** 2641/1 2714/22 2714/24
**FUNDS [1]** 2631/2
**further [3]** 2635/21 2645/23 2671/10
**future [32]** 2642/18 2643/18 2644/5 2644/5 2645/21 2648/18 2649/4 2650/11 2654/22 2656/22 2662/15 2674/24 2674/24 2678/13 2681/8 2682/3 2687/14

2687/20 2688/6 2699/21 2706/4 2710/7 2710/9 2710/10 2712/16 2720/4 2721/9 2721/13 2722/17 2724/6 2747/15 2751/5

**G**

**gain [1]** 2688/1
**gallery [1]** 2729/23
**gather [2]** 2660/8 2754/12
**gathered [1]** 2635/24
**gathering [3]** 2637/23 2639/23 2640/4
**gave [9]** 2636/25 2650/1 2651/1 2655/24 2677/11 2684/1 2724/5 2724/13 2742/14
**Geithner [13]** 2640/23 2660/16 2661/4 2661/5 2661/17 2695/21 2705/16 2706/25 2707/10 2707/17 2709/8 2710/22 2710/23
**gender [2]** 2739/23 2739/24
**general [4]** 2734/11 2745/6 2745/11 2746/19
**generally [1]** 2637/13
**generate [5]** 2645/10 2646/10 2657/2 2657/21 2674/25
**generating [4]** 2662/13 2677/15 2683/16 2706/2
**gentlemen [9]** 2634/2 2651/11 2659/6 2661/24 2672/14 2697/5 2728/7 2729/22 2730/20
**get [64]** 2634/12 2636/2 2636/17 2637/5 2637/25 2639/3 2640/18 2645/2 2645/19 2648/11 2650/6 2653/18 2655/18 2658/19 2664/18 2665/3 2668/1 2668/19 2669/13 2670/1 2670/8 2671/6 2671/11 2672/2

2674/2 2675/11 2677/5 2678/6 2679/23 2680/5 2680/5 2680/5 2680/6 2680/9 2681/16 2684/4 2687/7 2688/17 2688/18 2690/4 2690/10 2690/13 2692/9 2698/20 2702/10 2704/13 2704/14 2706/23 2707/7 2707/10 2707/10 2707/16 2712/16 2712/25 2720/18 2721/1 2721/1 2721/5 2721/22 2724/8 2724/12 2725/8 2727/16 2727/23
**gets [17]** 2641/4 2651/3 2653/1 2654/15 2658/14 2658/15 2659/2 2659/19 2660/5 2690/8 2690/9 2690/14 2700/18 2700/19 2720/17 2721/20 2727/23
**getting [20]** 2635/5 2637/3 2654/20 2658/11 2658/12 2664/15 2664/17 2694/7 2696/19 2696/23 2696/24 2696/25 2699/22 2707/2 2710/18 2710/20 2712/13 2712/14 2713/4 2727/2
**give [23]** 2682/13 2683/10 2686/20 2690/21 2692/7 2692/10 2692/11 2709/2 2709/13 2729/15 2731/4 2731/16 2734/14 2735/16 2737/5 2737/6 2737/7 2739/25 2742/7 2742/17 2744/12 2754/2 2756/18
**given [8]** 2692/6 2713/17 2717/7 2726/24 2729/7 2734/12 2742/24 2751/15
**gives [1]** 2695/23
**giving [2]** 2692/3 2725/23

**go [38]** 2638/4
2640/15 2646/2
2646/22 2654/14
2654/20 2656/10
2656/10 2657/2 2657/6
2657/14 2657/19
2659/17 2670/4 2672/5
2672/6 2673/4 2673/7
2673/16 2680/3
2680/10 2682/15
2687/25 2690/20
2692/23 2694/12
2702/25 2703/2
2709/12 2717/13
2722/3 2723/24
2728/11 2728/12
2728/15 2754/20
2755/8 2756/2
**goal [2]** 2682/18
2682/21
**goals [1]** 2682/19
**God [1]** 2710/18
**goes [7]** 2646/5
2654/22 2662/8
2662/12 2708/12
2708/21 2713/18
**going [92]** 2635/2
2638/21 2639/4 2639/9
2639/10 2642/6
2642/11 2643/5
2643/15 2643/18
2644/9 2644/16
2645/15 2646/2 2647/6
2647/15 2648/15
2654/10 2654/17
2655/13 2656/3 2656/5
2656/8 2658/11 2663/8
2663/20 2663/21
2665/4 2665/10
2665/24 2667/14
2668/19 2669/14
2669/17 2673/5 2673/6
2673/13 2673/16
2674/10 2674/17
2674/18 2674/19
2674/20 2675/18
2676/4 2677/10 2678/3
2678/5 2678/11 2680/3
2680/21 2681/3 2682/4
2682/13 2683/18
2684/24 2687/7 2687/8
2687/11 2689/10
2689/11 2694/9

2694/10 2695/7
2695/13 2699/14
2706/13 2706/18
2707/7 2708/19 2712/1
2713/19 2714/8
2715/13 2717/2 2717/2
2717/11 2717/12
2717/13 2717/14
2718/11 2718/12
2719/4 2724/11
2724/14 2725/8 2726/7
2727/1 2727/16
2728/10 2728/11
2729/12
**golden [5]** 2669/24
2670/3 2674/2 2674/6
2679/20
**gone [2]** 2651/19
2683/21
**good [37]** 2634/2
2634/5 2634/6 2640/1
2646/8 2646/8 2654/20
2656/15 2656/17
2656/25 2674/22
2675/14 2698/1
2703/16 2709/18
2710/2 2712/2 2712/3
2714/4 2714/5 2714/5
2714/8 2715/16
2724/16 2726/11
2728/21 2744/22
2745/1 2746/9 2746/10
2746/16 2747/4
2747/13 2747/18
2748/14 2749/18
2750/8
**got [18]** 2637/15
2652/2 2655/3 2655/4
2655/8 2655/11
2663/23 2669/10
2679/14 2686/12
2696/14 2696/14
2701/19 2705/17
2710/20 2710/21
2722/12 2722/15
**governance [1]** 2746/5
**government [13]**
2665/15 2698/23
2698/25 2727/23
2740/3 2740/4 2740/8
2744/6 2744/6 2744/8
2744/8 2744/13 2748/8
**government's [1]**
2709/2

**government-sponsore
d [3]** 2744/6 2744/8
2748/8
**governments [1]**
2698/24
**Grant [1]** 2632/2
**granular [1]** 2713/4
**graphic [1]** 2697/8
**great [4]** 2661/25
2681/7 2686/17 2699/1
**greater [5]** 2675/17
2695/23 2740/6
2741/14 2744/9
**green [1]** 2654/5
**Griffin [7]** 2668/4
2668/5 2668/24 2669/7
2716/6 2717/5 2718/22
**Grossly [1]** 2726/18
**Grossmann [1]** 2632/5
**ground [1]** 2712/23
**group [5]** 2666/4
2667/4 2669/22
2691/17 2743/3
**groups [2]** 2638/11
2638/12
**GSE [2]** 2669/25
2683/24
**GSEs [17]** 2654/25
2655/5 2655/11 2656/3
2662/13 2679/18
2681/5 2683/16
2683/18 2715/17
2726/8 2744/16
2744/17 2744/19
2746/5 2748/8 2748/12
**guarantee [2]** 2652/25
2665/16
**guarantees [1]**
2721/16
**guess [1]** 2753/1
**guesswork [1]**
2735/11
**guidance [3]** 2682/13
2726/14 2751/15
**guide [1]** 2647/13
**guided [2]** 2725/20
2746/24
**gun [1]** 2669/6
**guy [1]** 2671/19
**guys [2]** 2718/11
2720/20

**had [87]** 2634/10
2636/24 2637/19
2638/15 2638/16
2639/1 2640/11
2646/14 2649/5
2649/12 2649/12
2651/19 2652/8
2660/14 2664/8 2665/6
2666/6 2668/15
2668/20 2670/6 2674/5
2675/14 2676/18
2676/19 2676/23 2679/18
2680/15 2680/20
2680/23 2680/24
2681/25 2681/25
2682/9 2683/10
2684/21 2686/20
2687/19 2687/21
2689/9 2692/18 2696/1
2696/2 2696/25 2697/6
2697/15 2697/18
2698/9 2698/10
2698/13 2698/14
2698/14 2698/25
2699/3 2699/8 2701/10
2709/6 2709/6 2711/21
2713/8 2716/23
2716/25 2717/5
2717/20 2718/22
2720/9 2720/10
2720/14 2720/14
2721/1 2721/5 2721/10
2722/5 2722/5 2722/16
2722/16 2723/1 2723/3
2723/4 2723/19 2724/1
2726/21 2729/17
2734/5 2734/25 2735/3
2750/10
**half [2]** 2670/6 2670/7
**hall [1]** 2729/24
**HAMISH [3]** 2631/23
2692/20 2694/5
**Hampshire [1]**
2631/19
**handed [1]** 2754/23
**hands [2]** 2754/23
2754/24
**hang [2]** 2645/17
2655/13
**hanging [1]** 2679/9
**happen [6]** 2635/3
2646/18 2654/11

**H**

**hack [3]** 2663/14

# H

**happen... [3]** 2678/23
2708/19 2720/24
**happened [18]**
2634/25 2635/1
2654/10 2676/13
2683/5 2695/23
2700/13 2705/7
2705/24 2705/24
2712/8 2713/4 2719/3
2719/7 2722/12
2726/21 2727/7
2735/17
**happening [8]**
2636/25 2666/21
2707/23 2715/23
2717/22 2717/24
2725/15 2727/1
**happens [8]** 2641/16
2704/2 2710/13 2712/6
2714/1 2715/25
2719/13 2721/23
**happy [2]** 2656/16
2714/16
**harbor [7]** 2647/19
2649/13 2652/12
2657/23 2702/8
2702/21 2702/24
**harbors [1]** 2649/6
**hard [2]** 2662/6
2700/12
**harm [6]** 2689/25
2727/24 2747/9
2749/20 2750/3 2750/4
**harmed [6]** 2693/17
2727/21 2727/21
2727/22 2749/22
2750/7
**Harvard [1]** 2700/5
**has [34]** 2642/21
2642/22 2643/12
2647/11 2650/15
2653/3 2655/5 2657/24
2662/17 2663/12
2663/17 2673/17
2675/19 2675/25
2676/1 2676/1 2676/14
2679/1 2679/1 2686/2
2698/19 2700/3
2707/11 2717/24
2723/12 2730/25
2732/17 2734/15
2735/7 2739/2 2739/10
2739/19 2743/2 2753/7

**hasn't [1]** 2720/4
**hate [1]** 2674/6
**have [189]**
**haven't [1]** 2718/24
**having [8]** 2636/6
2638/5 2638/11
2679/12 2679/13
2713/8 2735/21
2751/24
**he [245]**
**he's [25]** 2636/5
2642/5 2642/9 2642/12
2642/24 2651/7
2654/24 2654/25
2655/3 2655/8 2655/10
2658/12 2658/13
2660/8 2666/6 2679/4
2679/10 2684/6
2697/11 2700/4 2700/5
2703/8 2703/23
2704/19 2705/17
**head [1]** 2726/20
**healthy [1]** 2721/17
**hear [14]** 2635/22
2635/23 2638/15
2638/17 2643/14
2656/16 2661/10
2661/11 2663/5 2678/8
2699/7 2755/21
2756/10 2756/20
**heard [69]** 2634/23
2635/25 2636/15
2636/16 2637/3
2637/20 2644/16
2647/7 2647/16 2648/1
2648/2 2650/4 2650/5
2656/16 2658/16
2663/1 2663/2 2663/4
2663/22 2665/2
2666/18 2666/19
2666/23 2666/23
2666/24 2666/25
2667/2 2667/3 2667/17
2667/18 2668/4
2668/10 2668/14
2669/9 2669/25 2671/4
2672/16 2675/8
2676/10 2676/16
2676/17 2678/1
2679/21 2680/8 2683/9
2684/23 2685/2 2686/5
2686/8 2686/17
2686/22 2688/3
2689/16 2690/22

2690/22 2693/14 7
2727/12 2728/17
2730/5 2730/20 2733/3
2733/12 2736/8 2737/3
2737/10 2740/2
2740/10 2741/18
2742/9
**hearing [4]** 2636/6
2665/1 2738/5 2738/13
**held [2]** 2703/4
2749/25
**hell [1]** 2723/9
**help [5]** 2636/10
2722/20 2723/8 2733/1
2736/17
**helped [1]** 2723/8
**her [21]** 2637/21
2637/24 2638/1
2648/10 2648/20
2655/4 2657/12
2679/21 2679/22
2712/19 2713/7
2713/18 2713/22
2726/20 2736/9
2738/11 2740/4 2745/8
2745/8 2753/1 2753/1
**HERA [4]** 2726/4
2746/7 2748/4 2748/11
**here [37]** 2634/17
2642/15 2643/16
2647/15 2656/9
2656/22 2657/12
2659/5 2663/2 2664/12
2665/19 2665/21
2675/4 2675/12
2690/13 2690/14
2691/2 2691/16 2698/3
2701/7 2707/16 2714/8
2720/7 2720/20
2722/23 2727/25
2729/16 2733/23
2735/22 2737/9 2738/4
2739/7 2740/12
2740/17 2752/23
2754/7 2755/19
**here's [12]** 2636/3
2637/6 2648/10
2654/12 2655/19
2661/3 2661/9 2671/25
2683/13 2697/4
2720/13 2721/19
**HERMAN [3]** 2632/20
2757/3 2757/9
**herself [1]** 2667/1

**hesitate [1]** 2753/11
**hey [2]** 2710/24
2715/24
**higher [2]** 2699/17
2711/4
**highly [2]** 2666/2
2671/8
**him [23]** 2637/13
2637/16 2638/17
2638/18 2661/15
2663/22 2664/16
2667/15 2668/11
2687/4 2692/11
2693/11 2696/9
2696/11 2696/15
2697/11 2697/22
2700/1 2700/4 2700/6
2703/25 2707/2
2709/10
**himself [5]** 2635/17
2639/13 2640/8
2671/20 2674/12
**hindsight [5]** 2634/22
2634/23 2679/25
2681/2 2685/14
**hired [1]** 2703/8
**his [61]** 2635/5
2635/17 2635/25
2639/17 2639/21
2639/24 2640/25
2641/15 2643/13
2647/8 2651/1 2655/17
2661/13 2663/8
2663/20 2663/24
2664/4 2664/6 2666/15
2667/20 2670/11
2670/11 2671/20
2671/21 2671/23
2673/2 2675/5 2682/12
2683/8 2683/10 2684/3
2684/3 2684/20
2688/14 2690/24
2693/14 2693/19
2694/18 2695/10
2696/16 2697/7 2699/9
2700/1 2701/23
2702/11 2702/13
2702/24 2703/3 2705/8
2705/12 2706/21
2715/5 2716/21 2717/9
2717/18 2724/11
2738/11 2740/4 2745/7
2745/8 2752/25
**historical [1]** 2645/5

2777

**H**

history [3]  2645/7
2654/25 2679/10
hit [7]  2656/3 2667/10
2680/6 2681/4 2683/20
2683/24 2691/23
hits [1]  2654/21
HOFFMAN [1]  2632/9
hold [2]  2668/2 2714/3
holders [7]  2708/13
2708/13 2709/15
2743/15 2743/17
2743/19 2743/21
holding [1]  2677/24
holdings [2]  2749/13
2749/13
Home [1]  2632/12
homes [1]  2641/24
homonym [1]  2704/15
honest [2]  2700/8
2753/13
honor [19]  2634/4
2663/8 2663/12
2682/12 2691/12
2692/24 2692/25
2693/6 2693/12
2693/22 2696/4 2696/7
2704/16 2728/17
2728/21 2729/10
2730/16 2756/11
2756/14
Honor's [1]  2690/25
HONORABLE [1]
2631/13
hope [8]  2687/13
2687/15 2687/18
2687/21 2689/9 2720/1
2720/8 2721/8
Hopefully [1]  2755/2
hopes [1]  2689/14
hoping [1]  2688/1
horse [1]  2672/19
hostile [1]  2696/3
hostility [1]  2739/15
hour [1]  2639/3
hours [3]  2696/1
2696/10 2706/22
house [1]  2671/23
houses [1]  2641/24
housing [16]  2631/5
2632/8 2634/15
2659/16 2679/9 2681/6
2697/13 2697/17
2698/16 2701/10

2707/2 2707/3 2711/23
2716/13 2746/6 2748/4
how [49]  2634/15
2635/4 2637/7 2640/7
2640/8 2641/19 2647/2
2647/3 2650/4 2653/3
2653/10 2654/22
2665/19 2665/20
2666/13 2671/15
2671/20 2671/22
2671/23 2679/17
2680/10 2682/4
2682/13 2683/7 2686/8
2686/10 2686/11
2698/8 2699/10
2699/22 2700/21
2702/3 2702/4 2702/10
2703/23 2703/24
2708/1 2708/4 2712/1
2719/16 2720/17
2721/21 2722/2 2726/4
2726/15 2734/13
2740/9 2754/4 2755/13
HOWARD [1]  2632/8
however [2]  2736/7
2753/12
huge [6]  2659/15
2710/8 2718/8 2723/15
2723/18 2723/19
HUME [19]  2631/23
2633/6 2647/9 2655/23
2662/24 2667/24
2687/12 2688/3
2688/14 2689/2 2689/8
2690/8 2690/8 2690/12
2690/14 2691/7
2692/20 2694/4 2694/5
Hume's [1]  2690/23
hundreds [2]  2659/10
2676/3
hurt [3]  2722/11
2722/12 2722/15
hypothetical [2]
2748/21 2748/23

**I**

I'd [5]  2634/17 2686/1
2704/25 2722/4
2727/11
I'll [8]  2643/11 2686/3
2698/21 2698/22
2728/14 2729/15
2754/16 2756/16
I'm [44]  2636/9

2636/10 2636/25
2642/11 2643/15
2644/16 2647/7
2648/15 2656/10
2658/19 2663/20
2663/21 2665/4
2667/14 2668/19
2671/18 2671/19
2671/20 2673/5 2673/6
2673/7 2673/12
2673/16 2673/18
2674/17 2674/20
2675/21 2678/3
2684/23 2687/7 2687/8
2687/11 2688/17
2690/8 2693/5 2693/18
2695/13 2697/10
2706/1 2715/13 2723/9
2728/11 2730/2 2756/4
I've [3]  2647/2 2688/15
2738/15
IAN [1]  2632/9
idea [1]  2686/16
identified [1]  2741/20
identifies [1]  2666/4
identity [1]  2739/23
ignore [4]  2711/19
2731/10 2737/22
2752/18
imaginary [1]  2748/21
imagination [1]
2666/15
immediately [2]
2687/25 2688/8
impact [2]  2642/23
2644/22
impartial [1]  2737/6
implausibility [1]
2739/18
implication [2]
2713/12 2718/19
implied [17]  2700/7
2724/15 2726/10
2744/21 2745/1 2746/9
2746/10 2746/15
2747/3 2747/8 2747/12
2747/17 2748/14
2749/18 2749/21
2750/7 2750/18
important [22]
2634/19 2647/2 2647/3
2648/25 2651/25
2655/20 2660/20
2660/20 2664/22

2695/17 2696/12
2697/14 2705/12
2711/25 2716/1 2716/2
2719/9 2738/7 2752/18
2753/18
importantly [2]  2642/7
2680/8
imposed [1]  2681/3
imposition [1]
2677/14
impression [4]
2666/11 2666/12
2713/7 2713/18
improperly [1]  2693/7
improve [1]  2653/7
improving [1]  2711/23
inability [1]  2644/20
inadequate [1]
2726/18
INC [1]  2631/2
incautious [1]  2704/21
inception [1]  2643/21
inclined [1]  2686/25
include [2]  2658/22
2711/24
included [3]  2669/3
2670/4 2711/25
includes [2]  2722/9
2745/23
including [6]  2654/3
2658/23 2707/4
2745/11 2746/8
2748/19
income [26]  2643/21
2645/8 2645/10
2645/10 2646/7
2646/10 2646/11
2657/2 2657/3 2657/3
2657/21 2657/21
2673/8 2673/9 2673/14
2674/25 2676/21
2681/15 2703/16
2707/20 2708/8 2710/2
2710/14 2711/4 2714/5
2714/7
inconsistency [2]
2740/17 2741/3
inconsistent [8]
2740/11 2740/14
2740/16 2740/20
2740/22 2740/25
2741/2 2741/5
inconvenience [1]

