```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
FAIRHOLME FUNDS, INC., et al.,
                                         CA No: 1:13-cv-01053-RCL
            Plaintiffs,
                                         Washington, D.C.
                                         Thursday, November 3, 2022
vs.                                      10:15 a.m.

FEDERAL HOUSING FINANCE AGENCY,
et al.,

            Defendants.
- - - - - - - - - - - - - - - - x
IN RE: FANNIE MAE/FREDDIE MAC            Case Number 1:13-cv-1288
SENIOR PREFERRED STOCK PURCHASE
AGREEMENT CLASS ACTION
LITIGATIONS
```
___

                    TRANSCRIPT OF JURY TRIAL
            HELD BEFORE THE HONORABLE ROYCE C. LAMBERTH
                    UNITED STATES DISTRICT JUDGE
___

APPEARANCES:

For the Berkley Plaintiffs:     **BRIAN BARNES, ESQ.**
                                **COOPER & KIRK, PLLC**
                                1523 New Hampshire Avenue, NW
                                Washington, D.C. 20036

For Class Plaintiffs:           **LEE D. RUDY  ESQ.**
                                **KESSLER TOPAZ MELTZER & CHECK**
                                280 King of Prussia Road
                                Radnor, Pennsylvania 19087

                                **HAMISH HUME, ESQ.**
                                **KENYA DAVIS, ESQ.**
                                **SAMUEL KAPLAN, ESQ.**
                                **BOIES SCHILLER FLEXNER LLP**
                                1401 New York Avenue Northwest
                                Washington, D.C. 20005

(CONTINUED ON NEXT PAGE)

```
 1        APPEARANCES (CONTINUED):

 2        For Class Plaintiffs:         RICH GLUCK, ESQ.
                                        ROBERT KRAVETZ, ESQ.
 3                                      BERNSTEIN LITOWITZ BERGER &
                                        GROSSMANN LLP
 4                                      1251 Avenue of the Americas
                                        New York, New York 10020
 5

 6        For Defendant Federal
          Housing Finance Agency:       JONATHAN STERN, ESQ.
 7                                      ASIM VARMA, ESQ.
                                        DAVID BERGMAN, ESQ.
 8                                      IAN HOFFMAN, ESQ.
                                        STANTON JONES, ESQ.
 9                                      ARNOLD & PORTER KAYE SCHOLER
                                        601 Massachusetts Avenue NW
10                                      Washington, D.C. 20001

11

12        Court Reporter:               Lisa A. Moreira, RDR, CRR
                                        Official Court Reporter
13                                      U.S. Courthouse, Room 6718
                                        333 Constitution Avenue, NW
14                                      Washington, DC  20001
                                        (202) 354-3187
15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Your Honor, we're back on
 3    the record in the Related Cases 13-mc-1288 and 13-cv-1053,
 4    Fairholmes Funds, Incorporated, et al. vs. Federal Housing
 5    Finance Agency, et al.
 6              THE COURT:  And does counsel have an issue it
 7    wanted to raise?
 8              MR. HUME:  Good morning, Judge Lamberth; Hamish
 9    Hume for the Class Plaintiffs.  Thank you, again, for making
10    time for us.
11              We have a factual disclosure to make.  Before we
12    make it, it may be prudent to seal the courtroom and then
13    decide later if you unseal the transcript because it
14    involves identifying someone in a conversation.
15              THE COURT:  Okay.  Based on that, we'll seal the
16    courtroom.
17              Members not associated with counsel for the
18    parties should depart the courtroom at this time.
19              (Members of the public exit courtroom)
20              THE COURT:  Counsel, can you identify those
21    remaining as associated with you?
22              MR. HUME:  Yes, Your Honor.  I believe everyone in
23    the courtroom is associated with the case on one side or the
24    other.
25              THE COURT:  Okay.  Go ahead.
```









1     ███████████████████████████████████████
2     █████████████████████████████████████████████
3     ████████████████████████████
4     ██████████████████████████████████████
5     ████████████████████████████████████████████
6     ███████████████████████████████
7     ████████████████████████████████████████
8                 (Recess taken)
9                 THE COURT:  All right.  I'll take counsel's
10    suggestions regarding the note.
11                I thought you gave them the note.
12                THE COURTROOM DEPUTY:  I never got it.
13                (Pause)
14                THE COURTROOM DEPUTY:  They did have it.
15                MR. HUME:  This is Hamish Hume for Class
16    Plaintiffs.  We have read the note.
17                Our view is obviously the flip chart the Court can
18    provide.
19                The definition of "arbitrarily" and
20    "unreasonably," in our view, is explained in the best
21    layman's terms already in the jury instructions.  So I think
22    what we would suggest is simply making sure they have one
23    paragraph where -- it's really one sentence or maybe one
24    paragraph where the two phrases or words are defined.
25                Because it may be that, when they have the

1   instructions, the overall impression is very legalistic or
2   something, and we just want to make sure we see there's a
3   specific definition of "arbitrarily" and of "unreasonably"
4   that is an agreed upon -- I think if we start now trying to
5   redefine it, we're going to get into a mess.  I think even
6   if we identified -- once you start changing the definitions
7   of words, that can be problematic.
8           So we don't think anything should be done other
9   than identifying for them precisely where in the jury
10  instructions the two words are defined.
11          THE COURT:  All right.
12          MR. STERN:  Your Honor, we agree, and -- we agree,
13  first of all, that they should get the flip chart.
14          We agree that this is the instruction that we
15  should stick with.  We also agree and certainly have no
16  objection, if the Court is so inclined, to highlighting the
17  specific sentences.  And if I may, Your Honor, they are at
18  Page 8 of the Court's -- the document that we have entitled
19  "Final Jury Instructions."
20          I can hand up my copy.
21          THE COURT:  I have a copy.
22          MR. STERN:  So at Page 8, if the Court sees the
23  paragraph that begins "A party to a contract," it's the
24  second-to-the-last paragraph on the page.  I'm hoping our
25  pagination is the same, Your Honor.

