# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## JOINT MOTION TO ENTER STIPULATED SCHEDULING ORDER

　　In order to set forth pretrial deadlines, Defendants Federal Housing Finance Agency, the Federal Home Loan Mortgage Corporation, and the Federal National Mortgage Association (collectively, "Defendants"), and Plaintiffs in the above-captioned cases (collectively, the "Plaintiffs"), hereby respectfully move this Court to enter the attached proposed Stipulated Order.

　　These matters are currently set for trial beginning on July 24, 2023.

　　The parties have agreed on an appropriate schedule for pretrial filings and disclosures and have reached an agreement on such a schedule, which is reflected in the attached proposed Stipulated Order. The proposed Order includes a schedule for briefing Plaintiffs' motion seeking approval to serve supplemental expert reports, which is being filed simultaneously with this

Motion. The parties have also agreed to various other deadlines in the proposed schedule, including for motions in limine, the exchange of witness lists, exhibit lists, and other pretrial disclosures, and for motions to revisit evidentiary rulings from the previous trial of these matters in the event any of the Parties desire to do so. The schedule also proposes a final pretrial status conference during the week of July 10, 2023, or at the Court's earlier convenience.

    Accordingly, the Parties jointly and respectfully request that the Court enter the attached proposed Stipulated Order, which reflects the deadlines discussed above. Should the Court wish to discuss any of these matters with the Parties, undersigned counsel will promptly make themselves available for a conference.

Dated: February 17, 2023

    Respectfully submitted,

*/s/ Asim Varma*
Jonathan L. Stern (D.C. Bar #375713)
Asim Varma (D.C. Bar #426364)
David B. Bergman (D.C. Bar #435392)
ARNOLD &PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, DC 20001
Tel: (202) 942-5000
Howard.Cayne@arnoldporter.com
Asim.Varma@arnoldporter.com
David.Bergman@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency*

/*s/ Michael J. Ciatti*
Michael J. Ciatti (D.C. Bar #467177)
KING &SPALDING LLP
1700 Pennsylvania Ave. N.W.
Washington, DC 20006
Tel: (202) 626-5508

*/s/ Hamish P.M. Hume*
BOIES SCHILLER FLEXNER LLP
Hamish P.M. Hume (D.C. Bar #449914)
Samuel Kaplan (D.C. Bar #463350)
1401 New York Ave. NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
skaplan@bsfllp.com

KESSLER TOPAZ MELTZER & CHECK, LLP
Eric L. Zagar (*Pro Hac Vice*)
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

GRANT & EISENHOFER, P.A.
Michael J. Barry (*Pro Hac Vice*)

Fax: (202) 626-3737
mciatti@kslaw.com

*Attorney for the Federal Home Loan Mortgage Corp.*

*/s/ Meaghan VerGow* .
Meaghan VerGow (D.C. Bar # 977165)
O'MELVENY &MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Attorney for the Federal National Mortgage Association*

123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
Adam Wierzbowski (*Pro Hac Vice*)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
adam@blbglaw.com

*Co-Lead Counsel for Plaintiffs*

/*s/ Charles J. Cooper*
Charles J. Cooper (Bar No. 24870)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.220.9600
Facsimile: 202.220.9601
ccooper@cooperkirk.com

*Counsel for Plaintiffs Berkley Insurance Co., et al.*