UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>*Defendants*. | Case No. 1:13-cv-1053-RCL |

**[PROPOSED] ORDER GRANTING BERKLEY PLAINTIFFS' MOTION FOR LEAVE TO PRESENT EVIDENCE AND ARGUMENT CONCERNING RELIANCE DAMAGES AT TRIAL**

Upon consideration of Berkley Plaintiffs' motion for leave to present evidence and argument concerning reliance damages at trial, it is hereby:

ORDERED that the motion for leave to present evidence and argument concerning reliance damages at trial is GRANTED.

Dated: _____

BY THE COURT:

_____
ROYCE C. LAMBERTH
United States District Judge