IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, et al., <br><br> Defendants. | Case No. 1:13-cv-1053-RCL |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), I, John D. Ramer, am admitted to practice law in this Court and hereby enter my appearance on behalf of the Berkley Insurance Company, Acadia Insurance Company, Admiral Indemnity Company, Admiral Insurance Company, Berkley Regional Insurance Company, Carolina Casualty Insurance Company, Midwest Employers Casualty Insurance Company, Nautilus Insurance Company, and Preferred Employers Insurance Company.

Dated: May 2, 2023

Respectfully submitted,

/s/John D. Ramer
John D. Ramer (Bar No. 90002236)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W. Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
jramer@cooperkirk.com

1