# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　Defendants. | Civil No. 13-1053 (RCL) |

## **[PROPOSED] ORDER**

Upon consideration of the Berkley Plaintiffs' Motion for Leave to Present Evidence and Argument Concerning Reliance Damages at Trial ("Berkley Plaintiffs' Motion") and Defendants' opposition thereto, it is hereby:

**ORDERED** that the Berkley Plaintiffs' Motion is **DENIED**.

Dated: _____　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge