UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>*Defendants*.<br><br>———<br><br>In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Civil No. 13-1053 (RCL)<br><br><br><br><br><br><br><br><br><br><br><br>Miscellaneous No. 13-1288 (RCL) |

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

Plaintiffs and Defendants ("the Parties") respectfully request that the Court modify the Scheduling Order submitted by the Parties and entered by the Court on March 10, 2023 (No. 1:13-cv-01053, ECF No. 292; No. 1:13-mc-01288, ECF No. 282), to extend by two weeks the deadline for any motions to amend any jury instructions or the verdict form or to address any deposition designation rulings from Trial 1.

In support of this Motion, the Parties state:

1.  Pursuant the March 10, 2023 Scheduling Order, any motions to amend any jury instructions or the verdict form that were used at the first trial or to address deposition

1

designation rulings from the first trial are currently due Friday, May 26, 2023, with oppositions due June 14 and replies due June 23.

    2.    The Parties request a two-week extension of these deadlines. Under this requested extension, any motions to amend any jury instructions or the verdict form or to address deposition designation rulings from Trial 1 would be due June 9, 2023, with oppositions due June 23 and replies due June 30.

    3.    The Parties respectfully submit that good cause exists for the requested extension. The Parties have discussed and are continuing to discuss potential revisions, and the requested extension would enable the parties to pursue agreements that might eliminate or reduce the need for further motions practice.

WHEREFORE, the Parties respectfully request that the Court modify the March 10, 2023 Scheduling Order, to extend the deadline for motions to amend any jury instructions or the verdict form or to address deposition designation rulings from Trial 1 by two weeks, to June 9, 2023, with oppositions due June 23 and replies due June 30. A proposed order is being submitted.[1]

[Signatures on following pages]

---

[1] The Parties are continuing to meet and confer regarding objections to their respective deposition designations and, consistent with the March 10, 2023 Scheduling Order, the Parties will submit to the Court any remaining disputes regarding deposition designations by June 30, 2023.

Case 1:13-cv-01053-RCL Document 300 Filed 05/26/23 Page 3 of 4

Dated: May 26, 2023

/s/ Asim Varma
Asim Varma (D.C. Bar #426364)
Jonathan L. Stern (D.C. Bar #375713)
David B. Bergman (D.C. Bar #435392)
Ian S. Hoffman (D.C. Bar #983419)
R. Stanton Jones (D.C. Bar #987088)
**ARNOLD & PORTER KAYE
   SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Tel.: (202) 942-5000
Fax: (202) 942-5999
Asim.Varma@arnoldporter.com
Jonathan.Stern@arnoldporter.com
David.Bergman@arnoldporter.com
Ian.Hoffman@arnoldporter.com
Stanton.Jones@arnoldporter.com

*Counsel for Defendant Federal Housing Finance Agency*

/s/ Michael J. Ciatti
Michael J. Ciatti (D.C. Bar #467177)
**KING & SPALDING LLP**
1700 Pennsylvania Ave. NW
Washington, DC 20006
Tel.: (202) 661-7828
Fax: (202) 626-3737
mciatti@kslaw.com

*Counsel for the Federal Home Loan Mortgage Corp.*

/s/ Meaghan VerGow
Meaghan VerGow (D.C. Bar #977165)
**O'MELVENY & MYERS LLP**
1625 Eye St. NW
Washington, DC 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Counsel for the Federal National Mortgage Association*

Respectfully submitted,

/s/ Samuel C. Kaplan
Samuel C. Kaplan (Bar No. 463350)
Hamish P.M. Hume (Bar No. 449914)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave. NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
skaplan@bsfllp.com
hhume@bsfllp.com

Eric L. Zagar (*pro hac vice*)
**KESSLER TOPAZ
   MELTZER & CHECK, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

Michael J. Barry (*pro hac vice*)
**GRANT & EISENHOFER, P.A.**
123 Justison St.
Wilmington, DE 19801
Tel.: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

Adam Wierzbowski (*pro hac vice*)
**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
adam@blbglaw.com

*Co-Lead Counsel for the Class*

<3>3</3>

*/s/ Charles J. Cooper*
Charles J. Cooper (Bar No. 24870)
David H. Thompson (Bar No. 450503)
Vincent J. Colatriano (Bar No. 429562)
Peter A. Patterson (Bar No. 998668)
Brian W. Barnes (*Pro Hac Vice*)
John D. Ramer (Bar No. 90002236)
**COOPER & KIRK, PLLC**
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Berkley Plaintiffs*