UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> *Defendants*. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> This document relates to: <br> ALL CASES | Miscellaneous No. 13-1288 (RCL) |

[~~PROPOSED~~] ORDER

Upon consideration of the Parties' Joint Motion to Modify the Scheduling Order, it is hereby:

**ORDERED** that the Motion is **GRANTED**. The deadline for any motions to amend any jury instructions or the verdict form or to address deposition designation rulings from Trial 1 is extended by two weeks, to June 9, 2023, with oppositions due June 23 and replies due June 30. The remaining deadlines set out in the March 10, 2023 Scheduling Order remain in effect.

Dated: 5/26/23

ROYCE C. LAMBERTH
United States District Judge