**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>FEDERAL HOUSING FINANCE<br>AGENCY, *et al.*,<br><br>   *Defendants*. |
| In re Fannie Mae/Freddie Mac Senior<br>Preferred Stock Purchase Agreement Class<br>Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES |

Civil No. 13-1053 (RCL)

Miscellaneous No. 13-1288 (RCL)

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion to Modify the Scheduling Order, it is

hereby:

**ORDERED** that the Motion is **GRANTED**.  The deadline for (1) Defendants' motion in

limine regarding the scope of Plaintiffs' expert Dr. Joseph Mason, Ph.D.'s trial testimony and

(2) Plaintiffs' motion in limine to preclude certain cross-examination of Dr. Mason and argument

as to damages is extended by two weeks, to June 9, 2023, with oppositions due June 23, and

replies due June 30.  The remaining deadlines set out in the March 10, 2023 Scheduling Order

remain in effect.


Dated: _____                          _____
                                                     ROYCE C. LAMBERTH
                                                     United States District Judge