**EXHIBIT C**

**OFFERING CIRCULAR**

# 3,000,000 Shares



### 5.25% Non-Cumulative Preferred Stock, Series D
(stated value $50 per share)

---

Dividends on the 5.25% Non-Cumulative Preferred Stock, Series D (stated value $50 per share) (the "Preferred Stock") of the Federal National Mortgage Association (the "Corporation" or "Fannie Mae") will accrue from and including September 30, 1998 and will be payable quarterly on March 31, June 30, September 30 and December 31 of each year, commencing December 31, 1998, at the annual rate of $2.625 per share. Such dividends will be payable when, as and if declared by the Board of Directors of the Corporation in its sole discretion out of funds legally available for such payment.

Dividends on the Preferred Stock will not be cumulative. Because dividends on the Preferred Stock are non-cumulative, if for any reason a dividend on the Preferred Stock is not declared for a dividend period, the Corporation will have no obligation to pay a dividend for such period, whether or not dividends on the Preferred Stock are declared for any future dividend period. If, however, dividends have not been paid or set aside for payment on the Preferred Stock in respect of a dividend period, the Corporation may not pay dividends on its common stock in respect of such period.

On or after September 30, 1999, the Preferred Stock will be redeemable, in whole or in part, at any time or from time to time, at the option of the Corporation at the redemption price of $50.00 per share plus an amount equal to the dividend for the then-current quarterly dividend period accrued to but excluding the date of such redemption (whether or not declared, but without accumulation of any dividends for prior dividend periods).

The Preferred Stock will not have any voting rights, except as set forth under "Description of Preferred Stock—Voting Rights; Amendments."

The Preferred Stock has not been listed on a stock exchange.

---

**THE OBLIGATIONS OF THE CORPORATION UNDER THE TERMS OF THE PREFERRED STOCK ARE OBLIGATIONS OF THE CORPORATION ONLY AND ARE NOT THOSE OF THE UNITED STATES OR OF ANY INSTRUMENTALITY THEREOF OTHER THAN THE CORPORATION.**

|  | Price to Public (1) | Underwriting Discount (2) | Proceeds to Corporation (1) (3) |
|---|---|---|---|
| Per Share | $50.00 | $0.50 | $49.50 |
| Total | $150,000,000 | $1,500,000 | $148,500,000 |

(1) Plus accrued dividends, if any, from September 30, 1998.
(2) The Corporation has agreed to indemnify the Underwriter against certain liabilities. See "Underwriting."
(3) Before deducting expenses payable by the Corporation estimated at $100,000.

---

The Preferred Stock is offered by the Underwriter, subject to prior sale, when, as and if issued to and accepted by it and subject to certain other conditions. The Underwriter reserves the right to withdraw, cancel or modify such offer and to reject orders in whole or in part. It is expected that delivery of the Preferred Stock will be made in New York, New York, on or about September 30, 1998 against payment therefor in immediately available funds.

---

# Bear, Stearns & Co. Inc.
**August 20, 1998**

**DX16 Page 1 of 144**


DX16
FHFA/Fannie/Freddie Litig.
Case No. 1:13cv1053,
1:13mc1288 (D.D.C.)

any prior dividend period. If the full dividend on the Series D Preferred Stock is not paid for any quarterly dividend period, the Holders of Series D Preferred Stock will have no claim in respect of the unpaid amount so long as no dividend (other than those referred to above) is paid on the Corporation's common stock (or any other stock of the Corporation ranking, as to the payment of dividends, junior to the Series D Preferred Stock) for such dividend period.

(c) The Board of Directors of the Corporation, or a duly authorized committee thereof, may, in its discretion, choose to pay dividends on the Series D Preferred Stock without the payment of any dividends on the Corporation's common stock (or any other stock of the Corporation ranking, as to the payment of dividends, junior to the Series D Preferred Stock).

(d) No full dividends shall be declared or paid or set apart for payment on any stock of the Corporation ranking, as to the payment of dividends, on a parity with the Series D Preferred Stock for any period unless full dividends have been declared and paid or set apart for payment on the Series D Preferred Stock for the then-current quarterly dividend period. When dividends are not paid in full upon the Series D Preferred Stock and all other classes or series of stock of the Corporation, if any, ranking, as to the payment of dividends, on a parity with the Series D Preferred Stock, all dividends declared upon shares of Series D Preferred Stock and all such other stock of the Corporation will be declared pro rata so that the amount of dividends declared per share of Series D Preferred Stock and all such other stock will in all cases bear to each other the same ratio that accrued dividends per share of Series D Preferred Stock (but without accumulation of unpaid dividends on the Series D Preferred Stock for prior dividend periods) and such other stock bear to each other.

(e) No dividends may be declared or paid or set apart for payment on any shares of Series D Preferred Stock if at the same time any arrears exist or default exists in the payment of dividends on any outstanding class or series of stock of the Corporation ranking, as to the payment of dividends, prior to the Series D Preferred Stock.

(f) Holders of Series D Preferred Stock will not be entitled to any dividends, whether payable in cash or property, other than as herein provided and will not be entitled to interest, or any sum in lieu of interest, in respect of any dividend payment.

**3.  Optional Redemption.**

(a) On or after September 30, 1999, the Corporation, at its option, may redeem the Series D Preferred Stock, in whole or in part, at any time or from time to time, out of funds legally available therefor, at the redemption price of $50.00 per share plus an amount equal to the dividend (whether or not declared) for the then-current quarterly dividend period accrued to but excluding the date of such redemption, but without accumulation of unpaid dividends on the Series D Preferred Stock for prior dividend periods. If less than all of the outstanding shares of Series D Preferred Stock are to be redeemed, the Corporation will select the shares to be redeemed from the outstanding shares not previously called for redemption by lot or pro rata (as nearly as possible) or by any other method that the Board of Directors of the Corporation, or a duly authorized committee thereof, in its sole discretion deems equitable.

(b) In the event the Corporation shall redeem any or all of the Series D Preferred Stock as aforesaid, the Corporation will give notice of any such redemption to Holders of Series D Preferred Stock not less than 30 days prior to the date fixed by the Board of Directors of the Corporation, or duly authorized committee thereof, for such redemption. Each such notice will state: (1) the number of shares of Series D Preferred Stock to be redeemed and, if fewer than all of the shares of Series D Preferred Stock held by a Holder are to be redeemed, the number of shares to be redeemed from such Holder; (2) the redemption price; (3) the redemption date; and (4) the place at which a Holder's certificate(s) representing shares of Series D Preferred Stock must be presented upon such redemption. Failure to give notice, or any defect in the notice, to any Holder of Series D Preferred Stock shall not affect the validity of the proceedings for the redemption of shares of any other Holder of Series D Preferred Stock being redeemed.