# EXHIBIT E

Page 1

1              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
2

   _____
3                                            )
   In re Fannie Mae/Freddie Mac   )Miscellaneous No.
4  Senior Preferred Stock         )13-1288(RCL)
   Purchase Agreement Class       )
5  Action Litigation              )CLASS ACTION
                                  )
6                                 )
                                  )
7  This document relates to:      )
                                  )
8  ALL CASES                      )
   _____

9
10
11
12           Remote Videotaped Deposition of
13                  BALA DHARAN, Ph.D.
14                    April 20, 2023
15                      9:07 a.m.
16
17
18
19
20
21
           Reported by:  Bonnie L. Russo
22         Job No. 5840904

paid-in-kind portion as soon as possible given the high cost in this case.

Q. In -- in your supplemental report, Paragraph 4, you say that the payment in kind is at least as effective as the net worth sweep in ensuring no erosion of the Treasury commitment cost by circular dividends.

A. Yes.

Q. You agree that the net worth sweep was, in fact, effective in ensuring there would be no erosion of the Treasury commitment cost by circular dividends, correct?

A. As far as circular dividends is concerned, correct, but as I mentioned I think both here and in my prior reports, it's not overall going to -- it's not going to ensure that overall. It's just with respect to circular dividend.

On the other hand, it increases the likelihood that there would be a draw because every time there is a loss, the enterprises would have to draw down from the Treasury. But

Page 93

1  as before the net worth sweep, they could build
2  up their equity in good years so that when
3  there is a loss, they don't have to draw down
4  on the Treasury.
5         So -- but specifically referring to
6  the circular dividend, this would be true for
7  the NWS.
8         With respect to prior to NWS there
9  would be no draw down on the circular -- on the
10 circular dividend if you can build up your
11 equity in the first place or, alternatively, if
12 you're anticipating a good return coming up
13 very soon.
14    Q.   You state that the -- what you
15 called the PIK option might result in a higher
16 liquidation preference for Treasury than use of
17 the net worth sweep.
18         How -- how -- explain how that would
19 work.
20    A.   I think in the -- in the example
21 that I showed, I gave us an illustrative
22 example a few minutes ago.  Let's say that you