# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Revisit the Court's Evidentiary Ruling Admitting Plaintiffs' Exhibit 205 (the Stegman Memo) into Evidence over Defendants' Hearsay Objection ("Defendants' Motion") and Plaintiffs' opposition thereto, it is hereby:

**ORDERED** that the Defendants' Motion is **GRANTED**. Plaintiffs' Exhibit 205 is hereby excluded from evidence as inadmissible hearsay at the upcoming trial.


Dated: _____                              _____
                                                                                    ROYCE C. LAMBERTH
                                                                                    United States District Judge