**EXHIBIT A**

**To:** Bowler, Timothy[Timothy.Bowler@treasury.gov]; Stegman, Michael[Michael.Stegman@treasury.gov]; Mlynarczyk, Beth[Beth.Mlynarczyk@treasury.gov]
**Cc:** Chepenik, Adam[Adam.Chepenik@treasury.gov]; Goldblatt, Alan[Alan.Goldblatt@treasury.gov]
**From:** Foster, Jeff
**Sent:** Tue 7/31/2012 2:54:13 PM
**Subject:** Re: 2Q12 estimated results/timing

Yes, and these facts make it more compelling as less of another bail out but rather than a measure of tax payer protection.


----- Original Message -----
From: Bowler, Timothy
Sent: Tuesday, July 31, 2012 10:52 AM
To: Foster, Jeff; Stegman, Michael; Mlynarczyk, Beth
Cc: Chepenik, Adam; Goldblatt, Alan
Subject: Re: 2Q12 estimated results/timing

Really makes sense to push the net worth sweep this quarter

It will "make sense" to GSE observers

TJB

----- Original Message -----
From: Foster, Jeff
Sent: Tuesday, July 31, 2012 10:50 AM
To: Bowler, Timothy; Stegman, Michael; Mlynarczyk, Beth
Cc: Chepenik, Adam; Goldblatt, Alan
Subject: Fw: 2Q12 estimated results/timing

Fyi.  See results below, this is much stronger than we thought / expected.  Post dividends, Fannie Mae will still have $2.8 bn of net worth and Freddie will have $1.1 bn of net worth.  My understanding is much of this is from reserve releases based on lower severity realizations on foreclosed properties.
Importantly, I believe that Fannie used experiences from the last 3 months, whereas Freddie used for the last 6 months (there chief accountant mentioned this in passing after a npl meeting).  I think this is what may have driven a higher NI number for Fannie, though it's book is bigger anyways as well and has more loan loss reserves.


----- Original Message -----
From: Williams, John [mailto:John.Williams@fhfa.gov]
Sent: Tuesday, July 31, 2012 10:40 AM
To: Foster, Jeff
Cc: Tagoe, Naa Awaa <NaaAwaa.Tagoe@fhfa.gov>; Calhoun, Peter <Peter.Calhoun@fhfa.gov>; Carroll, Barry <Barry.Carroll@fhfa.gov>; Chepenik, Adam
Subject: 2Q12 estimated results/timing


Fannie Mae is currently scheduled to release its 2Q12 10-Q on Wednesday, August 8th, and Freddie Mac is currently scheduled to release its 2Q12 10-Q on Tuesday, August 7th.

The following reflects the current estimated 2Q12 financial results for both Enterprises.

Protected Information to Be Disclosed Only in Accordance With Protective Order                    TREASDDC00044338

Fannie Mae:
Net Income:      $5.1B
Dividends:        $2.9B
Net Worth (post dividends):     $2.8B
Net Worth (pre dividends):      $5.7B


Freddie Mac
Net Income:      $3.0B
Dividends:        $1.8B
Net Worth (post dividends):     $1.1B
Net Worth (pre dividends):      $2.9B


Regards,

John H. Williams
Manager, Enterprise Financial  Performance Reporting
Office of Financial Analysis, Modeling and Simulations
Federal Housing Finance Agency
400 7th Street SW, Washington DC 20552
(202) 649-3159



Confidentiality Notice: The information contained in this e-mail and any
attachments may be confidential or privileged under applicable law, or otherwise
may be protected from disclosure to anyone other than the intended recipient(s).
Any use, distribution, or copying of this e-mail, including any of its contents
or attachments by any person other than the intended recipient, or for any
purpose other than its intended use, is strictly prohibited. If you believe you
have received this e-mail in error: permanently delete the e-mail and any
attachments, and do not save, copy, disclose, or rely on any part of the
information contained in this e-mail or its attachments. Please call
202-649-3800 if you have questions.

Protected Information to Be Disclosed Only in Accordance With Protective Order        TREASDDC00044339