# EXHIBIT B

**To:**     'Parrott, Jim'[]; Bowler, Timothy[Timothy.Bowler@treasury.gov]
**From:**   Stegman, Michael
**Sent:**   Fri 8/17/2012 9:49:00 PM
**Subject:** RE: Garrett Statement on Treasury Decision to Amend Terms of Fannie and Freddie Bailout

Outstanding

Michael A. Stegman
Counselor for Housing Finance Policy
Tel:  202 622 0481


-----Original Message-----
From: Parrott, Jim [mailto:James_M_Parrott@who.eop.gov]
Sent: Friday, August 17, 2012 5:44 PM
To: Bowler, Timothy; Stegman, Michael
Subject: Fw: Garrett Statement on Treasury Decision to Amend Terms of Fannie and Freddie Bailout

# Deliberative Process

----- Original Message -----
From: Timiraos, Nick [mailto:Nick.Timiraos@wsj.com]
Sent: Friday, August 17, 2012 05:32 PM
To: Parrott, Jim
Subject: RE: Garrett Statement on Treasury Decision to Amend Terms of Fannie and Freddie Bailout

what wallison told bloomberg
"The most significant issue here is whether Fannie and Freddie will come back to life because their profits will enable them to re-capitalize themselves and then it will look as though it is feasible for them to return as private companies backed by the government," Wallison said in a telephone interview. "What the Treasury Department seems to be doing here, and I think it's a really good idea, is to deprive them of all their capital so that doesn't happen."
_____
From: Parrott, Jim [James_M_Parrott@who.eop.gov]
Sent: Friday, August 17, 2012 5:24 PM
To: Timiraos, Nick
Subject: RE: Garrett Statement on Treasury Decision to Amend Terms of Fannie and Freddie Bailout

hugely frustrating. but frankly I'm so f-in tired from this week I can't muster the energy to care.

have a good vacation.

-----Original Message-----
From: Timiraos, Nick [mailto:Nick.Timiraos@wsj.com]
Sent: Friday, August 17, 2012 5:13 PM
To: Parrott, Jim
Subject: RE: Garrett Statement on Treasury Decision to Amend Terms of Fannie and Freddie Bailout

he must have talked to calabria who is saying same. now there is no prospect of receivership. i don't know of any markets people who aren't saying "duh, no brainer, about time, guys".  it's beyond absurd. and the worst part is that this kind of "wh says, gop says" narrative gets eaten up by washington reporters who find it an easier story to write than the actual market dynamics. unfortunately, i wasn't able to write on this today, such as my wife will kill me if i spend more time doing work. and plus, i need to use

Protected Information to Be Disclosed Only in Accordance With Protective Order                      TREASDDC00056921

vacation to ignore this sorry stuff.

From: Parrott, Jim [James_M_Parrott@who.eop.gov]
Sent: Friday, August 17, 2012 4:05 PM
To: Timiraos, Nick
Subject: FW: Garrett Statement on Treasury Decision to Amend Terms of Fannie and Freddie Bailout

plse don't forward, but I find the R reaction to this pretty dispiriting.

From: Parrott, Jim
Sent: Friday, August 17, 2012 3:46 PM
To: Russell, Chris (Chris.Russell@mail.house.gov)
Subject: RE: Garrett Statement on Treasury Decision to Amend Terms of Fannie and Freddie Bailout

yeah, I think I follow you, but I have a pretty different take I guess. we've closed off the possibility that they ever go (pretend) private again, sped up the clock on the wind-down of their portfolio and committed to contracting their market share, all while maintaining market stability in the face of decreasing room under their caps. seems to me that that's exactly where we want to be as we work on long term reform.

from below seems like you'd want to give up on some or all of that to force Congress to make a decision, which strikes me as mighty high risk and unduly pessimistic about the prospects that we can actually find room to agree on a path forward.

if I've got your position right, then guess we can just agree to disagree. all of that said, I sure wish you guys would quit saying that we've reduced the dividend payment (or eliminated it, as Hensarling said just now), giving them the ability to pay down their obligation more quickly, as it's not true and confusing the hell out of the market. what we've done is set their dividend at a variable rate equal to all of their quarterly profit. so they can't ever get out from under their debt and walk again, because all of their profits go directly to the taxpayer in the form of a dividend.

but I'll leave you alone- have a good wknd.

