# EXHIBIT C

| | |
|---|---|
| From: | Bowler, Timothy |
| Sent: | Friday, August 17, 2012 10:53 PM |
| To: | james_m_parrott@who.eop.gov |
| Subject: | Re: Re: |

Yes

----- Original Message -----
From: Parrott, Jim [mailto:James_M_Parrott@who.eop.gov]
Sent: Friday, August 17, 2012 07:05 PM
To: Bowler, Timothy
Subject: Fw: Re:

?

----- Original Message -----
From: Peter J. Wallison [mailto:PWallison@AEI.org]
Sent: Friday, August 17, 2012 07:05 PM
To: Parrott, Jim
Subject: RE: Re:

Incidentally, Jim, as the portfolios are wound down on an accelerated basis, are profits from that also paid to the Treasury as dividends?


Peter J. Wallison
Arthur F. Burns Fellow in Financial Policy Studies American Enterprise Institute
(o) 202-862-5864
(f) 202-862-4875


-----Original Message-----
From: Parrott, Jim [mailto:James_M_Parrott@who.eop.gov]
Sent: Friday, August 17, 2012 6:55 PM
To: Peter J. Wallison
Subject: Re:

Thanks- helpful to hear that from you.

And lord knows it's not too late to talk to friends on the hill- they seem a bit misdirected.

Take care.

----- Original Message -----
From: Peter J. Wallison [mailto:PWallison@AEI.org]
Sent: Friday, August 17, 2012 06:43 PM
To: Parrott, Jim
Subject: RE:

1

Protected Information To Be Disclosed    UST00503986
Only In Accordance With Protective Order

Thanks, Jim. I'm sorry that I was out of touch here in Colorado most of the morning. I saw the Treasury press release, and responded to a call from Bloomberg, but did not have an opportunity to discuss my views with friends on the Hill. I thought this was the best move that could have been made under the circumstances. It removes the advantages of delay, which were on the side of F&F's boosters. Nice work.

Very best, Peter


Peter J. Wallison
Arthur F. Burns Fellow in Financial Policy Studies American Enterprise Institute
(o) 202-862-5864
(f) 202-862-4875


-----Original Message-----
From: Parrott, Jim [mailto:James_M_Parrott@who.eop.gov]
Sent: Friday, August 17, 2012 6:01 PM
To: Peter J. Wallison
Subject:

Good comment in Bloomberg- you are exactly right on substance and intent.

2

Protected Information To Be Disclosed
Only In Accordance With Protective Order

UST00503987