# EXHIBIT P

Document ID : TREASDDC00052446

**To:** 'Parrott, Jim'[James_M_Parrott@who.eop.gov]
**Cc:** Stegman, Michael[Michael.Stegman@treasury.gov]; Mlynarczyk, Beth[Beth.Mlynarczyk@treasury.gov]; Chepenik, Adam[Adam.Chepenik@treasury.gov]
**From:** Bowler, Timothy
**Sent:** Fri 8/10/2012 12:09:34 PM
**Subject:** SPSP Agt 3rd Amdt Freddie (draft 08-09-12)
SPSP Agt 3rd Amdt Freddie (draft 08-09-12).doc

Jim

As per our email exchange, attached is the latest draft of the PSPA amendment.

Lets touch base on reviewing this with OMB today.

TJB

Protected Information to Be Disclosed Only in Accordance With Protective Order                              TREASDDC00052446