# EXHIBIT R

| | |
|---|---|
| **From:** | Bowler, Timothy |
| **Sent:** | Monday, August 06, 2012 5:31 PM |
| **To:** | Parrott, Jim |
| **Cc:** | Stegman, Michael |
| **Subject:** | PSPA Next Steps August 6 |
| **Attachments:** | PSPA Next Steps August 6.doc |

Let me know when you can discuss

Now very timely

TJB

1

Protected Information To Be Disclosed
Only In Accordance With Protective Order

UST00504498

# PSPA Next Steps

## Term Sheet: Recommended Changes

| Proposed Change | Details |
|---|---|
| Modify 10% Dividend To A Net Worth Sweep | • Quarterly dividend payments starting in 2013 will equal the Net Worth of the GSE (i.e. GAAP Assets *less* Liabilities at quarter end) *less* a predefined Capital Reserve.<br><br>• The Capital Reserve will equal [$3.0B] between Jan-'13 to Dec-'13. Thereafter it will amortize yearly on a pro-rata basis until it is zero starting in Jan-'18. |
| Accelerated Wind-down of Retained Investment Portfolios | • The mandatory "run off" factor for the retained investment portfolios will be increased from 10% per annum to 15% until such time that each GSE's portfolio reaches a target $250B balance ($250B was set in the original PSPA).<br><br>• A 15% requirement results in meeting the $250B target in 2018 (vs. 2022 with the 10% run off factor). |
| Annual Risk Management Plan Delivered To Treasury | • On an annual basis each GSE will submit to Treasury a plan that details the steps they will take to reduce the <u>financial</u> and <u>operational</u> risk profile associated with both their mortgage guarantee and retained investment portfolio businesses in order to help protect taxpayers from future losses. |

## Timing
Announce the change in mid August after each GSE releases "record" second quarter earnings.
- *Earnings will be in excess of current 10% dividend paid to Treasury.*
- Record earnings will be driven by large credit loss reserve release.

## Rationale
- The changes will reduce the risk of potential financial market uncertainty and volatility.
- The changes protect the taxpayer.
    - Taxpayer will now benefit from all future earnings at the GSEs.
    - GSEs will need to take pro-active steps to reduce their risk profile.
- The GSEs will be wound down faster and will not return to their past state.
    - GSEs will not be allowed to build capital and exit conservatorship in their prior form.
    - Faster portfolio reduction could help encourage NPL sales to entities that are more aggressive in writing down principal for troubled homeowners.

1

Protected Information To Be Disclosed Only
In Accordance With Protective Order

UST00504499

|  |  |
|---|---|
| <div align="center">**Working Draft Clearance Sheet**</div> ||
| **PSPA Next Steps** ||
| Drafted: | Capital Markets – Tim Bowler |
| Approved: | Mary Miller, Under Secretary for Domestic Finance<br>Michael Stegman, Counselor to the Secretary for Housing Finance Policy |
| Reviewing: | OGC – Chris Weideman |

2

Protected Information To Be Disclosed Only
In Accordance With Protective Order

UST00504500