# EXHIBIT W

| | |
|---|---|
| **To:** | Satriano, Nicholas[Nicholas.Satriano@fhfa.gov] |
| **From:** | Griffin Jr., James |
| **Sent:** | Tue 8/14/2012 12:49:45 PM |
| **Subject:** | Re: SPSPA Meeting |

Nick,

There was not. I do not thing there would be a going concern issue. There was a question about re-recording certain deferred tax assets that had been written-off. Jeff indicated both of the Boards had discussed this at the last meeting based on the view that they were going to be profitable going forward. I do not think that makes sense given the amendments are designed to demonstrate wind down. This is something we will need to work with the Enterprises and their auditors on.

Thanks,

Jim

----- Original Message -----
From: Satriano, Nicholas
Sent: Tuesday, August 14, 2012 12:37 PM
To: Griffin Jr., James
Subject: Re: SPSPA Meeting

Hi
Any discussion of reaching out to the auditors?  Given the changes, should be fine.
Cheers,
Nick

----- Original Message -----
From: Griffin Jr., James
Sent: Tuesday, August 14, 2012 07:33 AM
To: Satriano, Nicholas
Subject: SPSPA Meeting

The meeting with Ed went well. The amendment is expected to be made public sometime on Friday. The Enterprises will be informed tomorrow of the changes and FHFA will work with them to ensure a consistent communication message.

Thanks

Protected Information To Be Disclosed Only In Accordance With Protective Order

Exhibit 0006
12/21/2020
DeMarco