# EXHIBIT Y

**From:** Ugoletti, Mario
**Sent:** Monday, August 20, 2012 9:17 AM
**To:** timothy.bowler@treasury.gov
**Subject:** RE: thanks

No problem, a lengthy government career brings a full understanding of patience, Mario.

**From:** Timothy.Bowler@treasury.gov [mailto:Timothy.Bowler@treasury.gov]
**Sent:** Saturday, August 18, 2012 10:14 AM
**To:** Ugoletti, Mario
**Subject:** thanks

Thank you for all the help in getting the PSPAs over the finish line.

I really appreciate your patience with the process.

TJB



1

Protected Information To Be Disclosed Only
In Accordance With Protective Order

FHFA00029383

PX-0294 - p. 1 of 1