**EXHIBIT AA**

| | |
|---|---|
| **From:** | Stegman, Michael |
| **Sent:** | Thursday, June 21, 2012 7:14 PM |
| **To:** | Miller, Mary |
| **Subject:** | Re: |

ParroTt called me. Timeraos called him late this afternoon to tell him that he has word that DeMarco will publicly come out against PR next week.

Had to come from FHFA.

Mike
Michael A. Stegman


Counselor for Housing Finance Policy
202 622 0204
202 622 0696

Department of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220

**From**: Miller, Mary
**Sent**: Thursday, June 21, 2012 05:37 PM
**To**: Stegman, Michael
**Subject**: Re:

Thanks.

**From**: Stegman, Michael
**Sent**: Thursday, June 21, 2012 05:30 PM
**To**: Miller, Mary; TFG75; Wolin, Neal
**Cc**: Massad, Timothy; Eberly, Janice; Bowler, Timothy
**Subject**: RE:

Mary:

I think you captured the important points. Ed did tell us that the Secretary rejected DeMarco's alternative non-HAMP principal reduction proposal about which we sent a set of questions that went unanswered.

I also came away with a feeling that if we were to insist upon a PR covenant, that FHFA would either slow walk or refuse to sign. This comes from my putting together something that Ed said at the beginning about his lack of sense of urgency about needing to adjust the PSPAs, with Mario's comment more than 30 minutes later into the discussion that "it takes to signatures" to change the PSPAs.

Mike

Protected Information To Be Disclosed Only
In Accordance With Protective Order

UST00517916

Michael A. Stegman
Counselor for Housing Finance Policy
Tel:  202 622 0481

**From:** Miller, Mary
**Sent:** Thursday, June 21, 2012 4:07 PM
**To:** TFG75; Wolin, Neal
**Cc:** Massad, Timothy; Eberly, Janice; Stegman, Michael; Bowler, Timothy
**Subject:**

Just returned from a meeting with Ed DeMarco to discuss PSPAs. Mike Stegman and Tim Bowler were also there.  On principal reduction Ed is strongly opposed to putting a covenant about this in the PSPA. He is planning to provide a summary of their work and a decision on this at a meeting scheduled for Monday with TFG. Not clear whether this covenant would lead them to oppose the whole agreement.  There was a fair amount of discussion around the reasons why we need to revise the PSPAs and whether the net result could feed a view that the GSEs are on auto pilot indefinitely. We pressed the markets points and why this is important to assure investors that the GSEs are sound.

On other covenants, they do not like our proposal to develop a plan each year rather than a 40 basis point increase in guarantee fees. It may be better to leave this covenant out entirely and let them continue on the path they are on to raise these fees. We can discuss further, but the language we developed under an annual plan creates some issues that we had not fully appreciated. Not addressing guarantee fees here might solve the concern some have about sending a negative message about mortgage credit costs.

There was further discussion about the capital reserve and ways to tailor this around wind down issues. We will refine language again to reflect some of the ideas presented today.

Mike and Tim, please weigh in if I've missed something or mischaracterized anything.

Mary J. Miller
Under Secretary for Domestic Finance
202-622-5571

Protected Information To Be Disclosed Only
In Accordance With Protective Order

UST00517917