UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> *Defendants*. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> This document relates to: <br> ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Modify the Scheduling Order, it is hereby:

**ORDERED** that the Motion is **GRANTED**. The deadline for (1) Defendants' motion in limine regarding the scope of Plaintiffs' expert Dr. Joseph Mason, Ph.D.'s trial testimony and (2) Plaintiffs' motion in limine to preclude certain cross-examination of Dr. Mason and argument as to damages is extended by two weeks, to June 9, 2023, with oppositions due June 23, and replies due June 30. The remaining deadlines set out in the March 10, 2023 Scheduling Order

remain in effect.

Dated: ___5/31/23___

ROYCE C. LAMBERTH
United States District Judge