UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BERKLEY INSURANCE CO.**, *et al.*,

    *Plaintiffs,*

v.

**FEDERAL HOUSING FINANCE AGENCY**, *et al.*,

    *Defendants.*

Case No. 1:13-cv-1053-RCL

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Motion [291] to Serve Supplemental Expert Reports is **DENIED** and that Plaintiffs' Motion [296] to Present Evidence and Arguments Concerning Reliance Damages is **DENIED**.

It is further **ORDERED** that the Joint Motion [295] to Issue a Jury Questionnaire in Advance of Voir Dire is **DENIED**. The Court declines to place that additional burden on the Jury Office, which is currently facing an unusually high number of trials due to the January Sixth criminal cases.

**IT IS SO ORDERED.**

Date: June 2, 2023

Royce C. Lamberth
United States District Judge

1