# EXHIBIT C

## NOMINAL DAMAGES[1]

   If you find that any group of Plaintiffs proved both a breach of the implied covenant and financial harm from that breach, but that they have failed to prove the amount of damages with reasonable certainty, then you may award a nominal sum of damages to that group of Plaintiffs, such as $1.00.  Nominal damages are not given as an equivalent for the wrong but rather merely in recognition of a technical injury and by way of declaring the rights of Plaintiffs.


**GIVEN**　　　　　　　　　　　_____

**REFUSED**　　　　　　　　　　_____

**GIVEN AS MODIFIED**　　　_____

---

[1] Adapted from Delaware Civil Pattern Jury Instruction 22.24.