# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>    Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Omnibus Motion to Revise Jury Instructions, and any opposition thereto, it is hereby:

    I.    **ORDERED** that Defendants' Motion to Revise Jury Instructions Explaining an "Unreasonable" Action is **GRANTED**. The Court hereby adopts the jury instruction proposed in Exhibit A.

    II.    **ORDERED** that Defendants' Motion to Revise Jury Instructions Regarding Virginia Prejudgment Interest is **GRANTED.** The Court hereby adopts the jury instruction proposed in Exhibit B.

III.    **ORDERED** that Defendants' Motion to Revise Jury Instructions Regarding Nominal Damages is **GRANTED.** The Court hereby adopts the jury instruction proposed in Exhibit C.

Dated: _____            _____

                                                                                             ROYCE C. LAMBERTH
                                                                            United States District Judge