## CERTIFICATE OF SERVICE

I hereby certify that that on the 9th day of June, 2023, a true and correct copy of Plaintiffs' Motion In Limine No. 7: To Preclude Defendants From Using Certain Deposition Testimony To Prove The Truth Of Contested Facts In Freddie Mac's SEC Filings and the supporting Exhibits 2, 3 & 4 were served by CM/ECF upon counsel for Defendants.

                                                           */s/ Charles J. Cooper*      .