**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BERKLEY INSURANCE CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE<br>AGENCY, *et al.*,<br><br>Defendants. | Case No. 1:13-cv-1053-RCL |
| In re Fannie Mae/Freddie Mac Senior<br>Preferred Stock Purchase Agreement Class<br>Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion in Limine for Admission of PX 550, PX 226,

PX 562, PX 274, and PX 279 ("Plaintiffs' Motion"), Defendants' opposition, and any reply

thereto, it is hereby:

**ORDERED** that Plaintiffs' Motion is **DENIED**.

Dated: _____          _____
                                    ROYCE C. LAMBERTH
                                    United States District Judge