UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Civil No. 13-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Miscellaneous No. 13-1288 (RCL) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motions in Limine Nos. 7 and 8, Defendants' opposition, and any reply thereto, it is hereby:

**ORDERED** that Plaintiffs' Motion In Limine No. 7, To Preclude Defendants From Using Certain Deposition Testimony To Prove The Truth Of Contested Facts In Freddie Mac's SEC Filings, is **DENIED**;

**IT IS FURTHER ORDERED** that Plaintiffs' Motion In Limine No. 8, To Preclude Defendants From Presenting Testimony From Ross Kari Regarding Whether The Net Worth Sweep Was "Beneficial" To Shareholders, is **DENIED**.

Dated: _____  _____
ROYCE C. LAMBERTH
United States District Judge