# EXHIBIT A



Total Amount Borrowed vs. Total Amount Transferred to Treasury (so far)

Total Amount Transferred to Treasury (so far): $385.3B

Cumulative Amount Borrowed by Fannie Mae and Freddie Mac: $191.4B

In Billions

Source: Compiled from data provided in FMCC 10Qs and 10Ks

Hartman-Trial-1  29

PX-0004-V - p. 1 of 1