# Exhibit 3-E

```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
FAIRHOLME FUNDS, INC., et al.,
                                    CA No: 1:13-cv-01053-RCL
            Plaintiffs,
                                    Washington, D.C.
                                    Wednesday, October 19, 2022
vs.                                 2:15 p.m.

FEDERAL HOUSING FINANCE AGENCY,
et al.,

            Defendants.
- - - - - - - - - - - - - - - - x
IN RE: FANNIE MAE/FREDDIE MAC       Case Number 1:13-cv-1288
SENIOR PREFERRED STOCK PURCHASE
AGREEMENT CLASS ACTION
LITIGATIONS
_____

           TRANSCRIPT OF JURY TRIAL - AFTERNOON SESSION
           HELD BEFORE THE HONORABLE ROYCE C. LAMBERTH
                    UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:

For the Berkley Plaintiffs:   BRIAN BARNES, ESQ.
                              COOPER & KIRK, PLLC
                              1523 New Hampshire Avenue, NW
                              Washington, D.C. 20036

For Class Plaintiffs:         LEE D. RUDY  ESQ.
                              KESSLER TOPAZ MELTZER & CHECK
                              280 King of Prussia Road
                              Radnor, Pennsylvania 19087

                              HAMISH HUME, ESQ.
                              KENYA DAVIS, ESQ.
                              SAMUEL KAPLAN, ESQ.
                              BOIES SCHILLER FLEXNER LLP
                              1401 New York Avenue Northwest
                              Washington, D.C. 20005

(CONTINUED ON NEXT PAGE)
```

1    lost value on the day of the Third Amendment, and she's
2    testified that she believes she was harmed because she lost
3    dividends, which is contrary to the claim that's in this
4    case, Your Honor.
5             MR. RUDY:  Your Honor, this is Lee Rudy for
6    plaintiffs.  The theory of damages that the Court has ruled
7    upon is not what she's being asked about.  Your Honor
8    specifically ruled that she was allowed to testify about why
9    she brought the lawsuit and how she feels she was harmed, so
10   that's why she gave the answer that she gave.
11            MR. HOFFMAN:  Your Honor, Ian Hoffman again, I'm
12   looking at the transcript.
13            The question was:  "And in what way do you feel
14   you were harmed?"
15            "ANSWER:  There were no more dividends, and the
16   price had kind of remained stagnant."
17            THE COURT:  If the parties want me to instruct the
18   jury that they can't consider that, you can persist on the
19   question; otherwise, you need to revise your question.
20            MR. RUDY:  Your Honor, I'm trying to follow the
21   Court's order very carefully.  Would you like me to just ask
22   the question:  Do you believe that the stock price has
23   suffered as a result of -- something leading like that.
24            THE COURT:  I think you'd be better off, yes.
25            MR. RUDY:  Okay.  Thank you, Your Honor.

1                    MR. HOFFMAN:  Your Honor, Ian Hoffman again.  We
2     move to strike the testimony that she was harmed -- she
3     believes that she was harmed because there were no more
4     dividends.
5                    THE COURT:  Granted.
6                       (This is the end of the bench conference)
7                    THE COURT:  That last answer is going to be
8     stricken.  He's going to reask the question a different way,
9     so just go ahead.
10    BY MR. RUDY:
11    Q.  Ms. Miller, is it correct that you believe that the
12    stock price of your holdings of Freddie Mac common stock has
13    suffered as a result of the Third Amendment?
14    A.  Yes.
15    Q.  To be clear, are you here suing about anything that
16    happened in 2008, '9, '10, or '11?
17    A.  No.
18    Q.  Why did you want to serve as a class representative in
19    this case?
20    A.  I wanted to represent the other people just like myself
21    that had been harmed by that decision.
22    Q.  And what have you been asked to do in serving as a class
23    representative?
24    A.  So I have been asked to read over numerous pieces of
25    material about the case.  I've met with attorneys, and then

```
 1                 MR. HOFFMAN:  Mr. Salazar, let's go ahead and pull
 2    up PX1-1.  And let's focus in on Section 2 of this PX1-1.
 3    BY MR. HOFFMAN:
 4    Q.   Ms. Miller, you understand this to be Freddie Mac's
 5    common stock certificate, right?
 6                 MR. RUDY:  Objection.  If she knows.
 7                 THE COURT:  Overruled.  Go ahead.
 8    Q.   I'm sorry, Ms. Miller, I couldn't hear your answer.
 9    A.   I've never read that before.
10    Q.   So, Ms. Miller, I'll ask you to take a look at the first
11    sentence here, Section 2 of the Freddie Mac common stock
12    certificate.  It says, "The holders of outstanding shares of
13    Common Stock shall be entitled to receive, ratably,
14    dividends (in cash, stock, or other property), when, as and
15    if declared by the Board of Directors out of assets legally
16    available therefor."
17              Did I read that correctly, Ms. Miller?
18    A.   Yes, you did.
19                 MR. HOFFMAN:  The Court's indulgence, Your Honor.
20    One moment.
21                 THE COURT:  All right.
22              (Pause)
23                 MR. HOFFMAN:  Thank you, Ms. Miller.  I have no
24    further questions.
25                 MR. RUDY:  Can we be heard?
```

1          Could you read the answer to that question.
2     A.   "Upon the Director's determination that the
3     Conservator's plan to restore the Company to a safe and
4     solvent condition has been completed successfully, the
5     Director will issue an order terminating the
6     Conservatorship.  At present, there is no exact time
7     frame that can be given as to when this Conservatorship may
8     end."
9     Q.   Mr. Linekin, can you please explain to the jury why
10    Berkeley filed this lawsuit.
11    A.   The FHFA didn't do what they said they were going to do.
12    I mean, in essence, just as that paragraph indicated, their
13    goal was to preserve and -- or I should say what they said
14    they were going to do was conserve and preserve the assets
15    and nurture Fannie and Freddie back to a safe and solvent
16    condition.  It did not do that.
17          As a matter of fact, they went in the opposite
18    direction, and they took every dollar of cash flow, every
19    dollar of profits from 2012 into perpetuity, or 2013,
20    January 1, 2013, into perpetuity.  And that's -- that's not
21    consistent with what the FHFA said to us.
22          MR. BARNES:  No further questions.
23          MR. HOFFMAN:  The Court's indulgence for one
24    moment, Your Honor.
25          (Pause).