## **CERTIFICATE OF SERVICE**

I hereby certify that that on the 23rd day of June, 2023, a true and correct copy of Plaintiffs' Reply in Further Support of Plaintiffs' Omnibus Motion In Limine and supporting Exhibit 3-E were served by CM/ECF upon counsel for Defendants.

*/s/ Charles J. Cooper*