# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>*Defendants.* | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

## [PROPOSED] ORDER

Upon consideration of Defendants' Omnibus Motion to Revise Jury Instructions, Plaintiffs' Opposition thereto, and any reply briefing, it is hereby

**ORDERED** that Defendant's Omnibus Motion to Revise Jury Instructions is **DENIED.**


Dated: _____               BY THE COURT:


                                         _____
                                         Royce C. Lamberth
                                         United States District Judge