**CERTIFICATE OF SERVICE**

I hereby certify that that on the 23rd day of June, 2023, a true and correct copy of Plaintiffs' Response To Defendants' Omnibus Motion To Revise Jury Instructions and the corresponding proposed order were served by CM/ECF upon counsel for Defendants.

*/s/ Charles J. Cooper*