# EXHIBIT D

**DRAFT**

# Strategic Planning Session

## Board of Directors

**David Benson**
**July 19, 2012**

As of 7/06 – 6pm



EXHIBIT 7

FannieMae

Confidential – Restricted

PX-0216 - p. 1 of 28

**DRAFT**

## FHFA strategic goals: Promoting stakeholder and public support

- The FHFA Strategic Plan primarily consists of goals that support market recovery, minimizes taxpayer losses, and builds for the future of housing finance.

- In addition, some goals have the objective of bringing private capital into the market but may have their biggest short-term impact on promoting stakeholder and public support.

  Examples of these include:
  - Sale of non-performing loans
  - Credit risk transfer
  - REO-to-rental pilot

**Initiatives that appeal to key constituencies can help to achieve broader support for the goals of the conservatorship**


FannieMae

**DRAFT**



# GSE profitability trends: An opportunity

- The current terms of the SPSPAs do not permit the GSEs to repay taxpayers through retained earnings.

- The Treasury department has recently publicized the payment of dividends from recipients of government support as recovery amounts.

  - *"Treasury currently has a net investment of $151B in Fannie Mae and Freddie Mac, which is expected to be reduced over time as those firms generate positive earnings."* – The US Department of the Treasury, "The Financial Crisis Response In Charts" (April 2012)

  - *"It is important to emphasize that Treasury has already recovered $5.5B [of which ~$2.9B are dividends], or almost one-third, of our investment in Ally. And the company has played a critical and necessary role in the successful rescue of the American automobile industry."* – Timothy Massad, Assistant Secretary for Financial Stability at the US Department of the Treasury (May 2012)

- The FHFA has taken a negative view on the prospects for the GSEs to repay the government.

  - *"The Enterprises' losses are of such magnitude that the companies cannot repay taxpayers in any foreseeable scenario."* – FHFA Strategic Plan (Feb. 2012)

**A more transparent and consistent message from FHFA and Treasury may help to gain public support for the goals of the conservatorship.**

**DRAFT**

# SPSPA: An opportunity to fortify the transition to a new housing finance system

### Objectives

- Facilitate recovery of government financial support
- Sustain debt and MBS investor confidence
- Increase transparency and bolster public support
- Align GSE actions with desired policy objectives
- Provide a path to replace government support with private capital
- Align the interests of the conservator with Treasury

**Thoughtful amendments or changes to the SPSPA can serve to make the conservatorship more successful.**



17

Confidential – Restricted

PX-0216 - p. 18 of 28