# EXHIBIT D

**TRIAL JUROR QUESTIONNAIRE**

**You shall not blog, Tweet, use Google, or use any other search engine or the Internet to obtain or share information about the parties, attorneys or subject matter involved in the case while serving as a potential juror or if selected to serve as a juror.**

1. Name: (first)_____ (middle) _____ (last)_____

2. Date of Birth: (month)_____ (date)_____ (year) _____

3. How long have you lived in Washington, D.C.? _____

4. Where were you raised? _____

5. Do you own or rent your residence? __own __rent __live with friends __live with relatives __other

6. Marital Status: __married __single __living with partner __divorced/separated __widow/widower

7. What is your current employment status (check all that apply)? __employed full-time __employed part-time __business owner __homemaker __self-employed __unemployed __retired in _____(year) __full-time student __disabled, do not work __work more than one job __laid off __do not work outside the home   other (please specify): _____

8. Please list your last 3 jobs and employers during your employment career?

| Employer | Date | Job Title |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

9. What is the occupation, job title, and employer of your spouse, partner or significant other (if any)? If he/she is unemployed or retired, please list his/her last job: _____

10. What do you like to do in your spare time? _____

11. Have you ever had the responsibility to hire or fire employees? __yes __no

12. Have you ever worked for a large corporation?  __yes __no

    If yes, please list the corporation, the dates of employment, and your job title:

| Corporation | Dates | Job Title |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

13. Do you have any opinions, positive or negative, about the influence of corporations on the US economy? __yes __no

14. Have you ever worked for a federal, state, or local government? __yes __no

    If yes, please list the government agency, the dates of employment, and your job title:

| Agency | Dates | Job Title |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

15. Have you ever worked for a government contractor? __yes __no

    If yes, please list the agency, the dates of employment, and your job title:

| Agency | Dates | Job Title |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

16. Do you have any strong feelings or beliefs about the government in general, any particular government agency, or government officials that might make it difficult for you to serve as a fair or impartial juror in this case? __yes __no

17. Do you believe government officials generally try their best to serve the public interest? __yes __no __unsure

18. Describe your educational background, including degrees obtained, if any, and area of study and school:

    __Less than High School __High School or GED __Some college or technical school __AA or technical school __4-year college __Some graduate school __Graduate degree

| Degrees Obtained | School or College Attended | Area of Study |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

19. Have you ever been in the military? __yes __no    If yes, please indicate:

| Branch | Years | Rank |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

    What type of discharge? __honorable __general __medical __other than honorable __other

20. With what social, civil, volunteer, professional, trade, labor union, or other organizations are you affiliated?

| Organization | Years | Position (member or leader & title) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

21. Have you ever been involved in a civil legal dispute? __yes, as a plaintiff __yes, as a defendant __yes, as a witness __yes, other __no

22. Do you have any strong feelings or beliefs about lawsuits in general? __yes __no

23. Do you have any negative views of class action lawsuits or class action lawyers? __yes __no

24. Have you or someone close to you ever been a victim of what you considered to be fraud or any other type of wrongdoing in the securities, real estate, or financial industries? __yes __no

25. Have you ever served on a jury before? __yes __no

    If yes, how many of each: __civil case (s) __criminal case (s) __unsure

    If yes, did you ever serve as a foreperson or presiding juror? __yes __no

    If yes, have you ever served on a jury that failed to reach a verdict? __yes __no

26. Have you, or anyone who lives with you, ever had any educational or job-related training or paid work experience, volunteer experience, or any other relevant experience in any of the following fields (check all that apply):

    | | | | |
    |---|---|---|---|
    | Banking | _____Yes, Self | _____Yes, household member | _____No |
    | Economics | _____Yes, Self | _____Yes, household member | _____No |
    | Finance | _____Yes, Self | _____Yes, household member | _____No |
    | Government | _____Yes, Self | _____Yes, household member | _____No |
    | Investments | _____Yes, Self | _____Yes, household member | _____No |
    | Legal Contracts | _____Yes, Self | _____Yes, household member | _____No |
    | Litigation | _____Yes, Self | _____Yes, household member | _____No |
    | Loans | _____Yes, Self | _____Yes, household member | _____No |
    | Policy Making | _____Yes, Self | _____Yes, household member | _____No |
    | Real Estate | _____Yes, Self | _____Yes, household member | _____No |
    | Statistics | _____Yes, Self | _____Yes, household member | _____No |
    | Tax Preparation | _____Yes, Self | _____Yes, household member | _____No |
    | Underwriting | _____Yes, Self | _____Yes, household member | _____No |

