# *Exhibit A-2*

Plaintiffs' Summary Witness Backup Documents

| Ex. # | Document Date | Description | Beginning Bates Number | End Bates Number | Defendants' Objections |
|---|---|---|---|---|---|
| PX-SW-1000 | 1996-02-22 | Information Statement - Fannie Mae | PLSUM-016062 | PLSUM-016135 | |
| PX-SW-1001 | 1996-04-26 | Freddie Mac Offering Circular | PLSUM-001717 | PLSUM-001820 | |
| PX-SW-1002 | 1997-03-31 | Fannie Mae Information Statement | PLSUM-012943 | PLSUM-013018 | |
| PX-SW-1003 | 1998-03-23 | Freddie Mac Offering Circular | PLSUM-006733 | PLSUM-006762 | |
| PX-SW-1004 | 1998-03-31 | Fannie Mae - Information Statement | PLSUM-024369 | PLSUM-024446 | |
| PX-SW-1005 | 1998-08-20 | Fannie Mae Offering Circular | PLSUM-006932 | PLSUM-007075 | |
| PX-SW-1006 | 1998-09-18 | Freddie Mac 5.1% Non-Cumulative Preferred Stock | PLSUM-023594 | PLSUM-023618 | |
| PX-SW-1007 | 1998-09-18 | Freddie Mac - Variable Rate, Non-Cumulative Preferred Stock | PLSUM-029324 | PLSUM-029350 | |
| PX-SW-1008 | 1998-12-31 | Freddie Mac Annual Report | PLSUM-025992 | PLSUM-026083 | |
| PX-SW-1009 | 1999-03-19 | Freddie Mac - Certificate of Creation, Designation, Powers, Preferences, Rights, Privileges, Qualifications, Limitations, Restrictions, Terms and Conditions of 5.81% Non-Cumulative Preferred Stock (Par Value $1.00 Per Share) | PLSUM-030213 | PLSUM-030234 | |
| PX-SW-1010 | 1999-03-31 | Information Statement - Fannie Mae | PLSUM-029603 | PLSUM-029685 | |
| PX-SW-1011 | 1999-04-08 | Fannie Mae- 5.10% Non-Cumulative Preferred Stock, Series E (stated value $50 per share) | PLSUM-024883 | PLSUM-024996 | |
| PX-SW-1012 | 1999-07-21 | Freddie Mac Offering Circular | PLSUM-004960 | PLSUM-004990 | |
| PX-SW-1013 | 1999-11-02 | Offering Circular - Freddie Mac | PLSUM-019410 | PLSUM-019443 | |
| PX-SW-1014 | 2000-03-30 | Information Statement - Fannie Mae | PLSUM-019330 | PLSUM-019409 | |
| PX-SW-1015 | 2000-03-31 | Information Statement - Freddie Mac | PLSUM-014767 | PLSUM-014863 | |
| PX-SW-1016 | 2000-08-03 | Fannie Mae- Variable Rate Non-Cumulative Preferred Stock, Series G (stated value $50 per share) | PLSUM-026303 | PLSUM-026337 | |
| PX-SW-1017 | 2001-01-23 | Freddie Mac- Variable Rate, Non Cumulative Preferred Stock | PLSUM-022712 | PLSUM-022754 | |
| PX-SW-1018 | 2001-03-20 | Offering Circular - Freddie Mac | PLSUM-019607 | PLSUM-019656 | |
| PX-SW-1019 | 2001-03-26 | Freddie Mac Information Statement | PLSUM-001821 | PLSUM-001913 | |
| PX-SW-1020 | 2001-03-30 | Fannie Mae Information Statement | PLSUM-007827 | PLSUM-007918 | |
| PX-SW-1021 | 2001-10-25 | Offering Circulat - Freddie Mac | PLSUM-013572 | PLSUM-013611 | |

