UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, CO., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　Defendants. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion in Limine No. 5: To Exclude Evidence Featuring Post Hoc Statements By Former FHFA Directors Melvin Watt and Mark Calabria ("Defendants' Motion") and Plaintiffs' opposition thereto, it is hereby:

**ORDERED** that the Defendants' Motion is **GRANTED**. Plaintiffs' Exhibits 585, 586, 587, 587-A, 588, 589, 589-A, 590, 591, and 592 are hereby excluded from evidence at the upcoming trial.

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge