# EXHIBIT A



# THE END OF AFFORDABLE HOUSING? A REVIEW OF THE TRUMP ADMINISTRATION'S PLANS TO CHANGE HOUSING FINANCE IN AMERICA

## HEARING

BEFORE THE

## COMMITTEE ON FINANCIAL SERVICES

## U.S. HOUSE OF REPRESENTATIVES

ONE HUNDRED SIXTEENTH CONGRESS

FIRST SESSION

———

OCTOBER 22, 2019

———

Printed for the use of the Committee on Financial Services

**Serial No. 116–61**



U.S. GOVERNMENT PUBLISHING OFFICE
42–450 PDF            WASHINGTON : 2020

## HOUSE COMMITTEE ON FINANCIAL SERVICES

MAXINE WATERS, California, *Chairwoman*

| | |
|---|---|
| CAROLYN B. MALONEY, New York | PATRICK McHENRY, North Carolina, *Ranking Member* |
| NYDIA M. VELÁZQUEZ, New York | |
| BRAD SHERMAN, California | ANN WAGNER, Missouri |
| GREGORY W. MEEKS, New York | PETER T. KING, New York |
| WM. LACY CLAY, Missouri | FRANK D. LUCAS, Oklahoma |
| DAVID SCOTT, Georgia | BILL POSEY, Florida |
| AL GREEN, Texas | BLAINE LUETKEMEYER, Missouri |
| EMANUEL CLEAVER, Missouri | BILL HUIZENGA, Michigan |
| ED PERLMUTTER, Colorado | STEVE STIVERS, Ohio |
| JIM A. HIMES, Connecticut | ANDY BARR, Kentucky |
| BILL FOSTER, Illinois | SCOTT TIPTON, Colorado |
| JOYCE BEATTY, Ohio | ROGER WILLIAMS, Texas |
| DENNY HECK, Washington | FRENCH HILL, Arkansas |
| JUAN VARGAS, California | TOM EMMER, Minnesota |
| JOSH GOTTHEIMER, New Jersey | LEE M. ZELDIN, New York |
| VICENTE GONZALEZ, Texas | BARRY LOUDERMILK, Georgia |
| AL LAWSON, Florida | ALEXANDER X. MOONEY, West Virginia |
| MICHAEL SAN NICOLAS, Guam | WARREN DAVIDSON, Ohio |
| RASHIDA TLAIB, Michigan | TED BUDD, North Carolina |
| KATIE PORTER, California | DAVID KUSTOFF, Tennessee |
| CINDY AXNE, Iowa | TREY HOLLINGSWORTH, Indiana |
| SEAN CASTEN, Illinois | ANTHONY GONZALEZ, Ohio |
| AYANNA PRESSLEY, Massachusetts | JOHN ROSE, Tennessee |
| BEN McADAMS, Utah | BRYAN STEIL, Wisconsin |
| ALEXANDRIA OCASIO-CORTEZ, New York | LANCE GOODEN, Texas |
| JENNIFER WEXTON, Virginia | DENVER RIGGLEMAN, Virginia |
| STEPHEN F. LYNCH, Massachusetts | WILLIAM TIMMONS, South Carolina |
| TULSI GABBARD, Hawaii | |
| ALMA ADAMS, North Carolina | |
| MADELEINE DEAN, Pennsylvania | |
| JESÚS "CHUY" GARCIA, Illinois | |
| SYLVIA GARCIA, Texas | |
| DEAN PHILLIPS, Minnesota | |

CHARLA OUERTATANI, *Staff Director*

C O N T E N T S
—————

|  | Page |
|---|---|
| Hearing held on: | |
| October 22, 2019 ........................................................................................... | 1 |
| Appendix: | |
| October 22, 2019 ........................................................................................... | 65 |

