# EXHIBIT A

**From:** Varma, Asim <Asim.Varma@arnoldporter.com>
**Sent:** Wednesday, July 19, 2023 12:32 PM
**To:** Lee Rudy <lrudy@ktmc.com>; Stern, Jonathan L. <Jonathan.Stern@arnoldporter.com>; Bergman, David B. <David.Bergman@arnoldporter.com>; Hoffman, Ian S. <Ian.Hoffman@arnoldporter.com>; Jones, Stanton <Stanton.Jones@arnoldporter.com>
**Cc:** Hamish Hume <hhume@BSFLLP.com>; Robert Kravetz <Robert.Kravetz@blbglaw.com>; Kenya Davis <kdavis@bsfllp.com>
**Subject:** RE: FF voir dire

*External E-Mail*

---

Lee,

Defendants do not consent to either question you proposed.

- (after Q17) In a financial dispute between the U.S. government representing taxpayers and shareholders of a government sponsored financial institution, before hearing any evidence in the case, do you think you might favor either the government or the shareholders?

    Defendants object to this question because it provides an overly simplistic, potentially misleading view of the case and it goes against the concept that jurors need to wait to hear the evidence and instructions before making a decision.

- (after Q 35) Do you have any negative opinions about the stock market or investors who buy shares in companies?

    Defendants object to this question.   We are willing to consider a revision with more traditional voir dire phrasing.

    Do you have any strong feelings or beliefs about the stock market or investors who buy shares in companies that might make it difficult for you to serve as a fair or impartial juror in this case? __yes __no

Thanks, Asim

_____
Asim Varma
Partner

**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW | Washington, DC 20001-3743
T: +1 202.942.5180
asim.varma@arnoldporter.com | www.arnoldporter.com