# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288 (RCL) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion in Limine to Admit Enterprise SEC Filings ("Defendants' Motion"), and Plaintiffs' opposition thereto, it is hereby:

**ORDERED** that the Defendants' Motion is **GRANTED**. The following SEC filings are admitted: DX102, DX103, DX136, DX137, DX158, DX159, DX175, DX176, DX188, DX189, DX212, DX213, DX226, DX227, DX237, DX238, DX252, DX253, DX275, DX276, DX297, DX298, DX327, DX328, DX341, DX342, DX367, DX369, DX420, DX421, DX476, DX477, DX576, DX577, DX597, DX598, DX642, DX645, DX663, DX664, DX674, DX675.

Dated: _____                        _____
                                                 ROYCE C. LAMBERTH
                                                 United States District Judge