# EXHIBIT C

**From:** Hoffman, Ian S. [mailto:Ian.Hoffman@arnoldporter.com]
**Sent:** Saturday, July 22, 2023 9:53 PM
**To:** Varma, Asim <Asim.Varma@arnoldporter.com>; skaplan@bsfllp.com; Jones, Stanton
<Stanton.Jones@arnoldporter.com>; Hamish Hume <hhume@BSFLLP.com>; Lee Rudy <lrudy@ktmc.com>; Eric Zagar
<ezagar@ktmc.com>; Grant Goodhart <GGoodhart@ktmc.com>; Robert Kravetz <Robert.Kravetz@blbglaw.com>; Kenya
K. Davis <kdavis@bsfllp.com>; Michael Barry <mbarry@gelaw.com>; John Kairis <jkairis@gelaw.com>; Brian Barnes
<BBarnes@cooperkirk.com>; John Ramer <jramer@cooperkirk.com>; FHFA_Lawyers <FHFA_Lawyers@bsfllp.com>
**Cc:** Bergman, David B. <David.Bergman@arnoldporter.com>; Mazzullo, Michael <Michael.Mazzullo@arnoldporter.com>;
Peterson, Matthew <Matthew.Peterson@arnoldporter.com>; MCiatti@kslaw.com; mvergow@omm.com
**Subject:** RE: Verdict form and court ruling on SEC reports

**CAUTION**: **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Sam,

In response to your question below about SEC filings, Defendants disagree with Plaintiffs' position and intend to discuss
and display SEC filings in Defendants' opening statement.  As for laying the foundation for admissibility, Defendants
intend to submit a certification from Mr. Satriano under Rules 803(6)(D) and 902(11) that will establish the admissibility
of the SEC filings under Rule 803(6).  That certification is being finalized and we intend to share a copy with you
tomorrow (Sunday).

After we send you the certification, we will ask you (a) whether Plaintiffs will continue to object to the admissibility of
the SEC filings in light of the certification, and (b) whether Plaintiffs will object to Defendants discussing and displaying
SEC filings in their opening statement.

Absent Plaintiffs' agreement, Defendants will file a motion to admit the SEC filings, attaching Mr. Satriano's certification as an exhibit.

We would be pleased to have a meet and confer on these issues if that would be helpful.

Thanks,

Ian