# EXHIBIT D

**From:** Hoffman, Ian S. <Ian.Hoffman@arnoldporter.com>
**Sent:** Sunday, July 23, 2023 7:36 PM
**To:** Samuel Kaplan <skaplan@bsfllp.com>; Varma, Asim <Asim.Varma@arnoldporter.com>; Jones, Stanton <Stanton.Jones@arnoldporter.com>; Hamish Hume <hhume@BSFLLP.com>; Lee Rudy <lrudy@ktmc.com>; Eric Zagar <ezagar@ktmc.com>; Grant Goodhart <GGoodhart@ktmc.com>; Robert Kravetz <Robert.Kravetz@blbglaw.com>; Kenya K. Davis <kdavis@bsfllp.com>; Michael Barry <mbarry@gelaw.com>; John Kairis <jkairis@gelaw.com>; Brian Barnes <BBarnes@cooperkirk.com>; John Ramer <jramer@cooperkirk.com>; FHFA_Lawyers <FHFA_Lawyers@bsfllp.com>
**Cc:** Bergman, David B. <David.Bergman@arnoldporter.com>; Mazzullo, Michael <Michael.Mazzullo@arnoldporter.com>; Peterson, Matthew <Matthew.Peterson@arnoldporter.com>; MCiatti@kslaw.com; mvergow@omm.com
**Subject:** RE: Verdict form and court ruling on SEC reports

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Sam,

Please see the attached declaration of Mr. Satriano.

Per my email below, please let us know as soon as possible (a) whether Plaintiffs will continue to object to the admissibility of the SEC filings in light of Mr. Satriano's declaration, and (b) whether Plaintiffs will object to Defendants discussing and displaying SEC filings in their opening statement.

Absent Plaintiffs' agreement, Defendants will file a motion to admit the SEC filings, potentially as soon as tomorrow (Monday) morning.

We would be pleased to meet and confer on these issues if you think that would be helpful, and we can make ourselves available this evening or in the morning as well.

Thanks,

Ian