# EXHIBIT D

**From:** Samuel Kaplan <skaplan@bsfllp.com>
**Sent:** Friday, July 21, 2023 2:18:52 PM
**To:** Jones, Stanton <Stanton.Jones@arnoldporter.com>; Hamish Hume <hhume@BSFLLP.com>; Lee Rudy <lrudy@ktmc.com>; Eric Zagar <ezagar@ktmc.com>; Grant Goodhart <GGoodhart@ktmc.com>; Robert Kravetz <Robert.Kravetz@blbglaw.com>; Kenya K. Davis <kdavis@bsfllp.com>; Michael Barry <mbarry@gelaw.com>; John Kairis <jkairis@gelaw.com>; Brian Barnes <BBarnes@cooperkirk.com>; John Ramer <jramer@cooperkirk.com>; FHFA_Lawyers <FHFA_Lawyers@bsfllp.com>
**Cc:** Varma, Asim <Asim.Varma@arnoldporter.com>; Bergman, David B. <David.Bergman@arnoldporter.com>; Hoffman, Ian S. <Ian.Hoffman@arnoldporter.com>; Mazzullo, Michael <Michael.Mazzullo@arnoldporter.com>; Peterson, Matthew <Matthew.Peterson@arnoldporter.com>; zzz.External.MCiatti@kslaw.com <MCiatti@kslaw.com>; zzz.External.mvergow@omm.com <mvergow@omm.com>
**Subject:** Verdict form and court ruling on SEC reports

External E-mail

Thanks for your email, Stanton.  We disagree.  Those citations do not suggest that the words "third amendment" are part of "the correct legal standard," nor is there any basis for the suggestion.  "Third Amendment" was just how the opinion referred to the net worth sweep in the quoted sections in evaluating if it violated the implied covenant.  It therefore appears that the parties will need to brief the issue.  We will file a motion and can discuss an appropriate response time.

Additionally, given the Court's ruling on the SEC reports, it is our position that Defendants should not be permitted to refer to the SEC reports in their opening statement.  We request that you let us know no later than tomorrow if Defendants agree or if Defendants intend or reserve the right to refer to SEC reports in opening statement.  If Defendants intend to do so, we further request that you include a proffer of how you intend to lay the foundation for the admissibility of the reports.  We are happy to have a call to meet and confer on this if helpful.

Best,

Sam


**Samuel C. Kaplan**
Partner

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t)  +1 202 274-1163
skaplan@bsfllp.com

4