# EXHIBIT G

```
                    BEFORE THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLUMBIA


  FAIRHOLME FUNDS, INC., et al.,   .
                                   .
          Plaintiffs,              .
                                   .  Case Number 13-cv-1053
      vs.                          .
                                   .
  FEDERAL HOUSING FINANCE AGENCY,  .
  et al.,                          .
                                   .
          Defendants.              .
  - - - - - - - - - - - - - - - -
  In re FANNIE MAE/FREDDIE MAC     .  Case Number 13-mc-1288
  SENIOR PREFERRED STOCK PURCHASE  .
  AGREEMENT CLASS ACTION           .  Washington, D.C.
  LITIGATIONS.                     .  October 28, 2022
  - - - - - - - - - - - - - - - -     10:09 a.m.


              TRANSCRIPT OF JURY TRIAL, MORNING SESSION
                BEFORE THE HONORABLE ROYCE C. LAMBERTH
                      UNITED STATES DISTRICT JUDGE

  APPEARANCES:

  For Berkley Plaintiffs:      BRIAN BARNES, ESQ.
                               Cooper & Kirk, PLLC
                               1523 New Hampshire Avenue Northwest
                               Washington, D.C. 20036

  For Class Plaintiffs:        LEE RUDY, ESQ.
                               ERIC ZAGAR, ESQ.
                               Kessler Topaz Meltzer & Check, LLP
                               280 King of Prussia Road
                               Radnor, Pennsylvania 19087

                               HAMISH HUME, ESQ.
                               SAMUEL KAPLAN, ESQ.
                               KENYA DAVIS, ESQ.
                               Boies Schiller Flexner LLP
                               1401 New York Avenue Northwest
                               Washington, D.C. 20005


                           -- continued --
```

1  the Government Accountability Office, and I worked in an area
2  covering financial markets and financial institutions.
3  Q.    And then you eventually joined OFHEO, the predecessor of
4  FHFA?
5  A.    Right, with some other moves in between.
6  Q.    And so you spent most of your career at FHFA; is that
7  right?
8  A.    That's right.
9  Q.    And can you tell the jury briefly what is -- what do you do
10 as FHFA's chief accountant?
11 A.    Okay.  So FHFA, as you may have heard already, is a
12 regulatory agency which oversees the secondary mortgage market,
13 which primarily includes Fannie Mae, Freddie Mac, and the
14 federal home loan banks.
15       My role is to run the Office of the Chief Accountant.  We
16 do that by issuing accounting- and auditing-related guidance to
17 our regulated entities, Fannie and Freddie.  The primary areas
18 where we spend the most of our time in the accounting office is
19 looking at accounting policy, how management records and decides
20 how to record transactions.
21       We also look at financial disclosures.  I will assume
22 you've heard a lot about the SEC filings the last week.  So
23 that's the things -- those are the kinds of documents we spent a
24 lot of time reviewing and commenting on to ensure completeness
25 and transparency.