UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, et al., <br><br> *Defendants*. | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS <br> _____ <br><br> This document relates to: <br> ALL CASES | Case No. 1:13-mc-1288-RCL |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REPLACE THE WORDS "THIRD AMENDMENT" WITH THE WORDS "NET WORTH SWEEP" IN QUESTIONS 1 AND 2 OF VERDICT FORM**

Upon consideration of Plaintiffs' Motion To Replace The Words "Third Amendment" With The Words "Net Worth Sweep" In Questions 1 And 2 Of Verdict Form, and any opposition thereto, and for the reasons stated in Plaintiffs' motion, it is hereby

**ORDERED** that Plaintiffs' motion is **GRANTED**; and it is further

**ORDERED** that the first two questions on the verdict form will read as follows:

> **Question No. 1**
>
> Did the Plaintiffs prove by a preponderance of the evidence that FHFA, in its role as the Conservator of Fannie Mae and Freddie Mac, acted arbitrarily or unreasonably in entering into the Net Worth Sweep, thereby violating the

reasonable expectations of holders of Fannie Mae junior preferred stock, Freddie Mac junior preferred stock, and/or Freddie Mac common stock?

**Question No. 2:**

Did the Plaintiffs prove by a preponderance of the evidence that the Fannie Mae junior preferred shareholders, the Freddie Mac junior preferred shareholders, and/or the Freddie Mac common shareholders sustained harm as a result of the Net Worth Sweep?

**SO ORDERED**.


Dated: _____                                      _____

ROYCE C. LAMBERTH,
United States District Judge