# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

In re Fannie Mae/Freddie Mac Senior
Preferred Stock Purchase Agreement Class
Action Litigations

Misc. Action No. 13-mc-1288 (RCL)

<u>CLASS ACTION</u>

THIS DOCUMENT RELATES TO:
ALL CASES

# EXPERT REPORT OF ANJAN V. THAKOR, Ph.D.

# CONFIDENTIAL AND SUBJECT TO PROTECTIVE ORDER

August 12, 2021

**PRIVILEGED AND CONFIDENTIAL**

**TABLE OF CONTENTS**

| | | |
|---|---|---|
| I. | QUALIFICATIONS | 1 |
| II. | ASSIGNMENT AND REMUNERATION | 3 |
| III. | BACKGROUND | 4 |
| IV. | SUMMARY OF OPINIONS | 7 |
| V. | BANK LOAN COMMITMENTS AND THE ECONOMIC RATIONALE FOR COMMITMENT FEES | 11 |
| VI. | THE PSPA LANGUAGE WITH RESPECT TO THE PCF LACKS THE TYPE OF LANGUAGE THAT IS TYPICALLY PRESENT FOR A CALCULATION OF AN APPROPRIATE LOAN COMMITMENT FEE | 13 |
| VII. | AVAILABLE SOURCES FOR CALCULATING AN APPROPRIATE FEE YIELD THE CONCLUSION THAT TREASURY HAS BEEN FULLY COMPENSATED WITHOUT A FEE | 15 |
| | A. Commercial Loan Commitment Fees | 15 |
| | B. Government Assistance Provided to Large Institutions During the Financial Crisis | 18 |
| |    1. The CPP under TARP | 18 |
| |    2. AIG | 20 |
| | C. Summary | 24 |
| VIII. | IF A PCF IS REQUIRED TO BE CHARGED, FEDERAL DEPOSIT INSURANCE IS THE MOST APPROPRIATE SOURCE FOR CALCULATING THE PCF AND YIELDS A FEE OF 2.5 TO 45 BASIS POINTS | 24 |
| IX. | CONCLUSION | 26 |

securitization, bank capital, bank regulation, financial crises, bailouts, capital market activities, security design, payout policy, financial metrics, capital allocation, and financial valuation.

**II.     ASSIGNMENT AND REMUNERATION**

8.      I have been retained by Boies Schiller Flexner LLP, Bernstein Litowitz Berger & Grossmann LLP, Grant & Eisenhofer PA, Dentons US LLP, and Kessler Topaz Meltzer & Check LLP ("Counsel") as counsel for the Junior Preferred Shareholders of Fannie Mae, the Common and Junior Preferred Shareholders of Freddie Mac, and Arrowood Indemnity Company (the "Plaintiffs") to offer my expert opinion on (i) what, if any, commercially reasonable methods would have been available to set a periodic commitment fee ("PCF") under the Senior Preferred Stock Purchase Agreements ("PSPA"), as amended, between Fannie Mae and Freddie Mac and the U.S. Department of the Treasury ("Treasury") and (ii) in light of that conclusion, what an appropriate fee would have been (if any) if there had been no Third Amendment to the PSPA. I also have been requested by Counsel to consider whether the amount of an appropriate fee would vary depending upon whether the fee was implemented on January 1, 2013, January 1, 2016, and upon recapitalization of the GSEs.

9.      The analyses and opinions expressed in this report (the "Report") are my own, and are based on my experience, professional judgment, knowledge, and expertise I have developed in more than 35 years of teaching, publishing and editing research, and consulting on various economic, banking, and corporate finance topics. I have researched, published, taught and written about, as well as used in my consulting work, many of the concepts related to bank regulation, bank loan commitments, different types of regulatory capital including preferred and common stock, government-sponsored enterprises (GSEs), mortgage securitization, mortgage defaults, economic losses, and the dynamics of financial crises, all of which are directly relevant to this