# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Case No. 1:13-cv-1053-RCL |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Replace the Words "Third Amendment" with the Words "Net Worth Sweep" in Questions 1 and 2 of Verdict Form ("Plaintiffs' Motion"), Defendants' opposition, and any reply thereto, it is hereby:

**ORDERED** that Plaintiffs' Motion is **DENIED**.

Dated: _____    _____
                                    ROYCE C. LAMBERTH
                                    United States District Judge