# EXHIBIT A

Message

| | |
|---|---|
| **From**: | Hynes, Robert [/O=FHFA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HYNESR] |
| **Sent**: | 8/17/2012 3:22:08 PM |
| **To**: | !DHMG Office of Systemic Risk and Market Surveillance [osrms@fhfa.gov]; !OFA [!ofa@fhfa.gov]; Ashley, Timothy [timothy.ashley@fhfa.gov]; Barnes, Kenneth [kenneth.barnes@fhfa.gov]; Bartholomew, Alexandra (Intern) [alexandra.bartholomew@fhfa.gov]; Beard, Michael [michael.beard@fhfa.gov]; Bell, James [james.bell@fhfa.gov]; Bravenec, Bill [bill.bravenec@fhfa.gov]; Breitkopf, Mendy [mendy.breitkopf@fhfa.gov]; Burns, Meg [meg.burns@fhfa.gov]; Callahan, Jim [jim.callahan@fhfa.gov]; Campbell, Linda [linda.campbell@fhfa.gov]; Christopher Poor [christopher.poor@fhfaoig.gov]; Chu, Sai-Cheong [sai-cheong.chu@fhfa.gov]; Collender, Robert [robert.collender@fhfa.gov]; Cross, Stephen [stephen.cross@fhfa.gov]; DeMarco, Edward [edward.demarco@fhfa.gov]; Dickerson, Chris [chris.dickerson@fhfa.gov]; Dickey, Jerimiah (Intern) [jerimiah.dickey@fhfa.gov]; DiVenti, Theresa [theresa.diventi@fhfa.gov]; Duarte, Ricardo [ricardo.duarte@fhfa.gov]; Dunsky, Robert [robert.dunsky@fhfa.gov]; Freimuth, David [david.freimuth@fhfa.gov]; Galeano, Andre D. [andre.galeano@fhfa.gov]; Galloway, Chris [chris.galloway@fhfa.gov]; Graham, Fred C. [fred.graham@fhfa.gov]; Greenlee, Jon [jon.greenlee@fhfa.gov]; Gubich, Denise [denise.gubich@fhfa.gov]; Hemphill, James M [mike.hemphill@fhfa.gov]; Steven Henderson-White [steven.henderson@fhfaoig.gov]; Holmes, Ira [ira.holmes@fhfa.gov]; Hornsby, Richard [rick.hornsby@fhfa.gov]; Kane, Michael [michael.kane@fhfa.gov]; Koon, Jon [jon.koon@fhfa.gov]; Kornstein, Randi [randi.kornstein@fhfa.gov]; Kvartunas, Deirdre [deirdre.kvartunas@fhfa.gov]; Lawler, Patrick [patrick.lawler@fhfa.gov]; Lee, Timothy [timothy.lee@fhfa.gov]; Levine, Martin [martin.levine@fhfa.gov]; Levinson, Masha [masha.levinson@fhfa.gov]; Linick, Steve [steve.linick@fhfa.gov]; Martin, Bradford [bradford.martin@fhfa.gov]; McNicholas, John [john.mcnicholas@fhfa.gov]; McWilliams, Bruce [bruce.mcwilliams@fhfa.gov]; Millman, Phillip [phillip.millman@fhfa.gov]; Newell, Jamie [jamie.newell@fhfa.gov]; Pafenberg, Forrest [forrest.pafenberg@fhfa.gov]; Patrabansh, Saty [saty.patrabansh@fhfa.gov]; Peden, Sheila [sheila.peden@fhfa.gov]; Petrillo, Guy [guy.petrillo@fhfa.gov]; Phelps, Jack [jack.phelps@fhfa.gov]; Phillips, Wesley [wesley.phillips@fhfa.gov]; Pocsik, Peter [peter.pocsik@fhfa.gov]; Prendergast, Joseph [joseph.prendergast@fhfa.gov]; Rhinesmith, Alan [alan.rhinesmith@fhfa.gov]; Rizopoulos, Doreen [doreen.rizopoulos@fhfa.gov]; Roberts, Peter [peter.roberts@fhfa.gov]; Sar, Prasant [prasant.sar@fhfa.gov]; Seide, David [david.seide@fhfa.gov]; Sharpley, Christopher [christopher.sharpley@fhfa.gov]; Silva, Stacey [stacey.silva@fhfa.gov]; Smith, Stephen [stephen.smith@fhfa.gov]; Stewart, Randal [randal.stewart@fhfa.gov]; Taylor, Mary Ellen [maryellen.taylor@fhfa.gov]; Tirinnanzi, Martha [martha.tirinnanzi@fhfa.gov]; Ugoletti, Mario [mario.ugoletti@fhfa.gov]; Walter, Karen [karen.walter@fhfa.gov]; Wisz, Gerald [gerald.wisz@fhfa.gov]; Heath Wolfe [heath.wolfe@fhfaoig.gov]; Woody, Adam (Brock) [adam.woody@fhfa.gov]; Wu, Simon [simon.wu@fhfa.gov]; Youmans, Russell [russell.youmans@fhfa.gov]; Zhang, Min [min.zhang@fhfa.gov] |
| **Subject**: | Capital Markets Update...Treasuries bouncing from worst levels of week...Credit spreads...Consumer Confidence...Treasury announcement tightens agency debt spreads, less impact on MBS...EU...Later |

