**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| BERKLEY INSURANCE CO., et al., *Plaintiffs*, v. THE FEDERAL HOUSING FINANCE AGENCY, et al., *Defendants*. | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS  _____  This document relates to: ALL CASES | Case No. 1:13-mc-1288-RCL |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION REGARDING THE COURT'S JULY 21, 2023 DECISION REGARDING THE ADMISSIBILITY OF DR. ATTARI'S TESTIMONY**

Upon consideration of Plaintiffs' Motion for Clarification Regarding the Court's July 21, 2023 Decision Regarding the Admissibility of Dr. Attari's Testimony, and any opposition thereto, and for the reasons stated in Plaintiffs' motion, it is hereby

**ORDERED** that Plaintiffs' motion is **GRANTED**; and it is further

**SO ORDERED**.

Dated: _____

_____
ROYCE C. LAMBERTH,
United States District Judge