# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Case No. 1:13-cv-1053-RCL |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Clarification Regarding the Court's July 21, 2023 Decision Regarding the Admissibility of Dr. Attari's Testimony ("Plaintiffs' Motion"), Defendants' opposition, and any reply thereto, it is hereby:

**ORDERED** that Plaintiffs' Motion is **DENIED**.

Dated: _____

_____
ROYCE C. LAMBERTH
United States District Judge