UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288 (RCL) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for a Curative Instruction Regarding Plaintiffs' Statement to The Jury That a Document Was "Never Produced in This Case" ("Defendants' Motion"), and Plaintiffs' opposition thereto, it is hereby:

**ORDERED** that the Defendants' Motion is **GRANTED**.  The Court shall grant the following instruction to the jury at the first opportunity:

During the cross examination of Mr. Satriano, the Chief Accountant of FHFA, there was a statement by Plaintiffs' counsel that a document related to the "Deferred Tax Asset" or "DTA" issue was "never produced in this case."

That statement was inaccurate. The document in question was produced by Defendants to the Plaintiffs in the pretrial discovery process. You should disregard the suggestion that Defendants did not produce documents in this case as required.

Dated: _____

_____
ROYCE C. LAMBERTH
United States District Judge