# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>    *Defendants*. | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion in Limine to Preclude Defendants From Making Any Price Recovery Arguments in Their Closing Argument, and any opposition thereto, and for the reasons stated in Plaintiffs' motion, it is hereby,

**ORDERED** that Plaintiffs' motion is **GRANTED.**

Dated: _____

BY THE COURT:

_____
Royce C. Lamberth,
United States District Judge