# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>*Defendants*. | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Opposition to Defendants' Motion for a Curative Instruction Regarding Plaintiffs' Statement to the Jury That a Document "Was Never Produced in This Case," and for the reasons stated in Plaintiffs' opposition, it is hereby,

**ORDERED** that Defendants' motion is **DENIED.**

Dated: _____

BY THE COURT:

_____
Royce C. Lamberth,
United States District Judge