## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>         *Plaintiffs*,<br><br>    v.<br><br>THE FEDERAL HOUSING FINANCE<br>AGENCY, et al.,<br><br>         *Defendants.* | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC<br>SENIOR PREFERRED STOCK<br>PURCHASE AGREEMENT CLASS<br>ACTION LITIGATIONS<br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for a Curative Instruction, and any opposition thereto, and for the reasons stated in Plaintiffs' motion, it is hereby,

**ORDERED** that Plaintiffs' motion is **GRANTED.**


Dated: _____


BY THE COURT:

_____
Royce C. Lamberth,
United States District Judge