# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE FEDERAL HOUSING FINANCE AGENCY, et al., <br><br> *Defendants.* | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS <br><br> _____ <br><br> This document relates to: <br> ALL CASES | Case No. 1:13-mc-1288-RCL |

## JOINT SUBMISSION OF DEPOSITION DESIGNATIONS
## AS PLAYED DURING TRIAL

The parties hereby submit the transcripts of the video testimony presented to the jury by deposition designation at trial.  The transcripts attached are the following:

### Played in Plaintiffs' Case-in-Chief

1. Joseph Cacciapalle (Exhibit A)

2. Mukarram Attari, Ph.D. (Exhibit B)

3. Mario Ugoletti (Exhibit C)

4. David Benson (Exhibit D)

5. Timothy Mayopoulos (Exhibit E)

6. James Lockhart (Exhibit F)

**Played in Defendants' Case-in-Chief**

7.  James Lockhart (Exhibit G)

8.  Timothy Mayopoulos (Exhibit H)

9.  Donald Layton (Exhibit I)

The parties hereby submit the transcript of the video testimony presented to the jury during

the cross-examination of Mr. DeMarco at trial.  The following transcript is attached:

10. Edward DeMarco (Exhibit J)

Dated: August 10, 2023                              Respectfully submitted,

/s/ *Charles J. Cooper*                             /s/ *Eric L. Zagar*
Charles J. Cooper (Bar No. 24870)            Eric L. Zagar (*Pro Hac Vice*)
David H. Thompson (Bar No. 450503)        **KESSLER TOPAZ**
Vincent J. Colatriano (Bar No. 429562)       **MELTZER & CHECK, LLP**
Peter A. Patterson (Bar No. 998668)          280 King of Prussia Rd.
Brian W. Barnes (*Pro Hac Vice*)             Radnor, PA 19087
**COOPER & KIRK, PLLC**                     Tel: (610) 667-7706
1523 New Hampshire Avenue, N.W.             Fax: (610) 667-7056
Washington, DC 20036                         ezagar@ktmc.com
Tel: (202) 220-9600
Fax: (202) 220-9601                          Hamish P.M. Hume (Bar No. 449914)
ccooper@cooperkirk.com                       Samuel C. Kaplan (Bar No. 463350)
                                             **BOIES SCHILLER FLEXNER LLP**
*Counsel for Berkley Plaintiffs, et al.*     1401 New York Ave. NW
                                             Washington, DC 20005
                                             Tel: (202) 237-2727
                                             Fax: (202) 237-6131
                                             hhume@bsfllp.com
                                             skaplan@bsfllp.com

                                             Michael J. Barry (*Pro Hac Vice*)
                                             **GRANT & EISENHOFER, P.A.**
                                             123 Justison Street
                                             Wilmington, DE 19801
                                             Tel: (302) 622-7000
                                             Fax: (302) 622-7100
                                             mbarry@gelaw.com

Robert F. Kravetz (*Pro Hac Vice*)
Adam Wierzbowski (*Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
robert.kravetz@blbglaw.com
adam@blbglaw.com

*Co-Lead Counsel for the Class*

/s/ *Asim Varma*
Asim Varma (D.C. Bar # 426364)
Jonathan L. Stern (D.C. Bar #375713)
David B. Bergman (D.C. Bar # 435392)
Ian S. Hoffman (D.C. Bar # 983419)
R. Stanton Jones (D.C. Bar # 987088)
**ARNOLD & PORTER KAYE SCHOLER**
**LLP**
601 Massachusetts Ave NW
Washington, DC 20001
(202) 942-5000
Asim.Varma@arnoldporter.com
Jonathan.Stern@arnoldporter.com
David.Bergman@arnoldporter.com
Ian.Hoffman@arnoldporter.com
Stanton.Jones@arnoldporter.com

*Attorneys for Defendant Federal Housing*
*Finance Agency*

/s/ *Michael J. Ciatti*
Michael J. Ciatti (D.C. Bar #467177)
**KING & SPALDING LLP**
1700 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 661-7828
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorney for the Federal Home Loan*
*Mortgage Corp.*

/s/ *Meaghan VerGow*
Meaghan VerGow (D.C. Bar # 977165)
**O'MELVENY & MYERS LLP**
1625 Eye St. NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Attorney for the Federal National Mortgage*
*Association*

3