# EXHIBIT B

# Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"

Designation List Report

**Attari, Mukarram**  2022-02-14

| Our Designations | 00:03:39 |
|---|---|
| **TOTAL RUN TIME** | **00:03:39** |

Documents linked to video:
OLDP375



ID: Attari_New

**Attari_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 233:19 - 236:11 | **Attari, Mukarram 2022-02-14** | 00:02:50 | Attari_New.1 |

🔗 OLDP375.1

| | | |
|---|---|---|
| 233:19 | | (Deposition Exhibit 21 was marked |
| 233:20 | | for identification.) |
| 233:21 | | MS. VARMA: Is this Exhibit 21? |
| 233:22 | | MR. BARNES: Yes. I'm sorry, Asim. |
| 234:01 | | Yes, it's Exhibit 21. |
| 234:02 | | MS. VARMA: Okay. |
| 234:03 | | BY MR. BARNES: |
| 234:04 | Q. | When was the last time you saw this |
| 234:05 | | document? |
| 234:06 | A. | Relatively recently. |
| 234:07 | Q. | And how did you consider this |
| 234:08 | | document when formulating your opinions in this |
| 234:09 | | case? |
| 234:10 | A. | It was a piece of analysis that we |
| 234:11 | | had done early on in this case. |
| 234:12 | Q. | Okay. And I think the document |
| 234:13 | | makes reference to an underlying statistical |
| 234:14 | | regression. |
| 234:15 | | Does that sound familiar to you? |
| 234:16 | A. | Probably. I am just looking for |
| 234:17 | | where because -- |

🔗 OLDP375.14

| | | |
|---|---|---|
| 234:18 | Q. | Yeah. I'm sorry. I don't have the |
| 234:19 | | exact slide number. I think it's on Page 13. |
| 234:20 | | The title there is: "Dates With Significant |
| 234:21 | | Excess Returns." |
| 234:22 | A. | Yes. |
| 235:01 | Q. | And I think this is -- this looks |
| 235:02 | | like it was a statistical analysis of excess |
| 235:03 | | returns associated with Fannie and Freddie |
| 235:04 | | common and junior preferred stock; is that |
| 235:05 | | right? |
| 235:06 | A. | Yes. |
| 235:07 | Q. | And in preparing your opinions in |
| 235:08 | | this case, did you consult the underlying |
| 235:09 | | regression model that is being referred to |
| 235:10 | | here? |
| 235:11 | A. | Not really, no. I mean, when you |
| 235:12 | | say in preparing my opinions in this case, at |
| 235:13 | | some point over the last two years or whenever, |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 235:14 | this -- this is what -- yeah.  So at some point | | |
| | 235:15 | between when this was done and now, I probably | | |
| | 235:16 | looked at the statistical model -- | | |
| | 235:17 | Q. Okay -- | | |
| | 235:18 | A. -- or knew about the statistical | | |
| | 235:19 | model. | | |
| | 235:20 | Q. And when we are talking about the | | |
| | 235:21 | statistical model, I -- I assume -- tell me if | | |
| | 235:22 | I've got this wrong -- what we are talking | | |
| | 236:01 | about is some kind of Excel spreadsheet; is | | |
| | 236:02 | that correct? | | |
| | 236:03 | A. It would depend on who ran it.  It | | |
| | 236:04 | would be -- I -- I would not have looked at the | | |
| | 236:05 | actual model itself.  I would have looked at | | |
| | 236:06 | the results from the model, a description of | | |
| | 236:07 | the model. | | |
| | 236:08 | Q. Okay.  It would have been something | | |
| | 236:09 | other than just this -- this Slide 13, though; | | |
| | 236:10 | is that right? | | |
| | 236:11 | A. Probably, yes. | | |
| 237:11 - 238:08　🔗 OLDP375.1 | **Attari, Mukarram 2022-02-14** | | 00:00:50 | Attari_New.2 |
| | 237:11 | Q. Okay.  And to the extent you know, | | |
| | 237:12 | can you specifically identify the people who | | |
| | 237:13 | were involved in preparing this document we are | | |
| | 237:14 | looking at now. | | |
| | 237:15 | A. It -- it would be members of the CRA | | |
| | 237:16 | team.  I don't know who specifically worked on | | |
| | 237:17 | this. | | |
| | 237:18 | Q. Okay.  Okay.  And who was the -- | | |
| | 237:19 | A. Sorry.  Can I -- can you ask that | | |
| | 237:20 | question again just so I make sure I answer it. | | |
| | 237:21 | Q. Sure.  Of course.  So I am asking | | |
| | 237:22 | for the specific names of the people who helped | | |
| | 238:01 | prepare this document we are looking at. | | |
| | 238:02 | A. One of those people would be me -- | | |
| | 238:03 | Q. Okay. | | |
| | 238:04 | A. -- and then other members of the | | |
| | 238:05 | team. | | |
| | 238:06 | Q. Other than -- other than you, you | | |
| | 238:07 | don't know; is that right? | | |

**Attari_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 238:08   A.   Sitting here, I don't know. | | |

| | | | |
|---|---|---|---|
| | Our Designations | 00:03:39 | |
| | **TOTAL RUN TIME** | **00:03:39** | |

Documents linked to video:
OLDP375