# EXHIBIT C

# Per Plfs Pretrial Statement "Played in Plaintiffs' Case"

Designation List Report

 **Ugoletti, Mario**              **2015-05-15**

| Our Designations | 00:12:01 |
|---|---|
| **TOTAL RUN TIME** | **00:12:01** |



ID: Ugoletti_New

Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:01 - 13:02 | **Ugoletti, Mario 2015-05-15** | 00:00:08 | Ugoletti_New.1 |
| | 13:01  MARIO UGOLETTI, | | |
| | 13:02  having been first duly sworn, testified as follows: | | |
| 16:04 - 16:13 | **Ugoletti, Mario 2015-05-15** | 00:00:20 | Ugoletti_New.2 |
| | 16:04  All right. So let's start with your | | |
| | 16:05  educational background. Where did you go to college? | | |
| | 16:06  A.  Starting in undergraduate, I -- | | |
| | 16:07  Q.  Yes, sir. | | |
| | 16:08  A.  -- assume. | | |
| | 16:09  Yes, I went to undergraduate at Mercyhurst | | |
| | 16:10  College in Erie, Pennsylvania. | | |
| | 16:11  Q.  Okay. And what did you major in? | | |
| | 16:12  A.  My major was hotel/restaurant management | | |
| | 16:13  at that time. | | |
| 17:10 - 18:06 | **Ugoletti, Mario 2015-05-15** | 00:00:47 | Ugoletti_New.3 |
| | 17:10  Q.  Okay. Great. Then -- so and what year | | |
| | 17:11  did you graduate from college? | | |
| | 17:12  A.  1984. | | |
| | 17:13  Q.  Okay. And then when did you cease being a | | |
| | 17:14  golf pro? | | |
| | 17:15  A.  Well, after those two years in Ohio, it | | |
| | 17:16  sounds like a very exciting job and very fun job, but | | |
| | 17:17  I think when you're actually in the business, you -- | | |
| | 17:18  you realize that you work very long hours, you don't | | |
| | 17:19  play much golf, and it's not a very -- not that great | | |
| | 17:20  of a job. And so I kind of got tired of being a golf | | |
| | 17:21  professional and decided that, well, I think I need | | |
| | 17:22  to go back to school. | | |
| | 18:01  Q.  Okay. | | |
| | 18:02  A.  And somehow over that time period, I mean, | | |
| | 18:03  I got interested in economics. | | |
| | 18:04  Q.  Okay. | | |
| | 18:05  A.  And so I decided I wanted to go back to | | |
| | 18:06  school either for economics or an MBA. | | |
| 18:19 - 19:05 | **Ugoletti, Mario 2015-05-15** | 00:00:23 | Ugoletti_New.4 |
| | 18:19  A.  Accepted into Penn State's Master's Degree | | |
| | 18:20  program in Economics. I did quite well there for a | | |
| | 18:21  couple years, and they asked me, do you want to get a | | |
| | 18:22  Ph.D., I'm like, do you want to join the Ph.D. | | |

Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 19:01 | program. I said, Well, if you guys can find some | | |
| | 19:02 | funding, get me in the Ph.D. program, I'll gladly | | |
| | 19:03 | try, so they got -- put me on a stipend, and I ended | | |
| | 19:04 | up getting a Ph.D. from Penn State in 1995 in | | |
| | 19:05 | Economics. | | |
| 20:13 - 20:21 | **Ugoletti, Mario 2015-05-15** | | 00:00:10 | Ugoletti_New.5 |
| | 20:13 | Q. Okay. Now, when you got your Ph.D. from | | |
| | 20:14 | Penn State, then you went to work at the Treasury | | |
| | 20:15 | Department -- | | |
| | 20:16 | A. I did -- | | |
| | 20:17 | Q. -- is that right? | | |
| | 20:18 | A. -- yeah. | | |
| | 20:19 | Q. And what was your job title when you got | | |
| | 20:20 | there? | | |
| | 20:21 | A. Financial economist. | | |
| 26:18 - 26:20 | **Ugoletti, Mario 2015-05-15** | | 00:00:06 | Ugoletti_New.6 |
| | 26:18 | Q. All right. So what -- and you stayed at | | |
| | 26:19 | Treasury until 2009; is that right? | | |
| | 26:20 | A. I did. | | |
| 31:07 - 33:13 | **Ugoletti, Mario 2015-05-15** | | 00:02:22 | Ugoletti_New.7 |
| | 31:07 | Q. Now, at some point, you switched over to | | |
| | 31:08 | being an employee of FHFA; is that right? | | |
| | 31:09 | A. I did, yes. | | |
| | 31:10 | Q. And when was that? | | |
| | 31:11 | A. September of 2009. | | |
| | 31:12 | Q. Okay. Were you a detailee at any point | | |
| | 31:13 | from Treasury to FHFA? | | |
| | 31:14 | A. It was the other way around. | | |
| | 31:15 | Q. Okay. | | |
| | 31:16 | A. So I became a full-time employee at FHFA | | |
| | 31:17 | in September of 2009. Treasury requested that I | | |
| | 31:18 | detail back initially for a six-month period, and | | |
| | 31:19 | then that was extended. | | |
| | 31:20 | Q. Why did Treasury want you back for six | | |
| | 31:21 | months? | | |
| | 31:22 | A. Well, I mean, at the time, so you have a | | |
| | 32:01 | new administration that came in, well, about nine | | |
| | 32:02 | months prior to that, I knew pretty much all the | | |
| | 32:03 | people pretty well: you know, they had Secretary | | |
| | 32:04 | Geithner; Neal Wolin, I worked with Neal Wolin back | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 32:05 | | in the Clinton administration; my direct report | | |
| | 32:06 | | Michael Barr, I worked with him back in the Clinton | | |
| | 32:07 | | administration; Lee Sachs was there somewhere as a | | |
| | 32:08 | | counselor, I worked with him in the Clinton | | |
| | 32:09 | | administration. So they all knew me quite well. I | | |
| | 32:10 | | think they valued my perspective and what I did, and | | |
| | 32:11 | | given that I did have really the historical knowledge | | |
| | 32:12 | | of 15, 16 years of Treasury policy and Treasury -- | | |
| | 32:13 | | what Treasury had been doing on this wide range of | | |
| | 32:14 | | issues, including the GS -- especially the GSE, that | | |
| | 32:15 | | they felt that it was a -- it would have been | | |
| | 32:16 | | difficult to just cut, cut it off immediately, so | | |
| | 32:17 | | they, they wanted me to help them out a little more. | | |
| | 32:18 | | BY MR. THOMPSON: | | |
| | 32:19 | Q. | Okay. And sorry again for being ignorant, | | |
| | 32:20 | | I don't know how this works, but you're an FHFA | | |
| | 32:21 | | employee starting in September -- | | |
| | 32:22 | A. | Yeah. | | |
| | 33:01 | Q. | -- 2009, but do you go to work at the | | |
| | 33:02 | | Treasury Department if you're in -- | | |
| | 33:03 | A. | I split my time. | | |
