# EXHIBIT E

# Per Plfs Pretrial Statement "Played in Plaintiffs' Case"

Designation List Report

**Mayopoulos, Timothy**  2020-03-10

| Our Designations | 00:24:38 |
| --- | --- |
| **TOTAL RUN TIME** | **00:24:38** |

Documents linked to video:
OLDP308
P167
P216



ID: Mayopoulous_New

Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:04 - 15:20 | **Mayopoulos, Timothy 2020-03-10** | 00:02:05 | Mayopoulous_New.1 |

| | | | |
|---|---|---|---|
| | 14:04 | Q. | Okay.  And I guess maybe to start, I'll |
| | 14:05 | | ask you to just sort of, at a high level, sketch out |
| | 14:06 | | sort of your professional background up to the time |
| | 14:07 | | when you came to Fannie Mae. |
| | 14:08 | A. | I was educated at Cornell University. |
| | 14:09 | | Graduated in 1980.  Went to law school at New York |
| | 14:10 | | University School of Law, graduated in 1984.  Upon |
| | 14:11 | | graduation I clerked in the Southern District of New |
| | 14:12 | | York.  After that I joined the law firm Davis Polk & |
| | 14:13 | | Wardwell in New York.  I was there until 1994.  When |
| | 14:14 | | I left, joined the Whitewater Investigation in |
| | 14:15 | | Little Rock, Arkansas, was there for 18 months. |
| | 14:16 | | Came back to New York.  I worked in three |
| | 14:17 | | investment banks, Donaldson, Lufkin & Jenrette, |
| | 14:18 | | Credit Suisse First Boston, and Deutsche Bank, and |
| | 14:19 | | then -- as an in-house lawyer and then moved to |
| | 14:20 | | Charlotte, North Carolina, where I was the general |
| | 14:21 | | counsel of Bank of America for five years, and then |
| | 14:22 | | in early 2009, I joined Fannie Mae. |
| | 15:01 | Q. | And what was your first job at Fannie |
| | 15:02 | | Mae?  What was your role at the start? |
| | 15:03 | A. | I was the general counsel. |
| | 15:04 | Q. | And I think you were eventually promoted |
| | 15:05 | | from that position.  Do I have that right? |
| | 15:06 | A. | I served as the general counsel |
| | 15:07 | | exclusively for the first 18 months or so, and then |
| | 15:08 | | I was made the chief administrative officer, and |
| | 15:09 | | served in that capacity for another 18 months and |
| | 15:10 | | then was named the CEO in June 2012. |
| | 15:11 | Q. | And can you describe for me generally |
| | 15:12 | | what your responsibilities were as chief |
| | 15:13 | | administrative officer? |
| | 15:14 | A. | It included the general counsel function, |
| | 15:15 | | but also included oversight over things such as |
| | 15:16 | | human resources and communications and marketing, a |
| | 15:17 | | variety of kind of nonbusiness, but functional |
| | 15:18 | | roles. |
| | 15:19 | Q. | And when were you promoted to CEO? |
| | 15:20 | A. | June 2012. |

## Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 83:04 - 83:15 | **Mayopoulos, Timothy 2020-03-10** | 00:00:47 | Mayopoulous_New.3 |
| 🔗 P167.1 | 83:04  Q.  And this will be Exhibit 7. | | |
| | 83:05      FNM-Fairholme-0022594, and at least the way it pops | | |
| | 83:06      up on my document review platform, I've also | | |
| | 83:07      included a document that I think was separately | | |
| 🔗 P167.2 | 83:08      produced, which is just the sequential Bates number, | | |
| | 83:09      which is FNM-Fairholme-0022595. | | |
| 🔗 P167.1.1 | 83:10      And, if you would, just read the cover | | |
| | 83:11      e-mail for me, and I'm actually -- this is a draft. | | |
| | 83:12      I'm mostly going to ask you questions about the | | |
| | 83:13      final version of the document rather than the draft, | | |
| | 83:14      but just wanted to -- to kind of show you the draft | | |
| | 83:15      as an initial matter. | | |
| 83:16 - 84:11 | **Mayopoulos, Timothy 2020-03-10** | 00:01:14 | Mayopoulous_New.4 |
| | 83:16      And I ask you, sir, if you've seen these | | |
| | 83:17      documents before. | | |
| | 83:18  A.  I have. | | |
| | 83:19  Q.  When was the last time you saw them? | | |
| | 83:20  A.  I think I saw them yesterday. | | |
| | 83:21  Q.  And do you recall the circumstances of -- | | |
| | 83:22      of sort of what prompted the drafting of this | | |
| | 84:01      letter? | | |
| | 84:02  A.  I don't have a detailed recollection, but | | |
| | 84:03      I do recall that the board of directors had | | |
| | 84:04      expressed desire to communicate with Director | | |
| | 84:05      DeMarco in writing about steps that might be taken | | |
| | 84:06      to publicize the progress that Fannie Mae had made | | |
| | 84:07      and to help market and policymakers understand the | | |
| | 84:08      current state of the company. | | |
| | 84:09  Q.  And would this have been a common way for | | |
| | 84:10      the board to communicate with Director DeMarco, or | | |
| | 84:11      was this a little unusual? | | |
| 84:13 - 85:02 | **Mayopoulos, Timothy 2020-03-10** | 00:00:37 | Mayopoulous_New.5 |
| ❌ Clear | 84:13      If your question is did the | | |
| | 84:14      board write many letters to Director DeMarco, it | | |
| | 84:15      wrote some, but it didn't write many. | | |
| | 84:16      -- | | |
| | 84:17  Q.  Okay.  And what were the circumstances | | |
| | 84:18      under which the board would opt to write a letter to | | |
| | 84:19      the director of FHFA? | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 84:20 | A. | I believe it was in those circumstances | | |
| | 84:21 | | where it had things it wanted to convey that were | | |
| | 84:22 | | longer than, you know, a short conversation, and | | |
| | 85:01 | | typically involved things that the board -- the | | |
| | 85:02 | | board felt strongly about. | | |
| 86:01 - 86:01 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:03 | Mayopoulous_New.6 |
| | 86:01 | Q. | And this is I guess, Exhibit 8. | | |
| 86:04 - 87:15 | **Mayopoulos, Timothy 2020-03-10** | | | 00:02:06 | Mayopoulous_New.7 |
| | 86:04 | | This is the | | |
| 🔗 OLDP308.1.2 | 86:05 | | version that I believe went to FHFA, but it was not | | |
| | 86:06 | | sent until September 14th, 2012, and I'm curious. | | |
| | 86:07 | | Do you recall sort of what explains the | | |
| | 86:08 | | length of the process that was involved in preparing | | |
| | 86:09 | | the letter? | | |
| | 86:10 | A. | I don't remember all of the circumstances | | |
| | 86:11 | | that might have contributed to that passage of time. | | |
| | 86:12 | | I think some of it was getting feedback from the | | |
| | 86:13 | | board, which consists of a dozen or so people, | | |
