# EXHIBIT F

# Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"

Designation List Report

**Lockhart, James**  2021-01-13

| Our Designations | 00:32:42 |
|---|---|
| **TOTAL RUN TIME** | **00:32:42** |

Documents linked to video:
OLDP2B
OLDP2C
P515
P520



ID: Lockhart_New

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:16 - 10:18 | **Lockhart, James 2021-01-13** | 00:00:08 | Lockhart_New.1 |
| | 10:16    Can you just go ahead and state your name for | | |
| | 10:17    the record, please, your full name. | | |
| | 10:18  A. James Bicknell Lockhart III. | | |
| 26:03 - 27:21 | **Lockhart, James 2021-01-13** | 00:02:34 | Lockhart_New.2 |
| | 26:03    Can you just give me a brief overview of your | | |
| | 26:04    employment history, starting from when you graduated | | |
| | 26:05    and any post-secondary school.  I really mean just an | | |
| | 26:06    overview. | | |
| | 26:07  A. I went to Yale.  Worked for a bank for a year | | |
| | 26:08    in the credit department, and then spent three years | | |
| | 26:09    in the Navy as a supply officer on a nuclear | | |
| | 26:10    submarine.  Then Harvard Business School.  Gulf Oil | | |
| | 26:11    for about nine years, where I ended up as an assistant | | |
| | 26:12    treasurer.  Treasurer of Alexander & Alexander | | |
| | 26:13    thereafter, which was the second largest broker and | | |
| | 26:14    risk manager in the world. | | |
| | 26:15    After that, I went to run the Pension Benefit | | |
| | 26:16    Guarantee Corporation for George -- H.W. Bush, No. 41. | | |
| | 26:17    After he was defeated, I went to Smith Barney and was | | |
| | 26:18    a managing director in their insurance investment | | |
| | 26:19    banking practice, then for a year was senior | | |
| | 26:20    vice-president of finance of a reinsurance company, | | |
| | 26:21    National Re, then started a risk management firm, | | |
| | 26:22    advising financial institutions on credit interest | | |
| | 27:01    rate and operational risk, enterprise risk. | | |
| | 27:02    And then I got the call to go back in | | |
| | 27:03    government, and for about four years I was the No. 2 | | |
| | 27:04    chief operating officer Social Security, deputy | | |
| | 27:05    commissioner.  And after that I was asked to join | | |
| | 27:06    OFHEO in April or May of '06, and was confirmed, I | | |
| | 27:07    think, in June or so.  But I was there starting in | | |
| | 27:08    April. | | |
| | 27:09    And then when HERA was passed end of July | | |
| | 27:10    '08, I became the executive director of FHFA, which | | |
| | 27:11    continued to be the regulator of Fannie and Freddie, | | |
| | 27:12    but also, I was a regulator of federal loan home | | |
| | 27:13    banks. | | |
| | 27:14    And after that I stayed there through August | | |
| | 27:15    of '09, then joined a private equity firm -- WL Ross | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 27:16 | is a private equity firm -- as a vice chairman and ran | | |
| | 27:17 | their financial services practice.  We invested in a | | |
| | 27:18 | whole series of banks in the U.S. and Europe, and | | |
| | 27:19 | probably five different mortgage companies in the | | |
| | 27:20 | U.S., most single family and multi-family and | | |
| | 27:21 | advisory.  And I retired a couple years ago. | | |
| 27:22 - 28:14 | **Lockhart, James 2021-01-13** | | 00:00:41 | Lockhart_New.3 |
| | 27:22 | Q.  Thank you.  That was very helpful.  I'm | | |
| | 28:01 | seeing reference to the fact that you are a senior | | |
| | 28:02 | fellow at something called the Bipartisan Policy | | |
| | 28:03 | Center. | | |
| | 28:04 | A.  Yes. | | |
| | 28:05 | Q.  Can you describe what that is? | | |
| | 28:06 | A.  Yeah, that's correct.  The Bipartisan Policy | | |
| | 28:07 | Center was started by former ex-Senate majority | | |
| | 28:08 | leaders, two Republicans, two Democrats.  And their | | |
| | 28:09 | mission is to bring Republicans and Democrats together | | |
| | 28:10 | to come up with solutions to problems. | | |
| | 28:11 | I co-chaired a communication there with | | |
| | 28:12 | ex-senator Conrad on retirement security and personal | | |
| | 28:13 | savings, and that report came out about three or four | | |
| | 28:14 | years ago. | | |
| 29:06 - 29:18 | **Lockhart, James 2021-01-13** | | 00:00:46 | Lockhart_New.4 |
| | 29:06 | Q.  What was your degree in at Yale? | | |
| | 29:07 | A.  American studies. | | |
| | 29:08 | Q.  Do you have any degrees or professional | | |
| | 29:09 | certifications that you believe were particularly | | |
| | 29:10 | relevant to your work at OFHEO and FHFA? | | |
| | 29:11 | A.  Well, certainly Harvard Business School. | | |
| | 29:12 | Most of my courses were in finance.  I'm also a fellow | | |
