# EXHIBIT H

# Mayopoulos

## Designation List Report

| | | |
|---|---|---|
| | **Mayopoulos, Timothy** | **2020-03-10** |

| | |
|---|---|
| Defense Designations | 00:11:27 |
| **TOTAL RUN TIME** | **00:11:27** |

Documents linked to video:
D490



ID: Mayopoulos

**Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 15:01 - 15:03 | **Mayopoulos, Timothy 2020-03-10** | 00:00:05 | Mayopoulos.13 |
| | 15:01   Q.  And what was your first job at Fannie | | |
| | 15:02         Mae?  What was your role at the start? | | |
| | 15:03   A.  I was the general counsel. | | |
| 15:19 - 15:20 | **Mayopoulos, Timothy 2020-03-10** | 00:00:07 | Mayopoulos.14 |
| | 15:19   Q.  And when were you promoted to CEO? | | |
| | 15:20   A.  June 2012. | | |
| 78:19 - 81:15 | **Mayopoulos, Timothy 2020-03-10** | 00:03:49 | Mayopoulos.1 |
| | 78:19   Q.  Shareholder -- or stockholders' | | |
| | 78:20         equity, was that one of the things that you were | | |
| | 78:21         generally supposed to take into account when you're | | |
| | 78:22         making decisions for Fannie Mae, or was that not -- | | |
| | 79:01         not one of the relevant considerations? | | |
| | 79:02   A.  I wouldn't say that we ran the company | | |
| | 79:03         with an eye towards promoting stockholder equity | | |
| | 79:04         over everything else, if that's the question. | | |
| | 79:05   Q.  That's not the question.  The question | | |
| | 79:06         is:  Is -- maintaining a positive stockholders' | | |
| | 79:07         equity, was that one of the things that you were | | |
| | 79:08         told to take into account when you were managing | | |
| | 79:09         Fannie Mae? | | |
| | 79:10   A.  Well, at the time I joined the company, | | |
| | 79:11         we did not have a positive shareholder equity.  It | | |
| | 79:12         was only through capital infusions from Treasury | | |
| | 79:13         that we got to zero at the end of every quarter, and | | |
| | 79:14         we didn't get to positive shareholder equity for | | |
| | 79:15         quite some time.  So it was certainly, I think, an | | |
| | 79:16         objective to have the company have positive | | |
| | 79:17         shareholder equity and to get to long-term | | |
| | 79:18         profitability, but for the first few years that I | | |
| | 79:19         was at the company, I don't think anybody thought | | |
| | 79:20         that that was something that was likely to happen. | | |
| | 79:21   Q.  And I guess to back up there, you made | | |
| | 79:22         reference to -- I think you made reference to draws | | |
| | 80:01         on the Treasury funding commitment. | | |
| | 80:02         Did I hear that right? | | |
| | 80:03   A.  Yes. | | |
| | 80:04   Q.  And what's the connection between making | | |
| | 80:05         draws on Treasury's funding commitment and | | |
| | 80:06         stockholders' equity? | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 80:07 | A. | Fannie Mae was required to maintain | | |
| | 80:08 | | stockholder equity -- positive stockholder equity | | |
| | 80:09 | | of, you know, at least a dollar as of the end of | | |
| | 80:10 | | every quarter, and so in those quarters in which we | | |
| | 80:11 | | lost substantial amounts of money, and we had | | |
| | 80:12 | | already consumed all of the capital of the company, | | |
| | 80:13 | | the only way we could get to -- back to a net | | |
| | 80:14 | | balance that was positive was to make a draw on the | | |
| | 80:15 | | Treasury commitment under the PSPA. | | |
| | 80:16 | Q. | Well, and so maybe I can ask the question | | |
| | 80:17 | | in a slightly different way.  Was minimizing the | | |
| | 80:18 | | draws on Treasury's funding commitment among the | | |
| | 80:19 | | goals that FHFA gave you when you're managing Fannie | | |
| | 80:20 | | Mae as the CEO? | | |
| | 80:21 | A. | I think that FHFA expected us to manage | | |
| | 80:22 | | the business prudently so as not to incur | | |
| | 81:01 | | unnecessary losses, but we were balancing, and I | | |
| | 81:02 | | think FHFA was balancing many different factors in | | |
| | 81:03 | | terms of what to pursue at any given time.  But | | |
| | 81:04 | | overall, we were trying to do things that were good | | |
| | 81:05 | | for the company and good for the market and good for | | |
| | 81:06 | | borrowers and good for taxpayers.  So we were | | |
| | 81:07 | | balancing all of those things. | | |
| | 81:08 | Q. | Mm-hmm.  And when you say good for the | | |
| | 81:09 | | company, what -- what do you mean by that? | | |
| | 81:10 | A. | You know, that it would enable the | | |
| | 81:11 | | company to continue to operate, continue to be | | |
| | 81:12 | | viable.  The company played an important role in the | | |
| | 81:13 | | housing finance system, and one of our directives | | |
| | 81:14 | | was to make sure that it was operationally | | |
| | 81:15 | | effective. | | |
| 101:14 - 101:18 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:18 | Mayopoulos.2 |
| 🔗 D490.1 | 101:14 | Q. | Okay.  So this will be Exhibit 9, and | | |
| | 101:15 | | what it is, is excerpts from Fannie Mae's second | | |
| | 101:16 | | quarter 2012 10-Q.  I didn't print the entire thing | | |
| | 101:17 | | but -- | | |
| | 101:18 | A. | The trees thank you. | | |
| 101:19 - 102:04 | **Mayopoulos, Timothy 2020-03-10** | | | 00:00:21 | Mayopoulos.12 |
| 🔗 D490.13 | 101:19 | Q. | And what I want to look at is page 12. | | |
| | 101:20 | | There's the paragraph that carries over from page 12 | | |

