# EXHIBIT J

**EDClip1 - 214:12 - 215:06 (2020)**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 214:12 - 215:06 | **Demarco, Edward 2020-12-21** | 00:00:43 | EDClip1.1 |
| 🔗 P205.1.23 | 214:12  Q.  It goes on to say, "He has raised two | | |
| | 214:13       competing reasons for this position."  The | | |
| | 214:14       first of which is, "the GSEs will be | | |
| | 214:15       generating large revenues over the coming | | |
| | 214:16       years, thereby enabling them to pay the 10% | | |
| | 214:17       annual dividend well into the future even with | | |
| | 214:18       the caps." | | |
| | 214:19       Did you, in fact, tell Secretary | | |
| | 214:20       Geithner and Ms. Miller that; that the GSEs | | |
| | 214:21       will be generating large revenues over the | | |
| | 214:22       coming years, thereby enabling them to pay the | | |
| | 215:01       10 percent annual dividend well into the | | |
| | 215:02       future even with the caps? | | |
| | 215:03  A.  I don't recall exactly what I told | | |
| | 215:04       them in this -- in this discussion, except | | |
| | 215:05       that I did not want principal reduction to be | | |
| | 215:06       part of this. | | |

| | | |
|---|---|---|
| Our Designations | | 00:00:43 |
| **TOTAL RUN TIME** | | **00:00:43** |

📄 Documents linked to video:
P205

**EDClip2 - 219:12-219:17 (2020)**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 219:12 - 219:17 | **Demarco, Edward 2020-12-21** | 00:00:26 | EDClip2.1 |
| 🔗 P205.1.23 | 219:12  Q.  So did you, in your meeting with Mr. <br> 219:13       Geithner and Ms. Miller, stay, in substance, <br> 219:14       No. 1? <br> 219:15  A.  As I've said, I -- I don't know.  I <br> 219:16       don't recall what I said in particular with <br> 219:17       regard to -- regard to this. | | |

| | |
|---|---|
| Our Designations | 00:00:26 |
| **TOTAL RUN TIME** | **00:00:26** |

📄 Documents linked to video:
P205

**EDClip3 - 220:20-221:01 (2020)**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 220:20 - 221:01<br>🔗 P205.1.24 | **Demarco, Edward 2020-12-21**<br>220:20  Q.  So you don't remember whether you<br>220:21       said 1 and 2; right?<br>220:22  A.  I don't remember the details of<br>221:01       this -- of this discussion or debate, no. | 00:00:10 | EDClip3.1 |

| | |
|---|---|
| Our Designations | 00:00:10 |
| **TOTAL RUN TIME** | **00:00:10** |

📄 Documents linked to video:
P205

**EDClip4 - 213:10 - 214:04 (2020)**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 213:10 - 214:04 | **Demarco, Edward 2020-12-21** | 00:00:57 | EDClip4.1 |
| | 213:10  Q.  So the person who -- would you have | | |
| | 213:11       expressed that you had no longer saw an | | |
| | 213:12       urgency in amending the PSPAs this year? | | |
| | 213:13  A.  I would have expressed that I was not | | |
| | 213:14       interested in including in the package of the | | |
| | 213:15       Third Amendment provisions that would require | | |
| | 213:16       me to do principal reduction, which is what | | |
| | 213:17       the PR covenant stands for. | | |
| | 213:18  Q.  Okay. | | |
| | 213:19       But is it -- so is it not accurate | | |
| | 213:20       that you no longer saw the urgency of amending | | |
| | 213:21       the PSPAs this year? | | |
| | 213:22  A.  No, it was -- what was accurate was I | | |
| | 214:01       was not -- not interested or seeing urgency in | | |
| | 214:02       doing a Third Amendment that included a | | |
| | 214:03       covenant requiring me to do principal | | |
| | 214:04       reduction. | | |

| | | |
|---|---|---|
| Our Designations | | 00:00:57 |
| **TOTAL RUN TIME** | | **00:00:57** |

**EDClip4_B - 213:18 - 214:04 (2020)**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 213:18 - 214:04 | **Demarco, Edward 2020-12-21** | 00:00:24 | EDClip4_B.1 |
| | 213:18  Q.  Okay. | | |
| | 213:19       But is it -- so is it not accurate | | |
| | 213:20       that you no longer saw the urgency of amending | | |
| | 213:21       the PSPAs this year? | | |
| | 213:22  A.  No, it was -- what was accurate was I | | |
| | 214:01       was not -- not interested or seeing urgency in | | |
| | 214:02       doing a Third Amendment that included a | | |
| | 214:03       covenant requiring me to do principal | | |
| | 214:04       reduction. | | |

| | | | |
|---|---|---|---|
| | Our Designations | 00:00:24 | |
| | **TOTAL RUN TIME** | **00:00:24** | |

**EDClip7 - 220:05 - 220:18 (2020)**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 220:05 - 220:07 | **Demarco, Edward 2020-12-21** | 00:00:08 | EDClip7.1 |
| | 220:05  Would you have said either of | | |
| | 220:06  those things if you didn't mean it and believe | | |
| | 220:07  it? | | |
| 220:09 - 220:18 | **Demarco, Edward 2020-12-21** | 00:00:27 | EDClip7.2 |
| | 220:09  THE WITNESS:  I would say that | | |
| | 220:10  what my priorities are and that I'm willing to | | |
| | 220:11  walk away from a deal if something that | | |
| | 220:12  matters, that I've got multiple things that | | |
| | 220:13  matter to me that are important and I've got a | | |
| | 220:14  couple things that are both very important to | | |
| | 220:15  me, I need to let them know that -- that | | |
| | 220:16  they're not going to be able to force me to do | | |
| | 220:17  one thing I don't want in exchange for another | | |
| | 220:18  thing I do want. | | |

| | | |
|---|---|---|
| Our Designations | | 00:00:35 |
| **TOTAL RUN TIME** | | **00:00:35** |