```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2

 3      * * * * * * * * * * * * * * *   )
        FAIRHOLME FUNDS, INC., et al.,  )   Civil Action
 4                                      )   No. 13-1053
                     Plaintiffs,        )
 5                                      )
           vs.                          )
 6                                      )
        FEDERAL HOUSING FINANCE AGENCY, )   Washington, D.C.
 7      et al.,                         )   July 24, 2023
                                        )   1:48 p.m.
 8                   Defendants.        )
                                        )
 9      * * * * * * * * * * * * * * *   )

10      IN RE:  FANNIE MAE/FREDDIE MAC  )
        SENIOR PREFERRED STOCK PURCHASE )   MC Case No. 13-1288
11      AGREEMENT CLASS ACTION LITIGATION )

12

13                     TRANSCRIPT OF JURY TRIAL
                       DAY 1 - AFTERNOON SESSION
14              BEFORE THE HONORABLE ROYCE C. LAMBERTH,
                  UNITED STATES SENIOR DISTRICT JUDGE
15

16
        APPEARANCES:
17
        FOR THE BERKLEY        VINCENT COLATRIANO, ESQ.
18      PLAINTIFFS:            COOPER & KIRK, PLLC
                               1523 New Hampshire Avenue, Northwest
19                             Washington, D.C. 20036

20      FOR THE CLASS          HAMISH P.M. HUME, ESQ.
        PLAINTIFFS:            KENYA KHALELAH DAVIS, ESQ.
21                             BOIES, SCHILLER & FLEXNER, LLP
                               1401 New York Avenue, Northwest
22                             Washington, D.C. 20005

23                             LEE D. RUDY, ESQ.
                               KESSLER, TOPAZ, MELTZER & CHECK, LLP
24                             280 King of Prussia Road
                               Radnor, Pennsylvania 19087

25
```

1     <u>APPEARANCES, CONT'D:</u>

2     FOR THE CLASS          ROBERT F. KRAVETZ, ESQ.
    PLAINTIFFS:            BERNSTEIN, LITOWITZ, BERGER &
3                            GROSSMAN, LLP
                     1251 Avenue of the Americas
4                      New York, New York 10020

5     FOR THE DEFENDANTS     ASIM VARMA, ESQ.
    FHFA, FANNIE MAE &      IAN HOFFMAN, ESQ.
6     FREDDIE MAC:           DAVID BERGMAN, ESQ.
                     JONATHAN LOUIS STERN, ESQ.
7                      STANTON JONES, ESQ.
                     ARNOLD & PORTER KAYE SCHOLER
8                      601 Massachusetts Avenue, Northwest
                     Washington, D.C. 20001
9

10     REPORTED BY:           LISA EDWARDS, RDR, CRR
                     Official Court Reporter
                     United States District Court for the
11                        District of Columbia
                     333 Constitution Avenue, Northwest
12                      Room 6706
                     Washington, D.C. 20001
13                      (202) 354-3269

14

15

16

17

18

19

20

21

22

23

24

25

1                           I N D E X

2
    Jury Selection                              Page 94
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              MR. RUDY:  Your Honor, before we bring the jury

 2    in, could I just put something very briefly on the record?

 3              Lee Rudy for the Plaintiffs.

 4              Your Honor, I had a very, I think, insignificant

 5    contact with a juror, but I felt obliged to report it.  A

 6    juror came up to me in the hallway five minutes ago, not one

 7    that we have yet voir-dired, and said -- pointed at me and

 8    said, "You know, you look like Jamie Raskin."  So I don't

 9    know what to do --

10              THE COURT:  Is that good or bad?

11              MR. STERN:  I don't know if it's good or bad.  I

12    don't know what to do with that information.  My team is

13    having a field day with the humor.  But I wanted to say -- I

14    smiled, I nodded and I walked away.  I didn't say a word.

15    So I wanted to put it on the record.  If the juror comes up,

16    I didn't want there to be any confusion.

17              Thank you, your Honor.

18              THE COURT:  Let us know who it was when you see

19    him.

20              MR. RUDY:  Yes, your Honor.

21              MR. STERN:  Jonathan Stern for the Defendants.

22              I'm tempted to say all sorts of things, but all I

23    will say is we ask that Mr. Rudy identify the person when he

24    comes in, or she.

25              THE COURT:  I'll try to resist saying that
```

1       whatever political differences I could have with Mr. Raskin,

2       he's the only law professor that actually wrote an article

3       commending me for my handling of the Indian case.  So you

4       all probably would be surprised to hear that.  But he

5       actually wrote a *Law Review* article saying I was doing the

6       right thing in the Indian case way back in the old days.  Is

7       that shocking?

8               MR. RUDY:  I'm not at all shocked that you would

9       be complimented by someone from either side of the aisle.

10              THE COURT:  That ended up with a $4 billion

11      judgment for the Plaintiffs, I should add, against the

12      Government, after I was removed.

13              THE COURTROOM DEPUTY:  Ready for the next juror?

14              THE COURT:  Yes.

15              THE COURTROOM DEPUTY:  Juror 1681.

16              (Thereupon, Prospective Juror No. 1681 entered the

17      courtroom and the following proceedings were had:)

18              THE COURT:  Hi.

19              PROSPECTIVE JUROR:  Hi.

20              THE COURT:  Just a few followup questions, if I

21      may.

22              Have you or someone close to you ever worked for a

23      government agency or government contractor?  You said yes.

24      What was that?

25              PROSPECTIVE JUROR:  I've worked for a government

```
 1    contractor.  I've had relatives that have also --

 2              THE COURT:  Who was it?

 3              PROSPECTIVE JUROR:  -- been government

 4    contractors.

 5              Oh, gosh.  I'd have to search back in my memory.

 6    Well, I've been a government contractor.  How about that?

 7              THE COURT:  Okay.  Who did you work for?

 8              PROSPECTIVE JUROR:  My business, my firm.

 9              THE COURT:  I'm sorry?

10              PROSPECTIVE JUROR:  My business.  I served a -- my

11    business has served as a government contractor.

12              THE COURT:  What is your business?

13              PROSPECTIVE JUROR:  Consulting.  Environmental and

14    climate change consulting.

15              THE COURT:  What kind of business do you do?

16              PROSPECTIVE JUROR:  I consult with various clients

17    about sustainability and decision-making and tools and

18    strategies that rectify our pollution problems and address

19    our climate change problems.

20              THE COURT:  Okay.  What's your educational

21    background?

22              PROSPECTIVE JUROR:  I am a lawyer, graduated from

23    Georgetown Law.

24              THE COURT:  Okay.

25              PROSPECTIVE JUROR:  That was a long time ago.
```

1              THE COURT:  And what kind of business background

2       do you have, then?

3              PROSPECTIVE JUROR:  Well, I've been a consultant.

4       I ran a consulting business for 25 years.  I've also worked

5       for various nonprofits that hire consultants that do the

6       work.

7              THE COURT:  Okay.  I'm going to ask about another

8       question.  Do you have any strong opinions, positive or

9       negative, about the influence of large corporations on the

10      U.S. economy?  You said yes.

11             Tell us more about that one.

12             PROSPECTIVE JUROR:  Well, I have concerns about

13      money in politics and money as it drives decision-making in

14      a capitalist economy, concerns that probably the average

15      intelligent individual has about what could possibly be an

16      outweighing influence of money in politics, with

17      corporations and big donors being the progenitors of those

18      big donations that could possibly influence decision-making.

19             THE COURT:  Okay.  Have you ever owned your own

20      business?  I taken it you have.

21             PROSPECTIVE JUROR:  Yes, I have.

22             THE COURT:  Tell us a little more about that.

23             PROSPECTIVE JUROR:  Well, it's been a while.  It's

24      been five or six years since I was in the consulting

25      business.  I've just returned to hanging out my own shingle.

1        But I ran a consultancy that focused, as I mentioned, on

2        sustainability and climate change for almost 25 years.  That

3        business culminated in 19 -- no -- 2017.  Then I took a job

4        for a few years and now I'm back in the market.

5                THE COURT:  Okay.  During that time that you were

6        running that business, was that your sole source of income?

7                PROSPECTIVE JUROR:  Yes, it was.

8                THE COURT:  Have you in the past -- no.  I don't

9        think that -- let's see.

10               14:  Do you now or have you in the past invested

11       in the stock market or financial market?

12               PROSPECTIVE JUROR:  Yes.

13               THE COURT:  Tell us a little more about that.

14               PROSPECTIVE JUROR:  Well, I've held stocks,

15       individual stocks.  But my significant investment in the

16       stock market has been through money market funds and other

17       kinds of aggregations like that.

18               THE COURT:  And do you usually use an advisor or

19       do you consider those yourself?

20               PROSPECTIVE JUROR:  Consider it myself.

21               THE COURT:  How do you make those choices?

22               PROSPECTIVE JUROR:  Market research.

23               THE COURT:  Okay.

24               PROSPECTIVE JUROR:  What's looking good, what's

25       not looking good, what the returns are.  And, quite frankly,

 1     also the conduct of the companies.

 2              THE COURT:  What kind of education or training

 3     allows you to make those kind of decisions, then, about

 4     investments?

 5              PROSPECTIVE JUROR:  Well, being an old, wise woman

 6     is one big factor.  But I think a second factor is I read a

 7     lot and I stay abreast of what's going on because I find

 8     life interesting and I like to learn.  Learning is a

 9     continuous sport.

10              THE COURT:  What kind of things do you read to

11     decide those investment kind of questions?

12              PROSPECTIVE JUROR:  Newspapers, magazines,

13     journals, books, reports.  Pretty much across the board.

14              THE COURT:  Okay.

15              PROSPECTIVE JUROR:  Intellectual stimulation.

16              THE COURT:  How important are or were, when you

17     were doing those kind of things, and maybe now -- how

18     important were dividends to you in making investment

19     decisions?

20              PROSPECTIVE JUROR:  A partial factor.

21              THE COURT:  Have you ever traded in cryptocurrency

22     or ever wanted to?

23              PROSPECTIVE JUROR:  Never.  No.

24              THE COURT:  Okay.  Do you believe investing in the

25     stock market is like gambling?

```
 1                    PROSPECTIVE JUROR:  Somewhat.

 2                    THE COURT:  Tell me a little more about that.

 3                    PROSPECTIVE JUROR:  Well, if you're not an expert

 4          and you aren't steeped in the technologies and the act of

 5          doing that work and being an expert in that work, I think

 6          with a lot of research you can know a lot.  But you never

 7          know everything you need to know to make the decision that

 8          is right all the time.

 9                    THE COURT:  Now, would you now say you are an

10          expert?

11                    PROSPECTIVE JUROR:  Absolutely not.

12                    THE COURT:  Do you have any personal experience or

13          are you familiar with the term "conservatorship"?

14                    PROSPECTIVE JUROR:  Yes, I have.

15                    THE COURT:  Tell me about that.

16                    PROSPECTIVE JUROR:  I'm familiar with the term,

17          having attended law school.  I made some decent grades.

18                    THE COURT:  But you've never been a conservator?

19                    PROSPECTIVE JUROR:  I have never been, and I

20          haven't been involved in any conservatorship actions.

21                    THE COURT:  Okay.  You're familiar with the term

22          "government-sponsored entity"?

23                    PROSPECTIVE JUROR:  I am.

24                    THE COURT:  How do you know that term?

25                    PROSPECTIVE JUROR:  I've come across the term in
```

1     many things that I've read and I understand the operation

2     and the -- the relationship.

3            THE COURT:  You or someone close to you had

4     experience in banking, finance, economics, securities,

5     underwriting, real estate.  So that's you at least.

6            PROSPECTIVE JUROR:  Well, in the climate change

7     and sustainability space, green finance is a critical aspect

8     of moving the markets and creating agendas and making the

9     right decisions.  So from the standpoint of understanding

10    how markets operate, how financial actors operate, what they

11    bring to the table and in my case what they need to know to

12    make better decisions that are going to propel the kind of

13    changes that we need to save the climate, preserve our

14    climate and to preserve the planet and the people on the

15    planet.

16           THE COURT:  You're asked if you own your own home.

17           PROSPECTIVE JUROR:  Yes, I do.

18           THE COURT:  Do you have a mortgage?

19           PROSPECTIVE JUROR:  Yes, I do.

20           THE COURT:  Who's it with?

21           PROSPECTIVE JUROR:  I actually have a couple of

22    places.

23           THE COURT:  Okay.  It's not Fannie Mae or Freddie

24    Mac?

25           PROSPECTIVE JUROR:  No.  None of the parties that

```
 1        you mentioned earlier are holders of my mortgages.

 2                THE COURT:  And I asked about social and

 3        professional organizations.  What do you belong to?

 4                PROSPECTIVE JUROR:  I belong to a sorority.

 5                THE COURT:  Which one?

 6                PROSPECTIVE JUROR:  Delta Sigma Theta.

 7                THE COURT:  Do you have a leadership position

 8        there?

 9                PROSPECTIVE JUROR:  Not in a very long time.

10                THE COURT:  Okay.  What did you use to be?

11                PROSPECTIVE JUROR:  Well, I founded the chapter

12        that exists at my undergraduate school.

13                THE COURT:  What was your undergraduate school?

14                PROSPECTIVE JUROR:  Ashland University in Ohio.

15                THE COURT:  What was the name?

16                PROSPECTIVE JUROR:  Ashland.

17                THE COURT:  Where is that?  Ashland, probably.

18                PROSPECTIVE JUROR:  In Ashland, Ohio.

19                THE COURT:  Then you went to Georgetown?

20                PROSPECTIVE JUROR:  Yes.

21                THE COURT:  Okay.  You founded the chapter in

22        Ashland?

23                PROSPECTIVE JUROR:  The sorority chapter.  In that

24        era of your life, you're in a leadership role.  You assume a

25        lot of leadership responsibility.  But it's been quite some
```

1     time since I graduated from college.

2             THE COURT:  It couldn't have been quite some time.

3     You still look very spry to me.

4             PROSPECTIVE JUROR:  Well, thank you very much.

5             THE COURT:  Let me see if counsel have any other

6     questions.

7             (Whereupon, the following proceedings were had at

8     sidebar:)

9             MR. RUDY:  For Plaintiffs, Lee Rudy.

10            I would just ask if you would ask her if she's

11    ever worked as a lawyer and what kind of work she did when

12    she had those jobs.

13            MR. STERN:  Your Honor, Jonathan Stern for the

14    Defendants.

15            No questions for us and no objection to that

16    question.

17            (Whereupon, the following proceedings were had in

18    open court:)

19            THE COURT:  Have you ever worked as a lawyer?  And

20    what kind of things did you do?

21            PROSPECTIVE JUROR:  Yes.  I worked as a lawyer in

22    the early -- the first probably 15 years of my career.  I

23    worked for the United States Environmental Protection Agency

24    as a legislative counsel and secondly as enforcement

25    counsel.

```
 1                 I also worked as environmental counsel for the
 2      American Insurance Companies Association, counsel for the
 3      National Wildlife Federation, counsel for the Lawyers'
 4      Committee For Civil Rights Under Law.  And it was at that
 5      point that I decided that I would want to spend more time
 6      working on policy than I wanted to work in an adversarial
 7      posture.  So it's been quite some time since I've been
 8      before the bar.
 9                 THE COURT:  Okay.  During that time, did you do
10      any cases in litigation, then?
11                 PROSPECTIVE JUROR:  At EPA, litigation,
12      environmental litigation, pollution compliance.
13                 THE COURT:  Right.
14                 PROSPECTIVE JUROR:  Yes.
15                 THE COURT:  None in my court?
16                 PROSPECTIVE JUROR:  No.  No, sir.
17                 THE COURT:  Any other followup?
18                 Any reason you couldn't be a fair and impartial
19      juror if you were seated here --
20                 PROSPECTIVE JUROR:  None at all.
21                 THE COURT:  -- and follow my instructions on the
22      law?
23                 PROSPECTIVE JUROR:  Absolutely.
24                 THE COURT:  Okay.  Thank you very much.
25                 PROSPECTIVE JUROR:  Thank you.  Am I excused?
```

```
 1                    THE COURT:  Yes.

 2                    PROSPECTIVE JUROR:  Thank you.

 3                    (Thereupon, Prospective Juror No. 1681 retired

 4       from the courtroom and the following proceedings were had:)

 5                    THE COURT:  Any challenge for cause before 491?

 6                    MR. RUDY:  For Plaintiffs, no cause challenge.

 7                    MR. STERN:  Jonathan Stern for the Defendants,

 8       your Honor.

 9                    No cause challenge.  Thank you.

10                    THE COURT:  Juror 0491.

11                    (Thereupon, Prospective Juror No. 0491 entered the

12       courtroom and the following proceedings were had:)

13                    THE COURT:  You mentioned on the questionnaire a

14       medical reason or personal hardship.  What was that?

15                    PROSPECTIVE JUROR:  I do.  I finished primary

16       cancer treatment and start physical therapy for

17       [indiscernible] --

18                    THE COURT REPORTER:  I'm sorry.  I can't hear.

19       Could you lower your mask just for a moment?

20                    PROSPECTIVE JUROR:  No.  I finished cancer

21       treatment.

22                    THE COURT:  Could you pull that mic up?

23                    PROSPECTIVE JUROR:  That I can do.  Thank you.

24                    I'm starting physical therapy for osteoarthritis

25       caused by my cancer medication.  But I don't know if that's
```

1  appropriate or not to bring up here.

2          THE COURT:  Tell me more about that.

3          PROSPECTIVE JUROR:  Sorry?

4          THE COURT:  Tell me more about it.

5          PROSPECTIVE JUROR:  The medication I'm on for my

6  cancer causes joint pain in my hands and my knees and in my

7  feet.

8          THE COURT:  All right.  Counsel?

9          (Whereupon, the following proceedings were had at

10  sidebar:)

11          THE COURT:  Does anyone want me to make further

12  inquiry?

13          MR. STERN:  No, your Honor.  We have no objection

14  to this juror being excused.

15          MR. RUDY:  For Plaintiffs, we have no objection

16  either.

17          (Whereupon, the following proceedings were had in

18  open court:)

19          THE COURT:  Thank you very much.

20          THE COURTROOM DEPUTY:  Ma'am, you can step down

21  and follow me out.

22          PROSPECTIVE JUROR:  Oh, I'm done?

23          THE COURTROOM DEPUTY:  Yes.

24          PROSPECTIVE JUROR:  Thank you, sir, for your

25  service.

```
 1                    (Thereupon, Prospective Juror No. 0491 retired

 2       from the courtroom and the following proceedings were had:)

 3                    THE COURTROOM DEPUTY:  Juror 0078.

 4                    (Thereupon, Prospective Juror No. 0078 entered the

 5       courtroom and the following proceedings were had:)

 6                    THE COURT:  I have just a few followup questions

 7       from your questionnaire.

 8                    Have you or someone close to you ever worked for

 9       any government agency or government contractor?  To which

10       you said yes.  What did you have in mind there?

11                    PROSPECTIVE JUROR:  Yes.  I worked for the U.S.

12       Agency For International Development in the mid-'90s.

13                    THE COURT:  What do you do there?

14                    PROSPECTIVE JUROR:  I was a policy analyst.

15                    THE COURT:  I'm sorry?

16                    PROSPECTIVE JUROR:  Like a policy analyst.

17                    THE COURT:  Okay.  How long did you do that?

18                    PROSPECTIVE JUROR:  About a year.

19                    THE COURT:  Okay.  What do you do now?

20                    PROSPECTIVE JUROR:  I do healthcare and

21       statistical analysis for an insurance and employee benefits

22       consulting firm.

23                    THE COURT:  What's your educational background?

24                    PROSPECTIVE JUROR:  I have a master's in public

25       policy and bachelor's degrees in economics and psychology.
```

```
 1                THE COURT:  Okay.  You have that you or close
 2       family member worked for a large corporation.
 3                PROSPECTIVE JUROR:  I do.
 4                THE COURT:  What is that?
 5                PROSPECTIVE JUROR:  It's called Willis Towers
 6       Watson.
 7                THE COURT:  Willis?
 8                PROSPECTIVE JUROR:  Willis, W-I-L-L-I-S, Towers,
 9       T-O-W-E-R-S, Watson, W-A-T-S-O-N.
10                THE COURT:  What is that?
11                PROSPECTIVE JUROR:  They are -- they're
12       consultants in business matters, including insurance,
13       investments and employee benefits.
14                THE COURT:  And what do you do?
15                PROSPECTIVE JUROR:  I analyze -- I do a variety of
16       policy and statistical analysis, including analyzing
17       healthcare claims.
18                THE COURT:  Okay.  And you were asked about
19       whether you've in the past invested in the financial or
20       stock market.  Tell us a little more about that.
21                PROSPECTIVE JUROR:  I have invested in a few
22       individual stocks over the years, but most of my investment
23       has been in the form of mutual funds and 401(k) funds.
24                THE COURT:  Okay.  You made your own decision on
25       those or have you relied on some advisor?
```

```
 1                  PROSPECTIVE JUROR:  Some of both.
 2                  THE COURT:  Okay.  Tell us a little more about
 3       those that you decided on.  Did you have some education or
 4       training that helped you with that?
 5                  PROSPECTIVE JUROR:  Some of my economics education
 6       helped me.  Some of what I learned was self-education about
 7       the stock market.  I also got some advice from financial
 8       advisors.  But I made most of the decisions on my own.
 9                  THE COURT:  Okay.
10                  PROSPECTIVE JUROR:  And the mutual -- the funds in
11       my 401(k) were the ones provided by my employer.
12                  THE COURT:  Your employer?
13                  PROSPECTIVE JUROR:  Yes.
14                  THE COURT:  When you were making those kind of
15       investment decisions, how important were dividends to you?
16                  PROSPECTIVE JUROR:  Important, but not as
17       important as the capital gains and losses.
18                  THE COURT:  Have you ever traded in cryptocurrency
19       or wanted to trade in cryptocurrency?
20                  PROSPECTIVE JUROR:  No.
21                  THE COURT:  Across the board no?
22                  PROSPECTIVE JUROR:  No.  Across the board no.
23       Correct.
24                  THE COURT:  You believe investing in the stock
25       market is like gambling?
```

1          PROSPECTIVE JUROR:  I'm sorry.  Could you repeat

2     that, please, your Honor?

3          THE COURT:  Yes.  Do you believe investing in the

4     stock market is like gambling?

5          PROSPECTIVE JUROR:  It has similarities to

6     gambling.  But I don't believe it's like gambling, if that

7     makes sense.

8          THE COURT:  Tell me a little more about that.

9          PROSPECTIVE JUROR:  Well, I guess the similarity

10    to gambling is there are outcomes you can't control.  You're

11    reliant on things happening in the economy and that the

12    companies are investing in and all kinds of other factors to

13    determine your portfolio's value.  So it's not completely in

14    your control.

15         But I certainly have more confidence in investing

16    in stocks than I would in going to a casino, so it's not

17    like gambling in that sense.

18         THE COURT:  Have you or someone close to you ever

19    gained or lost a significant amount of money in the stock

20    market or in real estate?  You said yes.

21         PROSPECTIVE JUROR:  Yes.  Well, I owned stocks in

22    2008.  So I on paper lost quite a bit of money early on,

23    then gained quite a bit as the market recovered.

24         THE COURT:  From 2008?

25         PROSPECTIVE JUROR:  Yes.

```
 1                  THE COURT:  What was your loss then?

 2                  PROSPECTIVE JUROR:  I believe -- I don't remember

 3       the dollar amount, but I believe it was about a third of my

 4       portfolio.

 5                  THE COURT:  Of stocks?

 6                  PROSPECTIVE JUROR:  Of mostly stocks.  Yes.

 7                  THE COURT:  And they were in a money market or

 8       what?

 9                  PROSPECTIVE JUROR:  The nonstocks were mostly

10       bonds or money market.  Yes.

11                  THE COURT:  Bonds and money market.  Okay.

12                  PROSPECTIVE JUROR:  Yes.

13                  THE COURT:  And you said you're familiar with the

14       term "government-sponsored entity."  How are you familiar

15       with that?

16                  PROSPECTIVE JUROR:  Either -- I can't remember

17       exactly.  Probably either through my education or through my

18       work history.

19                  THE COURT:  Do you have any strong views about the

20       legitimacy or viability of such an entity?

21                  PROSPECTIVE JUROR:  No, I do not.

22                  THE COURT:  Okay.  Having personal experience with

23       it, are you familiar with a conservatorship?

24                  PROSPECTIVE JUROR:  I know the concept and based

25       on what it is.  I don't know what in detail, but I know
```

1      basically what it is.  Yes.

2                  THE COURT:  You have never been one or

3      participated in one?

4                  PROSPECTIVE JUROR:  No, I haven't.

5                  THE COURT:  You or someone close to you has

6      experience in banking, finance, economics, security,

7      underwriting, real estate.  Obviously, you have some

8      knowledge about those fields.  Tell us a little more why.

9                  PROSPECTIVE JUROR:  Yes.  That's correct.  My

10     current employer, Willis Towers Watson, is a consultant to

11     businesses and government agencies in various issues related

12     to human resources, insurance and finance and investments.

13                 THE COURT:  What do you do?

14                 PROSPECTIVE JUROR:  I do some statistical

15     analysis, some writing of papers, but mostly analyzing

16     healthcare data and healthcare claims.

17                 THE COURT:  In terms of?

18                 PROSPECTIVE JUROR:  In terms of how people use and

19     spend money on healthcare.  I look at their actual

20     experience and analyze that.

21                 THE COURT:  And you own your own home?

22                 PROSPECTIVE JUROR:  Yes, I do.

23                 THE COURT:  And you have a mortgage or not?

24                 PROSPECTIVE JUROR:  I do not anymore.  I paid it

25     off.

```
 1                THE COURT:  It's already paid off?

 2                PROSPECTIVE JUROR:  Yes, it is.

 3                THE COURT:  And you belong to some social or

 4    professional organizations?

 5                PROSPECTIVE JUROR:  Right.  I've belonged to a

 6    variety over the years, mostly community service or alumni

 7    groups.

 8                THE COURT:  Okay.  Tell me some of those

 9    organizations.

10                PROSPECTIVE JUROR:  Well, I belong to alumni

11    groups for my undergraduate and graduate schools, so the

12    University of Pennsylvania for undergrad and Georgetown for

13    grad school.

14                And I've volunteered for a number of groups in the

15    community, both on my own and through organized volunteer

16    groups such as the food bank and a nursing home.

17                THE COURT:  Do you have a leadership role in any

18    of those organizations?

19                PROSPECTIVE JUROR:  Not within the organizations.

20    I had leadership roles within my small group of volunteers,

21    but not with the food bank and the nursing home as an

22    institution.

23                THE COURT:  Okay.  You have a medical or other

24    personal hardship that would make it difficult to serve?

25                PROSPECTIVE JUROR:  I believe I might have some
```

 1    trouble being available beyond early August, because I'm --

 2              THE COURT:  What would the difficulty be?

 3              PROSPECTIVE JUROR:  It's aging parents outside the

 4    area and work commitments for later in August.

 5              THE COURT:  I'm sorry?

 6              PROSPECTIVE JUROR:  And work commitments for later

 7    in August that would require my personal presence.

 8              THE COURT:  Tell me a little more about those.

 9              PROSPECTIVE JUROR:  I have some -- a few projects

10    with deadlines in -- during the second half of August, where

11    I have colleagues who would depend on the work I would do.

12    So if the trial were to go beyond early August, it would be

13    a difficulty for me to rearrange that with them.

14              THE COURT:  Do you have any other information?

15    You answered 32 also, that there's something that you feel

16    would be important to share that would impact your ability

17    to serve as a juror.

18              PROSPECTIVE JUROR:  Yes.  I believe at least two

19    of the Defendants might be clients of my employer, Willis

20    Towers Watson.

21              THE COURT:  Who are they?

22              PROSPECTIVE JUROR:  Freddie Mac and Fannie Mae.

23              THE COURT:  They're clients, you think?

24              PROSPECTIVE JUROR:  Yes.  I believe they're

25    clients.

 1             THE COURT:  Would you have any connection with

 2     them?

 3             PROSPECTIVE JUROR:  I have -- I have not worked on

 4     either of them as a client.  But I believe they are clients

 5     of my employer.

 6             THE COURT:  Okay.  Let me talk to counsel.

 7             (Whereupon, the following proceedings were had at

 8     sidebar:)

 9             MR. RUDY:  Your Honor, Lee Rudy for Plaintiffs.

10             I guess I have two things I'd ask you to follow up

11     on.  One is his final answer about Fannie and Freddie being

12     clients of Willis Towers Watson, his current employer.

13             I'm not sure whether he's a partner with -- I

14     don't know -- I think Willis Towers Watson is a public

15     company.  So I don't know what his profit-sharing or bonus

16     structure is, whether he would financially benefit from the

17     work that the firm does on behalf of these clients, whether

18     he has a financial incentive or any other incentive to favor

19     the Defendants.  But I'd like you to, if don't mind, probe

20     that a little bit.

21             And the second thing I would ask is, he mentioned

22     that he lost about a third of his stock market portfolio

23     related to the beginning of the 2008 financial crisis.

24             If you could probe his understanding of or

25     thoughts about or opinions about the causes of the crisis

1    and if that would affect his ability to be fair in this

2    case.

3              MR. STERN:  Your Honor, Jonathan Stern for the

4    Defendants.

5              We have no objection to those questions.

6              At some point, it may be worthwhile clarifying,

7    although -- if I may venture my own editorial opinion, your

8    Honor, that sounded like a soft calendar conflict.  But

9    whatever it was with respect to the dates, he said later,

10   you know in August.  I don't think any of us -- if we take

11   as much time as we did last time, we would close on the 8th.

12   So I don't anticipate that under any scenario we would be

13   going until later in August, which is how he put it.

14             But if the Court saw fit to clarify that, we have

15   no objection to that either.

16             MR. RUDY:  Your Honor, Lee Rudy.

17             One brief followup on my point about the

18   connection between his employer and Fannie and Freddie.

19             If you could also ask him, in addition to sort of

20   economic motivations or incentives, just ask him if he may

21   feel any strangeness at work if there were to be a jury

22   verdict for or against Fannie and Freddie, if he came back

23   to work the next day, if that would be strange for him, you

24   know.

25             MR. STERN:  Your Honor, no objection to that in

1      whatever terms the Court sees fit to put that kind of

2      question.

3                We may have some followup -- requested followup

4      depending on these answers.  But for now, we don't object to

5      those questions put in whatever terms the Court deems

6      appropriate.

7                THE COURT:  Okay.

8                (Whereupon, the following proceedings were had in

9      open court:)

10                THE COURT:  Tell me a little bit more in 2008,

11      where you lost maybe a third.  Tell me a little bit more

12      about that and what you attributed that to.

13                PROSPECTIVE JUROR:  I attribute it partly to the

14      economic conditions that were prevailing at the time.

15                THE COURT:  The overall economic conditions?

16                PROSPECTIVE JUROR:  The overall economic

17      conditions; and partly due to my choice of funds.

18                THE COURT:  What was your choice of funds at that

19      time?

20                PROSPECTIVE JUROR:  I believe it was mostly

21      stocks, at least two-thirds stock, and the remainder --

22                THE COURT:  And everything took a bath --

23                PROSPECTIVE JUROR:  Yes.

24                THE COURT:  -- in 2008, as I recall?

25                PROSPECTIVE JUROR:  Exactly.

```
 1                THE COURT:  That's what you recall?

 2                PROSPECTIVE JUROR:  Yes.  Exactly.

 3                THE COURT:  Okay.  That wouldn't necessarily have

 4     any great impact here on this jury?  Of course you don't

 5     know yet what the evidence is going to be.  But --

 6                PROSPECTIVE JUROR:  I'm sorry.  Could you please

 7     repeat that, your Honor?

 8                THE COURT:  You don't know yet what the evidence

 9     is going to be.  But that wouldn't necessarily have any

10     great impact here if you're on this jury?

11                PROSPECTIVE JUROR:  Off the top of my head, I

12     don't think it would.  It's difficult to answer.  But I

13     don't think it would.

14                THE COURT:  In terms of your firm, whether or not

15     they also -- would you have any financial incentive one way

16     or the other as to whether Fannie Mae and Freddie Mac, if

17     your firm also works with them -- does any of that come to

18     you, whatever money they make, if they do also work with

19     Fannie Mae and Freddie Mac?  Or you're not a partner?

20                PROSPECTIVE JUROR:  I'm not a partner.

21                THE COURT:  There wouldn't be any direct financial

22     incentive?

23                PROSPECTIVE JUROR:  No.  I would have indirect

24     financial incentive because when my firm does well, I do

25     well financially.
```

```
 1                  THE COURT:  Yes.
 2                  PROSPECTIVE JUROR:  It -- when my firm does well,
 3      it affects my bonuses and compensation.
 4                  THE COURT:  If there were a verdict against Fannie
 5      Mae and Freddie Mac, would that be -- would that be a
 6      pressure that you felt as a member of the jury that -- about
 7      how you voted as a member of the jury if you were seated on
 8      the jury?  Is that something that would affect how you would
 9      view the evidence, how you'd vote if you were seated on the
10      jury?
11                  PROSPECTIVE JUROR:  It's possible.  I might feel a
12      bit of --
13                  THE COURT:  Uncomfortable?
14                  PROSPECTIVE JUROR:  -- that it would
15      [indiscernible] --
16                  THE COURT REPORTER:  I'm sorry.  Can you use the
17      microphone, please?
18                  PROSPECTIVE JUROR:  I'm getting my train of
19      thought back.
20                  I think I would feel some conflict of interest
21      between the interest of my firm and my being able to look at
22      the evidence objectively and fairly.
23                  THE COURT:  Okay.  Thank you very much.
24                  PROSPECTIVE JUROR:  You're welcome, your Honor.
25                  (Thereupon, Prospective Juror No. 0078 retired
```

```
 1      from the courtroom and the following proceedings were had:)
 2              THE COURT:  He also just doesn't want to serve.
 3      He's stricken.  You know the magic words if you're a lawyer.
 4      Even if you're not a lawyer.
 5              THE COURTROOM DEPUTY:  Juror 0598.
 6              (Thereupon, Prospective Juror No. 0598 entered the
 7      courtroom and the following proceedings were had:)
 8              THE COURT:  Just a few followup questions.
 9              First, you said on the questionnaire you or
10      someone close to you has worked for a government agency or a
11      government contractor.
12              PROSPECTIVE JUROR:  Yes.  I'm currently a federal
13      government employee.
14              THE COURT:  Where is that?
15              PROSPECTIVE JUROR:  The Federal Aviation
16      Administration.
17              THE COURT:  What do you do there?
18              PROSPECTIVE JUROR:  I'm a management and program
19      analyst.  I run three programs, which are onboarding,
20      employee relations and DEIA.
21              THE COURT:  How long have you been there?
22              PROSPECTIVE JUROR:  I've been there since January.
23      But previously I was working in human resources where I was
24      a staffing specialist.
25              THE COURT:  I'm sorry?
```

1    PROSPECTIVE JUROR:  Previously I was working in

2    human resources with the government, and I was a staffing

3    specialist.  So I was the one who when you apply for a job,

4    I was that person that reviewed your application and sent

5    you to the hiring official.

6    THE COURT:  Where was that?

7    PROSPECTIVE JUROR:  The last agency before the

8    Federal Aviation Administration where I was an HR specialist

9    was the General Services Administration, also known as GSA.

10   THE COURT:  What's your educational background?

11   PROSPECTIVE JUROR:  I have a master's degree.

12   THE COURT:  From where?

13   PROSPECTIVE JUROR:  Strayer University.

14   THE COURT:  What was your prior degree?

15   PROSPECTIVE JUROR:  A bachelor's in business

16   management from Southeastern University and South Carolina

17   State University.

18   THE COURT:  Okay.  The next one was whether you've

19   invested in the financial or stock market.  Is that through

20   an advisor or do you make your own decisions?

21   PROSPECTIVE JUROR:  When I was about 21, I bought

22   like one stock in Coke and one in G.E.  It's just still been

23   sitting there.

24   THE COURT:  Okay.  That's about it?

25   PROSPECTIVE JUROR:  That's it.

```
1              THE COURT:  Okay.  Do you have any education or

2    training in making those decisions?

3              PROSPECTIVE JUROR:  No.  None at all.

4              THE COURT:  Okay.  How important were dividends in

5    making those decisions?

6              PROSPECTIVE JUROR:  Repeat that one more time,

7    please.

8              THE COURT:  How important were dividends in making

9    those decisions?

10             PROSPECTIVE JUROR:  Any dividends?  Like 70 cents.

11   A quarter or something.

12             THE COURT:  Have you ever traded in cryptocurrency

13   or wanted to trade in cryptocurrency?

14             PROSPECTIVE JUROR:  No.

15             THE COURT:  Do you believe investing in the stock

16   market is like gambling?

17             PROSPECTIVE JUROR:  Yes.

18             THE COURT:  All right.  Have you or anyone close

19   to you ever been a victim of fraud or any other type of

20   wrongdoing --

21             PROSPECTIVE JUROR:  Yes.

22             THE COURT:  -- in securities or real estate or

23   financial?

24             PROSPECTIVE JUROR:  Yes.  My mom during that whole

25   Wells Fargo thing, someone had opened a credit card in her
```

1    name because she's a senior citizen.  But she was able to

2    get that, I guess, expunged or taken off her credit.

3              THE COURT:  What was that?

4              PROSPECTIVE JUROR:  My mom.  She had a credit card

5    that was opened up in her name with Wells Fargo when they

6    had a lot of, I guess, breaching going on and someone had

7    opened up a credit card in her name.

8              THE COURT:  How long ago was that?

9              PROSPECTIVE JUROR:  It was dissolved, I want to

10   say -- this is 2023.  I believe it initially got dissolved

11   in 2022.  But it happened right before COVID.  But of course

12   COVID slowed everything down.  But everything was dissolved

13   as of 2022.

14             THE COURT:  Was that here?

15             PROSPECTIVE JUROR:  Yes.  It was in Washington,

16   D.C.

17             THE COURT:  Was someone apprehended in that that?

18             PROSPECTIVE JUROR:  You know, I'm not sure.  I

19   didn't have -- I haven't even asked her.

20             THE COURT:  You or someone close to you has had

21   any experience in banking, finance, economics, securities,

22   underwriting and real estate.

23             PROSPECTIVE JUROR:  I have two close friends who

24   are real estate agents in this area.

25             THE COURT:  In what?

