### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., ET AL., et al, | Civil Action No. 1:13-1053 |
| Plaintiffs, | |
| vs. | July 27, 2023 Washington, DC |
| FEDERAL HOUSING FINANCE AGENCY, et al, | 10:48 a.m. |
| Defendants. | |
| _____ | |
| In re: FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS. | Miscellaneous Action No. 1:13-1288 |
| _____ | |

### *** MORNING SESSION ***
TRANSCRIPT OF JURY TRIAL - DAY 4
**BEFORE THE HONORABLE ROYCE C. LAMBERTH**
UNITED STATES DISTRICT SENIOR JUDGE

APPEARANCES:

**For Plaintiffs**          **VINCENT COLATRIANO**
**Fairholme Funds, et al:**   Cooper & Kirk, PLLC
                        1523 New Hampshire Avenue NW
                        Washington, D.C. 20036

```
APPEARANCES CONTINUED:


For Class Plaintiffs:    LEE D. RUDY
                         Kessler Topaz Meltzer & Check, LLP
                         280 King of Prussia Road
                         Radnor, Pennsylvania 19087

                         HAMISH HUME
                         KENYA KHALELAH DAVIS
                         Boies Schiller Flexner LLP
                         1401 New York Avenue NW
                         Washington, D.C. 20005

                         ROBERT KRAVETZ
                         Bernstein Litowitz Berger &
                         Grossmann LLP
                         1251 Avenue of the Americas
                         New York, NY 10020



For Defendants FHFA,     ASIM VARMA
Fannie Mae and           ROBERT STANTON JONES
Freddie Mac:             IAN S. HOFFMAN
                         DAVID BLOCK BERGMAN
                         Arnold & Porter Kaye Scholer LLP
                         601 Massachusetts Avenue NW
                         Washington, D.C. 20001




Reported By:             LORRAINE T. HERMAN, RPR, CRC
                         Official Court Reporter
                         U.S. District & Bankruptcy Cts.
                         333 Constitution Avenue, NW
                         Room 6720
                         Washington, D.C. 20001
                         lorraine_herman@dcd.uscourts.gov



*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.
```

# I N D E X

**WITNESS**                                                           **PAGE**

SUSAN HARTMAN

    Direct Examination by Ms. Davis                          10
    Cross-Examination by Mr. Stern                           40
    Redirect Examination by Ms. Davis                        59


JOSEPH CACCIAPALLE

    Direct Examination by Mr. Colatriano                     66
    Cross-Examination by Mr. Hoffman                         83



**EXHIBITS**                                    **PAGE**

Plaintiffs' No. 5-A      Received into Evidence       14
Plaintiffs' No. 5-B      Received into Evidence       14
Plaintiffs' No. 5-C      Received into Evidence       14
Plaintiffs' No. 5-D      Received into Evidence       14
Plaintiffs' No. 5-E      Received into Evidence       14
Plaintiffs' No. 5-F      Received into Evidence       14
Plaintiffs' No. 5-G      Received into Evidence       14
Plaintiffs' No. 5-H      Received into Evidence       14
Plaintiffs' No. 5-I      Received into Evidence       14
Plaintiffs' No. 5-J      Received into Evidence       14
Plaintiffs' No. 5-K      Received into Evidence       14
Plaintiffs' No. 5-L      Received into Evidence       14
Plaintiffs' No. 5-M      Received into Evidence       14
Plaintiffs' No. 5-N      Received into Evidence       14
Plaintiffs' No. 5-O      Received into Evidence       14
Plaintiffs' No. 5-R      Received into Evidence       22
Plaintiffs' No. 5-Q      Received into Evidence       39
Plaintiffs' No. 5-R      Received into Evidence       39
Plaintiffs' No. 5-S      Received into Evidence       39
Plaintiffs' No. 5-T      Received into Evidence       39
Plaintiff's No. 462      Admitted Into Evidence       73

1 **P R O C E E D I N G S**

2 **DEPUTY CLERK:**  This is Civil Action 13-1053, with

3 related Miscellaneous Case 13-288, In Re: Fannie Mae/Freddie

4 Mac Senior Preferred Stock Purchase Agreement Class Action

5 Litigations.

6 **THE COURT:**  All right.

7 The defendants' objection to the slide being shown

8 during Ms. Hartman's testimony is overruled so long as the

9 plaintiffs remove the title from the slide.

10 I said in my pretrial opinion that plaintiffs are

11 free to reference the total amount invested and the amount

12 paid in dividends, just not the difference between them.

13 Without the title on the slide or any argument about the

14 difference between the numbers, I don't think displaying

15 them together is so suggestive as to be substantially

16 prejudicial.

17 Defendants' requests to give a limiting

18 instruction about harm and damages during Ms. Hartman's

19 testimony is also denied.

20 The case defendants cite*, Miller v. Holzmann*, 563

21 F.Supp.2d 54 (D.D.C. 2008), only stands for the proposition

22 that giving a limiting instruction twice can cure prejudice,

23 not that it's required.  In this case, the jury has enough

24 to digest already, I find that any prejudice that could be

25 cured by giving the instruction twice is outweighed by the

1    confusion it could cause to give the instruction now, before

2    they really understand the case.  So that request is denied.

3           Since the jury is already laid up, I have some

4    ideas on the depositions, but I can rule on that after we

5    get along in the case this morning.

6           So let's bring the jury in and continue where we

7    are.

8           **MS. DAVIS:**  I'm sorry, Your Honor, if I may --

9           **THE COURT:**  Yeah.

10          **MS. DAVIS:**  -- just quickly.

11          The plaintiffs put together an acronym list for

12   the jury to possibly aid them.  We shared that with the

13   defendants to see if there is anything they want to add.

14   But my understanding is they oppose it going to the jury at

15   all.

16          We think what we have here is very benign and

17   wouldn't be something that would confuse them but may help

18   them keep up with all of the different agencies and the like

19   when we throw out the acronyms.

20          **THE COURT:**  I won't do it now, but since there is

21   an objection.  We will take it up at the morning break or

22   sometime.

23          **MS. DAVIS:**  Thank you, Your Honor.  All right.

24          I'm sorry.  Again, Your Honor, Kenya Davis for the

25   plaintiffs.

1    Just one thing.  We wanted to make sure that you

2    understood that we are still in negotiations with the

3    defendants about those demonstrative charts that we used

4    last time.  So we are going to reserve our arguments about

5    those being exhibits at this point.  We are just going to

6    move the underlying documents in and let the jury see, and I

7    think we are in agreement that the jury will see those

8    charts we admitted last time.

9    **THE COURT:**  All right.

10    **MS. DAVIS:**  Thank you.

11    **THE COURT:**  Go ahead.

12    **DEPUTY CLERK:**  We are ready?

13    (Jury entered the courtroom.)

14    **THE COURT:**  You may be seated.

15    All right.  Plaintiffs may proceed.

16    **MS. DAVIS:**  Thank you, Your Honor.

17    Your Honor, our first order of business this

18    morning is to read in a stipulation that the parties have

19    agreed on portions of which will be referenced in

20    Ms. Hartman's testimony.  So we want the jury to be able to

21    hear that, and we have an instruction here for Your Honor.

22    (Handed to the Deputy Clerk.)

23    **THE COURT:**  At trial the parties may read facts

24    into the record to which they have stipulated.  The

25    stipulation is an agreement.  When there's no dispute about

1    certain facts, the parties may agree or stipulate to those

2    facts.  You must accept the stipulated fact as evidence and

3    treat it as having been proved here in court.

4            So both sides have agreed on these facts as

5    stipulated.  You may consider that as having been proven.

6            **MS. DAVIS:**  Thank you, Your Honor.

7            So the first portion I will read of JX-1 that's

8    been admitted is Paragraph 7.

9            "Each of the series of shares, which plaintiffs

10   hold and are at issue in this case, all of the junior

11   preferred shares issued by both of the enterprises and the

12   common shares issued by Freddie Mac, are governed by

13   documents called certificates of designation.

14           "Each of these certificates of designation entitle

15   the stockholders to the payment of dividends, if declared,

16   by the boards of the respective enterprises.  The

17   certificates of designation do not require the board of

18   either enterprise to declare dividends.  The preferred stock

19   dividends, if approved by the enterprise's board of

20   directors are calculated based on a percentage of the

21   stock's face value.  If the board of either enterprise

22   declares a dividend, the certificates of designation

23   establish an order in which the dividends on the various

24   series must be paid.

25           "All dividends must be paid to all preferred

1    stockholders before any dividends are paid on any common

2    shares.  The certificates of designation also provide an

3    order in which the holders of the various series of shares,

4    may share in any distribution of assets, upon liquidation of

5    the enterprise."

6         And then we are going to read Paragraphs 42 and

7    44.  "On December 21st, 2017, Treasury and FHFA, acting as

8    conservator to the enterprises, entered into letter

9    agreements that changed the terms of the senior-preferred

10   stock certificates in each enterprise, issued under the

11   PSPAs, which is also referred to as the 2017 Letter

12   Agreements, to permit each enterprise to retain a $3 billion

13   capital reserve.  The 2017 letter agreements also increase

14   Treasury's liquidation preference with respect to each

15   enterprise by $3 billion, which comes to 6 billion total.

16        "Under the 2017 letter agreements, each enterprise

17   paid a dividend to Treasury, equal to the amount its net

18   worth, at the end of each quarter, when it exceeded 3

19   billion.  Those terms apply to the December 31st, 2017

20   dividend payment and the dividend payments for each quarter

21   thereafter, until the execution of the September 30th, 2019

22   letter agreements.

23        "On September 30th, 2019, Treasury and FHFA,

24   acting as conservator to the enterprises, entered into

25   letter agreements that changed the terms of senior-preferred

1    stock certificates in each enterprise issued under the

2    PSPAs, this is referred to as the 2019 letter agreements, to

3    permit each enterprise to retain earnings beyond the $3

4    billion capital reserves previously allowed through 2017

5    letter agreements.

6            "The 2019 letter agreements also provided that the

7    liquidation preferences for Treasury senior preferred stock

8    would increase by the amount of capital the enterprises

9    retained each quarter.  Fannie Mae and Freddie Mac were

10   permitted to retain Capitol reserves of 25 and 20 billion

11   respectively.

12           "On January 14th, 2021, Treasury and FHFA, acting

13   as conservator to the enterprises, entered into letter

14   agreements that changed the terms of the senior preferred

15   stock certificates in each enterprise issued under the

16   PSPAs, the 2021 letter agreements.

17           "Among other things, the 2021 letter agreement

18   suspended the cash dividend owed in order to permit each

19   enterprise to retain earnings until it satisfied the

20   requirements of the 2020 enterprise capital rule and

21   provided that the liquidation preference for each enterprise

22   would increase each quarter by the amount in earnings each

23   enterprise was permitted to retain in lieu of the cash

24   dividend."

25           At this time, Your Honor, we call Susan Hartman.

1          **THE COURT:**  Okay.

2          **DEPUTY CLERK:**  Do you solemnly swear or affirm

3     that the testimony you are about to give in this proceeding

4     am be the truth, the whole truth and nothing but the truth?

5          **THE WITNESS:**  Yes, I do.

6          **DEPUTY CLERK:**  Thank you, you may be seated.

7          **DIRECT EXAMINATION OF SUSAN HARTMAN**

8     BY MS. DAVIS:

9       **Q.**   Good morning.  In a loud clear voice, would you

10    please say your name and spell it for the record.

11      **A.**   Susan Hartman, S-u-s-a-n, H-a-r-t-m-a-n.

12      **Q.**   And, Ms. Hartman, where do you work?

13      **A.**   I work for FTI Consulting.

14      **Q.**   Could you please tell the ladies and gentlemen of

15    the jury your occupation?

16      **A.**   I am a forensic accountant.

17      **Q.**   Just to be clear, you are not testifying as an

18    accounting expert witness today.  Right?

19      **A.**   Correct.

20      **Q.**   Were you asked to give an opinion in this case

21    based on your review of the evidence?

22      **A.**   No.  I am not offering any opinions in this case.

23      **Q.**   Okay.

24           What were you asked to do here?

25      **A.**   I was asked to collect financial data and

                    DIRECT EXAMINATION - SUSAN HARTMAN

1    summarize it.

2         **Q.**   And just so we are clear, you are here to

3    summarize certain of the financial information of Fannie Mae

4    and Freddie Mac that are relevant to this lawsuit; is that

5    right?

6         **A.**   That is correct.

7         **Q.**   Okay.

8              Doing that summary, was that consistent with your

9    skill set as a forensic accountant?

10        **A.**   Yes.

11        **Q.**   Why is that?

12        **A.**   It's consistent with my skill set of compiling

13   financial data, ensuring its accuracy and paying very close

14   attention to detail.

15        **Q.**   Okay.

16             Do you explain to the ladies and gentlemen of the

17   jury where it was that you got the information that you used

18   to summarize for us here today?

19        **A.**   I looked at the public filings of Fannie Mae and

20   Freddie Mac.  They issue quarterly reports that are called

21   10-Qs and annual reports that are called 10-Ks.

22             There were stock offering circulars, certificates

23   of designation, we looked at two government websites and

24   also a database call Bloomberg.

25        **Q.**   And the government websites that you looked at,

                    DIRECT EXAMINATION - SUSAN HARTMAN

1   could you tell the ladies and gentlemen of the jury what

2   those sites were?

3        **A.**   Sure.

4            One was the St. Louis Federal Reserve website.

5   They have an index called the Case-Schiller Index, which

6   just traces U.S. home prices over time.

7            The other was the bureau of economic affairs --

8   economic analysis that's a government website that tracks

9   various economic indicators.  In this case we were tracking

10  gross domestic product.

11       **Q.**   So in terms of your preparation for your testimony

12  here today, can you explain to the ladies and gentlemen of

13  the jury what it was that you did to prepare to testify

14  today?

15       **A.**   I reviewed the documents I just discussed.  We

16  looked at 40 certificates of designation, a hundred annual

17  quarterly reports, 54 annual reports and the websites and

18  looked at the database that we produced, a spreadsheet.

19       **Q.**   And you say "we".  Can you tell the ladies and

20  gentlemen of the jury what you mean what you say "we"?

21       **A.**   Yes.  I supervised the team that helped me on this

22  assignment, but I was in charge of verifying the accuracy of

23  the information.

24       **Q.**   And did you just verify it at the end or were you

25  verifying it along the way?

                    DIRECT EXAMINATION - SUSAN HARTMAN

1       **A.**   I was verifying it through the whole process.

2       **Q.**   And following your review of those documents that

3    you described to us, did you produce anything?

4       **A.**   Yes.  We produced a spreadsheet that collected all

5    of the data that we had taken from those documents.

6       **Q.**   Was that an Excel spreadsheet?

7       **A.**   Yes, Excel spreadsheet.

8       **Q.**   So I am going to hand you up a binder.  Of course

9    I'm showing it to defendants first.

10      (Brief pause.)

11      **A.**   Thank you.

12      **Q.**   Now, I want to direct your attention to a group of

13   documents that are marked exhibits PX-5-A through PX-5-O.

14   As a group, can you take a look at those and tell me when

15   you've had a chance to look them over?

16      **A.**   Yes.

17      **Q.**   What is this PX-5-A through PX-5-O?

18      **A.**   It is the Excel spreadsheet that we created from

19   the data we collected through the various sources.

20      **Q.**   Did you review the materials that is in those

21   Excel spreadsheets when you prepared to testify here today?

22      **A.**   Yes, I did.

23      **Q.**   Does the Excel spreadsheet accurately reflect the

24   data in the underlying material?

25      **A.**   Yes.

1        **MS. DAVIS:**  Your Honor, at this time plaintiffs

2    would like to move the admission of Exhibits PX-5-A through

3    PX-5-O into evidence.

4        **MR. STERN:**  No further objection subject to

5    earlier objections, Your Honor.

6        **THE COURT:**  I don't have it on the screen.  Do

7    you?

8        **DEPUTY CLERK:**  We haven't shown anything on the

9    screen.

10        **MS. DAVIS:**  We don't plan to publish that one.

11    The jury will have it, but we will not publish it.

12        **THE COURT:**  All right.

13        (Plaintiffs' Exhibits 5-A through 5-O were received.)

14        **MR. STERN:**  I'm sorry, Your Honor.

15        There were limiting motions that the Court ruled

16    on before trial.  I want to make sure we are not waiving

17    anything.

18        **THE COURT:**  You are not waiving anything.

19        **MR. STERN:**  Thank you, Your Honor.

20        **MS. DAVIS:**  Thank you, Your Honor.

21        **THE COURT:**  I forgot what I was supposed to do.

22        [Laughter]

23    **BY MS. DAVIS:**

24    **Q.**   Now I'd like you to look at what has been marked

25    for identification PX-1-A through PX-1-T.  Can you take a

1    look at that?

2         **A.**    Yes.

3         **Q.**    Okay.  And what is this?

4         **A.**    These are PowerPoint slides we created from the

5    various sources.

6         **Q.**    Okay.  Now you said, "you created from various

7    sources."  Correct?

8         **A.**    Correct.

9         **Q.**    Is that a fair and accurate representation that

10   you and your team prepared?

11        **A.**    Yes.

12        **Q.**    Where did you get your information for the

13   PowerPoint?

14        **A.**    It came from the Excel spreadsheet, which

15   contained information from the Bloomberg database, the

16   10-Ks, the 10-Qs, the certificates of designation, stock

17   offering circulars, and also the two government websites

18   that we looked at.

19        **Q.**    Okay.

20             As to those two government websites, is there

21   anything in the PowerPoint slides that's not in your Excel

22   file?

23        **A.**    The information from the government websites.

24        **Q.**    Okay.

25             Just to make sure we pin this all the way down, I

1    am going to show you what has been marked separately 5Q

2    through 5T.

3           (Brief pause.)

4           **MS. DAVIS:**  If we may, Your Honor?

5           (Sidebar discussion.)

6           **MS. DAVIS:**  Yes, Your Honor.  Kenya Davis for the

7    plaintiffs.

8           There appears to be some confusion about the

9    charge that she has gathered from the government websites.

10   Mr. Stern is saying that the underlying data for the charts

11   that are gathered directly from the websites, he is saying

12   that is all that would be compliant with Your Honor's order.

13          **MR. STERN:**  Your Honor, so -- and I have a copy of

14   this if it would help.  I can hand it up.  It's from the

15   Court's Memorandum Opinion filed on October 13th, 2022.

16          I can bring up a copy so we can read along

17   together or I can read from it, whichever the Court would

18   prefer.

19          **THE COURT:**  You can read from it.

20          **MR. STERN:**  So, Your Honor, I am reading from Page

21   21 of Document 221.  Again, it was filed October 13th, 2022.

22          Actually, let me look at the -- there's another

23   version -- let's use 230 -- I'm sorry, Your Honor.  I will

24   use the under-seal version it's the same.

25          There is a heading at the bottom of Page 21 that

1    says, S&P Case-Shiller National Home Price Index.  And in

2    pertinent part, the Court's opinion reads, "defendants argue

3    that a chart of home prices that Hartman compiled, using

4    data from the S&P Case-Shiller national home price index

5    site, data the defendants do not dispute are admissible, is

6    inadmissible under Rule 1006."

7            Now I am skipping forward, Your Honor, and am

8    happy to provide the opinion or have counsel read anything

9    else.

10           "However, since demonstratives themselves are not

11   evidence, and plaintiffs do not argue that the home price

12   index data are sufficiently voluminous under to warrant

13   summarization under Rule 1006, the Court will not allow

14   Hartman to present her charts summarizing those data, unless

15   the data are first offered into evidence."

16           It's my understanding that the charts that were

17   the subject of this ruling is the chart that Ms. Davis is

18   seeking to present to the jury currently.

19           **MS. DAVIS:**  Your Honor, the chart that the

20   defendant is referring to is literally the chart that is a

21   result of putting the dates into the database and having it

22   received in this form.  So they would be admissible under

23   803(17) and 803(8).  There is no additional data that's

24   available that is not available to the public.  This is the

25   public report.  This is how it comes out of the website.

1              We have isolated the data, as it came out of the

2     website, into a separate exhibit.  And then she has moved

3     that chart from that exhibit onto her PowerPoint.

4              **MR. STERN:**  Your Honor, this was exactly the issue

5     the Court decided, at least as I understand it.  I don't

6     have the full record in front of me.  I just have the

7     ruling.  It is my understanding that the chart referred to

8     in the ruling is the chart that we are looking at now.

9              If that's not accurate, someone can correct me.

10    But I don't understand Ms. Davis to be saying that the chart

11    referred to in the opinion is different from the chart that

12    she is offering now.

13             **MS. DAVIS:**  Well, it's not different because it

14    literally is the same thing that comes out of the website;

15    that's what is on her PowerPoint, and these were admitted at

16    the last trial with no objection.

17             I think what Mr. Stern is referring to is the

18    summary charts which, again, we have reserved for

19    discussion.  Again, I will not be moving those

20    demonstratives into evidence at this time.  But these

21    underlying data that come from the government website

22    directly, we thought that there was no dispute about this.

23             **MR. STERN:**  Well, Your Honor, Ms. Davis has just

24    acknowledged that the chart that is referred to in the

25    opinion is this chart.  The last sentence of the order is,

1    "But if plaintiffs were to offer the data into the record

2    first, as they suggested at the pretrial they would be

3    willing to do, the Court sees no reason why Hartman's chart

4    could not come in as a demonstrative."

5          **MS. DAVIS:**  That's exactly what we have just done,

6    Your Honor.  We moved that underlying data for those charts

7    in.  And this is the underlying data for the Case-Shiller

8    chart.

9          **MR. STERN:**  Your Honor, I don't want to beat a

10   dead horse.  This is the chart.  It's not the underlying

11   data.

12         The Court's ruling last time is that it can be

13   used as a demonstrative, if the underlying data is admitted

14   first; that's how I understand the Court's order.

15         **THE COURT:**  Can you ask the witness what this is?

16   Is it underlying data or a chart from the underlying data.

17         **MS. DAVIS:**  Yes, sir, I can.

18         **THE COURT:**  All right.

19         **MS. DAVIS:**  Thank you.

20      (Sidebar discussion concluded.)

21         **MS. DAVIS:**  Okay.

22         Ms. Hartman, we are going to focus on the chart --

23   one of the charts you said you pulled directly from the

24   government website, the Case-Shiller --

25         **MR. STERN:**  Your Honor, I'm sorry.  Can we be

1    heard just briefly?

2              THE COURT:  Yes.

3         (Sidebar discussion.)

4              MR. STERN:  Your Honor, I am not sure what

5    government website Ms. Davis is referring to.  Case-Shiller

6    S&P home price index is not a government website at least,

7    as far as I know.

8              MS. DAVIS:  I stand corrected, Your Honor.  I will

9    make that judgment.

10             MR. STERN:  Thank you.

11        (Sidebar discussion concluded.)

12   **BY MS. DAVIS:**

13        **Q.**   Ms. Hartman, can you explain to the ladies and

14   gentlemen of the jury, again, what is the Case-Shiller

15   index?

16        **A.**   The Case-Shiller index is in the index of U.S.

17   home prices in the United States over time and how they

18   change.

19        **Q.**   Is that a public index?

20        **A.**   Yes, it's publicly available.

21        **Q.**   And to your understanding, who compiles that

22   Case-Shiller index?

23        **A.**   It's produced by the St. Louis Federal Reserve and

24   I think it comes from S&P information, Standard and Poor's.

25        **Q.**   Okay.

635

1           And when you pulled the information that you've

2    referred to for the jury, how did you put your information

3    in, and how did you receive the information from the

4    Case-Shiller index?

5        **A.**   You go to a website that's produced by the

6    St. Louis reserve.  It's called FRED.  You can pick the

7    Case-Shiller housing index and put in whatever information

8    you want to look at and it will produce a graph showing the

9    changes in U.S. housing prices over time.

10       **Q.**   Okay.

11           The result of that search that you did, is that

12   what you use to make the exhibits that make the PowerPoint

13   that we talked about already, PX-1-A through -T, those of

14   course, that are not covered by your Excel file?

15       **A.**   Yes.  There's two graphs from Case-Shiller index

16   in our PowerPoint presentation.  You put in the date range

17   and you can download the graph directly from the government

18   website.

19       **Q.**   Okay.

20           Did you have to have anything special to be able

21   to do that?

22       **A.**   No.

23           **MS. DAVIS:**  Your Honor, we submit on the record.

24           **THE COURT:**  Can I see these?

25           **MS. DAVIS:**  Yes, Your Honor.

1          What I will pass up is the underlying, as well as

2     how it appears on the PowerPoint.

3          (Brief pause.)

4          Your Honor, I would just note that these were not

5     objected to before.

6          (Continued pause.)

7          **THE COURT:**  So this is a screen printout from

8     what?

9          **THE WITNESS:**  This is from a website produced by

10    the St. Louis Federal Reserve, and this is a downloaded

11    chart from their website.

12         **THE COURT:**  From the St. Louis Federal Reserve?

13         **THE WITNESS:**  Yes.

14         **THE COURT:**  Okay.  It's received.

15         **MS. DAVIS:**  Thank you, Your Honor.

16         **DEPUTY CLERK:**  What exhibit numbers are those?

17         (Plaintiffs' Exhibit 5-R was received.)

18         **MS. DAVIS:**  I'll show you those.

19         **DEPUTY CLERK:**  Okay.

20         **MS. DAVIS:**  Okay.

21         Just so the record is clear and we make sure we

22    have all of it in, the exhibit the Judge just examined is

23    PX-5R, which is part of the underlying exhibits that we have

24    already moved in.

25         And then the PowerPoint presentation of that

1    exhibit is exhibit PX-1L.  May I proceed, Your Honor?

2             **THE COURT:**  Yes.

3    **BY MS. DAVIS:**

4        **Q.**   I will ask you the same question about the GDP

5    chart.  Can you tell the ladies and gentlemen of the jury

6    how it is you came about with that chart?

7        **A.**   I went to a government website, it is bea.gov,

8    Bureau of Economic Analysis, picked the gross domestic

9    product, that's the economic indicator on it, to trace over

10   time and then put in the date range.  Again, it will create

11   a chart for you.  And we just download it and put it into

12   our presentation.

13       **Q.**   Okay.

