**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FAIRHOLME FUNDS, INC., ET AL., et al,

               Plaintiffs,

      vs.

FEDERAL HOUSING FINANCE
AGENCY, et al,

               Defendants.

_____

Civil Action
No. 1:13-1053

July 28, 2023
Washington, DC

1:34 p.m.

In re: FANNIE MAE/FREDDIE MAC
SENIOR PREFERRED STOCK PURCHASE
AGREEMENT CLASS ACTION
LITIGATIONS.

_____

Miscellaneous Action
No. 1:13-1288

**\*\*\* AFTERNOON SESSION \*\*\***
TRANSCRIPT OF **JURY TRIAL - DAY 5**
**BEFORE THE HONORABLE ROYCE C. LAMBERTH**
UNITED STATES DISTRICT SENIOR JUDGE

APPEARANCES:

**For Plaintiffs**
**Fairholme Funds,et al:**

**VINCENT COLATRIANO**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue NW
Washington, D.C. 20036

APPEARANCES CONTINUED:


For Class Plaintiffs:    **LEE D. RUDY**
    Kessler Topaz Meltzer & Check, LLP
    280 King of Prussia Road
    Radnor, Pennsylvania 19087

    **HAMISH HUME**
    **KENYA KHALELAH DAVIS**
    Boies Schiller Flexner LLP
    1401 New York Avenue NW
    Washington, D.C. 20005

    **ROBERT KRAVETZ**
    Bernstein Litowitz Berger &
    Grossmann LLP
    1251 Avenue of the Americas
    New York, NY 10020


**For Defendants FHFA,**    **ASIM VARMA**
**Fannie Mae and**    **ROBERT STANTON JONES**
**Freddie Mac:**    **IAN S. HOFFMAN**
    **DAVID BLOCK BERGMAN**
    Arnold & Porter Kaye Scholer LLP
    601 Massachusetts Avenue NW
    Washington, D.C. 20001


**Reported By:**    **LORRAINE T. HERMAN, RPR, CRC**
    Official Court Reporter
    U.S. District & Bankruptcy Cts.
    333 Constitution Avenue, NW
    Room 6720
    Washington, D.C. 20001
    lorraine_herman@dcd.uscourts.gov


*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

## I N D E X

**WITNESS**                                                    **PAGE**

ANJAN THAKOR

    Cross-Examination by Mr. Hoffman                   930
    Redirect Examination by Mr. Hume                   970

SUSAN MCFARLAND

    Direct Examination                                 990
    Cross-Examination                                 1019

**EXHIBITS**                                                   **PAGE**

**Defendants' No. 574**      Received Into Evidence      **956**
Plaintiffs' No. 191      Received Into Evidence       984
Plaintiffs' No. 147      Received into Evidence       988
Plaintiffs' No. 222      Received into Evidence       988
Plaintiffs' No. 223      Received into Evidence       988
Plaintiffs' No. 229      Received into Evidence       988
Defendants' No. 516      Received into Evidence       989
Defendants' No. 521      Received into Evidence       989
Defendants' No. 547      Received into Evidence       989
Defendants' No. 925      Received into Evidence       989
Plaintiffs' No. 196      Received into Evidence      1036
Plaintiffs' No. 213      Received into Evidence      1036
Plaintiffs' No. 216      Received into Evidence      1036
Plaintiffs' No. 253      Received into Evidence      1036
Plaintiffs' No. 211      Received Into Evidence      1037

**EXHIBITS continued**                                        **PAGE**

Defendants' No. 513      Received into Evidence       989
Plaintiffs' No. 167      Received into Evidence      1036

1        **P R O C E E D I N G S**

2            (REPORTER'S NOTE:  The morning portion of the trial

3    was reported by Nancy Meyer, who prepared said transcript.)

4            (Jury entered the courtroom.)

5                **THE COURT:**  The witness can come forward.

6            (Witness resumed the stand.)

7            Cross-examine, Mr. Hoffman.

8            **MR. HOFFMAN:**  Thank you, Your Honor.

9                **CROSS-EXAMINATION OF ANJAN THAKOR**

10   BY MR. HOFFMAN:

11       **Q.**   Good afternoon, Dr. Thakor, members of the jury.

12   Ian Hoffman on behalf of the defendants.

13           Dr. Thakor, I'd like to start with a clarification

14   of something you said right at the beginning of your

15   testimony when you were answering questions for Mr. Hume.

16           You testified with Mr. Hume that the third

17   amendment eliminated the PCF.  That was your word,

18   "eliminated," right?

19       **A.**   Yes, that's my understanding that that was one of

20   the provisions of the third amendment when the net worth

21   sweep was put into place all of the profits went to

22   Treasury.  So there was no separate payment even possible if

23   all the profits go to Treasury.

24       **Q.**   In fact, the third amendment did not eliminate the

25   PCF.  It just suspended the PCF for as long as the net worth

       CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman

1    sweep remained in effect.  Right?

2         **A.**   Right.

3         **Q.**   In fact, just to be totally clear about this, I'm

4    going to read a paragraph from the Joint Statement of

5    Undisputed Facts?

6         **A.**   Uh-huh.

7         **Q.**   This is JX-1.  It's in evidence in this case.

8              It says:  "In addition, the third amendment

9    suspended the enterprise's obligations to pay periodic

10   commitment fees for so long as the net worth sweep remained

11   in effect."

12             That's what the third amendment did.  Right?

13        **A.**   Right.  And that's consistent with what I said.

14        **Q.**   So the way it worked under the third amendment

15   was, if there's the net worth sweep, there's no PCF?

16        **A.**   Uh-huh.

17        **Q.**   But if there's no net worth sweep, then the PCF

18   comes back.  Right?

19        **A.**   If they decided to not have the net worth sweep,

20   but I was operating under the assumption in my assignment

21   that, if in fact a PCF had been determined instead of the

22   net worth sweep, what would have been an appropriate

23   magnitude of the PCF.  And that's what I was testifying on.

24        **Q.**   Okay.

25             I'm just trying to make sure that we all

         **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1   understand how -- what the third amendment did with the PCF.

2          And you understand that the third amendment

3   specifically connects the net worth sweep and the PCF in

4   that way.  It's sort of a trade.  Right?

5      A.   Well, I don't know if I would call it a trade, but

6   it's been categorized as something that, if the net worth

7   sweep had not occurred, then the PCF would still be on the

8   table as something that Treasury could determine.

9      Q.   If there's no net worth sweep the PCF can come

10  back.  Right?

11     A.   If they don't grieve it again.

12     Q.   In fact, Dr. Thakor, the third amendment states

13  that the net worth sweep was "consideration for the

14  suspension of the PCF."  Right?

15         MR. HUME:  Objection, Your Honor, I would ask the

16  witness be shown the document he's being asked about.

17         MR. HOFFMAN:  He can answer, Your Honor.

18         THE COURT:  Overruled.

19         THE WITNESS:  Yeah, can I read whatever it is

20  you're referring to?

21  BY MR. HOFFMAN:

22     Q.   So I'm just asking, you spent a lot of time on

23  preparing for this case.  Right?

24     A.   Right.

25     Q.   This case is all about the third amendment?

   CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman

1    **A.**   Yes.  But I would just like to see what specific

2    language you're referring to and how it connects with what I

3    said.  So that's what I'm saying.  If you can point me to

4    what it is you're referring to in the document --

5    **Q.**   I'm referring to the third amendment.  And the

6    third amendment says the net worth sweep was, "consideration

7    for the suspension of the PCF."

8            So is it your testimony you don't know if the word

9    "consideration" is actually in the third amendment?

10   **A.**   No, I've read the third amendment.  All that I'm

11   saying is I haven't memorized it.  So if there's a specific

12   part of the third amendment that you want to ask me about, I

13   would appreciate a chance to look at it.

14   **Q.**   Okay.

15           And you understand that "consideration," that's

16   just a fancy word for saying that's a trade.  Right?

17   **A.**   Well, I don't know if I would characterize it as a

18   trade.  I'm just explaining to you how I viewed my

19   assignment that, if the net worth sweep had not occurred and

20   a PCF had been determined, what would have been the

21   magnitude.

22   **Q.**   So under the third amendment -- I just want to

23   make sure that we all understand.

24   **A.**   Uh-huh.

25   **Q.**   Under the third amendment, Treasury gets the net

**CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1   worth sweep and Fannie Mae and Freddie Mac don't have to pay

2   the PCF.  Right?

3       **A.**   Right.  Because they have no money to pay

4   anything.  They have given all of their profits to the

5   Treasury.

6       **Q.**   Dr. Thakor, on your direct testimony you got up

7   and drew some illustrations on the easel.  Right?

8       **A.**   Right.

9       **Q.**   And you told the story about someone who was

10  shopping around for a home mortgage, a loan, and the home

11  buyer had two options, Bank A and Bank B.  Right?

12      **A.**   Correct.

13      **Q.**   And in your story, both Bank A and Bank B, they

14  were willing to lend the home buyer the money.  I believe

15  you said it was a $300,000 mortgage to buy the house.

16  Right?

17      **A.**   Correct.

18      **Q.**   So the home buyer in your story must be doing

19  pretty well, two separate banks willing to loan them

20  $300,000.  The home buyer must have a good job, some money

21  in the bank.

22      **A.**   Well, I didn't specify --

23      **Q.**   And they're probably making a -- getting ready to

24  make a down-payment on their home.  Right?

25      **A.**   I didn't specify which year this was happening in.

   **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1   If it was before the financial crisis, then I wouldn't

2   necessarily agree with you.  If it was now, yes.

3       **Q.**   Okay.

4           So I appreciate the distinction.  So now let's

5   talk about the time of the financial crisis.

6           In September 2008, when Fannie Mae and Freddie Mac

7   entered into the original PSPAs with the Treasury Department

8   with Treasury committing to invest up to $200 billion in

9   Fannie and Freddie, Fannie and Freddie didn't have two

10  options, like Bank A and Bank B.  They only had one option,

11  the United States government.  Right?

12      **A.**   Yes, as did AIG and many of the CPP banks.

13      **Q.**   Oh, we'll come back to AIG.  I understand.

14          But in September 2008, at the time of the

15  financial crisis, no bank, not Bank A or Bank B, no bank

16  would commit to invest up to $200 billion in Fannie and

17  Freddie.  You understand that's totally unrealistic.  Right?

18      **A.**   Right.  But the Treasury was in a new position to

19  help the GSEs during the financial crisis.  Yes, I would

20  agree with that.

21      **Q.**   Right.  Treasury was the only one willing and able

22  to commit up to $200 billion for Fannie and Freddie.  Right?

23      **A.**   I would agree with that.

24      **Q.**   You testified on direct, Dr. Thakor, that if you

25  were advising FHFA and Fannie and Freddie about how to

**CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1    negotiate the PCF, you'd tell them to start low at 2.5 basis

2    points.  And then you'd tell them that anything over 45

3    basis points you'd tell them to walk away.

4           Those were your words.  Right?  Fannie and Freddie

5    should just walk away from the Treasury Department in that

6    scenario?

7    **A.**   I think you misrepresented what I said.  I said

8    that's my -- the upper end of my range for referring to PSPA

9    and the language in the PSPA that this had to be done with

10   reference to market value and negotiated by both parties at

11   the mutual discretion, then that's the range that's implied

12   so that nobody's holding a gun to somebody's head saying,

13   You have to take this deal or else.

14          So it's in that spirit that I did my calculations

15   and presented the range, and it has a -- the range has a

16   lower-end point and has a higher-end point; so that's what I

17   was testifying to.

18   **Q.**   I think I'm just asking you a much simpler

19   question.

20          On direct examination you said that you would

21   advise FHFA and Fannie and Freddie to just walk away if it

22   was over 45 basis points.  Those were your words, "walk

23   away"?

24   **A.**   I didn't say I'd advise them to walk away.  I said

25   that should be the upper end of the negotiating range as it

**CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1    relates to the language of the PSPA.  Okay?

2             So the language in the PSPA says do this with

3    referenced market value and do this through a process of

4    negotiation which involves consultation with the chairman of

5    the fed.  And so in that process I would present this range

6    as being determined by the market value comparables.  There

7    is a lower-end point where I would begin, and there's a

8    higher-end point that I would justify based on the analysis

9    that I had done.  Okay?

10            I called it the "higher end point" sort of in the

11   spirit of merger negotiations, kind of an upper-end point,

12   walk-away price, not to be literally interpreted as I would

13   advise them to walk away.  But that's the price range I

14   would advise them to negotiate with.

15   **Q.**   So you did say on direct that you would advise

16   them to walk away?

17   **A.**   Well, I used the word, yes.  I do remember.  But

18   I'm not saying that it literally means walk away from the

19   negotiations.  It's the upper-end point of the negotiating

20   range, which I would justify based on the analysis I had

21   done, based on the quantification of the PCF that I had done

22   based on the guidance provided by the PSPA.

23   **Q.**   Okay.

24            Dr. Thakor, you understand that, by the time of

25   the third amendment, Fannie Mae and Freddie Mac had drawn

**CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1    over $187 billion from the Treasury commitment.  Right?

2         **A.**    Yes.

3         **Q.**    And you understand that, at the time of the third

4    amendment in August of 2012, the Treasury commitment had no

5    cap?  Treasury had committed unlimited billions of dollars

6    to keep Fannie Mae and Freddie Mac afloat.  Isn't that

7    right?

8         **A.**    Correct.

9         **Q.**    Now, Dr. Thakor, you would agree with me, right,

10   that, with Fannie Mae and Freddie Mac so totally reliant on

11   the financial support from the United States Treasury

12   Department, it would have been tough for Fannie Mae and

13   Freddie Mac to just "walk away" and to tell the Treasury

14   Department, Forget it, we're not paying your fee, we're not

15   paying your periodic commitment fee?

16        **A.**    This is why I provided comparables with the CPP

17   banks, with AIG, because a lot of financial institutions

18   during the financial crisis were extremely stressed and the

19   public interest -- the U.S. Treasury stepped in and provided

20   assistance.

21             So, you know, you could make the same argument for

22   AIG.  You could make the same argument for City.  You could

23   make the same argument for a lot of CPP banks, but still

24   there were terms negotiated that did not involve taking 100

25   percent of their profits.

         **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1      **Q.**   Okay.

2           Dr. Thakor, the opinion you've offered today is

3      that, if the PCF would have been charged, an appropriate PCF

4      would be within that range you talked about, 2.5 basis

5      points up to 45 basis points.  Right?

6      **A.**   Correct.

7      **Q.**   And that range that's in your opinion, that's

8      based on comparing the periodic commitment fee to the fees

9      that large banks pay the FDIC to ensure customer bank

10     deposits.  Right?

11     **A.**   Yes, the large and complex financial institutions.

12     **Q.**   And you explained on your direct examination that

13     one basis point is one hundred of one percent.  Right?

14     **A.**   Correct.

15     **Q.**   And so your opinion is that, if a PCF were set, it

16     would be appropriate to set it as low as 2.5 hundredths of

17     1 percent.  Right?

18     **A.**   At the low end.

19     **Q.**   At the low end.

20          And it's also your opinion that it would have been

21     appropriate to set the PCF as high as .45 percent.  That's

22     just under a half of 1 percent.  Right?

23     **A.**   Correct, given the other terms of the contract,

24     given the all-in costs.  Remember, this is not the cost of

25     the funds provided to the GSEs.  That's 10 percent plus

        **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1    awards, plus the initial commitment fees.  So this is simply

2    the price of the promise to make funds available.

3         **Q.**   Right.

4              And the promise to make funds available on August

5    2011 -- I'm sorry, in August of 2012 was unlimited.  Right?

6         **A.**   At a time when the housing market was already

7    rebounding and the GSAs were already on their way back and

8    the prospects for future profits were high, so yes.

9    Treasury had the commitment in place, but the GSEs were also

10   getting predictably financially stronger because of the

11   rebound of the housing market.

12        **Q.**   I'm sorry.  I'm not sure if I understood your

13   answer.  So I'm not sure the jury understood your answer

14   either.

15             So what I'm asking you is this:  The PCF is

16   intended to compensate Treasury for the outstanding amount

17   of the Treasury commitment.  Right?

18        **A.**   Yes.

19        **Q.**   And in August of 2012, the outstanding amount of

20   the Treasury commitment was unlimited?

21        **A.**   Right, and that's what I was trying to explain in

22   response to that question that, how much you charge for a

23   commitment depends on what you estimate the continued

24   liability to be, which means that it depends on the

25   likelihood that the institutions that you're providing the

        **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1    commitment to will actually meet the funds, i.e., they will

2    be sufficiently distressed to meet the funds in their future

3    drawdowns against the commitment.

4            The point I was making was that, given the state

5    of the housing market, the fact that it was rebounding and

6    the fact that the prospects of future profits for the GSEs

7    were actually much brighter then than they had been in the

8    past, that the Treasury commitment --

9        **Q.**   I'm sorry --

10       **A.**   -- need not -- so that commitment was less

11   expensive then than it was when it was first given in 2008.

12       **Q.**   You're not offering any opinions in this case as

13   to the financial prospects of Fannie Mae and Freddie Mac in

14   August of 2012.  Right?  You're just offering an opinion on

15   the appropriate PCF.  And your opinion is that it would be

16   2.5 to 45 basis points.  That's your opinion.  Right?

17       **A.**   That's my opinion but, as I explain in my report,

18   the timing of when the PCF was set, meaning it was set in

19   2012, and then, as I explain in my report, if you look at it

20   at future dates, when interest rates fell, housing prices

21   rose, in fact, the continued liability of Treasury under,

22   the commitment was lower because the GSEs were in a stronger

23   financial position.

24       **Q.**   So let's take a couple steps back.

25       **A.**   Okay.

         **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1      **Q.**   And talk about how the PSPAs came to be providing

2      an unlimited amount of funds to Fannie Mae and Freddie Mac.

3      So the original PSPAs were executed in 2008.  Right?

4      **A.**   Correct.

5      **Q.**   And in those original PSPAs, the Treasury

6      commitment was $100 billion for Fannie Mae and $100 billion

7      for Freddie Mac, so 200 billion total.  Right?

8      **A.**   Correct.

9      **Q.**   And then about eight months later, in May of 2009

10     there was an amendment to the PSPAs.  That's called the

11     First Amendment.  Right?

12     **A.**   Correct.

13     **Q.**   And the first amendment doubled Treasury's

14     commitment to Fannie and Freddie to $200 billion each for

15     $400 billion total.  Right?

16     **A.**   Correct.

17     **Q.**   Then there was a second amendment.  Right?

18     **A.**   Yes.

19     **Q.**   In December of 2009, the second amendment got rid

20     of that cap, the $400 billion total cap.  It got rid of that

21     cap altogether until the end of 2012, meaning there was no

22     upper limit, no cap on the amount of Treasury's commitment

23     until the end of 2012.  Right?

24     **A.**   Yes.

25     **Q.**   So for three years, including 2012, the Treasury

**CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1  commitment was unlimited?

2       **A.**   Okay.

3       **Q.**   So just to play out some hypotheticals, if Fannie

4  Mae and Freddie Mac had negative net worth of $300 billion

5  each, $400 billion each, $500 billion each, the Treasury

6  Department was on the hook and committed to stepping in and

7  making up that shortfall.  Right?

8       **A.**   If that had happened but that's not what happened.

9       **Q.**   Now, the second amendment to the PSPAs, under that

10  amendment, the Treasury commitment was going to be capped,

11  again, starting in 2013.  Right?

12       **A.**   Correct.

13       **Q.**   The unlimited funds under the Treasury commitment

14  would become capped at the very end of 2012.  So then going

15  into 2013, there was going to be a cap again.  Right?

16       **A.**   Right.

17       **Q.**   But the Treasury commitment, even going into 2013,

18  it was still going to be in the hundreds of billions of

19  dollars for each company.  Right?

20       **A.**   Right.

21       **Q.**   I think we probably all know this by now but I

22  just want to make sure.  The PCF stands for periodic

23  commitment fee.  Right?

24       **A.**   Yes.

25       **Q.**   The PCF was the fee that Fannie and Freddie were

**CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1   to periodically compensate Treasury for that commitment.

2   Right?

3       **A.**   For the undrawn portion, yes.

4       **Q.**   For the undrawn portion of the Treasury

5   commitment?

6       **A.**   Uh-huh.

7       **Q.**   And in your opinion, if a PCF would have been

8   charged, it would have been appropriate to set that PCF as

9   low as 2.5 hundredths of 1 percent.  That's your opinion?

10      **A.**   At the low end.

11      **Q.**   For a commitment worth hundreds and hundreds of

12  billions of dollars?

13      **A.**   Yes.  But again, that's not the cost of the

14  funding.  This is an all-in cost argument.  They're already

15  paying on the borrowed amount, the drawn portion of the

16  commitment, twice the dividend that other institutions paid

17  for receiving assistance from Treasury.

18          So, again, this goes back to my testimony, you

19  can't look at this as a tub on its own bottom.  It has to be

20  looked at from a total cost perspective.  So you have to

21  look at the warrants.  You have to look at the 10 percent.

22  You have to look at the initial commitment fee.  And then

23  you have to look at the PCF in conjunction with those things

24  and that's what you get.

25      **Q.**   I want you to help me put some of these numbers

**CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1    into perspective.

2         **A.**    Sure.

3         **Q.**    And I sometimes have trouble getting my head

4    around basis points.  So I appreciate your help on this.

5              If the Treasury commitment were just $100?

6         **A.**    Uh-huh.

7         **Q.**    A 2.5 basis points PCF would mean that Fannie Mae

8    and Freddie Mac would pay Treasury two and a half pennies

9    each year.  Right?

10        **A.**    Yeah.  I think that's right.

11        **Q.**    And that's at the low end?

12        **A.**    At the low end, yes.

13        **Q.**    Okay.  Let's talk about the high end?

14        **A.**    Not for borrowing $100.  They would pay $10 on

15   that.

16        **Q.**    Let's talk about the high end.  And, again, if we

17   assume the Treasury commitment is just $100 --

18        **A.**    Uh-huh.

19        **Q.**    -- your opinion is that a PCF could be set at 45

20   basis points, and that would mean Fannie Mae and Freddie Mac

21   would pay Treasury 45 cents each year.  Right?

22        **A.**    In addition to a $10 dividend on the $100 that

23   they take down, 80 percent warrants -- require 80 percent

24   ownership in the common stock plus the 50 business points

25   upfront as a fee.

        **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1               So, again, can't focus on this in isolation.  The

2      all-in cost argument says, you have to look at every

3      component of cost.

4          **Q.**   Okay.  I have my pennies right, though?

5          **A.**   You've got your pennies right and I've got my

6      dollars right.

7               [Laughter]

8          **Q.**   It's your opinion that, if a PCF were charged, it

9      would have been appropriate for Fannie and Freddie to

10     compensate Treasury for its historic commitment of hundreds

11     of billions of dollars of taxpayer money at those rates, 2.5

12     basis points all the way up to no more than 45 basis points.

13     That's your opinion?

14         **A.**   With all the other pricing parameters that I just

15     mentioned, the dividends, the warrants, given that they were

16     all in place, yes.

17         **Q.**   Okay.

18              So just to make sure I understand what you're

19     saying, what you're saying is that, under the original

20     PSPAs, Fannie Mae and Freddie Mac owed the Treasury

21     Department dividends at a rate of 10 percent.  Right?

22         **A.**   Correct.

23         **Q.**   So the PCF was an additional thing that Fannie Mae

24     and Freddie Mac would owe to Treasury?

25         **A.**   Absolutely.  And that's the all-in cost argument

              **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1   that the PCF is being paid along with the 10 percent

2   dividend.  The warrants still require 79.9 percent, the

3   stock, plus the billion-dollar upfront fee that each of the

4   GSEs paid.

5       **Q.**   Dr. Thakor, by 2012, Fannie and Freddie owned or

6   guaranteed over 5 trillion dollars' worth of mortgages.

7   Right?

8       **A.**   Correct.

9       **Q.**   And the Treasury commitment that we've been

10  talking about of hundreds of billions of dollars, that

11  commitment was designed to keep Fannie and Freddie solvent.

12  Right?

13      **A.**   Yes.  And to ensure the financial markets that the

14  mortgage market would continue to receive the securitization

15  services of Fannie and Freddie.

16      **Q.**   Solvent means you're not in the red.  Right?

17      **A.**   Yes.

18      **Q.**   Solvent means you're not broke.  Right?

19      **A.**   Yeah.

20      **Q.**   So the Treasury commitment ensured that Fannie Mae

21  and Freddie Mac would not be broke?

22      **A.**   Right.  Because they would draw down on the

23  commitment at that time.

24      **Q.**   Right.  For any negative net worth, the Treasury

25  commitment would step in and fill that gap?

**CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1      **A.**   Correct.

2      **Q.**   And at the time of the third amendment, that

3   amount by which the American taxpayers would step in and

4   fill that gap was unlimited.  Right?

5      **A.**   Right.  And they had borrowed -- you know, under

6   the commitment, gotten about, you know, a little under $190

7   billion.  Of course by 2020, they had paid Treasury over

8   $300 billion for having taken that amount.

9      **Q.**   And, Dr. Thakor, you're familiar with the concept

10  that, under the Housing and Economic Recovery Act of 2008,

11  that's called HERA.  Right?  You're familiar with that law?

12     **A.**   Yes.

13     **Q.**   Okay.

14          Under the HERA statute, if Fannie or Freddie's

15  financial condition got too dire, if they became insolvent,

16  FHFA was actually required to put them into receivership

17  which is different than conservatorship.  Right?

18     **A.**   Yes.

19     **Q.**   Without getting into the details of it, that's

20  bad.  Right?  Receivership would be bad.

21     **A.**   Right.  It's like bankruptcy.

22     **Q.**   Like bankruptcy.

23          So the Treasury commitment is designed to keep

24  Fannie Mae and Freddie Mac out of receivership, which is

25  like a bankruptcy.  Right?

**CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1        **A.**   Right.

2        **Q.**   And for that massive commitment designed to keep

3    Fannie and Freddie out of receivership, it's your opinion

4    that it would have been appropriate to charge them two and a

5    half hundredths of 11 percent, assuming a PCF were charged,

6    for the amount of undrawn commitment?

7        **A.**   Yes.  Given all of the other pricing parameters

8    and given the market comparables that I analyzed that I

9    discussed earlier on direct, you know, such as AIG and the

10   CPP banks.

11       **Q.**   Okay.

12            On your direct examination you talked about how

13   you went looking for documents in the case and looking for

14   documents about the PCF.  Right?

15       **A.**   Yes, whether any formal analysis had been done to

16   attempt the quantification of the PCF.

17       **Q.**   And you looked at a lot of documents.  Right?

18       **A.**   Yes.

19       **Q.**   And you wanted to look at the documentary evidence

20   to see what guidance you could get from that about the PCF

21   and your opinion.  Right?

22       **A.**   Yes, if they had a formula, an approach, an

23   analytical approach to quantification that used

24   market-value-based measures.

25       **Q.**   Okay.

   **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1            So you looked at documents from Fannie Mae and

2    Freddie Mac and FHFA and even the Treasury Department.

3    Right?

4        **A.**    Correct.

5        **Q.**    And so, in your search and review of documents in

6    this case, you've seen documents where Fannie and Freddie

7    say that the PCF, if it were ever charged, could be

8    substantial.  Right?

9        **A.**    Well, I've read a lot of documents where there are

10   characterizations of what it might be, you know, huge or

11   substantial or a lot.  I was looking for an approach that

12   attempted to quantify what the PCF was.

13           Now, I saw things, like, well, suppose it was 25

14   basis points, what would the impact on their equity be?  You

15   know, I saw things, documents like that, but there wasn't

16   any analytical approach or market-based comparables that

17   indicated why 25 business points was appropriate.

18           So, you know, there were attempts or there were

19   some discussions about numbers like that and what impact

20   they might have on the equity if the PCF was set at that.

21   But I did not see any sort of analysis in any of the

22   documents that I saw of the kind that I was looking for.

23           In fact, as I testified on direct, I recalled one

24   exchange between Anne Eberhardt, I think she was at Grant

25   Thornton, and Jeff Frost for Treasury basically about

        **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1      whether Treasury had used -- relied on any literature or

2      anything to set the PCF and they said, no, we haven't done

3      that.  We just decided to waive it again.  So those are the

4      kinds of things I saw in the documents.

5          **Q.**   Okay.

6              And that's the document you talked about on direct

7      examination.  Right?

8          **A.**   Correct.

9          **Q.**   So now I'm asking you about other documents.

10         **A.**   Yes.

11         **Q.**   So did you see documents from Fannie Mae and

12     Freddie Mac saying that the PCF could be substantial or did

13     you not see those documents?

14         **A.**    I may have seen that but, as I indicated, you

15     know, I heard -- I saw characterizations of what the PCF

16     might be without any formal analysis of a quantification of

17     the PCF based on market value comparables as the PSPA guided

18     the parties to do.

19         **Q.**   Okay.

20             To help move this along, I'm not asking you about

21     what you didn't see.  I'm asking you about what you did see.

22             So you saw documents where Fannie and Freddie say

23     that the PCF, if it were ever charged, could contribute to

24     future draws on the Treasury commitment.  You saw those

25     documents.  Right?

        **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1      **A.**   I don't recall all the documents that I saw.  So

2   if there's a specific document you want me to look at, I'll

3   look at it again.

4          The point is, there was no document that said, We

5   think the PCF should be this because that's what the market

6   value comparables indicate.

7          So, you know, I mean, people can say it could be

8   substantial, it could be huge.  But what is the basis for

9   saying that?  I don't know.

10     **Q.**   And you mentioned looking for what Mr. DeMarco and

11  Mr. Ugoletti thought about the PCF too.  Right?

12     **A.**   Yes.

13     **Q.**   And those are FHFA officials.  Right?

14     **A.**   Right.

15     **Q.**   And, in fact, you reviewed documents where

16  Mr. Ugoletti said he believed that the PCF could be

17  incalculably large.  Right?  That's one of the documents you

18  reviewed?

19     **A.**   Well, what I remember is Mr. Ugoletti basically

20  saying that he had never attempted any quantification of the

21  PCF himself, that it wasn't clear that -- I don't remember

22  the exact words -- wasn't clear that he would even know how

23  to go about doing it.  He may have even made a joke about

24  it.

25          But there was nothing in his testimony that I saw

**CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1    that gave me any guidance on how you would actually quantify

2    the PCF based on market value.

3        Q.   So did you see a document or not where an FHFA

4    official said they thought the PCF would be incalculably

5    large?

6        A.   Well, I might have seen that.  All that I'm

7    telling you is that characterizations as the PCF as being

8    huge and calculably large don't help me to determine what

9    the PCF should be based on the guidance provided by the

10   PSPA, which is to look at market-value comparables.

11       Q.   Let's talk about Treasury, Dr. Thakor.

12       A.   Okay.

13       Q.   Before the third amendment, Treasury owed -- I'm

14   sorry, Fannie Mae and Freddie Mac owed Treasury a 10 percent

15   dividend.  Right?

16       A.   Correct.

17       Q.   And for years, Fannie Mae and Freddie Mac could

18   not afford the 10 percent dividend.  Right?

19       A.   Right.

20       Q.   Now, the periodic commitment fee is another

21   payment that Fannie and Freddie owed to Treasury under the

22   PSPAs.  Right?

23       A.   If it had been determined, yes.

24       Q.   And the PCF, under the original PSPA, is it came

25   due in -- was going to first come due in 2010.  Right?

**CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1          **A.**   Yes.

2          **Q.**   And when that time came for the PCF to be due,

3     Treasury waived the PCF.  Right?

4          **A.**   Correct.

5          **Q.**   And that means they said, We don't need it right

6     now.  Right?

7          **A.**   Correct.

8          **Q.**   In fact, Treasury waived the PCF every quarter

9     that it came due.  Right?

10         **A.**   Correct.

11         **Q.**   It waived the PCF in 2010, 2011 and 2012.  Right?

12         **A.**   Correct.

13         **Q.**   And the reason Treasury waived the PCF was because

14    Fannie and Freddie couldn't afford to pay it.  Right?

15         **A.**   I think that was one of the reasons given.  They

16    gave a number of reasons.  That was one.

17         **Q.**   And Treasury was waiving the PCF, Dr. Thakor, in

18    part because they viewed the financial condition of the GSEs

19    as not being sufficiently strong to absorb the PCF.  Right?

20         **A.**   Right.

21              So as I indicated, that's one of the reasons that

22    they gave.  And I think in 2012, they also provided an

23    additional reason, which said that, in the past, we've

24    justified waiving the PCF based on the fact that we thought

25    that the housing market was too fragile to support having

         **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1    the GSEs pay a PCF.

2            And now, in 2012, if we asked them to pay a PCF,

3    it might actually indicate that we've changed our view of

4    the housing market and we probably don't want to send that

5    signal.

6            **MR. HOFFMAN:**  Court's indulgence, Your Honor.

7            Mr. Montgomery, if you could pull up DX-574 but

8    not to the jury at this time.  I would just like it, if

9    possible, for Dr. Thakor to see it.

10           **MR. MONTGOMERY:**  [Complied]

11           **MR. HUME:**  Counsel, do you have a copy -- is it

12   just one page?

13           Thank you.

14           **MR. HOFFMAN:**  You're welcome.

15           Okay.  Mr. Montgomery, if we could just zoom in a

16   little bit so Dr. Thakor can see the text?

17           **THE WITNESS:**  That's better.

18   **BY MR. HOFFMAN:**

19      **Q.**   This is one of the documents you reviewed in this

20   case.  Right?

21      **A.**   Yes.

22      **Q.**   And you recognize it as a letter from the Treasury

23   Department dated September 28th, 2012.  Right?

24      **A.**   Correct.

25      **Q.**   This is one of the letters from the Treasury

        **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1    Department to Mr. DeMarco at FHFA waiving the PCF.  Right?

2        **A.**   Yes.

3            **MR. HOFFMAN:**  At this time, Your Honor, defendants

4    would move into evidence Defendant's Exhibit 574.

5            **MR. HUME:**  Just one moment, Your Honor.

6            No objection, Your Honor.

7            **THE COURT:**  Received.

8        (Defendants' Exhibit 574 was received.)

9            **DEPUTY CLERK:**  It takes a second.

10           **MR. HOFFMAN:**  No problem.  Thank you.

11   BY MR. HOFFMAN:

12       **Q.**   Okay, Dr. Thakor.  So a moment ago, we were

13   talking about how each quarter, Treasury wrote a letter to

14   FHFA and said, in sum or substance, Fannie and Freddie don't

15   have to pay the PCF this quarter.  Right?

16       **A.**   Right.

17       **Q.**   This letter is one example of those kinds of

18   letters.  Right?

19       **A.**   Yes.

20       **Q.**   And there are multiple of these because they were

21   sent each quarter.  Right?

22       **A.**   Right.

23       **Q.**   This one is dated September 28th, 2012.  Right?

24       **A.**   Right.

25       **Q.**   Okay.  So let's focus on the second paragraph that

         **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1     says, "By this letter."

2          Actually, before we focus on that, just,

3     Dr. Thakor, this was the letter that you were just referring

4     to in your testimony a moment ago.  Right?  You were

5     characterizing it from your memory to be fair?

6     **A.**   Well, it is, but what I'm saying is that there

7     were also -- they had given a number of reasons for waiving

8     the PCF.  This, as I indicated earlier, is one of the

9     reasons.  And they had always given this reason.

10          So later on in 2012, I remembered there was some

11    document where they said -- additional reason was also that

12    they did not want to somehow formally signal that they

13    thought that the housing market had really turned around,

14    because it would confuse the market about what sort of

15    signals they were sending.

16          So this is certainly one of the messages that the

17    continued fragility of the housing market meant that it

18    didn't make sense to impose the PCF.

19    **Q.**   So all that stuff you just said about other

20    reasons for maybe waiving the PCF, none of that's in this

21    letter that we're looking at.  Right?

22    **A.**   Correct.

23    **Q.**   Okay.

24    **A.**   But this is taken immediately after the third

25    amendment.

       **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1       **Q.**   Thank you.   That was going to be my next question.

2       So you're helping set this in time.

3               This is immediately after the third amendment in

4       2012?

5       **A.**   Right.

6               **MR. HOFFMAN:**   Now, Mr. Montgomery, we can focus on

7       the second paragraph here.

8       **BY MR. HOFFMAN:**

9       **Q.**   Treasury writes to FHFA and says, "By this letter,

10      please be advised that Treasury waives, for the fourth

11      quarter of CY 2012."   You understand that to mean calendar

12      year?

13      **A.**   Uh-huh.

14      **Q.**   Is that right?

15      **A.**   Yes.

16      **Q.**   "Treasury waives for the fourth quarter of

17      calendar year 2012, the PCF payable by each enterprise."

18              That's the formal message saying, They don't have

19      to pay the PCF this quarter.   Right?

20      **A.**   Right.

21      **Q.**   It says, "Treasury takes this step due to the

22      continued fragility of the mortgage market and the belief

23      that the imposition of the PCF at this time would not

24      fulfill its intended purpose of generating increased

25      compensation to the American taxpayer."

        **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1          Did I read that correctly?

2     **A.**    Yes.

3     **Q.**    So Treasury is saying two things in this letter as

4   to why they're waiving the PCF.  Right?  The first thing

5   they're saying is that they're taking the step due to the

6   continued fragility of the mortgage market.  Right?

7     **A.**    Right.

8     **Q.**    And the second thing they're saying is that

9   imposing the PCF wouldn't fulfill its intended purpose of

10  generating increased compensation to the taxpayer.

11         What that means is that Treasury is saying the PCF

12  is not going to get us any more money.  Right?

13    **A.**    Right.

14    **Q.**    It's not going to -- it's not going to provide the

15  American taxpayer any increased compensation, because at

16  this time Fannie and Freddie couldn't even afford the 10

17  percent dividend.  Right?

18    **A.**    Well, this is up until then, but not in a

19  forward-looking prospective basis.

20    **Q.**    Oh, okay.  So up until 2012, at a minimum, Fannie

21  Mae and Freddie Mac could not afford the 10 percent

22  dividend, so forcing them to try to pay a PCF it's like

23  drawing blood from a stone.  Right?

24    **A.**    Right.  Which they were already doing with the 10

25  percent dividend which is twice what they were charging the

          **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

CPP banks and AIG.

**Q.**   So you talk a lot about the 10 percent dividend, and that was part of the original PSPAs.  Right?

**A.**   Correct.

**Q.**   And I think in your direct testimony, I think just now, you were saying that's more than what the government charged other institutions.  Right?

**A.**   It's relevant for the determination of the all-in cost.

**Q.**   And your understanding, based on all of your familiarity with this case, is that the plaintiffs in this case aren't challenging the original PSPAs that set forth the 10 percent dividend.  Right?

**A.**   Well, neither am I.  I'm just saying that it is a relevant number to determine the all-in cost based on market value comparables.

**Q.**   Let's take a look at one more part of this letter.

If we could focus, Mr. Montgomery, on the last paragraph.

Now, again, this is right after the third amendment.  Right?

**A.**   Correct.

**Q.**   So Treasury says, "This is the last quarterly waiver notice the enterprises will receive as the third amendment to the amended and restated preferred stock

**CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1    purchase agreements waives the periodic committee fee

2    beginning January 1st, 2013, for as long as the new net

3    worth sweep dividend provision of the senior preferred stock

4    remains in effect."

5              Did I read that right?

6        A.   Yes.

7        Q.   And what that means is the same thing we were

8    talking earlier about.  It was a trade, the net worth sweep

9    for the PCF.  Right?

10       A.   Well, I wouldn't characterize it that way.  I

11   mean, what you read here is absolutely correct.  It's just

12   saying, as long as we have the net worth sweep in place,

13   there is not going to be a PCF.  But obviously, there can't

14   be a PCF if you're taking all of the profits.  I mean, where

15   is the PCF going to be paid from?  So it's a moot point.

16             Only if you remove the net worth sweep does the

17   question of the PCF even become relevant.

18             **MR. HOFFMAN:**  Thank you, Mr. Montgomery.  You can

19   take that document down.

20             **MR. MONTGOMERY:**  [Complied]

21             **MR. HOFFMAN:**  Mr. Montgomery, if you could now

22   pull up Slide Number 7 from Dr. Thakor's presentation.

23             **MR. MONTGOMERY:**  [Complied]

24   **BY MR. HOFFMAN:**

25       Q.   I want to circle back to your assignment here.

     **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1   This is the assignment that you were given by the plaintiffs

2   in this case.  Right?

3        **A.**   Correct.

4        **Q.**   And in order to answer the question that you were

5   asked, you went out and looked at various different types of

6   comparables?

7        **A.**   Uh-huh.

8        **Q.**   Right?

9        **A.**   Correct.

10       **Q.**   And those were the various comparables that you

11  ticked through on your direct examination.  Right?

12       **A.**   Correct.

13       **Q.**   And in light of this question that you were asked,

14  you found that comparing the PCF to the FDIC insurance fees,

15  that that was the best way to figure out what would be an

16  appropriate PCF.  Right?

17       **A.**   Correct.  That's what I said on direct.

18       **Q.**   And you looked at various other market comparables

19  that weren't the FDIC.  Right?

20       **A.**   Correct.

21       **Q.**   So if we could go to Slide 14 of Dr. Thakor's

22  presentation.  So the first bullet point here with the

23  checkmark, you also looked at commercial loan commitments.

24  Right?

25       **A.**   Correct.

**CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1    Q.   But you testified on direct that commercial loan

2    commitments did not help you get to an actual rate for the

3    PCF.  Right?

4    A.   Well, it yielded a PCF of zero based on the

5    comparison of the all-in costs.

6    Q.   So it wasn't the best comparator for the question

7    that you were assigned, which was to assume, if there's a

8    PCF that's going to be imposed, what would an appropriate

9    amount be?  The loan --

10   A.   Well, I would characterize --

11   Q.   I'm sorry.  Just let me finish my question.

12   A.   Sorry.

13   Q.   That's okay.

14        The loan commitment fee comparable doesn't help

15   you answer that question.  Right?

16   A.   I wouldn't put it that way.  I think that's -- it

17   is an extremely useful piece of information because the

18   pricing structure of commercial bank loan commitments is, I

19   think, very similar to the way that this commitment was

20   priced.  In fact, that's where they probably got the idea

21   for structuring the commitment fee structure the way that

22   they did.

23        We have a lot of research on commercial bank loan

24   commitments.  It is a market value based measure.  So it was

25   absolutely the right data to go to first.  Okay?

    **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1          All that I am saying is that, when I looked at the

2     all-in cost comparison between commercial loan commitments

3     and what the GSEs were charged, it yielded a zero PCF.  So

4     if the idea is, you want to get to a positive PCF, then this

5     just said that, You didn't need a positive PCF to fully

6     compensate Treasury given the all-in cost argument.

7          So I think that it's correct to say that it

8     yielded a zero PCF based on the all-in cost comparison, but

9     it's not correct to say that, therefore, it was not a useful

10    market value benchmark to use.  That's all I'm saying.

11    **Q.**   Yeah, I don't think I said that either.  Maybe I

12    could just make it more simple here.  Your opinion is, if a

13    PCF were charged, the most appropriate PCF would be between

14    those 2.5 basis points and 45 basis points.  Right?

15    **A.**   Right.

16    **Q.**   And those numbers didn't come up by looking at

17    commercial loan commitments.  Right?

18    **A.**   They didn't but, you know, if you recall on

19    direct, I said if you just -- even if you ignored the all-in

20    cost argument and just looked at the commitment fee in these

21    commercial loan commitment contracts, I think the range was,

22    like, 38 to -- or something.  I don't remember the exact

23    numbers, but that range that I had was within the 2 and a

24    half to 45 basis points range that you get from looking at

25    the deposit insurance premiums.

      **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1          So the commitment fees implied by commercial bank

2     loan commitments are actually quite similar to the PCF in

3     terms of the range that I estimated.

4          **Q.**   Okay.  So the 2.5 basis points opinion up to 45

5     basis points opinion, you didn't derive those numbers from

6     looking at the second bullet point either, the compensation

7     paid by banks for financial crisis assistance.  Right?

8          **A.**   It didn't come from there, but that was a very

9     useful analysis, because this involved assistance by

10    Treasury using preferred stock, just like it did for the

11    GSEs, two banks with exactly the same purpose, which is

12    serving the public interest and ensuring financial

13    stability.

14         What I saw was compensation that these banks

15    provided to Treasury; that on an all-in cost basis was

16    significantly lower than what the GSEs provided to Treasury,

17    even if you didn't charge a PCF.

18         So it was extremely useful guidance for

19    determining the PCF.  I mean, to give you an example of what

20    I'm saying here, is let's say that these comparisons had

21    yielded a number that was higher than 45 business points for

22    the PCF.  That would have absolutely been part of the final

23    estimated range.  Right?

24         So you have to look at all of these and then see

25    which one gives you a positive PCF based on market-value

          **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1    comparables.  So then you can't say that, Well, that wasn't

2    really useful in getting me to the final number.  It was.

3        **Q.**   And the 2.5 basis points opinion, up to 45 basis

4    points opinion, you didn't derive those numbers by comparing

5    the PCF to the AIG financial assistance either.  Right?  And

6    I'm just trying to get a yes-or-no answer, but answer as you

7    see fit.

8        **A.**   Maybe we're both saying the same thing.  I'm just

9    trying to be very precise that when you do analysis --

10        **Q.**   I was going to try to rephrase for you, but go

11    ahead.

12        **A.**   When you do analysis and they give you the

13    analysis -- the different analyses that you do give you

14    certain outputs.  You have to put them altogether, and the

15    final answer is the outcome of the entire analysis not just

16    one piece of it.

17        **Q.**   Okay.

18             And, finally, your 2.5 basis points to 45 basis

19    points opinion, you came up with that by looking at a

20    comparison with the FDIC insurance fees.  Right?

21        **A.**   Correct.

22        **Q.**   That's where those numbers come from?

23        **A.**   Correct.

24        **Q.**   Now, let's circle back on AIG for a moment.  You

25    were here in court yesterday.  Right?

     **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1      **A.**   Yes.

2      **Q.**   And you were here when Dr. Mason presented a slide

3  with a bunch of companies that got government bailout funds

4  in 2008, companies like AIG.  Right?

5      **A.**   Well, I don't remember all the companies that were

6  on the slide, but I recall there was a slide of companies

7  that received bailout funds, yes.

8      **Q.**   And you heard when plaintiffs' counsel asked

9  Dr. Mason are any of these companies still under government

10  conservatorship.  You heard him ask that question.  Right?

11     **A.**   Yes, I recall.

12     **Q.**   Dr. Thakor, you know that AIG was never put in

13  government conservatorship in the first place.  You know

14  that.  Right?

15     **A.**   Yes.

16     **Q.**   So asking the question, is AIG still under

17  government conservatorship, that's like somebody asking me,

18  hey, Hoffman, are you still the quarterback of the Dallas

19  cowboys?  [Laughter]

20          **MR. HUME:**  Objection, Your Honor.

21          [Laughter]

22          **MR. HOFFMAN:**  A question like that is inapt to say

23  the least.  Right?

24          **MR. HUME:**  Objection.

25          **THE COURT:**  Sustained.

  **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1          **THE WITNESS:**  I have nothing to say about that.

2          **MR. HOFFMAN:**  Let's take a look at Slide No. 31 of

3     Dr. Thakor's presentation, please.

4          **MR. MONTGOMERY:**  [Complied]

5     BY MR. HOFFMAN:

6          **Q.**   Dr. Thakor, this is sort of your punch-line

7     conclusion, right, for the high-end 45 basis points PCF

8     opinion.  Right?

9          **A.**   Right.

10         **Q.**   And so your opinion is that a reasonable PCF, if

11    imposed, would be $1.16 billion per year for both of the

12    Fannie Mae and Freddie Mac combined.  Right?

13         **A.**   Correct.

14         **Q.**   Dr. Thakor, can you provide a breakdown of how

15    much of that is Fannie Mae and Freddie Mac?

16         **A.**   I don't -- I mean it's 258 billion and I can do it

17    in my head.  I think Fannie had 114 billion undrawn and

18    Freddie had like 140-something.  So more of this would be

19    Freddie than Fannie.  But I mean, it's simple arithmetic.  I

20    can do it but that's roughly -- you know, the 258, it's

21    like, I think, 115, 144, 142, something like that.  That's

22    how it breaks down, the undrawn portion.

23         **Q.**   So I'm going to -- I'm not great with numbers

24    myself.  So I'm going to show what I think this breaks down

25    to between Fannie Mae and Freddie Mac, and you tell me if

        **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1    it's correct.

2        **A.**   Okay.

3            **MR. HOFFMAN:**   Mr. Montgomery, if you could cue

4    that up for us.  Maybe just zoom in a little bit,

5    Mr. Montgomery, just to make sure that we can all see it.

6            **THE WITNESS:**   Okay.

7    **BY MR. HOFFMAN:**

8        **Q.**   So my question here is just, does this appear

9    accurate to the best of your opinion here that the undrawn

10   commitment for Fannie Mae in August of 2012 was 117.6

11   billion.  Is that right to you?

12       **A.**   Right.

13       **Q.**   And the undrawn commitment for Freddie Mac in

14   August of 2012 was 140.5 billion.  Right?

15       **A.**   Right.

16       **Q.**   So the 1.16 billion would break down as 530

17   million per year for Fannie Mae.  Right?

18       **A.**   Right.

19       **Q.**   And 630 million per year for Freddie Mac.  Right?

20       **A.**   I haven't done the arithmetic, but I'll take your

21   word for it.

22       **Q.**   I appreciate that.

23           And so this is some basic arithmetic I thing even

24   I can do.  530 million per year for 10 years is 5.3 billion.

25   Right?

        **CROSS EXAMINATION OF A. THAKOR - by Mr. Hoffman**

1      **A.**   Correct.

2      **Q.**   And 630 million per year for Freddie Mac, that

3   would mean 6.3 billion over 10 years.  Right?

4      **A.**   Yes.

5      **Q.**   Okay.  Thank you.

6          **MR. HOFFMAN:**  You can take that down,

7   Mr. Montgomery.

8          **MR. MONTGOMERY:**  [Complied]

9          **MR. HOFFMAN:**  Court's indulgence, Your Honor.

10      (Brief pause.)

11          Thank you very much, Dr. Thakor.  Nothing further

12   at this time, Your Honor.

13          **THE COURT:**  Okay.  Redirect.

14          **THE WITNESS:**  Thank you.

15          **MR. HUME:**  Hamish Hume, again, for the plaintiffs.

16          <u>**REDIRECT EXAMINATION OF ANJAN THAKOR**</u>

17   BY MR. HUME:

18      **Q.**   Professor Thakor, just some few follow-up

19   questions, hopefully brief.

20          Counsel for the defendants asked you about the

21   third amendment and the trade.  Do you remember those

22   questions?

23      **A.**   Uh-huh.

24      **Q.**   Can we just make sure it's clear for the jury that

25   you're not giving an opinion on whether there was a legal

          **REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1    deal to trade the periodic commitment fee for the net worth

2    sweep, are you?

3        A.   Right.  That's why I didn't agree with this notion

4    that it was a trade.

5        Q.   All right.  But you do understand that the third

6    amendment said there would be no periodic commitment fee as

7    long as there was the net worth sweep?

8        A.   Right.

9        Q.   Because there would be -- all the net worth would

10   be sweeped.  You understand that?

11       A.   Right.

12       Q.   And you understand, was the periodic commitment

13   fee ever charged before the third amendment fee?

14       A.   No, it was always waived.

15       Q.   Okay.

16            So your whole testimony is about something that

17   didn't actually happen, which is the charging of a periodic

18   commitment fee; is that right?

19       A.   Right.  They never charged it.

20       Q.   And so is your testimony to address some

21   understanding of what defendants may argue about the

22   reasonableness of the net worth sweep because one thing that

23   happened was there was no periodic commitment fee?

24       A.   I'm sorry.  Say that again.

25       Q.   Is your testimony essentially addressing your

**REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1    understanding of one argument the defendants may make -- I

2    don't want to speak for them --

3            **MR. HOFFMAN:**  Objection leading.

4            **THE COURT:**  Overruled.

5    **BY MR. HUME:**

6        **Q.**   I just wanted to ask for orientation here that

7    your testimony is -- is it correct that your testimony is

8    addressing one aspect of what the defendants may argue about

9    trying to show that the net worth sweep was reasonable

10   because the net worth sweep -- there's no periodic

11   commitment fee?  Is that what you --

12       **A.**   Right.  Exactly.  Exactly.

13           So just showing that the net worth sweep

14   transferred a lot more money than the periodic commitment

15   fee would have.  Yes.

16       **Q.**   At one point -- just to clear something up, at one

17   point I think you may have said Treasury, if there hadn't

18   been a net worth sweep, Treasury would determine the net

19   worth sweep.  Just to be clear, you're not testifying that

20   Treasury could dictate what the periodic commitment fee

21   would be, are you?

22       **A.**   Correct.  I'm just saying, if they had decided to

23   quantify and charge a periodic commitment fee, what would it

24   have been.

25       **Q.**   My question is this, if there was one that was

             **REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1   going to be charged, which you were asked to assume.  Right?

2       **A.**   Yes, I'm just assuming.

3       **Q.**   But would it be decided by one entity or a

4   negotiation between two entities?

5       **A.**   No, it's -- you know as the PSPA indicates,

6   negotiation between Treasury and the GSEs with consultation

7   with the chairman of the Federal Reserve.

8       **Q.**   Now, you were also asked some questions about --

9   you weren't trying to suggest that the mortgage example was

10  exactly the same as the commitment, were you?

11      **A.**   No.  That was just to illustrate the all-in cost

12  argument.

13          I was not equating the borrower of the mortgages

14  to the GSEs.  That was absolutely not the intent of the

15  illustration.  It was simply to show that you have to look

16  at all-in cost.  The mortgage example was a way to show

17  that.

18      **Q.**   Now, you were asked questions about Treasury being

19  the only source of capital during the financial crisis that

20  could provide a commitment to Fannie and Freddie.  Do you

21  recall those questions?

22      **A.**   Right.

23      **Q.**   Was that true also for the 700 banks that

24  participated in the capital purchase program that you looked

25  at?

   **REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1       **A.**   Right.   That's what I indicated that almost all of

2  the institutions that received Treasury assistance were in

3  dire straits during the financial crisis, the CPP banks,

4  AIG, Citi Group, non-financials like General Motors.

5           And so the purpose of the assistance was for the

6  government to step in and provide financial stability

7  because private markets were not functioning in a way that

8  would have enabled these institutions to raise funding from

9  them.

10      **Q.**   Is it true also --

11      **A.**   So it was no different from AIG or the CPP banks.

12      **Q.**   And then what about FDIC?  Is there some

13  alternate, so some bank on Wall Street that can step in and

14  do what the FDIC does?

15      **A.**   No, it's impossible.  I mean, you're ensuring

16  seven -- and now much more than that -- trillion dollars in

17  deposits.  There is no private entity that can provide that

18  sort of assurance.

19           So that's why we have federal deposit insurance

20  not even state deposit insurance.  And the FDIC has this

21  line with Treasury of $100 billion precisely for that

22  reason.

23      **Q.**   All of these questions about the magnitude of

24  government support for institutions in the crisis, is your

25  testimony from earlier about -- can you remind the jury your

**REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1    testimony earlier about the relationship between the size of

2    a commitment and the percentage, normally, of the commitment

3    fee?

4        **A.**   Right.  So as I showed with the loan commitment

5    data, these commitment fees are typically less than 1

6    percent, and so it's not surprising that one comes up with a

7    range like two and a half to 45 business points.  That is

8    not at all unusual.

9           But remember, this is not the price of the funds.

10   That's the 10 percent.  This is on top of that.  It's simply

11   the price of the promise, and that's why you have to look at

12   market value-based comparisons, because they're the ones

13   that tell you how in the market these contracts are priced

14   within the market.

15       **Q.**   Now, there is also all of this question about the

16   Treasury being the only one that could do it.  You looked

17   earlier and showed the jury you looked at the language in

18   the actual PSPA.

19       (Brief pause for the court reporter.)

20          Again, on this topic of the Treasury being the

21   only source of capital for these institutions, you looked at

22   the PSPA contractual language?

23       **A.**   Correct.

24       **Q.**   And did it say something about -- did it say the

25   periodic commitment fee should be determined based upon

**REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

976

1    Treasury's being the last lender of last resort and that it

2    could gouge whatever it wanted or did it say something else?

3        A.    No.  It said something else, because they knew in

4    2008, when they provided the assistance that they were the

5    only game in town, it wasn't something new.

6             But they explicitly in the PSPA put in language

7    about it will be negotiated between the parties at their

8    reasonable discretion and in consultation with the chairman

9    of the Federal Reserve using market value-based measures.

10   All of that language was put in, and that's the guidance

11   that I used.

12       Q.    There were also a lot of questions from counsel

13   for defendants about your saying that the high end of your

14   range would be like a walk-away price.  Do you remember

15   those questions?

16       A.    Right.

17       Q.    Okay.  And you said you weren't meaning it

18   literally but as a way of saying that's the high end?

19       A.    Right.

20       Q.    I just want to ask you, you're not giving an

21   expert opinion, are you, about what would have happened in

22   the negotiation?

23       A.    No.

24       Q.    And let me just finish the question.  Let's say

25   that there was a negotiation and Mr. DeMarco said, I'm not

         **REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1    paying higher than 45 basis points.  And the Treasury said,

2    Well, we need more.  And at this point, the Treasury has

3    invested $190 billion, 187, and it said they're systemically

4    important.  What's going to happen if Mr. DeMarco does say,

5    uh-uh.

6              **MR. HOFFMAN:**  Objection, Your Honor.

7              **MR. HUME:**  You're not giving that opinion?

8              **MR. HOFFMAN:**  Calls for speculation, Your Honor.

9    He just said he's not giving an opinion on that.

10             **MR. HUME:**  You're not giving that opinion; is that

11   right?

12             **MR. HOFFMAN:**  Objection, Your Honor.

13             **THE COURT:**  You can go ahead.  Go ahead.

14             **THE WITNESS:**  Can I answer?

15             Well, basically, this is a situation where

16   Treasury has as much interest in ensuring that the GSEs stay

17   in business as the GSEs have to stay in business, because --

18   I think it's been said repeatedly -- that a lot of this

19   assistance was provided in the public interest to ensure

20   financial stability.

21             So it's not like Treasury could say, okay, fine,

22   walk away.  We'll let you fail and let the entire

23   securitization market collapse.  I don't see anybody in

24   Treasury standing up and saying that.  It makes absolutely

25   no sense.

             **REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1          This is, by the way -- and I've talked to people

2    who are part of the group, you know, within the Federal

3    Reserve that actually designed some of these CPP contracts.

4    And they were very clear that we wanted to design these

5    contracts to ensure that the banks would actually be willing

6    to participate, because we didn't want the banks to walk

7    away and then fail because that would make the financial

8    system crash.

9          So it's not as if Treasury, even in those cases,

10   was willing to act like a monopolist and say, We're going to

11   hold a gun to your head and you should accept any terms that

12   we give you for this assistance.  No.  There is a mutual

13   interest.  These institutions wanted help and Treasury

14   wanted to help them in the interest of financial stability

15   and serving the public interest.

16   **BY MR. HUME:**

17   **Q.**   Didn't you say earlier, just on the same point,

18   that AIG, after they received a large funding from either

19   the fed or Treasury, were actually able to renegotiate for a

20   lower rate; is that right?

21   **A.**   Precisely.  The AIG actually started when they

22   started with the Federal Reserve Bank of New York, their

23   terms were -- the initial commitment fee was set at 8.75

24   percent and the interest rate was set much higher.

25          Then within a couple of months, it was negotiated

**REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1    down to what I showed you, which was LIBOR plus 3 percent,

2    which at that time was 5.9 percent, and the commitment fee

3    was negotiated down to 75 business points.

4           So the Federal Reserve Bank of New York and

5    Treasury were all willing to negotiate in the public

6    interest to ensure financial stability.  Both sides had an

7    interest in that.

8    Q.   Now you also were asked a lot of questions about

9    the unlimited commitment.  Now, at first, it sounded like it

10   was always unlimited, but the limit came back.  Do you

11   recall when?  When were the caps going to be reimposed?

12   A.   By the end of 2012.

13   Q.   Okay.

14          During the time period, when there was an

15   unlimited commitment in 2010 and 2011 and 2012, there was an

16   unlimited commitment; is that right?

17   A.   Uh-huh.

18   Q.   And during that time period until the end of 2012,

19   did Treasury ever even ask for a periodic commitment fee?

20   A.   No, it did not.  It waived it every year.

21   Q.   So when they did the first amendment and increased

22   the commitment from 100 to 200, they didn't ask to modify

23   the provision in the agreement that dealt with periodic

24   commitment fee, did they?

25   A.   Correct.

**REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1    **Q.**   When they did the second amendment establishing a

2    temporary unlimited commitment that would then be capped,

3    did they amend the periodic commitment fee then?

4    **A.**   No.

5    **Q.**   Now, counsel sort of mocked your opinion with the

6    pennies examples.  You made the pennies on the dollars

7    point.  But just to put this in perspective, again, can you

8    tell the jury, for the $100 billion that the Treasury is

9    permanently committed to provide to the FDIC in the case of

10   a banking meltdown, what is the periodic committee fee the

11   FDIC pays?

12   **A.**   Zero.  It's not even pennies.  FDIC pays nothing

13   for that commitment.

14   **Q.**   And on that point, you were also asked some

15   questions about these other comparables.  You were asked to

16   assume that there would be a periodic commitment fee that

17   would actually be charged and that would not be zero; is

18   that right?

19   **A.**   Correct.

20   **Q.**   So you were not allowed, based on the

21   instruction --

22           **MR. HOFFMAN:**  Objection, Your Honor.

23           **THE COURT:**   (No response.)

24           **MR. HUME:**  Based on your instruction, you're not

25   allowed --

     **REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1            **MR. HOFFMAN:**  Objection, Your Honor.

2    Mischaracterizes.

3            **MR. HUME:**  All right.  I'll withdraw the question.

4    **BY MR. HUME:**

5        **Q.**   You were asked questions about the commitment

6    being a desire to keep Fannie and Freddie solvent.  Do you

7    recall that?

8        **A.**   Yes.

9        **Q.**   And does the word "solvent" mean something similar

10   to having positive net worth?

11       **A.**   Correct.

12       **Q.**   And would the words "safe and sound and solvent"

13   mean having substantial positive net worth?

14       **A.**   Correct.

15       **Q.**   So if the goal is to make Fannie and Freddie sound

16   and solvent, does the net worth sweep make sense in light of

17   that fact?

18           **MR. HOFFMAN:**  Objection.  Beyond the scope.

19           **THE COURT:**  Sustained.

20           **THE WITNESS:**  No, because you're taking --

21           **MR. HOFFMAN:**  Objection, Your Honor.

22           **THE WITNESS:**  Sorry.

23           **THE COURT:**  We're not going to restart everything.

24           **MR. HUME:**  I'm almost done, Your Honor.

25

     **REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1    BY MR. HUME:

2        Q.   There was also a section where Mr. Hoffman asked

3    you about what documents you had seen or not seen.

4             Did he show you any documents that showed an

5    analysis of how to calculate the periodic commitment fee?

6        A.   No.

7        Q.   He referenced a document that he says -- but did

8    he show you the document where Mr. Ugoletti says that the

9    periodic commitment fee would be incalculably large?  Did he

10   show you that?

11       A.   No, he did not.

12       Q.   Did you know that that was in a declaration, a

13   sworn declaration that Mr. Ugoletti submitted to this Court

14   in December of 2013, after this litigation started?

15       A.   I don't recall.

16       Q.   And you're not here to give any testimony about

17   whether Mr. Ugoletti's declaration is credible or not, are

18   you?

19           MR. HOFFMAN:  Objection, Your Honor.

20           THE COURT:  Sustained.

21   BY MR. HUME:

22       Q.   He did show you DX-574, the waiver letter from

23   September 2012.

24       A.   Uh-huh.

25       Q.   Do you recall that?

         REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume

1      **A.**   Yes.

2      **Q.**   And that waived the fee for the fourth quarter of

3   2012; is that right?

4      **A.**   Correct.

5      **Q.**   And then said we won't need this quarterly letter,

6   because in 2013, the net worth sweep takes effect in 2013

7   and the third amendment kicks in then.  Correct?

8      **A.**   Right.

9      **Q.**   So you did a lot of analysis with your comparables

10   trying to tie to the date of August 2012?

11      **A.**   Correct.

12      **Q.**   I just wanted to make sure something is clear.

13   You're not giving an opinion that, if there had been no net

14   worth sweep, the periodic commitment fee would have been set

15   in August 2012, are you?

16      **A.**   No, I'm not offering an opinion on that.

17      **Q.**   Would it, if it had, given the waiver letter, is

18   it possible they wouldn't have gotten around to negotiating

19   a periodic commitment fee if they did one until 2013?

20         **MR. HOFFMAN:**  Objection, Your Honor.  He just

21   testified he's not giving an opinion on that.

22         **MR. HUME:**  Would it -- I'll move on.

23   **BY MR. HUME:**

24      **Q.**   You were also asked questions about 2012, income

25   being whether Fannie and Freddie's income was enough to pay

**REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1    the 10 percent dividend.  Do you have a recollection

2    specifically of whether, in the first two quarters of 2012,

3    Fannie and Freddie actually did make income greater than the

4    10 percent dividend amount?

5        A.   Yeah, they had positive income through 2012.  I

6    remember that.

7        Q.   And just to be clear, you didn't intend to testify

8    that their 2012 profits were not sufficient to pay the 10

9    percent dividend?

10       A.   No, I did not.

11       Q.   And then going back to documents that you were or

12   were not shown, I'd like to show you, in order to address

13   that line of questioning, PX-191.

14           **MR. HUME:**  Could we pull that up, please,

15   Ms. McGuire.

16           This is -- it's not in evidence.  Your Honor, I

17   only intend to ask one, two questions about it, but I would

18   like to move into evidence PX-191.

19           **MR. HOFFMAN:**  Just a moment, Your Honor.

20           No objection, Your Honor.

21           **THE COURT:**  Received.

22       (Plaintiffs' Exhibit 191 was received.)

23   **BY MR. HUME:**

24       Q.   Do you see the cover of PX-191 is a -- it says,

25   "2012 Corporate Forecast 3-year Outlook."  Do you see that?

**REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1    **A.**   Yes.

2    **Q.**   You see it's a Freddie Mac document?

3    **A.**   Yes.

4    **Q.**   I'd just like to go to the last page on this

5    document.

6    **A.**   Yes.

7          **MR. HUME:**  Could we go to Page 28, please, when

8    you can, Ms. McGuire.  Thank you.

9          **MS. McGUIRE:**   (Complied.)

10   **BY MR. HUME:**

11   **Q.**   Do you see here an earnings sensitivity analysis,

12   Professor Thakor?

13   **A.**   Yes.

14   **Q.**   And you see on the fourth bullet on the right, can

15   you read what that fourth bullet says?

16   **A.**   Right.  I remember seeing this.

17   **Q.**   Could you read it out loud to the jury?

18   **A.**   Yes.  "Our sensitivity to a commitment fee based

19   on remaining commitment available beginning in 2013 of $149

20   billion shows that a 25 basis points fee results in a $0.4

21   billion annual impact on stockholders' equity."

22   **Q.**   That 25 bps, is that 25 basis points?

23   **A.**   Correct.

24   **Q.**   This doesn't show how that calculated that amount,

25   does it?

     **REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1      A.   Right.  And that's what I was referring to in my

2  response to Mr. Hoffman that I've sensitivity analyses in

3  the document of what specific PCFs would do to shareholders'

4  equity, but I didn't see any justification or analysis

5  supporting where that number came from.

6      Q.   Nevertheless, is that 25 basis-point number for a

7  commitment fee, a periodic commitment fee, consistent or

8  inconsistent with your opinion in this case?

9      A.   It's completely within the range that I indicated.

10      Q.   And, finally, you were asked a number of

11  questions --

12          MR. HUME:  You may take that document down.

13          MS. McGUIRE:  [Complied]

14          MR. HUME:  Thank you, Ms. McGuire.

15  BY MR. HUME:

16      Q.   You were asked about comparables that would have

17  yielded a zero PCF and whether that was -- you didn't use

18  them to derive your opinion?

19      A.   Right.

20      Q.   I just wanted to -- you used the FDIC data

21  ultimately.  Do you remember those questions?

22      A.   Yes, I do.

23      Q.   I just wanted to make sure the record is clear.

24  While you derived ultimately a range from the FDIC data,

25  were your other analysis of the comparables that would have

          REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume

1   yielded zero relevant to your ultimate opinion and the level

2   of confidence you have in it?

3        **A.**   Absolutely.  That's what I was trying to explain

4   that, just because the two and a half to 45-basis-point

5   range came from the FDIC analysis, does not mean that the

6   other analyses were not supporting that range, because the

7   other analyses were giving me even lower PCF numbers.

8           To be conservative, I picked the highest from the

9   range that I got because that was a positive number.  It's

10  also consistent with the loan commitment data that we saw on

11  direct, which implies a commitment fee that's within that

12  range.  So all of the analysis that I did, ultimately led to

13  that conclusion for the range of two and a half to 45 basis

14  points.

15          **MR. HUME:**  Thank you, Professor Thakor.  No more

16  questions.

17              **THE WITNESS:**  Thank you.

18          **MR. HOFFMAN:**  Nothing further, Your Honor.

19          **THE COURT:**  All right.  We'll take our afternoon

20  recess at this time, 10 minutes.

21          You may step down.  Thank you, Doctor.

22          **THE WITNESS:**  Thank you, Your Honor.

23      (A recess was taken at 2:50 p.m to 3:10 p.m.)

24          **MS. DAVIS:**  Good afternoon, Your Honor.  Kenya

25  Davis for the plaintiffs.

        **REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1              The plan is to go ahead and do the McFarland

2     deposition with the young lady who's going to be standing

3     in, Amy Bitkower.  Both myself and defense counsel are going

4     to preclear our exhibits so that, when we get the jury out

5     here, we can just get started.  And then we have a very

6     short 12-minute video of Mr. Ugoletti to end the day and

7     that will take us on through.

8              **THE COURT:**  Okay.

9              **MS. DAVIS:**  So if we can, for the plaintiffs, I

10    move PX-147, PX-223, PX-222 and PX-229.

11              Mr. Bergman?

12              **MR. BERGMAN:**  David Bergman for defendants.

13              No objection to those exhibits and we would move

14    in DX-516.

15              **THE COURT:**  I'm sorry, DX?

16              **MR. BERGMAN:**  516, DX-513, DX-521, DX-547 and

17    DX-925.

18              Thank you.

19              **THE COURT:**  What was your first one?

20              **MR. BERGMAN:**  First one was DX-516.

21              **THE COURT:**  They are all received without

22    objection.

23        (Plaintiffs' Exhibits 147, 222, 223 and 229 were

24    received.)

25        (Defendants' Exhibits 513, 516, 521, 547 and 925 were

      **REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1    admitted.)

2            **MS. DAVIS:**  Just for the record, we are objecting

3    to, out of that list is DX-516, but that was one of those

4    for-the-record objections.  But we understand that it will

5    be displayed today.

6            **THE COURT:**  It is received.

7            **MS. DAVIS:**  Yes, sir.

8            **THE COURT:**  This is Susan McFarland's deposition?

9            **MS. DAVIS:**  Yes, sir.

10           **THE COURT:**  All right.  Bring the jury in.

11           Then we'll have Ugoletti after that?

12           **MS. DAVIS:**  Right, and it's about 12 minutes long.

13           **THE COURT:**  Okay.  How long is McFarland?

14           **MS. DAVIS:**  McFarland has been running us about an

15   hour and 20 minutes when we've been reading it with her.

16           (Jury entered the courtroom.)

17           **THE COURT:**  All right.  You may be seated.

18           The next item is a deposition.  It's of an

19   interesting person.  I'll put it that way.  So it's by

20   video.  So hopefully, you'll be able to stay awake for it,

21   although I know it's late afternoon so it's probably

22   dangerous.  But in any event, we're going to have somebody

23   here reading.

24           **MS. DAVIS:**  Yes.

25           **THE COURT:**  Reading, okay.  It's not by video,

        **REDIRECT EXAMINATION OF A. THAKOR - by Mr. Hume**

1      okay.

2              **MS. DAVIS:**  We're going to act it out as if I am

3      the attorney on record for this particular deposition and

4      Ms. McFarland will be played by Amy Bitkower, who I ask to

5      come forward now.

6              **THE COURT:**  So it is possible to fall asleep.

7              [Laughter]

8              Please don't.

9              **MS. DAVIS:**  We will try to keep them awake,

10     Your Honor.  It is late afternoon though.

11             **THE COURT:**  On Friday.

12             **MS. DAVIS:**  Yes, sir.

13             Ready?

14             **MS. BITKOWER:**  Uh-huh.

15             (REPORTER'S NOTE:  The deposition of Susan McFarland

16     was read into the record by Ms. Davis and Ms. Bitkower.)

17                 **DIRECT EXAMINATION OF SUSAN McFARLAND**

18     **Q.**    Good afternoon.  Would you please state your full

19     name for the record?

20     **A.**    Susan McFarland.

21     **Q.**    When did you graduate from college?

22     **A.**    1983.

23     **Q.**    Where did you go?

24     **A.**    Texas A&M University.

25             **THE COURT:**  First problem.  I'm sorry, couldn't

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    resist.

2            **MS. DAVIS:**  Amiss.  Amiss.

3            **THE COURT:**  Obviously, I went to the University of

4    Texas.

5            [Laughter]

6        (Ms. Davis continued reading.)

7        **Q.**    And what was your degree in?

8        **A.**    Bachelor of business administration in accounting.

9        **Q.**    After you graduated from A&M, where did you go?

10       **A.**    I came to Houston to work for I came to Houston

11   Deloitte Haskins and Sells.

12       **Q.**    What were you doing for Deloitte?

13       **A.**    I was an auditor.

14       **Q.**    And what type of companies did you audit?

15       **A.**    Predominantly financial institutions and

16   governmental entities.

17       **Q.**    And how long did you stay on with Deloitte?

18       **A.**    I left Deloitte in February of 1986.

19       **Q.**    And where did you go after that?

20       **A.**    To work for what was then MBank Houston, one of my

21   clients, my largest client.

22       **Q.**    And how long did you stay on with MBank?

23       **A.**    Well, MBank failed and was put into receivership

24   with the FDIC in March of 1989.  It subsequently was

25   acquired by Bank One January 1st of 1990.  I continued on

     **DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    through that and thus became an employee with Bank One.

2        **Q.**    So continue on.

3        **A.**    And then I left Bank One in fall of 2002 to join

4    Capital One.

5        **Q.**    What was your role at Capital One?

6        **A.**    Initially, It was Chief Financial Officer for all

7    of the operations and infrastructure and administrative

8    groups, as well as CFO for its legal entity bank.

9        **Q.**    How long did you stay with Capital One?

10       **A.**    Until I left in 2011 to join Fannie Mae.

11       **Q.**    And during this time, you know, from graduation at

12   A&M to the end of your tenure at Capital One, did you ever

13   encounter the concept of a deferred tax asset?

14       **A.**    Yes.

15       **Q.**    So you knew what that was?

16       **A.**    Yes.

17       **Q.**    What is a deferred tax asset?

18       **A.**    Basically, timing differences between when you

19   recognize items for tax purposes versus when you recognize

20   items for GAAP earning purposes.

21       **Q.**    Is one example of that a net operating loss carry

22   forward?

23       **A.**    It can be.

24       **Q.**    Now, when did you arrive at Fannie Mae?

25       **A.**    The middle of 2011.

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    Q.   And when you arrived, did Fannie Mae have net

2    operating loss carry forwards?

3    A.   Yes.

4    Q.   And was there a reserve on its balance sheet

5    against those net operating loss carry forwards?

6    A.   Yes.

7    Q.   And was that because, at that time, the company

8    had made a decision that it was more likely than not they

9    wouldn't be able to use the NOLs?

10   A.   Correct.  Yes.

11   Q.   And when did you leave Fannie Mae?

12   A.   Mid-2013.

13   Q.   And why did you leave?

14   A.   A number of different reasons.  I felt like, one,

15   the first objective of improving the financial performance

16   had been achieved, that Fannie Mae was on strong financial

17   footing, had been delivering profits consistently for

18   several quarters and all the forecasts that we were

19   preparing and I was reviewing, and it looked to be going a

20   very positive direction financially.

21          Two, it was clear, because of other political

22   priorities, the timeline on housing reform was going to be

23   well into the future.  And so, if you were going to be able

24   to have a meaningful part in that, you would be -- need to

25   be in it for the long haul, for a long time.  So that

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    obviously causes one to ask a question of, Okay, to be or

2    not to be.

3        **Q.**   So were there instances where someone at FHFA

4    provided a directive to Fannie Mae about an accounting item?

5        **A.**   No.  And, quite frankly, if they had directed me,

6    if I didn't agree that that was appropriate accounting, I

7    would not have done it.

8        **Q.**   Okay.

9        **A.**   My integrity as an accountant, as a CPA, is far

10   more important.  I would never do anything that was not

11   correct.  Period.

12       **Q.**   Okay.

13           And now, one of the -- do you have people who work

14   for you at Fannie Mae who are responsible for putting

15   together projections of profitability?

16       **A.**   Yes.

17       **Q.**   Who headed up that team?

18       **A.**   Anne Gehring was the head of planning.

19       **Q.**   Anne --

20           **MS. DAVIS:**  Sorry?

21           **MS. BITKOWER:**  Anne Gehring was the head of

22   planning.

23           **MS. DAVIS:**  We're on Page 4.

24           **MS. BITKOWER:**  I'm sorry.

25       **A.**   So she and her team prepared and compiled the

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1   forecast with inputs from a variety of areas from Fannie

2   Mae.

3        Q.   In light of this process where you have different

4   managers feeding information into the team that worked for

5   you to put together these projections, would it be fair to

6   say that an outsider trying to project Fannie Mae's

7   profitability would not have had access to the type of

8   detailed information that your team had access to?

9        A.   It would be very difficult for someone to have

10   access to all of the information that we clearly had access

11   to inside the company.

12       Q.   Did you think your team was making the best

13   projections of anyone who was trying to forecast Fannie's

14   future profitability?

15       A.   Yes, yes.  In hindsight, I believe that proved out

16   to be the case, proved to be so.

17       Q.   Okay.

18            Now, why was Fannie Mae producing these

19   projections?

20       A.   It was a normal -- I produce quarterly forecasts

21   at Bank One.  I produced quarterly forecasts at Capital One.

22   It's a fairly normal thing that large enterprises do in

23   order for management to have a perspective on what the

24   future of the company might be.  And that might affect

25   decisions and actions that management may take or may want

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    to take.

2              It also can help inform other constituents as to

3    what the expectations of performance will be for a company.

4    So Fannie was no different than the companies I had worked

5    for previously.  So we would prepare forecasts input on a

6    quarterly basis and then update the FHFA and the Treasury on

7    what our expectations for performance were.  Also, those

8    forecasts might inform disclosures that we may want to make

9    within our public filings.

10   **Q.**   In 2012, did anyone at Treasury tell you that your

11   projections at Fannie Mae were too optimistic?

12   **A.**   No.

13   **Q.**   Did anyone at FHFA in 2012 tell you that Fannie

14   Mae's projections were too optimistic?

15   **A.**   No.

16   **Q.**   And what was your reaction when you learned of the

17   third amendment a couple of days beforehand?  Is that right?

18   **A.**   Correct.

19   **Q.**   All right.  And what was your reaction to it?

20   **A.**   But I had, shortly before that, had a meeting with

21   Treasury whereby we reviewed our forecasts.  I had expressed

22   a view that I believed we were now in a sustainable

23   profitability, that we would be able to deliver sustainable

24   profits over time.

25              I even mentioned the possibility that it could get

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    to the point in the not-so-distant future where the factors

2    might exist whereby the allowance on the deferred tax asset

3    would be released.  We were not there yet, but, you know,

4    you could see positive things occurring.

5        Q.   And with whom at Treasury did you have this

6    meeting?

7        A.   So the -- which meeting?

8        Q.   The one you just referenced where --

9        A.   Where I had the discussion about the forecasts?

10       Q.   Yes.

11       A.   So it was a common practice for us to meet with

12   Treasury on a quarterly basis to review our results from the

13   past quarter and to undate them on our forecasts, you know

14   our updated forecasts.

15           In that meeting, I don't remember every specific

16   person in the meeting.  I was there, Tim Mayopoulos, who was

17   the CEO of Fannie Mae was there.  Dave Benson, I think,

18   would have been there.  He -- he was the Treasurer of Fannie

19   Mae at the time.  That would have been normal for him to be

20   in attendance.  Mary Miller, the secretary of the Treasury

21   was there.  Tim --

22       Q.   Bowler?

23       A.   Thank you.  I believe he was there.  He was

24   normally at those meetings.  I believe there was a

25   gentleman, and I can't remember his name who used to work at

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    Fannie that was now at Treasury that was like a financial

2    analyst.  I think he was there because they knew part of the

3    topic we wanted to talk about was these projections.

4         And then there were probably other members of --

5    excuse me -- FHFA, the U.S. Treasury and Fannie Mae to talk

6    about some other topics that were going to be covered in

7    that meeting because, normally, we reviewed financials but

8    they were, you know, there may be one, two or three other

9    topics that would be discussed, and both Fannie and Treasury

10   would then make sure they had the -- the personnel around

11   the table to facilitate those conversations.  I don't

12   remember in this particular meeting what those topics were

13   and who those individuals were.

14        **Q.**   And so would it be fair to say that there were at

15   least five or six Treasury officials at this meeting?

16        **A.**   Probably, yes.

17        **Q.**   And did the meeting take place at Treasury?

18        **A.**   Yes, it did.

19        **Q.**   And was this within less than a month before the

20   net worth sweep?

21        **A.**   I believe it was the week before.

22        **Q.**   Okay.

23        **A.**   It was very -- it was within the week or two.  It

24   was very close to.

25        **Q.**   Would it surprise you to know that there's an

     **DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1   email from Tim Bowler where he's saying we need to make a

2   renewed push on the net worth sweep?

3       **A.**   I don't have knowledge of that email.

4       **Q.**   And was this meeting -- I'm sorry if I've asked

5   you this.  Was it at Treasury?

6       **A.**   Yes.

7       **Q.**   Did you take notes of this meeting?

8       **A.**   No.  I don't generally take notes in those types

9   of meetings.

10      **Q.**   Would there have been anyone on your team who

11  would typically take notes on those meetings?

12      **A.**   No one on my team was present.  In other words,

13  nobody on the finance team was present at the meeting other

14  than me.

15      **Q.**   Did you ever have any similar type conversations

16  with anyone at the FHFA about the deferred tax asset prior

17  to the third amendment?

18      **A.**   Yes.

19      **Q.**   And tell me about that meeting?

20      **A.**   Well, I don't -- so just as we -- you know, we had

21  a formal quarterly sit-down with Treasury.  We had more

22  regular interactions with individuals at FHFA.  So one,

23  either, Jeff Spohn and/or Brad Martin would attend our

24  Executive Committee meetings.

25          And so, generally, anything I was going to say at

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1   Treasury I was already telling the executive board, and Brad

2   or Jeff would have been present at those meetings.  And as

3   such, my reviews of actuals and forecasts and even the --

4   the -- the raising of the potential that that allowance

5   might be reversed in the not-so-distant future, I would have

6   mentioned at an Executive Committee meeting.  And Jeff

7   and/or Brad would have been present to hear that.

8        Q.   And just to be clear on that, that would have been

9   within a month of the third amendment?

10       A.   It would have been prior to that.

11       Q.   Yes.

12       A.   Because it's all part of the discussions we have

13   through the quarter and closed process and forecast

14   preparation and board prep and all of that kind of stuff

15   that takes place in that cycle.

16       Q.   So just so the record is clear, when you say

17   "prior to that," what period would that have been?

18       A.   Well, it would have been probably -- I would

19   suspect it was -- something that occurred in July would be

20   my -- because of the timing, you know, you're closing the

21   books for the second quarter.

22            We're prepping for the upcoming board meetings,

23   getting the forecasts done, letting the team know when the

24   results are coming out for the quarter.  All of those kinds

25   of conversations that would happen internal at Fannie Mae

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1     before we would ever have that conversation with Treasury.

2         **Q.**   And -- and I'm sorry I interrupted you.  You

3     described these --

4         **A.**   And then with the -- we also provide -- so we

5     cannot file our Q unless DeMarco gave us permission to file

6     the Q.  So drafts of our findings were also provided to FHFA

7     first.  They had the opportunity to provide feedback and

8     they could incorporate that feedback and then got approval

9     for the final filings.

10             We also had a press release that would go along

11    with -- when we filed the Q, we would go out with a press

12    release.  There is where you might see a little more color.

13    There would normally be a quote for the CEO, like Tim, and a

14    quote from me.  And we would also kind of preclear that

15    press release with FHFA before issuing the press release.

16             As far as I -- I believe during 2012, I began to

17    signal -- there began to be some public communication as to

18    our view that things were starting to look good and started

19    to head -- starting to head in a positive direction.

20             I would have to refresh my memory through

21    documents as to the timing of what I said and when.  But I

22    know, through the course of early 2012 and then throughout

23    that summer, the messaging was getting a bit more and more

24    positive that we were sending out.  And certainly, FHFA was

25    aware of our communications, our external communications in

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1     that regard.

2          As far as the deferred tax asset, I don't

3     recollect that we had some big formal meeting to break the

4     news to them, okay.  I believe that it was just something

5     that we talked about in the normal course of keeping them

6     informed about kind of what we're seeing.

7          And also Jeff Spohn and/or Brad Martin would

8     attend our board meetings.  So they would also hear that the

9     same comments I was making to Treasury, I was making to the

10    board.

11        **Q.**   In the same timetable?

12        **A.**   I don't remember exactly when the board meetings

13    were within that window, but it would have been board

14    meetings shortly before that that I would have reviewed this

15    very same information.

16        **Q.**   When you say you would have had dialogue with

17    people at FHFA about the deferred tax asset, with who would

18    you have had the dialogue?  Would that have been Mario

19    Ugoletti?

20        **A.**   Yes.  Early on, it's probably through the chief

21    accountant's office of FHFA because it's a technical

22    accounting matter.

23        **Q.**   Do you happen to recall --

24        **A.**   I can pick them out of a lineup.

25        **Q.**   Okay.  We will show you some names later on.

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    **A.**   I tell you, ask me a number, I can probably give

2    it to you.  People's names...

3          It would have started there.  Eventually, there

4    were conversations with Director DeMarco and key direct

5    reports of his and that -- these -- those -- the DeMarco

6    conversations occurred when we were actually in the serious

7    motive potentially.  We were looking.

8          We did a full analysis at the end of the second

9    quarter.  No release.  We did a full analysis at the end of

10   the third quarter.  No release.

11         When we were doing the analysis for the fourth

12   quarter of 2012, we started to get to a point where we were

13   tipping towards release.  And that's when I began to have

14   conversations with more senior folks at FHFA on it.  But

15   they were already -- but they were already aware of the

16   statement that I made to Treasury.  I mean, in general, I

17   put it on people's radar screens that it's something that

18   could happen in the not-so-distant future.

19         I will say that I believe Mary Miller asked me in

20   this meeting about how large would it be and did I have any

21   idea of when.

22   **Q.**   Yeah?

23   **A.**   And I believe my response was around 50 billion,

24   but that could be larger or smaller depending upon when.

25   The further out in time it is, the smaller it probably would

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    be.  It is part of the evidence that it might be good.  So

2    the further out in time that it would be released, the

3    smaller the release size would be.

4           But I said, Probably in the $50 billion range and

5    probably some time mid-2013 at that time when I met with

6    them late July/early August 2012.  But I said we had not

7    done a real in-depth analysis.  So I was just kind of giving

8    her kind of my off-the-cuff perspective in the moment.

9    **Q.**   And FHFA was on notice that you had sent this

10   message to Treasury?

11   **A.**   Yes, yes.

12   **Q.**   And they were on notice of that fact before the

13   third amendment; is that right?

14   **A.**   Yes.

15   **Q.**   Now, the periodic commitment fee, do you recall

16   there being any discussion while you were at Fannie Mae

17   about the amount of the periodic commitment fee?  As I said

18   at the beginning, the assumption is that I'm asking about --

19   **A.**   The main discussion were the -- that they were

20   continuing to waive our need to pay the commitment fee.

21   **Q.**   Was the commitment fee regarded by yourself as

22   akin -- not the commitment fee but the commitment itself as

23   akin to a line of credit?

24   **A.**   Yeah.  I mean, obviously the preferred stock

25   purchase agreement provides for funding, access to funding

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    if in the event certain conditions exist.  One can say

2    that's not dissimilar to some forms.

3            You can call it a line of credit or you can call

4    it an LC, a letter of credit, because it's a little bit more

5    you draw if in the event certain conditions exist.  Whereas

6    a line of credit is open-ended as to where one can draw and

7    pay down and whatnot on it.

8            So you, yeah, the commitment fee would probably be

9    very similar to fees that you would see structured in those

10   types of instruments.

11       Q.   And are those the type of fees generally

12   calculated as a percentage of the outstanding commitment?

13       A.   I would say it, for letters of credit and lines of

14   credit, in the normal ordinary course of bank's dealings

15   with customers, since I have a lot of banking experience,

16   that would be a customary structure.

17       Q.   Okay.

18       A.   Yes.

19       Q.   All right.

20            Did anyone at FHFA or Treasury tell you that the

21   periodic commitment fee would be incalculably large if they

22   didn't waive it?

23       A.   No.

24       Q.   Do you recall anyone at FHFA ever criticizing any

25   of the projections of future profitability that Fannie was

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1  making in 2011 and 2012 up through the time of the net worth

2  sweep?

3      **A.**   I -- my recollection is there wasn't criticism.

4  There were questions.  There were cautions.  In other words,

5  you know, let's not forget that -- you know, this -- that a

6  lot of bad things have happened.  Right?  And, you know,

7  with some history in mind, when the declines were occurring,

8  the degradations were occurring, the company was having a

9  hard time keeping up with the face of the degradations.

10      As a result, the forecasts that the company had

11  been producing prior to my arrival -- and I am basing this

12  on what I have been told, so I don't know if it's relevant

13  here or not -- the actual outcomes tended to be a little bit

14  worse than what the company had been projecting.

15      But when I got there, we focused very heavily on

16  trying to continue to improve the quality of the forecasts.

17  And I think, if you look at the actual results, vis-a-vis, a

18  lot of the forecasts we were producing, you would see the

19  results and forecasts being more in alignment.  In fact, it

20  improved over time.

21      Having had experience at other companies, that's

22  not unusual, that it's hard to catch up with trends, whether

23  that's negative trends or positive trends.  So if some

24  things are going bad, sometimes it's hard to catch up to how

25  bad and, you know, but on the flip side, when things start

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1   to turn good, sometimes it's hard to catch up with how fast

2   and the magnitude of the tail winds and how much things are

3   going to improve and how fast.  So that's not a unique thing

4   to Fannie Mae.

5           I just remember there being some general

6   discussions about, you know, are we -- you know, let's not

7   forget that there have been times in the past where the

8   forecast didn't reflect all the badness.  That ultimately

9   happens.  Right?

10   **Q.**   And if someone had come to you on the eve of the

11   net worth sweep and said to you, I think Fannie Mae is going

12   to lose $13 billion in 2012, do you think that would have

13   been an unreasonable statement of future profitability as of

14   August 2012?

15   **A.**   In the first quarter?  Here's where my numbers

16   recollection comes in versus names recollection.  I believe

17   we made 2 to 3 billion in the first quarter of '12.  I think

18   Fannie Mae was 6 billion dollars in the second quarter of

19   2012.

20           I'm sure we can go look at publicly-available

21   documents to determine whether I was right or not.  So let's

22   say the total profits to date, as of June 30th, was 8 to 9

23   billion dollars.  So if somebody said, We're going to lose

24   13 billion, that would mean we would have had to have had a

25   pretty big loss, a substantial loss, during the latter part

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    of the year.

2            That would have had to have been greater than the

3    loss we had for all of 2011.  I -- certainly that was not

4    what we were expecting.  That's not anywhere close to what

5    our projections were showing.  They -- that was not in any

6    way, shape or form what we had reviewed with Treasury and

7    FHFA at that point in time.

8            So if somebody had come to me, I would say, Okay.

9    Tell me what I missed?  What is it that you think is going

10   to happen in the last few months of the year that's going to

11   completely wipe out the profits that we've already posted

12   and then, you know, take it a further 13 billion in the red?

13   I would have a hard time.  I can't think of situations that

14   could happen that would cause that outcome to be so.

15   **Q.**   If you were making an important financial decision

16   for Fannie Mae's future on the date of the net worth sweep,

17   would you have relied on projections from September 30th of

18   2011?

19   **A.**   The reason we did updates to the forecasts

20   quarterly were so that we could have, you know, fairly

21   current perspectives from which to make decisions on.

22   **Q.**   Why was it so important to have a fairly current

23   perspective?

24   **A.**   The situation was very fluid.  A lot of things

25   were changing and quickly.  And so things can become very

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    dated very quickly in that particular environment at that

2    particular time.  So it was very important to ensure we were

3    picking up goods and bad that were happening as quick as we

4    could.  We recognized them and could consume them into our

5    projections.

6       **Q.**   So -- but you say -- you said that there were

7    goods and bads.  If we look at the period from September

8    30th, 2011 to the date of the net worth sweep, the goods

9    outweighed the bad insofar as you know.  These projections

10   that Fannie put together in McFarland 4 showed a projected

11   loss of 2 billion or so for 2012.

12          And yet you had -- you had made almost $8 billion

13   halfway through the year; is that right?

14      **A.**   There were a lot of things that moved in a

15   positive direction between September of 2011 and late

16   July/early August of 2012.  You can look at publicly

17   available information.  Look at the home price index as it

18   was published out there and how much those changed during

19   that period of time.

20          Fannie does produce its own home price index, but

21   you can look at non-published information and you can see

22   improvements in projections coming from third parties during

23   that period of time.  You can look at average loss

24   statistics on different workout situations.  You can look at

25   how much G fees changed during that period of time.

     **DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1              If you look at what existed September 11 and you

2    compare that to what existed in mid- late-summer 2012 there

3    was a number of key factors that moved in a positive

4    direction during that period.

5         Q.   And those positive developments outweighed any

6    negative developments in that time period on balance?

7         A.   Our forecast attempted to incorporate all of those

8    changes, good and bad, and the outcomes you can see

9    improved.  So the collective -- so if you said, if we added

10   up all the puts and takes in a quantifiable fashion, then

11   the net benefits outweighed the net negatives.

12        Q.   So next, I'm going to be showing you PX-147.

13        (Published exhibit.)

14             Now, this is an email from January 12, 2012, the

15   subject is "Fannie Mae executive management meeting of

16   January 9th, 2012."

17             And then, if we turn to the second page, under

18   "2012 financial plan," it says, "Susan McFarland started

19   discussion of the draft 2012 plan by highlighting that the

20   financial base case projects a $1.5 billion profit."

21             And then, three or four sentences later, it says,

22   "Susan said the plan reflects the view that the company is

23   at an inflection point in the credit cycle, the loss

24   allowance and credit-related expenses projected to fall

25   compared to 2011."  What do you mean by an inflection point?

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1     **A.**    The company had been -- there may be allowance for

2     loan loss process works is, you're not only recognizing

3     actual losses on loans that you are resolving in the current

4     period, you are building reserves for expected future losses

5     on loans not yet resolved.

6          So in some ways you get a double head wind.  You

7     have a large amount of actual losses hitting at the same

8     time you're building reserves for future losses.  My

9     inflection point was kind of referring to the fact that we

10    were starting to see the tilting the other way, whether the

11    actual losses were going to begin to improve.

12         And, as a result, you would begin to see

13    reductions in allowance over time because the amount of

14    expectation of future losses would be less than what we had,

15    you know, because we had already worked through a bunch

16    through of it.  As time goes by, you start to work through

17    those.  As you work through those, they're actual losses.

18         The actual charge-offs taken in a period would

19    begin to be lower than what they were in the same period the

20    previous year.  Instead of having allowance build, you might

21    have allowance reductions.

22    **Q.**    So you could get a double tail wind?

23    **A.**    Correct.

24    **Q.**    And you did that?

25    **A.**    Yes, we did.

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1      Q.   Okay.  Let's go to our next one, which will be

2  PX-223.

3          (Published exhibit.)

4          This says, Board meeting, July 20, 2012, Fannie

5  Mae Headquarters, agenda.

6          Here it says, If you want a minute just to take a

7  look at it, that's fine, but my question is going to be

8  about Page 258, which just says, one on the bottom of it.

9  Yeah.  It's that page.

10         And the second paragraph from the bottom says, The

11  current five-year forecast is for the years 2012 to 2016 and

12  cumulative forecasted comprehensive income is expected to be

13  $56.6 billion, which is $12.3 billion higher than the May

14  board of director's forecast for that period primarily due

15  to an improved credit outlook.

16         And this is, yet, another indication that Fannie

17  Mae's prospects were improving, you know, in July 2012; is

18  that right?  Was that your sense?

19     A.   Yes.  It's an indication that our expectations

20  from the prior forecast to the current forecast we are now

21  discussing had improved.

22     Q.   And the improved credit outlook, look, how did

23  that mechanically translate into increased earnings?  Was

24  there going to be reversing of loan loss provisions?

25     A.   It would have shown up in lower actual

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    charge-offs.

2        **Q.**   Okay.

3        **A.**   Probably a higher level of loan loss reserve

4    decline over that five-year period.

5        **Q.**   Okay.

6        **A.**   So release.

7        **Q.**   Okay.

8        **A.**   And it can also show up in foreclosed asset

9    expense improvements.  There were other aspects of the PNL,

10   the financial statements, that could be positively impacted

11   by lower costs of loan workouts.

12       **Q.**   Okay.

13       **A.**   If you have fewer loans that need working out.

14       **Q.**   And FHFA would have been aware of the estimate

15   since they were made aware of board meetings; is that right?

16       **A.**   Because this was presented at a board meeting and

17   it was normal for Jeff Spohn or Brad Martin to be present at

18   the board meetings -- you know, I'm sure the minutes of the

19   board meeting documents who was present -- it would be

20   normal for a member of FHFA to be present.

21       **Q.**   Okay.  If we look at Slide 11 of the PowerPoint

22   deck, which is Page 270, the title of the slide is.

23       (Published exhibit.)

24           The company is projected to achieve sustainable

25   profitability beginning 2012.

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1            And what was the basis for that statement?

2       **A.**   I would draw your attention to the net income and

3   comprehensive income lines that are shaded and, as you will

4   see, that there are projected profits in all five years of

5   the five-year forecast period.

6       **Q.**   Okay.  You can put that one to the side.

7       **A.**   Okay.

8       **Q.**   Their methodology was -- let me ask it this way:

9   Other than errors correction, you can't think of any basis

10  for projections of profitability for Fannie to fall in half

11  from June to July of 2012 given that your own projections

12  were getting better.  Right?

13      **A.**   Okay.  Well, I thought I had answered that in the

14  way I answered the last question which, I am not aware of

15  any key factors that were degrading at that point in time.

16      **Q.**   Okay.  That's fine.  Let's move on to another

17  document.  Okay.  So this next one is going to be PX-222.

18          (Published exhibit.)

19          So these are minutes of a meeting of the Board of

20  Directors of Fannie Mae on July 20th, 2012.  And if we turn

21  to the last page of this document, it says in the last

22  paragraph, The board discussed key sensitivities and

23  assumptions in the multi-year forecast and drivers to

24  credit-related expenses that might impact the forecast.  Of

25  these, changes to home prices have the most significant

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    impact on the Company's net worth over a five-year

2    timeframe.  Was that an accurate statement?

3         **A.**   Yes.

4         **Q.**   But why were the home prices the most?  Why did

5    they have the most significant impact?

6         **A.**   Because the revenue streams were more stable

7    because they were based predominantly on the book of

8    business that already existed and didn't.  In other words,

9    Fannie Mae earns revenue off of long-term assets.  So the

10   vast majority of Fannie Mae's revenue in a given period is

11   based on business that's already been produced and on the

12   books and isn't as sensitive to the amount of new business

13   coming on in, you know, future periods.

14        Expenses, as I mentioned earlier are --

15   non-interest expenses are not a huge item on the financial

16   performance of the company.  At this point in time, credit

17   losses was substantial and was the most volatile or

18   variable.

19        And the single biggest driver of credit losses or

20   expectation of credit losses is home prices because that

21   directly affects the severity of any loans that you have to

22   go to foreclosure because the values you're going to get for

23   the home as -- you know, you sell it to recover some part of

24   the loan amount is going to be higher or lower.

25        It can affect the borrower's ability to refinance

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1   their home, to sell out of their home, in other words, to

2   take actions that could help them make good on the mortgage.

3   So home prices is the single biggest but not only the single

4   biggest variable in what the expectation of credit losses

5   will be.

6       **Q.**   Okay.  And our next one is going to be PX-229.

7           (Published exhibit.)

8           So this says, Minutes of the audit Committee of

9   the Board of Directors of Fannie Mae August 6, 2012.  And

10  again, my apologies for my ignorance, but what does an audit

11  committee do?  What is its function?

12      **A.**   The audit committee is one of the committees of

13  the board and they focus on generally matters of risk in

14  controls and financial performance.  So, for instance, that

15  would be the committee that the internal auditor would

16  report out to on their work and findings and any issues that

17  they identified that they thought rose to the level of the

18  board.

19          The chief compliance officer, you know, so think

20  of different individuals that sit in some kind of risk or

21  control position or position responsible for risks and

22  controls, would generally report out to the audit committee.

23      **Q.**   Okay.  And we can see on this that you were

24  present.  It says, in the third paragraph, second line.

25  Then on the last sentence of that third paragraph it says,

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1   Jeff Spohn, Brad Martin and James Griffin of the Federal

2   Housing Finance Agency, FHFA, also participated in the call.

3           Is that consistent with the practice you have been

4   describing today that FHFA would participate in audit

5   committee meetings?

6       **A.**   Yes.

7       **Q.**   So take a moment, Ms. McFarland, to look through

8   this.  And my question is, whether there is, in the

9   PowerPoint presentation that was provided -- whether this is

10  the PowerPoint presentation that was provided to Treasury at

11  that meeting?

12      **A.**   This is it, although this is the update.  So from

13  time to time, presentations, whether that's, you know,

14  Treasury or board or whatever, it looks like this has some

15  updates.  Normally, those updates are minor corrections.

16  Maybe it's spellings or, you know, I can't tell you what got

17  changed, but clearly we met with them on August 9th.

18          So the version I would have used would have been

19  the version that existed on August 9th not the updated

20  version as of August 15th.  I am not aware of substantive

21  changes made.  The document, in all material respects,

22  probably the information here is the same material that I

23  reviewed with Treasury.

24      **Q.**   So you can walk through these slides.  The

25  Treasury officials -- tell us the Treasury officials who

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1    were present.

2         **A.**    I walked through the financial slides.

3         **Q.**    The financial slides.  Okay.

4         **A.**    Correct.

5         **Q.**    Including the projections of future profitability?

6         **A.**    Yes.

7         **Q.**    And what was their reaction to the projections of

8    future profitability?

9         **A.**    I remember there being a few questions asked that

10   I would put more in the category of "seek to understand."

11        **Q.**    Okay.

12        **A.**    And I don't think there was a -- you know -- a

13   little bit of -- I do think there was a -- you know, a

14   little bit of question around -- well, you know, what could

15   cause the outcomes to be, you know, different than this.

16             And I believe I gave them a brief update of some

17   sensitivity analysis that we do, which we kind of do on a

18   recurring basis but there wasn't an expression of -- I want

19   to be careful here.  Generally, in our meetings with

20   Treasury, they wanted to hear a lot more from us than they

21   were giving.

22        **Q.**    Yes, I understand.

23        **A.**    They kept things fairly close to the vest, if you

24   will.

25        **Q.**    Yes.

**DIRECT EXAMINATION S. McFARLAND - read by Ms. Davis**

1      **A.**   So this was not untypical of that, but they asked

2      a few questions.  Sometimes from the questions they ask, you

3      can kind of get a sense of what's on their mind.  That is

4      where -- you know, Mary did ask me, when I brought up the

5      deferred tax asset allowance valuation, you know, she asked

6      me that question as an example but...

7              **MS. DAVIS:**  Yield the floor.

8              **MR. BERGMAN:**   For the record, David Bergman for

9      defendants reading the part of defense counsel in the

10     deposition.

11             **CROSS-EXAMINATION OF SUSAN McFARLAND**

12     **Q.**   Good afternoon, Ms. McFarland, I represent

13     defendants in this action.  Do you recall being interviewed

14     by media outlets following Fannie Mae's release of the 10-Q

15     for the second quarter of 2012 on or around August 8th,

16     2012?

17     **A.**   If August 8th was the date we released the 10-Q,

18     then I would have done media interviews on August 8th.  That

19     would have been normal.  I don't recall the date we filed

20     the Q.

21     **Q.**   What's been handed to you is what's been marked

22     for identification as DX-474.

23         (Published exhibit.)

24             It's a filing for Fannie Mae, the form 10-Q.  Do

25     you recognize this document?

       **CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1      **A.**   Yes.

2      **Q.**   And this is the 10-Q for Fannie Mae for the second

3   quarter of 2012?

4      **A.**   Yes.

5      **Q.**   Was this released on or around August 7th, 2012?

6      **A.**   I would have to look here.  I should be able to --

7   it's dated August 8th, 2012.

8      **Q.**   Thank you for clarifying.  Is this the 10-Q that

9   was released on or around August 8th, 2012?

10     **A.**   Yes.

11     **Q.**   And just for the record, on the page that's marked

12  for identification as Treasury 4079 at the very end --

13     **A.**   4079, let me get that.  Okay.  Yes, my

14  certification --

15          **MR. BERGMAN:**  Sorry, ma'am.

16          **DEPUTY CLERK:**  Is this an exhibit?  Because I

17  don't have it as -- I didn't move it in before we started.

18          **MR. BERGMAN:**  I think we had agreement that we

19  could display even though -- my fault -- even though it's

20  not.

21          I think we have agreement to display even though I

22  hadn't moved it in.  Sorry about that.

23          **THE COURT:**  474 is the exhibit.

24          **MS. DAVIS:**  Displayed but not moved.

25          **MR. BERGMAN:**  Yes, displayed but not moved.

    **CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1        **THE COURT:**  Displayed what?

2        **DEPUTY CLERK:**  They want to display it but not

3   move it into evidence.

4        **THE COURT:**  All right.  Without objection, you

5   may.

6        **MR. BERGMAN:**  Thank you.

7        **DEPUTY CLERK:**  Thank you, Your Honor.

8        (Mr. Bergman continued reading.)

9        **Q.**   Just for the record, on the page that's marked for

10   identification as Treasury 4079 at the very end.

11        **A.**   4079, let me get that.  Okay.  Yes, my

12   certification.

13        **Q.**   This is a certification and you certified the

14   truth and accuracy of the 10-Q; is that correct?

15        **A.**   Yes.

16        **Q.**   That was in your capacity as a CFO?

17        **A.**   Yes.

18        **Q.**   And having reviewed what's been marked as DX-474,

19   does this refresh your recollection that the 10-Q was

20   released on August 8th, 2012?

21        **A.**   Yes.

22        **Q.**   What's been handed to you is what's been marked

23   for identification as DX-516.

24        (Published exhibit.)

25        This is a reprint-out of a *Wall Street Journal*

   **CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1      article dated August 8th, 2012.  Do you recall being

2      interviewed by *The Wall Street Journal*?

3           **A.**   Yes.

4           **Q.**   If you look on page -- it's the third page of the

5      article, there's a third paragraph down.  There is a quote

6      that says, It's hard for me to envision that we would be

7      able to make enough every quarter to cover the dividend

8      payment, said Ms. McFarland, even though she said it was

9      possible.

10          Did you, in fact, make that statement that it

11     would be hard for you to envision that Fannie Mae would be

12     able to make enough every single quarter to cover the

13     dividend payment?

14          **A.**   Yes.

15          **Q.**   Was that accurate at the time you made it?

16          **A.**   Yes.

17          If you look, the dividend payment at that point in

18     time was around 3 billion a quarter.  So in order to make

19     enough in that quarter to make the -- you would have to say

20     that not only would you be profitable every quarter that you

21     would make at least 3 billion a quarter.

22          At any company that I have been involved in has

23     some degree of volatility of the amount of earnings on a

24     quarterly basis.  If you isolate earnings in a given

25     quarter, what I was trying to get at was to not expect that

**CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1    every quarter would be 3 billion-plus.

2         **Q.**   What's been handed to you, Ms. McFarland, is

3    what's been marked for identification as DX-513.

4         (Published exhibit.)

5              On or around August 8th, 2012, do you remember

6    speaking with Reuters?

7         **A.**   Reuters would be a normal media outlet that I

8    would normally speak with.

9         **Q.**   Well, if you look at the second paragraph from the

10   bottom of the page, it says, quote, Although Fannie Mae did

11   not need taxpayer funds this quarter to cover required 10

12   percent dividend repayments, McFarland says she expects

13   there may be periods where the company's income would not be

14   sufficient enough to meet the requirements, close quote.

15             Was that an accurate statement?

16        **A.**   Yes.

17        **Q.**   And with respect to the housing prices, if you

18   look at the exhibit on the fifth paragraph from the top, the

19   paragraph starting, quote, Ms. McFarland called the

20   second-quarter housing prices normal seasonal improvement

21   and said she did not expect to see this kind of trend

22   continue, close quote.  And, quote, there is a high

23   likelihood that we will see home prices come down in the

24   latter half of the year, she said, because of that, the

25   company does not expect its financial results to be as

**CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1    strong in the latter half of the year as compared to the

2    first half, close quote.

3        Did that accurately reflect information given to

4    Reuters?

5        **A.**   Yes.  You -- there are normal seasonal

6    fluctuations in home prices and so certain quarters tend to

7    see -- your high-selling periods and buying periods tend to

8    see a greater benefit than your low-selling buying periods.

9    So that's the gist of what I was trying to get across.

10       **Q.**   Okay.

11       Now was that also true that, as of August 8th,

12   2012, that Fannie Mae did not expect its financial results

13   to be as strong in the latter half of the year compared to

14   the first half?

15       **A.**   I believe the financial projections that we were

16   showing -- I can pull the documents.  So we had already made

17   8 or 9 billion year-to-date.  And I think our total

18   projection at that point that we reviewed for the year was

19   at 11 billion.  I can pull it out and refer to it.

20       So you can work the simple math, 9 billion

21   year-to-date, subtracted from what the full year was, is a

22   much smaller number than 2.9 billion.  But even with those

23   projections, we were comfortable with the representation

24   that we gave Treasury, that we felt like we were now in a

25   period of sustained profitability.

**CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1      **Q.**    And in the last paragraph of that page, it says,

2   quote, A lot of things are out of our control with the

3   economy being soft, end quote.

4           She said, quote, We have to be a bit cautious

5   before we declare a permanent victory, and we will be able

6   to sustain profits quarter in and quarter out, close quote.

7           Was that a true statement when you made it?

8      **A.**    Yes.

9      **Q.**    What's been handed to you and been marked for

10  identification is DX-521.

11          (Published exhibit.)

12          It's a reprint-out, the story from *The Washington*

13  *Post*, dated August 9th, 2012.  Do you remember speaking with

14  reporters from *The Washington Post* on or around August 8th

15  or 9th, 2012?

16     **A.**    I don't.

17     **Q.**    Sure.

18          Let's see if we can refresh your recollection.  If

19  you look at the fourth paragraph from the top, quote, The

20  magnitude of the home-price improvement that we saw was

21  greater than we would have expected the normal seasonal

22  upticks, so that's encouraging, close quote, said Susan

23  McFarland, Fannie Mae's chief financial officer in a

24  statement, quote, but I don't think we're going to see this

25  level of earnings repeat itself quarter in and quarter out,

       **CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1    close quote.

2             Do you remember making such a statement?

3        **A.**   This could have been taken from a press release.

4    I don't know whether this was a -- they picked something up

5    out of our official press release or whether they picked

6    that up from something that I said in an interview with

7    them.

8        **Q.**   Okay.

9        **A.**   That's why I am expressing uncertainty.

10       **Q.**   Whether or not there was an oral interview or a

11   written statement, you know, was this -- was the quote

12   that's attributed here to you one that you made?

13       **A.**   Yes.

14       **Q.**   And was it one that you believed was true at the

15   time you made it?

16       **A.**   Yes, because we made $6 billion in the second

17   quarter, and I don't think we should take six times four.  I

18   said that we made $6 billion in the second quarter.  I

19   didn't think people should take 6 billion times 4 and assume

20   that we are going to make $24 billion a year.  That would be

21   incorrect.

22            That was the main thing that we would try to

23   ensure that people didn't get ahead of themselves on.  I

24   don't think the company, other than in the quarter, other

25   than in 2013 when the BTA allowance was released, I don't

**CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1    think the company had made $24 billion.

2        **Q.**   I want to turn back to the -- now earlier, I gave

3    you a copy of the 10-Q from the second quarter of 2012?

4        **A.**   Uh-huh.

5        **Q.**   But I have some excerpts from earlier Qs that I

6    meant to ask you about.  What's been handed to you,

7    Ms. McFarland, is what's been marked as DX-368.  I will

8    represent that these are excerpts from Fannie Mae's 10-K for

9    the year 2011?

10       **A.**   Uh-huh.  Yes.

11       **Q.**   Okay.  Now, if you look at what's on Page 21 -- so

12   I think it's the second page in italics in the third

13   paragraph, quote, Uncertainty regarding our long-term

14   sustainability and future status, close quote, there's a

15   statement, quote, We do not expect to earn profits in excess

16   of our annual dividend obligation to Treasury for the

17   indefinite future, close quote.

18           Now, was that an accurate statement when it was

19   made?

20       **A.**   Yes.

21       **Q.**   Also, there's a sentence, quote, We expect to

22   request additional draws under the senior stock purchase

23   agreement in future periods, which will further increase the

24   dividends we owe to Treasury on the senior preferred stock,

25   close quote.

**CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1            Was that a true statement when it was made?

2       **A.**   Yes.

3       **Q.**   It also says, quote, We expect that, over time,

4  our dividend obligation to Treasury will constitute an

5  increasing portion of our future draws under the senior

6  purchase stock agreement, close quote.

7            That was also a true statement when it was made.

8  Correct?

9       **A.**   Yes.

10      **Q.**   And, quote, Finally, as a result of these factors,

11 there is a significant uncertainty about our long-term

12 financial sustainability, close quote.

13           You would also agree that that was a true

14 statement when made.  Correct?

15      **A.**   Yes.

16      **Q.**   What's been handed to you, Ms. McFarland, is

17 what's been marked for identification as DX-419.  These are

18 excerpts from a form 10-K for the quarterly period ended

19 March 31st, 2012 for Fannie Mae?

20      **A.**   Yes.

21      **Q.**   If you look at, I guess, on Page 11 -- I guess the

22 second page, there's, again, the last paragraph has in

23 italics text, quote, Uncertainty regarding our future status

24 and long-term financial sustainability, close quote.

25           It says, quote, We expect to request additional

**CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1      draws under the senior preferred stock purchase agreement in

2      future periods, which will further increase the dividends we

3      owe to Treasury under the senior preferred stock, close

4      quote.

5              Do you see that?

6      **A.**   Yes.

7      **Q.**   Okay.  That was a similar statement, if not the

8      same statement, that was made in the 10-Q; is that correct?

9      **A.**   Correct.

10     **Q.**   And that statement was truthful and accurate when

11     it was made, wasn't it?

12     **A.**   Correct.  Because our financial forecasts at that

13     time, while they may have shown some profits in certain

14     quarters, the amount of those profits and the effects on out

15     net assets in some periods would have required a draw at

16     least to pay some of the dividend.  So at that point in

17     time, based on the forecast that we were looking at at that

18     point, that was a true statement.

19     **Q.**   Okay.  And it says, quote, Although we may

20     experience period-to-period volatility in earnings and

21     comprehensive income, we don't expect to generate net income

22     or comprehensive income in excess of our annual dividend to

23     Treasury over the long term, close quote.

24             Now, that was also a similar statement to one made

25     in the 10-Q; is that correct?

**CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1    **A.**   Correct.  And that was based on the forecast that

2    existed at that point in time.

3    **Q.**   Right.  And based on those forecasts and based on

4    all the other information you had, that statement was a true

5    statement when it was made.  Correct?

6    **A.**   Correct.

7    **Q.**   And if you look at Page 81, I will represent that

8    these bullet points are forward-looking statements that were

9    made in the 10-Q.  If you look towards the middle of the

10   page, there's a bullet point that has some what looks like,

11   there's some space, but there's a statement that says,

12   quote, We will not generate net income or comprehensive

13   income in excess of our annual dividend responsibility to

14   Treasury over the long term, close quote.

15       That was consistent with what was stated before,

16   correct, in the 10-Q?

17   **A.**   Correct.

18   **Q.**   And that statement was also true when it was made;

19   is that right?

20   **A.**   Correct.

21   **Q.**   Okay.  Now, if you look back to the second quarter

22   10-Q, this was released on August 8th, 2012; is that right?

23   **A.**   Correct.  Let me pull that back out, please.

24   **Q.**   Sure.

25   **A.**   Okay.

**CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1     Q.   This is McFarland -- sorry, this is DX-474.  If

2     you look on Page 12.

3     A.   Uh-huh.

4     Q.   There is also a paragraph, quote, Uncertainty

5     regarding our future status and ability to pay dividends to

6     the Treasury, close quote.

7          Do you see, I guess, five lines down, it says,

8     quote, although we may experience period-to-period

9     volatility in earnings and comprehensive income, we don't

10    expect to generate income or comprehensive income in excess

11    of our annual dividend obligation to Treasury over the

12    long-term, close quote.

13         Now, that was a true statement when it was made.

14    Correct?  Wasn't it?

15    A.   It was based on the projections.  I mean, you -- I

16    mean we've reviewed the projections.

17    Q.   Was that not a true statement when it was made?

18    A.   No, it's -- it was a true statement.  We wouldn't

19    put anything in a document that wasn't a true statement.

20    But you will see that the nature of the disclosure changed

21    in this quarter, and we began to talk about some things

22    differently in this quarter than we had historically,

23    because this is when the improving, the momentum and the

24    magnitude of the improvements began to pick up.  And we

25    wanted to begin to make some adjustments to our disclosures

     **CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1    accordingly.

2         Also, I want to be clear we're talking about we

3    may not make enough to pay the dividends.  Basically, what

4    we're trying to say is that we may not need to draw to cover

5    loss, net income or net losses, but we still have a dividend

6    obligation.

7         So that may constitute the need to -- the amount

8    that we have to satisfy in dividend payments.  Maybe that,

9    we wouldn't have sufficient ability to cover that because

10   you will see we added some things about that.  We expect in

11   some future quarters we will be able to generate a net

12   profit.

13   **Q.**   What's been handed to you is DX-547.  Do you

14   recognize this document?

15   **A.**   It was posted when I was on vacation, but I am

16   familiar with the general information contained in it.

17   **Q.**   Having reviewed this, did you disagree at the time

18   with any of the statements made in Mr. Mayopoulos' post?

19   **A.**   I didn't review it prior to its posting because I

20   was on vacation.

21   **Q.**   After?

22   **A.**   After the fact, okay.  I am sorry.

23   **Q.**   After reviewing Mr. Mayopoulos' blog post when

24   you, I guess, returned from vacation, were there any

25   statements in the blog post with which you disagreed?

**CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1      **A.**   He's making three key points.  The first two are

2   consistent with the perspective that Treasury provided us,

3   when they communicated the amendment to us.  The third is

4   something that we, as we talked over the pros and cons of

5   the change, that was a pro that we thought of in discussing

6   the net worth sweep or the third amendment.

7      **Q.**   My question was, Did you disagree with any of his

8   statements?

9      **A.**   I don't disagree with any of those three

10   statements.

11      **Q.**   Ms. McFarland, what's been handed to you is what's

12   been marked for identification as DX-925.  This is an email

13   chain.  Do you remember receiving -- were you on the

14   operating committee?

15      **A.**   Yes.

16      **Q.**   Mr. Mayopoulos sent an email to the operating

17   committee dated August 17th, 2012.  In the third paragraph,

18   he says, quote, I will keep you posted on my approach.  In

19   the interim I want to encourage you to reinforce my blog

20   message with your employees that this announcement does not

21   purport to wind-down the GSEs.  As I note in my blog post,

22   the only thing being wound down is the portfolio.  Quote.

23         That's a true statement that the wind-down refers

24   to the portfolio; isn't that correct?

25      **A.**   You're asking me to interpret it just like any

**CROSS-EXAMINATION S. McFARLAND - read Ms. Bitkower**

1    reader would interpret it.

2        **Q.**   I am asking -- my question was I think you -- I

3    believe you said that you are familiar with the agreement

4    prior to August 17th, 2012 when this email was sent; is that

5    correct?

6        **A.**   Correct.

7        **Q.**   Now, with respect to your familiarity with the

8    agreement and the provisions concerning the portfolio

9    reduction, was anything in Mr. Mayopoulos' email

10   inconsistent with your understanding of that portion of the

11   third amendment?

12       **A.**   As it relates to the reduction of the retained

13   portfolio and that constitutes some amount of winding down

14   of the GSEs, I agree.  In fact, I refer to even in our

15   original 2013 goals that we set up with FHFA, there were

16   some criteria by which to reduce that portfolio.  This just

17   amped it up.  And I said that I thought that was an example

18   of winding down the GSE.  This would be very consistent with

19   that.

20       **Q.**   Thank you, that's all.

21          **THE COURT:**  Any redirect?  No redirect?

22          **MS. DAVIS:**  No.

23          **THE COURT:**  Okay.  Thank you very much.

24          All right.  We have one more video we're going to

25   play then today.

1          **MR. KRAVETZ:**  With the timing -- we may have time

2     for two videos, Your Honor.  Robert Kravetz on behalf of

3     plaintiffs.  The next video will be approximately 12

4     minutes.  It's from Mario Ugoletti, the Former Special

5     Advisor to Acting FHFA Director, Edward DeMarco.

6          (REPORTER'S NOTE:  The deposition of Mario Ugoletti was

7     played and was not requested to be transcribed.)

8          **MR. KRAVETZ:**  Your Honor, I believe we'll have

9     time for one more deposition to be played.  It's of David

10    Benson, the current President of Fannie Mae.  It's

11    approximately 23 minutes.

12         **THE COURT:**  All right.

13         Let me say, before you start that one -- wait just

14    a minute.

15         I wanted to say to the jury, again now, you give

16    deposition testimony like this the same fair and impartial

17    consideration you give any other testimony that's here in

18    the courtroom.  Don't give more or less weight to deposition

19    testimony just because the witness did not testify here in

20    the courtroom.

21         You have to weigh deposition testimony just like

22    any other testimony.  It's up to you, ultimately, to decide

23    who you believe and who you don't believe.  Remember that.

24    So you still have to pay close attention to this, no matter

25    how boring or otherwise.  Sorry, I don't mean to --

1      **MS. DAVIS:**  No, that's fine.

2      **THE COURT:**  -- do anything bad for counsel but I

3  know juries.

4      Okay, go ahead.

5      Not that I think anything is boring, of course.

6      Just teasing.

7      (REPORTER'S NOTE:  The deposition of David Benson

8  was played and was not requested to be transcribed.)

9      **MR. KRAVETZ:**  Your Honor, I think that's all we'll

10  be able to get in today on the timing.

11      Just for the record, Your Honor, we'd move in

12  Plaintiffs' Exhibit 167, 196, 213, 216 and 253.  Thank you,

13  Your Honor.

14      **THE COURT:**  Without objection, they're received.

15      (Plaintiffs' Exhibits 167, 196, 213, 216 and 253 were

16  received.)

17      **THE COURT:**  Don't talk about the case over the

18  weekend.  Don't read or listen to anything about the case.

19  Have a nice weekend.  It's supposed to be good weather, I

20  think.  Maybe one rainstorm, we'll see.  I'll see you on

21  Monday about 10:00.

22      Have a nice weekend.  Leave your notes here.

23      (Jury exited the courtroom.)

24      **MR. KRAVETZ:**  Your Honor, I may have omitted

25  Plaintiffs' Exhibit 211 as well.

 1          **THE COURT:**  What was the last line, as well or

 2     212?

 3          **MR. KRAVETZ:**  As well, 211 as well.

 4          **THE COURT:**  Without objection, it's admitted.

 5          **MR. KRAVETZ:**  Thank you, Your Honor.

 6        (Plaintiffs' Exhibit 211 was received.)

 7          **THE COURT:**  What's your preview for Monday?

 8          **MR. HUME:**  Hamish Hume for the plaintiffs --

 9          **THE COURT:**  Wait just one minute.  Add 212

10     received without objection.

11          **MR. KRAVETZ:**  211, Your Honor.

12          **THE COURT:**  I'm sorry.  211.

13          **DEPUTY CLERK:**  [Complied]

14        **MR. HUME:**  Your Honor, let me first address your

15     question, but I wasn't sure I heard it.  Was the question

16     what's the plan for Monday?

17          **THE COURT:**  Yeah.

18          **MR. HUME:**  So the plan for Monday, I think, is a

19     deposition, a document reader and our expert, Professor

20     Bala Dharan, not necessarily in that order.

21          **THE COURT:**  Right.

22          **MR. HUME:**  But those are the things we hope to

23     accomplish on Monday.

24          **THE COURT:**  Okay.

25          **MR. HUME:**  And --

1          **THE COURT:**  So you're likely to rest?

2          **MR. HUME:**  I think then we'll be -- I think then

3     we'll be ready to rest.

4          **THE COURT:**  Okay.

5          **MR. HUME:**  I suppose it's possible it could spill

6     to Tuesday, but we're hoping to get it done on Monday.

7          **THE COURT:**  Okay.

8          **MR. HUME:**  And we'll obviously see if there are

9     any exhibits we need to offer or whatever, but, yeah, then

10    we're getting ready to rest.

11         **THE COURT:**  All right.

12         **MR. HUME:**  Your Honor, just before we break for

13    the weekend, we wanted to bring to your attention we really

14    are hesitant to file motions in the middle of trial briefs.

15    We have a few small ones that we've talked about with

16    defendants that we just wanted to alert you to so you don't

17    see it come across the --

18         **THE COURT:**  I didn't say don't file them.

19         **MR. HUME:**  I know, not before.

20         **THE COURT:**  Just don't file them at 5:00 a.m.

21         **MR. HUME:**  No, we get that.  I trust we totally

22    understand that.

23         **THE COURT:**  And expect me to read them by 10:00.

24         **MR. HUME:**  No.  No.  We understand.

25         **THE COURT:**  It's not going to happen.

1          **MR. HUME:**  Yeah.  So, first, the plaintiffs have a

2     very short brief that is a motion for clarification on the

3     Court's ruling on defendants' expert Dr. Attari.  We're

4     going to file that this evening, six pages.  I don't know if

5     we have -- I think the timing on the briefing just needs to

6     be so the Court can review it, decide it before Dr. Attari

7     testifies.

8          **THE COURT:**  Okay.

9          **MR. HUME:**  Mr. Hoffman maybe has something to say

10    on that.

11         **MR. HOFFMAN:**  Yes, Your Honor, Ian Hoffman on

12    behalf of the defendants.

13          I do agree with Mr. Hume that there's a lot going

14    on and there's a lot flying around and we're all stretched.

15          They have described to defendants, plaintiffs

16    have, the intended motion.  And it -- I obviously haven't

17    seen it, but it sounds like deja vu all over again,

18    Your Honor.  I've been before you three times arguing about

19    Dr. Attari's bond event study.  They raised the motion

20    before the first trial.  The Court denied it.  They raised

21    it again before the second trial.  The Court denied it.

22          The description of the motion, it sounds a lot to

23    me like it's covered by the Court's rulings.  Obviously,

24    both sides can file whatever motions they wish, Your Honor.

25    But if there's any views or guidance that the Court may have

1    on this matter, it might help here.

2              I mean, there's indication that this addresses,

3    you know, whether Dr. Attari can address investor concern

4    reactions to it, but this is in your opinion issued a week

5    ago.  It feels like a month ago, but it was issued a week

6    ago, Judge.  And so, you know, we'll use recess in briefing

7    the Court again.

8              Again, I'm not advocating that no one is allowed

9    to file motions, but this one will be the third time on this

10   very same issue right before Dr. Attari is going to have to

11   testify.

12             **THE COURT:**  What's your schedule -- assuming they

13   rest at some point Monday, what's your schedule?

14             **MR. HOFFMAN:**  In terms of which witnesses?

15             **THE COURT:**  Yeah.

16             **MR. HOFFMAN:**  I'll have to confer with my team,

17   but I don't have sort of a great sense yet.  I don't think

18   Dr. Attari is on Monday.

19             **THE COURT:**  Okay.

20             **MR. HOFFMAN:**  But obviously, preparations are

21   ongoing.

22             **THE COURT:**  At the end of the day, Monday, we

23   could talk about Attari anyway.

24             **MR. HOFFMAN:**  Yes, sir.

25             **THE COURT:**  So we don't have the jury sitting

1     around.

2          **MR. HOFFMAN:**  That's right, Your Honor.  Okay.

3     Thank you.

4          **THE COURT:**  Who is -- have you all got an idea of

5     who you're going to start with?

6          **MR. HOFFMAN:**  I'm sorry, Your Honor.

7          **THE COURT:**  I think one of your other colleagues

8     wants to talk to you.

9          **MR. STERN:**  I'm sorry, Your Honor.

10         **THE COURT:**  I thought maybe one of you all wanted

11    to talk to him about who you all are going to start with

12    assuming they rest.

13         **MR. STERN:**  Your Honor, Jonathan Stern for the

14    defendants and good afternoon, Your Honor.

15         Probably Mr. Satriano will be our first witness.

16    Again, Your Honor, I'm sure the Court recalls, I'll be

17    asking dispensation to take a break on Tuesday afternoon for

18    a medical appointment.  But to answer the Court's question

19    directly, we'll probably begin with Mr. Satriano.

20         **THE COURT:**  What's the time of that?

21         **MR. STERN:**  It's at 2:00, Your Honor.  It's at

22    1920 Pennsylvania Avenue so I don't need a whole lot of time

23    to get there.  I truly appreciate the Court's consideration

24    and counsel's.

25         **THE COURT:**  Anybody dying for something else that

1    they --

2                [Laughter]

3         **MR. HUME:**  Mr. Bergman has a pressing matter.

4                [Laughter]

5         **MR. HUME:**  Mr. Bergman and I just want to alert

6    you, the whole skirmishing we had earlier in the week about

7    PIK, the payment in kind -- remember the payment in --

8    what's sometimes called the payment in kind provision?

9         **THE COURT:**  Right.  Right.

10        **MR. HUME:**  And that we have a disagreement about

11   what's relevant and what could be said about it.

12             We've agreed on two things:  Both parties -- maybe

13   three things -- both parties would really ask the Court if

14   we could get it resolved before the closing arguments so we

15   know how we can argue it.

16             Second, we've agreed on a briefing schedule.

17        **THE COURT:**  Okay.

18        **MR. HUME:**  Where defendants will file it by

19   midnight tomorrow.  We will file by midnight Friday --

20   midnight Monday.

21        **THE COURT:**  Right.

22        **MR. HUME:**  Midnight Monday.  A reply brief by

23   midnight Tuesday and that, you know, we don't expect -- I

24   don't think we're on a trajectory, I don't think, to get to

25   closings next week, but hopefully that we could argue it

 1      Thursday or Friday, give the Court plenty of time.

 2              **THE COURT:**  Okay.

 3              **MR. HUME:**  So that's that.  Do we need to bring

 4      up -- it is possible we'll have one other motion, a short

 5      motion, on what can be argued in closing about damages.

 6              **THE COURT:**  Okay.

 7              **MR. HUME:**  So just --

 8              **THE COURT:**  You all have a good weekend.

 9              **MR. HUME:**  Yes.  Thank you.

10              Your Honor, thank you very much.  Have a great

11      weekend.

12              I plan to.

13          (Proceedings concluded at 4:55 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

**C E R T I F I C A T E**

     I, **Lorraine T. Herman, Official Court Reporter,**
certify that the foregoing is a true and correct transcript
of the record of proceedings in the above-entitled matter.


    July 28, 2023       /s/   Lorraine T. Herman
         DATE               Lorraine T. Herman

BY MR. HOFFMAN:
**[8]** 930/10 932/21 955/18 956/11 958/8 961/24 968/5 969/7

BY MR. HUME: **[10]** 970/17 972/5 978/16 981/4 981/25 982/21 983/23 984/23 985/10 986/15

DEPUTY CLERK: **[5]** 956/9 1020/16 1021/2 1021/7 1037/13

MR. BERGMAN: **[8]** 988/12 988/16 988/20 1019/8 1020/15 1020/18 1020/25 1021/6

MR. HOFFMAN: **[33]** 930/8 932/17 955/6 955/14 956/3 956/10 958/6 961/18 961/21 967/22 968/2 969/3 970/6 970/9 972/3 977/6 977/8 977/12 980/22 981/1 981/18 981/21 982/19 983/20 984/19 987/18 1039/11 1040/14 1040/16 1040/20 1040/24 1041/2 1041/6

MR. HUME: **[39]** 932/15 955/11 956/5 967/20 967/24 970/15 977/7 977/10 980/24 981/3 981/24 983/22 984/14 985/7 986/12 986/14 987/15 1037/8 1037/14 1037/18 1037/22 1037/25 1038/2 1038/5 1038/8 1038/12 1038/19 1038/21 1038/24 1039/1 1039/9 1042/3 1042/5 1042/10 1042/18 1042/22 1043/3 1043/7 1043/9

MR. KRAVETZ: **[7]** 1035/1 1035/8 1036/9 1036/24 1037/3 1037/5 1037/11

MR. MONTGOMERY: **[5]** 955/10 961/20 961/23 968/4 970/8

MR. STERN: **[3]** 1041/9 1041/13 1041/21

MS. BITKOWER: **[3]** 990/14 994/21 994/24

MS. DAVIS: **[18]** 987/24 988/9 989/2 989/7 989/9 989/12 989/14 989/24 990/2 990/9 990/12 991/2 994/20 994/23 1019/7 1020/24 1034/22 1036/1

MS. McGUIRE: **[2]** 985/9 986/13

THE COURT: **[69]** 930/5 932/18 956/7 967/25 970/13 972/4 977/13 980/23 981/19 981/23 982/20 984/21 987/19 988/8 988/15 988/19 988/21 989/6 989/8 989/10 989/13 989/17 989/25 990/6 990/11 990/25 991/3 1020/23 1021/1 1021/4 1034/21 1034/23 1035/12 1036/2 1036/14 1036/17 1037/1 1037/4 1037/7 1037/9 1037/12 1037/17 1037/21 1037/24 1038/1 1038/4 1038/7 1038/11 1038/18 1038/20 1038/23 1038/25 1039/8 1040/12 1040/15 1040/19 1040/22 1040/25 1041/4 1041/7 1041/10 1041/20 1041/25 1042/9 1042/17 1042/21 1043/2 1043/6 1043/8

THE WITNESS: **[10]** 932/19 955/17 968/1 969/6 970/14 977/14 981/20 981/22 987/17 987/22

**$**

**$0.4 [1]** 985/20
**$1.16 [1]** 968/11
**$1.5 [1]** 1010/20

**$10 [2]** 945/4 945/22
**$100 [8]** 942/6 942/6 945/5 945/14 945/17 945/22 974/21 980/8
**$12.3 [1]** 1012/13
**$13 [1]** 1007/12
**$149 [1]** 985/19
**$187 [1]** 938/1
**$190 [2]** 948/6 977/3
**$200 [4]** 935/8 935/16 935/22 942/14
**$24 [2]** 1026/20 1027/1
**$300 [2]** 943/4 948/8
**$300,000 [2]** 934/15 934/20
**$400 [3]** 942/15 942/20 943/5
**$50 [1]** 1004/4
**$500 [1]** 943/5
**$56.6 [1]** 1012/13
**$6 [2]** 1026/16 1026/18
**$8 [1]** 1009/12

**'**

**'12 [1]** 1007/17

**.**

**.45 [1]** 939/21

**/**

**/s [1]** 1044/10

**1**

**1 percent [2]** 939/17 939/22
**1.16 [1]** 969/16
**10 [19]** 939/25 944/21 946/21 947/1 953/14 953/18 959/16 959/21 959/24 960/2 960/13 969/24 970/3 975/10 984/1 984/4 984/8 987/20 1023/11
**10-K [2]** 1027/8 1028/18
**10-Q [13]** 1019/14 1019/17 1019/24 1020/2 1020/8 1021/14 1021/19 1027/3 1029/8 1029/25 1030/9 1030/16 1030/22
**100 [2]** 938/24 979/22
**10020 [1]** 928/12
**1053 [1]** 927/3
**10:00 [2]** 1036/21

**11 [4]** 1010/1 1013/21 1024/19 1028/21
**11 percent [1]** 949/5
**114 [1]** 968/17
**115 [1]** 968/21
**117.6 [1]** 969/10
**12 [4]** 989/12 1010/14 1031/2 1035/3
**12-minute [1]** 988/6
**1251 [1]** 928/11
**1288 [1]** 927/10
**13 [2]** 1007/24 1008/12
**14 [1]** 962/21
**140-something [1]** 968/18
**140.5 [1]** 969/14
**1401 [1]** 928/8
**142 [1]** 968/21
**144 [1]** 968/21
**147 [3]** 988/10 988/23 1010/12
**1523 [1]** 927/18
**15th [1]** 1017/20
**167 [2]** 1036/12 1036/15
**17th [2]** 1033/17 1034/4
**187 [1]** 977/3
**19087 [1]** 928/6
**191 [4]** 984/13 984/18 984/22 984/24
**1920 [1]** 1041/22
**196 [2]** 1036/12 1036/15
**1983 [1]** 990/22
**1986 [1]** 991/18
**1989 [1]** 991/24
**1990 [1]** 991/25
**1:13-1053 [1]** 927/3
**1:13-1288 [1]** 927/10
**1:34 [1]** 927/6
**1st [2]** 961/2 991/25

**2**

**2.5 [11]** 936/1 939/4 939/16 941/16 944/9 945/7 946/11 964/14 965/4 966/3 966/18
**2.9 [1]** 1024/22
**20 [2]** 989/15 1012/4
**200 [2]** 942/7 979/22
**20001 [2]** 928/17 928/22

**20005 [1]** 928/9
**2002 [1]** 992/3
**20036 [1]** 927/18
**2008 [7]** 935/6 935/14
941/11 942/3 948/10
967/4 976/4
**2009 [2]** 942/9 942/19
**2010 [3]** 953/25 954/11
979/15
**2011 [12]** 940/5 954/11
979/15 992/10 992/25
1006/1 1008/3 1008/18
1009/8 1009/15
1010/25 1027/9
**2012 [75]** 938/4 940/5
940/19 941/14 941/19
942/21 942/23 942/25
943/14 947/5 954/11
954/22 955/2 955/23
956/23 957/10 958/4
958/11 958/17 959/20
969/10 969/14 979/12
979/15 979/18 982/23
983/3 983/10 983/15
983/24 984/2 984/5
984/8 984/25 996/10
996/13 1001/16
1001/22 1003/12
1004/6 1006/1 1007/12
1007/14 1007/19
1009/11 1009/16
1010/2 1010/14
1010/16 1010/18
1010/19 1012/4
1012/11 1012/17
1013/25 1014/11
1014/20 1016/9
1019/15 1019/16
1020/3 1020/5 1020/7
1020/9 1021/20 1022/1
1023/5 1024/12
1025/13 1025/15
1027/3 1028/19
1030/22 1033/17
1034/4
**2013 [13]** 943/11
943/15 943/17 961/2
982/14 983/6 983/6
983/19 985/19 993/12
1004/5 1026/25
1034/15
**2016 [1]** 1012/11
**2020 [1]** 948/7

**2023 [2]** 927/4 1044/16
**20th [1]** 1014/20
**21 [1]** 1027/11
**211 [5]** 1036/25 1037/3
1037/6 1037/11
1037/12
**212 [2]** 1037/2 1037/9
**213 [2]** 1036/12
1036/15
**216 [2]** 1036/12
1036/15
**222 [3]** 988/10 988/23
1014/17
**223 [3]** 988/10 988/23
1012/2
**229 [3]** 988/10 988/23
1016/6
**23 [1]** 1035/11
**25 [6]** 950/13 950/17
985/20 985/22 985/22
986/6
**253 [2]** 1036/12
1036/15
**258 [3]** 968/16 968/20
1012/8
**270 [1]** 1013/22
**28 [3]** 927/4 985/7
1044/10
**280 [1]** 928/5
**28th [2]** 955/23 956/23
**2:00 [1]** 1041/21
**2:50 [1]** 987/23

**3**
**3-year [1]** 984/25
**30th [3]** 1007/22
1008/17 1009/8
**31 [1]** 968/2
**31st [1]** 1028/19
**333 [1]** 928/21
**368 [1]** 1027/7
**38 [1]** 964/22
**3:10 [1]** 987/23

**4**
**4079 [4]** 1020/12
1020/13 1021/10
1021/11
**419 [1]** 1028/17
**45 [17]** 936/2 936/22
939/5 941/16 945/19
945/21 946/12 964/14
964/24 965/4 965/21
966/3 966/18 968/7

**45-basis-point [1]**
987/4
**474 [4]** 1019/22
1020/23 1021/18
1031/1
**4:55 [1]** 1043/13

**5**
**5.3 [1]** 969/24
**5.9 [1]** 979/2
**50 [2]** 945/24 1003/23
**513 [3]** 988/16 988/25
1023/3
**516 [6]** 988/14 988/16
988/20 988/25 989/3
1021/23
**521 [3]** 988/16 988/25
1025/10
**530 [2]** 969/16 969/24
**547 [3]** 988/16 988/25
1032/13
**574 [4]** 955/7 956/4
956/8 982/22
**5:00 [1]** 1038/20

**6**
**6.3 [1]** 970/3
**601 [1]** 928/16
**630 [2]** 969/19 970/2
**6720 [1]** 928/22

**7**
**700 [1]** 973/23
**75 [1]** 979/3
**79.9 [1]** 947/2
**7th [1]** 1020/5

**8**
**8.75 [1]** 978/23
**80 [2]** 945/23 945/23
**81 [1]** 1030/7
**8th [11]** 1019/15
1019/17 1019/18
1020/7 1020/9 1021/20
1022/1 1023/5 1024/11
1025/14 1030/22

**9**
**925 [3]** 988/17 988/25
1033/12
**9th [5]** 1010/16
1017/17 1017/19
1025/13 1025/15

**A**
**a.m [1]** 1038/20
**ability [3]** 1015/25
1031/5 1032/9
**able [12]** 935/21
978/19 989/20 993/9
993/23 996/23 1020/6
1022/7 1022/12 1025/5
1032/11 1036/10
**about [89]** 931/3
932/16 932/25 933/12
934/9 935/5 935/25
939/4 942/1 942/9
945/13 945/16 947/10
948/6 949/12 949/14
949/20 950/19 950/25
951/6 951/9 951/20
951/21 952/11 952/23
952/23 953/11 956/13
957/14 957/19 960/2
961/8 968/1 970/20
971/16 971/21 972/8
973/8 973/18 974/12
974/23 974/25 975/1
975/15 975/24 976/7
976/13 976/21 979/8
980/15 981/5 982/3
982/16 983/24 984/17
986/16 989/12 989/14
994/4 997/9 998/3
998/6 999/16 999/19
1002/5 1002/6 1002/17
1003/20 1004/17
1004/18 1007/6 1012/8
1020/22 1027/6
1028/11 1031/21
1032/2 1032/10
1036/17 1036/18
1036/21 1038/15
1039/18 1040/23
1041/11 1042/6
1042/10 1042/11
1043/5
**above [1]** 1044/5
**above-entitled [1]**
1044/5
**absolutely [7]** 946/25
961/11 963/25 965/22
973/14 977/24 987/3
**absorb [1]** 954/19
**accept [1]** 978/11
**access [5]** 995/7 995/8
995/10 995/10 1004/25
**accomplish [1]**

**accomplish... [1]** 1037/23
**accordingly [1]** 1032/1
**accountant [1]** 994/9
**accountant's [1]** 1002/21
**accounting [4]** 991/8 994/4 994/6 1002/22
**accuracy [1]** 1021/14
**accurate [6]** 969/9 1015/2 1022/15 1023/15 1027/18 1029/10
**accurately [1]** 1024/3
**achieve [1]** 1013/24
**achieved [1]** 993/16
**acquired [1]** 991/25
**across [2]** 1024/9 1038/17
**act [3]** 948/10 978/10 990/2
**Acting [1]** 1035/5
**action [4]** 927/2 927/9 927/10 1019/13
**actions [2]** 995/25 1016/2
**actual [10]** 963/2 975/18 1006/13 1006/17 1011/3 1011/7 1011/11 1011/17 1011/18 1012/25
**actually [16]** 933/9 941/1 941/7 948/16 953/1 955/3 957/2 965/2 971/17 978/3 978/5 978/19 978/21 980/17 984/3 1003/6
**actuals [1]** 1000/3
**Add [1]** 1037/9
**added [2]** 1010/9 1032/10
**addition [2]** 931/8 945/22
**additional [5]** 946/23 954/23 957/11 1027/22 1028/25
**address [4]** 971/20 984/12 1037/14 1040/3
**addresses [1]** 1040/2
**addressing [2]** 971/25 972/8
**adjustments [1]** 1031/25

**administration [1]** 991/8
**administrative [1]** 992/7
**admitted [2]** 989/1 1037/4
**advise [5]** 936/21 936/24 937/13 937/14 937/15
**advised [1]** 958/10
**advising [1]** 935/25
**Advisor [1]** 1035/5
**advocating [1]** 1040/8
**affect [2]** 995/24 1015/25
**affects [1]** 1015/21
**afford [4]** 953/18 954/14 959/16 959/21
**afloat [1]** 938/6
**after [11]** 957/24 958/3 960/20 978/18 982/14 989/11 991/9 991/19 1032/21 1032/22 1032/23
**afternoon [10]** 927/13 930/11 987/19 987/24 989/21 990/10 990/18 1019/12 1041/14 1041/17
**again [22]** 932/11 943/11 943/15 944/13 944/18 945/16 946/1 951/3 952/3 960/20 970/15 971/24 975/20 980/7 1016/10 1028/22 1035/15 1039/17 1039/21 1040/7 1040/8 1041/16
**against [2]** 941/3 993/5
**AGENCY [2]** 927/6 1017/2
**agenda [1]** 1012/5
**ago [5]** 956/12 957/4 1040/5 1040/5 1040/6
**agree [9]** 935/2 935/20 935/23 938/9 971/3 994/6 1028/13 1034/14 1039/13
**agreed [2]** 1042/12 1042/16
**agreement [10]** 927/10 979/23 1004/25 1020/18 1020/21

1034/3 1034/8
**agreements [1]** 961/1
**ahead [6]** 966/11 977/13 977/13 988/1 1026/23 1036/4
**aided [1]** 928/25
**AIG [15]** 935/12 935/13 938/17 938/22 949/9 960/1 966/5 966/24 967/4 967/12 967/16 974/4 974/11 978/18 978/21
**akin [2]** 1004/22 1004/23
**al [4]** 927/2 927/2 927/6 927/17
**alert [2]** 1038/16 1042/5
**alignment [1]** 1006/19
**all [77]** 930/21 930/23 931/25 932/25 933/10 933/23 934/4 939/24 943/21 944/14 946/2 946/12 946/14 946/16 946/25 949/7 952/1 953/6 957/19 960/8 960/10 960/15 961/14 963/5 964/1 964/2 964/6 964/8 964/10 964/19 965/15 965/24 967/5 969/5 971/5 971/9 973/11 973/16 974/1 974/23 975/8 975/15 976/10 979/5 981/3 987/12 987/19 988/21 989/10 989/17 992/6 993/18 995/10 996/19 1000/12 1000/14 1000/24 1005/19 1007/8 1008/3 1010/7 1010/10 1014/4 1017/21 1021/4 1030/4 1034/20 1034/24 1035/12 1036/9 1038/11 1039/14 1039/17 1041/4 1041/10 1041/11 1043/8
**all-in [14]** 939/24 944/14 946/2 946/25 960/8 960/15 963/5 964/2 964/6 964/8 964/19 965/15 973/11

**allowance [9]** 997/2 1000/4 1010/24 1011/1 1011/13 1011/20 1011/21 1019/5 1026/25
**allowed [3]** 980/20 980/25 1040/8
**almost [3]** 974/1 981/24 1009/12
**along [3]** 947/1 951/20 1001/10
**already [12]** 940/6 940/7 944/14 959/24 1000/1 1003/15 1003/15 1008/11 1011/15 1015/8 1015/11 1024/16
**also [35]** 939/20 940/9 954/22 957/7 957/11 962/23 973/8 973/23 974/10 975/15 976/12 979/8 980/14 982/2 983/24 987/10 996/2 996/7 1001/4 1001/6 1001/10 1001/14 1002/7 1002/8 1013/8 1017/2 1024/11 1027/21 1028/3 1028/7 1028/13 1029/24 1030/18 1031/4 1032/2
**alternate [1]** 974/13
**although [5]** 989/21 1017/12 1023/10 1029/19 1031/8
**altogether [2]** 942/21 966/14
**always [3]** 957/9 971/14 979/10
**am [10]** 960/14 964/1 990/2 1006/11 1014/14 1017/20 1026/9 1032/15 1032/22 1034/2
**amend [1]** 980/3
**amended [1]** 960/25
**amendment [45]** 930/17 930/20 930/24 931/8 931/12 931/14 932/1 932/2 932/12 932/25 933/5 933/6 933/9 933/10 933/12 933/22 933/25 937/25 938/4 942/10 942/11

**A**

**amendment... [24]**
942/13 942/17 942/19
943/9 943/10 948/2
953/13 957/25 958/3
960/21 960/25 970/21
971/6 971/13 979/21
980/1 983/7 996/17
999/17 1000/9 1004/13
1033/3 1033/6 1034/11
**American [3]** 948/3
958/25 959/15
**Americas [1]** 928/11
**Amiss [2]** 991/2 991/2
**amount [20]** 940/16
940/19 942/2 942/22
944/15 948/3 948/8
949/6 963/9 984/4
985/24 1004/17 1011/7
1011/13 1015/12
1015/24 1022/23
1029/14 1032/7
1034/13
**amped [1]** 1034/17
**Amy [2]** 988/3 990/4
**analyses [4]** 966/13
986/2 987/6 987/7
**analysis [22]** 937/8
937/20 949/15 950/21
951/16 965/9 966/9
966/12 966/13 966/15
982/5 983/9 985/11
986/4 986/25 987/5
987/12 1003/8 1003/9
1003/11 1004/7
1018/17
**analyst [1]** 998/2
**analytical [2]** 949/23
950/16
**analyzed [1]** 949/8
**ANJAN [2]** 930/9
970/16
**Anne [4]** 950/24
994/18 994/19 994/21
**announcement [1]**
1033/20
**annual [5]** 985/21
1027/16 1029/22
1030/13 1031/11
**another [3]** 953/20
1012/16 1014/16
**answer [10]** 932/17
940/13 940/13 962/4
963/15 966/5 966/6

**answered [2]** 1014/13
1014/14
**answering [1]** 930/15
**any [39]** 941/12 947/24
949/15 950/16 950/21
950/21 951/1 951/16
952/20 953/1 959/12
959/15 967/9 978/11
982/4 982/16 986/4
989/22 999/15 1003/20
1004/16 1005/24
1008/5 1010/5 1014/9
1014/15 1015/21
1016/16 1022/22
1032/18 1032/24
1033/7 1033/9 1033/25
1034/21 1035/17
1035/22 1038/9
1039/25
**anybody [2]** 977/23
1041/25
**anyone [7]** 995/13
996/10 996/13 999/10
999/16 1005/20
1005/24
**anything [10]** 934/4
936/2 951/2 994/10
999/25 1031/19 1034/9
1036/2 1036/5 1036/18
**anyway [1]** 1040/23
**anywhere [1]** 1008/4
**apologies [1]** 1016/10
**appear [1]** 969/8
**APPEARANCES [2]**
927/16 928/3
**appointment [1]**
1041/18
**appreciate [5]** 933/13
935/4 945/4 969/22
1041/23
**approach [5]** 949/22
949/23 950/11 950/16
1033/18
**appropriate [13]**
931/22 939/3 939/16
939/21 941/15 944/8
946/9 949/4 950/17
962/16 963/8 964/13
994/6
**approval [1]** 1001/8
**approximately [2]**
1035/3 1035/11
**are [46]** 950/9 951/3

952/13 956/20 965/22
967/9 967/18 971/2
972/21 975/5 975/13
976/21 978/2 982/17
983/15 988/3 988/21
989/2 994/14 1000/24
1005/11 1006/24
1007/2 1007/6 1011/3
1011/4 1012/20 1014/3
1014/4 1014/19
1015/14 1015/15
1017/15 1024/5 1025/2
1026/20 1027/8
1028/17 1030/8 1033/1
1034/3 1037/22 1038/8
1038/14 1040/20
1041/11
**areas [1]** 995/1
**aren't [1]** 960/12
**argue [4]** 971/21 972/8
1042/15 1042/25
**argued [1]** 1043/5
**arguing [1]** 1039/18
**argument [10]** 938/21
938/22 938/23 944/14
946/2 946/25 964/6
964/20 972/1 973/12
**arguments [1]**
1042/14
**arithmetic [3]** 968/19
969/20 969/23
**Arnold [1]** 928/16
**around [15]** 934/10
945/4 957/13 983/18
998/10 1003/23
1018/14 1019/15
1020/5 1020/9 1022/18
1023/5 1025/14
1039/14 1041/1
**arrival [1]** 1006/11
**arrive [1]** 992/24
**arrived [1]** 993/1
**article [2]** 1022/1
1022/5
**as [106]** 930/25 930/25
931/10 932/6 932/8
933/17 935/12 936/25
937/6 937/12 939/16
939/16 939/21 939/21
941/12 941/17 941/19
944/18 944/9 944/19
944/25 949/9 950/23
951/14 951/17 953/7
953/7 954/19 954/21

956/22 957/8 959/3
960/24 961/2 961/2
961/12 961/12 966/6
969/16 971/6 971/7
973/5 973/10 975/4
976/18 977/16 977/17
978/9 990/2 992/8
992/8 994/9 994/9
996/2 999/20 1000/2
1001/16 1001/16
1001/17 1001/21
1002/2 1002/2 1004/17
1004/21 1004/22
1005/6 1005/12
1006/10 1007/13
1007/22 1009/3 1009/3
1009/9 1009/17
1011/12 1011/16
1011/17 1014/3
1015/12 1015/14
1015/23 1017/20
1019/6 1019/22
1020/12 1020/17
1021/10 1021/16
1021/18 1021/23
1023/3 1023/25 1024/1
1024/11 1024/13
1027/7 1028/10
1028/17 1033/4
1033/12 1033/21
1034/12 1036/25
1037/1 1037/3 1037/3
**ASIM [1]** 928/14
**ask [16]** 932/15 933/12
967/10 972/6 976/20
979/19 979/22 984/17
990/4 994/1 1003/1
1014/8 1019/2 1019/4
1027/6 1042/13
**asked [22]** 932/16
955/2 962/5 962/13
967/8 970/20 973/1
973/8 973/18 979/8
980/14 980/15 981/5
982/2 983/24 986/10
986/16 999/4 1003/19
1018/9 1019/1 1019/5
**asking [12]** 932/12
936/18 940/15 951/9
951/20 951/21 967/16
967/17 1004/18
1033/25 1034/2
1041/17
**asleep [1]** 990/6

## A

aspect **[1]** 972/8
aspects **[1]** 1013/9
asset **[8]** 992/13
992/17 997/2 999/16
1002/2 1002/17 1013/8
1019/5
assets **[2]** 1015/9
1029/15
assigned **[1]** 963/7
assignment **[4]** 931/20
933/19 961/25 962/1
assistance **[10]**
938/20 944/17 965/7
965/9 966/5 974/2
974/5 976/4 977/19
978/12
assume **[5]** 945/17
963/7 973/1 980/16
1026/19
assuming **[4]** 949/5
973/2 1040/12 1041/12
assumption **[2]** 931/20
1004/18
assumptions **[1]**
1014/23
assurance **[1]** 974/18
Attari **[6]** 1039/3
1039/6 1040/3 1040/10
1040/18 1040/23
Attari's **[1]** 1039/19
attempt **[1]** 949/16
attempted **[3]** 950/12
952/20 1010/7
attempts **[1]** 950/18
attend **[2]** 999/23
1002/8
attendance **[1]** 997/20
attention **[3]** 1014/2
1035/24 1038/13
attorney **[1]** 990/3
attributed **[1]** 1026/12
audit **[6]** 991/14
1016/8 1016/10
1016/12 1016/22
1017/4
auditor **[2]** 991/13
1016/15
August **[31]** 938/4
940/4 940/5 940/19
941/14 969/10 969/14
983/10 983/15 1004/6
1007/14 1009/16
1016/9 1017/17

1017/19 1017/20
1019/15 1019/17
1019/18 1020/5 1020/7
1020/9 1021/20 1022/1
1023/5 1024/11
1025/13 1025/14
1030/22 1033/17
1034/4
available **[5]** 940/2
940/4 985/19 1007/20
1009/17
Avenue **[6]** 927/18
928/8 928/11 928/16
928/21 1041/22
average **[1]** 1009/23
awake **[2]** 989/20
990/9
awards **[1]** 940/1
aware **[6]** 1001/25
1003/15 1013/14
1013/15 1014/14
1017/20
away **[13]** 936/3 936/5
936/21 936/23 936/24
937/12 937/13 937/16
937/18 938/13 976/14
977/22 978/7

## B

Bachelor **[1]** 991/8
back **[13]** 931/18
932/10 935/13 940/7
941/24 944/18 961/25
966/24 979/10 984/11
1027/2 1030/21
1030/23
bad **[9]** 948/20 948/20
1006/6 1006/24
1006/25 1009/3 1009/9
1010/8 1036/2
badness **[1]** 1007/8
bads **[1]** 1009/7
bailout **[2]** 967/3 967/7
Bala **[1]** 1037/20
Bala Dharan **[1]**
1037/20
balance **[2]** 993/4
1010/6
bank **[23]** 934/11
934/11 934/13 934/13
934/21 935/10 935/10
935/15 935/15 935/15
935/15 939/9 963/18
963/23 965/1 974/13

978/22 979/4 991/2
992/1 992/3 992/8
995/21
bank's **[1]** 1005/14
banking **[2]** 980/10
1005/15
bankruptcy **[4]** 928/21
948/21 948/22 948/25
banks **[15]** 934/19
935/12 938/17 938/23
939/9 949/10 960/1
965/7 965/11 965/14
973/23 974/3 974/11
978/5 978/6
base **[1]** 1010/20
based **[30]** 937/8
937/20 937/21 937/22
939/8 949/24 950/16
951/17 953/2 953/9
954/24 960/10 960/15
963/4 963/24 964/8
965/25 975/12 975/25
976/9 980/20 980/24
985/18 1015/7 1015/11
1029/17 1030/1 1030/3
1030/3 1031/15
basic **[1]** 969/23
basically **[5]** 950/25
952/19 977/15 992/18
1032/3
basing **[1]** 1006/11
basis **[38]** 936/1 936/3
936/22 939/4 939/5
939/13 941/16 945/4
945/7 945/20 946/12
946/12 950/14 952/8
959/19 964/14 964/14
964/24 965/4 965/5
965/15 966/3 966/13
966/18 966/18 968/7
977/1 985/20 985/22
986/6 987/4 987/13
996/6 997/12 1014/1
1014/9 1018/18
1022/24
basis-point **[1]** 986/6
be **[157]**
became **[2]** 948/15
992/1
because **[50]** 934/3
938/17 940/10 941/22
947/22 952/5 954/13
954/18 956/20 957/14
959/15 963/17 965/9

971/9 971/22 972/10
974/7 975/12 976/3
977/17 978/6 978/7
981/20 983/6 987/4
987/6 987/9 993/7
993/21 998/2 998/7
1000/12 1000/20
1002/21 1005/4
1011/13 1011/15
1013/16 1015/6 1015/7
1015/20 1015/22
1020/16 1023/24
1026/16 1029/12
1031/23 1032/9
1032/19 1035/19
become **[2]** 943/14
961/17 1008/25
been **[68]** 931/21
931/22 932/6 933/20
933/20 938/12 939/3
939/20 941/7 944/7
944/8 946/9 947/9
949/4 949/15 953/23
965/22 972/18 972/24
977/18 983/13 983/14
989/14 989/15 993/16
993/17 997/18 997/19
999/10 1000/2 1000/7
1000/8 1000/10
1000/17 1000/18
1002/13 1002/18
1006/11 1006/12
1006/14 1007/7
1007/13 1008/2 1011/1
1013/14 1015/11
1017/3 1017/18
1019/19 1019/21
1019/21 1021/18
1021/22 1021/22
1022/22 1023/2 1023/3
1025/9 1025/9 1026/3
1027/6 1027/7 1028/16
1028/17 1032/13
1033/11 1033/12
1039/18
before **[24]** 927/14
935/1 953/13 957/2
971/13 996/20 998/19
998/21 1001/1 1001/15
1002/14 1004/12
1020/17 1025/5
1030/15 1035/13
1038/12 1038/19
1039/6 1039/18

## B

**before...** [4] 1039/20 1039/21 1040/10 1042/14
**beforehand** [1] 996/17
**began** [5] 1001/16 1001/17 1003/13 1031/21 1031/24
**begin** [6] 937/7 1011/11 1011/12 1011/19 1031/25 1041/19
**beginning** [5] 930/14 961/2 985/19 1004/18 1013/25
**behalf** [3] 930/12 1035/2 1039/12
**being** [19] 932/16 937/6 947/1 953/7 954/19 973/18 975/16 975/20 976/1 981/6 983/25 1004/16 1006/19 1007/5 1018/9 1019/13 1022/1 1025/3 1033/22
**belief** [1] 958/22
**believe** [16] 934/14 995/15 997/23 997/24 998/21 1001/16 1002/4 1003/19 1003/23 1007/16 1018/10 1024/15 1034/3 1035/8 1035/23 1035/24
**believed** [3] 952/14 996/22 1026/14
**benchmark** [1] 964/10
**benefit** [1] 1024/8
**benefits** [1] 1010/11
**Benson** [3] 997/17 1035/10 1036/7
**Berger** [1] 928/10
**BERGMAN** [7] 928/15 988/11 988/12 1019/8 1021/8 1042/3 1042/5
**Bernstein** [1] 928/10
**best** [4] 962/15 963/6 969/9 995/12
**better** [2] 955/17 1014/12
**between** [10] 950/24 964/2 964/13 968/25 973/4 973/6 975/1 976/7 992/18 1009/15
**Beyond** [1] 981/18

**big** [2] 1023/3 1007/25
**biggest** [3] 1015/19 1016/3 1016/4
**billion** [54] 935/8 935/16 935/22 938/1 942/6 942/6 942/7 942/14 942/15 942/20 943/4 943/5 943/5 947/3 948/7 948/8 968/11 968/16 968/17 969/11 969/14 969/16 969/24 970/3 974/21 977/3 980/8 985/20 985/21 1003/23 1004/4 1007/12 1007/17 1007/18 1007/23 1007/24 1008/12 1009/11 1009/12 1010/20 1012/13 1012/13 1022/18 1022/21 1023/1 1024/17 1024/19 1024/20 1024/22 1026/16 1026/18 1026/19 1026/20 1027/1
**billion-dollar** [1] 947/3
**billion-plus** [1] 1023/1
**billions** [5] 938/5 943/18 944/12 946/11 947/10
**bit** [8] 955/16 969/4 1001/23 1005/4 1006/13 1018/13 1018/14 1025/4
**Bitkower** [3] 988/3 990/4 990/16
**BLOCK** [1] 928/15
**blog** [4] 1032/23 1032/25 1033/19 1033/21
**blood** [1] 959/23
**board** [19] 1000/1 1000/14 1000/22 1002/8 1002/10 1002/12 1002/13 1012/4 1012/14 1013/15 1013/16 1013/18 1013/19 1014/19 1014/22 1016/9 1016/13 1016/18 1017/14
**Boies** [1] 928/8
**bond** [1] 1039/19

**book** [1] 1015/7
**books** [2] 1000/21 1015/12
**boring** [2] 1035/25 1036/5
**borrowed** [2] 944/15 948/5
**borrower** [1] 973/13
**borrower's** [1] 1015/25
**borrowing** [1] 945/14
**both** [10] 934/13 936/10 966/8 968/11 979/6 988/3 998/9 1039/24 1042/12 1042/13
**bottom** [4] 944/19 1012/8 1012/10 1023/10
**Bowler** [2] 997/22 999/1
**bps** [1] 985/22
**Brad** [6] 999/23 1000/1 1000/7 1002/7 1013/17 1017/1
**break** [4] 969/16 1002/3 1038/12 1041/17
**breakdown** [1] 968/14
**breaks** [2] 968/22 968/24
**brief** [6] 970/10 970/19 975/19 1018/16 1039/2 1042/22
**briefing** [3] 1039/5 1040/6 1042/16
**briefs** [1] 1038/14
**brighter** [1] 941/7
**bring** [3] 989/10 1038/13 1043/3
**broke** [2] 947/18 947/21
**brought** [1] 1019/4
**BTA** [1] 1026/25
**build** [1] 1011/20
**building** [2] 1011/4 1011/8
**bullet** [6] 962/22 965/6 985/14 985/15 1030/8 1030/10
**bunch** [2] 967/3 1011/15
**business** [11] 945/24 950/17 965/21 975/7

977/17 977/17 979/3 991/8 1015/8 1015/11 1015/12
**buy** [1] 934/15
**buyer** [4] 934/11 934/14 934/18 934/20
**buying** [2] 1024/7 1024/8

## C

**calculably** [1] 953/8
**calculate** [1] 982/5
**calculated** [2] 985/24 1005/12
**calculations** [1] 936/14
**calendar** [2] 958/11 958/17
**call** [4] 932/5 1005/3 1005/3 1017/2
**called** [5] 937/10 942/10 948/11 1023/19 1042/8
**Calls** [1] 977/8
**came** [10] 942/1 953/24 954/2 954/9 966/19 979/10 986/5 987/5 991/10 991/10
**can** [57] 930/5 932/9 932/17 932/19 933/3 952/7 955/16 958/6 961/18 968/14 968/16 968/20 969/5 969/24 970/6 970/24 974/13 974/17 974/25 977/13 977/14 980/7 985/8 985/14 988/5 988/9 992/23 996/2 1002/24 1003/1 1005/1 1005/3 1005/1 1005/6 1007/20 1008/25 1009/16 1009/21 1009/21 1009/23 1009/24 1010/8 1013/8 1014/6 1015/25 1016/23 1017/24 1019/3 1024/16 1024/19 1024/20 1025/18 1039/6 1039/24 1040/3 1042/15 1043/5
**can't** [8] 944/19 946/1 961/13 966/1 997/25 1008/13 1014/9 1017/16

cannot [1] 1001/5
cap [6] 938/5 942/20
942/20 942/21 942/22
943/15
capacity [1] 1021/16
capital [8] 973/19
973/24 975/21 992/4
992/5 992/9 992/12
995/21
capped [3] 943/10
943/14 980/2
caps [1] 979/11
careful [1] 1018/19
carry [3] 992/21 993/2
993/5
case [16] 931/7 932/23
932/25 941/12 949/13
950/6 955/20 960/11
960/12 962/2 980/9
986/8 995/16 1010/20
1036/17 1036/18
cases [1] 978/9
catch [3] 1006/22
1006/24 1007/1
categorized [1] 932/6
category [1] 1018/10
cause [2] 1008/14
1018/15
causes [1] 994/1
cautions [1] 1006/4
cautious [1] 1025/4
cents [1] 945/21
CEO [2] 997/17
1001/13
certain [5] 966/14
1005/1 1005/5 1024/6
1029/13
certainly [3] 957/16
1001/24 1008/3
certification [3]
1020/14 1021/12
1021/13
certified [1] 1021/13
certify [1] 1044/4
CFO [2] 992/8 1021/16
chain [1] 1033/13
chairman [3] 937/4
973/7 976/8
challenging [1] 960/12
chance [1] 933/13
change [1] 1033/5
changed [5] 955/3
1009/18 1009/25

1017/17 1031/20
changes [3] 1010/8
1014/25 1017/21
changing [1] 1008/25
characterizations [3]
950/10 951/15 953/7
characterize [3]
933/17 961/10 963/10
characterizing [1]
957/5
charge [6] 940/22
949/4 965/17 972/23
1011/18 1013/1
charge-offs [2]
1011/18 1013/1
charged [13] 939/3
944/8 946/8 949/5
950/7 951/23 960/7
964/3 964/13 971/13
971/19 973/1 980/17
charging [2] 959/25
971/17
Check [1] 928/5
checkmark [1] 962/23
chief [4] 992/6
1002/20 1016/19
1025/23
circle [2] 961/25
966/24
Citi [1] 974/4
City [1] 938/22
Civil [1] 927/2
clarification [2] 930/13
1039/2
clarifying [1] 1020/8
CLASS [2] 927/10
928/4
clear [14] 931/3
952/21 952/22 970/24
972/16 972/19 978/4
983/12 984/7 986/23
993/21 1000/8 1000/16
1032/2
clearly [2] 995/10
1017/17
client [1] 991/21
clients [1] 991/21
close [21] 998/24
1008/4 1018/23
1023/14 1023/22
1024/2 1025/6 1025/22
1026/1 1027/14
1027/17 1027/25
1028/6 1028/12

1028/24 1029/3
1029/23 1030/14
1031/6 1031/12
1035/24
closed [1] 1000/13
closing [3] 1000/20
1042/14 1043/5
closings [1] 1042/25
COLATRIANO [1]
927/17
collapse [1] 977/23
colleagues [1] 1041/7
collective [1] 1010/9
college [1] 990/21
color [1] 1001/12
COLUMBIA [1] 927/1
combined [1] 968/12
come [12] 930/5 932/9
935/13 953/25 964/16
965/8 966/22 990/5
1007/10 1008/8
1023/23 1038/17
comes [3] 931/18
975/6 1007/16
comfortable [1]
1024/23
coming [3] 1000/24
1009/22 1015/13
comments [1] 1002/9
commercial [8] 962/23
963/1 963/18 963/23
964/2 964/17 964/21
965/1
commit [2] 935/16
935/22
commitment [98]
931/10 938/1 938/4
938/15 939/8 940/1
940/9 940/17 940/20
940/23 941/1 941/3
941/8 941/10 941/22
942/6 942/14 942/22
943/1 943/10 943/13
943/17 943/23 944/1
944/5 944/11 944/16
944/22 945/5 945/17
946/10 947/9 947/11
947/20 947/23 947/25
948/6 948/23 949/2
949/6 951/24 953/20
963/14 963/19 963/21
964/20 964/21 965/1
969/10 969/13 971/1
971/6 971/12 971/18

971/23 972/11 972/14
972/20 972/23 973/10
973/20 975/2 975/2
975/4 975/5 975/25
978/23 979/2 979/9
979/15 979/16 979/19
979/22 979/24 980/2
980/3 980/13 980/16
981/5 982/5 982/9
983/14 983/19 985/18
985/19 986/7 986/7
987/10 987/11 1004/15
1004/17 1004/20
1004/21 1004/22
1004/22 1005/8
1005/12 1005/21
commitments [7]
962/23 963/2 963/18
963/24 964/2 964/17
965/2
committed [3] 938/5
943/6 980/9
committee [12] 961/1
980/10 999/24 1000/6
1016/8 1016/11
1016/12 1016/15
1016/22 1017/5
1033/14 1033/17
committees [1]
1016/12
committing [1] 935/8
common [2] 945/24
997/11
communicated [1]
1033/3
communication [1]
1001/17
communications [2]
1001/25 1001/25
companies [8] 967/3
967/4 967/5 967/6
967/9 991/14 996/4
1006/21
company [16] 943/19
993/7 995/11 995/24
996/3 1006/8 1006/10
1006/14 1010/22
1011/1 1013/24
1015/16 1022/22
1023/25 1026/24
1027/1
company's [2] 1015/1
1023/13
comparable [1] 963/14

**comparables [16]**
937/6 938/16 949/8
950/16 951/17 952/6
953/10 960/16 962/6
962/10 962/18 966/1
980/15 983/9 986/16
986/25
**comparator [1]** 963/6
**compare [1]** 1010/2
**compared [3]** 1010/25
1024/1 1024/13
**comparing [3]** 939/8
962/14 966/4
**comparison [4]** 963/5
964/2 964/8 966/20
**comparisons [2]**
965/20 975/12
**compensate [4]**
940/16 944/1 946/10
964/6
**compensation [5]**
958/25 959/10 959/15
965/6 965/14
**compiled [1]** 994/25
**completely [2]** 986/9
1008/11
**complex [1]** 939/11
**compliance [1]**
1016/19
**Complied [8]** 955/10
961/20 961/23 968/4
970/8 985/9 986/13
1037/13
**component [1]** 946/3
**comprehensive [7]**
1012/12 1014/3
1029/21 1029/22
1030/12 1031/9
1031/10
**computer [1]** 928/25
**computer-aided [1]**
928/25
**concept [2]** 948/9
992/13
**concern [1]** 1040/3
**concerning [1]** 1034/8
**concluded [1]** 1043/13
**conclusion [2]** 968/7
987/13
**condition [2]** 948/15
954/18
**conditions [2]** 1005/1
1005/5

**confer [1]** 1040/16
**confidence [1]** 987/2
**confuse [1]** 957/14
**conjunction [1]**
944/23
**connects [2]** 932/3
933/2
**cons [1]** 1033/4
**conservative [1]** 987/8
**conservatorship [4]**
948/17 967/10 967/13
967/17
**consideration [6]**
932/13 933/6 933/9
933/15 1035/17
1041/23
**consistent [7]** 931/13
986/7 987/10 1017/3
1030/15 1033/2
1034/18
**consistently [1]**
993/17
**constituents [1]** 996/2
**constitute [2]** 1028/4
1032/7
**constitutes [1]**
1034/13
**Constitution [1]**
928/21
**consultation [3]** 937/4
973/6 976/8
**consume [1]** 1009/4
**contained [1]** 1032/16
**continue [4]** 947/14
992/2 1006/16 1023/22
**continued [10]** 928/3
929/19 940/23 941/21
957/17 958/22 959/6
991/6 991/25 1021/8
**continuing [1]**
1004/20
**contract [1]** 939/23
**contracts [4]** 964/21
975/13 978/3 978/5
**contractual [1]** 975/22
**contribute [1]** 951/23
**control [2]** 1016/21
1025/2
**controls [2]** 1016/14
1016/22
**conversation [1]**
1001/1
**conversations [6]**
998/11 999/15 1000/25

**Cooper [1]** 927/17
**copy [2]** 955/11
1027/3
**Corporate [1]** 984/25
**correct [74]** 934/12
934/17 938/8 939/6
939/14 939/23 942/4
942/8 942/12 942/16
943/12 946/22 947/8
948/1 950/4 951/8
953/16 954/4 954/7
954/10 954/12 955/24
957/22 960/4 960/22
961/11 962/3 962/9
962/12 962/17 962/20
962/25 964/7 964/9
966/21 966/23 968/13
969/1 970/1 972/7
972/22 975/23 979/25
980/19 981/11 981/14
983/4 983/7 983/11
985/23 993/10 994/11
996/18 1011/23 1018/4
1021/14 1028/8
1028/14 1029/8 1029/9
1029/12 1029/25
1030/1 1030/5 1030/6
1030/16 1030/17
1030/20 1030/23
1031/14 1033/24
1034/5 1034/6 1044/4
**correction [1]** 1014/9
**corrections [1]**
1017/15
**correctly [1]** 959/1
**cost [16]** 939/24
944/13 944/14 944/20
946/2 946/3 946/25
960/9 960/15 964/2
964/6 964/8 964/20
965/15 973/11 973/16
**costs [3]** 939/24 963/5
1013/11
**could [49]** 932/8
938/21 938/22 938/22
945/19 949/20 950/7
951/12 951/23 952/7
952/8 952/16 953/17
955/7 955/15 959/21
960/18 961/21 962/21
964/12 969/3 972/20
973/20 975/16 976/2
977/21 984/14 985/7

**985/7 996/25 997/4**
1001/8 1003/18
1003/24 1008/14
1008/20 1009/4 1009/4
1011/22 1013/10
1016/2 1018/14
1020/19 1026/3 1038/5
1040/23 1042/11
1042/14 1042/25
**couldn't [3]** 954/14
959/16 990/25
**counsel [8]** 955/11
967/8 970/20 976/12
980/5 988/3 1019/9
1036/2
**counsel's [1]** 1041/24
**couple [3]** 941/24
978/25 996/17
**course [5]** 948/7
1001/22 1002/5
1005/14 1036/5
**court [14]** 927/1
928/20 966/25 975/19
982/13 1039/6 1039/20
1039/21 1039/25
1040/7 1041/16
1042/13 1043/1 1044/3
**Court's [6]** 955/6
970/9 1039/3 1039/23
1041/18 1041/23
**courtroom [5]** 930/4
989/16 1035/18
1035/20 1036/23
**cover [6]** 984/24
1022/7 1022/12
1023/11 1032/4 1032/9
**covered [2]** 998/6
1039/23
**cowboys [1]** 967/19
**CPA [1]** 994/9
**CPP [8]** 935/12 938/16
938/23 949/10 960/1
974/3 974/11 978/3
**crash [1]** 978/8
**CRC [1]** 928/20
**credible [1]** 982/17
**credit [15]** 1004/23
1005/3 1005/4 1005/6
1005/13 1005/14
1010/23 1010/24
1012/15 1012/22
1014/24 1015/16
1015/19 1015/20
1016/4

**C**

credit-related [2] 1010/24 1014/24
crisis [9] 935/1 935/5 935/15 935/19 938/18 965/7 973/19 974/3 974/24
criteria [1] 1034/16
criticism [1] 1006/3
criticizing [1] 1005/24
Cross [5] 929/4 929/7 930/7 930/9 1019/11
Cross-Examination [4] 929/4 929/7 930/9 1019/11
Cross-examine [1] 930/7
Cts [1] 928/21
cue [1] 969/3
cuff [1] 1004/8
cumulative [1] 1012/12
current [6] 1008/21 1008/22 1011/3 1012/11 1012/20 1035/10
customary [1] 1005/16
customer [1] 939/9
customers [1] 1005/15
CY [1] 958/11
cycle [2] 1000/15 1010/23

**D**

D.C [4] 927/18 928/9 928/17 928/22
Dallas [1] 967/18
damages [1] 1043/5
dangerous [1] 989/22
data [5] 963/25 975/5 986/20 986/24 987/10
date [9] 983/10 1007/22 1008/16 1009/8 1019/17 1019/19 1024/17 1024/21 1044/10
dated [7] 955/23 956/23 1009/1 1020/7 1022/1 1025/13 1033/17
dates [1] 941/20
Dave [1] 997/17
DAVID [5] 928/15 988/12 1019/8 1035/9

036/7
DAVIS [4] 928/7 987/25 990/16 991/6
day [3] 927/13 988/6 1040/22
days [1] 996/17
DC [1] 927/5
dcd.uscourts.gov [1] 928/23
deal [2] 936/13 971/1
dealings [1] 1005/14
dealt [1] 979/23
December [2] 942/19 982/14
decide [2] 1035/22 1039/6
decided [4] 931/19 951/3 972/22 973/3
decision [2] 993/8 1008/15
decisions [2] 995/25 1008/21
deck [1] 1013/22
declaration [3] 982/12 982/13 982/17
declare [1] 1025/5
decline [1] 1013/4
declines [1] 1006/7
Defendant's [1] 956/4
defendants [17] 927/8 928/14 930/12 956/3 970/20 971/21 972/1 972/8 976/13 988/12 1019/9 1019/13 1038/16 1039/12 1039/15 1041/14 1042/18
defendants' [3] 956/8 988/25 1039/3
defense [2] 988/3 1019/9
deferred [7] 992/13 992/17 997/2 999/16 1002/2 1002/17 1019/5
degradations [2] 1006/8 1006/9
degrading [1] 1014/15
degree [2] 991/7 1022/23
deja [1] 1039/17
deliver [1] 996/23
delivering [1] 993/17
Deloitte [4] 991/11 991/12 991/17 991/18

DeMarco [8] 952/19 956/1 976/25 977/4 1001/5 1003/4 1003/5 1035/5
denied [2] 1039/20 1039/21
Department [9] 935/7 936/5 938/12 938/14 943/6 946/21 950/2 955/23 956/1
depending [1] 1003/24
depends [2] 940/23 940/24
deposit [3] 964/25 974/19 974/20
deposition [13] 988/2 989/8 989/18 990/3 990/15 1019/10 1035/6 1035/9 1035/16 1035/18 1035/21 1036/7 1037/19
deposits [2] 939/10 974/17
depth [1] 1004/7
derive [3] 965/5 966/4 986/18
derived [1] 986/24
described [2] 1001/3 1039/15
describing [1] 1017/4
description [1] 1039/22
design [1] 978/4
designed [4] 947/11 948/23 949/2 978/3
desire [1] 981/6
detailed [1] 995/8
details [1] 948/19
determination [1] 960/8
determine [5] 932/8 953/8 960/15 972/18 1007/21
determined [5] 931/21 933/20 937/6 953/23 975/25
determining [1] 965/19
developments [2] 1010/5 1010/6
Dharan [1] 1037/20
dialogue [2] 1002/16 1002/18

972/20
did [77] 930/24 931/12 932/1 935/12 936/14 937/15 938/24 950/21 951/11 951/12 951/21 953/3 957/12 959/1 961/5 963/2 963/22 965/10 975/24 975/24 976/2 979/19 979/20 979/21 979/24 980/1 980/3 982/4 982/7 982/9 982/11 982/12 982/22 983/9 983/19 984/3 984/10 987/12 990/21 990/23 991/9 991/14 991/17 991/19 991/22 992/9 992/12 992/24 993/1 993/11 993/13 995/12 996/10 996/13 997/5 998/17 998/18 999/7 999/15 1003/8 1003/9 1003/20 1005/20 1008/19 1011/24 1011/25 1012/12 1015/4 1019/4 1022/10 1023/10 1023/21 1024/3 1024/12 1032/17 1033/7 1035/19
didn't [30] 934/22 934/25 935/9 936/24 951/21 957/18 964/5 964/16 964/18 965/5 965/8 965/17 966/4 971/3 971/17 978/6 978/17 979/22 984/7 986/4 986/17 994/6 1005/22 1007/8 1015/8 1020/17 1026/19 1026/23 1032/19 1038/18
differences [1] 992/18
different [10] 948/17 962/5 966/13 974/11 993/14 995/3 996/4 1009/24 1016/20 1018/15
differently [1] 1031/22
difficult [1] 995/9
dire [2] 948/15 974/3
direct [18] 929/6 934/6 935/24 936/20 937/15 939/12 949/9 949/12 950/23 951/6 960/5

**direct...** [7] 962/11 962/17 963/1 964/19 987/11 990/17 1003/4
**directed** [1] 994/5
**direction** [4] 993/20 1001/19 1009/15 1010/4
**directive** [1] 994/4
**directly** [2] 1015/21 1041/19
**Director** [2] 1003/4 1035/5
**director's** [1] 1012/14
**Directors** [2] 1014/20 1016/9
**disagree** [3] 1032/17 1033/7 1033/9
**disagreed** [1] 1032/25
**disagreement** [1] 1042/10
**disclosure** [1] 1031/20
**disclosures** [2] 996/8 1031/25
**discretion** [2] 936/11 976/8
**discussed** [3] 949/9 998/9 1014/22
**discussing** [2] 1012/21 1033/5
**discussion** [4] 997/9 1004/16 1004/19 1010/19
**discussions** [3] 950/19 1000/12 1007/6
**dispensation** [1] 1041/17
**display** [3] 1020/19 1020/21 1021/2
**displayed** [4] 989/5 1020/24 1020/25 1021/1
**dissimilar** [1] 1005/2
**distant** [3] 997/1 1000/5 1003/18
**distinction** [1] 935/4
**distressed** [1] 941/2
**DISTRICT** [4] 927/1 927/1 927/14 928/21
**dividend** [26] 944/16 945/22 947/2 953/15 953/18 959/17 959/22 959/25 960/2 960/13 961/3 984/1 984/4

1022/17 1023/12 1027/16 1028/4 1029/16 1029/22 1030/13 1031/11 1032/5 1032/8
**dividends** [6] 946/15 946/21 1027/24 1029/2 1031/5 1032/3
**do** [54] 937/2 937/3 937/17 951/18 955/11 966/9 966/12 966/13 968/16 968/20 969/24 970/21 971/5 973/20 974/14 975/16 976/14 979/10 981/6 982/25 984/1 984/24 984/25 985/11 986/3 986/21 986/22 988/1 994/10 994/13 995/22 1002/23 1004/15 1005/24 1007/12 1010/25 1016/11 1018/13 1018/17 1018/17 1019/13 1019/24 1022/1 1023/5 1025/13 1026/2 1027/15 1029/5 1031/7 1032/13 1033/13 1036/2 1039/13 1043/3
**Doctor** [1] 987/21
**document** [21] 932/16 933/4 951/6 952/2 952/4 953/3 957/11 961/19 982/7 982/8 985/2 985/5 986/3 986/12 1014/17 1014/21 1017/21 1019/25 1031/19 1032/14 1037/19
**documentary** [1] 949/19
**documents** [26] 949/13 949/14 949/17 950/1 950/5 950/6 950/9 950/15 950/22 951/4 951/9 951/11 951/13 951/22 951/25 952/1 952/15 952/17 955/19 982/3 982/4 984/11 1001/21 1007/21 1013/19 1024/16
**does** [13] 961/16

969/8 974/14 977/4 981/9 981/16 985/25 987/5 1009/20 1016/10 1021/19 1023/25 1033/20
**doesn't** [2] 963/14 985/24
**doing** [5] 934/18 952/23 959/24 991/12 1003/11
**dollar** [1] 947/3
**dollars** [10] 938/5 943/19 944/12 946/6 946/11 947/10 974/16 980/6 1007/18 1007/23
**dollars'** [1] 947/6
**don't** [57] 932/5 932/11 933/8 933/17 934/1 952/1 952/9 952/21 953/8 954/5 955/4 956/14 958/18 964/11 964/22 967/5 968/16 972/2 977/23 982/15 990/8 997/15 998/11 999/3 999/18 999/20 1002/2 1002/12 1006/12 1018/12 1019/19 1020/17 1025/16 1025/24 1026/4 1026/17 1026/24 1026/25 1029/21 1031/9 1033/9 1035/18 1035/23 1035/25 1036/17 1036/18 1038/16 1038/18 1038/20 1039/4 1040/17 1040/17 1040/25 1041/22 1042/23 1042/24 1042/24
**done** [13] 936/9 937/9 937/21 937/21 949/15 951/2 969/20 981/24 994/7 1000/23 1004/7 1019/18 1038/6
**double** [2] 1011/6 1011/22
**doubled** [1] 942/13
**down** [22] 934/24 945/23 947/22 961/19 968/22 968/24 969/16 970/6 979/1 979/3 986/12 987/21 999/21 1005/7 1022/5 1023/23

1033/21 1033/22 1033/23 1034/13 1034/18
**down-payment** [1] 934/24
**Dr** [5] 930/11 930/13 934/6 935/24 939/2
**Dr.** [26] 932/12 937/24 938/9 947/5 948/9 953/11 954/17 955/9 955/16 956/12 957/3 961/22 962/21 967/2 967/9 967/12 968/3 968/6 968/14 970/11 1039/3 1039/6 1039/19 1040/3 1040/10 1040/18
**Dr. Attari** [5] 1039/3 1039/6 1040/3 1040/10 1040/18
**Dr. Attari's** [1] 1039/19
**Dr. Mason** [2] 967/2 967/9
**Dr. Thakor** [15] 932/12 937/24 938/9 947/5 948/9 953/11 954/17 955/9 955/16 956/12 957/3 967/12 968/6 968/14 970/11
**Dr. Thakor's** [3] 961/22 962/21 968/3
**draft** [1] 1010/19
**drafts** [1] 1001/6
**draw** [6] 947/22 1005/5 1005/6 1014/2 1029/15 1032/4
**drawdowns** [1] 941/3
**drawing** [1] 959/23
**drawn** [2] 937/25 944/15
**draws** [4] 951/24 1027/22 1028/5 1029/1
**drew** [1] 934/7
**driver** [1] 1015/19
**drivers** [1] 1014/23
**due** [7] 953/25 953/25 954/2 954/9 958/21 959/5 1012/14
**during** [13] 935/19 938/18 973/19 974/3 979/14 979/18 992/11 1001/16 1007/25 1009/18 1009/22 1009/25 1010/4

1055

## D

**DX [20]** 955/7 982/22 988/14 988/15 988/16 988/16 988/16 988/17 988/20 989/3 1019/22 1021/18 1021/23 1023/3 1025/10 1027/7 1028/17 1031/1 1032/13 1033/12
**DX-368 [1]** 1027/7
**DX-419 [1]** 1028/17
**DX-474 [3]** 1019/22 1021/18 1031/1
**DX-513 [2]** 988/16 1023/3
**DX-516 [4]** 988/14 988/20 989/3 1021/23
**DX-521 [2]** 988/16 1025/10
**DX-547 [2]** 988/16 1032/13
**DX-574 [2]** 955/7 982/22
**DX-925 [2]** 988/17 1033/12
**dying [1]** 1041/25

## E

**each [11]** 942/14 943/5 943/5 943/5 943/19 945/9 945/21 947/3 956/13 956/21 958/17
**earlier [11]** 949/9 957/8 961/8 974/25 975/1 975/17 978/17 1015/14 1027/2 1027/5 1042/6
**early [4]** 1001/22 1002/20 1004/6 1009/16
**earn [1]** 1027/15
**earning [1]** 992/20
**earnings [7]** 985/11 1012/23 1022/23 1022/24 1025/25 1029/20 1031/9
**earns [1]** 1015/9
**easel [1]** 934/7
**Eberhardt [1]** 950/24
**Economic [1]** 948/10
**economy [1]** 1025/3
**Edward [1]** 1035/5
**effect [4]** 931/1 931/11 961/4 983/6

**effects [1]** 1029/14
**eight [1]** 942/9
**either [6]** 940/14 964/11 965/6 966/5 978/18 999/23
**eliminate [1]** 930/24
**eliminated [2]** 930/17 930/18
**else [4]** 936/13 976/2 976/3 1041/25
**email [7]** 999/1 999/3 1010/14 1033/12 1033/16 1034/4 1034/9
**employee [1]** 992/1
**employees [1]** 1033/20
**enabled [1]** 974/8
**encounter [1]** 992/13
**encourage [1]** 1033/19
**encouraging [1]** 1025/22
**end [32]** 936/8 936/16 936/16 936/25 937/7 937/8 937/10 937/11 937/19 939/18 939/19 942/21 942/23 943/14 944/10 945/11 945/12 945/13 945/16 968/7 976/13 976/18 979/12 979/18 988/6 992/12 1003/8 1003/9 1020/12 1021/10 1025/3 1040/22
**ended [2]** 1005/6 1028/18
**enough [6]** 983/25 1022/7 1022/12 1022/19 1023/14 1032/3
**ensure [7]** 939/9 947/13 977/19 978/5 979/6 1009/2 1026/23
**ensured [1]** 947/20
**ensuring [3]** 965/12 974/15 977/16
**entered [3]** 930/4 935/7 989/16
**enterprise [1]** 958/17
**enterprise's [1]** 931/9
**enterprises [2]** 960/24 995/22
**entire [2]** 966/15 977/22
**entities [2]** 973/4

**entitled [1]** 1044/5
**entity [3]** 973/3 974/17 992/8
**environment [1]** 1009/1
**envision [2]** 1022/6 1022/11
**equating [1]** 973/13
**equity [4]** 950/14 950/20 985/21 986/4
**errors [1]** 1014/9
**essentially [1]** 971/25
**establishing [1]** 980/1
**estimate [2]** 940/23 1013/14
**estimated [2]** 965/3 965/23
**et [3]** 927/2 927/2 927/6
**eve [1]** 1007/10
**even [23]** 930/22 943/17 950/2 952/22 952/23 959/16 961/17 964/19 965/17 969/23 974/20 978/9 979/19 980/12 987/7 996/25 1000/3 1020/19 1020/19 1020/21 1022/8 1024/22 1034/14
**evening [1]** 1039/4
**event [4]** 989/22 1005/1 1005/5 1039/19
**Eventually [1]** 1003/3
**ever [8]** 950/7 951/23 971/13 979/19 992/12 999/15 1001/1 1005/24
**every [8]** 946/2 954/8 979/20 997/15 1022/7 1022/12 1022/20 1023/1
**everything [1]** 981/23
**evidence [24]** 929/9 929/9 929/10 929/10 929/11 929/11 929/12 929/12 929/13 929/13 929/14 929/14 929/15 929/15 929/16 929/20 929/20 931/7 949/19 956/4 984/16 984/18 1004/1 1021/3
**exact [2]** 952/22 964/22

**exactly [5]** 965/11 972/12 972/12 973/10 1002/12
**examination [13]** 929/4 929/4 929/6 929/7 930/9 936/20 939/12 949/12 951/7 962/11 970/16 990/17 1019/11
**examine [1]** 930/7
**example [7]** 956/17 965/19 973/9 973/16 992/21 1019/6 1034/17
**examples [1]** 980/6
**excerpts [3]** 1027/5 1027/8 1028/18
**excess [4]** 1027/15 1029/22 1030/13 1031/10
**exchange [1]** 950/24
**excuse [1]** 998/5
**executed [1]** 942/3
**executive [4]** 999/24 1000/1 1000/6 1010/15
**exhibit [18]** 956/4 956/8 984/22 1010/13 1012/3 1013/23 1014/18 1016/7 1019/23 1020/16 1020/23 1021/24 1023/4 1023/18 1025/11 1036/12 1036/25 1037/6
**exhibits [8]** 929/8 929/19 988/4 988/13 988/23 988/25 1036/15 1038/9
**exist [3]** 997/2 1005/1 1005/5
**existed [5]** 1010/1 1010/2 1015/8 1017/19 1030/2
**exited [1]** 1036/23
**expect [13]** 1022/25 1023/21 1023/25 1024/12 1027/15 1027/21 1028/3 1028/25 1029/21 1031/10 1032/10 1038/23 1042/23
**expectation [3]** 1011/14 1015/20 1016/4
**expectations [3]** 996/3

# E

**expectations... [2]**
996/7 1012/19
**expected [3]** 1011/4
1012/12 1025/21
**expecting [1]** 1008/4
**expects [1]** 1023/12
**expense [1]** 1013/9
**expenses [4]** 1010/24
1014/24 1015/14
1015/15
**expensive [1]** 941/11
**experience [4]**
1005/15 1006/21
1029/20 1031/8
**expert [3]** 976/21
1037/19 1039/3
**explain [4]** 940/21
941/17 941/19 987/3
**explained [1]** 939/12
**explaining [1]** 933/18
**explicitly [1]** 976/6
**expressed [1]** 996/21
**expressing [1]** 1026/9
**expression [1]**
1018/18
**external [1]** 1001/25
**extremely [3]** 938/18
963/17 965/18

# F

**face [1]** 1006/9
**facilitate [1]** 998/11
**fact [19]** 930/24 931/3
931/21 932/12 941/5
941/6 941/21 950/23
952/15 954/8 954/24
963/20 981/17 1004/12
1006/19 1011/9
1022/10 1032/22
1034/14
**factors [4]** 997/1
1010/3 1014/15
1028/10
**Facts [1]** 931/5
**fail [2]** 977/22 978/7
**failed [1]** 991/23
**fair [4]** 957/5 995/5
998/14 1035/16
**FAIRHOLME [2]** 927/2
927/17
**fairly [4]** 995/22
1008/20 1008/22
1018/23

**fail [4]** 990/6 992/3
1010/24 1014/10
**familiar [4]** 948/9
948/11 1032/16 1034/3
**familiarity [2]** 960/11
1034/7
**fancy [1]** 933/16
**FANNIE [101]** 927/9
928/14 934/1 935/6
935/9 935/9 935/16
935/22 935/25 936/4
936/21 937/25 938/6
938/10 938/12 941/13
942/2 942/6 942/14
943/3 943/25 945/7
945/20 946/9 946/20
946/23 947/5 947/11
947/15 947/20 948/14
948/24 949/3 950/1
950/6 951/11 951/22
953/14 953/17 953/21
954/14 956/14 959/16
959/20 968/12 968/15
968/17 968/19 968/25
969/10 969/17 973/20
981/6 981/15 983/25
984/3 992/10 992/24
993/1 993/11 993/16
994/4 994/14 995/1
995/6 995/18 996/4
996/11 996/13 997/17
997/18 998/1 998/5
998/9 1000/25 1004/16
1005/25 1007/4
1007/11 1007/18
1008/16 1009/10
1009/20 1010/15
1012/4 1012/16
1014/10 1014/20
1015/9 1015/10 1016/9
1019/14 1019/24
1020/2 1022/11
1023/10 1024/12
1025/23 1027/8
1028/19 1035/10
**Fannie's [1]** 995/13
**far [3]** 994/9 1001/16
1002/2
**fashion [1]** 1010/10
**fast [2]** 1007/1 1007/3
**fault [1]** 1020/19
**FDIC [14]** 939/9
962/14 962/19 966/20
974/12 974/14 974/20

980/9 980/13 980/12
986/20 986/24 987/5
991/24
**February [1]** 991/18
**fed [2]** 937/5 978/19
**federal [8]** 927/5 973/7
974/19 976/9 978/2
978/22 979/4 1017/1
**fee [49]** 938/14 938/15
939/8 943/23 943/25
944/22 945/25 947/3
953/20 961/1 963/14
963/21 964/20 971/1
971/6 971/13 971/13
971/18 971/23 972/11
972/15 972/20 972/23
975/3 975/25 978/23
979/2 979/19 979/24
980/3 980/10 980/16
982/5 982/9 983/2
983/14 983/19 985/18
985/20 986/7 986/7
987/11 1004/15
1004/17 1004/20
1004/21 1004/22
1005/8 1005/21
**feedback [2]** 1001/7
1001/8
**feeding [1]** 995/4
**feels [1]** 1040/5
**fees [10]** 931/10 939/8
940/1 962/14 965/1
966/20 975/5 1005/9
1005/11 1009/25
**fell [1]** 941/20
**felt [2]** 993/14 1024/24
**few [5]** 970/18 1008/10
1018/9 1019/2 1038/15
**fewer [1]** 1013/13
**FHFA [32]** 928/14
935/25 936/21 948/16
950/2 952/13 953/3
956/1 956/14 958/9
994/3 996/6 996/13
998/5 999/16 999/22
1001/6 1001/15
1001/24 1002/17
1002/21 1003/14
1004/9 1005/20
1005/24 1008/7
1013/14 1013/20
1017/2 1017/4 1034/15
1035/5
**fifth [1]** 1023/18

**figure [1]** 962/15
**file [10]** 1001/5 1001/5
1038/14 1038/18
1038/20 1039/4
1039/24 1040/9
1042/18 1042/19
**filed [2]** 1001/11
1019/19
**filing [1]** 1019/24
**filings [2]** 996/9
1001/9
**fill [2]** 947/25 948/4
**final [4]** 965/22 966/2
966/15 1001/9
**finally [3]** 966/18
986/10 1028/10
**finance [3]** 927/5
999/13 1017/2
**financial [43]** 935/1
935/5 935/15 935/19
938/11 938/17 938/18
939/11 941/13 941/23
947/13 948/15 954/18
965/7 965/12 966/5
973/19 974/3 974/6
977/20 978/7 978/14
979/6 991/15 992/6
993/15 993/16 998/1
1008/15 1010/18
1010/20 1013/10
1015/15 1016/14
1018/2 1018/3 1023/25
1024/12 1024/15
1025/23 1028/12
1028/24 1029/12
**financially [2]** 940/10
993/20
**financials [2]** 974/4
998/7
**findings [2]** 1001/6
1016/16
**fine [4]** 977/21 1012/7
1014/16 1036/1
**finish [2]** 963/11
976/24
**first [25]** 941/11
942/11 942/13 953/25
959/4 962/22 963/25
967/13 979/9 979/21
984/2 988/19 988/20
990/25 993/15 1001/7
1007/15 1007/17
1024/2 1024/14 1033/1
1037/14 1039/1

# F

**first... [2]** 1039/20 1041/15
**fit [1]** 966/7
**five [7]** 998/15 1012/11 1013/4 1014/4 1014/5 1015/1 1031/7
**five-year [4]** 1012/11 1013/4 1014/5 1015/1
**Flexner [1]** 928/8
**flip [1]** 1006/25
**floor [1]** 1019/7
**fluctuations [1]** 1024/6
**fluid [1]** 1008/24
**flying [1]** 1039/14
**focus [6]** 946/1 956/25 957/2 958/6 960/18 1016/13
**focused [1]** 1006/15
**folks [1]** 1003/14
**follow [1]** 970/18
**follow-up [1]** 970/16
**following [1]** 1019/14
**footing [1]** 993/17
**forcing [1]** 959/22
**forecast [15]** 984/25 995/1 995/13 1000/13 1007/8 1010/7 1012/11 1012/14 1012/20 1012/20 1014/5 1014/23 1014/24 1029/17 1030/1
**forecasted [1]** 1012/12
**forecasts [18]** 993/18 995/20 995/21 996/5 996/8 996/21 997/9 997/13 997/14 1000/3 1000/23 1006/10 1006/16 1006/18 1006/19 1008/19 1029/12 1030/3
**foreclosed [1]** 1013/8
**foreclosure [1]** 1015/22
**foregoing [1]** 1044/4
**forget [3]** 938/14 1006/5 1007/7
**form [3]** 1008/6 1019/24 1028/18
**formal [5]** 949/15 951/16 958/18 999/21 1002/3
**formally [1]** 957/12

**former [1]** 1035/4
**forms [1]** 1005/2
**formula [1]** 949/22
**forth [1]** 960/12
**forward [5]** 930/5 959/19 990/5 992/22 1030/8
**forward-looking [2]** 959/19 1030/8
**forwards [2]** 993/2 993/5
**found [1]** 962/14
**four [2]** 1010/21 1026/17
**fourth [7]** 958/10 958/16 983/2 985/14 985/15 1003/11 1025/19
**fragile [1]** 954/25
**fragility [3]** 957/17 958/22 959/6
**frankly [1]** 994/5
**FREDDIE [56]** 927/9 928/15 934/1 935/6 935/9 935/9 935/17 935/22 935/25 936/4 936/21 937/25 938/6 938/10 938/13 941/13 942/2 942/7 942/14 943/4 943/25 945/8 945/20 946/9 946/20 946/24 947/5 947/11 947/15 947/21 948/24 949/3 950/2 950/6 951/12 951/22 953/14 953/17 953/21 954/14 956/14 959/16 959/21 968/12 968/15 968/18 968/19 968/25 969/13 969/19 970/2 973/20 981/6 981/15 984/3 985/2
**Freddie's [2]** 948/14 983/25
**Friday [3]** 990/11 1042/19 1043/1
**Frost [1]** 950/25
**fulfill [2]** 958/24 959/9
**full [4]** 990/18 1003/8 1003/9 1024/21
**fully [1]** 964/5
**function [1]** 1016/11
**functioning [1]** 974/7
**funding [5]** 944/14

974/8 978/18 1004/25 1004/25
**funds [12]** 927/2 939/25 940/2 940/4 941/1 941/2 942/2 943/13 967/3 967/7 975/9 1023/11
**Funds,et [1]** 927/17
**further [7]** 970/11 987/18 1003/25 1004/2 1008/12 1027/23 1029/2
**future [28]** 940/8 941/2 941/6 941/20 951/24 993/23 995/14 995/24 997/1 1000/5 1003/18 1005/25 1007/13 1008/16 1011/4 1011/8 1011/14 1015/13 1018/5 1018/18 1027/14 1027/17 1027/23 1028/5 1028/23 1029/2 1031/5 1032/11

# G

**GAAP [1]** 992/20
**game [1]** 976/5
**gap [2]** 947/25 948/4
**gave [7]** 953/1 954/16 954/22 1001/5 1018/16 1024/24 1027/2
**Gehring [2]** 994/18 994/21
**general [4]** 974/4 1003/16 1007/5 1032/16
**generally [6]** 999/8 999/25 1005/11 1016/13 1016/22 1018/19
**generate [4]** 1029/21 1030/12 1031/10 1032/11
**generating [2]** 958/24 959/10
**gentleman [1]** 997/25
**get [26]** 944/24 949/20 959/12 963/2 964/4 964/24 966/6 988/4 988/5 996/25 1003/12 1011/6 1011/22 1015/22 1019/3 1020/13 1021/11 1022/25 1024/9

1026/25 1036/10 1038/6 1038/21 1041/23 1042/14 1042/24
**gets [1]** 933/25
**getting [9]** 934/23 940/10 945/3 948/19 966/2 1000/23 1001/23 1014/12 1038/10
**gist [1]** 1024/9
**give [10]** 965/19 966/12 966/13 978/12 982/16 1003/1 1035/15 1035/17 1035/18 1043/1
**given [18]** 934/4 939/23 939/24 941/4 941/11 946/15 949/7 949/8 954/15 957/7 957/9 962/1 964/6 983/17 1014/11 1015/10 1022/24 1024/3
**gives [1]** 965/25
**giving [10]** 970/25 976/20 977/7 977/9 977/10 983/13 983/21 987/7 1004/7 1018/21
**go [19]** 930/23 952/23 962/21 963/25 966/10 977/13 977/13 985/4 985/7 988/1 990/23 991/9 991/19 1001/10 1001/11 1007/20 1012/1 1015/22 1036/4
**goal [1]** 981/15
**goals [1]** 1034/15
**goes [2]** 944/18 1011/16
**going [55]** 931/4 943/10 943/14 943/15 943/17 943/18 953/25 958/1 959/12 959/14 959/14 961/13 961/15 963/8 966/10 968/23 968/24 973/1 977/4 978/10 979/11 981/23 984/11 988/2 988/3 989/22 990/2 993/19 993/22 993/23 998/6 999/25 1006/24 1007/3 1007/11 1007/23 1008/9 1008/10 1010/12 1011/11

**G**

**going... [15]** 1012/7 1012/24 1014/17 1015/22 1015/24 1016/6 1025/24 1026/20 1034/24 1038/25 1039/4 1039/13 1040/10 1041/5 1041/11
**good [13]** 930/11 934/20 987/24 990/18 1001/18 1004/1 1007/1 1010/8 1016/2 1019/12 1036/19 1041/14 1043/8
**goods [3]** 1009/3 1009/7 1009/8
**got [13]** 934/6 942/19 942/20 946/5 946/5 948/15 963/20 967/3 987/9 1001/8 1006/15 1017/16 1041/4
**gotten [2]** 948/6 983/18
**gouge [1]** 976/2
**government [8]** 935/11 960/6 967/3 967/9 967/13 967/17 974/6 974/24
**governmental [1]** 991/16
**graduate [1]** 990/21
**graduated [1]** 991/9
**graduation [1]** 992/11
**Grant [1]** 950/24
**great [3]** 968/23 1040/17 1043/10
**greater [4]** 984/3 1008/2 1024/8 1025/21
**grieve [1]** 932/11
**Griffin [1]** 1017/1
**Grossmann [1]** 928/11
**group [2]** 974/4 978/2
**groups [1]** 992/8
**GSAs [1]** 940/7
**GSE [1]** 1034/18
**GSEs [17]** 935/19 939/25 940/9 941/6 941/22 947/4 954/18 955/1 964/3 965/11 965/16 973/6 973/14 977/16 977/17 1033/21 1034/14
**guaranteed [1]** 947/6

**guess [4]** 928/21 1028/21 1031/7 1032/24
**guidance [7]** 937/22 949/20 953/1 953/9 965/18 976/10 1039/25
**guided [1]** 951/17
**gun [2]** 936/12 978/11

**H**

**had [82]** 931/21 932/7 933/19 933/20 934/11 935/10 936/9 937/9 937/20 937/21 937/25 938/4 938/5 940/9 941/7 943/4 943/8 948/5 948/7 949/15 949/22 951/1 952/20 953/23 957/7 957/9 957/13 964/23 965/20 968/17 968/18 972/22 979/6 982/3 983/13 983/17 984/5 993/8 993/16 993/17 994/5 995/7 995/8 995/10 996/4 996/20 996/20 996/21 997/9 998/10 999/20 999/21 1001/7 1001/10 1002/3 1002/16 1002/18 1004/6 1004/9 1006/10 1006/14 1006/21 1007/10 1007/24 1007/24 1008/2 1008/3 1008/6 1008/8 1009/12 1009/12 1011/1 1011/14 1011/15 1012/21 1014/13 1020/18 1024/16 1027/1 1030/4 1031/22 1042/6
**hadn't [2]** 972/17 1020/22
**half [13]** 939/22 945/8 949/5 964/24 975/7 987/4 987/13 1014/10 1023/24 1024/1 1024/2 1024/13 1024/14
**halfway [1]** 1009/13
**HAMISH [3]** 928/7 970/15 1037/8
**Hampshire [1]** 927/18
**handed [8]** 1019/21 1021/22 1023/2 1025/9

1032/13 1033/11
**happen [8]** 971/17 977/4 1000/25 1002/23 1003/18 1008/10 1008/14 1038/25
**happened [5]** 943/8 943/8 971/23 976/21 1006/6
**happening [2]** 934/25 1009/3
**happens [1]** 1007/9
**hard [7]** 1006/9 1006/22 1006/24 1007/1 1008/13 1022/6 1022/11
**has [14]** 936/15 936/15 936/16 944/19 974/20 977/2 977/16 989/14 1017/14 1022/22 1028/22 1030/10 1039/9 1042/3
**Haskins [1]** 991/11
**haul [1]** 993/25
**have [149]**
**haven't [4]** 933/11 951/2 969/20 1039/16
**having [9]** 948/8 954/25 981/10 981/13 1006/8 1006/21 1011/20 1021/18 1032/17
**he [20]** 932/17 952/16 952/20 952/22 952/23 977/9 982/4 982/7 982/7 982/8 982/9 982/11 982/22 983/20 997/18 997/18 997/23 997/23 998/2 1033/18
**he's [5]** 932/16 977/9 983/21 999/1 1033/1
**head [9]** 936/12 945/3 968/17 978/11 994/18 994/21 1001/19 1001/19 1011/6
**headed [1]** 994/17
**Headquarters [1]** 1012/5
**hear [3]** 1000/7 1002/8 1018/20
**heard [4]** 951/15 967/8 967/10 1037/15
**heavily [1]** 1006/15
**help [12]** 935/19

944/25 945/4 951/20 953/8 963/2 963/14 978/13 978/14 996/2 1016/2 1040/1
**helping [1]** 958/2
**her [3]** 989/15 994/25 1004/8
**HERA [2]** 948/11 948/14
**here [25]** 958/7 961/11 961/25 962/22 964/12 965/20 966/25 967/2 969/8 969/9 972/6 982/16 985/11 988/5 989/23 1006/13 1012/6 1017/22 1018/19 1020/6 1026/12 1035/17 1035/19 1036/22 1040/1
**Here's [1]** 1007/15
**herman [5]** 928/20 928/23 1044/3 1044/10 1044/10
**hesitant [1]** 1038/14
**hey [1]** 967/18
**high [9]** 939/21 940/8 945/13 945/16 968/7 976/13 976/18 1023/22 1024/7
**high-end [1]** 968/7
**high-selling [1]** 1024/7
**higher [9]** 936/16 937/8 937/10 965/21 977/1 978/24 1012/13 1013/3 1015/24
**higher-end [2]** 936/16 937/8
**highest [1]** 987/8
**highlighting [1]** 1010/19
**him [3]** 967/10 997/19 1041/11
**himself [1]** 952/21
**hindsight [1]** 995/15
**his [4]** 952/25 997/25 1003/5 1033/7
**historic [1]** 946/10
**historically [1]** 1031/22
**history [1]** 1006/7
**hitting [1]** 1011/7
**HOFFMAN [9]** 928/15 929/4 930/7 930/12

**HOFFMAN... [5]**
967/18 982/2 986/2
1039/9 1039/11
**hold [1]** 978/11
**holding [1]** 936/12
**home [18]** 934/10
934/10 934/14 934/18
934/20 934/24 1009/17
1009/20 1014/25
1015/4 1015/20
1015/23 1016/1 1016/1
1016/3 1023/23 1024/6
1025/20
**home-price [1]**
1025/20
**Honor [48]** 930/8
932/15 932/17 955/6
956/3 956/5 956/6
967/20 970/9 970/12
977/6 977/8 977/12
980/22 981/1 981/21
981/24 982/19 983/20
984/16 984/19 984/20
987/18 987/22 987/24
990/10 1021/7 1035/2
1035/8 1036/9 1036/11
1036/13 1036/24
1037/5 1037/11
1037/14 1038/12
1039/11 1039/18
1039/24 1041/2 1041/6
1041/9 1041/13
1041/14 1041/16
1041/21 1043/10
**HONORABLE [1]**
927/14
**hook [1]** 943/6
**hope [1]** 1037/22
**hopefully [3]** 970/19
989/20 1042/25
**hoping [1]** 1038/6
**hour [1]** 989/15
**house [1]** 934/15
**housing [14]** 927/5
940/6 940/11 941/5
941/20 948/10 954/25
955/4 957/13 957/17
993/22 1017/2 1023/17
1023/20
**Houston [3]** 991/10
991/10 991/20
**how [29]** 932/1 933/2
933/18 935/25 940/22

942/1 945/9 952/12
953/1 956/13 968/14
968/22 975/13 982/5
985/24 989/13 991/17
991/22 992/9 1003/20
1006/24 1007/1 1007/2
1007/3 1009/18
1009/25 1012/22
1035/25 1042/15
**huge [4]** 950/10 952/8
953/8 1015/15
**huh [15]** 931/6 931/16
933/24 944/6 945/6
945/18 958/13 962/7
970/23 979/17 982/24
990/14 1027/4 1027/10
1031/3
**HUME [7]** 928/7 929/4
930/15 930/16 970/15
1037/8 1039/13
**hundred [1]** 939/13
**hundreds [5]** 943/18
944/11 944/11 946/10
947/10
**hundredths [3]** 939/16
944/9 949/5
**hypotheticals [1]**
943/3

**I**

**I'd [4]** 930/13 936/24
984/12 985/4
**I'll [8]** 952/2 969/20
981/3 983/22 989/19
1036/20 1040/16
1041/16
**I'm [50]** 931/3 931/25
932/22 933/3 933/5
933/10 933/18 936/18
937/18 940/5 940/12
940/12 940/13 940/15
941/9 951/9 951/20
951/21 953/6 953/13
957/6 960/14 963/11
964/10 965/20 966/6
966/8 968/23 968/23
968/24 971/24 972/22
973/2 976/25 981/24
983/16 988/15 990/25
994/24 999/4 1001/2
1004/18 1007/20
1010/12 1013/18
1037/12 1040/8 1041/6
1041/9 1041/16

**I've [7]** 933/16 946/9
950/9 978/1 986/2
999/4 1039/18
**i.e [1]** 941/1
**IAN [3]** 928/15 930/12
1039/11
**Ian Hoffman [1]**
1039/11
**idea [4]** 963/20 964/4
1003/21 1041/4
**identification [8]**
1019/22 1020/12
1021/10 1021/12
1021/23 1025/10
1028/17 1033/12
**identified [1]** 1016/17
**ignorance [1]** 1016/10
**ignored [1]** 964/19
**illustrate [1]** 973/11
**illustration [1]** 973/15
**illustrations [1]** 934/7
**immediately [2]**
957/24 958/3
**impact [4]** 950/14
950/19 985/21 1014/24
1015/1 1015/5
**impacted [1]** 1013/10
**impartial [1]** 1035/16
**implied [2]** 936/11
965/1
**implies [1]** 987/11
**important [5]** 977/4
994/10 1008/15
1008/22 1009/2
**impose [1]** 957/18
**imposed [2]** 963/8
968/11
**imposing [1]** 959/9
**imposition [1]** 958/23
**impossible [1]** 974/15
**improve [3]** 1006/16
1007/3 1011/11
**improved [5]** 1006/20
1010/9 1012/15
1012/21 1012/22
**improvement [2]**
1023/20 1025/20
**improvements [3]**
1009/22 1013/9
1031/24
**improving [3]** 993/15
1012/17 1031/23
**inapt [1]** 967/22
**INC [1]** 927/2

**incalculably [4]**
952/17 953/4 982/9
1005/21
**including [2]** 942/25
1018/5
**income [17]** 983/24
983/25 984/3 984/5
1012/12 1014/2 1014/3
1023/13 1029/21
1029/21 1029/22
1030/12 1030/13
1031/9 1031/10
1031/10 1032/5
**inconsistent [2]** 986/8
1034/10
**incorporate [2]** 1001/8
1010/7
**incorrect [1]** 1026/21
**increase [2]** 1027/23
1029/2
**increased [5]** 958/24
959/10 959/15 979/21
1012/23
**increasing [1]** 1028/5
**indefinite [1]** 1027/17
**index [2]** 1009/17
1009/20
**indicate [2]** 952/6
955/3
**indicated [6]** 950/17
951/14 954/21 957/8
974/1 986/9
**indicates [1]** 973/5
**indication [3]** 1012/16
1012/19 1040/2
**individuals [3]** 998/13
999/22 1016/20
**indulgence [2]** 955/6
970/9
**inflection [3]** 1010/23
1010/25 1011/9
**inform [2]** 996/2 996/8
**information [11]**
963/17 995/4 995/8
995/10 1002/15
1009/17 1009/21
1017/22 1024/3 1030/4
1032/16
**informed [1]** 1002/6
**infrastructure [1]**
992/7
**initial [3]** 940/1 944/22
978/23
**Initially [1]** 992/6

**I**

**input [1]** 996/5
**inputs [1]** 995/1
**inside [1]** 995/11
**insofar [1]** 1009/9
**insolvent [1]** 948/15
**instance [1]** 1016/14
**instances [1]** 994/3
**instead [2]** 931/21
1011/20
**institutions [11]**
938/17 939/11 940/25
944/16 960/7 974/2
974/8 974/24 975/21
978/13 991/15
**instruction [2]** 980/21
980/24
**instruments [1]**
1005/10
**insurance [5]** 962/14
964/25 966/20 974/19
974/20
**integrity [1]** 994/9
**intend [2]** 984/7
984/17
**intended [4]** 940/16
958/24 959/9 1039/16
**intent [1]** 973/14
**interactions [1]**
999/22
**interest [12]** 938/19
941/20 965/12 977/16
977/19 978/13 978/14
978/15 978/24 979/6
979/7 1015/15
**interesting [1]** 989/19
**interim [1]** 1033/19
**internal [2]** 1000/25
1016/15
**interpret [2]** 1033/25
1034/1
**interpreted [1]** 937/12
**interrupted [1]** 1001/2
**interview [2]** 1026/6
1026/10
**interviewed [2]**
1019/13 1022/2
**interviews [1]** 1019/18
**invest [2]** 935/8
935/16
**invested [1]** 977/3
**investor [1]** 1040/3
**involve [1]** 938/24
**involved [2]** 965/9

**involves [1]** 937/4
**is [212]**
**isn't [3]** 938/6 1015/12
1033/24
**isolate [1]** 1022/24
**isolation [1]** 946/1
**issue [1]** 1040/10
**issued [2]** 1040/4
1040/5
**issues [1]** 1016/16
**issuing [1]** 1001/15
**it [262]**
**it's [72]** 931/7 932/4
932/6 936/14 937/19
939/20 946/8 948/21
949/3 959/14 959/14
959/22 960/8 961/11
961/15 964/7 964/9
968/16 968/19 968/20
969/1 970/24 973/5
974/15 975/6 975/10
977/18 977/21 978/9
980/12 984/16 985/2
986/9 987/9 989/12
989/18 989/19 989/21
989/21 989/25 995/22
1000/12 1002/20
1002/21 1003/17
1005/4 1006/12
1006/22 1006/24
1007/1 1012/9 1012/19
1017/16 1019/24
1020/7 1020/19 1022/4
1022/6 1025/12
1027/12 1031/18
1035/4 1035/9 1035/10
1035/22 1036/19
1037/4 1038/5 1038/25
1039/23 1041/21
1041/21
**italics [2]** 1027/12
1028/23
**item [3]** 989/18 994/4
1015/15
**items [2]** 992/19
992/20
**its [11]** 944/19 946/10
958/24 959/9 992/8
993/4 1009/20 1016/11
1023/25 1024/12
1032/19
**itself [2]** 1004/22
1025/25

**J**

**James [1]** 1017/1
**January [4]** 961/2
991/25 1010/14
1010/16
**Jeff [7]** 950/25 999/23
1000/2 1000/6 1002/7
1013/17 1017/1
**job [1]** 934/20
**join [2]** 992/3 992/10
**Joint [1]** 931/4
**joke [1]** 952/23
**Jonathan [1]** 1041/13
**JONES [1]** 928/14
**Journal [2]** 1021/25
1022/2
**JUDGE [2]** 927/14
1040/6
**July [9]** 927/4 1000/19
1004/6 1009/16 1012/4
1012/17 1014/11
1014/20 1044/10
**July/early [2]** 1004/6
1009/16
**June [2]** 1007/22
1014/11
**juries [1]** 1036/3
**jury [16]** 927/13 930/4
930/11 940/13 955/8
970/24 974/25 975/17
980/8 985/17 988/4
989/10 989/16 1035/15
1036/23 1040/25
**just [92]** 930/25 931/3
931/25 932/22 933/1
933/16 933/18 933/22
936/5 936/18 936/21
938/13 939/22 941/14
943/3 943/22 945/5
945/17 946/14 946/18
951/3 955/8 955/12
955/15 956/5 957/2
957/3 957/19 960/5
960/14 961/11 963/11
964/5 964/12 964/19
964/20 965/10 966/6
966/8 966/15 969/4
969/5 969/8 970/18
970/24 972/6 972/13
972/16 972/19 972/22
973/2 973/11 976/20
976/24 977/9 978/17
980/7 983/12 983/20
984/7 984/19 985/4

986/20 986/23 987/4
988/5 989/2 997/8
999/20 1000/8 1000/16
1002/4 1004/7 1007/5
1012/6 1012/8 1020/11
1021/9 1033/25
1034/16 1035/13
1035/19 1035/21
1036/6 1036/11 1037/9
1038/12 1038/16
1038/20 1039/5 1042/5
1043/7
**justification [1]** 986/4
**justified [1]** 954/24
**justify [2]** 937/8
937/20
**JX [1]** 931/7
**JX-1 [1]** 931/7

**K**

**Kaye [1]** 928/16
**keep [7]** 938/6 947/11
948/23 949/2 981/6
990/9 1033/18
**keeping [2]** 1002/5
1006/9
**KENYA [2]** 928/7
987/24
**kept [1]** 1018/23
**Kessler [1]** 928/5
**key [5]** 1003/4 1010/3
1014/15 1014/22
1033/1
**KHALELAH [1]** 928/7
**kicks [1]** 983/7
**kind [14]** 937/11
950/22 1000/14
1001/14 1002/6 1004/7
1004/8 1011/9 1016/20
1018/17 1019/3
1023/21 1042/7 1042/8
**kinds [3]** 951/4 956/17
1000/24
**King [1]** 928/5
**Kirk [1]** 927/17
**knew [3]** 976/3 992/15
998/2
**know [65]** 932/5 933/8
933/17 938/21 943/21
948/5 948/6 949/9
950/10 950/15 950/18
951/15 952/7 952/9
952/22 964/18 967/12
967/13 968/20 973/5

# K

**know... [45]** 978/2
982/12 989/21 992/11
997/3 997/13 998/8
998/25 999/20 1000/20
1000/23 1001/22
1006/5 1006/5 1006/6
1006/12 1006/25
1007/6 1007/6 1008/12
1008/20 1009/9
1011/15 1012/17
1013/18 1015/13
1015/23 1016/19
1017/13 1017/16
1018/12 1018/13
1018/14 1018/15
1019/4 1019/5 1026/4
1026/11 1036/3
1038/19 1039/4 1040/3
1040/6 1042/15
1042/23
**knowledge [1]** 999/3
**KRAVETZ [2]** 928/10
1035/2

# L

**lady [1]** 988/2
**LAMBERTH [1]** 927/14
**language [8]** 933/2
936/9 937/1 937/2
975/17 975/22 976/6
976/10
**large [11]** 939/9
939/11 952/17 953/5
953/8 978/18 982/9
995/22 1003/20
1005/21 1011/7
**larger [1]** 1003/24
**largest [1]** 991/21
**last [13]** 960/18 960/23
976/1 976/1 985/4
1008/10 1014/14
1014/21 1014/21
1016/25 1025/1
1028/22 1037/1
**late [5]** 989/21 990/10
1004/6 1009/15 1010/2
**late-summer [1]**
1010/2
**later [4]** 942/9 957/10
1002/25 1010/21
**latter [4]** 1007/25
1023/24 1024/1
1024/13

**Laughter [7]** 946/7
967/19 967/21 990/7
991/5 1042/2 1042/4
**law [1]** 948/11
**LC [1]** 1005/4
**leading [1]** 972/3
**learned [1]** 996/16
**least [4]** 967/23 998/15
1022/21 1029/16
**leave [3]** 993/11
993/13 1036/22
**led [1]** 987/12
**LEE [1]** 928/4
**left [3]** 991/18 992/3
992/10
**legal [2]** 970/25 992/8
**lend [1]** 934/14
**lender [1]** 976/1
**less [5]** 941/10 975/5
998/19 1011/14
1035/18
**let [10]** 963/11 976/24
977/22 977/22 1014/8
1020/13 1021/11
1030/23 1035/13
1037/14
**let's [17]** 935/4 941/24
945/13 945/16 953/11
956/25 960/17 965/20
966/24 968/2 976/24
1006/5 1007/6 1007/21
1012/1 1014/16
1025/18
**letter [13]** 955/22
956/13 956/17 957/1
957/3 957/21 958/9
959/3 960/17 982/22
983/5 983/17 1005/4
**letters [3]** 955/25
956/18 1005/13
**letting [1]** 1000/23
**level [4]** 987/1 1013/3
1016/17 1025/25
**liability [2]** 940/24
941/21
**LIBOR [1]** 979/1
**light [3]** 962/13 981/16
995/3
**like [40]** 930/13 933/1
935/10 948/21 948/22
948/25 950/13 950/15
950/19 955/8 959/22
964/22 965/10 967/4
967/17 967/22 968/18

968/21 968/21 974/4
975/7 976/14 977/21
978/10 979/9 984/12
984/18 985/4 993/14
998/1 1001/13 1017/14
1024/24 1030/10
1033/25 1035/16
1035/21 1039/17
1039/23 1040/5
**likelihood [2]** 940/25
1023/23
**likely [2]** 993/8 1038/1
**limit [2]** 942/22 979/10
**line [8]** 968/6 974/21
984/13 1004/23 1005/3
1005/6 1016/24 1037/1
**lines [3]** 1005/13
1014/3 1031/7
**lineup [1]** 1002/24
**list [1]** 989/3
**listen [1]** 1036/18
**literally [3]** 937/12
937/18 976/18
**literature [1]** 951/1
**litigation [1]** 982/14
**LITIGATIONS [1]**
927/11
**Litowitz [1]** 928/10
**little [8]** 948/6 955/16
969/4 1001/12 1005/4
1006/13 1018/13
1018/14
**LLP [4]** 928/5 928/8
928/11 928/16
**loan [19]** 934/10
934/19 962/23 963/1
963/9 963/14 963/18
963/23 964/2 964/17
964/21 965/2 975/4
987/10 1011/2 1012/24
1013/3 1013/11
1015/24
**loans [4]** 1011/3
1011/5 1013/13
1015/21
**long [19]** 930/25
931/10 961/2 961/12
971/7 989/12 989/13
991/17 991/22 992/9
993/25 993/25 1015/9
1027/13 1028/11
1028/24 1029/23
1030/14 1031/12
**long-term [5]** 1015/9

1027/15 1028/11
1028/24 1031/12
**look [43]** 933/13
941/19 944/19 944/21
944/21 944/22 944/23
946/2 949/19 952/2
952/3 953/10 960/17
965/24 968/2 973/15
975/11 1001/18
1006/17 1007/20
1009/7 1009/16
1009/17 1009/21
1009/23 1009/24
1010/1 1012/7 1012/22
1013/21 1017/7 1020/6
1022/4 1022/17 1023/9
1023/18 1025/19
1027/11 1028/21
1030/7 1030/9 1030/21
1031/2
**looked [13]** 944/20
949/17 950/1 962/5
962/18 962/23 964/1
964/20 973/24 975/16
975/17 975/21 993/19
**looking [14]** 949/13
949/13 950/11 950/22
952/10 957/21 959/19
964/16 964/24 965/6
966/19 1003/7 1029/17
1030/8
**looks [2]** 1017/14
1030/10
**lorraine [5]** 928/20
928/23 1044/3 1044/10
1044/10
**lose [2]** 1007/12
1007/23
**loss [13]** 992/21 993/2
993/5 1007/25 1007/25
1008/3 1009/11
1009/23 1010/23
1011/2 1012/24 1013/3
1032/5
**losses [12]** 1011/3
1011/4 1011/7 1011/8
1011/11 1011/14
1011/17 1015/17
1015/19 1015/20
1016/4 1032/5
**lot [24]** 932/22 938/17
938/23 949/17 950/9
950/11 960/2 963/23
972/14 976/12 977/18

**L**

**lot... [13]** 979/8 983/9 1005/15 1006/6 1006/18 1008/24 1009/14 1018/20 1025/2 1039/13 1039/14 1039/22 1041/22
**loud [1]** 985/17
**low [9]** 936/1 939/16 939/18 939/19 944/9 944/10 945/11 945/12 1024/8
**low-selling [1]** 1024/8
**lower [10]** 936/16 937/7 941/22 965/16 978/20 987/7 1011/19 1012/25 1013/11 1015/24
**lower-end [2]** 936/16 937/7

**M**

**ma'am [1]** 1020/15
**MAC [30]** 927/9 928/15 934/1 935/6 937/25 938/6 938/10 938/13 941/13 942/2 942/7 943/4 945/8 945/20 946/20 946/24 947/21 948/24 950/2 951/12 953/14 953/17 959/21 968/12 968/15 968/25 969/13 969/19 970/2 985/2
**made [29]** 952/23 980/6 993/8 1003/16 1007/17 1009/12 1013/15 1017/21 1022/15 1024/16 1025/7 1026/12 1026/15 1026/16 1026/18 1027/1 1027/19 1028/1 1028/7 1028/14 1029/8 1029/11 1029/24 1030/5 1030/9 1030/18 1031/13 1031/17 1032/18
**MAE [58]** 927/9 928/14 934/1 935/6 937/25 938/6 938/10 938/12 941/13 942/2 942/6 943/4 945/7 945/20

946/20 946/23 947/20 948/24 950/1 951/11 953/14 953/17 959/21 968/12 968/15 968/25 969/10 969/17 992/10 992/24 993/1 993/11 993/16 994/4 994/14 995/2 995/18 996/11 997/17 997/19 998/5 1000/25 1004/16 1007/4 1007/11 1007/18 1010/15 1012/5 1014/20 1015/9 1016/9 1019/24 1020/2 1022/11 1023/10 1024/12 1028/19 1035/10
**Mae's [8]** 995/6 996/14 1008/16 1012/17 1015/10 1019/14 1025/23 1027/8
**MAE/FREDDIE [1]** 927/9
**magnitude [6]** 931/23 933/21 974/23 1007/2 1025/20 1031/24
**main [2]** 1004/19 1026/22
**majority [1]** 1015/10
**make [35]** 931/25 933/23 934/24 938/21 938/22 938/23 940/2 940/4 943/22 946/18 957/18 964/12 969/5 970/24 972/1 978/7 981/15 981/16 983/12 984/3 986/23 996/8 998/10 999/1 1008/21 1016/2 1022/7 1022/10 1022/12 1022/18 1022/19 1022/21 1026/20 1031/25 1032/3
**makes [1]** 977/24
**making [10]** 934/23 941/4 943/7 995/12 1002/9 1002/9 1006/1 1008/15 1026/2 1033/1
**management [3]** 995/23 995/25 1010/15
**managers [1]** 995/4
**many [1]** 935/12
**March [2]** 991/24 1028/19

**Marie [3]** 1002/18 1035/4 1035/6
**marked [10]** 1019/21 1020/11 1021/9 1021/18 1021/22 1023/3 1025/9 1027/7 1028/17 1033/12
**market [31]** 936/10 937/3 937/6 940/6 940/11 941/5 947/14 949/8 949/24 950/16 951/17 952/5 953/2 953/10 954/25 955/4 957/13 957/14 957/17 958/22 959/6 960/15 962/18 963/24 964/10 965/25 975/12 975/13 975/14 976/9 977/23
**market-based [1]** 950/16
**market-value [2]** 953/10 965/25
**market-value-based [1]** 949/24
**markets [2]** 947/13 974/7
**Martin [4]** 999/23 1002/7 1013/17 1017/1
**Mary [3]** 997/20 1003/19 1019/4
**Mason [2]** 967/2 967/9
**Massachusetts [1]** 928/16
**massive [1]** 949/2
**material [2]** 1017/21 1017/22
**math [1]** 1024/20
**matter [5]** 1002/22 1035/24 1040/1 1042/3 1044/5
**matters [1]** 1016/13
**may [27]** 942/9 951/14 952/23 971/21 972/1 972/8 972/17 986/12 987/21 989/17 995/25 995/25 996/8 998/8 1011/1 1012/13 1021/5 1023/13 1029/13 1029/19 1031/8 1032/3 1032/4 1032/7 1035/1 1036/24 1039/25
**maybe [10]** 957/20 964/11 966/8 969/4 1017/16 1032/8

1036/20 1039/9 1041/10 1042/12
**Mayopoulos [2]** 997/16 1033/16
**Mayopoulos' [3]** 1032/18 1032/23 1034/9
**MBank [3]** 991/20 991/22 991/23
**McFarland [21]** 988/1 989/13 989/14 990/4 990/15 990/17 990/20 1009/10 1010/18 1017/7 1019/11 1019/12 1022/8 1023/2 1023/12 1023/19 1025/23 1027/8 1028/16 1031/1 1033/11
**McFarland's [1]** 989/8
**McGuire [3]** 984/15 985/8 986/14
**me [34]** 933/3 933/12 938/9 944/25 952/2 953/1 953/8 963/11 966/2 967/17 968/25 976/24 987/7 994/5 998/5 999/14 999/19 1001/14 1003/1 1003/19 1008/8 1008/9 1014/8 1019/4 1019/6 1020/13 1021/11 1022/6 1030/23 1033/25 1035/13 1037/14 1038/23 1039/23
**mean [22]** 945/7 945/20 952/7 958/11 961/11 961/14 965/19 968/16 968/19 970/3 974/15 981/9 981/13 987/5 1003/16 1004/24 1007/24 1010/25 1031/15 1031/16 1035/25 1040/2
**meaning [3]** 941/18 942/21 976/17
**meaningful [1]** 993/24
**means [7]** 937/18 940/24 947/16 947/18 954/5 959/11 961/7
**meant [2]** 957/17 1027/6
**measure [1]** 963/24

1063

**M**

**measures [2]** 949/24 976/9
**mechanically [1]** 1012/23
**media [3]** 1019/14 1019/18 1023/7
**medical [1]** 1041/18
**meet [4]** 941/1 941/2 997/11 1023/14
**meeting [22]** 996/20 997/6 997/7 997/15 997/16 998/7 998/12 998/15 998/17 999/4 999/7 999/13 999/19 1000/6 1002/3 1003/20 1010/15 1012/4 1013/16 1013/19 1014/19 1017/11
**meetings [13]** 997/24 999/9 999/11 999/24 1000/2 1000/22 1002/8 1002/12 1002/14 1013/15 1013/18 1017/5 1018/19
**meltdown [1]** 980/10
**Meltzer [1]** 928/5
**member [1]** 1013/20
**members [2]** 930/11 998/4
**memorized [1]** 933/11
**memory [2]** 957/5 1001/20
**mentioned [5]** 946/15 952/10 996/25 1000/6 1015/14
**merger [1]** 937/11
**message [3]** 958/18 1004/10 1033/20
**messages [1]** 957/16
**messaging [1]** 1001/23
**met [2]** 1004/5 1017/17
**methodology [1]** 1014/8
**Meyer [1]** 930/3
**mid [3]** 993/12 1004/5 1010/2
**mid-2013 [2]** 993/12 1004/5
**middle [3]** 992/25 1030/9 1038/14
**midnight [5]** 1042/19

1042/19 1042/20
1042/22 1042/23
**might [15]** 950/10 950/20 951/16 953/6 955/3 955/24 995/24 996/8 997/2 1000/5 1001/12 1004/1 1011/20 1014/24 1040/1
**Miller [2]** 997/20 1003/19
**million [4]** 969/17 969/19 969/24 970/2
**mind [2]** 1006/7 1019/3
**minimum [1]** 959/20
**minor [1]** 1017/15
**minute [4]** 988/6 1012/6 1035/14 1037/9
**minutes [8]** 987/20 989/12 989/15 1013/18 1014/19 1016/8 1035/4 1035/11
**Miscellaneous [1]** 927/9
**Mischaracterizes [1]** 981/2
**misrepresented [1]** 936/7
**missed [1]** 1008/9
**mocked [1]** 980/5
**modify [1]** 979/22
**moment [7]** 956/5 956/12 957/4 966/24 984/19 1004/8 1017/7
**momentum [1]** 1031/23
**Monday [11]** 1036/21 1037/7 1037/16 1037/18 1037/23 1038/6 1040/13 1040/18 1040/22 1042/20 1042/22
**money [6]** 934/3 934/14 934/20 946/11 959/12 972/14
**monopolist [1]** 978/10
**Montgomery [9]** 955/7 955/15 958/6 960/18 961/8 961/21 969/3 969/5 970/7
**month [3]** 998/19 1000/9 1040/5
**months [3]** 942/9

**moot [1]** 961/15
**more [25]** 946/12 959/12 960/6 960/17 964/12 968/18 972/14 974/16 977/2 987/15 993/8 994/10 999/21 1001/12 1001/23 1001/23 1003/14 1005/4 1006/19 1015/6 1018/10 1018/20 1034/24 1035/9 1035/18
**morning [1]** 930/2
**mortgage [8]** 934/10 934/15 947/14 958/22 959/6 973/9 973/16 1016/2
**mortgages [2]** 947/6 973/13
**most [5]** 964/13 1014/25 1015/4 1015/5 1015/17
**motion [6]** 1039/2 1039/16 1039/19 1039/22 1043/4 1043/5
**motions [3]** 1038/14 1039/24 1040/9
**motive [1]** 1003/7
**Motors [1]** 974/4
**move [10]** 951/20 956/4 983/22 984/18 988/10 988/13 1014/16 1020/17 1021/3 1036/11
**moved [5]** 1009/14 1010/3 1020/22 1020/24 1020/25
**Mr [6]** 929/4 929/4 988/11 1021/8 1034/9 1042/3
**Mr. [33]** 930/7 930/15 930/16 952/10 952/11 952/16 952/19 955/7 955/15 956/1 958/6 960/18 961/8 961/21 969/3 969/5 970/7 976/25 977/4 982/2 982/8 982/13 982/17 986/2 988/6 1032/18 1032/23 1033/16 1039/9 1039/13 1041/15 1041/19 1042/5

**Mr. Bergman [1]** 1042/5
**Mr. DeMarco [4]** 952/10 956/1 976/25 977/4
**Mr. Hoffman [4]** 930/7 982/2 986/2 1039/9
**Mr. Hume [3]** 930/15 930/16 1039/13
**Mr. Mayopoulos [1]** 1033/16
**Mr. Mayopoulos' [2]** 1032/18 1032/23
**Mr. Montgomery [9]** 955/7 955/15 958/6 960/18 961/8 961/21 969/3 969/5 970/7
**Mr. Satriano [2]** 1041/15 1041/19
**Mr. Ugoletti [6]** 952/11 952/16 952/19 982/8 982/13 988/6
**Mr. Ugoletti's [1]** 982/17
**Ms [4]** 985/8 990/16 990/16 991/6
**Ms. [11]** 984/15 986/14 990/4 1017/7 1019/12 1022/8 1023/2 1023/19 1027/7 1028/16 1033/11
**Ms. McFarland [9]** 990/4 1017/7 1019/12 1022/8 1023/2 1023/19 1027/7 1028/16 1033/11
**Ms. McGuire [2]** 984/15 986/14
**much [14]** 936/18 940/22 941/7 968/15 970/11 974/16 977/16 978/24 1007/2 1009/18 1009/25 1024/22 1034/23 1043/10
**multi [1]** 1014/23
**multi-year [1]** 1014/23
**multiple [1]** 956/20
**must [2]** 934/18 934/20
**mutual [2]** 936/11 937/12
**my [45]** 930/19 931/20 933/18 936/8 936/8 936/14 941/17 941/17

1064

**M**

**my... [37]** 941/19 944/18 945/3 946/4 946/5 958/1 963/11 968/17 969/8 972/25 986/1 991/20 991/21 994/9 999/12 1000/3 1000/20 1001/20 1003/23 1004/8 1006/3 1006/11 1007/15 1011/8 1012/7 1016/10 1016/10 1017/8 1020/13 1020/19 1021/11 1033/7 1033/18 1033/19 1033/21 1034/2 1040/16
**myself [2]** 968/24 988/3

**N**

**name [2]** 990/19 997/25
**names [3]** 1002/25 1003/2 1007/16
**Nancy [1]** 930/3
**nature [1]** 1031/20
**necessarily [2]** 935/2 1037/20
**need [15]** 941/10 954/5 964/5 977/2 983/5 993/24 999/1 1004/20 1013/13 1023/11 1032/4 1032/7 1038/9 1041/22 1043/3
**needs [1]** 1039/5
**negative [4]** 943/4 947/24 1006/23 1010/6
**negatives [1]** 1010/11
**negotiate [3]** 936/1 937/14 979/5
**negotiated [5]** 936/10 938/24 976/7 978/25 979/3
**negotiating [3]** 936/25 937/19 983/18
**negotiation [5]** 937/4 973/4 973/6 976/22 976/25
**negotiations [2]** 937/11 937/19
**neither [1]** 960/14
**net [54]** 930/20 930/25 931/10 931/15 931/17

932/6 932/9 932/13 933/6 933/19 933/25 943/4 947/24 961/2 961/8 961/12 961/16 971/1 971/7 971/9 971/22 972/9 972/10 972/13 972/18 972/18 981/10 981/13 981/16 983/6 983/13 992/21 993/1 993/5 998/20 999/2 1006/1 1007/11 1008/16 1009/8 1010/11 1010/11 1014/2 1015/1 1029/15 1029/21 1030/12 1032/5 1032/5 1032/11 1033/6
**never [4]** 952/20 967/12 971/19 994/10
**Nevertheless [1]** 986/6
**new [9]** 927/18 928/8 928/12 935/18 961/2 976/5 978/22 979/4 1015/12
**news [1]** 1002/4
**next [8]** 958/1 989/18 1010/12 1012/1 1014/17 1016/6 1035/3 1042/25
**nice [2]** 1036/19 1036/22
**no [63]** 927/3 927/10 930/22 931/15 931/17 932/9 933/10 934/3 935/15 935/15 938/4 942/21 942/22 946/12 951/2 952/4 956/6 956/10 966/6 968/2 971/6 971/14 971/23 972/10 973/5 973/11 974/11 974/15 974/17 976/3 976/23 977/25 978/12 979/20 980/4 980/23 981/20 982/6 982/11 983/13 983/16 984/10 984/20 987/15 988/13 994/5 996/4 996/12 996/15 999/8 999/12 1003/9 1003/10 1005/23 1031/18 1034/21 1034/22 1035/24 1036/1

1038/24 1040/8
**nobody [1]** 999/13
**nobody's [1]** 936/12
**NOLs [1]** 993/9
**non [3]** 974/4 1009/21 1015/15
**non-financials [1]** 974/4
**non-interest [1]** 1015/15
**non-published [1]** 1009/21
**none [1]** 957/20
**normal [12]** 995/20 995/22 997/19 1002/5 1005/14 1013/17 1013/20 1019/19 1023/7 1023/20 1024/5 1025/21
**normally [6]** 975/2 997/24 998/7 1001/13 1017/15 1023/8
**not [133]**
**not-so-distant [3]** 997/1 1000/5 1003/18
**note [5]** 930/2 990/15 1033/21 1035/6 1036/7
**notes [4]** 999/7 999/8 999/11 1036/22
**nothing [5]** 952/25 968/1 970/11 980/12 987/18
**notice [3]** 960/24 1004/9 1004/12
**notion [1]** 971/3
**now [41]** 935/2 935/4 938/9 943/9 943/21 950/13 951/9 953/20 954/6 955/2 958/6 960/6 960/20 961/21 966/24 973/8 973/18 974/16 975/15 979/8 979/9 980/5 990/5 992/24 994/13 995/18 996/22 998/1 1004/15 1010/14 1012/20 1024/11 1024/24 1027/2 1027/11 1027/18 1029/24 1030/21 1031/13 1034/7 1035/15
**number [14]** 954/16 957/7 960/15 961/22

985/21 986/2 986/5 986/6 986/10 987/9 993/14 1003/1 1010/3 1024/22
**numbers [10]** 944/25 950/19 964/16 964/23 965/5 966/4 966/22 968/23 987/7 1007/15
**NW [4]** 927/18 928/8 928/16 928/21
**NY [1]** 928/12

**O**

**objecting [1]** 989/2
**objection [20]** 932/15 956/6 967/20 967/24 972/3 977/6 977/12 980/22 981/1 981/18 981/21 982/19 983/20 984/20 988/13 988/22 1021/4 1036/14 1037/4 1037/10
**objections [1]** 989/4
**objective [1]** 993/15
**obligation [4]** 1027/16 1028/4 1031/11 1032/6
**obligations [1]** 931/9
**obviously [8]** 961/13 991/3 994/1 1004/24 1038/8 1039/16 1039/23 1040/20
**occurred [4]** 932/7 933/19 1000/19 1003/6
**occurring [3]** 997/4 1006/7 1006/8
**off [2]** 1004/8 1015/9
**offer [1]** 1038/9
**offered [1]** 939/2
**offering [3]** 941/12 941/14 983/16
**office [1]** 1002/21
**officer [3]** 992/6 1016/19 1025/23
**official [4]** 928/20 953/4 1026/5 1044/3
**officials [4]** 952/13 998/15 1017/25 1017/25
**offs [2]** 1011/18 1013/1
**Oh [2]** 935/13 959/20
**okay [84]** 931/24 933/14 935/3 937/1 937/9 937/23 939/1

1065

**O**

**okay... [77]** 941/25 943/2 945/13 946/4 946/17 948/13 949/11 949/25 951/5 951/19 953/12 955/15 956/12 956/25 957/23 959/20 963/13 963/25 965/4 966/17 969/2 969/6 970/5 970/13 971/15 976/17 977/21 979/13 988/8 989/13 989/25 990/1 994/1 994/8 994/12 995/17 998/22 1002/4 1002/25 1005/17 1008/8 1012/1 1013/2 1013/5 1013/7 1013/12 1013/21 1014/6 1014/7 1014/13 1014/16 1014/17 1016/6 1016/23 1018/3 1018/11 1020/13 1021/11 1024/10 1026/8 1027/11 1029/7 1029/19 1030/21 1030/25 1032/22 1034/23 1036/4 1037/24 1038/4 1038/7 1039/8 1040/19 1041/2 1042/17 1043/2 1043/6
**omitted [1]** 1036/24
**one [75]** 930/19 935/10 935/21 939/13 939/13 939/13 950/23 952/17 954/15 954/16 954/21 955/12 955/19 955/25 956/5 956/17 956/23 957/8 957/16 960/17 965/25 966/16 971/22 972/1 972/8 972/16 972/16 972/25 973/3 975/6 975/16 983/19 984/17 988/19 988/20 989/3 991/20 991/25 992/1 992/3 992/4 992/5 992/9 992/12 992/21 993/14 994/1 994/13 995/21 995/21 997/8 998/8 999/12 999/22 1005/1 1005/6 1012/1 1012/8 1014/6 1014/17 1016/6 1016/12 1026/12 1026/14 1029/24

1034/24 1035/9 1035/13 1036/20 1037/9 1040/8 1040/9 1041/7 1041/10 1043/4
**ones [2]** 975/12 1038/15
**ongoing [1]** 1040/21
**only [12]** 935/10 935/21 961/16 973/19 975/16 975/21 976/5 984/17 1011/2 1016/3 1022/20 1033/22
**open [1]** 1005/6
**open-ended [1]** 1005/6
**operating [6]** 931/20 992/21 993/2 993/5 1033/14 1033/16
**operations [1]** 992/7
**opinion [37]** 939/2 939/7 939/15 939/20 941/14 941/15 941/16 941/17 944/7 944/9 945/19 946/8 946/13 949/3 949/21 964/12 965/4 965/5 966/3 966/4 966/19 968/8 968/10 969/9 970/25 976/21 977/7 977/9 977/10 980/5 983/13 983/16 983/21 986/8 986/18 987/1 1040/4
**opinions [1]** 941/12
**opportunity [1]** 1001/7
**optimistic [2]** 996/11 996/14
**option [1]** 935/10
**options [2]** 934/11 935/10
**oral [1]** 1026/10
**order [5]** 962/4 984/12 995/23 1022/18 1037/20
**ordinary [1]** 1005/24
**orientation [1]** 972/6
**original [8]** 935/7 942/3 942/5 946/19 953/24 960/3 960/12 1034/15
**other [33]** 939/23 944/16 946/14 949/7 951/9 957/19 960/7 962/18 980/15 986/25 987/6 987/7 993/21

956/2 998/4 998/6 998/8 999/12 999/13 1006/4 1006/21 1011/10 1013/9 1014/9 1015/8 1016/1 1026/24 1026/24 1030/4 1035/17 1035/22 1041/7 1043/4
**otherwise [1]** 1035/25
**our [43]** 955/3 985/18 987/19 988/4 996/7 996/9 996/21 997/12 997/13 997/14 999/23 1001/5 1001/6 1001/18 1001/25 1001/25 1002/8 1004/20 1008/5 1009/4 1010/7 1012/1 1012/19 1016/6 1018/19 1024/17 1025/2 1026/5 1027/13 1027/16 1028/4 1028/5 1028/11 1028/23 1029/12 1029/22 1030/13 1031/5 1031/11 1031/25 1034/14 1037/19 1041/15
**out [31]** 943/3 948/24 949/3 962/5 962/15 985/17 988/4 989/3 990/2 995/15 1000/24 1001/11 1001/24 1002/24 1003/25 1004/2 1008/11 1009/18 1013/13 1016/1 1016/16 1016/22 1021/25 1024/19 1025/2 1025/6 1025/12 1025/25 1026/5 1029/14 1030/23
**outcome [2]** 966/15 1008/14
**outcomes [3]** 1006/13 1010/8 1018/15
**outlet [1]** 1023/7
**outlets [1]** 1019/14
**outlook [3]** 984/25 1012/15 1012/22
**outputs [1]** 966/14
**outsider [1]** 995/6
**outstanding [3]** 940/16 940/19 1005/12
**outweighed [3]** 1009/9

**over [18]** 936/2 936/22 938/1 947/6 948/7 970/3 996/24 1006/20 1011/13 1013/4 1015/1 1028/3 1029/23 1030/14 1031/11 1033/4 1036/17 1039/17
**Overruled [2]** 932/18 972/4
**owe [3]** 946/24 1027/24 1029/3
**owed [4]** 946/20 953/13 953/14 953/21
**own [3]** 944/19 1009/20 1014/11
**owned [1]** 947/5
**ownership [1]** 945/24

**P**

**p.m [4]** 927/6 987/23 987/23 1043/13
**page [25]** 929/2 929/8 929/19 955/12 985/4 985/7 994/23 1010/17 1012/8 1012/9 1013/22 1014/21 1020/11 1021/9 1022/4 1022/4 1023/10 1025/1 1027/11 1027/12 1028/21 1028/22 1030/7 1030/10 1031/2
**pages [1]** 1039/4
**paid [6]** 944/16 947/1 947/4 948/7 961/15 965/7
**paragraph [18]** 931/4 956/25 958/7 960/19 1012/10 1014/22 1016/24 1016/25 1022/5 1023/9 1023/18 1023/19 1025/1 1025/19 1027/13 1028/22 1031/4 1033/17
**parameters [2]** 946/14 949/7
**part [13]** 933/12 954/18 960/3 960/17 965/22 978/2 993/24 998/2 1000/12 1004/1 1007/25 1015/23 1019/9

**P**

**participate [2]** 978/6 1017/4
**participated [2]** 973/24 1017/2
**particular [4]** 990/3 998/12 1009/1 1009/2
**parties [6]** 936/10 951/18 976/7 1009/22 1042/12 1042/13
**past [4]** 941/8 954/23 997/13 1007/7
**pause [2]** 970/10 975/19
**pay [21]** 931/9 934/1 934/3 939/9 945/8 945/14 945/21 954/14 955/1 955/2 956/15 958/19 959/22 983/25 984/8 1004/20 1005/7 1029/16 1031/5 1032/3 1035/24
**payable [1]** 958/17
**paying [4]** 938/14 938/15 944/15 977/1
**payment [9]** 930/22 934/24 953/21 1022/8 1022/13 1022/17 1042/7 1042/7 1042/8
**payments [1]** 1032/8
**pays [2]** 980/11 980/12
**PCF [103]** 930/17 930/25 930/25 931/15 931/17 931/21 931/23 932/1 932/3 932/7 932/9 932/14 933/7 933/20 934/2 936/1 937/21 939/3 939/3 939/15 939/21 940/15 941/15 941/18 943/22 943/25 944/7 944/8 944/23 945/7 945/19 946/8 946/23 947/1 949/5 949/14 949/16 949/20 950/7 950/12 950/20 951/2 951/12 951/15 951/17 951/23 952/5 952/11 952/16 952/21 953/2 953/4 953/7 953/9 953/24 954/2 954/3 954/8 954/11 954/13 954/17 954/19 954/24 955/1 955/2 956/1 956/15

958/17 958/19 958/23 959/4 959/9 959/11 959/22 961/9 961/13 961/14 961/15 961/17 962/14 962/16 963/3 963/4 963/8 964/3 964/4 964/5 964/8 964/13 964/13 965/2 965/17 965/19 965/22 965/25 966/5 968/7 968/10 986/17 987/7
**PCFs [1]** 986/3
**pennies [6]** 945/8 946/4 946/5 980/6 980/6 980/12
**Pennsylvania [2]** 928/6 1041/22
**people [6]** 952/7 978/1 994/13 1002/17 1026/19 1026/23
**people's [2]** 1003/2 1003/17
**per [5]** 968/11 969/17 969/19 969/24 970/2
**percent [30]** 938/25 939/13 939/17 939/21 939/22 939/25 944/9 944/21 945/23 945/23 946/21 947/1 947/2 949/5 953/14 953/18 959/17 959/21 959/25 960/2 960/13 975/6 975/10 978/24 979/1 979/2 984/1 984/4 984/9 1023/12
**percentage [2]** 975/2 1005/12
**performance [5]** 993/15 996/3 996/7 1015/16 1016/14
**period [23]** 979/14 979/18 994/11 1000/17 1009/7 1009/19 1009/23 1009/25 1010/4 1010/6 1011/4 1011/18 1011/19 1012/14 1013/4 1014/5 1015/10 1024/25 1028/18 1029/20 1029/20 1031/8 1031/8
**periodic [29]** 931/9 938/15 939/8 943/22 953/20 961/1 971/1

971/23 972/10 972/14 972/20 972/23 975/25 979/19 979/23 980/3 980/10 980/16 982/5 982/9 983/14 983/19 986/7 1004/15 1004/17 1005/21
**periodically [1]** 944/1
**periods [8]** 1015/13 1023/13 1024/7 1024/7 1024/8 1027/23 1029/2 1029/15
**permanent [1]** 1025/5
**permanently [1]** 980/9
**permission [1]** 1001/5
**person [2]** 989/19 997/16
**personnel [1]** 998/10
**perspective [7]** 944/20 945/1 980/7 995/23 1004/8 1008/23 1033/2
**perspectives [1]** 1008/21
**pick [2]** 1002/24 1031/24
**picked [3]** 987/8 1026/4 1026/5
**picking [1]** 1009/3
**piece [2]** 963/17 966/16
**PIK [1]** 1042/7
**place [7]** 930/21 940/9 946/16 961/12 967/13 998/17 1000/15
**plaintiffs [12]** 927/3 927/17 928/4 960/11 962/1 970/15 987/25 988/9 1035/3 1037/8 1039/1 1039/15
**plaintiffs' [7]** 967/8 984/22 988/23 1036/12 1036/15 1036/25 1037/6
**plan [7]** 988/1 1010/18 1010/19 1010/22 1037/16 1037/18 1043/12
**planning [2]** 994/18 994/22
**play [2]** 943/3 1034/25
**played [4]** 990/4 1035/7 1035/9 1036/8
**please [7]** 958/10

988/3 984/14 985/7 990/8 990/18 1030/23
**plenty [1]** 1043/1
**PLLC [1]** 927/17
**plus [6]** 939/25 940/1 945/24 947/3 979/1 1023/1
**PNL [1]** 1013/9
**point [37]** 933/3 936/16 936/16 937/7 937/8 937/10 937/11 937/19 939/13 941/4 952/4 961/15 962/22 965/6 972/16 972/17 977/2 978/17 980/7 980/14 986/6 987/4 997/1 1003/12 1008/7 1010/23 1010/25 1011/9 1014/15 1015/16 1022/17 1024/18 1029/16 1029/18 1030/2 1030/10 1040/13
**points [33]** 936/2 936/3 936/22 939/5 939/5 941/16 945/4 945/7 945/20 945/24 946/12 946/12 950/14 950/17 964/14 964/14 964/24 965/4 965/5 965/21 966/3 966/4 966/18 966/19 968/7 975/7 977/1 979/3 985/20 985/22 987/14 1030/8 1033/1
**political [1]** 993/21
**Porter [1]** 928/16
**portfolio [5]** 1033/22 1033/24 1034/8 1034/13 1034/16
**portion [7]** 930/2 944/3 944/4 944/15 968/22 1028/5 1034/10
**position [4]** 935/18 941/23 1016/21 1016/21
**positive [15]** 964/4 964/5 965/25 981/10 981/13 984/5 987/9 993/20 997/4 1001/19 1001/24 1006/23 1009/15 1010/3 1010/5
**positively [1]** 1013/10
**possibility [1]** 996/25

**possible [7]** 930/22 955/9 983/18 990/6 1022/9 1038/5 1043/4
**post [6]** 1025/13 1025/14 1032/18 1032/23 1032/25 1033/21
**posted [3]** 1008/11 1032/15 1033/18
**posting [1]** 1032/19
**potential [1]** 1000/4
**potentially [1]** 1003/7
**PowerPoint [3]** 1013/21 1017/9 1017/10
**practice [2]** 997/11 1017/3
**precise [1]** 966/9
**precisely [2]** 974/21 978/21
**preclear [2]** 988/4 1001/14
**predictably [1]** 940/10
**predominantly [2]** 991/15 1015/7
**preferred [8]** 927/10 960/25 961/3 965/10 1004/24 1027/24 1029/1 1029/3
**premiums [1]** 964/25
**prep [1]** 1000/14
**preparation [1]** 1000/14
**preparations [1]** 1040/20
**prepare [1]** 996/5
**prepared [2]** 930/3 994/25
**preparing [2]** 932/23 993/19
**prepping [1]** 1000/22
**present [10]** 937/5 999/12 999/13 1000/2 1000/7 1013/17 1013/19 1013/20 1016/24 1018/1
**presentation [5]** 961/22 962/22 968/3 1017/9 1017/10
**presentations [1]** 1017/13
**presented [3]** 936/15 967/2 1013/16

**President [1]** 1035/15
**press [6]** 1001/10 1001/11 1001/15 1001/15 1026/3 1026/5
**pressing [1]** 1042/3
**pretty [2]** 934/19 1007/25
**preview [1]** 1037/7
**previous [1]** 1011/20
**previously [1]** 996/5
**price [9]** 937/12 937/13 940/2 975/9 975/11 976/14 1009/17 1009/20 1025/20
**priced [2]** 963/20 975/13
**prices [9]** 941/20 1014/25 1015/4 1015/20 1016/3 1023/17 1023/20 1023/23 1024/6
**pricing [3]** 946/14 949/7 963/18
**primarily [1]** 1012/14
**prior [7]** 999/16 1000/10 1000/17 1006/11 1012/20 1032/19 1034/4
**priorities [1]** 993/22
**private [2]** 974/7 974/17
**pro [1]** 1033/5
**probably [18]** 934/23 943/21 955/4 963/20 989/21 998/4 998/16 1000/18 1002/20 1003/1 1003/25 1004/4 1004/5 1005/8 1013/3 1017/22 1041/15 1041/19
**problem [2]** 956/10 990/25
**proceedings [3]** 928/25 1043/13 1044/5
**process [5]** 937/3 937/5 995/3 1000/13 1011/2
**produce [2]** 995/20 1009/20
**produced [3]** 928/25 995/21 1015/11
**producing [3]** 995/18 1006/11 1006/18
**Professor [4]** 970/18

**profit [2]** 1010/20 1032/12
**profitability [11]** 994/15 995/7 995/14 996/23 1005/25 1007/13 1013/25 1014/10 1018/5 1018/8 1024/25
**profitable [1]** 1022/20
**profits [17]** 930/21 930/23 934/4 938/25 940/8 941/6 961/14 984/8 993/17 996/24 1007/22 1008/11 1014/4 1025/6 1027/15 1029/13 1029/14
**program [1]** 973/24
**project [1]** 995/6
**projected [4]** 1009/10 1010/24 1013/24 1014/4
**projecting [1]** 1006/14
**projection [1]** 1024/18
**projections [21]** 994/15 995/5 995/13 995/19 996/11 996/14 998/3 1005/25 1008/5 1008/17 1009/5 1009/9 1009/22 1014/10 1014/11 1018/5 1018/7 1024/15 1024/23 1031/15 1031/16
**projects [1]** 1010/20
**promise [3]** 940/2 940/4 975/11
**pros [1]** 1033/4
**prospective [1]** 959/19
**prospects [4]** 940/8 941/6 941/13 1012/17
**proved [2]** 995/15 995/16
**provide [8]** 959/14 968/14 973/20 974/6 974/17 980/9 1001/4 1001/7
**provided [15]** 937/22 938/16 938/19 939/25 953/9 954/22 965/15 965/16 976/4 977/19 994/4 1001/6 1017/9 1017/10 1033/2
**provides [1]** 1004/25
**providing [2]** 940/25

**provision [3]** 961/3 979/23 1042/8
**provisions [3]** 930/20 1012/24 1034/8
**Prussia [1]** 928/5
**PSPA [12]** 936/8 936/9 937/1 937/2 937/22 951/17 953/10 953/24 973/5 975/18 975/22 976/6
**PSPAs [10]** 935/7 942/1 942/3 942/5 942/10 943/9 946/20 953/22 960/3 960/12
**public [7]** 938/19 965/12 977/19 978/15 979/5 996/9 1001/17
**publicly [2]** 1007/20 1009/16
**publicly-available [1]** 1007/20
**published [11]** 1009/18 1009/21 1010/13 1012/3 1013/23 1014/18 1016/7 1019/23 1021/24 1023/4 1025/11
**pull [6]** 955/7 961/22 984/14 1024/16 1024/19 1030/23
**punch [1]** 968/6
**punch-line [1]** 968/6
**purchase [7]** 927/10 961/1 973/24 1004/25 1027/22 1028/6 1029/1
**purport [1]** 1033/21
**purpose [4]** 958/24 959/9 965/11 974/5
**purposes [2]** 992/19 992/20
**push [1]** 999/2
**put [17]** 930/21 944/25 948/16 963/16 966/14 967/12 976/6 976/10 980/7 989/19 991/23 995/5 1003/17 1009/10 1014/6 1018/10 1031/19
**puts [1]** 1010/10
**putting [1]** 994/14
**PX [11]** 984/13 984/18 984/24 988/10 988/10

# P

**PX... [6]** 988/10 988/10 1010/12 1012/2 1014/17 1016/6
**PX-147 [2]** 988/10 1010/12
**PX-191 [3]** 984/13 984/18 984/24
**PX-222 [2]** 988/10 1014/17
**PX-223 [2]** 988/10 1012/2
**PX-229 [2]** 988/10 1016/6

# Q

**Qs [1]** 1027/5
**quality [1]** 1006/16
**quantifiable [1]** 1010/10
**quantification [5]** 937/21 949/16 949/23 951/16 952/20
**quantify [3]** 950/12 953/1 972/23
**quarter [41]** 954/8 956/13 956/15 956/21 958/11 958/16 958/19 983/2 997/13 1000/13 1000/21 1000/24 1003/9 1003/10 1003/12 1007/15 1007/17 1007/18 1019/15 1020/3 1022/7 1022/12 1022/18 1022/19 1022/20 1022/21 1022/25 1023/1 1023/11 1023/20 1025/6 1025/6 1025/25 1025/25 1026/17 1026/18 1026/24 1027/3 1030/21 1031/21 1031/22
**quarterback [1]** 967/18
**quarterly [10]** 960/23 983/5 995/20 995/21 996/6 997/12 999/21 1008/20 1022/24 1028/18
**quarters [5]** 984/2 993/18 1024/6 1029/14 1032/11

**question [28]** 936/19 940/22 958/1 961/17 962/4 962/13 963/6 963/11 963/15 967/10 967/16 967/22 969/8 972/25 975/15 976/24 981/3 994/1 1012/7 1014/14 1017/8 1018/14 1019/6 1033/7 1034/2 1037/15 1037/15 1041/18
**questioning [1]** 984/13
**questions [21]** 930/15 970/19 970/22 973/8 973/18 973/21 974/23 976/12 976/15 979/8 980/15 981/5 983/24 984/17 986/11 986/21 987/16 1006/4 1018/9 1019/2 1019/2
**quick [1]** 1009/3
**quickly [2]** 1008/25 1009/1
**quite [2]** 965/2 994/5
**quote [42]** 1001/13 1001/14 1022/5 1023/10 1023/14 1023/19 1023/22 1023/22 1024/2 1025/2 1025/3 1025/4 1025/6 1025/19 1025/22 1025/24 1026/1 1026/11 1027/13 1027/14 1027/15 1027/17 1027/21 1027/25 1028/3 1028/6 1028/10 1028/12 1028/23 1028/24 1028/25 1029/4 1029/19 1029/23 1030/12 1030/14 1031/14 1031/6 1031/8 1031/12 1033/18 1033/22

# R

**radar [1]** 1003/17
**Radnor [1]** 928/6
**rainstorm [1]** 1036/20
**raise [1]** 974/8
**raised [2]** 1039/19 1039/20
**raising [1]** 1000/4

**range [28]** 936/8 936/11 936/15 936/15 936/25 937/5 937/13 937/20 939/4 939/7 964/21 964/23 964/24 965/3 965/23 975/7 976/14 986/9 986/24 987/5 987/6 987/9 987/12 987/13 1004/4
**rate [4]** 946/21 963/2 978/20 978/24
**rates [2]** 941/20 946/11
**re [1]** 927/9
**reaction [3]** 996/16 996/19 1018/7
**reactions [1]** 1040/4
**read [12]** 931/4 932/19 933/10 950/9 959/1 961/5 961/11 985/15 985/17 990/16 1036/18 1038/23
**reader [2]** 1034/1 1037/19
**reading [6]** 989/15 989/23 989/25 991/6 1019/9 1021/8
**ready [4]** 934/23 990/13 1038/3 1038/10
**real [1]** 1004/7
**really [4]** 957/13 966/2 1038/13 1042/13
**reason [6]** 954/13 954/23 957/9 957/11 974/22 1008/19
**reasonable [3]** 968/10 972/9 976/8
**reasonableness [1]** 971/22
**reasons [7]** 954/15 954/16 954/21 957/7 957/9 957/20 993/14
**rebound [1]** 940/11
**rebounding [2]** 940/7 941/5
**recall [15]** 952/1 964/18 967/6 967/11 973/21 979/11 981/7 982/15 982/25 1002/23 1004/15 1005/24 1019/13 1019/19 1022/1
**recalled [1]** 950/23
**recalls [1]** 1041/16

**receive [2]** 947/14 960/24
**received [31]** 929/9 929/9 929/10 929/10 929/11 929/11 929/12 929/12 929/13 929/13 929/14 929/14 929/15 929/15 929/16 929/20 929/20 956/7 956/8 967/7 974/2 978/18 984/21 984/22 988/21 988/24 989/6 1036/14 1036/16 1037/6 1037/10
**receivership [5]** 948/16 948/20 948/24 949/3 991/23
**receiving [2]** 944/17 1033/13
**recess [3]** 987/20 987/23 1040/6
**recognize [5]** 955/22 992/19 992/19 1019/25 1032/14
**recognized [1]** 1009/4
**recognizing [1]** 1011/2
**recollect [1]** 1002/3
**recollection [6]** 984/1 1006/3 1007/16 1007/16 1021/19 1025/18
**record [12]** 986/23 989/2 989/4 990/3 990/16 990/19 1000/16 1019/8 1020/11 1021/9 1036/11 1044/5
**recorded [1]** 928/25
**recover [1]** 1015/23
**Recovery [1]** 948/10
**recurring [1]** 1018/18
**red [2]** 947/16 1008/12
**redirect [5]** 929/4 970/13 970/16 1034/21 1034/21
**reduce [1]** 1034/16
**reduction [2]** 1034/9 1034/12
**reductions [2]** 1011/13 1011/21
**refer [2]** 1024/19 1034/14
**reference [1]** 936/10
**referenced [3]** 937/3

**R**

referenced... [2] 982/7 997/8
referring [8] 932/20 933/2 933/4 933/5 936/8 957/3 986/1 1011/9
refers [1] 1033/23
refinance [1] 1015/25
reflect [2] 1007/8 1024/3
reflects [1] 1010/22
reform [1] 993/22
refresh [3] 1001/20 1021/19 1025/18
regard [1] 1002/1
regarded [1] 1004/21
regarding [3] 1027/13 1028/23 1031/5
regular [1] 999/22
reimposed [1] 979/11
reinforce [1] 1033/19
related [2] 1010/24 1014/24
relates [2] 937/1 1034/12
relationship [1] 975/1
release [12] 1001/10 1001/12 1001/15 1001/15 1003/9 1003/10 1003/13 1004/3 1013/6 1019/14 1026/3 1026/5
released [8] 997/3 1004/2 1019/17 1020/5 1020/9 1021/20 1026/25 1030/22
relevant [6] 960/8 960/15 961/17 987/1 1006/12 1042/11
reliant [1] 938/10
relied [2] 951/1 1008/17
remained [2] 931/1 931/10
remaining [1] 985/19
remains [1] 961/4
remember [24] 937/17 939/24 952/19 952/21 964/22 967/5 970/21 975/9 976/14 984/6 985/16 986/21 997/15 997/25 998/12 1002/12 1007/5 1018/9 1023/5

1025/13 1026/2 1033/13 1035/23 1042/7
remembered [1] 957/10
remind [1] 974/25
remove [1] 961/16
renegotiate [1] 978/19
renewed [1] 999/2
repayments [1] 1023/12
repeat [1] 1025/25
repeatedly [1] 977/18
rephrase [1] 966/10
reply [1] 1042/22
report [4] 941/17 941/19 1016/16 1016/22
reported [2] 928/20 930/3
reporter [3] 928/20 975/19 1044/3
REPORTER'S [4] 930/2 990/15 1035/6 1036/7
reporters [1] 1025/14
reports [1] 1003/5
represent [3] 1019/12 1027/8 1030/7
representation [1] 1024/23
reprint [2] 1021/25 1025/12
reprint-out [2] 1021/25 1025/12
request [2] 1027/22 1028/25
requested [2] 1035/7 1036/8
require [2] 945/23 947/2
required [3] 948/16 1023/11 1029/15
requirements [1] 1023/14
research [1] 963/23
reserve [7] 973/7 976/9 978/3 978/22 979/4 993/4 1013/3
reserves [2] 1011/4 1011/8
resist [1] 991/1
resolved [2] 1011/5 1042/14

resolving [1] 1011/9
resort [1] 976/1
respect [2] 1023/17 1034/7
respects [1] 1017/21
response [4] 940/22 980/23 986/2 1003/23
responsibility [1] 1030/13
responsible [2] 994/14 1016/21
rest [5] 1038/1 1038/3 1038/10 1040/13 1041/12
restart [1] 981/23
restated [1] 960/25
result [3] 1006/10 1011/12 1028/10
results [7] 985/20 997/12 1000/24 1006/17 1006/19 1023/25 1024/12
resumed [1] 930/6
retained [1] 1034/12
returned [1] 1032/24
Reuters [3] 1023/6 1023/7 1024/4
revenue [3] 1015/6 1015/9 1015/10
reversed [1] 1000/5
reversing [1] 1012/24
review [4] 950/5 997/12 1032/19 1039/6
reviewed [12] 952/15 952/18 955/19 996/21 998/7 1002/14 1008/6 1017/23 1021/18 1024/18 1031/16 1032/17
reviewing [2] 993/19 1032/23
reviews [1] 1000/3
rid [2] 942/19 942/20
right [216]
risk [2] 1016/13 1016/20
risks [1] 1016/21
Road [1] 928/5
ROBERT [3] 928/10 928/14 1035/2
role [1] 992/5
Room [1] 928/22
rose [2] 941/21 1016/17

roughly [1] 968/20
ROYCE [1] 927/14
RPR [1] 928/20
RUDY [1] 928/4
ruling [1] 1039/3
rulings [1] 1039/23
running [1] 989/14

**S**

safe [1] 981/12
said [52] 930/3 930/14 931/13 933/3 934/15 936/7 936/7 936/20 936/24 951/2 952/4 952/16 953/4 954/5 954/23 956/14 957/11 957/19 962/17 964/5 964/11 964/19 971/6 972/17 976/3 976/17 976/25 977/1 977/3 977/9 977/18 983/5 1001/21 1004/4 1004/6 1004/17 1007/11 1007/23 1009/6 1010/9 1010/22 1022/8 1022/8 1023/21 1023/24 1025/4 1025/22 1026/6 1026/18 1034/3 1034/17 1042/11
same [17] 938/21 938/22 938/23 961/7 965/11 966/8 973/10 978/17 1002/9 1002/11 1002/15 1011/7 1011/19 1017/22 1029/8 1035/16 1040/10
satisfy [1] 1032/8
Satriano [2] 1041/15 1041/19
saw [12] 950/13 950/15 950/22 951/4 951/15 951/22 951/24 952/1 952/25 965/14 987/10 1025/20
say [37] 936/24 937/15 950/7 951/22 952/7 964/7 964/9 965/20 966/1 967/22 968/1 971/24 975/24 975/24 976/2 976/24 977/4 977/21 978/10 978/17 995/6 998/14 999/25 1000/16 1002/16

**say... [12]** 1003/19
1005/1 1005/13
1007/22 1008/8 1009/6
1022/19 1032/4
1035/13 1035/15
1038/18 1039/9
**saying [28]** 933/3
933/11 933/16 936/12
937/18 946/19 946/19
951/12 952/9 952/20
957/6 958/18 959/3
959/5 959/8 959/11
960/6 960/14 961/12
964/1 964/10 965/20
966/8 972/22 976/13
976/18 977/24 999/1
**says [32]** 931/8 933/6
937/2 946/2 957/1
958/9 958/21 960/23
982/7 982/8 984/24
985/15 1010/18
1010/21 1012/4 1012/6
1012/8 1012/10
1014/21 1016/8
1016/24 1016/25
1022/6 1023/10
1023/12 1025/1 1028/3
1028/25 1029/19
1030/11 1031/7
1033/18
**scenario [1]** 936/6
**schedule [3]** 1040/12
1040/13 1042/16
**Schiller [1]** 928/8
**Scholer [1]** 928/16
**scope [1]** 981/18
**screens [1]** 1003/17
**search [1]** 950/5
**seasonal [3]** 1023/20
1024/5 1025/21
**seated [1]** 989/17
**second [27]** 942/17
942/19 943/9 956/9
956/25 958/7 959/8
965/6 980/1 1000/21
1003/8 1007/18
1010/17 1012/10
1016/24 1019/15
1020/2 1023/9 1023/20
1026/16 1026/18
1027/3 1027/12
1028/22 1030/21
1039/21 1042/16

**second-quarter [1]**
1023/20
**secretary [1]** 997/20
**section [1]** 982/2
**securitization [2]**
947/14 977/23
**see [44]** 933/1 949/20
950/21 951/11 951/13
951/21 951/21 953/3
955/9 955/16 965/24
966/7 969/5 977/23
984/24 984/25 985/2
985/11 985/14 986/4
997/4 1001/12 1005/9
1006/18 1009/21
1010/8 1011/10
1011/12 1014/4
1016/23 1023/21
1023/23 1024/7 1024/8
1025/18 1025/24
1029/5 1031/7 1031/20
1032/10 1036/20
1036/20 1038/8
1038/17
**seeing [2]** 985/16
1002/6
**seek [1]** 1018/10
**seen [6]** 950/6 951/14
953/6 982/3 982/3
1039/17
**sell [2]** 1015/23 1016/1
**selling [1]** 1024/7
1024/8
**Sells [1]** 991/11
**send [1]** 955/4
**sending [2]** 957/15
1001/24
**senior [9]** 927/10
927/14 961/3 1003/14
1027/22 1027/24
1028/5 1029/1 1029/3
**sense [6]** 957/18
977/25 981/16 1012/18
1019/3 1040/17
**sensitive [1]** 1015/12
**sensitivities [1]**
1014/22
**sensitivity [4]** 985/11
985/18 986/2 1018/17
**sent [4]** 956/21 1004/9
1033/16 1034/4
**sentence [2]** 1016/25
1027/21
**sentences [1]** 1010/21

**separate [2]** 930/22
934/19
**September [9]** 935/6
935/14 955/23 956/23
982/23 1008/17 1009/7
1009/15 1010/1
**serious [1]** 1003/6
**services [1]** 947/15
**serving [2]** 965/12
978/15
**SESSION [1]** 927/13
**set [15]** 939/15 939/16
939/21 941/18 941/18
944/8 945/19 950/20
951/2 958/2 960/12
978/23 978/24 983/14
1034/15
**seven [1]** 974/16
**several [1]** 993/18
**severity [1]** 1015/21
**shaded [1]** 1014/3
**shape [1]** 1008/6
**shareholders' [1]**
986/3
**she [8]** 950/24 994/25
1019/5 1022/8 1023/12
1023/21 1023/24
1025/4
**sheet [1]** 993/4
**shopping [1]** 934/10
**short [3]** 988/6 1039/2
1043/4
**shortfall [1]** 943/7
**shorthand [1]** 928/25
**shortly [2]** 996/20
1002/14
**should [9]** 936/5
936/25 952/5 953/9
975/25 978/11 1020/6
1026/17 1026/19
**show [12]** 968/24
972/9 973/15 973/16
982/4 982/8 982/10
982/22 984/12 985/24
1002/25 1013/8
**showed [5]** 975/4
975/17 979/1 982/4
1009/10
**showing [4]** 972/13
1008/5 1010/12
1024/16
**shown [4]** 932/16
984/12 1012/25
1029/13

**shows [5]** 985/20
**side [2]** 1006/25
1014/6
**sides [2]** 979/6
1039/24
**signal [3]** 955/5
957/12 1001/17
**signals [1]** 957/15
**significant [3]** 1014/25
1015/5 1028/11
**significantly [1]**
965/16
**similar [7]** 963/19
965/2 981/9 999/15
1005/9 1029/7 1029/24
**simple [3]** 964/12
968/19 1024/20
**simpler [1]** 936/18
**simply [3]** 940/1
973/15 975/10
**since [2]** 1005/15
1013/15
**single [4]** 1015/19
1016/3 1016/3 1022/12
**sir [4]** 989/7 989/9
990/12 1040/24
**sit [2]** 999/21 1016/20
**sit-down [1]** 999/21
**sitting [1]** 1040/25
**situation [2]** 977/15
1008/24
**situations [2]** 1008/13
1009/24
**six [3]** 998/15 1026/17
1039/4
**size [2]** 975/1 1004/3
**skirmishing [1]** 1042/6
**slide [8]** 961/22 962/21
967/2 967/6 967/6
968/2 1013/21 1013/22
**slides [3]** 1017/24
1018/2 1018/3
**small [1]** 1038/15
**smaller [4]** 1003/24
1003/25 1004/3
1024/22
**so [183]**
**soft [1]** 1025/3
**solvent [7]** 947/11
947/16 947/18 981/6
981/9 981/12 981/16
**some [42]** 934/7
934/20 943/3 944/25
950/19 957/10 969/23

**some...** [35] 970/18 971/20 973/8 974/12 974/13 978/3 980/14 998/6 1001/17 1002/3 1002/25 1004/5 1005/2 1006/7 1006/23 1007/5 1011/6 1015/23 1016/20 1017/14 1018/16 1022/23 1027/5 1029/13 1029/15 1029/16 1030/10 1030/11 1031/21 1031/25 1032/10 1032/11 1034/13 1034/16 1040/13

**somebody** [4] 967/17 989/22 1007/23 1008/8

**somebody's** [1] 936/12

**somehow** [1] 957/12

**someone** [4] 934/9 994/3 995/9 1007/10

**something** [22] 930/14 932/6 932/8 964/22 968/18 968/21 971/16 972/16 975/24 976/2 976/3 976/5 981/9 983/12 1000/19 1002/4 1003/17 1026/4 1026/6 1033/4 1039/9 1041/25

**sometimes** [5] 945/3 1006/24 1007/1 1019/2 1042/8

**sorry** [22] 940/5 940/12 941/9 953/14 963/11 963/12 971/24 981/22 988/15 990/25 994/20 994/24 999/4 1001/2 1020/15 1020/22 1031/1 1032/22 1035/25 1037/12 1041/6 1041/9

**sort** [8] 932/4 937/10 950/21 957/14 968/6 974/18 980/5 1040/17

**sound** [2] 981/12 981/15

**sounded** [1] 979/9

**sounds** [2] 1039/17 1039/22

**source** [2] 973/19 975/21

**space** [1] 1030/14

**speak** [2] 972/2 1023/8

**speaking** [2] 1023/6 1025/13

**Special** [1] 1035/4

**specific** [5] 933/1 933/11 952/2 986/3 997/15

**specifically** [2] 932/3 984/2

**specify** [2] 934/22 934/25

**speculation** [1] 977/8

**spellings** [1] 1017/16

**spent** [1] 932/22

**spill** [1] 1038/5

**spirit** [2] 936/14 937/11

**Spohn** [4] 999/23 1002/7 1013/17 1017/1

**stability** [5] 965/13 974/6 977/20 978/14 979/6

**stable** [1] 1015/6

**stand** [1] 930/6

**standing** [2] 977/24 988/2

**stands** [1] 943/22

**STANTON** [1] 928/14

**start** [7] 930/13 936/1 1006/25 1011/16 1035/13 1041/5 1041/11

**started** [9] 978/21 978/22 982/14 988/5 1001/18 1003/3 1003/12 1010/18 1020/17

**starting** [5] 943/11 1001/18 1001/19 1011/10 1023/19

**state** [3] 941/4 974/20 990/18

**stated** [1] 1030/15

**statement** [30] 931/4 1003/16 1007/13 1014/1 1015/2 1022/10 1023/15 1025/7 1025/24 1026/2 1026/11 1027/15 1027/18 1028/1 1028/7 1028/14 1029/7 1029/8 1029/10 1029/18 1029/24 1030/4 1030/5

**statements** [6] 1013/10 1030/8 1032/18 1032/25 1033/8 1033/10

**states** [5] 927/1 927/14 932/12 935/11 938/11

**statistics** [1] 1009/24

**status** [3] 1027/14 1028/23 1031/5

**statute** [1] 948/14

**stay** [6] 977/16 977/17 989/20 991/17 991/22 992/9

**stenotype** [1] 928/25

**step** [7] 947/25 948/3 958/21 959/5 974/6 974/13 987/21

**stepped** [1] 938/19

**stepping** [1] 943/6

**steps** [1] 941/24

**Stern** [1] 1041/13

**still** [9] 932/7 938/23 943/18 947/2 967/9 967/16 967/18 1032/5 1035/24

**stock** [12] 927/10 945/24 947/3 960/25 961/3 965/10 1004/24 1027/22 1027/24 1028/6 1029/1 1029/3

**stockholders'** [1] 985/21

**stone** [1] 959/23

**story** [4] 934/9 934/13 934/18 1025/12

**straits** [1] 974/3

**streams** [1] 1015/6

**Street** [3] 974/13 1021/25 1022/2

**stressed** [1] 938/18

**stretched** [1] 1039/14

**strong** [4] 954/19 993/16 1024/1 1024/13

**stronger** [2] 940/10 941/22

**structure** [3] 963/18 963/21 1005/16

**structured** [1] 1005/9

**structuring** [1] 963/21

**stuff** [2] 957/19 1000/14

**subject** [1] 1010/15

**submitted** [1] 982/13

**subsequently** [1] 991/24

**substance** [1] 956/14

**substantial** [7] 950/8 950/11 951/12 952/8 981/13 1007/25 1015/17

**substantive** [1] 1017/20

**subtracted** [1] 1024/21

**such** [3] 949/9 1000/3 1026/2

**sufficient** [3] 984/8 1023/14 1032/9

**sufficiently** [2] 941/2 954/19

**suggest** [1] 973/9

**sum** [1] 956/14

**summer** [2] 1001/23 1010/2

**support** [3] 938/11 954/25 974/24

**supporting** [2] 986/5 987/6

**suppose** [2] 950/13 1038/5

**supposed** [1] 1036/19

**sure** [18] 931/25 933/23 940/12 940/13 943/22 945/2 946/18 969/5 970/24 983/12 986/23 998/10 1007/20 1013/18 1025/17 1030/24 1037/15 1041/16

**surprise** [1] 998/25

**surprising** [1] 975/6

**Susan** [8] 989/8 990/15 990/17 990/20 1010/18 1010/22 1019/11 1025/22

**suspect** [1] 1000/19

**suspended** [2] 930/25 931/9

**suspension** [2] 932/14 933/7

**sustain** [1] 1025/6

**sustainability** [3]

**sustainability... [3]**
1027/14 1028/12
1028/24
**sustainable [3]** 996/22
996/23 1013/24
**sustained [4]** 967/25
981/19 982/20 1024/25
**sweep [36]** 930/21
931/1 931/10 931/15
931/17 931/19 931/22
932/3 932/7 932/9
932/13 933/6 933/19
934/1 961/3 961/8
961/12 961/16 971/2
971/7 971/22 972/9
972/10 972/13 972/18
972/19 981/16 983/6
983/14 998/20 999/2
1006/2 1007/11
1008/16 1009/8 1033/6
**sweeped [1]** 971/10
**sworn [1]** 982/13
**system [1]** 978/8
**systemically [1]** 977/3

**T**

**table [2]** 932/8 998/11
**tail [2]** 1007/2 1011/22
**take [24]** 936/13
941/24 945/23 960/17
961/19 968/2 969/20
970/6 986/12 987/19
988/7 995/25 996/1
998/17 999/7 999/8
999/11 1008/12 1012/6
1016/2 1017/7 1026/17
1026/19 1041/17
**taken [5]** 948/8 957/24
987/23 1011/18 1026/3
**takes [5]** 956/9 958/21
983/6 1000/15 1010/10
**taking [4]** 938/24
959/5 961/14 981/20
**talk [13]** 935/5 942/1
945/13 945/16 953/11
960/2 998/3 998/5
1031/21 1036/17
1040/23 1041/8
1041/11
**talked [7]** 939/4
949/12 951/6 978/1
1002/5 1033/4 1038/15
**talking [4]** 947/10

**tax [8]** 992/13 992/17
992/19 997/2 999/16
1002/2 1002/17 1019/5
**taxpayer [5]** 946/11
958/25 959/10 959/15
1023/11
**taxpayers [1]** 948/3
**team [10]** 994/17
994/25 995/4 995/8
995/12 999/10 999/12
999/13 1000/23
1040/16
**teasing [1]** 1036/6
**technical [1]** 1002/21
**tell [15]** 936/1 936/2
936/3 938/13 968/25
975/13 980/8 996/10
996/13 999/19 1003/1
1005/20 1008/9
1017/16 1017/25
**telling [2]** 953/7
1000/1
**temporary [1]** 980/2
**tend [2]** 1024/6 1024/7
**tended [1]** 1006/13
**tenure [1]** 992/12
**term [7]** 1015/9
1027/13 1028/11
1028/24 1029/23
1030/14 1031/12
**terms [6]** 938/24
939/23 965/3 978/11
978/23 1040/14
**testified [5]** 930/16
935/24 950/23 963/1
983/21
**testifies [1]** 1039/7
**testify [3]** 984/7
1035/19 1040/11
**testifying [3]** 931/23
936/17 972/19
**testimony [20]** 930/15
933/8 934/6 944/18
952/25 957/4 960/5
971/16 971/20 971/25
972/7 972/7 974/25
975/1 982/16 1035/16
1035/17 1035/19
1035/21 1035/22
**Texas [2]** 990/24 991/4
**text [2]** 955/16
1028/23
**THAKOR [25]** 930/9

950/1 930/13 932/12
934/6 935/24 937/24
938/9 939/2 947/5
948/9 953/11 954/17
955/9 955/16 956/12
957/3 967/12 968/6
968/14 970/11 970/16
970/18 985/12 987/15
**Thakor's [3]** 961/22
962/21 968/3
**than [31]** 941/7 941/11
946/12 948/17 960/6
965/16 965/21 968/19
972/14 974/16 975/5
977/1 984/3 993/8
996/4 998/19 999/14
1006/14 1008/2
1011/14 1011/19
1012/13 1014/9
1018/15 1018/20
1024/8 1024/22
1025/21 1026/24
1026/25 1031/22
**thank [26]** 930/8
955/13 956/10 958/1
961/18 970/5 970/11
970/14 985/8 986/14
987/15 987/17 987/21
987/22 988/18 997/23
1020/8 1021/6 1021/7
1034/20 1034/23
1036/12 1037/5 1041/3
1043/9 1043/10
**that [633]**
**that's [83]** 930/19
931/12 931/13 931/23
933/3 933/15 933/16
935/17 936/8 936/11
936/11 936/16 937/13
939/7 939/7 939/21
939/25 940/21 941/16
941/17 942/10 943/8
944/9 944/13 944/24
945/10 945/11 946/13
946/25 948/11 948/19
951/6 952/5 952/17
954/21 955/17 957/20
958/18 960/6 962/17
963/8 963/13 963/16
963/20 964/10 966/22
967/17 968/20 968/21
971/3 974/1 974/19
975/10 975/11 976/10
976/18 986/1 987/3

987/9 1003/13 1005/2
1006/21 1006/23
1007/3 1008/4 1008/10
1012/7 1014/16
1015/11 1017/13
1020/11 1021/9 1024/9
1025/22 1026/9
1026/12 1033/23
1034/20 1035/17
1036/1 1036/9 1041/2
1043/3
**their [15]** 934/4 934/24
938/25 940/7 941/2
950/14 976/7 978/22
984/8 1014/8 1016/1
1016/1 1016/16 1018/7
1019/3
**them [32]** 934/19
936/1 936/2 936/3
936/24 937/13 937/14
937/16 948/16 949/4
955/2 959/22 966/14
972/2 974/9 978/14
986/18 990/9 997/13
1002/4 1002/5 1002/24
1004/6 1009/4 1009/4
1016/2 1017/17
1018/16 1026/7
1038/18 1038/20
1038/23
**themselves [1]**
1026/23
**then [44]** 931/17 932/7
935/1 936/2 936/11
941/7 941/11 941/19
942/9 942/17 943/14
944/22 959/18 964/4
965/24 966/1 974/12
978/7 978/25 980/2
980/3 983/5 983/7
984/11 988/5 989/11
991/20 992/3 996/6
998/4 998/10 1001/4
1001/8 1001/22
1008/12 1010/10
1010/17 1010/21
1016/25 1019/18
1034/25 1038/2 1038/2
1038/9
**there [88]** 930/22
937/6 938/24 942/10
942/17 942/21 943/15
950/9 950/15 950/18
950/18 952/4 952/25

# T

**there... [75]** 956/20
957/6 957/13 961/13
961/13 965/8 967/6
970/25 971/6 971/7
971/9 971/23 972/17
972/25 974/12 974/17
975/15 976/12 976/25
978/12 979/14 979/15
980/16 982/2 983/13
993/4 994/3 997/3
997/16 997/17 997/18
997/21 997/23 997/24
998/2 998/4 998/8
998/14 999/10 1001/12
1001/13 1001/17
1003/3 1003/3 1004/16
1006/3 1006/4 1006/4
1006/15 1007/5 1007/7
1009/6 1009/14
1009/18 1010/2 1011/1
1012/24 1013/9 1014/4
1017/8 1018/9 1018/12
1018/13 1018/18
1022/5 1023/13
1023/22 1024/5
1026/10 1028/11
1031/4 1032/24
1034/15 1038/8
1041/23

**there's [21]** 931/15
931/15 931/17 932/9
933/11 937/7 952/2
963/7 972/10 998/25
1022/5 1027/14
1027/21 1028/22
1030/10 1030/11
1030/11 1039/13
1039/14 1039/25
1040/2

**therefore [1]** 964/9
**these [29]** 944/25
956/20 964/20 965/14
965/20 965/24 967/9
974/8 974/23 975/5
975/13 975/21 978/3
978/4 978/13 980/15
995/5 995/18 998/3
1001/3 1003/5 1009/9
1014/19 1014/25
1017/24 1027/8
1028/10 1028/17
1030/8
**they [94]** 931/19

934/13 935/10 941/1
941/7 945/14 945/23
946/15 947/22 948/5
948/7 948/15 949/22
950/20 951/2 953/4
954/5 954/15 954/18
954/22 954/22 956/20
957/7 957/9 957/11
957/12 957/12 957/15
958/18 959/24 959/25
963/20 963/22 964/18
966/12 971/19 972/22
976/3 976/4 976/4
976/6 978/4 978/18
978/21 979/21 979/22
979/24 980/1 980/3
983/18 983/19 984/5
988/21 993/8 994/5
998/2 998/8 998/10
1001/7 1001/8 1002/8
1003/15 1003/15
1004/12 1004/19
1005/21 1008/5
1011/19 1013/15
1015/5 1015/7 1016/13
1016/17 1016/17
1018/20 1018/20
1018/23 1019/1 1019/2
1021/2 1026/4 1026/5
1029/13 1033/3
1039/15 1039/19
1039/20 1039/24
1040/12 1041/12
1042/1

**they're [10]** 934/23
944/14 959/4 959/5
959/5 959/8 975/12
977/3 1011/17 1036/14
**thing [11]** 946/23
959/4 959/8 961/7
966/8 969/23 971/22
995/22 1007/3 1026/22
1033/22
**things [21]** 944/23
950/13 950/15 951/4
959/3 997/4 1001/18
1006/6 1006/24
1006/25 1007/2
1008/24 1008/25
1009/14 1018/23
1025/2 1031/21
1032/10 1037/22
1042/12 1042/13

**think [54]** 936/7
936/18 943/21 945/10
950/24 952/5 954/15
954/22 960/5 960/5
963/16 963/19 964/7
964/11 964/21 968/17
968/21 968/24 972/17
977/18 995/12 997/17
998/2 1006/17 1007/11
1007/12 1007/17
1008/9 1008/13 1014/9
1016/19 1018/12
1018/13 1020/18
1020/21 1024/17
1025/24 1026/17
1026/19 1026/24
1027/1 1027/12 1034/2
1036/5 1036/9 1036/20
1037/18 1038/2 1038/2
1039/5 1040/17 1041/7
1042/24 1042/24
**third [45]** 930/16
930/20 930/24 931/8
931/12 931/14 932/1
932/2 932/12 932/25
933/5 933/6 933/9
933/10 933/12 933/22
933/25 937/25 938/3
948/2 953/13 957/24
958/3 960/20 960/24
970/21 971/5 971/13
983/7 996/17 999/17
1000/9 1003/10
1004/13 1009/22
1016/24 1016/25
1022/4 1022/5 1027/12
1033/3 1033/6 1033/17
1034/11 1040/9
**this [157]**
**Thornton [1]** 950/25
**those [47]** 936/4
936/22 942/5 944/23
946/11 951/3 951/13
951/24 952/13 956/17
962/10 964/14 964/16
965/5 966/4 966/22
970/21 973/21 976/15
978/9 986/21 988/13
989/3 993/5 996/7
997/24 998/11 998/12
998/13 999/8 999/11
1000/2 1000/24 1003/5
1005/9 1005/11
1009/18 1010/5 1010/7

1011/17 1011/17
1017/15 1024/22
1029/14 1030/3 1033/9
1037/22
**though [6]** 946/4
990/10 1020/19
1020/19 1020/21
1022/8
**thought [9]** 952/11
953/4 954/24 957/13
1014/13 1016/17
1033/5 1034/17
1041/10
**three [7]** 942/25 998/8
1010/21 1033/1 1033/9
1039/18 1042/13
**through [18]** 937/3
962/11 984/5 988/7
992/1 1000/13 1001/20
1001/22 1002/20
1006/1 1009/13
1011/15 1011/16
1011/16 1011/17
1017/7 1017/24 1018/2
**throughout [1]**
1001/22
**Thursday [1]** 1043/1
**thus [1]** 992/1
**ticked [1]** 962/11
**tie [1]** 983/10
**tilting [1]** 1011/10
**Tim [4]** 997/16 997/21
999/1 1001/13
**Tim Mayopoulos [1]**
997/16
**time [59]** 932/22 935/5
935/14 937/24 938/3
940/6 947/23 948/2
954/2 955/8 956/3
958/2 958/23 959/16
970/12 979/2 979/14
979/18 987/20 992/11
993/7 993/25 996/24
997/19 1003/25 1004/2
1004/5 1004/5 1006/1
1006/9 1006/20 1008/7
1008/13 1009/2
1009/19 1009/23
1009/25 1010/6 1011/8
1011/13 1011/16
1014/15 1015/16
1017/13 1017/13
1022/15 1022/18
1026/15 1028/3

# T

**time... [10]** 1029/13 1029/17 1030/2 1032/17 1035/1 1035/9 1040/9 1041/20 1041/22 1043/1
**timeframe [1]** 1015/2
**timeline [1]** 993/22
**times [4]** 1007/7 1026/17 1026/19 1039/18
**timetable [1]** 1002/11
**timing [7]** 941/18 992/18 1000/20 1001/21 1035/1 1036/10 1039/5
**tipping [1]** 1003/13
**title [1]** 1013/22
**today [5]** 939/2 989/5 1017/4 1034/25 1036/10
**together [3]** 994/15 995/5 1009/10
**told [2]** 934/9 1006/12
**tomorrow [1]** 1042/19
**too [5]** 948/15 952/11 954/25 996/11 996/14
**top [3]** 975/10 1023/18 1025/19
**Topaz [1]** 928/5
**topic [2]** 975/20 998/3
**topics [3]** 998/6 998/9 998/12
**total [6]** 942/7 942/15 942/20 944/20 1007/22 1024/17
**totally [4]** 931/3 935/17 938/10 1038/21
**tough [1]** 938/12
**towards [2]** 1003/13 1030/9
**town [1]** 976/5
**trade [8]** 932/4 932/5 933/16 933/18 961/8 970/21 971/1 971/4
**trajectory [1]** 1042/24
**transcribed [2]** 1035/7 1036/8
**transcript [4]** 927/13 928/25 930/3 1044/4
**transcription [1]** 928/25
**transferred [1]** 972/14
**translate [1]** 1012/23

**Treasurer [1]** 997/18
**Treasury [127]**
**Treasury's [3]** 942/13 942/22 976/1
**trend [1]** 1023/21
**trends [3]** 1006/22 1006/23 1006/23
**trial [5]** 927/13 930/2 1038/14 1039/20 1039/21
**trillion [2]** 947/6 974/16
**trouble [1]** 945/3
**true [17]** 973/23 974/10 1024/11 1025/7 1026/14 1028/1 1028/7 1028/13 1029/18 1030/4 1030/18 1031/13 1031/17 1031/18 1031/19 1033/23 1044/4
**truly [1]** 1041/23
**trust [1]** 1038/21
**truth [1]** 1021/14
**truthful [1]** 1029/10
**try [4]** 959/22 966/10 990/9 1026/22
**trying [14]** 931/25 940/21 966/6 966/9 972/9 973/9 983/10 987/3 995/6 995/13 1006/16 1022/25 1024/9 1032/4
**tub [1]** 944/19
**Tuesday [3]** 1038/6 1041/17 1042/23
**turn [4]** 1007/1 1010/17 1014/20 1027/2
**turned [1]** 957/13
**twice [2]** 944/16 959/25
**two [19]** 934/11 934/19 935/9 945/8 949/4 959/3 965/11 973/4 975/7 984/2 984/17 987/4 987/13 993/21 998/8 998/23 1033/1 1035/2 1042/12
**type [4]** 991/14 995/7 999/15 1005/11
**types [3]** 962/5 999/8 1005/10
**typically [2]** 975/5

# U

**U.S [3]** 928/21 938/19 998/5
**Ugoletti [10]** 952/11 952/16 952/19 982/8 982/13 988/6 989/11 1002/19 1035/4 1035/6
**Ugoletti's [1]** 982/17
**uh [17]** 931/6 931/16 933/24 944/6 945/6 945/18 958/13 962/7 970/23 977/5 977/5 979/17 982/24 990/14 1027/4 1027/10 1031/3
**Uh-huh [15]** 931/6 931/16 933/24 944/6 945/6 945/18 958/13 962/7 970/23 979/17 982/24 990/14 1027/4 1027/10 1031/3
**uh-uh [1]** 977/5
**ultimate [1]** 987/1
**ultimately [5]** 986/21 986/24 987/12 1007/8 1035/22
**uncertainty [5]** 1026/9 1027/13 1028/11 1028/23 1031/4
**undate [1]** 997/13
**under [22]** 931/14 931/20 933/22 933/25 939/22 941/21 943/9 943/13 946/19 948/5 948/6 948/10 948/14 953/21 953/24 967/9 967/16 1010/17 1027/22 1028/5 1029/1 1029/3
**understand [18]** 932/1 932/2 933/15 933/23 935/13 935/17 937/24 938/3 946/18 958/11 971/5 971/10 971/12 989/4 1018/10 1018/22 1038/22 1038/24
**understanding [5]** 930/19 960/10 971/21 972/1 1034/10
**understood [2]** 940/12 940/13
**Undisputed [1]** 931/5
**undrawn [7]** 944/3

944/4 949/6 968/17 968/22 969/9 969/13
**unique [1]** 1007/3
**UNITED [4]** 927/1 927/14 935/11 938/11
**University [2]** 990/24 991/3
**unless [1]** 1001/5
**unlimited [12]** 938/5 940/5 940/20 942/2 943/1 943/13 948/4 979/9 979/10 979/15 979/16 980/2
**unrealistic [1]** 935/17
**unreasonable [1]** 1007/13
**until [7]** 942/21 942/23 959/18 959/20 979/18 983/19 992/10
**untypical [1]** 1019/1
**unusual [2]** 975/8 1006/22
**up [39]** 934/6 935/8 935/16 935/22 939/5 943/7 946/12 955/7 959/18 959/20 961/22 964/16 965/4 966/3 966/19 969/4 970/18 972/16 975/6 977/24 984/14 994/17 1006/1 1006/9 1006/22 1006/24 1007/1 1009/3 1010/10 1012/25 1013/8 1019/4 1026/4 1026/6 1031/24 1034/15 1034/17 1035/22 1043/4
**upcoming [1]** 1000/22
**update [3]** 996/6 1017/12 1018/16
**updated [2]** 997/14 1017/19
**updates [3]** 1008/19 1017/15 1017/15
**upfront [2]** 945/25 947/3
**upon [2]** 975/25 1003/24
**upper [5]** 936/8 936/25 937/11 937/19 942/22
**upper-end [2]** 937/11 937/19
**upticks [1]** 1025/22
**us [10]** 959/12 969/4

**U**

us... [8] 988/7 989/14 997/11 1001/5 1017/25 1018/20 1033/2 1033/3
use [4] 964/10 986/17 993/9 1040/6
used [7] 937/17 949/23 951/1 976/11 986/20 997/25 1017/18
useful [5] 963/17 964/9 965/9 965/18 966/2
using [2] 965/10 976/9

**V**

vacation [3] 1032/15 1032/20 1032/24
valuation [1] 1019/5
value [14] 936/10 937/3 937/6 949/24 951/17 952/6 953/2 953/10 960/16 963/24 964/10 965/25 975/12 976/9
value-based [2] 975/12 976/9
values [1] 1015/22
variable [2] 1015/18 1016/4
variety [1] 995/1
various [3] 962/5 962/10 962/18
VARMA [1] 928/14
vast [1] 1015/10
version [3] 1017/18 1017/19 1017/20
versus [2] 992/19 1007/16
very [25] 943/14 963/19 965/8 966/9 970/11 978/4 988/5 993/20 995/9 998/23 998/24 1002/15 1005/9 1006/15 1008/24 1008/25 1009/1 1009/2 1020/12 1021/10 1034/18 1034/23 1039/2 1040/10 1043/10
vest [1] 1018/23
victory [1] 1025/5
video [5] 988/6 989/20 989/25 1034/24 1035/3
videos [1] 1035/2

**W**

view [4] 955/3 996/22 1001/18 1010/22
viewed [2] 933/18 954/18
views [1] 1039/25
VINCENT [1] 927/17
vis [2] 1006/17 1006/17
volatile [1] 1015/17
volatility [3] 1022/23 1029/20 1031/9
vs [1] 927/4
vu [1] 1039/17

**W**

wait [2] 1035/13 1037/9
waive [3] 951/3 1004/20 1005/22
waived [7] 954/3 954/8 954/11 954/13 971/14 979/20 983/2
waiver [3] 960/24 982/22 983/17
waives [3] 958/10 958/16 961/1
waiving [6] 954/17 954/24 956/1 957/7 957/20 959/4
walk [14] 936/3 936/5 936/21 936/22 936/24 937/12 937/13 937/16 937/18 938/13 976/14 977/22 978/6 1017/24
walk-away [2] 937/12 976/14
walked [1] 1018/2
Wall [3] 974/13 1021/25 1022/2
want [21] 933/12 933/22 943/22 944/25 952/2 955/4 957/12 961/25 964/4 972/2 976/20 978/6 995/25 996/8 1012/6 1018/18 1021/2 1027/2 1032/2 1033/19 1042/5
wanted [16] 949/19 972/6 976/2 978/4 978/13 978/14 983/12 986/20 986/23 998/3 1018/20 1031/25 1035/15 1038/13 1038/16 1041/10

wants [1] 1041/18
warrants [4] 944/21 945/23 946/15 947/2
was [289]
Washington [7] 927/5 927/18 928/9 928/17 928/22 1025/12 1025/14
wasn't [12] 950/15 952/21 952/22 963/6 966/1 976/5 1006/3 1018/18 1029/11 1031/14 1031/19 1037/15
way [18] 931/14 932/4 940/7 946/12 961/10 962/15 963/16 963/19 963/21 973/16 974/7 976/18 978/1 989/19 1008/6 1011/10 1014/8 1014/14
ways [1] 1011/6
we [179]
we'd [1] 1036/11
we'll [13] 935/13 977/22 987/19 989/11 1035/8 1036/9 1036/20 1038/2 1038/3 1038/8 1040/6 1041/19 1043/4
we're [21] 938/14 938/14 957/21 966/8 978/10 981/23 989/22 990/2 994/23 1000/22 1002/6 1007/23 1025/24 1032/2 1032/4 1034/24 1038/6 1038/10 1039/3 1039/14 1042/24
we've [9] 947/9 954/23 955/3 989/15 1008/11 1031/16 1038/15 1042/12 1042/16
weather [1] 1036/19
week [6] 998/21 998/23 1040/4 1040/5 1042/6 1042/25
weekend [6] 1036/18 1036/19 1036/22 1038/13 1043/8 1043/11
weigh [1] 1035/21
weight [1] 1035/18
welcome [1] 955/14
well [31] 932/5 933/17

went [4] 930/21 949/13 962/5 991/3
were [139]
weren't [3] 962/19 973/9 976/17
what [109] 931/12 931/13 931/22 931/23 932/1 933/1 933/2 933/3 933/4 933/20 936/7 936/16 940/15 940/21 940/23 943/8 944/24 946/18 946/19 949/20 950/10 950/12 950/14 950/19 951/15 951/21 951/21 952/5 952/8 952/10 952/19 953/8 957/6 957/14 959/11 959/25 960/6 961/7 961/11 962/15 962/17 963/8 964/3 965/14 965/16 965/19 968/24 971/21 972/8 972/11 972/20 972/23 974/1 974/12 974/14 976/21 979/1 980/10 982/3 985/15 986/1 986/3 987/3 988/19 991/7 991/12 991/14 991/20 992/5 992/15 992/17 995/23 996/3 996/7 996/16 996/19 998/12 1000/17 1001/21 1002/6 1006/12 1006/14 1008/4 1008/4 1008/6 1008/9 1008/9 1010/1 1010/2 1010/25 1011/14 1011/19 1014/1 1016/4 1016/10 1016/11 1017/16 1018/7 1018/14 1021/1 1022/25 1024/9 1024/21 1030/10

1076

# W

**what... [5]** 1030/15
1032/3 1037/1 1042/11
1043/5
**what's [25]** 977/4
1019/3 1019/21
1019/21 1021/18
1021/22 1021/22
1023/2 1023/3 1025/9
1027/6 1027/7 1027/11
1028/16 1028/17
1032/13 1033/11
1033/11 1037/7
1037/16 1040/12
1040/13 1041/20
1042/8 1042/11
**whatever [5]** 932/19
976/2 1017/14 1038/9
1039/24
**whatnot [1]** 1005/7
**when [62]** 930/15
930/20 935/6 940/6
941/11 941/18 941/20
954/2 964/1 966/9
966/12 967/2 967/8
976/4 978/21 979/11
979/11 979/14 979/21
980/1 985/7 988/4
989/15 990/21 992/18
992/19 992/24 993/1
993/11 996/16 1000/16
1000/23 1001/11
1001/21 1002/12
1002/16 1003/6
1003/11 1003/13
1003/21 1003/24
1004/5 1006/7 1006/15
1006/25 1019/4 1025/7
1026/25 1027/18
1028/1 1028/7 1028/14
1029/10 1030/5
1030/18 1031/13
1031/17 1031/23
1032/15 1032/23
1033/3 1034/4
**where [31]** 937/7
950/6 950/9 951/22
952/15 953/3 957/11
961/14 963/20 966/22
977/15 982/2 982/8
986/5 990/23 991/9
991/19 994/3 995/3
997/1 997/8 997/9
999/1 1001/12 1003/12

1005/6 1007/7 1007/15
1019/4 1023/13
1042/18
**Whereas [1]** 1005/5
**whereby [2]** 996/21
997/2
**whether [17]** 949/15
951/1 970/25 982/17
983/25 984/2 986/17
1006/22 1007/21
1011/10 1017/8 1017/9
1017/13 1026/4 1026/5
1026/10 1040/3
**which [32]** 934/25
937/4 937/20 940/24
948/3 948/17 948/24
953/10 954/23 959/24
959/25 963/7 965/11
965/25 971/17 973/1
979/1 979/2 987/11
997/7 1008/21 1012/1
1012/8 1012/13
1013/22 1014/14
1018/17 1027/23
1029/2 1032/25
1034/16 1040/14
**while [3]** 986/24
1004/16 1029/13
**who [20]** 930/3 934/9
978/2 990/4 994/13
994/14 994/17 995/13
997/16 997/25 998/13
999/10 1002/17
1013/19 1017/25
1035/23 1035/23
1041/4 1041/5 1041/11
**who's [1]** 988/2
**whole [3]** 971/16
1041/22 1042/6
**whom [1]** 997/5
**why [12]** 938/16
950/17 959/4 971/3
974/19 975/11 993/13
995/18 1008/22 1015/4
1015/4 1026/9
**will [32]** 941/1 941/1
960/24 976/7 988/7
989/4 990/4 990/9
996/3 1002/25 1003/19
1012/1 1014/3 1016/5
1018/24 1023/23
1025/5 1027/7 1027/23
1028/4 1029/2 1030/7
1030/12 1031/20

1033/18 1035/3 1040/9
1041/15 1042/18
1042/19
**willing [6]** 934/14
934/19 935/21 978/5
978/10 979/5
**wind [4]** 1011/6
1011/22 1033/21
1033/23
**wind-down [2]**
1033/21 1033/23
**winding [2]** 1034/13
1034/18
**window [1]** 1002/13
**winds [1]** 1007/2
**wipe [1]** 1008/11
**wish [1]** 1039/24
**withdraw [1]** 981/3
**within [12]** 939/4
964/23 975/14 978/2
978/25 986/9 987/11
996/9 998/19 998/23
1000/9 1002/13
**without [7]** 948/19
951/16 988/21 1021/4
1036/14 1037/4
1037/10
**witness [6]** 929/2
930/5 930/6 932/16
1035/19 1041/15
**witnesses [1]** 1040/14
**won't [1]** 983/5
**word [6]** 930/17 933/8
933/16 937/17 969/21
981/9
**words [8]** 936/4
936/22 952/22 981/12
999/12 1006/4 1015/8
1016/1
**work [8]** 991/10
991/20 994/13 997/25
1011/16 1011/17
1016/16 1024/20
**worked [4]** 931/14
995/4 996/4 1011/15
**working [1]** 1013/13
**workout [1]** 1009/24
**workouts [1]** 1013/11
**works [1]** 1011/2
**worse [1]** 1006/14
**worth [44]** 930/20
930/25 931/10 931/15
931/17 931/19 931/22

932/3 932/6 932/9
932/13 933/6 933/19
934/1 943/4 944/11
947/6 947/24 961/3
961/8 961/12 961/16
971/1 971/7 971/9
971/22 972/9 972/10
972/13 972/18 972/19
981/10 981/13 981/16
983/6 983/14 998/20
999/2 1006/1 1007/11
1008/16 1009/8 1015/1
1033/6
**would [183]**
**wouldn't [8]** 935/1
959/9 961/10 963/16
983/18 993/9 1031/18
1032/9
**wound [1]** 1033/22
**writes [1]** 958/9
**written [1]** 1026/11
**wrote [1]** 956/13

# Y

**yeah [13]** 932/19
945/10 947/19 964/11
984/5 1003/22 1004/24
1005/8 1012/9 1037/17
1038/9 1039/1 1040/15
**year [30]** 934/25 945/9
945/21 958/12 958/17
968/11 969/17 969/19
969/24 970/2 979/20
984/25 1008/1 1008/10
1009/13 1011/20
1012/11 1013/4 1014/5
1014/23 1015/1
1023/24 1024/1
1024/13 1024/17
1024/18 1024/21
1024/21 1026/20
1027/9
**years [6]** 942/25
953/17 969/24 970/3
1012/11 1014/4
**yes [109]** 930/19 933/1
935/2 935/12 935/19
937/17 938/2 939/11
940/8 940/18 942/18
942/24 943/24 944/3
944/13 945/12 946/16
947/13 947/17 948/12
948/18 949/7 949/15
949/18 949/22 951/10

**Y**

**yes... [83]**  952/12
953/23 954/1 955/21
956/2 956/19 958/15
959/2 961/6 966/6
967/1 967/7 967/11
967/15 970/4 972/15
973/2 981/8 983/1
985/1 985/3 985/6
985/13 985/18 986/22
989/7 989/9 989/24
990/12 992/14 992/16
993/3 993/6 993/10
994/16 995/15 995/15
997/10 998/16 998/18
999/6 999/18 1000/11
1002/20 1004/11
1004/11 1004/14
1005/18 1011/25
1012/19 1015/3 1017/6
1018/6 1018/22
1018/25 1020/1 1020/4
1020/10 1020/13
1020/25 1021/11
1021/15 1021/17
1021/21 1022/3
1022/14 1022/16
1023/16 1024/5 1025/8
1026/13 1026/16
1027/10 1027/20
1028/2 1028/9 1028/15
1028/20 1029/6
1033/15 1039/11
1040/24 1043/9
**yesterday [1]**  966/25
**yet [5]**  997/3 1009/12
1011/5 1012/16
1040/17
**Yield [1]**  1019/7
**yielded [6]**  963/4
964/3 964/8 965/21
986/17 987/1
**York [4]**  928/8 928/12
978/22 979/4
**you [459]**
**you'd [3]**  936/1 936/2
936/3
**you'll [1]**  989/20
**you're [32]**  932/20
933/2 933/4 940/25
941/12 941/14 946/18
946/19 947/16 947/18
948/9 948/11 955/14
958/2 961/14 970/25

972/19 974/15 976/20
977/7 977/10 980/24
981/20 982/16 983/13
1000/20 1011/2 1011/8
1015/22 1033/25
1038/1 1041/5
**you've [3]**  939/2 946/5
950/6
**young [1]**  988/2
**your [138]**
**Your Honor [41]**
932/15 932/17 955/6
956/3 956/5 956/6
967/20 970/9 970/12
977/6 977/12 980/22
981/1 981/21 981/24
982/19 983/20 984/19
987/18 987/22 987/24
990/10 1021/7 1035/2
1036/9 1036/11
1036/13 1036/24
1037/11 1037/14
1038/12 1039/11
1039/18 1039/24
1041/2 1041/6 1041/9
1041/13 1041/14
1041/16 1043/10
**yourself [1]**  1004/21

**Z**

**zero [7]**  963/4 964/3
964/8 980/12 980/17
986/17 987/1
**zoom [2]**  955/15 969/4