**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FAIRHOLME FUNDS, INC., ET AL., et al,        Civil Action
                                             No. 1:13-1053

                    Plaintiffs,

        vs.                                  August 1, 2023
                                             Washington, DC
FEDERAL HOUSING FINANCE
AGENCY, et al,                               10:39 a.m.

                    Defendants.
_____

In re: FANNIE MAE/FREDDIE MAC                Miscellaneous Action
SENIOR PREFERRED STOCK PURCHASE             No. 1:13-1288
AGREEMENT CLASS ACTION
LITIGATIONS.
_____


**\*\*\* MORNING SESSION \*\*\***
TRANSCRIPT OF **JURY TRIAL - DAY 7**
**BEFORE THE HONORABLE ROYCE C. LAMBERTH**
UNITED STATES DISTRICT SENIOR JUDGE


APPEARANCES:

**For Plaintiffs**           **VINCENT COLATRIANO**
**Fairholme Funds,et al:**   Cooper & Kirk, PLLC
                             1523 New Hampshire Avenue NW
                             Washington, D.C. 20036

APPEARANCES CONTINUED:


**For Class Plaintiffs:**      **LEE D. RUDY**
                               Kessler Topaz Meltzer & Check, LLP
                               280 King of Prussia Road
                               Radnor, Pennsylvania 19087

                               **HAMISH HUME**
                               **KENYA KHALELAH DAVIS**
                               Boies Schiller Flexner LLP
                               1401 New York Avenue NW
                               Washington, D.C. 20005

                               **ROBERT KRAVETZ**
                               **CAITLIN BOZMAN**
                               Bernstein Litowitz Berger &
                               Grossmann LLP
                               1251 Avenue of the Americas
                               New York, NY 10020


**For Defendants FHFA,**       **ASIM VARMA**
**Fannie Mae and**             **ROBERT STANTON JONES**
**Freddie Mac:**               **IAN S. HOFFMAN**
                               **DAVID BLOCK BERGMAN**
                               Arnold & Porter Kaye Scholer LLP
                               601 Massachusetts Avenue NW
                               Washington, D.C. 20001


**Reported By:**               **LORRAINE T. HERMAN, RPR, CRC**
                               Official Court Reporter
                               U.S. District & Bankruptcy Cts.
                               333 Constitution Avenue, NW
                               Room 6720
                               Washington, D.C. 20001
                               lorraine_herman@dcd.uscourts.gov


*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

**I N D E X**

**WITNESS**                                                          **PAGE**

BALA DHARAN

    Cross-Examination continued by Mr. Bergman      1310
    Redirect Examination by Mr. Kravetz             1367

1    **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  This is Civil Action 13-1053, with

3    related Miscellaneous Case 13-288, In Re: Fannie Mae/Freddie

4    Mac Senior Preferred Stock Purchase Agreement Class Action

5    Litigations.

6          **THE COURT:**  Good morning.

7          **MR. STERN:**  Good morning, Your Honor.

8          I know we have the jury waiting.  I will be very

9    brief.  It is just a follow-up on the scheduling

10   conversation we had yesterday.  I don't know if we are on

11   the record.  Jonathan Stern for the defendants.

12         Judge, just to recap, our first choice would be

13   after I'm gone to just play the Mr. Lockhart video, and then

14   devote the rest of the afternoon to legal argument.  Because

15   I would prefer way of proceeding would have been Lockhart

16   video and then Satriano live testimony.

17         I don't know if the Court is not amenable to that,

18   if not, I will move on to option two.

19         **THE COURT:**  Satriano testimony, you want it to be

20   with you present?

21         **MR. STERN:**  Correct, Your Honor.

22         **THE COURT:**  We can't do that, so what's option

23   two?

24         **MR. STERN:**  Well, option one is Lockhart without

25   me, the Lockhart video without me and be done for the day

1   with the jury.

2              **THE COURT:**  Right.  Right.

3              **MR. STERN:**  Option two would be Lockhart video,

4   Mayopoulos video and Kari readout, and then be done for the

5   day.  That would save one deposition latent, that we would

6   very much like to do later in our case.  But option one is

7   Lockhart only.  Option two is Mr. Lockhart, Mayopoulos and

8   Kari.

9              **THE COURT:**  Let's do option two.

10             **MR. STERN:**  Thank you, Your Honor.

11             **THE COURT:**  Is your witness here?

12             **MR. KRAVETZ:**  Yes, Your Honor.

13             **THE COURT:**  Okay.  Bring the jury in.

14         (Jury entered the courtroom.)

15             **THE COURT:**  The witness may take the stand.

16         (Witness took the stand.)

17             I remind you, you are under oath.

18             You may resume your cross-examination.

19             **MR. BERGMAN:**  Thank you, Your Honor.  David

20   Bergman for the defendants.

21         **CROSS-EXAMINATION OF BALA DHARAN CONTINUED**

22   BY MR. BERGMAN:

23      **Q.**   Good morning, Dr. Dharan.

24      **A.**   Good morning.

25      **Q.**   I want to start this morning by correcting a math

           **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    error you and I made yesterday.  I know you have your

2    slides.  We will pull it up.  It was slide 55 from the deck

3    that you presented in your direct.  And you will recall we

4    talked about this yesterday, it is the official Freddie Mac

5    forecast prepared in August 2012, just a few days before the

6    third amendment; is that right?

7        **A.**  Yes.

8        **Q.**  And that's where you pulled this data from.  And

9    you will recall that we looked at this and we saw that in

10   the stress scenario, last column there was $117 billion in

11   the draws under the projections.  Correct?

12       **A.**  Yes.

13       **Q.**  And that's the second-to-last from the bottom on

14   the far right.

15           Yesterday we talked about that and we calculated

16   that Freddie's average annual draws, we divided the 117

17   billion by 4.  Do you remember that?

18       **A.**  Yes.

19       **Q.**  And it turns out that that was wrong.  Do you

20   understand?

21       **A.**  Okay.

22       **Q.**  The slide in the FHFA forecast, they predicted 117

23   billion in draws over three years.  Right?

24       **A.**  Yes, you are right.

25       **Q.**  It's from the end of -- from 2/31/2012 to 2015

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1   calendar years 2013, '14 and '15.  Right?

2       **A.**   Right.

3       **Q.**   If we do the math correctly, we should divide the

4   117 billion by 3.

5       **A.**   Yes.

6       **Q.**   And that gives us $39 billion a year.

7       **A.**   Yes.

8       **Q.**   So at the end of 2015, there would be $32 billion

9   left in the commitment; that's the number you circled in

10  red.  Correct?

11      **A.**   Right.

12      **Q.**   And if the trend continued and in the next year

13  there was the same $39 billion needed for a draw, there

14  would not be enough left for the Treasury commitment.

15  Right?

16      **A.**   Um --

17      **Q.**   I know it's a hypothetical.  Just doing the math.

18  I am trying to correct the math.  There is $32 billion left.

19  They had been drawing $39 billion per year; 39 billion

20  dollars is more than 32.  Right?

21      **A.**   I just wanted to add one more thing other than

22  that it is right.

23      **Q.**   I apologize.  Your counsel will have a full

24  opportunity, if that's all right.

25      **A.**   Sure.

       **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    Q.   Let's switch gears to your slide 67.  And that,

2    you will recall, you presented just after talking about the

3    stress test, the Freddie Mac stress test that we just looked

4    at.  This was an excerpt from a deposition of Susan

5    McFarland, who the CFO of Fannie Mae.

6    A.   Yes.

7    Q.   I want to make sure know one got the wrong

8    impression from you presenting this deposition excerpt so

9    close in time of your discussion of the Freddie Mac stress

10   test projections.

11        And so to be clear, this excerpt from

12   Ms. McFarland's deposition, she was not testifying about

13   Freddie Mac's stress scenario.  Correct?

14   A.   That's correct.

15   Q.   She wasn't testifying about Freddie Mac's

16   projections at all.

17   A.   That's correct.

18   Q.   And she was testifying about projections prepared

19   by an outfit called Grant Thornton.  Correct?

20   A.   I don't remember that.  But she was testifying

21   about assumptions that she was asked in the question.

22   Q.   Okay.

23        Let's take this down and let me ask to pull up

24   Slide 59 that you presented yesterday on direct.  These were

25   some slides -- well, this is the first of several slides

CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman

1    that you presented that addressed what you call 2012

2    projections for Fannie Mae and Freddie Mac; is that right?

3        **A.**    Yes.

4        **Q.**    And then on Slide 60 -- if we can pull that up --

5    10-year projections show very little drawdown.  Just to be

6    clear, Slide 59 and 60 are analyzing, they are presenting

7    the same projections.  Correct?

8        **A.**    Yes.  The first problem of Slide 60 is same as the

9    slide 69 and second and third columns are the subsequent

10   drafts.

11       **Q.**    Okay.

12           So the three documents you cite.  Exhibits PX-16,

13   PX-218 and PX-269 are the same set of drafted projections.

14   Correct?

15       **A.**    The only one was draft, but I don't think the

16   other two were labeled.

17       **Q.**    The revisions.

18       **A.**    The revised versions.

19       **Q.**    And they were within a short period of time?

20       **A.**    Yes.

21       **Q.**    And so those are the basis for both Slide 59 and

22   Slide 60, just to be clear.  Correct?

23       **A.**    Yes.

24           **MR. BERGMAN:**  Okay.  We can take that down.

25           **MR. MONTGOMERY:**  [Complied]

     **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    BY MR. BERGMAN:

2        Q.   You presented some charts and drafts yesterday

3    showing what happened with housing prices.  Do you recall

4    that?

5        A.   Yes.

6        Q.   And it's easy enough to show graphs of housing

7    prices that are backward-looking, historical.  Correct?

8        A.   Yes.

9        Q.   You said, I can see back that the bottom of the

10   housing market was around February 2012.  Correct?

11       A.   Yes.

12       Q.   But in February 2012, nobody knew that that was

13   actually the bottom of the housing price market.  Right?

14       A.   Correct.

15       Q.   And, in fact, if we can pull up a Case-Schiller

16   graph, Case-Schiller housing data, that you are familiar

17   with.  Right?

18            MR. KRAVETZ:  Is this marked?

19            MR. BERGMAN:  This is a demonstrative.  I think we

20   used this yesterday.  You should have a copy from yesterday.

21            MR. KRAVETZ:  Okay.  Thank you.

22            MR. BERGMAN:  If we could put it up for

23   Dr. Dharan.  We don't need to show it to the jury.  Is there

24   an objection to displaying it to the jury?

25            MR. KRAVETZ:  No objection to display, Your Honor.

     CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman

1       **MR. BERGMAN:**  Your Honor, is that all right?

2       **THE COURT:**  If there is no objection.

3       **MR. BERGMAN:**  Thank you.

4   BY MR. BERGMAN:

5       **Q.**   So if you went back in time, this is showing the

6   house pricing.  Correct?

7       **A.**   I will take your word for it.  It looks like a

8   FRED graph.

9       **Q.**   You are familiar?

10      **A.**   Yes.

11      **Q.**   If you went back in time and looked -- let's say

12  that you are standing in February 2010 or March 2010 where

13  this graph cuts off you might look back and think that the

14  bottom of the housing market was that lowest dip there.

15  Right?

16      **A.**   If you could stand there, yes.

17      **Q.**   And yet, let's see if we can show the rest of the

18  graph.  Because you'd be wrong.  Right?  It goes down

19  farther than you might have thought.

20      **A.**   Yeah.

21          If you forecasted something, you could be wrong on

22  that.  Right.

23      **Q.**   So for the same reasons you don't know today

24  whether housing prices will go up or down in 2025.  Correct?

25      **A.**   We don't know but we know from historical trends

         **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1   that when the housing prices are going up, they typically

2   continue to go up before they flatten out, before they drop

3   off, if they do.

4        Q.   But you don't know where housing prices are going

5   to go in 2025 or 2030.  Correct?

6        A.   Nobody knows.

7        Q.   Well, and nobody knows where housing prices will

8   be in 2040.  Right?

9        A.   That far out, nobody knows, yes.

10        Q.   And you don't know whether or when the country

11   will go through another Great Recession like it did in 2008,

12   2009, 2010.  Right?

13        A.   Yeah.  I hope not but, yes, we don't know.

14        Q.   And you agree with me that assumptions with

15   respect to future interest rates, default rates, prepayment

16   rates and expected growth and real estate prices are always

17   difficult to estimate.  Right?

18        A.   Well, again, just to clarify what I said earlier,

19   just to repeat what I said earlier, the answer is right.

20   But there are trends and the U.S. economy is so big.  It's

21   like a super tanker.  It doesn't change directions, like,

22   instantly.  It's a very stable economy.  So the trends are

23   there.  And the trends sometimes obviously top out.  And

24   then they can change directions.  So with that caveat, it

25   gives a lot of stability that makes projections at least

         **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    possible, but one could still be wrong.

2        **Q.**   And am I right that you believe that even the most

3    sophisticated financial professionals did not foresee the

4    decline in real estate prices and higher-than-expected

5    default rates that came to occur in the housing crisis.

6        **A.**   What period are you referring to?

7        **Q.**   I am talking about leading up to the great

8    financial crisis of 2008, 2009, et cetera?

9        **A.**   So can you repeat the question again?

10       **Q.**   Yes.

11           You've written that even the most sophisticated

12   financial professionals did not foresee the decline in real

13   estate prices and the higher-than-expected default rates

14   that came to occur on the housing crisis.

15       **A.**   Yes.

16       **Q.**   That was correct.

17       **A.**   Most of them did not.  Some did but mostly people

18   missed it.

19       **Q.**   Okay.

20           Dr. Dharan, did you consider the terms of the

21   second amendment to the PSPAs in making your shareholder

22   expectations.

23       **A.**   Is that the one on the December 24, 2009?

24       **Q.**   Yes.

25       **A.**   I included that as part of my documents relied

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    upon.

2        **Q.**   Did you consider it --

3        **A.**   Yes.

4        **Q.**   -- in making your assessments of shareholders

5    reasonable expectations?

6        **A.**   My -- the answer -- let me give a slightly -- the

7    answer is, yes, but let me explain my answer.

8            The way I do the analysis is I look at the

9    specific question that was asked about the net worth sweep

10   and the financial harm that it could cause and was it

11   reasonably necessary?

12           And then in terms of my conclusion regarding

13   shareholders, the main area of my work is to show that

14   because the net worth sweep is not reasonably necessary,

15   based on my analysis, it follows that the shareholders were

16   not reasonably expected.

17       **Q.**   So just to be very clear on this, you are saying

18   in that approach you did consider the terms of the second

19   amendment to the PSPA in making your assessment?

20       **A.**   Yes.

21       **Q.**   Okay.

22           Did you consider the terms of HERA Recover Act, in

23   making your assessment of shareholders' reasonable

24   expectations?

25       **A.**   Well, that was the background in which the entire

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    analysis.  All of this includes the HERA, the third

2    amendment, second amendment, all of that.

3        Q.   We spoke earlier about SEC filings before the

4    second amendment to the PSPAS in 2009.  I want to ask you

5    about some of the SEC filings closer in time to the third

6    amendment, as you know is August 17th, 2012.  Right?

7        A.   Right.

8        Q.   You put up on the screen in your direct testimony

9    some excerpts from the 2012, third quarter 10-Q filing for

10   Fannie Mae.

11        MR. BERGMAN:  Your Honor, this is not in evidence.

12   As I say, Dr. Dharan put up some excerpts.  I would like to

13   put up additional excerpts.  May I can explain them to the

14   jury?

15        THE COURT:  Objection?

16        MR. KRAVETZ:  Your Honor, I would ask to display

17   to the witness like yesterday, if an exhibit is not in

18   evidence.

19        THE COURT:  All right.

20        MR. BERGMAN:  If we could put this up just for

21   counsel and the witness, please.

22        MR. MONTGOMERY:  [Complied]

23   BY MR. BERGMAN:

24        Q.   This is the 10-Q filing for Fannie dated August

25   8th, 2012.  As I say, you put some of it up on the screen

         CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman

1   yesterday.  So I know you've seen it.  Correct?

2        **A.**   Yes.

3             Just to classify, this is second quarter.  Right?

4        **Q.**   Yes.  DX-476.  We will bring it up for you.

5             I'm sorry.  It's the -- yes, it's the -- sorry,

6   it's the second quarter.  So it's dated August 8th.  It's as

7   of June 30, 2012.

8        **A.**   Yes.

9        **Q.**   If we turn to Page 175, you will see this is

10  signed by the CEO, Tim Mayopoulos.  Correct?

11       **A.**   Yes.

12       **Q.**   And on Page 176, it's also signed by Susan

13  McFarland, who was the Chief Financial Officer.  Correct?

14       **A.**   Yes.

15       **Q.**   And it's dated August 8th, 2012?

16       **A.**   Both of them, yes.

17       **Q.**   And I'll ask you to look in the executive summary

18  section, Page 16 of 178.  And I'm at the last paragraph.

19  And this is Fannie Mae, including Susan McFarland, whose

20  deposition testimony you've presented.  They say, "We do not

21  expect to generate net income or comprehensive income in

22  excess of our annual dividend obligation to Treasury over

23  the long term."  Correct?

24       **A.**   Yes.

25       **Q.**   They also say, "We also expect that, over time,

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    our dividend obligation to Treasury will increasingly drive

2    our future draws under the senior preferred stock purchase

3    agreement."  Right?

4        **A.**   Yes.

5        **Q.**   And when they say the dividend obligations, what

6    it must pay, Treasury will drive our future draws, that

7    means they expect to have to draw money from Treasury in

8    order to pay the dividend to Treasury.  Correct?

9        **A.**   Yes.  It doesn't say every quarter but it says

10   they expect.

11       **Q.**   Yes.

12           And that amount of future dividends will increase

13   every time Fannie made draws from Treasury in order to pay a

14   dividend to Treasury.  Correct?

15       **A.**   Yes.

16       **Q.**   Let's switch to the 10-K for 2011 from Fannie Mae;

17   this is DX-367.  And this is dated February 29, 2012, for

18   the year ended 2011.

19       **A.**   Okay.

20       **Q.**   If we can turn to Pages 437 to 440, you will see

21   the certifications and signings of the chief executive

22   officer, at the time was Michael Williams, and for the CFO

23   that was Susan McFarland again.  Right?

24       **A.**   Yes.

25       **Q.**   And --

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    **A.**    Can I --

2    **Q.**    -- she is certifying that the information

3    contained in the report fairly presents the financial

4    condition and results of operations of Fannie Mae.  Right?

5    **A.**    Right.  Can I read the certification just

6    momentarily?

7    **Q.**    You are familiar with this?  The certification is

8    the same every time?

9    **A.**    I just wanted to verify, yes.

10   **Q.**    And let's see if I can read a little bit from Page

11   15.  It says, The amount of this dividend payment -- that is

12   the dividend that is owed to Treasury -- exceeds our

13   reported annual net income for every year since our

14   inception.

15        We had talked about this a little yesterday.  I

16   was struggling to find the site.  In fact, the dividend

17   obligation that Fannie Mae owes Treasury exceeds their

18   comprehensive income that they've ever earned since their

19   inception.  Correct?

20   **A.**    Which sentence were you just reading?  Can you

21   highlight that?

22   **Q.**    Yes.

23        **MR. BERGMAN:**  Mr. Montgomery, are you able to

24   highlight?

25        **MR. MONTGOMERY:**  [Complied]

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1   **Q.**   The amount of this dividend payment exceeds our

2   reported annual net income for every year since our

3   inception.

4   **A.**   Yes.  These are the annual numbers, not the

5   quarterly numbers.

6   **Q.**   Yes.

7   And they say -- I am on Page 65 now.  It repeats,

8   The perspective $11.7 billion expectation exceeds annual net

9   income for every year since our inception.  And we expect

10  that FHFA will request on our behalf additional funds from

11  Treasury under the senior preferred stock purchase

12  agreement.  And it says, Further funds from Treasury, under

13  the senior preferred stock purchase agreement, will increase

14  the liquidation preference and the dividends we owe on our

15  senior preferred stock.

16  That's what we were just talking about.  They are

17  going to have to draw money from Treasury, in order to be

18  able to afford to pay the dividend to Treasury.  Correct?

19  **A.**   [No response]

20  **Q.**   They say, We will need additional funds from

21  Treasury in order to meet our dividend obligation to

22  Treasury.

23  **A.**   Yeah, I think they are saying we expect this.  Did

24  it say every year?  I don't know if they said that in this.

25  **Q.**   It's a description of circular draws, that we have

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1   been calling circular draws.  Correct?

2       **A.**   Maybe I didn't hear your question.  Can you repeat

3   the question about what you wanted me to agree on?

4       **Q.**   Yes.

5           They are saying, we expect we will need to make --

6   what we have been calling circular draws.  Correct?

7       **A.**   Right.  But I thought you also added "every year."

8   I didn't see that.

9       **Q.**   No, I am saying -- well, I think we are simpatico.

10      **A.**   Okay.

11      **Q.**   Let's look at Freddie Mac's 10-Q for the third

12  quarter of 2012.  Again, you presented an excerpt on the

13  slide.  This is DX-477.

14          **MR. MONTGOMERY:**  [Complied]

15  **BY MR. BERGMAN:**

16      **Q.**   This is signed, on Page 248 and 249, on 248 by Don

17  Layton.  He was the CEO of Freddie Mac.  You know that.

18  Correct?

19      **A.**   This is also for the second quarter.  Right?

20      **Q.**   Yes.  Yes.  Second quarter.  Second quarter.

21  Thank you.  August 7, 2012.  Right?

22      **A.**   Yes.

23      **Q.**   And the other signatory is Ross Kari, K-a-r-i, he

24  was the Chief Financial Officer of Freddie Mac?

25      **A.**   Yes.

   **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    **Q.**   As it says they signed on August 7th, 2012.

2         You showed on your direct testimony a slide of

3    some statements by Mr. Kari.  And this is signed -- I think

4    the excerpt you put up was from the day before this 10-Q was

5    filed.  Correct?

6    **A.**   I don't remember the date, but I think it's around

7    that time.

8    **Q.**   Yeah.  He was reporting on August 6th, and this is

9    now August 7th.

10   **A.**   Okay.

11   **Q.**   And here Mr. Kari signed this 10-Q.  And the 10-Q

12   says, We expect to request additional draws under the

13   purchase agreement in future periods.  Over time our

14   dividend obligation to Treasury will increasingly drive

15   future draws -- that means they are going to have to draw

16   money from Treasury in order to pay money to Treasury.

17   Correct?

18   **A.**   Are you reading off --

19   **Q.**   Yes.  This is on Page 14 in the executive summary,

20   second paragraph.  I will read it and you check me.

21        We expect to request additional draws under

22   purchase agreement in future periods.  Over time, our

23   dividend obligation to Treasury will increasingly drive

24   future draws.  Correct?

25   **A.**   Yes.

   **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    **Q.**   And that means, as we discussed, that means they

2    will need to draw money from Treasury in order to pay

3    Treasury?

4        **A.**   Sometimes.  Not every quarter but over time.

5        **Q.**   And they say at the bottom of the paragraph, It is

6    unlikely that we will generate net income or comprehensive

7    income in excess of our annual dividends payable to Treasury

8    over the long term.  Correct?

9        **A.**   Yes.

10       **Q.**   Will you agree with me that there are additional

11   SEC filings where Fannie Mae and Freddie Mac have made these

12   same kind of statements that they expect that the annual

13   dividend obligations to Treasury will require them to make

14   draws from the Treasury commitment?

15       **A.**   You mean before the net worth sweep?

16       **Q.**   Yes.

17       **A.**   Yes.  I think so.

18           Again, I don't think they ever say this is the

19   case for every quarter or every year.  But they usually use

20   the phrase "over time" or "in the long term".

21       **Q.**   And you testified on direct yesterday that none of

22   the SEC statements of Fannie or Freddie ever mentioned a

23   concern about erosion of the Treasury commitment; is that

24   correct?

25       **A.**   No, I was talking about the second quarter numbers

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1   that we were looking at around that time.

2       **Q.**   Did you see other SEC filings by Fannie and

3   Freddie that mentioned the problem of potential erosion of

4   the Treasury commitment?

5       **A.**   Only potentially -- can you repeat that?  Eroding?

6       **Q.**   Yes, and whether the Treasury commitment would be

7   adequate after the cap came the end of 2012.  Did you see

8   references in any of the SEC filings about that?

9       **A.**   I don't recall.

10      **Q.**   But the one we were discussing yesterday was the

11  second quarter of 2012.

12      **A.**   Yes.

13      **Q.**   So as you sit here, you don't recall whether there

14  were statements in the SEC filings about concerns about the

15  adequacy of the Treasury commitment after the cap?

16      **A.**   I don't know which quarter -- maybe if you can be

17  more specific which quarter or which time period.

18      **Q.**   Sure.

19           You don't recall from the second quarter of 2012?

20      **A.**   No, the second quarter of 2012 is what Mr. Kravetz

21  showed yesterday and we were discussing that.  I don't

22  recall -- I don't think they mentioned that they were going

23  to run out of Treasury funding in that one, along with all

24  the other -- there were approximately 50-odd items of

25  uncertainty that they were reporting.  But I didn't see one

           **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1   saying, We are at risk of running out of Treasury

2   commitment.

3       **Q.**   All right.

4           Let me read one to you.  This is from DX-477.

5   It's the Freddie 10-Q, for the second quarter of 2012.  And

6   it says, The costs of our debt funding could vary due to the

7   uncertainty about the future of the GSE and potential

8   investor concerns about the adequacy of funding available to

9   us under the purchase agreement after 2012.

10          Do you understand that to be a reference to

11  concern about the adequacy of the Treasury commitment after

12  the cap comes at the end of 2012?

13      **A.**   From what you are reading, that is what it sounds

14  like.  Which quarter is it from?

15      **Q.**   The second quarter.  DX-477.  Freddie 10-Q for the

16  quarter of 2012.  The same document that you put a different

17  portion up on the screen.

18      **A.**   Right.  Right.

19      **Q.**   Adequacy of funding available under the purchase

20  agreement is a reference to the purchase agreement.  Right?

21      **A.**   Yes.

22      **Q.**   And after 2012 as a reference to the cap on the

23  Treasury commitment.  Right?

24      **A.**   I would think so, yes.

25      **Q.**   And Freddie made these statements just about 10

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    days before the third amendment.  Correct?

2         **A.**    Yes.

3              Again, they are not referring to running out of --

4    they are not saying "we".  We meaning Freddie Mac.  We

5    expect the funding to run out.  That's what we were -- in

6    answer to Mr. Kravetz question, I was saying that I did not

7    see either enterprise saying that they are at risk of

8    running out of the Treasury cap.

9         **Q.**   Have you seen evidence of potential investor

10   concerns about the adequacy of the Treasury commitment after

11   the cap was to be in place that you think could be the basis

12   for this statement in the SEC filings?

13             **MR. KRAVETZ:**  Objection as to foundation of which

14   investors.

15             **THE COURT:**  Sustained.  Break it out.

16             **MR. BERGMAN:**  I'm sorry, Your Honor?

17             **THE COURT:**  Break it out.  You have too many

18   compounds in there.

19             **MR. BERGMAN:**  Yes.  Thank you.

20             Have you seen any evidence of any potential

21   investor concerns about the adequacy of the Treasury

22   commitment after the cap?

23             **MR. KRAVETZ:**  Same objection and relevance.

24             **THE COURT:**  Overruled.

25             **THE WITNESS:**  You mean within the Fannie Mae 10-Q?

         **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1  Is that what you are referring to?

2  **BY MR. BERGMAN:**

3      **Q.**   No.  My understanding is you made a pretty

4  comprehensive review of the evidence in this case, read

5  deposition transcripts, you've looked at documents.

6  Correct?

7      **A.**   Yes.  I just need to be a little more specific.

8  Are you referring to any Fannie Mae or Freddie Mac

9  information about -- I mean, Freddie Mac messages or memos

10  referring to investor concerns?

11      **Q.**   Yes, that would be included.  I am asking if you

12  recall evidence that there were investor concerns, along the

13  lines described in the SEC filing?

14          **MR. KRAVETZ:**  Objection.  Irrelevant to

15  shareholder expectations.

16          **THE COURT:**  What time period are you talking

17  about?

18          **MR. BERGMAN:**  This is before the third amendment.

19  The SEC filing referencing them is August 8th, I believe,

20  Your Honor.

21          **THE COURT:**  All right.  All right.  With that

22  modification of the question, it's overruled.

23          **THE WITNESS:**  So Answering your question, did I

24  see any reference to any investor concern?  I don't recall

25  any specific one.  If you show one, I will be able to talk

    **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

 1    about that.

 2    **BY MR. BERGMAN:**

 3        **Q.**    Okay.

 4            Let me start with Freddie CEO, Don Layton,

 5    deposition testimony I know you reviewed.  Correct?

 6        **A.**    Correct.  I don't remember the details, but I do

 7    remember there was testimony.

 8        **Q.**    Let me see if I can remind you.  This is from his

 9    deposition.  And I'll just read it to you.  It says, I had

10    known from earlier in the summer that there was an issue to

11    be addressed that was concerning to the markets, which was

12    extremely important to resolve; and that issue is that the

13    PSPA, the amount of the PSPA available to the Freddie Mac in

14    the summer of 2012, was unlimited and by its terms was going

15    limited year end.  That's a description of the cap coming.

16    Correct?

17        **A.**    Right.

18        **Q.**    And Mr. Layton was asked how he knew this was a

19    concern of the market.  And he testified, I was asked to

20    join an existing meeting with one of the major mortgage

21    security dealers, where that was why they were coming to

22    tell us about their seeing this problem -- problem of the

23    cap on the commitment -- and it was highly concerning to

24    them because it could lead to a real finance ability issue.

25    Do you recall that?

         **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1   **A.**   Well, I don't recall the details, but I take your

2   word for it.

3   **Q.**   Do you recall that the -- Mr. Layton identified

4   the investors expressing concern as Credit Suisse?

5   **A.**   No.

6   **Q.**   Let me see if I can pull up the deposition

7   transcript, please, Mr. Montgomery.  This is at 151-2

8   through 19, I believe.  Credit Suisse?

9        (Exhibit published.)

10        Dr. Dharan, you agree market such as Credit Suisse

11   are important and that FHFA would be considering them and

12   was considering their views.  Correct?

13   **A.**   Well, there would be one of many inputs.  Clearly,

14   FHFA has access to all the inside data of Fannie Mae and

15   Freddie Mac.  What's actually going on.  All of the housing

16   data.  All the information that I described in showing the

17   inflections point and eroding recovery.  All of that is also

18   with FHFA.  They, I'm sure, had access to investor -- Credit

19   Suisse and other investment banks as well.

20   **Q.**   When I asked you at deposition whether it was

21   important for FHFA to consider the views of Barclays and

22   Credit Suisse you said, Yes?  Correct?

23   **A.**   I followed up to say it is part of all of the

24   information they should consider, if you remember.

25   **Q.**   Yes.

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1       Do you recall other evidence you have seen with

2  investors expressing concerns about the adequacy of the

3  Treasury commitment leading up to, in advance of the third

4  amendment?

5       **A.**   Can you be more specific?  Through FHFA or to

6  Freddie Mac or to Fannie Mae?

7       **Q.**   Yes.  Any evidence from the record that you

8  reviewed, do you recall other evidence that would suggest,

9  that as stated in the SEC filing of Freddie Mac, that there

10  were investor concerns about the adequacy of the Treasury

11  commitment leading up to -- in advance of the third

12  amendment, when there was expectation of a cap coming at the

13  end of 2012?

14       **MR. KRAVETZ:**  Objection, Your Honor.  We would ask

15  do clarify which investors.

16       **THE COURT:**  Sustained.

17  BY MR. BERGMAN:

18       **Q.**   Let me start with mortgage-backed security

19  investors.  Do you recall any?

20       **A.**   I don't recall but, again, it is such a broad

21  question.  If you can be more specific, maybe show me

22  something I can respond to it.

23       **Q.**   Okay.

24       **MR. BERGMAN:**  Let's pull up, not to be displayed

25  to the jury, DX-380-A.

