# UNITED STATES DISTRICT COURT
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*,<br>Plaintiffs,<br>v.<br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br>Defendants. | Case No. 1:13-cv-1053 (RCL) |
| In re: Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Case No. 1:13-mc-1288 (RCL)<br><br>**CLASS ACTION** |

## COUNSELS' ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy and have agreed on the exhibits that shall be submitted to the jury during deliberations.

_AUGUST 11, 2023_
**DATE EXHIBITS WENT TO JURY**

**APPROVED BY:**

_[signature]_
**PLAINTIFFS' COUNSEL**

_[signature]_
**DEFENSES' COUNSEL**