CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., et al.,

vs.

FEDERAL HOUSING FINANCE AGENCY, et al.,

Civil No.: 13-CV-1053 (RCL)

In re: Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations

Civil No.: 13-MC-1288 (RCL)

## NOTE FROM JURY

Is the official text of HERA in evidence? Can you tell us the ~~number~~? exhibit number?

Are the 2011 and 2012 FHFA reports to congress in evidence? What are the exhibit numbers?

Date: 8/11/23
Time: 3:46 PM