UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., *et al.*,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>**FEDERAL HOUSING FINANCE AGENCY**, *et al.*,<br><br>　　*Defendants*. | Case No. 1:13-cv-1053-RCL |
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | Case No. 1:13-mc-1288-RCL |
| This document relates to:<br>ALL CASES | <u>CLASS ACTION</u> |

## NOTE TO JURY

In response to your note from Friday, August 11, 2023 at 3:46 p.m.:

First, you asked whether the text of HERA is in evidence, and, if so, what the exhibit number is. Portions of HERA are in evidence. The exhibit numbers are DX 1, DX 11, and DX 58.

Second, you asked whether the 2011 and 2012 FHFA reports to Congress are in evidence, and, if so, what the exhibit numbers are. One excerpt from the 2011 report is in evidence, and the exhibit number is PX 388A. No other portion of either report is in evidence.

Date: August _11_, 2023

Time: _5:10 p.m._

_____
Royce C. Lamberth
United States District Judge

1