CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

FAIRHOLME FUNDS, INC., et al.,

vs.

FEDERAL HOUSING FINANCE AGENCY, et al.,

Civil No.: 13-CV-1053 (RCL)

In re: Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations

Civil No.: 13-MC-1288 (RCL)

### NOTE FROM JURY

We have reached a verdict.

Date: 8/14/23
Time: 1:07 PM