UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, Co., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:13-cv-1053 (RCL) |
| In Re Fannie Mae / Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document relates to:<br>*ALL CASES* | Case No. 1:13-mc-01288 (RCL) |

**DECLARATION OF JOSEPH R. MASON, PH.D. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR DENIAL OF PREJUDGMENT INTEREST FOR FANNIE MAE PREFERRED CLASS AND BERKLEY PLAINTIFFS AND IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR ENTRY OF <u>JUDGMENT WITH PREJUDGMENT INTEREST</u>**

I, Joseph R. Mason, Ph.D., hereby declare as follows:

　　　1.　　I have been retained by Plaintiffs as an expert on damages in the above-captioned litigation. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

　　　2.　　I have been qualified as an expert on damages in this action and I testified at trial in support of Plaintiffs' claims for damages and prejudgment interest. I hereby submit this Declaration in support of Plaintiffs' Opposition to the Defendants' Motion for Denial of

Prejudgment Interest for the Fannie Mae Preferred Class and Berkley Plaintiffs, and in support of Plaintiffs' Cross-Motion for Entry of Judgment with Prejudgment Interest.

3. Following the jury's verdict in this matter, I was asked to compute prejudgment interest on the $299.4 million jury award for the Fannie Mae Junior Preferred Shareholders. More specifically, I was asked to compute interest accruing daily and compounded quarterly for the period from the date of harm (which I believe to be August 17, 2012) through August 23, 2023, the date of this Declaration, and the following 30 days thereafter, at an annual rate of 5% plus the then-prevailing Federal Funds Rate.

4. I performed that calculation by first downloading the daily series of Effective Federal Funds Rates for the relevant period as published by the New York Fed. I then calculated the daily interest accruing to the Fannie Mae Junior Preferred Shareholders at a rate of 500 basis points over each day's Effective Federal Funds Rate, capitalizing the accrued interest at the end of each calendar quarter.

5. The result of my calculation of such compounded amount of interest is that the Fannie Mae Junior Preferred Shareholders are due prejudgment interest on the $299.4 million jury award for the period August 17, 2012 through August 23, 2023 in the amount of $277.9 million. I have also included a table as Appendix A to this Declaration that calculates such interest through the next 30 days.

6. In addition, I was asked to compute the prejudgment interest owed to the class of Fannie Mae Junior Preferred Shareholders if one performs the interest calculation by computing the daily interest accruing to the Fannie Mae Junior Preferred Shareholders at a rate of 500 basis points over each day's Effective Federal Funds Rate without capitalizing the accrued interest at the end of each calendar quarter (which I will refer to as "simple" interest). The result of my

calculations of the simple interest is that the Fannie Mae Junior Preferred Shareholders would be due prejudgment interest under that approach on the $299.4 million jury award for the period August 17, 2012 through August 23, 2023 in the amount of $198.1 million.  I have also included in Appendix A to this Declaration the amounts of such interest through the next 30 days.

7.  I was also asked to research the return on the S&P 500 Index over the past eleven years since August 17, 2012.  An investment of $100.00 on August 17, 2012 in the S&P 500 Index would be worth approximately $309.38 today, which is an increase of 209.38%.  This is a far greater rate of return than the amount of interest to which Plaintiffs would be entitled here under either a compounded or simple interest calculation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of August, 2023.

_____
Joseph R. Mason, Ph.D.

**In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations**
**Appendix A**
**Prejudgment Interest to Fannie Mae Shareholders by Date ($ millions)**

| Date | Compound Interest (1) | Simple Interest (2) |
|---|---|---|
| 8/23/2023 | $277.9 | $198.1 |
| 8/24/2023 | $278.1 | $198.2 |
| 8/25/2023 | $278.2 | $198.3 |
| 8/26/2023 | $278.4 | $198.3 |
| 8/27/2023 | $278.5 | $198.4 |
| 8/28/2023 | $278.7 | $198.5 |
| 8/29/2023 | $278.9 | $198.6 |
| 8/30/2023 | $279.0 | $198.7 |
| 8/31/2023 | $279.2 | $198.8 |
| 9/1/2023 | $279.4 | $198.9 |
| 9/2/2023 | $279.5 | $198.9 |
| 9/3/2023 | $279.7 | $199.0 |
| 9/4/2023 | $279.8 | $199.1 |
| 9/5/2023 | $280.0 | $199.2 |
| 9/6/2023 | $280.2 | $199.3 |
| 9/7/2023 | $280.3 | $199.4 |
| 9/8/2023 | $280.5 | $199.4 |
| 9/9/2023 | $280.6 | $199.5 |
| 9/10/2023 | $280.8 | $199.6 |
| 9/11/2023 | $281.0 | $199.7 |
| 9/12/2023 | $281.1 | $199.8 |
| 9/13/2023 | $281.3 | $199.9 |
| 9/14/2023 | $281.4 | $200.0 |
| 9/15/2023 | $281.6 | $200.0 |
| 9/16/2023 | $281.8 | $200.1 |
| 9/17/2023 | $281.9 | $200.2 |
| 9/18/2023 | $282.1 | $200.3 |
| 9/19/2023 | $282.2 | $200.4 |
| 9/20/2023 | $282.4 | $200.5 |
| 9/21/2023 | $282.6 | $200.6 |
| 9/22/2023 | $282.7 | $200.6 |

**Notes**
(1) Prejudgement interest is calculated using 5.0 percent plus the daily prevailing federal funds rate and compounded quarterly. For dates from 8/23/2023 through 9/22/2023, I apply the federal funds rate as of 8/22/2023.
(2) Prejudgement interest is calculated using 5.0 percent plus the daily prevailing federal funds rate as simple interest.