# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, Co., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Case No. 1:13-cv-1053 (RCL) |
| In Re Fannie Mae / Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Case No. 1:13-mc-01288 (RCL) |

This document relates to:
*ALL CASES*

## [PROPOSED] ORDER GRANTING PLAINTIFFS' CROSS-MOTION FOR ENTRY OF JUDGMENT WITH PREJUDGMENT INTEREST

Upon consideration of Defendants' Motion for Denial of Prejudgment Interest for Fannie Mae Preferred Class and Berkley Plaintiffs, and Plaintiffs' Cross-Motion for Entry of Judgment with Prejudgment Interest to be compounded quarterly, it is hereby:

**ORDERED** that Defendants' motion is **DENIED** and Plaintiffs' motion is **GRANTED**. IT IS SO ORDERED.

Dated: _____

_____
ROYCE C. LAMBERTH
United States District Judge