# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　Defendants. | Case No. 13-cv-1053-RCL |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 13-mc-1288-RCL |

## CONSENT MOTION BY DEFENDANTS TO EXTEND THE BRIEFING SCHEDULE ON MOTIONS REGARDING PREJUDGMENT INTEREST

　　Defendants respectfully request that the Court extend the briefing schedule for (i) Defendants' Motion for Denial of Prejudgment Interest for Fannie Mae Preferred Class and Berkley Plaintiffs (ECF No. 405 (No. 1:13-cv-01053); ECF No. 395 (No. 1:13-mc-01288)), and (ii) Plaintiffs' Cross-Motion for Entry of Judgment with Prejudgment Interest (ECF No. 407 (No. 1:13-cv-01053); ECF No. 397 (No. 1:13-mc-01288)).  Plaintiffs have represented that they consent to the relief requested in this motion.

　　In support of this motion, Defendants state:

　　1.　　On August 15, 2023, Defendants filed their Motion for Denial of Prejudgment Interest for Fannie Mae Preferred Class and Berkley Plaintiffs ("Defendants' Motion").

2.     On August 23, 2023, Plaintiffs filed their combined opposition to Defendants' Motion and Cross-Motion for Entry of Judgment with Prejudgment Interest ("Plaintiffs' Cross-Motion").

3.     Under Local Civil Rule 7, the deadline for Defendants to file a reply in support of Defendants' Motion is August 30, 2023, and the deadline for Defendants to file an opposition to Plaintiffs' Cross-Motion is September 6, 2023.

4.     To facilitate the filing of a combined reply in support of Defendants' motion and opposition to Plaintiffs' Cross-Motion, Defendants respectfully request a 7-day extension for their reply brief in support of Defendants' Motion—from August 30, 2023, to September 6, 2023—as well as a 5-day enlargement of Plaintiffs' time to file a reply in support of Plaintiffs' Cross-Motion—from September 13, 2023, to September 18, 2023.

5.     Undersigned counsel for Defendants have conferred with counsel for Plaintiffs, who have represented that Plaintiffs consent to the relief requested in this motion.

6.     A proposed order granting the requested relief is attached hereto.

Dated: August 29, 2023

Respectfully submitted,

/s/ *Asim Varma*
Asim Varma (D.C. Bar # 426364)
Jonathan L. Stern (D.C. Bar # 375713)
David B. Bergman (D.C. Bar # 435392)
Ian S. Hoffman (D.C. Bar # 983419)
R. Stanton Jones (D.C. Bar # 987088)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, D.C. 20001
(202) 942-5000
Asim.Varma@arnoldporter.com
Jonathan.Stern@arnoldporter.com
David.Bergman@arnoldporter.com
Ian.Hoffman@arnoldporter.com
Stanton.Jones@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency*

/s/ *Michael J. Ciatti*
Michael J. Ciatti (D.C. Bar # 467177)
KING & SPALDING LLP
1700 Pennsylvania Ave. N.W.
Washington, DC 20006
Tel: (202) 661-7828
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorney for the Federal Home Loan Mortgage Corp.*

/s/ *Meaghan VerGow*
Meaghan VerGow (D.C. Bar # 977165)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Attorney for the Federal National Mortgage Association*