**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BERKLEY INSURANCE, CO., *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:13-cv-1053 (RCL) |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, | |
| Defendants. | |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | |
| _____ | Case No. 1:13-mc-1288 (RCL) |
| This document relates to: ALL CASES | |

## [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE

This matter comes before the Court on Consent Motion By Defendants to Extend the Briefing Schedule on Motions Regarding Prejudgment Interest, it is hereby **ORDERED** that the briefing schedule for the parties' motions regarding prejudgment interest is amended as follows:

1.      Defendants may file a combined reply in support of Defendants' Motion for Denial of Prejudgment Interest for Fannie Mae Preferred Class and Berkley Plaintiffs, and opposition to Plaintiffs' Cross-Motion for Entry of Judgment with Prejudgment Interest, on or before **September 6, 2023**;

2.      Plaintiffs may file a reply in support of Plaintiffs' Cross-Motion for Entry of Judgment with Prejudgment Interest on or before **September 18, 2023**.

Dated: _____8/31/23_____

_____
ROYCE C. LAMBERTH
United States District Judge