# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BERKLEY INSURANCE, Co., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> _____ <br><br> This document relates to: ALL CASES | Case No. 1:13-mc-1288 (RCL) |

**DECLARATION OF MUKARRAM ATTARI, PH.D.**

I, Mukarram Attari, Ph.D., hereby declare:

1.      I am over 18 years of age and legally competent to make this declaration, which is true and correct and based on my personal knowledge.

2.      I have been retained by Defendants as an expert in the above-captioned litigation.

3.      I was asked to compute prejudgment interest, in the event the Court were to grant such an award, on the $299.4 million jury award for the Fannie Mae Junior Preferred Shareholders.

1

4.      I was asked to compute "simple" (i.e., non-compound) interest accruing daily for the period beginning August 17, 2012 through August 23, 2023, at a fixed annual rate of 5% plus the prevailing Effective Federal Funds Rate as of August 17, 2012.  For this computation of interest, my calculations resulted in the amount of $169.3 million.

5.      I was also asked to compute interest accruing daily and compounded quarterly for the period beginning August 17, 2012 through August 23, 2023, at a fixed annual rate of 5% plus the prevailing Effective Federal Funds Rate as of August 17, 2012.  For this computation of interest, my calculations resulted in the amount of $225.8 million.

6.      The prevailing Effective Federal Funds Rate as of August 17, 2012 was 13 basis points.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of September, 2023

Mukarram Attari, Ph.D.

2