# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288 (RCL) |

## [PROPOSED] ORDER

Upon consideration of (i) Defendants' Motion for Denial of Prejudgment Interest for Fannie Mae Preferred Class and Berkley Plaintiffs ("Defendants' Motion"), and (ii) Plaintiffs' Cross-Motion for Entry of Judgment with Prejudgment Interest ("Plaintiffs' Cross-Motion"), it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED** and Plaintiffs' Cross-Motion is **DENIED**.

Dated: _____                           _____
                                                    ROYCE C. LAMBERTH
                                                    United States District Judge