**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BERKLEY INSURANCE, CO., *et al.*,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>FEDERAL HOUSING FINANCE<br>AGENCY, *et al.*,<br><br>          *Defendants*. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior<br>Preferred Stock Purchase Agreement Class<br>Action Litigations<br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion for Extension of Time to Submit Joint Statement Setting Forth Calculation of Prejudgment Interest and Proposed Order of Final Judgment, it is hereby:

**ORDERED** that the Motion is **GRANTED**.  The deadline for the Parties to submit a joint statement setting forth their calculation of prejudgment interest and a proposed order of final judgment is extended by one week, to November 14, 2023.


Dated: _____                    _____
                                               ROYCE C. LAMBERTH
                                               United States District Judge