# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61542-CIV-UNGARO

*IN RE* BANKATLANTIC BANCORP, INC.
SECURITIES LITIGATION
_____/

### FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 50 and 58, the Verdict at trial, this Court's Order on Defendants' Motion for Judgment as a Matter of Law, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that a FINAL JUDGMENT is entered in favor of Defendants BankAtlantic Bancorp, Inc., James A. White, John E. Abdo, Valerie C. Toalson, Jarett S. Levan, and Alan B. Levan and against Plaintiffs State-Boston Retirement System, Erie County Employees Retirement System, and the class of individuals who purchased the common stock of Defendant BankAtlantic Bancorp, Inc. between November 9, 2005 and October 25, 2007.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of April, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE