# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN RE:   URETHANE ANTITRUST   )
          LITIGATION   )   MDL No:   1616
             )   Case No: 04-md-1616-JWL
             )
This judgment relates to:   )
The Polyether Polyol Cases   )
_____)

## JUDGMENT IN A CIVIL CASE

(x)    JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      IT IS ORDERED AND ADJUDGED pursuant to the Jury Verdict returned on February 20, 2013, and the Memorandum and Order filed on May 15, 2013, that judgment is entered against defendant The Dow Chemical Company and in favor of the plaintiff class, after trebling pursuant to 15 U.S.C. § 15,  in the amount of One Billion, Two Hundred Million, One Hundred Forty-Seven Thousand, One Hundred Seventeen dollars ($1,200,147,117.00), with interest thereon at a rate of 0.11 percent as provided by law.

      IT IS SO ORDERED.

      Dated this 15th day of May, 2013 in Kansas City, Kansas


                            s/ Sharon Scheurer
                            Deputy Clerk for
                            TIMOTHY M. O'BRIEN
                            Clerk of the District Court