UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAIRHOLME FUNDS, INC.**, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**FEDERAL HOUSING FINANCE AGENCY**, *et al.*,<br><br>*Defendants.* | Case No. 1:13-cv-1053-RCL |
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | Case No. 1:13-mc-1288-RCL |
| This Order relates to:<br>ALL CASES | |

## **ORDER**

Having reviewed the parties' Joint Motion for Entry of Final Judgment, ECF No. 417, the Court concludes that a judgment in this case cannot be final and appealable unless the Court has approved a plan of allocation. The Court must therefore **DENY** Plaintiffs' request to enter final judgment at this time. It is further:

**ORDERED** that the parties shall meet and confer regarding Plaintiffs' plan of allocation, and it is further

**ORDERED** that, by December 21, the parties shall submit a written report outlining Plaintiffs' plan of allocation and, if the parties have concerns for which they seek resolution by the Court, proposing a scheduling order for briefing any disputes. If possible, the parties shall submit a single joint report. Otherwise, the parties shall submit separate reports.

1

**IT IS SO ORDERED.**

Date: 12/5/23

Royce C. Lamberth
United States District Judge