# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>        *Defendants.* | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

## JOINT MOTION FOR EXTENSION TO BRIEFING SCHEDULE

The Parties respectfully request a five-day extension to the existing briefing schedule (ECF 412) regarding the proposed Final Judgment and Plan of Allocation.  In support of this request, the parties submit the following:

1.     On December 19, 2023, after meeting and conferring regarding these matters by email correspondence and by videoconference on December 18, 2023, Plaintiffs sent Defendants their Proposed Order Governing Plan of Allocation and a Proposed Final Judgment approving that plan.

2.     On December 22, 2023, this Court entered a scheduling order directing the parties to meet and confer regarding any additional areas of dispute.

3.      On December 26, 2023, Defendants requested additional information and caselaw from Plaintiffs regarding one aspect of the plan of allocation.

4.      On December 29, 2023, Plaintiffs provided the additional information and caselaw to Defendants via email, to which Defendants responded on January 2, 2024.

5.      On January 10, 2024, the parties held a lengthy meet and confer via Zoom in which they discussed multiple issues regarding the proposed Judgment and Plan of Allocation.

6.      On January 11, 2024, Defendants provided additional information and caselaw to Plaintiffs to consider.  Plaintiffs' counsel and Defendants' counsel also held additional phone calls to continue the meet and confer process.

7.      On January 12, 2024, Plaintiffs provided revised, redlined versions of the Proposed Judgment and Plan of Allocation to Defendants.

8.      Given the federal holiday on Monday, January 15, 2024, Defendants responded to Plaintiffs' proposed revisions on Tuesday, January 16, 2024.

9.      On Tuesday evening, January 16, 2024, Plaintiffs replied to Defendants' submission and requested additional information regarding the specific outstanding issues so that the parties may narrow and brief any final remaining dispute(s) for the Court.

As indicated in a prior submission (ECF 411), the Parties recognize that there are some areas of agreement and some areas of dispute that will need to be briefed before entry of a final judgment. The parties estimate that a five-day extension will be sufficient to complete the briefing.

Accordingly, the Parties request that the Court modify the existing scheduling order as follows:

- On or before **January 22, 2024**, Plaintiffs shall file their motion for approval of their Proposed Plan of Allocation and for entry of their Proposed Final Judgment.

- Defendants shall file any opposition to the motion by **February 5, 2024**.

- Plaintiffs shall file any reply in support of the motion by **February 12, 2024**.

[Signatures on following pages]

Dated: January 17, 2024

/s/ Asim Varma

Asim Varma (D.C. Bar #426364)
Jonathan L. Stern (D.C. Bar #375713)
David B. Bergman (D.C. Bar #435392)
Ian S. Hoffman (D.C. Bar #983419)
R. Stanton Jones (D.C. Bar #987088)
**ARNOLD & PORTER KAYE
    SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Tel.: (202) 942-5000
Fax: (202) 942-5999
Asim.Varma@arnoldporter.com
Jonathan.Stern@arnoldporter.com
David.Bergman@arnoldporter.com
Ian.Hoffman@arnoldporter.com
Stanton.Jones@arnoldporter.com

*Attorneys for Defendant Federal Housing
Finance Agency*

/s/ Michael J. Ciatti

Michael J. Ciatti (D.C. Bar #467177)
**KING & SPALDING LLP**
1700 Pennsylvania Ave. NW
Washington, DC 20006
Tel.: (202) 661-7828
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorney for the Federal Home Loan
Mortgage Corp.*

/s/ Meaghan VerGow

Meaghan VerGow (D.C. Bar #977165)
**O'MELVENY & MYERS LLP**
1625 Eye St. NW
Washington, DC 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Attorney for the Federal National Mortgage
Association*

Respectfully submitted,

/s/ Eric L. Zagar

Eric L. Zagar (*Pro Hac Vice*)
**KESSLER TOPAZ
    MELTZER & CHECK, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

Hamish P.M. Hume (Bar No. 449914)
Samuel C. Kaplan (Bar No. 463350)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave. NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
skaplan@bsfllp.com

Michael J. Barry (*Pro Hac Vice*)
**GRANT & EISENHOFER, P.A.**
123 Justison Street
Wilmington, DE 19801
Tel.: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

Adam Wierzbowski (*Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
adam@blbglaw.com

*Co-Lead Counsel for the Class*

/s/ Charles J. Cooper
_____

Charles J. Cooper (Bar No. 24870)
David H. Thompson (Bar No. 450503)
Vincent J. Colatriano (Bar No. 429562)
Peter A. Patterson (Bar No. 998668)
Brian W. Barnes (*Pro Hac Vice*)
**COOPER & KIRK, PLLC**
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Berkley Plaintiffs, et al.*