UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>*Defendants.* | Case No. 1:13-cv-1053-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288-RCL |

## ~~PROPOSED~~ ORDER

Upon consideration of the Parties' Joint Motion for Extension to Briefing Schedule, the Court hereby **ORDERS** the following:

1. On or before **January 22, 2024**, Plaintiffs shall file their motion for approval of their Proposed Plan of Allocation and for entry of their Proposed Final Judgment.

2. Defendants ~~shall~~ file any opposition to the motion by **February 5, 2024**.

3. Plaintiffs shall file any reply in support of the motion by **February 12, 2024**.

Dated: 1/18/24

HON. ROYCE C. LAMBERTH