*Exhibit C*

## Exhibit C

**In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations**
**Prejudgment Interest to Fannie Mae Shareholders ($ millions) Through 3/31/2024**

| Date | Damages | Rate (1) | PJI |
|---|---|---|---|
| 12/20/2023 | 299.4 | 5.75% | $195.36 |
| 12/21/2023 | 299.4 | 5.75% | $195.41 |
| 12/22/2023 | 299.4 | 5.75% | $195.45 |
| 12/23/2023 | 299.4 | 5.75% | $195.50 |
| 12/24/2023 | 299.4 | 5.75% | $195.55 |
| 12/25/2023 | 299.4 | 5.75% | $195.60 |
| 12/26/2023 | 299.4 | 5.75% | $195.64 |
| 12/27/2023 | 299.4 | 5.75% | $195.69 |
| 12/28/2023 | 299.4 | 5.75% | $195.74 |
| 12/29/2023 | 299.4 | 5.75% | $195.79 |
| 12/30/2023 | 299.4 | 5.75% | $195.83 |
| 12/31/2023 | 299.4 | 5.75% | $195.88 |
| 1/1/2024 | 299.4 | 5.75% | $195.93 |
| 1/2/2024 | 299.4 | 5.75% | $195.97 |
| 1/3/2024 | 299.4 | 5.75% | $196.02 |
| 1/4/2024 | 299.4 | 5.75% | $196.07 |
| 1/5/2024 | 299.4 | 5.75% | $196.12 |
| 1/6/2024 | 299.4 | 5.75% | $196.16 |
| 1/7/2024 | 299.4 | 5.75% | $196.21 |
| 1/8/2024 | 299.4 | 5.75% | $196.26 |
| 1/9/2024 | 299.4 | 5.75% | $196.30 |
| 1/10/2024 | 299.4 | 5.75% | $196.35 |
| 1/11/2024 | 299.4 | 5.75% | $196.40 |
| 1/12/2024 | 299.4 | 5.75% | $196.45 |
| 1/13/2024 | 299.4 | 5.75% | $196.49 |
| 1/14/2024 | 299.4 | 5.75% | $196.54 |
| 1/15/2024 | 299.4 | 5.75% | $196.59 |
| 1/16/2024 | 299.4 | 5.75% | $196.63 |
| 1/17/2024 | 299.4 | 5.75% | $196.68 |
| 1/18/2024 | 299.4 | 5.75% | $196.73 |
| 1/19/2024 | 299.4 | 5.75% | $196.78 |
| 1/20/2024 | 299.4 | 5.75% | $196.82 |
| 1/21/2024 | 299.4 | 5.75% | $196.87 |

