# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>    Defendants. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288 (RCL) |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Entry of Final Judgment and Plan of Allocation, Defendants' opposition, and any reply thereto, it is hereby:

**ORDERED** that Plaintiffs' Motion is **DENIED**.


Dated: _____                           _____
                                                    ROYCE C. LAMBERTH
                                                    United States District Judge