**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BERKLEY INSURANCE, CO., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Defendants. | Case No. 1:13-cv-01053 (RCL) |
| In re Fannie Mae / Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations <br><br> _____ <br><br> This document relates to: <br> ALL CASES | Case No. 1:13-mc-01288 (RCL) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED**
**MOTION FOR AN ENLARGEMENT OF THE PAGE LIMITATION**

The Court, having considered Defendants' Unopposed Motion for an Enlargement of the Page Limitation for Their Renewed Motion for Judgment As a Matter of Law, and for good cause, hereby ORDERS and DECREES as follows:

Defendants' renewed motion for judgment as a matter of law, to be filed on April 17, 2024, shall not exceed fifty-five pages in length.

IT IS SO ORDERED.

This _____ day of _____, 2024.

_____
THE HONORABLE ROYCE C. LAMBERTH