# EXHIBIT E

# Third Amendment: Event Study



February 25, 2021



**Exhibit 0021**

Protected Information To Be Disclosed Only In Accordance With Protective Order

# Overview

- On August 17, 2012, Treasury and the GSEs amended the SPSPA for the third time ("Third Amendment").
    - The value of Fannie Mae and Freddie Mac's common and junior preferred stock decreased by $847 and $831 million respectively.
    - The value of Fannie Mae and Freddie Mac's debt increased by $152 and $499 million respectively.

- Equity values of Fannie Mae and Freddie Mac increased significantly a week before the Third Amendment upon the Q2 2012 earnings release.

- Price of the common stock recovered in September 2012 and that of the junior preferred stocks recovered during October 2012.

- Agency bond spreads decreased during the second half of 2012.



1  **Privileged and Confidential**
   **Prepared at the Request of Counsel**

**Preliminary Work Product**
**Draft – Subject to Revision**

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0119087

# Common and Junior Preferred Stock: *Fannie Mae*

 **Privileged and Confidential**
**Prepared at the Request of Counsel**

**Preliminary Work Product**
**Draft – Subject to Revision**

CRA Charles River Associates

Protected Information To Be Disclosed Only In Accordance With Protective Order

# Common and Junior Preferred Stock: *Freddie Mac*



3  **Privileged and Confidential**
**Prepared at the Request of Counsel**

**Preliminary Work Product**
**Draft – Subject to Revision**

CRA Charles River Associates

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0119089

# Change in equity and debt values around the Third Amendment

- We consider four periods in calculating the impact of the Third Amendment on the value of Fannie and Freddie's common equity, junior preferred equity, and debt.



4   **Privileged and Confidential**
    **Prepared at the Request of Counsel**

**Preliminary Work Product**
**Draft – Subject to Revision**



Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0119090

# Common and Junior Preferred Stock: *Change in value in four periods*

| Date | Fannie Mae ($ million) | | | Freddie Mac ($ million) | | | |
|---|---|---|---|---|---|---|---|
| | Common | Junior Preferred | Total | Common | Junior Preferred | Total | |
| 8/16/2012 | 342 | 1,459 | 1,801 | 195 | 1,274 | 1,469 | On the date of Third Amendment |
| 8/17/2012 | 273 | 680 | 954 | 150 | 488 | 637 | |
| Change | -68 | -779 | -847 | -46 | -786 | -831 | |
| 8/16/2012 | 342 | 1,459 | 1,801 | 195 | 1,274 | 1,469 | Prior to Third Amendment until FHFA projections update |
| 10/25/2012 | 308 | 1,010 | 1,318 | 170 | 778 | 947 | |
| Change | -33 | -449 | -483 | -25 | -496 | -522 | |
| 8/16/2012 | 342 | 1,459 | 1,801 | 195 | 1,274 | 1,469 | Prior to Third Amendment until Q3 2012 earnings release |
| 11/5/2012 | 312 | 1,130 | 1,442 | 170 | 876 | 1,047 | |
| Change | -30 | -329 | -359 | -25 | -398 | -422 | |
| 8/6/2012 | 279 | 1,120 | 1,399 | 154 | 906 | 1,061 | Prior to Q2 2012 earnings release until Q3 2012 earnings release |
| 11/5/2012 | 312 | 1,130 | 1,442 | 170 | 876 | 1,047 | |
| Change | 33 | 9 | 42 | 16 | -30 | -14 | |



5   **Privileged and Confidential**
**Prepared at the Request of Counsel**

**Preliminary Work Product**
**Draft – Subject to Revision**

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0119091

PX-0375 - p. 6 of 16

# Debt: *Agency bonds index*

## Credit Suisse Liquid US Agency Index (LUAI)

The Credit Suisse Liquid US Agency Index (LUAI) is a composite of liquid, tradable issues from US agencies with large programmatic issuance programs. Programmatic issuance is defined by a minimum of consistent quarterly issuance over one year. Currently, the index includes Fannie Mae notes and bonds, Freddie Mac reference notes, and the Federal Home Loan Bank Global Debt Program.

