# EXHIBIT I

Page 1

1         UNITED STATES DISTRICT COURT
             DISTRICT OF COLUMBIA
2

3   _____
                               :
4   In re: Fannie Mae/Freddie  :
    Mac Senior Preferred       :
5   Stock Purchase Agreement   :
    Class Action Litigations   : Misc. Action No.
6                              : 13-mc-1288 (RCL)
    THIS DOCUMENT RELATES TO:  :
7   ALL CASES                  :
    _____:
8
9            Wednesday, April 26, 2023
10
11         Video Deposition of JOSEPH R. MASON,
12   PH.D., with the witness participating remotely
13   via Zoom videoconference from his residence in
14   Woody Creek, Colorado, beginning at 9:37 a.m.
15   Eastern Standard Time, before Ryan K. Black, a
16   Registered Professional Reporter, Certified
17   Livenote Reporter and Notary Public in and for
18   the Commonwealth of Pennsylvania.
19
20
21
22

Page 204

1  economic perspective, that people who purchased
2  their shares pre-Third Amendment and sold them at
3  the bottom after the -- the August 17th annou --
4  announcement were -- were not damaged?
5          MR. WIERZBOWSKI:  Objection to form.
6  Asked and answered now three times.  Calls for a
7  legal conclusion.
8          THE WITNESS:  No.  I agree they were
9  damaged, but they -- they sold their rights to
10 recovery when they sold the shares to the next
11 buyer.  And if that buyer sold to another buyer,
12 those rights were further passed.
13         I -- I understand your concern
14 about "economically unpalatable."  But,
15 nonetheless, this chain and -- is entirely
16 economically incentive-compatible.  There's no
17 double-counting for harm here, there's no lack of
18 compensation as one owner passes their shares to
19 the next, and extinguishing that harm and passing
20 it to the next, as long as we keep things kind of
21 in the same channel here that the Court has laid
22 out.