# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288 (RCL) |

## [PROPOSED] ORDER AND FINAL JUDGMENT

Upon consideration of Defendants' Motion for Judgment as a Matter of Law ("Defendants' Motion"), Plaintiffs' opposition, and any reply thereto, it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED**.

Pursuant to Federal Rule of Civil Procedure 50(b), it is further **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendants.

Dated: _____                    _____
                                              ROYCE C. LAMBERTH
                                              United States District Judge