UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Case No. 1:13-cv-01053 (RCL) |
| In re Fannie Mae / Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations | Case No. 1:13-mc-01288 (RCL) |
| This document relates to:<br>ALL CASES | |

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF THE PAGE LIMITATION

The Court, having considered Defendants' Unopposed Motion for an Enlargement of the Page Limitation for Their Renewed Motion for Judgment As a Matter of Law, and for good cause, hereby ORDERS and DECREES as follows:

Defendants' renewed motion for judgment as a matter of law, to be filed on April 17, 2024, shall not exceed fifty-five pages in length.

IT IS SO ORDERED.

This __23rd__ day of __April__, 2024.

_____
THE HONORABLE ROYCE C. LAMBERTH

1