UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, CO., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>*Defendants*. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288 (RCL) |

**JOINT MOTION FOR SCHEDULING ORDER AND UNOPPOSED MOTION FOR ENLARGEMENT OF THE PAGE LIMITATION FOR OPPOSITION BRIEF**

Plaintiffs and Defendants ("the Parties") jointly request that the Court enter the following scheduling order for the filing of Plaintiffs' Opposition Brief to Defendants' Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(b) (ECF No. 423, the "Motion"), as well as Defendants' Reply Brief thereto.

In support of this Motion, the Parties state:

1. The jury returned a verdict in favor of Plaintiffs on August 14, 2023.

2. Following various motions relating to entry of judgment and the plan of allocation, the Court approved the plan of allocation and entered judgment on March 20, 2024 (ECF No. 428).

3. The Court thereafter granted Defendants' Unopposed Motion for Enlargement of the Page Limitation (ECF 425), which permitted Defendants to file a Motion of up to 55 pages in length due to the complexity of the case and significance of the legal issues at play.

4. On April 17, 2024, Defendants filed the Motion.

5. Thereafter, the parties met and conferred on an appropriate schedule for the Opposition Brief and Reply Brief.

6. The parties respectfully submit that the Court enter the following scheduling order:

- Plaintiffs' Opposition Brief to the Motion shall be due on or before Friday, June 7, 2024.

- Defendants' Reply Brief shall be due on or before Tuesday, July 16, 2024.

7. In addition, Defendants do not oppose Plaintiffs' request for an equivalent enlargement of the page limitation of up to 55 pages.

WHEREFORE, the Parties respectfully request that the Court grant the Joint Motion for Scheduling Order and Unopposed Motion for Enlargement of the Page Limitation for Opposition Brief. A proposed order is being submitted along with this motion.

[Signatures on following pages]

Dated: April 25, 2024

Respectfully submitted,

*/s/ Asim Varma*
Asim Varma (D.C. Bar #426364)
Jonathan L. Stern (D.C. Bar #375713)
David B. Bergman (D.C. Bar #435392)
Ian S. Hoffman (D.C. Bar #983419)
R. Stanton Jones (D.C. Bar #987088)
**ARNOLD & PORTER KAYE
　SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Tel.: (202) 942-5000
Fax: (202) 942-5999
Asim.Varma@arnoldporter.com
Jonathan.Stern@arnoldporter.com
David.Bergman@arnoldporter.com
Ian.Hoffman@arnoldporter.com
Stanton.Jones@arnoldporter.com

*Attorneys for Defendant Federal Housing Finance Agency*

*/s/ Michael J. Ciatti*
Michael J. Ciatti (D.C. Bar #467177)
**KING & SPALDING LLP**
1700 Pennsylvania Ave. NW
Washington, DC 20006
Tel.: (202) 661-7828
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorney for the Federal Home Loan Mortgage Corp.*

*/s/ Meaghan VerGow*
Meaghan VerGow (D.C. Bar #977165)
**O'MELVENY & MYERS LLP**
1625 Eye St. NW
Washington, DC 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Attorney for the Federal National Mortgage Association*

*/s/ Eric L. Zagar*
Eric L. Zagar (*pro hac vice*)
**KESSLER TOPAZ
　MELTZER & CHECK, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

Hamish P.M. Hume (Bar No. 449914)
Samuel C. Kaplan (Bar No. 463350)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave. NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
skaplan@bsfllp.com
hhume@bsfllp.com

Michael J. Barry (*pro hac vice*)
**GRANT & EISENHOFER, P.A.**
123 Justison St.
Wilmington, DE 19801
Tel.: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

Adam Wierzbowski (*pro hac vice*)
**BERNSTEIN LITOWITZ BERGER
　& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
adam@blbglaw.com

*Co-Lead Counsel for the Class*

3

*/s/ Charles J. Cooper*
Charles J. Cooper (Bar No. 24870)
David H. Thompson (Bar No. 450503)
Vincent J. Colatriano (Bar No. 429562)
Peter A. Patterson (Bar No. 998668)
Brian W. Barnes (*Pro Hac Vice*)
John D. Ramer (Bar No. 90002236)
**COOPER & KIRK, PLLC**
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Berkley Plaintiffs, et al.*
