UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE, CO., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>*Defendants*. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-1288 (RCL) |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR SCHEDULING ORDER AND UNOPPOSED MOTION FOR ENLARGEMENT OF THE PAGE LIMITATION FOR OPPOSITION BRIEF**

The Court, having considered the Parties' Joint Motion for Scheduling Order and Unopposed Motion for Enlargement of the Page Limitation for Opposition Brief, and for good cause, hereby ORDERS and DECREES as follows:

1. Plaintiffs' Opposition Brief to Defendants' Motion for Judgment as a Matter of Law (ECF No. 423) shall be due on or before Friday, June 7, 2024. The Opposition brief shall not exceed fifty-five pages in length.

2. Defendants' Reply Brief shall be due on or before Tuesday, July 16, 2024.

IT IS SO ORDERED

This  14th  day of  May , 2024

_____
THE HONORABLE ROYCE C. LAMBERTH