**I**

inconvenience... [1] 2736/3

increase [1] 2688/8

increased [1] 2677/15

increases [1] 2645/23

increasing [1] 2717/4

increasingly [1] 2645/22

indeed [2] 2659/8 2741/16

indefinite [4] 2644/4 2644/5 2648/18 2649/4

indicate [2] 2732/5 2738/17

indicated [2] 2716/25 2738/15

indicates [1] 2650/12

indication [1] 2732/7

indiscernible [1] 2721/3

individual [1] 2744/12

individuals [3] 2743/10 2743/23 2745/5

indulgence [2] 2688/14 2729/10

infer [1] 2734/6

inference [3] 2692/13 2692/17 2732/10

inferences [1] 2731/21

inflection [2] 2679/24 2679/25

inform [2] 2636/10 2746/7

information [30] 2635/5 2635/6 2635/24 2637/2 2637/24 2639/15 2639/17 2639/20 2639/24 2639/24 2640/4 2640/7 2640/11 2643/1 2651/8 2658/10 2658/12 2658/15 2660/8 2682/8 2682/9 2698/11 2709/25 2711/21 2712/25 2714/22 2725/14 2738/7 2748/23 2749/1

informed [5] 2638/23 2639/13 2639/15 2639/16 2716/10

informing [1] 2639/24

injuries [1] 2751/8

injury [1] 2752/4

innocuous [1] 2668/22

input [1] 2636/12

inspiring [1] 2728/5

instance [1] 2746/4

instead [6] 2670/15 2686/4 2721/18 2721/20 2721/24 2748/21

institutions [1] 2709/3

instruct [1] 2730/23

instructed [2] 2692/23 2751/10

instructing [1] 2693/1

instruction [9] 2692/15 2693/23 2729/1 2729/19 2729/20 2731/7 2751/14 2752/19 2752/19

instructions [25] 2633/8 2690/25 2722/3 2724/8 2724/12 2724/14 2725/8 2728/8 2728/11 2728/15 2728/23 2728/25 2729/17 2730/24 2731/5 2731/6 2731/8 2731/11 2732/3 2752/17 2752/17 2752/20 2754/17 2756/3 2756/21

insulated [1] 2702/21

Insurance [2] 2667/4 2691/17

integrity [2] 2663/4 2663/13

intended [6] 2677/15 2685/7 2721/15 2732/12 2732/14 2733/1

intent [1] 2725/1

interest [23] 2675/6 2676/2 2676/2 2676/7 2679/2 2679/3 2685/25 2688/4 2688/12 2704/7 2726/5 2726/6 2728/3 2739/11 2748/12 2751/20 2751/21 2751/22 2752/2 2752/4 2752/9 2752/10 2752/12

interested [1] 2666/10

interesting [1] 2709/22

interests [2] 2679/5 2726/8

internal [3] 2669/20 2701/4 2719/2

internally [1] 2699/22

internet [1] 2646/22

interrogatories [5] 2729/13 2729/16 2729/18 2730/6 2730/12

interrogatory [1] 2729/18

introduced [1] 2729/18

invade [1] 2731/24

invest [3] 2641/17 2688/9 2723/8

invested [2] 2722/7 2722/19

investing [3] 2641/20 2680/17 2700/21

investment [7] 2641/8 2641/13 2650/15 2677/22 2678/19 2723/4 2725/2

investor [5] 2659/15 2683/3 2683/7 2714/14 2714/15

investors [17] 2641/11 2641/16 2641/20 2652/17 2652/17 2652/21 2655/12 2666/5 2668/16 2684/1 2684/10 2704/6 2710/19 2711/7 2711/8 2718/25 2719/1

invite [1] 2752/25

involved [5] 2666/20 2666/22 2707/5 2707/5 2739/12

involves [1] 2724/23

is [400]

isn't [9] 2648/9 2652/1 2652/10 2654/7 2681/13 2696/21 2712/12 2713/24 2727/6

issue [13] 2639/11 2642/8 2665/7 2665/9 2666/3 2692/4 2732/3 2734/25 2735/1 2735/2 2735/3 2741/11

issues [4] 2634/16 2700/5 2731/24 2741/21

it [279]

it's [73] 2634/19 2634/25 2640/20 2640/21 2643/17 2653/22 2653/23 2655/1 2658/11 2660/23 2660/23 2661/1 2661/22 2662/6 2662/21 2664/12 2664/24 2668/21 2668/22 2672/14 2678/8 2680/16 2681/21 2681/22 2687/10 2695/16 2695/16 2695/17 2696/21 2697/11 2698/13 2701/18 2702/1 2702/25 2703/16 2703/18 2704/11 2705/15 2705/21 2706/17 2706/24 2708/4 2709/4 2709/23 2713/18 2714/10 2714/23 2716/17 2718/5 2719/1 2719/5 2720/17 2722/18 2723/6 2723/13 2723/15 2725/11 2726/23 2727/7 2728/4 2729/2 2729/13 2729/20 2730/2 2730/3 2730/3 2730/23 2733/4 2737/18 2740/1 2740/12 2740/14 2755/25

its [13] 2640/12 2643/16 2644/25 2644/25 2665/10 2677/15 2682/18 2682/22 2682/23 2688/20 2704/5 2735/7 2745/5

itself [2] 2665/20 2736/12

**J**

jail [3] 2702/7 2702/25 2703/2

James [2] 2716/6

**J**

**James... [1]** 2717/5
**January [14]** 2634/11
2635/6 2640/12
2640/15 2640/16
2640/17 2640/19
2641/15 2642/10
2651/9 2660/10 2664/9
2697/19 2697/25
**Jeff [5]** 2709/25
2711/3 2716/23
2716/24 2716/25
**Jim [1]** 2668/4
**jitteriness [1]** 2727/2
**jittery [2]** 2710/18
2710/20
**job [5]** 2639/17
2647/23 2679/21
2689/21 2755/9
**jobs [2]** 2639/16
2640/7
**join [2]** 2665/23
2692/21
**Joint [1]** 2653/19
**Jonathan [1]** 2692/24
**Jones [1]** 2728/22
**Joseph [2]** 2741/19
2743/6
**judge [5]** 2631/13
2663/10 2694/5 2700/6
2756/10
**judge's [1]** 2724/14
**judged [1]** 2742/5
**judges [7]** 2663/9
2731/18 2732/4
2732/19 2738/18
2738/23 2753/18
**judging [3]** 2739/1
2740/18 2741/4
**judgment [6]** 2727/13
2728/3 2739/5 2740/1
2742/21 2753/4
**judgments [2]** 2636/10
2704/20
**judicial [4]** 2728/25
2729/3 2729/4 2729/7
**July [10]** 2669/11
2669/14 2669/20
2706/8 2706/20 2707/1
2709/18 2709/21
2710/13 2710/16
**jump [1]** 2719/17
**June [13]** 2660/15
2661/21 2661/22

2665/23 2674/16
2677/25 2686/23
2700/13 2705/3
2705/11 2705/20
2706/14 2713/3
**junior [12]** 2688/24
2688/25 2689/19
2689/20 2727/25
2728/1 2743/15
2743/17 2751/18
2752/2 2752/6 2752/9
**juror [5]** 2752/25
2753/5 2753/6 2755/7
2755/7
**jurors [5]** 2731/25
2753/8 2753/9 2753/12
2755/24
**jurors' [1]** 2753/15
**jury [69]** 2631/12
2634/5 2635/20
2636/14 2638/14
2640/1 2646/15 2654/7
2654/22 2655/21
2657/9 2659/6 2660/3
2661/15 2662/18
2663/25 2666/13
2666/19 2667/6
2670/19 2672/23
2674/6 2676/6 2679/8
2681/12 2682/7
2682/12 2682/19
2685/5 2688/13 2689/1
2689/15 2690/3
2690/12 2691/18
2692/7 2692/10
2692/15 2693/1 2694/1
2694/2 2694/7 2698/4
2698/18 2713/16
2722/3 2724/8 2724/12
2728/4 2728/9 2731/9
2731/17 2735/25
2736/19 2738/5
2738/13 2752/21
2753/25 2754/4 2754/8
2755/5 2755/5 2755/10
2755/11 2755/12
2755/16 2756/15
2756/18 2756/20
**just [84]** 2635/10
2636/10 2636/13
2637/9 2638/7 2638/16
2638/17 2639/2 2642/3
2643/5 2643/11
2644/10 2647/18

2648/19 2653/24
2653/12 2654/21
2656/14 2659/5
2659/13 2661/24
2664/3 2666/14
2666/18 2667/15
2667/16 2667/21
2669/7 2673/25 2675/9
2675/25 2678/3 2678/7
2679/14 2685/9
2685/15 2685/17
2686/1 2686/20 2687/6
2688/16 2691/1
2691/16 2692/8 2702/3
2702/5 2702/9 2703/7
2705/25 2706/17
2708/10 2709/18
2711/3 2711/4 2711/9
2711/19 2711/24
2713/18 2714/20
2715/3 2716/14 2717/5
2717/21 2718/16
2719/2 2720/8 2722/8
2723/2 2727/15
2727/20 2728/10
2728/14 2729/19
2730/25 2735/16
2737/8 2742/5 2752/14
2753/1 2753/10
2753/19 2755/8
2755/10 2755/12
**justice [1]** 2753/19
**justification [2]**
2725/22 2747/2
**justified [1]** 2735/10
**justify [3]** 2641/7
2641/12 2704/21
**Justison [1]** 2632/3
**JX [1]** 2727/19
**JX-1 [1]** 2727/19

**K**

**KAPLAN [1]** 2631/23
**Kari [7]** 2649/21
2649/21 2650/1 2650/2
2650/3 2666/25 2685/3
**Kari's [1]** 2686/22
**Kaye [1]** 2632/10
**keep [13]** 2638/7
2638/21 2638/23
2639/2 2639/13
2641/23 2690/20
2691/8 2693/19 2701/4
2706/6 2738/6 2748/18

**keeping [1]** 2687/23
**keeps [3]** 2702/25
2707/22 2714/25
**kept [1]** 2719/15
**Kessler [1]** 2631/21
**key [3]** 2651/12 2665/5
2675/3
**kicks [1]** 2711/24
**kind [8]** 2672/6 2686/4
2692/14 2707/9 2708/2
2708/11 2708/16
2724/12
**kinds [4]** 2637/15
2648/7 2745/14
2745/20
**King [2]** 2631/21
2632/13
**Kirk [1]** 2631/18
**kitchen [2]** 2647/18
2657/24
**knew [13]** 2653/12
2658/13 2664/15
2664/17 2676/14
2676/23 2680/10
2682/4 2682/4 2684/20
2699/21 2712/19
2713/5
**know [81]** 2634/24
2635/22 2638/14
2639/3 2639/8 2641/19
2644/11 2645/23
2645/23 2646/14
2647/1 2647/5 2647/17
2647/25 2648/24
2651/5 2651/17
2651/17 2652/7
2652/7 2653/4 2653/10
2653/12 2654/4 2654/9
2656/12 2660/3 2662/7
2664/6 2664/7 2664/8
2664/10 2665/20
2666/13 2667/23
2669/18 2671/3
2671/12 2671/15
2671/17 2671/21
2671/22 2671/23
2673/2 2675/3 2675/4
2676/20 2677/6 2677/9
2678/6 2679/25 2680/1
2680/6 2683/6 2683/10
2686/13 2690/16
2690/16 2694/9 2699/3
2699/21 2699/21
2700/1 2700/20

**K**

**know... [17]** 2703/20
2703/21 2703/22
2703/23 2703/23
2703/25 2710/7 2710/7
2712/21 2714/19
2719/2 2721/8 2722/24
2722/25 2733/11
2737/13 2755/12
**knowledge [2]**
2741/23 2742/1
**known [5]** 2634/20
2635/2 2665/6 2676/15
2748/23
**knows [6]** 2655/14
2700/5 2703/24
2710/15 2711/2 2711/3
**Kravetz [1]** 2730/16
**Ks [4]** 2643/3 2643/4
2648/1 2652/8

**L**

**lacking [2]** 2725/22
2747/1
**ladies [10]** 2634/2
2651/11 2659/5
2661/24 2672/14
2697/5 2698/3 2728/7
2729/22 2730/20
**LAMBERTH [2]**
2631/13 2694/5
**language [1]** 2695/5
**large [2]** 2662/13
2706/2
**largely [1]** 2692/1
**larger [1]** 2743/3
**last [6]** 2639/12
2644/13 2654/10
2691/4 2717/1 2730/3
**late [3]** 2634/9 2660/15
2687/25
**later [5]** 2642/12
2658/15 2680/12
2698/1 2733/24
**law [23]** 2679/4
2730/23 2730/24
2731/2 2731/3 2731/8
2731/14 2731/16
2734/11 2738/2 2738/9
2738/14 2740/19
2741/21 2744/11
2745/9 2745/11
2745/25 2746/4
2751/17 2752/11

**lawsuit [2]** 2693/16
2743/2
**lawyers [8]** 2730/22
2732/25 2733/2
2736/13 2736/25
2756/5 2756/6 2756/7
**Layton [8]** 2637/3
2637/10 2659/2
2665/16 2665/17
2666/16 2666/24
2671/5
**Layton's [1]** 2665/2
**lead [2]** 2642/18
2666/2
**leader [1]** 2640/3
**learn [1]** 2660/14
**learned [3]** 2663/22
2679/7 2713/7
**least [6]** 2637/12
2650/5 2669/23
2670/13 2694/19
2697/19
**leave [1]** 2663/21
**leaving [1]** 2665/14
**led [2]** 2634/9 2635/9
**left [4]** 2634/7 2659/11
2660/2 2666/12
**legal [3]** 2731/3 2731/4
2743/4
**less [16]** 2655/6
2673/9 2673/14
2673/21 2673/23
2681/3 2695/24 2718/3
2723/3 2723/7 2734/10
2735/16 2737/7 2740/5
2747/24 2750/16
**lesser [2]** 2740/6
2744/9
**let [13]** 2642/13 2659/5
2673/25 2697/5
2699/15 2699/24
2700/21 2715/3 2720/4
2722/3 2728/10
2728/14 2754/20
**let's [35]** 2636/17
2637/25 2640/15
2643/10 2645/2 2649/9
2649/16 2650/6 2651/9
2652/19 2656/10
2657/19 2659/17
2660/18 2660/22
2662/2 2665/3 2670/4
2691/8 2697/3 2702/14

2752/12 2752/16
2705/7 2705/9 2706/1
2715/18 2715/19
2715/22 2715/24
2716/18 2719/20
2722/22 2724/8 2726/6
**letters [1]** 2755/24
**leveling [1]** 2642/16
**liabilities [1]** 2653/23
**liability [2]** 2702/2
2702/21
**liable [3]** 2703/4
2744/23 2745/2
**lie [1]** 2709/10
**lied [1]** 2663/24
**lies [1]** 2693/20
**life [2]** 2680/18
2722/18
**light [4]** 2725/16
2735/10 2742/19
2746/22
**like [24]** 2634/17
2638/2 2653/12
2662/10 2673/22
2674/7 2686/1 2688/9
2695/19 2700/1
2701/22 2704/19
2704/25 2705/22
2707/11 2708/23
2715/24 2719/18
2721/11 2722/4
2725/14 2725/17
2725/23 2737/25
**liked [1]** 2638/10
**likely [2]** 2734/21
2734/24
**Likewise [1]** 2731/10
**limit [3]** 2683/20
2683/20 2683/24
**limited [5]** 2665/10
2665/13 2694/11
2719/23 2721/15
**limits [2]** 2725/21
2747/1
**line [11]** 2647/22
2653/25 2661/20
2673/8 2673/8 2674/11
2676/22 2684/25
2696/23 2708/15
2755/8
**Linekin [8]** 2667/4
2691/15 2691/25
2692/3 2692/5 2692/10
2692/17 2693/9

**liquidation [1]**
2708/12
**liquidity [2]** 2644/23
2653/7
**list [4]** 2640/25
2702/15 2702/18
2702/20
**listen [1]** 2698/21
**listening [2]** 2690/12
2690/19
**literally [1]** 2676/3
**litigants [1]** 2744/10
**LITIGATIONS [1]**
2631/10
**Litowitz [1]** 2632/5
**little [13]** 2647/15
2648/16 2697/8
2697/24 2697/25
2698/21 2706/13
2712/25 2713/4 2716/3
2719/5 2723/10
2725/10
**LLP [6]** 2631/21
2631/24 2632/5
2632/10 2632/13
2632/16
**Loan [1]** 2632/12
**loans [2]** 2641/22
2641/23
**Lockhart [1]** 2686/8
**logical [1]** 2734/5
**long [31]** 2644/24
2645/15 2646/12
2646/13 2647/1
2647/20 2647/22
2648/22 2652/6
2652/12 2655/10
2656/9 2657/4 2657/8
2657/22 2659/8
2659/12 2660/5 2672/9
2672/11 2675/4 2675/7
2677/1 2679/10
2680/15 2680/24
2680/25 2680/25
2702/15 2703/23
2722/1
**long-term [6]** 2645/15
2652/6 2657/8 2672/9
2672/11 2677/1
**longer [2]** 2662/5
2705/19
**longest [1]** 2671/9
**look [31]** 2638/25
2645/6 2648/15 2649/9

# L

**look... [27]** 2649/13
2649/13 2649/16
2651/10 2653/5 2654/8
2654/12 2654/14
2660/22 2661/20
2662/2 2673/6 2702/14
2703/11 2704/2 2704/2
2704/24 2705/7 2708/7
2710/24 2715/8
2719/20 2722/22
2723/13 2723/17
2733/22 2734/1
**looked [1]** 2675/22
**looking [17]** 2634/24
2636/8 2636/9 2648/22
2649/6 2653/16
2654/25 2668/9
2679/10 2700/22
2701/25 2702/5
2702/10 2702/15
2702/18 2703/4 2730/2
**looks [2]** 2652/7
2674/7
**LORRAINE [3]**
2632/20 2757/3 2757/9
**lose [1]** 2688/6
**loss [2]** 2750/19
2751/23
**losses [7]** 2641/2
2652/23 2666/3
2707/24 2709/1
2723/19 2723/19
**lot [22]** 2642/14
2647/2 2647/17 2651/4
2654/21 2662/23
2664/24 2665/13
2666/19 2669/10
2669/25 2670/5
2691/24 2701/2 2704/8
2704/12 2710/24
2721/17 2723/20
2723/20 2724/24
2726/21
**lots [3]** 2634/22
2635/15 2727/11
**loud [1]** 2755/1
**love [1]** 2727/11
**lower [2]** 2673/19
2686/17
**lunch [5]** 2691/10
2728/12 2728/16
2755/15 2756/2
**luxury [1]** 2681/1

# M

**lying [1]** 2697/11

**MAC [53]** 2631/9
2636/15 2637/4
2637/17 2637/18
2650/8 2651/16 2652/4
2659/21 2660/2 2666/9
2670/24 2670/25
2670/25 2671/2 2671/3
2680/11 2686/23
2688/21 2688/25
2688/25 2691/1 2691/3
2694/23 2699/17
2707/9 2707/19
2710/13 2711/20
2716/24 2719/2
2719/11 2719/12
2723/12 2723/13
2726/9 2728/1 2728/2
2743/9 2743/18
2743/19 2744/14
2744/15 2744/25
2745/2 2745/4 2748/7
2749/14 2749/15
2751/18 2752/2 2752/6
2752/13
**Mac's [2]** 2659/25
2678/6
**made [40]** 2635/11
2635/25 2639/16
2643/25 2648/19
2649/11 2649/15
2651/23 2653/21
2657/17 2657/18
2662/3 2664/8 2664/15
2676/3 2686/2 2691/14
2693/3 2693/10
2695/19 2698/7
2701/22 2704/21
2708/24 2710/24
2711/4 2716/9 2719/18
2725/12 2732/6
2740/11 2740/13
2740/14 2740/21
2740/22 2746/20
2749/1 2754/18 2756/9
2756/12
**MAE [42]** 2631/9
2636/15 2636/22
2636/25 2643/16
2651/16 2652/4
2666/11 2669/12
2669/15 2669/16

2676/19 2676/20
2688/21 2688/24
2691/1 2691/3 2699/16
2707/9 2707/19 2710/3
2711/8 2711/18
2711/22 2713/25
2715/6 2716/24
2719/11 2723/12
2726/8 2727/25 2743/9
2743/16 2743/21
2744/14 2744/15
2744/21 2744/23
2745/4 2748/7 2749/13
2752/10
**MAE/FREDDIE [1]**
2631/9
**main [4]** 2678/21
2678/22 2694/18
2694/25
**maintain [1]** 2665/14
**major [1]** 2665/24
**make [37]** 2639/7
2639/14 2641/22
2658/5 2668/7 2670/19
2679/16 2679/22
2682/15 2683/1
2683/19 2686/7
2692/15 2698/2
2698/20 2698/22
2698/22 2699/4
2700/13 2700/20
2701/2 2703/4 2706/13
2711/2 2714/21
2721/11 2721/22
2722/2 2724/9 2724/21
2726/4 2727/20 2738/2
2750/4 2751/6 2752/2
2753/18
**makers [1]** 2640/3
**makes [8]** 2674/15
2704/23 2717/7 2718/9
2726/24 2734/11
2734/15 2745/7
**making [9]** 2636/10
2639/25 2640/6 2642/5
2666/9 2678/20 2682/6
2684/12 2699/17
**manage [1]** 2700/21
**management [3]**
2636/23 2669/12
2669/20
**manifest [1]** 2665/20
**many [7]** 2639/1
2670/15 2698/9 2716/2