1              THE COURT:  It's not.

2              MR. STERN:  I can hand up the document that I
3     have.

4              THE COURT:  All right.  It's on Page 9 of the
5     final signed version.

6              MR. STERN:  I apologize, Your Honor.

7              Assuming that the language is the same, it would
8     be the second sentence of the paragraph that begins "A party
9     to a contract."  And that second sentence reads, "In
10    general, arbitrary actions or decisions are those taken or
11    made without appropriate consideration of or regard for the
12    existing facts and circumstances, or that are not supported
13    by fair, solid, and substantial cause in light of all the
14    facts and circumstances; while unreasonable actions or
15    decisions are those that are not guided by reason, that are
16    beyond what can be expected or beyond the limits of
17    acceptability or fairness, or that are lacking justification
18    in fact or circumstance."

19             We continue to believe that's the appropriate
20    instruction, but we have no objection to the Court directing
21    the jurors' attention to that sentence in the event they
22    may, as Mr. Hume suggests may be the case, just be having a
23    hard time digging it out.

24             I have nothing further, Your Honor.  Thank you.

25             MR. HUME:  Hamish Hume for the plaintiffs.  We

```
 1     agree.  It may even make sense to highlight those two parts
 2     of that sentence, before the semicolon and after.
 3               We did even make a few demonstratives with that
 4     exact language, but I don't know, if we close up the
 5     language, if that would be useful.
 6               I think we're on the same page.
 7               MR. STERN:  We'd ask that whatever text is
 8     submitted, Your Honor, be the same text they already have
 9     with whatever highlighting the Court --
10               THE COURT:  I think the way to do it would just
11     be -- let me look at the wording here.
12               (Pause)
13               THE COURT:  All right.  I propose to say, "In
14     response to your note requesting to have the terms
15     'arbitrarily' and 'unreasonably' explained in layman's terms
16     with more plain language, the third full paragraph on Page 9
17     of the Court's final instructions states as follows:  In
18     general, arbitrary actions or decisions of those taken are
19     made without appropriate consideration of or regard for the
20     existing facts and circumstances or that are not supported
21     by fair, solid, and substantial cause in light of all the
22     facts and circumstances; while unreasonable actions or
23     decisions are those that are not guided by reason, that are
24     beyond what can be expected or beyond the limits of
25     accessibility or fairness or that are lacking justification
```

```
 1    in fact or circumstance.
 2              "Hopefully this responds adequately to your
 3    question -- to your inquiry."
 4              So I'm not saying we can't provide further
 5    information, but I'm just repeating the language that's in
 6    the instruction already.
 7              MR. STERN:  We don't have any objection to that,
 8    Your Honor.  Perhaps the Court may also want to address also
 9    their request for a flip chart.
10              THE COURT:  I'm sorry?
11              MR. STERN:  Perhaps the Court may also want to
12    address their request for another large --
13              THE COURT:  I sent it in already.
14              MR. STERN:  Understood, Your Honor.  Thank you.
15              No objection, then, to the instruction as
16    proposed.
17              MR. HUME:  Your Honor, plaintiffs have no
18    objection either.  I think on the version we have on the
19    final instructions it's Page 8.  Obviously you're giving
20    them the language.
21              THE COURT:  Well, maybe I have two different
22    signed versions then.
23              MR. HUME:  We're using the ECF version, Your
24    Honor.  That may be the issue.
25              THE COURT:  There was some -- so it is 8, okay.
```

```
 1                MR. STERN:  On the signed version, it's Page 9,
 2      Your Honor.
 3                THE COURT:  It is 8.
 4                Huh?
 5                MR. STERN:  9 on the signed we have, Your Honor.
 6                THE COURT:  This is 8.  Where's that from?
 7                We need to look -- before we type it up, we'll get
 8      the docketed version.
 9                MR. STERN:  Thank you, Your Honor.
10                THE COURT:  All right.  Thanks very much, Counsel.
11      I'll sign this and send it in as soon as we find out which
12      page it is.
13                (Recess taken)
14                (Whereupon the hearing was
15                 adjourned at 5:05 p.m.)
16
17
18
19
20
21
22
23
24
25
```

**CERTIFICATE OF OFFICIAL COURT REPORTER**

I, LISA A. MOREIRA, RDR, CRR, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

Dated this 3rd day of November, 2022.

/s/Lisa A. Moreira, RDR, CRR
Official Court Reporter
United States Courthouse
Room 6718
333 Constitution Avenue, NW
Washington, DC 20001