From: Russell, Chris [mailto:Chris.Russell@mail.house.gov]<mailto:[mailto:Chris.Russell@mail.house.gov]>
Sent: Friday, August 17, 2012 2:34 PM
To: Parrott, Jim
Subject: Re: Garrett Statement on Treasury Decision to Amend Terms of Fannie and Freddie Bailout

Preference is not to have two defacto public utilities with a $274 bill capital cushion

Where is the impetus now to deal with the issue? The dividends were initially set like that for a reason

In regards to them keeping additional profits, in my mind that is only an accounting issue, gov recoups now (per new method) or later when we liquidate them and then realize those gains for the taxpayer

As far as market perception, I don't think current yields on agencies indicate any additional concerns by investors - and I think it's a good thing if investors realize they won't always have 90 percent of mortgage market going through government, then there might be incentives for market participants to develop some new methods to get mortgages to investors

If I am a potential issuer now, what incentive do j have with a higher regulatory burden via dfa and higher costs vs gse's??  None

Does this make sense?

Protected Information to Be Disclosed Only in Accordance With Protective Order      TREASDDC00056922

Sent from my iPhone

On Aug 17, 2012, at 2:05 PM, "Parrott, Jim" <James_M_Parrott@who.eop.gov<mailto:James_M_Parrott@who.eop.gov>> wrote:
your preference would be to continue to have them pay a dividend that in any given month either requires them to eat into their headroom under the caps (after next year), scaring the hell out of the market, or pays less than their profits in that quarter, allowing them to recapitalize? idea being, I guess, that the former will force congress to act?


From: Russell, Chris [mailto:Chris.Russell@mail.house.gov]<mailto:[mailto:Chris.Russell@mail.house.gov]>
Sent: Friday, August 17, 2012 1:57 PM
To: Parrott, Jim
Subject: Re: Garrett Statement on Treasury Decision to Amend Terms of Fannie and Freddie Bailout

It MIGHT be net positive WHEN they r turning a profit

But based on the discussions I had this morning with other experts in the field, the consensus is that this essentially removes any pressure points to do something eventually with them and puts it well after 16. As u well know, politicians sometimes don't act unless they are forced to

Happy to talk with u on it whenever

202-870-8348


Sent from my iPhone

On Aug 17, 2012, at 1:37 PM, "Parrott, Jim" <James_M_Parrott@who.eop.gov<mailto:James_M_Parrott@who.eop.gov>> wrote:
must say that this caught me by surprise. we're not reducing their dividend but including in it every dime these guys make going forward and ensuring that they can't recapitalize.

if there's any misunderstanding give me a shout- glad to loop you into cap markets folks to clarify.

From: Rice, Adam [mailto:Adam.Rice@mail.house.gov]<mailto:[mailto:Adam.Rice@mail.house.gov]>
Sent: Friday, August 17, 2012 12:52 PM
To: Rice, Adam
Subject: Garrett Statement on Treasury Decision to Amend Terms of Fannie and Freddie Bailout

<image001.jpg>

FOR IMMEDIATE RELEASE

Contact: Amy Smith

August 17, 2012

Phone: 202-225-4465


 Garrett Statement on Treasury Decision to Amend Terms of Fannie and Freddie Bailout

WASHINGTON, DC - Rep. Scott Garrett (R-NJ), Chairman of the House Financial Services Subcommittee on Capital Markets and Government-Sponsored Enterprises issued the following

Protected Information to Be Disclosed Only in Accordance With Protective Order    TREASDDC00056923

statement today after the Treasury Department announced a plan to reduce the dividend rate paid to the Secretary of the Treasury on senior preferred stock of Fannie Mae and Freddie Mac:

"Today's announcement from the Treasury Department is yet another example of the Obama Administration continuing to kick-the-can on important policy decisions instead of working with Congress to enact meaningful reform.  The reduction of the dividend payments for Fannie Mae and Freddie Mac will ensure the American taxpayers remain on the hook for the bailout of these two failed institutions for the foreseeable future.  The crony-capitalism that has become a centerpiece of the Administration's failed economic policy must come to an end.  This decision is a slap in the face to the hardworking American taxpayers who deserve to be compensated and fully repaid for their dollars that fueled the government takeover of the mortgage twins.  Instead of devoting time and energy towards prolonging bailouts, the Obama Administration should work with Congress to wind these companies down and create a new and sustainable housing finance system where taxpayers are not at risk."

###

Protected Information to Be Disclosed Only in Accordance With Protective Order    TREASDDC00056924