27. Have you or anyone you know, had a foreclosure on their residence? __yes, me __yes, another __no

    If yes, was that foreclosure(s) a result of the 2008 financial crisis? __yes __no __unsure __n/a

28. Have you or anyone you know, filed for bankruptcy? __yes, me __yes, another __no

29. Do you currently have a mortgage on your primary residence?  __yes __no __unsure __n/a

    If yes, do you know which company(s) holds your mortgage?  __yes __no __unsure

    If yes, do you know your interest rate and duration of your mortgage? __yes __no __unsure

30. Have you ever refinanced a home loan/mortgage? __yes __no __unsure

31. Have you ever been self-employed or run your own business? __yes, currently __yes, in the past __no

32. Were you and/or your family negatively impacted by the 2008 financial crisis? __yes __no

    If yes, is it still currently impacting your/their life? __yes __no __unsure

33. Did you and/or any family members receive government assistance during the 2008 financial crisis? __yes __no __unsure

34. Do you have any views on the causes of the 2008 financial crisis? __yes __no

35. Have you or someone close to you ever gained or lost a significant amount of money in the stock market or in real estate? __yes __no

36. Do you believe that investing in the stock market (and other securities) is like gambling? __yes __no __unsure

37. Have you followed any news about problems in the banking industry? __yes __no

38. How concerned are you about the stability of banking or other financial institutions? __very concerned ___somewhat concerned ___ not very concerned _____ not at all concerned

39. How concerned are you about a recession or the financial future of this country? ___ very concerned ___ somewhat concerned ___ not very concerned _____ not at all concerned

40. How worried are you about your own financial stability? ___ very worried ___ somewhat worried ___ not very worried _____ not at all worried

41. Do you generally consider yourself to be: _____ an optimist _____ a pessimist _____ neither an optimist or pessimist

42. Have you, a relative, or a close friend ever been involved in a conservatorship of any kind? __yes __no

43. How would you describe your political views? __very liberal __somewhat liberal __moderate __somewhat conservative __very conservative __other: _____

44. Do you consider yourself to be knowledgeable about investing and finance? __yes __somewhat __no

45. Have you ever taken out a federal loan of any kind? __yes __no

46. Do you regularly follow business and market events on TV, internet, or radio? __yes __no

    If yes, is that daily or less than every day? __daily __less than every day

47. How would you rate your level of financial risk-taking: __aggressive __moderate __conservative

48. Do you have money invested in the financial markets, such as stocks or bonds? __yes __no

    If yes, how important are dividends to you? __very __somewhat __not important __unsure

    If yes, how important is the price of stocks? __very __somewhat __not important __unsure

    If yes, how do you approach your investments? __conservatively __moderately __aggressively

49. What role do you think the government should have to regulate the US financial markets?

    __it should do more __it is currently doing enough __it should do less

50. What is your opinion about the current financial condition of the US economy?

    __very good __good __fair __poor __very poor __unsure

51. The Federal Housing Finance Agency (FHFA), Federal National Mortgage Association (Fannie Mae), and Federal Home Loan Mortgage Corporation (Freddie Mac) are parties in this lawsuit.

    Have you ever had any dealings with the FHFA, Fannie Mae, or Freddie Mac? __yes __no __unsure

    Do you have any opinions about the FHFA, Fannie Mae, or Freddie Mac? __yes __no __unsure

52. Have you formed any opinions about this case or the parties mentioned, as a result of completing this questionnaire? __yes __no

53. Have you heard anything in the news or other sources about the lawsuit described in this case? __yes, a lot ___yes, some ___unsure __no

54. Is there anything else that you think the Court or the attorneys should know? __yes __no