Plaintiffs' Summary Witness Backup Documents

| Ex. # | Document Date | Description | Beginning Bates Number | End Bates Number | Defendants' Objections |
|---|---|---|---|---|---|
| PX-SW-1022 | 2002-03-29 | Information Statement - Freddie Mac | PLSUM-017257 | PLSUM-017353 | |
| PX-SW-1023 | 2002-04-01 | Fannie Mae Information Statement | PLSUM-027758 | PLSUM-027857 | |
| PX-SW-1024 | 2002-10-23 | Fannie Mae Offering Circular | PLSUM-000677 | PLSUM-000816 | |
| PX-SW-1025 | 2002-12-31 | Federal National Mortgage Association - 10K | PLSUM-009704 | PLSUM-009885 | |
| PX-SW-1026 | 2002-12-31 | Annual Report - Freddie Mac | PLSUM-015657 | PLSUM-015889 | |
| PX-SW-1027 | 2003-03-31 | Fannie Mae Form 10-Q | PLSUM-021398 | PLSUM-021471 | |
| PX-SW-1028 | 2003-04-24 | Fannie Mae- 5.125% Non-Cumulative Preferred Stock, Series L (stated value $50 per share) | PLSUM-026084 | PLSUM-026282 | |
| PX-SW-1029 | 2003-06-05 | Fannie Mae Offering Circular | PSUM-009661 | PLSUM-009692 | |
| PX-SW-1030 | 2003-06-30 | Fannie Mae Form 10-Q | PLSUM-006096 | PLSUM-006182 | |
| PX-SW-1031 | 2003-09-18 | Offering Circular - Fannie Mae | PLSUM-018820 | PLSUM-018851 | |
| PX-SW-1032 | 2003-09-30 | Federal National Mortgage Association - Fannie Mae - Form 10-Q | PLSUM-019908 | PLSUM-019997 | |
| PX-SW-1033 | 2003-12-31 | Federal National Mortgage Association - Fannie Mae - Form 10-K | PLSUM-023370 | PLSUM-023593 | |
| PX-SW-1034 | 2003-12-31 | Freddie Mac - Annual Report | PLSUM-024622 | PLSUM-024882 | |
| PX-SW-1035 | 2004-03-31 | Fannie Mae Form 10-Q | PLSUM-004526 | PLSUM-004612 | |
| PX-SW-1036 | 2004-06-30 | Federal National Mortgage Association - Fannie Mae | PLSUM-024106 | PLSUM-024208 | |
| PX-SW-1037 | 2004-09-30 | FORM 12b-25 | PLSUM-029819 | PLSUM-029829 | |
| PX-SW-1038 | 2004-12-31 | Information Statement - and Annual Report to Stockholders | PLSUM-029052 | PLSUM-029286 | |
| PX-SW-1039 | 2004-12-31 | Federal National Mortgage Association - 10K | PLSUM-029849 | PLSUM-030208 | |
| PX-SW-1040 | 2005-03-15 | Fannie Mae - Variable Rate Non-Cumulative Preferred Stock, Series F | PLSUM-027894 | PLSUM-027926 | |
| PX-SW-1041 | 2005-03-31 | Fannie Mae Form 12b-25 | PLSUM-001914 | PLSUM-001923 | |
| PX-SW-1042 | 2005-06-30 | SEC Form 12b-25 | PLSUM-017683 | PLSUM-017694 | |
| PX-SW-1043 | 2005-09-30 | Fannie Mae Form 12b-25 | PLSUM-005634 | PLSUM-005652 | |
| PX-SW-1044 | 2005-12-31 | Fannie Mae Form 10-K | PLSUM-001000 | PLSUM-001324 | |
| PX-SW-1045 | 2005-12-31 | Information Statement and Annual Report to Stockholders | PLSUM-027927 | PLSUM-028083 | |
| PX-SW-1046 | 2006-03-31 | FORM 12b-25 | PLSUM-029830 | PLSUM-029848 | |
| PX-SW-1047 | 2006-06-30 | Form 12b-25 Notification of Late Filing | PLSUM-026283 | PLSUM-026302 | |