WITNESSES

TUESDAY, OCTOBER 22, 2019

| | |
|---|---|
| Calabria, Hon. Mark A., Director, Federal Housing Finance Agency ................. | 8 |
| Carson, Hon. Benjamin S., Sr., Secretary, U.S. Department of Housing and Urban Development ............................................................................................ | 6 |
| Mnuchin, Hon. Steven T., Secretary, U.S. Department of the Treasury ............ | 5 |

APPENDIX

| | |
|---|---|
| Prepared statements: | |
| Calabria, Hon. Mark A. .................................................................................. | 66 |
| Carson, Hon. Benjamin S., Sr. ...................................................................... | 74 |
| Mnuchin, Hon. Steven T. .............................................................................. | 82 |

ADDITIONAL MATERIAL SUBMITTED FOR THE RECORD

| | |
|---|---|
| Waters, Hon. Maxine: | |
| Written statement of the Bond Dealers of America ....................................... | 84 |
| Written statement of the California Association of REALTORS ................. | 87 |
| Written statement of the Credit Union National Association ...................... | 90 |
| Written statement of the Housing Assistance Council ................................. | 93 |
| Written statement of the Main Street GSE Reform Coalition ...................... | 97 |
| Written statement of the National Association of Federally-Insured Credit Unions ........................................................................................................... | 99 |
| Cleaver, Hon. Emanuel: | |
| Written responses to questions submitted to Secretary Carson ................... | 101 |
| McHenry, Hon. Patrick: | |
| Article from The New York Times entitled, "Climate Risk in the Housing Market Has Echoes of Subprime Crisis, Study Finds" ............................... | 106 |

24

other securitized products to fail and that these same hedge funds then blocked shares in the zombie GSEs for pennies on the dollar after the government had bailed out Fannie and Freddie. And what's more, some of those principals at those hedge funds, including John Paulson, have served on advisory committees to the President on this very issue.

My question is, I guess, to Secretary Mnuchin, what sort of conflict of interest vetting took place to conclude that that was appropriate?

Secretary MNUCHIN. First, let me just explain that the Treasury has a giant obligation that needs to be paid back.

Mr. FOSTER. I just want you to describe the conflict of interest vetting.

Secretary MNUCHIN. I understand. But you are saying a premise that these shareholders are getting a benefit of a sweep and—

Mr. FOSTER. Has the trading share price gone up?

Secretary MNUCHIN. I don't really look at the share price one way or another.

Mr. FOSTER. All right. Could you get back to us on that in case you are unaware of it?

Secretary MNUCHIN. As it relates to any conflicts of interest at Treasury, we have full—

Mr. FOSTER. Okay. To the entire Administration and everyone who is making the decisions about the shareholder sweep, I guess that applies, too.

Director Calabria, do you have anything to say about that?

Mr. CALABRIA. Let me first say I very much am on the record over the years in saying in 2008, what we should have done is wiped out the shareholders.

Mr. FOSTER. I agree completely. But that should be your guiding principle going forward instead of putting more money in their pockets.

Mr. CALABRIA. If the circumstances present themselves to where we have to wipe out the shareholders, we will.

Mr. FOSTER. I look forward to that.

However, I was concerned that on October 10th, you participated in an event at George Mason University where you commented that FHFA was looking at ways for Fannie and Freddie to increase their return on equity, which would presumably increase the amount that was eventually going into the shareholders' pockets.

It is completely unclear to me who you are actually working for here, when you make that kind of statement.

Mr. CALABRIA. I am working for the taxpayer, sir.

Mr. FOSTER. Then why are you concerned about the return on equity—

Mr. CALABRIA. Because we need to build—

Mr. FOSTER. —which ends up in the shareholders' pockets?

Mr. CALABRIA. Because these entities are leveraged 500-to-1. It is essential to build capital now before a downturn.

Mr. FOSTER. If you aren't planning on privatizing them. Really, I agree completely that we should have and that we should still wipe out these shareholders, and I look forward to working with you on that.

Thank you. I yield back.