Treasuries are rebounding this morning after a week that saw the 10YR Note lose 25 basis points from last Friday's close. Traders are split regarding whether this constitutes the beginning of a new trading range for the benchmark or whether today's supportive bid is simply short covering in front of the weekend. If the latter is true Treasuries might turnaround as the day wears on.

Protected Information To Be Disclosed Only In Accordance With Protective Order

Exhibit 0002



Credit spreads are generally wider today. 3-month libor was set higher at 0.43450 in the morning fixing and swap spreads/Tsy are incrementally wider.



The Treasury Department's announcement earlier today regarding changes to the Preferred Stock Purchase Agreements (PSPAs) that are intended to expedite the wind-down of Fannie Mae and Freddie Mac is having more of an immediate impact on agency debt than MBS. While spreads across the curve are tighter, the farther out the maturity, the tighter the spread. 2- and 3-year bullets are 1.0 to 1.5 bps tighter, 5-year paper is 2.0-3.0 bps tighter and the 10YR Freddie Mac Reference Note (FHLMC 2.375% 1/13/2022) is 6 bps tighter. The rationale is that as the Enterprises wind down there will be less longer term debt issued, leaving investors to fight over existing supply. Also, it is more likely that buyers will squirrel away existing holdings, reducing the float of available supply in the secondary market. The Fannie Mae 3YR Benchmark Note that was priced +12.0 bps/Tsy earlier this week is currently quoted 9.5 – 8.5 on the broker screens.

The reaction in MBS trading has been almost a non-event. The reason is that the Enterprises still remain the primary conduit for mortgage finance, so production is unlikely to be effected by today's announcement. The current coupon MBS continues to widen vs. long Treasuries this morning even though the current coup's yield is the highest in two months. The takeaway is that investors are still cautious about catching a falling market and that the 10YR Note could just as easily be above 2.00% a week from now as below 1.70%.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0410593



The coupon stack reflects the price action in Treasuries; cusp coupons are higher while higher coups are close to unchanged. One exception is the Freddie 6.00% coup, but the spike higher may be more a function of a lack of supply than anything else.

| Fannie Cpn. | Px. | Change |
|---|---|---|
| 3.00 | 102-06 | +6/32 |
| 3.50 | 104-22 | +4/32 |
| 4.00 | 106-10 | +3/32 |
| 4.50 | 107-18 | +1/32 |
| 5.00 | 108-20 | +1/32 |
| 5.50 | 109-12 | +1/32 |
| 6.00 | 110-00 | +1/32 |
| Freddie Cpn. | Px. | Change |
| 3.00 | 101-28 | +5/32 |
| 3.50 | 104-16 | +4/32 |
| 4.00 | 106-02 | +4/32 |
| 4.50 | 106-27 | +1/32 |
| 5.00 | 107-30 | +2/32 |
| 5.50 | 109-00 | +3/32 |
| 6.00 | 109-26 | +7/32 |

EU…Developments today:
- German Chancellor Angela Merkel's comments supportive of the ECB yesterday happened concurrent with the close of European markets and thus were not fully priced in when trading ceased yesterday. The knock-on effect is showing up in today's prices, though, and yields for Spanish, Portuguese and Italian sovereign debt are trending lower.

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0410594



- According to press reports Merkel may also be reevaluating her stance against modifying terms for the Greek bailout. While Germany is still likely to hold a strident line on austerity measures, easing timelines for those moves will allow the situation to play out over a longer span, which in turn takes out some of the urgency to move into "safe" assets such as German bunds and U.S. Treasuries.
- The euro is trading lower at 1.2304 vs. the dollar.

Later…Traders are having to recalibrate their thinking regarding "over the weekend" headline risk. Whereas that overhang has been supportive of Treasury yields for much of this year the past month has shown that the needle can point in more than one direction. Look for agency debt spreads to tighten on the Treasury Dept. news but for yields to rise as investors may decide to lighten up on Treasuries as the 10YR Note struggles to establish a support level.

Bob Hynes

*Robert F. Hynes, Jr.*
Principal Financial Analyst – Capital Markets
Office of Systemic Risk and Market Surveillance
Federal Housing Finance Agency
202-834-3798 (office)
781-635-6144 (mobile)
Robert.Hynes@fhfa.gov

Protected Information To Be Disclosed Only In Accordance With Protective Order       FHFA-DDC-0410595