| | 33:04 | Q. | Okay. | | |
| | 33:05 | A. | Because we were actually -- it was much | | |
| | 33:06 | | easier then because our office was right on the other | | |
| | 33:07 | | side of the White House, so a half a day at Treasury | | |
| | 33:08 | | and a half a day at FHFA. | | |
| | 33:09 | Q. | Okay. And how long did that last for? | | |
| | 33:10 | A. | I said, it was six months, and then it was | | |
| | 33:11 | | extended, I think it was extended for another six | | |
| | 33:12 | | months, but it might have been shorter than that, I | | |
| | 33:13 | | don't recall, but there was another extension. | | |
| 37:06 - 37:09 | **Ugoletti, Mario 2015-05-15** | | | 00:00:10 | Ugoletti_New.8 |
| | 37:06 | Q. | Now, while you were at Treasury, you | | |
| | 37:07 | | participated in the creation and imple- -- | | |
| | 37:08 | | implementation of the PSPAs; is that right? | | |
| | 37:09 | A. | Yes. | | |
| 45:08 - 45:15 | **Ugoletti, Mario 2015-05-15** | | | 00:00:34 | Ugoletti_New.9 |
| | 45:08 | Q. | Okay. And who was, on Treasury, who was | | |
| | 45:09 | | involved in working on the PSPAs? | | |
| | 45:10 | A. | Well, of course, there were various people | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 45:11 | involved. But I would say on a day-to-day basis, the | | |
| | 45:12 | primary people involved in working on coming up with | | |
| | 45:13 | the substance and then what became the actual PSPA | | |
| | 45:14 | document would have been Dan Jester and Jeremiah | | |
| | 45:15 | Norton and myself. | | |
| 55:04 - 56:04 | **Ugoletti, Mario 2015-05-15** | | 00:00:47 | Ugoletti_New.10 |
| | 55:04 | Q. Let -- before we get to the others -- | | |
| | 55:05 | A. Yeah. | | |
| | 55:06 | Q. -- now, the payment-in-kind feature, | | |
| | 55:07 | though, it would allow the companies to preserve | | |
| | 55:08 | their funding commitment; is that right? | | |
| | 55:09 | In a quarter in which they didn't make | | |
| | 55:10 | enough to pay a cash dividend, if they decided to do | | |
| | 55:11 | a payment in kind rather than a circular draw, they | | |
| | 55:12 | maintained their funding commitment; isn't that | | |
| | 55:13 | right? | | |
| | 55:14 | A. I'm not sure if that's correct. | | |
| | 55:15 | Q. You're not sure if -- | | |
| | 55:16 | A. I'm not a re- -- | | |
| | 55:17 | Q. -- that's correct? | | |
| | 55:18 | A. -- I'm not a legal expert, but I'm -- I'm | | |
| | 55:19 | not sure if that's correct. | | |
| | 55:20 | Q. Did -- so you don't have an opinion on | | |
| | 55:21 | that? | | |
| | 55:22 | A. Yeah, I'm -- I'm not a legal expert. | | |
| | 56:01 | Q. I'm not asking for a legal opinion. I'm | | |
| | 56:02 | saying, on -- when you were thinking about the third | | |
| | 56:03 | amendment, did you have an opinion as to whether the | | |
| | 56:04 | funding commitment would be unaffected -- - | | |
| 56:06 - 56:07 | **Ugoletti, Mario 2015-05-15** | | 00:00:01 | Ugoletti_New.19 |
| | 56:06 | BY MR. THOMPSON: | | |
| | 56:07 | Q. -- by a payment in kind? | | |
| 56:11 - 56:20 | **Ugoletti, Mario 2015-05-15** | | 00:00:21 | Ugoletti_New.21 |
| | 56:11 | THE WITNESS: Yeah, as I said, I'm not a | | |
| | 56:12 | legal expert on this; and the -- and the primary | | |
| | 56:13 | issue, as I stated earlier, about the payment in kind | | |
| | 56:14 | was the difference in cost. I mean, that -- that's | | |
| | 56:15 | the issue that everybody was thinking about, 10 and | | |
| | 56:16 | 12 -- percent. Right? | | |
| | 56:17 | BY MR. THOMPSON: | | |