| | 86:14 | | consists of incorporating those comments.  It | | |
| | 86:15 | | consists -- I think there were also events that may | | |
| | 86:16 | | have occurred in that period that may have | | |
| | 86:17 | | influenced what the board wanted to put in the | | |
| | 86:18 | | letter, but I don't remember.  I can't account for | | |
| | 86:19 | | the six months that it took to -- to finalize the | | |
| | 86:20 | | draft. | | |
| | 86:21 | Q. | Do you recall what any of the events | | |
| | 86:22 | | might have been that would have contributed to the | | |
| | 87:01 | | delay? | | |
| | 87:02 | A. | My recollection is that one of the things | | |
| | 87:03 | | that happened was that -- my recollection is that at | | |
| | 87:04 | | some point FHFA put out some further guidance as to | | |
| | 87:05 | | the strategic plan for -- for the enterprises, and I | | |
| | 87:06 | | think that might have influenced this.  But that's | | |
| | 87:07 | | just my vague recollection. | | |
| | 87:08 | Q. | Okay.  So you think there was a strategic | | |
| | 87:09 | | plan from FHFA that may have influenced the contents | | |
| | 87:10 | | of the letter; is that right? | | |
| | 87:11 | A. | Maybe.  I -- I just -- I can't | | |
| | 87:12 | | remember -- I just remember there was something that | | |
| | 87:13 | | was going on with respect to FHFA that influenced | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 87:14 | this, and it might have been the strategic plan, but | | |
| | 87:15 | I don't remember. | | |
| 87:16 - 87:18 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:08 | Mayopoulous_New.8 |
| | 87:16 | Q.  Okay.  And what would the board have been | | |
| | 87:17 | trying to accomplish in sending a letter like this | | |
| | 87:18 | to FHFA? | | |
| 87:19 - 88:05<br>🔗 OLDP308.1.1 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:30 | Mayopoulous_New.9 |
| | 87:19 | A.  I think it's captured here on the first | | |
| | 87:20 | page of the letter, where the board says that the | | |
| | 87:21 | board feels a strong obligation to work with FHFA to | | |
| | 87:22 | inform policymakers, industry participants, and the | | |
| | 88:01 | public at large about developments of Fannie Mae in | | |
| | 88:02 | the housing finance market. | | |
| | 88:03 | I think this was an attempt to encourage | | |
| | 88:04 | Director DeMarco to share this information with | | |
| | 88:05 | those constituencies. | | |
| 88:20 - 89:06<br>🔗 OLDP308.1 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:22 | Mayopoulous_New.10 |
| | 88:20 | Q.  And do you have any recollection of how | | |
| | 88:21 | FHFA responded to this letter?  Did it implement any | | |
| | 88:22 | of the suggestions? | | |
| | 89:01 | A.  My recollection is that there were | | |
| | 89:02 | discussions about this.  Director DeMarco | | |
| | 89:03 | attended -- regularly attended meetings of the board | | |
| | 89:04 | of directors in executive session, and my | | |
| | 89:05 | recollection is that there were discussions about | | |
| | 89:06 | the content of this letter. | | |
| 90:16 - 91:16 | **Mayopoulos, Timothy 2020-03-10** | | 00:01:09 | Mayopoulous_New.11 |
| | 90:16 | Q.  And I think you mentioned one of the | | |
| | 90:17 | themes in this letter is -- I don't recall how you | | |
| | 90:18 | put it, but sort of Fannie's return to | | |
| | 90:19 | profitability. | | |
| | 90:20 | Is that a fair characterization? | | |
| | 90:21 | A.  I think what I characterized it was | | |
| | 90:22 | progress had been made at Fannie Mae on a number of | | |
| | 91:01 | fronts, yeah. | | |
| | 91:02 | Q.  Okay.  And would Director DeMarco have | | |
| | 91:03 | been aware of that progress even before receiving | | |
| | 91:04 | this letter in September of 2012? | | |
| | 91:05 | A.  I'm sure he was. | | |