| | 29:13 | of the corporate treasurer's organization in the UK, | | |
| | 29:14 | but now it's worldwide. | | |
| | 29:15 | Q.  And what was your degree from Harvard | | |
| | 29:16 | Business School? | | |
| | 29:17 | A.  They -- just the master's of business | | |
| | 29:18 | administration.  They don't have specific majors. | | |
| 29:19 - 30:16 | **Lockhart, James 2021-01-13** | | 00:01:20 | Lockhart_New.5 |
| | 29:19 | Q.  Can you describe briefly how it came | | |
| | 29:20 | about that you were asked to go to OFHEO? | | |
| | 29:21 | A.  Yes.  I was leading President Bush's, | | |

Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 29:22 | No. 43's, social security reform efforts at the agency | | |
| | 30:01 | and had done that for several years.  It became | | |
| | 30:02 | apparent by the end of '05 that it was not going to go | | |
| | 30:03 | anywhere, and it was time for me to go back to | | |
| | 30:04 | civilian life. | | |
| | 30:05 | What they asked me, given the issues at | | |
| | 30:06 | Fannie and Freddie, was to take over as the director | | |
| | 30:07 | there.  They probably asked me six months before I | | |
| | 30:08 | made the decision to do it.  And in that time, | | |
| | 30:09 | actually spent a lot of time just reading up and | | |
| | 30:10 | understanding some of the issues at Fannie and | | |
| | 30:11 | Freddie. | | |
| | 30:12 | And I was really parachuted in.  I had | | |
| | 30:13 | already been Senate confirmed.  So it was easy to move | | |
| | 30:14 | me in.  And the first order of business was the | | |
| | 30:15 | examination report on the accounting standards at | | |
| | 30:16 | Fannie Mae and doing a settlement with them. | | |
| 45:22 - 46:12 | **Lockhart, James 2021-01-13** | | 00:00:50 | Lockhart_New.6 |
| | 45:22 | Q.  And a few minutes ago you said something to | | |
| | 46:01 | the effect of that you forced Fannie and Freddie to | | |
| | 46:02 | raise capital, I think in '07, late '07. | | |
| | 46:03 | A.  Right. | | |
| | 46:04 | Q.  Can you describe what you mean when you say | | |
| | 46:05 | you "forced" them to do it? | | |
| | 46:06 | A.  Well, we put out regular reports, quarterly | | |
| | 46:07 | and semiannual reports, of the health of Fannie and | | |
| | 46:08 | Freddie -- they were significant concerns to us -- and | | |
| | 46:09 | we told them that they needed to raise more capital. | | |
| | 46:10 | We discussed it with the boards.  They were somewhat | | |
| | 46:11 | reluctant, but they agreed.  And as I said, they were | | |
| | 46:12 | able to raise capital in November, December of '07. | | |
| 46:19 - 47:07 | **Lockhart, James 2021-01-13** | | 00:00:35 | Lockhart_New.7 |
| | 46:19 | BY MR. COLATRIANO: | | |
| 🔗 P515.1 | 46:20 | Q.  It should be loading right now.  Exhibit 5. | | |
| | 46:21 | Let me know when you have it. | | |
| | 46:22 | A.  I got it. | | |
| | 47:01 | Q.  Exhibit 5 is a March 19 document. | | |
| | 47:02 | A.  That's right. | | |
| | 47:03 | Q.  I'm sorry. | | |
| 🔗 P515.1.1 | 47:04 | A March 19, 2008 news release from OFHEO | | |

Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 47:05 | | Bates stamped LOCKHART-DDC-000050.  Have you reviewed | | |
| | 47:06 | | this document in preparing for this deposition? | | |
| | 47:07 | A. | Yes. | | |
| 48:01 - 48:15 | **Lockhart, James 2021-01-13** | | | 00:00:56 | Lockhart_New.8 |
| 🔗 P515.1.2 | 48:01 | Q. | It then goes on to say the "key part of this | | |
| | 48:02 | | initiative, both companies announced that they begin | | |
| | 48:03 | | the process to raise significant capital," and that | | |
| | 48:04 | | "Both companies also said they would maintain overall | | |
| | 48:05 | | capital levels well in excess of requirements." | | |
| | 48:06 | | Did you have a view around this time about | | |
| | 48:07 | | the company's ability to raise capital in the markets? | | |
| | 48:08 | A. | We thought they could.  That's why we | | |
| | 48:09 | | required it, and, you know, we were hearing from | | |
| | 48:10 | | investment bankers that it was possible, Treasurywise | | |
| | 48:11 | | in particular as well.  Treasury was involved in these | | |
| | 48:12 | | negotiations with the two CEOs. | | |
| | 48:13 | Q. | Okay. | | |
| | 48:14 | A. | And Fannie did raise capital, as you know, in | | |
| ❌ Clear | 48:15 | | May of '08.  Freddie did not. | | |
| 60:16 - 61:13 | **Lockhart, James 2021-01-13** | | | 00:01:29 | Lockhart_New.9 |
| | 60:16 | Q. | What was your understanding of the | | |
| | 60:17 | | difference between conservatorship and receivership? | | |
| | 60:18 | A. | Receivership set up an LL -- whatever that | | |
| | 60:19 | | means.  It set up a separate company that the good | | |
| | 60:20 | | assets would be transferred into, and conservatorship | | |