**Mayopoulos**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 🔗 D490.13.1 | 101:21 | to 13.  It's got a subheading of "Uncertainty | | |
| | 101:22 | Regarding Our Future Status and Ability to Pay | | |
| | 102:01 | Dividends to Treasury." | | |
| | 102:02 | Do you see that? | | |
| | 102:03  A. | Yes. | | |
| | 102:04  Q. | If you could read that for me. | | |
| 102:05 - 102:19 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:30 | Mayopoulos.3 |
| | 102:05  A. | Okay.  I've read that. | | |
| | 102:06  Q. | Okay.  And there's a sentence in there | | |
| 🔗 D490.13.2 | 102:07 | that says, "Although we may experience | | |
| | 102:08 | period-to-period volatility in earnings and | | |
| | 102:09 | comprehensive income, we do not expect to generate | | |
| | 102:10 | that income or comprehensive income in excess of our | | |
| | 102:11 | annual dividend obligation to Treasury over the long | | |
| | 102:12 | term." | | |
| | 102:13 | Did you see that sentence? | | |
| | 102:14  A. | Yes. | | |
| | 102:15  Q. | And is this saying that there might be | | |
| | 102:16 | some quarters in the future when Fannie doesn't earn | | |
| | 102:17 | enough to pay the 10 percent dividend?  Is that the | | |
| | 102:18 | thrust of the sentence? | | |
| | 102:19  A. | That's one of the conclusions, yes. | | |
| 103:03 - 103:05 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:08 | Mayopoulos.4 |
| | 103:03  Q. | Okay.  And what was Fannie's expectation | | |
| | 103:04 | at this time about whether it would earn enough to, | | |
| | 103:05 | over the long run, pay the 10 percent? | | |
| 103:07 - 103:08 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:02 | Mayopoulos.5 |
| | 103:07 | THE WITNESS:  When you say at this time, | | |
| | 103:08 | you mean as of? | | |
| 103:10 - 103:19 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:34 | Mayopoulos.6 |
| | 103:10  Q. | As of the summer of 2012. | | |
| | 103:11  A. | I think it was unclear whether we would | | |
| | 103:12 | be able to earn enough money to pay the dividend | | |
| | 103:13 | every quarter.  We certainly knew that our earnings | | |
| | 103:14 | had a certain amount of volatility to them and that | | |
| | 103:15 | quarters in which we did not make enough money to | | |
| | 103:16 | pay the dividend, we'd have to take an additional | | |
| | 103:17 | draw from Treasury, which would only increase the | | |
| | 103:18 | amount outstanding, which means that the subsequent | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| ❌ Clear | 103:19 | | dividends would have to be higher. | | |
| 104:02 - 105:12 | **Mayopoulos, Timothy 2020-03-10** | | | 00:01:45 | Mayopoulos.7 |
| | 104:02 | Q. | Putting yourself back in the shoes you | | |
| | 104:03 | | were in at the end of June of 2012, would you have | | |
| | 104:04 | | said then it was possible that Fannie would earn | | |
| | 104:05 | | enough over the long run to pay the 10 percent | | |
| | 104:06 | | dividend? | | |
| | 104:07 | A. | I think it was possible.  We just | | |
| | 104:08 | | couldn't say with confidence that we'd be able to. | | |
| | 104:09 | Q. | Right.  And we can look at the other | | |
| | 104:10 | | pages of this filing if need be, but I think I | | |
| | 104:11 | | noticed that this statement was specifically | | |
| | 104:12 | | identified as what's called a forward-looking | | |
| | 104:13 | | statement. | | |
| | 104:14 | | Does that make sense to you that Fannie | | |
| | 104:15 | | would have identified it as such? | | |
| | 104:16 | A. | Yes. | | |
| | 104:17 | Q. | And what are the implications of | | |
| | 104:18 | | identifying a statement as a forward-looking | | |
| | 104:19 | | statement in an SEC filing? | | |
| | 104:20 | A. | Well, as a general matter, it's to | | |
| | 104:21 | | indicate to the reader that these are judgments that | | |
| | 104:22 | | are being made by management and that they are | | |
| | 105:01 | | subject to certain uncertainty and, while it might | | |
| | 105:02 | | represent the best estimate of management, | | |
| | 105:03 | | management cannot assure or guarantee the reader | | |
| | 105:04 | | that that will actually come to be. | | |
| | 105:05 | Q. | You're basically saying here's what we | | |
| | 105:06 | | expect.  It could be wrong.  It could be better.  It | | |
| | 105:07 | | could be worse, but here's what we expect. | | |
| | 105:08 | | Is that kind of the thrust of it? | | |
| | 105:09 | A. | The gist of it is we're saying we are | | |
| | 105:10 | | making a prediction and, you know, accurate | | |
| | 105:11 | | predictions are difficult to make, especially those | | |
| | 105:12 | | about the future, to quote Yogi Berra. | | |
| 145:12 - 146:08 | **Mayopoulos, Timothy 2020-03-10** | | | 00:01:24 | Mayopoulos.8 |
| | 145:12 | Q. | Do you recall how you first learned about | | |
| | 145:13 | | the third amendment? | | |
| | 145:14 | A. | I don't recall exactly when or how I | | |
| | 145:15 | | first learned of the third amendment. | | |