```
 1                 PROSPECTIVE JUROR:  Two friends that are real
 2      estate agents in this area.
 3                 THE COURT:  Okay.  What are they doing?
 4                 PROSPECTIVE JUROR:  They just sell real estate,
 5      help people buy homes and sell homes, list -- they are
 6      listing agents.
 7                 THE COURT:  All right.  You own your own home?
 8                 PROSPECTIVE JUROR:  I do.
 9                 THE COURT:  Do you have a mortgage?
10                 PROSPECTIVE JUROR:  I do.
11                 THE COURT:  What's it with?
12                 PROSPECTIVE JUROR:  It's a company called
13      Shellpoint Services.  I believe they're out of New Jersey,
14      if I'm not mistaken.
15                 THE COURT:  Have you or someone close to you ever
16      experienced a foreclosure?
17                 PROSPECTIVE JUROR:  My -- one of my friends told
18      me recently she had -- her home was foreclosed on, like, 20
19      years ago.  But that was the only thing that I didn't know.
20      But I didn't want to say no to that -- no that I do know
21      someone.
22                 THE COURT:  You don't remember anything other than
23      that?
24                 PROSPECTIVE JUROR:  No.  I found out about this.
25      We were talking about falling on hard times when she said
```

 1    that she -- someone else was in a foreclosure she knew.  And

 2    she was sharing she understood what that felt like because

 3    she went through that.

 4            THE COURT:  Do you know who foreclosed?

 5            PROSPECTIVE JUROR:  I don't.  I didn't even ask.

 6            THE COURT:  Are you involved in a civil legal

 7    dispute as a party or witness?

 8            PROSPECTIVE JUROR:  Yes.  In my condo association,

 9    one of the owners sued the association for some damages or

10    something that happened to her unit.  So I had to be a

11    witness in that situation, in that case.

12            THE COURT:  What were you a witness to?

13            PROSPECTIVE JUROR:  They asked -- because she was

14    the neighbor under me.  So they were asking, was someone

15    actually living in the unit when she claimed that the

16    damages were beyond repair and someone liveable -- beyond

17    being a liveable situation?  So I had to answer that

18    honestly that, yes, she did have someone living there.

19            THE COURT:  And this is where you are living now?

20            PROSPECTIVE JUROR:  Yes.  This is where I live

21    now.

22            THE COURT:  That's still ongoing now?

23            PROSPECTIVE JUROR:  No.  It's closed now.  It's

24    done.

25            THE COURT:  How did it come out?

1          PROSPECTIVE JUROR:  She got some money from the
2    insurance.  She won some money from the insurance company.
3    I don't remember the name of the insurance company.  But the
4    last I checked, they were going back to court because the
5    insurance company doesn't want to give her the amount that
6    the judge ordered.

7          THE COURT:  Okay.  Anything about that civil
8    dispute that would have any impact on your being a fair
9    juror here?

10          PROSPECTIVE JUROR:  No.  Absolutely not.

11          THE COURT:  Okay.

12          PROSPECTIVE JUROR:  Fair is fair.

13          THE COURT:  Any reason you couldn't be a fair and
14    impartial juror if you were seated here?

15          PROSPECTIVE JUROR:  No.

16          THE COURT:  Does counsel have any other questions
17    you want to ask?

18          (Whereupon, the following proceedings were had at
19    sidebar:)

20          MR. STERN:  Jonathan Stern for Defendants, your
21    Honor.

22          No followup.

23          MR. RUDY:  No followup.

24          (Whereupon, the following proceedings were had in
25    open court:)

```
 1                THE COURT:  You can return to the other courtroom.
 2      Thank you very much.
 3                PROSPECTIVE JUROR:  Thank you.
 4                (Thereupon, Prospective Juror No. 0598 retired
 5      from the courtroom and the following proceedings were had:)
 6                THE COURTROOM DEPUTY:  Juror 1102.
 7                (Thereupon, Prospective Juror No. 1102 entered the
 8      courtroom and the following proceedings were had:)
 9                THE COURT:  Just a few questions.  Can you give us
10      your educational background?
11                PROSPECTIVE JUROR:  Some college.  I did not
12      complete.  But...
13                I went -- sorry.  I went to VCU up until my
14      sophomore year.  So I did not complete.  But...
15                THE COURT:  Okay.  And you were asked your views
16      on the causes of the 2008 financial crisis.  Tell us a
17      little more about that.
18                PROSPECTIVE JUROR:  I just thought it wasn't fair.
19      It was corrupt.  That's it.
20                THE COURT:  You were asked, did you have any
21      strong views about corporations that accepted federal
22      bailout funds to stay afloat during the financial downturn
23      in 2008?
24                Tell us a little more about that.
25                PROSPECTIVE JUROR:  Again, I feel like it was
```

```
 1     corrupt and I think they got a bailout when they shouldn't
 2     have.
 3              THE COURT:  You were asked if you or someone close
 4     to you had any experience in banking, finance, economics,
 5     securities, underwriting and real estate.
 6              PROSPECTIVE JUROR:  Yeah.  My little brother, he
 7     does with banking.  He's -- he works for a retail company
 8     where he sells corporate offices.  So he does that.  He does
 9     realty banking that way.
10              THE COURT:  I'm sorry?  He sells corporate --
11              PROSPECTIVE JUROR:  Office space in buildings.
12     Yeah.  Office spaces.
13              THE COURT:  Here in D.C.?
14              PROSPECTIVE JUROR:  Yeah.  Well, the building is
15     in Silver Spring, but he does different offices throughout
16     the District.
17              THE COURT:  Throughout the area?
18              PROSPECTIVE JUROR:  Uh-huh.
19              THE COURT:  Okay.  Does that have any effect on
20     your ability to be a fair and impartial juror?
21              PROSPECTIVE JUROR:  No.  He doesn't pay my bills.
22              THE COURT:  Okay.  Let me ask counsel if they have
23     any other questions they want to ask.
24              (Whereupon, the following proceedings were had at
25     sidebar:)
```

1              MR. RUDY:  For Plaintiffs, Lee Rudy.

2              I guess I would ask you to follow up on why she

3      said the bailouts were corrupt.  That was her word.  So I

4      would ask for some additional information.

5              MR. STERN:  And no objection to that, your Honor.

6              A related question:  She also referred to the

7      financial crisis as corrupt.  So that if we could get

8      elaboration on both those points, we'd be grateful.

9              (Whereupon, the following proceedings were had in

10     open court:)

11             THE COURT:  You referred to the bailout as corrupt

12     and whatever else you said about that.  Tell us a little

13     more about how you thought -- what your thinking was there.

14             PROSPECTIVE JUROR:  I felt like a bunch of CEOs

15     were stealing, embezzling money.

16             THE COURT:  I can't quite understand you.  Maybe

17     you can put the mic down.

18             PROSPECTIVE JUROR:  Okay.  I'll take my mask off.

19             I just feel like it was a gross injustice to the

20     American people and that we had to bail them out when they

21     were -- when they were -- like the CEOs and stuff were

22     gambling with their own money.  Does that clear it up?

23     Okay.

24             (Whereupon, the following proceedings were had at

25     sidebar:)

1          MS. DAVIS:  Your Honor, Kenya Davis for the

2     Plaintiffs.

3          When the juror just pulled her mask down, I

4     realized that she was a victim in a case that I prosecuted.

5     It was a rape case.  And she probably doesn't recognize me

6     at this point.  She looks different, but I know that's her.

7     So it may not be fair.

8          MR. STERN:  May I have the Court's indulgence,

9     your Honor, just a moment to confer?  Thank you.

10          (Counsel confer privately.)

11          MR. STERN:  Your Honor, we would ask that the

12     Court make whatever further inquiry the Court deems

13     appropriate because this may or may not -- first of all, we

14     appreciate Ms. Davis of course making the disclosure.  Just

15     a little bit more to see whether and to what extent this

16     might be a factor in her ability to serve as a fair and

17     impartial juror.

18          THE COURT:  Do you now recognize one of the

19     attorneys here?

20          MR. STERN:  Your Honor, you're on the phone.  She

21     can't hear you.

22          (Whereupon, the following proceedings were had in

23     open court:)

24          THE COURT:  Do you now recognize one of the

25     attorneys here?

```
 1                 PROSPECTIVE JUROR:  No.

 2                 THE COURT:  You don't?  Okay.

 3                 PROSPECTIVE JUROR:  I'm sorry.  Do we know each

 4      other?  I didn't -- where do I know you from?  Is that

 5      allowed to ask?

 6                 THE COURT:  Kenya Davis can stand up.

 7                 THE COURTROOM DEPUTY:  Oh.  Kenya.  I do.

 8                 THE COURT:  She didn't know you without your

 9      mask -- until you pulled your mask down.

10                 PROSPECTIVE JUROR:  Oh, okay.  Yeah.  She

11      supported me.

12                 THE COURT:  Tell me how you knew her then.  You

13      testified in a case in which she was counsel?

14                 PROSPECTIVE JUROR:  Well, sorry.  So I was

15      attacked and she was helping me to -- correct?  Right,

16      Kenya?  And that's -- she was the attorney -- assistant

17      attorney -- yeah.  And she helped me in that matter.

18                 Your hair is different.  Sorry.

19                 THE COURT:  Okay.  Now you can step down.

20                 PROSPECTIVE JUROR:  Huh?

21                 THE COURT:  You can step down.  Thank you.

22                 PROSPECTIVE JUROR:  I can accept that.  Yes.

23                 THE COURT:  No.  You --

24                 PROSPECTIVE JUROR:  I can step down?

25                 THE COURT:  Yes.
```

```
 1                    PROSPECTIVE JUROR:  Okay.

 2                    MR. STERN:  Your Honor, just very briefly.

 3                    (Whereupon, the following proceedings were had at

 4          sidebar:)

 5                    MR. STERN:  Your Honor, not that this would -- if

 6          the Court could just ask her the question whether it would

 7          affect her ability to be fair and impartial, we'd appreciate

 8          that.  And we'll make a motion or not.

 9                    (Whereupon, the following proceedings were had in

10          open court:)

11                    THE COURT:  Would your acquaintanceship with

12          Ms. Davis have any effect on your ability to --

13                    PROSPECTIVE JUROR:  I'd like to say no, because

14          it's a separate matter.

15                    THE COURT:  -- be fair and impartial in this case?

16          And your answer is no, it was a separate matter?

17                    PROSPECTIVE JUROR:  Uh-huh.

18                    THE COURT REPORTER:  Is that yes?

19                    PROSPECTIVE JUROR:  Yes.

20                    THE COURT:  You said no, it would not affect you

21          because that's a separate matter?

22                    PROSPECTIVE JUROR:  Yes.

23                    THE COURT:  Okay.  Thank you very much.

24                    (Thereupon, Prospective Juror No. 1102 retired

25          from the courtroom and the following proceedings were had:)
```

```
 1                    MR. STERN:  Jonathan Stern for the Defendants.

 2                    We -- notwithstanding that last answer, we would

 3          move to strike the juror for cause.  I can say something

 4          further if the Court wishes.  But we move to strike for

 5          cause.

 6                    THE COURT:  It's granted.

 7                    MR. RUDY:  Lee Rudy for the Plaintiffs.

 8                    Just for the record, she did say that she could be

 9          fair despite that.

10                    THE COURT:  I understand.

11                    MR. RUDY:  Thank you.

12                    THE COURT:  She's stricken.  We'll go to 175.

13                    THE COURTROOM DEPUTY:  Juror 0175.

14                    (Thereupon, Prospective Juror No. 0175 entered the

15          courtroom and the following proceedings were had:)

16                    THE COURT:  You checked that you have a medical or

17          other personal hardship that would make it difficult to

18          serve.

19                    PROSPECTIVE JUROR:  Just that you said this could

20          go beyond two weeks.

21                    THE COURT:  I can't hear you.

22                    PROSPECTIVE JUROR:  You said this could go beyond

23          two weeks.  I'm available for two weeks, but then have

24          vacation planned.

25                    THE COURT:  What happens after that?
```

```
 1                PROSPECTIVE JUROR:  Scheduled vacation paid for.

 2                THE COURT:  Where are you going?

 3                PROSPECTIVE JUROR:  New Hampshire.

 4                THE COURT:  Is that not refundable?

 5                PROSPECTIVE JUROR:  My whole family's scheduled

 6       around it for the last six months, relatives, et cetera.

 7                THE COURT:  Counsel?

 8                (Whereupon, the following proceedings were had at

 9       sidebar:)

10                MR. STERN:  Your Honor, we'd ask that the juror be

11       asked when his vacation begins, the date.

12                (Whereupon, the following proceedings were had in

13       open court:)

14                THE COURT:  What date does it begin?

15                PROSPECTIVE JUROR:  August 7th.

16                THE COURT:  August 7th?

17                PROSPECTIVE JUROR:  (Nods head in the

18       affirmative.)

19                (Whereupon, the following proceedings were had at

20       sidebar:)

21                MR. STERN:  Your Honor, I hate to say this, but as

22       it happens my family is leaving on vacation on Friday.  But

23       I don't think we can be sure that we'll be done by the 7th.

24       And on a nonrefundable principle, we wouldn't object to

25       excusing the juror.
```

```
1                MR. RUDY:  Lee Rudy for the Plaintiffs.

2                No objection to excusing him.

3                THE COURT:  All right.

4                (Whereupon, the following proceedings were had in

5       open court:)

6                THE COURT:  The juror is excused.

7                No. 1146.

8                (Thereupon, Prospective Juror No. 0175 retired

9       from the courtroom and the following proceedings were had:)

10               THE COURT:  That's the problem with the time of

11      year.

12               MR. STERN:  Yes, your Honor.

13               THE COURTROOM DEPUTY:  Juror 1146.

14               (Thereupon, Prospective Juror No. 1146 entered the

15      courtroom and the following proceedings were had:)

16               THE COURT:  Ma'am, a few followup questions.

17               You said you or someone close to you has worked

18      for the government or as a government contractor.

19               PROSPECTIVE JUROR:  Yeah.  I myself am in the

20      process of getting a job with the government.  Awaiting

21      clearance.

22               And I work on projects where they are funded by

23      the U.S. government.  And my previous boss also works in the

24      U.S. government.

25               THE COURT:  Where do you work?
```

```
 1              PROSPECTIVE JUROR:  Where I do work?  I work at
 2       Freedom House.  It's a nonprofit.
 3              THE COURT:  Where?
 4              PROSPECTIVE JUROR:  Freedom House.  It's a
 5       not-for-profit organization.
 6              THE COURT:  What do they do?
 7              PROSPECTIVE JUROR:  We work on issues of
 8       democracy.
 9              THE COURT:  I'm sorry?
10              PROSPECTIVE JUROR:  Democracy, issues of democracy
11       around the world.
12              THE COURT:  And who close to you works for the
13       government?
14              PROSPECTIVE JUROR:  My previous supervisor, who
15       now works at the Department of State.
16              THE COURT:  Department of?
17              PROSPECTIVE JUROR:  State.  The State Department.
18              THE COURT:  What's your educational background?
19              PROSPECTIVE JUROR:  I have a bachelor's in
20       sociology.
21              THE COURT:  From where?
22              PROSPECTIVE JUROR:  From the University of
23       Illinois, Urbana-Champaign.
24              THE COURT:  You were asked, have you now or in the
25       past invested in the financial or stock market?
```

```
 1                  PROSPECTIVE JUROR:  Just for my retirement.  My
 2       full 403(b).
 3                  THE COURT:  401(k)s?
 4                  PROSPECTIVE JUROR:  Yeah.  Exactly.
 5                  THE COURT:  Did you pick those or some advisor?
 6                  PROSPECTIVE JUROR:  Just the retirement -- the
 7       target retirement.
 8                  THE COURT:  From your employer?
 9                  PROSPECTIVE JUROR:  Yeah.
10                  THE COURT:  So you haven't made any decisions
11       yourself about investments other than through your employer?
12                  PROSPECTIVE JUROR:  That's correct.  I haven't.
13                  THE COURT:  Have you ever traded in cryptocurrency
14       or wanted to trade in cryptocurrency?
15                  PROSPECTIVE JUROR:  No.
16                  THE COURT:  Do you think investing in the stock
17       market is like gambling?
18                  PROSPECTIVE JUROR:  No.  I just do it through my
19       retirement plans.  So whatever the investment is.  Yes.
20                  THE COURT:  Have you or someone close to you had
21       experience in banking, finance, economics, securities,
22       underwriting and real estate?
23                  PROSPECTIVE JUROR:  Yeah.  I have a friend who's a
24       real estate agent, so that's as close to that.
25                  THE COURT:  What do they do?
```

```
 1                    PROSPECTIVE JUROR:  They work in the D.C.,

 2      Maryland, Virginia area.  You know, I actually bought -- the

 3      property I bought was through my friend.  She was our real

 4      estate agent.

 5                    THE COURT:  Do you own your own home?

 6                    PROSPECTIVE JUROR:  That's correct.

 7                    THE COURT:  Do you have a mortgage?

 8                    PROSPECTIVE JUROR:  Correct.

 9                    THE COURT:  Is it paid off?

10                    PROSPECTIVE JUROR:  No.

11                    THE COURT:  So who has your mortgage?

12                    PROSPECTIVE JUROR:  Sorry?

13                    THE COURT:  What's the company that has your

14      mortgage?

15                    PROSPECTIVE JUROR:  I have two.  One was Sandy

16      Spring and the other was -- it's SunTrust Truist now.

17      But --

18                    THE COURT:  Now it's Truist or somebody.  Right?

19                    PROSPECTIVE JUROR:  Exactly.  Yes.

20                    THE COURT:  Have you or someone close to you

21      experienced foreclosure?

22                    PROSPECTIVE JUROR:  No.

23                    THE COURT:  No?

24                    PROSPECTIVE JUROR:  No.

25                    THE COURT:  You said yes on the thing.  Did you
```

```
 1    have somebody --

 2              PROSPECTIVE JUROR:  Then I must have put it -- no.

 3    Oh, sorry.  I'm sorry.  Yes.  Actually, my previous

 4    partner -- my previous partner's family did have.

 5              THE COURT:  Had a foreclosure?

 6              PROSPECTIVE JUROR:  Yes.

 7              THE COURT:  What do you remember about that?

 8              PROSPECTIVE JUROR:  It was a property in Virginia.

 9    And I don't know a lot about it, but just that they were not

10    able to pay.  They fell behind.  There was a divorce.  My

11    partner's mom went through a divorce and then during that

12    process she was no longer able to pay her mortgage.  So they

13    had to foreclose.

14              THE COURT:  You were on a jury before?

15              PROSPECTIVE JUROR:  Yeah.  That's correct.

16              THE COURT:  How long ago was that?

17              PROSPECTIVE JUROR:  Maybe 12 years ago.  Yes.

18    It's been a while.

19              THE COURT:  Was that in this court or across the

20    street?

21              PROSPECTIVE JUROR:  Across the street.  Indiana.

22    That address.

23              THE COURT:  Do you remember what kind of case it

24    was?

25              PROSPECTIVE JUROR:  It was a criminal case, two
```

 1    felony charges.

 2              THE COURT:  How long did that case go?

 3              PROSPECTIVE JUROR:  One week.

 4              THE COURT:  The jury reached a verdict?

 5              PROSPECTIVE JUROR:  Yeah.

 6              THE COURT:  Were you the foreperson?

 7              PROSPECTIVE JUROR:  No, I wasn't.

 8              THE COURT:  Anything about that experience that

 9    would have any effect on your ability to be a fair juror

10    here?

11              PROSPECTIVE JUROR:  No.

12              THE COURT:  Any other questions counsel want to

13    follow up on?

14              (Whereupon, the following proceedings were had at

15    sidebar:)

16              MR. RUDY:  Lee Rudy for the Plaintiffs.

17              The juror said that she was awaiting clearance to

18    start working for a government agency, but she didn't say

19    what government agency or what that job would be.  So if you

20    could follow up, I'd appreciate it.

21              MR. STERN:  No objection to that question.

22              No followups for the Defendants, your Honor.

23              (Whereupon, the following proceedings were had in

24    open court:)

25              THE COURT:  What's the government agency you're

```
 1    awaiting clearance to start for?

 2              PROSPECTIVE JUROR:  USAID.

 3              THE COURT:  A-I-D?

 4              PROSPECTIVE JUROR:  Yes.

 5              THE COURT:  What kind of job will it be?

 6              PROSPECTIVE JUROR:  A senior advisor on LGBTQI+

 7    issues.

 8              THE COURT:  I'm sorry?

 9              PROSPECTIVE JUROR:  A senior advisor in the

10    inclusive development hub.  Yeah.

11              THE COURT:  It would be at headquarters here?

12              PROSPECTIVE JUROR:  Correct.

13              THE COURT:  Okay.  Thank you very much.

14              (Thereupon, Prospective Juror No. 1146 retired

15    from the courtroom and the following proceedings were had:)

16              THE COURT:  Any challenge for cause?

17              MR. RUDY:  No challenge from the Plaintiffs.

18              Lee Rudy.

19              MR. STERN:  Your Honor, Jonathan Stern for the

20    Defendants, your Honor.

21              No challenge for cause.  Thank you.

22              THE COURT:  All right.  987.

23              THE COURTROOM DEPUTY:  Juror 0987.

24              (Thereupon, Prospective Juror No. 0987 entered the

25    courtroom and the following proceedings were had:)
```

Jury Selection

1            MR. RUDY:  Your Honor, Lee Rudy.

2            We had a brief conversation before about a

3    potential -- about a juror.

4            THE COURT:  Yes.

5            You have some medical reason or personal hardship?

6    Do you want to discuss that?

7            PROSPECTIVE JUROR:  Uh-huh.

8            THE COURT:  Tell me about that.

9            PROSPECTIVE JUROR:  My fiancée has bipolar

10   disorder and suffers from acute depression.  And me being

11   here right now, her unable to call me like --

12           THE COURT:  I can't hear that.

13           PROSPECTIVE JUROR:  Her unability -- inability to

14   call me is going to send me down a road when I get in the

15   house.  You know, she's on and off.  And I have to be able

16   to -- for her to get in contact with me on a daily so I

17   can kind of like keep her focused.

18           It's been a rough three years in my life.  I've

19   never -- I wasn't ever prepared for this.  One day she woke

20   up a different person.  And I can't walk away from her,

21   because -- but it has changed me a whole lot.

22           THE COURT:  There's no one else that could

23   respond?

24           PROSPECTIVE JUROR:  No.  Just me.  It took me

25   three years to get her near treatment.  I just got her

1     started on some medication about a month ago.  And they're

2     trying to figure out -- you know, take the process to find

3     out what works best for her.  One day she's here; one day

4     she's not.  So I try to, you know, give as much attention as

5     I can to her.

6             THE COURT:  Let me speak to counsel.

7             (Whereupon, the following proceedings were had at

8     sidebar:)

9             MR. STERN:  Jonathan Stern for the Defendants.

10            No objection to excusing this juror.

11           MR. RUDY:  Lee Rudy for Plaintiffs.

12            In light of his -- especially his comment about my

13     looking like Jamie Raskin, I consent to his being excused as

14     well.

15            THE COURT:  I know whether it's an insult, but

16     I'll go ahead and excuse him.

17            (Whereupon, the following proceedings were had in

18     open court:)

19            THE COURT:  Thank you.

20            PROSPECTIVE JUROR:  Thank you, your Honor.

21           (Thereupon, Prospective Juror No. 0987 retired

22     from the courtroom and the following proceedings were had:)

23           THE COURTROOM DEPUTY:  Juror 0145.

24           (Thereupon, Prospective Juror No. 0145 entered the

25     courtroom and the following proceedings were had:)

1          THE COURT:  You had on the questionnaire that you

2    have a personal or other hardship, medical hardship that you

3    wanted to bring to my attention.

4          PROSPECTIVE JUROR:  Well, I have a 100-year-old

5    grandmother that every two weeks I go and help family

6    members take.

7          THE COURT:  I can't hear that.

8          PROSPECTIVE JUROR:  I go and take care of.  Every

9    two weeks, I go to Virginia to help take care of my

10   100-year-old grandmother.  And we worked it out that way

11   because she's not in a home.

12         THE COURT:  Is there not someone else that could

13   do that if you were still here?

14         PROSPECTIVE JUROR:  Well, we've been doing it this

15   way for four years.  I've already had two people do it

16   because of my jury duty call for these two weeks.  So to be

17   picked, I really just don't know.

18         THE COURT:  Sometimes if a judge talks to someone

19   and asks them if they can accommodate the Court, people are

20   willing to do that.  Do you think somebody might be willing

21   to do that if I talked to them?

22         PROSPECTIVE JUROR:  I really can't answer that

23   because my asking has been already taken care of for this

24   two weeks.  So to be on a jury, I can't answer for them.

25         THE COURT:  Let me ask you a few other questions

1     and I'll talk to counsel.

2               You were asked about whether you or someone close

3     to you worked for the government.  Who was that?

4               PROSPECTIVE JUROR:  My husband works for the

5     Library of Congress.

6               THE COURT:  I'm sorry?

7               PROSPECTIVE JUROR:  My husband works for the

8     Library of Congress.

9               THE COURT:  What does he do?

10              PROSPECTIVE JUROR:  He's a librarian.

11              THE COURT:  What location does he work at?

12              PROSPECTIVE JUROR:  The Madison Building.

13              THE COURT:  What's his position?

14              PROSPECTIVE JUROR:  He's a librarian.

15              THE COURT:  Okay.  How long has he been there?

16              PROSPECTIVE JUROR:  Over 30 years.

17              THE COURT:  What's your educational background?

18              PROSPECTIVE JUROR:  Tenth grade.

19              THE COURT:  Okay.  Do you own your own home?

20              PROSPECTIVE JUROR:  Yes.

21              THE COURT:  And do you have a mortgage or is it

22    paid off?

23              PROSPECTIVE JUROR:  Well, my husband take care of

24    that.  Yes.  We've been there for 30 years.

25              THE COURT:  You served on a jury before?

```
 1                    PROSPECTIVE JUROR:  Many years ago.

 2                    THE COURT:  Was that in this court or across the

 3      street?

 4                    PROSPECTIVE JUROR:  Across the street.

 5                    THE COURT:  How long did that trial go?

 6                    PROSPECTIVE JUROR:  Pardon me?

 7                    THE COURT:  How long did that trial go?

 8                    PROSPECTIVE JUROR:  I would say a week, maybe.  It

 9      was so long ago.

10                    THE COURT:  Okay.  Did the jury reach a verdict in

11      that case?

12                    PROSPECTIVE JUROR:  I can't remember.

13                    THE COURT:  Okay.  Do you remember what kind of

14      case it was?

15                    PROSPECTIVE JUROR:  I do not.

16                    THE COURT:  Civil or criminal?

17                    PROSPECTIVE JUROR:  I don't know the difference.

18                    THE COURT:  Were you the foreman?

19                    PROSPECTIVE JUROR:  No.

20                    THE COURT:  You know that much.

21                    PROSPECTIVE JUROR:  Yes.

22                    THE COURT:  Does anything about that experience

23      have any effect on your ability to be a fair juror here, do

24      you think?

25                    PROSPECTIVE JUROR:  No.
```

```
 1              THE COURT:  Any reason you couldn't be a fair and

 2     impartial juror if you were seated here if I could work out

 3     your timing?

 4              PROSPECTIVE JUROR:  I don't understand that

 5     question.  I don't understand the question.  What --

 6              THE COURT:  Whether you could be fair and

 7     impartial here.

 8              PROSPECTIVE JUROR:  I don't understand the

 9     question.  What are you saying?

10              THE COURT:  Any reason you couldn't be fair in

11     deciding for the Plaintiff or for the Defendant, either one,

12     whoever you think should win in the long run?

13              PROSPECTIVE JUROR:  I really don't know how to

14     answer that question.  I don't understand the court system

15     well enough.  I don't understand Plaintiff and Defendant.

16              THE COURT:  Let me talk to counsel.

17              (Whereupon, the following proceedings were had at

18     sidebar:)

19              MR. RUDY:  For the Plaintiff, Lee Rudy.

20              We have no followup.

21              MR. STERN:  We have no followup either, your

22     Honor.  We have no followup.

23              (Whereupon, the following proceedings were had in

24     open court:)

25              THE COURT:  Thank you very much.
```

```
 1                    (Thereupon, Prospective Juror No. 0145 retired

 2          from the courtroom and the following proceedings were had:)

 3                    THE COURT:  Challenge for cause?

 4                    MR. RUDY:  Lee Rudy for Plaintiffs.

 5                    No challenge for cause.

 6                    MR. STERN:  Your Honor, I would respectfully defer

 7          answering that question.  I think we have some concerns

 8          about the juror.  But the scheduling issues may be

 9          dispositive depending on the Court's decision with respect

10          to her scheduling hardship.  It wasn't entirely clear -- it

11          sounded as though if she couldn't get substitute care, she

12          would not be available or at least she said she wouldn't be

13          available.  If that were the case, then that would resolve

14          the question.

15                    At the very least, your Honor, we'd suggest

16          putting her at the end of the list.

17                    MR. RUDY:  Your Honor, Lee Rudy again.

18                    I agree it was a little unclear.  But it sounded

19          to me she had potentially cleared two weeks.  I didn't know

20          what the two weeks reference was to.  But I mean, if counsel

21          wants more information to make a challenge for cause, I

22          don't agree with the idea of putting her at the back of the

23          line.  I'm not familiar with that procedure.

24                    MR. STERN:  Your Honor, Jonathan Stern for the

25          Defendants.
```

1           Just on the scheduling, my understanding based on

2    her comments and on the comments of others is that they got

3    a jury summons to be available for jury selection, what we

4    think of as jury selection, but it's probably billed to them

5    as jury duty for a two-week period.

6           We're now in the second week of that two-week

7    period.  So people who had cleared their calendars to

8    accommodate the summons they got would have cleared their

9    calendar for last week and this week, but not for the two

10   weeks following that we expect to be in trial.

11          (Confers privately with co-counsel.)

12          Your Honor, if I may, Jonathan Stern for the

13   Defendants again.

14          I will make a motion now.  We move to strike the

15   juror for cause.  The Court asked her whether she would be

16   fair and impartial and whatever -- there was not a clear

17   affirmative response to that question.  And in the absence

18   of a clear affirmative response to that question, we believe

19   that grounds exist to strike her for cause.

20          MR. RUDY:  Lee Rudy for Plaintiffs.

21          Her answer was she didn't understand that

22   question.  But I think there's nothing in what she said that

23   would give anyone the impression that she can't be fair even

24   if she was unable to understand.  I don't know if she

25   doesn't know what the word "impartial" means.  But she

```
1    wasn't able to answer the question.  That doesn't mean we
2    should presume she's unable to be fair.
3              MR. STERN:  Just to be clear, your Honor, she --
4              THE COURT:  She clearly did not understand.  The
5    motion is granted.
6              477.
7              THE COURTROOM DEPUTY:  Juror 0477.
8              (Thereupon, Prospective Juror No. 0477 entered the
9    courtroom and the following proceedings were had:)
10             THE COURT:  A few followup questions.
11             You or someone close to you works for the
12   government or for a government contractor?  What did you
13   have in mind there?
14             PROSPECTIVE JUROR:  Yes.  I work for the Bureau of
15   Labor Statistics and my husband also works for the Federal
16   Reserve Board.
17             THE COURT:  What do you do?
18             PROSPECTIVE JUROR:  I'm an economist.
19             THE COURT:  Okay.  And what does your husband do?
20             PROSPECTIVE JUROR:  He's also an economist.
21             THE COURT:  What's your economic background?
22             PROSPECTIVE JUROR:  I have a Ph.D. and I do
23   research in labor economics.
24             THE COURT:  Where did you go to school?
25             PROSPECTIVE JUROR:  University of Maryland.
```

```
 1              THE COURT:  Okay.  Your undergraduate degrees were
 2      where?
 3              PROSPECTIVE JUROR:  College of William and Mary.
 4              THE COURT:  Both your BA and MA?
 5              PROSPECTIVE JUROR:  My master's was at Maryland.
 6              THE COURT:  Was where?
 7              PROSPECTIVE JUROR:  I got my master's in economics
 8      at the University of Maryland.
 9              THE COURT:  Okay.  You or someone close to you
10      gained or lost a significant amount of money in the stock
11      market or real estate?
12              PROSPECTIVE JUROR:  I think -- I didn't intend to
13      answer yes to the stock market one.  I did try to answer yes
14      to the question about selling a house --
15              THE COURT:  Okay.
16              PROSPECTIVE JUROR:  -- or real estate.
17              THE COURT:  I had 15 as a yes, too, about you or
18      someone close to you gained or lost a significant amount of
19      money in the stock market or real estate.  Okay.  That's
20      why.
21              Then the next one I have a yes on is, Do you have
22      any views on the causes on the 2008 financial crisis?
23              PROSPECTIVE JUROR:  Yes.
24              THE COURT:  Okay.  Tell us what those views are.
25              PROSPECTIVE JUROR:  Well, you know, I'm an
```

 1   economist.  My husband is also an economist.  And it was

 2   just a story in the news and a point of interest for both of

 3   us.  It's not something I've done any research into or have

 4   any, you know, specific information on.

 5            THE COURT:  Just from news accounts at the time?

 6            PROSPECTIVE JUROR:  Yes.

 7            THE COURT:  What was your impression?

 8            PROSPECTIVE JUROR:  My impression was that it was

 9   loosening the rules on who were able to obtain mortgages,

10   expansion into the subprime loan market, the bundling of

11   risky mortgages and reselling them as mortgage-backed

12   securities and the falling house prices.

13            THE COURT:  Are you familiar with the term

14   "government-sponsored entity"?  You said yes.  What do you

15   know about that?

16            PROSPECTIVE JUROR:  I mean, I know that Fannie Mae

17   and Freddie Mac are both.

18            THE COURT:  Do you have any strong views about the

19   legitimacy or viability of a government-sponsored entity?

20            PROSPECTIVE JUROR:  No.

21            THE COURT:  Okay.  And then you or someone close

22   to you has had experience in banking, finance, economics,

23   securities, underwriting, real estate.  Both you and your

24   husband, obviously, have the economics.  Tell us a little

25   more about that.  Anyone else?

```
 1                PROSPECTIVE JUROR:  I'm sorry?

 2                THE COURT:  Does anyone else have experience in

 3     those areas?

 4                PROSPECTIVE JUROR:  No.  Just my husband and I.

 5                THE COURT:  What does your husband do in

 6     economics?

 7                PROSPECTIVE JUROR:  He's also an economist in the

 8     research division at the Federal Reserve.

 9                THE COURT:  What kind of research does he do?

10                PROSPECTIVE JUROR:  He works on the survey in

11     consumer finances.  So it's a lot about household balance

12     sheets.

13                THE COURT:  You said you own your own home?

14                PROSPECTIVE JUROR:  Yes.

15                THE COURT:  Do you have a mortgage?

16                PROSPECTIVE JUROR:  Yes.

17                THE COURT:  Who's it with?  Do you know?

18                PROSPECTIVE JUROR:  Who is it with?  Honestly, I'm

19     not sure.  It's been resold many times.  I couldn't tell you

20     who currently.

21                THE COURT:  Okay.  It's not Fannie Mae or Freddie

22     Mac?

23                PROSPECTIVE JUROR:  No, it's not.

24                THE COURT:  And you served on a jury before.  How

25     long ago was that?
```

```
1                    PROSPECTIVE JUROR:  It was in the twenty-teens in

2       Superior Court.

3                    THE COURT:  How long did that trial go?

4                    PROSPECTIVE JUROR:  I'm sorry.  Could you repeat

5       that?

6                    THE COURT:  How long did the trial go?

7                    PROSPECTIVE JUROR:  I served on two Superior Court

8       cases.  They were each less than a week.

9                    THE COURT:  What kind of cases were they?  Do you

10      remember?

11                   PROSPECTIVE JUROR:  They were both -- both

12      involved -- they were both criminal cases that involved drug

13      possession and intent to sell.

14                   THE COURT:  Okay.  The jury reached a verdict in

15      both of them?

16                   PROSPECTIVE JUROR:  In one of the cases, yes.  In

17      one of the cases I was an alternate, so I didn't participate

18      in deliberations.  In the other case, one of the two

19      Defendants was found guilty.

20                   THE COURT:  Was found?

21                   PROSPECTIVE JUROR:  Guilty.

22                   THE COURT:  Okay.  Were you the foreman in either

23      one?

24                   PROSPECTIVE JUROR:  No.  No.

25                   THE COURT:  Anything about those experiences that
```

1    would have any impact on your ability to be a fair and

2    impartial juror here?

3            PROSPECTIVE JUROR:  No.

4            THE COURT:  You were asked about whether you

5    belong to any social or professional organizations.

6            PROSPECTIVE JUROR:  The American Economic

7    Association.  Yeah.

8            THE COURT:  What do they do?

9            PROSPECTIVE JUROR:  They're the professional

10   association for economists.  They sponsor conferences, put

11   out journals.

12           THE COURT:  Do you have any leadership role in

13   that?

14           PROSPECTIVE JUROR:  No.

15           THE COURT:  What do you do in that?

16           PROSPECTIVE JUROR:  I'm just a member.

17           THE COURT:  They have meetings?

18           PROSPECTIVE JUROR:  Yes.

19           THE COURT:  They have annual conventions,

20   probably --

21           PROSPECTIVE JUROR:  Yes, they do.

22           THE COURT:  -- like the American Bar Association?

23           PROSPECTIVE JUROR:  I haven't been a part of the

24   American Bar Association, so I'm not really familiar.

25           THE COURT:  Do you ever go to their conventions?

1           PROSPECTIVE JUROR:  I do.  Their annual -- I've

2      been to the annual conference a number of times.

3           THE COURT:  It's around the country, different

4      places?

5           PROSPECTIVE JUROR:  Yes, it is.

6           THE COURT:  The last one was, you have information

7      you feel it would be important to share that might impact

8      your ability to serve as a juror.

9           PROSPECTIVE JUROR:  Yes.  I have a plane ticket to

10     go to California on August 5th.

11          THE COURT:  August 5th?

12          PROSPECTIVE JUROR:  Yes.

13          THE COURT:  Nonrefundable?

14          PROSPECTIVE JUROR:  Yes.

15          THE COURT:  Can I talk to counsel?

16          (Whereupon, the following proceedings were had at

17     sidebar:)

18          MR. RUDY:  Lee Rudy for Plaintiffs.

19          Unfortunately, I think that last question after a

20     lot of colloquy may have made it impossible for her to

21     serve.  She has a nonrefundable plane ticket on August 5th.

22          THE COURT:  If she had answered 31 correctly, I

23     could have avoided that.

24          MR. RUDY:  Yes.

25          MR. STERN:  The Court's indulgence.