14            And how it is presented in the presentation there,

15   is it exactly the same as what it was on that website when

16   you pulled it down?

17       **A.**   Yes.

18       **Q.**   Okay.

19            Other than the calculations based on the data

20   compiled in your Excel file and the three charts downloaded

21   from the U.S. government website, is there anything else in

22   your PowerPoint?

23       **A.**   No.

24       **Q.**   Would the PowerPoint charts help you deliver your

25   testimony to the ladies and gentlemen of the jury?

1    **A.**    Yes.

2          **MS. DAVIS:**   Your Honor, we are going to reserve

3    moving these PowerPoint slides into evidence, subject to our

4    agreement with the defendants.

5          **THE COURT:**   Okay.

6          **MS. DAVIS:**   But at this time we will display them

7    for the jury.

8          Let's pull up PX-1-A.

9          **MS. McGUIRE:**   [Complied]

10   **BY MS. DAVIS:**

11   **Q.**    Can you tell the ladies and gentlemen of the jury,

12   what does this slide show?

13   **A.**    This shows each of the preferred stocks by private

14   shareholders, meaning non-governmental shareholders, of

15   amounts invested into Fannie Mae from 1998 through 2008.

16   **Q.**    Okay.

17         I see that it says "private preferred

18   shareholders".  Is saying shareholders the same as saying

19   stockholders?

20   **A.**    Yes.

21   **Q.**    And why is the name "private" used?

22   **A.**    Private is to indicate that these are people

23   buying shares on the open market.  This isn't the

24   government.

25   **Q.**    Not the government.

1       **A.**   Not the government.

2       **Q.**   Okay.

3              Now, what does security type mean?

4       **A.**   That's a description of each of the series of

5    preferred stocks.

6       **Q.**   Okay.

7              And what does CUSIP mean?

8       **A.**   CUSIP is, basically, a serial number specific to

9    that series of preferred stock.

10      **Q.**   Okay.

11             Now, what about ticker symbol?  What is that?

12      **A.**   A ticker symbol is, again, a unique identifier in

13   letters of that particular series of preferred stock.  So if

14   you wanted to go online or look in the newspaper and look up

15   that particular series, you would use the ticker symbol.

16      **Q.**   Okay.  Thank you.

17             And what about the date of issuance?  What is that

18   telling us?

19      **A.**   That's the date that Fannie Mae issued these

20   series of preferred stock into the market.

21      **Q.**   Last but not least, the amount invested.  Can you

22   explain to the ladies and gentlemen of the jury what that

23   means?

24      **A.**   The amount invested is the amount the shareholders

25   put into Fannie Mae in return for receiving the preferred

1   stock.

2       **Q.**   Okay.

3            And, Ms. Hartman, just to be clear, did you review

4   the data that is on each of these lines?

5       **A.**   Yes.

6       **Q.**   So pointing your attention quickly down to the

7   total, 19.13 billion.  Tell us what that means?

8       **A.**   So 19.13 billion is total amount that private

9   preferred shareholders put into Fannie Mae from 1998 to

10  2008.

11      **Q.**   Okay.

12           I'm going to direct your attention to the 2007

13  through 2008 series.  Do you see that there?

14      **A.**   Yes.

15      **Q.**   Okay.

16           Can you tell the ladies and gentlemen of the jury,

17  how much did private shareholders invest in preferred shares

18  issued by Fannie Mae in 2007 and 2008?

19      **A.**   They invested $11.13 billion.

20      **Q.**   Okay.

21           And that amounts to what percentage of all private

22  shareholders investments in outstanding preferred shares of

23  Fannie Mae?

24      **A.**   Fifty-eight percent.

25      **Q.**   Thank you very much.

1          Now we are going to look at PX-1-C.  Can you tell

2     us what this shows?

3          **A.**   This is a slide similar to the previous slide.

4               **THE COURT:**   This is what?

5               **MS. DAVIS:**  1-C.

6               **THE COURT:**  1-C?

7               **MS. DAVIS:**  Yes, Your Honor.

8               **THE WITNESS:**   This is showing investments by

9     Freddie Mac this time.

10    **BY MS. DAVIS:**

11         **Q.**   Okay.

12              Same information as the previous slide for Fannie

13    Mae?

14         **A.**   Same description.

15         **Q.**   Okay.

16              The stock that are reflected in quarterly

17    PX-1-B -- PX-1-A and PX-1-C, are those series that are

18    outstanding today?

19         **A.**   Yes.

20         **Q.**   What does it mean for a series to be outstanding?

21         **A.**   They are still on the open market, traded.

22         **Q.**   Okay.

23              Now, I am going to direct your attention down to

24    the 14 billion at the bottom of the page.  Can you tell us

25    what that refers to?

1      **A.**   So, the 14.109 billion is the total amount that

2   private preferred shareholders put into Freddie Mac from

3   1996 through 2007.

4      **Q.**   Okay.

5          I'm going to direct your attention to the 2007

6   series, those series only.  You see that there?

7      **A.**   Yes.

8      **Q.**   All right.

9          How much did private shareholders invest in

10   preferred shares issued by -- [background noise] -- Freddie

11   Mac in 2007 alone?

12      **A.**   8.6 billion.

13      **Q.**   And, again, what percentage of investments by

14   private shareholders in all outstanding preferred shares

15   issued by Freddie Mac does that represent?

16      **A.**   Sixty-one percent.

17      **Q.**   Okay.

18          So for both Fannie Mae and Freddie Mac, how much

19   did private shareholders invest in outstanding preferred

20   shares in both companies?

21      **A.**   In total, for both Fannie Mae and Freddie Mac, the

22   private preferred shareholders invested 33.2 billion.

23      **Q.**   Okay.

24          And for both companies, how much did private

25   shareholders invest in preferred shares issued in 2007 and

643

1    2008?

2        A.    The total for 2007 and 2008 was $19.7 billion.

3        Q.    Okay.

4            Of the total amount invested in by all investors

5    up until 2008, what percentage did the investments from 2007

6    through 2008 account for, for both companies?

7        A.    It's roughly 60 percent.

8        Q.    Now, we are going to move to the next section.

9    Okay?

10           I'm going to direct you to PX-1-F.  Can you tell

11   the ladies and gentlemen of the jury what this shows?

12       A.    So this is a PowerPoint that shows that for Fannie

13   Mae, for every quarter, the private shareholders were paid

14   from the first quarter of 1997 to the third quarter of 2008,

15   that in each quarter dividends were received.  So common

16   shareholders received a dividend, which by definition means

17   the preferred shareholders received a dividend in each of

18   these quarters.

19       Q.    Can you tell us what you mean by that?

20       A.    I mean, the way these are set up, we pulled the

21   data to show that the common shareholders received a

22   dividend in every quarter.  And common shareholders cannot

23   receive a dividend unless the preferred shareholders were

24   paid.  So in each quarter, from 1997 through 2008 for Fannie

25   Mae, the preferred shareholders and the common shareholders

1    received a dividend.

2         **Q.**   Now, how did you investigate whether or not they

3    actually paid those dividends?

4         **A.**   We pull all of this from the Bloomberg database,

5    which is regularly used in the financial industry to pull

6    this sort of financial information.

7         **Q.**   Okay.

8              Were those payments summarized in your Excel file

9    as well?

10        **A.**   Yes.

11        **Q.**   Now, I'm going to move to PX-1-G.  Can you tell us

12   what PX-1-G tells us?

13        **A.**   This is a similar slide to the previous one.  This

14   one just relates to Freddie Mac.  But it shows the same

15   information that in every quarter, since Freddie Mac was

16   publicly traded -- it doesn't go back as far as Fannie Mae.

17   So this starts in 1989 -- in each quarter, through the

18   second quarter of 2008, the dividends were paid to the

19   private shareholders.

20        **Q.**   Okay.

21              And when you pulled this data, was it for common

22   or for preferred?

23        **A.**   Common.  But, again, if the common shareholders

24   received dividends, the preferred shareholders had to have

25   received dividends.

1      **Q.**   Were there any quarters skipped?

2      **A.**   No.

3      **Q.**   So how much did private preferred shareholders

4    invest in Fannie Mae and Freddie Mac for the outstanding

5    preferred shares for both companies?

6      **A.**   In total it was $33.2 billion.

7      **Q.**   How much in dividends did Fannie Mae and Freddie

8    Mac pay on those preferred shares?

9      **A.**   In total $5.1 billion.

10      **Q.**   Did you do those same calculations for the 2007

11   through 2008 group?

12      **A.**   Yes.

13      **Q.**   So for both companies, how much did private

14   shareholders invest in preferred shares sold by Fannie Mae

15   and Freddie Mac in just 2007 and 2008?

16      **A.**   For both Fannie Mae and Freddie Mac preferred

17   shareholders invested $19.7 billion in 2007 and 2008.

18      **Q.**   Okay.

19           And how much in dividends was paid on those

20   preferred shares?

21      **A.**   $1.1 billion.

22      **Q.**   Ms. Hartman, how much have Fannie Mae and Freddie

23   Mac paid in dividends to private shareholders on either

24   common or preferred shares since September of 2008?

25      **A.**   Zero.

1      **Q.**    Now we want to move to the next section.  I am go

2  going to show you PX-1-K.  Can you tell us what this is?

3      **A.**    This is a summary of how much both Fannie Mae and

4  Freddie Mac drew down over time from the Treasury

5  commitment.

6      **Q.**    And when does that start?

7      **A.**    It starts in 2008.

8      **Q.**    And it goes to when?

9      **A.**    This graph goes through 2013.

10     **Q.**    And you gathered this data?

11     **A.**    Yes.

12     **Q.**    Okay.

13           What does this chart show us about those draws?

14     **A.**    It shows that in 2008 Freddie Mac, which is the

15  light blue, started to draw down against the Treasury

16  commitment.  Then in 2009, both Freddie Mac and Fannie Mae

17  drew down from the Treasury commitment.  That was the

18  largest amounts they drew down and then it decreases over

19  time all the way through 2012.

20     **Q.**    Okay.

21           Now I'm going to direct you to PX-1-L.  What is

22  PX-1-L?

23     **A.**    This is a graph that we downloaded.  It is the

24  Case-Shiller housing index.  We talked about going to the

25  St. Louis website, put in the date range you are looking at,

1    and you can download a graph.  So this specific graph shows

2    United States home prices indexed from January 2012 through

3    June of 2012.

4         **Q.**   Okay.

5              And did you alter this in any way, bringing it

6    from the website to this PowerPoint?

7         **A.**   No.

8         **Q.**   Now, I want to show you PX-1-M.  Can you tell the

9    ladies and gentlemen of the jury what this is?

10        **A.**   This is the same housing index of U.S. home

11   prices, it's just a much longer date range.  So this one

12   goes from 2007 to 2022.

13        **Q.**   And, Ms. Hartman, I forgot to ask you this.  How

14   did you come up with the date ranges that you would put into

15   the website?

16        **A.**   Counsel gave us the date ranges they wanted us to

17   formulate the data for.

18        **Q.**   Okay.

19             And on this chart as well, I wanted to know, have

20   you altered it in any way?

21        **A.**   No.

22        **Q.**   Okay.

23             Now, what does this show us about the trend from

24   2007 through 2022?

25        **A.**   It shows that in 2007 housing prices start to go

648

1    down, and they continue to decrease until about 2012, when

2    they start to very sharply increase.  And by 2022 they are

3    way above where they were back in 2007 before the decrease.

4        **Q.**   Okay.

5            Now, I see on here there are some faint, vertical

6    gray bars.  Do you know what those are?

7        **A.**   That's just the way it comes off the website.  I

8    don't know what they are.

9        **Q.**   Okay.

10           Next I am going to direct you through PX-1-N.

11   PX-1-N.  What is this?

12       **A.**   This is a graph from the Bureau of Economic

13   Analysis that shows the gross domestic product of the United

14   States from 2006 through 2012.

15       **Q.**   Okay.

16           Did you create this chart?

17       **A.**   We put the date range into the website, and the

18   website created the chart that we downloaded.

19       **Q.**   So did you put any numbers underneath the chart or

20   anything like that?

21       **A.**   No.

22       **Q.**   So this is how it came out from the website?

23       **A.**   Yes.

24       **Q.**   All right.

25           And what does this tell us about the trends for

1    the GDP?

2         A.    It shows the GDP in 2006 was roughly $13.6

3    trillion and it continues to grow.  And then in 2008 and

4    2009 it starts to decrease.  But in the middle of 2009 it

5    starts to increase, and by 2012 it's up to 16.4, 16.5

6    trillion.

7         Q.    These are in trillion, these numbers here?

8         A.    Trillion, yes.

9         Q.    Okay.

10              Now, Ms. Hartman, did you pull data on the amount

11   of paid to Treasury since the inception of the

12   conservatorship?

13        A.    Yes.

14        Q.    And is that data in your Excel file?

15        A.    Yes.

16        Q.    How much in dividends did the GSEs pay to Treasury

17   in 2012?

18        A.    In 2012 combined for Fannie Mae and Freddie Mac,

19   they paid Treasury $18.8 billion in dividends.

20        Q.    To be clear, Ms. Hartman, where did you get that

21   information from?

22        A.    From the quarterly and annual filings of Fannie

23   Mae and Freddie Mac.

24        Q.    Okay.

25              Now, how much in dividends did the GSEs pay to

1    Treasury in 2013?

2        **A.**    $130 billion.

3        **Q.**    Okay.

4              Now, I'm going to direct your attention to PX-1-P.

5    PX-1-P.  How much in dividends did the GSEs pay to Treasury

6    from the inception of the conservatorship in 2008, to before

7    the net worth sweep went into effect in 2012?

8        **A.**    In total, the dividends paid for both entities,

9    from the fourth quarter of 2008 through 2012, was $55.2

10   billion.

11       **Q.**    And in 2013 alone, how much in dividends did GSEs

12   pay to Treasury?

13       **A.**    $130 billion.

14       **Q.**    And so, in 2013 alone, the first year after the

15   implementation of the net worth sweep, the GSEs paid cash

16   dividends to Treasury in an amount well over twice what the

17   GSEs paid to Treasury over the previous four years combined?

18       **A.**    That's correct.

19       **Q.**    Now, again, from the inception of the

20   conservatorship to before the net worth sweep, how much in

21   total value did the GSEs transfer to Treasury?

22       **A.**    I'm sorry?  Before the net worth sweep?

23       **Q.**    Yes, ma'am.

24       **A.**    55.2 billion.

25       **Q.**    And is that in the form of cash dividends?

1      **A.**   Yes.

2      **Q.**   And after the net worth sweep, how much in cash

3   dividends did the GSEs pay to Treasury?

4      **A.**   $245.9 billion.

5      **Q.**   Did you total the increase to Treasury's

6   liquidation preference at the GSEs, in lieu of the payment

7   of a cash dividend?

8      **A.**   Yes.

9      **Q.**   And how much was that?

10      **A.**   $94.8 billion.

11      **Q.**   And what does that represent, the $94.8 billion?

12      **A.**   That's the increase in their liquidation

13   preference they gave as value to the Treasury in lieu of

14   paying cash dividends.

15      **Q.**   Okay.  So in lieu of cash?

16      **A.**   Yes.

17      **Q.**   So, in total, how much had the GSEs transferred to

18   Treasury in value --

19      **A.**   $340.6 billion.

20      **Q.**   I just want to finish the question.

21      **A.**   I'm sorry.

22      **Q.**   I didn't finish.

23           How much did they transfer in value since the net

24   worth sweep?

25      **A.**   $340.6 billion.

1      **Q.**   Okay.  I just want to make sure the record is

2  clear.  All right?

3           So how much in total have both GSEs drawn down

4  from the Treasury commitment since the inception of the

5  conservatorship, since the very beginning of the

6  conservatorship?

7      **A.**   In total, for both GSEs, they've drawn down $191.4

8  billion.

9      **Q.**   All right.

10          And how much in value have the GSEs transferred to

11  Treasury through the payment of cash dividends and increases

12  in Treasury's liquidation preference in lieu of cash

13  dividends since the inception of the conservatorship?

14     **A.**   In total, 395.8 billion; and that's continuing to

15  grow.

16     **Q.**   And what do you mean by that?

17     **A.**   I mean, I believe this number is through the end

18  of 2022.  So as they continue the net worth sweep, they are

19  continuing to receive funds or increases in liquidation

20  preference from GSEs.

21     **Q.**   So from the inception of the conservatorship,

22  Fannie Mae and Freddie Mac have transferred to the U.S.

23  Treasury over $200 billion more than then they cumulatively

24  have drawn from the U.S. Treasury; is that correct?

25     **A.**   That's correct.

1      **MS. DAVIS:**  Court's indulgence.

2      (Brief pause.)

3      **MS. DAVIS:**  Your Honor, just for the record, I

4   want to make sure that we have moved in -- I think we did --

5   PX-5-Q through PX-5-T.  I think we moved it in, but I want

6   to double check.

7      **DEPUTY CLERK:**  The only one you did was 5-R, that

8   you passed up to him.

9      **MS. DAVIS:**  Okay.

10     At this time, Your Honor, we would like to move

11  into evidence, PX-5-Q through PX-5-T.

12     **MR. STERN:**  Court's indulgence.

13     (Brief pause.)

14     **MS. DAVIS:**  I've now shown that to defense

15  counsel.

16     **MR. STERN:**  No objection, Your Honor.

17     **THE COURT:**  Q through T are received.

18     (Plaintiffs' Exhibits PX-5-Q through 5-T were

19  received.)

20     **THE COURT:**  Okay.  Defendant may cross.

21     **MR. STERN:**  Court's indulgence.

22     (Brief pause.)

23     Your Honor, if I may, Jonathan Stern for the

24  defendants.  Good morning.

25     I have binders, Your Honor.  One for the

1    convenience of the witness and if Your Honor would like more

2    favors, I have some for the Court too.

3                  **THE COURT:**  Okay.

4                  **MR. STERN:**  May I approach, Your Honor?

5                  **THE COURT:**  Yes.

6                  **MR. STERN:**  Good morning, Ms. Hartman.

7                  **THE WITNESS:**  Good morning.  Thank you.

8                  **MR. STERN:**  May I proceed, Your Honor?

9                  **THE COURT:**  Yes.

10                  **CROSS-EXAMINATION OF SUSAN HARTMAN**

11   BY MR. STERN:

12       **Q.**   Ms. Hartman, good morning.

13       **A.**   Good morning.

14       **Q.**   You testified at the beginning of the examination

15   about some of your background; is that right?

16       **A.**   Yes.

17       **Q.**   But for your work on this case, you didn't rely on

18   any specialized expertise that you may have.  Correct?

19       **A.**   Correct.

20       **Q.**   And as I think you told us at the outside of your

21   testimony, you are not here to give any opinions.  Correct?

22       **A.**   That's correct.

23       **Q.**   And in particular, you are not here to give us any

24   expert opinions; is that right?

25       **A.**   That's correct.

1      **Q.**   You're testifying here today as what is known as a

2  summary witness.  Are you aware of that?

3      **A.**   Yes.

4      **Q.**   And before this case, you had never testified as a

5  summary witness before; is that right?

6      **A.**   No, I had not.

7      **Q.**   And before this case, you hadn't done any work

8  that related to Fannie Mae or Freddie Mac or FHFA.  Correct?

9      **A.**   That's correct.

10      **Q.**   And before this case you hadn't done any work

11  relating to the 2008 housing crisis?

12      **A.**   That's correct.

13      **Q.**   Or the 2008 financial crisis.  Correct?

14      **A.**   That's correct.

15      **Q.**   And going to what you have been doing with us here

16  today, part of your testimony was just reading from

17  documents; is that right?

18      **A.**   Today?

19      **Q.**   Yes.

20      **A.**   No, I was presenting my PowerPoint materials.

21      **Q.**   Well, the PowerPoint materials that you prepared

22  were based on underlying data and other documents; is that

23  right?

24      **A.**   Yes.

25      **Q.**   And those underlying data and other documents were

656

1        picked for you by the plaintiffs lawyers; is that right?

2            **A.**    No.

3            **Q.**    Well, for example, when you put the date ranges

4        into the computer, to get the Case-Shiller chart, you didn't

5        come up with those date ranges yourself.  Correct?

6            **A.**    That's correct.

7            **Q.**    The plaintiffs' lawyers gave those to you.

8        Correct?

9            **A.**    That's correct.

10           **Q.**    And you don't have any -- why they picked certain

11       date ranges.  Correct?

12           **A.**    Correct.

13           **Q.**    I want to skip to some of the charts that you

14       referred to.  The Case-Shiller home price index, I'm not

15       going to pull those up right now, but those were graphs with

16       lines going up and down; is that right?

17           **A.**    Correct.

18           **Q.**    I believe you showed us two of them; is that

19       right?

20           **A.**    Yes.

21           **Q.**    And before this case, you'd never heard of the S&P

22       Case-Shiller home pricing index.  Correct?

23           **A.**    Correct.

24           **Q.**    And before this case, you hadn't done any work

25       relating to the S&P Case-Shiller price index.  Correct?

1      **A.**    Correct.

2      **Q.**    What happened -- and correct me if I'm wrong --

3   the plaintiffs' lawyers told you to go to that website.

4   Right?

5      **A.**    They told us the name of the index.

6      **Q.**    I'm sorry?

7      **A.**    They told us the name of the index for housing

8   prices.

9      **Q.**    And told you they wanted information from the

10  website.  Correct?

11     **A.**    To the information on the index of the home

12  prices, yes.

13     **Q.**    That you got from the website.  Right?

14     **A.**    That we got from the website, yes.

15     **Q.**    All right.

16         And then they told you to use that website to

17  create some graphs.  Correct?

18     **A.**    They asked us to prepare graphs about the home

19  prices over time and we used that website.

20     **Q.**    They wanted you to use the website to create the

21  graphs.  Right?

22     **A.**    Yes.

23     **Q.**    All right.

24         And creating those graphs was their idea, not your

25  idea; is that right?

1      **A.**   Yes.

2      **Q.**   And that website, I think you told us it was a

3   public website.  Right?

4      **A.**   Yes.

5      **Q.**   So anybody can go to that.  Correct?

6      **A.**   Correct.

7      **Q.**   And anybody can plug in a date range and download

8   a graph with that date range.  Correct?

9      **A.**   Yes.

10     **Q.**   But the website does the work for you.  In other

11   words, the website does some magic with the data and pops

12   out the graph.  Correct?

13     **A.**   The website has all of the underlying data that

14   populates the graph.

15     **Q.**   So you didn't do any calculations of your own.

16   You just put in the date ranges and up springs the graph; is

17   that correct?

18     **A.**   That's correct.

19     **Q.**   And there weren't any other parameters or criteria

20   that you put into the website to get the graph other than

21   the date ranges.  Correct?

22     **A.**   Correct.

23          **MR. STERN:**  Can we get PX-1-M?

24          **MR. MONTGOMERY:**   [Complied]

25

1    BY MR. STERN:

2        Q.    This is one of the graphs you testified about on

3    your direct examination; is that right?

4        A.    Yes.

5        Q.    And, again, this is something you downloaded from

6    the website and didn't create yourself.  Right?

7        A.    Correct.

8        Q.    When I say, "you didn't create it", you didn't

9    create it.  And you referred to your team, and your team

10   didn't create it.  Correct?

11       A.    Correct.

12       Q.    The graph you testified about here, 1-M, shows a

13   steady downward trend in home prices from early 2007 to

14   early 2012; is that right?

15       A.    Yes.

16       Q.    In fact, as I read this graph, the home price

17   index decreased from over 180 to under 140 for that period.

18   Correct.

19       A.    Correct.

20       Q.    Then the trend went up after that, after 2012; is

21   that right?

22       A.    I can't tell from the graph at what point in 2012

23   it started to increase sharply.

24       Q.    But it was not until sometime in 2012 that it

25   started to go up.  Right?

1      **A.**   Yes.

2      **Q.**   And it wasn't the beginning of 2012?

3      **A.**   No.

4      **Q.**   No, as I am correct it wasn't --

5      **A.**   Correct.

6      **Q.**   And this cuts off at 2022; is that right?

7      **A.**   Yes.

8      **Q.**   Does that tell us something about when you went to

9      the website or why does it end at 2022?

10     **A.**   That's the last date we pulled this data for.

11     **Q.**   When did you pull the data to create this chart?

12     **A.**   I believe it's the same chart we --

13     **Q.**   You --

14     **A.**   I'm sorry.  I don't know when we actually created

15     this chart.

16     **Q.**   So we obviously can't predict where this line is

17     going after 2023; is that right?

18     **A.**   Correct.

19     **Q.**   And if you pulled this in 2022, and I had asked

20     you then, We don't know where it was going after 2022, you

21     would have given they the same answer.  Right?

22     **A.**   Yes.

23     **Q.**   Now let me elaborate on that question for just a

24     moment.  If we were back in early 2012, when this trend line

25     had been consistently going down since 2007, you wouldn't

661

1   know at that point what was going to happen with the trend

2   line after 2012.  Correct?

3       A.   Can you tell me the hypothetical again?

4           MS. DAVIS:  Objection.

5           MR. STERN:  We are back in 2012.  We are seeing

6   this chart going down to its lowest point in 2012.  We

7   wouldn't have known in 2012 what was going to happen from

8   2012 to 2022?

9           MS. DAVIS:  Same objection, Your Honor.

10          THE COURT:  Overruled.

11          THE WITNESS:  Depending what date in 2012 you are

12  talking about, by the end of the year you would have known

13  what the trend was.  At the beginning of 2012 you wouldn't

14  have known.

15  BY MR. STERN:

16      Q.   Well, you wouldn't have known what was going to

17  happen in 2013, would you?

18      A.   In 2012, you wouldn't know what would happen in

19  2013.

20      Q.   I am not going to drag us through every year, but

21  that would be true for every year from 2013 to 2022.  Right?

22      A.   In 2012, you would not have known what would have

23  happened in years following 2012.

24      Q.   So --

25          MR. STERN:  May I have the Court's indulgence for

1    a moment?  I need to check one thing in my notes.

2         (Brief pause.)

3         (Discussion off the record between Mr. Stern and other

4    defense counsel.)

5              **MR. STERN:**  Can we pull up 1-K, please?