   **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    **MR. MONTGOMERY:**  [Complied]

2    **MR. BERGMAN:**  Go to the second page, please?

3    **MR. MONTGOMERY:**  [Complied]

4    **MR. BERGMAN:**  Third page.

5    BY MR. BERGMAN:

6    **Q.**   Am I correct Barclays is a major institution.

7    Correct?

8    **A.**   Yes.

9    **Q.**   More worries about GSE credit risk could become a

10   factor starting in late 2012, when the limits on PSPA draws

11   are reinstated.  Do you see that?

12   **A.**   Can you show me the date on this report again,

13   please?

14   **Q.**   Yes, this is December 14th, 2011.

15   **A.**   Yes.  December 2011 is before the economy had

16   started turning around.  The housing market -- before the

17   inflections point.  This is still December and there were

18   definitely concerns about housing market at that time, which

19   is why I showed how all the parameters started changing by

20   the early part of 2012, February, March.

21   **Q.**   And you were aware that Barclay's analysts were in

22   direct communication with FHFA about these matters?  We can

23   turn to the first page and can you see the email?

24   **A.**   Can you show me the highlighted?

25   **Q.**   Yes.  It's an email from analyst at Barclays to an

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    official at FHFA?

2        **A.**   Okay.

3        **Q.**   You were aware -- I know you've seen this before.

4    You were aware that Barclays were in communication with FHFA

5    about these concerns?

6        **A.**   So this is also -- the date on this is January

7    10th, 2012.

8        **Q.**   January 2012.  Correct.

9        **A.**   Okay.

10       **Q.**   And --

11       **A.**   What's your question again?

12       **Q.**   Barclays told FHFA at that time, I just talked

13   with Brian Harris, who is the Moody's' analyst for the GSEs.

14   Let me stop there.  Moody's is a major credit rating agency.

15   Correct?

16       **A.**   Yes.

17       **Q.**   Tells FHFA that Barclays has chatted with the

18   Moody's' analyst for the GSEs.  He appears very concerned

19   there is no political willingness to support the GSEs and

20   seems to be suggesting that Moody's could downgrade the GSEs

21   if the finite capital support available to Fannie Mae and

22   Freddie Mac post-2012, starts to get dipped into.

23           That finite capital support, post-2012, is a

24   reference to the cap on the Treasury commitment.  Correct?

25       **A.**   Yes.  Again, this is very early 2012, late 2011.

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1337

1   They don't have, at this point, the data on all of the

2   turnaround in the Fannie Mae/Freddie Mac financials that I

3   talked about and also the economy turning around.  So this

4   is preceding all of that.

5       Q.   You consider Moody's and Standard and Poor's and

6   Fitch to be the most important of the credit ratings.

7   Correct?

8       A.   They were the three leading credit ratings.

9   Correct.

10      Q.   And credit ratings agencies perform the type of

11  analysis used by the market as an input to determine credit

12  worthiness.  Correct?

13      A.   Well, they determine credit worthiness in the

14  sense of rating the bonds issued by the enterprises.

15      Q.   And their ratings also affect the guaranties on

16  mortgage-backed securities.  Correct?

17      A.   They also, separately, the market-backed

18  securities.

19      Q.   And if these three credit rating agencies believe

20  that a company's ability to pay its obligations, whether

21  bonds or guaranties on mortgage-backed securities, if they

22  believe that is weakened, they might do something called a

23  credit rating downgrade.  Correct?

24      A.   Well, it's not that automatic, but they will first

25  consider an intermediary step called a credit watch.  And

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1   they would use the time period to gather more information.

2   And then, if needed, they might go to a credit downgrade.

3   It's a long process.  And as far as I know, there was no

4   credit watch for Fannie and Freddie Mac, from either of

5   these three agencies in 2012.  None of them put Fannie and

6   Freddie on a credit watch, if I remember right.

7       Q.   Most companies would want to avoid a credit rating

8   downgrade.  Correct?

9       A.   Well, they would like to avoid it, but it depends

10  on the, you know, the state of the company.  But credit

11  watch is usually the first step.  So they would get a

12  forewarning before that happened.

13      Q.   And companies would like to even avoid a credit

14  rating watch, if they could.  Correct?

15      A.   They will try to avoid it, if they could share

16  that information with the credit rating agencies.

17      Q.   And from your review of the record, you know that

18  FHFA was keeping an eye on the market, the credit rating

19  agencies' reports and the analyst reports.  Correct?

20      A.   I believe so and they should.  This is part of the

21  information.  As I mentioned earlier, they had a very broad

22  set of information to get Fannie Mae numbers, Freddie Mac

23  numbers, and they also had other data sources.

24      Q.   And in making decisions about Fannie Mae and

25  Freddie Mac, you agree with me it would be reasonable for

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1   the conservator to consider information that the credit

2   rating agencies, whether that's Moody's, S&P, Fitch, any

3   information that those credit rating agencies might

4   downgrade Fannie Mae and Freddie Mac, out of concern for the

5   capped Treasury commitment, reasonable for the conservator

6   to consider that information?

7       A.   Again, which information are you referring to?  I

8   mean, I am not -- that is a very long question.  I just want

9   to know what is the information you are talking about?

10      Q.   I'll ask it the way I did at deposition, when I

11  think I was clearer and you understood it.

12           So I asked you, In making decisions about Fannie

13  Mae and Freddie Mac, would it be reasonable for the

14  conservator to consider information that the credit rating

15  agencies -- Moody's, S&P and Fitch -- might downgrade Fannie

16  Mae and Freddie Mac out of concern of the Treasury

17  commitment.  You said, yes?

18      A.   I think it is a general question.  The point I

19  made a minute ago is that before the credit downgrade

20  happens, there is usually a step called credit watch.  It's

21  not like one day you wake up and they downgrade you.  So

22  there's a long process.  That process -- they have not even

23  started that.  None of the credit rating agencies even

24  considered a credit watch.

25      Q.   Well, in fact, in January 2012, Bank of America

         **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1   Merrill Lynch -- that's another big financial institution.

2   Correct?

3       **A.**   Yes.

4       **Q.**   And Bank of America Merrill Lynch issued a report

5   January 6th, 2012, that specifically mentions Moody's and

6   another credit rating agency, S&P.  It says, There is a

7   possibility that S&P and Moody's will decide to lower the

8   credit ratings of Fannie Mae and Freddie Mac, based on the

9   fact that we have now entered the final year of unlimited

10  capital availability, and no plan has been put in place to

11  make sure that these two GSEs have enough capital to weather

12  a moderately bad economic scenario beyond 2012.

13      **A.**   Can you show that on the screen for me?

14      **Q.**   Yes.

15          **MR. BERGMAN:**  Let's pull up DX-377.

16          Your Honor, may I show this to the jury as well?

17          **THE COURT:**  Yes.

18          **MR. BERGMAN:**  This is DX-377, Bank of America

19  Merrill Lynch 2012.

20          If we could highlight, please, Mr. Montgomery,

21  what starts with, There is a possibility that S&P and

22  Moody's -- toward the top there -- credit rating risk is

23  rising.  There is a possibility that S&P and Moody's decide

24  to lower the credit ratings of Fannie Mae and Freddie Mac

25  based on the fact that we have now entered the financial

       **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1   year of capital availability -- that's the cap on the

2   Treasury commitment coming up.

3       **A.**   Yes.

4       **Q.**   They say, There is no plan put in place yet to

5   make sure that these two GSEs have enough capital to weather

6   a moderately bad economic scenario beyond 2012.

7           Moderately bad, that's not the stress case or the

8   worst case or even a very bad case; that's moderately bad.

9   Correct?

10      **A.**   That's what they are saying, yes.

11      **Q.**   So that's analysts in the investment community

12  they are talking about the credit rating agencies

13  potentially having a downgrade.  Correct?

14      **A.**   No.

15          Just to make sure we understand, the date on this,

16  again, is -- can you show me the date again?

17      **Q.**   It's January 6th, 2012.

18      **A.**   January 6th, 2012.

19      **Q.**   Yes.

20      **A.**   So this is long before inflection point, all the

21  eroding recovery, and all the improvements, the profits that

22  Fannie and Freddie reported in all of those quarters, all of

23  that hasn't happened yet.  Even the 2011 financials haven't

24  come out yet, this is that early.

25          So the economy was still not in good shape.  And

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    also, they are only talking there is a possibility there.

2    And they are not saying we spoke to Moody's or spoke to

3    Fitch or anything like that.

4         The most important thing is Moody's, Fitch, S&P

5    did not do a credit watch.  They did not even put the

6    enterprises on a credit watch, let alone a downgrade.

7         **Q.**   Let's fast forward then to March 14, 2012; that's

8    I think what you have been asking for.  It's Deutsche Bank

9    DX-412.

10             **MR. BERGMAN:**  Your Honor, may I display?

11             **THE COURT:**  Yes.

12             **MR. BERGMAN:**  Can we put this up to the jury,

13   please?

14             **MR. MONTGOMERY:**  [Complied]

15             **MR. BERGMAN:**  I am on Page 5.  Mr. Montgomery, we

16   can show the first -- you can see on the top left, it's

17   Deutsche Bank; the top you can see the date.

18             **THE WITNESS:**  Again, the date is before even the

19   first quarter financials.

20   **BY MR. BERGMAN:**

21        **Q.**   It's March 14, 2012.

22        **A.**   Right.

23        **Q.**   And on Page 5 it says, uncertainty over U.S.

24   financial backing of Fannie Mae and Freddie Mac?

25        **A.**   Can you show me?  I am not seeing that.

         **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    Q.   Yes.  Yes.  It's Page 5.

2         Uncertainty over U.S. financial backing for Fannie

3    Mae and Freddie Mac, and their ability to service

4    securities -- that would be mortgage-backed securities

5    correct?  Correct, sir?

6    A.   I think so.  I am just trying to make sure I

7    understand the context.

8    Q.   Uncertainty over U.S. financial backing for Fannie

9    Mae and Freddie Mac and their ability to service securities

10   could widen spreads and reduce liquidity in MBS and debt --

11        **MR. BERGMAN:**  I'm sorry.  I think Your Honor I am

12   permitted to display to the jury; is that true?  Okay.

13   Thanks.  Sorry.

14        **THE WITNESS:**  Yes.  So the question -- I just

15   wanted to clarify that the securities looks like they are

16   referring to MBS and debt securities.

17   **BY MR. BERGMAN:**

18   Q.   Okay.

19        It applies equally to MBS and debt; that means

20   mortgage-backed securities and bonds.

21   A.   Yes.

22   Q.   And its uncertainty.  And there is a reference to

23   expiration of unlimited support approaches.  So that's,

24   again, a reference to the cap on the Treasury commitment

25   that would come at the end of 2012.  Correct?

     **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    **A.**    Yes.

2         Again, the date on this is March --

3    **Q.**    Yes.

4    **A.**    Before the financial statement, the first quarter

5    numbers showing profits having come out, the fact that the

6    housing market has bottomed out, the prices are starting to

7    go up; that information hasn't come out yet; that only comes

8    out in May.

9         So, yes, all of these negative type of analyst

10   comments that you are showing, are all really proceeding far

11   ahead of the turnaround that FHFA would be aware of by

12   August.

13   **Q.**    Okay.

14        See about that but there's no -- to be clear,

15   there is no announce announcement in May or something that

16   we have hit the bottom.  Nobody knows whether the bottom has

17   been hit, as we discussed earlier, at any particular given

18   point in time.  Correct?

19   **A.**    By August it was pretty clear.

20   **Q.**    Okay.

21        The Deutsche Bank goes on to say, It is a risk --

22   meaning, risk of expiration on the cap of the Treasury

23   commitment -- that all MBS portfolios need to anticipate.

24   Do you see that?

25   **A.**    The expiration of the credit card is not a risk.

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    It's already turned down.  It is already known.

2         **Q.**   Okay.

3              They are referring to -- the risk that the

4    Treasury commitment will not be adequate after the cap is in

5    place at the end of 2012.  Correct?

6         **A.**   You didn't say --

7         **Q.**   The jury can read it.  That's all right.

8              **MR. BERGMAN:**  Let's turn to Page 7.

9              **THE WITNESS:**  I am just reading and make sure to

10   respond to your question.

11   BY MR. BERGMAN:

12        **Q.**   I appreciate that.

13             On Page 7, there is a statement, For MBS

14   investors -- that's mortgage-backed securities?

15        **A.**   Yes.

16        **Q.**   Diminishing Treasury support raises the risk that

17   the agencies -- that's the credit agencies.  Correct?

18        **A.**   Yes.

19        **Q.**   Oh, no.  I'm sorry.  That's Fannie and Freddie.

20   The agencies, Fannie and Freddie, one day might face

21   challenges in covering MBS losses.  That's the

22   mortgage-backed securities.  Right?

23        **A.**   Yes.

24        **Q.**   And beyond MBS, concerns about Treasury support of

25   Fannie and Freddie could also affect money markets.

         **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1      Correct?

2           **A.**   Yes.  Can you show me the next line also?

3           **Q.**   Yes.

4           **A.**   It will be helpful.  On the same -- the one we

5      just read.

6           **Q.**   It should be on your screen.  Bond MBS, concerns

7      about Treasury support could also affect money markets.

8           **A.**   I'm talking about the earlier highlight that you

9      showed.

10          **MR. BERGMAN:**  For MBS investors diminishing

11     Treasury support.  Can we find that, please, Mr. Montgomery?

12          **MR. MONTGOMERY:**  [Complied]

13          **THE WITNESS:**  So I think it talks about the

14     current loans are of high quality and the prospect of

15     raising guaranty fees, should allow agencies to cover losses

16     in most scenarios.  This is as of March they are talking

17     about that.  But the other good news hasn't come out yet,

18     other improvements.

19     **BY MR. BERGMAN:**

20          **Q.**   Okay.

21               It says, The prospect of falling Treasury support

22     might lead MBS investors in the same direction, wanting

23     to -- seeing them as more risky.  Correct?

24          **A.**   That's what it says.

25          **Q.**   Yes.

           **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    MR. BERGMAN:  Okay.  Let's see if --

2    MR. BERGMAN:  We don't need to pull this up.

3  BY MR. BERGMAN:

4    Q.    There is a B of A Merrill Lynch report PX-565.

5  And this one is dated August 17th, 2012.  So this is the day

6  of the third amendment, it comes out the day of the third

7  amendment.  Correct?

8    A.    Yes.

9    Q.    And B of A Merrill Lynch says that the third

10 amendment means the GSEs do not need to borrow to pay

11 dividends back to the Treasury.  That's the circular draws

12 we have been talking about.  Correct?

13   A.    Can you, again, show me the document?

14   Q.    Yeah.  I will read it to you because I don't --

15   MR. KRAVETZ:  May we have the exhibit number?

16   MR. BERGMAN:  Yeah.  PX-565.

17   Got it, Mr. Montgomery?

18 BY MR. BERGMAN:

19   Q.    This also means the GSEs do not have to borrow

20 from the Treasury -- sorry.  I don't know the page -- to pay

21 dividends back to the Treasury, alleviating concerns about

22 limited capital, post December 12, when the Treasury

23 unlimited capital support runs out.

24   A.    I can't read anything from the screen.

25   Q.    Okay.

     CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman

1          We will find it.  But for now I will ask that you

2     trust -- this is what it says, This also means GSEs do not

3     have to borrow dividends back to the Treasury; that's the

4     problem of circular draws.  Correct?

5          **A.**   Yes.

6          **Q.**   And they say, alleviating concerns about the

7     limited capital, post December 2012.  That's the cap that

8     we've discussed.  Correct?

9          **A.**   Yes.

10          **Q.**   And then it says, When the Treasury unlimited

11     capital support runs out, and Bank of America Merrill Lynch

12     says, We have discussed this concern in the past that we

13     saw, as a risk to the stability of the GSE debt/MBS markets.

14     And that's your point that it's the two markets that are

15     affected.  Correct?

16          **A.**   If they said that, that's what it is.

17          **Q.**   Okay.

18          **MR. BERGMAN:**  RBC capital markets, DX-538.  We can

19     pull it up and I will see if I can find it or Mr. Montgomery

20     can -=

21          **MR. KRAVETZ:**  Objection.  Hearsay.

22          **MR. BERGMAN:**  Objection to?

23          **MR. KRAVETZ:**  Hearsay.

24          **MR. BERGMAN:**  Okay.

25          Your Honor, this is the witness has said that he

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1  is not aware of reports -- actually, I apologize.  This is a

2  different timeframe.

3         May I try to lay the foundation for this?

4         **THE COURT:**  You can try to lay the foundation.

5         **MR. BERGMAN:**  Thank you, Your Honor.

6  **BY MR. BERGMAN:**

7      **Q.**  Are you aware of other financial analysts and

8  market participants who commented that the third amendment,

9  in fact, addressed the investor concerns about the adequacy

10 of the Treasury commitment?

11     **A.**  I don't remember them right now.  You may have

12 shown them to me in the deposition.  The point I think I

13 made in the deposition is there are really thousands of

14 analyst reports.  There is really hundreds and hundreds

15 covering this time period.  So it's important to keep in

16 mind that there is a very large body out there.

17     **Q.**  Okay.

18        Let me show you one then, this is RBC capital

19 markets DX-538.

20     **A.**  Okay.

21     **Q.**  And RBC is Royal Bank of Canada.  Do you recall?

22     **A.**  Yes.

23     **Q.**  It's the largest bank in Canada.  Right?

24     **A.**  Maybe the second-largest.

25     **Q.**  It is multi-national.

       **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    **A.**    It is.

2    **Q.**    RBC said that, Under the old rules, the GSEs were

3    going to have to borrow more every year to make the dividend

4    payment.

5    **A.**    The date on this again was what?  I missed the

6    date.

7    **Q.**    Yes, this is -- I believe this is August 17th but

8    let's see.

9         **MR. BERGMAN:**  Mr. Montgomery, can you pull up the

10   first page?

11        **MR. KRAVETZ:**  Your Honor, I reinsert the hearsay

12   objection in 403.

13        **THE COURT:**  I said overruled.  He said he had read

14   it.  He is familiar with it.

15        **MR. KRAVETZ:**  Sorry.  I didn't hear.

16   **BY MR. BERGMAN:**

17   **Q.**    The date is August 17, 2012.  The same date as the

18   third amendment.  Correct?

19   **A.**    Yes.

20   **Q.**    And RBC says, Under the old rules, the GSEs were

21   going to have to borrow more every year to make the dividend

22   payment; that's the circular draws.  Correct?

23   **A.**    Yes.

24   **Q.**    And it says, Rapidly pushing them toward the $200

25   billion limit (we think Fannie might have hit the limit by

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1  2018).

2      **A.**   Yes.

3      **Q.**   And under the new rules, this would be the net

4  worth sweep, third amendment rules, "the moment toward the

5  $200 billion limit won't entirely stop, but it will be very,

6  very slow."  Do you see that?

7      **A.**   Yes.

8      **Q.**   RBC is saying that it believes the third amendment

9  is going to slow the erosion of the Treasury commitment.

10 Correct?

11     **A.**   Yes.

12     **Q.**   There is UBS investment research.  I don't have

13 the right site I see.

14     **A.**   On the same page -- just to make sure the context.

15 Again, they are recognized -- by this time August, they are

16 able to recognize that higher g-fees, tighter underwriting

17 standards, smaller portfolios means losses should be rare.

18 So they do recognize that.

19     **Q.**   Yes.  There is a lot of discussions of all sorts

20 of stuff in there.  Including under the old rules, they were

21 going to be pushing and under the new rules any erosion with

22 will be very slow.  Correct?

23     **A.**   I wanted to mention, accordingly the time frame

24 for either GSE to hit the 200 billion limit, should shift

25 from several years to something measured in decades.

       **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    **Q.**   Good.

2    **A.**   Is what it says.  Okay.

3    **Q.**   And Guggenheim Partners.  Do you recall Guggenheim

4    Partners report on August 20, 2012, commenting in the same

5    fashion?

6    **A.**   I don't remember that.

7    **Q.**   Let me see if I can show you.  This is DX-553.

8    This is August 20, 2012.  Guggenheim is a global investment

9    and an advisory firm with more than $300 billion in assests

10   under management.  Correct?

11   **A.**   I don't know that but I will take your word for

12   it.

13   **Q.**   Okay.

14        They say that the third amendment, Ends the

15   perverse cycle of having the enterprises borrow more money

16   from Treasury in order to pay dividends to Treasury.

17        That's a reference to the third amendment net

18   worth sweep ends that cycle that we have been talking about.

19   And Guggenhein says, It is attractive to both sides for

20   several reasons.  Do you see that?

21   **A.**   Okay.

22   **Q.**   They say it puts Fannie and Freddie on stronger

23   financial footing and should calm debt investors, as the

24   fear was that Fannie and Freddie, without the earnings from

25   ever-shrinking portfolios, would find making the Treasury

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1   dividend payments increasingly challenging.  And they

2   could've exhausted the Treasury commitment.  Do you see all

3   of that?

4       **A.**   Yes.  Although the GSEs are shrinking, the g-fees

5   are going up as well.

6           **MR. BERGMAN:**  Please take that down,

7   Mr. Montgomery, and I will move on.

8           **MR. MONTGOMERY:**  [Complied]

9   **BY MR. BERGMAN:**

10      **Q.**   The third amendment suspended the periodic

11  commitment fee.  Correct?

12      **A.**   Yes.

13      **Q.**   For as long as the net worth sweep was in effect,

14  Fannie and Freddie would not have to pay a periodic

15  commitment fee.  Right?

16      **A.**   Right.

17      **Q.**   Under the net worth sweep, Fannie and Freddie

18  never owe more in dividends to Treasury than they have in

19  net worth.  Correct?

20      **A.**   Yes.  I think you asked it yesterday also.

21  Positive net worth is entirely paid out in dividends.

22      **Q.**   You addressed on direct what you characterized as

23  alternatives to the net worth sweep.

24          **MR. BERGMAN:**  Let's pull up Slide 73.  This is

25  from your slides.

           **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1      **THE WITNESS:**  Yes.

2   BY MR. BERGMAN:

3      **Q.**   And your first option is a do-nothing.  Correct?

4      **A.**   Well, not do nothing.  Wait for more information,

5   collect information, analyze.  Do nothing sounds pretty bad;

6   that's not what I meant.

7      **Q.**   Your options two, three and four these would all

8   require Treasury agreement.  Correct?

9      **A.**   Two, three and four would require FHFA to work

10  with Treasury to do these things.

11     **Q.**   Yes.

12         You do not have the opinion that FHFA should have

13  considered any of these alternatives.  Correct?

14     **A.**   Well, I gave these alternatives as a way to

15  explain that the typical management analysis that one uses,

16  when you make a large significant financial decision, is to

17  gather information and consider alternatives.  And I'm just

18  giving these as example alternatives that one could consider

19  in this context; that's where the alternatives came from.

20     **Q.**   So that's a little different.  When I asked you

21  this at deposition, I said, You are not offering an opinion

22  as to whether FHFA should have considered any of these

23  options; is that correct?  Your answer was, That's outside

24  of the scope of my work as to what they should have done or

25  should not have done internally.

   **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1        That's correct.  Right?  You are not offering an

2   opinion that FHFA should have considered any of these

3   options.

4        **A.**   Right.  That is why I am explaining how and why I

5   gave these options as an example of how a large financial

6   decision is made, by considering alternatives.

7        **Q.**   And you are not offering an opinion whether

8   management of Fannie Mae and Freddie Mac or FHFA failed to

9   consider any alternatives to the net worth sweep that you

10  believe should have been considered.  Right?

11       **A.**   Can you repeat that question?  I heard that before

12  but I =-

13       **Q.**   Yes, you heard it before at your deposition.  I

14  said, Are you offering an opinion whether management of the

15  enterprises, perhaps including FHFA, failed to consider any

16  alternatives to the net worth sweep that you believe should

17  have been considered.  And your answer was, No.

18       **A.**   Yes.  Again, that is what I am describing as a

19  decision-making would consider.

20       **Q.**   Let's talk about --

21       **MR. BERGMAN:**  We can take this down,

22  Mr. Montgomery.  Thank you.

23       **MR. MONTGOMERY:**  [Complied]

24  BY MR. BERGMAN:

25       **Q.**   Let's talk about what you call the 12 percent

            **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    appointment in kind dividend you called it a PIK.  Correct?

2         **A.**    The first two payment in kind pick, it's a --

3         **Q.**    The words payment in kind do not appear anywhere

4    in the Treasury stock certificate.  Correct?

5         **A.**    I don't think they use that phrase.

6         **Q.**    No, they don't.

7              What the Treasury certificate says, If Fannie and

8    Freddie fail to pay the cash dividend to Treasury then

9    assessed 12 percent to liquidation preference.  Correct?

10        **A.**    Yes.

11             Adding to the liquidation preference directly is

12   what the industry calls payment in kind.

13        **Q.**    Do you agree if the enterprises failed to pay the

14   dividends in a timely manner, they would have incurred a

15   penalty?

16        **MR. KRAVETZ:**  Objection.  Calls for a legal

17   conclusion.

18        **THE COURT:**  Sustained.

19   **BY MR. BERGMAN:**

20        **Q.**    You are not opining that the 12 percent dividend,

21   what you call payment in kind, was better for FHFA than the

22   net worth sweep.  Right?

23        **A.**    I'm not sure I understand the question.

24        **Q.**    Okay.

25             I asked in your deposition, Do you have an opinion

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    whether payment in kind was better than the net worth sweep

2    for FHFA?  You said, I haven't done the analysis which is

3    better.  Is that true?

4         **A.**   Right.

5              The point about FHFA considering the payment in

6    kind is to really protect the Treasury commitment.  That's a

7    different question than the question you are asking.

8         **Q.**   You have not done the analysis to have an opinion

9    whether payment in kind was better than the net worth sweep

10   for FHFA.  Correct?

11        **A.**   Right.

12             Again, in the context of that is a different

13   analysis one was asked to do.  I was not asked to do that.

14   I looked at only what I was asked to look at, which we

15   talked about yesterday.

16        **Q.**   Okay.  Thank you.

17             In fact, the 12 percent dividend, what you call

18   payment in kind, that would increase the liquidation

19   preference.  Right?

20        **A.**   Yes.

21        **Q.**   And Fannie and Freddie need to repay the entire

22   liquidation preference, that is pay the full amount of the

23   liquidation preference to Treasury, before they can pay

24   dividends to shorter.  Correct?

25             **MR. KRAVETZ:**  Objection.  Calls for a legal

     **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    conclusion.

2              **THE COURT:**  Overruled.

3              **THE WITNESS:**  That's my understanding but, yes.

4    **BY MR. BERGMAN:**

5         **Q.**   So when the liquidation preference gets bigger,

6    the chance for private shareholders to receive dividends

7    gets smaller.  Correct?

8         **A.**   It gets smaller.  Exactly.  If you remember the

9    four people that I had in my diagram, the MBS and bond

10   investors are fully protected.  They don't really get

11   affected.  Everybody standing behind the Treasury, the

12   private shareholders will be affected.

13        **Q.**   And you are not opining that Fannie and Freddie

14   would be out of conservatorship today, if they had used the

15   12 percent dividend, rather than net worth sweep.  Correct?

16        **A.**   I am not opining on it.  I was not asked to opine

17   on that.

18        **Q.**   In fact, you would agree that the 12 percent

19   dividend certainly was not the first choice.  Right?

20        **A.**   Well, again, we had a discussion on this in my

21   deposition.  That's not -- it's not the first choice in a

22   sense that if you have the cash to pay dividends, you will

23   pay cash dividends.  The question is, what happens when your

24   net worth is negative?  That is when the PIK option comes

25   in.

         **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    Q.   The Treasury stock certificates were amended in

2    2017 and 2019 and 2021.   Correct?

3    A.   I remember 2017 but not 2021.

4         MR. BERGMAN:   Perhaps we can call up JX-1.  This

5    is a Joint Statement of Undisputed Facts.

6         MR. MONTGOMERY:   [Complied]

7         MR. BERGMAN:   If we go to Paragraphs 32 to 44, I

8    believe.

9         MR. MONTGOMERY:   [Complied]

10   BY MR. BERGMAN:

11   Q.   You will see Paragraph 42 speaks of the December

12   21, 2017 --

13   A.   Okay.

14   Q.    -- letter agreement, the changed terms.  Then

15   September 30, 2019 is addressed in Paragraph 43; that's

16   another letter agreement changing the terms of the

17   senior-preferred stock certificates?

18   A.   Yes.

19   Q.   And then Paragraph 44 is the one, I think, you

20   didn't recall, January 14, 2021.

21   A.   Yes, now I remember the January 14th.

22   Q.   Okay.

23   A.   That's when the cash dividend was suspended.

24   Q.   Thank you, yes.

25        So as a result, these Treasury stock certificates

     **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    they were amended to permit higher capital reserves for

2    Fannie and Freddie.  Right?

3         **A.**    Yes.

4         **Q.**    So Fannie and Freddie are able to rebuild capital

5    now.  Correct?

6         **A.**    Right.

7         **Q.**    It's no longer the case that the net worth sweep

8    prevents Fannie and Freddie from building capital reserves.

9    Correct?

10        **A.**    Well, again, that might be far outside my analysis

11   in a scope of analysis, but if you say so, I will take your

12   word for it.

13        **Q.**    No, we would like to hear your word for it.

14        The amendments 2017, 2019 and 2021 permit higher

15   capital reserves for Fannie and Freddie.  Correct?

16        **A.**    Yes.

17        What I remember for sure is that 2021, in

18   particular, after you showed it, I was able to recall it.

19   It suspends cash dividend payments.  And instead the amount,

20   any increase in net worth, is added directly to the

21   liquidation preference.  So it's similar to the net worth

22   sweep, but instead of paying it in cash dividend, it is

23   added to the liquidation preference.

24        **Q.**    Permitting higher capital reserves means higher

25   net worth.  Same thing.  Correct?

    **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    **A.**   Yes.

2    **Q.**   And that's what you've talked about as rebuilding

3    capital.  Correct?

4    **A.**   It is rebuilding capital of the -- in terms of

5    balance sheet, the net worth remains on the balance sheet.

6    **Q.**   Okay.

7         The last time that Fannie or Freddie paid a cash

8    dividend to Fannie and Freddie was actually 2019.  Correct?

9    **A.**   Yes.

10   **Q.**   Since the third quarter of 2019, Fannie and

11   Freddie kept all of their profits.  Correct?

12   **A.**   Again, my report really ended, in terms of my

13   analysis, 2019.  I only have some additional information

14   after that, but I can take your word for that.

15   **Q.**   So when you were saying that Fannie and Freddie

16   are not permitted to build capital and the like, you were

17   cutting off at some point.  You were not talking about what

18   is going on now?

19   **A.**   You mean in yesterday's presentation?

20   **Q.**   Yes.

21   **A.**   I was presenting my analysis as of 2012.

22   **Q.**   Okay.

23        And as of December 21, 2022, Fannie and Freddie

24   have a combined net worth of more than $95 billion.  Are you

25   aware of that?

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    A.   I can take your word for it.

2    Q.   So Fannie and Freddie have, in fact, rebuilt

3    capital from 2019 through today.  Correct?

4    A.   Yes.

5    Q.   And they will continue to do so if they are

6    profitable going forward?

7    A.   Assuming the current amendments are in place, yes.

8    Q.   You understand that in return for Fannie and

9    Freddie being permitted to retain their profits and pay no

10   cash dividends to Treasury, since 2019, every time that

11   Fannie and Freddie make a profit, the liquidation preference

12   is increased by the amount of the profit.  Correct?

13   A.   Yes, that is what I just said a minute ago.

14   Right.

15   Q.   So your Slide 34 --

16        MR. BERGMAN:  If we could pull that up.

17        MR. MONTGOMERY:  [Complied]

18   BY MR. BERGMAN:

19   Q.   -- you show something called Total Value to

20   Treasury.  And here you go all of the way through fourth

21   quarter 2022.  Right?