| Date | Amount | Rate | Interest |
|---|---|---|---|
| 1/22/2024 | 299.4 | 5.75% | $196.92 |
| 1/23/2024 | 299.4 | 5.75% | $196.96 |
| 1/24/2024 | 299.4 | 5.75% | $197.01 |
| 1/25/2024 | 299.4 | 5.75% | $197.06 |
| 1/26/2024 | 299.4 | 5.75% | $197.11 |
| 1/27/2024 | 299.4 | 5.75% | $197.15 |
| 1/28/2024 | 299.4 | 5.75% | $197.20 |
| 1/29/2024 | 299.4 | 5.75% | $197.25 |
| 1/30/2024 | 299.4 | 5.75% | $197.29 |
| 1/31/2024 | 299.4 | 5.75% | $197.34 |
| 2/1/2024 | 299.4 | 5.75% | $197.39 |
| 2/2/2024 | 299.4 | 5.75% | $197.44 |
| 2/3/2024 | 299.4 | 5.75% | $197.48 |
| 2/4/2024 | 299.4 | 5.75% | $197.53 |
| 2/5/2024 | 299.4 | 5.75% | $197.58 |
| 2/6/2024 | 299.4 | 5.75% | $197.62 |
| 2/7/2024 | 299.4 | 5.75% | $197.67 |
| 2/8/2024 | 299.4 | 5.75% | $197.72 |
| 2/9/2024 | 299.4 | 5.75% | $197.77 |
| 2/10/2024 | 299.4 | 5.75% | $197.81 |
| 2/11/2024 | 299.4 | 5.75% | $197.86 |
| 2/12/2024 | 299.4 | 5.75% | $197.91 |
| 2/13/2024 | 299.4 | 5.75% | $197.95 |
| 2/14/2024 | 299.4 | 5.75% | $198.00 |
| 2/15/2024 | 299.4 | 5.75% | $198.05 |
| 2/16/2024 | 299.4 | 5.75% | $198.10 |
| 2/17/2024 | 299.4 | 5.75% | $198.14 |
| 2/18/2024 | 299.4 | 5.75% | $198.19 |
| 2/19/2024 | 299.4 | 5.75% | $198.24 |
| 2/20/2024 | 299.4 | 5.75% | $198.28 |
| 2/21/2024 | 299.4 | 5.75% | $198.33 |
| 2/22/2024 | 299.4 | 5.75% | $198.38 |
| 2/23/2024 | 299.4 | 5.75% | $198.43 |
| 2/24/2024 | 299.4 | 5.75% | $198.47 |
| 2/25/2024 | 299.4 | 5.75% | $198.52 |
| 2/26/2024 | 299.4 | 5.75% | $198.57 |
| 2/27/2024 | 299.4 | 5.75% | $198.61 |
| 2/28/2024 | 299.4 | 5.75% | $198.66 |
| 2/29/2024 | 299.4 | 5.75% | $198.71 |
| 3/1/2024 | 299.4 | 5.75% | $198.76 |

| Date | | | |
|---|---|---|---|
| 3/2/2024 | 299.4 | 5.75% | $198.80 |
| 3/3/2024 | 299.4 | 5.75% | $198.85 |
| 3/4/2024 | 299.4 | 5.75% | $198.90 |
| 3/5/2024 | 299.4 | 5.75% | $198.95 |
| 3/6/2024 | 299.4 | 5.75% | $198.99 |
| 3/7/2024 | 299.4 | 5.75% | $199.04 |
| 3/8/2024 | 299.4 | 5.75% | $199.09 |
| 3/9/2024 | 299.4 | 5.75% | $199.13 |
| 3/10/2024 | 299.4 | 5.75% | $199.18 |
| 3/11/2024 | 299.4 | 5.75% | $199.23 |
| 3/12/2024 | 299.4 | 5.75% | $199.28 |
| 3/13/2024 | 299.4 | 5.75% | $199.32 |
| 3/14/2024 | 299.4 | 5.75% | $199.37 |
| 3/15/2024 | 299.4 | 5.75% | $199.42 |
| 3/16/2024 | 299.4 | 5.75% | $199.46 |
| 3/17/2024 | 299.4 | 5.75% | $199.51 |
| 3/18/2024 | 299.4 | 5.75% | $199.56 |
| 3/19/2024 | 299.4 | 5.75% | $199.61 |
| 3/20/2024 | 299.4 | 5.75% | $199.65 |
| 3/21/2024 | 299.4 | 5.75% | $199.70 |
| 3/22/2024 | 299.4 | 5.75% | $199.75 |
| 3/23/2024 | 299.4 | 5.75% | $199.79 |
| 3/24/2024 | 299.4 | 5.75% | $199.84 |
| 3/25/2024 | 299.4 | 5.75% | $199.89 |
| 3/26/2024 | 299.4 | 5.75% | $199.94 |
| 3/27/2024 | 299.4 | 5.75% | $199.98 |
| 3/28/2024 | 299.4 | 5.75% | $200.03 |
| 3/29/2024 | 299.4 | 5.75% | $200.08 |
| 3/30/2024 | 299.4 | 5.75% | $200.12 |
| 3/31/2024 | 299.4 | 5.75% | $200.17 |

**Notes**

(1) Prejudgement interest is calculated as fixed simple interest, using 5.0 percent plus the Federal Reserve Discount Rate as of 8/17/2012.