**Figure 11: CS Liquid US Agency Index (LUAI) Inclusion Rules**

| | |
|---|---|
| Currency | USD |
| Securities | Bullet structures; fixed, non-zero coupon bonds only. Non-subordinated issues only. |
| Minimum Outstanding | $3 billion for maturities of 11 years or less; $1 billion for maturities longer than 11 years. |
| Index Pricing | Calculated each trading day using third-party vendor pricing. |
| Rebalancing | Index composition is updated once a month on the first business day of the month. All new issues must settle prior to the first business day of the month to be included in the index. |
| Maturity Breakdown | 1-3, 3-5, 5-7, 7-10, 10+ years |
| Index Inception | 1/3/2000 |
| Index Launch Date | 2/3/2003 |
| Coupon Reinvestment | USD 1M LIBOR rate |
| Minimum Maturity | Bonds must have at least one year remaining to maturity. |
| Trading & Settlement | Bonds are traded on a clean price basis and adhere to local settlement conventions. |
| Transaction Cost | The index does not take transaction costs (bid-offer spreads) into account. |
| Website | https://plus.credit-suisse.com/usgi/home.aspx |
| Bloomberg Ticker | CSBG <GO> |

Source: Credit Suisse



6   **Privileged and Confidential**                    **Preliminary Work Product**
    **Prepared at the Request of Counsel**             **Draft – Subject to Revision**

Protected Information To Be Disclosed Only In Accordance With Protective Order                    FHFA-DDC-0119092

PX-0375 - p. 7 of 16

# Debt: *Agency bonds index*



Credit Suisse Liquid US Agency 3-5 Year Spread over Benchmark

August 16, 2012

7   **Privileged and Confidential**
    **Prepared at the Request of Counsel**

**Preliminary Work Product**
**Draft – Subject to Revision**

CRA Charles River Associates

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0119093

# Debt: *Median spread of GSE bonds*





8 **Privileged and Confidential**
**Prepared at the Request of Counsel**

**Preliminary Work Product**
**Draft – Subject to Revision**

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0119094

# Debt: *Change in debt value from the date prior to the Third Amendment until the Q3 2012 earnings*

|  | Fannie Mae | Freddie Mac |
|---|---|---|
| Change in spread (bps) | -4.0 | -10.1 |
| Median Maturity of benchmark bonds (years) | 3 | 4 |
| Face Value of Debt ($ millions) | 659,389 | 581,743 |
| Change in debt value ($ millions) | 790 | 2,374 |

**Notes and sources:**

- Change in value of debt = Change in spread (%) X Median Maturity of benchmark bonds X Face Value of debt
    - For example: Fannie Mae's change in debt value is equal to 0.04% X 3 X $659,389 million= $790 million
- Median maturity of Fannie and Freddie's benchmark bonds is 3 years and 4 years; remaining maturity of benchmark bonds as of 8/16/2012, Bloomberg.
- Face value of Fannie's debt is equal to $659 billion as of Q2 2012; Fannie Mae, Form 10-Q for the quarterly period ended June 30, 2012, p. 39.
- Face value of Freddie's debt is equal to $582 billion as of Q2 2012; Freddie Mac, Form 10-Q for the quarterly period ended June 30, 2012, p. 107.



9   **Privileged and Confidential**
    **Prepared at the Request of Counsel**

**Preliminary Work Product**
**Draft – Subject to Revision**

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0119095

## Debt: *Change in debt value in four periods*

| | Fannie Mae | Freddie Mac | |
|---|---|---|---|
| Change in spread (bps) | -0.8 | -2.1 | On the date of Third Amendment |
| Change in debt value ($ millions) | 152 | 499 | |
| Change in spread (bps) | -3.9 | -7.4 | Prior to Third Amendment until FHFA projections update |
| Change in debt value ($ millions) | 764 | 1,728 | |
| Change in spread (bps) | -4.0 | -10.1 | Prior to Third Amendment until Q3 2012 earnings |
| Change in debt value ($ millions) | 790 | 2,374 | |
| Change in spread (bps) | -6.1 | -11.7 | Prior to Q2 2012 earnings until Q3 2012 earnings |
| Change in debt value ($ millions) | 1,204 | 2,744 | |

Notes:
1. Change in value of debt = Change in spread (%) X Median Maturity of benchmark bonds X Value of debt
2. Median maturity of Fannie and Freddie's benchmark bonds is 3 years and 4 years as of 8/16/2012 respectively; remaining maturity of benchmark bonds as of 8/16/2012, Bloomberg.
3. Value of Fannie and Freddie's debt is $659 billion and $582 billion as of Q2 2012 respectively.