2716/2 2716/2 2716/2
**March [5]** 2651/9
2651/13 2651/25
2703/12 2703/14
**Mario [2]** 2638/3
2714/2
**market [48]** 2641/6
2641/10 2641/16
2641/19 2642/1 2642/2
2642/8 2646/20
2646/23 2647/2 2647/3
2651/20 2651/22
2652/1 2652/2 2652/20
2652/25 2655/11
2656/20 2659/15
2659/16 2660/4
2664/25 2666/17
2675/8 2675/12
2677/13 2679/9 2681/6
2684/18 2684/20
2697/13 2697/17
2698/17 2701/10
2709/2 2709/13
2709/14 2710/18
2710/19 2711/23
2716/12 2716/13
2719/10 2719/13
2720/23 2727/3 2727/3
**market's [1]** 2665/14
**markets [4]** 2634/16
2659/8 2665/8 2669/21
**marks [2]** 2651/15
2660/25
**marshal [2]** 2754/1
2754/24
**Martin's [2]** 2669/19
2669/23
**Mary [2]** 2660/17
2715/11
**Mason [2]** 2669/9
2741/19
**Massachusetts [1]**
2632/10
**material [1]** 2701/12
**math [6]** 2680/16
2697/2 2697/3 2697/4
2697/4 2697/8
**mathematical [2]**
2734/23 2750/24
**matter [11]** 2662/2
2687/2 2695/7 2695/15
2697/10 2721/21
2722/1 2728/18
2752/11 2754/3 2757/5

**M**

**matters [6]** 2647/14
2705/14 2731/3
2732/13 2739/3
2752/15
**maximize [1]** 2679/2
**may [69]** 2634/3
2636/7 2643/13 2646/5
2646/7 2646/9 2649/5
2652/25 2655/16
2656/18 2656/23
2657/1 2657/2 2657/15
2658/15 2658/17
2658/21 2663/5
2665/22 2673/12
2694/3 2694/4 2701/1
2701/2 2701/17 2704/6
2728/17 2729/11
2731/10 2731/14
2731/14 2731/20
2731/24 2732/2 2732/2
2732/11 2732/16
2732/21 2733/7 2733/8
2733/13 2735/19
2736/25 2739/5 2739/7
2739/10 2739/16
2739/17 2739/18
2740/11 2740/17
2740/23 2741/3 2741/6
2742/3 2742/17
2742/22 2743/25
2745/19 2746/2 2748/1
2749/3 2749/5 2750/24
2751/2 2751/3 2751/20
2753/24 2754/11
**maybe [3]** 2648/23
2665/12 2730/8
**Mayopoulos [4]**
2666/23 2672/15
2684/23 2706/11
**MBS [6]** 2652/17
2652/23 2655/12
2665/16 2714/15
2727/3
**McFarland [12]** 2648/3
2648/8 2649/6 2649/23
2657/10 2666/25
2676/18 2711/13
2711/20 2712/7
2716/16 2718/15
**me [30]** 2636/10
2640/15 2642/13
2648/5 2659/5 2660/21
2665/5 2666/12

2679/25 2690/10
2694/19 2696/15
2697/5 2699/15
2699/24 2703/21
2715/3 2719/4 2719/6
2720/4 2722/3 2738/8
2738/17 2753/24
2754/3 2754/18
2754/19 2754/20
2754/24 2754/24
**MEAGHAN [1]**
2632/15
**mean [15]** 2644/5
2661/20 2668/11
2673/12 2673/13
2685/17 2685/19
2685/20 2685/20
2707/23 2720/5 2725/9
2732/5 2740/4 2744/9
**meaning [3]** 2661/14
2725/14 2746/14
**means [32]** 2634/24
2637/12 2638/14
2638/15 2638/23
2644/5 2644/9 2645/12
2645/23 2646/7
2646/23 2653/23
2653/24 2656/24
2673/9 2673/10
2673/11 2673/12
2673/18 2673/20
2673/21 2673/23
2675/18 2684/8
2689/20 2722/24
2723/16 2726/17
2734/16 2739/1
2750/22 2751/3
**meant [1]** 2721/6
**measure [3]** 2750/21
2751/11 2751/14
**measured [2]** 2683/25
2687/15
**meet [3]** 2655/10
2660/9 2713/1
**meeting [45]** 2634/9
2634/13 2634/14
2635/6 2636/3 2637/8
2638/2 2640/16
2640/17 2640/19
2640/20 2640/22
2660/15 2660/15
2661/3 2661/10
2661/14 2661/19
2661/21 2661/23

2669/13 2669/14
2669/16 2669/18
2669/20 2669/20
2670/14 2672/16
2686/23 2686/24
2695/21 2705/15
2711/11 2711/12
2712/7 2712/8 2713/9
2713/18 2716/6 2716/7
2716/8 2717/1 2717/5
**meetings [15]** 2636/19
2636/23 2636/23
2637/16 2638/5 2638/7
2638/12 2660/11
2698/7 2698/7 2698/8
2698/8 2698/13
2698/14 2716/25
**meets [1]** 2691/25
**Meltzer [1]** 2631/21
**member [1]** 2754/8
**members [44]** 2634/5
2635/20 2636/13
2638/14 2640/1
2646/15 2654/7
2654/22 2655/20
2657/9 2659/6 2660/3
2661/14 2662/17
2663/25 2666/13
2666/19 2667/5
2670/19 2672/22
2674/6 2676/6 2679/7
2681/12 2682/7
2682/12 2682/19
2685/5 2688/13 2689/1
2689/15 2690/3
2691/18 2694/7 2698/3
2698/18 2713/16
2728/4 2731/17
2743/12 2744/1 2744/3
2744/3 2753/25
**memo [9]** 2635/13
2635/15 2695/22
2695/23 2697/20
2697/22 2697/24
2705/3 2725/17
**memory [3]** 2647/14
2648/5 2733/4
**memos [3]** 2704/11
2716/12 2726/19
**mention [1]** 2688/3
**mentioned [2]** 2712/15
2749/17
**mere [2]** 2744/7

**merely [1]** 2753/14
**message [2]** 2646/20
2717/18
**met [3]** 2637/13
2698/9 2698/10
**meticulous [1]**
2704/21
**MICHAEL [5]** 2632/2
2632/12 2661/7
2695/19 2707/4
**Michelle [1]** 2743/7
**might [18]** 2638/17
2638/18 2652/23
2672/17 2678/16
2683/20 2683/21
2685/15 2685/18
2702/6 2703/1 2703/1
2707/10 2707/16
2712/17 2713/19
2713/23 2715/15
**Miller [5]** 2660/17
2661/4 2661/5 2715/11
2743/7
**million [3]** 2728/1
2728/2 2728/2
**mind [3]** 2690/20
2734/20 2748/18
**minds [1]** 2697/22
**mine [1]** 2690/23
**minute [10]** 2635/11
2663/2 2674/10
2674/11 2684/16
2687/7 2717/9 2718/16
2728/10 2728/14
**minutes [4]** 2667/15
2691/9 2728/8 2733/24
**misdirection [1]**
2704/12
**misdirections [1]**
2727/16
**misled [1]** 2727/16
**misread [2]** 2756/5
2756/7
**miss [1]** 2714/12
**mission [3]** 2679/6
2682/23 2722/21
**mistake [2]** 2670/19
2701/15
**MIT [1]** 2700/5
**mitigate [1]** 2682/23
**mix [4]** 2651/8 2658/11
2658/15 2718/2
**model [1]** 2718/5

**M**

**modeling [2]** 2711/22 2726/20
**modest [1]** 2694/23
**modifying [1]** 2707/12
**moment [5]** 2643/5 2659/5 2706/9 2719/15 2729/11
**momentous [2]** 2698/20 2705/7
**monetary [2]** 2751/3 2751/6
**money [14]** 2641/21 2641/22 2644/8 2652/19 2658/8 2678/20 2683/18 2686/20 2710/24 2720/25 2721/18 2721/21 2722/2 2722/20
**month [2]** 2638/6 2639/5
**monthly [3]** 2638/2 2638/12 2639/2
**months [1]** 2635/17
**Moody's [3]** 2674/9 2675/10 2675/12
**more [49]** 2642/7 2642/17 2643/24 2648/25 2650/17 2654/9 2658/15 2663/5 2664/24 2667/14 2667/15 2671/11 2672/8 2672/10 2673/1 2673/23 2675/8 2675/20 2684/8 2685/9 2686/6 2687/19 2690/4 2696/25 2697/6 2699/20 2711/22 2712/25 2713/3 2713/4 2715/8 2718/2 2720/25 2722/4 2723/3 2727/11 2727/13 2730/8 2732/16 2734/20 2734/24 2735/16 2737/7 2737/17 2740/5 2740/14 2743/3 2752/14 2753/25
**morning [10]** 2631/12 2634/2 2634/5 2634/6 2661/21 2698/6 2716/8 2728/21 2729/6 2733/20
**mortgage [21]**

2632/12 2632/15 2641/17 2641/19 2652/16 2652/18 2652/20 2660/5 2665/24 2668/18 2669/4 2677/13 2680/17 2680/18 2680/19 2680/21 2703/19 2708/13 2709/15 2710/19 2711/7
**mortgage-backed [11]** 2641/17 2652/16 2652/18 2660/5 2680/17 2680/21 2703/19 2708/13 2709/15 2710/19 2711/7
**mortgages [2]** 2641/22 2718/2
**most [13]** 2660/20 2660/20 2664/22 2665/19 2670/15 2676/17 2680/8 2680/18 2692/25 2693/2 2696/11 2704/21 2705/12
**motion [2]** 2692/12 2692/21
**motive [4]** 2716/18 2727/5 2739/10 2742/16
**move [3]** 2689/22 2708/17 2714/3
**moved [1]** 2640/11
**moving [1]** 2660/10
**Mr [22]** 2633/4 2633/6 2637/10 2637/14 2637/19 2638/8 2638/8 2649/21 2650/1 2650/2 2650/3 2666/25 2667/4 2668/15 2678/14 2689/2 2690/12 2690/14 2692/10 2711/19 2716/21 2717/20
**Mr. [190]**
**Mr. Attari [3]** 2674/5 2678/14 2678/16
**Mr. Benson [9]** 2669/23 2670/13 2670/13 2670/18 2670/23 2671/20 2672/3 2674/11

**Mr. Benson's [6]** 2670/17 2670/20 2672/18 2672/22 2672/24 2674/2
**Mr. DeMarco [89]** 2634/7 2634/10 2634/18 2634/21 2635/4 2635/16 2635/23 2636/13 2637/3 2637/8 2637/11 2637/23 2638/6 2638/15 2638/23 2639/13 2639/19 2640/8 2640/11 2640/24 2641/14 2643/2 2646/14 2647/4 2652/1 2653/12 2653/16 2655/24 2656/1 2656/16 2656/20 2657/4 2658/11 2659/2 2660/8 2660/17 2661/4 2661/6 2661/11 2662/7 2662/8 2662/9 2662/11 2662/18 2662/20 2662/24 2663/1 2663/4 2663/12 2663/23 2664/2 2664/15 2665/1 2665/17 2665/18 2666/15 2666/23 2669/19 2672/20 2675/19 2676/1 2679/1 2679/8 2679/17 2680/8 2680/14 2680/24 2681/8 2682/8 2683/1 2685/6 2685/13 2685/19 2686/5 2686/14 2686/18 2687/3 2687/10 2695/3 2695/25 2696/1 2696/12 2697/13 2699/8 2701/9 2701/24 2705/4 2705/8 2723/23
**Mr. DeMarco's [4]** 2636/1 2675/5 2682/24 2684/22
**Mr. Dharan [2]** 2667/14 2700/24
**Mr. Edward [1]** 2694/18
**Mr. Geithner [2]** 2660/16 2661/5
**Mr. Griffin [4]** 2668/5

2669/24 2669/7 2718/22
**Mr. Hume [12]** 2647/9 2655/23 2662/24 2667/24 2687/12 2688/3 2688/14 2689/8 2690/8 2690/8 2691/7 2694/4
**Mr. Hume's [1]** 2690/23
**Mr. Kari [2]** 2649/21 2685/3
**Mr. Kari's [1]** 2686/22
**Mr. Layton [7]** 2637/3 2659/2 2665/16 2665/17 2666/16 2666/24 2671/5
**Mr. Layton's [1]** 2665/2
**Mr. Linekin [5]** 2691/25 2692/3 2692/3 2692/17 2693/9
**Mr. Lockhart [1]** 2686/8
**Mr. Martin's [2]** 2669/19 2669/23
**Mr. Mason [1]** 2669/9
**Mr. Mayopoulos [3]** 2666/23 2672/15 2684/23
**Mr. Satriano [7]** 2667/1 2668/3 2668/5 2668/13 2668/23 2676/23 2702/13
**Mr. Satriano's [1]** 2668/10
**Mr. Stegman [2]** 2661/9 2695/21
**Mr. Stern [20]** 2634/3 2692/6 2692/9 2694/14 2694/25 2695/2 2696/1 2696/18 2696/24 2699/7 2699/25 2700/7 2701/8 2701/22 2706/21 2707/15 2709/11 2717/19 2719/15 2724/11
**Mr. Stern's [2]** 2691/14 2692/16
**Mr. Ugoletti [2]** 2638/4 2726/1
**Ms. [15]** 2637/20 2638/20 2649/6 2649/23 2655/3

**M**

**Ms.... [10]**  2657/10
2661/4 2661/5 2666/25
2667/1 2676/18 2678/1
2679/21 2716/16
2726/19
**Ms. McFarland [6]**
2649/6 2649/23
2657/10 2666/25
2676/18 2716/16
**Ms. Miller [2]**  2661/4
2661/5
**Ms. Tagoe [6]**  2637/20
2638/20 2655/3 2667/1
2678/1 2726/19
**Ms. Tagoe's [1]**
2679/21
**much [22]**  2635/12
2648/5 2648/24
2654/15 2655/21
2655/22 2662/3
2674/13 2686/3
2688/13 2698/6
2699/23 2703/24
2708/2 2721/21 2722/2
2722/20 2734/14
2739/25 2740/9 2742/7
2747/16
**Mukarram [1]**  2741/20
**multi [1]**  2725/24
**multi-trillion-dollar [1]**
2725/24
**must [29]**  2635/1
2635/16 2731/3 2731/6
2732/1 2733/5 2734/17
2734/19 2735/1 2735/4
2735/20 2738/21
2739/21 2740/7 2741/1
2747/5 2747/8 2747/19
2749/19 2750/3 2750/4
2750/25 2751/7
2752/16 2752/18
2753/4 2753/6 2753/6
2753/12
**mutual [1]**  2752/24
**my [35]**  2648/5 2648/6
2648/24 2648/25
2649/13 2656/9 2665/5
2665/21 2682/16
2691/15 2693/22
2695/5 2696/6 2696/9
2696/10 2710/17
2713/10 2713/11
2718/17 2718/18

2719/4 2724/2
2730/22 2730/25
2731/5 2731/6 2731/8
2732/7 2732/14 2738/8
2738/15 2751/11
2754/17 2755/1 2755/9
**Myers [1]**  2632/16
**mystery [1]**  2716/3

**N**

**name [1]**  2648/25
**named [5]**  2660/17
2661/7 2668/4 2703/20
2743/10
**national [7]**  2632/15
2697/14 2701/11
2705/8 2709/6 2716/14
2739/23
**nature [1]**  2748/7
**near [3]**  2642/24
2665/10 2694/8
**near-term [1]**  2642/24
**nearly [3]**  2639/19
2656/4 2663/15
**nearly-constant [1]**
2639/19
**necessarily [3]**  2672/5
2740/5 2741/15
**necessary [4]**  2653/24
2738/7 2752/2 2753/23
**need [12]**  2640/5
2640/7 2641/22 2651/4
2652/5 2671/12
2694/12 2698/20
2707/23 2734/21
2750/23 2755/24
**needed [5]**  2639/10
2639/15 2639/17
2681/8 2681/9
**needs [1]**  2657/5
**negative [12]**  2653/17
2653/23 2654/4
2654/19 2656/5
2673/11 2673/18
2673/19 2673/20
2673/22 2674/4
2723/18
**negotiated [1]**  2745/16
**negotiating [1]**
2715/18
**negotiation [1]**
2716/11
**negotiations [1]**
2635/8

**neither [2]**  2708/2
2729/17
**nervous [2]**  2718/25
2718/25
**net [93]**  2643/21
2644/24 2645/10
2646/10 2653/17
2653/22 2654/1
2654/19 2656/14
2656/15 2657/3
2657/21 2668/16
2668/21 2670/16
2673/11 2673/18
2673/19 2673/20
2673/22 2674/4
2674/22 2681/11
2681/15 2682/6 2683/3
2683/8 2683/14
2683/22 2684/5
2684/16 2684/22
2685/3 2685/6 2685/10
2685/21 2687/12
2689/3 2693/15
2698/12 2698/15
2699/11 2699/20
2705/5 2706/16
2707/20 2708/8
2709/20 2710/2 2710/3
2710/5 2710/6 2710/12
2710/14 2710/14
2711/1 2711/4 2712/20
2713/8 2713/17
2713/20 2713/21
2713/22 2714/7
2715/15 2717/4 2717/6
2717/10 2717/25
2718/8 2718/13 2719/8
2719/12 2720/8
2720/13 2721/23
2722/1 2722/15
2725/18 2725/23
2727/8 2727/23
2744/17 2744/18
2744/20 2744/25
2747/11 2747/20
2749/21 2749/22
2749/25 2750/14
2750/20
**neutral [1]**  2753/18
**never [6]**  2678/8
2696/11 2701/16
2701/21 2705/12
2705/17
**new [9]**  2631/19

2631/24 2632/6 2632/6
2683/21 2725/14
2726/21 2746/12
2756/16
**news [12]**  2656/15
2656/17 2656/17
2674/22 2698/1
2703/17 2712/2 2712/4
2714/4 2714/5 2714/5
2714/8
**next [15]**  2645/25
2646/2 2669/24 2673/8
2677/18 2688/17
2689/23 2689/23
2707/25 2713/8
2713/21 2714/1 2716/1
2719/3 2730/6
**nice [2]**  2733/21
2756/2
**no [64]**  2631/3
2642/14 2650/18
2655/14 2662/5
2662/18 2666/7
2670/19 2672/14
2681/16 2681/17
2682/3 2682/3 2682/3
2682/18 2687/18
2689/17 2689/21
2689/24 2693/23
2694/25 2699/14
2700/18 2700/19
2704/23 2705/4
2705/19 2705/20
2705/24 2708/18
2710/21 2710/22
2710/23 2712/5
2716/11 2716/11
2717/20 2719/19
2721/12 2721/16
2721/21 2721/25
2722/1 2723/4 2725/18
2726/18 2726/18
2726/19 2726/24
2726/25 2727/2 2729/7
2731/24 2732/10
2732/17 2734/2
2734/10 2734/12
2735/18 2743/20
2751/9 2755/9 2756/11
2756/11
**nobody [3]**  2653/3
2656/2 2656/4
**non [1]**  2734/8
**non-existence [1]**

**N**

**non-existence... [1]** 2734/8
**none [1]** 2667/17
**normally [1]** 2755/22
**not [252]**
**not-so-distant [1]** 2712/16
**note [10]** 2739/15 2753/24 2754/1 2754/3 2754/4 2754/11 2754/14 2754/19 2755/17 2755/20
**noted [1]** 2756/17
**notes [2]** 2689/1 2733/7
**nothing [12]** 2635/21 2664/5 2668/20 2695/10 2695/11 2703/25 2706/16 2706/21 2706/21 2716/11 2717/24 2727/24
**notice [6]** 2706/6 2724/11 2728/25 2729/3 2729/4 2729/8
**November [3]** 2631/5 2653/6 2757/9
**now [53]** 2641/15 2642/23 2645/24 2648/14 2648/19 2656/6 2657/14 2659/17 2660/7 2660/18 2662/23 2667/16 2668/19 2669/10 2670/4 2673/7 2674/14 2675/24 2679/1 2679/25 2682/11 2686/13 2688/12 2692/23 2695/7 2696/18 2697/10 2697/12 2697/16 2699/24 2703/18 2704/10 2704/11 2704/24 2710/5 2710/7 2710/11 2710/15 2711/17 2712/9 2714/24 2716/20 2717/19 2719/14 2722/3 2723/2 2724/8 2727/20 2729/2 2730/2 2734/1 2738/5 2751/10
**number [18]** 2641/3

2641/5 2645/21 2649/9
2675/11 2677/5
2681/18 2684/4
2686/10 2690/1 2729/1
2741/11 2741/12
2741/14 2749/15
2755/7 2755/7 2755/7
**numbers [4]** 2670/18
2708/23 2711/1
2727/18
**NW [6]** 2631/19
2631/24 2632/10
2632/13 2632/16
2632/21