Plaintiffs' Summary Witness Backup Documents

| Ex. # | Document Date | Description | Beginning Bates Number | End Bates Number | Defendants' Objections |
|---|---|---|---|---|---|
| PX-SW-1048 | 2006-07-17 | Freddie Mac Offering Circular | PLSUM-002366 | PLSUM-002416 | |
| PX-SW-1049 | 2006-09-30 | SEC Form 12b-25 | PLSUM-015042 | PLSUM-015059 | |
| PX-SW-1050 | 2006-10-11 | Offering Circulat - Freddie Mac | PLSUM-013535 | PLSUM-013571 | |
| PX-SW-1051 | 2006-12-31 | Fannie Mae Form 10-K | PLSUM-013019 | PLSUM-013356 | |
| PX-SW-1052 | 2007-01-16 | Freddie Mac- 44,000,000 Shares - 5.57% Non-Cumulative Perpetual Preffered Stock | PLSUM-027858 | PLSUM-027893 | |
| PX-SW-1053 | 2007-03-23 | Information Statement and Annual Report to Stockholders | PLSUM-024209 | PLSUM-024368 | |
| PX-SW-1054 | 2007-03-31 | Fannie Mae Form 10-Q | PLSUM-011632 | PLSUM-011738 | |
| PX-SW-1055 | 2007-04-10 | Freddie Mac - 20,000,000 Share, 5.66% Non-Cumulative Perpetual Preferred Stock | PLSUM-029287 | PLSUM-029323 | |
| PX-SW-1056 | 2007-06-30 | Fannie Mae - Form 10-Q | PLSUM-028089 | PLSUM-028197 | |
| PX-SW-1057 | 2007-07-17 | Offering Circular - Freddie Mac | PLSUM-017354 | PLSUM-017389 | |
| PX-SW-1058 | 2007-09-25 | Offering Circulat - Freddie Mac | PLSUM-016136 | PLSUM-016172 | |
| PX-SW-1059 | 2007-09-30 | Fannie Mae Form 10-Q | PLSUM-010331 | PLSUM-010449 | |
| PX-SW-1060 | 2007-11-21 | Fannie Mae Offering Circular | PLSUM-004991 | PLSUM-005029 | |
| PX-SW-1061 | 2007-12-06 | Fannie Mae - 280,000,000 Shares, Fixed to Floating | PLSUM-026338 | PLSUM-026382 | |
| PX-SW-1062 | 2007-12-31 | Fannie Mae Form 10-K | PLSUM-001438 | PLSUM-001716 | |
| PX-SW-1063 | 2007-12-31 | Fannie Mae Form 10-Q | PLSUM-007919 | PLSUM-008401 | |
| PX-SW-1064 | 2007-12-31 | Freddie Mac - Information Statement and Annual Report to Stockholders | PLSUM-017695 | PLSUM-017887 | |
| PX-SW-1065 | 2008-03-31 | Fannie Mae Form 10-Q | PLSUM-005497 | PLSUM-005633 | |
| PX-SW-1066 | 2008-05-19 | Fannie Mae 8.25% Non-Cumulative Preferred Stock, Series T | PLSUM-021334 | PLSUM-021397 | |
| PX-SW-1067 | 2008-06-30 | Federal National Mortgage Association - Fannie Mae - Form 10-Q | PLSUM-015060 | PLSUM-015222 | |
| PX-SW-1068 | 2008-06-30 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-Q | PLSUM-016389 | PLSUM-016602 | |
| PX-SW-1069 | 2008-07-30 | Housing and Economic Recovery Act of 2008 | PLSUM-030249 | PLSUM-030509 | |