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 56:18   Q.   Yeah. | | |
| | 56:19   A.   Right. So it doesn't make economic sense | | |
| | 56:20         to pay in kind when you can pay in cash. | | |
| 58:02 - 58:06 | **Ugoletti, Mario 2015-05-15** | 00:00:12 | Ugoletti_New.11 |
| | 58:02         And on the eve of the third amendment, did | | |
| | 58:03         you have an understanding as to whether -- if a | | |
| | 58:04         payment-in-kind dividend had been paid, as to whether | | |
| | 58:05         that would affect the amount of the funding | | |
| | 58:06         commitment? | | |
| 58:10 - 58:14 | **Ugoletti, Mario 2015-05-15** | 00:00:12 | Ugoletti_New.20 |
| | 58:10         THE WITNESS:  I certainly may have had a | | |
| | 58:11         thought about that, but it was not a factor that went | | |
| | 58:12         into the decision, I mean, about whether you would | | |
| | 58:13         pay in kind or not pay in kind. I mean, that was all | | |
| | 58:14         based on the -- that was based on the economics. | | |
| 132:05 - 132:12 | **Ugoletti, Mario 2015-05-15** | 00:00:27 | Ugoletti_New.12 |
| | 132:05   Q.   Do you know whether the Federal | | |
| | 132:06         Reserve ever was consulted on this topic? | | |
| | 132:07   A.   Again, I had left Treasury by time -- by | | |
| | 132:08         the time they were potentially thinking about this, | | |
| | 132:09         because it wasn't to be set until after if I left; | | |
| | 132:10         but I do not recall any discussions with Treasury or | | |
| | 132:11         the Federal Reserve on the topic of what to set the | | |
| | 132:12         periodic commitment fee at. | | |
| 135:22 - 136:04 | **Ugoletti, Mario 2015-05-15** | 00:00:21 | Ugoletti_New.13 |
| | 135:22   Q.   Have you ever attempted to calculate any | | |
| | 136:01         periodic commitment fee in any context? | | |
| | 136:02   A.   I'm not aware of where that calculation | | |
| | 136:03         would occur. | | |
| | 136:04   Q.   So that's a no, you haven't done that? | | |
| 136:07 - 137:17 | **Ugoletti, Mario 2015-05-15** | 00:01:24 | Ugoletti_New.22 |
| | 136:07         BY MR. THOMPSON: | | |
| | 136:08   Q.   Any commitment fee. Have you ever | | |
| | 136:09         attempted to calculate what a com- -- any commitment | | |
| | 136:10         fee should be in any context? | | |
| | 136:11   A.   I'm not in the business of calculating | | |
| | 136:12         commitment fees. | | |
| | 136:13   Q.   And have you -- | | |
| | 136:14   A.   And I'm not aware of where they exist, so | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 136:15 | I guess the answer is no. | | |
| | 136:16 Q. | You know, but you say in terms of where | | |
| | 136:17 | they exist. I mean, if you go and you get a line of | | |
| | 136:18 | credit, I mean, aren't there fees that people are | | |
| | 136:19 | charged for getting a line of credit? | | |
| | 136:20 A. | Yeah, I, I agree. I'm -- | | |
| | 136:21 Q. | Yeah. | | |
| | 136:22 A. | -- I'm not sure it's the same concept as | | |
| | 137:01 | this, but there's a fee that you get for a line of | | |
| | 137:02 | credit, that's -- that's, that's true. | | |
| | 137:03 Q. | Well, I understand the magnitude of this | | |
| | 137:04 | is bigger. | | |
| | 137:05 A. | Yeah, that's what I'm saying, yeah. Sure, | | |
| | 137:06 | yeah, you, you charge a fee for somebody willing to | | |
| | 137:07 | provide you some amount of credit. Yeah, that's | | |
| | 137:08 | clearly one, yeah. | | |
| | 137:09 Q. | Okay. Have you ever done such a valuation | | |
| | 137:10 | yourself of a commitment fee? | | |
| | 137:11 A. | No. | | |
| | 137:12 Q. | Okay. And have you ever read a valuation | | |
| | 137:13 | of a commitment? | | |
| | 137:14 A. | Not that I recall. | | |
| | 137:15 Q. | Okay. Isn't it true that commitment fees | | |
| | 137:16 | are calculated typically as a percentage of the | | |
| | 137:17 | amount that the borrower is willing to extend? | | |
| 137:20 - 138:01 | **Ugoletti, Mario 2015-05-15** | | 00:00:09 | Ugoletti_New.23 |
| | 137:20 | THE WITNESS:  Yeah, I can't, I can't | | |
| | 137:21 | speculate. I'm, I'm not the expert on commitment | | |
| | 137:22 | fees, so I can't speculate on how they're typically | | |
| | 138:01 | calculated. | | |
| 169:02 - 169:07 | **Ugoletti, Mario 2015-05-15** | | 00:00:16 | Ugoletti_New.14 |
| | 169:02 | With respect to the periodic commitment | | |
| | 169:03 | fee, do you know if anyone at FHFA ever tried to | | |
| | 169:04 | calculate what the value of it would be? | | |
| | 169:05 A. | No. | | |
| | 169:06 Q. | Okay. And do you know if anyone at | | |
| | 169:07 | Treasury ever tried to calculate the value of it? | | |
| 169:10 - 169:10 | **Ugoletti, Mario 2015-05-15** | | 00:00:01 | Ugoletti_New.24 |
| | 169:10 | THE WITNESS:  Not that I'm aware of. | | |

Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 170:07 - 170:13 | **Ugoletti, Mario 2015-05-15** | 00:00:14 | Ugoletti_New.15 |
| | 170:07  Q.  Did you discuss your view that it was an | | |
| | 170:08       incalculably large fee or would have been with anyone | | |
| | 170:09       at Treasury? | | |
| | 170:10  A.  Not that I recall. | | |
| | 170:11  Q.  Anyone at FHFA? | | |
| | 170:12  A.  Not that I recall. The issue did not -- | | |
| | 170:13       wasn't coming up. | | |
| 175:06 - 175:21 | **Ugoletti, Mario 2015-05-15** | 00:00:45 | Ugoletti_New.16 |
| | 175:06       Was the option of preserving the funding | | |
| | 175:07       commitment -- | | |
| | 175:08  A.  Yeah. | | |
| | 175:09  Q.  -- by having the companies pay a | | |
| | 175:10       12 -- percent payment-in-kind dividend, was that | | |
| | 175:11       something that was discussed at FHFA, you know, in | | |
| | 175:12       the leadup to the Net Worth Sweep? | | |
| | 175:13  A.  Not that I recall and for the reasons that | | |
| | 175:14       we talked about. I mean, one of them was the basic | | |
| | 175:15       10 -- percent versus 12 percent, that it just -- that | | |
| | 175:16       had been -- unless there was some economic aspect | | |
| | 175:17       that would make that an economic transaction, it | | |
| | 175:18       wasn't even part of the discussion. | | |
| | 175:19       So that's -- that's one that I would point | | |
| | 175:20       to at FHFA. So it really wasn't -- it just never was | | |
| | 175:21       on the table. | | |
| 271:15 - 271:18 | **Ugoletti, Mario 2015-05-15** | 00:00:11 | Ugoletti_New.17 |
| | 271:15  Q.  Was there ever any discussion about not | | |
| | 271:16       doing the Net Worth Sweep for Freddie, just doing it | | |
| | 271:17       for Fannie? | | |
| | 271:18  A.  No. | | |
| 359:17 - 360:12 | **Ugoletti, Mario 2015-05-15** | 00:00:52 | Ugoletti_New.18 |
| | 359:17  Q.  Now, you, in 2008, were working on the | | |
| | 359:18       PSPAs on the Treasury side of the table? | | |
| | 359:19  A.  Um-hmm. | | |
| | 359:20  Q.  And then in 2012 you're on the opposite | | |
| | 359:21       side of the table, same transaction, it's an | | |
| | 359:22       amendment, that same -- representing the other party, | | |
| | 360:01       right? | | |
| | 360:02  A.  Right. | | |
| | 360:03  Q.  Did you go to your ethics officer and say, | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 360:04 | Look, am I allowed to participate in the same | | |
| | 360:05 | transaction? | | |
| | 360:06 A. | No, nobody ever said that that would have | | |
| | 360:07 | been a necessary issue because I no longer have any | | |
| | 360:08 | affiliation with Treasury, I'm working on an issue | | |
| | 360:09 | for FHFA. | | |
| | 360:10 Q. | But you were working on that issue | | |
| | 360:11 | standing in the shoes of the companies, right? | | |
| | 360:12 A. | As FHFA, as conservator. | | |
| 360:15 - 360:20 | **Ugoletti, Mario 2015-05-15** | | 00:00:11 | Ugoletti_New.25 |
| | 360:15 | BY MR. THOMPSON: | | |
| | 360:16 Q. | Did -- did you have an understanding of | | |
| | 360:17 | the conflict-of-interest rules, that if you had | | |
| | 360:18 | rotated out to Fannie or Freddie you couldn't have | | |
| | 360:19 | negotiated against Treasury on the PSPAs, could you | | |
| | 360:20 | have? | | |
| 361:01 - 361:14 | **Ugoletti, Mario 2015-05-15** | | 00:00:37 | Ugoletti_New.26 |
| | 361:01 | THE WITNESS: I do not understand that | | |
| | 361:02 | rule completely, but I don't understand what the | | |
| | 361:03 | conflict-of-interest rule would apply between two | | |
| | 361:04 | government agencies. | | |
| | 361:05 | BY MR. THOMPSON: | | |
| | 361:06 Q. | Well, you weren't acting -- were you | | |
| | 361:07 | acting in your capacity as conservator and standing | | |
| | 361:08 | in the shoes of the companies or were you acting in | | |
| | 361:09 | your capacity as a government employee when you | | |
| | 361:10 | negotiated the third amendment? | | |
| | 361:11 A. | I am a government employee that works for | | |
| | 361:12 | FHFA, and this was a transaction that was done as | | |
| | 361:13 | part of a conservatorship. And I do not sign the | | |
| | 361:14 | documents. | | |

| Our Designations | 00:12:01 |
|---|---|
| **TOTAL RUN TIME** | **00:12:01** |