Our Designations

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 91:06 | Q. | Okay. And why are you sure? | | |
| | 91:07 | A. | The senior representatives of FHFA were | | |
| | 91:08 | | on site at Fannie Mae every day.  They sat in on all | | |
| | 91:09 | | of our senior management meetings.  They sat in all | | |
| | 91:10 | | of our board meetings.  They -- they had complete, | | |
| | 91:11 | | open access to everything that was happening at | | |
| | 91:12 | | Fannie Mae, and I'm aware that they gave regular | | |
| | 91:13 | | reports to Director DeMarco and others at FHFA. | | |
| | 91:14 | | So I don't think there was anything going | | |
| | 91:15 | | on at Fannie Mae, progress or otherwise, that they | | |
| | 91:16 | | weren't aware of. | | |
| 93:18 - 94:01  🔗 OLDP308.5.4 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:16 | Mayopoulous_New.12 |
| | 93:18 | Q. | And now if you would jump ahead to page | | |
| | 93:19 | | 5, and I'll ask you to read the section under | | |
| | 93:20 | | heading No. 4, "Fannie Mae Has Built a Demonstrably | | |
| | 93:21 | | Strong New Book of Business." | | |
| | 93:22 | | Do you see that? | | |
| | 94:01 | A. | Yes. | | |
| 94:02 - 94:05 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:08 | Mayopoulous_New.13 |
| | 94:02 | | Yes, I've read it. | | |
| | 94:03 | Q. | And what is the board saying in this | | |
| | 94:04 | | section?  What is the point they are trying to | | |
| | 94:05 | | convey to FHFA? | | |
| 94:07 - 94:22 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:51 | Mayopoulous_New.14 |
| | 94:07 | | A: I think the gist of this is | | |
| | 94:08 | | that while the company had a very challenged book of | | |
| | 94:09 | | business of loans that had been acquired in the | | |
| | 94:10 | | years leading up to the crisis, many of those loans | | |
| | 94:11 | | were either being paid off or otherwise resolved, | | |
| | 94:12 | | and of course every day the company was acquiring | | |
| | 94:13 | | new loans, making new guarantees on loans more | | |
| | 94:14 | | recently originated that had higher credit quality, | | |
| | 94:15 | | and that the mix of the old, more troubled | | |
| | 94:16 | | population of loans and the newer, higher performing | | |
| | 94:17 | | loans, was steadily changing over time. | | |
| | 94:18 | | -- | | |
| | 94:19 | Q. | And that's an accurate description of | | |
| | 94:20 | | Fannie's situation as of September 2012; is that | | |
| | 94:21 | | right? | | |
| | 94:22 | A. | Yes. | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 95:01 - 95:16 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:53 | Mayopoulous_New.15 |
| | 95:01 | Q. And sometimes I've heard people talk | | |
| | 95:02 | about this concept use the word "vintages." Is that | | |
| | 95:03 | a familiar term to you? | | |
| | 95:04 | A. Yes. | | |
| | 95:05 | Q. And can you just sort of explain that as | | |
| | 95:06 | a concept? | | |
| | 95:07 | A. So we would categorize different eras of | | |
| | 95:08 | loans by vintage, typically by a year, and so 2005 | | |
| | 95:09 | would be a vintage and 2006 would be a vintage, and | | |
| | 95:10 | we often tracked many of our risk management | | |
| | 95:11 | measures by vintage to show what the delinquency | | |
| | 95:12 | rate or the loss rate was for 2005 loans versus 2006 | | |
| | 95:13 | loans or 2008 loans versus 2012 loans. | | |
| | 95:14 | Q. Okay. And what did that sort of vintage | | |
| | 95:15 | analysis imply about Fannie's profitability going | | |
| | 95:16 | forward as of September 2012? | | |
| 95:18 - 96:20 | **Mayopoulos, Timothy 2020-03-10** | | 00:01:05 | Mayopoulous_New.16 |
| | 95:18 | You know, looking at it | | |
| | 95:19 | over the long term we expected that as the mix of | | |
| | 95:20 | older vintages running off and newer vintages | | |
| | 95:21 | replacing them, that the company would eventually | | |
| | 95:22 | return to profitability, and I think actually by | | |
| | 96:01 | this point we were profitable for at least a quarter | | |
| | 96:02 | or so, that we expected over the long term for that | | |
| | 96:03 | to be the case. | | |
| | 96:04 | It didn't mean that we would be | | |
| | 96:05 | profitable in every financial reporting period, but | | |
| | 96:06 | over time the company would -- would -- would return | | |
| | 96:07 | to profitability. | | |
| | 96:08 | -- | | |
| 🔗 OLDP308.1.2 | 96:09 | Q. And this letter, the final version of the | | |
| | 96:10 | letter, is dated September 2012, but was that | | |
| | 96:11 | Fannie's expectation in July and August of 2012 as | | |
| | 96:12 | well? | | |
| | 96:13 | A. Yes. We -- we -- we expected that to | | |
| | 96:14 | happen so that we expected that over time we would | | |
| | 96:15 | get sustained profitability. Again, assuming no | | |
| | 96:16 | major changes in the macroeconomic environment or | | |
| | 96:17 | sudden changes in our own business practices. | | |

Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 96:18 | Q. | And Fannie Mae was right about that, | | |
| | 96:19 | | wasn't it? | | |
| | 96:20 | A. | That turned out to be accurate, yes. | | |
| 96:21 - 97:04  🔗 OLDP308.6 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:16 | Mayopoulous_New.17 |
| | 96:21 | Q. | All right.  So flipping ahead, I'd now | | |
| | 96:22 | | like to ask you to read the balance of page 6. | | |
| | 97:01 | | There's not a new heading when you get to page 7, | | |
| | 97:02 | | but you can stop at the end of page 6, and, you | | |
| | 97:03 | | know, if you need to read more to answer my | | |
| | 97:04 | | questions, that's okay.  But -- | | |
| 97:05 - 97:14  🔗 OLDP308.6.3 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:26 | Mayopoulous_New.18 |
| | 97:05 | A. | Okay.  I've read that. | | |
| | 97:06 | Q. | Okay.  And there's a reference in the | | |
| | 97:07 | | first paragraph to, quote, A widespread | | |
| | 97:08 | | misperception among many policymakers and taxpayers | | |
| | 97:09 | | that Fannie Mae will continue to experience losses | | |
| | 97:10 | | indefinitely into the future. | | |
| | 97:11 | | Do you see that? | | |
| | 97:12 | A. | Yes. | | |
| | 97:13 | Q. | Was FHFA burdened by that misperception | | |
| | 97:14 | | when this letter was sent in September of 2012? | | |
| 97:17 - 99:15 | **Mayopoulos, Timothy 2020-03-10** | | | 00:02:28 | Mayopoulous_New.19 |
| | 97:17 | | A: I don't know what FHFA | | |
| | 97:18 | | thought, and FHFA was made up of hundreds of people, | | |
| | 97:19 | | if not thousands of people, and so I -- | | |
| | 97:20 | | -- | | |
| | 97:21 | Q. | Okay.  How about Mr. DeMarco? | | |
| | 97:22 | A. | I don't know what Mr. DeMarco thought as | | |
| | 98:01 | | of this moment in time.  I don't know.  He certainly | | |
| | 98:02 | | had access to this information and lots of other | | |
| | 98:03 | | information that showed that conditions were | | |
| | 98:04 | | improving in the company. | | |
| 🔗 OLDP308.6.4 | 98:05 | Q. | Okay.  And then -- and I guess the third | | |
| | 98:06 | | paragraph in this section, the paragraph that starts | | |
| | 98:07 | | with the word "Second," the last -- the last | | |
| | 98:08 | | sentence reads, "Taking steps to reduce Fannie Mae's | | |
| | 98:09 | | role in the near term would only hurt troubled | | |
| | 98:10 | | homeowners, destabilize neighborhoods, and increase | | |
| | 98:11 | | taxpayer losses, as there are still nearly 500,000 | | |
| | 98:12 | | seriously delinquent loans in our legacy books that | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 98:13 | | require aggressive actions." | | |
| | 98:14 | | I wanted to ask you to, I guess, kind of | | |
| | 98:15 | | take this sentence clause by clause.  What is the | | |
| | 98:16 | | board saying when it says that taking steps to | | |
| | 98:17 | | reduce Fannie Mae's role in the near term would hurt | | |
| | 98:18 | | troubled homeowners? | | |
| | 98:19 | A. | Well, Fannie Mae was devoting | | |
| | 98:20 | | considerable energy to providing assistance to | | |
| | 98:21 | | homeowners who were unable to make their mortgage | | |
| | 98:22 | | payments, either in the form of loan modifications | | |
| | 99:01 | | or refinancings or, in the case where turning over | | |
| | 99:02 | | the home there's really no alternative to it, | | |