| | 60:21 | | was keeping the companies in place, but with the | | |
| | 60:22 | | conservator, the agency, myself in particular, having | | |
| | 61:01 | | the powers of the board and the management of the | | |
| | 61:02 | | companies to conserve their assets. | | |
| | 61:03 | Q. | Okay.  And so would it be fair to say that | | |
| | 61:04 | | conservatorship and receivership had different | | |
| | 61:05 | | objectives, different purposes? | | |
| | 61:06 | A. | Yes. | | |
| | 61:07 | Q. | And how would you describe that difference? | | |
| | 61:08 | A. | Well, the receivership was much more | | |
| | 61:09 | | draconian.  It effectively had the impact of moving | | |
| | 61:10 | | the assets to another vehicle and -- that would be | | |
| | 61:11 | | capitalized.  While conservatorship was an attempt to | | |
| | 61:12 | | work through their issues and -- over time and | | |
| | 61:13 | | potentially keep the companies in place. | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 61:14 - 62:04 | **Lockhart, James 2021-01-13** | 00:00:37 | Lockhart_New.10 |
| | 61:14 Q. So that suggests that receivership and | | |
| | 61:15    conservatorship had different sort of end results in | | |
| | 61:16    mind; correct? | | |
| | 61:17 A. End results and different market | | |
| | 61:18    implications, which was one of the reasons we were | | |
| | 61:19    having a big debate about receivership and | | |
| | 61:20    conservatorship. | | |
| | 61:21 Q. What do you mean by "market implications"? | | |
| | 61:22 A. I think receivership would have panicked the | | |
| | 62:01    market pretty dramatically. The market was already | | |
| | 62:02    very thin at that point, and I'm talking about the | | |
| | 62:03    mortgage market in particular, but also the overall | | |
| | 62:04    market. | | |
| 62:05 - 62:19 | **Lockhart, James 2021-01-13** | 00:00:57 | Lockhart_New.11 |
| | 62:05 Q. Was receivership more of a liquidation type | | |
| | 62:06    of vehicle for the companies? | | |
| | 62:07 A. Well, it was closer to liquidation but not | | |
| | 62:08    liquidation itself. In theory, they could have still | | |
| | 62:09    written some business, I guess. I can't remember the | | |
| | 62:10    details of the receivership So I can't speculate. At | | |
| | 62:11    the time we looked at it, but because it was rejected, | | |
| | 62:12    I haven't really re-looked at it since then. | | |
| | 62:13 Q. When you say, "at the time" you looked at it, | | |
| | 62:14    do you mean at around this time in '08 you were | | |
| | 62:15    looking at receivership? | | |
| | 62:16 A. I would say it was in August, mid-August on | | |
| | 62:17    really, probably. So later than this. It was again, | | |
| | 62:18    after HERA was passed because -- which was on July 30. | | |
| | 62:19    We couldn't look at receivership until we had HERA. | | |
| 63:06 - 63:14 | **Lockhart, James 2021-01-13** | 00:00:33 | Lockhart_New.12 |
| | 63:06 Q. How would you describe the agency powers in | | |
| | 63:07    the conservatorship? | | |
| | 63:08 A. As we said in an announcement, we put them in | | |
| | 63:09    a conservatorship, that the agency and the director of | | |
| | 63:10    the agency as conservator had all the powers of -- to | | |
| | 63:11    run effectively if the board wanted to. They didn't | | |
| | 63:12    even have to have board. We decided to keep the board | | |
| | 63:13    and the management so it was under the control of the | | |
| | 63:14    agency. | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 64:14 - 65:01 | **Lockhart, James 2021-01-13** | 00:00:41 | Lockhart_New.13 |
| | 64:14  What was your understanding of how the | | |
| | 64:15  conservator role differed from your role as regulator? | | |
| | 64:16  The safety and soundness regulator. | | |
| | 64:17  A. It was different. We actually set up a | | |
| | 64:18  separate group to be the conservator, if you will, and | | |
| | 64:19  we kept the regulator and the examination teams in | | |
| | 64:20  place as well. And the conservator's job was to | | |
| | 64:21  ensure that they kept supporting their mission and | | |
| | 64:22  that they were safe and sound and that they conserved | | |
| | 65:01  assets as well. | | |
| 65:02 - 65:09 | **Lockhart, James 2021-01-13** | 00:00:22 | Lockhart_New.15 |
| | 65:02  Q. It sounds like there's at least some overlap | | |
| | 65:03  between the roles because you talked about the | | |
| | 65:04  conservator's job was to make sure the institutions | | |
| | 65:05  were kept safe and sound, which obviously, is | | |
| | 65:06  something that's relevant to the regulator's role as | | |
| | 65:07  the safety and soundness regulator. So those concepts | | |
| | 65:08  are similar; is that correct? | | |
| | 65:09  A. That's correct, yes. | | |