Mayopoulos

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 145:16  Q.  Do you remember whether it happened over | | |
| | 145:17       the telephone or in person? | | |
| | 145:18  A.  I don't. | | |
| | 145:19  Q.  Okay. | | |
| | 145:20  A.  I don't remember. | | |
| | 145:21  Q.  Do you remember if the substance of the | | |
| | 145:22       third amendment, whether that was something that was | | |
| | 146:01       communicated to you by someone from FHFA or someone | | |
| | 146:02       from Treasury? | | |
| | 146:03  A.  I don't remember. | | |
| | 146:04  Q.  Okay.  And am I right in assuming you | | |
| | 146:05       also wouldn't remember how the third amendment was | | |
| | 146:06       described to you for the first time or what anyone | | |
| | 146:07       said about it when you first learned about it? | | |
| | 146:08  A.  Correct. | | |
| 146:09 - 146:14 | **Mayopoulos, Timothy 2020-03-10** | 00:00:20 | Mayopoulos.9 |
| | 146:09  Q.  Okay.  Do you remember what your first | | |
| | 146:10       reaction was when you heard about the third | | |
| | 146:11       amendment? | | |
| | 146:12  A.  No, I don't remember what my reaction | | |
| | 146:13       was. | | |
| | 146:14  Q.  Do you recall whether you were surprised? | | |
| 146:17 - 146:18 | **Mayopoulos, Timothy 2020-03-10** | 00:00:02 | Mayopoulos.10 |
| | 146:17       THE WITNESS:  I don't remember being | | |
| | 146:18       surprised. | | |
| 146:20 - 148:12 | **Mayopoulos, Timothy 2020-03-10** | 00:02:02 | Mayopoulos.11 |
| | 146:20  Q.  Was it consistent with what you expected | | |
| | 146:21       would happen? | | |
| | 146:22  A.  I don't know that I had any particular | | |
| | 147:01       expectations about what would happen.  I was aware | | |
| | 147:02       that there had been discussion about the possibility | | |
| | 147:03       of there being a third amendment to the PSPA.  I | | |
| | 147:04       think I understood at least some of the issues that | | |
| | 147:05       people were trying to address by the amendment.  In | | |
| | 147:06       my view, there were a number of ways that those | | |
| | 147:07       issues could be addressed, and it seemed that the | | |
| | 147:08       third amendment -- I don't remember the first time I | | |
| | 147:09       heard about the third amendment or exactly what | | |
| | 147:10       context that was, but my recollection is I thought | | |
| | 147:11       that what the third amendment was, was in line with | | |

**Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 147:12 | what I thought what could be in the range of | | |
| 147:13 | possibilities. | | |
| 147:14 | It's like you were talking about earlier | | |
| 147:15 | about, you know, was the -- is the estimate | | |
| 147:16 | somewhere within the range?  The third amendment was | | |
| 147:17 | somewhere in the range of what I thought could | | |
| 147:18 | happen. | | |
| 147:19 Q. | And you referenced a number of ways that | | |
| 147:20 | something could be addressed.  I guess, first of | | |
| 147:21 | all, what is the something that you were referring | | |
| 147:22 | to there? | | |
| 148:01 A. | Well, I think it was trying to preserve | | |
| 148:02 | as much of the amount of the Treasury commitment | | |
| 148:03 | under the PSPA as possible and trying to reduce the | | |
| 148:04 | possibility that future draws might -- especially | | |
| 148:05 | future draws for dividend payments, might diminish | | |
| 148:06 | the amount that was available under the PSPA to the | | |
| 148:07 | enterprises. | | |
| 148:08 | So that had been a discussion of some | | |
| 148:09 | concern to people that that was something that -- if | | |
| 148:10 | there was going to be an amendment to the PSPA, that | | |
| 148:11 | was something that people were talking about trying | | |
| 148:12 | to address. | | |

| | |
|---|---|
| Defense Designations | 00:11:27 |
| **TOTAL RUN TIME** | **00:11:27** |

Documents linked to video:
D490