```
 1              Your Honor, I think this is -- she didn't exactly
 2      say when she's coming back.  The 5th is a Saturday.  Did she
 3      say it was a vacation?
 4              THE COURT:  I'll ask.  And I'll ask her why she
 5      didn't answer No. 31.
 6              (Whereupon, the following proceedings were had in
 7      open court:)
 8              THE COURT:  When will you return from that trip?
 9              PROSPECTIVE JUROR:  It's a week-long trip.  So I
10      think it's August 12th.
11              THE COURT:  No. 31 said:  Do you have a medical
12      reason or personal hardship that would make it difficult for
13      you to serve?  You didn't answer yes to that.
14              PROSPECTIVE JUROR:  Oh, I guess I intended -- I
15      thought that was more focused on the medical hardship and
16      not personal.
17              THE COURT:  I could have not asked all these other
18      questions if you had answered yes to that.
19              All right.  You can step down.
20              (Thereupon, Prospective Juror No. 0477 retired
21      from the courtroom and the following proceedings were had:)
22              THE COURT:  How many more do you have outside?
23              THE COURTROOM DEPUTY:  I have five more outside.
24              THE COURT:  We'll do it when we come back.  I'm
25      too annoyed with too many people right now.
```

```
 1                    THE COURT REPORTER:  Judge, for the record, is the

 2     last juror struck?

 3                    THE COURT:  The last juror is struck.

 4                    We'll take a short recess.

 5                    THE COURTROOM DEPUTY:  All rise.

 6                    (Thereupon a recess was taken, after which the

 7     following proceedings were had:)

 8                    THE COURTROOM DEPUTY:  Juror 0842.

 9                    (Thereupon, Prospective Juror No. 0842 entered the

10     courtroom and the following proceedings were had:)

11                    THE COURT:  I have just a couple of followup

12     questions.

13                    You answered you have now or in the past have

14     invested in the financial or stock market.  Is that through

15     an advisor or did you make the decisions for yourself?

16                    PROSPECTIVE JUROR:  No.  It's through Vanguard.

17                    THE COURT:  I'm sorry?

18                    PROSPECTIVE JUROR:  It's through Vanguard, through

19     an advisory.

20                    THE COURT:  Okay.  And did you have any kind of

21     education or training that helped you make those

22     decisions --

23                    PROSPECTIVE JUROR:  No.

24                    THE COURT:  -- or you were doing it through

25     Vanguard?
```

```
 1                PROSPECTIVE JUROR:  No.

 2                THE COURT:  Did you consider dividends when you

 3     were taking those decisions?

 4                PROSPECTIVE JUROR:  No.

 5                THE COURT:  Have you ever traded in cryptocurrency

 6     or wanted to trade in cryptocurrency?

 7                PROSPECTIVE JUROR:  No.

 8                THE COURT:  You believe investing in the stock

 9     market is like gambling?

10                PROSPECTIVE JUROR:  No.

11                THE COURT:  Okay.

12                PROSPECTIVE JUROR:  I guess in some sense.  But

13     no.

14                THE COURT:  I'm sorry?

15                PROSPECTIVE JUROR:  My investments aren't that

16     risky, I hope.

17                THE COURT:  Do you have any views of the causes of

18     the 2008 financial crisis?  You said yes.  Tell me a little

19     about that.

20                PROSPECTIVE JUROR:  Oh, I thought that was a

21     question:  Do you have feelings about the recession?

22                THE COURT:  I'm sorry?

23                PROSPECTIVE JUROR:  I thought that was the one

24     that said, like, Do you have strong feelings about the

25     recession?
```

```
 1                    THE COURT:  Okay.  Do you?

 2                    PROSPECTIVE JUROR:  Which was like, it was bad.

 3        But no.  Not in particular.

 4                    THE COURT:  Okay.  What's your educational

 5        background?

 6                    PROSPECTIVE JUROR:  I have a bachelor's degree.

 7                    THE COURT:  From what?

 8                    PROSPECTIVE JUROR:  From Bryn Mawr College.

 9                    THE COURT:  In what subject?

10                    PROSPECTIVE JUROR:  Political science.  Political

11        science.

12                    THE COURT:  What's your employment?

13                    PROSPECTIVE JUROR:  I'm unemployed now.  But --

14                    THE COURT:  What was your prior employment?

15                    PROSPECTIVE JUROR:  I worked at a nonprofit.

16                    THE COURT:  What was it?

17                    PROSPECTIVE JUROR:  It was for registering young

18        people to vote.

19                    THE COURT:  Okay.  How long did you do that?

20                    PROSPECTIVE JUROR:  Two and a half years.

21                    THE COURT:  How long?

22                    PROSPECTIVE JUROR:  Two and a half years.

23                    THE COURT:  What did you do before that?

24                    PROSPECTIVE JUROR:  Other work at nonprofits and

25        for political campaigns.
```

 1          THE COURT:  Any reason you couldn't be a fair and

 2    impartial juror if you were seated here?

 3          PROSPECTIVE JUROR:  No.

 4          THE COURT:  What's your undergraduate degree in?

 5          PROSPECTIVE JUROR:  Political science.

 6          THE COURT:  Okay.  Let me see if counsel have any

 7    followup.

 8          (Whereupon, the following proceedings were had at

 9    sidebar:)

10          MR. STERN:  Your Honor, if you could ask the juror

11    what her future employment plans are, if any.  We'd ask for

12    that question.

13          MR. RUDY:  Lee Rudy for Plaintiffs.

14          No objection to that question.  I would just add

15    she said she worked on some political campaigns.  If you

16    could ask her what those campaigns were and what her

17    positions were and what she did.

18          THE COURT:  You mean the names of candidates?

19          MR. RUDY:  I understand if you don't want the

20    names of campaigns.  I'd like to know what she did on the

21    campaigns.

22          (Whereupon, the following proceedings were had in

23    open court:)

24          THE COURT:  Tell me about your future employment

25    plans.

```
 1              PROSPECTIVE JUROR:  I've been applying for work.
 2     But --
 3              THE COURT:  What kind of things are you applying
 4     for?
 5              PROSPECTIVE JUROR:  For similar roles, like
 6     program management at nonprofits.
 7              THE COURT:  Okay.  In your past employment, where
 8     you were working in campaigns -- I don't want to get into
 9     the campaigns, but what kind of work were you doing?  I
10     don't want to get into politics.
11              PROSPECTIVE JUROR:  Yeah.  Yeah.
12              THE COURT:  But what kind of work were you doing?
13              PROSPECTIVE JUROR:  I was doing organizing.
14              THE COURT:  I'm sorry?
15              PROSPECTIVE JUROR:  Organizing.  Organizing.
16              THE COURT:  In political campaigns?
17              PROSPECTIVE JUROR:  Uh-huh.
18              THE COURT REPORTER:  Is that yes?
19              PROSPECTIVE JUROR:  Yes.
20              THE COURT:  What does "organizing" mean?
21              MR. STERN:  Working with volunteers.
22              THE COURT:  Okay.  All right.  Thanks very much.
23              Any reason you couldn't be a fair and impartial
24     juror if you were seated here?
25              PROSPECTIVE JUROR:  No.
```

```
 1                    THE COURT:  Thank you.
 2                    (Thereupon, Prospective Juror No. 0842 retired
 3      from the courtroom and the following proceedings were had:)
 4                    THE COURT:  Any challenge for cause?
 5                    MR. RUDY:  For Plaintiffs, no challenge for cause.
 6                    MR. STERN:  Jonathan Stern for the Defendants,
 7      your Honor.
 8                    No challenge for cause.
 9                    THE COURT:  741.
10                    THE COURTROOM DEPUTY:  Ready for the next one?
11                    THE COURT:  Yes.  741.
12                    THE COURTROOM DEPUTY:  Juror 0741.
13                    (Thereupon, Prospective Juror No. 0741 entered the
14      courtroom and the following proceedings were had:)
15                    THE COURT:  You checked that you have a medical or
16      personal hardship that would make it difficult to serve.
17      What was that?
18                    PROSPECTIVE JUROR:  My mom is really ill.  She has
19      stage --
20                    THE COURT:  I can't hear you.
21                    PROSPECTIVE JUROR:  I said my mom is severely ill.
22      She has Stage 4 kidney disease.  And she has arthritis in
23      her neck, which I have to take her to a specialist on
24      Wednesday.
25                    THE COURT:  There's no one else that can take care
```

```
1    of her?

2              PROSPECTIVE JUROR:  Not at this time.

3              THE COURT:  You didn't request from the jury

4    office to be excused before?

5              PROSPECTIVE JUROR:  I'm sorry?

6              THE COURT:  You didn't request from the jury

7    office to be excused beforehand?

8              PROSPECTIVE JUROR:  No, I did not.  I didn't even

9    remember until I got a phone call this morning from the

10   office saying "Be here" that I should come.

11             THE COURT:  All right.  Let me speak to counsel.

12             (Whereupon, the following proceedings were had at

13   sidebar:)

14             THE COURT:  Any objection?

15             MR. STERN:  Jonathan Stern for the Defendants,

16   your Honor.

17             No objection.

18             MR. RUDY:  Lee Rudy for Plaintiffs.

19             No objection.

20             THE COURT:  All right.

21             (Whereupon, the following proceedings were had in

22   open court:)

23             THE COURT:  You may step down.

24             (Thereupon, Prospective Juror No. 0741 retired

25   from the courtroom and the following proceedings were had:)
```

```
 1                    THE COURT:  We'll go to 484.

 2                    THE COURTROOM DEPUTY:  Juror 0484.

 3                    (Thereupon, Prospective Juror No. 0484 entered the

 4        courtroom and the following proceedings were had:)

 5                    THE COURT:  You have that you or someone close to

 6        you worked for the government or for a government

 7        contractor.

 8                    PROSPECTIVE JUROR:  No.

 9                    THE COURT:  You have 5 checked on this, that said

10        you or someone close to you works for the government or a

11        government contractor.

12                    PROSPECTIVE JUROR:  Oh, I work for D.C.

13        government.

14                    THE COURT:  What was that?

15                    PROSPECTIVE JUROR:  D.C. government.  I work for

16        OCFO.

17                    THE COURT:  I can't hear you.

18                    PROSPECTIVE JUROR:  D.C. government.

19                    THE COURT:  Who do you work for?

20                    MR. STERN:  For the agency OCFO.

21                    THE COURT:  What was that?

22                    PROSPECTIVE JUROR:  OCFO, the recorder of deeds

23        office.

24                    THE COURT:  What is it?

25                    PROSPECTIVE JUROR:  The recorder of deeds office.
```

```
1                    THE COURT:  Recorder of deeds.  Okay.  How long
2        have you been there?
3                    PROSPECTIVE JUROR:  Almost a year.
4                    THE COURT:  Okay.  What did you do before that?
5                    PROSPECTIVE JUROR:  I used to be a court clerk at
6        Alexandria Circuit Court.
7                    THE COURT:  At?
8                    PROSPECTIVE JUROR:  I used to be a court clerk at
9        Alexandria Circuit Court.
10                    THE COURT:  Okay.  How long were you there?
11                    PROSPECTIVE JUROR:  Five years.
12                    THE COURT:  Okay.  What's your educational
13        background?
14                    PROSPECTIVE JUROR:  My highest education is high
15        school.  I -- I did college for two years.
16                    THE COURT:  College was?
17                    PROSPECTIVE JUROR:  I was at VCU for almost two
18        years.
19                    THE COURT:  What is that?
20                    PROSPECTIVE JUROR:  Virginia Commonwealth
21        University.
22                    THE COURT:  Virginia Commonwealth.  Okay.
23                    Where is that?
24                    PROSPECTIVE JUROR:  Richmond, Virginia.
25                    THE COURT:  In Richmond.  Okay.
```

```
1              Any reason you couldn't be a fair and impartial

2     juror if you were seated here?

3              PROSPECTIVE JUROR:  No.

4              THE COURT:  Who's the recorder of deeds now?

5              PROSPECTIVE JUROR:  Ida Williams.

6              THE COURT:  Any followup by counsel?

7              (Whereupon, the following proceedings were had at

8     sidebar:)

9              MR. RUDY:  For Plaintiffs, Lee Rudy.

10             No followup.

11             MR. STERN:  Jonathan Stern for the Defendants,

12    your Honor.

13             We would ask that you inquire of the prospective

14    juror a bit more about what she does in her job.  She has

15    written down "legal instrument examiner."  And she has told

16    us she has something to do with the office of the recorder

17    of deeds.  We'd ask the Court to inquire a little bit more

18    about what she actually does in her job.

19             THE COURT:  Okay.

20             (Whereupon, the following proceedings were had in

21    open court:)

22             THE COURT:  What do you actually do in your job?

23             PROSPECTIVE JUROR:  I'm sorry?

24             THE COURT:  What do you actually do in your job?

25             PROSPECTIVE JUROR:  Record land records, deeds.
```

Jury Selection

```
1              THE COURT:  So the records are usually deeds to
2     property?
3              PROSPECTIVE JUROR:  Yes.
4              THE COURT:  You're just recording them?
5              PROSPECTIVE JUROR:  Yes.
6              THE COURT:  What does that mean?
7              PROSPECTIVE JUROR:  Anything pertaining to land
8     records.  So if you need your deed to be recorded, put on
9     record, we do that.
10             THE COURT:  You're putting them into the
11    electronic record?
12             PROSPECTIVE JUROR:  Yes.
13             THE COURT:  Okay.  Everything's electronic now?
14             PROSPECTIVE JUROR:  Yes.
15             THE COURT:  Okay.  Any other followup?
16             Thanks very much.  See, in the Wild West it would
17    have been a different way.  In Roy Bean's court it's all
18    done differently.  But that's just in the movies, right?
19             PROSPECTIVE JUROR:  Yes.
20             THE COURT:  You've never even seen that, right?
21             PROSPECTIVE JUROR:  Some.
22             THE COURT:  Thanks.
23             PROSPECTIVE JUROR:  No problem.
24             (Thereupon, Prospective Juror No. 0484 retired
25    from the courtroom and the following proceedings were had:)
```

```
 1                    THE COURT:  Any challenge for cause?
 2                    MR. RUDY:  Lee Rudy for Plaintiffs.
 3                    No challenge for cause.
 4                    MR. STERN:  Jonathan Stern for the Defendants.
 5                    No challenge for cause, your Honor.
 6                    THE COURT:  1901.  We're cooking when I get three
 7      in a row here.
 8                    THE COURTROOM DEPUTY:  Juror 1901.
 9                    (Thereupon, Prospective Juror No. 1901 entered the
10      courtroom and the following proceedings were had:)
11                    THE COURT:  Just a couple of questions.
12                    What's your educational background?
13                    PROSPECTIVE JUROR:  I have a master's degree.  I'm
14      an elementary schoolteacher.
15                    THE COURT:  What's your degree in?
16                    PROSPECTIVE JUROR:  Early childhood and English.
17                    THE COURT:  Where is it from?
18                    PROSPECTIVE JUROR:  The University of Mary
19      Washington.
20                    THE COURT:  What's your -- that's a master's.
21      What was your bachelor's?
22                    PROSPECTIVE JUROR:  In English.
23                    THE COURT:  English.  From where?
24                    PROSPECTIVE JUROR:  The University of Mary
25      Washington.
```

```
 1                THE COURT:  Okay.  I don't have any other

 2      questions, other than any reason you couldn't be a fair and

 3      impartial juror if you were seated here?

 4                PROSPECTIVE JUROR:  No.  I mean, the only thing of

 5      note is potentially -- well, I'm traveling August 12th.  But

 6      other than that, I'm here.

 7                THE COURT:  Okay.

 8                PROSPECTIVE JUROR:  So okay.

 9                THE COURT:  Can I talk to counsel?

10                (Whereupon, the following proceedings were had at

11      sidebar:)

12                MR. RUDY:  For Plaintiffs, we have no followup

13      questions.

14                MR. STERN:  No followup questions for the

15      Defendants, your Honor.

16                (Whereupon, the following proceedings were had in

17      open court:)

18                THE COURT:  You look like just what I'm looking

19      for.  Return to the ceremonial courtroom, if you would, sir.

20                PROSPECTIVE JUROR:  Yes.

21                THE COURT:  You may not want to hear that, but you

22      are what we're looking for.

23                (Thereupon, Prospective Juror No. 1901 retired

24      from the courtroom and the following proceedings were had:)

25                THE COURT:  We'll go to 1721.
```

```
 1                    Any challenge for cause?

 2                    MR. RUDY:  For Plaintiffs, Lee Rudy.

 3                    No challenge for cause.

 4                    MR. STERN:  Jonathan Stern for the Defendants.

 5                    Your Honor, no challenge for cause.

 6                    THE COURT:  It looks pretty good to me.  Why would

 7      a schoolteacher be biased against anyone?

 8                    MR. RUDY:  At least an elementary schoolteacher.

 9      By the time you get to high school --

10                    THE COURT:  Well, I should have added, elementary

11      schoolteacher.  By the time you get to high school, it's

12      probably hopeless.  Right?  My fifth grade teacher is my

13      favorite of all time.

14                    THE COURTROOM DEPUTY:  Juror 1721.

15                    (Thereupon, Prospective Juror No. 1721 entered the

16      courtroom and the following proceedings were had:)

17                    THE COURT:  I just have a couple of followups for

18      you, if I may.

19                    One was, have you or someone close to you ever

20      worked for the government or as a government contractor?

21      You answered yes.

22                    What did you have in mind there?

23                    PROSPECTIVE JUROR:  I have family members in the

24      military and --

25                    THE COURT:  I can't hear you.  If you'd hold that
```

```
 1              up closer.
 2                     PROSPECTIVE JUROR:  I have family members in the
 3              military and that work for the Postal Service and I have a
 4              neighbor that used to work for D.C. Jail.
 5                     THE COURT:  Your family members that are in the
 6              military, how close are they to you?
 7                     PROSPECTIVE JUROR:  My nieces.
 8                     THE COURT:  Nieces.  Okay.
 9                     PROSPECTIVE JUROR:  Yes, sir.
10                     THE COURT:  And what does your neighbor do?
11                     PROSPECTIVE JUROR:  She's retired.  She used to
12              work for D.C. Jail.
13                     THE COURT:  You were on a jury before.  How long
14              ago was that?
15                     PROSPECTIVE JUROR:  Yes.  March.  I didn't get
16              selected, but I had to go in March.
17                     THE COURT:  What kind of case was it?
18                     PROSPECTIVE JUROR:  It was a criminal.
19                     THE COURT:  Was that in this court or across the
20              street?
21                     PROSPECTIVE JUROR:  Across the street.
22                     THE COURT:  How long did that trial go?
23                     PROSPECTIVE JUROR:  I'm sorry?
24                     THE COURT:  How long was the trial?
25                     PROSPECTIVE JUROR:  I wasn't selected.  I just --
```

```
 1                  THE COURT:  Oh, an alternate.  Okay.

 2                  PROSPECTIVE JUROR:  Yes.

 3                  THE COURT:  How long were you there?

 4                  PROSPECTIVE JUROR:  Just for that day.

 5                  THE COURT:  I'm sorry?

 6                  PROSPECTIVE JUROR:  Just for that day.

 7                  THE COURT:  So you don't know if the jury reached

 8      a verdict or not because you were --

 9                  PROSPECTIVE JUROR:  I don't know.

10                  THE COURT:  -- you were an alternate.  Okay.

11                  PROSPECTIVE JUROR:  I know it was about the guy

12      having a gun.

13                  THE COURT:  Okay.  What was your educational

14      background?

15                  PROSPECTIVE JUROR:  High school.

16                  THE COURT:  And then where are you employed now?

17      Are you employed?

18                  PROSPECTIVE JUROR:  No.

19                  THE COURT:  Okay.  Were you employed before?

20                  PROSPECTIVE JUROR:  Yes.

21                  THE COURT:  Where was that?

22                  PROSPECTIVE JUROR:  It was Fannie May Candies.

23                  THE COURT:  When did you leave that?

24                  PROSPECTIVE JUROR:  It's been a while ago.  I was

25      my mom's caregiver for a long time.
```

```
 1                    THE COURT:  Okay.  Let me see if counsel have any
 2          other questions.
 3                        (Whereupon, the following proceedings were had at
 4          sidebar:)
 5                    MR. RUDY:  Lee Rudy for Plaintiffs.
 6                    I don't have any followup.
 7                    MR. STERN:  No followup from the Defendants, your
 8          Honor.
 9                        (Whereupon, the following proceedings were had in
10          open court:)
11                    THE COURT:  Any reason you couldn't be a fair and
12          impartial juror if you were seated here?
13                    PROSPECTIVE JUROR:  No.
14                    THE COURT:  Thank you very much.
15                        (Thereupon, Prospective Juror No. 1721 retired
16          from the courtroom and the following proceedings were had:)
17                    THE COURTROOM DEPUTY:  Ready for the next one?
18                    THE COURT:  Yes.
19                    Any challenge for cause?
20                    MR. RUDY:  Lee Rudy for Plaintiffs.
21                    No challenge for cause.
22                    MR. STERN:  Jonathan Stern for the Defendants,
23          your Honor.
24                    No challenge for cause.
25                    THE COURT:  We'll go to 458.
```

```
1                 THE COURTROOM DEPUTY:  Juror 0458.
2                 (Thereupon, Prospective Juror No. 0458 entered the
3       courtroom and the following proceedings were had:)
4                 THE COURT:  I just have a few followups.
5                 You or someone close to you worked for the
6       government or as a government contractor?
7                 PROSPECTIVE JUROR:  For the federal government.
8       Yeah.  I have a good friend who works there.
9                 THE COURT:  What was that?
10                PROSPECTIVE JUROR:  I have a friend who works at
11      the federal government, a close friend.
12                THE COURT:  Who is that?
13                PROSPECTIVE JUROR:  Do you want their name?
14                THE COURT:  No, no.  Who do they work for?
15                PROSPECTIVE JUROR:  National Endowment For the
16      Humanities.
17                THE COURT:  What do they do there?
18                PROSPECTIVE JUROR:  Comms, I think.
19      Communications.
20                THE COURT:  There was a question about, Do you
21      have any strong opinions, positive or negative, about the
22      influence of corporations on the U.S. economy?  You said
23      yes.  What was your opinion?
24                PROSPECTIVE JUROR:  I think that some companies
25      have monopolies on the -- I think they have monopolies and
```

```
1     that has an effect on the economy.  Sometimes I don't think
2     they have, like --
3               THE COURT:  Why don't you pull the microphone
4     closer to you.
5               PROSPECTIVE JUROR:  Sorry?
6               THE COURT:  Pull the microphone a little bit
7     closer.
8               PROSPECTIVE JUROR:  Is this better?  Or here?  Is
9     this better for you?
10              I also think they have a lot of influence on the
11    government, which doesn't necessarily always -- in the best
12    interest for American people.
13              THE COURT:  You were asked, Have you now or in the
14    past invested in the financial, stock market?
15              PROSPECTIVE JUROR:  Yeah.  I'm not a super-serious
16    investor.  But, you know, I have --
17              THE COURT:  Did you make -- did you have a
18    financial advisor or did you make your own decisions or how
19    did that work?
20              PROSPECTIVE JUROR:  I make my own.
21              THE COURT:  Did you have some kind of study you
22    made or how did you come about making those decisions?
23              PROSPECTIVE JUROR:  Sometimes I just buy in
24    companies that I like.
25              THE COURT:  I'm sorry?
```

```
 1                PROSPECTIVE JUROR:  I buy in companies that I
 2       like.
 3                THE COURT:  Okay.  How active of an investor do
 4       you consider yourself to be?
 5                PROSPECTIVE JUROR:  Not very active at all.
 6                THE COURT:  Okay.  What kinds of things did you
 7       buy?
 8                PROSPECTIVE JUROR:  I think I bought stock in,
 9       like, DocuSign, Sweetgreen, Twitter, maybe.
10                THE COURT:  Just the general nature of things?
11                PROSPECTIVE JUROR:  Yeah.
12                THE COURT:  Okay.  Stocks --
13                PROSPECTIVE JUROR:  Uh-huh.
14                THE COURT:  -- or mutual funds or what?
15                PROSPECTIVE JUROR:  I think they're stocks.
16                THE COURT:  Okay.  Did you have any education or
17       training in that?
18                PROSPECTIVE JUROR:  No.
19                THE COURT:  Were dividends important to you when
20       making those kind of decisions or did you consider dividends
21       at all?
22                PROSPECTIVE JUROR:  No, I didn't.
23                THE COURT:  Have you ever traded in cryptocurrency
24       or wanted to trade in cryptocurrency?
25                PROSPECTIVE JUROR:  No.
```

```
1              THE COURT:  Do you believe investing in the stock
2       market is like gambling?
3              PROSPECTIVE JUROR:  I guess, kind of.
4              THE COURT:  Is that --
5              PROSPECTIVE JUROR:  I never thought about it that
6       way before, but I suppose.
7              THE COURT:  If you were seated on this jury, is
8       there any real reason you couldn't be fair and impartial to
9       both sides?
10             PROSPECTIVE JUROR:  No.  I could be fair and
11      impartial.
12             THE COURT:  Counsel, do you want me to do any
13      followup?
14             (Whereupon, the following proceedings were had at
15      sidebar:)
16             MR. RUDY:  Lee Rudy for the Plaintiffs.
17             She gave an answer about how she doesn't think
18      it's appropriate for large corporations that have monopoly
19      power.
20             As your Honor probably knows, Fannie and Freddie
21      sort of have akin to a monopoly power here.  I just would
22      ask if she finds out that certain of the parties in this
23      case are large corporations with monopoly power, does she
24      think she would be able to be a fair juror relating to that.
25             I think -- I was given a note that she said
```

1     something about gambling, that stock market investing is

2     sort of like gambling.  If you could probe that a little bit

3     more.

4              And obviously, as your Honor understands, this is

5     a case where stockholders are suing large corporations.  So

6     if you could ask her if she could be fair to shareholders

7     claiming that they lost their investment.

8              MR. STERN:  Your Honor, we would object to the

9     first question about the monopoly, because that's not a

10    feature of this case.  And we'd object to a question that

11    would inject it.

12             We would ask that you -- the Court's indulgence.

13             (Counsel confer privately.)

14             Your Honor, we would also object to the second

15    question, at least as Mr. Rudy put it, characterizing the

16    claim as shareholders -- I'm trying to read the realtime,

17    your Honor -- shareholders who are claiming they lost their

18    investment.

19             That's not really the claim here, or at least it's

20    not the -- we don't think it's appropriate to characterize

21    the claim that way.  So we would object to that question at

22    least put in those terms.

23             Affirmatively, we would ask that the Court ask the

24    juror her educational background; and we would also ask the

25    Court to ask what the juror does in her current job.

```
1              THE COURT:  The objections to the question as
2       posed are sustained.
3              I'll think about whether there's a rephrasing it.
4       I will ask about her educational background.  I'll come back
5       to those other questions.
6              MR. RUDY:  Your Honor, if you'd like me to try to
7       rephrase them, I can try to do that.  Or should I wait for
8       you to follow up and I'll follow up after?
9              THE COURT:  I'll come back to you after I ask
10      these other questions.
11              (Whereupon, the following proceedings were had in
12      open court:)
13              THE COURT:  I meant to ask you and I forgot to ask
14      you, what's your educational background?
15              PROSPECTIVE JUROR:  I have a bachelor's and a
16      master's in social work.
17              THE COURT:  And what's your bachelor's in?
18              PROSPECTIVE JUROR:  Social work.  They're both in
19      social work.
20              THE COURT:  Where are those degrees from?
21              PROSPECTIVE JUROR:  Undergrad is from
22      SUNY-Fredonia.  And the master's is from Columbia
23      University.
24              THE COURT:  And then what was -- what are you
25      doing currently?  What was your position?
```

```
1              PROSPECTIVE JUROR:  I work in fundraising at a

2    nonprofit called the Lustgarten Foundation,

3    L-U-S-T-G-A-R-T-E-N.

4              THE COURT:  What do you do?

5              PROSPECTIVE JUROR:  I do their direct mail

6    program.

7              THE COURT:  Direct mail?

8              PROSPECTIVE JUROR:  Uh-huh.

9              THE COURT:  What does that mean?

10             PROSPECTIVE JUROR:  Like do you ever get like a

11   fundraising appeal in the mail?  I, like, manage that at the

12   foundation.

13             THE COURT:  Okay.  Let me ask counsel again for

14   some other wording here.

15             (Whereupon, the following proceedings were had at

16   sidebar:)

17             MR. RUDY:  Your Honor, Lee Rudy for Plaintiffs.

18             I believe the juror said something about how

19   investing is like gambling.  So if you could follow up on

20   that.  I think you followed up with other jurors who said

21   similar things.

22             And as to the nature of our claim, I do agree

23   the -- we're not saying the shareholders lost their whole

24   investment.  We are saying the shareholders lost about 50

25   percent of the value of their investment, and even the stock
```

 1    fell by $1.6 billion.  So I don't think my phrasing of that

 2    question was that wrong.  But I'd ask if you think in light

 3    of what she said about investing if you could ask whether

 4    she could be fair in a case where shareholders are alleging

 5    that that's their claim.

 6              MR. STERN:  Your Honor, I don't think it's

 7    necessary to recharacterize the claim beyond what the Court

 8    said in its preliminary instructions.  And we'd object to

 9    anything other than that.

10              THE COURT:  I'm not going to go forever here.  I

11    will ask her about gambling.

12              (Whereupon, the following proceedings were had in

13    open court:)

14              THE COURT:  I think you said you haven't thought

15    about that.  But to the extent we did talk about maybe the

16    stock market's like gambling, tell me a little more about

17    that.

18              PROSPECTIVE JUROR:  About how I haven't thought

19    about it as gambling?

20              THE COURT:  About the stock market being like

21    gambling.

22              PROSPECTIVE JUROR:  Oh, I guess you put your money

23    in.  You don't really know what's going to happen with it,

24    so kind of you take a chance on it.  I think that's like

25    exactly what gambling is.

```
 1                THE COURT:  All right.  Any reason you couldn't be

 2      a fair and impartial juror if you were seated here?

 3                PROSPECTIVE JUROR:  No.

 4                THE COURT:  Thank you very much.

 5                PROSPECTIVE JUROR:  Thank you.

 6                (Thereupon, Prospective Juror No. 0458 retired

 7      from the courtroom and the following proceedings were had:)

 8                THE COURT:  Any challenge for cause?

 9                MR. RUDY:  Your Honor, for the record, in light of

10      her comment about gambling, we would for the record make the

11      cause for challenge.

12                Thank you.

13                THE COURT:  I'll take my chance on somebody with a

14      master's degree.

15                MR. STERN:  No challenge for cause, your Honor.

16                THE COURT:  The challenge is denied.  She'll be

17      seated.

18                We'll go to 867.

19                THE COURTROOM DEPUTY:  Juror 0867.

20                (Thereupon, Prospective Juror No. 0867 entered the

21      courtroom and the following proceedings were had:)

22                THE COURT:  Just a few other followups.

23                You were asked, Have you or someone close to you

24      ever worked for a government agency or a government

25      contractor?
```

Jury Selection

```
 1                    What did you have in mind there?

 2                    PROSPECTIVE JUROR:  My father worked for the

 3      Department of Defense.

 4                    THE COURT:  What did he do there?

 5                    PROSPECTIVE JUROR:  He was a research scientist.

 6      He worked at Fort Detrick.

 7                    THE COURT:  Okay.  What kind of research did he

 8      do?  Do you know?  Chemical?

 9                    PROSPECTIVE JUROR:  He was in infectious disease.

10                    THE COURT:  I'm sorry?

11                    PROSPECTIVE JUROR:  Infectious diseases.

12                    THE COURT:  Okay.  What's your educational

13      background?

14                    PROSPECTIVE JUROR:  I graduated from college.

15                    THE COURT:  What was your study?

16                    PROSPECTIVE JUROR:  I was an English major.

17                    THE COURT:  English.  Okay.

18                    In 11, you were asked, Do you have any strong

19      opinions, either positive or negative, about the influence

20      of large corporations on the U.S. economy?  Tell me a little

21      more about that one.

22                    PROSPECTIVE JUROR:  I think that more has to do

23      with tech companies and their oversized, in my opinion,

24      influence on how the economy is working.

25                    THE COURT:  Tell me a little more about that.
```

```
 1              PROSPECTIVE JUROR:  I just feel that tech
 2   companies, particularly with their use of people's data and
 3   their data mining, gives them a lot of power.
 4              THE COURT:  You were asked, Do you now or have you
 5   in the past invested in the financial or stock market?  And
 6   you said yes.  Tell us a little more about that, if you
 7   would.
 8              PROSPECTIVE JUROR:  That would just be through
 9   mutual funds, not individual stocks.  But for retirement
10   savings.
11              THE COURT:  Mostly through your employer or how?
12              PROSPECTIVE JUROR:  That would mostly be through
13   my employer.  And because my father was in the military, I
14   was -- I belonged to USAA.  They have a financial services
15   department.
16              THE COURT:  Mutual funds through them?
17              PROSPECTIVE JUROR:  Yeah.
18              THE COURT:  Okay.  So you weren't making your own
19   selections?
20              PROSPECTIVE JUROR:  No, I'm not.
21              THE COURT:  Did you make any of your own decisions
22   about investments?  Or is it really just your mutual funds?
23              PROSPECTIVE JUROR:  Which mutual funds, yes.
24   But -- yeah.
25              THE COURT:  Okay.  So you weren't deciding whether
```

1    you wanted some stock with dividends or not dividends?  That

2    wasn't something you were deciding?

3                PROSPECTIVE JUROR:  No.

4                THE COURT:  Have you ever traded in cryptocurrency

5    or wanted to trade in cryptocurrency?

6                PROSPECTIVE JUROR:  No, I haven't.

7                THE COURT:  Do you believe investing in the stock

8    market is like gambling?

9                PROSPECTIVE JUROR:  No.

10               THE COURT:  You were asked, Do you have any views

11   on the causes of the 2008 financial crisis?  You said yes.

12   What was that?

13               PROSPECTIVE JUROR:  That would probably be lax

14   oversight and the rules not being as strict as they ought to

15   have been.

16               THE COURT:  And you own your own home now?

17               PROSPECTIVE JUROR:  Yes, I do.

18               THE COURT:  You have a mortgage still?

19               PROSPECTIVE JUROR:  No, I don't.

20               THE COURT:  It's paid off?

21               PROSPECTIVE JUROR:  Yes.

22               THE COURT:  You've been on a jury before?

23               PROSPECTIVE JUROR:  Yes, I have.

24               THE COURT:  Was that in this court or across the

25   street?

```
 1                    PROSPECTIVE JUROR:  Across the street.

 2                    THE COURT:  How long ago was that?

 3                    PROSPECTIVE JUROR:  Oh, that was about maybe 15,

 4     17 years ago.

 5                    THE COURT:  Oh, okay.

 6                    PROSPECTIVE JUROR:  It's been a while.

 7                    THE COURT:  Do you remember what kind of case it

 8     was?

 9                    PROSPECTIVE JUROR:  Yes.  It was a domestic

10     violence case.

11                    THE COURT:  How long did that trial go?

12                    PROSPECTIVE JUROR:  The trial itself lasted for a

13     day and a half.  And we deliberated for about three days.

14                    THE COURT:  Okay.  Did the jury reach a verdict?

15                    PROSPECTIVE JUROR:  Yes, it did.

16                    THE COURT:  And were you the foreman?

17                    PROSPECTIVE JUROR:  No, I wasn't.

18                    THE COURT:  Anything about that experience that

19     would have any impact on your ability to be a fair and

20     impartial juror here?

21                    PROSPECTIVE JUROR:  No.

22                    THE COURT:  You belong to some social or

23     professional organizations?

24                    PROSPECTIVE JUROR:  Yes.  I belong to WAVA, which

25     is a Washington Area Village Association.  It's for my work.
```

1   And I just belong to a jazz social club.

2           THE COURT:  Okay.  Tell me about WAVA.  Do you

3   have a leadership role in that?

4           PROSPECTIVE JUROR:  No.

5           THE COURT:  Okay.  Is that national?

6           PROSPECTIVE JUROR:  No.  That's local.  It's for

7   communities within Maryland and D.C.

8           THE COURT:  All right.  Let me see if counsel have

9   any other questions.

10          (Whereupon, the following proceedings were had at

11  sidebar:)

12          MR. RUDY:  For Plaintiffs, it's Lee Rudy.

13          If you could follow up, your Honor, she said

14  that -- she said about the 2008 financial crisis, that it

15  was a lack of oversight.  I'd like just a little bit more

16  information on what she means by that.

17          MR. STERN:  Your Honor, for the Defendants, we

18  would ask that the Court inquire a little bit more about her

19  employment, the nature of it, who her employer -- a little

20  bit more about who her employer is and a bit more

21  explanation about what she does at her job.

22          THE COURT:  Okay.

23          (Whereupon, the following proceedings were had in

24  open court:)

25          THE COURT:  Could you tell us a little more about

```
 1        your employment and what you do, your employment?

 2                 PROSPECTIVE JUROR:  Sure.

 3                 I work for a senior services organization.  It's a

 4        small not-for-profit.  They help seniors age in place.  And

 5        I do -- it's a small organization, so I do a lot.  My

 6        background is mostly publishing and communications.  But I

 7        do membership and volunteer recruitment and training and

 8        fundraising, and so it runs the gamut of keeping the

 9        organization going.