6              **MR. MONTGOMERY:**  [Complied]

7    **BY MR. STERN:**

8         **Q.**    So this, I believe, you told us are the annual

9    draws from the Treasury commitment; is that right?

10        **A.**    Correct.

11        **Q.**    And apart from what the plaintiffs' lawyers have

12   told you, you don't anything about what a draw from the

13   Treasury commitment is.  Right?

14        **A.**    What I read from the 10-Ks and 10-Qs.

15        **Q.**    That is the SEC filings you referred on; is that

16   right?

17        **A.**    Yes.

18        **Q.**    Now, I want to take a look at 2009.  Am I correct

19   that the highest bars for both Fannie and Freddie is 2009;

20   is that right?

21        **A.**    Yes.

22        **Q.**    So that means as of the end of 2009 --

23             **MS. DAVIS:**  Objection.  May we be heard,

24   Your Honor?

25        (Sidebar discussion.)

1          **MS. DAVIS:**  Your Honor, Kenya Davis for the

2     plaintiffs.

3          It appears that Mr. Stern is weaving, again, into

4     an area where he is going to be asking her opinion, for her

5     to form a conclusion.  And she, specifically, is not an

6     expert in this case, upon the defense's insistence she not

7     be an expert.  So we think it would be improper for him to

8     ask her to draw any conclusion about what those bars show.

9          **MR. STERN:**  Your Honor, I am asking her to read

10     the graphs, which is what Ms. Davis asked her to do with a

11     number of these graphs.

12          **MS. DAVIS:**  If that's the extent of the question,

13     I will withdraw my objection.  It appeared to me that the

14     question was going the same way of him asking her about the

15     forward projections from 2013, a couple questions back.

16          **MR. STERN:**  I'm just asking what the chart shows,

17     Your Honor.

18          **THE COURT:**  All right.

19          **MS. DAVIS:**  Thank you.

20          (Sidebar discussion concluded.)

21          **MR. STERN:**  Thank you, Your Honor.

22          (Sidebar concluded.)

23          **MR. STERN:**  Getting back to my question --

24          Can we put 1-K back up?

25          **MR. MONTGOMERY:**   [Complied]

1    BY MR. STERN:

2        Q.   This chart shows that for Fannie Mae -- that's the

3    black bar.  Right?

4        A.   Correct.

5        Q.   This chart those for the period of time covered by

6    this graph, the highest total draw amount for Fannie Mae was

7    in 2009; is that correct?

8        A.   Yes.

9        Q.   And that's $60 billion?

10       A.   Roughly, yes.

11       Q.   And this chart shows for Freddie Mac the highest

12   draw amount for the period covered by this chart was also in

13   2009; is that right?

14       A.   Yes.

15       Q.   And what would you call that?  Thirty --

16       A.   Thirty-eight.

17       Q.   Thirty-eight billion.

18            And it also shows, while not quite as high, there

19   were tens of billions of draws for Fannie Mae in 2010; is

20   that right?

21       A.   2010 roughly, maybe, 12 billion.

22       Q.   For Fannie Mae?

23       A.   I'm sorry.  For Fannie Mae.

24       Q.   Doesn't that look like for almost 30?

25       A.   Yes.

1      **Q.**   Tens of billions?

2      **A.**   Yes.

3      **Q.**   Fair?

4      **A.**   Yes.

5      **Q.**   For Freddie Mac, something north of 10 billion; is

6  that right?

7      **A.**   Yes.

8      **Q.**   And then more draws in 2011 and 2012; is that

9  right?

10      **A.**   Yes.

11      **Q.**   Can we get -- I'm sorry.  I don't have the number.

12  Your two charts of dividends paid -- let's take PX-1-F.  So

13  this is dividends paid to private shareholders for Fannie

14  and Freddie.

15      **A.**   This graph is just Fannie.

16      **Q.**   This graph is just Fannie?  And it goes to 2008;

17  is that right?

18      **A.**   Q3 to 2008.

19      **Q.**   The reason it stops there is, there were no

20  dividends paid, were there, after 2008?

21      **A.**   After the third quarter of 2008, no.

22      **Q.**   Okay.

23      And September of 2008, again, you referred to the

24  net worth sweep in your testimony.

25      **A.**   I don't know if I did but --

1    **Q.**    You know what that is.  Right?

2    **A.**    Yes.

3    **Q.**    And you know what it was.  Right?

4    **A.**    Yes.

5    **Q.**    You know it was August 17th, 2012; is that right?

6    **A.**    I think it went into effect on January 1st of

7    2013.

8    **Q.**    Okay.

9          The third amendment was executed on August 17th,

10   2012; is that right?

11   **A.**    Yes.

12   **Q.**    Okay.

13         And the net worth sweep was part of the third

14   amendment.  Correct?

15   **A.**    Correct.

16   **Q.**    These dividends stopped about four years before

17   the third amendment was agreed to.  Correct?

18   **A.**    Yes.

19   **Q.**    And the dividends stopped about four years before

20   the net worth sweep went into effect.  Correct?

21   **A.**    Correct.

22   **Q.**    So putting your thoughts together what they show

23   is, after many years of paying dividends to shareholders

24   each quarter, it went to zero in the fourth quarter of 2008.

25   Right?

1       **A.**    That's correct.

2       **Q.**    That's true of -- actually, Freddie didn't pay

3   dividends in the third quarter of 2008; is that right?

4       **A.**    If you can show me the slide.  That sounds

5   correct.

6       **Q.**    Just so we are really clear, Fannie Mae not paying

7   dividends in the fourth quarter of 2008 and thereafter, had

8   absolutely nothing to do with the third amendment.  Correct?

9       **A.**    It was prior to the third amendment being in

10   place.

11       **Q.**    It had absolutely nothing to do with the net worth

12   sweep.  Correct?

13       **A.**    I don't have an opinion on that.

14       **Q.**    Well, the net worth sweep didn't happen until

15   2013.  Right?

16       **A.**    That's correct.

17       **Q.**    So it didn't affect the dividends paid -- well,

18   not paid at the end of 2008 and from 2008 to 2012.  Correct?

19       **A.**    Yes.

20           **MR. STERN:**  Can we go back to the draws on the

21   Treasury commitment slide; that 1-K?

22           **MR. MONTGOMERY:**   [Complied]

23   **BY MR. STERN:**

24       **Q.**    Just so we are clear, the draw from the Treasury

25   commitment meant the amount of -- at least as you understand

1    it, meant the amount of money that Fannie Mae or Freddie Mac

2    had to get from Treasury in a given quarter; is that right?

3         A.    This chart shows in a given year how much it drew

4    down from Treasury.

5         Q.    What that means is money they got from Treasury.

6    Correct?

7         A.    Yes.

8         Q.    And those draws happened for quarters that

9    accumulated to a year, in which Fannie's or Freddie's

10   liabilities exceeded it's assets; that's what happened to

11   trigger the draws; is that right?

12        MS. DAVIS:  Objection.

13   BY MR. STERN:

14        Q.    Can you answer that without specialized knowledge

15   or expert opinion?

16        A.    I don't know what triggered the draws.

17        Q.    I'm sorry?

18        A.    I don't know what triggered the draws.

19        Q.    So are -- can you tell us whether a draw on the

20   Treasury commitment happens when the enterprises owes more

21   money than it has?

22        MS. DAVIS:  Same objection, Your Honor.

23        THE COURT:  Sustained.

24        MR. STERN:  I'm sorry?

25        THE COURT:  Sustained.

1          **MR. STERN:**  Your Honor, may I be heard briefly?

2          **THE COURT:**  Isn't that an opinion?  You are

3   talking about exhibits aren't you?

4          **MR. STERN:**  No, Your Honor.  It's just her

5   knowledge of what a draw is, and it was the subject of prior

6   testimony.

7          **THE COURT:**  What did she say about a draw in

8   testimony today?

9          **MR. STERN:**  No, Your Honor, her testimony

10   previously.

11          **THE COURT:**  Okay.  I didn't hear anything today.

12          **MR. STERN:**  Your Honor, it says draw right at the

13   top of the slide.

14          **THE COURT:**  Where?  Draws.  Okay.  Ask what that

15   means on the chart.

16          **MR. STERN:**  Well, let's go to that statement of

17   undisputed -- I'm sorry.  Let me ask it this way.  And if

18   you can't answer this question based on your general

19   knowledge, just tell me.  Okay?

20          So the question is this:  Draw on the Treasury's

21   commitment happens when the enterprises owes more money than

22   it has; is that correct?

23          **MS. DAVIS:**  Same objection, Your Honor.

24          **THE COURT:**  It's overruled.  She must know

25   something about this if she has a chart on it.

1    BY MR. STERN:

2         **Q.**   Is that correct?

3         **A.**   We calculated the amount of draws on the Treasury.

4    We did not analyze what the situation was financially with

5    Fannie Mae or Freddie Mac when they drew down on the

6    Treasury commitment.

7         **Q.**   Ms. Hartman, you testified at a prior proceeding

8    in this case; is that right?

9         **A.**   Yes.

10        **Q.**   Can I get -- and at that prior proceeding you were

11   asked this question and gave this answer:  "So the question

12   is, just reading the plain English here, the draw on the

13   Treasury's commitment happens when the enterprise owes more

14   money than it has.  Right?"

15             **MS. DAVIS:**  Objection Your Honor.

16             **THE COURT:**  Overruled.

17   BY MR. STERN:

18        **Q.**   "Right?  That that's what it means for liabilities

19   to receive assets; is that right?"

20             Your answer was, "That's correct."

21             Is that your testimony?

22        **A.**   Yes.

23        **Q.**   Okay.

24             And one colloquial way to describe that state of

25   affairs, reliabilities exceed assets, is "being in the red;"

1      is that right?

2              **A.**    That's a colloquial way of describing it.

3              **Q.**    And based on your general understanding -- and

4      again, I am not asking for an expert opinion.  And if you

5      can't answer this from your general understanding, tell me

6      and I will move on.

7              We know if there is a draw, that's a quarter in

8      which the enterprise was in the red.  Correct?

9              **A.**    When it needed the funds.  In the red is a

10     colloquial way of saying that.

11             **Q.**    Right.  Just so break that down, if there is a

12     draw, that's a quarter where liabilities exceeded assets; is

13     that correct?  I will be less colloquial.

14             **A.**    Correct.

15             **Q.**    All right.

16             That means a quarter in which they owed more money

17     than they had.  Right?

18             **A.**    Correct.

19             **MR. STERN:**  Court's indulgence.

20     **BY MR. STERN:**

21             **Q.**    Going back to this slide one more time, 5-K, in

22     2008 -- this is just showing Freddie's draw.  Right?

23             **A.**    Correct.

24             **Q.**    So in 2008 the draw in the commitment was between

25     10 and 20 billion; is that right?

1      **A.**   Yes.

2      **Q.**   So that means that Freddie's liabilities exceeded

3   its assets by over $10 billion?

4      **A.**   Yes.

5      **Q.**   And then by the end of 2009, for that year,

6   everyone would know that Fannie's liabilities exceeded its

7   assets by $60 billion?

8      **A.**   That's how much they drew down on the Treasury

9   commitment in 2009.  I don't know when they reported it.

10     **Q.**   Understood.

11          But for the period of 2009 that means that their

12  liabilities exceeded their assets by nearly -- by $60

13  billion.  Right?

14          **MS. DAVIS:**  Same objection, Your Honor.

15          **THE COURT:**  Overruled.

16          **THE WITNESS:**  Yes.

17  BY MR. STERN:

18     **Q.**   And Freddie's liabilities exceeded its assets --

19  you pick the number -- $38 billion give or take?

20     **A.**   Give or take, yes.

21     **Q.**   And, again, in 2010 for both Fannie and Freddie,

22  liabilities exceeded assets?

23     **A.**   Yes.

24     **Q.**   They owed more money than they had.

25     **A.**   Their liabilities exceeded their assets.

1    **Q.**   I'm sorry?

2    **A.**   Their liabilities exceeded their assets.

3    **Q.**   Well, is that different from they owed more money

4    than they had?

5    **A.**   No.

6    **Q.**   And that was true again in 2011; is that right?

7    **A.**   Yes.

8    **Q.**   And that was true again in 2012 albeit not by

9    quite as much.  Right?

10   **A.**   Correct.

11        **MR. STERN:**  I have nothing further, Your Honor.

12        **THE COURT:**  All right.  Redirect?

13        **MS. DAVIS:**  Yes, Your Honor.  Court's indulgence.

14        (Brief pause.)

15        Thank you, Your Honor.

16        **REDIRECT EXAMINATION OF SUSAN HARTMAN**

17   BY MS. DAVIS:

18   **Q.**   Good morning, again, Ms. Hartman.

19   **A.**   Good morning.

20   **Q.**   Counsel asked you if you were giving testimony as

21   to your opinions and you said, No; is that right?

22   **A.**   Yes.

23   **Q.**   Okay.

24        So what did you come here to actually tell the

25   jury today?

1      **A.**    Just to summarize the facts of the data behind

2  these two entities.

3      **Q.**    Okay.

4           Did you come to make sure that they knew those

5  basic facts and to make sure that they had them summarized

6  in a way they could understand?

7           **MR. STERN:**  Objection, Your Honor.

8           **THE COURT:**  Overruled.

9           **THE WITNESS:**  Yes.

10  **BY MS. DAVIS:**

11      **Q.**    Thank you.

12           Now, counsel asked you about picking the documents

13  that you used in order to be able to explain to the jury

14  what those financials were for Fannie Mae and Freddie Mac.

15  Do you remember that question?

16      **A.**    Yes.

17      **Q.**    How is it that you decided what background

18  information you would look at to be able to provide that

19  information to them?

20      **A.**    We knew that the general information about the

21  drawdowns and Treasury commitments, dividends paid, a lot of

22  the information is going to be found in the quarterly and

23  annual filings, the 10-Ks and 10-Qs.  And the detail about

24  the different preferred stocks could be found either there

25  or in the certificates of designation and dividend

1    information could be found on the Bloomberg database.

2         **Q.**   Okay.

3              And those were the ones you used in order to have

4    the information available to provide to the jury; is that

5    right?

6         **A.**   Yes, plus the two government websites we

7    discussed.

8         **Q.**   Very well.

9              Now, I want to direct your attention to PX-1-M.

10        **MS. DAVIS:**   If we could pull that up.

11        **MS. McGUIRE:**   [Complied]

12   **BY MS. DAVIS:**

13        **Q.**   Now, this is the chart Mr. Stern was using and

14   referring you to as to the transient housing prices.  Do you

15   remember that testimony?

16        **A.**   Yes.

17        **Q.**   And do you remember him asking you about when in

18   2012 did the trends start to go up?  Do you remember that?

19        **A.**   Yes.

20        **Q.**   So now I want to direct your attention to PX-- I

21   think it's going to be 1-L.

22              Do you see PX-1-L there?

23        **A.**   Yes.

24        **Q.**   You previously testified about this particular

25   chart?

1      **A.**   Yes.

2      **Q.**   What does this chart tell you about when the

3    trends changed in 2012?

4      **A.**   So this is that same housing index from January

5    2012 through June 2012.  And it shows that housing prices

6    were relatively flat January through February 2012, and it's

7    in February that the sharp increase in housing prices

8    starts.

9      **Q.**   Okay.

10          And would this be information that would be

11   available to someone if they were looking at this in August

12   of 2012?

13     **A.**   Yes.

14     **Q.**   In July of 2012, would this information have been

15   available?

16     **A.**   I don't know exactly when they compiled this

17   index.

18     **Q.**   Okay.

19          So the trend is showing that it starts to change

20   in February of 2012; is that correct?

21     **A.**   Yes.

22     **Q.**   Okay.

23          And you were able to get this chart from just

24   putting the numbers into the website; is that right?

25     **A.**   Putting the date range in, yes.

1     **Q.**    Okay.

2            **THE COURT:**  That was in 2022 --

3            **THE WITNESS:**  Correct.

4            **THE COURT:**   -- when you did that.  Right?

5            **THE WITNESS:**  Yes.

6            **MS. DAVIS:**  You were asked some questions about

7     forecasts that could be made about what to predict -- that

8     would happen after 20 --

9            **MR. STERN:**  Objection.

10           **MS. DAVIS:**  -- you were asked some questions about

11    that.

12           **MR. STERN:**  Your Honor, I didn't ask about

13    forecasts.

14           **THE COURT:**  Overruled.

15           **MS. DAVIS:**  Your Honor, may we be heard on that

16    issue?

17           **THE COURT:**  I already overruled it.

18           **MS. DAVIS:**  Oh, I'm sorry.  My brain.  [Laughter]

19    **BY MS. DAVIS:**

20     **Q.**    So do you remember being asked that question about

21    what was going on, going forward?  Being able to predict

22    what would happen going forward?

23     **A.**    Yes.

24     **Q.**    Okay.

25           You are not an expert on projections; is that

1    right?

2        **A.**    No.

3        **Q.**    Okay.

4             And you weren't asked to do any --

5             **THE COURT:**  Here today.  You may being on some

6    other occasion.

7             **THE WITNESS:**  That's true.  [Laughter]

8             **THE COURT:**  I might have heard you some other

9    time.

10            **MS. DAVIS:**  Okay.

11   **BY MS. DAVIS:**

12       **Q.**    But for this case, you were not in a position

13   where you were doing forecasts or projections for this case;

14   is that right?

15       **A.**    That's correct.

16            **MS. DAVIS:**  Court's indulgence.

17            **THE COURT:**  Some other case.

18            **THE WITNESS:**  [No response]

19   **BY MS. DAVIS:**

20       **Q.**    The last thing I wanted to ask about was, he asked

21   you about the reason for the draws.  Do you remember that

22   series of questions?

23       **A.**    Yes.

24       **Q.**    Did you have -- did you gather any information as

25   to what the financial position was at those particular

1    companies during each of those draws?

2         **A.**   No.

3         **Q.**   Did you gather any information about how much cash

4    they might have on hand or capital or anything else in that

5    arena?

6         **A.**   No.

7         **Q.**   Okay.

8              So where did you get the information about the

9    draws?

10        **A.**   From their public filings.

11        **Q.**   I have no further questions.  Thank you,

12   Ms. Hartman.

13             **THE COURT:**  Thank you, Ms. Hartman.

14             **THE WITNESS:**  Thank you.

15             **THE COURT:**  Can I talk to counsel for a minute?

16        (Sidebar discussion.)

17             **THE COURT:**  What do plaintiffs have next?  I have

18   a few minutes but I have to rule on these definitions.  But

19   I don't know what you have.

20             **MR. KRAVETZ:**  Your Honor, Robert Kravetz on behalf

21   of plaintiffs.

22             Edward Linekin is testifying next, and then we

23   were going to play the deposition clips of Mr. Cacciapalle.

24             **THE COURT:**  We could start him until 12:30.

25             **MR. KRAVETZ:**  That's correct, Your Honor.

1          **THE COURT:**  Okay.  Let's start that.

2     (Sidebar concluded.)

3          **THE COURT:**  You may step down.

4     (Witness stepped down.)

5          **MR. COLATRIANO:**  Good afternoon, Your Honor.

6  Vincent Colatriano for the plaintiffs.

7          Plaintiffs call Edward Linekin to the stand.  Your

8  Honor, while he is taking the stand, I anticipate using

9  three documents.  I don't have the binder but I do have the

10 documents.  May I approach the witness and Your Honor?

11         **THE COURT:**  Sure.  Sure.

12         **DEPUTY CLERK:**  Do you solemnly swear or affirm

13 that the testimony you are about to give in this proceeding

14 will be the truth, the whole truth and nothing but the

15 truth?

16         **THE WITNESS:**  I do.

17         **DEPUTY CLERK:**  Thank you.

18         **DIRECT EXAMINATION OF JOSEPH CACCIAPALLE**

19 BY MR. COLATRIANO:

20    **Q.**   Good afternoon, Mr. Linekin.  Could you please

21 state your full name for the record.

22    **A.**   Edward Linekin.

23    **Q.**   Could you please tell the jury where you work?

24    **A.**   I work at the W.R. Berkley Corporation.

25    **Q.**   And what is the W.R. Berkley Corporation?

681

1          **A.**    Berkley is a property and casualty insurance

2     company, holding company.

3          **Q.**    And could you please elaborate on that a bit or

4     perhaps give us an example or two of what you mean by

5     property and casualty insurance?

6          **A.**    Sure.

7                So Berkley, through its various subsidiaries,

8     underwrites insurance in various business and commercial

9     lines.  An example of that would be worker's compensation.

10    We underwrite insurance for contractors to ensure that if

11    their employees get hurt, that there's money to pay them.

12    We are also very involved in the midwest agriculture

13    markets, ensuring various aspects of the farming community.

14         **Q.**    Thank you.

15               And could you please briefly describe your

16    educational and professional background?

17         **A.**    Sure.

18               I grew up in Queens, New York; that's where I went

19    to grammar school and high school.  After high school I went

20    to a state university in upstate New York called Cortland,

21    where I also worked while going to school there.  I

22    graduated Cortland in 1986 and started working in Manhattan

23    for Chemical Bank.  I also pursued my master's degree during

24    the evening while I was at Chemical Bank.

25               A few years after that went over to another

682

1    boutique investment shop that was called Home Capital.  I

2    finished my master's degree there and started pursuing my

3    charted financial analyst designation while I was working

4    there, also during the evening.

5           I completed my CFA, the charter financial analyst

6    designation, in 1997 and started at Berkley where I am now,

7    in 1995.  So I've been there 28 years.

8    Q.    And you mentioned something called a charter

9    financial analyst.  Could you please briefly describe what

10   you mean by that?

11   A.    Sure.

12          It's really a specialist designation within the

13   asset management industry.  So the way it works is that they

14   each year, when I took it, they'd give a test once a year.

15   If you passed that exam, you could pursue the second level.

16   If you passed that exam, you could then pursue the third

17   level.

18          What it details is portfolio management, you know,

19   analytical capabilities with analyzing securities.  So it's

20   very specific to the asset management industry.

21   Q.    Thank you.  I think you said you started at

22   Berkley in 1995; is that correct?

23   A.    Correct.

24   Q.    Could you please briefly, again, describe or

25   summarize the various position and responsibilities you've

1    held at Berkley over the years?

2        **A.**    Sure.

3            I started there as a corporate bond analyst.  Over

4    time I was given the responsibility for oversight and

5    management of the corporate bond portfolio.  In addition to

6    that I was given oversight of the government portfolio, as

7    well as the preferred stock portfolio.

8            Over time I transitioned out of management of the

9    corporate portfolio and government portfolio and took on the

10   international asset responsibility.  So currently I oversee

11   all of the international assets of Berkley, as well as

12   continue to manage the preferred stock portfolio.

13       **Q.**   You mentioned a number of portfolios there but why

14   does Berkley have these various investment portfolios?  What

15   are their purpose?

16       **A.**    The purpose of the investment management

17   operation, where I work, is to support the insurance

18   operations.  So that includes any obligations the insurance

19   companies may have, expenses, obviously claims are a big

20   part of that as well.

21       **Q.**   Thank you.

22           And could you please briefly describe -- you

23   mentioned you have oversight of the preferred stock

24   portfolio.

25           Could you please briefly describe Berkley's

684

1    investing with respect to the preferred stock portfolio?

2        **A.**    Sure.

3            Well, the majority of our assets are in bonds and

4    the reason we like the bonds, they are conservative

5    investments and have predictable cash flows.  That's the

6    traditional model for how we invest.  Fairly conservative in

7    our management style.

8            Preferreds fit in with that -- preferred stocks

9    fit in with that because they are different than common

10   stocks in a way that they usually contain fixed dividend

11   streams.  So they are similar in that respect to fixed

12   income obligations in that their dividend streams are

13   predictable and they are also less volatile than common

14   stocks.

15       **Q.**    Thank you.

16           Are there limits on the kinds of investors who can

17   own preferred stocks?

18       **A.**    No.  Individual investors own them, institutions,

19   corporations.  Anybody can own them.

20       **Q.**    And what role, if any, does the availability of

21   dividends play in Berkley's approach to its preferred stock

22   investments?

23       **A.**    Well, as I mentioned before, it's an important

24   component of our management, the dividend component, because

25   we are fairly conservative in how we manage the portfolio.

685

1    So we like to have the predictability of the stream.  Having

2    said that, not all companies pay dividends.  A lot of

3    companies decide to keep their profits inside and reinvest

4    them in their business.

5             The ones we typically gravitate towards are those

6    that have a predictable past history of paying dividends and

7    a predictable cash flow stream.

8       Q.    In the course of your work, do you come across

9    something called analyst reports?

10      A.    Sure.  Yes.

11      Q.    And could you please briefly explain what analyst

12   reports are?

13      A.    Analyst reports are really -- they are just that.

14   They are reports that analysts write.  Usually the analysts

15   at investment banks will write the reports.  And we do come

16   across those, you know, reasonably often.

17      Q.    Can you please briefly describe, if at all, you

18   use analyst reports in your work?

19           **MR. HOFFMAN:**  If I may object, Your Honor?  If I

20   may be heard on this?

21           **THE COURT:**  Overruled.

22           **THE WITNESS:**  Sure.

23           In a word, I think you have to use analyst reports

24   cautiously.  The reason is that the only way that -- you

25   know, the investment banks would send us or the analysts

1    would send us those reports.  What they are hoping for is to

2    generate a trade in some way, shape or form.  Because

3    that's, in essence, their compensation, whether we buy or

4    sell.  From that perspective, you have to understand what's

5    the underlying motivation that they have.

6              Now, having said that, like any aspect of the

7    industry there's thoughtful analysts and there are those

8    that, you know, would think are not that thoughtful.  So you

9    have to be discerning when you use analyst reports.

10    **Q.**   Does Berkley own shares of Fannie Mae and Freddie

11    Mac preferred stocks?

12    **A.**   We do.

13    **Q.**   Are you familiar with the number of shares Berkley

14    owns?

15    **A.**   I am.

16    **Q.**   I would like to show you a document.  You have the

17    hard copy but we can also pull it up on the screen.  It's

18    Plaintiffs' Exhibit 462.  Do you see the document before

19    you?

20    **A.**   I do.

21    **Q.**   Are you familiar with this document?

22    **A.**   I am.

23    **Q.**   And is this a document that reflects the number of

24    shares of Fannie Mae and Freddie Mac preferred stock that

25    Berkley owns?

1      **A.**    It does.