22   A.   Yes.

23   Q.   So that is including 2017, 2019, 2021 amendments.

24   Right?

25   A.   This includes all the increase in the liquidation

CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman

1   preference I mentioned when I was showing the slide, that it

2   includes both the cash dividends paid and increases in

3   liquidation preference.

4       **Q.**   So when you say total value sent to Treasury under

5   the net worth sweep, that's not cash.  Correct?

6       **A.**   No, exactly.  I mentioned specifically when we

7   were discussing this slide that the first line includes cash

8   dividend and liquidation preference, increases in

9   liquidation preference.

10      **Q.**   And those increases in the liquidation preference

11  come after there are no more cash dividends to Treasury.

12  Correct?

13      **A.**   I believe so.

14      **Q.**   And they are about $95 billion.  Correct?

15      **A.**   I don't remember that number, but that's included

16  in the 340.7-billion number.

17      **Q.**   Is it your opinion that increases to the

18  liquidation preference mean that Treasury still owns all of

19  the profit of Fannie and Freddie?

20      **A.**   I don't know how to answer that, but the increase

21  in liquidation preference means that Treasury has more claim

22  on the enterprises.

23           So liquidation preference, I was explaining to the

24  jury yesterday, is best understood as Treasury's claim on

25  the financials of the enterprises.

     **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    **Q.**   So is it your opinion that Treasury still owns all

2    of the profit that Fannie and Freddie have retained since

3    2019?

4    **A.**   When you say "still owns," I am not sure I know

5    how to answer that question.  Owning is not correct.

6    **Q.**   Well, let me take out "still".  Do you believe

7    Treasury owns the profits Fannie and Freddie owned since

8    2019 but have not paid out to Treasury?

9    **A.**   Any profit after 2019 is not distributed as

10   dividends.  Instead it is added to the liquidation

11   preference.  And the liquidation preference represents

12   Treasury's claims on the resources of Fannie Mae and Freddie

13   Mac.

14   **Q.**   Is it your opinion that increases to the

15   liquidation preference are disadvantageous to the private

16   shareholders?

17   **A.**   Well, I wouldn't call it an opinion.  I don't

18   think it's the right word.  But I show in the diagram that

19   the private shareholders stand behind the Treasury.  Right?

20   The Treasury is ahead.  The private shareholders are

21   standing behind.  So when you increase the Treasury

22   liquidation preference, it reduces the potential claims that

23   would be left residually to the private shareholders.

24   **Q.**   So increases to the liquidation preference, in

25   just a colloquial way, are taking money out of the pockets

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1   of the private shareholders in some way?

2       **A.**   Not really.  If there is enough money, everybody

3   will get the money.  If there is not enough money, then the

4   bondholders and the MBS holders will get first.  Then the

5   treasury will get.  And if there is anything left, the

6   preferred shareholders will get.  And then if there is

7   anything still left, the common shareholders will get.

8       **Q.**   So if there's not enough left to pay everybody,

9   more goes to Treasury than would go to the common

10  shareholders.  Correct?

11      **A.**   If there's not enough left to pay, first thing is

12  bondholders and MBS, they get first, and then Treasury and

13  then --

14      **Q.**   And if there would be enough for everybody, so

15  there's more to liquidation preference, it comes out of the

16  common shareholders first.

17      **A.**   If there is not enough.

18      **Q.**   Yes.  And then it would come out of the preferred

19  shareholders to go to liquidation preference.  Correct?

20      **A.**   I would think so.  Again, I am not giving a legal

21  opinion.  I am just reading out what is already in the 10-K,

22  as far as what the process is concerned.

23      **Q.**   Right.  You put up a slide with all of this.

24      **A.**   Yes.

25      **Q.**   The bottom line is that liquidation preference

**CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1    gets paid before the common and the preferred shareholders,

2    the private shareholders.  Correct?

3         **A.**   In the event of a liquidation.

4         **Q.**   And if there is more money in the Treasury

5    liquidation preference, it gets paid before anything can

6    possibly go to the common and private preferred.  Correct?

7         **A.**   That is correct.

8         **Q.**   Do you believe that the amended agreement whereby

9    Fannie and Freddie are allowed to retain earnings, rebuild

10   capital, but must add dollar for dollar to liquidation

11   preference is worse for the private shareholders than the

12   net worth sweep and third amendment were?

13        **A.**   Are you talking about the 2019 amendments now?

14        **Q.**   Yes.

15        **A.**   Yes.

16             I have -- again, the scope of my work clearly did

17   not include that.  We saw what the two questions I addressed

18   are.

19        **Q.**   So you don't have an opinion whether the current

20   arrangement under the 2017, 2019 and 2021 -- you don't have

21   an opinion whether the current arrangement is worse for

22   Fannie and Freddie, than the third amendment net worth sweep

23   were.  Correct?

24        **A.**   I don't have an opinion in the sense that that is

25   not what I have been asked to analyze.  It's easily

       **CROSS-EXAMINATION of B. DHARAN - by Mr. Bergman**

1   something I could do, but I have not been asked to do.

2         **MR. BERGMAN:**  Thank you, Dr. Dharan.

3         Thank you, Your Honor.

4         **THE COURT:**  Redirect.

5              **REDIRECT EXAMINATION OF BALA DHARAN**

6   BY MR. KRAVETZ:

7   **Q.**   It's still morning.  Good morning, Mr. Dharan.

8   **A.**   Good morning.

9   **Q.**   Yesterday Mr. Bergman asked you about HERA, the

10  statute that provided the authority for Fannie and Freddie

11  to enter into the conservatorship.  Do you recall that?

12  **A.**   Yes.

13  **Q.**   In this case, are you giving a legal opinion or an

14  accounting opinion?

15  **A.**   Only accounting opinion.

16  **Q.**   So are you expressing any expert opinions in this

17  case as to matters of law?

18  **A.**   No.

19  **Q.**   All right.

20        Now, you testified on cross-examination that you

21  do not have an opinion regarding certain topics.  Do you

22  mean not having an opinion at all or not having rendered an

23  expert opinion in this matter?

24  **A.**   Right.  When I say opinion, I don't mean I have no

25  opinions.  I have opinions.  A lot of opinions.  But not the

        **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1  opinions I want to express to the jury because those need to

2  be documented, analyzed, given to the other side and go

3  through the deposition, all of that.  So I shouldn't just be

4  throwing out opinions.  So that's what I meant, I have no

5  opinions.  Also, some of the questions that are legal

6  matters, I certainly don't have legal opinions.

7      **Q.**  Okay.

8          Dr. Dharan, do you recall yesterday and just a few

9  minutes ago you were asked about the chart showing payments

10  and transfers to Treasury through 2022.  Do you recall that?

11     **A.**  Right.

12     **Q.**  You were asked questions about whether information

13  in that chart considered hindsight information; is that

14  right?

15     **A.**  Yes.

16         **MR. KRAVETZ:**  I'd ask if Ms. McGuire could call

17  out Slide 55 from yesterday's presentation.

18         **MS. McGUIRE:**  [Complied]

19  **BY MR. KRAVETZ:**

20     **Q.**  Dr. Dharan, for the record, is the screen, is that

21  showing the basis of your opinion too in this matter?

22     **A.**  Yes.  It's the slide I walked the jury through

23  yesterday.  Exactly.

24     **Q.**  And, Dr. Dharan, are any of these opinions based

25  on hindsight?

   **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1   **A.**   No, these are through August 2012.

2   **Q.**   Why in rendering this opinion, Opinion 2, were you

3   providing an opinion as to have August 2012?

4   **A.**   Because that's the -- that's my question.  The

5   question I have been asked to analyze is, the net worth

6   sweep, was it reasonably necessary to avoid insolvency or

7   other significant financial harm.  So I am looking at the

8   time period where the net worth sweep was decided on and

9   announced, which is August 2012.

10   So I have to put myself there, all of these steps,

11   all of the data that is shown to the jury, everything,

12   except for the one 2012 10-K I showed, pretty much

13   everything is August 2012.

14   **Q.**   Dr. Dharan, do you recall being shown information

15   about draws from the Treasury commitment in 2008 and 2009?

16   **A.**   Yes.

17   **Q.**   And you were shown a portion of the parties' joint

18   stipulation?

19   **A.**   Yes.

20   **Q.**   Right.

21   **MR. KRAVETZ:**   I'd ask if Ms. McGuire could please

22   call up JX-1 at Paragraph 33, please.

23   **MS. McGUIRE:**   [Complied]

24   **MR. KRAVETZ:**   Sir, do you recall seeing the

25   stipulation relating to the draws from Fannie Mae and

**REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1    Freddie Mac yesterday?

2            **THE WITNESS:**  Yes.

3            **MR. KRAVETZ:**  Ms. McGuire, can we pull up the

4    slide referring to the deferred tax asset?  We can use that

5    one as well.  Thank you.

6    **BY MR. KRAVETZ:**

7       **Q.**    This is the slide that is on the screen, just for

8    the record, relating to the benefit or provision for credit

9    losses; is that right?

10      **A.**    Yes.

11      **Q.**    And, Dr. Dharan, just in context, in your opinion,

12   what was driving the number of draws in 2008 and 2009?

13      **A.**    Right.

14           I mentioned this yesterday also, we have credit

15   losses, huge amounts.  I showed this table for credit

16   losses.  I showed another table just like this for deferred

17   tax assets and these were really large.  I mean, large,

18   negative numbers.

19           I mentioned that I forgot to put billions, "b"

20   next to this.  So it is all billion, not just dollars.  It's

21   pretty big.  That is what is driving the losses.

22           If you see the 2008 Q4, 2009 Q1, Q2.  Same things

23   for Frannie Mae as well.  This is Freddie Mac.  These are

24   primarily being driven by the credit losses and the DTA

25   valuation allowance that I showed also.

       **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1    **Q.**   And these would be accounting losses not cash

2  losses?

3    **A.**   These are all non -- the ones on the right are all

4  non-cash accounting losses.  They are important, of course.

5  They are all calculated according to GAAP.  So they are not

6  to be ignored.  But they are accounting losses, meaning

7  non-cash.  Non-cash is often as people call it, accounting

8  losses.  But the quarterly draws are draws that were done to

9  pay real cash dividends.

10    **Q.**   And you described yesterday the concept of

11  writedowns and writeups?

12    **A.**   Yes.

13    **Q.**   Were these assets ultimately written back up?

14    **A.**   Ultimately they were written back up and I showed

15  that that happened.

16    **Q.**   Just, sir, the number at the bottom.

17    **MR. KRAVETZ:**  If we can focus on the second

18  quarter on the left-hand side, Ms. McGuire.

19    **MS. McGUIRE:**  [Complied]

20  **BY MR. BERGMAN:**

21    **Q.**   Does that list the draw from Fannie Mae and

22  Freddie Mac of 2012?

23    **A.**   $71.3 billion.

24    **Q.**   And Mr. Bergman asked you questions at one point

25  the cap was raised up to $2 billion for each entity?

   **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1    **A.**   That was also -- yes, before the -- up to 2009

2    that was the cap.

3    **Q.**   All right.

4        Neither Freddie nor Fannie actually drew

5    $200 billion, did they?

6    **A.**   Not even close.  Not even half the amounts.

7        **MR. KRAVETZ:**  We can take that down.  Thank you,

8    Ms. McGuire.

9        **MS. McGUIRE:**  [Complied]

10        **MR. KRAVETZ:**  I would ask, Ms. McGuire, if you

11    could call up Slide 39, please.

12        **MS. McGUIRE:**  [Complied]

13    **BY MR. KRAVETZ:**

14    **Q.**   Sir, you were asked some questions today about the

15    credit crisis and the Great Recession and housing prices; is

16    that right?

17    **A.**   Yes.

18    **Q.**   And can you remind us, you testified whether there

19    were certain changes in the housing market between 2008 and

20    2009 and 2012?

21    **A.**   Right.

22    **Q.**   And what were some of those structural changes?

23    **A.**   Again, the biggest structural change was that the

24    home value started bottoming and increasing.  A huge relief

25    to everybody, the policymakers, the homeowners, everyone.

    **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1   So that took place around February 2012.  The data on that

2   probably came out by May 2012.  There is usually a two-month

3   delay.  So that took place.  Also, home sales, the number of

4   homes that were quickly selling, that also bottomed out and

5   started increasing.  I think that data was more real.  They

6   came out pretty quickly.

7           And then the -- before we had these huge credit

8   losses and by August 2012, Fannie and Freddie put out data

9   showing that that's not the case anymore.  I showed the pie

10  chart that had that information.

11      **Q.**   And did all of that inform your analysis of the

12  likelihood of a stress scenario?

13      **A.**   Yes.

14      **MR. KRAVETZ:**  If I could ask Ms. McGuire to please

15  call up Plaintiffs' Exhibit 1-L.

16      **MS. McGUIRE:**  [Complied]

17  **BY MR. KRAVETZ:**

18      **Q.**   Dr. Dharan, you know this to be the Case-Shiller

19  Home Pricing Index.  You testified there is somewhat of a

20  lag.  Right?

21      **A.**   There is maybe a month and a half to be a round

22  number.

23      **Q.**   As of the mid-point of August of 2012, would there

24  have been information to relevant decisionmakers showing

25  that the housing market had, in fact, increased since

**REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1  February?

2       **A.**   Significantly.

3            Not only -- this is, again, only the price.  The

4  home price index you can see it just took off.  It took off

5  in February.  It just started going straight up.  And there

6  was a lot of pent-up demand I suppose was waiting to come

7  back in.  When they saw the house price go up, everybody was

8  rushing in.  So you see that.

9            More importantly, the home sales also were taking

10  off.  So you see that the February data would have come out

11  in May.  So by August you would have had May data and maybe

12  some indication of what's going on in June.

13       **Q.**   And if you can just remind the jury, did you also

14  review contemporaneous projections of Fannie and Freddie as

15  to what they expected was happening in the housing market

16  going forward?

17       **A.**   Yes.

18       **Q.**   And what were they those expectations under the

19  base case?

20       **A.**   Under the base case the housing prices were going

21  to go up by 9 percent, something around that, for a

22  subsequent two or three years.

23       **Q.**   And what about the expectations regarding credit

24  losses?  Would they be increasing or decreasing?

25       **A.**   Decreasing.  I showed the graph to the jury.  The

**REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1   great loss is peaking, around 75 billion, and a steep

2   decline that they were projecting.  Again, you know, that

3   was for future.  Everything to the right of the line,

4   vertical line, was future.

5        **Q.**   Mr. Bergman asked you some questions about the PIK

6   on cross-examination.  Do you recall that?

7        **A.**   Yes.

8        **Q.**   And I think you said at the beginning today, you

9   are not rendering a legal opinion regarding the payment in

10   kind option; is that correct?

11        **A.**   Right.

12        **Q.**   Now, did you, in fact, testify there were certain

13   documents that you reviewed that informed your analysis as

14   to whether it would be available?

15        **A.**   Yes.

16        **Q.**   All right.

17            What were those documents, if you recall?

18        **A.**   I mentioned the Treasury -- one of the Treasury

19   documents where they specifically -- this was like a

20   question and answer, suggested Q&A, prepared for the

21   Treasury Secretary, in case he is asked.  Here are the

22   answers to give.

23            The answer clearly described that, you know, if

24   FHFA wants to preserve the Treasury commitment, they could

25   use -- I mean, they didn't, again, use the word "payment in

            **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1    kind," but they could use the provisions of the certificate

2    of designation, which is where the payment in kind is

3    described.

4         **Q.**   I am not going to show that document again, sir.

5              **MR. KRAVETZ:**  But if I could ask Ms. McGuire, just

6    quickly, Slide 64, please.

7              **MS. McGUIRE:**  [Complied]

8    **BY MR. KRAVETZ:**

9         **Q.**   Do you recall testifying about this diagram

10   yesterday?

11        **A.**   Yes, I do.

12        **Q.**   And, sir, is it your opinion PIK was even

13   necessary as of August 2012?

14        **A.**   No.

15        **Q.**   Why not?

16        **A.**   Again, this is why -- you know, my analysis -- if

17   I can repeat my roadmap.  We first look at the housing

18   market and the sustainability profitability.  That is the

19   big deal.  That shows all of the improvements.  Then I

20   talked about the DTA, the deferred tax asset, bringing in

21   close to $100 billion, but not all guaranteed.  So there is

22   a huge amount coming in.

23              So that's sitting up there, that's the black

24   amount, along with the profits already being made.  So I

25   didn't need to rely on PIK in order to say that the net

     **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1  worth sweep -- sorry -- the circular draw would not be a

2  problem.

3       Q.   And, Dr. Dharan, in your opinion, is there a

4  difference between giving 100 percent of Fannie and

5  Freddie's net worth to the Treasury Department and using PIK

6  in 2012 or later, just in case?

7       A.   Can you repeat that question?

8       Q.   Is there a difference between transferring 100

9  percent of net worth to Treasury or invoking the PIK option

10  in 2012 or later, just in case there could be a problem with

11  erosion of the Treasury commitment?

12       A.   Yes, of course.  There is a big difference.

13       Q.   What is that difference?

14       A.   Well, the PIK is better because whatever is added

15  to the liquidation preference, because of the payment in

16  kind, can be later on paid out.  So let's say there is a

17  little need for drawing from the Treasury commitment.  If

18  you did it with PIK, it directly gets added to the

19  liquidation preference.  And then let's say two years later

20  you make profits, you can pay it off.

21            Whereas, if you did the net worth sweep, that

22  opportunity is never there.  The liquidation preference just

23  goes up and up and up every time.

24            MR. BERGMAN:  Objection and move to strike, Your

25  Honor, to the statement that the PIK is better.

     **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1        **THE COURT:**  Overruled.

2   **BY MR. KRAVETZ:**

3        **Q.**   Dr. Dharan, you were asked several questions about

4   SEC filings; is that correct, sir?

5        **A.**   Yes.

6        **Q.**   And those filings were in 2011 and 2012; is that

7   right?

8        **A.**   Yes.

9        **Q.**   Is 2012 before or after 2009?

10       **A.**   After.

11       **Q.**   Are you aware from your review of the record

12  whether Fannie and Freddie shared financial information with

13  FHFA on a regular basis?

14       **A.**   Very much.

15       **Q.**   What is your understanding?

16       **A.**   My understanding from the various depositions and

17  other documents is that FHFA attended all the meetings,

18  executive meetings of Fannie Mae and Freddie Mac.  They were

19  part of all of the board meetings and the discussions.  They

20  were there pretty much for all of the decisions.

21       **Q.**   Any evidence from your review of the records that

22  FHFA learned about information in an SEC report for the very

23  first time when it was filed publicly?

24       **A.**   I haven't seen any such thing.

25            **MR. KRAVETZ:**  I'd ask if Ms. McGuire could please

  **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1    play Mr. Mayopoulos at 95.

2         **MS. McGUIRE:**  [Complied]

3    **BY MR. KRAVETZ:**

4         **Q.**   And I will ask you a question about it.

5         **A.**   Okay.

6         (Video played.)

7         **Q.**   Dr. Dharan, is that consistent with what was

8    described in the SEC reports?

9         **A.**   Yes.

10        **Q.**   Why is that?

11        **A.**   They are profitable.  This is Fannie Mae

12   executive.  So Fannie Mae was profitability in the second

13   quarter, as he had correctly remembered.  But they were also

14   profitability in the first quarter.  He was not too sure,

15   but they were also profitable in the first quarter of 2012.

16        **Q.**   There was a reference that they were -= had

17   reached sustainable profitability, but they may not be

18   profitable in every quarter; is that right?

19        **A.**   Yes.  They used phrases like "over time" and so

20   on.

21        **Q.**   Is that consistent with the SEC reports, in your

22   opinion?

23        **A.**   Yes, in my opinion.

24        **Q.**   Dr. Dharan, you were asked questions about reports

25   of ratings agencies; is that correct?

     **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1       **A.**    Yes.

2               **THE COURT:**  To be fair there, Doctor, that's a

3       very short period of time where they were profitable.  They

4       had a long period where they weren't profitable.  Maybe you

5       need to explain to the jury how you project the future when

6       they had such a long period, when they weren't profitable.

7               **THE WITNESS:**  Yes.

8               **THE COURT:**  Explain to the jury how you came to

9       that conclusion.

10              **THE WITNESS:**  I think that is an excellent

11      question.  So they were not profitable in 2008, 2009, 2010

12      all the way to the end of 2011.

13              The honorable judge's question is they were

14      profitable in first quarter and second quarter.  How do we

15      know they will be profitable?

16              **THE COURT:**  That's where we are.  Okay.

17              **THE WITNESS:**  The housing market -- that's why I

18      showed data on the turnaround, the housing market, the

19      loading of the credit losses, the improvement in the credit

20      portfolio that they had.  So these are very critical

21      features.  And the fact that the DTA is dependent on making

22      an assessment on these.  It is really the change in the

23      housing market is the most important information to consider

24      for future profits.

25              **MR. KRAVETZ:**  If I could just ask Ms. McGuire,

    **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1       please, to pull up Slide 38.

2               **MS. McGUIRE:**  [Complied]

3       **BY MR. KRAVETZ:**

4           **Q.**   And, Dr. Dharan, would this provide further

5       context to His Honor's question?

6           **A.**   Yes.

7               Again, the first one, especially the home sales,

8       the home price improving, very critical.  Eliminating the

9       bad loans they acquired before 2008, getting rid of them.

10      High quality new loans coming in because of better credit

11      assessments.  The g-fee going up -- I forgot to mention that

12      earlier.  So that was also already in the pipeline.  And, of

13      course, the decrease credit risk from the previous two

14      bullet points.

15              All these combined with the fact that the market

16      share had gone up.  It was not the same in 2008.  It was

17      very low, 45 percent.  By 2012 it is 97 percent market

18      share.  So all of these together lead to a sustainable

19      profit.

20          **Q.**   Dr. Dharan, you were also asked --

21              **MR. KRAVETZ:**  If we could take that down,

22      Ms. McGuire.  Thank you.

23              **MR. MONTGOMERY:**  [Complied]

24      **BY MR. KRAVETZ:**

25          **Q.**   You were also asked about ratings agencies; is

          **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1    that correct?

2       **A.**   Yes.

3       **Q.**   And you referenced something called a "watch

4    list."

5       **A.**   Yes.

6       **Q.**   Can you describe to the members of the jury what

7    is a watch list?

8       **A.**   Credit watch.

9       **Q.**   What does that mean in the context of a ratings

10   agency?

11      **A.**   Rating agencies, as I explained in terms of David

12   Bergman's question, they don't go around for large

13   institutions, like Fannie Mae and Freddie Mac, banks, any

14   large company, they don't change the rating abruptly.  They

15   don't say one morning, You have been downgraded.  That's not

16   what they do.  That's not what their clients probably expect

17   of them.

18           So they plan ahead.  They work with the company

19   that is being rated and make sure there is a lot of

20   information gathering that take place before a rating

21   downgrade.  Because these rating downgrades, if they do take

22   place, can be very significant news.  So they work with

23   them.

24           The first step on that is called credit watch.

25   Different agencies may use slightly different terms, but

   **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1  they all do basically this intermediate thing called credit

2  watch; that's a warning watch that also tells the company to

3  give more information to them, work with them more.

4  Investors also start looking at it in that fashion.

5      Q.   And in and around August of 2012, were Fannie or

6  Freddie on a ratings watch list at all?

7      A.   No.  None of the agencies had a credit watch for

8  Fannie or Freddie throughout 2012, including August.

9      Q.   And were the ratings of Fannie or Freddie

10 consistent with the U.S. Treasury?

11     A.   Yes.

12     Q.   What does that tell you about how the market

13 assesses risk?

14     A.   As low risk as the U.S. government.

15     Q.   Now, let's see if we can pull this up on your

16 screen.

17          MR. KRAVETZ:  Ms. McGuire, if you have the ability

18 to pull up defense exhibit 380-A, please.

19          MS. McGUIRE:  [Complied]

20          MR. KRAVETZ:  If we can just enlarge the second

21 email.

22          MS. McGUIRE:  [Complied]

23          MR. KRAVETZ:  Thank you.

24 BY MR. KRAVETZ:

25     Q.   Now, you were asked questions about this document

REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz

1    on cross-examination.  Correct?

2        **A.**    Yes.

3        **Q.**    Just remind us, what is the date of this document?

4        **A.**    January 10, 2012.

5        **Q.**    All right.

6            And the first full paragraph it notes, In recent

7    days, there has been a lot of chatter about the potential

8    for ratings downgrade of GSEs; is that correct?

9        **A.**    Yes.

10       **Q.**    If you go down four lines, can you read that

11   sentence?

12       **A.**    Yes.

13           For my part, this logic is nonsensical.

14       **MR. KRAVETZ:**  Thank you, Ms. McGuire.

15       **MS. McGUIRE:**  [Complied]

16       **MR. KRAVETZ:**  If I can ask Ms. McGuire to pull up

17   257, which is in evidence.

18   **BY MR. KRAVETZ:**

19       **Q.**    Dr. Dharan, are you familiar with this document

20   from Fitch?

21       **A.**    Yes, I think so.

22       **Q.**    What is the date of this document Dr. Dharan?

23       **A.**    This is August 13, 2012.

24       **Q.**    About eight months later?

25       **A.**    This is before the third amendment.

    **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1       **MR. KRAVETZ:**  If we can back out, Ms. McGuire.

2       **MS. McGUIRE:**  Ms. McGuire, if you can highlight

3    the second paragraph, please?

4       **MS. McGUIRE:**  [Complied]

5  **BY MR. KRAVETZ:**

6    **Q.**   Does the ratings indicate what was driving

7    improvements and operating results?

8    **A.**   Yes.

9         So the improvement in operating results was driven

10   mainly by reduced loan loss provisions, which I talked about

11   yesterday also, on the back of a better-than-expected

12   increase in U.S. home prices in the quarter, as described

13   here.  Those are the two most critical things.

14      **MR. KRAVETZ:**  If you can back out one moment

15   Ms. McGuire and enlarge the next paragraph please, all the

16   way down through -- thank you.

17      **MS. McGUIRE:**  [Complied]

18  **BY MR. KRAVETZ:**

19   **Q.**   Is there a reference here to what is happening to

20   the legacy mortgage portfolio?

21   **A.**   Yes.  It says size of legacy portfolio at both

22   agencies declines, improving credit quality transfer loans

23   originated since 2009 could help limit future credit losses

24   and stabilize earnings trend at Fannie and Freddie.

25   **Q.**   There is the reference, since 2009, of about 58

   **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1    percent.  Did we see that number yesterday?

2         **A.**   I think I had 57 or 58.

3         **MR. KRAVETZ:**  One more thing, Ms. McGuire.  If we

4    could go to the second page, last paragraph beginning with

5    "absent."

6         **MS. McGUIRE:**  [Complied]

7         **MR. KRAVETZ:**  Dr. Dharan, in the last patch here,

8    does Fitch express an opinion as to whether there would be

9    any near-term pressure on the ratings of Fannie and Freddie?

10        **THE WITNESS:**  We do not expect any near-term

11   pressure on GSE rates.

12        **MR. KRAVETZ:**  Thank you, Ms. McGuire.

13   **BY MR. KRAVETZ:**

14        **Q.**   Just to be clear, this was four days prior to the

15   net worth sweep?

16        **A.**   That's correct.

17        **Q.**   And you were shown on cross-examination a document

18   from January 2012?

19        **A.**   Yes.

20        **Q.**   Did counsel show this document to you?

21        **A.**   No, they did not.

22        **Q.**   Now, sir, you testified a bit about bond and MBS

23   investors.  Is one way to determine whether bonds are

24   considered to have less risk, is whether they are trading

25   more closely to U.S. Treasury bonds?

     **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1    **A.**    Yes.

2    **Q.**    And can you explain that concept to the jury,

3    please?

4    **A.**    Yes.  It's sometimes called a yield spread but,

5    you know, they look at the rating -- the yield that the

6    bonds have yield.  It's kind of similar to interest earned

7    in realtime.  So the yield on the bonds is for the U.S. --

8    for the Fannie and Freddie kind of bonds, agency bonds.  You

9    can compare them with the U.S. government's Treasury bond.

10   These are the lowest U.S. government Treasury bond.  This is

11   the lowest risk.  They are the gold standard.

12        So you look at -- everything else is going to be a

13   little bit more yield than that.  And that difference is

14   called the yield spread.  They were very low.  So they were

15   really low for Fannie and Freddie than they were for any

16   other corporations.

17   **Q.**    What was happening throughout the course of 2012?

18   Were Fannie and Freddie bonds starting to trade even closer

19   to Treasury bonds?

20   **A.**    Yes --

21        **MR. BERGMAN:**  Your Honor, objection.  May I be

22   heard by phone, please?

23        **THE COURT:**  I'm sorry?

24        **MR. BERGMAN:**  May I be heard by phone, please?

25        **THE COURT:**  All right.

**REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1       (Sidebar discussion.)

2               **MR. BERGMAN:**  David Bergman for defendants.

3   Your Honor, I think we are straying into an area that was in

4   Dr. Dharan's supplemental report that was not permitted.  I

5   didn't ask about the study of yield spreads and the like.

6   And that was only addressed by Dr. Dharan, I believe, in his

7   third report was not permitted.

8               **MR. KRAVETZ:**  Your Honor, the door is wide open.

9   The defendants have asked Dr. Dharan about numerous analyst

10  reports, that otherwise would be inadmissible into the

11  record.  They asked about investor sentiment in 2012.  And

12  asking those questions about bond and MBS investors has

13  opened up the door to just one or two more brief questions

14  on this topic that is clearly relevant now that defendants

15  have gone there.

16              **THE COURT:**  We are not going to reopen everything.

17  Objection is sustained.

18          (Sidebar discussion concluded.)

19              **THE COURT:**  How much more do you have?

20              **MR. KRAVETZ:**  Just about five minutes, Your Honor.

21              **THE COURT:**  Okay.

22  BY MR. KRAVETZ:

23      **Q.**  Dr. Dharan, you were just asked questions about

24  market participants and market analysts and what they were

25  saying at various times; is that correct?

   **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1   **A.**   Yes.

2   **Q.**   And I think you pointed out that a number of the

3   documents you were shown were from December 2011 or March of

4   2012?

5   **A.**   Correct.

6   **Q.**   Can you explain to the jury, put those dates in

7   context in terms of August of 2012?

8   **A.**   Yes.

9   So even as late as March, 2012, the market --

10  Fannie and Freddie have not yet released, even the first

11  quarter 10-Q.  The 10-Q, which is a quarterly report, only

12  comes out -- came out for Fannie and Freddie -- I think we

13  talked about this yesterday.  I don't remember the exact

14  date, but approximately around May 8 of 2012.  Until then

15  the market doesn't know they are making profits for the

16  quarter.

17  We talked about the housing pricing information;

18  that's only coming out that the prices are starting to

19  improve only by May and June.  So that's why December,

20  January, February, up to even March.  It is still preceding

21  all these turnaround news, heating the market.

22  **Q.**   And, Dr. Dharan, in general, do companies like

23  Fannie and Freddie share internal information with market

24  analysts?

25  **A.**   No.  Not until they've released them publicly.

   **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1    Q.    Not until they released them publicly?

2    A.    Yes.  And if they accidentally release it, they

3    need to share it publicly.

4    Q.    Who would you expect would know more about Fannie

5    and Freddie's position outside analysts or inside

6    executives?

7    A.    Definitely inside executives.

8    Q.    All right.

9         MR. KRAVETZ:  I'd ask Ms. McGuire to display

10   PX-246, which has been admitted into evidence.

11        MS. McGUIRE:  [Complied]

12        MR. KRAVETZ:  If we can enlarge the header just

13   for context.

14   BY MR. KRAVETZ:

15   Q.    Sir, do you see this is an email dated August 9,

16   2012?

17   A.    Yes.

18   Q.    The subject is "Fannie Mae executive management

19   meeting on August 6, 2012?"

20   A.    Yes.

21   Q.    Who is the first recipient of the two line?

22   A.    Mr. DeMarco, Mario Ugoletti and more on the next

23   line.