10  **Privileged and Confidential**
    Prepared at the Request of Counsel

**Preliminary Work Product**
Draft – Subject to Revision

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0119096

# Total change in GSEs' debt and equity

|  | On the date of Third Amendment | Prior to Third Amendment until FHFA projections update | Prior to Third Amendment until Q3 2012 earnings | Prior to Q2 2012 earnings until Q3 2012 earnings |
|---|---|---|---|---|
| **Fannie Mae** |  |  |  |  |
| Change in value of debt ($ millions) | 152 | 764 | 790 | 1,204 |
| Change in equity value ($ millions) | -847 | -483 | -359 | 42 |
| **Total change ($ millions)** | **-695** | **281** | **431** | **1,246** |
| **Freddie Mac** |  |  |  |  |
| Change in value of debt ($ millions) | 499 | 1,728 | 2,374 | 2,744 |
| Change in equity value ($ millions) | -831 | -522 | -422 | -14 |
| **Total change ($ millions)** | **-332** | **1,207** | **1,952** | **2,730** |



11  **Privileged and Confidential**
**Prepared at the Request of Counsel**

**Preliminary Work Product**
**Draft – Subject to Revision**

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0119097

# Q2 2012 earnings: *Change in equity and debt value*

- Fannie Mae and Freddie Mac released their Q2 2012 earnings on 8/7/2012 and 8/8/2012 respectively.
- The value of debt and equity for Fannie Mae and Freddie Mac increased by $522 million and $483 million respectively.

|  | Fannie Mae ($ millions) | Freddie Mac ($ millions) |
|---|---|---|
| Change in spread (bps) | -0.6 | -0.5 |
| Change in value of debt | 117 | 108 |
| Change in equity value | 406 | 375 |
|     Change in common equity | 72 | 45 |
|     Change in junior preferred equity | 334 | 329 |
| **Total change in debt and equity value** | **522** | **483** |

**Notes:**
1. The change in debt and equity value is calculated between 8/6/2012 and 8/8/2012.



12  **Privileged and Confidential**
    **Prepared at the Request of Counsel**

**Preliminary Work Product**
**Draft – Subject to Revision**

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0119098

# Dates with significant excess returns

| Date | Fannie Mae Equity – Common + Junior preferred | Freddie Mac Equity – Common + Junior Preferred |
|---|---|---|
| 8/7/2012 | 11.1%* | 18.0%* |
| 8/8/2012 | 15.7%* | 14.9%* |
| 8/17/2012 | -47.1%* | -56.8%* |
| 8/20/2012 | -7.0%* | -4.8% |
| 10/10/2012 | 7.6%* | 4.9% |
| 10/15/2012 | 3.7% | 12.9%* |
| 10/16/2012 | 5.3%* | 4.9% |
| 10/17/2012 | 6.3%* | 8.8%* |
| 10/22/2012 | 8.6%* | 8.3%* |

- Based on a market model for a 1-year period from 8/7/2011 to 8/6/2012 (prior to the Q2 2012 earnings)
- Significance of excess returns is based on a 5% level.
- The table shows the dates with significant excess returns during 8/7/2012 to 12/31/2012.