**O**

**O'Melveny [1]** 2632/16
**oath [6]** 2696/13 2713/9 2736/24 2740/22 2740/23 2741/3
**Obama [1]** 2663/16
**object [1]** 2737/19
**objected [1]** 2738/11
**objection [5]** 2693/25 2696/4 2704/15 2737/21 2737/23
**objectionably [1]** 2747/22
**objections [1]** 2756/11
**objectively [1]** 2747/6
**objectivity [1]** 2704/7
**obligation [11]** 2643/20 2643/24 2644/4 2644/8 2644/9 2645/3 2645/22 2648/17 2649/3 2657/4 2746/13
**obligations [3]** 2644/14 2645/8 2655/10
**observe [1]** 2739/8
**observed [1]** 2739/3
**obvious [3]** 2692/25 2693/2 2723/6
**obviously [2]** 2666/3 2754/10
**occasion [1]** 2732/11
**occurred [3]** 2750/2 2750/11 2752/7
**occurring [1]** 2712/22
**October [4]** 2655/4 2655/22 2719/24 2726/21

**odd [3]** 2661/16
2661/20 2662/10
**off [6]** 2634/7 2642/16 2653/10 2667/23 2716/23 2729/9
**offered [1]** 2748/25
**offers [1]** 2737/19
**office [1]** 2635/17
**Officer [2]** 2648/4 2713/25
**official [6]** 2632/20 2649/13 2659/22 2672/7 2709/25 2757/3
**often [2]** 2704/10 2733/19
**oh [6]** 2702/7 2703/7 2710/17 2710/19 2717/20 2730/7
**Okay [20]** 2648/14 2654/17 2660/18 2695/8 2696/6 2697/14 2698/7 2700/19 2700/23 2703/12 2703/15 2703/17 2704/9 2712/22 2715/6 2715/23 2720/3 2730/15 2730/18 2756/13
**old [3]** 2683/15 2683/17 2717/12
**once [7]** 2637/13 2681/4 2696/11 2698/12 2698/16 2737/16 2737/17
**one [83]** 2638/16 2639/12 2641/3 2642/13 2643/19 2643/24 2645/6 2645/7 2648/20 2649/14 2650/2 2652/22 2654/8 2657/8 2659/1 2659/2 2660/14 2660/20 2665/24 2667/5 2667/6 2667/8 2667/23 2668/2 2670/4 2672/6 2674/8 2675/20 2675/24 2676/25 2678/4 2678/16 2682/3 2682/3 2682/16 2685/11 2685/16 2685/19 2686/4 2686/13 2687/6 2687/22 2688/6 2690/4 2691/18 2691/19 2691/21 2694/23

2694/25 2697/24
2697/24 2699/7
2700/11 2700/18
2700/19 2706/18
2706/24 2715/9 2722/4
2723/6 2723/14
2725/11 2726/17
2726/23 2728/23
2729/11 2729/11
2729/13 2729/16
2730/4 2731/24 2733/9
2734/7 2735/17 2736/5
2739/16 2740/14
2740/19 2743/3
2747/20 2753/25
2756/4 2756/4
**one-day [1]** 2688/6
**one-shot [1]** 2676/25
**ones [1]** 2714/13
**only [18]** 2639/12 2660/2 2663/18 2667/11 2667/12 2685/22 2687/21 2725/10 2726/22 2732/12 2732/21 2733/1 2735/6 2736/10 2736/17 2745/5 2745/23 2751/15
**open [3]** 2636/24 2690/20 2754/7
**opening [2]** 2701/23 2720/7
**opens [1]** 2719/13
**operating [5]** 2655/15 2658/7 2658/8 2679/12 2707/24
**operational [1]** 2642/17
**operations [1]** 2644/23
**opinion [26]** 2662/8 2683/10 2683/10 2684/3 2684/3 2684/17 2684/18 2684/20 2731/13 2732/5 2732/17 2738/17 2741/18 2741/22 2741/25 2742/2 2742/4 2742/5 2742/6 2742/15 2742/16 2742/20 2742/23 2742/24 2753/11 2753/21
**opinions [7]** 2670/16 2671/22 2732/14

# O

**opinions... [4]** 2741/25 2742/3 2742/14 2753/16
**opposite [5]** 2695/4 2709/4 2713/16 2727/1 2727/7
**option [2]** 2708/11 2708/12
**oranges [2]** 2701/1 2712/13
**order [5]** 2658/6 2731/25 2736/2 2751/16 2753/5
**ordinary [1]** 2742/13
**organization [3]** 2639/8 2639/14 2640/6
**orientation [1]** 2739/23
**original [3]** 2677/7 2678/18 2739/23
**originally [1]** 2740/24
**other [59]** 2636/4 2638/11 2638/11 2642/17 2643/1 2648/8 2658/12 2667/17 2667/17 2669/8 2674/8 2677/3 2684/14 2685/14 2685/18 2688/2 2689/22 2706/8 2707/14 2717/8 2717/21 2723/12 2723/14 2725/11 2731/16 2732/16 2733/14 2733/17 2734/9 2735/17 2736/7 2736/14 2737/7 2737/19 2737/19 2737/25 2739/9 2739/12 2739/20 2740/6 2742/3 2742/6 2742/7 2742/11 2742/25 2744/6 2744/12 2745/14 2745/20 2747/14 2751/9 2752/15 2752/20 2753/7 2753/12 2753/15 2755/18 2756/4 2756/12
**others [6]** 2637/1 2669/19 2685/17 2686/5 2714/2 2751/5
**otherwise [4]** 2728/13

**ought [1]** 2731/14
**our [46]** 2636/23 2638/4 2640/3 2643/20 2643/21 2644/3 2644/3 2644/7 2644/20 2644/22 2644/23 2645/3 2645/5 2645/7 2645/8 2645/11 2645/15 2645/22 2646/11 2648/17 2649/3 2650/13 2652/2 2652/6 2657/3 2657/7 2658/7 2665/15 2672/7 2672/13 2696/2 2696/2 2696/9 2697/8 2698/7 2698/9 2698/13 2699/15 2701/8 2713/11 2718/18 2719/21 2720/8 2723/7 2724/2 2725/2
**out [49]** 2642/11 2643/7 2643/11 2660/2 2661/20 2667/16 2668/7 2668/8 2671/11 2671/12 2673/1 2673/7 2674/1 2674/3 2674/4 2677/24 2682/4 2683/13 2686/10 2686/11 2690/15 2692/7 2694/12 2694/22 2696/21 2699/14 2703/5 2703/23 2717/13 2717/16 2718/2 2720/4 2721/18 2722/10 2722/15 2722/21 2722/24 2723/16 2724/6 2727/22 2729/11 2729/24 2731/7 2738/5 2738/13 2746/11 2754/16 2755/1 2756/17
**outcome [1]** 2739/11
**outcomes [1]** 2656/5
**outrageously [1]** 2692/8
**outside [6]** 2672/12 2696/16 2733/22 2734/1 2754/2 2754/8
**outstanding [1]** 2724/4
**outweighed [1]** 2742/3
**over [27]** 2637/19

2647/1 2653/22 2655/10 2657/4 2657/22 2662/13 2664/11 2664/11 2675/4 2675/7 2675/24 2677/1 2689/21 2691/25 2706/3 2710/14 2712/10 2722/13 2722/14 2731/1 2745/19 2746/3 2752/22 2754/23
**overly [1]** 2700/18
**overruled [1]** 2737/23
**overstate [2]** 2715/4 2715/7
**overview [4]** 2661/1 2661/13 2661/18 2661/22
**owe [3]** 2676/21 2681/24 2682/1
**own [14]** 2636/1 2664/13 2669/9 2670/11 2672/13 2672/22 2673/2 2702/11 2732/1 2733/6 2733/11 2742/21 2745/13 2753/21
**owned [2]** 2693/14 2720/25
**ownership [1]** 2688/2

# P

**P.A [1]** 2632/2
**p.m [1]** 2756/21
**pace [2]** 2755/14 2756/1
**page [20]** 2633/3 2648/15 2670/5 2670/6 2670/8 2688/17 2689/23 2696/22 2704/3 2728/24 2729/2 2729/21 2729/25 2730/1 2730/4 2730/7 2730/9 2730/9 2730/11 2730/11
**paid [5]** 2678/12 2700/7 2721/1 2721/1 2721/5
**panic [3]** 2659/8 2709/5 2727/2
**panicky [2]** 2711/7 2711/7
**paper [3]** 2664/24

**paragraph [11]** 2648/14 2677/12 2702/14 2728/23 2728/25 2729/2 2729/7 2729/12 2729/16 2730/8 2730/9
**paragraphs [8]** 2708/3 2730/3 2730/4 2730/7 2730/10 2730/11 2730/11 2756/17
**paraphrase [1]** 2647/15
**paraphrasing [2]** 2647/8 2693/18
**part [18]** 2643/2 2643/7 2650/3 2665/19 2668/20 2669/16 2671/13 2671/15 2671/16 2684/14 2700/10 2703/19 2713/10 2718/17 2732/14 2742/23 2747/11 2752/19
**partially [1]** 2742/4
**participants [6]** 2641/6 2642/8 2646/24 2709/2 2709/13 2709/14
**particular [7]** 2639/7 2639/10 2655/12 2670/5 2686/3 2697/10 2741/11
**particularly [1]** 2706/15
**parties [15]** 2666/10 2696/5 2728/24 2729/6 2729/17 2730/22 2732/24 2735/19 2735/23 2739/17 2741/20 2744/7 2745/16 2746/3 2748/25
**parties' [2]** 2746/14 2747/6
**parts [2]** 2639/8 2665/5
**party [14]** 2724/15 2724/18 2732/21 2734/15 2734/19 2734/21 2735/7 2735/15 2735/15 2736/25 2744/12 2746/15 2746/18

**P**

party... [1] 2750/7
party's [2] 2735/13
2751/12
pass [2] 2675/23
2731/18
past [3] 2671/7 2690/4
2700/13
PATERSON [1]
2631/17
path [1] 2675/15
paths [1] 2642/17
patience [1] 2688/14
pause [4] 2634/17
2659/5 2663/2 2729/14
pay [17] 2644/9
2644/10 2644/20
2645/12 2646/1
2647/17 2650/9 2652/5
2662/14 2674/25
2675/17 2679/14
2681/25 2683/16
2684/8 2703/1 2706/3
payable [2] 2645/11
2646/12
payment [11] 2656/24
2673/8 2673/9 2673/10
2673/14 2683/17
2683/19 2686/4 2708/2
2708/11 2708/16
payments [3] 2683/15
2684/12 2708/8
PCF [13] 2644/15
2650/10 2650/17
2677/4 2677/8 2677/14
2677/19 2677/24
2678/2 2678/2 2678/21
2706/15 2706/17
PDF [1] 2695/15
pennies [1] 2720/11
Pennsylvania [2]
2631/22 2632/13
people [34] 2638/15
2638/17 2638/18
2639/21 2639/23
2640/5 2640/6 2641/23
2647/11 2648/8 2651/6
2652/18 2656/19
2661/3 2666/20
2666/22 2697/21
2697/22 2698/9
2698/10 2698/15
2699/5 2699/9 2700/20
2701/2 2704/21 2707/5

2709/17 2711/8
2712/25 2717/16
2719/25 2743/3 2743/4
per [2] 2659/22
2751/21
percent [22] 2662/15
2681/15 2686/4 2686/5
2686/6 2686/7 2686/16
2692/21 2699/17
2703/16 2706/3 2711/4
2712/4 2712/5 2714/6
2714/9 2720/10
2720/10 2720/16
2721/20 2721/21
2751/21
percentage [1]
2749/15
perception [2] 2647/3
2647/3
perfect [1] 2685/20
perform [2] 2722/20
2732/20
performance [3]
2638/9 2639/5 2654/6
performances [1]
2650/2
performing [1] 2728/6
perhaps [1] 2667/21
period [7] 2645/6
2646/6 2646/6 2653/22
2657/1 2657/1 2674/16
periodic [7] 2642/12
2642/13 2642/20
2642/21 2642/24
2677/6 2678/19
periods [1] 2645/21
permanently [1]
2719/18
permit [2] 2692/11
2742/20
permitted [5] 2692/1
2692/18 2693/13
2735/8 2751/22
person [8] 2637/21
2638/16 2660/17
2661/7 2663/12
2703/20 2733/24
2736/23
personally [1] 2737/9
persons [1] 2739/12
perspective [1]
2723/16
perspectives [2]
2638/13 2638/19

perverse [1] 2684/7
PETER [1] 2631/17
phones [1] 2728/18
phrase [4] 2664/16
2668/9 2669/25 2675/3
picking [1] 2660/10
picture [1] 2643/6
piece [3] 2651/12
2669/8 2725/24
pieces [2] 2667/24
2737/17
Piecing [1] 2716/3
pike [1] 2656/22
place [5] 2642/7
2713/10 2718/17
2736/1 2750/9
placed [2] 2719/10
2736/24
plaintiff [2] 2747/7
2749/17
plaintiff's [2] 2644/17
2721/17
plaintiffs [68] 2631/3
2631/16 2631/20
2635/11 2662/3 2663/3
2664/14 2664/22
2668/7 2668/22
2679/16 2681/17
2685/10 2685/11
2688/7 2688/8 2688/19
2689/8 2689/12
2689/14 2689/17
2690/5 2691/13
2692/20 2692/21
2692/22 2694/6
2720/14 2720/20
2721/23 2727/14
2729/5 2729/11
2730/12 2730/17
2732/9 2734/16
2734/25 2735/1 2735/3
2737/15 2743/3 2743/6
2743/22 2743/24
2744/2 2744/4 2745/12
2747/3 2747/10
2747/19 2748/20
2749/9 2749/10
2749/11 2749/12
2749/20 2750/4 2750/6
2750/12 2750/18
2750/21 2750/23
2751/4 2751/8 2751/13
2751/19 2751/23
plaintiffs' [25] 2631/15

2639/6 2643/12 2647/5
2648/7 2650/18
2660/19 2663/6
2664/13 2666/21
2667/3 2667/20
2667/25 2669/9 2676/9
2676/14 2686/2
2693/25 2726/13
2746/8 2747/16
2747/23 2747/25
2748/3 2748/16
plan [3] 2683/15
2686/10 2724/7
plausibility [1]
2739/17
played [1] 2737/12
playing [1] 2650/3
please [18] 2634/12
2636/2 2640/18 2645/2
2670/8 2671/6 2675/11
2675/20 2677/5 2690/5
2694/17 2696/17
2701/15 2702/12
2703/13 2704/24
2720/6 2722/6
plenty [3] 2636/1
2699/4 2714/23
PLLC [1] 2631/18
plot [2] 2666/14
2668/8
ploy [1] 2667/22
point [25] 2643/11
2652/3 2655/1 2667/16
2668/11 2670/23
2673/1 2679/24 2680/1
2692/9 2694/12 2696/9
2696/10 2697/25
2698/9 2698/13
2700/22 2712/16
2721/10 2721/10
2723/15 2726/20
2730/23 2741/15
2752/5
pointed [3] 2642/11
2692/7 2729/11
pointing [1] 2696/21
points [4] 2640/21
2667/24 2698/22
2706/25
political [3] 2663/13
2663/13 2663/14
polled [1] 2755/6
polling [2] 2755/4
2755/12

# P

poo [2] 2702/8 2702/8
Porter [1] 2632/10
portfolio [3] 2668/25
2717/23 2718/4
portfolios [5] 2668/18
2669/2 2669/4 2684/12
2684/14
portion [1] 2731/10
portions [1] 2737/13
posing [1] 2659/15
position [2] 2698/19
2750/10
positive [11] 2650/13
2656/14 2656/15
2674/22 2677/20
2679/18 2707/20
2712/22 2716/14
2716/15 2716/15
possess [1] 2741/22
possibilities [1]
2685/1
possibility [4] 2662/5
2712/15 2722/17
2747/14
Possible [1] 2714/9
possibly [1] 2687/16
post [1] 2710/4
potential [2] 2681/6
2689/6
potentially [2] 2644/14
2644/19
power [2] 2689/4
2698/20
PR [1] 2662/5
precise [1] 2661/2
precision [1] 2661/25
predict [1] 2682/3
predicting [2] 2653/8
2653/11
prefer [1] 2704/17
preference [2]
2656/23 2708/12
preferred [25] 2631/9
2645/4 2688/24
2688/25 2708/15
2719/10 2720/9 2721/1
2721/2 2722/7 2723/4
2723/11 2728/1 2728/1
2743/15 2743/17
2743/18 2743/18
2748/5 2749/14
2749/14 2751/18
2752/3 2752/6 2752/9

prejudgment [6]
2728/3 2751/20
2751/22 2752/1 2752/9
2752/12
prejudice [2] 2732/1
2738/10
prepared [1] 2736/8
preparing [1] 2706/25
preponderance [9]
2685/12 2688/20
2689/18 2689/19
2690/6 2734/17
2734/18 2747/19
2750/1
presence [1] 2754/9
present [3] 2711/10
2711/12 2737/1
presentation [1]
2724/21
presented [5] 2735/23
2736/5 2737/5 2737/16
2738/9
presenting [4]
2647/23 2718/23
2737/17 2741/14
preside [1] 2731/1
President [5] 2663/16
2669/21 2698/18
2715/6 2715/9
presidents [1] 2663/15
press [1] 2646/22
pressure [1] 2715/7
pretend [1] 2707/22
pretrial [1] 2691/24
pretty [3] 2695/17
2697/14 2713/19
prevail [1] 2689/9
prevent [2] 2718/5
2751/4
prevented [1] 2692/3
previous [3] 2661/13
2661/23 2714/7
previously [2] 2740/10
2756/12
price [5] 2642/17
2681/20 2687/14
2688/5 2688/7
prices [2] 2687/24
2688/7
principal [1] 2699/9
principle [1] 2731/4
printed [1] 2664/24
prior [9] 2740/13
2740/16 2740/19

2740/21 2740/22
2740/25 2741/2 2741/5
2741/6
priority [1] 2708/15
private [9] 2689/5
2720/21 2721/7 2722/7
2722/12 2723/4
2723/11 2725/5 2725/5
private-preferred [3]
2722/7 2723/4 2723/11
privately [2] 2720/25
2721/2
privately-owned [1]
2720/25
privately-preferred [1]
2721/2
privilege [1] 2728/4
probably [3] 2713/13
2718/19 2727/12
problem [35] 2640/24
2642/6 2646/25
2646/25 2653/9
2653/12 2653/13
2659/16 2660/12
2660/12 2666/1
2666/14 2667/7
2667/19 2682/25
2685/2 2685/7 2685/15
2685/16 2685/18
2685/22 2685/24
2686/13 2691/20
2694/15 2694/20
2701/19 2705/4 2708/6
2708/18 2710/22
2710/23 2712/5
2714/14 2714/15
procedural [1]
2728/18
procedure [1] 2754/21
proceed [2] 2634/3
2694/4
proceedings [2]
2632/25 2757/5
proceeds [1] 2688/11
process [13] 2635/7
2635/10 2635/23
2640/2 2640/2 2640/11
2648/22 2652/12
2660/9 2685/4 2698/4
2704/22 2726/18
produced [5] 2632/25
2695/14 2735/13
2735/15 2735/17
produces [1] 2734/19

professor [11] 2678/1
2694/16 2699/25
2700/3 2700/5 2700/24
2702/7 2702/9 2703/8
2708/24 2717/3
Professors [1]
2741/19
Profit [2] 2712/4
2712/4
profitability [3]
2675/13 2712/9 2714/9
profitable [4] 2717/2
2717/14 2717/15
2718/12
profits [10] 2644/3
2644/7 2648/17 2649/2
2649/8 2679/2 2699/17
2712/10 2713/21
2714/8
project [2] 2710/8
2710/10
Projected [1] 2658/22
projecting [4] 2670/18
2710/9 2711/17
2714/24
projection [13] 2655/3
2658/21 2659/19
2670/6 2670/7 2670/24
2671/7 2671/9 2671/11
2671/13 2671/16
2673/2 2711/24
projections [39]
2637/22 2642/16
2667/2 2670/10
2670/11 2670/17
2670/20 2670/21
2671/19 2671/21
2671/24 2672/4
2672/16 2672/18
2672/24 2672/25
2673/4 2674/12
2679/22 2700/25
2701/2 2701/3 2706/6
2706/7 2706/8 2706/9
2707/22 2708/25
2711/9 2711/10
2711/15 2711/16
2712/5 2712/12
2714/21 2715/1
2716/15 2726/2
2726/21
promote [1] 2753/2
proof [8] 2668/8
2685/10 2733/16