Plaintiffs' Summary Witness Backup Documents

| Ex. # | Document Date | Description | Beginning Bates Number | End Bates Number | Defendants' Objections |
|---|---|---|---|---|---|
| PX-SW-1070 | 2008-09-07 | Freddie Mac - Certificate of Creation, Designation, Powers, Preferences, Rights, Privileges, Qualifications, Limitations, Restrictions, Terms and Conditions of Variable Liquidation Preference Senior Preferred Stock (Par Value $1.00 Per Share | PLSUM-030240 | PLSUM-030248 | |
| PX-SW-1071 | 2008-09-07 | Certificate of Designation of Terms of Variable Liquidation Preference Senior Preferred Stock, Series 2008-2 | PLSUM-030510 | PLSUM-030518 | |
| PX-SW-1072 | 2008-09-30 | Fannie Mae Form 10-Q | PLSUM-010450 | PLSUM-010697 | |
| PX-SW-1073 | 2008-12-31 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-K | PLSUM-017390 | PLSUM-017682 | |
| PX-SW-1074 | 2008-12-31 | Fannie Mae Form 10-K | PLSUM-030522 | PLSUM-030936 | |
| PX-SW-1075 | 2009-03-31 | Federal National Mortgage Association - 10Q | PLSUM-028389 | PLSUM-028591 | |
| PX-SW-1076 | 2009-06-30 | Fannie M ae Form 10-Q | PLSUM-005256 | PLSUM-005480 | |
| PX-SW-1077 | 2009-06-30 | Freddie Mac Form 10-Q | PLSUM-020253 | PLSUM-020467 | |
| PX-SW-1078 | 2009-09-30 | Federal National Mortgage Association - Fannie Mae - Form 10-Q | PLSUM-013860 | PLSUM-014096 | |
| PX-SW-1079 | 2009-09-30 | Form 10-Q | PLSUM-027154 | PLSUM-027434 | |
| PX-SW-1080 | 2009-12-31 | Freddie Mac Form 10-K | PLSUM-004613 | PLSUM-004959 | |
| PX-SW-1081 | 2009-12-31 | Fannie Mae Form 10-K | PLSUM-008582 | PLSUM-008976 | |
| PX-SW-1082 | 2010-03-31 | Freddie Mac Form 10-Q | PLSUM-012540 | PLSUM-012819 | |
| PX-SW-1083 | 2010-03-31 | Federal National Mortgage Association - Fannie Mae - Form 10-Q | PLSUM-014097 | PLSUM-014302 | |
| PX-SW-1084 | 2010-06-30 | Fannie Mae Form 10-Q | PLSUM-005030 | PLSUM-005255 | |
| PX-SW-1085 | 2010-06-30 | Federal National Mortgage Association - Form 10-Q | PLSUM-026383 | PLSUM-026637 | |
| PX-SW-1086 | 2010-09-30 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-Q | PLSUM-019998 | PLSUM-020252 | |
| PX-SW-1087 | 2010-09-30 | Fannie Mae Form 10-Q | PLSUM-020705 | PLSUM-020937 | |
| PX-SW-1088 | 2010-12-31 | Fannie Mae Form 10-K | PLSUM-007231 | PLSUM-007633 | |
| PX-SW-1089 | 2010-12-31 | Federal Home Loan Mortgage Corporation - FORM 10-K | PLSUM-028696 | PLSUM-029051 | |
| PX-SW-1090 | 2011-03-31 | Freddie Mac Form 10-Q | PLSUM-020476 | PLSUM-020704 | |
| PX-SW-1091 | 2011-03-31 | Federal National Mortgage Association - Fannie Mae - Form 10-Q | PLSUM-022216 | PLSUM-022381 | |
| PX-SW-1092 | 2011-06-30 | Fannie Mae Form 10-Q | PLSUM-007643 | PLSUM-007826 | |