| | 99:03 | | facilitating ways of doing that that had less | | |
| | 99:04 | | detrimental impact on -- on the borrower. | | |
| | 99:05 | | So I think what the board is saying here | | |
| | 99:06 | | is that if Fannie Mae were to be quickly wound down, | | |
| | 99:07 | | those kinds of activities would likely be negatively | | |
| | 99:08 | | impacted. | | |
| | 99:09 | Q. | And why would they be negatively | | |
| | 99:10 | | impacted? | | |
| | 99:11 | A. | Well, if this were done to both Fannie | | |
| | 99:12 | | and Freddie, there were -- there really weren't any | | |
| | 99:13 | | other obvious players to go and conduct those | | |
| | 99:14 | | activities in the absence of Fannie and Freddie, at | | |
| ☒ Clear | 99:15 | | least in the immediate term. | | |
| 115:17 - 116:22 | **Mayopoulos, Timothy 2020-03-10** | | | 00:01:25 | Mayopoulous_New.26 |
| | 115:17 | Q. | And you mentioned in there that | | |
| | 115:18 | | profitability gives policymakers a broader menu of | | |
| | 115:19 | | options. | | |
| | 115:20 | | Did I catch that right? | | |
| | 115:21 | A. | Yes.  I think that's right.  I think it | | |
| | 115:22 | | enabled -- once Fannie and Freddie got back to | | |
| | 116:01 | | sustained profitability, I think that the range of | | |
| | 116:02 | | options that policymakers were willing to consider | | |
| | 116:03 | | because they could see that the taxpayers were no | | |
| | 116:04 | | longer deeply in the hole, it opened up a range of | | |
| | 116:05 | | possibilities for -- for policymakers to consider | | |
| | 116:06 | | that was broader than they would have considered in | | |
| | 116:07 | | 2008 or '09 or '10. | | |
| | 116:08 | Q. | And what were the new potential policies | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 116:09   that people could consider? | | |
| | 116:10 A. Well, one of them would be ending the | | |
| | 116:11   conservatorships, having -- having the companies | | |
| | 116:12   exit, raise new capital, become privately | | |
| | 116:13   capitalized companies again, very few people -- | | |
| | 116:14   privately capitalized companies again.  Virtually | | |
| | 116:15   nobody was talking about that in 2009 or 2010. | | |
| | 116:16 Q. That became a viable option for | | |
| | 116:17   policymakers when Fannie returned to profitability; | | |
| | 116:18   is that right? | | |
| | 116:19 A. When Fannie and Freddie both returned to | | |
| | 116:20   profitability, yes. | | |
| | 116:21 Q. And remind me again when Fannie returned | | |
| | 116:22   to profitability. | | |
| 117:03 - 117:10 | **Mayopoulos, Timothy 2020-03-10** | 00:00:31 | Mayopoulous_New.27 |
| | 117:03   THE WITNESS: I think we posted a profit | | |
| | 117:04   in -- I forget whether it was the first or second | | |
| | 117:05   quarter of 2012.  So that was the first time we were | | |
| | 117:06   profitable since 2008, so that was the first quarter | | |
| | 117:07   profitability.  Whether that was the first or second | | |
| | 117:08   quarter, I don't exactly remember, and then we | | |
| | 117:09   became sustainably profitable in the quarters after | | |
| | 117:10   that. | | |
| 128:12 - 128:12  🔗 P216.15 | **Mayopoulos, Timothy 2020-03-10** | 00:00:07 | Mayopoulous_New.28 |
| | 128:12 Q. And if we could, let's | | |
| 128:13 - 129:16 🔗 P216.15.1 | **Mayopoulos, Timothy 2020-03-10** | 00:01:28 | Mayopoulous_New.43 |