| 65:10 - 65:22 | **Lockhart, James 2021-01-13** | 00:00:54 | Lockhart_New.16 |
| | 65:10  Q. And when you say the conservator's job is in | | |
| | 65:11  part to conserve assets, what do you mean by that? | | |
| | 65:12  A. Well, I meant that over the long term, the | | |
| | 65:13  idea was that we wanted to work to provide that they | | |
| | 65:14  could grow their assets, or at least not dissipate | | |
| | 65:15  their assets dramatically over that period. | | |
| | 65:16  Obviously, as when we did put them in | | |
| | 65:17  conservatorship, the market was quite a bit different | | |
| | 65:18  than even in July where we're talking about here. But | | |
| | 65:19  certainly it became much worse after September, after | | |
| | 65:20  the Lehman bankruptcy, the next week after | | |
| | 65:21  conservatorship and all the other actions that were | | |
| | 65:22  taken. | | |
| 66:01 - 66:09 | **Lockhart, James 2021-01-13** | 00:00:37 | Lockhart_New.18 |
| | 66:01  Q. Was one of the objectives, at least, of | | |
| | 66:02  conservatorship, as you understood it, was to try to | | |
| | 66:03  restore the companies to financial health? | | |
| | 66:04  A. The objective was to definitely restore the | | |
| | 66:05  companies, and therefore, the mortgage market, because | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 66:06 | they worked the mortgage market at that point to | | |
| | 66:07 | financial health.  You could not restore them to | | |
| | 66:08 | financial health without restoring the mortgage | | |
| | 66:09 | market. | | |
| 90:21 - 91:13 | **Lockhart, James 2021-01-13** | | 00:00:56 | Lockhart_New.19 |
| | 90:21 | Q.  And I'm going to show you that Q&A in | | |
| | 90:22 | a little bit, but, you know, you referred to it a | | |
| | 91:01 | couple times already.  I just want to make sure I | | |
| | 91:02 | understand.  What was the purpose of that?  Why did | | |
| | 91:03 | you feel you needed to prepare that type of Q&A? | | |
| | 91:04 | A.  Well, Fannie was the biggest financial | | |
| | 91:05 | institution in the country at that point.  Freddie was | | |
| | 91:06 | probably the third largest.  They were such a major | | |
| | 91:07 | part of the financial markets, and as I said before, | | |
| | 91:08 | the mortgage markets that we needed to be as clear as | | |
| | 91:09 | we could about what was happening and why it was | | |
| | 91:10 | happening, and more importantly, that Treasury was | | |
| | 91:11 | backing them with the preferred, and therefore, Fannie | | |
| | 91:12 | and Freddie would survive despite their major | | |
| | 91:13 | problems. | | |
| 96:17 - 96:19 | **Lockhart, James 2021-01-13** | | 00:00:23 | Lockhart_New.20 |
| 🔗 OLDP2B.1 | 96:17 | Q.  Exhibit 8 is a document with the Bates | | |
| 🔗 OLDP2B.1.1 | 96:18 | FHFA-DDC-0090764.  It's a September 7, 2008 statement | | |
| | 96:19 | from FHFA director, James B. Lockhart. | | |
| 96:20 - 96:22 | **Lockhart, James 2021-01-13** | | 00:00:07 | Lockhart_New.21 |
| | 96:20 | I assume this is one of the documents you | | |
| | 96:21 | reviewed in preparing for this deposition? | | |
| | 96:22 | A.  That's correct. | | |
| 97:01 - 97:06 | **Lockhart, James 2021-01-13** | | 00:00:09 | Lockhart_New.22 |
| | 97:01 | Q.  I assume, as well, that you were heavily | | |
| | 97:02 | involved in the drafting of this statement; is that | | |
| | 97:03 | correct? | | |
| | 97:04 | A.  That is correct. | | |
| | 97:05 | Q.  Why don't you turn to Page 5 of the document. | | |
| | 97:06 | A.  Okay. | | |
| 97:07 - 97:11 | **Lockhart, James 2021-01-13** | | 00:00:21 | Lockhart_New.23 |
| 🔗 OLDP2B.5.2 | 97:07 | Q.  At the bottom of Page 5 there's a description | | |
| | 97:08 | of "Conservatorship," where you say, "That is a | | |
| | 97:09 | statutory process designed to stabilize a troubled | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 97:10     institution with the objective of returning the | | |
| | 97:11     entities to normal business operations." | | |
| 97:12 - 97:20 | **Lockhart, James 2021-01-13** | 00:00:39 | Lockhart_New.24 |
| | 97:12     What was your understanding of what "normal | | |
| | 97:13     business operations" would be for Fannie and Freddie? | | |
| | 97:14  A. That was difficult because they were not | | |
| | 97:15     normal businesses.  They were GSEs and they had a | | |
| | 97:16     government charter, and so part of the view was did | | |
| | 97:17     that mean returning them back to just the way they | | |
| | 97:18     were, or would there be some changes.  I think many of | | |
| | 97:19     us thought that there would have to be some | | |
| | 97:20     Congressional action. | | |
| 97:21 - 98:03 | **Lockhart, James 2021-01-13** | 00:00:18 | Lockhart_New.25 |