10                 THE COURT:  And how big is the organization?

11                 PROSPECTIVE JUROR:  It has 150 members and three

12        part time-staff.  I'm on 20 hours a week.

13                 THE COURT:  When you were talking about the 2008

14        financial fiasco, I guess you could say, you said it was a

15        lack of oversight.  Tell us a little more about how you came

16        to that understanding.

17                 PROSPECTIVE JUROR:  It's been so long, so I can't

18        say that I remember particulars about it.

19                 I do remember reading about it and I just recall

20        that -- hearing that the people who should have been keeping

21        watch weren't, that there might have been a cozy

22        relationship between the regulators and the banks.  Maybe

23        "cozy relationship" isn't the right word.  But that -- and

24        that's my general impression of where that came from.  Like

25        I said, it's been a while.  So I don't have a really
```

1    detailed analysis in my head.

2             THE COURT:  You could decide on the evidence you

3    heard here in this courtroom what really happened, if that's

4    relevant?

5             PROSPECTIVE JUROR:  Oh, yes.  Absolutely.

6             THE COURT:  Do you have any reason you couldn't do

7    that fairly?

8             PROSPECTIVE JUROR:  No.

9             THE COURT:  All right.  Any other questions from

10   counsel?

11            Thanks very much, ma'am.

12            PROSPECTIVE JUROR:  Thank you.

13            (Thereupon, Prospective Juror No. 0867 retired

14   from the courtroom and the following proceedings were had:)

15            MR. RUDY:  Your Honor, for Plaintiffs, no cause

16   challenge.

17            THE COURT:  I'm sorry?

18            MR. RUDY:  For Plaintiffs, no cause challenge.

19            THE COURT:  Okay.

20            MR. STERN:  Your Honor, Jonathan Stern for the

21   Defendants.

22            No challenge for cause.

23            THE COURT:  We'll go to 806.

24            THE COURTROOM DEPUTY:  Juror 0806.

25            (Thereupon, Prospective Juror No. 0806 entered the

 1    courtroom and the following proceedings were had:)

 2                THE COURT:  I just have a few followups.

 3                You were asked, Have you or someone close to you

 4    ever worked for any government agency or government

 5    contractor?  You said yes.

 6                What did you have in mind there?

 7                PROSPECTIVE JUROR:  I work for the Institute of

 8    International Education.

 9                THE COURT:  I can't hear you.

10                PROSPECTIVE JUROR:  You can't?  Okay.  I work for

11    the Institute of International Education and the National

12    School Boards Association.

13                THE COURT:  What are they?

14                PROSPECTIVE JUROR:  Those are contracted, I

15    believe, under the federal government.  But I worked as a

16    designer.

17                THE COURT:  What agency do they contract with?

18                PROSPECTIVE JUROR:  You know, IIE.  It is the

19    Department of Education.

20                THE COURT:  Okay.  What's your educational

21    background?

22                PROSPECTIVE JUROR:  I graduated college.

23                THE COURT:  In what area?

24                PROSPECTIVE JUROR:  Graphic design.

25                THE COURT:  Sorry?

```
1              PROSPECTIVE JUROR:  Graphic design.

2              THE COURT:  And then you were asked about, Do you

3    have any strong opinions, positive or negative, about the

4    influence of large corporations on the U.S. economy?  And

5    you said yes.

6              Tell us a little more about that.

7              PROSPECTIVE JUROR:  I guess my opinions are kind

8    of negative in the way that a lot of corporations use

9    lobbyists to influence government and legislation.  I see a

10   lot more negatives than I do positives to the way that the

11   lobbying has influenced politics in this country.

12             THE COURT:  You were asked, Have you ever owned

13   your own business?  You said yes.  What was that?

14             PROSPECTIVE JUROR:  I currently own and operate a

15   knife-sharpening business.

16             THE COURT:  Tell us a little more about that.

17             PROSPECTIVE JUROR:  Well, it's just myself.  I've

18   been running it for three years.  It's pretty small.  I meet

19   with a lot of local restaurateurs and meet with a lot of

20   home cooks, fixing knives, tools, things like that.

21             THE COURT:  Have you now or in the past invested

22   in financial or stock markets?

23             PROSPECTIVE JUROR:  Yeah.  I put a little bit of

24   money into, like, the Acorns investment application and, you

25   know, it's -- I don't know the term for it, but it just
```

```
 1    basically invests, you know, a little bit of money into a
 2    lot of different financial sectors.
 3              THE COURT:  You mean mutual funds?
 4              PROSPECTIVE JUROR:  I don't think so.  I'm not
 5    sure, honestly.
 6              THE COURT:  Were you picking individual stocks?
 7              PROSPECTIVE JUROR:  No, not really.  Just a
 8    couple.
 9              THE COURT:  What were you doing?
10              PROSPECTIVE JUROR:  It's kind of more offhand,
11    like.  It's not really something that I'm meeting with a
12    broker or anything like that.  It's just through an
13    application on my phone.  I just thought that was being
14    transparent.
15              THE COURT:  Okay.  You didn't have an advisor?
16              PROSPECTIVE JUROR:  No.
17              THE COURT:  Did you have any kind of training or
18    instruction about how to do it?
19              PROSPECTIVE JUROR:  No, not specifically.
20              THE COURT:  Okay.  How did you do?
21              PROSPECTIVE JUROR:  What's that?
22              THE COURT:  How did you do?
23              PROSPECTIVE JUROR:  It's growing slowly.  Thank
24    you for asking.
25              THE COURT:  When you were doing that, did you
```

```
1    consider dividends as something to consider when you were

2    doing that?  Were you going to make dividends?

3               PROSPECTIVE JUROR:  I'm not -- off the top of my

4    head, I can't think of what that is right now.

5               THE COURT:  Have you ever traded in cryptocurrency

6    or wanted to trade in cryptocurrency?

7               PROSPECTIVE JUROR:  I did, yeah.  Back in -- I

8    think it was 2012, 2013, 2014.

9               THE COURT:  A long time back?

10              PROSPECTIVE JUROR:  Yeah.

11              THE COURT:  How did that turn out?

12              PROSPECTIVE JUROR:  I made -- I tripled my money

13   and then used that money after college.

14              THE COURT:  You did?

15              PROSPECTIVE JUROR:  Yeah.

16              THE COURT:  And then got out?

17              PROSPECTIVE JUROR:  Yeah, because it's incredibly

18   volatile.  So it's not really a great way to invest.

19              THE COURT:  And you never went back in?

20              PROSPECTIVE JUROR:  No.  I'm probably never going

21   to buy Bitcoin again.

22              THE COURT:  Do you believe investing in the stock

23   market is like gambling?

24              PROSPECTIVE JUROR:  What was the last part?

25              THE COURT:  Do you believe investing in the stock
```

1     market is like gambling?

2              PROSPECTIVE JUROR:  No.  I think there's a lot of

3     strategy and information.  It takes a lot of knowledge and

4     skill.  But there is a risk involved.  Sure.  I don't think

5     it's like gambling.

6              THE COURT:  But you could look for knowledge and

7     information.

8              PROSPECTIVE JUROR:  I'm sorry?  One more time.

9              THE COURT:  But you can look for knowledge and

10    information.

11             PROSPECTIVE JUROR:  I personally?

12             THE COURT:  Yes.  You could.

13             PROSPECTIVE JUROR:  I could.  Yeah.  I'm not sure

14    what to say.  Yeah.  Of course.  Yeah.  You try to educate

15    yourself as much as possible or you find other people that

16    are -- that know what they're doing and you put a lot of

17    trust into them to make decisions for you.

18             THE COURT:  Let me see if counsel have any other

19    questions they want to pose.

20             (Whereupon, the following proceedings were had at

21    sidebar:)

22             MR. RUDY:  For Plaintiffs, Lee Rudy.

23             We have no followup.

24             MR. STERN:  For Defendants, Jonathan Stern.

25             No followup, your Honor.

```
 1                    THE COURT:  Thank you.

 2                    (Whereupon, the following proceedings were had in

 3        open court:)

 4                    THE COURT:  Thank you very much.

 5                    Any reason you couldn't be a fair and impartial

 6        juror if you were seated here?

 7                    PROSPECTIVE JUROR:  No.  I can't think of

 8        anything.

 9                    (Thereupon, Prospective Juror No. 0806 retired

10        from the courtroom and the following proceedings were had:)

11                    THE COURT:  Any challenge for cause?

12                    MR. RUDY:  For Plaintiffs, Lee Rudy.

13                    No challenge for cause.

14                    MR. STERN:  Jonathan Stern for the Defendants.

15                    No challenge for cause, your Honor.

16                    THE COURT:  We'll go to 727.

17                    THE COURTROOM DEPUTY:  Juror --

18                    THE COURT:  Let's hold off just a moment.

19                    (Confers with law clerk privately.)

20                    Let's go with 310.  I'll hold off on 727 probably

21        until the morning.  It looks like it's going to take a

22        while.

23                    THE COURTROOM DEPUTY:  Juror 0310.

24                    (Thereupon, Prospective Juror No. 0310 entered the

25        courtroom and the following proceedings were had:)
```

```
 1            THE COURT:  You or someone close to you worked for

 2      the government or for a government contractor?

 3            PROSPECTIVE JUROR:  Yes.  Yes.

 4            THE COURT:  Who was that?

 5            PROSPECTIVE JUROR:  Myself.

 6            THE COURT:  Okay.  Who do you work fork for?

 7            PROSPECTIVE JUROR:  I'm in business for myself and

 8      I have contracts, including government contracts, including

 9      federal and local.  So one of the work that I do right now

10      is I work for a firm -- I'm a subcontractor for a firm

11      called FHI 360.  And they have a contract with the CDC.

12            THE COURT:  What is that?

13            PROSPECTIVE JUROR:  It's the CDC.  The Centers for

14      Disease Control.

15            THE COURT:  Centers for Disease Control.  Okay.

16            What kind of contract is it?

17            PROSPECTIVE JUROR:  It's an HIV campaign.

18            THE COURT:  What's your job?

19            PROSPECTIVE JUROR:  I do audience research for

20      their target audiences.

21            THE COURT:  Okay.  What's your educational

22      background?

23            PROSPECTIVE JUROR:  I have a bachelor's in

24      psychology and a master's in education.

25            THE COURT:  Okay.  Where's your master's from?
```

```
 1                   PROSPECTIVE JUROR:  The University of Virginia.

 2                   THE COURT:  Okay.  Not a bad school.  Not Texas,

 3      of course, but not bad.

 4                   Where's your bachelor's from?

 5                   PROSPECTIVE JUROR:  University of Virginia.

 6                   THE COURT:  Okay.  That's good.

 7                   You had a -- Question 10 was, Have you or a close

 8      family member ever worked for a large corporation?

 9      That's -- what is that?

10                   PROSPECTIVE JUROR:  So --

11                   THE COURT:  Not your current one, I guess.

12                   PROSPECTIVE JUROR:  No.  Not a large corporation

13      yet.

14                   But I don't particularly know what qualifies as a

15      large corporation.  So I just put yes because I have worked

16      for Discovery Communications.  That is probably -- and ABC

17      Network television.  So those are pretty big corporations.

18                   THE COURT:  Okay.  What did you do for them?

19                   PROSPECTIVE JUROR:  For ABC Network, I was an

20      assistant, breaking into the media business.

21                   And for Discovery Communications, I was a social

22      media director.  So I did a lot of social media business and

23      community management for their TV shows.

24                   THE COURT:  Okay.  Then it says, Have you owned

25      your own business?  And that's what your current job is.
```

```
1                    PROSPECTIVE JUROR:  Yes.  Yes.
2                    THE COURT:  When did you start that?
3                    PROSPECTIVE JUROR:  Five years ago.
4                    THE COURT:  And is that your sole source of income
5       now?
6                    PROSPECTIVE JUROR:  It is.
7                    THE COURT:  And you're doing okay?
8                    PROSPECTIVE JUROR:  It's hell.
9                    THE COURT:  So far, so good?
10                   PROSPECTIVE JUROR:  It's hell.  But money-wise, it
11      continues to grow.  So I guess it's working.
12                   THE COURT:  Okay.  What's -- your current contract
13      is for how long?
14                   PROSPECTIVE JUROR:  So I had multiple different
15      contracts.  Some of them are year to year; some of them are
16      two months.  So I have multiple different contracts and I
17      have teammates that work for different contracts with me.
18                   THE COURT:  Okay.  Those businesses?
19                   PROSPECTIVE JUROR:  I've aged so much.
20                   THE COURT:  Okay.  I'll try to steer away from
21      that.
22                   Do you now or have you in the past had investments
23      in the financial or stock market?
24                   PROSPECTIVE JUROR:  Yes.
25                   THE COURT:  Tell us a little about that.
```

1          PROSPECTIVE JUROR:  In my early 20s, I got some

2     advice about investing in stocks.  I think I had an E*TRADE

3     account.  I definitely dabbled in and out of that over the

4     past 20 years.

5          It's -- I'm not a day trader, but I do trade on

6     impulse sometimes.  So that hasn't really worked out that

7     great for me.  I mean, I've made some great investments,

8     quick in and out kind of thing.  But of course I'm always

9     distracted by the latest big things.  In the last two years,

10    I've spent some money investing in Bitcoin, things of that

11    sort.  It hasn't panned out well there.

12         I also was chasing pharmaceutical stocks during

13    COVID when they were trying to figure out the vaccine.  I

14    lost probably -- I lost the most I've ever lost there.

15         THE COURT:  And your investments in the market, is

16    it usually through an advisor or do you make your own

17    decisions?

18         PROSPECTIVE JUROR:  I make most of my own

19    decisions.  I do have some funds in -- general retirement

20    funds that -- I don't track those.  But I have my,

21    quote-unquote, "play monies" that I make choices and sales

22    and trades daily.

23         THE COURT:  With what you call your play money?

24         PROSPECTIVE JUROR:  My play money, just based on

25    my own intuition and research.

```
 1              THE COURT:  Okay.  Would you call yourself an
 2     active investor?
 3              PROSPECTIVE JUROR:  No.
 4              THE COURT:  Because there's not enough?
 5              PROSPECTIVE JUROR:  Yes.  Sometimes if I'm busy
 6     with work and other things, then I don't get to kind of --
 7              THE COURT:  You're too busy?
 8              PROSPECTIVE JUROR:  (Nods head in the
 9     affirmative.)
10              THE COURT REPORTER:  I'm sorry.  Could you please
11     answer audibly for the record?
12              PROSPECTIVE JUROR:  Sure.  If I don't -- if I get
13     busy with regular work, then I don't get to -- I don't get
14     to invest on a daily basis.  So that's why I don't consider
15     myself an investor, a regular investor.
16              THE COURT:  What kind of education or training do
17     you have that helps you make those investment decisions?
18              PROSPECTIVE JUROR:  No education.  No training.  I
19     was a math teacher, so numbers don't scare me.
20              THE COURT:  That makes a difference.  I'm still
21     scared.
22              PROSPECTIVE JUROR:  I should have been scared.
23              THE COURT:  How important are or were dividends to
24     you when you were making investment decisions?
25              PROSPECTIVE JUROR:  Those are just cherry on the
```

```
 1    top.  I'm just glad to get them.
 2              THE COURT:  Have you ever traded in cryptocurrency
 3    or wanted to?
 4              PROSPECTIVE JUROR:  Yes.  So that's one of my
 5    latest distractions.  And it has not panned out well for me.
 6              THE COURT:  It works.
 7              PROSPECTIVE JUROR:  No.  It has not worked very
 8    well.  But I still believe in it and I'm still hoping to
 9    make some money off it.  But so far, I'm down.
10              THE COURT:  So you're going to keep trying?
11              PROSPECTIVE JUROR:  That one I'm starting to be a
12    little bit like:  Okay.  I don't know.  Let me -- I know
13    it's not a scam, but it's also -- I realize it's more hype
14    than anything.  At least that's what I believe.
15              THE COURT:  Do you believe investing in the stock
16    market is like gambling?
17              PROSPECTIVE JUROR:  It is.  It is.  It is very
18    much like gambling.  Yes, it is.
19              THE COURT:  Tell me a little more about.
20              PROSPECTIVE JUROR:  Well, you know, in my family
21    there's gambling.  Gambling tendencies in my family.  And
22    so, you know, my cousin may play online poker.  My father
23    used to go to the racetracks all the time.  I enjoy going to
24    the casinos, but I don't get to because I just don't get a
25    chance to.  This is like, I get to gamble right here now at
```

```
1    my desk in between meetings.  So it serves an itch there.

2    Plus, if you're smart about it, you can actually do well,

3    whereas gambling is definitely much more just chance.  So

4    there's a little more control, which I enjoy.  But it is at

5    the end of the day like gambling.

6              THE COURT:  Have you or someone close to you ever

7    gained or lost a significant amount of money on the stock

8    market or real estate?  You said yes.

9              Tell us more about that.

10             PROSPECTIVE JUROR:  Yes.  So during COVID, I was

11   starting my own business, so obviously I didn't have a lot

12   of sources of income.  And so in order to compensate for

13   that, I started being a little more aggressive with my

14   stocks.  And at the time as they were trying to announce,

15   you know, which pharmaceuticals were coming -- were in the

16   race for developing the vaccines, especially through the

17   government support, those are the ones that were just top in

18   terms of their stocks.

19             And so you can literally watch the news every day

20   and invest in something and have it just pop.  And so that

21   was exciting.  So I started making money that way.

22             But as soon as it popped, after one or two days,

23   they would drop because they were no longer in the running

24   or -- yeah.  And so I ended up losing a lot of money there.

25             I lost -- well, I was up at a certain point, so I
```

1    lost about $100,000.  But some of that was also my gain.  So

2    total net was probably more like $60,000.

3            I have -- I'll share this -- I've been paying very

4    close attention to the class action type of proceedings with

5    some of these stocks.  They would send you notification

6    saying if you traded between this date to this date, you can

7    join this class action settlement.  So I would be like:

8    Okay.  Let me look at that.  Maybe I can make some of that

9    money back, of course knowing that at the end of the day I

10   probably -- if anything, I would get like a dollar or

11   something.  I don't know.

12           So there's two specifically that I have been

13   following.  One of them, I submitted all the paperwork.  So

14   it's just an amount -- just about finding out whatever

15   happened to that.

16           And then the other one, I'm still waiting for them

17   to request all the specific, like, dates and how much you

18   traded on, which dates.

19           Now, back to the first one, I will also say that

20   it was a time when I was talking to one of the lawyers

21   because they were looking for a lead plaintiff to represent

22   the entire -- you know.  And unfortunately, mine wasn't

23   picked in that -- well, not even unfortunately, because it's

24   not like I would have gotten anything really out of it

25   except that I would be the, you know, face of the situation.

```
 1    But yeah.  They chose someone else who had a more

 2    significant loss.

 3              THE COURT:  You were asked about whether you have

 4    any views on the cause of the 2008 financial crisis.  And

 5    you said yes.

 6              Tell us a little more about that one.

 7              PROSPECTIVE JUROR:  Sure.

 8              So in 2008, this is when I was working for ABC and

 9    things of that sort.  I had two properties in Los Angeles.

10    I won't go into the details of the situation.  But

11    basically, everything went kaput.  And I was out of a job

12    and I had to move into my sister's basement in Virginia,

13    came back to the East Coast, and thinking about what I'm

14    going to do with these properties.  I had to sell both of

15    them for a loss.

16              The large condo I sold for a significant loss.

17    And it was a short sale.  And at the time -- again, I won't

18    go into all the details unless you want me to, but at the

19    time it was a very serious situation in that after I had

20    thought that everything was done and taken care of, all of a

21    sudden I started getting pursued by Chase because they

22    wanted the rest of that loan.

23              And I didn't understand that, because I thought in

24    a short sale you kind of trade in your lien for -- I thought

25    it was one and done.  But apparently, there was a clause
```

1      saying they could still come after me.

2              And I was unemployed at the time, so I ended up

3      doing a bunch of research.  And apparently it turns out that

4      it's kind of -- it was kind of an unprecedented time.  A lot

5      of people were in my situation.  Looking back at it now, a

6      lot of people were in my situation.  But I pursued it, you

7      know, so hard, you know, worked on calling -- I even tried

8      to work with the CF -- is it the financial bureau?

9      Financial central -- CFB.  I can't think of it right now.

10             So they tried to help mediate.  That didn't really

11     work out, because again they were looking for kind of a

12     clean case to use as a way to kind of put some effort into

13     kind of protecting the general public.

14             And so I reached out to Experian, the credit

15     scores, because what was happening was not only was I

16     getting pursued by this debt that I didn't really understand

17     that -- if I still could or not.  But I would even see in

18     articles saying that, No, you don't owe that money.

19             And so I was like:  Wait.  There definitely seems

20     to be some sort of confusion around this.  And so I

21     definitely wanted to be responsible and pay and get this off

22     my back if I could.

23             But I also didn't want to pay just because

24     someone's pursuing it.  I wanted to know legally if I was

25     bound to that.

1          So while I was doing research for that, five years

2     had gone by.  And I knew that a short sale would be on my

3     credit for five years.  So then I started looking to buy a

4     home here in D.C.

5          And they were like:  No.  You can't get a loan

6     because you have to wait seven years because you had a

7     foreclosure.

8          I said:  No.  I actually didn't have a

9     foreclosure; I had a short sale.

10          But they said:  Technically, you had a foreclosure

11     because of XYZ.

12          I was like:  Well, why is that?  Let's go fix

13     that.

14          And it turned out -- again, I don't remember all

15     the details, but it turned out that they came down to this

16     basically software update that Fannie Mae needed so that it

17     could code situations like mine correctly.  But for now,

18     they didn't have a specific code for us, so we were just

19     categorized as foreclosure even though we were definitely

20     not foreclosure.  So that was maddening.  So I was pursuing

21     that at the same time as I was pursuing the -- if I really

22     owed that money.

23          Laws were starting to come out.  But it wasn't

24     clear if things were retroactive or not.  And then it was

25     just all a mess.

1          And I know that in general, I was part of a larger

2     situation, struggles that definitely fed into the crash of

3     '08, '09.  Luckily, I found other ways to kind of figure out

4     my situation in terms of buying a home and I kind of dropped

5     the crusade and I finished that one out, perhaps.  It just

6     all went away.

7          It didn't go away.  I was able to get into my own

8     home without -- even though I had this foreclosure on my

9     credit.  And then I believe the only reason why Chase or the

10    collection agency stopped coming after me was because

11    either, A, their statute of limit [sic] was over or, B,

12    because laws were being passed.  Like I didn't pay

13    attention, but laws were being passed regularly saying:

14    Yes.  Chase shouldn't have done this.  A lot of laws have

15    been passed since to kind of correct kind of the bad

16    practices that was happening at the time.

17         So yes.  I have a lot of opinions about that

18    situation, personally.

19              THE COURT:  What was the impact of that, then?

20              PROSPECTIVE JUROR:  The impact was many.  Are you

21    asking, like, on my personal life impact?

22              THE COURT:  Yes.

23              PROSPECTIVE JUROR:  It was maddening.  As someone

24    who always, you know, was responsible and, you know, paid my

25    taxes and things of that sort, to kind of be in this

1     ambiguous space, I really wanted to go into law because I

2     was like:  I don't understand why this is so gray.  Or it

3     was at least interesting to me that it was:  Oh, okay.  It's

4     not clear if this is going to be retroactive or no.  What

5     happens then?  I guess you have to go to court.  Then it

6     kind of trickles out into specific laws or specific

7     decisions.

8            And so it consumed me and I really wanted to

9     figure this out.  And it was frustrating and, you know, from

10    a mental health standpoint I was just really resentful and

11    upset and determined.  So it was just a lot of unnecessary

12    wait.

13           And of course, you know, I would look at my

14    friends and parents, tell them about the situation, and

15    their eyes would bug out, like.  Their fear for me made me

16    realize that, Wow, I think I might be in trouble.  And

17    they're like:  This is why you never -- I helped out a

18    cousin.  That's why.  This was why you never help out -- you

19    know, deal with money and friends or family.

20           But yes.  It was tough.  It was probably like two

21    years, two years of just -- every day waking up:  What can I

22    do today?  I need to give these guys a call, try to give

23    these guys a call, stay on this call for, like, 30 minutes

24    trying to get, you know, through, talk to these people that

25    may be able to help.  Let me go make an appointment.  Then

1    you go there and you talk to them and they're, like, just

2    giving you general financial advice on how to balance your

3    books.

4            I'm like:  No.  That's not what I need.  It's just

5    very consuming.

6            THE COURT:  Well, what were the deals you had with

7    Fannie or Freddie during that time?

8            PROSPECTIVE JUROR:  Specifically, it was the --

9    when I got to the point about that part of the reason why a

10   lot of this stuff was happening to me was because of the way

11   that my short sale was coded in the system.  And that coding

12   system is specifically done by Fannie Mae and Freddie Mac

13   with an underwriting system.  And it had to do with the

14   software.

15           And so that's where I think about Fannie Mae and

16   Freddie Mac, that they were the ones that either, A, needed

17   to update their system; B, maybe they were in the process of

18   updating their system; or, C, they were dragging their feet

19   because, you know, it's just like because then they had all

20   the banks around them -- again, I don't know how it works,

21   if there's a room where people -- executives made these

22   decisions.

23           But it was just -- I was just really trying to

24   think about -- like I want to call somebody at Fannie Mae

25   and be, like, Hey, your system, your computer system, you

```
 1    need to update it.  I just imagine like the Windows or Apple

 2    computer saying, You need an update on your computer, you

 3    know.

 4               THE COURT:  Let me speak to counsel.

 5               (Whereupon, the following proceedings were had at

 6    sidebar:)

 7               MR. STERN:  Jonathan Stern for the Defendants.

 8               I'm happy to elaborate if the Court wishes me to,

 9    your Honor.  But we would move to strike this juror for

10    cause.

11               MR. RUDY:  Your Honor, the Plaintiff has no

12    objection to striking the juror for cause.

13               THE COURT:  Okay.

14               (Whereupon, the following proceedings were had in

15    open court:)

16               THE COURT:  Thank you very much.  I think I

17    understand what you're saying.  So thanks very much.  I

18    appreciate it.

19               (Thereupon, Prospective Juror No. 0310 retired

20    from the courtroom and the following proceedings were had:)

21               THE COURT:  So the strike for cause on 310 is

22    granted.

23               The next one right now will be 1118 since we're

24    going out of order.

25               THE COURTROOM DEPUTY:  Juror 1118.
```

```
 1              (Thereupon, Prospective Juror No. 1118 entered the
 2    courtroom and the following proceedings were had:)
 3              THE COURT:  On the questionnaire, you had -- No. 2
 4    is:  Are you personally acquainted with or to your knowledge
 5    is any member of your family or close friend acquainted with
 6    any of the parties or lawyers?  You answered yes.
 7              Who did you have in mind?
 8              PROSPECTIVE JUROR:  WR Berkley.
 9              THE COURT:  WR?
10              PROSPECTIVE JUROR:  WR Berkley, one of the
11    insurers.
12              THE COURT:  How do you know them?
13              PROSPECTIVE JUROR:  I'm a finance attorney.  And
14    on one of the projects on which I'm working currently, WR
15    Berkley is the reinsurer or a reinsurer for that project.
16    And literally last night, I was writing a letter to WR
17    Berkley regarding the project.
18              THE COURT:  Let me speak to counsel.
19              (Whereupon, the following proceedings were had at
20    sidebar:)
21              MR. STERN:  Jonathan Stern for the Defendants.
22              Your Honor, we'd move to strike this juror for
23    cause based on his relationship with one of the Plaintiffs.
24              MR. RUDY:  Lee Rudy for Plaintiffs.
25              No objection.
```

Jury Selection

```
1                   (Whereupon, the following proceedings were had in

2        open court:)

3                   THE COURT:  Thank you very much.  You can return

4        to the ceremonial courtroom.  She'll let you know there.

5                   PROSPECTIVE JUROR:  Okay.

6                   (Thereupon, Prospective Juror No. 1118 retired

7        from the courtroom and the following proceedings were had:)

8                   THE COURT:  We'll go to 651.

9                   THE COURTROOM DEPUTY:  Juror 0727.

10                  (Thereupon, Prospective Juror No. 0727 entered the

11       courtroom and the following proceedings were had:)

12                  THE COURT:  This is the one we skipped over.  727.

13                  You had on the questionnaire you personally are

14       acquainted with or to your knowledge is any member of your

15       family or close friend acquainted with any of the parties or

16       lawyers?  Who did you have in mind?

17                  PROSPECTIVE JUROR:  That's correct, your Honor.  I

18       know Mr. Stern.

19                  THE COURT:  Mr. Stern?  Okay.  How did you know

20       him?

21                  PROSPECTIVE JUROR:  So Mr. Stern's son Ben and my

22       son Eli were best friends for many years when they were in

23       elementary school and middle school up until I guess part of

24       high school.  So we spent a lot of time together.

25                  THE COURT:  Okay.  Let me talk to counsel.
```

```
1                  (Whereupon, the following proceedings were had at

2          sidebar:)

3                  MR. STERN:  Jonathan Stern for the Defendants,

4          your Honor.

5                  I won't repeat that remark, but I'll defer to

6          Mr. Rudy.

7                  MR. RUDY:  Lee Rudy for the Plaintiffs.

8                  She seems like a lovely woman.  I'm surprised

9          she's friends with Mr. Stern.  But we think she's not an

10         appropriate juror.

11                 MR. STERN:  No objection, your Honor.

12                 THE COURT:  All right.

13                 (Whereupon, the following proceedings were had in

14         open court:)

15                 THE COURT:  Thank you.  You may be excused.

16                 PROSPECTIVE JUROR:  Thank you.

17                 (Thereupon, Prospective Juror No. 0727 retired

18         from the courtroom and the following proceedings were had:)

19                 THE COURT:  (Confers with the courtroom deputy

20         privately.)

21                 She can't find No. 651 right now.  The jurors are

22         anxious to see if we can get the last three so we can finish

23         today and not bring everybody back.

24                 I've got 13 right now.  We need 16 in the pool.

25                 THE COURTROOM DEPUTY:  Juror 2178.
```

```
1            (Thereupon, Prospective Juror No. 2178 entered the
2    courtroom and the following proceedings were had:)
3            THE COURT:  You had a medical or other personal
4    hardship that would make it difficult for you to serve.
5    Tell me about that.
6            PROSPECTIVE JUROR:  This is the last day of the
7    allocated 14 days.  I have my kids next week and we were
8    going on vacation.  We were --
9            THE COURT:  I'm sorry?
10           PROSPECTIVE JUROR:  I have my kids next week.  And
11   we adjusted it because next week was supposed to be last --
12   the first week outside of my two-week window when I had jury
13   duty.  So I have my kids.  We'll be going on vacation.
14           THE COURT:  I don't quite understand that.  The
15   two-week period was when you might be selected for jury
16   duty.  You have an impression that's the only two weeks you
17   were going to serve?
18           PROSPECTIVE JUROR:  That was the two weeks that I
19   adjusted for kids' schedule for summer camps.  Yes.
20           THE COURT:  Why did you think that was the two
21   weeks you would serve on the jury?
22           PROSPECTIVE JUROR:  That was my interpretation.
23           THE COURT:  That was incorrect.  Did someone tell
24   you that or why did you think that?
25           PROSPECTIVE JUROR:  Well, I have three children.
```

```
1    I have to plan for them accordingly.  I didn't know how long

2    jury was -- the trial was going to take.  I had to make some

3    adjustments.  So I planned for us to take our vacation when

4    I did.

5              THE COURT:  Does counsel want to say anything or

6    speak to me?

7              (Whereupon, the following proceedings were had at

8    sidebar:)

9              MR. RUDY:  Your Honor, I'll leave it to the

10   Court's discretion.  When he says he has vacation next week,

11   I'm not sure what the plan is, if he has tickets or such.  I

12   would be loath to see him in this situation.  But it's your

13   Honor's -- we take no position.

14             THE COURT:  You mean not firing the jury office?

15             (Whereupon, the following proceedings were had in

16   open court:)

17             THE COURT:  You said you have plans next week.

18   What are they?

19             PROSPECTIVE JUROR:  We're going to Puerto Rico.

20             THE COURT:  You have nonrefundable tickets?

21             PROSPECTIVE JUROR:  Well, the tickets we probably

22   could.  The hotel is not.

23             THE COURT:  Good-bye.

24             The juror's excused.

25             (Thereupon, Prospective Juror No. 2178 retired
```

```
 1        from the courtroom and the following proceedings were had:)
 2                    THE COURT:  Next juror.
 3                    THE COURTROOM DEPUTY:  Juror 1171.
 4                    (Thereupon, Prospective Juror No. 1171 entered the
 5        courtroom and the following proceedings were had:)
 6                    THE COURT:  You said you have a medical reason or
 7        personal hardship that would make it difficult to serve.
 8        What is that?
 9                    PROSPECTIVE JUROR:  I have another petit jury
10        request for this Wednesday.  I also have a trip planned to
11        New York in a couple of days.  And I have a conference for
12        my work from August 1st through the 3rd.
13                    THE COURT:  Why would those take precedence over
14        this?
15                    PROSPECTIVE JUROR:  The trip to New York at least
16        is the most important one.  I had that planned months in
17        advance.  It was a birthday gift for my --
18                    THE COURT:  Didn't you know you had this jury
19        summons?
20                    PROSPECTIVE JUROR:  I'm sorry?
21                    THE COURT:  Didn't you know you had this jury
22        summons to serve?
23                    PROSPECTIVE JUROR:  No, sir.  Everything happened
24        before this.  When -- I planned and booked everything before
25        I received a notification for this one.
```

```
 1                 THE COURT:  When was that done?

 2                 PROSPECTIVE JUROR:  Well, the tickets, we

 3       purchased that in December.  And then the booking, I don't

 4       recall the specific day.  But I know it happened, like,

 5       before this -- before I received the notification.

 6                 THE COURT:  And they're not refundable?

 7                 PROSPECTIVE JUROR:  Yes, unfortunately.

 8                 THE COURT:  Counsel?

 9                 (Whereupon, the following proceedings were had at

10       sidebar outside the presence of the jury:)

11                 MR. RUDY:  Lee Rudy for Plaintiffs.

12                 We have no objection to excusing her.

13                 MR. STERN:  No objection, your Honor.

14                 Jonathan Stern for the Defendants.

15                 (Whereupon, the following proceedings were had in

16       open court:)

17                 THE COURT:  You may step down.

18                 (Thereupon, Prospective Juror No. 1171 retired

19       from the courtroom and the following proceedings were had:)

20                 THE COURT:  1156 -- I'm not playing this game.  Go

21       tell her to forget it.  I'm through.  I'm through for the

22       day.  We're not doing this all day with these lamebrains.

23       We're not making any progress.

24                 We'll start at 10:30 tomorrow.  If you want to

25       talk about these legal issues before we recess, you can.
```

```
1            And you can tell the jury they're excused until

2       10:30 tomorrow.

3            THE COURTROOM DEPUTY:  Okay.

4            MR. RUDY:  Your Honor, if we have any choice in

5       the matter, I'd prefer to argue it tomorrow.  We just

6       received the brief this morning.  So if that's okay.

7            Thank you.

8            THE COURT:  We'll end up with -- I don't know -- I

9       looked at the stack.  Half of these are excuses.  So we're

10      making no progress whatsoever here.  We're not going to get

11      a jury before lunch, clearly.

12           MR. JONES:  Understood, your Honor.  Stanton Jones

13      for the Defendants.

14           Just to be clear, there are two motions for

15      argument.  The one about the Watt/Calabria exhibits, that

16      motion has been fully briefed and was ready for argument

17      last week.

18           Then also we have the SEC filings motion, which is

19      just being briefed today.

20           I totally defer to your Honor.  If you'd like us

21      to argue the Watt/Calabria motion now, we're happy to do it

22      or defer all of it.