2      **Q.**    Does this document accurately reflect the number

3  of Fannie Mae and Freddie Mac shares that Berkley owns?

4      **A.**    It does.

5          **MR. COLATRIANO:**  Your Honor, at this time we would

6  like to move for admission of Plaintiff's Exhibit 462.

7          **MR. HOFFMAN:**  No objection.

8          **THE COURT:**  Received.

9      (Plaintiffs' Exhibit 462 was admitted.)

10  **BY MR. COLATRIANO:**

11     **Q.**    I think you touched on this earlier, but could you

12  please describe the corporate structure of W.R. Berkley

13  Corporation?

14     **A.**    Sure.

15          As I mentioned, it's a property and casualty

16  holding company.  You can really envision that like an

17  umbrella where underneath that there are over 50 different

18  subsidiaries that write various specialty lines of

19  insurance, in addition to the investment management

20  subsidiary where I work, called Berkeley Dean.

21     **Q.**    Which company within that structure owns the

22  Fannie Mae and Freddie Mac preferred shares that we've been

23  talking about?

24     **A.**    Berkley Insurance Company.

25     **Q.**    Mr. Linekin, how, if at all, did the imposition of

1    conservatorship of Fannie Mae and Freddie Mac effect

2    dividend rights associated with Berkley shares?

3            **MR. HOFFMAN:**  Objection, Your Honor.

4            **THE COURT:**  Overruled.

5            **THE WITNESS:**  Well, the dividend rights weren't

6    changed from the imposition of the conservatorship.

7    Obviously the dividends were suspended during the period of

8    the conservatorship.  But the right, themselves, that still

9    existed.

10           **MR. HOFFMAN:**  Objection, Your Honor.  Move to

11   strike.  Legal testimony.

12           **THE COURT:**  That's probably sustained.

13           **MR. COLATRIANO:**  Can you -- let me put it this

14   way --

15           **MR. HOFFMAN:**  No, I move to strike testimony.

16           **THE COURT:**  That remark is stricken.  Ultimately,

17   the jury is going to decide that question.

18           **MR. COLATRIANO:**  Let me ask it this way.  To what

19   extent, if any, was Berkley's entitlement to dividends to

20   your understanding effected by the conservatorship?

21           **MR. HOFFMAN:**  Same objection, Your Honor.  Calls

22   for legal conclusion.

23           **THE COURT:**  See if you can rephrase that question

24   in a way that --

25           **MR. COLATRIANO:**  I'd like to use a document.

1      **THE COURT:**  All right.  Do that.

2      **MR. COLATRIANO:**  Why don't you turn to the

3   document that's been marked Plaintiff's Exhibit 2-B?

4      **THE COURT:**  2-B?

5      **MR. COLATRIANO:**  2-B.

6   BY MR. COLATRIANO:

7      **Q.**   And Plaintiffs' Exhibit 2-B is a Federal Housing

8   Financial Agency statement from Director James Lockhart

9   issued when Fannie and Freddie were placed into

10   conservatorship.  Have you seen this document before?

11      **A.**   I have.

12      **Q.**   And I'd like to direct your attention to a passage

13   near the end that begins on Page 7.  On Page 7 there's a

14   sentence in the beginning -- near the middle of the page

15   that says, "There are several key components of the

16   conservatorship."  Do you see that?

17      **A.**   I do.

18      **Q.**   I'd like to direct your attention to the next page

19   and the seven of those key components of the

20   conservatorship.  Could you please read that first sentence

21   of that seventh point into the record, please?

22      **A.**   Sure.

23      "Seventh, in order to conserve over 2 billion in

24   capital every year, the common stock and preferred stock

25   dividends will be eliminated, but the common and all

1      preferred stocks will continue to remain outstanding."

2          **Q.**   And what does that tell you about what happened to

3      your -- to the dividend rights associated with Fannie and

4      Freddie preferred shares during the conservatorship?

5              **MR. HOFFMAN:**  Objection, Your Honor.  Calls for

6      legal conclusion.

7              **MR. COLATRIANO:**  I'm not asking for legal

8      conclusion, Your Honor.  I'm asking for --

9              **THE COURT:**  Objection is overruled.

10             **MR. COLATRIANO:**  Okay.

11             Did you have an idea limited in duration?

12         **THE WITNESS:**  I understood it to be limited in

13     duration because of the comments that the FHFA was saying

14     about nurturing them and bringing them back to health.

15         **THE COURT:**  I couldn't hear that.  I'm sorry.

16     Could you repeat that?

17         **THE WITNESS:**  I believed it would be limited in

18     duration because I understood the FHFA to be working towards

19     nurturing them and bringing them back to financial health.

20             **MR. HOFFMAN:**  Objection.  Move to strike.  May I

21     be heard on this?

22         **THE COURT:**  No.  He can say what he thought.

23     Well, actually -- I'm not sure about that.  I'll let you.

24          (Sidebar discussion.)

25         **THE COURT:**  I think I'm wrong on that.  I think

1      that's not consistent with how I ruled prior.

2              **MR. HOFFMAN:**  That's right, Your Honor.  You ruled

3      previously --

4              **THE COURT:**  I previously ruled on that.  Okay.  I

5      strike it.

6              **MR. COLATRIANO:**  Your Honor, may I be heard?

7          (Sidebar discussion concluded.)

8              **THE COURT:**  That's incorrect.  I can't allow that.

9              **MR. COLATRIANO:**  Let me skip ahead to the net

10     worth sweep then?

11             **THE COURT:**  Try it another way if you want, but

12     his subjective belief about that is irrelevant.

13             **MR. COLATRIANO:**  I'll just move ahead to the net

14     worth sweep.

15             **THE COURT:**  I'm sorry?

16             **MR. COLATRIANO:**  I'm going to skip ahead to the

17     net worth sweep, Your Honor.

18     **BY MR. COLATRIANO:**

19       **Q.**   How did the net worth sweep -- what affect did the

20     net worth sweep have on the dividend rights associated with

21     Berkley shares and Fannie and Freddie?

22             **MR. HOFFMAN:**  Objection, Your Honor.  Calls for

23     legal conclusion.

24             **MR. COLATRIANO:**  I'm sorry?

25             **MR. HOFFMAN:**  Calls for legal --

1          **THE COURT:**  Sustained.

2          **MR. COLATRIANO:**  May I be heard briefly?

3      (Sidebar discussion.)

4          **MR. COLATRIANO:**  Your Honor, Your Honor has ruled

5  that Mr. Linekin and other plaintiffs can testify as to the

6  fact that the net worth sweep extinguished their dividend

7  rights.  Your Honor has made that clear.  So that's what I

8  was asking him.  I can rephrase it as to what extent, if

9  any, did the net worth sweep extinguish dividend rights

10  associated with the Fannie and Freddie shares.  But that is

11  something that Your Honor has said is fair game.

12          **MR. HOFFMAN:**  Your Honor ruled that the

13  shareholders may testify as to why they brought this

14  lawsuit.  And in answering that, they could talk about the

15  dividend rights being extinguished.  The question here is

16  how did the net worth sweep, what effect did that have on

17  the dividend rights?  It should be tied more to what the

18  Court ruled, which is why he believed he was harmed and why

19  he brought the lawsuit.

20          **MR. COLATRIANO:**  Your Honor ruled both that

21  Mr. Linekin can testify as to why he brought the lawsuit and

22  that the dividend rights were extinguished.  Those were two

23  separate rulings.  So that's all I am attempting to elicit

24  here.

25          **THE COURT:**  What is the question you are asking?

1        **MR. COLATRIANO:**  I had asked about the effect on

2   the dividend rights, but I can just ask him to what extent,

3   if any, did the net worth sweep extinguish your dividend

4   rights?

5        **MR. HOFFMAN:**  That would be a leading question,

6   Your Honor.  Same objection.

7        **THE COURT:**  Well, it's already clear that the --

8   what you just read from Director said it was extinguished.

9        **MR. HOFFMAN:**  That's right, Your Honor.  From

10  2008; that's what the documents show.

11       **MR. COLATRIANO:**  Well, Your Honor, that's not --

12  A, that's not what the document showed.  The document showed

13  that during the conservatorship they were suspended.  I used

14  the word eliminated.

15       **MR. HOFFMAN:**  Eliminated not suspended, Your

16  Honor.

17       **MR. COLATRIANO:**  It said it was a key component of

18  the conservatorship.

19       **THE COURT:**  You can ask them if they ever came

20  back.

21       **MR. COLATRIANO:**  Can I ask him what would happen

22  if the companies exited conservatorship?

23       **MR. HOFFMAN:**  Your Honor --

24       **THE COURT:**  Ask him if he ever got dividends.

25       **MR. COLATRIANO:**  Since the net worth sweep?

1        **THE COURT:**  Yes.

2        **MR. COLATRIANO:**  Okay.

3    BY MR. COLATRIANO:

4        **Q.**  Mr. Linekin, has Berkley received any dividends on

5    its Fannie and Freddie shares since the net worth sweep?

6        **A.**  No.

7        **Q.**  Now, you mentioned earlier that not all companies

8    declare dividends, regularly declare dividends.

9        **A.**  Uh-huh.

10       **Q.**  So Berkley continues to own its stock in Fannie

11   and Freddie.  Correct?

12       **A.**  We do.

13       **Q.**  So to what extent -- how is that different from

14   what you talked about earlier, about how companies choose to

15   reinvest their profits into the business?

16       **MR. HOFFMAN:**  Objection, Your Honor.  It's vague

17   and confusing.

18       **THE COURT:**  Rephrase the question.

19       **MR. COLATRIANO:**  Certainly, Your Honor.

20   BY MR. COLATRIANO:

21       **Q.**  You testified earlier that not all companies

22   choose to declare dividends; that they instead chose to

23   reinvest their profits back into the business.

24       **A.**  Uh-huh.

25       **Q.**  You just talked about how after the net worth

1   sweep you haven't received any dividends.  Is that not the

2   same thing as what you talked about earlier about companies

3   that choose --

4           **MR. HOFFMAN:**  Objection.  Leading, Your Honor.

5   This is --

6           **THE COURT:**  Overruled.

7           **THE WITNESS:**  Well, the net worth sweep

8   effectively removed all of the profits from Fannie and

9   Freddie and, thus, reduced their ability to or eliminated

10  their ability to reinvest in themselves or to pay dividends.

11  And that cessation of profits, that transfer of profits to

12  the Treasury started in 2013.  And so into perpetuity there

13  would never be an option for Fannie and Freddie to reinvest

14  in themselves or pay dividends, should they exit

15  conservatorship, become profitable and resume business.

16      **Q.**   Thank you.

17          I'd like to show you the last document that was in

18  your packet.  It's a document marked as Plaintiffs' Exhibit

19  2-C, and it's already been received into evidence.

20          Have you seen this document before?

21      **A.**   I have.

22      **Q.**   And the document is a Federal Housing Finance

23  Agency fact sheet, questions and answers on conservatorship.

24  I'd like to -- and it was issued in 2008.  I'd like to just

25  briefly walk you through three of the questions and answers

696

1    that were on this document.  On the fist page there is a

2    question.  It's the second question.  "What is a

3    conservator?"  Can you please read the first part of FHFA's

4    answer to that question?

5        A.    "Conservator is the person or entity appointed to

6    oversee the affairs of a company for the purpose of bringing

7    it back to financial health."

8        Q.    At the bottom of the first page there is another

9    question, "What are the goals of this conservatorship?"

10   Could you read the first sentence of FHFA's answer to that

11   question, which can be found on the next page.

12       A.    "The purpose of appointing the conservator is to

13   preserve and conserve the company's assets and property, and

14   to put the company in a sound and solvent condition."

15       Q.    Thank you.

16             And then the next question on that page is, "When

17   will the conservatorship period end?"  Could you please

18   FHFA's answer to that question?

19       A.    "Upon the Director's determination that the

20   conservator's plan to restore the company to a safe and

21   solvent condition has been completed successfully, the

22   Director will enter an order conservatorship.  At present

23   there is no timeframe as to when this conservatorship may

24   end."

25       Q.    I'm sorry.  I didn't mean to interrupt you there.

1          Mr. Linekin, why did Berkley file this lawsuit?

2     **A.**    FHFA did not do what they said they were going to

3     do.  I mean, they said they were going to nurture and bring

4     the companies back to financial health and to conserve and

5     preserve the assets, and they did not do that.

6          As a matter of fact, they did the opposite of

7     that.  They took every dollar of profits from January 1st,

8     2013 into perpetuity and transferred them to the Treasury.

9     They did not do what they said they were going to do.

10         **MR. COLATRIANO:**  One moment, Your Honor.

11       (Brief pause.)

12         I have no further questions.

13         Thank you, Mr. Linekin.

14              **CROSS-EXAMINATION OF JOSEPH CACCIAPALLE**

15    **BY MR. HOFFMAN:**

16    **Q.**    Good afternoon, Mr. Linekin.  I am Ian Hoffman on

17    behalf of the defendants.

18         You work for an insurance company.  Right?

19    **A.**    I do.

20    **Q.**    The W.R. Berkley Insurance Company?

21    **A.**    Yes.

22    **Q.**    And the Berkley Insurance Company sells insurance

23    for businesses and high-value homes, vehicles and

24    collectibles.  Right?

25    **A.**    Very small component is that, very small.  That's

1    one of our start-ups.

2          **Q.**    I'm sorry.  That's one of your?

3          **A.**    That's one of our start-ups.  It's a newer

4    company.

5          **Q.**    And the Berkley Insurance Company also sells

6    insurance for recreational --

7              **THE COURT:**  Actually, I think I better stop

8    because I have some other matters to do.  So we'll start

9    back at 2:00.

10             Don't talk about the case.  Don't let anyone talk

11   to you about the case.  I will see you all back at 2:00.

12         (Witness exited the stand.)

13             **THE COURT:**  I'll take five minutes while a video

14   hearing is set up.  We will be in recess.

15         (Proceedings concluded at 12:39 p.m.)

16

17

18

19

20

21

22

23

24

25

1                    **C E R T I F I C A T E**

2

3          I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9      __July 27, 2023__        __/s/   Lorraine T. Herman__
                **DATE**                   **Lorraine T. Herman**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. COLATRIANO: [6]**
680/19 687/10 689/6
691/18 694/3 694/20
**BY MR. HOFFMAN: [1]** 697/15
**BY MR. STERN: [11]**
654/11 658/25 661/15
662/7 664/1 667/23
668/13 670/1 670/17
671/20 672/17
**BY MS. DAVIS: [12]**
624/8 628/23 634/12
637/3 638/10 641/10
673/17 674/10 675/12
677/19 678/11 678/19
**DEPUTY CLERK: [10]**
618/2 620/12 624/2
624/6 628/8 636/16
636/19 653/7 680/12
680/17
**MR. COLATRIANO: [25]** 680/5 687/5
688/13 688/18 688/25
689/2 689/5 690/7
690/10 691/6 691/9
691/13 691/16 691/24
692/4 692/9 692/20
693/1 693/11 693/17
693/21 693/25 694/2
694/19 697/10
**MR. HOFFMAN: [18]**
685/19 687/7 688/3
688/10 688/15 688/21
690/5 690/20 691/2
691/22 691/25 692/12
693/5 693/9 693/15
693/23 694/16 695/4
**MR. KRAVETZ: [2]**
679/20 679/25
**MR. MONTGOMERY: [4]** 658/24 662/6
663/25 667/22
**MR. STERN: [37]**
628/4 628/14 628/19
630/13 630/20 632/4
632/23 633/9 633/25
634/4 634/10 653/12
653/16 653/21 654/4
654/6 654/8 658/23
661/5 661/25 662/5
663/9 663/16 663/21
663/23 667/20 668/24

669/1 669/4 669/9
669/12 669/16 671/19
673/11 674/7 677/9
677/12
**MS. DAVIS: [50]** 619/8
619/10 619/23 620/10
620/16 621/6 628/1
628/10 628/20 630/4
630/6 631/19 632/13
633/5 633/17 633/19
633/21 634/8 635/23
635/25 636/15 636/18
636/20 638/2 638/6
641/5 641/7 653/1
653/3 653/9 653/14
661/4 661/9 662/23
663/1 663/12 663/19
668/12 668/22 669/23
670/15 672/14 673/13
675/10 677/6 677/10
677/15 677/18 678/10
678/16
**MS. McGUIRE: [2]**
638/9 675/11
**THE COURT: [82]**
618/6 619/9 619/20
620/9 620/11 620/14
620/23 624/1 628/6
628/12 628/18 628/21
630/19 633/15 633/18
634/2 635/24 636/7
636/12 636/14 637/2
638/5 641/4 641/6
653/17 653/20 654/3
654/5 654/9 661/10
663/18 668/23 668/25
669/2 669/7 669/11
669/14 669/24 670/16
672/15 673/12 674/8
677/2 677/4 677/14
677/17 678/5 678/8
678/17 679/13 679/15
679/17 679/24 680/1
680/3 680/11 685/21
687/8 688/4 688/12
688/16 688/23 689/1
689/4 690/9 690/15
690/22 690/25 691/4
691/8 691/11 691/15
692/1 692/25 693/7
693/19 693/24 694/1
694/18 695/6 698/7
698/13
**THE WITNESS: [19]**

624/3 636/9 636/13
641/8 654/7 661/11
672/16 674/9 677/3
677/5 678/7 678/18
679/14 680/16 685/22
688/5 690/12 690/17
695/7

**$**

**$1.1 [1]** 645/21
**$10 [1]** 672/3
**$11.13 [1]** 640/19
**$13.6 [1]** 649/2
**$130 [2]** 650/2 650/13
**$18.8 [1]** 649/19
**$19.7 [2]** 643/2 645/17
**$191.4 [1]** 652/7
**$200 [1]** 652/23
**$245.9 [1]** 651/4
**$3 [3]** 622/12 622/15
623/3
**$33.2 [1]** 645/6
**$340.6 [2]** 651/19
651/25
**$38 [1]** 672/19
**$5.1 [1]** 645/9
**$55.2 [1]** 650/9
**$60 [3]** 664/9 672/7
672/12
**$94.8 [2]** 651/10
651/11

**-**

**-T [1]** 635/13

**/**

**/s [1]** 699/9

**1**

**1-C [2]** 641/5 641/6
**1-K [3]** 662/5 663/24
667/21
**1-L [1]** 675/21
**1-M [1]** 659/12
**10 [2]** 665/5 671/25
**10-Ks [4]** 625/21
629/16 662/14 674/23
**10-Qs [4]** 625/21
629/16 662/14 674/23
**10020 [1]** 616/12
**1006 [2]** 631/6 631/13
**1053 [2]** 615/3 618/2
**10:48 [1]** 615/6
**12 [1]** 664/21
**1251 [1]** 616/11

615/10
**12:30 [1]** 679/24
**12:39 [1]** 698/15
**13-1053 [1]** 618/2
**13-288 [1]** 618/3
**13th [2]** 630/15 630/21
**14 [1]** 641/24
**14.109 [1]** 642/1
**140 [1]** 659/17
**1401 [1]** 616/8
**14th [1]** 623/12
**1523 [1]** 615/18
**16.4 [1]** 649/5
**16.5 [1]** 649/5
**17 [1]** 631/23
**17th [2]** 666/5 666/9
**180 [1]** 659/17
**19.13 [2]** 640/7 640/8
**19087 [1]** 616/6
**1986 [1]** 681/22
**1989 [1]** 644/17
**1995 [2]** 682/7 682/22
**1996 [1]** 642/3
**1997 [3]** 643/14 643/24
682/6
**1998 [2]** 638/15 640/9
**1:13-1053 [1]** 615/3
**1:13-1288 [1]** 615/10
**1L [1]** 637/1
**1st [2]** 666/6 697/7

**2**

**2-B [4]** 689/3 689/4
689/5 689/7
**2-C [1]** 695/19
**20 [3]** 623/10 671/25
677/8
**20001 [2]** 616/17
616/22
**20005 [1]** 616/9
**20036 [1]** 615/18
**2006 [2]** 648/14 649/2
**2007 [17]** 640/12
640/18 642/3 642/5
642/11 642/25 643/2
643/5 645/10 645/15
645/17 647/12 647/24
647/25 648/3 659/13
660/25
**2008 [37]** 618/21
638/15 640/10 640/13
640/18 643/1 643/2
643/5 643/6 643/14
643/24 644/18 645/11

**2008... [24]** 645/15 645/17 645/24 646/7 646/14 649/3 650/6 650/9 655/11 655/13 665/16 665/18 665/20 665/21 665/23 666/24 667/3 667/7 667/18 667/18 671/22 671/24 693/10 695/24
**2009 [11]** 646/16 649/4 649/4 662/18 662/19 662/22 664/7 664/13 672/5 672/9 672/11
**2010 [3]** 664/19 664/21 672/21
**2011 [2]** 665/8 673/6
**2012 [39]** 646/19 647/2 647/3 648/1 648/14 649/5 649/17 649/18 650/7 650/9 659/14 659/20 659/22 659/24 660/2 660/24 661/2 661/5 661/6 661/7 661/8 661/11 661/13 661/18 661/22 661/23 665/8 666/5 666/10 667/18 673/8 675/18 676/3 676/5 676/5 676/6 676/12 676/14 676/20
**2013 [12]** 646/9 650/1 650/11 650/14 661/17 661/19 661/21 663/15 666/7 667/15 695/12 697/8
**2017 [6]** 622/7 622/11 622/13 622/16 622/19 623/4
**2019 [4]** 622/21 622/23 623/2 623/6
**2020 [1]** 623/20
**2021 [3]** 623/12 623/16 623/17
**2022 [13]** 630/15 630/21 647/12 647/24 648/2 652/18 660/6 660/9 660/19 660/20 661/8 661/21 677/2
**2023 [3]** 615/4 660/17 699/9
**21 [2]** 630/21 630/25
**21st [1]** 622/7
**221 [1]** 630/21

**25 [1]** 623/10
**27 [2]** 615/4 699/9
**28 [1]** 682/7
**280 [1]** 616/5
**288 [1]** 618/3
**2:00 [2]** 698/9 698/11

**3**

**30 [1]** 664/24
**30th [2]** 622/21 622/23
**31st [1]** 622/19
**33.2 [1]** 642/22
**333 [1]** 616/21
**395.8 [1]** 652/14

**4**

**40 [1]** 626/16
**42 [1]** 622/6
**44 [1]** 622/7
**462 [3]** 686/18 687/6 687/9

**5**

**5-A [1]** 628/13
**5-K [1]** 671/21
**5-O [1]** 628/13
**5-R [2]** 636/17 653/7
**5-T [1]** 653/18
**50 [1]** 687/17
**54 [2]** 618/21 626/17
**55.2 [1]** 650/24
**563 [1]** 618/20
**5Q [1]** 630/1
**5R [1]** 636/23
**5T [1]** 630/2

**6**

**60 [1]** 643/7
**601 [1]** 616/16
**6720 [1]** 616/22

**8**

**8.6 [1]** 642/12
**803 [2]** 631/23 631/23

**A**

**a.m [1]** 615/6
**ability [2]** 695/9 695/10
**able [6]** 620/20 635/20 674/13 674/18 676/23 677/21
**about [62]** 618/13 618/18 620/3 620/4

**230 [1]** 630/23
620/25 624/3 630/8 632/22 635/13 637/4 637/6 639/11 639/17 646/13 646/24 647/23 648/1 648/25 654/15 657/18 659/2 659/12 660/8 661/12 662/12 663/8 663/14 666/16 666/19 669/3 669/7 669/25 674/12 674/20 674/23 675/17 675/24 676/2 677/6 677/7 677/10 677/12 677/20 678/20 678/21 679/3 679/8 680/13 687/23 690/2 690/14 690/23 691/12 692/14 693/1 694/14 694/14 694/25 695/2 695/2 698/10 698/11
**above [2]** 648/3 699/5
**above-entitled [1]** 699/5
**absolutely [2]** 667/8 667/11
**accept [1]** 621/2
**account [1]** 643/6
**accountant [2]** 624/16 625/9
**accounting [1]** 624/18
**accumulated [1]** 668/9
**accuracy [2]** 625/13 626/22
**accurate [2]** 629/9 632/9
**accurately [2]** 627/23 687/2
**acknowledged [1]** 632/24
**acronym [1]** 619/11
**acronyms [1]** 619/19
**across [2]** 685/8 685/16
**acting [3]** 622/7 622/24 623/12
**Action [5]** 615/2 615/9 615/10 618/2 618/4
**actually [7]** 630/22 644/3 660/14 667/2 673/24 690/23 698/7
**add [1]** 619/13
**addition [2]** 683/5 687/19
**additional [1]** 631/23

**admissible [2]** 631/5 631/22
**admission [2]** 628/2 687/6
**admitted [6]** 617/22 620/8 621/8 632/15 633/13 687/9
**affairs [3]** 626/7 670/25 696/6
**affect [2]** 667/17 691/19
**affirm [2]** 624/2 680/12
**after [15]** 619/4 650/14 651/2 659/20 659/20 660/17 660/20 661/2 665/20 665/21 666/23 677/8 681/19 681/25 694/25
**afternoon [3]** 680/5 680/20 697/16
**again [20]** 619/24 630/21 632/18 632/19 634/14 637/10 639/12 642/13 644/23 650/19 659/5 661/3 663/3 665/23 671/4 672/21 673/6 673/8 673/18 682/24
**against [1]** 646/15
**agencies [1]** 619/18
**AGENCY [3]** 615/6 689/8 695/23
**agree [1]** 621/1
**agreed [3]** 620/19 621/4 666/17
**agreement [6]** 615/10 618/4 620/7 620/25 623/17 638/4
**agreements [11]** 622/9 622/12 622/13 622/16 622/22 622/25 623/2 623/5 623/6 623/14 623/16
**agriculture [1]** 681/12
**ahead [4]** 620/11 691/9 691/13 691/16
**aid [1]** 619/12
**aided [1]** 616/25
**al [4]** 615/2 615/2 615/6 615/17
**albeit [1]** 673/8
**all [41]** 618/6 619/15 619/18 619/23 620/9 620/15 621/10 621/25