24   Q.    The first recipient is Mr. DeMarco?

25   A.    Yes.

     REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz

1   BY MR. KRAVETZ:

2          MR. KRAVETZ:   If we can back out one moment.

3          MS. McGUIRE:   [Complied]

4          MR. KRAVETZ:   If I could ask Ms. McGuire to just

5   enlarge the first paragraph for context.

6          MS. McGUIRE:   [Complied]

7   BY MR. KRAVETZ:

8      Q.   Is there a reference here to Mr. Mayopoulos?

9      A.   Yes.

10     Q.   All right.  And that's just for context.

11         MR. KRAVETZ:   If we can back out now and go to the

12  third full paragraph beginning "in his meeting."

13         MS. McGUIRE:   [Complied]

14  BY MR. KRAVETZ:

15     Q.   Dr. Dharan, am I reading correctly that there is

16  reference to a meeting with Goldman Sachs?

17     A.   Yes.

18     Q.   Who is Goldman Sachs?

19     A.   They are one of the largest investment banks.

20  They are well-known investment bank.

21         MR. KRAVETZ:   Can we highlight the second

22  sentence, Ms. McGuire?

23         MS. McGUIRE:   [Complied]

24  BY MR. KRAVETZ:

25     Q.   Dr. Dharan, can you read into the record the

     **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1    second sentence as to what is being reported by

2    Mr. Mayopoulos?

3         **A.**   Okay.

4              They, meaning Goldman Sachs, made note of the

5    disparity in Fannie/Freddie security trading and confirmed

6    that foreign investors seem to have little concern regarding

7    the PSPA's upcoming expiration date.

8         **Q.**   Those are the caps

9         **A.**   Those are the caps coming up.

10        **Q.**   Reported by Goldman Sacks reported approximately

11   one week before the net worth sweep?

12        **A.**   Yes.

13            **MR. KRAVETZ:**  Ms. McGuire, one more clip, please,

14   Mr. Mayopoulos starting on 187.

15        (Video played.)

16   **BY MR. KRAVETZ:**

17        **Q.**   So the testimony, does that inform your opinion,

18   Dr. Dharan?

19        **A.**   Yes.

20        **Q.**   Why?

21        **A.**   Again, he was saying he wasn't seeing a concern.

22   There was more than adequate capacity left in the Treasury

23   commitment.

24            **MR. KRAVETZ:**  Your Honor, one moment, with the

25   Court's indulgence, please?

       **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1     (Brief pause.)

2     (Discussion off the record between Mr. Kravetz and

3   Ms. Davis and Mr. Hume off the record.)

4          **MR. KRAVETZ:**  Thank you, Your Honor.  Thank you

5   Dr. Dharan, nothing further.

6          **THE WITNESS:**  Thank you.

7          **THE COURT:**  We have scheduling things to work out.

8   We will come back at 1:45.  Have a nice lunch.  Don't talk

9   about the case.  See you at 1:45.

10     (Jury exited the courtroom.)

11          **MR. STERN:**  Your Honor, if I may be heard.

12   Something has come up.  First of all, thank you, Your Honor,

13   Mr. Kravetz and plaintiffs' counsel for indulging me.

14          Something has come up since talking this morning,

15   Your Honor.  During Dr. Dharan's testimony we were

16   informed -- just to recap, we would have Mr. Lockhart go

17   first, then Mr. Satriano.  We are now talking about

18   Lockhart, Mayopoulos, Kari and --

19          **THE COURT:**  You can all be seated.

20          **MR. STERN:**  -- Lockhart, Mayopoulos and Kari would

21   be the three.

22          During the Mayopoulos and Kari depositions, the

23   SEC filings were the subject of testimony.  And during the

24   deposition, they were not only discussed, they were also

25   displayed during the course of the deposition.  It would be

    **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1    our intention, of course, in recreating that testimony,

2    either by video, in the case of Mr. Mayopoulos, or by read,

3    in the case of Mr. Kari, to likewise display those SEC

4    filings to the jury.

5            As I understand it, since we talked this morning,

6    the plaintiffs have notified us that they will object to the

7    showing of those SEC filings during the playback of

8    Mr. Mayopoulos and the readout of Mr. Kari.  That does

9    significantly disadvantage us, Your Honor.

10           **THE COURT:**  The objections will be overruled.

11           **MR. STERN:**  In that event, Your Honor --

12           **THE COURT:**  That will take care of that.

13           **MR. STERN:**   -- we can proceed with the order the

14   Court has directed.

15           **THE COURT:**  Okay.

16           **MR. KRAVETZ:**  Robert Kravetz on behalf of

17   plaintiffs.

18           Your Honor, just in terms of what we have left,

19   Ms. Belack  --

20           **THE COURT:**  You will rest.  I take the arguments

21   after we left the jury go.  I will have the evidence frozen

22   take any arguments on any motions, legal motions to go with

23   that and go ahead and get the other stuff in.

24           **MR. KRAVETZ:**  We will attempt to work with counsel

25   to see what remaining objections are left.  We know that

     **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1    there are a handful that we may have to present to

2    Your Honor before the record is closed.

3              **THE COURT:**  Okay.  Okay.

4              **MR. KRAVETZ:**  Thank you.

5              **MR. HUME:**  Your Honor, Hamish Hume for the

6    plaintiffs.  You said the record will be frozen.  Just to be

7    clear, after Ms. Belack --

8              **THE COURT:**  After that, yes.

9              **MR. HUME:**  But after Ms. Belack's reading, we have

10   exhibits to offer into evidence.

11             **THE COURT:**  I understand.

12             **MR. HUME:**  Okay.

13             **THE COURT:**  Hopefully you can go over those with

14   the clerk.  If not last night, now.

15             **MR. HUME:**  Okay.  Thank you.

16             **THE COURT:**  The court will be in recess.  I will

17   see you all at 1:45.

18             Good luck, Mr. Stern.

19             **MR. STERN:**  Thank you, Your Honor.

20             **THE COURT:**  I know you need it.

21        (Proceedings concluded at 12:33 p.m.)

22

23

24

25

     **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

1    **C E R T I F I C A T E**

2

3        I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8    _____August 2, 2023_____        _/s/___Lorraine T. Herman___
                 **DATE**                    **Lorraine T. Herman**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

        **REDIRECT EXAMINATION OF B. DHARAN by Mr. Kravetz**

**BY MR. BERGMAN:**
**[25]** 1310/22 1315/1
1316/4 1320/23
1325/15 1331/2 1332/2
1334/17 1335/5
1342/20 1343/17
1345/11 1346/19
1347/3 1347/18 1349/6
1350/16 1353/9 1354/2
1355/24 1356/19
1358/4 1359/10
1362/18 1371/20
**BY MR. KRAVETZ:**
**[22]** 1367/6 1368/19
1370/6 1372/13
1373/17 1376/8 1378/2
1379/3 1381/3 1381/24
1383/24 1384/18
1385/5 1385/18
1386/13 1388/22
1390/14 1391/1 1391/7
1391/14 1391/24
1392/16
**DEPUTY CLERK: [1]**
1309/2
**MR. BERGMAN: [42]**
1310/19 1314/24
1315/19 1315/22
1316/1 1316/3 1320/11
1320/20 1323/23
1330/16 1330/19
1331/18 1334/24
1335/2 1335/4 1340/15
1340/18 1342/10
1342/12 1342/15
1343/11 1345/8
1346/10 1347/1 1347/2
1347/16 1348/18
1348/22 1348/24
1349/5 1350/9 1353/6
1353/24 1355/21
1359/4 1359/7 1362/16
1367/2 1377/24
1387/21 1387/24
1388/2
**MR. HUME: [4]** 1395/5
1395/9 1395/12
1395/15
**MR. KRAVETZ: [52]**
1310/12 1315/18
1315/21 1315/25
1320/16 1330/13
1330/23 1331/14

1348/14 1348/23
1350/11 1350/15
1356/16 1357/25
1368/16 1369/21
1369/24 1370/3
1371/17 1372/7
1372/10 1373/14
1376/5 1378/25
1380/25 1381/21
1383/17 1383/20
1383/23 1384/14
1384/16 1385/1
1385/14 1386/3 1386/7
1386/12 1388/8
1388/20 1390/9
1390/12 1391/2 1391/4
1391/11 1391/21
1392/13 1392/24
1393/4 1394/16
1394/24 1395/4
**MR. MONTGOMERY:**
**[14]** 1314/25 1320/22
1323/25 1325/14
1335/1 1335/3 1342/14
1346/12 1353/8
1355/23 1359/6 1359/9
1362/17 1381/23
**MR. STERN: [10]**
1309/7 1309/21
1309/24 1310/3
1310/10 1393/11
1393/20 1394/11
1394/13 1395/19
**MS. McGUIRE: [21]**
1368/18 1369/23
1371/19 1372/9
1372/12 1373/16
1376/7 1379/2 1381/2
1383/19 1383/22
1384/15 1385/2 1385/4
1385/17 1386/6
1390/11 1391/3 1391/6
1391/13 1391/23
**THE COURT: [45]**
1309/6 1309/19
1309/22 1310/2 1310/9
1310/11 1310/13
1310/15 1316/2
1320/15 1320/19
1330/15 1330/17
1330/24 1331/16
1331/21 1334/16
1340/17 1342/11

1356/18 1358/2 1367/4
1378/1 1380/2 1380/8
1380/16 1387/23
1387/25 1388/16
1388/19 1388/21
1393/7 1393/19
1394/10 1394/12
1394/15 1394/20
1395/3 1395/8 1395/11
1395/13 1395/16
1395/20
**THE WITNESS: [14]**
1330/25 1331/23
1342/18 1343/14
1345/9 1346/13 1354/1
1358/3 1370/2 1380/7
1380/10 1380/17
1386/10 1393/6

**$**
**$100 [1]** 1376/21
**$11.7 [1]** 1324/8
**$117 [1]** 1311/10
**$2 [1]** 1371/25
**$200 [3]** 1350/24
1351/5 1372/5
**$200 billion [1]** 1372/5
**$300 [1]** 1352/9
**$32 [2]** 1312/8 1312/18
**$39 [3]** 1312/6 1312/13
1312/19
**$71.3 [1]** 1371/23
**$95 [2]** 1361/24
1363/14

**'**
**'14 [1]** 1312/1
**'15 [1]** 1312/1

**/**
**/s [1]** 1396/8

**1**
**1-L [1]** 1373/15
**10 [2]** 1329/25 1384/4
**10-K [3]** 1322/16
1365/21 1369/12
**10-Q [11]** 1320/9
1320/24 1325/11
1326/4 1326/11
1326/11 1329/5
1329/15 1330/25
1389/11 1389/11
**10-year [1]** 1314/5

**100 [2]** 1377/4 1377/8
**10020 [1]** 1307/11
**1053 [2]** 1306/3 1309/2
**10:39 [1]** 1306/6
**10th [1]** 1336/7
**117 [3]** 1311/16
1311/22 1312/4
**12 [7]** 1347/22 1355/25
1356/9 1356/20
1357/17 1358/15
1358/18
**1251 [1]** 1307/11
**1288 [1]** 1306/9
**12:33 [1]** 1395/21
**13 [1]** 1384/23
**13-1053 [1]** 1309/2
**13-288 [1]** 1309/3
**14 [4]** 1326/19 1342/7
1342/21 1359/20
**1401 [1]** 1307/7
**14th [2]** 1335/14
1359/21
**15 [1]** 1323/11
**151-2 [1]** 1333/7
**1523 [1]** 1306/17
**16 [2]** 1314/12 1321/18
**17 [1]** 1350/17
**175 [1]** 1321/9
**176 [1]** 1321/12
**178 [1]** 1321/18
**17th [3]** 1320/6 1347/5
1350/7
**187 [1]** 1392/14
**19 [1]** 1333/8
**19087 [1]** 1307/5
**1:13-1053 [1]** 1306/3
**1:13-1288 [1]** 1306/9
**1:45 [3]** 1393/8 1393/9
1395/17

**2**
**2/31/2012 [1]** 1311/25
**20 [2]** 1352/4 1352/8
**200 [1]** 1351/24
**20001 [2]** 1307/16
1307/21
**20005 [1]** 1307/8
**20036 [1]** 1306/17
**2008 [9]** 1317/11
1318/8 1369/15
1370/12 1370/22
1372/19 1380/11
1381/9 1381/16
**2009 [13]** 1317/12

**2009... [12]** 1318/8
1318/23 1320/4
1369/15 1370/12
1370/22 1372/1
1372/20 1378/9
1380/11 1385/23
1385/25
**2010 [4]** 1316/12
1316/12 1317/12
1380/11
**2011 [9]** 1322/16
1322/18 1335/14
1335/15 1336/25
1341/23 1378/6
1380/12 1389/3
**2012 [81]** 1311/5
1311/25 1314/1
1315/10 1315/12
1320/6 1320/9 1320/25
1321/7 1321/15
1322/17 1325/12
1325/21 1326/1 1328/7
1328/11 1328/19
1328/20 1329/5 1329/9
1329/12 1329/16
1329/22 1332/14
1334/13 1335/10
1335/20 1336/7 1336/8
1336/22 1336/23
1336/25 1338/5
1339/25 1340/5
1340/12 1340/19
1341/6 1341/17
1341/18 1342/7
1342/21 1343/25
1345/5 1347/5 1348/7
1350/17 1352/4 1352/8
1361/21 1369/1 1369/3
1369/9 1369/12
1369/13 1371/22
1372/20 1373/1 1373/2
1373/8 1373/23
1376/13 1377/6
1377/10 1378/6 1378/9
1379/15 1381/17
1383/5 1383/8 1384/4
1384/23 1386/18
1387/17 1388/11
1389/4 1389/7 1389/9
1389/14 1390/16
1390/19
**2013 [1]** 1312/1
**2015 [2]** 1311/25

**2017 [6]** 1359/2 1359/3
1359/12 1360/14
1362/23 1366/20
**2018 [1]** 1351/1
**2019 [14]** 1359/2
1359/15 1360/14
1361/8 1361/10
1361/13 1362/3
1362/10 1362/23
1364/3 1364/8 1364/9
1366/13 1366/20
**2021 [7]** 1359/2 1359/3
1359/20 1360/14
1360/17 1362/23
1366/20
**2022 [3]** 1361/23
1362/21 1368/10
**2023 [2]** 1306/4 1396/8
**2025 [2]** 1316/24
1317/5
**2030 [1]** 1317/5
**2040 [1]** 1317/8
**21 [2]** 1359/12 1361/23
**218 [1]** 1314/13
**24 [1]** 1318/23
**246 [1]** 1390/10
**248 [2]** 1325/16
1325/16
**249 [1]** 1325/16
**257 [1]** 1384/17
**269 [1]** 1314/13
**280 [1]** 1307/4
**288 [1]** 1309/3
**29 [1]** 1322/17

**3**

**30 [2]** 1321/7 1359/15
**32 [2]** 1312/20 1359/7
**33 [1]** 1369/22
**333 [1]** 1307/20
**34 [1]** 1362/15
**340.7-billion [1]**
1363/16
**367 [1]** 1322/17
**377 [2]** 1340/15
1340/18
**38 [1]** 1381/1
**380-A [1]** 1383/18
**39 [2]** 1312/19 1372/11

**4**

**403 [1]** 1350/12
**412 [1]** 1342/9

**42 [1]** 1359/1
**43 [1]** 1359/15
**437 [1]** 1322/20
**44 [2]** 1359/7 1359/19
**440 [1]** 1322/20
**45 [1]** 1381/17
**476 [1]** 1321/4
**477 [3]** 1325/13 1329/4
1329/15

**5**

**50-odd [1]** 1328/24
**538 [2]** 1348/18
1349/19
**55 [2]** 1311/2 1368/17
**553 [1]** 1352/7
**565 [2]** 1347/4 1347/16
**57 [1]** 1386/2
**58 [2]** 1385/25 1386/2
**59 [3]** 1313/24 1314/6
1314/21

**6**

**60 [4]** 1314/4 1314/6
1314/8 1314/22
**601 [1]** 1307/16
**64 [1]** 1376/6
**65 [1]** 1324/7
**67 [1]** 1313/1
**6720 [1]** 1307/21
**69 [1]** 1314/9
**6th [4]** 1326/8 1340/5
1341/17 1341/18

**7**

**73 [1]** 1353/24
**75 [1]** 1375/1
**7th [2]** 1326/1 1326/9

**8**

**8th [4]** 1320/25 1321/6
1321/15 1331/19

**9**

**95 [1]** 1379/1
**97 [1]** 1381/17

**A**

**a.m [1]** 1306/6
**ability [5]** 1332/24
1337/20 1343/3 1343/9
1383/17
**able [6]** 1323/23
1324/18 1331/25
1351/16 1360/4

**about [91]** 1311/4
1311/15 1313/2
1313/12 1313/15
1313/18 1313/21
1318/7 1319/9 1320/3
1320/5 1323/15
1324/16 1325/3
1327/23 1327/25
1328/8 1328/14
1328/14 1329/7 1329/8
1329/11 1329/25
1330/10 1330/21
1331/9 1331/17 1332/1
1332/22 1334/2
1334/10 1335/9
1335/18 1335/22
1336/5 1337/3 1338/24
1339/9 1339/12
1341/12 1344/14
1345/24 1346/7 1346/8
1346/13 1346/17
1347/12 1347/21
1348/6 1349/4 1352/18
1355/20 1355/25
1357/5 1357/15 1361/2
1361/17 1363/14
1366/13 1367/9 1368/9
1368/12 1369/15
1372/14 1374/23
1375/5 1376/9 1376/20
1378/3 1378/22 1379/4
1379/24 1381/25
1383/12 1383/25
1384/7 1384/24
1385/10 1385/25
1386/22 1388/5 1388/9
1388/11 1388/12
1388/20 1388/23
1389/13 1389/17
1390/4 1393/9 1393/17
**above [1]** 1396/5
**above-entitled [1]**
1396/5
**abruptly [1]** 1382/14
**absent [1]** 1386/5
**access [2]** 1333/14
1333/18
**accidentally [1]**
1390/2
**according [1]** 1371/5
**accordingly [1]**
1351/23
**accounting [6]**

**A**

**accounting... [6]**
1367/14 1367/15
1371/1 1371/4 1371/6
1371/7
**acquired [1]** 1381/9
**Act [1]** 1319/22
**Action [5]** 1306/2
1306/8 1306/9 1309/2
1309/4
**actually [5]** 1315/13
1333/15 1349/1 1361/8
1372/4
**add [2]** 1312/21
1366/10
**added [6]** 1325/7
1360/20 1360/23
1364/10 1377/14
1377/18
**Adding [1]** 1356/11
**additional [7]** 1320/13
1324/10 1324/20
1326/12 1326/21
1327/10 1361/13
**addressed [7]** 1314/1
1332/11 1349/9
1353/22 1359/15
1366/17 1388/6
**adequacy [9]** 1328/15
1329/8 1329/11
1329/19 1330/10
1330/21 1334/2
1334/10 1349/9
**adequate [3]** 1328/7
1345/4 1392/22
**admitted [1]** 1390/10
**advance [2]** 1334/3
1334/11
**advisory [1]** 1352/9
**affect [3]** 1337/15
1345/25 1346/7
**affected [3]** 1348/15
1358/11 1358/12
**afford [1]** 1324/18
**after [20]** 1309/13
1313/2 1328/7 1328/15
1329/9 1329/11
1329/22 1330/10
1330/22 1345/4
1360/18 1361/14
1363/11 1364/9 1378/9
1378/10 1394/21
1395/7 1395/8 1395/9
**afternoon [1]** 1309/14

**again [34]** 1317/11
1318/9 1322/23
1325/12 1327/18
1330/3 1334/20
1335/12 1336/11
1336/25 1339/7
1341/16 1341/16
1342/18 1343/24
1344/2 1347/13 1350/5
1351/15 1355/18
1357/12 1358/20
1360/10 1361/12
1365/20 1366/16
1372/23 1374/3 1375/2
1375/25 1376/4
1376/16 1381/7
1392/21
**agencies [19]** 1337/10
1337/19 1338/5
1338/16 1339/2 1339/3
1339/15 1339/23
1341/12 1345/17
1345/17 1345/20
1346/15 1379/25
1381/25 1382/11
1382/25 1383/7
1385/22
**agencies' [1]** 1338/19
**agency [5]** 1306/6
1336/14 1340/6
1382/10 1387/8
**ago [3]** 1339/19
1362/13 1368/9
**agree [7]** 1317/14
1325/3 1327/10
1333/10 1338/25
1356/13 1358/18
**agreement [14]** 1306/9
1309/4 1322/3 1324/12
1324/13 1326/13
1326/22 1329/9
1329/20 1329/20
1354/8 1359/14
1359/16 1366/8
**ahead [4]** 1344/11
1364/20 1382/18
1394/23
**aided [1]** 1307/24
**al [4]** 1306/2 1306/2
1306/6 1306/16
**all [66]** 1312/24
1313/16 1316/1 1320/1
1320/2 1320/19
1328/23 1329/3

1333/14 1333/15
1333/16 1333/17
1333/23 1335/19
1337/1 1337/4 1341/20
1341/21 1341/22
1341/22 1344/9
1344/10 1344/23
1345/7 1351/19 1353/2
1354/7 1361/11
1362/20 1362/25
1363/18 1364/1
1365/23 1367/19
1367/22 1368/3
1369/10 1369/11
1370/20 1371/3 1371/3
1371/5 1372/3 1373/11
1375/16 1376/19
1376/21 1378/17
1378/19 1378/20
1380/12 1381/15
1381/18 1383/1 1383/6
1384/5 1385/15
1387/25 1389/21
1390/8 1391/10
1393/12 1393/19
1395/17
**alleviating [2]** 1347/21
1348/6
**allow [1]** 1346/15
**allowance [1]** 1370/25
**allowed [1]** 1366/9
**alone [1]** 1342/6
**along [3]** 1328/23
1331/12 1376/24
**already [5]** 1345/1
1345/1 1365/21
1376/24 1381/12
**also [35]** 1321/12
1321/25 1321/25
1325/7 1325/19
1333/17 1336/6 1337/3
1337/15 1337/17
1338/23 1342/1
1345/25 1346/2 1346/7
1347/19 1348/2
1353/20 1368/5
1370/14 1370/25
1372/1 1373/3 1373/4
1374/9 1374/13
1379/13 1379/15
1381/12 1381/20
1381/25 1383/2 1383/4
1385/11 1393/24

**alternatives [9]**
1353/23 1354/13
1354/14 1354/17
1354/18 1354/19
1355/6 1355/9 1355/16
**Although [1]** 1353/4
**always [1]** 1317/16
**am [22]** 1312/18
1318/2 1318/7 1324/7
1325/9 1331/11 1335/6
1339/8 1342/15
1342/25 1343/6
1343/11 1345/9 1355/4
1355/18 1358/16
1365/21 1369/7 1376/4
1391/15
**amenable [1]** 1309/17
**amended [3]** 1359/1
1360/1 1366/8
**amendment [24]**
1311/6 1318/21
1319/19 1320/2 1320/2
1320/4 1320/6 1330/1
1331/18 1334/4
1334/12 1347/6 1347/7
1347/10 1349/8
1350/18 1351/4 1351/8
1352/14 1352/17
1353/10 1366/12
1366/22 1384/25
**amendments [4]**
1360/14 1362/7
1362/23 1366/13
**America [4]** 1339/25
1340/4 1340/18
1348/11
**Americas [1]** 1307/11
**amount [9]** 1322/12
1323/11 1324/1
1332/13 1357/22
1360/19 1362/12
1376/22 1376/24
**amounts [2]** 1370/15
1372/6
**analysis [15]** 1319/8
1319/15 1320/1
1337/11 1354/15
1357/2 1357/8 1357/13
1360/10 1360/11
1361/13 1361/21
1373/11 1375/13
1376/16
**analyst [7]** 1335/25

**A**

**analyst... [6]** 1336/15
1336/18 1338/19
1344/9 1349/14 1388/9
**analysts [6]** 1335/21
1341/11 1349/7
1388/24 1389/24
1390/5
**analyze [3]** 1354/5
1366/25 1369/5
**analyzed [1]** 1368/2
**analyzing [1]** 1314/6
**announce [1]** 1344/15
**announced [1]** 1369/9
**announcement [1]**
1344/15
**annual [8]** 1311/16
1321/22 1323/13
1324/2 1324/4 1324/8
1327/7 1327/12
**another [5]** 1317/11
1340/1 1340/6 1359/16
1370/16
**answer [11]** 1317/19
1319/6 1319/7 1319/7
1330/6 1354/23
1355/17 1363/20
1364/5 1375/20
1375/23
**Answering [1]**
1331/23
**answers [1]** 1375/22
**anticipate [1]** 1344/23
**any [29]** 1328/8
1330/20 1330/20
1331/8 1331/24
1331/24 1331/25
1334/7 1334/19 1339/2
1344/17 1351/21
1354/13 1354/22
1355/2 1355/9 1355/15
1360/20 1364/9
1367/16 1368/24
1378/21 1378/24
1382/13 1386/9
1386/10 1387/15
1394/22 1394/22
**anymore [1]** 1373/9
**anything [5]** 1342/3
1347/24 1365/5 1365/7
1366/5
**anywhere [1]** 1356/3
**apologize [2]** 1312/23
1349/1

**appear [1]** 1360/3
**APPEARANCES [2]**
1306/15 1307/2
**appears [1]** 1336/18
**applies [1]** 1343/19
**appointment [1]**
1356/1
**appreciate [1]** 1345/12
**approach [1]** 1319/18
**approaches [1]**
1343/23
**approximately [3]**
1328/24 1389/14
1392/10
**are [116]**
**area [2]** 1319/13
1388/3
**argument [1]** 1309/14
**arguments [2]**
1394/20 1394/22
**Arnold [1]** 1307/15
**around [11]** 1315/10
1326/6 1328/1 1335/16
1337/3 1373/1 1374/21
1375/1 1382/12 1383/5
1389/14
**arrangement [2]**
1366/20 1366/21
**as [63]** 1314/8 1318/25
1320/6 1320/12
1320/25 1321/6 1326/1
1327/1 1328/13
1329/22 1330/13
1333/4 1333/10
1333/19 1334/19
1337/11 1338/3 1338/3
1338/21 1340/16
1344/17 1346/16
1346/23 1348/13
1350/17 1352/23
1353/5 1353/13
1353/13 1353/22
1354/14 1354/18
1354/22 1354/24
1355/5 1355/18
1359/25 1361/2
1361/21 1361/23
1363/24 1364/9
1365/22 1365/22
1367/17 1369/3 1370/5
1370/23 1371/7
1373/23 1374/14
1375/13 1376/13
1379/13 1382/11

1386/14 1383/24
1385/12 1386/8 1389/9
1389/9 1392/1 1394/5
**ASIM [1]** 1307/13
**ask [19]** 1313/23
1320/4 1320/16
1321/17 1334/14
1339/10 1348/1
1368/16 1369/21
1372/10 1373/14
1376/5 1378/25 1379/4
1380/25 1384/16
1388/5 1390/9 1391/4
**asked [31]** 1313/21
1319/9 1332/18
1332/19 1333/20
1339/12 1353/20
1354/20 1356/25
1357/13 1357/13
1357/14 1358/16
1366/25 1367/1 1367/9
1368/9 1368/12 1369/5
1371/24 1372/14
1375/5 1375/21 1378/3
1379/24 1381/20
1381/25 1383/25
1388/9 1388/11
1388/23
**asking [4]** 1331/11
1342/8 1357/7 1388/12
**assessed [1]** 1356/9
**assesses [1]** 1383/13
**assessment [3]**
1319/19 1319/23
1380/22
**assessments [2]**
1319/4 1381/11
**assests [1]** 1352/9
**asset [2]** 1370/4
1376/20
**assets [2]** 1370/17
1371/13
**Assuming [1]** 1362/7
**assumptions [2]**
1313/21 1317/14
**attempt [1]** 1394/24
**attended [1]** 1378/17
**attractive [1]** 1352/19
**August [34]** 1306/4
1311/5 1320/6 1320/24
1321/6 1321/15
1325/21 1326/1 1326/8
1326/9 1331/19
1344/12 1344/19

1349/4 1350/7 1350/17
1351/15 1352/4 1352/8
1369/1 1369/3 1369/9
1369/13 1373/8
1373/23 1374/11
1376/13 1383/5 1383/8
1384/23 1389/7
1390/15 1390/19
1396/8
**authority [1]** 1367/10
**automatic [1]** 1337/24
**availability [2]**
1340/10 1341/1
**available [5]** 1329/8
1329/19 1332/13
1336/21 1375/14
**Avenue [5]** 1306/17
1307/7 1307/11
1307/16 1307/20
**average [1]** 1311/16
**avoid [5]** 1338/7
1338/9 1338/13
1338/15 1369/6
**aware [8]** 1335/21
1336/3 1336/4 1344/11
1349/1 1349/7 1361/25
1378/11

**B**

**back [16]** 1315/9
1316/5 1316/11
1316/13 1347/11
1347/21 1348/3
1371/13 1371/14
1374/7 1385/1 1385/11
1385/14 1391/2
1391/11 1393/8
**backed [8]** 1334/18
1337/16 1337/17
1337/21 1343/4
1343/20 1345/14
1345/22
**background [1]**
1319/25
**backing [3]** 1342/24
1343/2 1343/8
**backward [1]** 1315/7
**backward-looking [1]**
1315/7
**bad [7]** 1340/12
1341/6 1341/7 1341/8
1341/8 1354/5 1381/9
**BALA [2]** 1310/21
1367/5

**B**

**balance [2]** 1361/5
1361/5
**bank [10]** 1339/25
1340/4 1340/18 1342/8
1342/17 1344/21
1348/11 1349/21
1349/23 1391/20
**Bankruptcy [1]**
1307/20
**banks [3]** 1333/19
1382/13 1391/19
**Barclay's [1]** 1335/21
**Barclays [6]** 1333/21
1335/6 1335/25 1336/4
1336/12 1336/17
**base [2]** 1374/19
1374/20
**based [4]** 1319/15
1340/8 1340/25
1368/24
**basically [1]** 1383/1
**basis [4]** 1314/21
1330/11 1368/21
1378/13
**be [80]** 1309/8 1309/12
1309/19 1309/25
1310/3 1310/4 1312/8
1312/14 1313/11
1314/5 1314/22
1316/18 1316/21
1317/8 1318/1 1319/17
1324/17 1328/6
1328/16 1329/10
1330/11 1330/11
1331/7 1331/11
1331/25 1332/11
1333/11 1333/13
1334/5 1334/21
1334/24 1336/20
1337/6 1338/25
1339/13 1343/4
1344/11 1344/14
1345/4 1346/4 1346/6
1351/3 1351/5 1351/17
1351/21 1351/22
1358/12 1358/14
1360/10 1364/23
1365/14 1368/2 1368/3
1371/1 1371/6 1373/18
1373/21 1374/24
1375/14 1377/1
1377/10 1377/16
1379/17 1380/2

1386/15 1382/22
1386/8 1386/14
1387/12 1387/21
1387/24 1388/10
1393/11 1393/19
1393/21 1393/25
1394/10 1395/6 1395/6
1395/16
**because [11]** 1309/14
1316/18 1319/14
1332/24 1347/14
1368/1 1369/4 1377/14
1377/15 1381/10
1382/21
**become [1]** 1335/9
**been [18]** 1309/15
1312/19 1325/1 1325/6
1340/10 1342/8
1344/17 1347/12
1352/18 1355/10
1355/17 1366/25
1367/1 1369/5 1373/24
1382/15 1384/7
1390/10
**before [30]** 1306/13
1311/5 1317/2 1317/2
1320/3 1326/4 1327/15
1330/1 1331/18
1335/15 1335/16
1336/3 1338/12
1339/19 1341/20
1342/18 1344/4
1355/11 1355/13
1357/23 1366/1 1366/5
1372/1 1373/7 1378/9
1381/9 1382/20
1384/25 1392/11
1395/2
**beginning [3]** 1375/4
1386/4 1391/12
**behalf [2]** 1324/10
1394/16
**behind [3]** 1358/11
1364/19 1364/21
**being [6]** 1362/9
1369/14 1370/24
1376/24 1382/19
1392/1
**Belack [2]** 1394/19
1395/7
**Belack's [1]** 1395/9
**believe [14]** 1318/2
1331/19 1333/8
1337/19 1337/22