13   **Privileged and Confidential**
     **Prepared at the Request of Counsel**

**Preliminary Work Product**
**Draft – Subject to Revision**

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0119099

# News (1/2)

| Date | News |
|---|---|
| 8/7/2012 | Freddie Mac issues 2Q earnings release reporting net income of $3.0 billion, making it the first profitable quarter since 1Q2011, and the second quarter since 2008 that it has not required a draw from the Treasury. |
| | Fannie Mae releases results from its July 2012 National Housing Survey, showing that although *"consumers' attitudes about their household finances remain cautious in this month's survey… consumer expectations regarding housing largely continue to be upbeat."* (Doug Duncan, Fannie Mae chief economist) |
| 8/8/2012 | Fannie Mae issues 2Q earnings release reporting net income of $5.1 billion, making it the second straight quarterly profit after a 10-quarter loss streak. Fannie Mae president and CEO says that *"[w]hile it is too early to declare a national housing recovering… we expect our financial results in 2012 to be substantially better than the past few years."* |
| | Freddie Mac releases August 2012 U.S. Economic and Housing Market Outlook showing that the U.S. House Price Index saw a quarterly gain of 4.8%, the largest quarterly pick up since 2004. |
| 8/17/2012<br>8/20/2012<br>8/21/2012 | U.S. Treasury announces 3rd amendment terms on 8/17 re Fannie and Freddie, nixing 10% dividend for net worth sweep and requiring accelerated reduction of mortgage holdings. Following announcement, *"the companies' corporate debt price rallied as the new policy alleviated the need for Fannie Mae and Freddie Mac to borrow from the government just to make dividend payments"* and *"preferred [and common] shares lost more than half their value in heavy trading as investors saw the plan as undercutting the ability of either company to ever emerge from government conservatorship as profitable entities."* (Reuters, August 17, 2012) |
| 9/13/2012 | Federal Reserve announces plan to buy $40 billion of MBS a month in latest program to stimulate U.S. economy. Announcement *"topped expectations"* of the market, with a Nomura analyst speculating *"[t]he central bank likely will be buying half of the $140 billion of the mortgage-backed debt that Fannie Mae, Freddie Mac and Ginnie Mae sell each month."* (Wall Street Journal, September 13, 2012) |
| | FHFA Inspector General publishes report saying Freddie Mac will recover up to $3.4 billion after scrutinizing soured loans purchased from US banks. |
| | Fannie Mae releases results from its August 2012 National Housing Survey, showing *"[c]onsumer attitudes toward the housing market remain modestly positive, despite signs of increased concern over the direction of the economy."* (Doug Duncan, Fannie Mae chief economist) |



14  **Privileged and Confidential**
**Prepared at the Request of Counsel**

**Preliminary Work Product**
**Draft – Subject to Revision**

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0119100

# News (2/2)

| Date | News |
|---|---|
| 10/9/2012 | Fannie Mae releases results from its September 2012 National Housing Survey. Fannie Mae chief economist states: *"[c]onsumers are showing increasing faith in the nascent housing recovery… the Federal Reserve's latest round of quantitative easing has caused a large drop in mortgage rate expectations,"* also citing to the positive September jobs report published the Friday prior (10/5) showing unemployment reaching a 3-year low. |
| 10/9/2012 | FHFA releases strategic plan for 2013-2017 subtitled "Preparing a Foundation for a More Efficient and Effective Housing Finance." Fannie Mae and Freddie Mac are expected to continue to support housing finance, but also *"contribute to an increase in the role of private sources in capital in housing finance, ultimately diminishing direct and indirect government support."* Plan includes returning GSEs to "safe and sound" status. |
| 10/15/2012 | Freddie Mac announces the dismissal of class-action lawsuit filed in August 2008 alleging securities fraud. |
| 10/17/2012 | FINRA arbitration panel rules Merrill Lynch must pay $1.34 million to a couple alleging the broker misrepresented the risks of Fannie Mae preferred shares in 2008. |
| 10/17/2012 | FHFA Inspector General publishes report urging Fannie and Freddie to accelerate efforts to recover losses from soured loans and for FHFA to develop foreclosure-sale guidelines. FHFA agrees with report's recommendations, saying it expects to provide new guidance to the GSEs by September 2013. |
| 10/17/2012 | Former CFO of Fannie Mae is dismissed from class-action lawsuit alleging Fannie's former executives and accountants of hiding the company's deteriorating financial condition in 2004. |
| 10/22/2012 | Securities arbitration law firm Klayman & Toskes announces 10/19 after trading hours that it is continuing to investigate the sale of Fannie preferred stock by brokerage firms to their customers. PR Newswire reports that Fannie Mae stock is up 15% midday 10/22, and this news *"may have something to do with [it]."* (PR Newswire, October 22, 2012) |
| 10/26/2012 | FHFA releases updated projections of potential Treasury draws for Fannie Mae and Freddie Mac. Projections show improved outlook: Freddie Mac won't require any more support from the U.S. government, and Fannie will only need additional aid in subsequent years if home prices fall sharply. |



15  **Privileged and Confidential**
    **Prepared at the Request of Counsel**

**Preliminary Work Product**
**Draft – Subject to Revision**

Protected Information To Be Disclosed Only In Accordance With Protective Order

FHFA-DDC-0119101