**P**

**proof... [5]** 2734/16 2734/22 2735/7 2736/11 2736/16
**proper [3]** 2693/23 2738/9 2751/11
**properly [2]** 2733/9 2737/20
**proposition [2]** 2692/25 2693/3
**proprietary [1]** 2708/8
**prospective [1]** 2643/19
**protect [6]** 2675/6 2676/1 2676/7 2679/2 2679/5 2685/24
**protecting [4]** 2650/13 2675/6 2677/20 2680/25
**prove [16]** 2688/19 2689/18 2689/19 2690/5 2733/16 2734/17 2734/21 2734/25 2735/3 2741/15 2741/17 2747/19 2749/19 2750/20 2750/23 2750/25
**proved [4]** 2685/12 2689/12 2733/14 2735/22
**proven [2]** 2732/9 2735/9
**provide [3]** 2708/25 2751/7 2752/22
**provided [2]** 2661/13 2661/15
**providence [1]** 2731/25
**providing [1]** 2661/18
**proving [2]** 2734/16 2750/21
**provision [1]** 2723/23
**provisions [1]** 2708/16
**Prussia [1]** 2631/21
**PSPA [6]** 2642/3 2653/6 2678/18 2707/12 2714/4 2715/14
**PSPAs [10]** 2635/9 2642/2 2642/4 2642/4 2642/6 2662/6 2705/20 2747/12 2748/5 2749/2
**PSPAs' [1]** 2706/16

**public [22]** 2634/16 2646/21 2675/6 2676/2 2676/7 2679/2 2679/5 2679/6 2682/23 2685/24 2699/16 2700/21 2701/2 2711/2 2711/21 2716/9 2726/5 2726/6 2726/9 2728/5 2748/8 2748/12
**publish [2]** 2700/14 2701/4
**published [1]** 2700/15
**pull [2]** 2643/10 2660/18
**punish [1]** 2751/4
**punitive [1]** 2751/2
**purchase [4]** 2631/9 2645/21 2650/9 2748/5
**purchased [1]** 2750/13
**purchasing [1]** 2745/17
**purpose [7]** 2638/20 2669/13 2671/9 2672/5 2677/15 2746/14 2753/21
**purposes [3]** 2670/11 2672/13 2738/6
**Pursuant [1]** 2708/10
**pursuing [1]** 2663/14
**push [6]** 2714/3 2714/4 2714/6 2714/11 2715/23 2716/16
**pushing [1]** 2683/19
**put [32]** 2641/5 2643/9 2648/7 2648/13 2651/4 2653/19 2655/23 2670/21 2670/21 2670/23 2671/19 2671/24 2674/5 2674/9 2674/17 2674/19 2684/24 2688/10 2689/2 2694/17 2696/2 2700/25 2701/3 2701/5 2702/7 2706/18 2709/11 2710/15 2712/12 2715/25 2723/15 2724/22
**puts [2]** 2642/1 2652/15
**putting [6]** 2641/14 2642/12 2646/9 2647/12 2671/1 2678/24
**puzzle [1]** 2716/4

**PX [10]** 2634/12 2660/18 2670/1 2670/8 2673/4 2695/3 2696/17 2708/3 2709/23 2716/2
**PX-144 [1]** 2634/12
**PX-205 [3]** 2660/18 2695/3 2696/17
**PX-213 [3]** 2670/1 2670/8 2673/4
**PX-259 [1]** 2716/2
**PX-33 [1]** 2708/3
**PX-512 [1]** 2709/23
**PX259 [1]** 2716/20

**Q**

**Qs [3]** 2656/7 2656/18 2656/19
**quality [2]** 2665/15 2741/13
**quantity [1]** 2741/14
**quarter [37]** 2645/7 2651/9 2653/15 2654/2 2654/2 2654/3 2654/4 2654/5 2654/8 2654/10 2654/11 2654/13 2654/13 2654/15 2654/16 2654/25 2656/6 2656/12 2656/13 2656/17 2656/19 2656/25 2658/2 2674/23 2677/8 2677/9 2677/18 2678/7 2678/11 2679/13 2680/1 2694/23 2699/18 2699/19 2709/22 2709/25 2710/5
**quarterly [6]** 2644/15 2650/10 2650/15 2656/8 2676/17 2676/24
**quarters [10]** 2646/8 2646/8 2653/16 2654/8 2654/9 2675/14 2678/13 2679/11 2679/18 2680/22
**quently [1]** 2652/4
**question [39]** 2634/18 2634/20 2637/7 2637/15 2642/7 2648/14 2649/23 2650/7 2650/8 2659/6 2664/3 2672/17 2682/11 2682/18

2682/24 2685/11 2685/14 2685/21 2685/23 2686/2 2687/2 2688/19 2689/2 2689/10 2689/21 2689/23 2696/9 2702/20 2707/11 2716/22 2724/20 2727/20 2727/21 2734/20 2737/21 2737/22 2737/23 2748/19 2748/21
**questioning [1]** 2642/24
**questions [16]** 2636/9 2641/6 2689/17 2689/20 2707/2 2707/8 2707/10 2723/6 2732/11 2732/12 2733/2 2737/1 2737/2 2742/12 2755/17 2755/18
**quick [3]** 2639/3 2659/17 2708/1
**quickly [3]** 2673/1 2680/10 2729/13
**quite [1]** 2686/6
**quotation [1]** 2660/24
**quote [2]** 2650/7 2697/5
**quotes [1]** 2660/24
**quoting [2]** 2650/8 2664/12

**R**

**race [1]** 2739/22
**Radnor [1]** 2631/22
**raining [2]** 2734/2 2734/5
**raise [2]** 2641/6 2642/9
**raised [3]** 2640/24 2662/4 2662/9
**raises [1]** 2652/22
**range [2]** 2658/22 2685/1
**rapidly [1]** 2683/19
**rate [1]** 2751/20
**rather [3]** 2688/10 2745/17 2746/13
**re [3]** 2631/9 2716/22 2756/16
**re-recording [1]** 2716/22

2790

# R

**re-sign [1]** 2756/16
**reach [4]** 2687/8
2726/15 2753/8
2755/25
**reached [3]** 2754/15
2754/19 2755/23
**reaching [1]** 2733/9
**reaction [4]** 2713/10
2713/22 2713/24
2718/17
**read [15]** 2650/7
2660/21 2665/4
2674/20 2678/6
2696/17 2696/20
2708/2 2724/23 2728/8
2728/15 2737/4
2737/12 2754/25
2755/2
**reading [2]** 2691/16
2756/9
**reads [1]** 2755/1
**ready [2]** 2669/14
2707/2
**Reagan [1]** 2663/16
**real [7]** 2645/16
2653/13 2653/14
2659/17 2666/2
2667/22 2698/4
**reality [3]** 2712/22
2712/23 2713/5
**really [19]** 2634/25
2638/7 2638/21
2646/17 2648/24
2648/24 2650/24
2651/4 2662/1 2664/16
2664/18 2671/12
2694/13 2710/1 2710/2
2710/2 2710/5 2710/18
2710/20
**realtime [3]** 2635/5
2635/6 2691/16
**reason [18]** 2662/13
2667/22 2677/11
2678/2 2678/16
2692/14 2695/4 2698/4
2698/5 2701/7 2713/17
2725/20 2726/24
2727/9 2734/7 2742/21
2742/24 2746/25
**reasonable [29]**
2663/18 2672/21
2676/7 2682/10
2682/17 2685/8

2685/17 2685/19
2685/20 2688/23
2689/13 2690/7
2706/11 2724/22
2724/24 2726/13
2731/21 2734/4
2734/22 2735/9 2747/6
2747/22 2747/25
2748/16 2748/22
2748/24 2749/4
2750/22 2751/1
**reasonableness [2]**
2670/16 2682/14
**reasonably [9]**
2634/19 2685/23
2687/3 2687/4 2687/5
2687/10 2724/18
2725/6 2746/18
**reasons [9]** 2662/9
2662/10 2670/20
2716/2 2716/3 2719/9
2742/2 2742/15
2742/25
**rebuttal [3]** 2633/6
2643/14 2659/20
**recall [4]** 2643/4
2647/8 2650/18 2659/1
**recalled [1]** 2739/3
**recapitalize [2]**
2713/15 2718/21
**receive [3]** 2689/6
2740/1 2747/15
**recent [3]** 2655/3
2655/9 2676/17
**recently [1]** 2706/23
**recess [4]** 2691/11
2755/22 2756/3
2756/20
**recession [1]** 2680/4
**recited [1]** 2670/14
**reckless [1]** 2704/22
**recollect [1]** 2739/8
**recollection [4]**
2647/14 2648/6 2732/1
2733/6
**record [6]** 2661/2
2693/4 2699/11 2715/8
2729/9 2757/5
**recorded [1]** 2632/25
**recording [3]** 2695/22
2695/23 2716/22
**records [1]** 2737/1
**recover [1]** 2750/18
**recovery [3]** 2679/19

**red [4]** 2653/22
2654/14 2654/18
2679/12
**reduction [7]** 2668/17
2668/24 2669/1 2669/4
2687/14 2688/6
2699/10
**reevaluate [1]** 2677/17
**reference [9]** 2642/20
2644/15 2646/13
2670/3 2674/9 2684/13
2684/14 2691/15
2717/21
**referred [4]** 2643/12
2669/7 2669/23 2675/9
**referring [2]** 2638/11
2668/24
**refers [1]** 2641/25
**reflect [1]** 2736/20
**reflects [1]** 2688/1
**regard [3]** 2725/13
2746/21 2749/6
**regarding [2]** 2641/7
2752/25
**regardless [2]** 2731/13
2735/13
**regular [2]** 2637/1
2706/17
**regularly [2]** 2636/19
2645/10
**regulated [1]** 2746/1
**reiterated [1]** 2664/10
**reject [1]** 2742/22
**related [1]** 2661/20
**relates [1]** 2669/11
**relationship [1]**
2746/5
**relative [1]** 2741/10
**Relatively [1]** 2665/21
**release [3]** 2712/4
2712/4 2716/15
**released [1]** 2712/18
**relevant [7]** 2635/24
2635/25 2639/20
2639/20 2639/23
2706/15 2731/2
**reliable [2]** 2706/11
2736/12
**relied [4]** 2670/10
2683/9 2684/2 2684/19
**relief [1]** 2684/18
**religious [1]** 2739/22
**rely [8]** 2671/16

2746/6 2748/4
2672/24 2732/1 2733/6
2735/11 2750/24
**relying [1]** 2684/6
**remained [2]** 2650/12
2724/5
**remaining [1]** 2714/22
**remains [2]** 2656/23
2675/15 2677/19
**remarks [1]** 2682/16
**remember [16]**
2637/20 2650/1
2651/18 2655/17
2662/25 2664/14
2675/9 2705/16
2706/20 2708/1
2708/11 2710/1 2711/8
2718/15 2733/4
2753/17
**render [2]** 2732/15
2732/18
**renewed [6]** 2714/3
2714/4 2714/6 2714/11
2715/23 2716/16
**repeated [1]** 2751/5
**report [11]** 2638/25
2644/25 2651/12
2683/13 2684/2
2699/16 2700/11
2703/12 2703/14
2704/8 2716/16
**reported [5]** 2632/20
2643/20 2686/24
2695/3 2703/15
**reporter [2]** 2632/20
2737/1 2757/3
**reporting [2]** 2643/6
2656/14
**reports [13]** 2637/1
2638/4 2638/5 2639/1
2656/8 2683/9 2683/11
2695/9 2703/11 2704/9
2704/10 2705/19
2716/21
**represent [6]** 2692/4
2723/21 2736/2 2736/4
2743/13 2753/4
**representatives [6]**
2636/21 2667/3 2688/9
2709/17 2743/8
2743/11
**request [5]** 2645/20
2649/10 2692/14
2693/25 2738/2

**R**

required [3] 2650/9
2679/4 2693/24
research [1] 2704/5
reserving [1] 2678/12
resets [1] 2641/1
residential [1] 2703/19
residual [2] 2673/15
2673/17
resolve [3] 2665/8
2731/19 2742/10
resolved [1] 2692/2
resources [1] 2644/22
respect [4] 2693/5
2740/19 2750/5
2752/24
respectfully [4]
2664/23 2672/23
2693/7 2693/22
respective [1] 2743/13
respond [4] 2699/1
2754/7 2754/13
2755/19
responding [1]
2754/11
response [4] 2637/6
2664/3 2713/11
2718/18
responses [1] 2729/18
responsibilities [1]
2636/12
responsibility [2]
2675/5 2738/8
responsible [1]
2637/21
rest [2] 2664/7 2682/1
restore [1] 2682/22
restored [2] 2683/4
2683/8
restrictions [1] 2738/4
restructure [1] 2653/5
rests [1] 2743/1
result [7] 2644/2
2645/14 2657/6
2693/15 2727/15
2747/23 2750/14
results [13] 2638/5
2638/22 2639/1 2639/2
2643/17 2644/23
2694/21 2700/12
2700/13 2709/22
2710/1 2710/1 2744/4
resume [1] 2755/22
retained [8] 2668/18

2668/25 2669/4
2684/11 2684/14
2700/4 2717/23 2718/4
retire [2] 2731/9
2755/10
return [7] 2650/14
2675/13 2678/18
2690/25 2752/21
2753/2 2753/15
returned [1] 2677/21
returning [1] 2656/1
reveal [1] 2754/4
revenues [2] 2662/13
2706/2
review [3] 2671/2
2676/17 2676/25
reviewed [2] 2651/7
2669/17
reviewing [1] 2740/7
revise [1] 2707/3
revised [1] 2754/17
revises [1] 2707/4
ride [1] 2672/19
right [39] 2638/24
2641/15 2642/4
2647/24 2648/14
2648/22 2648/23
2649/12 2650/25
2652/13 2654/13
2657/24 2660/23
2663/19 2673/10
2678/12 2692/23
2693/6 2694/3 2699/19
2702/19 2702/22
2707/7 2709/18
2710/11 2720/2 2720/3
2720/10 2721/12
2721/24 2722/16
2723/7 2723/8 2724/6
2727/20 2727/25
2728/7 2728/12 2738/1
rights [7] 2689/5
2693/14 2720/8
2720/14 2749/23
2750/14 2750/16
rigor [1] 2672/6
risk [21] 2638/4
2638/9 2638/22
2652/16 2652/22
2678/24 2681/5 2681/9
2681/14 2681/22
2682/5 2682/23
2697/23 2700/17
2700/21 2701/12

2701/13 2701/25
2702/6 2703/2 2710/10
risks [6] 2700/16
2700/19 2700/20
2700/20 2701/6 2713/2
Road [1] 2631/21
roaring [1] 2679/19
Robert [1] 2730/16
rogue [1] 2663/13
role [1] 2688/20
Ronald [1] 2663/16
room [9] 2632/22
2690/12 2728/9 2731/9
2735/25 2736/19
2752/21 2755/11
2755/16
Ross [1] 2649/21
rounds [1] 2666/9
ROYCE [1] 2631/13
RPR [1] 2632/20
rule [4] 2683/22
2725/2 2731/13
2734/11
rules [3] 2646/18
2683/17 2683/22
ruling [3] 2693/7
2693/13 2738/13
rulings [3] 2732/6
2738/2 2738/15
run [1] 2660/4
running [1] 2673/7
rush [8] 2664/16
2664/18 2664/19
2664/20 2664/21
2705/25 2709/19
2726/19

**S**

safe [9] 2647/19
2649/6 2649/13
2652/11 2657/23
2688/11 2702/8
2702/21 2702/24
said [90] 2636/3
2636/18 2637/6 2638/2
2638/20 2640/25
2647/7 2647/7 2647/11
2647/20 2647/22
2649/1 2650/18
2650/24 2652/4
2652/11 2652/14
2655/19 2656/22
2657/12 2659/2
2659/21 2659/23

2661/11 2662/2
2662/7 2662/18
2662/22 2664/8
2664/20 2665/6
2665/18 2667/18
2671/9 2672/1 2672/16
2675/25 2677/10
2677/11 2677/11
2680/10 2682/16
2683/1 2686/1 2686/24
2689/2 2689/8 2691/16
2692/17 2693/18
2694/14 2694/25
2695/1 2695/4 2695/5
2695/25 2696/15
2696/18 2697/5
2697/10 2697/15
2699/25 2701/1 2703/3
2703/3 2706/2 2706/5
2706/11 2706/21
2709/15 2715/8 2715/9
2718/15 2718/15
2719/22 2719/22
2719/24 2720/9
2721/14 2721/14
2723/25 2724/11
2724/22 2724/23
2732/2 2735/6 2740/24
2740/24 2741/1
same [22] 2649/10
2649/22 2650/1
2653/22 2654/10
2658/4 2672/12
2672/15 2675/1
2701/18 2706/14
2713/24 2714/6
2714/23 2718/22
2737/6 2742/11
2742/12 2743/4
2743/23 2744/11
2750/10
SAMUEL [1] 2631/23
sandwiches [1]
2728/9
sat [2] 2636/22
2636/23
Satriano [10] 2667/1
2668/3 2668/5 2668/13
2668/15 2668/23
2676/23 2702/13
2716/21 2717/20
Satriano's [1] 2668/10
save [10] 2697/13
2697/13 2697/17

# S

**save... [7]** 2697/17
2698/16 2701/10
2705/8 2716/13
2716/14 2736/2
**saved [1]** 2676/4
**saw [8]** 2656/12
2659/10 2662/8
2682/21 2698/8
2708/23 2722/8
2727/24
**say [77]** 2637/10
2638/16 2638/16
2643/18 2644/2 2644/2
2644/17 2644/25
2645/9 2645/18
2645/20 2646/5
2646/24 2647/6
2648/21 2648/23
2649/1 2649/2 2649/5
2650/20 2650/23
2652/15 2654/9
2656/21 2657/6
2657/20 2657/23
2657/23 2657/24
2658/1 2661/12
2661/15 2662/9
2662/11 2662/12
2662/25 2663/1 2664/6
2664/22 2667/14
2668/13 2674/5
2677/17 2678/3 2678/5
2678/10 2678/10
2686/12 2687/6
2688/12 2690/14
2690/15 2690/16
2690/17 2691/4 2693/8
2693/20 2695/16
2695/25 2695/25
2696/12 2696/18
2704/3 2707/3 2707/7
2707/17 2707/18
2707/25 2708/21
2714/14 2715/3
2716/19 2717/20
2724/14 2724/14
2732/2 2753/1
**saying [34]** 2639/12
2641/14 2643/16
2643/23 2643/23
2645/6 2651/14
2651/14 2652/2
2652/10 2652/13
2652/25 2654/17

2655/8 2656/23 2658/4
2658/25 2662/25
2666/5 2674/23
2674/25 2675/2
2675/12 2675/21
2675/22 2701/18
2702/25 2711/20
2712/13 2718/7
2719/16 2719/25
2722/5 2723/9
**says [50]** 2639/6
2644/13 2645/3
2649/18 2650/22
2651/3 2652/17 2653/5
2657/22 2657/25
2660/19 2660/25
2661/12 2661/22
2662/4 2665/21 2666/7
2666/8 2667/21
2673/17 2679/24
2680/3 2683/14
2688/19 2689/7
2690/15 2699/13
2702/7 2705/4 2706/16
2708/7 2712/11
2712/15 2713/19
2715/13 2716/19
2716/20 2717/6
2718/14 2722/10
2722/21 2722/23
2723/16 2727/23
2752/12 2755/1 2755/3
2755/6 2755/7 2755/9
**scale [1]** 2709/5
**scenario [4]** 2655/3
2659/1 2659/14 2680/4
**scenarios [1]** 2658/23
**scheduled [1]** 2651/15
**Schiller [1]** 2631/24
**Scholer [1]** 2632/10
**scope [4]** 2693/12
2696/16 2745/7 2745/8
**screen [2]** 2647/13
2655/23
**seat [1]** 2756/6
**seated [1]** 2694/3
**SEC [20]** 2648/25
2649/14 2649/20
2651/4 2674/15
2699/13 2699/14
2699/15 2699/24
2700/3 2700/11 2701/5
2701/5 2701/8 2701/13
2704/10 2712/11

2711/2 2711/3
2719/20
**SEC's [1]** 2690/15
**second [22]** 2651/18
2651/22 2654/5
2654/16 2656/6
2660/22 2668/2
2670/23 2674/23
2677/12 2680/1 2693/2
2699/19 2701/7
2701/20 2702/14
2709/22 2709/25
2726/24 2730/9
2745/20 2749/2
**Second-most [1]**
2693/2
**secondary [2]** 2641/19
2652/20
**secret [1]** 2646/21
**Secretary [15]** 2640/22
2660/16 2661/4
2661/13 2661/15
2661/17 2662/4
2695/20 2705/16
2707/10 2707/17
2709/8 2710/22
2710/23 2715/11
**section [1]** 2702/19
**sections [2]** 2737/14
2737/15
**securities [20]** 2641/8
2641/13 2641/18
2641/21 2643/13
2646/3 2648/9 2652/11
2652/16 2652/18
2652/19 2655/9 2660/5
2665/25 2675/2
2680/17 2680/17
2680/22 2703/19
2718/3
**security [8]** 2643/4
2643/17 2646/15
2646/19 2647/6
2708/13 2709/15
2711/7
**see [33]** 2640/20
2640/24 2643/5 2644/6
2646/23 2654/1 2654/7
2657/11 2670/2 2671/2
2674/7 2674/8 2683/12
2684/16 2686/10
2686/11 2690/4 2697/1
2697/7 2702/16
2702/16 2702/17