Plaintiffs' Summary Witness Backup Documents

| Ex. # | Document Date | Description | Beginning Bates Number | End Bates Number | Defendants' Objections |
|---|---|---|---|---|---|
| PX-SW-1093 | 2011-06-30 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-Q | PLSUM-018053 | PLSUM-018295 | |
| PX-SW-1094 | 2011-09-30 | Freddie Mac Form 10-Q | PLSUM-003685 | PLSUM-003925 | |
| PX-SW-1095 | 2011-09-30 | Federal National Mortgage Association - Form 10-Q | PLSUM-026953 | PLSUM-027153 | |
| PX-SW-1096 | 2011-12-31 | Freddie Mac Form 10-K | PLSUM-002814 | PLSUM-003206 | |
| PX-SW-1097 | 2011-12-31 | Fannie Mae Form 10-K | PLSUM-006183 | PLSUM-006566 | |
| PX-SW-1098 | 2011-12-31 | Federal National Mortgage Association Form 10-K/A | PLSUM-025939 | PLSUM-025985 | |
| PX-SW-1099 | 2012-03-31 | Federal National Mortgage Association - Fannie Mae - Form 10-Q | PLSUM-015890 | PLSUM-016061 | |
| PX-SW-1100 | 2012-03-31 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-Q | PLSUM-018296 | PLSUM-018553 | |
| PX-SW-1101 | 2012-06-30 | Fannie Mae Form 10-Q | PLSUM-011994 | PLSUM-012164 | |
| PX-SW-1102 | 2012-06-30 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-Q | PLSUM-019657 | PLSUM-019907 | |
| PX-SW-1103 | 2012-09-27 | Freddie Mac Amended & Restated  Cert of Creation | PLSUM-007094 | PLSUM-007102 | |
| PX-SW-1104 | 2012-09-27 | Fannie Mae Amended & Restated Cert of Designation of Terms of Variable Liquidation Prference Senior Preferred Stock Series 2008-2 | PLSUM-007103 | PLSUM-007111 | |
| PX-SW-1105 | 2012-09-30 | Federal National Mortgage Association - Fannie Mae - Form 10-Q | PLSUM-014864 | PLSUM-015041 | |
| PX-SW-1106 | 2012-09-30 | Federal Home Loan Mortgage Corporation - FORM 10-Q | PLSUM-029351 | PLSUM-029602 | |
| PX-SW-1107 | 2012-12-31 | Fannie Mae Form 10-K | PLSUM-000168 | PLSUM-000515 | |
| PX-SW-1108 | 2012-12-31 | Freddie Mac Form 10-K | PLSUM-010991 | PLSUM-011385 | |
| PX-SW-1109 | 2013-03-31 | Freddie Mac Form 10-Q | PLSUM-011739 | PLSUM-011993 | |
| PX-SW-1110 | 2013-03-31 | Federal National Mortgage Association - Fannie Mae - Form 10-Q | PLSUM-017888 | PLSUM-018052 | |
| PX-SW-1111 | 2013-06-30 | Freddie Mac Form 10-Q | PLSUM-002597 | PLSUM-002813 | |
| PX-SW-1112 | 2013-06-30 | Fannie Mae Form 10-Q | PLSUM-006557 | PLSUM-006732 | |
| PX-SW-1113 | 2013-09-30 | Fannie Mae Form 10-Q | PLSUM-000817 | PLSUM-000999 | |
| PX-SW-1114 | 2013-09-30 | Federal Home Loan Mortgage Corporation Form 10-Q | PLSUM-009886 | PLSUM-010184 | |
| PX-SW-1115 | 2013-12-31 | Federal National Mortgage Association - Fannie Mae | PLSUM-023765 | PLSUM-024105 | |
| PX-SW-1116 | 2013-12-31 | Federal Home Loan Mortgage Corporation Form 10-K | PLSUM-025288 | PLSUM-025646 | |
| PX-SW-1117 | 2014-03-31 | Fannie Mae Form 10-Q | PLSUM-000008 | PLSUM-000167 | |
| PX-SW-1118 | 2014-03-31 | Federal Home Loan Mortgage Corporation Form 10-K | PLSUM-024997 | PLSUM-025287 | |