| | 128:13   flip to I guess slide 14.  And I apologize.  The | | |
| | 128:14   print is rather small here that we're dealing with. | | |
| | 128:15   But if you see, this is a set of financial | | |
| | 128:16   projections broken out separately for Fannie Mae and | | |
| | 128:17   Freddie Mac, and there's a line in the Fannie | | |
| | 128:18   projections that says, "Remaining funding under | | |
| | 128:19   PSPA." | | |
| | 128:20   Do you see that? | | |
| | 128:21 A. Yes. | | |
| | 128:22 Q. And can you tell me, how much does this | | |
| | 129:01   suggest there would still be in 2022 of Treasury | | |
| | 129:02   funding under the funding commitment? | | |
| | 129:03 A. Under this estimate, it appears that as | | |
| | 129:04   of 2022 there would be $118.3 billion left in | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 129:05 | funding under the PSPA. | | |
| | 129:06 | Q. And is that generally consistent with | | |
| | 129:07 | your expectations in July of 2012 about roughly how | | |
| | 129:08 | much funding would remain available, you know, ten | | |
| | 129:09 | years into the future under the existing arrangement | | |
| | 129:10 | with Treasury? | | |
| | 129:11 | A. I don't know that I had any independent | | |
| | 129:12 | view of how much funding I thought would be | | |
| | 129:13 | available ten years out. | | |
| | 129:14 | Q. Okay. Would this -- would that be | | |
| | 129:15 | consistent with kind of the considered judgment of | | |
| | 129:16 | the Fannie management team? | | |
| 129:19 - 130:12 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:55 | Mayopoulous_New.29 |
| | 129:19 | THE WITNESS: I don't know whether that | | |
| | 129:20 | management team as a whole -- by management team, | | |
| | 129:21 | I'm saying what we used to call as the executive | | |
| | 129:22 | committee, whether that group as a group came to a | | |
| | 130:01 | consensus view. I think the management team | | |
| | 130:02 | reviewed these projections and thought that they | | |
| | 130:03 | were reasonable, but I think we all understood that | | |
| | 130:04 | this was highly dependent on a number of | | |
| | 130:05 | assumptions. | | |
| | 130:06 | It was dependent on certain expectations | | |
| | 130:07 | about the macro environment, and that the right way | | |
| | 130:08 | to think about this and every other estimate or | | |
| | 130:09 | projection we made was that it was part of a range | | |
| | 130:10 | of outcomes that could occur, but for ease of | | |
| | 130:11 | presentation, we typically presented it as a, you | | |
| | 130:12 | know, particular point estimate. | | |
| 131:11 - 131:16 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:16 | Mayopoulous_New.44 |
| | 131:11 | Q. Okay. So when I see a financial | | |
| | 131:12 | projection from this period from Fannie Mae and it | | |
| | 131:13 | provides a point estimate, is it fair for me to | | |
| | 131:14 | assume that this is sort of suggesting that there | | |
| | 131:15 | might be a range of possibilities, some better, some | | |
| | 131:16 | worse? | | |
| 131:19 - 132:14 | **Mayopoulos, Timothy 2020-03-10** | | 00:01:00 | Mayopoulous_New.45 |
| | 131:19 | THE WITNESS: I think -- I think what | | |
| | 131:20 | this represents is that this is an estimate. We | | |
| | 131:21 | were fond of saying that virtually every estimate we | | |

Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 131:22 | | made we knew was not going to be accurate.  Like, as | | |
| | 132:01 | | I said earlier, the chances that any particular | | |
| | 132:02 | | estimate, especially one going out ten years, would | | |
| | 132:03 | | be exactly correct, you know, it would line up with | | |
| | 132:04 | | what ultimately happened, the chance of that | | |
| | 132:05 | | happening was virtually zero. | | |
| | 132:06 | | So in many ways, this was not -- you | | |
| | 132:07 | | know, while we carried out here numbers to a decimal | | |
| | 132:08 | | point, in my view, the right way to read this was | | |
| | 132:09 | | that this was directionally the way one should think | | |
| | 132:10 | | about things, not that any one of these numbers | | |
| | 132:11 | | particularly was accurate or should represent what | | |
| | 132:12 | | was highly likely to happen.  It's actually highly | | |
| | 132:13 | | likely the numbers would be different than | | |
| | 132:14 | | whatever's on the piece of paper. | | |
| 136:04 - 136:12 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:31 | Mayopoulous_New.30 |
| | 136:04 | Q. | Sure.  Looking at these financial | | |
| | 136:05 | | projections we've been talking about for Fannie Mae, | | |
| | 136:06 | | do they imply a near-term threat that Fannie is | | |
| | 136:07 | | going to make draws so large on Treasury's funding | | |
| | 136:08 | | commitment that it will exhaust the available funds? | | |
| | 136:09 | A. | No.  As we discussed earlier, under this | | |
| | 136:10 | | set of assumptions, the model indicates that the | | |
| | 136:11 | | company would still have $118.3 billion in available | | |
| ✗ Clear | 136:12 | | funding as of 2020. | | |
| 143:13 - 144:18 | **Mayopoulos, Timothy 2020-03-10** | | | 00:01:24 | Mayopoulous_New.31 |
| | 143:13 | Q. | And how frequent of an occurrence | | |
| | 143:14 | | was it for you to meet with people from the Treasury | | |
| | 143:15 | | Department? | | |
| | 143:16 | A. | We had a standing quarterly meeting with | | |
| | 143:17 | | Treasury.  Typically several members of senior | | |
| | 143:18 | | management would go to Treasury and meet with one or | | |
| | 143:19 | | two senior people at Treasury and then a number of | | |
| | 143:20 | | staffers.  Meetings typically lasted an hour to an | | |
| | 143:21 | | hour and a half. | | |
| | 143:22 | Q. | Mm-hmm.  And do you recall the general | | |
| | 144:01 | | topics that would be discussed, or was there | | |
| | 144:02 | | anything routinely that was on the agenda? | | |
| | 144:03 | A. | We typically reviewed most-recent | | |
| | 144:04 | | financial results, any view we had about upcoming | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 144:05 | | financial results, overall market conditions, and | | |
| | 144:06 | | then any particular topics that Treasury wanted to | | |
| | 144:07 | | discuss or we thought were particularly timely. | | |
| | 144:08 | Q. | And as part of these meetings, would you | | |
| | 144:09 | | typically present a set of financial projections to | | |
| | 144:10 | | people from Treasury? | | |
| | 144:11 | A. | There was usually some form -- you know, | | |
| | 144:12 | | condensed form of financial projections. | | |
| | 144:13 | Q. | Mm-hmm.  And am I right in assuming that | | |
| | 144:14 | | when you brought a set of financial projections to | | |
| | 144:15 | | the Treasury Department, they reflected Fannie Mae's | | |
| | 144:16 | | best thinking about what it expected to happen in | | |
| | 144:17 | | the future? | | |
| | 144:18 | A. | Yes. | | |
| 187:14 - 188:10 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:55 | Mayopoulous_New.37 |
| | 187:14 | Q. | And I think you expressed that | | |
| | 187:15 | | concern in terms of sort of political consequences | | |
| | 187:16 | | of draws.  Did you worry about the financial | | |
| | 187:17 | | consequences of draws? | | |
| | 187:18 | A. | Not in any immediate way, because there | | |
| | 187:19 | | was still plenty of capacity left in the PSPA | | |
| | 187:20 | | commitment.  We assumed that at some point if -- if | | |
| | 187:21 | | Fannie and/or Freddie needed to continue to draw on | | |
| | 187:22 | | the PSPA commitment, that at some point market | | |
| | 188:01 | | participants might start to wonder whether there was | | |
| | 188:02 | | sufficient capital there, thinking about what was on | | |
| | 188:03 | | balance sheet and what was virtually available to be | | |
| | 188:04 | | able to continue to do business with us. | | |
| | 188:05 | | But we didn't think we were anywhere | | |
| | 188:06 | | close to that risk, but we also assumed that market | | |
| | 188:07 | | participants, if they were going to get nervous | | |
| | 188:08 | | about it, would get nervous about it long before | | |
| | 188:09 | | that number dropped to zero, but we didn't know | | |
| | 188:10 | | exactly what would be the tipping point. | | |
| 247:08 - 247:12 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:18 | Mayopoulous_New.38 |
| | 247:08 | Q. | In general, at the time that this letter | | |
| | 247:09 | | was being drafted and throughout the ensuing months | | |
| | 247:10 | | into the summer of 2012, did you feel relatively | | |
| | 247:11 | | optimistic about the ability of Fannie Mae to return | | |
| | 247:12 | | to long-term sustainable profitability? | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 247:15 - 247:18 | **Mayopoulos, Timothy 2020-03-10** | 00:00:12 | Mayopoulous_New.39 |
| | 247:15   THE WITNESS:  In the summer of 2012 was I | | |
| | 247:16   optimistic that Fannie Mae could achieve sustainable | | |
| | 247:17   profitability?  I thought that was -- that was a | | |
| | 247:18   clear possibility, yes. | | |
| 264:22 - 265:05 | **Mayopoulos, Timothy 2020-03-10** | 00:00:13 | Mayopoulous_New.42 |
| | 264:22   Q.   Do you think it's important | | |
| | 265:01        for the public to understand that the enterprises | | |
| | 265:02        have paid tens of billion dollars more to the | | |
| | 265:03        Treasury than the Treasury advanced to the | | |
| | 265:04        enterprises? | | |
| | 265:05   A.   Yes. | | |

| | |
|---|---|
| Our Designations | 00:24:38 |
| **TOTAL RUN TIME** | **00:24:38** |

Documents linked to video:
OLDP308
P167
P216