| | 97:21     But "normal business operations" meant that | | |
| | 97:22     they had the capital.  They had the systems.  They had | | |
| | 98:01     the risk management and the ability to serve their | | |
| | 98:02     mission of providing stability, liquidity, and | | |
| | 98:03     affordability to the mortgage market. | | |
| 98:04 - 98:08 | **Lockhart, James 2021-01-13** | 00:00:17 | Lockhart_New.26 |
| | 98:04  Q. And I take it from that response that | | |
| | 98:05     normal business operations would mean, at least in | | |
| | 98:06     part, safe and sound business operations? | | |
| | 98:07  A. Yes.  That's the risk management, the capital | | |
| | 98:08     and other things I mentioned. | | |
| 98:09 - 98:12<br>⊠ Clear | **Lockhart, James 2021-01-13** | 00:00:13 | Lockhart_New.27 |
| | 98:09  Q. So can a company with no capital -- can | | |
| | 98:10     financial institutions with no capital be considered | | |
| | 98:11     to be normal business operation? | | |
| | 98:12  A. No. | | |
| 98:18 - 98:22 | **Lockhart, James 2021-01-13** | 00:00:16 | Lockhart_New.28 |
| | 98:18     THE WITNESS:  In fact, a company with no | | |
| | 98:19     capital shouldn't be operating.  Obviously, Fannie and | | |
| | 98:20     Freddie had no capital, but they did have preferred | | |
| | 98:21     stock that effectively kept them above negative net | | |
| | 98:22     worth. | | |
| 99:07 - 99:14 | **Lockhart, James 2021-01-13** | 00:00:28 | Lockhart_New.29 |
| | 99:07  Q. I think I know the answer to this | | |
| | 99:08     based on our earlier discussion, but at this time, | | |
| | 99:09     September 20, '08, did you have an expectation about | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 99:10 | | how long it would be before the companies could be | | |
| | 99:11 | | returned to normal business operations? | | |
| | 99:12 | A. | No, I didn't.  There was too many other | | |
| | 99:13 | | things going on in the financial markets at that point | | |
| | 99:14 | | to have an idea of what it would take. | | |
| 99:15 - 100:21 | **Lockhart, James 2021-01-13** | | | 00:01:52 | Lockhart_New.30 |
| | 99:15 | Q. | Turn to Page 10 of this document.  Let me | | |
| | 99:16 | | know when you're there. | | |
| 🔗 OLDP2B.9.1 | 99:17 | A. | I'm on Page 10.  That's the final page? | | |
| | 99:18 | Q. | Yes.  Yes, it is. Actually, at the very top, | | |
| | 99:19 | | it's the continuation of the paragraph that begins at | | |
| | 99:20 | | the bottom of Page 9 where you're talking about FHFA | | |
| | 99:21 | | continued to work on new regulations, including | | |
| 🔗 OLDP2B.9.2 | 99:22 | | minimum capital standards.  You then say, "It is | | |
| | 100:01 | | critical to complete these regulations so that any new | | |
| | 100:02 | | investor will understand the investment proposition." | | |
| | 100:03 | | What were you referring to there with | | |
| | 100:04 | | reference to "any new investor"? | | |
| | 100:05 | A. | To return to normal operations, they would | | |
| | 100:06 | | have to have capital, and the only way they could get | | |
| | 100:07 | | new capital is from new investors.  So that's what I | | |
| | 100:08 | | was referring to, that anybody that was going to | | |
| | 100:09 | | invest in them would want to know what the capital | | |
| | 100:10 | | requirements were, what the other -- as I mentioned, | | |
| | 100:11 | | the other issues, what their regulations were, what | | |
| | 100:12 | | their risk management practices were. | | |
| | 100:13 | | So that's what I was referring to, that they | | |
| | 100:14 | | would need to raise more capital to get out of | | |
| ✗ Clear | 100:15 | | conservatorship. | | |
| | 100:16 | Q. | And just so I understand it, the companies | | |
| | 100:17 | | could also build capital through earnings; right? | | |
| | 100:18 | A. | Well, at that point I didn't think they were | | |
| | 100:19 | | going to have earnings to build capital. | | |
| | 100:20 | Q. | I'm just talking as a general proposition, | | |
| | 100:21 | | that that's a way to build capital. | | |
| 100:22 - 101:10 | **Lockhart, James 2021-01-13** | | | 00:00:43 | Lockhart_New.31 |
| | 100:22 | A. | Yes.  But they also had to repay the | | |
| | 101:01 | | preferred before they could rebuild capital, and that | | |
| | 101:02 | | was -- it turned out to be a very big number. | | |
| | 101:03 | Q. | Okay.  Well, through earnings, they could | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 101:04  build capital on their balance sheet, whether or not | | |
| | 101:05  they used it to pay Treasury; correct? | | |
| | 101:06  A.  Yeah.  In fact, they did have that | | |
| | 101:07  capability.  They didn't have the ability to repay | | |
| | 101:08  Treasury, but yes, they did have the ability, if they | | |