23           THE COURT:  I'm probably not in a great mood --

24           MR. JONES:  Tomorrow sounds great.

25           THE COURT:  -- having seen the collection of
```

1    humanity that I'd just as soon forget.

2              MR. STERN:  I take my leave.

3              THE COURT:  I don't understand what is different

4    in the jury office or the jury summons that -- it's not just

5    a matter of vacation.  I don't know what's different in the

6    jury office.  But I will try to get to the bottom of it so

7    this doesn't happen to everybody in the future.  But I'm

8    certainly going to make sure it doesn't happen to me in the

9    future.

10             I'll see you all tomorrow.

11             (Proceedings concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          **CERTIFICATE**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4       certify that the foregoing constitutes a true and accurate

5       transcript of my stenographic notes, and is a full, true,

6       and complete transcript of the proceedings produced to the

7       best of my ability.

8

9

10                   Dated this 24th day of July, 2023.

11

12                   /s/ Lisa Edwards, RDR, CRR
                     Official Court Reporter
13                   United States District Court for the
                       District of Columbia
14                   333 Constitution Avenue, Northwest
                     Washington, D.C. 20001
15                   (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$100,000** [1] - 114:1
**$60,000** [1] - 114:2

## '

**'08** [1] - 118:3
**'09** [1] - 118:3

## /

**/s** [1] - 131:12

## 0

**0078** [3] - 17:3, 17:4, 29:25
**0145** [3] - 53:23, 53:24, 58:1
**0175** [3] - 43:13, 43:14, 45:8
**0310** [3] - 106:23, 106:24, 121:19
**0458** [3] - 85:1, 85:2, 93:6
**0477** [3] - 60:7, 60:8, 67:20
**0484** [2] - 75:2, 75:3, 78:24
**0491** [3] - 15:10, 15:11, 17:11
**0598** [3] - 30:5, 30:6, 37:4
**0727** [3] - 123:9, 123:10, 124:17
**0741** [3] - 73:12, 73:13, 74:24
**0806** [3] - 100:24, 100:25, 106:9
**0842** [3] - 68:8, 68:9, 73:2
**0867** [3] - 93:19, 93:20, 100:13
**0987** [3] - 51:23, 51:24, 53:21

## 1

**1** [1] - 1:13
**1.6** [1] - 92:1
**10** [1] - 108:7
**100-year-old** [2] - 54:4, 54:10
**10020** [1] - 2:4
**10:30** [2] - 128:24,

129:2
**11** [1] - 94:18
**1102** [3] - 37:6, 37:7, 42:24
**1118** [4] - 121:23, 121:25, 122:1, 123:6
**1146** [4] - 45:7, 45:13, 45:14, 51:14
**1156** [1] - 128:20
**1171** [3] - 127:3, 127:4, 128:18
**12** [1] - 49:17
**1251** [1] - 2:3
**12th** [2] - 67:10, 80:5
**13** [1] - 124:24
**13-1053** [1] - 1:4
**13-1288** [1] - 1:10
**14** [2] - 8:10, 125:7
**1401** [1] - 1:21
**15** [3] - 13:22, 61:17, 97:3
**150** [1] - 99:11
**1523** [1] - 1:18
**16** [1] - 124:24
**1681** [3] - 5:15, 5:16, 15:3
**17** [1] - 97:4
**1721** [4] - 80:25, 81:14, 81:15, 84:15
**175** [1] - 43:12
**19** [1] - 8:3
**1901** [4] - 79:6, 79:8, 79:9, 80:23
**19087** [1] - 1:24
**1:48** [1] - 1:7
**1st** [1] - 127:12

## 2

**2** [1] - 122:3
**20** [3] - 34:18, 99:12, 110:4
**20001** [3] - 2:8, 2:12, 131:14
**20005** [1] - 1:22
**20036** [1] - 1:19
**2008** [14] - 20:22, 20:24, 25:23, 27:10, 27:24, 37:16, 37:23, 61:22, 69:18, 96:11, 98:14, 99:13, 115:4, 115:8
**2012** [1] - 104:8
**2013** [1] - 104:8
**2014** [1] - 104:8
**2017** [1] - 8:3
**202** [2] - 2:13, 131:15
**2022** [2] - 33:11, 33:13

**2023** [3] - 1:7, 33:10, 131:10
**20s** [1] - 110:1
**21** [1] - 31:21
**2178** [3] - 124:25, 125:1, 126:25
**24** [1] - 1:7
**24th** [1] - 131:10
**25** [2] - 7:4, 8:2
**280** [1] - 1:24

## 3

**30** [3] - 55:16, 55:24, 119:23
**31** [3] - 66:22, 67:5, 67:11
**310** [2] - 106:20, 121:21
**32** [1] - 24:15
**333** [2] - 2:11, 131:14
**354-3269** [2] - 2:13, 131:15
**360** [1] - 107:11
**3rd** [1] - 127:12

## 4

**4** [2] - 5:10, 73:22
**401(k** [2] - 18:23, 19:11
**401(k)s** [1] - 47:3
**403(b)** [1] - 47:2
**458** [1] - 84:25
**477** [1] - 60:6
**484** [1] - 75:1
**491** [1] - 15:5

## 5

**5** [2] - 3:2, 75:9
**50** [1] - 91:24
**5th** [4] - 66:10, 66:11, 66:21, 67:2

## 6

**601** [1] - 2:8
**651** [2] - 123:8, 124:21
**6706** [1] - 2:12

## 7

**70** [1] - 32:10
**727** [3] - 106:16,

106:20, 123:12
**741** [2] - 73:9, 73:11
**7th** [3] - 44:15, 44:16, 44:23

## 8

**806** [1] - 100:23
**867** [1] - 93:18
**8th** [1] - 26:11

## 9

**987** [1] - 51:22

## A

**ABC** [3] - 108:16, 108:19, 115:8
**ability** [12] - 24:16, 26:1, 38:20, 40:16, 42:7, 42:12, 50:9, 56:23, 65:1, 66:8, 97:19, 131:7
**able** [10] - 29:21, 33:1, 49:10, 49:12, 52:15, 60:1, 62:9, 88:24, 118:7, 119:25
**abreast** [1] - 9:7
**absence** [1] - 59:17
**absolutely** [4] - 40:11, 14:23, 36:10, 100:5
**accept** [1] - 41:22
**accepted** [1] - 37:21
**accommodate** [2] - 54:19, 59:8
**accordingly** [1] - 126:1
**account** [1] - 110:3
**accounts** [1] - 62:5
**accurate** [1] - 131:4
**Acorns** [1] - 102:24
**acquaintanceship** [1] - 42:11
**acquainted** [4] - 122:4, 122:5, 123:14, 123:15
**act** [1] - 10:4
**Action** [1] - 1:3
**action** [2] - 114:4, 114:7
**ACTION** [1] - 1:11
**actions** [1] - 10:20
**active** [3] - 87:3, 87:5, 111:2
**actors** [1] - 11:10
**actual** [1] - 22:19

**acute** [1] - 52:10
**add** [2] - 5:11, 71:14
**added** [1] - 81:10
**addition** [1] - 26:19
**additional** [1] - 39:4
**address** [2] - 6:18, 49:22
**adjusted** [2] - 125:11, 125:19
**adjustments** [1] - 126:3
**Administration** [3] - 30:16, 31:8, 31:9
**advance** [1] - 127:17
**adversarial** [1] - 14:6
**advice** [3] - 19:7, 110:2, 120:2
**advisor** [10] - 8:18, 18:25, 31:20, 47:5, 51:6, 51:9, 68:15, 86:18, 103:15, 110:16
**advisors** [1] - 19:8
**advisory** [1] - 68:19
**affect** [4] - 26:1, 29:8, 42:7, 42:20
**affects** [1] - 29:3
**affirmatively** [1] - 89:23
**afloat** [1] - 37:22
**AFTERNOON** [1] - 1:13
**age** [1] - 99:4
**aged** [1] - 109:19
**agencies** [1] - 22:11
**agency** [12] - 5:23, 17:9, 30:10, 31:7, 50:18, 50:19, 50:25, 75:20, 93:24, 101:4, 101:17, 118:10
**AGENCY** [1] - 1:6
**Agency** [2] - 13:23, 17:12
**agendas** [1] - 11:8
**agent** [2] - 47:24, 48:4
**agents** [3] - 33:24, 34:2, 34:6
**aggregations** [1] - 8:17
**aggressive** [1] - 113:13
**aging** [1] - 24:3
**ago** [15] - 4:6, 6:25, 33:8, 34:19, 49:16, 49:17, 53:1, 56:1, 56:9, 63:25, 82:14, 83:24, 97:2, 97:4, 109:3
**agree** [3] - 58:18, 58:22, 91:22

**AGREEMENT** [1] - 1:11
**ahead** [1] - 53:16
**AID** [1] - 51:3
**aisle** [1] - 5:9
**akin** [1] - 88:21
**al** [2] - 1:3, 1:7
**Alexandria** [2] - 76:6, 76:9
**alleging** [1] - 92:4
**allocated** [1] - 125:7
**allowed** [1] - 41:5
**allows** [1] - 9:3
**almost** [3] - 8:2, 76:3, 76:17
**alternate** [3] - 64:17, 83:1, 83:10
**alumni** [2] - 23:6, 23:10
**ambiguous** [1] - 119:1
**American** [6] - 14:2, 39:20, 65:6, 65:22, 65:24, 86:12
**Americas** [1] - 2:3
**amount** [7] - 20:19, 21:3, 36:5, 61:10, 61:18, 113:7, 114:14
**analysis** [4] - 17:21, 18:16, 22:15, 100:1
**analyst** [3] - 17:14, 17:16, 30:19
**analyze** [2] - 18:15, 22:20
**analyzing** [2] - 18:16, 22:15
**Angeles** [1] - 115:9
**announce** [1] - 113:14
**annoyed** [1] - 67:25
**annual** [3] - 65:19, 66:1, 66:2
**answer** [16] - 25:11, 28:12, 35:17, 42:16, 43:2, 54:22, 54:24, 57:14, 59:21, 60:1, 61:13, 67:5, 67:13, 88:17, 111:11
**answered** [6] - 24:15, 66:22, 67:18, 68:13, 81:21, 122:6
**answering** [1] - 58:7
**answers** [1] - 27:4
**anticipate** [1] - 26:12
**anxious** [1] - 124:22
**appeal** [1] - 91:11
**aPPEARANCES** [1] - 1:16
**APPEARANCES** [1] - 2:1

**Apple** [1] - 121:1
**application** [3] - 31:4, 102:24, 103:13
**apply** [1] - 31:3
**applying** [2] - 72:1, 72:3
**appointment** [1] - 119:25
**appreciate** [4] - 40:14, 42:7, 50:20, 121:18
**apprehended** [1] - 33:17
**appropriate** [6] - 16:1, 27:6, 40:13, 88:18, 89:20, 124:10
**area** [6] - 24:4, 33:24, 34:2, 38:17, 48:2, 101:23
**Area** [1] - 97:25
**areas** [1] - 63:3
**argue** [2] - 129:5, 129:21
**argument** [2] - 129:15, 129:16
**ARNOLD** [1] - 2:7
**arthritis** [1] - 73:22
**article** [2] - 5:2, 5:5
**articles** [1] - 116:18
**ashland** [1] - 12:14
**Ashland** [4] - 12:16, 12:17, 12:18, 12:22
**ASIM** [1] - 2:5
**aspect** [1] - 11:7
**assistant** [2] - 41:16, 108:20
**association** [3] - 35:8, 35:9, 65:10
**Association** [6] - 14:2, 65:7, 65:22, 65:24, 97:25, 101:12
**assume** [1] - 12:24
**attacked** [1] - 41:15
**attended** [1] - 10:17
**attention** [4] - 53:4, 54:3, 114:4, 118:13
**attorney** [3] - 41:16, 41:17, 122:13
**attorneys** [2] - 40:19, 40:25
**attribute** [1] - 27:13
**attributed** [1] - 27:12
**audibly** [1] - 111:11
**audience** [1] - 107:19
**audiences** [1] - 107:20
**August** [15] - 24:1, 24:4, 24:7, 24:10, 24:12, 26:10, 26:13,

44:15, 44:16, 66:10, 66:11, 66:21, 67:10, 80:5, 127:12
**available** [5] - 24:1, 43:23, 58:12, 58:13, 59:3
**Avenue** [6] - 1:18, 1:21, 2:3, 2:8, 2:11, 131:14
**average** [1] - 7:14
**Aviation** [2] - 30:15, 31:8
**avoided** [1] - 66:23
**awaiting** [3] - 45:20, 50:17, 51:1

## B

**BA** [1] - 61:4
**bachelor's** [9] - 17:25, 31:15, 46:19, 70:6, 79:21, 90:15, 90:17, 107:23, 108:4
**backed** [1] - 62:11
**background** [19] - 6:21, 7:1, 17:23, 31:10, 37:10, 46:18, 55:17, 60:21, 70:5, 76:13, 79:12, 83:14, 89:24, 90:4, 90:14, 94:13, 99:6, 101:21, 107:22
**bad** [6] - 4:10, 4:11, 70:2, 108:2, 108:3, 118:15
**bail** [1] - 39:20
**bailout** [3] - 37:22, 38:1, 39:11
**bailouts** [1] - 39:3
**balance** [2] - 63:11, 120:2
**bank** [2] - 23:16, 23:21
**banking** [8] - 11:4, 22:6, 33:21, 38:4, 38:7, 38:9, 47:21, 62:22
**banks** [2] - 99:22, 120:20
**bar** [1] - 14:8
**Bar** [2] - 65:22, 65:24
**based** [4] - 21:24, 59:1, 110:24, 122:23
**basement** [1] - 115:12
**basis** [1] - 111:14
**bath** [1] - 27:22
**Bean's** [1] - 78:17
**BEFORE** [1] - 1:14

**beforehand** [1] - 74:7
**begin** [1] - 44:14
**beginning** [1] - 25:23
**begins** [1] - 44:11
**behalf** [1] - 25:17
**behind** [1] - 49:10
**belong** [8] - 12:3, 12:4, 23:3, 23:10, 65:5, 97:22, 97:24, 98:1
**belonged** [2] - 23:5, 95:14
**Ben** [1] - 123:21
**benefit** [1] - 25:16
**benefits** [2] - 17:21, 18:13
**BERGER** [1] - 2:2
**BERGMAN** [1] - 2:6
**BERKLEY** [1] - 1:17
**Berkley** [4] - 122:8, 122:10, 122:15, 122:17
**BERNSTEIN** [1] - 2:2
**best** [4] - 53:3, 86:11, 123:22, 131:7
**better** [3] - 11:12, 86:8, 86:9
**between** [5] - 26:18, 29:21, 99:22, 113:1, 114:6
**beyond** [7] - 24:1, 24:12, 35:16, 43:20, 43:22, 92:7
**biased** [1] - 81:7
**big** [6] - 7:17, 7:18, 9:6, 99:10, 108:17, 110:9
**billed** [1] - 59:4
**billion** [2] - 5:10, 92:1
**bills** [1] - 38:21
**bipolar** [1] - 52:9
**birthday** [1] - 127:17
**bit** [18] - 20:22, 20:23, 25:20, 27:10, 27:11, 29:12, 40:15, 77:14, 77:17, 86:6, 89:2, 98:15, 98:18, 98:20, 102:23, 103:1, 112:12
**Bitcoin** [2] - 104:21, 110:10
**board** [3] - 9:13, 19:21, 19:22
**Board** [1] - 60:16
**Boards** [1] - 101:12
**BOIES** [1] - 1:21
**bonds** [2] - 21:10, 21:11

**bonus** [1] - 25:15
**bonuses** [1] - 29:3
**booked** [1] - 127:24
**booking** [1] - 128:3
**books** [2] - 9:13, 120:3
**boss** [1] - 45:23
**bottom** [1] - 130:6
**bought** [4] - 31:21, 48:2, 48:3, 87:8
**bound** [1] - 116:25
**breaching** [1] - 33:6
**breaking** [1] - 108:20
**brief** [3] - 26:17, 52:2, 129:6
**briefed** [2] - 129:16, 129:19
**briefly** [4] - 4:2, 42:2
**bring** [5] - 4:1, 11:11, 16:1, 54:3, 124:23
**broker** [1] - 103:12
**brother** [1] - 38:6
**Bryn** [1] - 70:8
**bug** [1] - 119:15
**building** [1] - 38:14
**Building** [1] - 55:12
**buildings** [1] - 38:11
**bunch** [2] - 39:14, 116:3
**bundling** [1] - 62:10
**Bureau** [1] - 60:14
**bureau** [1] - 116:8
**business** [20] - 6:8, 6:10, 6:11, 6:12, 6:15, 7:1, 7:4, 7:20, 7:25, 8:3, 8:6, 18:12, 31:15, 102:13, 102:15, 107:7, 108:20, 108:22, 108:25, 113:11
**businesses** [2] - 22:11, 109:18
**busy** [3] - 111:5, 111:7, 111:13
**but..** [2] - 37:12, 37:14
**buy** [6] - 34:5, 86:23, 87:1, 87:7, 104:21, 117:3
**buying** [1] - 118:4
**BY** [1] - 2:9
**bye** [1] - 126:23

## C

**calendar** [2] - 26:8, 59:9
**calendars** [1] - 59:7
**California** [1] - 66:10

**campaign** [1] - 107:17
**campaigns** [8] - 70:25, 71:15, 71:16, 71:20, 71:21, 72:8, 72:9, 72:16
**camps** [1] - 125:19
**cancer** [4] - 15:16, 15:20, 15:25, 16:6
**candidates** [1] - 71:18
**Candies** [1] - 83:22
**capital** [1] - 19:17
**capitalist** [1] - 7:14
**card** [3] - 32:25, 33:4, 33:7
**care** [7] - 54:8, 54:9, 54:23, 55:23, 58:11, 73:25, 115:20
**career** [1] - 13:22
**caregiver** [1] - 83:25
**Carolina** [1] - 31:16
**case** [24] - 5:3, 5:6, 11:11, 26:2, 35:11, 40:4, 40:5, 41:13, 42:15, 49:23, 49:25, 50:2, 56:11, 56:14, 58:13, 64:18, 82:17, 88:23, 89:5, 89:10, 92:4, 97:7, 97:10, 116:12
**Case** [1] - 1:10
**cases** [6] - 14:10, 64:8, 64:9, 64:12, 64:16, 64:17
**casino** [1] - 20:16
**casinos** [1] - 112:24
**categorized** [1] - 117:19
**caused** [1] - 15:25
**causes** [6] - 16:6, 25:25, 37:16, 61:22, 69:17, 96:11
**CDC** [2] - 107:11, 107:13
**Centers** [1] - 107:13
**centers** [1] - 107:15
**central** [1] - 116:9
**cents** [1] - 32:10
**CEOs** [2] - 39:14, 39:21
**ceremonial** [2] - 80:19, 123:4
**certain** [2] - 88:22, 113:25
**certainly** [2] - 20:15, 130:8
**CERTIFICATE** [1] - 131:1
**certify** [1] - 131:4

**cetera** [1] - 44:6
**CF** [1] - 116:8
**CFB** [1] - 116:9
**challenge** [31] - 15:5, 15:6, 15:9, 51:16, 51:17, 51:21, 58:3, 58:5, 58:21, 73:4, 73:5, 73:8, 79:1, 79:3, 79:5, 81:1, 81:3, 81:5, 84:19, 84:21, 84:24, 93:8, 93:11, 93:15, 93:16, 100:16, 100:18, 100:22, 106:11, 106:13, 106:15
**Champaign** [1] - 46:23
**chance** [4] - 92:24, 93:13, 112:25, 113:3
**change** [4] - 6:14, 6:19, 8:2, 11:6
**changed** [1] - 52:21
**changes** [1] - 11:13
**chapter** [3] - 12:11, 12:21, 12:23
**characterize** [1] - 89:20
**characterizing** [1] - 89:15
**charges** [1] - 50:1
**Chase** [3] - 115:21, 118:9, 118:14
**chasing** [1] - 110:12
**CHECK** [1] - 1:23
**checked** [4] - 36:4, 43:16, 73:15, 75:9
**chemical** [1] - 94:8
**cherry** [1] - 111:25
**childhood** [1] - 79:16
**children** [1] - 125:25
**choice** [3] - 27:17, 27:18, 129:4
**choices** [2] - 8:21, 110:21
**chose** [1] - 115:1
**Circuit** [2] - 76:6, 76:9
**citizen** [1] - 33:1
**civil** [3] - 35:6, 36:7, 56:16
**Civil** [2] - 1:3, 14:4
**claim** [6] - 89:16, 89:19, 89:21, 91:22, 92:5, 92:7
**claimed** [1] - 35:15
**claiming** [1] - 89:7, 89:17
**claims** [2] - 18:17, 22:16
**clarify** [1] - 26:14

**clarifying** [1] - 26:6
**CLASS** [3] - 1:11, 1:20, 2:2
**class** [2] - 114:4, 114:7
**clause** [1] - 115:25
**clean** [1] - 116:12
**clear** [8] - 39:22, 58:10, 59:16, 59:18, 60:3, 117:24, 119:4, 129:14
**clearance** [3] - 45:21, 50:17, 51:1
**cleared** [3] - 58:19, 59:7, 59:8
**clearly** [2] - 60:4, 129:11
**clerk** [3] - 76:5, 76:8, 106:19
**client** [1] - 25:4
**clients** [7] - 6:16, 24:19, 24:23, 24:25, 25:4, 25:12, 25:17
**climate** [6] - 6:14, 6:19, 8:2, 11:6, 11:13, 11:14
**close** [37] - 5:22, 11:3, 17:8, 18:1, 20:18, 22:5, 26:11, 30:10, 32:18, 33:20, 33:23, 34:15, 38:3, 45:17, 46:12, 47:20, 47:24, 48:20, 55:2, 60:11, 61:9, 61:18, 62:21, 75:5, 75:10, 81:19, 82:6, 85:5, 85:11, 93:23, 101:3, 107:1, 108:7, 113:6, 114:4, 122:5, 123:15
**closed** [1] - 35:23
**closer** [3] - 82:1, 86:4, 86:7
**club** [1] - 98:1
**co** [1] - 59:11
**co-counsel** [1] - 59:11
**Coast** [1] - 115:13
**code** [2] - 117:17, 117:18
**coded** [1] - 120:11
**coding** [1] - 120:11
**Coke** [1] - 31:22
**COLATRIANO** [1] - 1:17
**colleagues** [1] - 24:11
**collection** [2] - 118:10, 129:25
**college** [8] - 13:1, 37:11, 61:3, 76:15,

76:16, 94:14, 101:22, 104:13
**College** [1] - 70:8
**colloquy** [1] - 66:20
**COLUMBIA** [1] - 1:1
**Columbia** [3] - 2:11, 90:22, 131:13
**coming** [2] - 67:2, 113:15, 118:10
**commending** [1] - 5:3
**comment** [2] - 53:12, 93:10
**comments** [2] - 59:2
**commitments** [2] - 24:4, 24:6
**Committee** [1] - 14:4
**Commonwealth** [2] - 76:20, 76:22
**comms** [1] - 85:18
**Communications** [2] - 108:16, 108:21
**communications** [2] - 85:19, 99:6
**communities** [1] - 98:7
**community** [3] - 23:6, 23:15, 108:23
**companies** [7] - 9:1, 20:12, 85:24, 86:24, 87:1, 94:23, 95:2
**Companies** [1] - 14:2
**company** [7] - 25:15, 34:12, 36:2, 36:3, 36:5, 38:7, 48:13
**compensate** [1] - 113:12
**compensation** [1] - 29:3
**complete** [3] - 37:12, 37:14, 131:6
**completely** [1] - 20:13
**compliance** [1] - 14:12
**complimented** [1] - 5:9
**computer** [3] - 120:25, 121:2
**concept** [1] - 21:24
**concerns** [3] - 7:12, 7:14, 58:7
**concluded** [1] - 130:11
**conditions** [3] - 27:14, 27:15, 27:17
**condo** [2] - 35:8, 115:16
**conduct** [1] - 9:1

**confer** [3] - 40:9, 40:10, 89:13
**conference** [2] - 66:2, 127:11
**conferences** [1] - 65:10
**Confers** [1] - 59:11
**confers** [2] - 106:19, 124:19
**confidence** [1] - 20:15
**conflict** [2] - 26:8, 29:20
**confusion** [2] - 4:16, 116:20
**Congress** [2] - 55:5, 55:8
**connection** [2] - 25:1, 26:18
**consent** [1] - 53:13
**conservator** [1] - 10:18
**conservatorship** [3] - 10:13, 10:20, 21:23
**consider** [8] - 8:19, 8:20, 69:2, 87:4, 87:20, 104:1, 111:14
**constitutes** [1] - 131:4
**Constitution** [2] - 2:11, 131:14
**consult** [1] - 6:16
**consultancy** [1] - 8:1
**consultant** [2] - 7:3, 22:10
**consultants** [2] - 7:5, 18:12
**consulting** [5] - 6:13, 6:14, 7:4, 7:24, 17:22
**consumed** [1] - 119:8
**consumer** [1] - 63:11
**consuming** [1] - 120:5
**CONT'D** [1] - 2:1
**contact** [2] - 4:5, 52:16
**continues** [1] - 109:11
**continuous** [1] - 9:9
**contract** [4] - 101:17, 107:11, 107:16, 109:12
**contracted** [1] - 101:14
**contractor** [15] - 5:23, 6:1, 6:6, 6:11, 17:9, 30:11, 45:18, 60:12, 75:7, 75:11, 81:20, 85:6, 93:25,

101:5, 107:2
**contractors** [1] - 6:4
**contracts** [5] - 107:8,
109:15, 109:16,
109:17
**control** [3] - 20:10,
20:14, 113:4
**Control** [2] - 107:14,
107:15
**conventions** [2] -
65:19, 65:25
**conversation** [1] -
52:2
**cooking** [1] - 79:6
**cooks** [1] - 102:20
**COOPER** [1] - 1:18
**corporate** [2] - 38:8,
38:10
**corporation** [4] -
18:2, 108:8, 108:12,
108:15
**corporations** [11] -
7:9, 7:17, 37:21,
85:22, 88:18, 88:23,
89:5, 94:20, 102:4,
102:8, 108:17
**correct** [10] - 19:23,
22:9, 41:15, 47:12,
48:6, 48:8, 49:15,
51:12, 118:15, 123:17
**correctly** [2] - 66:22,
117:17
**corrupt** [5] - 37:19,
38:1, 39:3, 39:7,
39:11
**counsel** [36] - 13:5,
13:24, 13:25, 14:1,
14:2, 14:3, 16:8, 25:6,
36:16, 38:22, 40:10,
41:13, 44:7, 50:12,
53:6, 55:1, 57:16,
58:20, 59:11, 66:15,
71:6, 74:11, 77:6,
80:9, 84:1, 88:12,
89:13, 91:13, 98:8,
100:10, 105:18,
121:4, 122:18,
123:25, 126:5, 128:8
**country** [2] - 66:3,
102:11
**couple** [6] - 11:21,
68:11, 79:11, 81:17,
103:8, 127:11
**course** [8] - 28:4,
33:11, 40:14, 105:14,
108:3, 110:8, 114:9,
119:13
**Court** [23] - 2:10,
2:10, 26:14, 27:1,
27:5, 40:12, 42:6,

43:4, 54:19, 59:15,
64:2, 64:7, 76:6, 76:9,
77:17, 89:23, 89:25,
92:7, 98:18, 121:8,
131:12, 131:13
**court** [38] - 13:18,
14:15, 16:18, 27:9,
36:4, 36:25, 39:10,
40:23, 42:10, 44:13,
45:5, 49:19, 50:24,
53:18, 56:2, 57:14,
57:24, 67:7, 71:23,
74:22, 76:5, 76:8,
77:21, 78:17, 80:17,
82:19, 84:10, 90:12,
92:13, 96:24, 98:24,
106:3, 119:5, 121:15,
123:2, 124:14,
126:16, 128:16
**COURT** [675] - 1:1,
4:10, 4:18, 4:25, 5:10,
5:14, 5:18, 5:20, 6:2,
6:7, 6:9, 6:12, 6:15,
6:20, 6:24, 7:1, 7:7,
7:19, 7:22, 8:5, 8:8,
8:13, 8:18, 8:21, 8:23,
9:2, 9:10, 9:14, 9:16,
9:21, 9:24, 10:2, 10:9,
10:12, 10:15, 10:18,
10:21, 10:24, 11:3,
11:16, 11:18, 11:20,
11:23, 12:2, 12:5,
12:7, 12:10, 12:13,
12:15, 12:17, 12:19,
12:21, 13:2, 13:5,
13:19, 14:9, 14:13,
14:15, 14:17, 14:21,
14:24, 15:1, 15:5,
15:10, 15:13, 15:18,
15:22, 16:2, 16:4,
16:8, 16:11, 16:19,
17:6, 17:13, 17:15,
17:17, 17:19, 17:23,
18:1, 18:4, 18:7,
18:10, 18:14, 18:18,
18:24, 19:2, 19:9,
19:12, 19:14, 19:18,
19:21, 19:24, 20:3,
20:8, 20:18, 20:24,
21:1, 21:5, 21:7,
21:11, 21:13, 21:19,
21:22, 22:2, 22:5,
22:13, 22:17, 22:21,
22:23, 23:1, 23:3,
23:8, 23:17, 23:23,
24:2, 24:5, 24:8,
24:14, 24:21, 24:23,
25:1, 25:6, 27:7,
27:10, 27:15, 27:18,
27:22, 27:24, 28:1,
28:3, 28:8, 28:14,

28:21, 29:1, 29:4,
29:13, 29:16, 29:23,
30:2, 30:8, 30:14,
30:17, 30:21, 30:25,
31:6, 31:10, 31:12,
31:14, 31:18, 31:24,
32:1, 32:4, 32:8,
32:12, 32:15, 32:18,
32:22, 33:3, 33:8,
33:14, 33:17, 33:20,
33:25, 34:3, 34:7,
34:9, 34:11, 34:15,
34:22, 35:4, 35:6,
35:12, 35:19, 35:22,
35:25, 36:7, 36:11,
36:13, 36:16, 37:1,
37:9, 37:15, 37:20,
38:3, 38:10, 38:13,
38:17, 38:19, 38:22,
39:11, 39:16, 40:18,
40:24, 41:2, 41:6,
41:8, 41:12, 41:19,
41:21, 41:23, 41:25,
42:11, 42:15, 42:18,
42:20, 42:23, 43:6,
43:10, 43:12, 43:16,
43:21, 43:25, 44:2,
44:4, 44:7, 44:14,
44:16, 45:3, 45:6,
45:10, 45:16, 45:25,
46:3, 46:6, 46:9,
46:12, 46:16, 46:18,
46:21, 46:24, 47:3,
47:5, 47:8, 47:10,
47:13, 47:16, 47:20,
47:25, 48:5, 48:7,
48:9, 48:11, 48:13,
48:18, 48:20, 48:23,
48:25, 49:5, 49:7,
49:14, 49:16, 49:19,
49:23, 50:2, 50:4,
50:6, 50:8, 50:12,
50:25, 51:3, 51:5,
51:8, 51:11, 51:13,
51:16, 51:22, 52:4,
52:8, 52:12, 52:22,
53:6, 53:15, 53:19,
54:1, 54:7, 54:12,
54:18, 54:25, 55:6,
55:9, 55:11, 55:13,
55:15, 55:17, 55:19,
55:21, 55:25, 56:2,
56:5, 56:7, 56:10,
56:13, 56:16, 56:18,
56:20, 56:22, 57:1,
57:6, 57:10, 57:16,
57:25, 58:3, 60:4,
60:10, 60:17, 60:19,
60:21, 60:24, 61:1,
61:4, 61:6, 61:9,
61:15, 61:17, 61:24,

62:5, 62:7, 62:13,
62:18, 62:21, 63:2,
63:5, 63:9, 63:13,
63:15, 63:17, 63:21,
63:24, 64:3, 64:6,
64:9, 64:14, 64:20,
64:22, 64:25, 65:4,
65:8, 65:12, 65:15,
65:17, 65:19, 65:22,
65:25, 66:3, 66:6,
66:11, 66:13, 66:15,
66:22, 67:4, 67:8,
67:11, 67:17, 67:22,
67:24, 68:1, 68:3,
68:11, 68:17, 68:20,
68:24, 69:2, 69:5,
69:8, 69:11, 69:14,
69:17, 69:22, 70:1,
70:4, 70:7, 70:9,
70:12, 70:14, 70:16,
70:19, 70:21, 70:23,
71:1, 71:4, 71:6,
71:18, 71:24, 72:3,
72:7, 72:12, 72:14,
72:16, 72:18, 72:20,
72:22, 73:1, 73:4,
73:9, 73:11, 73:15,
73:20, 73:25, 74:3,
74:6, 74:11, 74:14,
74:20, 74:23, 75:1,
75:5, 75:9, 75:14,
75:17, 75:19, 75:21,
75:24, 76:1, 76:4,
76:7, 76:10, 76:12,
76:16, 76:19, 76:22,
76:25, 77:4, 77:6,
77:19, 77:22, 77:24,
78:1, 78:4, 78:6,
78:10, 78:13, 78:15,
78:20, 78:22, 79:1,
79:6, 79:11, 79:15,
79:17, 79:20, 79:23,
80:1, 80:7, 80:9,
80:18, 80:21, 80:25,
81:6, 81:10, 81:17,
81:25, 82:5, 82:8,
82:10, 82:13, 82:17,
82:19, 82:22, 82:24,
83:1, 83:3, 83:5, 83:7,
83:10, 83:13, 83:16,
83:19, 83:21, 83:23,
84:1, 84:11, 84:14,
84:18, 84:25, 85:4,
85:9, 85:12, 85:14,
85:17, 85:20, 86:3,
86:6, 86:13, 86:17,
86:21, 86:25, 87:3,
87:6, 87:10, 87:12,
87:14, 87:16, 87:19,
87:23, 88:1, 88:4,
88:7, 88:12, 90:1,

90:9, 90:13, 90:17,
90:20, 90:24, 91:4,
91:7, 91:9, 91:13,
92:10, 92:14, 92:20,
93:1, 93:4, 93:8,
93:13, 93:16, 93:22,
94:4, 94:7, 94:10,
94:12, 94:15, 94:17,
94:25, 95:4, 95:11,
95:16, 95:18, 95:21,
95:25, 96:4, 96:7,
96:10, 96:16, 96:18,
96:20, 96:22, 96:24,
97:2, 97:5, 97:7,
97:11, 97:14, 97:16,
97:18, 97:22, 98:2,
98:5, 98:8, 98:22,
98:25, 99:10, 99:13,
100:2, 100:6, 100:9,
100:17, 100:19,
100:23, 101:2, 101:9,
101:13, 101:17,
101:20, 101:23,
101:25, 102:2,
102:12, 102:16,
102:21, 103:3, 103:6,
103:9, 103:15,
103:17, 103:20,
103:22, 103:25,
104:5, 104:9, 104:11,
104:14, 104:16,
104:19, 104:22,
104:25, 105:6, 105:9,
105:12, 105:18,
106:1, 106:4, 106:11,
106:16, 106:18,
107:1, 107:4, 107:6,
107:12, 107:15,
107:18, 107:21,
107:25, 108:2, 108:6,
108:11, 108:18,
108:24, 109:2, 109:4,
109:7, 109:9, 109:12,
109:18, 109:20,
109:25, 110:15,
110:23, 111:1, 111:4,
111:7, 111:10,
111:16, 111:20,
111:23, 112:2, 112:6,
112:10, 112:15,
112:19, 113:6, 115:3,
118:19, 118:22,
120:6, 121:4, 121:13,
121:16, 121:21,
122:3, 122:9, 122:12,
122:18, 123:3, 123:8,
123:12, 123:19,
123:25, 124:12,
124:15, 124:19,
125:3, 125:9, 125:14,
125:20, 125:23,

126:5, 126:14, 126:17, 126:20, 126:23, 127:2, 127:6, 127:13, 127:18, 127:21, 128:1, 128:6, 128:8, 128:17, 128:20, 129:8, 129:23, 129:25, 130:3