**A**

**all... [33]** 621/25 627/4 628/12 629/25 630/12 633/18 636/22 640/21 642/8 642/14 643/4 644/4 646/19 648/24 652/2 652/9 657/15 657/23 658/13 663/18 671/15 673/12 683/11 685/2 685/17 687/25 689/1 689/25 692/23 694/7 694/21 695/8 698/11
**allow [2]** 631/13 691/8
**allowed [1]** 623/4
**almost [1]** 664/24
**alone [3]** 642/11 650/11 650/14
**along [3]** 619/5 626/25 630/16
**already [7]** 618/24 619/3 635/13 636/24 677/17 693/7 695/19
**also [16]** 618/19 622/2 622/11 622/13 623/6 625/24 629/17 664/12 664/18 681/12 681/21 681/23 682/4 684/13 686/17 698/5
**alter [1]** 647/5
**altered [1]** 647/20
**am [22]** 624/4 624/16 624/22 627/8 630/1 630/20 631/7 631/7 634/4 641/23 646/1 648/10 660/4 661/20 662/18 663/9 671/4 682/6 686/15 686/22 692/23 697/16
**amendment [5]** 666/9 666/14 666/17 667/8 667/9
**Americas [1]** 616/11
**Among [1]** 623/17
**amount [18]** 618/11 618/11 622/17 623/8 623/22 639/21 639/24 639/24 640/8 642/1 643/4 649/10 650/14 664/6 664/12 667/25 668/1 670/3
**amounts [3]** 638/15 640/21 646/18
**analysis [3]** 626/8

**analyst [10]** 682/3 682/5 682/9 683/3 685/9 685/11 685/13 685/18 685/23 686/9
**analysts [4]** 685/14 685/14 685/25 686/7
**analytical [1]** 682/19
**analyze [1]** 670/4
**analyzing [1]** 682/19
**annual [6]** 625/21 626/16 626/17 649/22 662/8 674/23
**another [4]** 630/22 681/25 691/11 696/8
**answer [9]** 660/21 668/14 669/18 670/11 670/20 671/5 696/4 696/10 696/18
**answering [1]** 692/14
**answers [2]** 695/23 695/25
**anticipate [1]** 680/8
**any [31]** 618/13 618/24 622/1 622/1 622/4 624/22 645/1 647/5 647/20 648/19 654/18 654/21 654/23 655/7 655/10 656/10 656/24 658/15 658/19 663/8 678/4 678/24 679/3 683/18 684/20 686/6 688/19 692/9 693/3 694/4 695/1
**anybody [3]** 658/5 658/7 684/19
**anyone [1]** 698/10
**anything [13]** 619/13 627/3 628/8 628/17 628/18 629/21 631/8 635/20 637/21 648/20 662/12 669/11 679/4
**apart [1]** 662/11
**APPEARANCES [2]** 615/16 616/3
**appeared [1]** 663/13
**appears [3]** 630/8 636/2 663/3
**apply [1]** 622/19
**appointed [1]** 696/5
**appointing [1]** 696/12
**approach [3]** 654/4 680/10 684/21
**approved [1]** 621/19

**are [87]** 618/6 618/15 621/2 621/3 621/4 621/5 622/7 622/11 622/24 623/2 623/13 624/17 625/9 627/14 629/20 632/1 632/5 633/2 633/4 633/13 634/7 634/7 636/1 636/1 637/15 638/18 641/12 644/9 644/16 644/16 647/19 651/13 652/18 654/20 655/1 655/1 655/4 659/16 660/4 662/22 664/18 667/25 673/9 673/20 673/14 678/24 683/3 683/6 683/7 683/11 683/11 683/20 684/23 687/15 692/5 692/8 692/13 692/21 695/2 695/18 696/23 697/6
**area [1]** 663/4
**aren't [1]** 669/3
**arena [1]** 679/5
**argue [2]** 631/2 631/11
**argument [1]** 618/13
**arguments [1]** 620/4
**Arnold [1]** 616/16
**as [62]** 618/8 618/15 621/2 621/3 621/4 621/5 622/7 622/11 622/24 623/2 623/13 624/17 625/9 627/14 629/20 632/1 632/5 633/2 633/4 633/13 634/7 634/7 636/1 636/1 637/15 638/18 641/12 644/9 644/16 644/16 647/19 651/13 652/18 654/20 655/1 655/1 655/4 659/16 660/4 662/22 664/18 667/25 673/9 673/20 673/14 678/24 683/3 683/6 683/7 683/11 683/11 683/20 684/23 687/15 692/5 692/8 692/13 692/21 695/2 695/18 696/23 697/6
**ASIM [1]** 616/14
**ask [13]** 633/15 637/4 647/13 663/8 669/14 669/17 677/12 678/20 688/18 693/2 693/19 693/21 693/24
**asked [15]** 624/20 624/24 624/25 657/18 660/19 663/10 670/11 673/20 674/12 677/6 677/10 677/20 678/4 678/20 693/1
**asking [10]** 663/4 663/9 663/14 663/16 671/4 675/17 690/7 690/8 692/8 692/25
**aspect [1]** 686/6
**aspects [1]** 681/13
**asset [3]** 682/13 682/20 683/10
**assets [16]** 622/4 668/10 670/19 670/25 671/12 672/3 672/7 672/12 672/18 672/22 672/25 673/2 683/11

**assignment [1]** 626/22
**associated [4]** 688/2 690/3 691/20 692/10
**attempting [1]** 692/23
**attention [11]** 625/14 627/12 640/6 640/12 641/23 642/5 650/4 675/9 675/20 689/12 689/18
**August [3]** 666/5 666/9 676/11
**availability [1]** 684/20
**available [6]** 631/24 631/24 634/20 675/4 676/11 676/15
**Avenue [5]** 615/18 616/8 616/11 616/16 616/21
**aware [1]** 655/2

---

**B**

**back [17]** 644/16 648/3 660/24 661/5 663/15 663/23 663/24 667/20 671/21 690/14 690/19 693/20 694/23 696/7 697/4 698/9 698/11
**background [4]** 642/10 654/15 674/17 681/16
**Bank [2]** 681/23 681/24
**Bankruptcy [1]** 616/21
**banks [2]** 685/15 685/25
**bar [1]** 664/3
**bars [3]** 648/6 662/19 663/8
**based [6]** 621/20 624/21 637/19 655/22 669/18 671/3
**basic [1]** 674/5
**basically [1]** 639/8
**be [56]** 618/15 618/24 619/17 620/14 620/19 620/20 621/24 621/25 624/4 624/6 624/17 630/8 630/12 631/22 632/10 632/19 633/2 633/12 633/25 635/20 640/3 641/20 649/20 661/21 662/23 663/4 663/7 663/7 669/1

**be... [27]** 671/13
674/13 674/18 674/22
674/24 675/1 675/21
676/10 676/10 677/7
677/15 680/14 681/9
685/20 686/9 689/25
690/12 690/17 690/18
690/21 691/6 692/2
692/17 693/5 695/13
696/11 698/14
**bea.gov [1]** 637/7
**beat [1]** 633/9
**because [7]** 632/13
684/9 684/24 686/2
690/13 690/18 698/8
**become [1]** 695/15
**been [13]** 621/3 621/5
621/8 628/24 630/1
655/15 660/25 676/14
682/7 687/22 689/3
695/19 696/21
**before [21]** 615/14
619/1 622/1 628/16
636/5 648/3 650/6
650/20 650/22 655/4
655/5 655/7 655/10
656/21 656/24 666/16
666/19 684/23 686/18
689/10 695/20
**beginning [5]** 652/5
654/14 660/2 661/13
689/14
**begins [1]** 689/13
**behalf [2]** 679/20
697/17
**behind [1]** 674/1
**being [8]** 618/7 620/5
667/9 670/25 677/20
677/21 678/5 692/15
**belief [1]** 691/12
**believe [4]** 652/17
656/18 660/12 662/8
**believed [2]** 690/17
692/18
**benign [1]** 619/16
**Berger [1]** 616/10
**BERGMAN [1]** 616/15
**Berkeley [1]** 687/20
**Berkley [23]** 680/24
680/25 681/1 681/7
682/6 682/22 683/1
683/11 683/14 686/10
686/13 686/25 687/3

687/12 687/24 688/2
691/21 694/4 694/10
697/1 697/20 697/22
698/5
**Berkley's [3]** 683/25
684/21 688/19
**Bernstein [1]** 616/10
**better [1]** 698/7
**between [4]** 618/12
618/14 662/3 671/24
**beyond [1]** 623/3
**big [1]** 683/19
**billion [41]** 622/12
622/15 622/15 622/19
623/4 623/10 640/7
640/8 640/19 641/24
642/1 642/12 642/22
643/2 645/6 645/9
645/17 645/21 649/19
650/2 650/10 650/13
650/24 651/4 651/10
651/11 651/19 651/25
652/8 652/14 652/23
664/9 664/17 664/21
665/5 671/25 672/3
672/7 672/13 672/19
689/23
**billions [2]** 664/19
665/1
**binder [2]** 627/8 680/9
**binders [1]** 653/25
**bit [1]** 681/3
**black [1]** 664/3
**BLOCK [1]** 616/15
**Bloomberg [4]** 625/24
629/15 644/4 675/1
**blue [1]** 646/15
**board [3]** 621/17
621/19 621/21
**boards [1]** 621/16
**Boies [1]** 616/8
**bond [2]** 683/3 683/5
**bonds [2]** 684/3 684/4
**both [18]** 621/4 621/11
642/18 642/20 642/21
642/24 643/6 645/5
645/13 645/16 646/3
646/16 650/8 652/3
652/7 662/19 672/21
692/20
**bottom [3]** 630/25
641/24 696/8
**boutique [1]** 682/1
**brain [1]** 677/18

**break [2]** 649/21
671/11
**Brief [9]** 627/10 630/3
636/3 653/2 653/13
653/22 662/2 673/14
697/11
**briefly [11]** 634/1
669/1 681/15 682/9
682/24 683/22 683/25
685/11 685/17 692/2
695/25
**bring [3]** 619/6 630/16
697/3
**bringing [4]** 647/5
690/14 690/19 696/6
**brought [3]** 692/13
692/19 692/21
**bureau [3]** 626/7 637/8
648/12
**business [6]** 620/17
681/8 685/4 694/15
694/23 695/15
**businesses [1]** 697/23
**buy [1]** 686/3
**buying [1]** 638/23

**C**

**Cacciapalle [3]** 679/23
680/18 697/14
**calculated [2]** 621/20
670/3
**calculations [3]**
637/19 645/10 658/15
**call [4]** 623/25 625/24
664/15 680/7
**called [10]** 621/13
625/20 625/21 626/5
635/6 681/20 682/1
682/8 685/9 687/20
**Calls [4]** 688/21 690/5
691/22 691/25
**came [5]** 629/14 632/1
637/6 648/22 693/19
**can [61]** 618/22 619/4
626/12 626/19 627/14
628/25 630/14 630/16
630/16 630/17 630/19
632/9 633/12 633/15
633/17 633/25 634/13
635/6 635/17 635/24
637/5 638/11 639/21
640/16 641/1 641/24
643/10 643/19 644/11
646/2 647/1 647/8

688/5 698/7 658/23
661/3 662/5 663/24
665/11 667/4 667/20
668/14 668/19 670/10
679/15 684/16 684/19
685/17 686/17 687/16
688/13 688/23 690/22
692/5 692/8 692/21
693/2 693/19 693/21
696/3 696/11
**can't [5]** 659/22 660/16
669/18 671/5 691/8
**cannot [1]** 643/22
**capabilities [1]** 682/19
**capital [7]** 622/13
623/4 623/8 623/20
679/4 682/1 689/24
**Capitol [1]** 623/10
**case [39]** 618/3 618/20
618/23 619/2 619/5
621/10 624/20 624/22
626/5 626/9 631/1
631/4 633/7 633/24
634/5 634/14 634/16
634/22 635/4 635/7
635/15 646/24 654/17
655/4 655/7 655/10
656/4 656/14 656/21
656/22 656/24 656/25
663/6 670/8 678/12
678/13 678/17 698/10
698/11
**Case-Schiller [1]**
626/5
**Case-Shiller [16]**
631/1 631/4 633/7
633/24 634/5 634/14
634/16 634/22 635/4
635/7 635/15 646/24
656/4 656/14 656/22
656/25
**cash [13]** 623/18
623/23 650/15 650/25
651/2 651/7 651/14
651/15 652/11 652/12
679/3 684/5 685/7
**casualty [3]** 681/1
681/5 687/15
**cause [1]** 619/1
**cautiously [1]** 685/24
**certain [3]** 621/1 625/3
656/10
**Certainly [1]** 694/19
**certificates [12]**

**C**

certificates... [12] 621/13 621/14 621/17 621/22 622/2 622/10 623/1 623/15 625/22 626/16 629/16 674/25
certify [1] 699/4
cessation [1] 695/11
CFA [1] 682/5
chance [1] 627/15
change [2] 634/18 676/19
changed [5] 622/9 622/25 623/14 676/3 688/6
changes [1] 635/9
charge [2] 626/22 630/9
chart [42] 631/3 631/17 631/19 631/20 632/3 632/7 632/8 632/10 632/11 632/24 632/25 633/3 633/8 633/10 633/16 633/22 636/11 637/5 637/6 637/11 646/13 647/19 648/16 648/18 648/19 656/4 660/11 660/12 660/15 661/6 663/16 664/2 664/5 664/11 664/12 668/3 669/15 669/25 675/13 675/25 676/2 676/23
charted [1] 682/3
charter [2] 682/5 682/8
charts [12] 620/3 620/8 630/10 631/14 631/16 632/18 633/6 633/23 637/20 637/24 656/13 665/12
check [3] 616/5 653/6 662/1
Chemical [2] 681/23 681/24
choose [3] 694/14 694/22 695/3
chose [1] 694/22
circulars [2] 625/22 629/17
cite [1] 618/20
Civil [2] 615/2 618/2
claims [1] 683/19
CLASS [3] 615/10 616/4 618/4

clear [11] 624/9 624/17 625/2 636/21 640/3 649/20 652/2 667/6 667/24 692/7 693/7
Clerk [1] 620/22
clips [1] 679/23
close [1] 625/13
COLATRIANO [3] 615/17 617/8 680/6
collect [1] 624/25
collected [2] 627/4 627/19
collectibles [1] 697/24
colloquial [4] 670/24 671/2 671/10 671/13
COLUMBIA [1] 615/1
combined [2] 649/18 650/17
come [8] 632/21 633/4 647/14 656/5 673/24 674/4 685/8 685/15
comes [5] 622/15 631/25 632/14 634/24 648/7
comments [1] 690/13
commercial [1] 681/8
commitment [14] 646/5 646/16 646/17 652/4 662/9 662/13 667/21 667/25 668/20 669/21 670/6 670/13 671/24 672/9
commitments [1] 674/21
common [14] 621/12 622/1 643/15 643/21 643/22 643/25 644/21 644/23 644/23 645/24 684/9 684/13 689/24 689/25
community [1] 681/13
companies [15] 642/20 642/24 643/6 645/5 645/13 679/1 683/19 685/2 685/3 693/22 694/7 694/14 694/21 695/2 697/4
company [13] 681/2 681/2 687/16 687/21 687/24 696/6 696/14 696/20 697/18 697/20 697/22 698/4 698/5
company's [1] 696/13

compensation [2] 681/9 686/3
compiled [3] 631/3 637/20 676/16
compiles [1] 634/21
compiling [1] 625/12
completed [2] 682/5 696/21
compliant [1] 630/12
Complied [6] 638/9 658/24 662/6 663/25 667/22 675/11
component [4] 684/24 684/24 693/17 697/25
components [2] 689/15 689/19
computer [2] 616/25 656/4
computer-aided [1] 616/25
concluded [7] 633/20 634/11 663/20 663/22 680/2 691/7 698/15
conclusion [6] 663/5 663/8 688/22 690/6 690/8 691/23
condition [2] 696/14 696/21
confuse [1] 619/17
confusing [1] 694/17
confusion [2] 619/1 630/8
conservative [3] 684/4 684/6 684/25
conservator [6] 622/8 622/24 623/13 696/3 696/5 696/12
conservator's [1] 696/20
conservatorship [24] 649/12 650/6 650/20 652/5 652/6 652/13 652/21 688/1 688/6 688/8 688/20 689/10 689/16 689/20 690/4 693/13 693/18 693/22 695/15 695/23 696/9 696/17 696/22 696/23
conserve [3] 689/23 696/13 697/4
consider [1] 621/5
consistent [3] 625/8 625/12 691/1
consistently [1]

681/9 686/3
compiled [3] 631/3
Constitution [1] 616/21
Consulting [1] 624/13
contain [1] 684/10
contained [1] 629/15
continue [5] 619/6 648/1 652/18 683/12 690/1
CONTINUED [2] 616/3 636/6
continues [2] 649/3 694/10
continuing [2] 652/14 652/19
contractors [1] 681/10
convenience [1] 654/1
Cooper [1] 615/17
copy [3] 630/13 630/16 686/17
corporate [4] 683/3 683/5 683/9 687/12
Corporation [3] 680/24 680/25 687/13
corporations [1] 684/19
correct [82] 624/19 625/6 629/7 629/8 632/9 650/18 652/24 652/25 654/18 654/19 654/21 654/22 654/25 655/8 655/9 655/12 655/13 655/14 656/5 656/6 656/8 656/9 656/11 656/12 656/17 656/22 656/23 656/25 657/1 657/2 657/10 657/17 658/5 658/6 658/8 658/12 658/17 658/18 658/21 658/22 659/7 659/10 659/11 659/18 659/19 660/4 660/5 660/18 661/2 662/10 662/18 664/4 664/7 666/14 666/15 666/17 666/20 666/21 667/1 667/5 667/8 667/12 667/16 667/18 668/6 669/22 670/2 670/20 671/8 671/13 671/14 671/18 671/23 673/10 676/20 677/3 678/15 679/25 682/22 682/23 694/11 699/4

**C**

corrected [1] 634/8
Cortland [2] 681/20
681/22
could [28] 618/24
619/1 624/14 626/1
633/4 674/6 674/24
675/1 675/10 677/7
679/24 680/20 680/23
681/3 681/15 682/9
682/15 682/16 682/24
683/22 683/25 685/11
687/11 689/20 690/16
692/14 696/10 696/17
couldn't [1] 690/15
counsel [7] 631/8
647/16 653/15 662/4
673/20 674/12 679/15
couple [1] 663/15
course [3] 627/8
635/14 685/8
court [11] 615/1
616/20 621/3 628/15
630/17 631/13 632/5
633/3 654/2 692/18
699/3
Court's [11] 630/15
631/2 633/12 633/14
653/1 653/12 653/21
661/25 671/19 673/13
678/16
courtroom [1] 620/13
covered [3] 635/14
664/5 664/12
CRC [1] 616/20
create [9] 637/10
648/16 657/17 657/20
659/6 659/8 659/9
659/10 660/11
created [5] 627/18
629/4 629/6 648/18
660/14
creating [1] 657/24
crisis [2] 655/11
655/13
criteria [1] 658/19
cross [5] 617/4 617/8
653/20 654/10 697/14
Cross-Examination [4]
617/4 617/8 654/10
697/14
Cts [1] 616/21
cumulatively [1]
652/23

cure [1] 618/22
cured [1] 618/25
currently [2] 631/18
683/10
CUSIP [2] 639/7 639/8
cuts [1] 660/6

**D**

D.C [4] 615/18 616/9
616/17 616/22
D.D.C [1] 618/21
damages [1] 618/18
data [36] 624/25
625/13 627/5 627/19
627/24 630/10 631/4
631/5 631/12 631/14
631/15 631/23 632/1
632/21 633/1 633/6
633/7 633/11 633/13
633/16 633/16 637/19
640/4 643/21 644/21
646/10 647/17 649/10
649/14 655/22 655/25
658/11 658/13 660/10
660/11 674/1
database [6] 625/24
626/18 629/15 631/21
644/4 675/1
date [20] 635/16
637/10 639/17 639/19
646/25 647/11 647/14
647/16 648/17 656/3
656/5 656/11 658/7
658/8 658/16 658/21
660/10 661/11 676/25
699/9
dates [1] 631/21
DAVID [1] 616/15
DAVIS [11] 616/7
617/4 617/5 619/24
630/6 631/17 632/10
632/23 634/5 663/1
663/10
DAY [1] 615/13
DC [1] 615/5
dcd.uscourts.gov [1]
616/23
dead [1] 633/10
Dean [1] 687/20
December [2] 622/7
622/19
decide [2] 685/3
688/17
decided [2] 632/5

declare [4] 621/18
694/8 694/8 694/22
declared [1] 621/15
declares [1] 621/22
decrease [3] 648/1
648/3 649/4
decreased [1] 659/17
decreases [1] 646/18
defendant [2] 631/20
653/20
defendants [11] 615/8
616/14 618/20 619/13
620/3 627/9 631/2
631/5 638/4 653/24
697/17
defendants' [2] 618/7
618/17
defense [2] 653/14
662/4
defense's [1] 663/6
definition [1] 643/16
definitions [1] 679/18
degree [2] 681/23
682/2
deliver [1] 637/24
demonstrative [3]
620/3 633/4 633/13
demonstratives [2]
631/10 632/20
denied [2] 618/19
619/2
Depending [1] 661/11
deposition [1] 679/23
depositions [1] 619/4
Deputy [1] 620/22
describe [8] 670/24
681/15 682/9 682/24
683/22 683/25 685/17
687/12
described [1] 627/3
describing [1] 671/2
description [2] 639/4
641/14
designation [12]
621/13 621/14 621/17
621/22 622/2 625/23
626/16 629/16 674/25
682/3 682/6 682/12
detail [2] 625/14
674/23
details [1] 682/18
determination [1]
696/19

did [62] 626/13 626/24
627/3 627/20 627/22
629/12 635/2 635/3
635/11 635/20 640/3
640/17 642/9 642/19
642/24 643/5 644/2
645/3 645/7 645/10
645/13 647/5 647/14
648/16 648/19 649/10
649/16 649/20 649/25
650/5 650/11 650/21
651/3 651/5 651/23
653/4 653/7 660/11
665/25 669/7 670/4
673/24 674/4 675/18
677/4 678/24 678/24
679/3 679/8 687/25
690/11 691/19 691/19
692/9 692/16 692/16
693/3 697/1 697/2
697/5 697/6 697/9
didn't [14] 651/22
654/17 656/4 658/15
659/6 659/8 659/8
659/10 667/2 667/14
667/17 669/11 677/12
696/25
difference [2] 618/12
618/14
different [8] 619/18
632/11 632/13 673/3
674/24 684/9 687/17
694/13
digest [1] 618/24
direct [17] 617/4 617/8
624/7 627/12 640/12
641/23 642/5 643/10
646/21 648/10 650/4
659/3 675/9 675/20
680/18 689/12 689/18
directly [4] 630/11
632/22 633/23 635/17
Director [3] 689/8
693/8 696/22
Director's [1] 696/19
directors [1] 621/20
discerning [1] 686/9
discussed [2] 626/15
675/7
discussion [12] 630/5
632/19 633/20 634/3
634/11 662/3 662/25
663/20 679/16 690/24
691/7 692/3

**D**

display [1] 638/6
displaying [1] 618/14
dispute [3] 620/25
631/5 632/22
distribution [1] 622/4
DISTRICT [4] 615/1
615/1 615/14 616/21
dividend [27] 621/22
622/17 622/20 622/20
623/18 623/24 643/16
643/17 643/22 643/23
644/1 651/7 674/25
684/10 684/12 684/24
688/2 688/5 690/3
691/20 692/6 692/9
692/15 692/17 692/22
693/2 693/3
dividends [51] 618/12
621/15 621/18 621/19
621/23 621/25 622/1
643/15 644/3 644/18
644/24 644/25 645/7
645/19 645/23 649/16
649/19 649/25 650/5
650/8 650/11 650/16
650/25 651/3 651/14
652/11 652/13 665/12
665/13 665/20 666/16
666/19 666/23 667/3
667/7 667/17 674/21
684/21 685/2 685/6
688/7 688/19 689/25
693/24 694/4 694/8
694/8 694/22 695/1
695/10 695/14
do [49] 619/20 621/17
624/2 624/5 624/12
624/24 625/16 628/6
628/21 631/5 631/11
633/3 635/21 640/13
645/10 648/6 652/16
658/15 663/10 667/8
667/11 674/15 675/14
675/17 675/18 675/22
677/20 678/4 678/21
679/17 680/9 680/12
680/16 685/8 685/15
686/12 686/18 686/20
689/1 689/16 689/17
694/12 697/2 697/3
697/5 697/9 697/9
697/19 698/8
document [16] 630/21

686/16 686/18 686/24
686/23 687/2 688/25
689/3 689/10 693/12
693/12 695/17 695/18
695/20 695/22 696/1
documents [13] 620/6
621/13 626/15 627/2
627/5 627/13 655/17
655/22 655/25 674/12
680/9 680/10 693/10
does [23] 627/23
638/12 639/3 639/7
641/20 642/15 646/6
646/13 647/23 648/25
651/11 658/10 658/11
660/8 660/9 676/2
683/14 684/20 686/10
687/1 687/2 687/4
690/2
doesn't [2] 644/16
664/24
doing [3] 625/8 655/15
678/13
dollar [1] 697/7
domestic [3] 626/10
637/8 648/13
don't [23] 618/14
628/6 628/10 632/5
632/10 633/9 648/8
656/10 660/14 660/20
662/12 665/11 665/25
667/13 668/16 668/18
672/9 676/16 679/19
680/9 689/2 698/10
698/10
done [4] 633/5 655/7
655/10 656/24
double [1] 653/6
down [20] 629/25
637/16 640/6 641/23
646/4 646/15 646/17
646/18 648/1 652/3
652/7 656/16 660/25
661/6 668/4 670/5
671/11 672/8 680/3
680/4
download [4] 635/17
637/11 647/1 658/7
downloaded [5]
636/10 637/20 646/23
648/18 659/5
downward [1] 659/13
drag [1] 661/20
draw [16] 646/15