1338/20 1350/23
1355/10 1355/16
1359/8 1363/13 1364/6
1366/8 1388/6
**believes [1]** 1351/8
**benefit [1]** 1370/8
**Berger [1]** 1307/10
**BERGMAN [7]**
1307/15 1308/4
1310/20 1367/9
1371/24 1375/5 1388/2
**Bergman's [1]**
1382/12
**Bernstein [1]** 1307/10
**best [1]** 1363/24
**better [8]** 1356/21
1357/1 1357/3 1357/9
1377/14 1377/25
1381/10 1385/11
**better-than-expected
[1]** 1385/11
**between [4]** 1372/19
1377/4 1377/8 1393/2
**beyond [3]** 1340/12
1341/6 1345/24
**big [5]** 1317/20 1340/1
1370/21 1376/19
1377/12
**bigger [1]** 1358/5
**biggest [1]** 1372/23
**billion [24]** 1311/10
1311/17 1311/23
1312/4 1312/6 1312/8
1312/13 1312/18
1312/19 1312/19
1324/8 1350/25 1351/5
1351/24 1352/9
1361/24 1363/14
1363/16 1370/20
1371/23 1371/25
1372/5 1375/1 1376/21
**billions [1]** 1370/19
**bit [3]** 1323/10
1386/22 1387/13
**black [1]** 1376/23
**BLOCK [1]** 1307/15
**board [1]** 1378/19
**body [1]** 1349/16
**Boies [1]** 1307/7
**bond [6]** 1346/6
1358/9 1386/22 1387/9
1387/10 1388/12
**bondholders [2]**
1365/4 1365/12

**bonds [11]** 1337/14
1337/21 1343/20
1386/23 1386/25
1387/6 1387/7 1387/8
1387/8 1387/18
1387/19
**borrow [6]** 1347/10
1347/19 1348/3 1350/3
1350/21 1352/15
**both [5]** 1314/21
1321/16 1352/19
1363/2 1385/21
**bottom [9]** 1311/13
1315/9 1315/13
1316/14 1327/5
1344/16 1344/16
1365/25 1371/16
**bottomed [2]** 1344/6
1373/4
**bottoming [1]** 1372/24
**BOZMAN [1]** 1307/9
**Break [2]** 1330/15
1330/17
**Brian [1]** 1336/13
**brief [3]** 1309/9
1388/13 1393/1
**bring [2]** 1310/13
1321/4
**bringing [1]** 1376/20
**broad [2]** 1334/20
1338/21
**build [1]** 1361/16
**building [1]** 1360/8
**bullet [1]** 1381/14

**C**

**CAITLIN [1]** 1307/9
**calculated [2]** 1311/15
1371/5
**calendar [1]** 1312/1
**call [11]** 1314/1
1355/25 1356/21
1357/17 1359/4
1364/17 1368/16
1369/22 1371/7
1372/11 1373/15
**called [11]** 1313/19
1337/22 1337/25
1339/20 1356/1
1362/19 1382/3
1382/24 1383/1 1387/4
1387/14
**calling [2]** 1325/1
1325/6

**calls [3]** 1356/12 1356/16 1357/25
**calm [1]** 1352/23
**came [8]** 1318/5 1318/14 1328/7 1354/19 1373/2 1373/6 1380/8 1389/12
**can [80]** 1314/4 1314/24 1315/9 1315/15 1316/17 1317/24 1318/9 1320/13 1322/20 1323/1 1323/5 1323/10 1323/20 1325/2 1328/5 1328/16 1332/8 1333/6 1334/5 1334/21 1334/22 1335/12 1335/22 1335/23 1335/24 1340/13 1341/16 1342/12 1342/16 1342/16 1342/17 1342/25 1345/7 1346/2 1346/11 1347/13 1348/18 1348/19 1348/20 1349/4 1350/9 1352/7 1355/11 1355/21 1357/23 1359/4 1361/14 1362/1 1366/5 1370/3 1370/4 1371/17 1372/7 1372/18 1374/4 1374/13 1376/17 1377/7 1377/16 1377/20 1382/6 1382/22 1383/15 1383/20 1384/10 1384/16 1385/1 1385/2 1385/14 1387/2 1387/9 1389/6 1390/12 1391/2 1391/11 1391/21 1391/25 1393/19 1394/13 1395/13
**can't [2]** 1309/22 1347/24
**Canada [2]** 1349/21 1349/23
**cap [18]** 1328/7 1328/15 1329/12 1329/22 1330/8 1330/11 1330/22 1332/15 1332/23 1334/12 1336/24 1341/1 1343/24

1371/25 1372/2
**capacity [1]** 1392/22
**capital [22]** 1336/21 1336/23 1340/10 1340/11 1341/1 1341/5 1347/22 1347/23 1348/7 1348/11 1348/18 1349/18 1360/1 1360/4 1360/8 1360/15 1360/24 1361/3 1361/4 1361/16 1362/3 1366/10
**capped [1]** 1339/5
**caps [2]** 1392/8 1392/9
**card [1]** 1344/25
**care [1]** 1394/12
**case [22]** 1309/3 1310/6 1315/15 1315/16 1327/19 1331/4 1341/7 1341/8 1341/8 1360/7 1367/13 1367/17 1373/9 1373/18 1374/19 1374/20 1375/21 1377/6 1377/10 1393/9 1394/2 1394/3
**Case-Schiller [2]** 1315/15 1315/16
**Case-Shiller [1]** 1373/18
**cash [17]** 1356/8 1358/22 1358/23 1359/23 1360/19 1360/22 1361/7 1362/10 1363/2 1363/5 1363/7 1363/11 1371/1 1371/4 1371/7 1371/7 1371/9
**cause [1]** 1319/10
**caveat [1]** 1317/24
**CEO [3]** 1321/10 1325/17 1332/4
**certain [3]** 1367/21 1372/19 1375/12
**certainly [2]** 1358/19 1368/6
**certificate [3]** 1356/4 1356/7 1376/1
**certificates [3]** 1359/1 1359/17 1359/25
**certification [2]** 1323/5 1323/7
**certifications [1]**

**certify [1]** 1396/4
**certifying [1]** 1323/2
**cetera [1]** 1318/8
**CFO [2]** 1313/5 1322/22
**challenges [1]** 1345/21
**challenging [1]** 1353/1
**chance [1]** 1358/6
**change [5]** 1317/21 1317/24 1372/23 1380/22 1382/14
**changed [1]** 1359/14
**changes [2]** 1372/19 1372/22
**changing [2]** 1335/19 1359/16
**characterized [1]** 1353/22
**chart [3]** 1368/9 1368/13 1373/10
**charts [1]** 1315/2
**chatted [1]** 1336/17
**chatter [1]** 1384/7
**check [2]** 1307/4 1326/20
**chief [3]** 1321/13 1322/21 1325/24
**choice [3]** 1309/12 1358/19 1358/21
**circled [1]** 1312/9
**circular [7]** 1324/25 1325/1 1325/6 1347/11 1348/4 1350/22 1377/1
**cite [1]** 1314/12
**Civil [2]** 1306/2 1309/2
**claim [2]** 1363/21 1363/24
**claims [2]** 1364/12 1364/22
**clarify [3]** 1317/18 1334/15 1343/15
**CLASS [3]** 1306/9 1307/3 1309/4
**classify [1]** 1321/3
**clear [8]** 1313/11 1314/6 1314/22 1319/17 1344/14 1344/19 1386/14 1395/7
**clearer [1]** 1339/11
**clearly [4]** 1333/13 1366/16 1375/23

**clerk [1]** 1395/14
**clients [1]** 1382/16
**clip [1]** 1392/13
**close [3]** 1313/9 1372/6 1376/21
**closed [1]** 1395/2
**closely [1]** 1386/25
**closer [2]** 1320/5 1387/18
**COLATRIANO [1]** 1306/16
**collect [1]** 1354/5
**colloquial [1]** 1364/25
**COLUMBIA [1]** 1306/1
**column [1]** 1311/10
**columns [1]** 1314/9
**combined [2]** 1361/24 1381/15
**come [12]** 1341/24 1343/25 1344/5 1344/7 1346/17 1363/11 1365/18 1374/6 1374/10 1393/8 1393/12 1393/14
**comes [6]** 1329/12 1344/7 1347/6 1358/24 1365/15 1389/12
**coming [8]** 1332/15 1332/21 1334/12 1341/2 1376/22 1381/10 1389/18 1392/9
**commented [1]** 1349/8
**commenting [1]** 1352/4
**comments [1]** 1344/10
**commitment [33]** 1312/9 1312/14 1327/14 1327/23 1328/4 1328/6 1328/15 1329/2 1329/11 1329/23 1330/10 1330/22 1332/23 1334/3 1334/11 1336/24 1339/5 1339/17 1341/2 1343/24 1344/23 1345/4 1349/10 1351/9 1353/2 1353/11 1353/15 1357/6 1369/15 1375/24 1377/11 1377/17 1392/23

**C**

**common [5]**  1365/7 1365/9 1365/16 1366/1 1366/6
**communication [2]** 1335/22 1336/4
**community [1]** 1341/11
**companies [3]**  1338/7 1338/13 1389/22
**company [4]**  1338/10 1382/14 1382/18 1383/2
**company's [1]** 1337/20
**compare [1]**  1387/9
**Complied [34]** 1314/25 1320/22 1323/25 1325/14 1335/1 1335/3 1342/14 1346/12 1353/8 1355/23 1359/6 1359/9 1362/17 1368/18 1369/23 1371/19 1372/9 1372/12 1373/16 1376/7 1379/2 1381/2 1381/23 1383/19 1383/22 1384/15 1385/4 1385/17 1386/6 1390/11 1391/3 1391/6 1391/13 1391/23
**compounds [1]** 1330/18
**comprehensive [4]** 1321/21 1323/18 1327/6 1331/4
**computer [1]**  1307/24
**computer-aided [1]** 1307/24
**concept [2]**  1371/10 1387/2
**concern [10]**  1327/23 1329/11 1331/24 1332/19 1333/4 1339/4 1339/16 1348/12 1392/6 1392/21
**concerned [2]**  1336/18 1365/22
**concerning [2]** 1332/11 1332/23
**concerns [15]**  1328/14 1329/8 1330/10 1330/21 1331/10

1334/12 1334/21 1334/10 1335/18 1336/5 1345/24 1346/6 1347/21 1348/6 1349/9
**concluded [2]**  1388/18 1395/21
**conclusion [4]** 1319/12 1356/17 1358/1 1380/9
**condition [1]**  1323/4
**confirmed [1]**  1392/5
**conservator [3]** 1339/1 1339/5 1339/14
**conservatorship [2]** 1358/14 1367/11
**consider [17]**  1318/20 1319/2 1319/18 1319/22 1333/21 1333/24 1337/5 1337/25 1339/1 1339/6 1339/14 1354/17 1354/18 1355/9 1355/15 1355/19 1380/23
**considered [8]** 1339/24 1354/13 1354/22 1355/2 1355/10 1355/17 1368/13 1386/24
**considering [4]** 1333/11 1333/12 1355/6 1357/5
**consistent [3]**  1379/7 1379/21 1383/10
**Constitution [1]** 1307/20
**contained [1]**  1323/3
**contemporaneous [1]** 1374/14
**context [11]**  1343/7 1351/14 1354/19 1357/12 1370/11 1381/5 1382/9 1389/7 1390/13 1391/5 1391/10
**continue [2]**  1317/2 1362/5
**continued [4]**  1307/2 1308/4 1310/21 1312/12
**conversation [1]** 1309/10
**Cooper [1]**  1306/16
**copy [1]**  1315/20

**corporations [1]** 1387/16
**correct [119]**
**correcting [1]**  1310/25
**correctly [3]**  1312/3 1379/13 1391/15
**costs [1]**  1329/6
**could [34]**  1315/22 1316/16 1316/21 1318/1 1319/10 1320/20 1329/6 1330/11 1332/24 1335/9 1336/20 1338/14 1338/15 1340/20 1343/10 1345/25 1346/7 1354/18 1362/16 1367/1 1368/16 1369/21 1372/11 1373/14 1375/24 1376/1 1376/5 1377/10 1378/25 1380/25 1381/21 1385/23 1386/4 1391/4
**could've [1]**  1353/2
**counsel [5]**  1312/23 1320/21 1386/20 1393/13 1394/24
**country [1]**  1317/10
**course [6]**  1371/4 1377/12 1381/13 1387/17 1393/25 1394/1
**court [6]**  1306/1 1307/19 1309/17 1394/14 1395/16 1396/3
**Court's [1]**  1392/25
**courtroom [2]**  1310/14 1393/10
**cover [1]**  1346/15
**covering [2]**  1345/21 1349/15
**CRC [1]**  1307/19
**credit [56]**  1333/4 1333/8 1333/10 1333/18 1333/22 1335/9 1336/14 1337/6 1337/8 1337/10 1337/11 1337/13 1337/19 1337/23 1337/25 1338/2 1338/4 1338/6 1338/7 1338/10 1338/13 1338/16

1338/18 1339/1 1339/3 1339/14 1339/19 1339/20 1339/23 1339/24 1340/6 1340/8 1340/22 1340/24 1341/12 1342/5 1342/6 1344/25 1345/17 1370/8 1370/14 1370/15 1370/24 1372/15 1373/7 1374/23 1380/19 1380/19 1381/10 1381/13 1382/8 1382/24 1383/1 1383/7 1385/22 1385/23
**crisis [4]**  1318/5 1318/8 1318/14 1372/15
**critical [3]**  1380/20 1381/8 1385/13
**cross [7]**  1308/4 1310/18 1310/21 1367/20 1375/6 1384/1 1386/17
**cross-examination [7]** 1308/4 1310/18 1310/21 1367/20 1375/6 1384/1 1386/17
**Cts [1]**  1307/20
**current [4]**  1346/14 1362/7 1366/19 1366/21
**cuts [1]**  1316/13
**cutting [1]**  1361/17
**cycle [2]**  1352/15 1352/18

**D**

**D.C [4]**  1306/17 1307/8 1307/16 1307/21
**data [13]**  1311/8 1315/16 1333/14 1333/16 1337/1 1338/23 1369/11 1373/1 1373/5 1373/8 1374/10 1374/11 1380/18
**date [17]**  1326/6 1335/12 1336/6 1341/15 1341/16 1342/17 1342/18 1344/2 1350/5 1350/6 1350/17 1350/17 1384/3 1384/22

1404

**D**

date... [3] 1389/14
1392/7 1396/8
dated [6] 1320/24
1321/6 1321/15
1322/17 1347/5
1390/15
dates [1] 1389/6
DAVID [4] 1307/15
1310/19 1382/11
1388/2
DAVIS [2] 1307/6
1393/3
day [8] 1306/12
1309/25 1310/5 1326/4
1339/21 1345/20
1347/5 1347/6
days [4] 1311/5 1330/1
1384/7 1386/14
DC [1] 1306/5
dcd.uscourts.gov [1]
1307/22
deal [1] 1376/19
dealers [1] 1332/21
debt [6] 1329/6
1343/10 1343/16
1343/19 1348/13
1352/23
debt/MBS [1] 1348/13
decades [1] 1351/25
December [10]
1318/23 1335/14
1335/15 1335/17
1347/22 1348/7
1359/11 1361/23
1389/3 1389/19
decide [2] 1340/7
1340/23
decided [1] 1369/8
decision [3] 1354/16
1355/6 1355/19
decision-making [1]
1355/19
decisionmakers [1]
1373/24
decisions [3] 1338/24
1339/12 1378/20
deck [1] 1311/2
decline [3] 1318/4
1318/12 1375/2
declines [1] 1385/22
decrease [1] 1381/13
decreasing [2]
1374/24 1374/25

default [3] 1317/15
1318/5 1318/13
defendants [7] 1306/7
1307/13 1309/11
1310/20 1388/2 1388/9
1388/14
defense [1] 1383/18
deferred [3] 1370/4
1370/16 1376/20
definitely [2] 1335/18
1390/7
delay [1] 1373/3
demand [1] 1374/6
DeMarco [2] 1390/22
1390/24
demonstrative [1]
1315/19
Department [1] 1377/5
dependent [1] 1380/21
depends [1] 1338/9
deposition [20]
1310/5 1313/4 1313/8
1313/12 1321/20
1331/5 1332/5 1332/9
1333/6 1333/20
1339/10 1349/12
1349/13 1354/21
1355/13 1356/25
1358/21 1368/3
1393/24 1393/25
depositions [2]
1378/16 1393/22
describe [1] 1382/6
described [7] 1331/13
1333/16 1371/10
1375/23 1376/3 1379/8
1385/12
describing [1] 1355/18
description [2]
1324/25 1332/15
designation [1]
1376/2
details [2] 1332/6
1333/1
determine [3] 1337/11
1337/13 1386/23
Deutsche [3] 1342/8
1342/17 1344/21
devote [1] 1309/14
DHARAN [32] 1310/21
1310/23 1315/23
1318/20 1320/12
1333/10 1367/2 1367/5
1367/7 1368/8 1368/20

1370/11 1373/18
1377/3 1378/3 1379/7
1379/24 1381/4
1381/20 1384/19
1384/22 1386/7 1388/6
1388/9 1388/23
1389/22 1391/15
1391/25 1392/18
1393/5
Dharan's [2] 1388/4
1393/15
diagram [3] 1358/9
1364/18 1376/9
did [27] 1317/11
1318/3 1318/12
1318/17 1318/17
1318/20 1319/2
1319/18 1319/22
1324/23 1328/2 1328/7
1330/6 1331/23
1339/10 1342/5 1342/5
1366/16 1372/5
1373/11 1374/13
1375/12 1377/18
1377/21 1386/1
1386/20 1386/21
didn't [9] 1325/2
1325/8 1328/25 1345/6
1350/15 1359/20
1375/25 1376/25
1388/5
difference [5] 1377/4
1377/8 1377/12
1377/13 1387/13
different [7] 1329/16
1349/2 1354/20 1357/7
1357/12 1382/25
1382/25
difficult [1] 1317/17
diminishing [2]
1345/16 1346/10
dip [1] 1316/14
dipped [1] 1336/22
direct [7] 1311/3
1313/24 1320/8 1326/2
1327/21 1335/22
1353/22
directed [1] 1394/14
direction [1] 1346/22
directions [2] 1317/21
1317/24
directly [3] 1356/11
1360/20 1377/18

disadvantage [1]
1394/9
disadvantageous [1]
1364/15
discussed [5] 1327/1
1344/17 1348/8
1348/12 1393/24
discussing [3]
1328/10 1328/21
1363/7
discussion [5] 1313/9
1358/20 1388/1
1388/18 1393/2
discussions [2]
1351/19 1378/19
disparity [1] 1392/5
display [6] 1315/25
1320/16 1342/10
1343/12 1390/9 1394/3
displayed [2] 1334/24
1393/25
displaying [1] 1315/24
distributed [1] 1364/9
DISTRICT [4] 1306/1
1306/1 1306/13
1307/20
divide [1] 1312/3
divided [1] 1311/16
dividend [28] 1321/22
1322/1 1322/5 1322/8
1322/14 1323/11
1323/12 1323/16
1324/1 1324/18
1324/21 1326/14
1326/23 1327/11
1350/3 1350/21 1353/1
1356/1 1356/8 1356/20
1357/17 1358/15
1358/19 1359/23
1360/19 1360/22
1361/8 1363/8
dividends [19]
1322/12 1324/14
1327/7 1347/11
1347/21 1348/3
1352/16 1353/18
1353/21 1356/14
1357/24 1358/6
1358/22 1358/23
1362/10 1363/2
1363/11 1364/10
1371/9
do [64] 1309/22
1310/6 1310/9 1311/17

# D

**do... [60]** 1311/19 1312/3 1315/3 1317/3 1319/8 1321/20 1329/10 1332/6 1332/25 1333/3 1334/1 1334/8 1334/15 1334/19 1335/11 1337/22 1342/5 1344/24 1347/10 1347/19 1348/2 1349/21 1351/6 1351/18 1352/3 1352/20 1353/2 1354/3 1354/4 1354/5 1354/10 1354/12 1356/3 1356/13 1356/25 1357/13 1357/13 1362/5 1364/6 1366/8 1367/1 1367/1 1367/11 1367/21 1367/21 1368/8 1368/10 1369/14 1369/24 1375/6 1376/9 1376/11 1380/14 1382/16 1382/21 1383/1 1386/10 1388/19 1389/22 1390/15
**do-nothing [1]** 1354/3
**Doctor [1]** 1380/2
**document [9]** 1329/16 1347/13 1376/4 1383/25 1384/3 1384/19 1384/22 1386/17 1386/20
**documented [1]** 1368/2
**documents [8]** 1314/12 1318/25 1331/5 1375/13 1375/17 1375/19 1378/17 1389/3
**does [7]** 1371/21 1382/9 1383/12 1385/6 1386/8 1392/17 1394/8
**doesn't [3]** 1317/21 1322/9 1389/15
**doing [1]** 1312/17
**dollar [2]** 1366/10 1366/10
**dollars [2]** 1312/20 1370/20
**Don [2]** 1325/16 1332/4

**don't [47]** 1309/10 1309/17 1313/20 1314/15 1315/23 1316/23 1316/25 1317/4 1317/10 1317/13 1324/24 1326/6 1327/18 1328/9 1328/13 1328/16 1328/19 1328/21 1328/22 1331/24 1332/6 1333/1 1334/20 1337/1 1347/2 1347/14 1347/20 1349/11 1351/12 1352/6 1352/11 1356/5 1356/6 1358/10 1363/15 1363/20 1364/17 1366/19 1366/20 1366/24 1367/24 1368/6 1382/12 1382/14 1382/15 1389/13 1393/8
**done [7]** 1309/25 1310/4 1354/24 1354/25 1357/2 1357/8 1371/8
**door [2]** 1388/8 1388/13
**down [11]** 1313/23 1314/24 1316/18 1316/24 1345/1 1353/6 1355/21 1372/7 1381/21 1384/10 1385/16
**downgrade [12]** 1336/20 1337/23 1338/2 1338/8 1339/4 1339/15 1339/19 1339/21 1341/13 1342/6 1382/21 1384/8
**downgraded [1]** 1382/15
**downgrades [1]** 1382/21
**Dr. [31]** 1310/23 1315/23 1318/20 1320/12 1333/10 1367/2 1368/8 1368/20 1368/24 1369/14 1370/11 1373/18 1377/3 1378/3 1379/7 1379/24 1381/4 1381/20 1384/19 1384/22 1386/7 1388/4

**do... [47]** 1309/10 1388/6 1388/9 1388/23 1389/22 1391/15 1391/25 1392/18 1393/5 1393/15
**Dr. Dharan [29]** 1310/23 1315/23 1318/20 1320/12 1333/10 1367/2 1368/8 1368/20 1368/24 1369/14 1370/11 1373/18 1377/3 1378/3 1379/7 1379/24 1381/4 1381/20 1384/19 1384/22 1386/7 1388/6 1388/9 1388/23 1389/22 1391/15 1391/25 1392/18 1393/5
**Dr. Dharan's [2]** 1388/4 1393/15
**draft [1]** 1314/15
**drafted [1]** 1314/13
**drafts [2]** 1314/10 1315/2
**draw [7]** 1312/13 1322/7 1324/17 1326/15 1327/2 1371/21 1377/1
**drawdown [1]** 1314/5
**drawing [2]** 1312/19 1377/17
**draws [23]** 1311/11 1311/16 1311/23 1322/2 1322/6 1322/13 1324/25 1325/1 1325/6 1326/12 1326/15 1326/21 1326/24 1327/14 1335/10 1347/11 1348/4 1350/22 1369/15 1369/25 1370/12 1371/8 1371/8
**drew [1]** 1372/4
**drive [4]** 1322/1 1322/6 1326/14 1326/23
**driven [2]** 1370/24 1385/9
**driving [3]** 1370/12 1370/21 1385/6
**drop [1]** 1317/2
**DTA [3]** 1370/24 1376/20 1380/21
**due [1]** 1329/6

**during [15]** 1393/15 1393/22 1393/23 1393/25 1394/7
**DX [12]** 1321/4 1322/17 1325/13 1329/4 1329/15 1334/25 1340/15 1340/18 1342/9 1348/18 1349/19 1352/7
**DX-367 [1]** 1322/17
**DX-377 [2]** 1340/15 1340/18
**DX-380-A [1]** 1334/25
**DX-412 [1]** 1342/9
**DX-476 [1]** 1321/4
**DX-477 [3]** 1325/13 1329/4 1329/15
**DX-538 [2]** 1348/18 1349/19
**DX-553 [1]** 1352/7

# E

**each [1]** 1371/25
**earlier [8]** 1317/18 1317/19 1320/3 1332/10 1338/21 1344/17 1346/8 1381/12
**early [3]** 1335/20 1336/25 1341/24
**earned [2]** 1323/18 1387/6
**earnings [3]** 1352/24 1366/9 1385/24
**easily [1]** 1366/25
**easy [1]** 1315/6
**economic [2]** 1340/12 1341/6
**economy [5]** 1317/20 1317/22 1335/15 1337/3 1341/25
**effect [1]** 1353/13
**eight [1]** 1384/24
**either [4]** 1330/7 1338/4 1351/24 1394/2
**Eliminating [1]** 1381/8
**else [1]** 1387/12
**email [4]** 1335/23 1335/25 1383/21 1390/15
**end [9]** 1311/25 1312/8 1328/7 1329/12 1332/15 1334/13

**E**

end... [3] 1343/25
1345/5 1380/12
ended [2] 1322/18
1361/12
ends [2] 1352/14
1352/18
enlarge [4] 1383/20
1385/15 1390/12
1391/5
enough [10] 1312/14
1315/6 1340/11 1341/5
1365/2 1365/3 1365/8
1365/11 1365/14
1365/17
enter [1] 1367/11
entered [3] 1310/14
1340/9 1340/25
enterprise [1] 1330/7
enterprises [7]
1337/14 1342/6
1352/15 1355/15
1356/13 1363/22
1363/25
entire [2] 1319/25
1357/21
entirely [2] 1351/5
1353/21
entitled [1] 1396/5
entity [1] 1371/25
equally [1] 1343/19
eroding [3] 1328/5
1333/17 1341/21
erosion [5] 1327/23
1328/3 1351/9 1351/21
1377/11
error [1] 1311/1
especially [1] 1381/7
estate [3] 1317/16
1318/4 1318/13
estimate [1] 1317/17
et [4] 1306/2 1306/2
1306/6 1318/8
et cetera [1] 1318/8
even [16] 1318/2
1318/11 1338/13
1339/22 1339/23
1341/8 1341/23 1342/5
1342/18 1372/6 1372/6
1376/12 1387/18
1389/9 1389/10
1389/20
event [2] 1366/3
1394/11

ever [4] 1323/18
1327/18 1327/22
1352/25
ever-shrinking [1]
1352/25
every [16] 1322/9
1322/13 1323/8
1323/13 1324/2 1324/9
1324/24 1325/7 1327/4
1327/19 1327/19
1350/3 1350/21
1362/10 1377/23
1379/18
everybody [6] 1358/11
1365/2 1365/8 1365/14
1372/25 1374/7
everyone [1] 1372/25
everything [5] 1369/11
1369/13 1375/3
1387/12 1388/16
evidence [14] 1320/11
1320/18 1330/9
1330/20 1331/4
1331/12 1334/1 1334/7
1334/8 1378/21
1384/17 1390/10
1394/21 1395/10
exact [1] 1389/13
exactly [3] 1358/8
1363/6 1368/23
examination [9]
1308/4 1308/4 1310/18
1310/21 1367/5
1367/20 1375/6 1384/1
1386/17
example [2] 1354/18
1355/5
exceeds [4] 1323/12
1323/17 1324/1 1324/8
excellent [1] 1380/10
except [1] 1369/12
excerpt [5] 1313/4
1313/8 1313/11
1325/12 1326/4
excerpts [3] 1320/9
1320/12 1320/13
excess [2] 1321/22
1327/7
executive [6] 1321/17
1322/21 1326/19
1378/18 1379/12
1390/18
executives [2] 1390/6
1390/7

exhausted [1] 1353/2
exhibit [5] 1320/17
1333/9 1347/15
1373/15 1383/18
exhibits [2] 1314/12
1395/10
existing [1] 1332/20
exited [1] 1393/10
expect [14] 1321/21
1321/25 1322/7
1322/10 1324/9
1324/23 1325/5
1326/12 1326/21
1327/12 1330/5
1382/16 1386/10
1390/4
expectation [2] 1324/8
1334/12
expectations [6]
1318/22 1319/5
1319/24 1331/15
1374/18 1374/23
expected [6] 1317/16
1318/4 1318/13
1319/16 1374/15
1385/11
expert [2] 1367/16
1367/23
expiration [4] 1343/23
1344/22 1344/25
1392/7
explain [7] 1319/7
1320/13 1354/15
1380/5 1380/8 1387/2
1389/6
explained [1] 1382/11
explaining [2] 1355/4
1363/23
express [2] 1368/1
1386/8
expressing [3] 1333/4
1334/2 1367/16
extremely [1] 1332/12
eye [1] 1338/18

**F**

face [1] 1345/20
fact [14] 1315/15
1323/16 1339/25
1340/9 1340/25 1344/5
1349/9 1357/17
1358/18 1362/2
1373/25 1375/12
1380/21 1381/15

facts [1] 1359/5
fail [1] 1356/8
failed [3] 1355/8
1355/15 1356/13
fair [1] 1380/2
FAIRHOLME [2]
1306/2 1306/16
fairly [1] 1323/3
falling [1] 1346/21
familiar [5] 1315/16
1316/9 1323/7 1350/14
1384/19
FANNIE [90] 1306/8
1307/14 1309/3 1313/5
1314/2 1320/10
1320/24 1321/19
1322/13 1322/16
1323/4 1323/17
1327/11 1327/22
1328/2 1330/25 1331/8
1333/14 1334/6
1336/21 1337/2 1338/4
1338/5 1338/22
1338/24 1339/4
1339/12 1339/15
1340/8 1340/24
1341/22 1342/24
1343/2 1343/8 1345/19
1345/20 1345/25
1350/25 1352/22
1352/24 1353/14
1353/17 1355/8 1356/7
1357/21 1358/13
1360/2 1360/4 1360/8
1360/15 1361/7 1361/8
1361/10 1361/15
1361/23 1362/2 1362/8
1362/11 1363/19
1364/2 1364/7 1364/12
1366/9 1366/22
1367/10 1369/25
1371/21 1372/4 1373/8
1374/14 1377/4
1378/12 1378/18
1379/11 1379/12
1382/13 1383/5 1383/8
1383/9 1385/24 1386/9
1387/8 1387/15
1387/18 1389/10
1389/12 1389/23
1390/4 1390/18 1392/5
Fannie/Freddie [1]
1392/5

factor [1] 1335/10

**F**

## F

**far [6]** 1311/14 1317/9 1338/3 1344/10 1360/10 1365/22
**farther [1]** 1316/19
**fashion [2]** 1352/5 1383/4
**fast [1]** 1342/7
**fear [1]** 1352/24
**features [1]** 1380/21
**February [10]** 1315/10 1315/12 1316/12 1322/17 1335/20 1373/1 1374/1 1374/5 1374/10 1389/20
**FEDERAL [1]** 1306/5
**fee [1]** 1353/11 1353/15 1381/11
**fees [3]** 1346/15 1351/16 1353/4
**few [2]** 1311/5 1368/8
**FHFA [29]** 1307/13 1311/22 1324/10 1333/11 1333/14 1333/18 1333/21 1334/5 1335/22 1336/1 1336/4 1336/12 1336/17 1338/18 1344/11 1354/9 1354/12 1354/22 1355/2 1355/8 1355/15 1356/21 1357/2 1357/5 1357/10 1375/24 1378/13 1378/17 1378/22
**filed [2]** 1326/5 1378/23
**filing [5]** 1320/9 1320/24 1331/13 1331/19 1334/9
**filings [12]** 1320/3 1320/5 1327/11 1328/2 1328/8 1328/14 1330/12 1378/4 1378/6 1393/23 1394/4 1394/7
**final [1]** 1340/9
**finance [2]** 1306/5 1332/24
**financial [19]** 1318/3 1318/8 1318/12 1319/10 1321/13 1323/3 1325/24 1340/1 1340/25 1342/24 1343/2 1343/8 1344/4