2705/9 2706/1 2706/8
2706/12 2706/23
2708/4 2709/16
2709/18 2711/6
2712/22 2734/2
**seeing [5]** 2646/24
2666/1 2710/17
2710/21 2710/22
**seek [1]** 2750/25
**seeks [1]** 2704/4
**seem [1]** 2635/14
**seen [5]** 2679/24
2709/23 2718/24
2730/5 2733/12
**sees [2]** 2662/5
2705/19
**select [1]** 2752/22
**selecting [1]** 2752/23
**sell [1]** 2688/10
**send [7]** 2646/20
2717/18 2718/2
2753/24 2754/16
2754/17 2755/15
2755/17 2755/20
2756/2 2756/17
**sending [4]** 2711/9
2714/25 2735/24
2736/18
**sends [2]** 2714/20
2714/25
**senior [12]** 2631/9
2636/21 2636/22
2639/21 2639/22
2645/4 2646/17 2648/1
2648/2 2708/14 2720/9
2748/4
**sense [11]** 2686/7
2698/2 2704/23 2713/4
2717/7 2718/9 2726/24
2734/7 2735/10
2742/22 2745/17
**senses [1]** 2733/12
**sent [2]** 2706/9
2711/15
**sentence [1]** 2696/20
**separately [2]** 2743/23
2750/5
**September [6]**
2655/22 2687/17
2698/25 2722/13
2722/25 2723/2
**serious [4]** 2634/15
2646/16 2701/12
2701/19

**seriously [3]** 2727/22 2753/9 2753/10
**served [2]** 2663/14 2663/15
**service [2]** 2691/6 2728/6
**serving [1]** 2637/12
**session [3]** 2631/12 2636/20 2729/23
**set [5]** 2641/4 2677/19 2678/23 2682/20 2714/20
**settling [1]** 2642/23
**several [2]** 2683/25 2745/14
**sexual [1]** 2739/23
**share [5]** 2687/14 2687/24 2688/4 2688/6 2688/7
**shared [1]** 2712/2
**shareholder [14]** 2658/8 2679/3 2687/21 2725/6 2745/13 2745/15 2745/21 2746/2 2746/7 2746/8 2747/22 2748/19 2748/22 2748/24
**shareholder's [1]** 2745/22
**shareholders [26]** 2656/1 2687/4 2687/13 2687/17 2688/1 2688/4 2688/6 2688/24 2689/5 2720/21 2722/7 2722/12 2723/5 2723/7 2723/21 2725/5 2725/6 2743/9 2745/11 2745/18 2746/6 2747/14 2751/18 2752/3 2752/6 2752/9
**shareholders' [2]** 2747/21 2749/4
**shares [19]** 2687/23 2688/2 2719/10 2719/11 2719/25 2721/12 2724/4 2747/16 2747/23 2748/3 2749/14 2749/14 2749/15 2749/15 2749/24 2749/25 2750/13 2750/15 2750/19
**sharply [1]** 2653/7

**she [43]** 2637/12 2637/23 2638/1 2638/11 2638/20 2639/6 2648/3 2648/12 2648/13 2648/18 2648/20 2648/23 2649/1 2649/1 2649/17 2649/18 2649/18 2649/24 2657/12 2657/15 2657/22 2657/23 2657/23 2657/24 2657/25 2676/20 2679/24 2680/3 2712/8 2712/10 2712/11 2712/13 2712/15 2712/19 2712/20 2712/23 2713/7 2713/9 2713/18 2713/24 2715/12 2718/22 2726/20
**she's [5]** 2657/20 2715/18 2715/18 2736/11 2755/2
**sheet [6]** 2718/3 2722/23 2722/25 2723/11 2723/17 2725/1
**shift [1]** 2683/24
**shining [1]** 2733/21
**shoes [1]** 2744/16
**short [1]** 2644/24
**shorthand [1]** 2632/25
**shot [1]** 2676/25
**should [71]** 2635/13 2635/13 2676/15 2677/19 2678/2 2678/2 2678/7 2679/17 2682/2 2683/24 2684/6 2684/9 2687/9 2688/14 2689/8 2689/17 2689/24 2690/1 2692/12 2692/16 2704/6 2707/17 2707/18 2709/1 2709/8 2709/13 2713/23 2715/7 2729/7 2731/7 2731/8 2731/12 2732/6 2732/8 2732/15 2732/18 2733/5 2735/5 2735/11 2735/12 2735/16 2735/20 2736/6 2736/9 2736/21 2737/5 2737/7 2737/13 2737/22 2737/24 2738/10 2738/25

2739/19 2739/25 2742/5 2742/6 2742/15 2742/20 2748/18 2751/11 2752/4 2752/21 2753/1 2753/9 2753/11 2753/13 2753/21 2754/1 2754/4 2754/16 2755/5
**shouldn't [1]** 2696/9
**show [24]** 2640/10 2642/16 2654/22 2661/24 2673/13 2704/25 2705/2 2705/21 2706/7 2711/14 2712/1 2717/10 2717/11 2717/13 2718/11 2720/4 2722/4 2723/17 2724/12 2724/13 2727/19 2734/19 2738/10 2747/8
**showed [11]** 2634/14 2662/17 2664/1 2664/2 2687/2 2697/24 2718/16 2720/7 2722/6 2723/22 2724/25
**showing [6]** 2653/20 2659/22 2697/8 2703/15 2712/5 2722/8
**shown [6]** 2663/12 2663/17 2673/17 2726/16 2736/13 2736/21
**shows [4]** 2698/11 2712/19 2714/22 2722/23
**shrinking [3]** 2684/11 2684/13 2717/22
**shut [2]** 2668/8 2696/15
**shutting [1]** 2668/12
**sic [1]** 2650/24
**side [8]** 2729/18 2735/17 2737/18 2737/19 2741/12 2741/13 2755/4 2755/5
**sidebar [4]** 2728/20 2730/19 2738/3 2756/8
**sigh [1]** 2684/18
**sign [5]** 2647/22 2648/1 2648/25 2754/16 2756/16
**signed [9]** 2646/17 2648/2 2649/22

2650/23 2650/24 2651/7 2657/9 2674/16 2753/24
**significant [3]** 2645/14 2652/5 2657/7
**Significantly [1]** 2699/20
**signing [1]** 2640/13
**similar [1]** 2725/9
**Similarly [2]** 2733/2 2744/24
**simple [2]** 2680/16 2733/18
**simplified [1]** 2685/4
**since [8]** 2643/21 2643/25 2655/2 2662/4 2726/22 2728/8 2729/7 2732/4
**single [17]** 2654/2 2661/10 2661/11 2667/5 2667/6 2667/8 2688/5 2691/18 2691/19 2691/21 2694/14 2694/15 2725/24 2731/7 2741/16 2745/21 2752/18
**sink [2]** 2647/18 2657/25
**sit [1]** 2708/14
**site [1]** 2636/21
**sitting [7]** 2635/17 2662/24 2667/6 2667/8 2691/19 2691/21 2733/23
**situation [2]** 2634/21 2677/18
**Sixty [1]** 2702/12
**Sixty-three [1]** 2702/12
**skip [1]** 2648/15
**skirmishing [1]** 2691/25
**slide [53]** 2636/2 2636/17 2637/5 2637/25 2640/18 2643/10 2648/11 2650/6 2651/10 2653/18 2655/18 2655/24 2656/10 2656/11 2657/11 2657/14 2657/19 2658/3 2658/19 2658/19 2659/17

**S**

**slide... [32]** 2665/3 2669/17 2669/22 2670/4 2670/13 2670/24 2671/1 2671/6 2671/14 2671/25 2672/2 2673/6 2675/20 2679/23 2680/9 2683/12 2689/2 2694/17 2697/4 2697/4 2698/8 2698/8 2702/12 2703/13 2704/24 2719/5 2719/17 2720/6 2722/6 2722/22 2723/24 2724/10
**slightest [1]** 2669/6
**slightly [1]** 2711/21
**slip [1]** 2680/7
**slow [1]** 2683/23
**small [1]** 2665/14
**smoking [1]** 2669/6
**snapshot [1]** 2639/3
**so [144]**
**sole [5]** 2663/9 2731/17 2732/4 2738/18 2738/23
**solely [5]** 2658/8 2670/17 2743/1 2751/7 2753/15
**solid [3]** 2683/11 2725/15 2746/22
**solution [4]** 2677/2 2708/5 2708/5 2708/18
**solve [6]** 2653/9 2682/24 2685/7 2685/22 2685/23 2716/4
**solved [3]** 2685/6 2685/15 2685/18
**solves [1]** 2685/16
**some [22]** 2635/13 2635/15 2636/9 2641/6 2642/5 2646/8 2650/5 2658/10 2658/15 2663/14 2668/7 2668/8 2676/12 2682/13 2692/12 2692/14 2703/11 2711/14 2715/7 2734/8 2744/7 2749/24
**somebody [1]** 2666/7
**somehow [4]** 2635/12 2642/14 2653/9 2693/6
**someone [6]** 2650/3

2661/7 2661/10 2662/7 2668/4 2733/23
**something [26]** 2646/19 2662/7 2664/20 2668/16 2681/19 2682/16 2683/25 2686/17 2689/10 2695/9 2695/9 2695/12 2695/13 2699/2 2699/24 2700/16 2703/25 2715/23 2720/2 2721/3 2721/4 2721/11 2722/16 2728/24 2733/11 2733/12
**sometime [1]** 2665/23
**sometimes [5]** 2639/6 2673/22 2698/24 2701/18 2750/11
**somewhere [1]** 2701/4
**soon [3]** 2665/21 2714/11 2756/18
**sorry [7]** 2656/10 2658/20 2673/18 2675/21 2688/18 2711/11 2756/4
**sort [1]** 2649/12
**sorts [2]** 2635/14 2646/17
**sought [2]** 2691/2 2691/2
**sound [6]** 2683/11 2695/19 2701/22 2719/18 2721/11 2742/2
**soundness [1]** 2742/15
**sounds [1]** 2697/14
**sources [1]** 2635/25
**space [1]** 2642/19
**Spalding [1]** 2632/13
**speak [3]** 2647/9 2728/5 2752/25
**speaking [1]** 2729/23
**special [1]** 2725/25
**specific [3]** 2671/8 2686/15 2746/3
**specifically [3]** 2692/3 2693/17 2739/15
**speculation [3]** 2687/20 2735/11 2750/25
**speech [1]** 2655/24
**spelled [1]** 2746/11

**spend [2]** 2704/8 2710/8
**spent [3]** 2698/6 2708/2 2724/24
**spiral [1]** 2683/15
**Spohn [1]** 2716/24
**spoke [1]** 2729/5
**spokesperson [1]** 2752/23
**sponsored [3]** 2744/6 2744/8 2748/8
**spreads [1]** 2653/6
**stability [6]** 2641/25 2642/2 2642/24 2645/15 2652/6 2657/8
**stable [1]** 2647/1
**staff [3]** 2639/21 2660/17 2661/7
**staffer [1]** 2661/18
**stage [1]** 2754/9
**stand [9]** 2650/3 2662/20 2663/24 2680/21 2690/9 2696/2 2728/10 2728/14 2739/8
**standard [2]** 2726/14 2734/22
**Stanton [1]** 2728/22
**stark [1]** 2699/8
**started [4]** 2660/10 2665/22 2688/8 2697/18
**starters [1]** 2636/1
**starting [1]** 2664/9
**starts [1]** 2661/19
**state [3]** 2693/3 2731/5 2731/13
**stated [2]** 2731/4 2738/16
**statement [22]** 2648/16 2648/19 2649/11 2649/14 2653/19 2657/15 2657/17 2693/10 2701/15 2702/4 2702/5 2702/18 2703/5 2740/16 2740/21 2740/22 2740/23 2740/25 2741/2 2741/6 2741/7 2741/9
**statements [17]** 2649/17 2649/24 2690/17 2700/22 2701/25 2702/11

2702/15 2702/25 2732/25 2740/11 2740/11 2740/13 2740/19 2745/7 2745/10 2748/8 2749/1
**STATES [4]** 2631/1 2631/13 2680/13 2698/19
**stating [1]** 2731/8
**statute [4]** 2723/25 2726/4 2726/7 2751/22
**statutory [2]** 2726/10 2748/13
**stay [2]** 2695/1 2724/4
**stays [1]** 2722/1
**steam [1]** 2660/11
**Stegman [5]** 2661/7 2661/9 2695/19 2695/21 2707/4
**stenotype [1]** 2632/25
**step [3]** 2663/17 2677/12 2729/24
**steps [1]** 2744/15
**Stern [25]** 2633/4 2634/3 2690/13 2690/15 2692/6 2692/9 2692/24 2694/14 2694/25 2695/2 2696/1 2696/18 2696/24 2699/7 2699/25 2700/7 2701/8 2701/22 2706/21 2707/15 2709/11 2711/19 2717/19 2719/15 2724/11
**Stern's [2]** 2691/14 2692/16
**Steven [2]** 2703/20 2703/20
**still [18]** 2654/18 2654/18 2654/19 2656/25 2658/7 2674/23 2674/24 2677/24 2695/8 2711/6 2711/17 2717/20 2718/24 2720/20 2720/21 2726/10 2729/23 2748/13
**stipulate [1]** 2735/20
**stipulated [2]** 2732/24 2735/21
**stipulation [2]** 2727/18 2735/18
**stock [32]** 2631/9

**S**

stock... [31]  2645/4
2681/19 2688/4
2688/10 2688/24
2688/25 2688/25
2693/14 2708/15
2718/25 2719/4 2719/5
2720/11 2720/12
2721/2 2721/5 2721/6
2721/7 2721/17
2723/11 2727/19
2727/24 2727/25
2743/15 2743/18
2743/19 2743/21
2745/13 2745/17
2745/23 2748/5
stop [2]  2683/23
2691/10
stops [1]  2683/15
straightforward [1]
2651/2
strain [1]  2644/22
strategic [1]  2701/3
Street [3]  2632/3
2632/16 2704/5
stress [8]  2655/3
2658/23 2658/25
2659/14 2659/22
2660/1 2707/18
2707/21
stretch [2]  2728/10
2728/14
striked [1]  2700/6
stronger [1]  2684/9
structure [1]  2720/17
studies [2]  2699/6
2726/18
study [2]  2683/7
2709/7
stuff [2]  2719/16
2723/12
subject [3]  2661/20
2669/5 2692/19
subjectively [2]
2693/9 2748/20
submit [14]  2639/18
2651/11 2663/11
2663/16 2663/25
2664/23 2672/23
2682/7 2685/5 2687/2
2687/8 2689/15 2690/3
2693/22
subse [1]  2652/4
substantial [9]

2644/13 2644/14
2644/19 2650/16
2650/20 2709/1
2709/12 2725/16
2746/22
substitute [1]  2742/21
such [13]  2659/15
2662/18 2664/19
2731/20 2735/9
2737/13 2738/17
2741/22 2742/18
2745/23 2746/6 2751/6
2752/10
sued [5]  2700/18
2700/19 2702/4
2702/10 2724/2
suffered [1]  2751/1
sufficient [4]  2641/7
2641/12 2741/23
2741/25
suggest [2]  2635/12
2732/14
suggested [1]  2676/14
suggesting [3]
2635/15 2635/21
2751/12
suggestion [1]
2730/13
suggestions [1]
2682/15
suing [2]  2722/13
2722/14
Suisse [2]  2666/4
2666/16
summaries [6]
2735/24 2736/1 2736/6
2736/9 2736/14
2736/15
summarize [1]
2673/25
summarized [1]
2736/11
summarizing [1]
2705/15
summary [3]  2736/8
2736/19 2736/22
summer [9]  2637/8
2637/10 2660/7 2665/2
2665/6 2666/6 2667/7
2667/9 2691/19
sun [1]  2733/20
Sunday [3]  2715/11
2715/12 2715/24
superfluous [1]

support [9]  2651/15
2652/20 2652/21
2655/20 2658/6 2658/9
2699/9 2742/24
2753/21
supported [4]  2684/19
2695/10 2725/15
2746/22
supporting [1]  2742/2
supports [1]  2684/3
supposed [3]  2661/1
2719/23 2750/13
sure [13]  2639/7
2639/14 2639/16
2640/6 2679/25 2683/1
2698/22 2700/20
2702/17 2706/1 2708/1
2714/21 2715/13
surrender [1]  2753/13
Susan [6]  2648/3
2648/8 2711/12
2711/20 2712/7
2718/15
sustain [1]  2689/25
sustainable [2]  2712/9
2712/10
sustained [4]  2714/9
2737/21 2751/9
2751/23
swears [1]  2736/24
sweep [55]  2668/16
2668/21 2670/16
2681/11 2681/15
2682/6 2683/3 2683/8
2683/14 2683/22
2684/5 2684/17
2684/22 2685/3 2685/6
2685/22 2687/13
2689/3 2693/15
2698/12 2698/15
2699/12 2705/6
2706/16 2709/20
2713/8 2713/18
2713/22 2714/7
2714/20 2715/15
2716/17 2717/6 2719/8
2719/12 2720/9
2720/13 2721/19
2721/24 2722/1 2722/9
2722/16 2725/18
2727/23 2744/17
2744/19 2744/21
2744/25 2747/11

2729/12
2749/22 2749/25
2750/14 2750/20
sworn [5]  2662/19
2671/17 2672/22
2731/15 2732/23
systemic [1]  2682/23

**T**

table [3]  2641/15
2642/1 2642/13
Tagoe [6]  2637/20
2638/20 2655/3 2667/1
2678/1 2726/19
Tagoe's [1]  2679/21
take [23]  2636/8
2644/6 2644/10
2645/16 2646/1 2649/9
2654/12 2654/19
2660/22 2673/11
2673/12 2673/15
2673/20 2673/21
2673/24 2674/5
2674/24 2679/8 2681/9
2684/24 2691/8 2731/3
2755/24
taken [7]  2725/12
2729/4 2733/7 2736/23
2737/11 2744/17
2746/20
takes [4]  2643/8
2645/24 2677/12
2728/8
taking [3]  2645/12
2681/14 2682/8
talk [23]  2634/22
2635/1 2635/11 2638/2
2640/5 2642/14
2643/11 2643/15
2647/10 2659/12
2669/10 2670/25
2686/3 2686/15
2688/16 2690/10
2699/7 2710/20
2710/21 2715/19
2715/19 2716/18
2752/15
talked [9]  2647/2
2653/3 2655/25 2676/9
2699/13 2702/22
2702/24 2703/11
2707/25
talking [27]  2636/5
2636/13 2640/4

**T**

**talking... [24]** 2640/21
2641/9 2641/9 2641/10
2642/5 2642/9 2646/3
2652/24 2660/11
2664/25 2666/8
2671/18 2671/18
2671/20 2672/3
2699/22 2700/2 2700/6
2706/25 2707/15
2708/2 2711/9 2718/7
2724/24
**talks [1]** 2704/10
**tax [7]** 2676/11
2712/18 2713/20
2714/5 2714/10
2716/22 2717/3
**taxes [1]** 2676/21
**taxpayer [3]** 2655/20
2677/16 2681/23
**taxpayers [8]** 2650/13
2650/14 2676/2
2677/20 2677/21
2681/14 2682/5
2686/20
**team [2]** 2655/4
2707/4
**teeth [1]** 2663/24
**telephone [2]** 2738/3
2738/5
**tell [24]** 2637/23
2656/19 2663/8 2664/4
2666/1 2678/1 2692/10
2695/11 2695/13
2699/15 2699/24
2701/23 2703/7 2703/9
2709/4 2709/9 2710/23
2717/19 2719/4
2719/17 2727/11
2736/25 2744/2
2754/19
**telling [15]** 2647/12
2649/7 2656/1 2664/2
2666/10 2677/23
2677/23 2701/9 2709/5
2709/8 2709/10
2710/22 2715/18
2739/11 2754/18
**tells [1]** 2668/5
**temporary [1]** 2680/7
**tends [1]** 2733/16
**tenure [2]** 2637/11
2665/22
**term [21]** 2642/24