Plaintiffs' Summary Witness Backup Documents

| Ex. # | Document Date | Description | Beginning Bates Number | End Bates Number | Defendants' Objections |
|---|---|---|---|---|---|
| PX-SW-1119 | 2014-06-30 | Fannie Mae Form 10-Q | PLSUM-008410 | PLSUM-008581 | |
| PX-SW-1120 | 2014-06-30 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-Q | PLSUM-013612 | PLSUM-013856 | |
| PX-SW-1121 | 2014-09-30 | Freddie Mac Form 10-Q | PLSUM-021091 | PLSUM-021333 | |
| PX-SW-1122 | 2014-09-30 | Federal National Mortgage Association - Fannie Mae - Form 10-Q | PLSUM-022755 | PLSUM-022931 | |
| PX-SW-1123 | 2014-12-31 | Fannie Mae Form 10-K | PLSUM-008977 | PLSUM-009293 | |
| PX-SW-1124 | 2014-12-31 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-K | PLSUM-022382 | PLSUM-022711 | |
| PX-SW-1125 | 2015-03-31 | Freddie Mac Form 10-Q | PLSUM-011386 | PLSUM-011628 | |
| PX-SW-1126 | 2015-03-31 | Federal National Mortgage Association - Fannie Mae | PLSUM-023619 | PLSUM-023764 | |
| PX-SW-1127 | 2015-06-30 | Fannie Mae Form 10-Q | PLSUM-004035 | PLSUM-004193 | |
| PX-SW-1128 | 2015-06-30 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-Q | PLSUM-016919 | PLSUM-017085 | |
| PX-SW-1129 | 2015-09-30 | Fannie Mae Form 10-Q | PLSUM-000516 | PLSUM-000676 | |
| PX-SW-1130 | 2015-12-31 | Freddie Mac Form 10-K | PLSUM-005653 | PLSUM-006095 | |
| PX-SW-1131 | 2015-12-31 | Federal National Mortgage Association - Fannie Mae - Form 10-K | PLSUM-015223 | PLSUM-015529 | |
| PX-SW-1132 | 2016-03-30 | Freddie Mac Form 10-Q | PLSUM-006763 | PLSUM-006931 | |
| PX-SW-1133 | 2016-03-31 | Federal National Mortgage Association - Fannie Mae - Form 10-Q | PLSUM-016603 | PLSUM-016737 | |
| PX-SW-1134 | 2016-03-31 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-Q | PLSUM-022932 | PLSUM-023104 | |
| PX-SW-1135 | 2016-06-30 | Federal National Mortgage Association - Fannie Mae - Form 10-Q | PLSUM-010185 | PLSUM-010330 | |
| PX-SW-1136 | 2016-06-30 | Federal Home Loan Mortgage Association - Form 10-Q | PLSUM-026757 | PLSUM-026952 | |
| PX-SW-1137 | 2016-09-30 | Freddie Mac Form 10-Q | PLSUM-013357 | PLSUM-013534 | |
| PX-SW-1138 | 2016-09-30 | Federal National Mortgage Association Form 10-Q | PLSUM-025788 | PLSUM-025938 | |
| PX-SW-1139 | 2016-12-31 | Freddie Mac Form 10-K | PLSUM-003207 | PLSUM-003684 | |
| PX-SW-1140 | 2016-12-31 | Fannie Mae Form 10-K | PLSUM-010698 | PLSUM-010990 | |
| PX-SW-1141 | 2017-03-31 | Freddie Mac Form 10-Q | PLSUM-002417 | PLSUM-002596 | |
| PX-SW-1142 | 2017-03-31 | Fannie Mae Form 10-Q | PLSUM-007112 | PLSUM-007230 | |
| PX-SW-1143 | 2017-03-31 | Federal National Mortgage Association - Fannie Mae - Form 10-K | PLSUM-018852 | PLSUM-019146 | |
| PX-SW-1144 | 2017-06-30 | Federal National Mortgage Association - Fannie Mae - Form 10-Q | PLSUM-015530 | PLSUM-015656 | |
| PX-SW-1145 | 2017-06-30 | Freddie Mac Form 10-Q | PLSUM-021618 | PLSUM-021790 | |