| | 101:09  became profitable.  But at that point there was no | | |
| | 101:10  sign they would be profitable in the near future. | | |
| 101:11 - 102:10 | **Lockhart, James 2021-01-13** | 00:01:06 | Lockhart_New.32 |
| | 101:11  Q.  When you said they didn't have the ability to | | |
| | 101:12  repay -- to pay Treasury, you mean to pay down the | | |
| | 101:13  stock, to redeem the stock?  Is that what you're | | |
| | 101:14  talking about when you said, "They didn't have the | | |
| | 101:15  ability" to pay Treasury? | | |
| | 101:16  A.  Yeah.  Liquidation preference of stock, | | |
| | 101:17  preferred stock. | | |
| 🔗 OLDP2B.9.2 | 101:18  Q.  Returning to the sentence, is it fair to say | | |
| | 101:19  that, you know, at least in your mind, the objective | | |
| | 101:20  was to get these companies to a point where there | | |
| | 101:21  could be new investment in them? | | |
| | 101:22  A.  Over the long term, yes, whether -- I always | | |
| | 102:01  thought -- and I'll put this right on the table.  I | | |
| | 102:02  always thought that the only way they could figure it | | |
| | 102:03  out was with Congressional action.  There had to be | | |
| | 102:04  some action on Congress about the future structure of | | |
| | 102:05  Fannie and Freddie because their hybrid structure did | | |
| | 102:06  not work and failed. | | |
| | 102:07  And so it was not only getting new investors, | | |
| | 102:08  but it was also Congressional action, and I thought | | |
| | 102:09  the Congressional action probably had to happen before | | |
| | 102:10  they could get new investors. | | |
| 102:19 - 102:21 | **Lockhart, James 2021-01-13** | 00:00:14 | Lockhart_New.33 |
| 🔗 OLDP2C.1 | 102:19  Q.  Exhibit 9 is a document marked | | |
| 🔗 OLDP2C.1.5 | 102:20  FHFA-DDC-0017202.  It's an FHFA "FACT SHEET, | | |
| | 102:21  "QUESTIONS AND ANSWERS ON CONSERVATORSHIP." | | |
| 104:02 - 104:15 | **Lockhart, James 2021-01-13** | 00:00:45 | Lockhart_New.34 |
| 🔗 OLDP2C.1.3 | 104:02  Q.  And on the first page there is discussion | | |
| | 104:03  about what is conservatorship, and the answer talks | | |
| | 104:04  about a "legal process in which a person or entity is | | |
| | 104:05  appointed to establish control and oversight of a | | |
| | 104:06  Company to put it in a sound and solvent condition." | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 104:07 | | Is that another way of saying safe and sound, | | |
| | 104:08 | | basically? | | |
| | 104:09 | A. | Yes. | | |
| | 104:10 | Q. | And presumably "solvent" implies some type of | | |
| | 104:11 | | positive net worth; correct? | | |
| | 104:12 | A. | Well, more than some sort of.  A significant | | |
| | 104:13 | | positive net worth, especially if you're writing -- at | | |
| | 104:14 | | that point I think they had $5-1/2 trillion worth of | | |
| | 104:15 | | mortgages that they were splitting. | | |
| 104:16 - 105:07  OLDP2C.1.4 | **Lockhart, James 2021-01-13** | | | 00:00:47 | Lockhart_New.35 |
| | 104:16 | Q. | The second page of the | | |
| | 104:17 | | document there's the first answer, which the question | | |
| | 104:18 | | is actually on Page 1, which is "What are the goals of | | |
| | 104:19 | | this conservatorship?" | | |
| | 104:20 | | Part of the answer is, "The goals of the | | |
| | 104:21 | | conservatorship are to help restore confidence in the | | |
| | 104:22 | | Company, enhance its capacity to fulfill its mission, | | |
| | 105:01 | | and mitigate systemic risk that has contributed | | |
| | 105:02 | | directly to the instability in the current market." | | |
| | 105:03 | | When you're talking about helping to restore | | |
| | 105:04 | | confidence, whose confidence are you talking about? | | |
| | 105:05 | | The market confidence? | | |
| | 105:06 | A. | Yeah.  The buyers of their debt and | | |
| | 105:07 | | mortgage-backed securities in particular. | | |
| 105:08 - 106:01  OLDP2C.2.4 | **Lockhart, James 2021-01-13** | | | 00:01:12 | Lockhart_New.36 |
| | 105:08 | Q. | The next question is "When will the | | |
| | 105:09 | | conservatorship period end?" | | |
| | 105:10 | | And we've already talked about what your | | |
| | 105:11 | | expectations were around this time about how long the | | |
| | 105:12 | | conservatorship might last, but did you have any | | |
| | 105:13 | | discussions with Treasury, with the GSEs themselves, | | |
| | 105:14 | | analysts, anybody else in the weeks after the | | |
| | 105:15 | | conservatorship was instituted about the expected | | |
| | 105:16 | | duration? | | |
| | 105:17 | A. | No specific.  We were, you know, working on | | |
| | 105:18 | | trying to solve the mortgage market problems, and it | | |
| | 105:19 | | was, again, premature.  You know that | | |
| | 105:20 | | Secretary Paulson called it the time out, which meant | | |