**Court's** [5] - 40:8, 58:9, 66:25, 89:12, 126:10
**COURTROOM** [32] - 5:13, 5:15, 5:15, 16:20, 16:23, 17:3, 30:5, 37:6, 41:7, 43:13, 45:13, 51:23, 53:23, 60:7, 67:23, 68:5, 68:8, 73:10, 73:12, 75:2, 79:8, 81:14, 84:17, 85:1, 93:19, 100:24, 106:17, 106:23, 121:25, 123:9, 124:25, 127:3, 129:3
**courtroom** [51] - 5:17, 15:4, 15:12, 17:2, 17:5, 30:1, 30:7, 37:1, 37:5, 37:8, 42:25, 43:15, 45:9, 45:15, 51:15, 51:25, 53:22, 53:25, 58:2, 60:9, 67:21, 68:10, 73:3, 73:14, 74:25, 75:4, 78:25, 79:10, 80:19, 80:24, 81:16, 84:16, 85:3, 93:7, 93:21, 100:3, 100:14, 101:1, 106:10, 106:25, 121:20, 122:2, 123:4, 123:7, 123:11, 124:18, 124:19, 125:2, 127:1, 127:5, 128:19
**cousin** [2] - 112:22, 119:18
**COVID** [4] - 33:11, 33:12, 110:13, 113:10
**cozy** [2] - 99:21, 99:23
**crash** [1] - 118:2
**creating** [1] - 11:8
**credit** [7] - 32:25, 33:2, 33:4, 33:7, 116:14, 117:3, 118:9
**criminal** [4] - 49:25, 56:16, 64:12, 82:18
**crisis** [9] - 25:23, 25:25, 37:16, 39:7, 61:22, 69:18, 96:11, 98:14, 115:4

**critical** [1] - 11:7
**CRR** [3] - 2:9, 131:3, 131:12
**crusade** [1] - 118:5
**cryptocurrency** [16] - 9:21, 19:18, 19:19, 32:12, 32:13, 47:13, 47:14, 69:5, 69:6, 87:23, 87:24, 96:4, 96:5, 104:5, 104:6, 112:2
**culminated** [1] - 8:3
**current** [6] - 22:10, 25:12, 89:25, 108:11, 108:25, 109:12

**D**

**D.C** [16] - 1:6, 1:19, 1:22, 2:8, 2:12, 33:16, 38:13, 48:1, 75:12, 75:15, 75:18, 82:4, 82:12, 98:7, 117:4, 131:14
**dabbled** [1] - 110:3
**daily** [3] - 52:16, 110:22, 111:14
**damages** [2] - 35:9, 35:16
**data** [3] - 22:16, 95:2, 95:3
**date** [4] - 44:11, 44:14, 114:6
**Dated** [1] - 131:10
**dates** [3] - 26:9, 114:17, 114:18
**DAVID** [1] - 2:6
**Davis** [4] - 40:1, 40:14, 41:6, 42:12
**DAVIS** [2] - 1:20, 40:1
**DAY** [1] - 1:13
**days** [5] - 5:6, 97:13, 113:22, 125:7, 127:11
**deadlines** [1] - 24:10
**deal** [1] - 119:19
**deals** [1] - 120:6
**debt** [1] - 116:16
**December** [1] - 128:3
**decent** [1] - 10:17
**decide** [2] - 9:11, 100:2
**decided** [2] - 14:5, 19:3
**deciding** [3] - 57:11, 95:25, 96:2
**decision** [6] - 6:17, 7:13, 7:18, 10:7,

18:24, 58:9
**decision-making** [3] - 6:17, 7:13, 7:18
**decisions** [25] - 9:3, 9:19, 11:9, 11:12, 19:8, 19:15, 31:20, 32:2, 32:5, 32:9, 47:10, 68:15, 68:22, 69:3, 86:18, 86:22, 87:20, 95:21, 105:17, 110:17, 110:19, 111:17, 111:24, 119:7, 120:22
**deed** [1] - 78:8
**deeds** [7] - 75:22, 75:25, 76:1, 77:4, 77:17, 77:25, 78:1
**deems** [2] - 27:5, 40:12
**Defendant** [2] - 57:11, 57:15
**Defendants** [32] - 1:8, 4:21, 13:14, 15:7, 24:19, 25:19, 26:4, 36:20, 43:1, 50:22, 51:20, 53:9, 58:25, 59:13, 64:19, 73:6, 74:15, 77:11, 79:4, 80:15, 81:4, 84:7, 84:22, 98:17, 100:21, 105:24, 106:14, 121:7, 122:21, 124:3, 128:14, 129:13
**DEFENDANTS** [1] - 2:5
**Defense** [1] - 94:3
**defer** [4] - 58:6, 124:5, 129:20, 129:22
**definitely** [6] - 110:3, 113:3, 116:19, 116:21, 117:19, 118:2
**degree** [7] - 31:11, 31:14, 70:6, 71:4, 79:13, 79:15, 93:14
**degrees** [3] - 17:25, 61:1, 90:20
**DEIA** [1] - 30:20
**deliberated** [1] - 97:13
**deliberations** [1] - 64:18
**delta** [1] - 12:6
**democracy** [3] - 46:8, 46:10
**denied** [1] - 93:16
**Department** [4] - 46:15, 46:17, 94:3, 101:19
**department** [2] - 46:16, 95:15

**depression** [1] - 52:10
**deputy** [1] - 124:19
**DEPUTY** [32] - 5:13, 5:15, 16:20, 16:23, 17:3, 30:5, 37:6, 41:7, 43:13, 45:13, 51:23, 53:23, 60:7, 67:23, 68:5, 68:8, 73:10, 73:12, 75:2, 79:8, 81:14, 84:17, 85:1, 93:19, 100:24, 106:17, 106:23, 121:25, 123:9, 124:25, 127:3, 129:3
**design** [2] - 101:24, 102:1
**designer** [1] - 101:16
**desk** [1] - 113:1
**despite** [1] - 43:9
**detail** [1] - 21:25
**detailed** [1] - 100:1
**details** [3] - 115:10, 115:18, 117:15
**determine** [1] - 20:13
**determined** [1] - 119:11
**Detrick** [1] - 94:6
**developing** [1] - 113:16
**development** [1] - 51:10
**Development** [1] - 17:12
**difference** [2] - 56:17, 111:20
**differences** [1] - 5:1
**different** [12] - 38:15, 40:6, 41:18, 52:20, 66:3, 78:17, 103:2, 109:14, 109:16, 109:17, 130:3, 130:5
**differently** [1] - 78:18
**difficult** [7] - 23:24, 28:12, 43:17, 67:12, 73:16, 125:4, 127:7
**difficulty** [2] - 24:2, 24:13
**direct** [3] - 28:21, 91:5, 91:7
**director** [1] - 108:22
**dired** [1] - 4:7
**disclosure** [1] - 40:14
**Discovery** [2] - 108:16, 108:21
**discretion** [1] - 126:10
**discuss** [1] - 52:6

**disease** [2] - 73:22, 94:9
**Disease** [2] - 107:14, 107:15
**diseases** [1] - 94:11
**disorder** [1] - 52:10
**dispositive** [1] - 58:9
**dispute** [2] - 35:7, 36:8
**dissolved** [3] - 33:9, 33:10, 33:12
**distracted** [1] - 110:9
**distractions** [1] - 112:5
**district** [1] - 131:13
**DISTRICT** [3] - 1:1, 1:1, 1:14
**District** [4] - 2:10, 2:11, 38:16, 131:13
**dividends** [13] - 9:18, 19:15, 32:4, 32:8, 32:10, 69:2, 87:19, 87:20, 96:1, 104:1, 104:2, 111:23
**division** [1] - 63:8
**divorce** [2] - 49:10, 49:11
**DocuSign** [1] - 87:9
**dollar** [2] - 21:3, 114:10
**domestic** [1] - 97:9
**donations** [1] - 7:18
**done** [10] - 16:22, 35:24, 44:23, 62:3, 78:18, 115:20, 115:25, 118:14, 120:12, 128:1
**donors** [1] - 7:17
**down** [15] - 16:20, 33:12, 39:17, 40:3, 41:9, 41:19, 41:21, 41:24, 52:14, 67:19, 74:23, 77:15, 112:9, 117:15, 128:17
**downturn** [1] - 37:22
**dragging** [1] - 120:18
**drives** [1] - 7:13
**drop** [1] - 113:23
**dropped** [1] - 118:4
**drug** [1] - 64:12
**due** [1] - 27:17
**during** [9] - 8:5, 14:9, 24:10, 32:24, 37:22, 49:11, 110:12, 113:10, 120:7
**duty** [4] - 54:16, 59:5, 125:13, 125:16

## E

**E*TRADE** [1] - 110:2
**early** [6] - 13:22, 20:22, 24:1, 24:12, 79:16, 110:1
**East** [1] - 115:13
**Economic** [1] - 65:6
**economic** [5] - 26:20, 27:14, 27:15, 27:16, 60:21
**economics** [12] - 11:4, 17:25, 19:5, 22:6, 33:21, 38:4, 47:21, 60:23, 61:7, 62:22, 62:24, 63:6
**economist** [5] - 60:18, 60:20, 62:1, 63:7
**economists** [1] - 65:10
**economy** [8] - 7:10, 7:14, 20:11, 85:22, 86:1, 94:20, 94:24, 102:4
**editorial** [1] - 26:7
**educate** [1] - 105:14
**education** [12] - 9:2, 19:3, 19:5, 19:6, 21:17, 32:1, 68:21, 76:14, 87:16, 107:24, 111:16, 111:18
**Education** [3] - 101:8, 101:11, 101:19
**educational** [16] - 6:20, 17:23, 31:10, 37:10, 46:18, 55:17, 70:4, 76:12, 79:12, 83:13, 89:24, 90:4, 90:14, 94:12, 101:20, 107:21
**EDWARDS** [2] - 2:9, 131:3
**Edwards** [1] - 131:12
**effect** [5] - 38:19, 42:12, 50:9, 56:23, 86:1
**effort** [1] - 116:12
**either** [12] - 5:9, 16:16, 21:16, 21:17, 25:4, 26:15, 57:11, 57:21, 64:22, 94:19, 118:11, 120:16
**elaborate** [1] - 121:8
**elaboration** [1] - 39:8
**electronic** [2] - 78:11, 78:13
**elementary** [4] -

79:14, 81:8, 81:10, 123:23
**Eli** [1] - 123:22
**embezzling** [1] - 39:15
**employed** [3] - 83:16, 83:17, 83:19
**employee** [4] - 17:21, 18:13, 30:13, 30:20
**employer** [13] - 19:11, 19:12, 22:10, 24:19, 25:5, 25:12, 26:18, 47:8, 47:11, 95:11, 95:13, 98:19, 98:20
**employment** [8] - 70:12, 70:14, 71:11, 71:24, 72:7, 98:19, 99:1
**end** [4] - 58:16, 113:5, 114:9, 129:8
**ended** [3] - 5:10, 113:24, 116:2
**Endowment** [1] - 85:15
**enforcement** [1] - 13:24
**English** [5] - 79:16, 79:22, 79:23, 94:16, 94:17
**enjoy** [2] - 112:23, 113:4
**entered** [23] - 5:16, 15:11, 17:4, 30:6, 37:7, 43:14, 45:14, 51:24, 53:24, 60:8, 68:9, 73:13, 75:3, 79:9, 81:15, 85:2, 93:20, 100:25, 106:24, 122:1, 123:10, 125:1, 127:4
**entire** [1] - 114:22
**entirely** [1] - 58:10
**entity** [5] - 10:22, 21:14, 21:20, 62:14, 62:19
**Environmental** [1] - 13:23
**environmental** [3] - 6:13, 14:1, 14:12
**EPA** [1] - 14:11
**era** [1] - 12:24
**especially** [2] - 53:12, 113:16
**ESQ** [10] - 1:17, 1:20, 1:20, 1:23, 2:2, 2:5, 2:5, 2:6, 2:6, 2:7
**estate** [1] - 11:5, 20:20, 22:7, 32:22,

33:22, 33:24, 34:2, 34:4, 38:5, 47:22, 47:24, 48:4, 61:11, 61:16, 61:19, 62:23, 113:8
**et** [3] - 1:3, 1:7, 44:6
**evidence** [5] - 28:5, 28:8, 29:9, 29:22, 100:2
**exactly** [7] - 21:17, 27:25, 28:2, 47:4, 48:19, 67:1, 92:25
**examiner** [1] - 77:15
**except** [1] - 114:25
**exciting** [1] - 113:21
**excuse** [1] - 53:16
**excused** [9] - 14:25, 16:14, 45:6, 53:13, 74:4, 74:7, 124:15, 126:24, 129:1
**excuses** [1] - 129:9
**excusing** [4] - 44:25, 45:2, 53:10, 128:12
**executives** [1] - 120:21
**exhibits** [1] - 129:15
**exist** [1] - 59:19
**exists** [1] - 12:12
**expansion** [1] - 62:10
**expect** [1] - 59:10
**Experian** [1] - 116:14
**experience** [13] - 10:12, 11:4, 21:22, 22:6, 22:20, 33:21, 38:4, 47:21, 50:8, 56:22, 62:22, 63:2, 97:18
**experienced** [2] - 34:16, 48:21
**experiences** [1] - 64:25
**expert** [3] - 10:3, 10:5, 10:10
**explanation** [1] - 98:21
**expunged** [1] - 33:2
**extent** [2] - 40:15, 92:15
**eyes** [1] - 119:15

## F

**face** [1] - 114:25
**factor** [4] - 9:6, 9:20, 40:16
**factors** [1] - 20:12
**fair** [35] - 14:18, 26:1, 36:8, 36:12, 36:13,

37:18, 38:20, 40:7, 40:16, 42:7, 42:15, 43:9, 50:9, 56:23, 57:1, 57:6, 57:10, 59:16, 59:23, 60:2, 65:1, 71:1, 72:23, 77:1, 80:2, 84:11, 88:8, 88:10, 88:24, 89:6, 92:4, 93:2, 97:19, 106:5
**FAIRHOLME** [1] - 1:3
**fairly** [2] - 29:22, 100:7
**falling** [2] - 34:25, 62:12
**familiar** [9] - 10:13, 10:16, 10:21, 21:13, 21:14, 21:23, 58:23, 62:13, 65:24
**family** [13] - 18:2, 44:22, 49:4, 54:5, 81:23, 82:2, 82:5, 108:8, 112:20, 112:21, 119:19, 122:5, 123:15
**family's** [1] - 44:5
**FANNIE** [2] - 1:10, 2:5
**Fannie** [17] - 11:23, 24:22, 25:11, 26:18, 26:22, 28:16, 28:19, 29:4, 62:16, 63:21, 83:22, 88:20, 117:16, 120:7, 120:12, 120:15, 120:24
**far** [2] - 109:9, 112:9
**Fargo** [2] - 32:25, 33:5
**father** [3] - 94:2, 95:13, 112:22
**favor** [1] - 25:18
**favorite** [1] - 81:13
**fear** [1] - 119:15
**feature** [1] - 89:10
**fed** [1] - 118:2
**FEDERAL** [1] - 1:6
**federal** [6] - 30:12, 37:21, 85:7, 85:11, 101:15, 107:9
**Federal** [4] - 30:15, 31:8, 60:15, 63:8
**Federation** [1] - 14:3
**feelings** [2] - 69:21, 69:24
**feet** [2] - 16:7, 120:18
**fell** [2] - 49:10, 92:1
**felony** [1] - 50:1
**felt** [4] - 4:5, 29:6,

35:2, 39:14
**few** [13] - 5:20, 8:4, 17:6, 18:21, 24:9, 30:8, 37:9, 45:16, 54:25, 60:10, 85:4, 93:22, 101:2
**FHFA** [1] - 2:5
**FHI** [1] - 107:11
**fiancée** [1] - 52:9
**fiasco** [1] - 99:14
**field** [1] - 4:13
**fields** [1] - 22:8
**fifth** [1] - 81:12
**figure** [4] - 53:2, 110:13, 118:3, 119:9
**filings** [1] - 129:18
**final** [1] - 25:11
**finance** [9] - 11:4, 11:7, 22:6, 22:12, 33:21, 38:4, 47:21, 62:22, 122:13
**FINANCE** [1] - 1:6
**finances** [1] - 63:11
**financial** [32] - 8:11, 11:10, 18:19, 19:7, 25:18, 25:23, 28:15, 28:21, 28:24, 31:19, 32:23, 37:16, 37:22, 39:7, 46:25, 61:22, 68:14, 69:18, 86:14, 86:18, 95:5, 95:14, 96:11, 98:14, 99:14, 102:22, 103:2, 109:23, 115:4, 116:8, 116:9, 120:2
**financially** [2] - 25:16, 28:25
**finish** [1] - 124:22
**finished** [3] - 15:15, 15:20, 118:5
**firing** [1] - 126:14
**firm** [10] - 6:8, 17:22, 25:17, 28:14, 28:17, 28:24, 29:2, 29:21, 107:10
**first** [6] - 13:22, 30:9, 40:13, 89:9, 114:19, 125:12
**fit** [2] - 26:14, 27:1
**five** [7] - 4:6, 7:24, 67:23, 76:11, 109:3, 117:1, 117:3
**fix** [1] - 117:12
**fixing** [1] - 102:20
**FLEXNER** [1] - 1:21
**focused** [3] - 8:1, 52:17, 67:15
**follow** [10] - 14:21, 16:21, 25:10, 39:2, 50:13, 50:20, 90:8,

91:19, 98:13
**followed** [1] - 91:20
**following** [103] -
5:17, 13:7, 13:17,
15:4, 15:12, 16:9,
16:17, 17:2, 17:5,
25:7, 27:8, 30:1, 30:7,
36:18, 36:24, 37:5,
37:8, 38:24, 39:9,
39:24, 40:22, 42:3,
42:9, 42:25, 43:15,
44:8, 44:12, 44:19,
45:4, 45:9, 45:15,
50:14, 50:23, 51:15,
51:25, 53:7, 53:17,
53:22, 53:25, 57:17,
57:23, 58:2, 59:10,
60:9, 66:16, 67:6,
67:21, 68:7, 68:10,
71:8, 71:22, 73:3,
73:14, 74:12, 74:21,
74:25, 75:4, 77:7,
77:20, 78:25, 79:10,
80:10, 80:16, 80:24,
81:16, 84:3, 84:9,
84:16, 85:3, 88:14,
90:11, 91:15, 92:12,
93:7, 93:21, 98:10,
98:23, 100:14, 101:1,
105:20, 106:2,
106:10, 106:25,
114:13, 121:5,
121:14, 121:20,
122:2, 122:19, 123:1,
123:7, 123:11, 124:1,
124:13, 124:18,
125:2, 126:7, 126:15,
127:1, 127:5, 128:9,
128:15, 128:19
**followup** [26] - 5:20,
14:17, 17:6, 26:17,
27:3, 30:8, 36:22,
36:23, 45:16, 57:20,
57:21, 57:22, 60:10,
68:11, 71:7, 77:6,
77:10, 78:15, 80:12,
80:14, 84:6, 84:7,
88:13, 105:23, 105:25
**followups** [5] -
50:22, 81:17, 85:4,
93:22, 101:2
**food** [2] - 23:16,
23:21
**FOR** [4] - 1:1, 1:17,
1:20, 2:5
**foreclose** [1] - 49:13
**foreclosed** [2] -
34:18, 35:4
**foreclosure** [10] -
34:16, 35:1, 48:21,

49:5, 117:7, 117:9,
117:10, 117:19,
117:20, 118:8
**foregoing** [1] - 131:4
**foreman** [3] - 56:18,
64:22, 97:16
**foreperson** [1] - 50:6
**forever** [1] - 92:10
**forget** [2] - 128:21,
130:1
**forgot** [1] - 90:13
**fork** [1] - 107:6
**form** [1] - 18:23
**Fort** [1] - 94:6
**Foundation** [1] -
91:2
**foundation** [1] -
91:12
**founded** [2] - 12:11,
12:21
**four** [1] - 54:15
**frankly** [1] - 8:25
**fraud** [1] - 32:19
**FREDDIE** [1] - 2:6
**Freddie** [14] - 11:23,
24:22, 25:11, 26:18,
26:22, 28:16, 28:19,
29:5, 62:17, 63:21,
88:20, 120:7, 120:12,
120:16
**Fredonia** [1] - 90:22
**Freedom** [1] - 46:2
**freedom** [1] - 46:4
**Friday** [1] - 44:22
**friend** [7] - 47:23,
48:3, 85:8, 85:10,
85:11, 122:5, 123:15
**friends** [7] - 33:23,
34:1, 34:17, 119:14,
119:19, 123:22, 124:9
**frustrating** [1] -
119:9
**full** [2] - 47:2, 131:5
**fully** [1] - 129:16
**funded** [1] - 45:22
**fundraising** [3] -
91:1, 91:11, 99:8
**FUNDS** [1] - 1:3
**funds** [15] - 8:16,
18:23, 19:10, 27:17,
27:18, 37:22, 87:14,
95:9, 95:16, 95:22,
95:23, 103:3, 110:19,
110:20
**future** [4] - 71:11,
71:24, 130:7, 130:9

## G

**G.E** [1] - 31:22
**gain** [1] - 114:1
**gained** [5] - 20:19,
20:23, 61:10, 61:18,
113:7
**gains** [1] - 19:17
**gamble** [1] - 112:25
**gambling** [31] - 9:25,
19:25, 20:4, 20:6,
20:10, 20:17, 32:16,
39:22, 47:17, 69:9,
88:2, 89:1, 89:2,
91:19, 92:11, 92:16,
92:19, 92:21, 92:25,
93:10, 96:8, 104:23,
105:1, 105:5, 112:16,
112:18, 112:21,
113:3, 113:5
**game** [1] - 128:20
**gamut** [1] - 99:8
**General** [1] - 31:9
**general** [6] - 87:10,
99:24, 110:19,
116:13, 118:1, 120:2
**Georgetown** [3] -
6:23, 12:19, 23:12
**gift** [1] - 127:17
**given** [1] - 88:25
**glad** [1] - 112:1
**good-bye** [1] -
126:23
**gosh** [1] - 6:5
**Government** [1] -
5:12
**government** [53] -
5:23, 5:25, 6:3, 6:6,
6:11, 10:22, 17:9,
21:14, 22:11, 30:10,
30:11, 30:13, 31:2,
45:18, 45:20, 45:23,
45:24, 46:13, 50:18,
50:19, 50:25, 55:3,
60:12, 62:14, 62:19,
75:6, 75:10, 75:11,
75:13, 75:15, 75:18,
81:20, 85:6, 85:7,
85:11, 86:11, 93:24,
101:4, 101:15, 102:9,
107:2, 107:8, 113:17
**government-
sponsored** [4] - 10:22,
21:14, 62:14, 62:19
**grad** [1] - 23:13
**grade** [2] - 55:18,
81:12
**grades** [1] - 10:17
**graduate** [1] - 23:11

**graduated** [4] - 6:22,
13:1, 94:14, 101:22
**grandmother** [2] -
54:5, 54:10
**granted** [3] - 43:6,
60:5, 121:22
**graphic** [2] - 101:24,
102:1
**grateful** [1] - 39:8
**gray** [1] - 119:2
**great** [7] - 28:4,
28:10, 104:18, 110:7,
129:23, 129:24
**green** [1] - 11:7
**gross** [1] - 39:19
**GROSSMAN** [1] - 2:3
**grounds** [1] - 59:19
**group** [1] - 23:20
**groups** [4] - 23:7,
23:11, 23:14, 23:16
**grow** [1] - 109:11
**growing** [1] - 103:23
**GSA** [1] - 31:9
**guess** [12] - 20:9,
25:10, 33:2, 33:6,
39:2, 67:14, 69:12,
88:3, 92:22, 99:14,
102:7, 108:11,
109:11, 119:5, 123:23
**guilty** [2] - 64:19,
64:21
**gun** [1] - 83:12
**guy** [1] - 83:11
**guys** [2] - 119:22,
119:23

## H

**hair** [1] - 41:18
**half** [5] - 24:10,
70:20, 70:22, 97:13,
129:9
**hallway** [1] - 4:6
**HAMISH** [1] - 1:20
**Hampshire** [2] -
1:18, 44:3
**handling** [1] - 5:3
**hands** [1] - 16:6
**hanging** [1] - 7:25
**happy** [2] - 121:8,
129:21
**hard** [2] - 34:25,
116:7
**hardship** [12] -
15:14, 23:24, 43:17,
52:5, 54:2, 58:10,
67:12, 67:15, 73:16,
125:4, 127:7
**hate** [1] - 44:21

**head** [5] - 28:11,
44:17, 100:1, 104:4,
111:8
**headquarters** [1] -
51:11
**health** [1] - 119:10
**healthcare** [5] -
17:20, 18:17, 22:16,
22:19
**hear** [11] - 5:4, 15:18,
40:21, 43:21, 52:12,
54:7, 73:20, 75:17,
80:21, 81:25, 101:9
**heard** [1] - 100:3
**hearing** [1] - 99:20
**held** [1] - 8:14
**hell** [2] - 109:8,
109:10
**help** [7] - 34:5, 54:5,
54:9, 99:4, 116:10,
119:18, 119:25
**helped** [5] - 19:4,
19:6, 41:17, 68:21,
119:17
**helping** [1] - 41:15
**helps** [1] - 111:17
**hereby** [1] - 131:3
**hi** [2] - 5:18, 5:19
**high** [5] - 76:14,
81:9, 81:11, 83:15,
123:24
**highest** [1] - 76:14
**hire** [1] - 7:5
**hiring** [1] - 31:5
**history** [1] - 21:18
**HIV** [1] - 107:17
**HOFFMAN** [1] - 2:5
**hold** [3] - 81:25,
106:18, 106:20
**holders** [1] - 12:1
**home** [11] - 11:16,
22:21, 23:16, 23:21,
34:7, 34:18, 48:5,
54:11, 55:19, 63:13,
96:16, 102:20, 117:4,
118:4, 118:8
**homes** [2] - 34:5
**honestly** [3] - 35:18,
63:18, 103:5
**Honor** [75] - 4:1, 4:4,
4:17, 4:20, 13:13,
15:8, 16:13, 20:2,
25:9, 26:3, 26:8,
26:16, 26:25, 28:7,
29:24, 36:21, 39:5,
40:1, 40:9, 40:11,
40:20, 42:2, 42:5,
44:10, 44:21, 45:12,
50:22, 51:19, 51:20,
52:1, 53:20, 57:22,

58:6, 58:15, 58:17,
58:24, 59:12, 60:3,
67:1, 71:10, 73:7,
74:16, 77:12, 79:5,
80:15, 81:5, 84:8,
84:23, 88:20, 89:4,
89:8, 89:14, 89:17,
90:6, 91:17, 92:6,
93:9, 93:15, 98:13,
98:17, 100:15,
100:20, 105:25,
106:15, 121:9,
121:11, 122:22,
123:17, 124:4,
124:11, 126:9,
128:13, 129:4,
129:12, 129:20
**Honor's** [1] - 126:13
**HONORABLE** [1] -
1:14
**hope** [1] - 69:16
**hopeless** [1] - 81:12
**hoping** [1] - 112:8
**hotel** [1] - 126:22
**hours** [1] - 99:12
**house** [3] - 52:15,
61:14, 62:12
**House** [2] - 46:2,
46:4
**household** [1] -
63:11
**HOUSING** [1] - 1:6
**HR** [1] - 31:8
**hub** [1] - 51:10
**human** [3] - 22:12,
30:23, 31:2
**Humanities** [1] -
85:16
**humanity** [1] - 130:1
**HUME** [1] - 1:20
**humor** [1] - 4:13
**husband** [9] - 55:4,
55:7, 55:23, 60:15,
60:19, 62:1, 62:24,
63:4, 63:5
**hype** [1] - 112:13

**I**

**IAN** [1] - 2:5
**Ida** [1] - 77:5
**idea** [1] - 58:22
**identify** [1] - 4:23
**IIE** [1] - 101:18
**ill** [2] - 73:18, 73:21
**Illinois** [1] - 46:23
**imagine** [1] - 121:1
**impact** [10] - 24:16,
28:4, 28:10, 36:8,

65:1, 66:7, 97:19,
118:19, 118:20,
118:21
**impartial** [21] -
14:18, 36:14, 38:20,
40:17, 42:7, 42:15,
57:2, 57:7, 59:16,
59:25, 65:2, 71:2,
72:23, 77:1, 80:3,
84:12, 88:8, 88:11,
93:2, 97:20, 106:5
**important** [12] - 9:16,
9:18, 19:15, 19:16,
19:17, 24:16, 32:4,
32:8, 66:7, 87:19,
111:23, 127:16
**impossible** [1] -
66:20
**impression** [5] -
59:23, 62:7, 62:8,
99:24, 125:16
**impulse** [1] - 110:6
**IN** [1] - 1:10
**inability** [1] - 52:13
**INC** [1] - 1:3
**incentive** [5] - 25:18,
28:15, 28:22, 28:24
**incentives** [1] -
26:20
**including** [4] - 18:12,
18:16, 107:8
**inclusive** [1] - 51:10
**income** [3] - 8:6,
109:4, 113:12
**incorrect** [1] -
125:23
**incredibly** [1] -
104:17
**Indian** [2] - 5:3, 5:6
**Indiana** [1] - 49:21
**indirect** [1] - 28:23
**indiscernible** [2] -
15:17, 29:15
**individual** [5] - 7:15,
8:15, 18:22, 95:9,
103:6
**indulgence** [3] -
40:8, 66:25, 89:12
**infectious** [2] - 94:9,
94:11
**influence** [9] - 7:9,
7:16, 7:18, 85:22,
86:10, 94:19, 94:24,
102:4, 102:9
**influenced** [1] -
102:11
**information** [10] -
4:12, 24:14, 39:4,
58:21, 62:4, 66:6,
98:16, 105:3, 105:7,

105:10
**inject** [1] - 89:11
**injustice** [1] - 39:19
**inquire** [3] - 77:13,
77:17, 98:18
**inquiry** [2] - 16:12,
40:12
**insignificant** [1] - 4:4
**Institute** [2] - 101:7,
101:11
**institution** [1] -
23:22
**instruction** [1] -
103:18
**instructions** [2] -
14:21, 92:8
**instrument** [1] -
77:15
**insult** [1] - 53:15
**insurance** [7] -
17:21, 18:12, 22:12,
36:2, 36:3, 36:5
**Insurance** [1] - 14:2
**insurers** [1] - 122:11
**intellectual** [1] - 9:15
**intelligent** [1] - 7:15
**intend** [1] - 61:12
**intended** [1] - 67:14
**intent** [1] - 64:13
**interest** [4] - 29:20,
29:21, 62:2, 86:12
**interesting** [2] - 9:8,
119:3
**International** [3] -
17:12, 101:8, 101:11
**interpretation** [1] -
125:22
**intuition** [1] - 110:25
**invest** [3] - 104:18,
111:14, 113:20
**invested** [9] - 8:10,
18:19, 18:21, 31:19,
46:25, 68:14, 86:14,
95:5, 102:21
**investing** [18] - 9:24,
19:24, 20:3, 20:12,
20:15, 32:15, 47:16,
69:8, 88:1, 89:1,
91:19, 92:3, 96:7,
104:22, 104:25,
110:2, 110:10, 112:15
**investment** [13] -
8:15, 9:11, 9:18,
18:22, 19:15, 47:19,
89:7, 89:18, 91:24,
91:25, 102:24,
111:17, 111:24
**investments** [9] -
9:4, 18:13, 22:12,
47:11, 69:15, 95:22,

109:22, 110:7, 110:15
**investor** [5] - 86:16,
87:3, 111:2, 111:15
**invests** [1] - 103:1
**involved** [5] - 10:20,
35:6, 64:12, 105:4
**issues** [6] - 22:11,
46:7, 46:10, 51:7,
58:8, 128:25
**itch** [1] - 113:1
**itself** [1] - 97:12

**J**

**Jail** [2] - 82:4, 82:12
**Jamie** [2] - 4:8, 53:13
**January** [1] - 30:22
**jazz** [1] - 98:1
**Jersey** [1] - 34:13
**job** [14] - 8:3, 31:3,
45:20, 50:19, 51:5,
77:14, 77:18, 77:22,
77:24, 89:25, 98:21,
107:18, 108:25,
115:11
**jobs** [1] - 13:12
**join** [1] - 114:7
**joint** [1] - 16:6
**Jonathan** [23] - 4:21,
13:13, 15:7, 26:3,
36:20, 43:1, 51:19,
53:9, 58:24, 59:12,
73:6, 74:15, 77:11,
79:4, 81:4, 84:22,
100:20, 105:24,
106:14, 121:7,
122:21, 124:3, 128:14
**JONATHAN** [1] - 2:6
**Jones** [1] - 129:12
**JONES** [3] - 2:7,
129:12, 129:24
**journals** [2] - 9:13,
65:11
**JUDGE** [1] - 1:14
**judge** [3] - 36:6,
54:18, 68:1
**judgment** [1] - 5:11
**July** [2] - 1:7, 131:10
**juror** [63] - 4:5, 4:6,
4:15, 5:13, 14:19,
15:10, 16:14, 17:3,
24:17, 30:5, 36:9,
36:14, 38:20, 40:3,
40:17, 43:3, 43:13,
44:10, 44:25, 45:6,
50:9, 50:17, 51:23,
52:3, 53:10, 53:23,
56:23, 57:2, 58:8,
59:15, 60:7, 65:2,

66:8, 68:2, 68:3, 68:8,
71:2, 71:10, 72:24,
73:12, 75:2, 77:2,
77:14, 80:3, 84:12,
85:1, 88:24, 89:24,
89:25, 91:18, 93:2,
93:19, 97:20, 100:24,
106:6, 106:17,
106:23, 121:9,
121:12, 122:22,
123:9, 124:10, 127:2
**Juror** [54] - 5:15,
5:16, 15:3, 15:11,
17:1, 17:4, 29:25,
30:6, 37:4, 37:6, 37:7,
42:24, 43:14, 45:8,
45:13, 45:14, 51:14,
51:24, 53:21, 53:24,
58:1, 60:8, 67:20,
68:9, 73:2, 73:13,
74:24, 75:3, 78:24,
79:8, 79:9, 80:23,
81:14, 81:15, 84:15,
85:2, 93:6, 93:20,
100:13, 100:25,
106:9, 106:24,
121:19, 121:25,
122:1, 123:6, 123:10,
124:17, 124:25,
125:1, 126:25, 127:3,
127:4, 128:18
**JUROR** [568] - 5:19,
5:25, 6:3, 6:8, 6:10,
6:13, 6:16, 6:22, 6:25,
7:3, 7:12, 7:21, 7:23,
8:7, 8:12, 8:14, 8:20,
8:22, 8:24, 9:5, 9:12,
9:15, 9:20, 9:23, 10:1,
10:3, 10:11, 10:14,
10:16, 10:19, 10:23,
10:25, 11:6, 11:17,
11:19, 11:21, 11:25,
12:4, 12:6, 12:9,
12:11, 12:14, 12:16,
12:18, 12:20, 12:23,
13:4, 13:21, 14:11,
14:14, 14:16, 14:20,
14:23, 14:25, 15:2,
15:15, 15:20, 15:23,
16:3, 16:5, 16:22,
16:24, 17:11, 17:14,
17:16, 17:18, 17:20,
17:24, 18:3, 18:5,
18:8, 18:11, 18:15,
18:21, 19:1, 19:5,
19:10, 19:13, 19:16,
19:20, 19:22, 20:1,
20:5, 20:9, 20:21,
20:25, 21:2, 21:6,
21:9, 21:12, 21:16,
21:21, 21:24, 22:4,

22:9, 22:14, 22:18,
22:22, 22:24, 23:2,
23:5, 23:10, 23:19,
23:25, 24:3, 24:6,
24:9, 24:18, 24:22,
24:24, 25:3, 27:13,
27:16, 27:20, 27:23,
27:25, 28:2, 28:6,
28:11, 28:20, 28:23,
29:2, 29:11, 29:14,
29:18, 29:24, 30:12,
30:15, 30:18, 30:22,
31:1, 31:7, 31:11,
31:13, 31:15, 31:21,
31:25, 32:3, 32:6,
32:10, 32:14, 32:17,
32:21, 32:24, 33:4,
33:9, 33:15, 33:18,
33:23, 34:1, 34:4,
34:8, 34:10, 34:12,
34:17, 34:24, 35:5,
35:8, 35:13, 35:20,
35:23, 36:1, 36:10,
36:12, 36:15, 37:3,
37:11, 37:18, 37:25,
38:6, 38:11, 38:14,
38:18, 38:21, 39:14,
39:18, 41:1, 41:3,
41:10, 41:14, 41:20,
41:22, 41:24, 42:1,
42:13, 42:17, 42:19,
42:22, 43:19, 43:22,
44:1, 44:3, 44:5,
44:15, 44:17, 45:19,
46:1, 46:4, 46:7,
46:10, 46:14, 46:17,
46:19, 46:22, 47:1,
47:4, 47:6, 47:9,
47:12, 47:15, 47:18,
47:23, 48:1, 48:6,
48:8, 48:10, 48:12,
48:15, 48:19, 48:22,
48:24, 49:2, 49:6,
49:8, 49:15, 49:17,
49:21, 49:25, 50:3,
50:5, 50:7, 50:11,
51:2, 51:4, 51:6, 51:9,
51:12, 52:7, 52:9,
52:13, 52:24, 53:20,
54:4, 54:8, 54:14,
54:22, 55:4, 55:7,
55:10, 55:12, 55:14,
55:16, 55:18, 55:20,
55:23, 56:1, 56:4,
56:6, 56:8, 56:12,
56:15, 56:17, 56:19,
56:21, 56:25, 57:4,
57:8, 57:13, 60:14,
60:18, 60:20, 60:22,
60:25, 61:3, 61:5,
61:7, 61:12, 61:16,

61:23, 61:25, 62:6,
62:8, 62:16, 62:20,
63:1, 63:4, 63:7,
63:10, 63:14, 63:16,
63:18, 63:23, 64:1,
64:4, 64:7, 64:11,
64:16, 64:21, 64:24,
65:3, 65:6, 65:9,
65:14, 65:16, 65:18,
65:21, 65:23, 66:1,
66:5, 66:9, 66:12,
66:14, 67:9, 67:14,
68:16, 68:18, 68:23,
69:1, 69:4, 69:7,
69:10, 69:12, 69:15,
69:20, 69:23, 70:2,
70:6, 70:8, 70:10,
70:13, 70:15, 70:17,
70:20, 70:22, 70:24,
71:3, 71:5, 72:1, 72:5,
72:11, 72:13, 72:15,
72:17, 72:19, 72:25,
73:18, 73:21, 74:2,
74:5, 74:8, 75:8,
75:12, 75:15, 75:18,
75:22, 75:25, 76:3,
76:5, 76:8, 76:11,
76:14, 76:17, 76:20,
76:24, 77:3, 77:5,
77:23, 77:25, 78:3,
78:5, 78:7, 78:12,
78:14, 78:19, 78:21,
78:23, 79:13, 79:16,
79:18, 79:22, 79:24,
80:4, 80:8, 80:20,
81:23, 82:2, 82:7,
82:9, 82:11, 82:15,
82:18, 82:21, 82:23,
82:25, 83:2, 83:4,
83:6, 83:9, 83:11,
83:15, 83:18, 83:20,
83:22, 83:24, 84:13,
85:7, 85:10, 85:13,
85:15, 85:18, 85:24,
86:5, 86:8, 86:15,
86:20, 86:23, 87:1,
87:5, 87:8, 87:11,
87:13, 87:15, 87:18,
87:22, 87:25, 88:3,
88:5, 88:10, 90:15,
90:18, 90:21, 91:1,
91:5, 91:8, 91:10,
92:18, 92:22, 93:3,
93:5, 94:2, 94:5, 94:9,
94:11, 94:14, 94:16,
94:22, 95:1, 95:8,
95:12, 95:17, 95:20,
95:23, 96:3, 96:6,
96:9, 96:13, 96:17,
96:19, 96:21, 96:23,
97:1, 97:3, 97:6, 97:9,

97:12, 97:15, 97:17,
97:21, 97:24, 98:4,
98:6, 99:2, 99:11,
99:17, 100:5, 100:8,
100:12, 101:7,
101:10, 101:14,
101:18, 101:22,
101:24, 102:1, 102:7,
102:14, 102:17,
102:23, 103:4, 103:7,
103:10, 103:16,
103:19, 103:21,
103:23, 104:3, 104:7,
104:10, 104:12,