662/12 663/8 664/6
664/12 667/24 668/19
669/5 669/7 669/12
669/20 670/12 671/7
671/12 671/22 671/24
drawdowns [1] 674/21
drawn [3] 652/3 652/7
652/24
draws [14] 646/13
662/9 664/19 665/8
667/20 668/8 668/11
668/16 668/18 669/14
670/3 678/21 679/1
679/9
drew [6] 646/4 646/17
646/18 668/3 670/5
672/8
duration [3] 690/11
690/13 690/18
during [8] 618/8
618/18 679/1 681/23
682/4 688/7 690/4
693/13

**E**

each [26] 621/9 621/14
622/10 622/12 622/14
622/16 622/18 622/20
623/1 623/3 623/9
623/15 623/18 623/21
623/22 623/22 638/13
639/4 640/4 643/15
643/17 643/24 644/17
666/24 679/1 682/14
earlier [6] 628/5
687/11 694/7 694/14
694/21 695/2
early [3] 659/13
659/14 660/24
earnings [3] 623/3
623/19 623/22
economic [6] 626/7
626/8 626/9 637/8
637/9 648/12
educational [1] 681/16
Edward [3] 679/22
680/7 680/22
effect [6] 650/7 666/6
666/20 688/1 692/16
693/1
effected [1] 688/20
effectively [1] 695/8
eight [3] 640/24
664/16 664/17

either [4] 621/18
621/21 645/23 674/24
elaborate [2] 660/23
681/3
elicit [1] 692/23
eliminated [4] 689/25
693/14 693/15 695/9
else [3] 631/9 637/21
679/4
employees [1] 681/11
end [11] 622/18
626/24 652/17 660/9
661/12 662/22 667/18
672/5 689/13 696/17
696/24
English [1] 670/12
enough [1] 618/23
ensure [1] 681/10
ensuring [2] 625/13
681/13
enter [1] 696/22
entered [4] 620/13
622/8 622/24 623/13
enterprise [16] 621/18
621/21 622/5 622/10
622/12 622/15 622/16
623/1 623/3 623/15
623/19 623/20 623/21
623/23 670/13 671/8
enterprise's [1] 621/19
enterprises [8] 621/11
621/16 622/8 622/24
623/8 623/13 668/20
669/21
entities [2] 650/8
674/2
entitle [1] 621/14
entitled [1] 699/5
entitlement [1] 688/19
entity [1] 696/5
envision [1] 687/16
equal [1] 622/17
essence [1] 686/3
establish [1] 621/23
et [3] 615/2 615/2
615/6
evening [2] 681/24
682/4
ever [2] 693/19 693/24
every [7] 643/13
643/22 644/6 661/20
661/21 689/24 697/7
everyone [1] 672/6
evidence [30] 617/12

707

**E**

**evidence... [29]**
617/12 617/13 617/13
617/14 617/14 617/15
617/15 617/16 617/16
617/17 617/17 617/18
617/18 617/19 617/19
617/20 617/20 617/21
617/21 617/22 621/2
624/21 628/3 631/11
631/15 632/20 638/3
653/11 695/19
**exactly [4]** 632/4 633/5
637/15 676/16
**exam [2]** 682/15
682/16
**examination [12]**
617/4 617/4 617/5
617/8 617/8 624/7
654/10 654/14 659/3
673/16 680/18 697/14
**examined [1]** 636/22
**example [3]** 656/3
681/4 681/9
**exceed [1]** 670/25
**exceeded [10]** 622/18
668/10 671/12 672/2
672/6 672/12 672/18
672/22 672/25 673/2
**Excel [11]** 627/6 627/7
627/18 627/21 627/23
629/14 629/21 635/14
637/20 644/8 649/14
**executed [1]** 666/9
**execution [1]** 622/21
**exhibit [13]** 632/2
632/3 636/16 636/17
636/22 637/1 637/1
686/18 687/6 687/9
689/3 689/7 695/18
**exhibits [9]** 617/11
620/5 627/13 628/2
628/13 635/12 636/23
653/18 669/3
**existed [1]** 688/9
**exit [1]** 695/14
**exited [2]** 693/22
698/12
**expenses [1]** 683/19
**expert [7]** 624/18
654/24 663/6 663/7
668/15 671/4 677/25
**expertise [1]** 654/18
**explain [6]** 625/16

626/12 634/13 659/22
674/13 685/11
**extent [5]** 663/12
688/19 692/8 693/2
694/13
**extinguish [2]** 692/9
693/3
**extinguished [4]**
692/6 692/15 692/22
693/8

**F**

**F.Supp.2d [1]** 618/21
**face [1]** 621/21
**fact [5]** 621/2 659/16
692/6 695/23 697/6
**facts [6]** 620/23 621/1
621/2 621/4 674/1
674/5
**faint [1]** 648/5
**fair [3]** 629/9 665/3
692/11
**FAIRHOLME [2]** 615/2
615/17
**fairly [2]** 684/6 684/25
**familiar [2]** 686/13
686/21
**FANNIE [56]** 615/9
616/14 618/3 623/9
625/3 625/19 638/15
639/19 639/25 640/9
640/18 640/23 641/12
642/18 642/21 643/12
643/24 644/16 645/4
645/7 645/14 645/16
645/22 646/3 646/16
649/18 649/22 652/22
655/8 662/19 664/2
664/6 664/19 664/22
664/23 665/13 665/15
665/16 667/6 668/1
670/5 672/21 674/14
686/10 686/24 687/3
687/22 688/1 689/9
690/3 691/21 692/10
694/5 694/10 695/8
695/13
**Fannie's [2]** 668/9
672/6
**far [2]** 634/7 644/16
**farming [1]** 681/13
**favors [1]** 654/2
**February [3]** 676/6
676/7 676/20

**FEDERAL [7]** 615/5
626/4 634/23 636/10
636/12 689/7 695/22
**few [2]** 679/18 681/25
**FHFA [8]** 616/14 622/7
622/23 623/12 655/8
690/13 690/18 697/2
**FHFA's [3]** 696/3
696/10 696/18
**Fifty [1]** 640/24
**Fifty-eight [1]** 640/24
**file [6]** 629/22 635/14
637/20 644/8 649/14
697/1
**filed [2]** 630/15 630/21
**filings [5]** 625/19
649/22 662/15 674/23
679/10
**FINANCE [2]** 615/5
695/22
**financial [14]** 624/25
625/3 625/13 644/5
644/6 655/13 678/25
682/3 682/5 682/9
689/8 690/19 696/7
697/4
**financially [1]** 670/4
**financials [1]** 674/14
**find [1]** 618/24
**finish [2]** 651/20
651/22
**finished [1]** 682/2
**first [12]** 620/17 621/7
627/9 631/15 633/2
633/14 643/14 650/14
689/20 696/3 696/8
696/10
**fist [1]** 696/1
**fit [2]** 684/8 684/9
**five [1]** 698/13
**fixed [2]** 684/10
684/11
**flat [1]** 676/6
**Flexner [1]** 616/8
**flow [1]** 685/7
**flows [1]** 684/5
**focus [1]** 633/22
**following [2]** 627/2
661/23
**forecasts [3]** 677/7
677/13 678/13
**foregoing [1]** 699/4
**forensic [2]** 624/16
625/9

**forgot [2]** 628/21
647/13
**form [4]** 631/22 650/25
663/5 686/2
**formulate [1]** 647/17
**forward [4]** 631/7
663/15 677/21 677/22
**found [2]** 674/22
674/24 675/1 696/11
**four [3]** 650/17 666/16
666/19
**fourth [3]** 650/9
666/24 667/7
**FRED [1]** 635/6
**FREDDIE [49]** 615/9
616/15 618/3 621/12
623/9 625/4 625/20
641/9 642/2 642/10
642/15 642/18 642/21
644/14 644/15 645/4
645/7 645/15 645/16
645/22 646/4 646/14
646/16 649/18 649/23
652/22 655/8 662/19
664/11 665/5 665/14
667/2 668/1 670/5
672/21 674/14 686/10
686/24 687/3 687/22
688/1 689/9 690/4
691/21 692/10 694/5
694/11 695/9 695/13
**Freddie's [4]** 668/9
671/22 672/2 672/18
**free [1]** 618/11
**front [1]** 632/6
**FTI [1]** 624/13
**full [2]** 632/6 680/21
**funds [3]** 615/2 652/19
671/9
**Funds,et [1]** 615/17
**further [4]** 628/4
673/11 679/11 697/12

**G**

**game [1]** 692/11
**gather [2]** 678/24
679/3
**gathered [3]** 630/9
630/11 646/10
**gave [4]** 647/16 651/13
656/7 670/11
**GDP [3]** 637/4 649/1
649/2
**general [4]** 669/18

# G

**general... [3]** 671/3 671/5 674/20
**generate [1]** 686/2
**gentlemen [13]** 624/14 625/16 626/1 626/12 626/20 634/14 637/5 637/25 638/11 639/22 640/16 643/11 647/9
**get [12]** 619/5 629/12 649/20 656/4 658/20 658/23 665/11 668/2 670/10 676/23 679/8 681/11
**Getting [1]** 663/23
**give [11]** 618/17 619/1 624/3 624/20 654/21 654/23 672/19 672/20 680/13 681/4 682/14
**given [5]** 660/21 668/2 668/3 683/4 683/6
**giving [3]** 618/22 618/25 673/20
**go [12]** 620/11 635/5 639/14 644/16 646/1 647/25 657/3 658/5 659/25 667/20 669/16 675/18
**goals [1]** 696/9
**goes [4]** 646/8 646/9 647/12 665/16
**going [46]** 619/14 620/4 620/5 622/6 627/8 630/1 633/22 638/2 640/12 641/1 641/23 642/5 643/8 643/10 644/11 646/2 646/21 646/24 648/10 650/4 655/15 656/15 656/16 660/17 660/20 660/25 661/1 661/6 661/7 661/16 661/20 663/4 663/14 671/21 674/22 675/21 677/21 677/21 677/22 679/23 681/21 688/17 691/16 697/2 697/3 697/9
**good [11]** 624/9 653/24 654/6 654/7 654/12 654/13 673/18 673/19 680/5 680/20 697/16
**got [5]** 625/17 657/13 657/14 668/5 693/24

**governed [1]** 621/12
**government [20]** 625/23 625/25 626/8 629/17 629/20 629/23 630/9 632/21 633/24 634/5 634/6 635/17 637/7 637/21 638/24 638/25 639/1 675/6 683/6 683/9
**governmental [1]** 638/14
**graduated [1]** 681/22
**grammar [1]** 681/19
**graph [18]** 635/8 635/17 646/9 646/23 647/1 647/1 648/12 658/8 658/12 658/14 658/16 658/20 659/12 659/16 659/22 664/6 665/15 665/16
**graphs [9]** 635/15 656/15 657/17 657/18 657/21 657/24 659/2 663/10 663/11
**gravitate [1]** 685/5
**gray [1]** 648/6
**grew [1]** 681/18
**gross [3]** 626/10 637/8 648/13
**Grossmann [1]** 616/11
**group [3]** 627/12 627/14 645/11
**grow [2]** 649/3 652/15
**GSEs [14]** 649/16 649/25 650/5 650/11 650/15 650/17 650/21 651/3 651/6 651/17 652/3 652/7 652/10 652/20

# H

**had [16]** 627/5 627/15 644/24 651/17 655/4 655/6 660/19 660/25 667/7 667/11 668/2 671/17 672/24 673/4 674/5 693/1
**hadn't [3]** 655/7 655/10 656/24
**HAMISH [1]** 616/7
**Hampshire [1]** 615/18
**hand [3]** 627/8 630/14 679/4
**Handed [1]** 620/22

**happen [8]** 661/11 661/7 661/17 661/18 667/14 677/8 677/22 693/21
**happened [5]** 657/2 661/23 668/8 668/10 690/2
**happens [3]** 668/20 669/21 670/13
**happy [1]** 631/8
**hard [1]** 686/17
**harm [1]** 618/18
**harmed [1]** 692/18
**Hartman [21]** 623/25 624/7 624/11 624/12 631/3 631/14 633/22 634/13 640/3 645/22 647/13 649/10 649/20 654/6 654/10 654/12 670/7 673/16 673/18 679/12 679/13
**Hartman's [4]** 618/8 618/18 620/20 633/3
**has [16]** 618/23 628/24 630/1 630/9 632/2 632/23 658/13 668/21 669/22 669/25 670/14 692/4 692/7 692/11 694/4 696/21
**have [77]** 619/3 619/16 620/18 620/21 620/24 621/4 626/5 628/6 628/11 630/13 631/8 632/1 632/6 632/6 632/18 633/5 635/20 635/20 636/22 636/23 644/24 645/22 647/19 652/3 652/10 652/22 652/24 653/4 653/25 654/2 654/18 655/15 656/10 660/21 661/7 661/12 661/14 661/16 661/22 661/22 661/25 662/11 665/11 667/13 673/11 675/3 676/14 678/8 678/24 679/4 679/11 679/17 679/17 679/18 679/19 680/9 680/9 683/14 683/19 683/23 684/5 685/1 685/6 685/23 686/4 686/5 686/9 686/16 689/10 689/11 690/11 691/20 692/16 695/20

**haven't [2]** 628/8 695/1
**having [5]** 621/3 621/5 631/21 685/1 686/6
**he [11]** 630/11 663/4 678/20 680/8 690/22 690/22 692/18 692/18 692/19 692/21 693/24
**heading [1]** 630/25
**health [4]** 690/14 690/19 696/7 697/4
**hear [3]** 620/21 669/11 690/15
**heard [10]** 634/1 656/21 662/23 669/1 677/15 678/8 685/20 690/21 691/6 692/2
**hearing [1]** 698/14
**held [1]** 683/1
**help [3]** 619/17 630/14 637/24
**helped [1]** 626/21
**her [11]** 631/14 632/3 632/15 663/4 663/4 663/8 663/9 663/10 663/14 669/4 669/9
**here [20]** 619/16 620/21 621/3 624/24 625/2 625/18 626/12 627/21 648/5 649/7 654/21 654/23 655/1 655/15 659/12 670/12 673/24 678/5 692/15 692/24
**herman [5]** 616/20 616/23 699/3 699/9 699/9
**high [4]** 664/18 681/19 681/19 697/23
**high-value [1]** 697/23
**highest [3]** 662/19 664/6 664/11
**him [9]** 653/8 663/7 663/14 675/17 679/24 692/8 693/2 693/21 693/24
**his [1]** 691/12
**history [1]** 685/6
**HOFFMAN [3]** 616/15 617/8 697/16
**hold [1]** 621/10
**holders [1]** 622/3
**holding [2]** 681/2

**H**

holding... [1] 687/16
Holzmann [1] 618/20
home [16] 626/6 631/1
631/3 631/4 631/11
634/6 634/17 647/2
647/10 656/14 656/22
657/11 657/18 659/13
659/16 682/1
homes [1] 697/23
Honor [93]
Honor's [1] 630/12
HONORABLE [1]
615/14
hoping [1] 686/1
horse [1] 633/10
housing [14] 615/5
635/7 635/9 646/24
647/10 647/25 655/11
657/7 675/14 676/4
676/5 676/7 689/7
695/22
how [45] 631/25
633/14 634/17 635/2
635/3 636/2 637/6
637/14 640/17 642/9
642/18 642/24 644/2
645/3 645/7 645/13
645/19 645/22 646/3
647/13 648/22 649/16
649/25 650/5 650/11
650/20 651/2 651/9
651/17 651/23 652/3
652/10 668/3 672/8
674/17 679/3 684/6
684/25 687/25 691/1
691/19 692/16 694/13
694/14 694/25
However [1] 631/10
huh [2] 694/9 694/24
HUME [1] 616/7
hundred [1] 626/16
hurt [1] 681/11
hypothetical [1] 661/3

**I**

I'd [7] 628/24 688/25
689/12 689/18 695/17
695/24 695/24
I'll [4] 636/18 690/23
691/13 698/13
I'm [36] 619/8 619/24
627/9 628/14 630/23
633/25 640/12 642/5

648/10 644/11 646/2
650/4 650/22 651/21
656/14 657/2 657/6
660/14 663/16 664/23
665/11 668/17 668/24
669/17 673/1 677/18
690/7 690/8 690/15
690/23 690/25 691/15
691/16 691/24 696/25
698/2
I've [2] 653/14 682/7
IAN [2] 616/15 697/16
idea [3] 657/24 657/25
690/11
ideas [1] 619/4
identification [1]
628/25
identifier [1] 639/12
implementation [1]
650/15
important [1] 684/23
imposition [2] 687/25
688/6
improper [1] 663/7
inadmissible [1] 631/6
INC [1] 615/2
inception [6] 649/11
650/6 650/19 652/4
652/13 652/21
includes [1] 683/18
income [1] 684/12
incorrect [1] 691/8
increase [9] 622/13
623/8 623/22 648/2
649/5 651/5 651/12
659/23 676/7
increases [2] 652/11
652/19
index [25] 626/5 626/5
631/1 631/4 631/12
634/6 634/15 634/16
634/16 634/19 634/22
635/4 635/7 635/15
646/24 647/10 656/14
656/22 656/25 657/5
657/7 657/11 659/17
676/4 676/17
indexed [1] 647/2
indicate [1] 638/22
indicator [1] 637/9
indicators [1] 626/9
Individual [1] 684/18
indulgence [7] 653/1
653/12 653/21 661/25

671/19 673/15 678/9
industry [4] 644/5
682/13 682/20 686/7
information [28] 625/3
625/17 626/23 629/12
629/15 629/23 634/24
635/1 635/2 635/3
635/7 641/12 644/6
644/15 649/21 657/9
657/11 674/18 674/19
674/20 674/22 675/1
675/4 676/10 676/14
678/24 679/3 679/8
inside [1] 685/3
insistence [1] 663/6
instead [1] 694/22
institutions [1] 684/18
instruction [5] 618/18
618/22 618/25 619/1
620/21
insurance [14] 681/1
681/5 681/8 681/10
683/17 683/18 687/19
687/24 697/18 697/20
697/22 697/22 698/5
698/6
international [2]
683/10 683/11
interrupt [1] 696/25
invest [7] 640/17
642/9 642/19 642/25
645/4 645/14 684/6
invested [8] 618/11
638/15 639/21 639/24
640/19 642/22 643/4
645/17
investigate [1] 644/2
investing [1] 684/1
investment [6] 682/1
683/14 683/16 685/15
685/25 687/19
investments [6]
640/22 641/8 642/13
643/5 684/5 684/22
investors [3] 643/4
684/16 684/18
involved [1] 681/12
irrelevant [1] 691/12
is [219]
isn't [2] 638/23 669/2
isolated [1] 632/1
issuance [1] 639/17
issue [4] 621/10
625/20 632/4 677/16

issued [2] 621/11
621/12 622/10 623/1
623/15 639/19 640/18
642/10 642/15 642/25
689/9 695/24
it [128]
it's [31] 618/23 625/12
630/14 630/24 631/16
632/13 633/10 634/20
634/23 635/6 636/14
643/7 647/11 649/5
660/12 668/10 669/4
669/24 675/21 676/6
682/12 682/19 684/23
686/17 687/15 693/7
694/16 695/18 695/19
696/2 698/3
its [10] 622/17 625/13
661/6 672/3 672/6
672/18 681/7 684/21
694/5 694/10

**J**

James [1] 689/8
January [6] 623/12
647/2 666/6 676/4
676/6 697/7
Jonathan [1] 653/23
JONES [1] 616/14
JOSEPH [2] 680/18
697/14
JUDGE [2] 615/14
636/22
judgment [1] 634/9
July [3] 615/4 676/14
699/9
June [2] 647/3 676/5
junior [1] 621/10
jury [32] 615/13
618/23 619/3 619/6
619/12 619/14 620/6
620/7 620/13 620/20
624/15 625/17 626/1
626/13 626/20 628/11
631/18 634/14 635/2
637/5 637/25 638/7
638/11 639/22 640/16
643/11 647/9 673/25
674/13 675/4 680/23
688/17
just [47] 618/12
619/10 620/1 620/5
624/17 625/2 626/6
626/15 626/24 629/25

# J

**just... [37]** 632/6
632/23 633/5 634/1
636/4 636/21 636/22
637/11 640/3 644/14
645/15 647/11 648/7
651/20 652/1 653/3
655/16 658/16 660/23
663/16 665/15 665/16
667/6 667/24 669/4
669/19 670/12 671/11
671/22 674/1 676/23
685/13 691/13 693/2
693/8 694/25 695/24
**JX [1]** 621/7
**JX-1 [1]** 621/7

# K

**Kaye [1]** 616/16
**keep [2]** 619/18 685/3
**KENYA [4]** 616/7
619/24 630/6 663/1
**Kenya Davis [1]** 630/6
**Kessler [1]** 616/5
**key [3]** 689/15 689/19
693/17
**KHALELAH [1]** 616/7
**kinds [1]** 684/16
**King [1]** 616/5
**Kirk [1]** 615/17
**knew [2]** 674/4 674/20
**know [24]** 634/7
647/19 648/6 648/8
660/14 660/20 661/1
661/18 665/25 666/1
666/3 666/5 668/16
668/18 669/24 671/7
672/6 672/9 676/16
679/19 682/18 685/16
685/25 686/8
**knowledge [3]** 668/14
669/5 669/19
**known [6]** 655/1 661/7
661/12 661/14 661/16
661/22
**KRAVETZ [2]** 616/10
679/20
**Ks [4]** 625/21 629/16
662/14 674/23

# L

**ladies [13]** 624/14
625/16 626/1 626/12
626/19 634/13 637/5

637/25 638/11 639/22
640/16 643/11 647/9
**laid [1]** 619/3
**LAMBERTH [1]** 615/14
**largest [1]** 646/18
**last [9]** 620/4 620/8
632/16 632/25 633/12
639/21 660/10 678/20
695/17
**Laughter [3]** 628/22
677/18 678/7
**lawsuit [5]** 625/4
692/14 692/19 692/21
697/1
**lawyers [4]** 656/1
656/7 657/3 662/11
**leading [2]** 693/5
695/4
**least [4]** 632/5 634/6
639/21 667/25
**LEE [1]** 616/4
**legal [6]** 688/11 688/22
690/6 690/7 691/23
691/25
**less [2]** 671/13 684/15
**let [9]** 620/6 630/22
660/23 669/17 688/13
688/18 690/23 691/9
698/10
**let's [6]** 619/6 630/23
638/8 665/12 669/16
680/1
**letter [12]** 622/8
622/11 622/13 622/16
622/22 622/25 623/2
623/5 623/6 623/13
623/16 623/17
**letters [1]** 639/13
**level [2]** 682/15 682/17
**liabilities [10]** 668/10
670/18 671/12 672/2
672/6 672/12 672/18
672/22 672/25 673/2
**lieu [5]** 623/23 651/6
651/13 651/15 652/12
**light [1]** 646/15
**like [19]** 619/18 628/2
628/24 648/20 653/10
654/1 664/24 684/4
685/1 686/6 686/16
687/6 687/16 688/25
689/12 689/18 695/17
695/24 695/24
**limited [3]** 690/11

**limiting [3]** 618/17
618/22 628/15
**limits [1]** 684/16
**line [3]** 660/16 660/24
661/2
**Linekin [11]** 679/22
680/7 680/20 680/22
687/25 692/5 692/21
694/4 697/1 697/13
697/16
**lines [4]** 640/4 656/16
681/9 687/18
**liquidation [8]** 622/4
622/14 623/7 623/21
651/6 651/12 652/12
652/19
**list [1]** 619/11
**literally [2]** 631/20
632/14
**LITIGATIONS [2]**
615/11 618/5
**Litowitz [1]** 616/10
**LLP [4]** 616/5 616/8
616/11 616/16
**Lockhart [1]** 689/8
**long [1]** 618/8
**longer [1]** 647/11
**look [12]** 627/14
627/15 628/24 629/1
630/22 635/8 639/14
639/14 641/1 662/18
664/24 674/18
**looked [6]** 625/19
625/23 625/25 626/16
626/18 629/18
**looking [3]** 632/8
646/25 676/11
**lorraine [5]** 616/20
616/23 699/3 699/9
699/9
**lot [2]** 674/21 685/2
**loud [1]** 624/9
**Louis [6]** 626/4 634/23
635/6 636/10 636/12
646/25
**lowest [1]** 661/6

# M

**ma'am [1]** 650/23
**MAC [37]** 615/9 616/15
618/4 621/12 623/9
625/4 625/20 641/9
642/2 642/11 642/15

642/18 642/21 644/14
644/15 645/4 645/8
645/15 645/16 645/23
646/4 646/14 646/16
649/18 649/23 652/22
655/8 664/11 665/5
668/1 670/5 674/14
686/11 686/24 687/3
687/22 688/1
**made [2]** 677/7 692/7
**MAE [43]** 615/9 616/14
618/3 623/9 625/3
625/19 638/15 639/19
639/25 640/9 640/18
640/23 641/13 642/18
642/21 643/13 643/25
644/16 645/4 645/7
645/14 645/16 645/22
646/3 646/16 649/18
649/23 652/22 655/8
664/2 664/6 664/19
664/22 664/23 667/6
668/1 670/5 674/14
686/10 686/24 687/3
687/22 688/1
**MAE/FREDDIE [2]**
615/9 618/3
**magic [1]** 658/11
**majority [1]** 684/3
**make [11]** 620/1
628/16 629/25 634/9
635/12 635/12 636/21
652/1 653/4 674/4
674/5
**manage [2]** 683/12
684/25
**management [9]**
682/13 682/18 682/20
683/5 683/8 683/16
684/7 684/24 687/19
**Manhattan [1]** 681/22
**many [1]** 666/23
**marked [5]** 627/13
628/24 630/1 689/3
695/18
**market [3]** 638/23
639/20 641/21
**markets [1]** 681/13
**Massachusetts [1]**
616/16
**master's [2]** 681/23
682/2
**material [1]** 627/24
**materials [3]** 627/20