1349/7 1352/23 1354/16 1355/5 1369/7 1378/12
**financials [4]** 1337/2 1341/23 1342/19 1363/25
**find [5]** 1323/16 1346/11 1348/1 1348/19 1352/25
**finite [2]** 1336/21 1336/23
**firm [1]** 1352/9
**first [33]** 1309/12 1313/25 1314/8 1335/23 1337/24 1338/11 1342/16 1342/19 1344/4 1350/10 1354/3 1356/2 1358/19 1358/21 1363/7 1365/4 1365/11 1365/12 1365/16 1376/17 1378/23 1379/14 1379/15 1380/14 1381/7 1382/24 1384/16 1389/10 1390/21 1390/24 1391/5 1393/12 1393/17
**Fitch [7]** 1337/6 1339/2 1339/15 1342/3 1342/4 1384/20 1386/8
**five [1]** 1388/20
**flatten [1]** 1317/2
**Flexner [1]** 1307/7
**focus [1]** 1371/17
**follow [1]** 1309/9
**follow-up [1]** 1309/9
**followed [1]** 1333/23
**follows [1]** 1319/15
**footing [1]** 1352/23
**forecast [2]** 1311/5 1311/22
**forecasted [1]** 1316/21
**foregoing [1]** 1396/24
**foreign [1]** 1392/6
**foresee [2]** 1318/3 1318/12
**forewarning [1]** 1338/12
**forgot [2]** 1370/19 1381/11
**forward [3]** 1342/7 1362/6 1374/16
**foundation [3]**

**four [5]** 1354/7 1354/9 1358/9 1384/10 1386/14
**fourth [1]** 1362/20
**frame [1]** 1351/23
**Frannie [1]** 1370/23
**FRED [1]** 1316/8
**FREDDIE [92]**
**Freddie's [3]** 1311/16 1377/5 1390/5
**frozen [2]** 1394/21 1395/6
**full [4]** 1312/23 1357/22 1384/6 1391/12
**fully [1]** 1358/10
**funding [5]** 1328/23 1329/6 1329/8 1329/19 1330/5
**funds [4]** 1306/2 1324/10 1324/12 1324/20
**Funds,et [1]** 1306/16
**further [3]** 1324/12 1381/4 1393/5
**future [14]** 1317/15 1322/2 1322/6 1322/12 1326/13 1326/15 1326/22 1326/24 1329/7 1375/3 1375/4 1380/5 1380/24 1385/23

## G

**g-fee [1]** 1381/11
**g-fees [2]** 1351/16 1353/4
**GAAP [1]** 1371/5
**gather [2]** 1338/1 1354/17
**gathering [1]** 1382/20
**gave [2]** 1354/14 1355/5
**gears [1]** 1313/1
**general [2]** 1339/18 1389/22
**generate [2]** 1321/21 1327/6
**get [11]** 1336/22 1338/11 1338/22 1358/10 1365/3 1365/4 1365/5 1365/6 1365/7 1365/12 1394/23

**gets [6]** 1358/5 1358/7 1358/8 1366/1 1366/5 1377/18
**getting [1]** 1381/9
**give [3]** 1319/6 1375/22 1383/3
**given [2]** 1344/17 1368/2
**gives [2]** 1312/6 1317/25
**giving [4]** 1354/18 1365/20 1367/13 1377/4
**global [1]** 1352/8
**go [24]** 1316/24 1317/2 1317/5 1317/11 1335/2 1338/2 1344/7 1359/7 1362/20 1365/9 1365/19 1366/6 1368/2 1374/7 1374/21 1382/12 1384/10 1386/4 1391/11 1393/16 1394/21 1394/22 1394/23 1395/13
**goes [4]** 1316/18 1344/21 1365/9 1377/23
**going [22]** 1317/1 1317/4 1324/17 1326/15 1328/22 1332/14 1333/15 1350/3 1350/21 1351/9 1351/21 1353/5 1361/18 1362/6 1374/5 1374/12 1374/16 1374/20 1376/4 1381/11 1387/12 1388/16
**gold [1]** 1387/11
**Goldman [4]** 1391/16 1391/18 1392/4 1392/10
**gone [3]** 1309/13 1381/16 1388/15
**good [10]** 1309/6 1309/7 1310/23 1310/24 1341/25 1346/17 1352/1 1367/7 1367/8 1395/18
**got [2]** 1313/7 1347/17
**government [2]** 1383/14 1387/10
**government's [1]**

1408

**G**

government's... [1]
1387/9
**Grant [1]** 1313/19
**graph [5]** 1315/16
1316/8 1316/13
1316/18 1374/25
**graphs [1]** 1315/6
**great [4]** 1317/11
1318/7 1372/15 1375/1
**Grossmann [1]**
1307/10
**growth [1]** 1317/16
**GSE [5]** 1329/7 1335/9
1348/13 1351/24
1386/11
**GSEs [13]** 1336/13
1336/18 1336/19
1336/20 1340/11
1341/5 1347/10
1347/19 1348/2 1350/2
1350/20 1353/4 1384/8
**guaranteed [1]**
1376/21
**guaranties [2]** 1337/15
1337/21
**guaranty [1]** 1346/15
**Guggenheim [3]**
1352/3 1352/3 1352/8
**Guggenhein [1]**
1352/19

**H**

**had [24]** 1309/10
1312/19 1323/15
1332/9 1333/18
1335/15 1338/21
1338/23 1350/13
1358/9 1358/14
1358/20 1373/7
1373/10 1373/25
1374/11 1379/13
1379/16 1380/4 1380/6
1380/20 1381/16
1383/7 1386/2
**half [2]** 1372/6
1373/21
**HAMISH [2]** 1307/6
1395/5
**Hampshire [1]**
1306/17
**hand [1]** 1371/18
**handful [1]** 1395/1
**happened [4]** 1315/3

1338/12 1341/23
1371/15
**happening [3]**
1374/15 1385/19
1387/17
**happens [2]** 1339/20
1358/23
**harm [2]** 1319/10
1369/7
**Harris [1]** 1336/13
**has [13]** 1333/14
1336/17 1340/10
1344/6 1344/16
1348/25 1363/21
1384/7 1388/12
1390/10 1393/12
1393/14 1394/14
**hasn't [3]** 1341/23
1344/7 1346/17
**have [90]** 1309/8
1309/15 1311/1
1312/23 1315/20
1316/19 1322/7
1324/17 1324/25
1325/6 1326/15
1327/11 1330/9
1330/17 1330/20
1334/1 1337/1 1339/22
1340/9 1340/11
1340/25 1341/5 1342/8
1344/16 1347/12
1347/15 1347/19
1348/3 1348/12
1349/11 1350/3
1350/21 1350/25
1351/12 1352/18
1353/14 1353/18
1354/12 1354/12
1354/22 1354/24
1354/25 1355/2
1355/10 1355/17
1356/14 1356/25
1357/8 1357/8 1358/22
1361/13 1361/24
1362/2 1364/2 1364/8
1366/16 1366/19
1366/20 1366/24
1366/25 1367/1
1367/21 1367/24
1367/25 1368/4 1368/6
1369/3 1369/5 1369/10
1370/14 1373/24
1374/10 1374/11
1382/15 1383/17

1386/24 1387/6 1388/9
1388/15 1388/19
1389/10 1392/6 1393/7
1393/8 1393/16 1394/6
1394/18 1394/21
1395/1 1395/9
**haven't [3]** 1341/23
1357/2 1378/24
**having [5]** 1341/13
1344/5 1352/15
1367/22 1367/22
**he [15]** 1325/17
1325/23 1326/8
1332/18 1332/19
1336/18 1348/25
1350/13 1350/13
1350/14 1375/21
1379/13 1379/14
1392/21 1392/21
**header [1]** 1390/12
**hear [3]** 1325/2
1350/15 1360/13
**heard [5]** 1355/11
1355/13 1387/22
1387/24 1393/11
**hearsay [3]** 1348/21
1348/23 1350/11
**heating [1]** 1389/21
**help [1]** 1385/23
**helpful [1]** 1346/4
**HERA [3]** 1319/22
1320/1 1367/9
**here [9]** 1310/11
1326/11 1328/13
1362/20 1375/21
1385/13 1385/19
1386/7 1391/8
**herman [5]** 1307/19
1307/22 1396/3 1396/8
1396/8
**high [2]** 1346/14
1381/10
**higher [7]** 1318/4
1318/13 1351/16
1360/1 1360/14
1360/24 1360/24
**higher-than-expected
[2]** 1318/4 1318/13
**highlight [6]** 1323/21
1323/24 1340/20
1346/8 1385/2 1391/21
**highlighted [1]**
1335/24
**highly [1]** 1332/23

**hindsight [2]** 1368/13
1368/25
**his [4]** 1332/8 1381/5
1388/6 1391/12
**historical [2]** 1315/7
1316/25
**hit [4]** 1344/16
1344/17 1350/25
1351/24
**HOFFMAN [1]** 1307/14
**holders [1]** 1365/4
**home [8]** 1372/24
1373/3 1373/19 1374/4
1374/9 1381/7 1381/8
1385/12
**homeowners [1]**
1372/25
**homes [1]** 1373/4
**Honor [35]** 1309/7
1309/21 1310/10
1310/12 1310/19
1315/25 1316/1
1320/11 1320/16
1330/16 1331/20
1334/14 1340/16
1342/10 1343/11
1348/25 1349/5
1350/11 1367/3
1377/25 1387/21
1388/3 1388/8 1388/20
1392/24 1393/4
1393/11 1393/12
1393/15 1394/9
1394/11 1394/18
1395/2 1395/5 1395/19
**Honor's [1]** 1381/5
**honorable [2]** 1306/13
1380/13
**hope [1]** 1317/13
**Hopefully [1]** 1395/13
**house [2]** 1316/6
1374/7
**housing [27]** 1306/5
1315/3 1315/6 1315/10
1315/13 1315/16
1316/14 1316/24
1317/1 1317/4 1317/7
1318/5 1318/14
1333/15 1335/16
1335/18 1344/6
1372/15 1372/19
1373/25 1374/15
1374/20 1376/17
1380/17 1380/18

**H**

housing... [2] 1380/23 1389/17
how [11] 1332/18 1335/19 1355/4 1355/5 1363/20 1364/5 1380/5 1380/8 1380/14 1383/12 1388/19
huge [4] 1370/15 1372/24 1373/7 1376/22
HUME [3] 1307/6 1393/3 1395/5
hundreds [2] 1349/14 1349/14
hypothetical [1] 1312/17

**I**

I'd [4] 1368/16 1369/21 1378/25 1390/9
I'll [3] 1321/17 1332/9 1339/10
I'm [11] 1309/13 1321/5 1321/18 1330/16 1333/18 1343/11 1345/19 1346/8 1354/17 1356/23 1387/23
IAN [1] 1307/14
identified [1] 1333/3
ignored [1] 1371/6
important [8] 1332/12 1333/11 1333/21 1337/6 1342/4 1349/15 1371/4 1380/23
importantly [1] 1374/9
impression [1] 1313/8
improve [1] 1389/19
improvement [2] 1380/19 1385/9
improvements [4] 1341/21 1346/18 1376/19 1385/7
improving [2] 1381/8 1385/22
inadmissible [1] 1388/10
INC [1] 1306/2
inception [4] 1323/14 1323/19 1324/3 1324/9
include [1] 1366/17
included [3] 1318/25 1331/11 1363/15

includes [4] 1320/1 1362/25 1363/2 1363/7
including [5] 1321/19 1351/20 1355/15 1362/23 1383/8
income [8] 1321/21 1321/21 1323/13 1323/18 1324/2 1324/9 1327/6 1327/7
increase [8] 1322/12 1324/13 1357/18 1360/20 1362/25 1363/20 1364/21 1385/12
increased [2] 1362/12 1373/25
increases [6] 1363/2 1363/8 1363/10 1363/17 1364/14 1364/24
increasing [3] 1372/24 1373/5 1374/24
increasingly [4] 1322/1 1326/14 1326/23 1353/1
incurred [1] 1356/14
index [2] 1373/19 1374/4
indicate [1] 1385/6
indication [1] 1374/12
indulgence [1] 1392/25
indulging [1] 1393/13
industry [1] 1356/12
inflection [1] 1341/20
inflections [2] 1333/17 1335/17
inform [2] 1373/11 1392/17
information [31] 1323/2 1331/9 1333/16 1333/24 1338/1 1338/16 1338/21 1338/22 1339/1 1339/3 1339/6 1339/7 1339/9 1339/14 1344/7 1354/4 1354/5 1354/17 1361/13 1368/12 1368/13 1369/14 1373/10 1373/24 1378/12 1378/22 1380/23 1382/20 1383/3 1389/17 1389/23

informed [2] 1375/13 1393/16
input [1] 1337/11
inputs [1] 1333/13
inside [3] 1333/14 1390/5 1390/7
insolvency [1] 1369/6
instantly [1] 1317/22
instead [3] 1360/19 1360/22 1364/10
institution [2] 1335/6 1340/1
institutions [1] 1382/13
intention [1] 1394/1
interest [2] 1317/15 1387/6
intermediary [1] 1337/25
intermediate [1] 1383/1
internal [1] 1389/23
internally [1] 1354/25
investment [6] 1333/19 1341/11 1351/12 1352/8 1391/19 1391/20
investor [10] 1329/8 1330/9 1330/21 1331/10 1331/12 1331/24 1333/18 1334/10 1349/9 1388/11
investors [14] 1330/14 1333/4 1334/2 1334/15 1334/19 1345/14 1346/10 1346/22 1352/23 1358/10 1383/4 1386/23 1388/12 1392/6
invoking [1] 1377/9
irrelevant [1] 1331/14
is [279]
issue [3] 1332/10 1332/12 1332/24
issued [2] 1337/14 1340/4
it [138]
it's [40] 1311/25 1312/17 1315/6 1317/20 1317/22 1321/5 1321/5 1321/6 1321/6 1321/6 1321/12 1321/15 1324/25

1326/6 1329/5 1331/22 1335/25 1337/24 1338/3 1339/20 1341/17 1342/8 1342/16 1342/21 1343/1 1345/1 1348/14 1349/15 1349/23 1356/2 1358/21 1360/7 1360/21 1364/18 1366/25 1367/7 1368/22 1370/20 1387/4 1387/6
items [1] 1328/24
its [3] 1332/14 1337/20 1343/22

**J**

January [11] 1336/6 1336/8 1339/25 1340/5 1341/17 1341/18 1359/20 1359/21 1384/4 1386/18 1389/20
January 6th [3] 1340/5 1341/17 1341/18
join [1] 1332/20
joint [2] 1359/5 1369/17
Jonathan [1] 1309/11
JONES [1] 1307/14
JUDGE [2] 1306/13 1309/12
judge's [1] 1380/13
June [3] 1321/7 1374/12 1389/19
jury [27] 1306/12 1309/8 1310/1 1310/13 1310/14 1315/23 1315/24 1320/14 1334/25 1340/16 1342/12 1343/12 1345/7 1363/24 1368/1 1368/22 1369/11 1374/13 1374/25 1380/5 1380/8 1382/6 1387/2 1389/6 1393/10 1394/4 1394/21
just [61] 1309/9 1309/12 1309/13 1311/5 1312/17 1312/21 1313/2 1313/3 1314/5 1314/22 1317/18 1317/19 1319/17 1320/20

1410

**J**

**just... [47]** 1321/3
1323/5 1323/9 1323/20
1324/16 1329/25
1331/7 1332/9 1336/12
1339/8 1341/15 1343/6
1343/14 1345/9 1346/5
1351/14 1354/17
1362/13 1364/25
1365/21 1368/3 1368/8
1370/7 1370/11
1370/16 1370/20
1371/16 1374/4 1374/5
1374/13 1376/5 1377/6
1377/10 1377/22
1380/25 1383/20
1384/3 1386/14
1388/13 1388/20
1388/23 1390/12
1391/4 1391/10
1393/16 1394/18
1395/6
**JX [2]** 1359/4 1369/22
**JX-1 [2]** 1359/4
1369/22

**K**

**K-a-r-i [1]** 1325/23
**Kari [10]** 1310/4
1310/8 1325/23 1326/3
1326/11 1393/18
1393/20 1393/22
1394/3 1394/8
**Kaye [1]** 1307/15
**keep [1]** 1349/15
**keeping [1]** 1338/18
**KENYA [1]** 1307/6
**kept [1]** 1361/11
**Kessler [1]** 1307/4
**KHALELAH [1]** 1307/6
**kind [16]** 1327/12
1356/1 1356/2 1356/3
1356/12 1356/21
1357/1 1357/6 1357/9
1357/18 1375/10
1376/1 1376/2 1377/16
1387/6 1387/8
**King [1]** 1307/4
**Kirk [1]** 1306/16
**knew [2]** 1315/12
1332/18
**know [37]** 1309/8
1309/10 1309/17
1311/1 1312/17 1313/7

1316/23 1316/25
1316/25 1317/4
1317/10 1317/13
1320/6 1321/1 1324/24
1325/17 1328/16
1332/5 1336/3 1338/3
1338/10 1338/17
1339/9 1347/20
1352/11 1363/20
1364/4 1373/18 1375/2
1375/23 1376/16
1380/15 1387/5
1389/15 1390/4
1394/25 1395/20
**known [3]** 1332/10
1345/1 1391/20
**knows [4]** 1317/6
1317/7 1317/9 1344/16
**KRAVETZ [7]** 1307/9
1308/4 1328/20 1330/6
1393/2 1393/13
1394/16

**L**

**labeled [1]** 1314/16
**lag [1]** 1373/20
**LAMBERTH [1]**
1306/13
**large [7]** 1349/16
1354/16 1355/5
1370/17 1370/17
1382/12 1382/14
**largest [3]** 1349/23
1349/24 1391/19
**last [7]** 1311/10
1311/13 1321/18
1361/7 1386/4 1386/7
1395/14
**late [3]** 1335/10
1336/25 1389/9
**latent [1]** 1310/5
**later [6]** 1310/6 1377/6
1377/10 1377/16
1377/19 1384/24
**law [1]** 1367/17
**lay [2]** 1349/3 1349/4
**Layton [4]** 1325/17
1332/4 1332/18 1333/3
**lead [3]** 1332/24
1346/22 1381/18
**leading [4]** 1318/7
1334/3 1334/11 1337/8
**learned [1]** 1378/22
**least [1]** 1317/25

**left [14]** 1312/9
1312/14 1312/18
1342/16 1364/23
1365/5 1365/7 1365/8
1365/11 1371/18
1392/22 1394/18
1394/21 1394/25
**left-hand [1]** 1371/18
**legacy [2]** 1385/20
1385/21
**legal [9]** 1309/14
1356/25 1357/25
1365/20 1367/13
1368/5 1368/6 1375/9
1394/22
**less [1]** 1386/24
**let [13]** 1313/23 1319/6
1319/7 1329/4 1332/4
1332/8 1333/6 1334/18
1336/14 1342/6
1349/18 1352/7 1364/6
**let's [20]** 1310/9
1313/1 1313/23
1316/11 1316/17
1322/16 1323/10
1325/11 1334/24
1340/15 1342/7 1345/8
1347/1 1350/8 1353/24
1355/20 1355/25
1377/16 1377/19
1383/15
**letter [2]** 1359/14
1359/16
**like [21]** 1310/6 1316/7
1317/11 1317/21
1317/21 1320/12
1320/17 1329/24
1338/9 1338/13
1339/21 1342/3
1343/15 1360/13
1361/16 1370/16
1375/19 1379/19
1382/13 1388/5
1389/22
**likelihood [1]** 1373/12
**likewise [1]** 1394/3
**limit [5]** 1350/25
1350/25 1351/5
1351/24 1385/23
**limited [3]** 1332/15
1347/22 1348/7
**limits [1]** 1335/10
**line [7]** 1346/2 1363/7

1369/25 1375/3 1375/4
1390/21 1390/23
**lines [2]** 1331/13
1384/10
**liquidation [32]**
1324/14 1356/9
1356/11 1357/18
1357/22 1357/23
1358/5 1360/21
1360/23 1362/11
1362/25 1363/3 1363/8
1363/9 1363/10
1363/18 1363/21
1363/23 1364/10
1364/11 1364/15
1364/22 1364/24
1365/15 1365/19
1365/25 1366/3 1366/5
1366/10 1377/15
1377/19 1377/22
**liquidity [1]** 1343/10
**list [4]** 1371/21 1382/4
1382/7 1383/6
**LITIGATIONS [2]**
1306/10 1309/5
**Litowitz [1]** 1307/10
**little [8]** 1314/5
1323/10 1323/15
1331/7 1354/20
1377/17 1387/13
1392/6
**live [1]** 1309/16
**LLP [4]** 1307/4 1307/7
1307/10 1307/15
**loading [1]** 1380/19
**loan [1]** 1385/10
**loans [4]** 1346/14
1381/9 1381/10
1385/22
**Lockhart [10]** 1309/13
1309/15 1309/24
1309/25 1310/3 1310/7
1310/7 1393/16
1393/18 1393/20
**logic [1]** 1384/13
**long [10]** 1321/23
1327/8 1327/20 1338/3
1339/8 1339/22
1341/20 1353/13
1380/4 1380/6
**longer [1]** 1360/7
**look [8]** 1316/13
1319/8 1321/17
1325/11 1357/14

**look... [3]** 1376/17 1387/5 1387/12
**looked [5]** 1311/9 1313/3 1316/11 1331/5 1357/14
**looking [4]** 1315/7 1328/1 1369/7 1383/4
**looks [2]** 1316/7 1343/15
**lorraine [5]** 1307/19 1307/22 1396/3 1396/8 1396/8
**loss [2]** 1375/1 1385/10
**losses [17]** 1345/21 1346/15 1351/17 1370/9 1370/15 1370/16 1370/21 1370/24 1371/1 1371/2 1371/4 1371/6 1371/8 1373/8 1374/24 1380/19 1385/23
**lot [6]** 1317/25 1351/19 1367/25 1374/6 1382/19 1384/7
**low [4]** 1381/17 1383/14 1387/14 1387/15
**lower [2]** 1340/7 1340/24
**lowest [3]** 1316/14 1387/10 1387/11
**luck [1]** 1395/18
**lunch [1]** 1393/8
**Lynch [6]** 1340/1 1340/4 1340/19 1347/4 1347/9 1348/11

**M**

**MAC [37]** 1306/8 1307/14 1309/4 1311/4 1313/3 1313/9 1314/2 1325/17 1325/24 1327/11 1330/4 1331/8 1331/9 1332/13 1333/15 1334/6 1334/9 1336/22 1337/2 1338/4 1338/22 1338/25 1339/4 1339/13 1339/16 1340/8 1340/24 1342/24 1343/3 1343/9 1355/8 1364/13 1370/1

**Mac's [3]** 1313/13 1313/15 1325/11
**made [10]** 1311/1 1322/13 1327/11 1329/25 1331/3 1339/19 1349/13 1355/6 1376/24 1392/4
**MAE [37]** 1306/8 1307/14 1309/3 1313/5 1314/2 1320/10 1321/19 1322/16 1323/4 1323/17 1327/11 1330/25 1331/8 1333/14 1334/6 1336/21 1337/2 1338/22 1338/24 1339/4 1339/13 1339/16 1340/8 1340/24 1342/24 1343/3 1343/9 1355/8 1364/12 1369/25 1370/23 1371/21 1378/18 1379/11 1379/12 1382/13 1390/18
**MAE/FREDDIE [3]** 1306/8 1309/3 1337/2
**main [1]** 1319/13
**mainly [1]** 1385/10
**major [3]** 1332/20 1335/6 1336/14
**make [15]** 1313/7 1325/5 1327/13 1340/11 1341/5 1341/15 1343/6 1345/9 1350/3 1350/21 1351/14 1354/16 1362/11 1377/20 1382/19
**makes [1]** 1317/25
**making [10]** 1318/21 1319/14 1319/19 1319/23 1338/24 1339/12 1352/25 1355/19 1380/21 1389/15
**management [5]** 1352/10 1354/15 1355/8 1355/14 1390/18
**manner [1]** 1356/14
**many [2]** 1330/17

**March [9]** 1316/12 1335/20 1342/7 1342/21 1344/2 1346/16 1389/3 1389/9 1389/20
**Mario [1]** 1390/22
**marked [1]** 1315/18
**market [28]** 1315/10 1315/13 1316/14 1332/19 1333/10 1335/16 1335/18 1337/11 1337/17 1338/18 1344/6 1349/8 1372/19 1373/25 1374/15 1376/18 1380/17 1380/18 1380/23 1381/15 1381/17 1383/12 1388/24 1388/24 1389/9 1389/15 1389/21 1389/23
**market-backed [1]** 1337/17
**markets [7]** 1332/11 1345/25 1346/7 1348/13 1348/14 1348/18 1349/19
**Massachusetts [1]** 1307/16
**math [4]** 1310/25 1312/3 1312/17 1312/18
**matter [3]** 1367/23 1368/21 1396/5
**matters [3]** 1335/22 1367/17 1368/6
**may [21]** 1310/15 1310/18 1320/13 1340/16 1342/10 1344/8 1344/15 1347/15 1349/3 1349/11 1373/2 1374/11 1374/11 1379/17 1382/25 1387/21 1387/24 1389/14 1389/19 1393/11 1395/1
**maybe [7]** 1325/2 1328/16 1334/21 1349/24 1373/21 1374/11 1380/4
**Mayopoulos [12]** 1310/4 1310/7 1321/10

1359/18 1391/8 1392/2 1392/14 1393/18 1393/20 1393/22 1394/2 1394/8
**MBS [16]** 1343/10 1343/16 1343/19 1344/23 1345/13 1345/21 1345/24 1346/6 1346/10 1346/22 1348/13 1358/9 1365/4 1365/12 1386/22 1388/12
**McFarland [4]** 1313/5 1321/13 1321/19 1322/23
**McFarland's [1]** 1313/12
**McGuire [23]** 1368/16 1369/21 1370/3 1371/18 1372/8 1372/10 1373/14 1376/5 1378/25 1380/25 1381/22 1383/17 1384/14 1384/16 1385/1 1385/2 1385/15 1386/3 1386/12 1390/9 1391/4 1391/22 1392/13
**me [29]** 1309/25 1309/25 1313/23 1317/14 1319/6 1319/7 1325/3 1326/20 1327/10 1329/4 1332/4 1332/8 1333/6 1334/18 1334/21 1335/12 1335/24 1336/14 1338/25 1340/13 1341/16 1342/25 1346/2 1347/13 1349/12 1349/18 1352/7 1364/6 1393/13
**mean [11]** 1327/15 1330/25 1331/9 1339/8 1361/19 1363/18 1367/22 1367/24 1370/17 1375/25 1382/9
**meaning [4]** 1330/4 1344/22 1371/6 1392/4
**means [11]** 1322/7 1326/15 1327/1 1327/1 1343/19 1347/10 1347/19 1348/2 1351/17 1360/24

**M**

**means...** [1] 1363/21
**meant** [2] 1354/6
1368/4
**measured** [1] 1351/25
**meet** [1] 1324/21
**meeting** [4] 1332/20
1390/19 1391/12
1391/16
**meetings** [3] 1378/17
1378/18 1378/19
**Meltzer** [1] 1307/4
**members** [1] 1382/6
**memos** [1] 1331/9
**mention** [2] 1351/23
1381/11
**mentioned** [9] 1327/22
1328/3 1328/22
1338/21 1363/1 1363/6
1370/14 1370/19
1375/18
**mentions** [1] 1340/5
**Merrill** [6] 1340/1
1340/4 1340/19 1347/4
1347/9 1348/11
**messages** [1] 1331/9
**Michael** [1] 1322/22
**mid** [1] 1373/23
**mid-point** [1] 1373/23
**might** [10] 1316/13
1316/19 1337/22
1338/2 1339/3 1339/15
1345/20 1346/22
1350/25 1360/10
**mind** [1] 1349/16
**minute** [2] 1339/19
1362/13
**minutes** [2] 1368/9
1388/20
**Miscellaneous** [2]
1306/8 1309/3
**missed** [2] 1318/18
1350/5
**moderately** [4]
1340/12 1341/6 1341/7
1341/8
**modification** [1]
1331/22
**moment** [4] 1351/4
1385/14 1391/2
1392/24
**momentarily** [1]
1323/6
**money** [13] 1322/7

1324/17 1326/10
1326/16 1327/2
1345/25 1346/7
1352/15 1364/25
1365/2 1365/3 1365/3
1366/4
**Montgomery** [10]
1323/23 1333/7
1340/20 1342/15
1346/11 1347/17
1348/19 1350/9 1353/7
1355/22
**month** [2] 1373/2
1373/21
**months** [1] 1384/24
**Moody's** [11] 1336/14
1336/20 1337/5 1339/2
1339/15 1340/5 1340/7
1340/22 1340/23
1342/2 1342/4
**Moody's'** [2] 1336/13
1336/18
**more** [34] 1312/20
1312/21 1328/17
1331/7 1334/5 1334/21
1335/9 1338/1 1346/23
1350/3 1350/21 1352/9
1352/15 1353/18
1354/4 1361/24
1363/11 1363/21
1365/9 1365/15 1366/4
1373/5 1374/9 1383/3
1383/5 1386/3 1386/25
1387/13 1388/13
1388/19 1390/4
1390/22 1392/13
1392/22
**morning** [12] 1306/12
1309/6 1309/7 1310/23
1310/24 1310/25
1367/7 1367/7 1367/8
1382/15 1393/14
1394/5
**mortgage** [9] 1332/20
1334/18 1337/16
1337/21 1343/4
1343/20 1345/14
1345/22 1385/20
**mortgage-backed** [7]
1334/18 1337/16
1337/21 1343/4
1343/20 1345/14
1345/22
**most** [9] 1318/2

1337/6 1338/7 1342/4
1346/16 1380/23
1385/13
**mostly** [1] 1318/17
**motions** [2] 1394/22
1394/22
**move** [3] 1309/18
1353/7 1377/24
**Mr** [5] 1308/4 1308/4
1367/9 1390/22
1390/24
**Mr.** [35] 1309/13
1310/7 1323/23 1326/3
1326/11 1328/20
1330/6 1332/18 1333/3
1333/7 1340/20
1342/15 1346/11
1347/17 1348/19
1350/9 1353/7 1355/22
1367/7 1371/24 1375/5
1379/1 1391/8 1392/2
1392/14 1393/2 1393/3
1393/13 1393/16
1393/17 1394/2 1394/3
1394/8 1394/8 1395/18
**Mr. Bergman** [2]
1371/24 1375/5
**Mr. Dharan** [1] 1367/7
**Mr. Hume** [1] 1393/3
**Mr. Kari** [4] 1326/3
1326/11 1394/3 1394/8
**Mr. Kravetz** [4]
1328/20 1330/6 1393/2
1393/13
**Mr. Layton** [2] 1332/18
1333/3
**Mr. Lockhart** [3]
1309/13 1310/7
1393/16
**Mr. Mayopoulos** [6]
1379/1 1391/8 1392/2
1392/14 1394/2 1394/8
**Mr. Montgomery** [10]
1323/23 1333/7
1340/20 1342/15
1346/11 1347/17
1348/19 1350/9 1353/7
1355/22
**Mr. Satriano** [1]
1393/17
**Mr. Stern** [1] 1395/18
**Ms** [2] 1368/16 1395/7
**Ms.** [26] 1313/12