2644/24 2645/15
2646/12 2646/13
2647/1 2652/6 2655/10
2657/4 2657/8 2657/22
2659/12 2672/9
2672/11 2675/4 2675/7
2677/1 2680/15
2680/24 2680/25
2680/25
**terminated [1]**
2720/22
**terms [11]** 2644/21
2665/10 2672/7 2677/7
2714/22 2745/18
2745/19 2746/2
2746/11 2746/12
2748/3
**terrified [1]** 2708/18
**testified [13]** 2658/17
2659/20 2659/25
2670/17 2690/17
2693/12 2693/17
2700/4 2711/13 2713/9
2736/9 2739/2 2739/4
**testifies [2]** 2733/11
2741/5
**testify [9]** 2656/16
2676/17 2692/1 2692/6
2692/18 2693/13
2703/22 2712/8 2737/9
**testifying [3]** 2707/1
2741/12 2742/17
**testimony [76]** 2636/1
2636/14 2638/1 2647/8
2647/10 2647/14
2648/10 2650/4 2650/4
2650/18 2651/6
2655/17 2658/16
2662/20 2663/22
2664/6 2664/7 2665/2
2665/5 2666/19
2668/10 2670/5 2670/9
2670/11 2670/22
2671/4 2671/17
2671/20 2671/22
2671/23 2671/25
2672/12 2672/22
2672/25 2673/2 2675/5
2676/16 2679/21
2679/22 2686/8
2686/22 2691/15
2692/3 2692/6 2692/11
2696/16 2712/19
2731/1 2731/20

2736/10 2736/23
2737/3 2737/4 2737/6
2737/7 2737/8 2737/19
2738/22 2739/18
2739/19 2739/25
2740/2 2740/5 2740/8
2740/12 2740/15
2740/16 2740/20
2741/16 2741/18
2741/22 2742/17
2742/21 2742/22
**text [1]** 2748/2
**Thakor [1]** 2741/19
**than [34]** 2643/25
2648/25 2654/9
2654/21 2655/6
2655/21 2664/24
2673/9 2673/14
2673/19 2673/21
2673/23 2673/23
2675/17 2681/3 2686/6
2687/20 2688/2
2688/10 2697/1 2697/6
2699/17 2711/4 2713/1
2715/8 2731/16
2732/16 2734/10
2734/21 2737/17
2740/6 2747/14
2752/19 2756/12
**thank [12]** 2634/4
2688/13 2688/14
2691/4 2691/4 2691/5
2691/7 2694/5 2694/7
2728/5 2728/6 2756/14
**Thanks [2]** 2756/10
2756/13
**that [731]**
**that's [105]** 2635/4
2635/20 2636/13
2637/2 2637/18 2638/3
2638/3 2638/8 2640/2
2640/3 2640/7 2640/8
2641/9 2643/19
2643/21 2643/25
2644/15 2644/18
2645/4 2646/2 2646/14
2650/4 2650/10
2650/22 2650/23
2650/24 2651/2
2651/17 2651/24
2652/10 2652/24
2657/4 2659/1 2659/3
2662/10 2662/21

2663/25 2664/5
2665/16 2665/16
2665/17 2666/13
2669/5 2671/12
2672/19 2674/6
2674/12 2676/20
2678/10 2678/17
2680/4 2681/10
2681/25 2683/4 2689/6
2689/10 2695/12
2695/13 2696/16
2697/16 2698/1 2698/5
2698/9 2699/2 2700/19
2700/22 2701/1
2702/19 2703/7 2703/8
2703/15 2703/25
2704/5 2706/14
2707/20 2708/22
2709/17 2710/11
2712/22 2712/23
2712/23 2713/3
2714/18 2714/24
2715/14 2717/2
2718/13 2719/14
2719/22 2719/24
2719/24 2721/3 2721/3
2721/10 2721/14
2723/6 2724/25 2725/2
2726/14 2726/14
2726/22 2727/24
2728/2 2752/11
2755/12
**their [62]** 2636/7
2639/16 2640/6 2640/7
2641/24 2643/3
2645/18 2650/14
2652/11 2652/15
2652/16 2653/4
2653/22 2654/1 2655/8
2655/10 2656/7 2656/7
2656/23 2660/1 2666/1
2666/9 2675/1 2675/2
2675/15 2675/17
2677/22 2685/10
2687/5 2687/23 2688/1
2688/10 2688/11
2689/4 2701/16 2710/9
2710/11 2711/9
2711/21 2711/24
2717/12 2720/14
2720/18 2720/23
2720/23 2722/21
2722/25 2726/2
2730/13 2732/9

**their... [12]** 2733/11 2734/17 2742/14 2743/12 2743/13 2743/23 2746/5 2747/16 2749/13 2749/24 2750/19 2751/4

**them [63]** 2636/6 2636/7 2636/16 2638/7 2642/4 2643/9 2643/14 2643/15 2646/18 2647/23 2648/2 2662/14 2666/2 2666/3 2668/8 2668/9 2670/22 2674/18 2674/19 2674/20 2676/4 2676/17 2678/24 2680/11 2683/19 2686/3 2687/23 2698/10 2698/12 2698/16 2699/14 2700/14 2701/4 2701/4 2701/5 2702/16 2706/3 2710/22 2713/1 2714/25 2717/10 2717/15 2717/16 2718/3 2721/18 2722/20 2723/8 2723/8 2724/6 2726/5 2727/8 2727/19 2730/24 2730/25 2731/22 2736/9 2736/18 2747/9 2749/19 2749/22 2753/10 2754/22 2755/17

**themselves [6]** 2641/24 2666/5 2673/5 2713/15 2718/22 2736/16

**then [42]** 2639/6 2642/20 2644/13 2645/9 2646/5 2648/18 2651/21 2652/3 2652/15 2652/16 2654/4 2654/5 2654/14 2654/20 2659/25 2661/22 2677/19 2680/1 2680/5 2687/25 2690/20 2694/12 2697/2 2700/16 2711/2 2712/5 2713/7 2717/16 2726/22 2730/6 2733/24 2734/25

2735/3 2736/2 2737/22 2741/6 2744/22 2745/1 2745/9 2750/18 2755/4 2755/6

**theory [1]** 2664/13

**there [84]** 2635/12 2635/13 2639/9 2640/16 2641/12 2642/14 2645/14 2646/19 2647/19 2651/3 2652/11 2653/8 2653/11 2655/13 2655/14 2657/7 2659/10 2660/1 2660/24 2665/7 2666/7 2667/6 2667/8 2667/9 2667/12 2673/18 2673/22 2674/3 2677/24 2683/2 2684/2 2685/16 2685/17 2687/17 2690/11 2691/19 2691/21 2691/22 2691/24 2694/15 2694/19 2694/22 2697/19 2697/22 2700/20 2702/17 2709/5 2709/12 2709/19 2711/11 2711/14 2712/13 2712/14 2712/21 2713/3 2713/22 2714/3 2714/10 2716/12 2716/21 2717/23 2721/7 2723/3 2723/13 2723/18 2725/10 2725/17 2726/16 2726/24 2728/23 2729/4 2729/7 2729/11 2729/15 2729/16 2731/20 2733/8 2734/6 2735/18 2743/20 2752/15 2754/11

**there's [21]** 2634/22 2635/15 2642/14 2646/13 2648/16 2651/5 2662/23 2681/16 2681/17 2682/18 2695/10 2700/11 2702/15 2703/12 2705/4 2709/24 2727/2 2727/11 2728/25

2730/6 2733/18 2736/8 2743/18

**thereby [7]** 2662/14 2688/23 2724/17 2725/4 2746/17 2747/15 2749/24

**therefore [2]** 2687/23 2753/20

**these [67]** 2636/4 2638/12 2638/13 2643/4 2643/5 2643/13 2644/6 2645/16 2646/15 2646/19 2646/21 2646/21 2646/23 2646/24 2647/6 2647/18 2647/22 2648/1 2649/17 2651/13 2656/5 2656/8 2657/6 2658/12 2660/4 2666/17 2666/18 2670/10 2671/21 2674/12 2674/18 2676/18 2680/16 2680/17 2689/17 2696/1 2698/6 2698/10 2698/13 2698/14 2698/15 2700/10 2707/14 2709/3 2709/19 2711/10 2711/15 2711/16 2718/11 2720/20 2722/18 2726/17 2728/8 2730/24 2731/3 2731/11 2731/24 2732/3 2732/12 2737/11 2738/6 2740/13 2741/24 2742/11 2742/17 2743/4 2743/10

**they [260]**

**they'll [1]** 2675/16

**they're [3]** 2636/8 2636/9 2652/13

**they've [2]** 2635/12 2727/6

**thing [30]** 2640/25 2644/13 2649/10 2654/10 2658/4 2661/3 2661/9 2661/16 2662/18 2664/22 2665/4 2674/8 2674/20 2675/1 2686/15 2687/6 2691/4 2695/5 2699/7 2701/21 2707/25

2717/24 2719/7 2722/4 2734/20 2741/3 2756/4 2756/5

**things [41]** 2634/25 2635/1 2636/8 2637/15 2638/24 2646/17 2647/22 2654/19 2662/11 2664/15 2664/17 2667/14 2673/1 2678/4 2680/4 2680/10 2682/4 2686/10 2686/11 2686/12 2694/12 2696/1 2696/19 2696/23 2696/24 2699/21 2700/11 2701/20 2703/13 2709/8 2709/16 2709/19 2712/1 2712/2 2712/22 2713/19 2715/7 2720/4 2726/21 2727/1 2752/14

**think [32]** 2647/9 2655/1 2663/23 2664/16 2678/5 2678/11 2682/13 2683/20 2683/20 2690/13 2692/8 2695/18 2697/19 2697/20 2697/21 2700/17 2701/7 2702/3 2704/11 2706/10 2707/25 2709/23 2716/4 2717/7 2718/8 2723/14 2726/16 2727/12 2727/15 2727/20 2742/8 2742/18

**thinking [2]** 2639/24 2680/24

**third [24]** 2635/9 2635/18 2640/14 2654/16 2664/18 2668/5 2668/15 2668/20 2668/25 2669/3 2669/8 2676/13 2681/10 2684/15 2684/25 2686/15 2688/22 2705/5 2707/5 2715/14 2717/22 2727/5 2746/2 2747/11

**this [277]**

**THOMPSON [1]**

2798

**T**

**THOMPSON... [1]** 2631/16
**those [73]** 2634/9
2635/1 2636/14
2637/16 2638/7
2638/23 2639/22
2641/11 2641/16
2641/20 2649/8 2651/4
2651/7 2652/19
2652/20 2653/16
2654/14 2656/19
2660/11 2660/14
2667/5 2667/8 2669/2
2670/21 2672/3
2672/16 2672/25
2674/3 2674/4 2680/21
2682/20 2683/11
2690/17 2690/17
2691/18 2691/21
2702/10 2706/9 2707/5
2709/14 2709/17
2710/1 2711/1 2712/2
2713/12 2714/17
2718/19 2720/21
2723/6 2724/25
2725/12 2725/19
2730/4 2730/10
2730/14 2735/20
2736/6 2736/8 2736/15
2740/11 2743/24
2745/9 2745/13
2745/18 2746/4
2746/20 2746/24
2748/6 2749/6 2749/25
2751/19 2756/12
2756/17
**though [2]** 2670/10
2682/2
**thought [12]** 2644/18
2644/18 2656/21
2662/21 2663/18
2663/19 2684/25
2685/1 2685/3 2711/25
2713/6 2715/15
**thoughts [1]** 2685/9
**threat [6]** 2659/15
2667/9 2667/13
2684/20 2691/22
2693/12
**three [11]** 2656/14
2659/23 2671/7
2671/10 2702/12
2712/3 2726/16

2726/17 2730/4
2730/10 2743/9
**through [17]** 2637/11
2638/4 2643/6 2654/3
2654/17 2659/13
2663/24 2669/22
2672/6 2672/7 2673/7
2688/2 2696/2 2723/9
2745/5 2754/18
2754/21
**throughout [3]** 2663/4
2697/15 2701/23
**throw [5]** 2647/18
2657/24 2671/12
2690/15 2699/14
**thus [4]** 2704/6
2744/20 2750/16
2750/17
**ticking [3]** 2697/15
2697/18 2707/15
**til [1]** 2642/22
**Tim [2]** 2706/10
2743/7
**time [46]** 2634/21
2636/16 2637/12
2645/21 2646/1
2650/21 2651/1
2656/14 2657/16
2657/17 2658/13
2660/16 2665/12
2665/12 2666/8
2669/11 2673/7
2675/19 2675/25
2677/1 2677/14 2681/1
2684/24 2690/4 2691/5
2694/11 2698/6
2698/10 2699/4 2704/8
2707/15 2708/2 2710/4
2710/8 2712/10 2715/5
2715/8 2715/20
2715/21 2724/1
2724/24 2736/2 2736/5
2745/19 2746/3
2751/25
**timeframe [1]** 2683/24
**timeline [8]** 2706/13
2706/18 2709/12
2710/16 2711/6
2714/18 2715/25
2718/24
**timing [1]** 2653/10
**Timothy [3]** 2695/20
2706/25 2707/4
**today [9]** 2643/15

2647/12 2663/3
2667/21 2697/12
2701/24 2703/7
2705/13 2755/25
**together [8]** 2643/9
2671/1 2671/19
2706/14 2716/3
2737/16 2743/5
2754/12
**told [40]** 2636/3
2637/2 2637/6 2637/14
2638/1 2662/21 2663/1
2666/8 2667/6 2667/8
2667/11 2667/12
2671/7 2674/11
2684/24 2685/3
2686/18 2687/12
2687/17 2691/19
2691/21 2693/20
2694/14 2694/25
2695/2 2695/12
2695/21 2696/20
2697/12 2705/13
2705/23 2706/22
2708/10 2712/21
2712/23 2719/20
2723/9 2726/20 2727/5
2727/6
**tomorrow [1]** 2716/10
**too [3]** 2656/8 2662/10
2719/9
**took [4]** 2693/7
2711/22 2715/5
2723/18
**top [3]** 2673/8 2730/1
2730/8
**Topaz [1]** 2631/21
**topic [3]** 2642/1
2676/11 2677/3
**topics [2]** 2638/13
2676/8
**Total [1]** 2708/18
**touch [4]** 2676/8
2677/3 2686/1 2687/11
**touched [2]** 2715/16
2733/12
**tough [1]** 2708/4
**toward [3]** 2683/19
2739/12 2739/16
**trade [1]** 2720/22
**traded [1]** 2720/23
**traditional [1]** 2745/17
**training [2]** 2741/23
2742/1

**transcript [8]** 2631/12
2632/25 2660/23
2662/1 2691/16
2696/23 2737/4 2757/4
**transcription [1]**
2632/25
**translated [1]** 2642/3
**Treasury [98]** 2634/8
2634/10 2635/8
2639/23 2640/17
2640/19 2640/22
2641/1 2642/22 2644/4
2645/3 2645/11
2645/13 2645/22
2646/12 2648/18
2649/3 2650/12
2651/15 2652/5
2652/21 2653/1 2653/1
2653/5 2653/13 2655/2
2655/16 2658/6 2658/9
2658/22 2659/23
2660/3 2660/9 2660/16
2661/8 2666/12
2667/10 2667/13
2675/6 2677/7 2677/12
2677/17 2677/19
2677/24 2678/4 2678/5
2680/13 2680/20
2681/13 2681/16
2681/22 2681/23
2682/5 2684/8 2684/12
2684/21 2686/18
2686/19 2686/24
2686/24 2691/22
2695/20 2701/11
2705/3 2705/9 2706/12
2706/25 2707/6 2707/8
2707/9 2707/17
2707/23 2708/7
2708/22 2709/8
2709/21 2709/24
2710/3 2710/15 2711/9
2711/16 2712/1 2712/3
2712/24 2713/9
2714/13 2715/12
2716/16 2720/16
2720/17 2720/24
2721/1 2721/6 2721/6
2721/19 2747/12
2747/14 2748/6
**Treasury's [3]** 2687/22
2708/14 2720/9
**treat [3]** 2735/21
2737/24 2752/18

**T**

**treats [1]** 2740/19
**tremendous [1]**
2681/14
**trends [1]** 2638/9
**trial [21]** 2631/12
2634/23 2663/4
2663/11 2669/11
2676/10 2692/9
2701/23 2703/22
2731/1 2732/7 2733/7
2736/24 2737/3
2737/10 2740/12
2740/15 2743/25
2744/4 2752/7 2753/1
**tried [9]** 2635/12
2668/7 2679/16
2695/16 2701/22
2702/8 2703/7 2717/19
2724/21
**trillion [1]** 2725/24
**true [33]** 2649/7
2649/7 2649/11
2649/14 2649/18
2651/17 2651/24
2657/13 2657/16
2657/17 2681/21
2681/22 2690/18
2695/13 2696/13
2697/16 2697/16
2701/9 2701/12 2702/1
2702/25 2706/5
2712/11 2717/23
2726/17 2727/5
2734/21 2734/24
2734/25 2740/25
2740/25 2741/2 2757/4
**truth [13]** 2635/21
2664/2 2664/4 2664/5
2664/5 2700/9 2702/10
2727/6 2736/25
2739/11 2741/6 2741/8
2741/17
**truthfully [1]** 2739/2
**try [3]** 2691/8 2695/1
2729/13
**trying [13]** 2647/16
2693/5 2700/8 2703/8
2706/6 2707/22 2709/4
2710/10 2717/10
2717/11 2717/13
2718/1 2720/1
**Tucker [1]** 2678/14
**turn [2]** 2682/4

**turned [3]** 2635/7
2654/18 2679/19
**turns [1]** 2703/5
**twice [1]** 2703/3
**two [28]** 2639/22
2641/5 2649/9 2654/8
2655/6 2662/9 2662/11
2665/14 2668/15
2673/1 2676/8 2679/11
2686/3 2686/10 2689/1
2700/11 2701/20
2703/12 2706/22
2709/19 2725/23
2730/6 2730/11 2733/8
2744/5 2745/3 2747/23
2748/6
**type [3]** 2692/12
2733/9 2733/14
**types [2]** 2733/8
2745/15
**typical [1]** 2743/12
**typically [2]** 2672/6
2672/13

**U**

**U.S [2]** 2632/21
2651/15
**Ugoletti [4]** 2638/4
2638/8 2714/2 2726/1
**Uh [1]** 2710/19
**Uh-oh [1]** 2710/19
**ultimate [3]** 2640/12
2675/15 2682/11
**Ultimately [2]** 2647/13
2739/24
**um [2]** 2662/17
2715/24
**umbrella [2]** 2733/23
2733/25
**unanimous [4]** 2753/6
2753/8 2755/10
2755/12
**uncertain [4]** 2654/22
2671/11 2681/8 2721/9
**uncertainty [4]**
2645/14 2652/6
2652/15 2657/7
**unchanged [1]**
2675/15
**unconscious [1]**
2739/21
**under [47]** 2641/3
2644/21 2645/21

2650/9 2663/15
2666/11 2676/5 2677/7
2678/12 2679/4
2681/15 2682/6
2683/15 2683/17
2683/21 2683/22
2696/13 2702/21
2707/18 2707/21
2708/12 2708/15
2713/9 2714/23 2715/7
2715/11 2720/15
2720/17 2721/24
2725/6 2726/13 2731/2
2736/24 2738/9
2740/22 2740/23
2741/3 2745/9 2745/11
2745/25 2747/6
2747/22 2748/1
2748/17 2749/4
2751/17 2752/13
**underlying [2]** 2736/2
2736/11
**understand [6]**
2668/11 2704/18
2708/5 2732/17 2733/1
2736/17
**understandably [1]**
2686/6
**understanding [7]**
2650/21 2651/1 2703/6
2717/9 2717/18
2718/22 2720/23
**understood [2]** 2639/8
2668/23
**Undisputed [1]**
2653/20
**undisputedly [1]**
2698/11
**unexpected [1]** 2709/1
**unfair [2]** 2692/8
2719/6
**unimportant [1]**
2695/20
**UNITED [4]** 2631/1
2631/13 2680/13
2698/19
**unless [3]** 2706/10
2738/16 2744/2
**unlike [1]** 2745/20
**unlikely [2]** 2645/9
2646/10
**unlimited [3]** 2651/15
2651/23 2665/9
**unnecessary [2]**

2729/19 2736/3
**unofficial [2]** 2672/8
2672/11
**unqualified [1]** 2651/2
**unreasonable [9]**
2722/19 2725/9
2725/19 2726/22
2726/23 2727/4
2727/10 2746/23
2747/5
**unreasonably [11]**
2685/13 2688/22
2689/5 2690/7 2724/17
2725/4 2726/12
2746/17 2747/21
2748/16 2749/6
**unreliable [1]** 2707/22
**unsound [1]** 2742/24
**unsupported [1]**
2704/22
**unsworn [1]** 2741/1
**until [6]** 2651/23
2721/2 2722/15
2755/11 2755/23
2756/20
**unusual [1]** 2671/8
**up [52]** 2635/18
2639/10 2639/11
2640/17 2642/13
2642/22 2643/6
2643/10 2646/2 2648/7
2648/13 2651/3
2653/19 2653/25
2655/23 2656/3 2657/2
2660/10 2660/18
2663/23 2665/13
2670/5 2674/18
2674/20 2676/8
2676/12 2676/19
2676/24 2676/25
2684/24 2686/20
2687/25 2688/18
2689/2 2690/9 2690/13
2690/14 2692/9
2694/17 2696/14
2702/16 2708/12
2713/13 2713/20
2714/9 2718/8 2718/20
2750/15 2752/25
2754/23 2754/24
2755/25
**update [1]** 2726/1
**updated [3]** 2659/19
2714/20 2714/21