Plaintiffs' Summary Witness Backup Documents

| Ex. # | Document Date | Description | Beginning Bates Number | End Bates Number | Defendants' Objections |
|---|---|---|---|---|---|
| PX-SW-1146 | 2017-09-30 | Fannie Mae Form 10-Q | PLSUM-009409 | PLSUM-009538 | |
| PX-SW-1147 | 2017-09-30 | Federal Home Loan Mortgage Corporation Form 10-Q | PLSUM-024447 | PLSUM-024621 | |
| PX-SW-1148 | 2017-12-21 | Treasury Letter to FHFA | PLSUM-011629 | PLSUM-011631 | |
| PX-SW-1149 | 2017-12-21 | U.S. Department of the Treasury Letter to Honorable Melvin L. Watt | PLSUM-013857 | PLSUM-013859 | |
| PX-SW-1150 | 2017-12-31 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-K | PLSUM-014303 | PLSUM-014766 | |
| PX-SW-1151 | 2018-01-01 | Freddie Mac: Second Amended And Restated Certificate Of Creation, Designation, Powers, Preferences, Rights, Privileges, Qualifications, Limitations, Restrictions, Terms And Conditions Of Variable Liquidation Preference Senior Preferred Stock (Par Value $1.00 Per Share) | PLSUM-008402 | PLSUM-008409 | |
| PX-SW-1152 | 2018-01-01 | Amended and Stated Certificate of Designation of Terms of Variable Liquidation Preference Senior Preferred Stock, Series 2008-2 | PLSUM-016911 | PLSUM-016918 | |
| PX-SW-1153 | 2018-03-31 | Freddie Mac - Form 10-Q | PLSUM-028198 | PLSUM-028388 | |
| PX-SW-1154 | 2018-03-31 | Fannie Mae - Form 10-Q | PLSUM-028592 | PLSUM-028695 | |
| PX-SW-1155 | 2018-06-30 | Fannie Mae Form 10-Q | PLSUM-003926 | PLSUM-004034 | |
| PX-SW-1156 | 2018-06-30 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-Q | PLSUM-016173 | PLSUM-016388 | |
| PX-SW-1157 | 2018-09-30 | Fannie Mae Form 10-Q | PLSUM-001325 | PLSUM-001437 | |
| PX-SW-1158 | 2018-09-30 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-Q | PLSUM-017086 | PLSUM-017256 | |
| PX-SW-1159 | 2018-12-31 | Freddie Mac Form 10-K | PLSUM-001924 | PLSUM-002365 | |
| PX-SW-1160 | 2018-12-31 | Federal National Mortgage Association - Fannie Mae - Form 10-K | PLSUM-023105 | PLSUM-023369 | |
| PX-SW-1161 | 2019-03-31 | Freddie Mac Form 10-Q | PLSUM-004194 | PLSUM-004356 | |
| PX-SW-1162 | 2019-03-31 | Fannie Mae Form 10-Q | PLSUM-009294 | PLSUM-009399 | |
| PX-SW-1163 | 2019-06-30 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-Q | PLSUM-016738 | PLSUM-016910 | |
| PX-SW-1164 | 2019-06-30 | Federal National Mortgage Association - Form 10-Q | PLSUM-026638 | PLSUM-026756 | |
| PX-SW-1165 | 2019-09-27 | Department of Treasury letter to FHFA | PLSUM-020938 | PLSUM-020942 | |
| PX-SW-1166 | 2019-09-27 | U.S. Department of the Treasury Letter to Honorable Mark Calabria | PLSUM-028084 | PLSUM-028088 | |
| PX-SW-1167 | 2019-09-27 | History of Fannie Mae and Freddie Mac Conservatorships | PLSUM-030209 | PLSUM-030212 | |

Plaintiffs' Summary Witness Backup Documents

| Ex. # | Document Date | Description | Beginning Bates Number | End Bates Number | Defendants' Objections |
|---|---|---|---|---|---|
| PX-SW-1168 | 2019-09-30 | Freddie Mac Form 10-Q | PLSUM-020943 | PLSUM-021090 | |
| PX-SW-1169 | 2019-09-30 | Amended and Stated Certificate of Designation of Terms of Variable Liquidation Preference Senior Preferred Stock, Series 2008-2 | PLSUM-029686 | PLSUM-029692 | |
| PX-SW-1170 | 2019-09-30 | Fannie Mae - Form 10-Q | PLSUM-029693 | PLSUM-029818 | |
| PX-SW-1171 | 2019-12-31 | Federal National Mortgage Association - Fannie Mae - Form 10-K | PLSUM-018554 | PLSUM-018819 | |
| PX-SW-1172 | 2019-12-31 | Freddie Mac Form 10-Q | PLSUM-021791 | PLSUM-022215 | |
| PX-SW-1173 | 2020-03-31 | Fannie Mae Form 10-Q | PLSUM-009539 | PLSUM-009660 | |
| PX-SW-1174 | 2020-03-31 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-Q | PLSUM-019147 | PLSUM-019329 | |
| PX-SW-1175 | 2020-06-30 | Federal Home Loan Mortgage Corporation - Freddie Mac Form 10-Q | PLSUM-019444 | PLSUM-019606 | |
| PX-SW-1176 | 2020-06-30 | Fannie Mae Federal National Mortgage Association Form 10-Q | PLSUM-025647 | PLSUM-025787 | |
| PX-SW-1177 | 2020-09-30 | Freddie Mac Form 10-Q | PLSUM-004357 | PLSUM-004525 | |
| PX-SW-1178 | 2020-09-30 | Fannie Mae Form 10-Q | PLSUM-021472 | PLSUM-021617 | |
| PX-SW-1179 | 2020-12-31 | Freddie Mac Form 10-K | PLSUM-012165 | PLSUM-012539 | |
| PX-SW-1180 | 2020-12-31 | Fannie Mae - Federal National Mortgage Association - FORM 10-K | PLSUM-027435 | PLSUM-027757 | |
| PX-SW-1181 | 2021-01-14 | Treasury Letter to FHFA | PLSUM-007083 | PLSUM-007093 | |
| PX-SW-1182 | 2021-01-14 | Letter from Treasury to FHFA | PLSUM-009693 | PLSUM-009703 | |
| PX-SW-1183 | 2021-04-13 | Fannie Mae Fourth Amendment | PLSUM-007076 | PLSUM-007082 | |
| PX-SW-1184 | 2021-04-13 | Freddie Mac Fourth Amendment | PLSUM-007634 | PLSUM-007642 | |
| PX-SW-1185 | 2021-04-13 | Senior Preffered Stock Purchase Agreements | PLSUM-030235 | PLSUM-030239 | |
| PX-SW-1186 | | Fannie Mae Certifcate of Designation of Terms of Non-Cumulative Convertible Series 2004-1 Preferred Stock | PLSUM-005481 | PLSUM-005496 | |
| PX-SW-1187 | | Certificate Of Designation Of Terms Of Variable Rate Non-Cumulative Preferred Stock, Series P | PLSUM-009400 | PLSUM-009408 | |
| PX-SW-1188 | | Fannie  Mae Offering Circular | PLSUM-012820 | PLSUM-012942 | |