| | 105:21 | | that it was, in his mind, certainly not the 12 years | | |
| | 105:22 | | it's been.  But also, in his and my mind, the end | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 106:01  would really be when Congress acted. | | |
| 106:14 - 106:16 | **Lockhart, James 2021-01-13** | 00:00:09 | Lockhart_New.37 |
| 🔗 OLDP2C.3.2 | 106:14  Q.  It's on Page 3.  It's the second question on<br>106:15       Page 3, "What happens to the Company's stock during<br>106:16       the conservatorship?" | | |
| 106:17 - 106:19 | **Lockhart, James 2021-01-13** | 00:00:10 | Lockhart_New.50 |
| ✖ Clear | 106:17  A.  I think it was a legitimate question that the<br>106:18       shareholders both preferred and commonly asked, if<br>106:19       that's what you're asking. | | |
| 120:02 - 120:19 | **Lockhart, James 2021-01-13** | 00:01:19 | Lockhart_New.38 |
| | 120:02  Q.  So obviously these PSPAs were entered into<br>120:03       more or less concurrently with the imposition of the<br>120:04       conservatorships; correct?<br>120:05  A.  Yes.<br>120:06  Q.  And you signed the PSPAs in your capacity as<br>120:07       conservator for Fannie and Freddie; correct?<br>120:08  A.  That is correct.<br>120:09  Q.  Can you briefly explain how you became<br>120:10       involved in the -- in heading negotiations or<br>120:11       discussions concerning the PSPAs, whether they made<br>120:12       sense or the specific terms of them.<br>120:13  A.  Yes, obviously, Treasury was the driver.<br>120:14       They were the provider of the funding for the PSPA,<br>120:15       and as a result, they did most of the drafting.  We<br>120:16       would occasionally comment on earlier drafts, but<br>120:17       frankly, I don't remember what our comments were, and<br>120:18       we had our lawyers looking at it as well, obviously,<br>120:19       since it's a legal document. | | |
| 145:16 - 146:01 | **Lockhart, James 2021-01-13** | 00:00:31 | Lockhart_New.40 |
| 🔗 P520.1<br>🔗 P520.1.1 | 145:16  Q.  Exhibit 16 is a hearing report, including a<br>145:17       transcript for a hearing before the House Committee on<br>145:18       Financial Services on September 25, 2008.<br>145:19       Have you reviewed this document in preparing<br>145:20       for your deposition?<br>145:21  A.  In preparing my book, yes.  Parts of it.  I'm<br>145:22       not sure if I read the whole document, but parts of<br>146:01       it, at least, yes. | | |
| 146:02 - 146:04 | **Lockhart, James 2021-01-13** | 00:00:13 | Lockhart_New.51 |
| 🔗 P520.18 | 146:02  Q.  If you could turn to Page 14.  14, the number | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 146:03      at the top of the page. | | |
| | 146:04  A.  The top of the page.  Okay. | | |
| 146:05 - 146:09 | **Lockhart, James 2021-01-13** | 00:00:07 | Lockhart_New.53 |
| | 146:05  Q.  It could also be Page 52 of 170 would work | | |
| | 146:06      too. | | |
| | 146:07  A.  Okay.  I'm looking at the wrong set of | | |
| | 146:08      numbers. | | |
| | 146:09      (Pause in proceedings.) | | |
| 146:10 - 147:12 | **Lockhart, James 2021-01-13** | 00:01:19 | Lockhart_New.52 |
| | 146:10      BY MR. COLATRIANO: | | |
| | 146:11  Q.  Are you there? | | |
| | 146:12  A.  I'm getting there.  I have a slow finger. | | |
| | 146:13  Q.  That's okay. | | |
| | 146:14  A.  Here we are. | | |
| | 146:15  Q.  All right. | | |
| | 146:16  A.  Kanjorski. | | |
| 🔗 P520.18.1 | 146:17  Q.  Yeah.  The second question on that page from | | |
| | 146:18      Mr. Kanjorski -- I'm not so interested in the question | | |
| | 146:19      as your answer.  You say in your answer, "Certainly, | | |
| | 146:20      the housing market hurt all lenders, and in reality | | |
| | 146:21      they probably had better books than many other | | |
| | 146:22      lenders." | | |
| | 147:01      I'm assuming by "they," you're referring to | | |
| | 147:02      Fannie and Freddie; right? | | |
| | 147:03  A.  Yes. | | |
| | 147:04  Q.  And so what did you mean when you said, "They | | |
| | 147:05      probably had better books than many other lenders"? | | |
| | 147:06  A.  I meant that if they had less delinquencies, | | |
| | 147:07      then certainly FHA is an example, but many of the | | |
| | 147:08      certain -- the private label mortgage-backed | | |
| | 147:09      securities was much better.  They had probably more | | |
| | 147:10      prime mortgages than some other lenders, and certain | | |
| | 147:11      more prime mortgages than, for instance, the private | | |
| | 147:12      label mortgage-backed securities. | | |
| 147:13 - 147:15 | **Lockhart, James 2021-01-13** | 00:00:08 | Lockhart_New.41 |
| 🔗 P520.37 | 147:13  Q.  If you'd turn to page, at the very top, 71 of | | |
| | 147:14      170. | | |