104:15, 104:17,
104:20, 104:24,
105:2, 105:8, 105:11,
105:13, 106:7, 107:3,
107:5, 107:7, 107:13,
107:17, 107:19,
107:23, 108:1, 108:5,
108:10, 108:12,
108:19, 109:1, 109:3,
109:6, 109:8, 109:10,
109:14, 109:19,
109:24, 110:1,
110:18, 110:24,
111:3, 111:5, 111:8,
111:12, 111:18,
111:22, 111:25,
112:4, 112:7, 112:11,
112:17, 112:20,
113:10, 115:7,
118:20, 118:23,
120:8, 122:8, 122:10,
122:13, 123:5,
123:17, 123:21,
124:16, 125:6,
125:10, 125:18,
125:22, 125:25,
126:19, 126:21,
127:9, 127:15,
127:20, 127:23,
128:2, 128:7
  juror's [1] - 126:24
  jurors [2] - 91:20,
124:21
  Jury [1] - 3:2
  JURY [1] - 1:13
  jury [41] - 4:1, 26:21,
28:4, 28:10, 29:6,
29:7, 29:8, 29:10,
49:14, 50:4, 54:16,
54:24, 55:25, 56:10,
59:3, 59:4, 59:5,
63:24, 64:14, 74:3,
74:6, 82:13, 83:7,
88:7, 96:22, 97:14,
125:12, 125:15,
125:21, 126:2,

126:14, 127:9,
127:18, 127:21,
128:10, 129:1,
129:11, 130:4, 130:6

## K

  kaput [1] - 115:11
  KAYE [1] - 2:7
  keep [2] - 52:17,
112:10
  keeping [2] - 99:8,
99:20
  KENYA [1] - 1:20
  Kenya [4] - 40:1,
41:6, 41:7, 41:16
  KESSLER [1] - 1:23
  KHALELAH [1] -
1:20
  kidney [1] - 73:22
  kids [3] - 125:7,
125:10, 125:13
  kids' [1] - 125:19
  kind [48] - 6:15, 7:1,
9:2, 9:3, 9:10, 9:11,
9:17, 11:12, 13:11,
13:20, 19:14, 27:1,
49:23, 51:5, 52:17,
56:13, 63:9, 64:9,
68:20, 72:3, 72:9,
72:12, 82:17, 86:21,
87:20, 88:3, 92:24,
94:7, 97:7, 102:7,
103:10, 103:17,
107:16, 110:8, 111:6,
111:16, 115:24,
116:4, 116:11,
116:12, 116:13,
118:3, 118:4, 118:15,
118:25, 119:6
  kinds [3] - 8:17,
20:12, 87:6
  King [1] - 1:24
  KIRK [1] - 1:18
  knees [1] - 16:6
  knife [1] - 102:15
  knife-sharpening [1]
- 102:15
  knives [1] - 102:20
  knowing [1] - 114:9
  knowledge [6] -
22:8, 105:3, 105:6,
105:9, 122:4, 123:14
  known [1] - 31:9
  knows [1] - 88:20
  KRAVETZ [1] - 2:2

## L

  L-U-S-T-G-A-R-T-E-
N [1] - 91:3
  Labor [1] - 60:15
  labor [1] - 60:23
  lack [2] - 98:15,
99:15
  LAMBERTH [1] -
1:14
  lamebrains [1] -
128:22
  land [2] - 77:25, 78:7
  large [11] - 7:9, 18:2,
88:18, 88:23, 89:5,
94:20, 102:4, 108:8,
108:12, 108:15,
115:16
  larger [1] - 118:1
  last [17] - 26:11,
31:7, 36:4, 43:2, 44:6,
59:9, 66:6, 66:19,
68:2, 68:3, 104:24,
110:9, 122:16,
124:22, 125:6,
125:11, 129:17
  lasted [1] - 97:12
  latest [2] - 110:9,
112:5
  law [5] - 5:2, 10:17,
14:22, 106:19, 119:1
  Law [3] - 5:5, 6:23,
14:4
  laws [5] - 117:23,
118:12, 118:13,
118:14, 119:6
  lawyer [6] - 6:22,
13:11, 13:19, 13:21,
30:3, 30:4
  lawyers [3] - 114:20,
122:6, 123:16
  Lawyers' [1] - 14:3
  lax [1] - 96:13
  lead [1] - 114:21
  leadership [7] - 12:7,
12:24, 12:25, 23:17,
23:20, 65:12, 98:3
  learn [1] - 9:8
  learned [1] - 19:6
  learning [1] - 9:8
  least [12] - 11:5,
24:18, 27:21, 58:12,
58:15, 81:8, 89:15,
89:19, 89:22, 112:14,
119:3, 127:15
  leave [3] - 83:23,
126:9, 130:2
  leaving [1] - 44:22
  LEE [1] - 1:23

**Lee** [31] - 4:3, 13:9, 25:9, 26:16, 39:1, 43:7, 45:1, 50:16, 51:18, 52:1, 53:11, 57:19, 58:4, 58:17, 59:20, 66:18, 71:13, 74:18, 77:9, 79:2, 81:2, 84:5, 84:20, 88:16, 91:17, 98:12, 105:22, 106:12, 122:24, 124:7, 128:11
**legal** [-] - 35:6, 77:15, 128:25
**legally** [1] - 116:24
**legislation** [1] - 102:9
**legislative** [1] - 13:24
**legitimacy** [2] - 21:20, 62:19
**less** [1] - 64:8
**letter** [1] - 122:16
**LGBTQI** [1] - 51:6
**librarian** [2] - 55:10, 55:14
**Library** [2] - 55:5, 55:8
**lien** [1] - 115:24
**life** [4] - 9:8, 12:24, 52:18, 118:21
**light** [3] - 53:12, 92:2, 93:9
**limit** [1] - 118:11
**line** [1] - 58:23
**Lisa** [1] - 131:12
**LISA** [2] - 2:9, 131:3
**list** [2] - 34:5, 58:16
**listing** [1] - 34:6
**literally** [2] - 113:19, 122:16
**LITIGATION** [1] - 1:11
**litigation** [3] - 14:10, 14:11, 14:12
**LITOWITZ** [1] - 2:2
**live** [1] - 35:20
**liveable** [2] - 35:16, 35:17
**living** [3] - 35:15, 35:18, 35:19
**LLP** [3] - 1:21, 1:23, 2:3
**loan** [3] - 62:10, 115:22, 117:5
**loath** [1] - 126:12
**lobbying** [1] - 102:11
**lobbyists** [1] - 102:9
**local** [3] - 98:6, 102:19, 107:9
**location** [1] - 55:11

**look** [9] - 4:8, 13:3, 22:19, 29:21, 80:18, 105:6, 105:9, 114:8, 119:13
**looked** [1] - 129:9
**looking** [9] - 8:24, 8:25, 53:13, 80:18, 80:22, 114:21, 116:5, 116:11, 117:3
**looks** [3] - 40:6, 81:6, 106:21
**loosening** [1] - 62:9
**Los** [1] - 115:9
**losing** [1] - 113:24
**loss** [4] - 21:1, 115:2, 115:15, 115:16
**losses** [1] - 19:17
**lost** [16] - 20:19, 20:22, 25:22, 27:11, 61:10, 61:18, 89:7, 89:17, 91:23, 91:24, 110:14, 113:7, 113:25, 114:1
**LOUIS** [1] - 2:6
**lovely** [1] - 124:8
**lower** [1] - 15:19
**luckily** [1] - 118:3
**lunch** [1] - 129:11
**Lustgarten** [1] - 91:2

**M**

**MA** [1] - 61:4
**ma'am** [4] - 16:20, 45:16, 100:11
**MAC** [2] - 1:10, 2:6
**Mac** [9] - 11:24, 24:22, 28:16, 28:19, 29:5, 62:17, 63:22, 120:12, 120:16
**maddening** [2] - 117:20, 118:23
**Madison** [1] - 55:12
**Mae** [11] - 11:23, 24:22, 28:16, 28:19, 29:5, 62:16, 63:21, 117:16, 120:12, 120:15, 120:24
**MAE** [1] - 2:5
**MAE/FREDDIE** [1] - 1:10
**magazines** [1] - 9:12
**magic** [1] - 30:3
**mail** [3] - 91:5, 91:7, 91:11
**major** [1] - 94:16
**manage** [1] - 91:11
**management** [4] - 30:18, 31:16, 72:6,

108:23
**March** [2] - 82:15, 82:16
**market** [39] - 8:4, 8:11, 8:16, 8:22, 9:25, 18:20, 19:7, 19:25, 20:4, 20:20, 20:23, 21:7, 21:10, 21:11, 25:22, 31:19, 32:16, 46:25, 47:17, 61:11, 61:13, 61:19, 62:10, 68:14, 69:9, 86:14, 88:2, 89:1, 92:20, 95:5, 96:8, 104:23, 105:1, 109:23, 110:15, 112:16, 113:8
**market's** [1] - 92:16
**markets** [3] - 11:8, 11:10, 102:22
**Mary** [3] - 61:3, 79:18, 79:24
**Maryland** [5] - 48:2, 60:25, 61:5, 61:8, 98:7
**mask** [5] - 15:19, 39:18, 40:3, 41:9
**Massachusetts** [1] - 2:8
**master's** [11] - 17:24, 31:11, 61:5, 61:7, 79:13, 79:20, 90:16, 90:22, 93:14, 107:24, 107:25
**math** [1] - 111:19
**matter** [6] - 41:17, 42:14, 42:16, 42:21, 129:5, 130:5
**matters** [1] - 18:12
**Mawr** [1] - 70:8
**MC** [1] - 1:10
**mean** [1] - 58:20, 60:1, 62:16, 71:18, 72:20, 78:6, 80:4, 91:9, 103:3, 110:7, 126:14
**means** [2] - 59:25, 98:16
**meant** [1] - 90:13
**media** [3] - 108:20, 108:22
**mediate** [1] - 116:10
**medical** [10] - 15:14, 23:23, 43:16, 52:5, 54:2, 67:11, 67:15, 73:15, 125:3, 127:6
**medication** [3] - 15:25, 16:5, 53:1
**meet** [2] - 102:18, 102:19
**meeting** [1] - 103:11

**meetings** [2] - 65:17, 113:1
**MELTZER** [1] - 1:23
**member** [7] - 18:2, 29:6, 29:7, 65:16, 108:8, 122:5, 123:14
**members** [5] - 54:6, 81:23, 82:2, 82:5, 99:11
**membership** [1] - 99:7
**memory** [1] - 6:5
**mental** [1] - 119:10
**mentioned** [4] - 8:1, 12:1, 15:13, 25:21
**mess** [1] - 117:25
**mic** [2] - 15:22, 39:17
**microphone** [3] - 29:17, 86:3, 86:6
**mid-'90s** [1] - 17:12
**middle** [1] - 123:23
**might** [9] - 23:25, 24:19, 29:11, 40:16, 54:20, 66:7, 99:21, 119:16, 125:15
**military** [4] - 81:24, 82:3, 82:6, 95:13
**mind** [8] - 17:10, 25:19, 60:13, 81:22, 94:1, 101:6, 122:7, 123:16
**mine** [1] - 114:22, 117:17
**mining** [1] - 95:3
**minutes** [2] - 4:6, 119:23
**mistaken** [1] - 34:14
**mom** [5] - 32:24, 33:4, 49:11, 73:18, 73:21
**mom's** [1] - 83:25
**moment** [3] - 15:19, 40:9, 106:18
**money** [34] - 7:13, 7:16, 8:16, 20:19, 20:22, 21:7, 21:10, 21:11, 22:19, 28:18, 36:1, 36:2, 39:15, 39:22, 61:10, 61:19, 92:22, 102:24, 103:1, 104:12, 104:13, 109:10, 110:10, 110:23, 110:24, 112:9, 113:7, 113:21, 113:24, 114:9, 116:18, 117:22, 119:19
**money-wise** [1] - 109:10
**monies** [1] - 110:21

**monopolies** [2] - 85:25
**monopoly** [4] - 88:18, 88:21, 88:23, 89:9
**month** [1] - 53:1
**months** [3] - 44:6, 109:16, 127:16
**mood** [1] - 129:23
**morning** [3] - 74:9, 106:21, 129:6
**mortgage** [11] - 11:18, 22:23, 34:9, 48:7, 48:11, 48:14, 49:12, 55:21, 62:11, 63:15, 96:18
**mortgage-backed** [1] - 62:11
**mortgages** [3] - 12:1, 62:9, 62:11
**most** [5] - 18:22, 19:8, 110:14, 110:18, 127:16
**mostly** [8] - 21:6, 21:9, 22:15, 23:6, 27:20, 95:11, 95:12, 99:6
**motion** [6] - 42:8, 59:14, 60:5, 129:16, 129:18, 129:21
**motions** [1] - 129:14
**motivations** [1] - 26:20
**move** [6] - 43:3, 43:4, 59:14, 115:12, 121:9, 122:22
**movies** [1] - 78:18
**moving** [1] - 11:8
**MR** [101] - 4:1, 4:11, 4:20, 4:21, 5:8, 13:9, 13:13, 15:6, 15:7, 16:13, 16:15, 25:9, 26:3, 26:16, 26:25, 36:20, 36:23, 39:1, 39:5, 40:8, 40:11, 40:20, 42:2, 42:5, 43:1, 43:7, 43:11, 44:10, 44:21, 45:1, 45:12, 50:16, 50:21, 51:17, 51:19, 52:1, 53:9, 53:11, 57:19, 57:21, 58:4, 58:6, 58:17, 58:24, 59:20, 60:3, 66:18, 66:24, 66:25, 71:10, 71:13, 71:19, 72:21, 73:5, 73:6, 74:15, 74:18, 75:20, 77:9, 77:11, 79:2, 79:4, 80:12, 80:14, 81:2, 81:4,

231

81:8, 84:5, 84:7,
84:20, 84:22, 88:16,
89:8, 90:6, 91:17,
92:6, 93:9, 93:15,
98:12, 98:17, 100:15,
100:18, 100:20,
105:22, 105:24,
106:12, 106:14,
121:7, 121:11,
122:21, 122:24,
124:3, 124:7, 124:11,
126:9, 128:11,
128:13, 129:4,
129:12, 129:24, 130:2
**MS** [1] - 40:1
**multiple** [2] - 109:14,
109:16
**must** [1] - 49:2
**mutual** [8] - 18:23,
19:10, 87:14, 95:9,
95:16, 95:22, 95:23,
103:3

## N

**name** [6] - 12:15,
33:1, 33:5, 33:7, 36:3,
85:13
**names** [2] - 71:18,
71:20
**National** [2] - 14:3,
101:11
**national** [2] - 85:15,
98:5
**nature** [3] - 87:10,
91:22, 98:19
**near** [1] - 52:25
**necessarily** [3] -
28:3, 28:9, 86:11
**necessary** [1] - 92:7
**neck** [1] - 73:23
**need** [10] - 10:7,
11:11, 11:13, 78:8,
119:22, 120:4, 121:1,
121:2, 124:24
**needed** [2] - 117:16,
120:16
**negative** [5] - 7:9,
85:21, 94:19, 102:3,
102:8
**negatives** [1] -
102:10
**neighbor** [3] - 35:14,
82:4, 82:10
**net** [1] - 114:2
**Network** [2] - 108:17,
108:19
**never** [12] - 9:23,
10:6, 10:18, 10:19,

22:2, 52:19, 78:20,
88:5, 104:19, 104:20,
119:17, 119:18
**New** [7] - 1:18, 1:21,
2:4, 34:13, 127:11,
127:15
**new** [1] - 44:3
**news** [3] - 62:2, 62:5,
113:19
**newspapers** [1] -
9:12
**next** [13] - 5:13,
26:23, 31:18, 61:21,
73:10, 84:17, 121:23,
125:7, 125:10,
125:11, 126:10,
126:17, 127:2
**nieces** [2] - 82:7,
82:8
**night** [1] - 122:16
**none** [4] - 11:25,
14:15, 14:20, 32:3
**nonprofit** [3] - 46:2,
70:15, 91:2
**nonprofits** [3] - 7:5,
70:24, 72:6
**nonrefundable** [4] -
44:24, 66:13, 66:21,
126:20
**nonstocks** [1] - 21:9
**Northwest** [5] - 1:18,
1:21, 2:8, 2:11,
131:14
**not-for-profit** [2] -
46:5, 99:4
**note** [2] - 80:5, 88:25
**notes** [1] - 131:5
**nothing** [1] - 59:22
**notification** [3] -
114:5, 127:25, 128:5
**notwithstanding** [1]
- 43:2
**number** [2] - 23:14,
66:2
**numbers** [1] - 111:19
**nursing** [2] - 23:16,
23:21

## O

**object** [7] - 27:4,
44:24, 89:8, 89:10,
89:14, 89:21, 92:8
**objection** [19] -
13:15, 16:13, 16:15,
26:5, 26:15, 26:25,
39:5, 45:2, 50:21,
53:10, 71:14, 74:14,
74:17, 74:19, 121:12,

122:25, 124:11,
128:12, 128:13
**objections** [1] - 90:1
**objectively** [1] -
29:22
**obliged** [1] - 4:5
**obtain** [1] - 62:9
**obviously** [4] - 22:7,
62:24, 89:4, 113:11
**OCFO** [3] - 75:16,
75:20, 75:22
**OF** [2] - 1:1, 1:13
**offhand** [1] - 103:10
**office** [11] - 38:11,
38:12, 74:4, 74:7,
74:10, 75:23, 75:25,
77:16, 126:14, 130:4,
130:6
**offices** [2] - 38:8,
38:15
**official** [2] - 31:5,
131:12
**Official** [1] - 2:10
**Ohio** [2] - 12:14,
12:18
**old** [2] - 5:6, 9:5
**onboarding** [1] -
30:19
**one** [59] - 4:6, 7:11,
9:6, 12:5, 22:2, 22:3,
25:11, 26:17, 28:15,
31:3, 31:18, 31:22,
32:6, 34:17, 35:9,
40:18, 40:24, 48:15,
50:3, 52:19, 52:22,
53:3, 57:11, 61:13,
61:21, 64:16, 64:17,
64:18, 64:23, 66:6,
69:23, 73:10, 73:25,
81:19, 84:17, 94:21,
105:8, 107:9, 108:11,
112:4, 112:11,
113:22, 114:13,
114:16, 114:19,
114:20, 115:6,
115:25, 118:5,
121:23, 122:10,
122:14, 122:23,
123:12, 127:16,
127:25, 129:15
**ones** [3] - 19:11,
113:17, 120:16
**ongoing** [1] - 35:22
**online** [1] - 112:22
**open** [27] - 13:18,
18:18, 27:9, 36:25,
39:10, 40:23, 42:10,
44:13, 45:5, 50:24,
53:18, 57:24, 67:7,
71:23, 74:22, 77:21,

80:17, 84:10, 90:12,
92:13, 98:24, 106:3,
121:15, 123:2,
124:14, 126:16,
128:16
**opened** [3] - 32:25,
33:5, 33:7
**operate** [3] - 11:10,
102:14
**operation** [1] - 11:1
**opinion** [3] - 26:7,
85:23, 94:23
**opinions** [7] - 7:8,
25:25, 85:21, 94:19,
102:3, 102:7, 118:17
**order** [2] - 113:12,
121:24
**ordered** [1] - 36:6
**organization** [5] -
46:5, 99:3, 99:5, 99:9,
99:10
**organizations** [7] -
12:3, 23:4, 23:9,
23:18, 23:19, 65:5,
97:23
**organized** [1] - 23:15
**organizing** [4] -
72:13, 72:15, 72:20
**osteoarthritis** [1] -
15:24
**ought** [1] - 96:14
**outcomes** [1] - 20:10
**outside** [5] - 24:3,
67:22, 67:23, 125:12,
128:10
**outweighing** [1] -
7:16
**overall** [2] - 27:15,
27:16
**oversight** [3] - 96:14,
98:15, 99:15
**oversized** [1] - 94:23
**owe** [1] - 116:18
**owed** [1] - 117:22
**own** [34] - 7:19, 7:25,
11:16, 18:24, 19:8,
22:21, 23:15, 26:7,
31:20, 34:7, 39:22,
48:5, 55:19, 63:13,
86:18, 86:20, 95:18,
95:21, 96:16, 102:13,
102:14, 108:25,
110:16, 110:18,
110:25, 113:11, 118:7
**owned** [4] - 7:19,
20:21, 102:12, 108:24
**owners** [1] - 35:9

## P

**P.M** [1] - 1:20
**p.m** [1] - 1:7
**Page** [1] - 3:2
**paid** [7] - 22:24,
23:1, 44:1, 48:9,
55:22, 96:20, 118:24
**pain** [1] - 16:6
**panned** [2] - 110:11,
112:5
**paper** [1] - 20:22
**papers** [1] - 22:15
**paperwork** [1] -
114:13
**pardon** [1] - 56:6
**parents** [2] - 24:3,
119:14
**part** [6] - 65:23,
99:12, 104:24, 118:1,
120:9, 123:23
**partial** [1] - 9:20
**participate** [1] -
64:17
**participated** [1] -
22:3
**particular** [1] - 70:3
**particularly** [2] -
95:2, 108:14
**particulars** [1] -
99:18
**parties** [4] - 11:25,
88:22, 122:6, 123:15
**partly** [2] - 27:13,
27:17
**partner** [4] - 25:13,
28:19, 28:20, 49:4
**partner's** [2] - 49:4,
49:11
**party** [1] - 35:7
**passed** [3] - 118:12,
118:13, 118:15
**past** [11] - 8:8, 8:10,
18:19, 46:25, 68:13,
72:7, 86:14, 95:5,
102:21, 109:22, 110:4
**pay** [6] - 38:21,
49:10, 49:12, 116:21,
116:23, 118:12
**paying** [1] - 114:3
**Pennsylvania** [2] -
1:24, 23:12
**people** [16] - 11:14,
22:18, 34:5, 39:20,
54:15, 54:19, 59:7,
67:25, 70:18, 86:12,
99:20, 105:15, 116:5,
116:6, 119:24, 120:21
**people's** [1] - 95:2

**percent** [1] - 91:25
**perhaps** [1] - 118:5
**period** [3] - 59:5, 59:7, 125:15
**person** [3] - 4:23, 31:4, 52:20
**personal** [14] - 10:12, 15:14, 21:22, 23:24, 24:7, 43:17, 52:5, 54:2, 67:12, 67:16, 73:16, 118:21, 125:3, 127:7
**personally** [4] - 105:11, 118:18, 122:4, 123:13
**pertaining** [1] - 78:7
**petit** [1] - 127:9
**Ph.D** [1] - 60:22
**pharmaceutical** [1] - 110:12
**pharmaceuticals** [1] - 113:15
**phone** [3] - 40:20, 74:9, 103:13
**phrasing** [1] - 92:1
**physical** [2] - 15:16, 15:24
**pick** [1] - 47:5
**picked** [2] - 54:17, 114:23
**picking** [1] - 103:6
**place** [1] - 99:4
**places** [2] - 11:22, 66:4
**Plaintiff** [4] - 57:11, 57:15, 57:19, 121:11
**plaintiff** [1] - 114:21
**Plaintiffs** [37] - 1:4, 4:3, 5:11, 13:9, 15:6, 16:15, 25:9, 39:1, 40:2, 43:7, 45:1, 50:16, 51:17, 53:11, 58:4, 59:20, 66:18, 71:13, 73:5, 74:18, 77:9, 79:2, 80:12, 81:2, 84:5, 84:20, 88:16, 91:17, 98:12, 100:15, 100:18, 105:22, 106:12, 122:23, 122:24, 124:7, 128:11
**PLAINTIFFS** [3] - 1:18, 1:20, 2:2
**plan** [2] - 126:1, 126:11
**plane** [2] - 66:9, 66:21
**planet** [2] - 11:14, 11:15
**planned** [5] - 43:24,

126:3, 127:10, 127:16, 127:24
**plans** [4] - 47:19, 71:11, 71:25, 126:17
**play** [4] - 110:21, 110:23, 110:24, 112:22
**playing** [1] - 128:20
**PLLC** [1] - 1:18
**plus** [1] - 113:2
**point** [7] - 14:5, 26:6, 26:17, 40:6, 62:2, 113:25, 120:9
**pointed** [1] - 4:7
**points** [1] - 39:8
**poker** [1] - 112:22
**policy** [5] - 14:6, 17:14, 17:16, 17:25, 18:16
**political** [7] - 5:1, 70:10, 70:25, 71:5, 71:15, 72:16
**politics** [4] - 7:13, 7:16, 72:10, 102:11
**pollution** [2] - 6:18, 14:12
**pool** [1] - 124:24
**pop** [1] - 113:20
**popped** [1] - 113:22
**PORTER** [1] - 2:7
**portfolio** [2] - 21:4, 25:22
**portfolio's** [1] - 20:13
**pose** [1] - 105:19
**posed** [1] - 90:2
**position** [4] - 12:7, 55:13, 90:25, 126:13
**positions** [1] - 71:17
**positive** [4] - 7:8, 85:21, 94:19, 102:3
**positives** [1] - 102:10
**possession** [1] - 64:13
**possible** [2] - 29:11, 105:15
**possibly** [2] - 7:15, 7:18
**Postal** [1] - 82:3
**posture** [1] - 14:7
**potential** [1] - 52:3
**potentially** [2] - 58:19, 80:5
**power** [4] - 88:19, 88:21, 88:23, 95:3
**practices** [1] - 118:16
**precedence** [1] - 127:13

**prefer** [1] - 129:5
**PREFERRED** [1] - 1:10
**preliminary** [1] - 92:8
**prepared** [1] - 52:19
**presence** [2] - 24:7, 128:10
**preserve** [2] - 11:13, 11:14
**pressure** [1] - 29:6
**presume** [1] - 60:2
**pretty** [4] - 9:13, 81:6, 102:18, 108:17
**prevailing** [1] - 27:14
**previous** [4] - 45:23, 46:14, 49:3, 49:4
**previously** [2] - 30:23, 31:1
**prices** [1] - 62:12
**primary** [1] - 15:15
**principle** [1] - 44:24
**privately** [5] - 40:10, 59:11, 89:13, 106:19, 124:20
**probe** [3] - 25:19, 25:24, 89:2
**problem** [2] - 45:10, 78:23
**problems** [2] - 6:18, 6:19
**procedure** [1] - 58:23
**Proceedings** [1] - 130:11
**proceedings** [103] - 5:17, 13:7, 13:17, 15:4, 15:12, 16:9, 16:17, 17:2, 17:5, 25:7, 27:8, 30:1, 30:7, 36:18, 36:24, 37:5, 37:8, 38:24, 39:9, 39:24, 40:22, 42:3, 42:9, 42:25, 43:15, 44:8, 44:12, 44:19, 45:4, 45:9, 45:15, 50:14, 50:23, 51:15, 51:25, 53:7, 53:17, 53:22, 53:25, 57:17, 57:23, 58:2, 60:9, 66:16, 67:6, 67:21, 68:7, 68:10, 71:8, 71:22, 73:3, 73:14, 74:12, 74:21, 74:25, 75:4, 77:7, 77:20, 78:25, 79:10, 80:10, 80:16, 80:24, 81:16, 84:3, 84:9, 84:16, 85:3, 88:14, 90:11, 91:15, 92:12, 93:7,

93:21, 98:10, 98:23, 100:14, 101:1, 105:20, 106:2, 106:10, 106:25, 114:4, 121:5, 121:14, 121:20, 122:2, 122:19, 123:1, 123:7, 123:11, 124:1, 124:13, 124:18, 125:2, 126:7, 126:15, 127:1, 127:5, 128:9, 128:15, 128:19, 131:6
**process** [4] - 45:20, 49:12, 53:2, 120:17
**produced** [1] - 131:6
**professional** [5] - 12:3, 23:4, 65:5, 65:9, 97:23
**professor** [1] - 5:2
**profit** [3] - 25:15, 46:5, 99:4
**profit-sharing** [1] - 25:15
**progenitors** [1] - 7:17
**program** [3] - 30:18, 72:6, 91:6
**programs** [1] - 30:19
**progress** [2] - 128:23, 129:10
**project** [2] - 122:15, 122:17
**projects** [3] - 24:9, 45:22, 122:14
**propel** [1] - 11:12
**properties** [2] - 115:9, 115:14
**property** [3] - 48:3, 49:8, 78:2
**prosecuted** [1] - 40:4
**Prospective** [46] - 5:16, 15:3, 15:11, 17:1, 17:4, 29:25, 30:6, 37:4, 37:7, 42:24, 43:14, 45:8, 45:14, 51:14, 51:24, 53:21, 53:24, 58:1, 60:8, 67:20, 68:9, 73:2, 73:13, 74:24, 75:3, 78:24, 79:9, 80:23, 81:15, 84:15, 85:2, 93:6, 93:20, 100:13, 100:25, 106:9, 106:24, 121:19, 122:1, 123:6, 123:10, 124:17, 125:1, 126:25, 127:4, 128:18
**prospective** [1] -

77:13
**PROSPECTIVE** [568] - 5:19, 5:25, 6:3, 6:8, 6:10, 6:13, 6:16, 6:22, 6:25, 7:3, 7:12, 7:21, 7:23, 8:7, 8:12, 8:14, 8:20, 8:22, 8:24, 9:5, 9:12, 9:15, 9:20, 9:23, 10:1, 10:3, 10:11, 10:14, 10:16, 10:19, 10:23, 10:25, 11:6, 11:17, 11:19, 11:21, 11:25, 12:4, 12:6, 12:9, 12:11, 12:14, 12:16, 12:18, 12:20, 12:23, 13:4, 13:21, 14:11, 14:14, 14:16, 14:20, 14:23, 14:25, 15:2, 15:15, 15:20, 15:23, 16:3, 16:5, 16:22, 16:24, 17:11, 17:14, 17:16, 17:18, 17:20, 17:24, 18:3, 18:5, 18:8, 18:11, 18:15, 18:21, 19:1, 19:5, 19:10, 19:13, 19:16, 19:20, 19:22, 20:1, 20:5, 20:9, 20:21, 20:25, 21:2, 21:6, 21:9, 21:12, 21:16, 21:21, 21:24, 22:4, 22:9, 22:14, 22:18, 22:22, 22:24, 23:2, 23:5, 23:10, 23:19, 23:25, 24:3, 24:6, 24:9, 24:18, 24:22, 24:24, 25:3, 27:13, 27:16, 27:20, 27:23, 27:25, 28:2, 28:6, 28:11, 28:20, 28:23, 29:2, 29:11, 29:14, 29:18, 29:24, 30:12, 30:15, 30:18, 30:22, 31:1, 31:7, 31:11, 31:13, 31:15, 31:21, 31:25, 32:3, 32:6, 32:10, 32:14, 32:17, 32:21, 32:24, 33:4, 33:9, 33:15, 33:18, 33:23, 34:1, 34:4, 34:8, 34:10, 34:12, 34:17, 34:24, 35:5, 35:8, 35:13, 35:20, 35:23, 36:1, 36:10, 36:12, 36:15, 37:3, 37:11, 37:18, 37:25, 38:6, 38:11, 38:14, 38:18, 38:21, 39:14, 39:18, 41:1, 41:3, 41:10, 41:14, 41:20, 41:22, 41:24,

42:1, 42:13, 42:17, 42:19, 42:22, 43:19, 43:22, 44:1, 44:3, 44:5, 44:15, 44:17, 45:19, 46:1, 46:4, 46:7, 46:10, 46:14, 46:17, 46:19, 46:22, 47:1, 47:4, 47:6, 47:9, 47:12, 47:15, 47:18, 47:23, 48:1, 48:6, 48:8, 48:10, 48:12, 48:15, 48:19, 48:22, 48:24, 49:2, 49:6, 49:8, 49:15, 49:17, 49:21, 49:25, 50:3, 50:5, 50:7, 50:11, 51:2, 51:4, 51:6, 51:9, 51:12, 52:7, 52:9, 52:13, 52:24, 53:20, 54:4, 54:8, 54:14, 54:22, 55:4, 55:7, 55:10, 55:12, 55:14, 55:16, 55:18, 55:20, 55:23, 56:1, 56:4, 56:6, 56:8, 56:12, 56:15, 56:17, 56:19, 56:21, 56:25, 57:4, 57:8, 57:13, 60:14, 60:18, 60:20, 60:22, 60:25, 61:3, 61:5, 61:7, 61:12, 61:16, 61:23, 61:25, 62:6, 62:8, 62:16, 62:20, 63:1, 63:4, 63:7, 63:10, 63:14, 63:16, 63:18, 63:23, 64:1, 64:4, 64:7, 64:11, 64:16, 64:21, 64:24, 65:3, 65:6, 65:9, 65:14, 65:16, 65:18, 65:21, 65:23, 66:1, 66:5, 66:9, 66:12, 66:14, 67:9, 67:14, 68:16, 68:18, 68:23, 69:1, 69:4, 69:7, 69:10, 69:12, 69:15, 69:20, 69:23, 70:2, 70:6, 70:8, 70:10, 70:13, 70:15, 70:17, 70:20, 70:22, 70:24, 71:3, 71:5, 72:1, 72:5, 72:11, 72:13, 72:15, 72:17, 72:19, 72:25, 73:18, 73:21, 74:2, 74:5, 74:8, 75:8, 75:12, 75:15, 75:18, 75:22, 75:25, 76:3, 76:5, 76:8, 76:11, 76:14, 76:17, 76:20, 76:24, 77:3, 77:5, 77:23, 77:25, 78:3,

78:5, 78:7, 78:12, 78:14, 78:19, 78:21, 78:23, 79:13, 79:16, 79:18, 79:22, 79:24, 80:4, 80:8, 80:20, 81:23, 82:2, 82:7, 82:9, 82:11, 82:15, 82:18, 82:21, 82:23, 82:25, 83:2, 83:4, 83:6, 83:9, 83:11, 83:15, 83:18, 83:20, 83:22, 83:24, 84:13, 85:7, 85:10, 85:13, 85:15, 85:18, 85:24, 86:5, 86:8, 86:15, 86:20, 86:23, 87:1, 87:5, 87:8, 87:11, 87:13, 87:15, 87:18, 87:22, 87:25, 88:3, 88:5, 88:10, 90:15, 90:18, 90:21, 91:1, 91:5, 91:8, 91:10, 92:18, 92:22, 93:3, 93:5, 94:2, 94:5, 94:9, 94:11, 94:14, 94:16, 94:22, 95:1, 95:8, 95:12, 95:17, 95:20, 95:23, 96:3, 96:6, 96:9, 96:13, 96:17, 96:19, 96:21, 96:23, 97:1, 97:3, 97:6, 97:9, 97:12, 97:15, 97:17, 97:21, 97:24, 98:4, 98:6, 99:2, 99:11, 99:17, 100:5, 100:8, 100:12, 101:7, 101:10, 101:14, 101:18, 101:22, 101:24, 102:1, 102:7, 102:14, 102:17, 102:23, 103:4, 103:7, 103:10, 103:16, 103:19, 103:21, 103:23, 104:3, 104:7, 104:10, 104:12, 104:15, 104:17, 104:20, 104:24, 105:2, 105:8, 105:11, 105:13, 106:7, 107:3, 107:5, 107:7, 107:13, 107:17, 107:19, 107:23, 108:1, 108:5, 108:10, 108:12, 108:19, 109:1, 109:3, 109:6, 109:8, 109:10, 109:14, 109:19, 109:24, 110:1, 110:18, 110:24, 111:3, 111:5, 111:8, 111:12, 111:18, 111:22, 111:25,

112:4, 112:7, 112:11, 112:17, 112:20, 113:10, 115:7, 118:20, 118:23, 120:8, 122:8, 122:10, 122:13, 123:5, 123:17, 123:21, 124:16, 125:6, 125:10, 125:18, 125:22, 125:25, 126:19, 126:21, 127:9, 127:15, 127:20, 127:23, 128:2, 128:7
  **protecting** [1] - 116:13
  **Protection** [1] - 13:23
  **provided** [1] - 19:11
  **Prussia** [1] - 1:24
  **psychology** [2] - 17:25, 107:24
  **public** [3] - 17:24, 25:14, 116:13
  **publishing** [1] - 99:6
  **Puerto** [1] - 126:10
  **pull** [3] - 15:22, 86:3, 86:6
  **pulled** [2] - 40:3, 41:9
  **PURCHASE** [1] - 1:10
  **purchased** [1] - 128:3
  **pursued** [3] - 115:21, 116:6, 116:16
  **pursuing** [3] - 116:24, 117:20, 117:21
  **put** [16] - 4:2, 4:15, 26:13, 27:1, 27:5, 39:17, 49:2, 65:10, 78:8, 89:15, 89:22, 92:22, 102:23, 105:16, 108:15, 116:12
  **putting** [3] - 58:16, 58:22, 78:10

## Q

  **qualifies** [1] - 108:14
  **quarter** [1] - 32:11
  **questionnaire** [6] - 15:13, 17:7, 30:9, 54:1, 122:3, 123:13
  **questions** [27] - 5:20, 9:11, 13:6, 13:15, 17:6, 26:5,

27:5, 30:8, 36:16, 37:9, 38:23, 45:16, 50:12, 54:25, 60:10, 67:18, 68:12, 79:11, 80:2, 80:13, 80:14, 84:2, 90:5, 90:10, 98:9, 100:9, 105:19
  **quick** [1] - 110:8
  **quite** [8] - 8:25, 12:25, 13:2, 14:7, 20:22, 20:23, 39:16, 125:14
  **quote** [1] - 110:21
  **quote-unquote** [1] - 110:21

## R

  **race** [1] - 113:16
  **racetracks** [1] - 112:23
  **Radnor** [1] - 1:24
  **ran** [2] - 7:4, 8:1
  **rape** [1] - 40:5
  **Raskin** [3] - 4:8, 5:1, 53:13
  **RDR** [2] - 2:9, 131:3, 131:12
  **RE** [1] - 1:10
  **reach** [2] - 56:10, 97:14
  **reached** [4] - 50:4, 64:14, 83:7, 116:14
  **read** [4] - 9:6, 9:10, 11:1, 89:16
  **reading** [1] - 99:19
  **ready** [4] - 5:13, 73:10, 84:17, 129:16
  **real** [18] - 11:5, 20:20, 22:7, 32:22, 33:22, 33:24, 34:1, 34:4, 38:5, 47:22, 47:24, 48:3, 61:11, 61:16, 61:19, 62:23, 88:8, 113:8
  **realize** [2] - 112:13, 119:16
  **realized** [1] - 40:4
  **really** [22] - 54:17, 54:22, 57:13, 65:24, 73:18, 89:19, 92:23, 95:22, 99:25, 100:3, 103:7, 103:11, 104:18, 110:6, 114:24, 116:10, 116:16, 117:21, 119:1, 119:8, 119:10, 120:23
  **realtime** [1] - 89:16

**realty** [1] - 38:9
  **rearrange** [1] - 24:13
  **reason** [19] - 14:18, 15:14, 36:13, 52:5, 57:1, 57:10, 67:12, 71:1, 72:23, 77:1, 80:2, 84:11, 88:8, 93:1, 100:6, 106:5, 118:9, 120:9, 127:6
  **received** [3] - 127:25, 128:5, 129:6
  **recently** [1] - 34:18
  **recess** [3] - 68:4, 68:6, 128:25
  **recession** [2] - 69:21, 69:25
  **recharacterize** [1] - 92:7
  **recognize** [3] - 40:5, 40:18, 40:24
  **record** [10] - 4:2, 4:15, 43:8, 68:1, 77:25, 78:9, 78:11, 93:9, 93:10, 111:11
  **recorded** [1] - 78:8
  **recorder** [5] - 75:22, 75:25, 76:1, 77:4, 77:16
  **recording** [1] - 78:4
  **records** [3] - 77:25, 78:1, 78:8
  **recovered** [1] - 20:23
  **recruitment** [1] - 99:7
  **rectify** [1] - 6:18
  **reference** [1] - 58:20
  **referred** [2] - 39:6, 39:11
  **refundable** [2] - 44:4, 128:6
  **regarding** [1] - 122:17
  **registering** [1] - 70:17
  **regular** [2] - 111:13, 111:15
  **regularly** [1] - 118:13
  **regulators** [1] - 99:22
  **reinsurer** [2] - 122:15
  **related** [3] - 22:11, 25:23, 39:6
  **relating** [1] - 88:24
  **relations** [1] - 30:20
  **relationship** [4] - 11:2, 99:22, 99:23, 122:23
  **relatives** [2] - 6:1, 44:6

**relevant** [1] - 100:4
**reliant** [1] - 20:11
**relied** [1] - 18:25
**remainder** [1] -
27:21