# M

**materials... [2]** 655/20 655/21
**matter [2]** 697/6 699/5
**matters [1]** 698/8
**may [31]** 619/8 619/17 620/14 620/15 620/23 621/1 621/5 622/4 624/6 630/4 637/1 653/20 653/23 654/4 654/8 654/18 661/25 662/23 669/1 677/15 678/5 680/3 680/10 683/19 685/19 685/20 690/20 691/6 692/2 692/13 696/23
**maybe [1]** 664/21
**me [16]** 626/21 627/14 630/22 632/6 632/9 657/2 660/23 661/3 663/13 667/4 669/17 669/19 671/5 688/13 688/18 691/9
**mean [12]** 626/20 639/3 639/7 641/20 643/19 643/20 652/16 652/17 681/4 682/10 696/25 697/3
**meaning [1]** 638/14
**means [10]** 639/23 640/7 643/16 662/22 668/5 669/15 670/18 671/16 672/2 672/11
**meant [2]** 667/25 668/1
**Meltzer [1]** 616/5
**Memorandum [1]** 630/15
**mentioned [6]** 682/8 683/13 683/23 684/23 687/15 694/7
**middle [2]** 649/4 689/14
**midwest [1]** 681/12
**might [2]** 678/8 679/4
**Miller [1]** 618/20
**minute [1]** 679/15
**minutes [2]** 679/18 698/13
**Miscellaneous [2]** 615/9 618/3
**model [1]** 684/6
**moment [3]** 660/24 662/1 697/10

**money [9]** 668/1 668/5 668/23 669/21 670/14 671/16 672/24 673/3 681/11
**more [11]** 652/23 654/1 665/8 668/20 669/21 670/13 671/16 671/21 672/24 673/3 692/17
**morning [12]** 615/13 619/5 619/21 620/18 624/9 653/24 654/6 654/7 654/12 654/13 673/18 673/19
**motions [1]** 628/15
**motivation [1]** 686/5
**move [12]** 620/6 628/2 643/8 644/11 646/1 653/10 671/6 687/6 688/10 688/15 690/20 691/13
**moved [5]** 632/2 633/6 636/24 653/4 653/5
**moving [2]** 632/19 638/3
**Mr [5]** 617/4 617/8 617/8 680/20 687/25
**Mr. [12]** 630/10 632/17 662/3 663/3 675/13 679/23 692/5 692/21 694/4 697/1 697/13 697/16
**Mr. Cacciapalle [1]** 679/23
**Mr. Linekin [6]** 692/5 692/21 694/4 697/1 697/13 697/16
**Mr. Stern [5]** 630/10 632/17 662/3 663/3 675/13
**Ms [2]** 617/4 617/5
**Ms. [22]** 618/8 618/18 620/20 624/12 631/17 632/10 632/23 633/22 634/5 634/13 640/3 645/22 647/13 649/10 649/20 654/6 654/12 663/10 670/7 673/18 679/12 679/13
**Ms. Davis [5]** 631/17 632/10 632/23 634/5 663/10
**Ms. Hartman [14]** 624/12 633/22 634/13

649/10 649/20 654/6 654/12 670/7 673/18 679/12 679/13
**Ms. Hartman's [3]** 618/8 618/18 620/20
**much [27]** 640/17 640/25 642/9 642/18 642/24 645/3 645/7 645/13 645/19 645/22 646/3 647/11 649/16 649/25 650/5 650/11 650/20 651/2 651/9 651/17 651/23 652/3 652/10 668/3 672/8 673/9 679/3
**must [4]** 621/2 621/24 621/25 669/24
**my [14]** 618/10 619/14 625/12 631/16 632/7 655/20 662/1 663/17 663/23 677/18 681/23 682/2 682/2 682/5

# N

**name [5]** 624/10 638/21 657/5 657/7 680/21
**national [2]** 631/1 631/4
**near [2]** 689/13 689/14
**nearly [1]** 672/12
**need [1]** 662/1
**needed [1]** 671/9
**negotiations [1]** 620/2
**net [26]** 622/17 650/7 650/15 650/20 650/22 651/2 651/23 652/18 665/24 666/13 666/20 667/11 667/14 691/9 691/13 691/17 691/19 691/20 692/6 692/9 692/16 693/3 693/25 694/5 694/25 695/7
**never [3]** 655/4 656/21 695/13
**New [5]** 615/18 616/8 616/12 681/18 681/20
**newer [1]** 698/3
**newspaper [1]** 639/14
**next [8]** 643/8 646/1 648/10 679/17 679/22 689/18 696/11 696/16
**no [39]** 615/3 615/10

631/23 632/16 632/22 633/3 635/22 637/23 645/2 647/7 647/21 648/21 653/16 655/6 655/20 656/2 660/3 660/4 665/19 665/21 669/4 669/9 673/5 673/21 678/2 678/18 679/2 679/6 679/11 684/18 687/7 688/15 690/22 694/6 696/23 697/12
**noise [1]** 642/10
**non [1]** 638/14
**non-governmental [1]** 638/14
**north [1]** 665/5
**not [59]** 618/12 618/23 621/17 624/17 624/22 628/11 628/16 628/18 629/21 631/5 631/10 631/11 631/13 631/24 632/9 632/13 632/19 633/4 633/10 634/4 634/6 635/14 636/4 638/25 639/1 639/21 644/2 654/21 654/23 655/6 656/14 657/24 659/24 661/20 661/22 663/5 663/6 664/18 667/6 667/18 670/4 671/4 673/8 677/25 678/12 685/2 686/8 690/7 690/23 691/1 693/11 693/12 693/15 694/7 694/21 695/1 697/2 697/5 697/9
**note [1]** 636/4
**notes [1]** 662/1
**nothing [5]** 624/4 667/8 667/11 673/11 680/14
**now [35]** 619/1 619/20 627/12 628/24 629/6 631/7 632/8 632/12 639/3 639/11 641/1 641/23 643/8 644/2 644/11 646/1 646/21 647/8 647/23 648/5 649/10 649/25 650/4 650/19 653/14 656/15 660/23 662/18 674/12 675/9 675/13 675/20

**N**

now... [3]  682/6 686/6
694/7
number [9]  639/8
652/17 663/11 665/11
672/19 683/13 686/13
686/23 687/2
numbers [5]  618/14
636/16 648/19 649/7
676/24
nurture [1]  697/3
nurturing [2]  690/14
690/19
NW [4]  615/18 616/8
616/16 616/21
NY [1]  616/12

**O**

object [1]  685/19
objected [1]  636/5
objection [27]  618/7
619/21 628/4 632/16
653/16 661/4 661/9
662/23 663/13 668/12
668/22 669/23 670/15
672/14 674/7 677/9
687/7 688/3 688/10
688/21 690/5 690/9
690/20 691/22 693/6
694/16 695/4
objections [1]  628/5
obligations [2]  683/18
684/12
obviously [3]  660/16
683/19 688/7
occasion [1]  678/6
occupation [1]  624/15
October [2]  630/15
630/21
off [3]  648/7 660/6
662/3
offer [1]  633/1
offered [1]  631/15
offering [4]  624/22
625/22 629/17 632/12
Official [2]  616/20
699/3
often [1]  685/16
Oh [1]  677/18
Okay [76]  624/1
624/23 625/7 625/15
629/3 629/6 629/19
629/24 633/21 634/25
635/10 635/19 636/14

636/19 636/20 637/13
637/18 638/5 638/16
639/2 639/6 639/10
639/16 640/2 640/11
640/15 640/20 641/11
641/15 641/22 642/4
642/17 642/23 643/3
643/9 644/7 644/20
645/18 646/12 646/20
647/4 647/18 647/22
648/4 648/9 648/15
649/9 649/24 650/3
651/15 652/1 653/9
653/20 654/3 665/22
666/8 666/12 669/11
669/14 669/19 670/23
673/23 674/3 675/2
676/9 676/18 676/22
677/1 677/24 678/3
678/10 679/7 680/1
690/10 691/4 694/2
once [1]  682/14
one [18]  620/1 626/4
628/10 633/23 642/16
644/13 644/14 647/11
653/7 653/25 659/2
662/1 670/24 671/21
697/10 698/1 698/2
698/3
ones [2]  675/3 685/5
online [1]  639/14
only [4]  618/21 642/6
653/7 685/24
open [2]  638/23
641/21
operation [1]  683/7
operations [1]  683/18
opinion [12]  618/10
624/20 630/15 631/2
631/8 632/11 632/25
663/4 667/13 668/15
669/2 671/4
opinions [4]  624/22
654/21 654/24 673/21
oppose [1]  619/14
opposite [1]  697/6
option [1]  695/13
order [11]  620/17
621/23 622/3 623/18
630/12 632/25 633/14
674/13 675/3 689/23
696/22
other [14]  623/17
626/7 637/19 655/22

655/25 658/10 658/19
658/20 662/3 678/6
678/8 678/17 692/5
698/8
our [10]  620/4 620/17
635/16 637/12 638/3
684/3 684/7 684/24
698/1 698/3
out [7]  619/19 631/25
632/1 632/14 648/22
658/12 683/8
outside [1]  654/20
outstanding [7]
640/22 641/18 641/20
642/14 642/19 645/4
690/1
outweighed [1]  618/25
over [19]  626/6 627/15
634/17 635/9 637/9
646/4 646/18 650/16
650/17 652/23 657/19
659/17 672/3 681/25
683/1 683/3 683/8
687/17 689/23
overruled [12]  618/8
661/10 669/24 670/16
672/15 674/8 677/14
677/17 685/21 688/4
690/9 695/6
oversee [2]  683/10
696/6
oversight [3]  683/4
683/6 683/23
owed [4]  623/18
671/16 672/24 673/3
owes [3]  668/20
669/21 670/13
own [6]  658/15 684/17
684/18 684/19 686/10
694/10
owns [4]  686/14
686/25 687/3 687/21

**P**

p.m [1]  698/15
packet [1]  695/18
page [13]  617/2
617/11 630/20 630/25
641/24 689/13 689/13
689/14 689/19 696/1
696/8 696/11 696/16
paid [22]  618/12
621/24 621/25 622/1
622/17 643/13 643/24

655/25 658/10 658/19
644/18 645/19
645/23 649/11 649/19
650/8 650/15 650/17
665/12 665/13 665/20
667/17 667/18 674/21
Paragraph [1]  621/8
Paragraphs [1]  622/6
parameters [1]  658/19
part [6]  631/2 636/23
655/16 666/13 683/20
696/3
particular [5]  639/13
639/15 654/23 675/24
678/25
parties [3]  620/18
620/23 621/1
pass [1]  636/1
passage [1]  689/12
passed [3]  653/8
682/15 682/16
past [1]  685/6
pause [10]  627/10
630/3 636/3 636/6
653/2 653/13 653/22
662/2 673/14 697/11
pay [11]  645/8 649/16
649/25 650/5 650/12
651/3 667/2 681/11
685/2 695/10 695/14
paying [5]  625/13
651/14 666/23 667/6
685/6
payment [4]  621/15
622/20 651/6 652/11
payments [2]  622/20
644/8
Pennsylvania [1]
616/6
people [1]  638/22
percent [3]  640/24
642/16 643/7
percentage [4]  621/20
640/21 642/13 643/5
perhaps [1]  681/4
period [6]  659/17
664/5 664/12 672/11
688/7 696/17
permit [3]  622/12
623/3 623/18
permitted [2]  623/10
623/23
perpetuity [2]  695/12
697/8
person [1]  696/5

**P**

perspective [1] 686/4
pertinent [1] 631/2
pick [2] 635/6 672/19
picked [3] 637/8 656/1 656/10
picking [1] 674/12
pin [1] 629/25
place [1] 667/10
placed [1] 689/9
plain [1] 670/12
Plaintiff's [2] 687/6 689/3
plaintiffs [20] 615/3 615/17 616/4 618/9 618/10 619/11 619/25 620/15 621/9 628/1 630/7 631/11 633/1 656/1 663/2 679/17 679/21 680/6 680/7 692/5
plaintiffs' [10] 628/13 636/17 653/18 656/7 657/3 662/11 686/18 687/9 689/7 695/18
plan [2] 628/10 696/20
play [2] 679/23 684/21
please [18] 624/10 624/14 662/5 680/20 680/23 681/3 681/15 682/9 682/24 683/22 683/25 685/11 685/17 687/12 689/20 689/21 696/3 696/17
PLLC [1] 615/17
plug [1] 658/7
plus [1] 675/6
point [5] 620/5 659/22 661/1 661/6 689/21
pointing [1] 640/6
Poor's [1] 634/24
pops [1] 658/11
populates [1] 658/14
Porter [1] 616/16
portfolio [10] 682/18 683/5 683/6 683/7 683/9 683/9 683/12 683/24 684/1 684/25
portfolios [2] 683/13 683/14
portion [1] 621/7
portions [1] 620/19
position [3] 678/12 678/25 682/25

possibly [1] 619/12
PowerPoint [16] 629/4 629/13 629/21 632/3 632/15 635/12 635/16 636/2 636/25 637/22 637/24 638/3 643/12 647/6 655/20 655/21
predict [3] 660/16 677/7 677/21
predictability [1] 685/1
predictable [4] 684/5 684/13 685/6 685/7
prefer [1] 630/18
preference [6] 622/14 623/21 651/6 651/13 652/12 652/20
preferences [1] 623/7
preferred [51] 615/10 618/4 621/11 621/18 621/25 622/9 622/25 623/7 623/14 638/13 638/17 639/5 639/9 639/13 639/20 639/25 640/9 640/17 640/22 642/2 642/10 642/14 642/19 642/22 642/25 643/17 643/23 643/25 644/22 644/24 645/3 645/5 645/8 645/14 645/16 645/20 645/24 674/24 683/7 683/12 683/23 684/1 684/8 684/17 684/21 686/11 686/24 687/22 689/24 690/1 690/4
Preferreds [1] 684/8
prejudice [2] 618/22 618/24
prejudicial [1] 618/16
preparation [1] 626/11
prepare [2] 626/13 657/18
prepared [3] 627/21 629/10 655/21
present [3] 631/14 631/18 696/22
presentation [4] 635/16 636/25 637/12 637/14
presented [1] 637/14
presenting [1] 655/20
preserve [2] 696/13 697/5

pretrial [2] 618/10 633/2
previous [4] 641/3 641/12 644/13 650/17
previously [5] 623/4 669/10 675/24 691/3 691/4
price [7] 631/1 631/4 631/11 634/6 656/14 656/25 659/16
prices [14] 626/6 631/3 634/17 635/9 647/2 647/11 647/25 657/8 657/12 657/19 659/13 675/14 676/5 676/7
pricing [1] 656/22
printout [1] 636/7
prior [5] 667/9 669/5 670/7 670/10 691/1
private [19] 638/13 638/17 638/21 638/22 640/8 640/17 640/21 642/2 642/9 642/14 642/19 642/22 642/24 643/13 644/19 645/3 645/13 645/23 665/13
probably [1] 688/12
proceed [3] 620/15 637/1 654/8
proceeding [4] 624/3 670/7 670/10 680/13
proceedings [3] 616/25 698/15 699/5
process [1] 627/1
produce [2] 627/3 635/8
produced [6] 616/25 626/18 627/4 634/23 635/5 636/9
product [3] 626/10 637/9 648/13
professional [1] 681/16
profitable [1] 695/15
profits [7] 685/3 694/15 694/23 695/8 695/11 695/11 697/7
projections [3] 663/15 677/25 678/13
property [4] 681/1 681/5 687/15 696/13
proposition [1] 618/21
proved [1] 621/3

proven [1] 621/5
provide [4] 622/2 631/8 674/18 675/4
provided [2] 623/6 623/21
Prussia [1] 616/5
PSPAs [3] 622/11 623/2 623/16
public [6] 625/19 631/24 631/25 634/19 658/3 679/10
publicly [2] 634/20 644/16
publish [2] 628/10 628/11
pull [9] 638/8 644/4 644/5 649/10 656/15 660/11 662/5 675/10 686/17
pulled [7] 633/23 635/1 637/16 643/20 644/21 660/10 660/19
PURCHASE [2] 615/10 618/4
purpose [4] 683/15 683/16 696/6 696/12
pursue [2] 682/15 682/16
pursued [1] 681/23
pursuing [1] 682/2
put [19] 619/11 635/2 635/7 635/16 637/10 637/11 639/25 640/9 642/2 646/25 647/14 648/17 648/19 656/3 658/16 658/20 663/24 688/13 696/14
put it [1] 688/13
putting [4] 631/21 666/22 676/24 676/25
PX [37] 627/13 627/13 627/17 627/17 628/2 628/3 628/25 628/25 635/13 636/23 637/1 638/8 641/1 641/17 641/17 641/17 643/10 641/11 644/12 646/2 646/21 646/22 647/8 648/10 648/11 650/4 650/5 653/5 653/5 653/11 653/11 653/18 658/23 665/12 675/9 675/20 675/22
PX-1-A [4] 628/25

Case 1:13-cv-01053-RCL Document 272 Filed 08/13/23 Page 100 of 106

**P**

**PX-1-A... [3]** 635/13 638/8 641/17
**PX-1-B [1]** 641/17
**PX-1-C [2]** 641/1 641/17
**PX-1-F [2]** 643/10 665/12
**PX-1-G [2]** 644/11 644/12
**PX-1-K [1]** 646/2
**PX-1-L [3]** 646/21 646/22 675/22
**PX-1-M [3]** 647/8 658/23 675/9
**PX-1-N [2]** 648/10 648/11
**PX-1-P [2]** 650/4 650/5
**PX-1-T [1]** 628/25
**PX-1L [1]** 637/1
**PX-5-A [3]** 627/13 627/17 628/2
**PX-5-O [3]** 627/13 627/17 628/3
**PX-5-Q [3]** 653/5 653/11 653/18
**PX-5-T [2]** 653/5 653/11
**PX-5R [1]** 636/23

**Q**

**Q3 [1]** 665/18
**Qs [4]** 625/21 629/16 662/14 674/23
**quarter [23]** 622/18 622/20 623/9 623/22 643/13 643/14 643/14 643/15 643/22 643/24 644/15 644/17 644/18 650/9 665/21 666/24 666/24 667/3 667/7 668/2 671/7 671/12 671/16
**quarterly [5]** 625/20 626/17 641/16 649/22 674/22
**quarters [3]** 643/18 645/1 668/8
**Queens [1]** 681/18
**question [25]** 637/4 651/20 660/23 663/12 663/14 663/23 669/18 669/20 670/11 670/11 674/15 677/20 688/17

688/23 692/6 692/25 693/5 694/18 696/2 696/2 696/4 696/9 696/11 696/16 696/18
**questions [8]** 663/15 677/6 677/10 678/22 679/11 695/23 695/25 697/12
**quickly [2]** 619/10 640/6
**quite [2]** 664/18 673/9

**R**

**Radnor [1]** 616/6
**range [8]** 635/16 637/10 646/25 647/11 648/17 658/7 658/8 676/25
**ranges [7]** 647/14 647/16 656/3 656/5 656/11 658/16 658/21
**re [2]** 615/9 618/3
**read [15]** 620/18 620/23 621/7 622/6 630/16 630/17 630/19 631/8 659/16 662/14 663/9 689/20 693/8 696/3 696/10
**reading [3]** 630/20 655/16 670/12
**reads [1]** 631/2
**ready [1]** 620/12
**really [5]** 619/2 667/6 682/12 685/13 687/16
**reason [5]** 633/3 665/19 678/21 684/4 685/24
**reasonably [1]** 685/16
**receive [4]** 635/3 643/23 652/19 670/19
**received [37]** 617/12 617/12 617/13 617/13 617/14 617/14 617/15 617/15 617/16 617/16 617/17 617/17 617/18 617/18 617/19 617/19 617/20 617/20 617/21 617/21 628/13 631/22 636/14 636/17 643/15 643/16 643/17 643/21 644/1 644/24 644/25 653/17 653/19 687/8 694/4 695/1 695/19
**receiving [1]** 639/25

**recess [1]** 698/14
**record [12]** 620/24 624/10 632/6 633/1 635/23 636/21 652/1 653/3 662/3 680/21 689/21 699/5
**recorded [1]** 616/25
**recreational [1]** 698/6
**red [3]** 670/25 671/8 671/9
**Redirect [3]** 617/5 673/12 673/16
**reduced [1]** 695/9
**reference [1]** 618/11
**referenced [1]** 620/19
**referred [10]** 622/11 623/2 632/7 632/11 632/24 635/2 656/14 659/9 662/15 665/23
**referring [4]** 631/20 632/17 634/5 675/14
**refers [1]** 641/25
**reflect [2]** 627/23 687/2
**reflected [1]** 641/16
**reflects [1]** 686/23
**regularly [2]** 644/5 694/8
**reinvest [5]** 685/3 694/15 694/23 695/10 695/13
**related [2]** 618/3 655/8
**relates [1]** 644/14
**relating [2]** 655/11 656/25
**relatively [1]** 676/6
**relevant [1]** 625/4
**reliabilities [1]** 670/25
**rely [1]** 654/17
**remain [1]** 690/1
**remark [1]** 688/16
**remember [6]** 674/15 675/15 675/17 675/18 677/20 678/21
**remove [1]** 618/9
**removed [1]** 695/8
**repeat [1]** 690/16
**rephrase [3]** 688/23 692/8 694/18
**report [1]** 631/25
**reported [2]** 616/20 672/9
**Reporter [2]** 616/20 699/3

**reports [3]** 625/20 625/21 626/17 626/17 685/9 685/12 685/13 685/14 685/15 685/18 685/23 686/1 686/9
**represent [2]** 642/15 651/11
**representation [1]** 629/9
**request [1]** 619/2
**requests [1]** 618/17
**require [1]** 621/17
**required [1]** 618/23
**requirements [1]** 623/20
**reserve [8]** 620/4 622/13 626/4 634/23 635/6 636/10 636/12 638/2
**reserved [1]** 632/18
**reserves [2]** 623/4 623/10
**respect [3]** 622/14 684/1 684/11
**respective [1]** 621/16
**respectively [1]** 623/11
**response [1]** 678/18
**responsibilities [1]** 682/25
**responsibility [2]** 683/4 683/10
**restore [1]** 696/20
**result [2]** 631/21 635/11
**resume [1]** 695/15
**retain [5]** 622/12 623/3 623/10 623/19 623/23
**retained [1]** 623/9
**return [1]** 639/25
**review [4]** 624/21 627/2 627/20 640/3
**reviewed [1]** 626/15
**right [84]** 618/6 619/23 620/9 620/15 624/18 625/5 628/12 633/18 642/8 648/24 652/2 652/9 654/15 654/24 655/5 655/17 655/23 656/1 656/15 656/16 656/19 657/4 657/13 657/15 657/21 657/23 657/25 658/3 659/3 659/6 659/14 659/21

715

**R**

**right... [52]** 659/25 660/6 660/17 660/21 661/21 662/9 662/13 662/16 662/20 663/18 664/3 664/13 664/20 665/6 665/9 665/17 666/1 666/3 666/5 666/10 666/25 667/3 667/15 668/2 668/11 669/12 670/8 670/14 670/18 670/19 671/1 671/11 671/15 671/17 671/22 671/25 672/13 673/6 673/9 673/12 673/21 675/5 676/24 677/4 678/1 678/14 688/8 689/1 691/2 693/9 697/18 697/24
**rights [11]** 688/2 688/5 690/3 691/20 692/7 692/9 692/15 692/17 692/22 693/2 693/4
**Road [1]** 616/5
**ROBERT [3]** 616/10 616/14 679/20
**role [1]** 684/20
**Room [1]** 616/22
**roughly [4]** 643/7 649/2 664/10 664/21
**ROYCE [1]** 615/14
**RPR [1]** 616/20
**RUDY [1]** 616/4
**rule [5]** 619/4 623/20 631/6 631/13 679/18
**ruled [8]** 628/15 691/1 691/2 691/4 692/4 692/12 692/18 692/20
**ruling [4]** 631/17 632/7 632/8 633/12
**rulings [1]** 692/23

**S**

**safe [1]** 696/20
**said [13]** 618/10 629/6 633/23 673/21 682/21 685/2 686/6 692/11 693/8 693/17 697/2 697/3 697/9
**same [21]** 630/24 632/14 637/4 637/15 638/18 641/12 641/14 644/14 645/10 647/10 660/12 660/21 661/9

663/14 668/22 669/23 672/14 676/4 688/21 693/6 695/2
**satisfied [1]** 623/19
**say [6]** 624/10 626/19 626/20 659/8 669/7 690/22
**saying [7]** 630/10 630/11 632/10 638/18 638/18 671/10 690/13
**says [4]** 631/1 638/17 669/12 689/15
**Schiller [2]** 616/8 626/5
**Scholer [1]** 616/16
**school [4]** 681/19 681/19 681/19 681/21
**screen [4]** 628/6 628/9 636/7 686/17
**seal [1]** 630/24
**search [1]** 635/11
**seated [2]** 620/14 624/6
**SEC [1]** 662/15
**second [3]** 644/18 682/15 696/2
**section [2]** 643/8 646/1
**securities [1]** 682/19
**security [1]** 639/3
**see [13]** 619/13 620/6 620/7 635/24 638/17 640/13 642/6 648/5 675/22 686/18 688/23 689/16 698/11
**seeing [1]** 661/5
**seeking [1]** 631/18
**seen [2]** 689/10 695/20
**sees [1]** 633/3
**sell [1]** 686/4
**sells [2]** 697/22 698/5
**send [2]** 685/25 686/1
**senior [7]** 615/10 615/14 618/4 622/9 622/25 623/7 623/14
**senior-preferred [2]** 622/9 622/25
**sentence [4]** 632/25 689/14 689/20 696/10
**separate [2]** 632/2 692/23
**separately [1]** 630/1
**September [4]** 622/21 622/23 645/24 665/23

**serial [1]** 630/3
**series [14]** 621/9 621/24 622/3 639/4 639/9 639/13 639/15 639/20 640/13 641/17 641/20 642/6 642/6 678/22
**SESSION [1]** 615/13
**set [4]** 625/9 625/12 643/20 698/14
**seven [1]** 689/19
**seventh [2]** 689/21 689/23
**several [1]** 689/15
**shape [1]** 686/2
**share [1]** 622/4
**shared [1]** 619/12
**shareholders [32]** 638/14 638/14 638/18 638/18 639/24 640/9 640/17 640/22 642/2 642/9 642/14 642/19 642/22 642/25 643/13 643/16 643/17 643/21 643/22 643/23 643/25 643/25 644/19 644/23 644/24 645/3 645/14 645/17 645/23 665/13 666/23 692/13
**shares [27]** 621/9 621/11 621/12 622/2 622/3 638/23 640/17 640/22 642/10 642/14 642/20 642/25 645/5 645/8 645/14 645/20 645/24 686/10 686/13 686/24 687/3 687/22 688/2 690/4 691/21 692/10 694/5
**sharp [1]** 676/7
**sharply [2]** 648/2 659/23
**she [8]** 630/9 632/2 632/12 663/5 663/6 669/7 669/24 669/25
**sheet [1]** 695/23
**Shiller [16]** 631/1 631/4 633/7 633/24 634/5 634/14 634/16 634/22 635/4 635/7 635/15 646/24 656/4 656/14 656/22 656/25
**shop [1]** 682/1
**shorthand [1]** 616/25