1369/24 1370/3
1371/18 1372/8
1372/10 1373/14
1376/5 1378/25
1380/25 1381/22
1383/17 1384/14
1384/16 1385/1 1385/2
1385/15 1386/3
1386/12 1390/9 1391/4
1391/22 1392/13
1393/3 1394/19 1395/9
**Ms. Belack** [1]
1394/19
**Ms. Belack's** [1]
1395/9
**Ms. Davis** [1] 1393/3
**Ms. McFarland's** [1]
1313/12
**Ms. McGuire** [22]
1369/21 1370/3
1371/18 1372/8
1372/10 1373/14
1376/5 1378/25
1380/25 1381/22
1383/17 1384/14
1384/16 1385/1 1385/2
1385/15 1386/3
1386/12 1390/9 1391/4
1391/22 1392/13
**much** [5] 1310/6
1369/12 1378/14
1378/20 1388/19
**multi** [1] 1349/25
**multi-national** [1]
1349/25
**must** [2] 1322/6
1366/10
**my** [22] 1318/25
1319/6 1319/7 1319/12
1319/13 1319/15
1331/3 1354/24 1358/3
1358/9 1358/20
1360/10 1361/12
1361/12 1361/21
1366/16 1369/4
1376/16 1376/17
1378/16 1379/23
1384/13
**myself** [1] 1369/10

**N**

**national** [1] 1349/25
**near** [2] 1386/9
1386/10

**N**

**near-term [2]** 1386/9 1386/10
**necessary [4]** 1319/11 1319/14 1369/6 1376/13
**need [15]** 1315/23 1324/20 1325/5 1327/2 1331/7 1344/23 1347/2 1347/10 1357/21 1368/1 1376/25 1377/17 1380/5 1390/3 1395/20
**needed [2]** 1312/13 1338/2
**negative [3]** 1344/9 1358/24 1370/18
**Neither [1]** 1372/4
**net [39]** 1319/9 1319/14 1321/21 1323/13 1324/2 1324/8 1327/6 1327/15 1351/21 1352/17 1353/13 1353/17 1353/19 1353/21 1353/23 1355/9 1355/16 1356/22 1357/1 1357/9 1358/15 1358/24 1360/7 1360/20 1360/21 1360/25 1361/5 1361/24 1363/5 1366/12 1366/22 1369/5 1369/8 1376/25 1377/5 1377/9 1377/21 1386/15 1392/11
**never [2]** 1353/18 1377/22
**new [6]** 1306/17 1307/7 1307/11 1351/3 1351/21 1381/10
**news [3]** 1346/17 1382/22 1389/21
**next [5]** 1312/12 1346/2 1370/20 1385/15 1390/22
**nice [1]** 1393/8
**night [1]** 1395/14
**no [33]** 1306/3 1306/9 1315/25 1316/2 1324/19 1325/9 1327/25 1328/20 1331/3 1333/5 1336/19 1338/3 1340/10 1341/4 1341/14 1344/14

1344/15 1345/19 1355/17 1356/6 1360/7 1360/13 1362/9 1363/6 1363/11 1367/18 1367/24 1368/4 1369/1 1376/14 1383/7 1386/21 1389/25
**nobody [5]** 1315/12 1317/6 1317/7 1317/9 1344/16
**non [4]** 1371/3 1371/4 1371/7 1371/7
**non-cash [3]** 1371/4 1371/6 1371/7
**none [4]** 1327/21 1338/5 1339/23 1383/7
**nonsensical [1]** 1384/13
**not [103]**
**note [1]** 1392/4
**notes [1]** 1384/6
**nothing [4]** 1354/3 1354/4 1354/5 1393/5
**notified [1]** 1394/6
**now [19]** 1324/7 1326/9 1340/9 1340/25 1348/1 1349/11 1359/21 1360/5 1361/18 1366/13 1367/20 1375/12 1383/15 1383/25 1386/22 1388/14 1391/11 1393/17 1395/14
**number [10]** 1312/9 1347/15 1363/15 1363/16 1370/12 1371/16 1373/3 1373/22 1386/1 1389/2
**numbers [7]** 1324/4 1324/5 1327/25 1338/22 1338/23 1344/5 1370/18
**numerous [1]** 1388/9
**NW [4]** 1306/17 1307/7 1307/16 1307/20
**NY [1]** 1307/11

**O**

**oath [1]** 1310/17
**object [1]** 1394/6
**objection [16]** 1315/24 1315/25 1316/2 1320/15 1330/13

1334/14 1348/21 1348/22 1350/12 1356/16 1357/25 1377/24 1387/21 1388/17
**objections [2]** 1394/10 1394/25
**obligation [6]** 1321/22 1322/1 1323/17 1324/21 1326/14 1326/23
**obligations [3]** 1322/5 1327/13 1337/20
**obviously [1]** 1317/23
**occur [2]** 1318/5 1318/14
**odd [1]** 1328/24
**off [10]** 1316/13 1317/3 1326/18 1361/17 1374/4 1374/4 1374/10 1377/20 1393/2 1393/3
**offer [1]** 1395/10
**offering [4]** 1354/21 1355/1 1355/7 1355/14
**officer [3]** 1321/13 1322/22 1325/24
**official [4]** 1307/19 1311/4 1336/1 1396/3
**often [1]** 1371/7
**Oh [1]** 1345/19
**Okay [46]** 1310/13 1311/21 1313/22 1314/11 1314/24 1315/21 1318/19 1319/21 1322/19 1325/10 1326/10 1332/3 1334/23 1336/2 1336/9 1343/12 1343/18 1344/13 1344/20 1345/2 1346/20 1347/1 1347/25 1348/17 1348/24 1349/17 1349/20 1352/2 1352/13 1352/21 1356/24 1357/16 1359/13 1359/22 1361/6 1361/22 1368/7 1379/5 1380/16 1388/21 1392/3 1394/15 1395/3 1395/3 1395/12 1395/15

**old [3]** 1350/2 1350/20 1351/20
**one [40]** 1309/24 1310/5 1310/6 1312/21 1313/7 1314/15 1318/1 1318/23 1328/10 1328/23 1328/25 1329/4 1331/25 1331/25 1332/20 1333/13 1339/21 1345/20 1346/4 1347/5 1349/18 1354/15 1354/18 1357/13 1359/19 1369/12 1370/5 1371/24 1375/18 1381/7 1382/15 1385/14 1386/3 1386/23 1388/13 1391/2 1391/19 1392/11 1392/13 1392/24
**ones [1]** 1371/3
**only [15]** 1310/7 1314/15 1328/5 1342/1 1344/7 1357/14 1361/13 1367/15 1374/3 1374/3 1388/6 1389/11 1389/18 1389/19 1393/24
**open [1]** 1388/8
**opened [1]** 1388/13
**operating [2]** 1385/7 1385/9
**operations [1]** 1323/4
**opine [1]** 1358/16
**opining [1]** 1356/20 1358/13 1358/16
**opinion [34]** 1354/12 1354/21 1355/2 1355/7 1355/14 1356/25 1357/8 1363/17 1364/1 1364/14 1364/17 1365/21 1366/19 1366/24 1367/13 1367/14 1367/15 1367/21 1367/22 1367/23 1367/24 1368/21 1369/2 1369/2 1369/3 1370/11 1375/9 1376/12 1377/3 1379/22 1379/23 1386/8 1392/17
**opinions [9]** 1367/16

1414

## O

**opinions... [8]** 1367/25 1367/25 1367/25 1368/1 1368/4 1368/5 1368/6 1368/24
**opportunity [2]** 1312/24 1377/22
**option [11]** 1309/18 1309/22 1309/24 1310/3 1310/6 1310/7 1310/9 1354/3 1358/24 1375/10 1377/9
**options [4]** 1354/7 1354/23 1355/3 1355/5
**order [9]** 1322/8 1322/13 1324/17 1324/21 1326/16 1327/2 1352/16 1376/25 1394/13
**originated [1]** 1385/23
**other [17]** 1312/21 1314/16 1325/23 1328/2 1328/24 1333/19 1334/1 1334/8 1338/23 1346/17 1346/18 1349/7 1368/2 1369/7 1378/17 1387/16 1394/23
**otherwise [1]** 1388/10
**our [19]** 1309/12 1310/6 1321/22 1322/1 1322/2 1322/6 1323/12 1323/13 1324/1 1324/2 1324/9 1324/10 1324/14 1324/21 1326/13 1326/22 1327/7 1329/6 1394/1
**out [48]** 1311/19 1317/2 1317/9 1317/23 1328/23 1329/1 1330/3 1330/5 1330/8 1330/15 1330/17 1339/4 1339/16 1341/24 1344/5 1344/6 1344/7 1344/8 1346/17 1347/6 1347/23 1348/11 1349/16 1353/21 1358/14 1364/6 1364/8 1364/25 1365/16 1365/18 1365/21 1368/4 1368/17 1373/2 1373/4 1373/6 1373/8 1374/10 1377/16 1385/1 1385/14 1389/2

1389/12 1389/12 1389/18 1391/2 1391/11 1393/7
**outfit [1]** 1313/19
**outside [3]** 1354/23 1360/10 1390/5
**over [13]** 1311/23 1321/22 1321/25 1326/13 1326/22 1327/4 1327/8 1327/20 1342/23 1343/2 1343/8 1379/19 1395/13
**overruled [6]** 1330/24 1331/22 1350/13 1358/2 1378/1 1394/10
**owe [2]** 1324/14 1353/18
**owed [1]** 1323/12
**owes [1]** 1323/17
**owned [1]** 1364/7
**Owning [1]** 1364/5
**owns [4]** 1363/18 1364/1 1364/4 1364/7

## P

**p.m [1]** 1395/21
**page [20]** 1308/2 1321/9 1321/12 1321/18 1323/10 1324/7 1325/16 1326/19 1335/2 1335/4 1335/23 1342/15 1342/23 1343/1 1345/8 1345/13 1347/20 1350/10 1351/14 1386/4
**Pages [1]** 1322/20
**paid [7]** 1353/21 1361/7 1363/2 1364/8 1366/1 1366/5 1377/16
**paragraph [13]** 1321/18 1326/20 1327/5 1359/11 1359/15 1359/19 1369/22 1384/6 1385/3 1385/15 1386/4 1391/5 1391/12
**Paragraphs [1]** 1359/7
**parameters [1]** 1335/19
**part [6]** 1318/25 1333/23 1335/20 1338/20 1378/19 1384/13

**participants [2]** 1349/8 1388/24
**particular [2]** 1344/17 1360/18
**parties' [1]** 1369/17
**Partners [2]** 1352/3 1352/4
**past [1]** 1348/12
**patch [1]** 1386/7
**pause [1]** 1393/1
**pay [22]** 1322/6 1322/8 1322/13 1324/18 1326/16 1327/2 1337/20 1347/10 1347/20 1352/16 1353/14 1356/8 1356/13 1357/22 1357/23 1358/22 1358/23 1362/9 1365/8 1365/11 1371/9 1377/20
**payable [1]** 1327/7
**paying [1]** 1360/22
**payment [16]** 1323/11 1324/1 1350/4 1350/22 1356/2 1356/3 1356/12 1356/21 1357/1 1357/5 1357/9 1357/18 1375/9 1375/25 1376/2 1377/15
**payments [3]** 1353/1 1360/19 1368/9
**peaking [1]** 1375/1
**penalty [1]** 1356/15
**Pennsylvania [1]** 1307/5
**pent [1]** 1374/6
**pent-up [1]** 1374/6
**people [3]** 1318/17 1358/9 1371/7
**per [1]** 1312/19
**percent [12]** 1355/25 1356/9 1356/20 1357/17 1358/15 1358/18 1374/21 1377/4 1377/9 1381/17 1381/17 1386/1
**perform [1]** 1337/10
**perhaps [2]** 1355/15 1359/4
**period [10]** 1314/19 1318/6 1328/17 1331/16 1338/1 1349/15 1369/8 1380/3

**periodic [2]** 1353/10 1353/14
**periods [2]** 1326/13 1326/22
**permit [2]** 1360/1 1360/14
**permitted [5]** 1343/12 1361/16 1362/9 1388/4 1388/7
**Permitting [1]** 1360/24
**perspective [1]** 1324/8
**perverse [1]** 1352/15
**phone [2]** 1387/22 1387/24
**phrase [2]** 1327/20 1356/5
**phrases [1]** 1379/19
**pick [1]** 1356/2
**pie [1]** 1373/9
**PIK [10]** 1356/1 1358/24 1375/5 1376/12 1376/25 1377/5 1377/9 1377/14 1377/18 1377/25
**pipeline [1]** 1381/12
**place [9]** 1330/11 1340/10 1341/4 1345/5 1362/7 1373/1 1373/3 1382/20 1382/22
**plaintiffs [6]** 1306/3 1306/16 1307/3 1394/6 1394/17 1395/6
**plaintiffs' [2]** 1373/15 1393/13
**plan [3]** 1340/10 1341/4 1382/18
**play [2]** 1309/13 1379/1
**playback [1]** 1394/7
**played [2]** 1379/6 1392/15
**please [23]** 1320/21 1333/7 1335/2 1335/13 1340/20 1342/13 1346/11 1353/6 1369/21 1369/22 1372/11 1373/14 1376/6 1378/25 1381/1 1383/18 1385/3 1385/15 1387/3 1387/22 1387/24 1392/13 1392/25
**PLLC [1]** 1306/16

**P**

pockets [1]  1364/25
point [12]  1333/17
1335/17 1337/1
1339/18 1341/20
1344/18 1348/14
1349/12 1357/5
1361/17 1371/24
1373/23
pointed [1]  1389/2
points [1]  1381/14
policymakers [1]
1372/25
political [1]  1336/19
Poor's [1]  1337/5
Porter [1]  1307/15
portfolio [3]  1380/20
1385/20 1385/21
portfolios [3]  1344/23
1351/17 1352/25
portion [2]  1329/17
1369/17
position [1]  1390/5
Positive [1]  1353/21
possibility [4]  1340/7
1340/21 1340/23
1342/1
possible [1]  1318/1
possibly [1]  1366/6
post [4]  1336/22
1336/23 1347/22
1348/7
post-2012 [2]  1336/22
1336/23
potential [6]  1328/3
1329/7 1330/9 1330/20
1364/22 1384/7
potentially [2]  1328/5
1341/13
preceding [2]  1337/4
1389/20
predicted [1]  1311/22
prefer [1]  1309/15
preference [31]
1324/14 1356/9
1356/11 1357/19
1357/22 1357/23
1358/5 1360/21
1360/23 1362/11
1363/1 1363/3 1363/8
1363/9 1363/10
1363/18 1363/21
1363/23 1364/11
1364/11 1364/15

364/22 1364/24
1365/15 1365/19
1365/25 1366/5
1366/11 1377/15
1377/19 1377/22
preferred [11]  1306/9
1309/4 1322/2 1324/11
1324/13 1324/14
1359/17 1365/6
1365/18 1366/1 1366/6
prepared [3]  1311/5
1313/18 1375/20
prepayment [1]
1317/15
present [2]  1309/20
1395/1
presentation [2]
1361/19 1368/17
presented [7]  1311/3
1313/2 1313/24 1314/1
1315/2 1321/20
1325/12
presenting [3]  1313/8
1314/6 1361/21
presents [1]  1323/3
preserve [1]  1375/24
pressure [2]  1386/9
1386/11
pretty [7]  1331/3
1344/19 1354/5
1369/12 1370/21
1373/6 1378/20
prevents [1]  1360/8
previous [1]  1381/13
price [5]  1315/13
1374/3 1374/4 1374/7
1381/8
prices [14]  1315/3
1315/7 1316/24 1317/1
1317/4 1317/7 1317/16
1318/4 1318/13 1344/6
1372/15 1374/20
1385/12 1389/18
pricing [3]  1316/6
1373/19 1389/17
primarily [1]  1370/24
prior [1]  1386/14
private [10]  1358/6
1358/12 1364/15
1364/19 1364/20
1364/23 1365/1 1366/2
1366/6 1366/11
probably [2]  1373/2
1382/16

problem [1]  1314/8
point [1]  1348/6
problem [1]
1328/3 1332/22
1332/22 1348/4 1377/2
1377/10
proceed [1]  1394/13
proceeding [2]
1309/15 1344/10
proceedings [3]
1307/24 1395/21
1396/5
process [4]  1338/3
1339/22 1339/22
1365/22
produced [1]  1307/24
professionals [2]
1318/3 1318/12
profit [6]  1362/11
1362/12 1363/19
1364/2 1364/9 1381/19
profitability [4]
1376/18 1379/12
1379/14 1379/17
profitable [10]  1362/6
1379/11 1379/15
1379/18 1380/3 1380/4
1380/6 1380/11
1380/14 1380/15
profits [9]  1341/21
1344/5 1361/11 1362/9
1364/7 1376/24
1377/20 1380/24
1389/15
project [1]  1380/5
projecting [1]  1375/2
projections [10]
1311/11 1313/10
1313/16 1313/18
1314/2 1314/5 1314/7
1314/13 1317/25
1374/14
prospect [2]  1346/14
1346/21
protect [1]  1357/6
protected [1]  1358/10
provide [1]  1381/4
provided [1]  1367/10
providing [1]  1369/3
provision [1]  1370/8
provisions [2]  1376/1
1385/10
Prussia [1]  1307/4
PSPA [4]  1319/19
1332/13 1332/13
1335/10

PSPA's [1]  1392/7
PSPAs [2]  1318/21
1320/4
publicly [4]  1378/23
1389/25 1390/1 1390/3
published [1]  1333/9
pull [17]  1311/2
1313/23 1314/4
1315/15 1333/6
1334/24 1340/15
1347/2 1348/19 1350/9
1353/24 1362/16
1370/3 1381/1 1383/15
1383/18 1384/16
pulled [1]  1311/8
purchase [10]  1306/9
1309/4 1322/2 1324/11
1324/13 1326/13
1326/22 1329/9
1329/19 1329/20
pushing [2]  1350/24
1351/21
put [18]  1315/22
1320/8 1320/12
1320/13 1320/20
1320/25 1326/4
1329/16 1338/5
1340/10 1341/4 1342/5
1342/12 1365/23
1369/10 1370/19
1373/8 1389/6
puts [1]  1352/22
PX [6]  1314/12
1314/13 1314/13
1347/4 1347/16
1390/10
PX-16 [1]  1314/12
PX-218 [1]  1314/13
PX-246 [1]  1390/10
PX-269 [1]  1314/13
PX-565 [2]  1347/4
1347/16

**Q**

Q1 [1]  1370/22
Q2 [1]  1370/22
Q4 [1]  1370/22
quality [3]  1346/14
1381/10 1385/22
quarter [34]  1320/9
1321/3 1321/6 1322/9
1325/12 1325/19
1325/20 1325/20
1327/4 1327/19

# Q

**quarter... [24]** 1327/25 1328/11 1328/16 1328/17 1328/19 1328/20 1329/5 1329/14 1329/15 1329/16 1342/19 1344/4 1361/10 1362/21 1371/18 1379/13 1379/14 1379/15 1379/18 1380/14 1380/14 1385/12 1389/11 1389/16
**quarterly [3]** 1324/5 1371/8 1389/11
**quarters [1]** 1341/22
**question [29]** 1313/21 1318/9 1319/9 1325/2 1325/3 1330/6 1331/22 1331/23 1334/21 1336/11 1339/8 1339/18 1343/14 1345/10 1355/11 1356/23 1357/7 1357/7 1358/23 1364/5 1369/4 1369/5 1375/20 1377/7 1379/4 1380/11 1380/13 1381/5 1382/12
**questions [12]** 1366/17 1368/5 1368/12 1371/24 1372/14 1375/5 1378/3 1379/24 1383/25 1388/12 1388/13 1388/23
**quickly [3]** 1373/4 1373/6 1376/6

# R

**Radnor [1]** 1307/5
**raised [1]** 1371/25
**raises [1]** 1345/16
**raising [1]** 1346/15
**Rapidly [1]** 1350/24
**rare [1]** 1351/17
**rated [1]** 1382/19
**rates [6]** 1317/15 1317/15 1317/16 1318/5 1318/13 1386/11
**rather [1]** 1358/15
**rating [20]** 1336/14

1337/14 1337/18 1337/23 1338/7 1338/14 1338/16 1338/18 1339/2 1339/3 1339/14 1339/23 1340/6 1340/22 1341/12 1382/11 1382/14 1382/20 1382/21 1382/5
**ratings [14]** 1337/6 1337/8 1337/10 1337/15 1340/8 1340/24 1379/25 1381/25 1382/9 1383/6 1383/9 1384/8 1385/6 1386/9
**RBC [6]** 1348/18 1349/18 1349/21 1350/2 1350/20 1351/8
**re [2]** 1306/8 1309/3
**reached [1]** 1379/17
**read [14]** 1323/5 1323/10 1326/20 1329/4 1331/4 1332/9 1345/7 1346/5 1347/14 1347/24 1350/13 1384/10 1391/25 1394/2
**reading [7]** 1323/20 1326/18 1329/13 1345/9 1365/21 1391/15 1395/9
**readout [2]** 1310/4 1394/8
**real [6]** 1317/16 1318/4 1318/12 1332/24 1371/9 1373/5
**really [10]** 1344/10 1349/13 1349/14 1357/6 1358/10 1361/12 1365/2 1370/17 1380/22 1387/15
**realtime [1]** 1387/7
**reasonable [5]** 1319/5 1319/23 1338/25 1339/5 1339/13
**reasonably [4]** 1319/11 1319/14 1319/16 1369/6
**reasons [2]** 1316/23 1352/20
**rebuild [2]** 1360/4 1366/9

**rebuilding [2]** 1361/2 1361/4
**rebuilt [1]** 1362/2
**recall [29]** 1311/3 1311/9 1313/2 1315/3 1328/9 1328/13 1328/19 1328/22 1331/12 1331/24 1332/25 1333/1 1333/3 1334/1 1334/8 1334/19 1334/20 1349/21 1352/3 1359/20 1360/18 1367/11 1368/8 1368/10 1369/14 1369/24 1375/6 1375/17 1376/9
**recap [2]** 1309/12 1393/16
**receive [1]** 1358/6
**recent [1]** 1384/6
**recess [1]** 1395/16
**Recession [2]** 1317/11 1372/15
**recipient [2]** 1390/21 1390/24
**recognize [2]** 1351/16 1351/18
**recognized [1]** 1351/15
**record [13]** 1309/11 1334/7 1338/17 1368/20 1370/8 1378/11 1388/11 1391/25 1393/2 1393/3 1395/2 1395/6 1396/5
**recorded [1]** 1307/24
**records [1]** 1378/21
**Recover [1]** 1319/22
**recovery [2]** 1333/17 1341/21
**recreating [1]** 1394/1
**red [1]** 1312/10
**Redirect [3]** 1308/4 1367/4 1367/5
**reduce [1]** 1343/10
**reduced [1]** 1385/10
**reduces [1]** 1364/22
**reference [13]** 1329/10 1329/20 1329/22 1331/24 1336/24 1343/22 1343/24 1352/17 1379/16 1385/19 1385/25 1391/8 1391/16

**referenced [1]** 1382/3
**references [1]** 1328/8
**referencing [1]** 1331/19
**referring [9]** 1318/6 1330/3 1331/1 1331/8 1331/10 1339/7 1343/16 1345/3 1370/4
**regarding [5]** 1319/12 1367/21 1374/23 1375/9 1392/6
**regular [1]** 1378/13
**reinsert [1]** 1350/11
**reinstated [1]** 1335/11
**related [1]** 1309/3
**relating [2]** 1369/25 1370/8
**release [1]** 1390/2
**released [3]** 1389/10 1389/25 1390/1
**relevance [1]** 1330/23
**relevant [2]** 1373/24 1388/14
**relied [1]** 1318/25
**relief [1]** 1372/24
**rely [1]** 1376/25
**remaining [1]** 1394/25
**remains [1]** 1361/5
**remember [15]** 1311/17 1313/20 1326/6 1332/6 1332/7 1333/24 1338/6 1349/11 1352/6 1358/8 1359/3 1359/21 1360/17 1363/15 1389/13
**remembered [1]** 1379/13
**remind [5]** 1310/17 1332/8 1372/18 1374/13 1384/3
**rendered [1]** 1367/22
**rendering [2]** 1369/2 1375/9
**reopen [1]** 1388/16
**repay [1]** 1357/21
**repeat [7]** 1317/19 1318/9 1325/2 1328/5 1355/11 1376/17 1377/7
**repeats [1]** 1324/7
**report [10]** 1323/3 1335/12 1340/4 1347/4 1352/4 1361/12

**R**

report... **[4]** 1378/22
1388/4 1388/7 1389/11
reported **[7]** 1307/19
1323/13 1324/2
1341/22 1392/1
1392/10 1392/10
Reporter **[2]** 1307/19
1396/3
reporting **[2]** 1326/8
1328/25
reports **[8]** 1338/19
1338/19 1349/1
1349/14 1379/8
1379/21 1379/24
1388/10
represents **[1]**
1364/11
request **[3]** 1324/10
1326/12 1326/21
require **[3]** 1327/13
1354/8 1354/9
research **[1]** 1351/12
reserves **[4]** 1360/1
1360/8 1360/15
1360/24
residually **[1]** 1364/23
resolve **[1]** 1332/12
resources **[1]** 1364/12
respect **[1]** 1317/15
respond **[2]** 1334/22
1345/10
response **[1]** 1324/19
rest **[3]** 1309/14
1316/17 1394/20
result **[1]** 1359/25
results **[3]** 1323/4
1385/7 1385/9
resume **[1]** 1310/18
retain **[2]** 1362/9
1366/9
retained **[1]** 1364/2
return **[1]** 1362/8
review **[5]** 1331/4
1338/17 1374/14
1378/11 1378/21
reviewed **[3]** 1332/5
1334/8 1375/13
revised **[1]** 1314/18
revisions **[1]** 1314/17
rid **[1]** 1381/9
right **[90]** 1310/2
1310/2 1311/6 1311/14
1311/23 1311/24

1312/4 1312/7 1312/11
1312/15 1312/20
1312/22 1312/24
1314/2 1315/13
1315/17 1316/1
1316/15 1316/18
1316/22 1317/8
1317/12 1317/17
1317/19 1318/2 1320/6
1320/7 1320/19 1321/3
1322/3 1322/23 1323/4
1323/5 1325/7 1325/19
1325/21 1329/3
1329/18 1329/18
1329/20 1329/23
1331/21 1331/21
1332/17 1338/6
1342/22 1345/7
1345/22 1349/11
1349/23 1351/13
1353/15 1353/16
1355/1 1355/4 1355/10
1356/22 1357/4
1357/11 1357/19
1358/19 1360/2 1360/6
1362/14 1362/21
1362/24 1364/18
1364/19 1365/23
1367/19 1367/24
1368/11 1368/14
1369/20 1370/9
1370/13 1371/3 1372/3
1372/16 1372/21
1373/20 1375/3
1375/11 1375/16
1378/7 1379/18 1384/5
1387/25 1390/8
1391/10
rising **[1]** 1340/23
risk **[15]** 1329/1
1330/7 1335/9 1340/22
1344/21 1344/22
1344/25 1345/3
1345/16 1348/13
1381/13 1383/13
1383/14 1386/24
1387/11
risky **[1]** 1346/23
Road **[1]** 1307/4
roadmap **[1]** 1376/17
ROBERT **[3]** 1307/9
1307/14 1394/16
Room **[1]** 1307/21
Ross **[1]** 1325/23

round **[1]** 1373/2
Royal **[1]** 1349/21
ROYCE **[1]** 1306/13
RPR **[1]** 1307/19
RUDY **[1]** 1307/3
rules **[6]** 1350/2
1350/20 1351/3 1351/4
1351/20 1351/21
run **[2]** 1328/23 1330/5
running **[3]** 1329/1
1330/3 1330/8
runs **[2]** 1347/23
1348/11
rushing **[1]** 1374/8

**S**

Sachs **[3]** 1391/16
1391/18 1392/4
Sacks **[1]** 1392/10
said **[17]** 1315/9
1317/18 1317/19
1324/24 1333/22
1339/17 1348/16
1348/25 1350/2
1350/13 1350/13
1354/21 1355/14
1357/2 1362/13 1375/8
1395/6
sales **[3]** 1373/3
1374/9 1381/7
same **[17]** 1312/13
1314/7 1314/8 1314/13
1316/23 1323/8
1327/12 1329/16
1330/23 1346/4
1346/22 1350/17
1351/14 1352/4
1360/25 1370/22
1381/16
Satriano **[3]** 1309/16
1309/19 1393/17
save **[1]** 1310/5
saw **[4]** 1311/9
1348/13 1366/17
1374/7
say **[27]** 1316/11
1320/12 1320/25
1321/20 1321/25
1322/5 1322/9 1324/7
1324/20 1324/24
1327/5 1327/18
1333/23 1341/4
1344/21 1345/6 1348/6
1352/14 1352/22

1360/11 1363/4 1364/4
1367/24 1376/25
1377/16 1377/19
1382/15
saying **[14]** 1319/17
1324/23 1325/5 1325/9
1329/1 1330/4 1330/6
1330/7 1341/10 1342/2
1351/8 1361/15
1388/25 1392/21
says **[21]** 1322/9
1323/11 1324/12
1326/1 1326/12 1329/6
1332/9 1340/6 1342/23
1346/21 1346/24
1347/9 1348/2 1348/10
1348/12 1350/20
1350/24 1352/2
1352/19 1356/7
1385/21
scenario **[5]** 1311/10
1313/13 1340/12
1341/6 1373/12
scenarios **[1]** 1346/16
scheduling **[2]** 1309/9
1393/7
Schiller **[3]** 1307/7
1315/15 1315/16
Scholer **[1]** 1307/15
scope **[3]** 1354/24
1360/11 1366/16
screen **[9]** 1320/8
1320/25 1329/17
1340/13 1346/6
1347/24 1368/20
1370/7 1383/16
seated **[1]** 1393/19
SEC **[18]** 1320/3
1320/5 1327/11
1327/22 1328/2 1328/8
1328/14 1330/12
1331/13 1331/19
1334/9 1378/4 1378/22
1379/8 1379/21
1393/23 1394/3 1394/7
second **[28]** 1311/13
1314/9 1318/21
1319/18 1320/2 1320/4
1321/3 1321/6 1325/19
1325/20 1325/20
1326/20 1327/25
1328/11 1328/19
1328/20 1329/5
1329/15 1335/2

**second... [9]** 1349/24 1371/17 1379/12 1380/14 1383/20 1385/3 1386/4 1391/21 1392/1

**second-largest [1]** 1349/24

**Secretary [1]** 1375/21

**section [1]** 1321/18

**securities [11]** 1337/16 1337/18 1337/21 1343/4 1343/4 1343/9 1343/15 1343/16 1343/20 1345/14 1345/22

**security [3]** 1332/21 1334/18 1392/5

**see [38]** 1315/9 1316/17 1321/9 1322/20 1323/10 1325/8 1328/2 1328/7 1328/25 1330/7 1331/24 1332/8 1333/6 1335/11 1335/23 1342/16 1342/17 1344/14 1344/24 1347/1 1348/19 1350/8 1351/6 1351/13 1352/7 1352/20 1353/2 1359/11 1370/22 1374/4 1374/8 1374/10 1383/15 1386/1 1390/15 1393/9 1394/25 1395/17

**seeing [5]** 1332/22 1342/25 1346/23 1369/24 1392/21

**seem [1]** 1392/6

**seems [1]** 1336/20

**seen [6]** 1321/1 1330/9 1330/20 1334/1 1336/3 1378/24

**selling [1]** 1373/4

**senior [8]** 1306/9 1306/13 1309/4 1322/2 1324/11 1324/13 1324/15 1359/17

**senior-preferred [1]** 1359/17

**sense [3]** 1337/14 1358/22 1366/24

**sent [1]** 1363/4

**sentence [4]** 1323/20

1384/11 1391/22 1392/1

**sentiment [1]** 1388/11

**separately [1]** 1337/17

**September [1]** 1359/15

**service [2]** 1343/3 1343/9

**SESSION [1]** 1306/12

**set [2]** 1314/13 1338/22

**several [4]** 1313/25 1351/25 1352/20 1378/3

**shape [1]** 1341/25

**share [5]** 1338/15 1381/16 1381/18 1389/23 1390/3

**shared [1]** 1378/12

**shareholder [2]** 1318/21 1331/15

**shareholders [18]** 1319/4 1319/13 1319/15 1358/6 1358/12 1364/16 1364/19 1364/20 1364/23 1365/1 1365/6 1365/7 1365/10 1365/16 1365/19 1366/1 1366/2 1366/11