2800

**U**

**upon [5]** 2692/12 2731/15 2731/18 2732/11 2739/22
**upside [2]** 2681/13 2681/21
**urgency [5]** 2662/6 2699/1 2705/19 2705/20 2705/25
**us [8]** 2649/7 2666/1 2666/8 2672/9 2678/9 2695/14 2698/7 2713/23
**use [5]** 2639/7 2665/13 2678/15 2733/9 2753/9
**used [7]** 2635/10 2669/18 2678/17 2720/1 2733/19 2736/16 2738/3
**using [3]** 2670/18 2708/24 2711/21
**usual [2]** 2672/9 2672/12

**V**

**vacation [1]** 2715/20
**valuable [1]** 2750/16
**valuation [1]** 2704/11
**value [10]** 2719/8 2719/10 2721/7 2721/11 2722/16 2734/10 2747/16 2749/24 2750/19 2751/24
**valued [2]** 2719/25 2723/11
**variability [2]** 2646/6 2646/9
**variety [2]** 2638/13 2638/19
**various [2]** 2737/11 2741/21
**VARMA [1]** 2632/8
**verdict [35]** 2687/7 2687/10 2688/16 2688/17 2727/14 2727/17 2731/15 2732/6 2732/15 2732/18 2733/9 2735/5 2743/16 2749/8 2749/9 2751/12 2753/4 2753/5 2753/5 2753/7 2753/8 2753/15 2753/20 2754/15 2754/16

2754/19 2754/20 2754/22 2754/22 2754/25 2755/2 2755/6 2755/10 2755/23 2755/25
**verdicts [1]** 2690/25
**VERGOW [1]** 2632/15
**verify [2]** 2670/12 2670/12
**version [2]** 2724/13 2756/16
**very [29]** 2634/15 2634/19 2634/19 2636/14 2644/11 2646/16 2646/16 2655/8 2656/2 2656/5 2664/13 2672/15 2674/13 2677/3 2681/12 2683/13 2683/23 2683/23 2688/13 2688/16 2691/13 2695/2 2699/2 2704/19 2704/20 2713/2 2716/4 2720/17 2724/3
**via [1]** 2737/12
**Vice [1]** 2669/21
**video [1]** 2737/12
**videotape [1]** 2737/5
**videotaped [1]** 2638/1
**view [5]** 2637/19 2686/6 2712/8 2717/1 2731/16
**views [3]** 2732/7 2753/1 2753/10
**vigorously [1]** 2693/8
**VINCENT [1]** 2631/17
**violate [1]** 2731/15
**violated [6]** 2689/13 2726/10 2726/12 2747/21 2748/13 2748/16
**violates [2]** 2724/15 2746/15
**violating [2]** 2688/23 2690/7
**violation [2]** 2747/3 2747/7
**Virginia [2]** 2751/17 2752/13
**virtue [1]** 2733/11
**visited [1]** 2666/11
**volatility [1]** 2657/1
**voluminous [1]** 2736/4

**vs [1]** 2631/14

**W**

**W.R [5]** 2743/22 2744/1 2744/3 2749/9 2749/11
**wait [5]** 2686/10 2686/11 2709/7 2717/9 2755/20
**waiting [1]** 2728/9
**waive [2]** 2677/12 2706/15
**waived [4]** 2642/21 2650/11 2650/12 2677/9
**waiver [1]** 2706/17
**waiving [1]** 2678/7
**walked [2]** 2669/22 2733/23
**Wall [1]** 2704/5
**want [36]** 2635/10 2638/17 2640/2 2640/3 2641/23 2663/2 2667/16 2669/10 2673/1 2674/9 2676/6 2677/3 2682/15 2686/15 2687/6 2688/16 2690/12 2691/1 2704/13 2715/4 2715/20 2717/9 2717/15 2717/17 2717/25 2718/13 2719/2 2719/14 2720/25 2721/12 2722/24 2723/15 2724/13 2727/8 2729/25 2755/18
**wanted [8]** 2638/13 2638/15 2638/18 2677/8 2683/1 2720/16 2721/6 2724/4
**wants [6]** 2672/19 2704/14 2704/14 2711/19 2714/21 2715/1
**warn [1]** 2751/5
**warrants [1]** 2720/18
**was [275]**
**Washington [8]** 2631/6 2631/19 2631/25 2632/11 2632/14 2632/17 2632/22 2666/10
**wasn't [22]** 2651/20

2651/24 2653/4 2660/23 2661/5 2661/6 2661/9 2666/18 2667/9 2667/13 2669/7 2672/5 2672/5 2672/20 2680/3 2685/19 2686/17 2691/22 2702/9 2703/22 2720/8 2726/25
**watching [1]** 2656/9
**way [22]** 2639/2 2642/9 2645/24 2654/14 2655/25 2663/17 2667/23 2672/7 2672/9 2672/11 2679/19 2682/16 2685/22 2685/23 2689/4 2694/21 2726/12 2733/4 2742/10 2742/11 2742/12 2748/15
**ways [2]** 2726/16 2745/14
**we [223]**
**We'll [2]** 2691/8 2715/25
**we're [3]** 2641/10 2722/13 2722/14
**we've [5]** 2634/23 2652/2 2654/17 2678/6 2701/19
**week [7]** 2634/10 2636/4 2637/13 2640/12 2640/16 2713/8 2713/21
**weekly [2]** 2636/4 2637/16
**weeks [1]** 2652/9
**weigh [1]** 2738/21
**weight [22]** 2651/4 2670/21 2670/22 2671/24 2673/3 2695/24 2695/24 2731/23 2734/12 2734/14 2735/16 2737/7 2737/8 2738/17 2738/19 2739/25 2740/6 2740/9 2741/10 2742/8 2742/18 2753/14
**weird [1]** 2695/17
**well [45]** 2635/20 2636/12 2641/19 2642/15 2643/2

**well... [40]** 2643/13 2644/17 2644/17 2645/23 2647/25 2648/21 2648/23 2649/12 2651/9 2654/9 2654/20 2656/1 2658/18 2662/6 2662/15 2662/17 2662/19 2662/24 2662/25 2664/19 2665/2 2666/3 2667/21 2668/10 2671/16 2677/23 2678/16 2686/11 2689/10 2689/24 2692/22 2706/4 2709/7 2710/4 2713/19 2716/7 2720/4 2730/21 2748/3 2755/24

**went [13]** 2638/20 2651/21 2678/14 2681/21 2681/23 2698/5 2703/24 2713/10 2716/7 2718/17 2723/1 2723/9 2754/18

**were [84]** 2634/20 2635/2 2636/21 2637/2 2637/7 2638/5 2638/7 2643/5 2655/21 2656/3 2656/5 2659/10 2664/15 2664/17 2665/25 2666/8 2666/20 2666/22 2669/14 2674/12 2679/20 2680/3 2680/13 2681/14 2682/4 2682/5 2682/20 2683/16 2683/18 2686/5 2687/5 2687/17 2688/1 2688/4 2691/24 2693/11 2693/14 2696/19 2696/25 2697/16 2697/16 2699/17 2699/20 2699/21 2699/22 2700/14 2701/12 2704/20 2705/23 2706/9 2712/1 2712/9 2712/13 2712/14 2717/2 2719/18 2719/21 2719/21 2720/8 2720/22

2720/22 2722/10 2722/10 2722/21 2722/24 2724/11 2726/25 2727/1 2727/21 2727/21 2727/22 2727/22 2732/12 2733/23 2737/12 2737/14 2737/15 2737/16 2748/1 2749/4 2750/13 2750/16 2751/24 2751/25

**weren't [7]** 2667/7 2667/12 2667/22 2691/20 2696/23 2696/24 2722/15

**wet [2]** 2733/24 2733/25

**what [224]**

**what's [5]** 2647/17 2648/15 2702/19 2714/8 2725/14

**whatever [5]** 2646/9 2649/5 2687/18 2721/12 2731/21

**whatsoever [1]** 2726/3

**when [43]** 2634/24 2645/24 2647/20 2648/4 2648/19 2649/11 2649/15 2651/3 2655/23 2655/25 2659/12 2667/20 2671/1 2673/17 2680/4 2689/20 2690/11 2690/20 2696/14 2698/19 2699/2 2705/5 2712/25 2713/7 2713/9 2715/4 2718/16 2719/7 2722/19 2722/23 2723/1 2723/16 2724/23 2731/9 2733/10 2733/20 2737/19 2744/14 2752/21 2754/15 2754/17 2754/20 2755/13

**whenever [3]** 2647/9 2647/10 2673/9

**where [19]** 2646/8 2652/7 2665/25 2681/24 2686/23 2686/24 2701/25 2702/5 2705/4 2706/24

2714/12 2714/13 2714/17 2717/22 2733/14 2735/18 2747/3

**whereby [1]** 2712/17

**whether [41]** 2634/18 2635/23 2637/23 2641/7 2641/12 2645/17 2650/25 2655/12 2659/7 2663/23 2666/6 2672/17 2677/19 2682/17 2682/18 2685/9 2685/11 2685/14 2685/21 2685/23 2689/11 2689/12 2700/6 2732/8 2732/15 2734/2 2735/7 2735/15 2738/24 2739/1 2739/2 2739/10 2739/14 2739/19 2740/8 2740/13 2740/14 2740/21 2741/2 2742/12 2749/5

**which [40]** 2636/6 2637/14 2644/9 2650/10 2650/19 2656/24 2665/8 2665/22 2672/9 2672/11 2679/14 2695/3 2700/7 2706/10 2708/12 2716/4 2717/23 2719/4 2720/11 2720/12 2721/15 2723/14 2724/7 2731/6 2731/16 2733/8 2733/16 2733/19 2733/23 2734/4 2735/24 2739/4 2739/16 2741/16 2746/1 2751/12 2751/17 2751/21 2752/4 2754/16

**while [6]** 2642/16 2643/8 2726/7 2745/7 2746/23 2748/11

**who [52]** 2637/4 2637/21 2641/21 2641/23 2648/2 2650/18 2651/6 2652/18 2661/7 2661/19 2662/20 2663/6 2666/20

2666/22 2667/1 2667/11 2667/12 2669/7 2671/19 2676/3 2683/6 2685/3 2694/9 2694/11 2696/22 2703/9 2703/10 2703/20 2703/21 2703/22 2703/23 2707/1 2707/5 2716/23 2716/24 2717/5 2717/20 2718/15 2734/15 2735/13 2736/8 2738/22 2741/20 2743/4 2752/24 2752/25 2753/2 2754/1 2754/23 2754/24 2755/1 2755/24

**who's [2]** 2663/7 2703/18

**whole [15]** 2661/16 2664/4 2664/24 2665/4 2674/20 2675/7 2695/5 2696/16 2700/22 2709/15 2710/11 2731/9 2742/23 2752/3 2752/17

**Whoops [1]** 2686/12

**whose [1]** 2745/13

**why [16]** 2651/25 2662/10 2665/25 2680/16 2686/17 2693/15 2695/18 2695/18 2697/3 2699/15 2700/19 2709/19 2717/24 2719/25 2724/25 2727/6

**WIERZBOWSKI [1]** 2632/4

**will [77]** 2637/20 2641/7 2641/11 2641/12 2642/6 2644/21 2645/9 2645/22 2646/10 2647/1 2647/8 2648/5 2653/8 2653/9 2653/11 2657/21 2659/1 2662/13 2663/10 2670/2 2673/15 2673/25 2674/8 2674/19 2675/15 2675/17 2677/17 2683/23 2684/9

**will... [48]** 2690/25
2691/4 2693/1 2700/6
2701/16 2705/21
2706/2 2706/8 2706/12
2707/23 2708/25
2709/11 2711/17
2714/6 2716/9 2717/16
2723/17 2724/11
2727/14 2728/15
2735/24 2736/18
2743/16 2744/4 2749/9
2749/12 2752/10
2752/24 2752/25
2753/2 2753/18 2754/2
2754/4 2754/6 2754/7
2754/10 2754/12
2754/12 2755/14
2755/15 2755/19
2755/20 2755/22
2755/24 2756/2 2756/3
2756/18 2756/20
**Wilmington [1]** 2632/3
**win [3]** 2726/16
2726/16 2726/17
**wind [14]** 2668/6
2668/9 2668/17 2669/2
2669/5 2669/8 2684/15
2716/20 2717/8 2717/8
2717/17 2718/10
2718/10 2727/9
**wind-down [1]** 2669/5
**wipe [1]** 2668/8
**wiped [7]** 2721/18
2722/10 2722/15
2722/21 2722/24
2723/16 2727/22
**wisdom [1]** 2731/13
**wish [1]** 2755/23
**within [7]** 2638/12
2685/1 2713/14
2718/20 2745/7 2745/8
2752/3
**without [11]** 2635/18
2645/12 2684/11
2725/12 2725/24
2725/25 2726/1 2726/2
2732/20 2746/3
2746/20
**witness [44]** 2647/11
2662/20 2663/24
2667/11 2667/12
2694/14 2694/16
2694/18 2695/1 2700/8

2702/11 2702/16
2702/24 2703/3
2705/12 2706/24
2733/10 2736/8
2736/24 2737/8
2738/25 2738/25
2739/2 2739/2 2739/4
2739/6 2739/7 2739/10
2739/14 2739/16
2739/18 2739/25
2740/3 2740/6 2740/10
2740/18 2740/24
2740/24 2741/1 2741/5
2741/16 2741/22
2742/23 2742/25
**witness's [12]** 2737/24
2739/1 2739/7 2739/19
2739/22 2740/12
2740/15 2740/16
2741/4 2741/7 2742/16
2742/20
**witnesses [31]**
2663/10 2666/18
2667/5 2667/8 2667/17
2667/18 2671/17
2671/18 2690/17
2691/18 2691/21
2696/3 2731/19
2732/12 2732/15
2732/16 2732/23
2736/13 2737/11
2738/19 2738/22
2738/24 2739/20
2741/12 2741/15
2741/21 2741/22
2742/10 2742/11
2742/13 2742/18
**witnesses' [1]** 2741/24
**won't [3]** 2645/12
2683/22 2752/8
**wonder [1]** 2672/14
**wondered [1]** 2672/17
**wondering [1]**
2641/11
**word [14]** 2635/10
2648/20 2649/14
2660/24 2660/24
2661/10 2661/11
2662/1 2690/9 2693/6
2693/19 2695/14
2715/3 2720/1
**words [2]** 2707/14
2717/9
**wordy [1]** 2724/21

**work [7]** 2676/24
2686/10 2686/11
2699/8 2715/13 2720/4
2726/2
**worked [1]** 2694/22
**working [2]** 2639/13
2639/14
**works [6]** 2635/4
2641/20 2645/24
2708/4 2717/20
2755/13
**world [4]** 2655/21
2655/22 2656/2
2718/11
**worried [2]** 2664/9
2726/25
**worry [3]** 2647/19
2678/8 2719/5
**worrying [1]** 2697/18
**worse [5]** 2654/21
2680/5 2680/6 2696/19
2696/25
**worth [90]** 2644/24
2653/17 2653/22
2654/1 2654/19
2656/14 2656/15
2661/14 2664/24
2668/16 2668/21
2670/16 2673/11
2673/19 2673/20
2673/22 2674/4
2674/12 2674/22
2681/11 2681/15
2682/6 2683/3 2683/8
2683/14 2683/22
2684/5 2684/16
2684/22 2685/3 2685/6
2685/22 2687/12
2689/3 2693/15
2696/21 2698/12
2698/15 2699/11
2699/20 2703/25
2705/5 2706/16
2709/20 2710/4 2710/5
2710/6 2710/12
2710/14 2711/1
2712/20 2713/8
2713/17 2713/20
2713/21 2713/22
2715/15 2717/4 2717/6
2717/10 2717/25
2718/8 2718/13 2719/8
2719/12 2720/8
2720/12 2720/13

2720/19 2721/3 2721/17
2721/23 2722/1 2722/9
2722/16 2725/18
2725/23 2727/8
2727/23 2744/17
2744/18 2744/21
2744/25 2747/11
2747/20 2749/21
2749/22 2749/25
2750/14 2750/20
**would [75]** 2635/2
2637/16 2638/25
2639/1 2639/7 2639/18
2644/17 2659/7
2659/14 2660/1 2660/4
2662/10 2664/20
2664/23 2665/13
2667/10 2671/8 2672/6
2672/7 2672/13 2674/6
2676/19 2677/14
2678/23 2680/6
2681/16 2681/24
2683/4 2683/17
2684/12 2687/4
2687/17 2687/22
2690/10 2690/14
2690/15 2690/16
2690/16 2691/23
2692/1 2692/5 2692/6
2692/14 2692/15
2692/17 2693/18
2693/19 2694/19
2694/20 2694/21
2694/23 2695/7
2697/19 2697/20
2697/21 2701/13
2704/17 2709/19
2712/9 2712/18
2712/20 2721/17
2723/3 2723/7 2724/3
2731/15 2734/4 2736/7
2743/13 2744/12
2747/14 2748/22
2750/9 2750/10
2754/21
**wouldn't [9]** 2664/8
2667/13 2671/3 2683/2
2686/18 2697/22
2704/8 2711/24
2717/25
**write [7]** 2661/18
2661/25 2676/12
2676/24 2676/25
2713/20 2714/9

**W**

**write-up [1]** 2676/12
**writes [2]** 2695/8
2715/22
**writing [3]** 2695/16
2718/7 2754/7
**written [11]** 2661/5
2661/6 2661/6 2676/19
2695/18 2703/14
2703/18 2703/18
2705/1 2716/23 2756/3
**wrong [4]** 2651/7
2686/13 2697/11
2703/5
**wrote [2]** 2695/21
2695/23

**Y**

**yeah [9]** 2652/10
2675/14 2695/17
2698/14 2704/8
2716/16 2722/10
2726/5 2730/2
**year [15]** 2643/20
2643/21 2643/24
2643/25 2651/14
2659/23 2662/6
2665/10 2670/6 2670/7
2672/10 2680/12
2681/23 2683/18
2751/21
**year's [1]** 2683/16
**years [28]** 2641/2
2644/1 2655/6 2656/14
2659/23 2662/14
2663/15 2669/24
2669/24 2670/3 2671/8
2671/10 2674/2 2674/2
2674/3 2674/4 2679/12
2679/20 2680/19
2680/23 2680/23
2683/25 2688/5 2688/7
2699/3 2706/3 2711/16
2714/24
**yes [19]** 2648/20
2649/11 2649/14
2649/19 2657/17
2659/24 2681/14
2683/1 2694/23
2702/23 2703/6
2711/14 2715/22
2720/1 2727/21
2727/22 2728/19
2729/10 2755/3

**yesterday [16]** 2634/4
2643/15 2648/6
2653/19 2659/20
2663/5 2667/21 2676/9
2687/12 2688/3 2689/2
2696/19 2697/12
2706/22 2724/21
2729/1
**yet [4]** 2650/16
2712/21 2714/10
2728/13
**York [3]** 2631/24
2632/6 2632/6
**you [584]**
**you'll [5]** 2643/4
2650/17 2654/1
2667/22 2678/8
**you're [5]** 2689/21
2694/9 2694/10
2710/21 2723/8
**you've [12]** 2663/2
2668/14 2672/4 2679/7
2709/23 2722/19
2727/12 2740/2
2740/10 2742/9
2754/15 2755/23
**your [87]** 2634/4
2636/22 2647/13
2647/14 2647/23
2650/21 2661/13
2661/23 2688/14
2689/21 2690/20
2691/5 2691/5 2691/5
2691/12 2692/24
2692/25 2693/6
2693/12 2693/22
2696/4 2696/7 2699/5
2700/12 2700/25
2700/25 2701/1 2701/2
2701/3 2703/5 2704/15
2712/12 2715/20
2718/1 2718/3 2721/12
2725/25 2726/15
2727/12 2727/17
2728/12 2728/17
2728/21 2729/10
2730/16 2730/23
2731/2 2731/15
2731/25 2732/1 2732/6
2732/8 2733/4 2733/5
2733/6 2733/9 2734/20
2734/25 2735/3 2735/5
2735/10 2739/5
2739/24 2740/1

2742/2 2751/14
2751/15 2752/3
2752/16 2752/22
2752/23 2753/5 2753/9
2753/10 2753/13
2753/20 2753/21
2753/21 2753/23
2753/24 2754/2
2754/15 2755/11
2755/14 2755/25
2756/11 2756/14
**Yours [1]** 2648/5
**yourself [2]** 2723/3
2753/13
**yourselves [2]** 2674/1
2690/13

**Z**

**ZAGAR [1]** 2631/20
**zero [18]** 2644/17
2650/19 2659/7 2659/9
2673/15 2673/17
2673/19 2673/21
2673/23 2678/2 2678/2
2678/5 2678/8 2681/10
2690/1 2699/10
2721/24 2721/25
**zilch [1]** 2699/11
**zippo [1]** 2699/10