Plaintiffs' Summary Witness Backup Documents

| Ex. # | Document Date | Description | Beginning Bates Number | End Bates Number | Defendants' Objections |
|---|---|---|---|---|---|
| PX-SW-1189 | | Freddie Mac: Third Amended And Restated Certificate Of Creation, Designation, Powers, Preferences, Rights, Privileges, Qualifications, Limitations, Restrictions, Terms And Conditions Of Variable Liquidation Preference Senior Preferred Stock (Par Value $1.00 Per Share) | PLSUM-020468 | PLSUM-020475 | |
| PX-SW-1190 | | Excel Spreadsheet | PLSUM-030519 | | |
| PX-SW-1191 | | Excel Spreadsheet | PLSUM-030520 | | |
| PX-SW-1192 | | Excel Spreadsheet | PLSUM-030521 | | |
| PX-SW-1193 | | Fannie Mae Certifcate of Designation of Terms of Non-Cumulative Preferred Stock, Series O | PLSUM-000001 | PLSUM-000007 | |
| PX-SW-1194 | | Certificate of Designation of Terms of 6.75% Non-Cumulative Preferred Stock, Series Q | PLSUM-025986 | PLSUM-025991 | |
| PX-SW-1195 | | Federal Reserve Economic Data | PLSUM-030937 | PLSUM-030937 | |
| PX-SW-1196 | 5/23/2001 | Freddie Mac Preferred Stock Offering Circular | PLSUM-030938 | PLSUM-030986 | |
| PX-SW-1197 | 7/8/2022 | Freddie Mac Form 10-Q, dated July 28, 2022 | PLSUM-030987 | PLSUM-031096 | |
| PX-SW-1198 | 7/9/2022 | Fannie Mae Form 10-Q, dated July 29, 2022 | PLSUM-031097 | PLSUM-031240 | |
| PX-SW-1199 | 11/29/2007 | Freddie Mac Preferred Stock Offering Circular | PLSUM-031241 | PLSUM-031287 | |
| PX-SW-1200 | | Susan Hartman - Summary of Voluminous Records | PLSUM-031288 | PLSUM-031288 | |
| PX-SW-1201 | 6/13/2012 | FHFA 2011 Report to Congress | PLSUM-031289 | PLSUM-031424 | |
| PX-SW-1202 | 6/13/2013 | FHFA 2012 Report to Congress | PLSUM-031425 | PLSUM-031556 | |
| PX-SW-1203 | 9/30/2022 | Fannie Mae Form 10-Q for the Quarterly Period Ended September 30, 2022 | PLSUM-031557 | PLSUM-031703 | |
| PX-SW-1204 | 9/30/2022 | Freddie Mac Form 10-Q for the Quarterly Period Ended September 30, 2022 | PLSUM-031704 | PLSUM-031907 | |
| PX-SW-1205 | 12/31/2022 | Fannie Mae Form 10-K for the Fiscal Year Ended December 31, 2022 | PLSUM-031908 | PLSUM-032228 | |
| PX-SW-1206 | 12/31/2022 | Freddie Mac Form 10-K for the Fiscal Year Ended December 31, 2022 | PLSUM-032229 | PLSUM-032547 | |