| | 147:15  A.  Okay. | | |
| 147:16 - 149:02 | **Lockhart, James 2021-01-13** | 00:02:00 | Lockhart_New.42 |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 🔗 P520.37.1 | 147:16 | Q. | All right. About two-thirds of the way down | | Lockhart_New.42 |
| | 147:17 | | on this page, you give an answer where you say, "They | | |
| | 147:18 | | were not doing things that other people didn't. In | | |
| | 147:19 | | fact, their underwriting standards, frankly, were | | |
| | 147:20 | | higher than any other people's standards." | | |
| | 147:21 | | Again, in context, by "they," you're | | |
| | 147:22 | | referring to Fannie and Freddie; right? | | |
| | 148:01 | A. | Correct. | | |
| | 148:02 | Q. | And so could you elaborate a bit when you | | |
| | 148:03 | | say, "Their underwriting standard were higher than | | |
| | 148:04 | | many other people's"? | | |
| | 148:05 | A. | Well, what I just said. They had more prime | | |
| | 148:06 | | mortgages than many other people did. They obviously | | |
| | 148:07 | | couldn't do jumbo mortgages. They did a lot of | | |
| | 148:08 | | mortgages and some subprime, but on average, I think | | |
| | 148:09 | | they were less than many other lenders, and again, in | | |
| | 148:10 | | private label mortgage-backed securities. | | |
| | 148:11 | | Now, there were buyers of those private label | | |
| | 148:12 | | mortgage-backed securities. They bought the AAA in | | |
| | 148:13 | | tranches, which turned out not to be AAA, but the | | |
| | 148:14 | | overall -- and I think if you look back at their books | | |
| | 148:15 | | historically, they had less defaults on average than | | |
| | 148:16 | | many other lenders. | | |
| | 148:17 | Q. | Would that suggest that, all else equal, that | | |
| | 148:18 | | you would expect Fannie and Freddie to have a lower | | |
| | 148:19 | | rate on loss on those types of assets than other | | |
| | 148:20 | | financial institutions? | | |
| | 148:21 | A. | Yes, I would. Obviously, as the second part | | |
| | 148:22 | | of that answer, as they didn't have enough capital for | | |
| | 149:01 | | even their lower losses and other financial | | |
| ❌ Clear | 149:02 | | institutions that had significantly more capital. | | |
| 224:07 - 224:19 | **Lockhart, James 2021-01-13** | | | 00:00:43 | Lockhart_New.48 |
| | 224:07 | Q. | Earlier today you testified about Fannie Mae | | |
| | 224:08 | | and Freddie Mac raising capital in the period of late | | |
| | 224:09 | | 2007 and early 2008. Do you recall that? | | |
| | 224:10 | A. | They raised capital in late 2007. | | |
| | 224:11 | Q. | And they did that by selling preferred stock | | |
| | 224:12 | | to private investors; correct? | | |
| | 224:13 | A. | That's correct. | | |
| | 224:14 | Q. | Were they able to raise as much capital as | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 224:15 | | they needed at that time by selling that preferred | | |
| | 224:16 | | stock? | | |
| | 224:17 | A. | I'm not sure if they tried to raise more than | | |
| | 224:18 | | that, but they did raise a reasonably significant | | |
| | 224:19 | | amount of capital. | | |
| 224:20 - 225:20 | **Lockhart, James 2021-01-13** | | | 00:01:17 | Lockhart_New.49 |
| | 224:20 | Q. | You also testified earlier today about the | | |
| | 224:21 | | decision to place Fannie and Freddie into | | |
| | 224:22 | | conservatorship. Do you recall that? | | |
| | 225:01 | A. | Yes. | | |
| | 225:02 | Q. | When FHFA became the conservator of the | | |
| | 225:03 | | enterprises, FHFA had the authority at that time to | | |
| | 225:04 | | cancel the junior preferred and common stock; correct? | | |
| | 225:05 | A. | I really don't remember whether we did or | | |
| | 225:06 | | not, actually. So I don't remember considering it for | | |
| | 225:07 | | sure, but I don't know if I had the legal right or | | |
| | 225:08 | | not. I don't know. | | |
| | 225:09 | Q. | Well, you anticipated my next question. | | |
| | 225:10 | | Did FHFA, either as regulator or as | | |
| | 225:11 | | conservator, give any consideration to canceling the | | |
| | 225:12 | | junior preferred and common stock? | | |
| | 225:13 | A. | Well, when we were going through the | | |
| | 225:14 | | decision -- the three scenarios I mentioned before, if | | |
| | 225:15 | | we had gone through receivership, that might have | | |
| | 225:16 | | canceled them. So there might have been consideration | | |
| | 225:17 | | there. | | |
| | 225:18 | | But when we were talking about | | |
| | 225:19 | | conservatorship, as far as I know, we were not talking | | |
| | 225:20 | | about cancelling the junior preferred or the common. | | |

| | |
|---|---|
| Our Designations | 00:32:42 |
| **TOTAL RUN TIME** | **00:32:42** |

Documents linked to video:
OLDP2B
OLDP2C
P515

- P520