**remark** [1] - 124:5
**remember** [14] -
21:2, 21:16, 34:22,
36:3, 49:7, 49:23,
56:12, 56:13, 64:10,
74:9, 97:7, 99:18,
99:19, 117:14
**removed** [1] - 5:12
**repair** [1] - 35:16
**repeat** [5] - 20:1,
28:7, 32:6, 64:4,
124:5
**rephrase** [1] - 90:7
**rephrasing** [1] - 90:3
**report** [1] - 4:5
**REPORTED** [1] - 2:9
**REPORTER** [6] -
15:18, 29:16, 42:18,
68:1, 72:18, 111:10
**Reporter** [2] - 2:10,
131:12
**reports** [1] - 9:13
**represent** [1] -
114:21
**request** [4] - 74:3,
74:6, 114:17, 127:10
**requested** [1] - 27:3
**require** [1] - 24:7
**research** [12] - 8:22,
10:6, 60:23, 62:3,
63:8, 63:9, 94:5, 94:7,
107:19, 110:25,
116:3, 117:1
**reselling** [1] - 62:11
**resentful** [1] - 119:10
**Reserve** [2] - 60:16,
63:8
**resist** [1] - 4:25
**resold** [1] - 63:19
**resolve** [1] - 58:13
**resources** [3] -
22:12, 30:23, 31:2
**respect** [2] - 26:9,
58:9
**respectfully** [1] -
58:6
**respond** [1] - 52:23
**response** [2] - 59:17,
59:18
**responsibility** [1] -
12:25
**responsible** [2] -
116:21, 118:24
**rest** [1] - 115:22
**restaurateurs** [1] -
102:19
**retail** [1] - 38:7
**retired** [24] - 15:3,
17:1, 29:25, 37:4,
42:24, 45:8, 51:14,
53:21, 58:1, 67:20,
73:2, 74:24, 78:24,
80:23, 82:11, 84:15,
93:6, 100:13, 106:9,
121:19, 123:6,
124:17, 126:25,
128:18
**retirement** [6] - 47:1,
47:6, 47:7, 47:19,
95:9, 110:19
**retroactive** [2] -
117:24, 119:4
**return** [4] - 37:1,
67:8, 80:19, 123:3
**returned** [1] - 7:25
**returns** [1] - 8:25
**Review** [1] - 5:5
**reviewed** [1] - 31:4
**Richmond** [2] -
76:24, 76:25
**Rico** [1] - 126:19
**Rights** [1] - 14:4
**rise** [1] - 68:5
**risk** [1] - 105:4
**risky** [2] - 62:11,
69:16
**Road** [1] - 1:24
**road** [1] - 52:14
**ROBERT** [1] - 2:2
**role** [4] - 12:24,
23:17, 65:12, 98:3
**roles** [2] - 23:20,
72:5
**Room** [1] - 2:12
**room** [1] - 120:21
**rough** [1] - 52:18
**row** [1] - 79:7
**Roy** [1] - 78:17
**ROYCE** [1] - 1:14
**Rudy** [34] - 4:3, 4:23,
13:9, 25:9, 26:16,
39:1, 43:7, 45:1,
50:16, 51:18, 52:1,
53:11, 57:19, 58:4,
58:17, 59:20, 66:18,
71:13, 74:18, 77:9,
79:2, 81:2, 84:5,
84:20, 88:16, 89:15,
91:17, 98:12, 105:22,
106:12, 122:24,
124:6, 124:7, 128:11
**RUDY** [50] - 1:23,
4:1, 4:20, 5:8, 13:9,
15:6, 16:15, 25:9,
26:16, 36:23, 39:1,
43:7, 43:11, 45:1,
50:16, 51:17, 52:1,
53:11, 57:19, 58:4,
58:17, 59:20, 66:18,
66:24, 71:13, 71:19,
73:5, 74:18, 77:9,
79:2, 80:12, 81:2,
81:8, 84:5, 84:20,
88:16, 90:6, 91:17,
93:9, 98:12, 100:15,
100:18, 105:22,
106:12, 121:11,
122:24, 124:7, 126:9,
128:11, 129:4
**rules** [2] - 62:9,
96:14
**run** [2] - 30:19, 57:12
**running** [3] - 8:6,
102:18, 113:23
**runs** [1] - 99:8

**S**

**sale** [5] - 115:17,
115:24, 117:2, 117:9,
120:11
**sales** [1] - 110:21
**Sandy** [1] - 48:15
**Saturday** [1] - 67:2
**save** [1] - 11:13
**savings** [1] - 95:10
**saw** [1] - 26:14
**scam** [1] - 112:13
**scare** [1] - 111:19
**scared** [2] - 111:21,
111:22
**scenario** [1] - 26:12
**schedule** [1] -
125:19
**scheduled** [2] - 44:1,
44:5
**scheduling** [3] -
58:8, 58:10, 59:1
**SCHILLER** [1] - 1:21
**SCHOLER** [1] - 2:7
**School** [1] - 101:12
**school** [13] - 10:17,
12:12, 12:13, 23:13,
60:24, 76:15, 81:9,
81:11, 83:15, 108:2,
123:23, 123:24
**schools** [1] - 23:11
**schoolteacher** [4] -
79:14, 81:7, 81:8,
81:11
**science** [3] - 70:10,
70:11, 71:5
**scientist** [1] - 94:5
**scores** [1] - 116:15
**search** [1] - 6:5
**seated** [14] - 14:19,
29:7, 29:9, 36:14,
57:2, 71:2, 72:24,
77:2, 80:3, 84:12,
88:7, 93:2, 93:17,
106:6
**SEC** [1] - 129:18
**second** [5] - 9:6,
24:10, 25:21, 59:6,
89:14
**secondly** [1] - 13:24
**sectors** [1] - 103:2
**securities** [7] - 11:4,
32:22, 33:21, 38:5,
47:21, 62:12, 62:23
**security** [1] - 22:6
**see** [14] - 4:18, 8:9,
13:5, 40:15, 71:6,
78:16, 84:1, 98:8,
102:9, 105:18,
116:17, 124:22,
126:12, 130:10
**sees** [1] - 27:1
**selected** [3] - 82:16,
82:25, 125:15
**selection** [2] - 59:3,
59:4
**Selection** [1] - 3:2
**selections** [1] -
95:19
**self** [1] - 19:6
**self-education** [1] -
19:6
**sell** [4] - 34:4, 34:5,
64:13, 115:14
**selling** [1] - 61:14
**sells** [2] - 38:8, 38:10
**send** [2] - 52:14,
114:5
**senior** [4] - 33:1,
51:6, 51:9, 99:3
**SENIOR** [2] - 1:10,
1:14
**seniors** [1] - 99:4
**sense** [3] - 20:7,
20:17, 69:12
**sent** [1] - 31:4
**separate** [3] - 42:14,
42:16, 42:21
**serious** [2] - 86:15,
115:19
**serve** [14] - 23:24,
24:17, 30:2, 40:16,
43:18, 66:8, 66:21,
67:13, 73:16, 125:4,
125:17, 125:21,
127:7, 127:22
**served** [5] - 6:10,
6:11, 55:25, 63:24,
64:7
**serves** [1] - 113:1
**service** [2] - 16:25,
23:6
**Service** [1] - 82:3
**services** [2] - 95:14,
99:3
**Services** [2] - 31:9,
34:13
**SESSION** [1] - 1:13
**settlement** [1] -
114:7
**seven** [1] - 117:6
**severely** [1] - 73:21
**share** [3] - 24:16,
66:7, 114:3
**shareholders** [6] -
89:6, 89:16, 89:17,
91:23, 91:24, 92:4
**sharing** [2] - 25:15,
35:2
**sharpening** [1] -
102:15
**sheets** [1] - 63:12
**Shellpoint** [1] -
34:13
**shingle** [1] - 7:25
**shocked** [1] - 5:8
**shocking** [1] - 5:7
**short** [6] - 68:4,
115:17, 115:24,
117:2, 117:9, 120:11
**shows** [1] - 108:23
**sic** [1] - 118:11
**side** [1] - 5:9
**sidebar** [27] - 13:8,
16:10, 25:8, 36:19,
38:25, 39:25, 42:4,
44:9, 44:20, 50:15,
53:8, 57:18, 66:17,
71:9, 74:13, 77:8,
80:11, 84:4, 88:15,
91:16, 98:11, 105:21,
121:6, 122:20, 124:2,
126:8, 128:10
**sides** [1] - 88:9
**Sigma** [1] - 12:6
**significant** [7] - 8:15,
20:19, 61:10, 61:18,
113:7, 115:2, 115:16
**Silver** [1] - 38:15
**similar** [2] - 72:5,
91:21
**similarities** [1] - 20:5
**similarity** [1] - 20:9
**sister's** [1] - 115:12
**sitting** [1] - 31:23
**situation** [12] -
35:11, 35:17, 114:25,
115:10, 115:19,

116:5, 116:6, 118:2, 118:4, 118:18, 119:14, 126:12
**situations** [1] - 117:17
**six** [2] - 7:24, 44:6
**skill** [1] - 105:4
**skipped** [1] - 123:12
**slowed** [1] - 33:12
**slowly** [1] - 103:23
**small** [4] - 23:20, 99:4, 99:5, 102:18
**smart** [1] - 113:2
**smiled** [1] - 4:14
**social** [10] - 12:2, 23:3, 65:5, 90:16, 90:18, 90:19, 97:22, 98:1, 108:21, 108:22
**sociology** [1] - 46:20
**soft** [1] - 26:8
**software** [2] - 117:16, 120:14
**sold** [1] - 115:16
**sole** [2] - 8:6, 109:4
**someone** [39] - 5:9, 5:22, 11:3, 17:8, 20:18, 22:5, 30:10, 32:25, 33:6, 33:17, 33:20, 34:15, 34:21, 35:1, 35:14, 35:16, 35:18, 38:3, 45:17, 47:20, 48:20, 54:12, 54:18, 55:2, 60:11, 61:9, 61:18, 62:21, 75:5, 75:10, 81:19, 85:5, 93:23, 101:3, 107:1, 113:6, 115:1, 118:23, 125:23
**sometimes** [5] - 54:18, 86:1, 86:23, 110:6, 111:5
**somewhat** [1] - 10:1
**son** [2] - 123:21, 123:22
**soon** [2] - 113:22, 130:1
**sophomore** [1] - 37:14
**sorority** [2] - 12:4, 12:23
**sorry** [39] - 6:9, 15:18, 16:3, 17:15, 20:1, 24:5, 28:6, 29:16, 30:25, 37:13, 38:10, 41:3, 41:14, 41:18, 46:9, 48:12, 49:3, 51:8, 55:6, 63:1, 64:4, 68:17, 69:14, 69:22, 72:14, 74:5, 77:23, 82:23, 83:5,

86:5, 86:25, 94:10, 100:17, 101:25, 105:8, 111:10, 125:9, 127:20
**sort** [7] - 26:19, 88:21, 89:2, 110:11, 115:9, 116:20, 118:25
**sorts** [1] - 4:22
**sounded** [3] - 26:8, 58:11, 58:18
**sounds** [1] - 129:24
**source** [2] - 8:6, 109:4
**sources** [1] - 113:12
**South** [1] - 31:16
**Southeastern** [1] - 31:16
**space** [3] - 11:7, 38:11, 119:1
**spaces** [1] - 38:12
**specialist** [4] - 30:24, 31:3, 31:8, 73:23
**specific** [6] - 62:4, 114:17, 117:18, 119:6, 128:4
**specifically** [4] - 103:19, 114:12, 120:8, 120:12
**spend** [2] - 14:5, 22:19
**spent** [2] - 110:10, 123:24
**sponsor** [1] - 65:10
**sponsored** [4] - 10:22, 21:14, 62:14, 62:19
**sport** [1] - 9:9
**Spring** [2] - 38:15, 48:16
**spry** [1] - 13:3
**stack** [1] - 129:9
**staff** [1] - 99:12
**staffing** [2] - 30:24, 31:2
**stage** [1] - 73:19
**Stage** [1] - 73:22
**stand** [1] - 41:6
**standpoint** [2] - 11:9, 119:10
**STANTON** [1] - 2:7
**Stanton** [1] - 129:12
**start** [5] - 15:16, 50:18, 51:1, 109:2, 128:24
**started** [5] - 53:1, 113:13, 113:21, 115:21, 117:3
**starting** [4] - 15:24, 112:11, 113:11,

117:23
**State** [3] - 31:17, 46:15, 46:17
**state** [1] - 46:17
**STATES** [2] - 1:1, 1:14
**States** [3] - 2:10, 13:23, 131:13
**statistical** [3] - 17:21, 18:16, 22:14
**Statistics** [1] - 60:15
**statute** [1] - 118:11
**stay** [3] - 9:7, 37:22, 119:23
**stealing** [1] - 39:15
**steeped** [1] - 10:4
**steer** [1] - 109:20
**stenographic** [1] - 131:5
**step** [7] - 16:20, 41:19, 41:21, 41:24, 67:19, 74:23, 128:17
**Stern** [26] - 4:21, 13:13, 15:7, 26:3, 36:20, 43:1, 51:19, 53:9, 58:24, 59:12, 73:6, 74:15, 77:11, 79:4, 81:4, 84:22, 100:20, 105:24, 106:14, 121:7, 122:21, 123:18, 123:19, 124:3, 124:9, 128:14
**STERN** [51] - 2:6, 4:11, 4:21, 13:13, 15:7, 16:13, 26:3, 26:25, 36:20, 39:5, 40:8, 40:11, 40:20, 42:2, 42:5, 43:1, 44:10, 44:21, 45:12, 50:21, 51:19, 53:9, 57:21, 58:6, 58:24, 60:3, 66:25, 71:10, 72:21, 73:6, 74:15, 75:20, 77:11, 79:4, 80:14, 81:4, 84:7, 84:22, 89:8, 92:6, 93:15, 98:17, 100:20, 105:24, 106:14, 121:7, 122:21, 124:3, 124:11, 128:13, 130:2
**Stern's** [1] - 123:21
**still** [11] - 13:3, 31:22, 35:22, 54:13, 96:18, 111:20, 112:8, 114:16, 116:1, 116:17
**stimulation** [1] - 9:15
**stock** [36] - 8:11, 8:16, 9:25, 18:20, 19:7, 19:24, 20:4,

20:19, 25:22, 27:21, 31:19, 31:22, 32:15, 46:25, 47:16, 61:10, 61:13, 61:19, 68:14, 69:8, 86:14, 87:8, 88:1, 89:1, 91:25, 92:16, 92:20, 95:5, 96:1, 96:7, 102:22, 104:22, 104:25, 109:23, 112:15, 113:7
**STOCK** [1] - 1:10
**stockholders** [1] - 89:5
**stocks** [17] - 8:14, 8:15, 18:22, 20:16, 20:21, 21:5, 21:6, 27:21, 87:12, 87:15, 95:9, 103:6, 110:2, 110:12, 113:14, 113:18, 114:5
**stopped** [1] - 118:10
**story** [1] - 62:2
**strange** [1] - 26:23
**strangeness** [1] - 26:21
**strategies** [1] - 6:18
**strategy** [1] - 105:3
**Strayer** [1] - 31:13
**street** [8] - 49:20, 49:21, 56:3, 56:4, 82:20, 82:21, 96:25, 97:1
**stricken** [2] - 30:3, 43:12
**strict** [1] - 96:14
**strike** [7] - 43:3, 43:4, 59:14, 59:19, 121:9, 121:21, 122:22
**striking** [1] - 121:12
**strong** [8] - 7:8, 21:19, 37:21, 62:18, 69:24, 85:21, 94:18, 102:3
**struck** [2] - 68:2, 68:3
**structure** [1] - 25:16
**struggles** [1] - 118:2
**study** [2] - 86:21, 94:15
**stuff** [2] - 39:21, 120:10
**subcontractor** [1] - 107:10
**subject** [1] - 70:9
**submitted** [1] - 114:13
**subprime** [1] - 62:10
**substitute** [1] - 58:11
**sudden** [1] - 115:21
**sued** [1] - 35:9

**suffers** [1] - 52:10
**suggest** [1] - 58:15
**suing** [1] - 89:5
**summer** [1] - 125:19
**summons** [5] - 59:3, 59:8, 127:19, 127:22, 130:4
**SunTrust** [1] - 48:16
**SUNY** [1] - 90:22
**SUNY-Fredonia** [1] - 90:22
**super** [1] - 86:15
**super-serious** [1] - 86:15
**Superior** [2] - 64:2, 64:7
**supervisor** [1] - 46:14
**support** [1] - 113:17
**supported** [1] - 41:11
**suppose** [1] - 88:6
**supposed** [1] - 125:11
**surprised** [2] - 5:4, 124:8
**survey** [1] - 63:10
**sustainability** [3] - 6:17, 8:2, 11:7
**sustained** [1] - 90:2
**Sweetgreen** [1] - 87:9
**system** [8] - 57:14, 120:11, 120:12, 120:13, 120:17, 120:18, 120:25

## T

**table** [1] - 11:11
**talks** [1] - 54:18
**target** [2] - 47:7, 107:20
**taxes** [1] - 118:25
**teacher** [2] - 81:12, 111:19
**team** [1] - 4:12
**teammates** [1] - 109:17
**tech** [2] - 94:23, 95:1
**technically** [1] - 117:10
**technologies** [1] - 10:4
**teens** [1] - 64:1
**television** [1] - 108:17
**tempted** [1] - 4:22
**tendencies** [1] -

112:21
  **tenth** [1] - 55:18
  **term** [8] - 10:13,
10:16, 10:21, 10:24,
10:25, 21:14, 62:13,
102:25
  **terms** [8] - 22:17,
22:18, 27:1, 27:5,
28:14, 89:22, 113:18,
118:4
  **testified** [1] - 41:13
  **Texas** [1] - 108:2
  **THE** [712] - 1:1, 1:14,
1:17, 1:20, 2:2, 2:5,
4:10, 4:18, 4:25, 5:10,
5:13, 5:14, 5:15, 5:18,
5:20, 6:2, 6:7, 6:9,
6:12, 6:15, 6:20, 6:24,
7:1, 7:7, 7:19, 7:22,
8:5, 8:8, 8:13, 8:18,
8:21, 8:23, 9:2, 9:10,
9:14, 9:16, 9:21, 9:24,
10:2, 10:9, 10:12,
10:15, 10:18, 10:21,
10:24, 11:3, 11:16,
11:18, 11:20, 11:23,
12:2, 12:5, 12:7,
12:10, 12:13, 12:15,
12:17, 12:19, 12:21,
13:2, 13:5, 13:19,
14:9, 14:13, 14:15,
14:17, 14:21, 14:24,
15:1, 15:5, 15:10,
15:13, 15:18, 15:22,
16:2, 16:4, 16:8,
16:11, 16:19, 16:20,
16:23, 17:3, 17:6,
17:13, 17:15, 17:17,
17:19, 17:23, 18:1,
18:4, 18:7, 18:10,
18:14, 18:18, 18:24,
19:2, 19:9, 19:12,
19:14, 19:18, 19:21,
19:24, 20:3, 20:8,
20:18, 20:24, 21:1,
21:5, 21:7, 21:11,
21:13, 21:19, 21:22,
22:2, 22:5, 22:13,
22:17, 22:21, 22:23,
23:1, 23:3, 23:8,
23:17, 23:23, 24:2,
24:5, 24:8, 24:14,
24:21, 24:23, 25:1,
25:6, 27:7, 27:10,
27:15, 27:18, 27:22,
27:24, 28:1, 28:3,
28:8, 28:14, 28:21,
29:1, 29:4, 29:13,
29:16, 29:23, 30:2,
30:5, 30:8, 30:14,

30:17, 30:21, 30:25,
31:6, 31:10, 31:12,
31:14, 31:18, 31:24,
32:1, 32:4, 32:8,
32:12, 32:15, 32:18,
32:22, 33:3, 33:8,
33:14, 33:17, 33:20,
33:25, 34:3, 34:7,
34:9, 34:11, 34:15,
34:22, 35:4, 35:6,
35:12, 35:19, 35:22,
35:25, 36:7, 36:11,
36:13, 36:16, 37:1,
37:6, 37:9, 37:15,
37:20, 38:3, 38:10,
38:13, 38:17, 38:19,
38:22, 39:11, 39:16,
40:18, 40:24, 41:2,
41:6, 41:7, 41:8,
41:12, 41:19, 41:21,
41:23, 41:25, 42:11,
42:15, 42:18, 42:20,
42:23, 43:6, 43:10,
43:12, 43:13, 43:16,
43:21, 43:25, 44:2,
44:4, 44:7, 44:14,
44:16, 45:3, 45:6,
45:10, 45:13, 45:16,
45:25, 46:3, 46:6,
46:9, 46:12, 46:16,
46:18, 46:21, 46:24,
47:3, 47:5, 47:8,
47:10, 47:13, 47:16,
47:20, 47:25, 48:5,
48:7, 48:9, 48:11,
48:13, 48:18, 48:20,
48:23, 48:25, 49:5,
49:7, 49:14, 49:16,
49:19, 49:23, 50:2,
50:4, 50:6, 50:8,
50:12, 50:25, 51:3,
51:5, 51:8, 51:11,
51:13, 51:16, 51:22,
51:23, 52:4, 52:8,
52:12, 52:22, 53:6,
53:15, 53:19, 53:23,
54:1, 54:7, 54:12,
54:18, 54:25, 55:6,
55:9, 55:11, 55:13,
55:15, 55:17, 55:19,
55:21, 55:25, 56:2,
56:5, 56:7, 56:10,
56:13, 56:16, 56:18,
56:20, 56:22, 57:1,
57:6, 57:10, 57:16,
57:25, 58:3, 60:4,
60:7, 60:10, 60:17,
60:19, 60:21, 60:24,
61:1, 61:4, 61:6, 61:9,
61:15, 61:17, 61:24,
62:5, 62:7, 62:13,

62:18, 62:21, 63:2,
63:5, 63:9, 63:13,
63:15, 63:17, 63:21,
63:24, 64:3, 64:6,
64:9, 64:14, 64:20,
64:22, 64:25, 65:4,
65:8, 65:12, 65:15,
65:17, 65:19, 65:22,
65:25, 66:3, 66:6,
66:11, 66:13, 66:15,
66:22, 67:4, 67:8,
67:11, 67:17, 67:22,
67:23, 67:24, 68:1,
68:3, 68:5, 68:8,
68:11, 68:17, 68:20,
68:24, 69:2, 69:5,
69:8, 69:11, 69:14,
69:17, 69:22, 70:1,
70:4, 70:7, 70:9,
70:12, 70:14, 70:16,
70:19, 70:21, 70:23,
71:1, 71:4, 71:6,
71:18, 71:24, 72:3,
72:7, 72:12, 72:14,
72:16, 72:18, 72:20,
72:22, 73:1, 73:4,
73:9, 73:10, 73:11,
73:12, 73:15, 73:20,
73:25, 74:3, 74:6,
74:11, 74:14, 74:20,
74:23, 75:1, 75:2,
75:5, 75:9, 75:14,
75:17, 75:19, 75:21,
75:24, 76:1, 76:4,
76:7, 76:10, 76:12,
76:16, 76:19, 76:22,
76:25, 77:4, 77:6,
77:19, 77:22, 77:24,
78:1, 78:4, 78:6,
78:10, 78:13, 78:15,
78:20, 78:22, 79:1,
79:6, 79:8, 79:11,
79:15, 79:17, 79:20,
79:23, 80:1, 80:7,
80:9, 80:18, 80:21,
80:25, 81:6, 81:10,
81:14, 81:17, 81:25,
82:5, 82:8, 82:10,
82:13, 82:17, 82:19,
82:22, 82:24, 83:1,
83:3, 83:5, 83:7,
83:10, 83:13, 83:16,
83:19, 83:21, 83:23,
84:1, 84:11, 84:14,
84:17, 84:18, 84:25,
85:1, 85:4, 85:9,
85:12, 85:14, 85:17,
85:20, 86:3, 86:6,
86:13, 86:17, 86:21,
86:25, 87:3, 87:6,
87:10, 87:12, 87:14,

87:16, 87:19, 87:23,
88:1, 88:4, 88:7,
88:12, 90:1, 90:9,
90:13, 90:17, 90:20,
90:24, 91:4, 91:7,
91:9, 91:13, 92:10,
92:14, 92:20, 93:1,
93:4, 93:8, 93:13,
93:16, 93:19, 93:22,
94:4, 94:7, 94:10,
94:12, 94:15, 94:17,
94:25, 95:4, 95:11,
95:16, 95:18, 95:21,
95:25, 96:4, 96:7,
96:10, 96:16, 96:18,
96:20, 96:22, 96:24,
97:2, 97:5, 97:7,
97:11, 97:14, 97:16,
97:18, 97:22, 98:2,
98:5, 98:8, 98:22,
98:25, 99:10, 99:13,
100:2, 100:6, 100:9,
100:17, 100:19,
100:23, 100:24,
101:2, 101:9, 101:13,
101:17, 101:20,
101:23, 101:25,
102:2, 102:12,
102:16, 102:21,
103:3, 103:6, 103:9,
103:15, 103:17,
103:20, 103:22,
103:25, 104:5, 104:9,
104:11, 104:14,
104:16, 104:19,
104:22, 104:25,
105:6, 105:9, 105:12,
105:18, 106:1, 106:4,
106:11, 106:16,
106:17, 106:18,
106:23, 107:1, 107:4,
107:6, 107:12,
107:15, 107:18,
107:21, 107:25,
108:2, 108:6, 108:11,
108:18, 108:24,
109:2, 109:4, 109:7,
109:9, 109:12,
109:18, 109:20,
109:25, 110:15,
110:23, 111:1, 111:4,
111:7, 111:10,
111:16, 111:20,
111:23, 112:2, 112:6,
112:10, 112:15,
112:19, 113:6, 115:3,
118:19, 118:22,
120:6, 121:4, 121:13,
121:16, 121:21,
121:25, 122:3, 122:9,
122:12, 122:18,

123:3, 123:8, 123:9,
123:12, 123:19,
123:25, 124:12,
124:15, 124:19,
124:25, 125:3, 125:9,
125:14, 125:20,
125:23, 126:5,
126:14, 126:17,
126:20, 126:23,
127:2, 127:3, 127:6,
127:13, 127:18,
127:21, 128:1, 128:6,
128:8, 128:17,
128:20, 129:3, 129:8,
129:23, 129:25, 130:3
  **therapy** [2] - 15:16,
15:24
  **Thereupon** [47] -
5:16, 15:3, 15:11,
17:1, 17:4, 29:25,
30:6, 37:4, 37:7,
42:24, 43:14, 45:8,
45:14, 51:14, 51:24,
53:21, 53:24, 58:1,
60:8, 67:20, 68:6,
68:9, 73:2, 73:13,
74:24, 75:3, 78:24,
79:9, 80:23, 81:15,
84:15, 85:2, 93:6,
93:20, 100:13,
100:25, 106:9,
106:24, 121:19,
122:1, 123:6, 123:10,
124:17, 125:1,
126:25, 127:4, 128:18
  **Theta** [1] - 12:6
  **thinking** [2] - 39:13,
115:13
  **third** [3] - 21:3,
25:22, 27:11
  **thirds** [1] - 27:21
  **thoughts** [1] - 25:25
  **three** [9] - 30:19,
52:18, 52:25, 79:6,
97:13, 99:11, 102:18,
124:22, 125:25
  **throughout** [2] -
38:15, 38:17
  **ticket** [2] - 66:9,
66:21
  **tickets** [4] - 126:11,
126:20, 126:21, 128:2
  **time-staff** [1] - 99:12
  **timing** [1] - 57:3
  **today** [3] - 119:22,
124:23, 129:19
  **together** [1] - 123:24
  **tomorrow** [5] -
128:24, 129:2, 129:5,
129:24, 130:10

**took** [3] - 8:3, 27:22, 52:24
**tools** [2] - 6:17, 102:20
**top** [4] - 28:11, 104:3, 112:1, 113:17
**total** [1] - 114:2
**totally** [1] - 129:20
**tough** [1] - 119:20
**Towers** [6] - 18:5, 18:8, 22:10, 24:20, 25:12, 25:14
**TOWERS** [1] - 18:9
**track** [1] - 110:20
**trade** [9] - 19:19, 32:13, 47:14, 69:6, 87:24, 96:5, 104:6, 110:5, 115:24
**traded** [11] - 9:21, 19:18, 32:12, 47:13, 69:5, 87:23, 96:4, 104:5, 112:2, 114:6, 114:18
**trader** [1] - 110:5
**trades** [1] - 110:22
**train** [1] - 29:18
**training** [9] - 9:2, 19:4, 32:2, 68:21, 87:17, 99:7, 103:17, 111:16, 111:18
**transcript** [2] - 131:5, 131:6
**TRANSCRIPT** [1] - 1:13
**transparent** [1] - 103:14
**traveling** [1] - 80:5
**treatment** [3] - 15:16, 15:21, 52:25
**trial** [11] - 24:12, 56:5, 56:7, 59:10, 64:3, 64:6, 82:22, 82:24, 97:11, 97:12, 126:2
**TRIAL** [1] - 1:13
**trickles** [1] - 119:6
**tried** [2] - 116:7, 116:10
**trip** [4] - 67:8, 67:9, 127:10, 127:15
**tripled** [1] - 104:12
**trouble** [2] - 24:1, 119:16
**true** [2] - 131:4, 131:5
**Truist** [2] - 48:16, 48:18
**trust** [1] - 105:17
**try** [9] - 4:25, 53:4, 61:13, 90:6, 90:7,

105:14, 109:20, 119:22, 130:6
**trying** [7] - 53:2, 89:16, 110:13, 112:10, 113:14, 119:24, 120:23
**turn** [1] - 104:11
**turned** [2] - 117:14, 117:15
**turns** [1] - 116:3
**TV** [1] - 108:23
**twenty** [1] - 64:1
**twenty-teens** [1] - 64:1
**Twitter** [1] - 87:9
**two** [39] - 24:18, 25:10, 27:21, 33:23, 34:1, 43:20, 43:23, 48:15, 49:25, 54:5, 54:9, 54:15, 54:16, 54:24, 58:19, 58:20, 59:5, 59:6, 59:9, 64:7, 64:18, 70:20, 70:22, 76:15, 76:17, 109:16, 110:9, 113:22, 114:12, 115:9, 119:20, 119:21, 125:12, 125:15, 125:16, 125:18, 125:20, 129:14
**two-thirds** [1] - 27:21
**two-week** [4] - 59:5, 59:6, 125:12, 125:15
**type** [2] - 32:19, 114:4

## U

**U.S** [7] - 7:10, 17:11, 45:23, 45:24, 85:22, 94:20, 102:4
**unability** [1] - 52:13
**unable** [3] - 52:11, 59:24, 60:2
**unclear** [1] - 58:18
**uncomfortable** [1] - 29:13
**Under** [1] - 14:4
**under** [3] - 26:12, 35:14, 101:15
**undergrad** [2] - 23:12, 90:21
**undergraduate** [5] - 12:12, 12:13, 23:11, 61:1, 71:4
**understood** [2] - 35:2, 129:12
**underwriting** [7] -

11:5, 22:7, 33:22, 38:5, 47:22, 62:23, 120:13
**unemployed** [2] - 70:13, 116:2
**unfortunately** [4] - 66:19, 114:22, 114:23, 128:7
**unit** [2] - 35:10, 35:15
**United** [2] - 13:23, 131:13
**UNITED** [2] - 1:1, 1:14
**united** [1] - 2:10
**University** [13] - 12:14, 23:12, 31:13, 31:16, 31:17, 46:22, 60:25, 61:8, 76:21, 79:18, 79:24, 90:23, 108:1
**university** [1] - 108:5
**unless** [1] - 115:18
**unnecessary** [1] - 119:11
**unprecedented** [1] - 116:4
**unquote** [1] - 110:21
**up** [27] - 4:6, 4:15, 5:10, 15:22, 16:1, 25:10, 33:5, 33:7, 37:13, 39:2, 39:22, 41:6, 50:13, 50:20, 52:20, 82:1, 90:8, 91:19, 91:20, 98:13, 113:24, 113:25, 116:2, 119:21, 123:23, 129:8
**update** [4] - 117:16, 120:17, 121:1, 121:2
**updating** [1] - 120:18
**upset** [1] - 119:11
**Urbana** [1] - 46:23
**Urbana-Champaign** [1] - 46:23
**USAA** [1] - 95:14
**USAID** [1] - 51:2

## V

**vacation** [10] - 43:24, 44:1, 44:11, 44:22, 67:3, 125:8, 125:13, 126:3, 126:10, 130:5
**vaccine** [1] - 110:13
**vaccines** [1] - 113:16
**value** [2] - 20:13, 91:25
**Vanguard** [3] -

68:16, 68:18, 68:25
**variety** [2] - 18:15, 23:6
**various** [3] - 6:16, 7:5, 22:11
**VARMA** [1] - 2:5
**VCU** [2] - 37:13, 76:17
**venture** [1] - 26:7
**verdict** [2] - 26:22, 29:4, 50:4, 56:10, 64:14, 83:8, 97:14
**viability** [2] - 21:20, 62:19
**victim** [2] - 32:19, 40:4
**view** [1] - 29:9
**views** [9] - 21:19, 37:15, 37:21, 61:22, 61:24, 62:18, 69:17, 96:10, 115:4
**Village** [1] - 97:25
**VINCENT** [1] - 1:17
**violence** [1] - 97:10
**Virginia** [9] - 48:2, 49:8, 54:9, 76:20, 76:22, 76:24, 108:1, 108:5, 115:12
**voir** [1] - 4:7
**voir-dired** [1] - 4:7
**volatile** [1] - 104:18
**volunteer** [2] - 23:15, 99:7
**volunteered** [1] - 23:14
**volunteers** [2] - 23:20, 72:21
**vote** [2] - 29:9, 70:18
**voted** [1] - 29:7
**vs** [1] - 1:5

## W

**W-A-T-S-O-N** [1] - 18:9
**wait** [4] - 90:7, 116:19, 117:6, 119:12
**waiting** [1] - 114:16
**waking** [1] - 119:21
**walk** [1] - 52:20
**walked** [1] - 4:14
**wants** [1] - 58:21
**Washington** [10] - 1:6, 1:19, 1:22, 2:8, 2:12, 33:15, 79:19, 79:25, 97:25, 131:14
**watch** [2] - 99:21, 113:19
**Watson** [6] - 18:6,

18:9, 22:10, 24:20, 25:12, 25:14
**Watt/Calabria** [2] - 129:15, 129:21
**WAVA** [2] - 97:24, 98:2
**ways** [1] - 118:3
**Wednesday** [2] - 73:24, 127:10
**week** [19] - 50:3, 56:8, 59:5, 59:6, 59:9, 64:8, 67:9, 99:12, 125:7, 125:10, 125:11, 125:12, 125:15, 126:10, 126:17, 129:17
**week-long** [1] - 67:9
**weeks** [13] - 43:20, 43:23, 54:5, 54:9, 54:16, 54:24, 58:19, 58:20, 59:10, 125:16, 125:18, 125:21
**welcome** [1] - 29:24
**Wells** [2] - 32:25, 33:5
**West** [1] - 78:16
**whatsoever** [1] - 129:10
**whereas** [1] - 113:3
**whole** [4] - 32:24, 44:5, 52:21, 91:23
**Wild** [1] - 78:16
**Wildlife** [1] - 14:3
**William** [1] - 61:3
**Williams** [1] - 77:5
**willing** [2] - 54:20
**Willis** [7] - 18:5, 18:7, 18:8, 22:10, 24:19, 25:12, 25:14
**WILLIS** [1] - 18:8
**win** [1] - 57:12
**window** [1] - 125:12
**Windows** [1] - 121:1
**wise** [2] - 9:5, 109:10
**wishes** [2] - 43:4, 121:8
**witness** [3] - 35:7, 35:11, 35:12
**woke** [1] - 52:19
**woman** [2] - 9:5, 124:8
**won** [1] - 36:2
**word** [4] - 4:14, 39:3, 59:25, 99:23
**wording** [1] - 91:14
**words** [1] - 30:3
**works** [16] - 28:17, 38:7, 45:23, 46:12, 46:15, 53:3, 55:4, 55:7, 60:11, 60:15,

63:10, 75:10, 85:8,
85:10, 112:6, 120:20
**world** [1] - 46:11
**worthwhile** [1] - 26:6
**Wow** [1] - 119:16
**WR** [4] - 122:8,
122:9, 122:14, 122:16
**wR** [1] - 122:10
**writing** [2] - 22:15,
122:16
**written** [1] - 77:15
**wrongdoing** [1] -
32:20
**wrote** [2] - 5:2, 5:5

## X

**XYZ** [1] - 117:11

## Y

**year** [6] - 17:18,
37:14, 45:11, 76:3,
109:15
**years** [31] - 7:4, 7:24,
8:2, 8:4, 13:22, 18:22,
23:6, 34:19, 49:17,
52:18, 52:25, 54:15,
55:16, 55:24, 56:1,
70:20, 70:22, 76:11,
76:15, 76:18, 97:4,
102:18, 109:3, 110:4,
110:9, 117:1, 117:3,
117:6, 119:21, 123:22
**York** [5] - 1:21, 2:4,
127:11, 127:15
**young** [1] - 70:17
**yourself** [6] - 8:19,
47:11, 68:15, 87:4,
105:15, 111:1