**should [2]** 692/17 695/14
**show [14]** 630/1 636/18 638/12 643/21 646/2 646/13 647/8 647/23 663/8 666/22 667/4 686/16 693/10 695/17
**showed [3]** 656/18 693/12 693/12
**showing [5]** 627/9 635/8 641/8 671/22 676/19
**shown [3]** 618/7 628/8 653/14
**shows [17]** 638/13 641/2 643/11 643/12 644/14 646/14 647/1 647/25 648/13 649/2 659/12 663/16 664/2 664/11 664/18 668/3 676/5
**Sidebar [12]** 630/5 633/20 634/3 634/11 662/25 663/20 663/22 679/16 680/2 690/24 691/7 692/3
**sides [1]** 621/4
**similar [3]** 641/3 644/13 684/11
**since [13]** 619/3 619/20 631/10 644/15 645/24 649/11 651/23 652/4 652/5 652/13 660/25 693/25 694/5
**sir [1]** 633/17
**site [1]** 631/5
**sites [1]** 626/2
**situation [1]** 670/4
**Sixty [1]** 642/16
**Sixty-one [1]** 642/16
**skill [2]** 625/9 625/12
**skip [3]** 656/13 691/9 691/16
**skipped [1]** 645/1
**skipping [1]** 631/7
**slide [12]** 618/7 618/9 618/13 638/12 641/3 641/3 641/12 644/13 667/4 667/21 669/13 671/21
**slides [3]** 629/4 629/21 638/3
**small [2]** 697/25

**S**

small... **[1]** 697/25
**so [77]** 618/8 618/15 619/2 619/6 620/4 620/20 621/4 621/7 625/2 626/11 627/8 630/13 630/16 630/20 631/22 636/7 636/21 639/13 640/6 640/8 642/1 642/18 643/12 643/15 643/24 644/17 645/3 645/13 647/1 647/11 648/19 648/22 650/14 651/15 651/17 652/3 652/18 652/21 658/5 658/15 660/16 661/24 662/8 662/22 663/7 665/12 666/22 667/6 667/17 667/24 668/19 669/20 670/11 671/11 671/24 672/2 673/24 675/20 676/4 676/19 677/20 679/8 681/7 682/7 682/13 682/19 683/10 683/18 684/11 685/1 686/8 692/7 692/23 694/10 694/13 695/12 698/8
sold **[1]** 645/14
solemnly **[2]** 624/2 680/12
solvent **[2]** 696/14 696/21
**some [15]** 619/3 630/8 648/5 654/2 654/15 656/13 657/17 658/11 677/6 677/10 678/5 678/8 678/17 686/2 698/8
someone **[2]** 632/9 676/11
**something [8]** 619/17 659/5 660/8 665/5 669/25 682/8 685/9 692/11
sometime **[2]** 619/22 659/24
**sorry [21]** 619/8 619/24 628/14 630/23 633/25 650/22 651/21 657/6 660/14 664/23 665/11 668/17 668/24 669/17 673/1 677/18 690/15 691/15 691/24

sort **[1]** 644/6
sound **[1]** 696/14
sounds **[1]** 667/4
sources **[3]** 627/19 629/5 629/7
special **[1]** 635/20
specialist **[1]** 682/12
specialized **[2]** 654/18 668/14
specialty **[1]** 687/18
specific **[3]** 639/8 647/1 682/20
specifically **[1]** 663/5
spell **[1]** 624/10
spreadsheet **[7]** 626/18 627/4 627/6 627/7 627/18 627/23 629/14
spreadsheets **[1]** 627/21
springs **[1]** 658/16
St. **[6]** 626/4 634/23 635/6 636/10 636/12 646/25
St. Louis **[6]** 626/4 634/23 635/6 636/10 636/12 646/25
stand **[4]** 634/8 680/7 680/8 698/12
Standard **[1]** 634/24
stands **[1]** 618/21
STANTON **[1]** 616/14
start **[9]** 646/6 647/25 648/2 675/18 679/24 680/1 698/1 698/3 698/8
start-ups **[2]** 698/1 698/3
started **[9]** 646/15 659/23 659/25 681/22 682/2 682/6 682/21 683/3 695/12
starts **[6]** 644/17 646/7 649/4 649/5 676/8 676/19
state **[3]** 670/24 680/21 681/20
statement **[2]** 669/16 689/8
STATES **[5]** 615/1 615/14 634/17 647/2 648/14
steady **[1]** 659/13

stereotype **[1]** 616/25
step **[1]** 680/3
stepped **[1]** 680/4
Stern **[7]** 617/4 630/10 632/17 653/23 662/3 663/3 675/13
still **[3]** 620/2 641/21 688/8
stipulate **[1]** 621/1
stipulated **[3]** 620/24 621/2 621/5
stipulation **[2]** 620/18 620/25
stock **[23]** 615/10 618/4 621/18 622/10 623/1 623/7 623/15 625/22 629/16 639/9 639/13 639/20 640/1 641/16 683/7 683/12 683/23 684/1 684/21 686/24 689/24 689/24 694/10
stock's **[1]** 621/21
stockholders **[3]** 621/15 622/1 638/19
stocks **[9]** 638/13 639/5 674/24 684/8 684/10 684/14 684/17 686/11 690/1
stop **[1]** 698/7
stopped **[2]** 666/16 666/19
stops **[1]** 665/19
stream **[2]** 685/1 685/7
streams **[2]** 684/11 684/12
stricken **[1]** 688/16
strike **[4]** 688/11 688/15 690/20 691/5
structure **[2]** 687/12 687/21
style **[1]** 684/7
subject **[4]** 628/4 631/17 638/3 669/5
subjective **[1]** 691/12
submit **[1]** 635/23
subsidiaries **[2]** 681/7 687/18
subsidiary **[1]** 687/20
substantially **[1]** 618/15
successfully **[1]** 696/21
sufficiently **[1]** 631/12

suggested **[1]** 633/2
suggestive **[1]** 618/15
summarization **[1]** 631/13
summarize **[5]** 625/1 625/3 625/18 674/1 682/25
summarized **[2]** 644/8 674/5
summarizing **[1]** 631/14
summary **[5]** 625/8 632/18 646/3 655/2 655/5
supervised **[1]** 626/21
support **[1]** 683/17
supposed **[1]** 628/21
sure **[22]** 620/1 626/3 628/16 629/25 634/4 636/21 652/1 653/4 674/4 674/5 680/11 680/11 681/6 681/17 682/11 683/2 684/2 685/10 685/22 687/14 689/22 690/23
Susan **[5]** 623/25 624/7 624/11 654/10 673/16
suspended **[4]** 623/18 688/7 693/13 693/15
sustained **[4]** 668/23 668/25 688/12 692/1
swear **[2]** 624/2 680/12
sweep **[25]** 650/7 650/15 650/20 650/22 651/2 651/24 652/18 665/24 666/13 666/20 667/12 667/14 691/10 691/14 691/17 691/19 691/20 692/6 692/9 692/16 693/3 693/25 694/5 695/1 695/7
symbol **[3]** 639/11 639/12 639/15

**T**

take **[8]** 619/21 627/14 628/25 662/18 665/12 672/19 672/20 698/13
taken **[1]** 627/5
taking **[1]** 680/8
talk **[4]** 679/15 692/14 698/10 698/10
talked **[5]** 635/13

# T

**talked... [4]** 646/24
694/14 694/25 695/2
**talking [3]** 661/12
669/3 687/23
**team [4]** 626/21
629/10 659/9 659/9
**tell [26]** 624/14 626/1
626/19 627/14 637/5
638/11 640/7 640/16
641/1 641/24 643/10
643/19 644/11 646/2
647/8 648/25 659/22
660/8 661/3 668/19
669/19 671/5 673/24
676/2 680/23 690/2
**telling [1]** 639/18
**tells [1]** 644/12
**tens [2]** 664/19 665/1
**terms [5]** 622/9 622/19
622/25 623/14 626/11
**test [1]** 682/14
**testified [7]** 654/14
655/4 659/2 659/12
670/7 675/24 694/21
**testify [5]** 626/13
627/21 692/5 692/13
692/21
**testifying [3]** 624/17
655/1 679/22
**testimony [18]** 618/8
618/19 620/20 624/3
626/11 637/25 654/21
655/16 665/24 669/6
669/8 669/9 670/21
673/20 675/15 680/13
688/11 688/15
**than [11]** 637/19
652/23 658/20 668/21
669/21 670/14 671/17
672/24 673/4 684/9
684/13
**Thank [29]** 619/23
620/10 620/16 621/6
624/6 627/11 628/19
628/20 633/19 634/10
636/15 639/16 640/25
654/7 663/19 663/21
673/15 674/11 679/11
679/13 679/14 680/17
681/14 682/21 683/21
684/15 695/16 696/15
697/13
**that [355]**

**that's [59]** 621/7 626/8
629/21 631/23 632/9
632/15 633/5 633/14
635/5 637/9 639/4
639/19 648/7 650/18
651/12 652/14 652/25
654/22 654/25 655/9
655/12 655/14 656/6
656/9 658/18 660/10
663/12 664/2 664/9
667/1 667/2 667/16
668/10 670/18 670/20
671/2 671/7 671/12
672/8 678/7 678/15
679/25 681/18 684/5
686/3 688/12 689/3
691/1 691/2 691/8
692/7 692/23 693/9
693/10 693/11 693/12
697/25 698/2 698/3
**their [21]** 636/11
651/12 657/24 672/11
672/12 672/25 672/25
673/2 673/2 679/10
681/11 683/15 684/12
685/3 685/4 686/3
692/6 694/15 694/23
695/9 695/10
**them [20]** 618/12
618/15 619/12 619/17
619/18 627/15 638/6
656/18 674/5 674/19
681/11 684/18 684/19
685/4 690/14 690/14
690/19 690/19 693/19
697/8
**themselves [4]** 631/10
688/8 695/10 695/14
**then [17]** 622/6 632/2
636/25 637/10 646/16
646/18 649/3 652/23
657/16 659/20 660/20
665/8 672/5 679/22
682/16 691/10 696/16
**there [39]** 619/13
619/20 625/22 628/15
629/20 630/8 630/25
631/23 632/22 637/14
637/21 640/13 642/6
645/1 648/5 658/19
664/18 665/19 665/19
665/20 671/7 671/11
674/24 675/22 681/21
682/2 682/4 682/7

**663/3 683/43 684/7 690/25 690/25 698/7
686/7 687/17 689/15
695/12 696/1 696/8
696/23 696/25
**there's [6]** 620/25
630/22 635/15 681/11
686/7 689/13
**thereafter [2]** 622/21
667/7
**these [20]** 621/4
621/14 629/4 632/15
632/20 635/24 636/4
638/3 638/22 639/19
640/4 643/18 643/20
649/7 649/7 663/11
666/16 674/2 679/18
683/14
**they [77]** 619/2 619/13
619/14 620/24 625/20
626/5 631/22 633/2
633/2 634/17 640/19
641/21 644/2 646/18
647/16 648/1 648/2
648/2 648/3 648/8
649/19 651/13 651/23
652/18 652/18 652/23
656/10 657/5 657/7
657/9 657/16 657/18
657/20 660/21 666/22
668/5 670/5 671/16
671/17 672/8 672/9
672/24 672/24 673/3
673/4 674/4 674/5
674/6 676/11 676/16
679/4 682/13 684/4
684/9 684/10 684/11
684/13 685/13 685/14
686/1 686/5 692/13
692/14 693/13 693/19
694/22 695/14 697/2
697/2 697/3 697/3
697/5 697/6 697/7
697/9 697/9 697/9
**they'd [1]** 682/14
**they've [1]** 652/7
**thing [5]** 620/1 632/14
662/1 678/20 695/2
**things [1]** 623/17
**think [19]** 618/14
619/16 620/7 632/17
634/24 653/4 653/5
654/20 658/2 663/7
666/6 675/21 682/21
685/23 686/8 687/11

**third [9]** 643/14 665/21
666/9 666/13 666/17
667/3 667/8 667/9
682/16
**Thirty [3]** 664/15
664/16 664/17
**Thirty-eight [2]** 664/16
664/17
**this [139]**
**those [46]** 620/3 620/5
620/7 621/1 622/19
626/2 627/2 627/5
627/14 627/20 629/20
631/14 632/19 633/6
635/13 636/16 636/18
641/17 642/6 644/3
644/8 645/8 645/10
645/19 646/13 648/6
655/25 656/5 656/7
656/15 656/15 657/24
663/8 664/5 668/8
674/4 674/14 675/3
678/25 679/1 685/5
685/16 686/1 686/7
689/19 692/22
**thought [2]** 632/22
690/22
**thoughtful [2]** 686/7
686/8
**thoughts [1]** 666/22
**three [3]** 637/20 680/9
695/25
**through [35]** 623/4
627/1 627/13 627/17
627/19 628/2 628/13
628/25 630/2 635/13
638/15 640/13 642/3
643/6 643/24 644/17
645/11 646/9 646/19
647/2 647/24 648/10
648/14 650/9 652/11
652/17 653/5 653/11
653/17 653/18 661/20
676/5 676/6 681/7
695/25
**throw [1]** 619/19
**thus [1]** 695/9
**ticker [3]** 639/11
639/12 639/15
**tied [1]** 692/17
**time [22]** 620/4 620/8
623/25 626/6 628/1
632/20 633/12 634/17

**T**

time... **[14]** 635/9
637/10 638/6 641/9
646/4 646/19 653/10
657/19 664/5 671/21
678/9 683/4 683/8
687/5
timeframe **[1]** 696/23
title **[2]** 618/9 618/13
today **[13]** 624/18
625/18 626/12 626/14
627/21 641/18 655/1
655/16 655/18 669/8
669/11 673/25 678/5
together **[4]** 618/15
619/11 630/17 666/22
told **[9]** 654/20 657/3
657/5 657/7 657/9
657/16 658/2 662/8
662/12
too **[1]** 654/2
took **[3]** 682/14 683/9
697/7
top **[1]** 669/13
Topaz **[1]** 616/5
total **[18]** 618/11
622/15 640/7 640/8
642/1 642/21 643/2
643/4 645/6 645/9
650/8 650/21 651/5
651/17 652/3 652/7
652/14 664/6
touched **[1]** 687/11
towards **[2]** 685/5
690/18
trace **[1]** 637/9
traces **[1]** 626/6
tracking **[1]** 626/9
tracks **[1]** 626/8
trade **[1]** 686/2
traded **[2]** 641/21
644/16
traditional **[1]** 684/6
transcript **[3]** 615/13
616/25 699/4
transcription **[1]**
616/25
transfer **[3]** 650/21
651/23 695/11
transferred **[4]** 651/17
652/10 652/22 697/8
transient **[1]** 675/14
transitioned **[1]** 683/8
Treasury **[38]** 622/7

622/17 622/23 623/7
623/12 646/4 646/15
646/17 649/11 649/16
649/19 650/1 650/5
650/12 650/16 650/17
650/21 651/3 651/13
651/18 652/4 652/11
652/23 652/24 662/9
662/13 667/21 667/24
668/2 668/4 668/5
668/20 670/3 670/6
672/8 674/21 695/12
697/8
Treasury's **[5]** 622/14
651/5 652/12 669/20
670/13
treat **[1]** 621/3
trend **[7]** 647/23
659/13 659/20 660/24
661/1 661/13 676/19
trends **[3]** 648/25
675/18 676/3
trial **[4]** 615/13 620/23
628/16 632/16
trigger **[1]** 668/11
triggered **[2]** 668/16
668/18
trillion **[4]** 649/3 649/6
649/7 649/8
true **[6]** 661/21 667/2
673/6 673/8 678/7
699/4
truth **[6]** 624/4 624/4
624/4 680/14 680/14
680/15
Try **[1]** 691/11
turn **[1]** 689/2
twice **[3]** 618/22
618/25 650/16
two **[10]** 625/23 629/17
629/20 635/15 656/18
665/12 674/2 675/6
681/4 692/22
type **[1]** 639/3
typically **[1]** 685/5

**U**

U.S **[8]** 616/21 626/6
634/16 635/9 637/21
647/10 652/22 653/24
Uh **[2]** 694/9 694/24
Uh-huh **[2]** 694/9
694/24
Ultimately **[1]** 688/16

umbrella **[1]** 687/1
under **[10]** 622/10
622/16 623/1 623/15
630/24 631/6 631/12
631/13 631/22 659/17
under-seal **[1]** 630/24
underlying **[16]** 620/6
627/24 630/10 632/21
633/6 633/7 633/10
633/13 633/16 633/16
636/1 636/23 655/22
655/25 658/13 686/5
underneath **[2]** 648/19
687/17
understand **[7]** 619/2
632/5 632/10 633/14
667/25 674/6 686/4
understanding **[7]**
619/14 631/16 632/7
634/21 671/3 671/5
688/20
understood **[4]** 620/2
672/10 690/12 690/18
underwrite **[1]** 681/10
underwrites **[1]** 681/8
undisputed **[1]** 669/17
unique **[1]** 639/12
UNITED **[5]** 615/1
615/14 634/17 647/2
648/13
university **[1]** 681/20
unless **[2]** 631/14
643/23
until **[7]** 622/21 623/19
643/5 648/1 659/24
667/14 679/24
up **[27]** 619/3 619/18
619/21 627/8 630/14
630/16 636/1 638/8
639/14 643/5 643/20
647/14 649/5 653/8
656/5 656/15 656/16
658/16 659/20 659/25
662/5 663/24 675/10
675/18 681/18 686/17
698/14
upon **[3]** 622/4 663/6
696/19
ups **[2]** 698/1 698/3
upstate **[1]** 681/20
us **[30]** 625/18 627/3
639/18 640/7 641/2
641/24 643/19 644/11
644/12 646/2 646/13

647/16 647/16 647/23
648/25 654/20 654/23
655/15 656/18 657/5
657/7 657/18 658/2
660/8 661/20 662/8
668/19 681/4 685/25
686/1
use **[10]** 630/23 630/24
635/12 639/15 657/16
657/20 685/18 685/23
686/9 688/25
used **[9]** 620/3 625/17
633/13 638/21 644/5
657/19 674/13 675/3
693/13
using **[3]** 631/3 675/13
680/8
usually **[2]** 684/10
685/14

**V**

vague **[1]** 694/16
value **[7]** 621/21
650/21 651/3 651/18
651/23 652/10 697/23
various **[12]** 621/23
622/3 626/9 627/19
629/5 629/6 681/7
681/8 681/13 682/25
683/14 687/18
VARMA **[1]** 616/14
vehicles **[1]** 697/23
verify **[1]** 626/24
verifying **[3]** 626/22
626/25 627/1
version **[2]** 630/23
630/24
vertical **[1]** 648/5
very **[10]** 619/16
625/13 640/25 648/2
652/5 675/8 681/12
682/20 697/25 697/25
video **[1]** 698/13
VINCENT **[2]** 615/17
680/6
voice **[1]** 624/9
volatile **[1]** 684/13
voluminous **[1]** 631/12
vs **[1]** 615/4

**W**

W.R **[4]** 680/24 680/25
687/12 697/20
waiving **[2]** 628/16

**W**

waiving... **[1]** 628/18
walk **[1]** 695/25
want **[17]** 619/13
620/20 627/12 628/16
633/9 635/8 646/1
647/8 651/20 652/1
653/4 653/5 656/13
662/18 675/9 675/20
691/11
wanted **[7]** 620/1
639/14 647/16 647/19
657/9 657/20 678/20
warrant **[1]** 631/12
was **[71]** 623/23
624/25 625/8 625/17
626/4 626/7 626/13
626/22 627/1 627/6
628/21 630/21 632/4
632/22 636/17 637/15
643/2 644/15 644/21
645/6 645/19 646/17
649/2 650/9 651/9
653/7 655/16 655/20
657/24 658/2 659/24
660/20 661/1 661/7
661/13 661/16 663/14
664/6 664/12 666/3
666/5 666/9 666/13
666/17 667/9 669/5
670/4 670/20 671/8
671/24 673/6 673/8
675/13 677/2 677/21
678/20 678/25 681/24
682/1 682/3 683/4
683/6 687/9 688/19
690/13 692/8 692/18
693/8 693/17 695/17
695/24
Washington **[5]** 615/5
615/18 616/9 616/17
616/22
wasn't **[2]** 660/2 660/4
way **[22]** 626/25
629/25 643/20 646/19
647/5 647/20 648/3
648/7 663/14 669/17
670/24 671/2 671/10
674/6 682/13 684/10
685/24 686/2 688/14
688/18 688/24 691/11
we **[112]**
we'll **[1]** 698/8
we've **[1]** 687/22

weaving **[1]** 683/8
website **[39]** 626/4
626/8 631/25 632/2
632/14 632/21 633/24
634/5 634/6 635/5
635/18 636/9 636/11
637/7 637/15 637/21
646/25 647/6 647/15
648/7 648/17 648/18
648/22 657/3 657/10
657/13 657/14 657/16
657/19 657/20 658/2
658/3 658/10 658/11
658/13 658/20 659/6
660/9 676/24
websites **[9]** 625/23
625/25 626/17 629/17
629/20 629/23 630/9
630/11 675/6
well **[24]** 632/13
632/23 636/1 644/9
647/19 650/16 655/21
656/3 661/16 667/14
667/17 669/16 673/3
675/8 683/7 683/11
683/20 684/3 684/23
688/5 690/23 693/7
693/11 695/7
went **[10]** 637/7 650/7
659/20 660/8 666/6
666/20 666/24 681/18
681/19 681/25
were **[49]** 623/9 624/20
624/24 625/22 626/2
626/9 626/24 628/13
628/15 631/16 632/15
633/1 636/4 643/13
643/15 643/23 644/8
644/18 645/1 648/3
653/18 655/22 655/25
656/15 660/24 664/19
665/19 665/20 670/10
673/20 674/14 675/3
676/6 676/11 676/23
677/6 677/10 678/12
678/13 679/23 688/7
689/9 692/22 692/22
693/13 696/1 697/2
697/3 697/9
weren't **[3]** 658/19
678/4 688/5
what **[123]**
what's **[1]** 686/4
whatever **[1]** 635/7

when **[32]** 616/19
620/25 622/18 627/14
627/21 635/1 637/15
644/21 646/6 646/8
648/1 656/3 659/8
660/8 660/11 660/14
660/24 668/20 669/21
670/5 670/13 671/9
672/9 675/17 676/2
676/16 677/4 682/14
686/9 689/9 696/16
696/23
where **[20]** 619/6
624/12 625/17 629/12
648/3 649/20 660/16
660/20 663/4 669/14
671/12 678/13 679/8
680/23 681/18 681/21
682/6 683/17 687/17
687/20
whether **[3]** 644/2
668/19 686/3
which **[21]** 620/19
620/24 621/9 621/23
622/3 622/11 622/15
626/5 629/14 632/18
636/23 643/16 644/5
646/14 663/10 668/9
671/8 671/16 687/21
692/18 696/11
whichever **[1]** 630/17
while **[6]** 664/18 680/8
681/21 681/24 682/3
698/13
who **[2]** 634/21 684/16
whole **[3]** 624/4 627/1
680/14
why **[12]** 625/11 633/3
638/21 656/10 660/9
683/13 689/2 692/13
692/18 692/18 692/21
697/1
will **[26]** 619/21 620/7
620/19 621/7 628/11
628/11 630/23 631/13
632/19 634/8 635/8
636/1 637/4 637/10
638/6 663/13 671/6
671/13 680/14 685/15
689/25 690/1 696/17
696/22 698/11 698/14
willing **[1]** 633/3
withdraw **[1]** 663/13
within **[2]** 682/12

without **[2]** 618/13
668/14
witness **[9]** 617/2
624/18 633/15 654/1
655/2 655/5 680/4
680/10 698/12
won't **[1]** 619/20
word **[2]** 685/23
693/14
words **[1]** 658/11
work **[14]** 624/12
624/13 654/17 655/7
655/10 656/24 658/10
680/23 680/24 683/17
685/8 685/18 687/20
697/18
worked **[1]** 681/21
worker's **[1]** 681/9
working **[3]** 681/22
682/3 690/18
works **[1]** 682/13
worth **[26]** 622/18
650/7 650/15 650/20
650/22 651/2 651/24
652/18 665/24 666/13
666/20 667/11 667/14
691/10 691/14 691/17
691/19 691/20 692/6
692/9 692/16 693/3
693/25 694/5 694/25
695/7
would **[42]** 619/17
623/8 623/22 624/9
628/2 630/12 630/14
630/17 631/22 633/2
636/4 637/24 639/15
647/14 653/10 654/1
660/21 661/12 661/17
661/18 661/21 661/22
661/22 663/7 664/15
672/6 674/18 676/10
676/10 676/14 677/8
677/22 681/9 685/25
686/1 686/8 686/16
687/5 690/17 693/5
693/21 695/13
wouldn't **[6]** 619/17
660/25 661/7 661/13
661/16 661/18
write **[3]** 685/14
685/15 687/18
wrong **[2]** 657/2
690/25

## Y

**Yeah [1]** 619/9
**year [10]** 650/14
 661/12 661/20 661/21
 668/3 668/9 672/5
 682/14 682/14 689/24
**years [8]** 650/17
 661/23 666/16 666/19
 666/23 681/25 682/7
 683/1
**yes [97]**
**York [4]** 616/8 616/12
 681/18 681/20
**you [319]**
**you'd [1]** 656/21
**You're [1]** 655/1
**you've [3]** 627/15
 635/1 682/25
**your [149]**
**Your Honor [89]**
**Your Honor's [1]**
 630/12
**yourself [2]** 656/5
 659/6

## Z

**zero [2]** 645/25 666/24