**shareholders' [1]** 1319/23

**she [6]** 1313/12 1313/15 1313/18 1313/20 1313/21 1323/2

**sheet [2]** 1361/5 1361/5

**shift [1]** 1351/24

**Shiller [1]** 1373/18

**short [2]** 1314/19 1380/3

**shorter [1]** 1357/24

**shorthand [1]** 1307/24

**should [16]** 1312/3 1315/20 1333/24 1338/20 1346/6 1346/15 1351/17 1351/24 1352/23 1354/12 1354/22 1354/24 1354/25 1355/2 1355/10 1355/16

**shouldn't [1]** 1368/3

**show [22]** 1344/5 1315/6 1315/23 1316/17 1319/13 1331/25 1334/21 1335/12 1335/24 1340/13 1340/16 1341/16 1342/16 1342/25 1346/2 1347/13 1349/18 1352/7 1362/19 1364/18 1376/4 1386/20

**showed [13]** 1326/2 1328/21 1335/19 1346/9 1360/18 1369/12 1370/15 1370/16 1370/25 1371/14 1373/9 1374/25 1380/18

**showing [11]** 1315/3 1316/5 1333/16 1344/5 1344/10 1363/1 1368/9 1368/21 1373/9 1373/24 1394/7

**shown [6]** 1349/12 1369/11 1369/14 1369/17 1386/17 1389/3

**shows [1]** 1376/19

**shrinking [2]** 1352/25 1353/4

**side [2]** 1368/2 1371/18

**Sidebar [2]** 1388/1 1388/18

**sides [1]** 1352/19

**signatory [1]** 1325/23

**signed [6]** 1321/10 1321/12 1325/16 1326/1 1326/3 1326/11

**significant [3]** 1354/16 1369/7 1382/22

**significantly [2]** 1374/2 1394/9

**signings [1]** 1322/21

**similar [2]** 1360/21 1387/6

**simpatico [1]** 1325/9

**since [13]** 1323/13 1323/18 1324/2 1324/9 1361/10 1362/10 1364/2 1364/7 1373/25 1385/23 1385/25 1393/14 1394/5

**sir [9]** 1343/5 1369/24 1371/16 1372/14 1376/4 1376/12 1378/4 1386/22 1390/15

**sit [1]** 1328/13

**site [2]** 1323/16 1351/13

**sitting [1]** 1376/23

**size [1]** 1385/21

**slide [24]** 1311/2 1311/22 1313/1 1313/24 1314/4 1314/6 1314/8 1314/9 1314/21 1314/22 1325/13 1326/2 1353/24 1362/15 1363/1 1363/7 1365/23 1368/17 1368/22 1370/4 1370/7 1372/11 1376/6 1381/1

**slides [4]** 1311/2 1313/25 1313/25 1353/25

**slightly [2]** 1319/6 1382/25

**slow [3]** 1351/6 1351/9 1351/22

**smaller [3]** 1351/17 1358/7 1358/8

**so [89]** 1309/22 1312/8 1313/8 1313/11 1314/12 1314/21 1316/5 1316/23 1317/20 1317/22 1317/24 1318/9 1319/17 1321/1 1321/6 1327/17 1328/13 1329/24 1331/23 1336/6 1337/3 1338/11 1338/20 1339/12 1339/21 1341/11 1341/20 1341/25 1343/6 1343/14 1343/23 1344/9 1346/13 1347/5 1349/15 1351/18 1354/20 1358/5 1359/25 1360/4 1360/11 1360/21 1361/15 1362/2 1362/5 1362/15 1362/23 1363/4 1363/13 1363/23 1364/1 1364/21 1364/24 1365/8 1365/14

**so... [34]** 1365/20
1366/19 1367/16
1368/3 1368/4 1369/7
1369/10 1370/20
1371/5 1373/1 1373/3
1374/8 1374/10
1374/11 1376/21
1376/23 1376/24
1377/16 1379/12
1379/19 1380/11
1380/20 1381/12
1381/18 1382/18
1382/22 1384/21
1385/9 1387/7 1387/12
1387/14 1389/9
1389/19 1392/17
**some [16]** 1313/25
1315/2 1318/17 1320/5
1320/9 1320/12
1320/25 1326/3
1361/13 1361/17
1365/1 1368/5 1372/14
1372/22 1374/12
1375/5
**something [11]**
1316/21 1334/22
1337/22 1344/15
1351/25 1362/19
1367/1 1374/21 1382/3
1393/12 1393/14
**sometimes [3]**
1317/23 1327/4 1387/4
**somewhat [1]** 1373/19
**sophisticated [2]**
1318/3 1318/11
**sorry [10]** 1321/5
1321/5 1330/16
1343/11 1343/13
1345/19 1347/20
1350/15 1377/1
1387/23
**sorts [1]** 1351/19
**sounds [2]** 1329/13
1354/5
**sources [1]** 1338/23
**speaks [1]** 1359/11
**specific [6]** 1319/9
1328/17 1331/7
1331/25 1334/5
1334/21
**specifically [3]** 1340/5
1363/6 1375/19
**spoke [3]** 1320/3

342/2 1342/1
**spread [2]** 1387/4
1387/14
**spreads [2]** 1343/10
1388/5
**stability [2]** 1317/25
1348/13
**stabilize [1]** 1385/24
**stable [1]** 1317/22
**stand [4]** 1310/15
1310/16 1316/16
1364/19
**standard [2]** 1337/25
1387/11
**standards [1]** 1351/17
**standing [3]** 1316/12
1358/11 1364/21
**STANTON [1]** 1307/14
**start [4]** 1310/25
1332/4 1334/18 1383/4
**started [6]** 1335/16
1335/19 1339/23
1372/24 1373/5 1374/5
**starting [5]** 1335/10
1344/6 1387/18
1389/18 1392/14
**starts [2]** 1336/22
1340/21
**state [1]** 1338/10
**stated [1]** 1334/9
**statement [5]** 1330/12
1344/4 1345/13 1359/5
1377/25
**statements [5]** 1326/3
1327/12 1327/22
1328/14 1329/25
**STATES [2]** 1306/1
1306/13
**statute [1]** 1367/10
**steep [1]** 1375/1
**stenotype [1]** 1307/24
**step [4]** 1337/25
1338/11 1339/20
1382/24
**steps [1]** 1369/10
**Stern [2]** 1309/11
1395/18
**still [10]** 1318/1
1335/17 1341/25
1363/18 1364/1 1364/4
1364/6 1365/7 1367/7
1389/20
**stipulation [2]**
1369/18 1369/25

**stock [10]** 1306/9
1309/14 1322/2 1324/11
1324/13 1324/15
1356/4 1359/1 1359/17
1359/25
**stop [2]** 1336/14
1351/5
**straight [1]** 1374/5
**straying [1]** 1388/3
**stress [7]** 1311/10
1313/3 1313/3 1313/9
1313/13 1341/7
1373/12
**strike [1]** 1377/24
**stronger [1]** 1352/22
**structural [2]** 1372/22
1372/23
**struggling [1]** 1323/16
**study [1]** 1388/5
**stuff [2]** 1351/20
1394/23
**subject [2]** 1390/18
1393/23
**subsequent [2]** 1314/9
1374/22
**such [4]** 1333/10
1334/20 1378/24
1380/6
**suggest [1]** 1334/8
**suggested [1]** 1375/20
**suggesting [1]**
1336/20
**Suisse [5]** 1333/4
1333/8 1333/10
1333/19 1333/22
**summary [2]** 1321/17
1326/19
**summer [2]** 1332/10
1332/14
**super [1]** 1317/21
**supplemental [1]**
1388/4
**support [11]** 1336/19
1336/21 1336/23
1343/23 1345/16
1345/24 1346/7
1346/11 1346/21
1347/23 1348/11
**suppose [1]** 1374/6
**sure [15]** 1312/25
1313/7 1328/18
1333/18 1340/11
1341/5 1341/15 1343/6
1345/9 1351/14

1356/23 1360/17
1364/4 1379/14
1382/19
**Susan [4]** 1313/4
1321/12 1321/19
1322/23
**suspended [2]**
1353/10 1359/23
**suspends [1]** 1360/19
**sustainability [1]**
1376/18
**sustainable [2]**
1379/17 1381/18
**sustained [4]** 1330/15
1334/16 1356/18
1388/17
**sweep [25]** 1319/9
1319/14 1327/15
1351/4 1352/18
1353/13 1353/17
1353/23 1355/9
1355/16 1356/22
1357/1 1357/9 1358/15
1360/7 1360/22 1363/5
1366/12 1366/22
1369/6 1369/8 1377/1
1377/21 1386/15
1392/11
**switch [2]** 1313/1
1322/16

**T**

**table [2]** 1370/15
1370/16
**take [19]** 1310/15
1313/23 1314/24
1316/7 1333/1 1352/11
1353/6 1355/21
1360/11 1361/14
1362/1 1364/6 1372/7
1381/21 1382/20
1382/21 1394/12
1394/20 1394/22
**taking [2]** 1364/25
1374/9
**talk [4]** 1331/25
1355/20 1355/25
1393/8
**talked [12]** 1311/4
1311/15 1323/15
1336/12 1337/3
1357/15 1361/2
1376/20 1385/10
1389/13 1389/17

**T**

**talked... [1]** 1394/5
**talking [16]** 1313/2
1318/7 1324/16
1327/25 1331/16
1339/9 1341/12 1342/1
1346/8 1346/16
1347/12 1352/18
1361/17 1366/13
1393/14 1393/17
**talks [1]** 1346/13
**tanker [1]** 1317/21
**tax [3]** 1370/4 1370/17
1376/20
**tell [2]** 1332/22
1383/12
**tells [2]** 1336/17
1383/2
**term [5]** 1321/23
1327/8 1327/20 1386/9
1386/10
**terms [13]** 1318/20
1319/12 1319/18
1319/22 1332/14
1359/14 1359/16
1361/4 1361/12
1382/11 1382/25
1389/7 1394/18
**test [3]** 1313/3 1313/3
1313/10
**testified [6]** 1327/21
1332/19 1367/20
1372/18 1373/19
1386/22
**testify [1]** 1375/12
**testifying [5]** 1313/12
1313/15 1313/18
1313/20 1376/9
**testimony [11]**
1309/16 1309/19
1320/8 1321/20 1326/2
1332/5 1332/7 1392/17
1393/15 1393/23
1394/1
**than [20]** 1312/20
1312/21 1316/19
1318/4 1318/13 1352/9
1353/18 1356/21
1357/1 1357/7 1357/9
1358/15 1361/24
1365/9 1366/11
1366/22 1385/11
1387/13 1387/15
1392/22

**thank [26]** 1310/10
1310/19 1315/21
1316/3 1325/22
1330/19 1349/5
1355/22 1357/16
1359/24 1367/2 1367/3
1370/5 1372/7 1381/22
1383/23 1384/14
1385/16 1386/12
1393/4 1393/4 1393/6
1393/12 1395/4
1395/15 1395/19
**Thanks [1]** 1343/13
**that [364]**
**that's [60]** 1311/8
1311/13 1312/9
1312/24 1313/14
1313/17 1324/16
1330/5 1332/15 1339/2
1340/1 1341/1 1341/7
1341/8 1341/10
1341/11 1342/7
1343/23 1345/7
1345/14 1345/17
1345/19 1345/21
1346/24 1347/11
1348/3 1348/7 1348/14
1348/16 1350/22
1352/17 1354/6
1354/19 1354/20
1354/23 1355/1 1357/6
1358/3 1358/21
1359/15 1359/23
1361/2 1363/5 1363/15
1368/4 1369/4 1369/4
1373/9 1376/23
1376/23 1380/2
1380/16 1380/17
1382/15 1382/16
1383/2 1386/16
1389/18 1389/19
1391/10
**their [10]** 1323/17
1323/18 1332/22
1333/12 1337/15
1343/3 1343/9 1361/11
1362/9 1382/16
**them [20]** 1318/17
1320/13 1321/16
1327/13 1331/19
1332/24 1333/11
1338/5 1346/23
1349/11 1349/12
1350/24 1381/9

1382/19 1382/23
1383/3 1383/3 1387/9
1389/25 1390/1
**then [24]** 1309/13
1309/16 1310/4 1314/4
1317/24 1319/12
1338/2 1342/7 1348/10
1349/18 1356/8
1359/14 1359/19
1365/3 1365/4 1365/6
1365/12 1365/13
1365/18 1373/7
1376/19 1377/19
1389/14 1393/17
**there [81]** 1311/10
1312/8 1312/13
1312/13 1312/18
1315/23 1316/2
1316/14 1316/16
1317/20 1317/23
1327/10 1328/13
1328/24 1330/18
1331/12 1332/7
1332/10 1333/13
1334/9 1334/12
1335/17 1336/14
1336/19 1338/3
1339/20 1340/6
1340/21 1340/22
1340/23 1341/4 1342/1
1342/1 1343/22
1344/15 1345/13
1347/4 1349/13
1349/14 1349/16
1349/16 1351/12
1351/19 1351/20
1363/11 1365/2 1365/3
1365/5 1365/6 1365/14
1365/17 1366/4
1369/10 1372/18
1373/2 1373/19
1373/21 1373/23
1374/5 1375/12
1376/21 1376/23
1377/3 1377/8 1377/10
1377/12 1377/16
1377/22 1378/20
1379/16 1380/2
1382/19 1384/7
1385/19 1385/25
1386/8 1388/15 1391/8
1391/15 1392/22
1395/1
**there's [5]** 1339/22

1394/14 1365/8
1365/11 1365/15
**these [36]** 1313/24
1324/4 1327/11
1329/25 1335/22
1336/5 1337/19 1338/5
1340/11 1341/5 1344/9
1354/7 1354/10
1354/13 1354/14
1354/18 1354/22
1355/2 1355/5 1359/25
1368/24 1369/1
1369/10 1370/17
1370/23 1371/1 1371/3
1371/13 1373/7
1380/20 1380/22
1381/15 1381/18
1382/21 1387/10
1389/21
**they [148]**
**they've [2]** 1323/18
1389/25
**thing [7]** 1312/21
1342/4 1360/25
1365/11 1378/24
1383/1 1386/3
**things [4]** 1354/10
1370/22 1385/13
1393/7
**think [33]** 1314/15
1315/19 1316/13
1324/23 1325/9 1326/3
1326/6 1327/17
1327/18 1328/22
1329/24 1330/11
1339/11 1339/18
1342/8 1343/6 1343/11
1346/13 1349/12
1350/25 1353/20
1356/5 1359/19
1364/18 1365/20
1373/5 1375/8 1380/10
1384/21 1386/2 1388/3
1389/2 1389/12
**third [27]** 1311/6
1314/9 1320/1 1320/5
1320/9 1325/11 1330/1
1331/18 1334/3
1334/11 1335/4 1347/6
1347/6 1347/9 1349/8
1350/18 1351/4 1351/8
1352/14 1352/17
1353/10 1361/10
1366/12 1366/22

**T**

**third... [3]** 1384/25
1388/7 1391/12
**this [129]**
**Thornton [1]** 1313/19
**those [17]** 1314/21
1339/3 1341/22
1363/10 1368/1
1372/22 1374/18
1375/17 1378/6
1385/13 1388/12
1389/6 1392/8 1392/9
1394/3 1394/7 1395/13
**thought [2]** 1316/19
1325/7
**thousands [1]** 1349/13
**three [9]** 1311/23
1314/12 1337/8
1337/19 1338/6 1354/7
1354/9 1374/22
1393/21
**through [10]** 1317/11
1333/8 1334/5 1362/3
1362/20 1368/3
1368/10 1368/22
1369/1 1385/16
**throughout [2]** 1383/8
1387/17
**throwing [1]** 1368/4
**tighter [1]** 1351/16
**Tim [1]** 1321/10
**time [31]** 1313/9
1314/19 1316/5
1316/11 1320/5
1321/25 1322/13
1322/22 1323/8 1326/7
1326/13 1326/22
1327/4 1327/20 1328/1
1328/17 1331/16
1335/18 1336/12
1338/1 1344/18
1349/15 1351/15
1351/23 1361/7
1362/10 1369/8
1377/23 1378/23
1379/19 1380/3
**timeframe [1]** 1349/2
**timely [1]** 1356/14
**times [1]** 1388/25
**today [5]** 1316/23
1358/14 1362/3
1372/14 1375/8
**together [1]** 1381/18
**told [1]** 1336/12

**too [3]** 1330/17
1368/21 1379/14
**took [5]** 1310/16
1373/1 1373/3 1374/4
1374/4
**top [4]** 1317/23
1340/22 1342/16
1342/17
**Topaz [1]** 1307/4
**topic [1]** 1388/14
**topics [1]** 1367/21
**total [2]** 1362/19
1363/4
**toward [3]** 1340/22
1350/24 1351/4
**trade [1]** 1387/18
**trading [2]** 1386/24
1392/5
**transcript [4]** 1306/12
1307/24 1333/7 1396/4
**transcription [1]**
1307/24
**transcripts [1]** 1331/5
**transfer [1]** 1385/22
**transferring [1]** 1377/8
**transfers [1]** 1368/10
**treasury [105]**
**Treasury's [2]** 1363/24
1364/12
**trend [2]** 1312/12
1385/24
**trends [4]** 1316/25
1317/20 1317/22
1317/23
**TRIAL [1]** 1306/12
**true [3]** 1343/12
1357/3 1396/4
**trust [1]** 1348/2
**try [3]** 1338/15 1349/3
1349/4
**trying [2]** 1312/18
1343/6
**turn [4]** 1321/9
1322/20 1335/23
1345/8
**turnaround [4]** 1337/2
1344/11 1380/18
1389/21
**turned [1]** 1345/1
**turning [2]** 1335/16
1337/3
**turns [1]** 1311/19
**two [20]** 1309/18
1309/23 1310/3 1310/7

1310/11 1341/5
1348/14 1354/7 1354/9
1356/2 1366/17 1373/2
1374/22 1377/19
1381/13 1385/13
1388/13 1390/21
**two-month [1]** 1373/2
**type [2]** 1337/10
1344/9
**typical [1]** 1354/15
**typically [1]** 1317/1

**U**

**U.S [12]** 1307/20
1317/20 1342/23
1343/2 1343/8 1383/10
1383/14 1385/12
1386/25 1387/7 1387/9
1387/10
**UBS [1]** 1351/12
**Ugoletti [1]** 1390/22
**ultimately [2]** 1371/13
1371/14
**Um [1]** 1312/16
**uncertainty [6]**
1328/25 1329/7
1342/23 1343/2 1343/8
1343/22
**under [20]** 1310/17
1311/11 1322/2
1324/11 1324/12
1326/12 1326/21
1329/9 1329/19 1350/2
1350/20 1351/3
1351/20 1351/21
1352/10 1353/17
1363/4 1366/20
1374/18 1374/20
**understand [8]**
1311/20 1329/10
1341/15 1343/7
1356/23 1362/8 1394/5
1395/11
**understanding [4]**
1331/3 1358/3 1378/15
1378/16
**understood [2]**
1339/11 1363/24
**underwriting [1]**
1351/16
**Undisputed [1]** 1359/5
**UNITED [2]** 1306/1
1306/13

**unlikely [1]** 1327/6
**unlimited [5]** 1332/14
1340/9 1343/23
1347/23 1348/10
**until [3]** 1389/14
1389/25 1390/1
**up [63]** 1309/9 1311/2
1313/23 1314/4
1315/15 1315/22
1316/24 1317/1 1317/2
1318/7 1320/8 1320/12
1320/13 1320/20
1320/25 1321/4 1326/4
1329/17 1333/6
1333/23 1334/3
1334/11 1334/24
1339/21 1340/15
1341/2 1342/12 1344/7
1347/1 1348/19 1350/9
1353/5 1353/24 1359/4
1362/16 1365/23
1369/22 1370/3
1371/13 1371/14
1371/25 1372/1
1372/11 1373/15
1374/5 1374/6 1374/7
1374/21 1376/23
1377/23 1377/23
1377/23 1381/1
1381/11 1381/16
1383/15 1383/18
1384/16 1388/13
1389/20 1392/9
1393/12 1393/14
**upcoming [1]** 1392/7
**upon [1]** 1319/1
**us [7]** 1312/6 1329/9
1332/22 1372/18
1384/3 1394/6 1394/9
**use [8]** 1327/19 1338/1
1356/5 1370/4 1375/25
1375/25 1376/1
1382/25
**used [4]** 1315/20
1337/11 1358/14
1379/19
**uses [1]** 1354/15
**using [1]** 1377/5
**usually [4]** 1327/19
1338/11 1339/20
1373/2

**V**

**valuation [1]** 1370/25

**V**

value [3] 1362/19 1363/4 1372/24
various [2] 1378/16 1388/25
VARMA [1] 1307/13
vary [1] 1329/6
verify [1] 1323/9
versions [1] 1314/18
vertical [1] 1375/4
very [22] 1309/8 1310/6 1314/5 1317/22 1319/17 1336/18 1336/25 1338/21 1339/8 1341/8 1349/16 1351/5 1351/6 1351/22 1378/14 1378/22 1380/3 1380/20 1381/8 1381/17 1382/22 1387/14
video [8] 1309/13 1309/16 1309/25 1310/3 1310/4 1379/6 1392/15 1394/2
views [2] 1333/12 1333/21
VINCENT [1] 1306/16
vs [1] 1306/4

**W**

Wait [1] 1354/4
waiting [2] 1309/8 1374/6
wake [1] 1339/21
walked [1] 1368/22
want [7] 1309/19 1310/25 1313/7 1320/4 1338/7 1339/8 1368/1
wanted [5] 1312/21 1323/9 1325/3 1343/15 1351/23
wanting [1] 1346/22
wants [1] 1375/24
warning [1] 1383/2
was [102]
Washington [5] 1306/5 1306/17 1307/8 1307/16 1307/21
wasn't [2] 1313/15 1392/21
watch [17] 1337/25 1338/4 1338/6 1338/11 1338/14 1339/20 1339/24 1342/5 1342/6

1382/3 1382/7 1382/8 1382/24 1383/2 1383/2 1383/6 1383/7
way [10] 1309/15 1319/8 1339/10 1354/14 1362/20 1364/25 1365/1 1380/12 1385/16 1386/23
we [123]
we've [1] 1348/8
weakened [2] 1337/22
weather [2] 1340/11 1341/5
week [1] 1392/11
well [25] 1309/24 1313/25 1317/7 1317/18 1319/25 1325/9 1333/1 1333/13 1333/19 1337/13 1337/24 1338/9 1339/25 1340/16 1353/5 1354/4 1354/14 1358/20 1360/10 1364/6 1364/17 1370/5 1370/23 1377/14 1391/20
well-known [1] 1391/20
went [2] 1316/5 1316/11
were [82] 1313/24 1314/16 1314/19 1319/15 1323/20 1324/16 1328/1 1328/10 1328/14 1328/21 1328/22 1328/24 1328/25 1330/5 1331/12 1332/21 1334/10 1335/17 1335/21 1335/21 1336/3 1336/4 1336/4 1337/8 1350/2 1350/20 1351/20 1359/1 1360/1 1361/15 1361/16 1361/17 1363/7 1366/12 1366/23 1368/9 1368/12 1369/2 1369/17 1370/17 1371/8 1371/13 1371/14 1372/14 1372/19 1372/22 1373/4 1374/9 1374/18

1375/12 1375/17 1378/3 1378/6 1378/18 1378/20 1379/13 1379/15 1379/16 1379/24 1380/3 1380/11 1380/13 1381/20 1381/25 1383/5 1383/9 1383/25 1386/17 1387/14 1387/14 1387/15 1387/18 1388/23 1388/24 1389/3 1389/3 1393/15 1393/23 1393/24 1393/24
weren't [2] 1380/4 1380/6
what [68] 1314/1 1315/3 1317/18 1317/19 1318/6 1322/5 1324/16 1325/3 1325/6 1328/20 1329/13 1329/13 1330/5 1331/1 1331/16 1339/9 1340/21 1341/10 1342/8 1346/24 1348/2 1348/16 1350/5 1352/2 1353/22 1354/6 1354/24 1355/18 1355/25 1356/7 1356/12 1356/21 1357/14 1357/17 1358/23 1360/17 1361/2 1361/17 1362/13 1365/21 1365/22 1366/17 1366/25 1368/4 1370/12 1370/21 1372/22 1374/15 1374/18 1374/23 1375/17 1377/13 1378/15 1379/7 1382/6 1382/9 1382/16 1382/16 1383/12 1384/3 1384/22 1385/6 1385/19 1387/17 1388/24 1392/1 1394/18 1394/25
what's [4] 1309/22 1333/15 1336/11 1374/12
whatever [1] 1377/14
when [26] 1317/1 1317/10 1322/5

1333/9 1334/12 1335/10 1339/10 1347/22 1348/10 1354/16 1354/20 1358/5 1358/23 1358/24 1359/23 1361/15 1363/1 1363/4 1363/6 1364/4 1364/21 1367/24 1374/7 1378/23 1380/5 1380/6
where [13] 1311/8 1316/12 1317/4 1317/7 1327/11 1332/21 1354/19 1369/8 1375/19 1376/2 1380/3 1380/4 1380/16
Whereas [1] 1377/21
whereby [1] 1366/8
whether [22] 1316/24 1317/10 1328/6 1328/13 1333/20 1337/20 1339/2 1344/16 1354/22 1355/7 1355/14 1357/1 1357/9 1366/19 1366/21 1368/12 1372/18 1375/14 1378/12 1386/8 1386/23 1386/24
which [19] 1319/25 1323/20 1328/16 1328/17 1328/17 1329/14 1330/13 1332/11 1334/15 1335/18 1339/7 1357/2 1357/14 1369/9 1376/2 1384/17 1385/10 1389/11 1390/10
who [7] 1313/5 1321/13 1336/13 1349/8 1390/4 1390/21 1391/18
whose [1] 1321/19
why [11] 1332/21 1335/19 1355/4 1355/4 1369/2 1376/15 1376/16 1379/10 1380/17 1389/19 1392/20
wide [1] 1388/8
widen [1] 1343/10
will [64] 1309/8 1309/18 1311/2 1311/3 1311/9 1312/23 1313/2

# W

**will... [57]** 1316/7
1316/24 1317/7
1317/11 1321/4 1321/9
1322/1 1322/6 1322/12
1322/20 1324/10
1324/13 1324/20
1325/5 1326/14
1326/20 1326/23
1327/2 1327/6 1327/10
1327/13 1331/25
1337/24 1338/15
1340/7 1345/4 1346/4
1347/14 1348/1 1348/1
1348/19 1351/5
1351/22 1352/11
1353/7 1358/12
1358/22 1359/11
1360/11 1362/5 1365/3
1365/4 1365/5 1365/6
1365/7 1379/4 1380/15
1393/8 1394/6 1394/10
1394/12 1394/20
1394/21 1394/24
1395/6 1395/16
1395/16
**Williams [1]** 1322/22
**willingness [1]**
1336/19
**within [2]** 1314/19
1330/25
**without [3]** 1309/24
1309/25 1352/24
**witness [7]** 1308/2
1310/11 1310/15
1310/16 1320/17
1320/21 1348/25
**won't [1]** 1351/5
**word [9]** 1316/7
1333/2 1352/11
1360/12 1360/13
1361/14 1362/1
1364/18 1375/25
**words [1]** 1356/3
**work [9]** 1319/13
1354/9 1354/24
1366/16 1382/18
1382/22 1383/3 1393/7
1394/24
**worries [1]** 1335/9
**worse [2]** 1366/11
1366/21
**worst [1]** 1341/8
**worth [34]** 1319/9

319/14 1321/15
1351/4 1352/18
1353/13 1353/17
1353/19 1353/21
1353/23 1355/9
1355/16 1356/22
1357/1 1357/9 1358/15
1358/24 1360/7
1360/20 1360/21
1360/25 1361/5
1361/24 1363/5
1366/12 1366/22
1369/5 1369/8 1377/1
1377/5 1377/9 1377/21
1386/15 1392/11
**worthiness [2]**
1337/12 1337/13
**would [59]** 1309/12
1309/15 1309/15
1310/3 1310/5 1310/5
1312/8 1312/14
1320/12 1320/16
1328/6 1329/24
1331/11 1333/11
1333/13 1334/8
1334/14 1338/1 1338/7
1338/9 1338/11
1338/13 1338/25
1339/13 1343/4
1343/25 1344/11
1351/3 1352/25
1353/14 1354/7 1354/9
1355/19 1356/14
1357/18 1358/14
1358/18 1360/13
1364/23 1365/9
1365/14 1365/18
1365/20 1371/1
1372/10 1373/23
1374/10 1374/11
1374/24 1375/14
1377/1 1381/4 1386/8
1388/10 1390/4 1390/4
1393/16 1393/20
1393/25
**wouldn't [1]** 1364/17
**writedowns [1]**
1371/11
**writeups [1]** 1371/11
**written [3]** 1318/11
1371/13 1371/14
**wrong [5]** 1311/19
1313/7 1316/18
1316/21 1318/1

# Y

**Yeah [6]** 1316/20
1317/13 1324/23
1326/8 1347/14
1347/16
**year [16]** 1312/6
1312/12 1312/19
1314/5 1322/18
1323/13 1324/2 1324/9
1324/24 1325/7
1327/19 1332/15
1340/9 1341/1 1350/3
1350/21
**years [5]** 1311/23
1312/1 1351/25
1374/22 1377/19
**yes [175]**
**yesterday [27]**
1309/10 1311/1 1311/4
1311/15 1313/24
1315/2 1315/20
1315/20 1320/17
1321/1 1323/15
1327/21 1328/10
1328/21 1353/20
1357/15 1363/24
1367/9 1368/8 1368/23
1370/1 1370/14
1371/10 1376/10
1385/11 1386/1
1389/13
**yesterday's [2]**
1361/19 1368/17
**yet [7]** 1316/17 1341/4
1341/23 1341/24
1344/7 1346/17
1389/10
**yield [7]** 1387/4 1387/5
1387/6 1387/7 1387/13
1387/14 1388/5
**York [2]** 1307/7
1307/11
**you [317]**
**you'd [1]** 1316/18
**you've [6]** 1318/11
1321/1 1321/20 1331/5
1336/3 1361/2
**your [86]** 1309/7
1309/21 1310/10
1310/11 1310/12
1310/18 1310/19
1311/1 1311/3 1312/23
1313/1 1313/9 1315/25
1316/1 1316/7 1318/21

1319/4 1319/19
1319/23 1320/8
1320/11 1320/16
1325/2 1326/2 1330/16
1331/20 1331/23
1333/1 1334/14
1336/11 1338/17
1340/16 1342/10
1343/11 1345/10
1346/6 1348/14
1348/25 1349/5
1350/11 1352/11
1353/25 1354/3 1354/7
1354/23 1355/13
1355/17 1356/25
1358/23 1360/11
1360/13 1361/14
1362/1 1362/15
1363/17 1364/1
1364/14 1367/3
1368/21 1370/11
1373/11 1375/13
1376/12 1377/3
1377/24 1378/11
1378/15 1378/21
1379/21 1383/15
1387/21 1388/3 1388/8
1388/20 1392/17
1392/24 1393/4
1393/11 1393/12
1393/15 1394/9
1394/11 1394/18
1395/2 1395/5 1395/19
**Your Honor [31]**
1309/7 1309/21
1310/10 1310/12
1310/19 1315/25
1316/1 1320/11
1330/16 1331/20
1334/14 1340/16
1342/10 1343/11
1348/25 1349/5
1350/11 1367/3
1387/21 1388/3 1388/8
1388/20 1392/24
1393/4 1393/11
1393/12 1394/11
1394/18 1395/2 1395/5
1395/19