# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| BERKLEY INSURANCE CO., et al., | |
| *Plaintiffs*, | Case No. 1:13-cv-1053-RCL |
| v. | |
| THE FEDERAL HOUSING FINANCE AGENCY, et al., | |
| *Defendants.* | |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 1:13-mc-1288-RCL |
| This document relates to: ALL CASES | |

**JOINT SUBMISSION OF DEPOSITION DESIGNATIONS**
**AS PLAYED DURING TRIAL**

The parties hereby submit the transcripts of the video testimony presented to the jury by deposition designation at trial. The transcripts attached are the following:

**Played in Plaintiffs' Case-in-Chief**

1. Joseph Cacciapalle (Exhibit A)

2. Mukarram Attari, Ph.D. (Exhibit B)

3. Mario Ugoletti (Exhibit C)

4. David Benson (Exhibit D)

5. Timothy Mayopoulos (Exhibit E)

6. James Lockhart (Exhibit F)

1

**Played in Defendants' Case-in-Chief**

7. James Lockhart (Exhibit G)

8. Timothy Mayopoulos (Exhibit H)

9. Donald Layton (Exhibit I)

The parties hereby submit the transcript of the video testimony presented to the jury during the cross-examination of Mr. DeMarco at trial. The following transcript is attached:

10. Edward DeMarco (Exhibit J)

Dated: August 10, 2023

Respectfully submitted,

/s/ *Charles J. Cooper*
Charles J. Cooper (Bar No. 24870)
David H. Thompson (Bar No. 450503)
Vincent J. Colatriano (Bar No. 429562)
Peter A. Patterson (Bar No. 998668)
Brian W. Barnes (*Pro Hac Vice*)
**COOPER & KIRK, PLLC**
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Berkley Plaintiffs, et al.*

/s/ *Eric L. Zagar*
Eric L. Zagar (*Pro Hac Vice*)
**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

Hamish P.M. Hume (Bar No. 449914)
Samuel C. Kaplan (Bar No. 463350)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave. NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
skaplan@bsfllp.com

Michael J. Barry (*Pro Hac Vice*)
**GRANT & EISENHOFER, P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

Robert F. Kravetz (*Pro Hac Vice*)
Adam Wierzbowski (*Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
robert.kravetz@blbglaw.com
adam@blbglaw.com

*Co-Lead Counsel for the Class*

/s/ *Asim Varma*
Asim Varma (D.C. Bar # 426364)
Jonathan L. Stern (D.C. Bar #375713)
David B. Bergman (D.C. Bar # 435392)
Ian S. Hoffman (D.C. Bar # 983419)
R. Stanton Jones (D.C. Bar # 987088)
**ARNOLD & PORTER KAYE SCHOLER
LLP**
601 Massachusetts Ave NW
Washington, DC 20001
(202) 942-5000
Asim.Varma@arnoldporter.com
Jonathan.Stern@arnoldporter.com
David.Bergman@arnoldporter.com
Ian.Hoffman@arnoldporter.com
Stanton.Jones@arnoldporter.com

*Attorneys for Defendant Federal Housing
Finance Agency*

/s/ *Michael J. Ciatti*
Michael J. Ciatti (D.C. Bar #467177)
**KING & SPALDING LLP**
1700 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 661-7828
Fax: (202) 626-3737
mciatti@kslaw.com

*Attorney for the Federal Home Loan
Mortgage Corp.*

/s/ *Meaghan VerGow*
Meaghan VerGow (D.C. Bar # 977165)
**O'MELVENY & MYERS LLP**
1625 Eye St. NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Attorney for the Federal National Mortgage
Association*

# EXHIBIT A

**Cacciapalle_New - As of 07/26/2023**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 5:04 - 5:11 | **Cacciapalle, Joseph 2021-01-28** | 00:00:35 | Cacciapalle_New. |
| | 5:04    THE VIDEOGRAPHER: Good morning. We're going | | 1 |
| | 5:05    on the record at 9:30 a.m. on January 28, 2021. This | | |
| | 5:06    is media unit one of the remote recorded deposition of | | |
| | 5:07    Mr. Joseph Cacciapalle in the matter of in re Fannie | | |
| | 5:08    Mae, Freddie Mac Senior Preferred Stock Purchase | | |
| | 5:09    Agreement, Class Action Litigation, filed in the | | |
| | 5:10    United States District Court, District of Columbia, | | |
| | 5:11    Case No. 13-MC-1288 RCO. | | |
| 9:04 - 9:07 | **Cacciapalle, Joseph 2021-01-28** | 00:00:11 | Cacciapalle_New. |
| | 9:04  Q.  Please state your full name and address for | | 2 |
| | 9:05     the record. | | |
| | 9:06  A.  Joseph Cacciapalle. 100 Glenbrook Road, | | |
| | 9:07     Freehold Township, New Jersey. | | |
| 9:08 - 9:16 | **Cacciapalle, Joseph 2021-01-28** | 00:00:34 | Cacciapalle_New. |
| | 9:08  Q.  Mr. Cacciapalle, give me a background of your | | 3 |
| | 9:09     education after high school, please. | | |
| | 9:10  A.  I attended Lawrence Tech for one year, and | | |
| | 9:11     after that I started working for Merrill Lynch. And I | | |
| | 9:12     went to night school, Allen Park Junior College for a | | |
| | 9:13     while. Years later I came to New York, and I went to | | |
| | 9:14     Pace University, a couple of courses through Merrill | | |
| | 9:15     Lynch. All together I may have two years' worth of | | |
| | 9:16     college credits. | | |
| 10:13 - 11:20 | **Cacciapalle, Joseph 2021-01-28** | 00:02:17 | Cacciapalle_New. |
| | 10:13  Q.  Walk me through your professional career | | 4 |
| | 10:14     please, again, after high school, what jobs you've | | |
| | 10:15     had. | | |
| | 10:16  A.  Let's see. After high school I probably -- I | | |
| | 10:17     worked in a couple of supermarkets, stock boy or | | |
| | 10:18     something like that. I went to work for Merrill Lynch | | |
| | 10:19     in 1961. I stayed there for about five years. I got | | |
| | 10:20     accepted into a training program. I came to New York. | | |
| | 10:21     I think it was '66. I was dropped out of the program | | |
| | 10:22     to be assigned immediately to Grand Rapids, Michigan. | | |
| | 11:01     I spent a couple years in Grand Rapids. | | |
| | 11:02     I left there in, I think, 1968. Transferred | | |
| | 11:03     to New York to assist in a training department. I | | |
| | 11:04     spent a couple years working in training. Then I | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 11:05 transferred over. I had the -- we had a group called | | |
| | 11:06 the operations service handlers. Basically they went | | |
| | 11:07 around to all the offices and audited them to see -- | | |
| | 11:08 to make sure they were doing things properly. | | |
| | 11:09 After that, I was assigned to Rockefeller | | |
| | 11:10 Center office. I was in Rockefeller Center for about | | |
| | 11:11 five years. After that I think I worked on a couple | | |
| | 11:12 projects in the home office. One was -- Merrill Lynch | | |
| | 11:13 was considering -- they were toying with the idea of | | |
| | 11:14 maybe having a discount brokerage firm, and I was | | |
| | 11:15 involved with helping to create that. It never went | | |
| | 11:16 anywhere. It was started, but it never went anywhere. | | |
| | 11:17 I believe after that I went to -- I think I | | |
| | 11:18 transferred to the marketing division. And basically | | |
| | 11:19 that's where I wound up for the rest of my career with | | |
| | 11:20 getting involved with operational matters. | | |
| 12:18 - 13:02 | **Cacciapalle, Joseph 2021-01-28** | 00:00:25 | Cacciapalle_New. |
| | 12:18 Q. Okay. Let me just go back and make sure I | | 5 |
| | 12:19 follow this. So in 1961 you started at Merrill Lynch. | | |
| | 12:20 What type of job was that? | | |
| | 12:21 A. Well, probably the lowest thing you could | | |
| | 12:22 become. I was a runner. In the old days you had | | |
| | 13:01 ticker tapes. I took care of the ticker tape. | | |
| | 13:02 Duplication. Take care of -- stuff like that. | | |
| 12:01 - 12:08 | **Cacciapalle, Joseph 2021-01-28** | 00:00:24 | Cacciapalle_New. |
| | 12:01 Q. Okay. Thank you, sir. Did you spend your | | 6 |
| | 12:02 entire career at Merrill Lynch? | | |
| | 12:03 A. Yes. | | |
| | 12:04 Q. When did you leave Merrill Lynch? | | |
| | 12:05 A. I can't remember. I think it was October of | | |
| | 12:06 2000. They were downsizing and moving people to | | |
| | 12:07 different parts of the country. I was one of the | | |
| | 12:08 people that was downsized. | | |
| 31:03 - 31:14 | **Cacciapalle, Joseph 2021-01-28** | 00:00:51 | Cacciapalle_New. |
| | 31:03 Q. Describe for me, just generally, your | | 7 |
| | 31:04 investment activities and broadly. I know you -- | | |
| | 31:05 obviously you bought some Fannie Mae and Freddie Mac | | |
| | 31:06 securities, but more broadly, what are your investment | | |
| | 31:07 activities? | | |
| | 31:08 A. I'm not a trader. I tend to buy something. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 31:09   I'm a holder.  I'm not in and out on stocks or bonds | | |
| | 31:10   or anything like that.  When I bought the Freddie and | | |
| | 31:11   Fannie, I believe what made me look at them was I had | | |
| | 31:12   some bonds maturing and I wanted to replace them with | | |
| | 31:13   something that was -- that was paying dividends or | | |
| | 31:14   interest. | | |
| 31:15 - 31:16 | **Cacciapalle, Joseph 2021-01-28** | 00:00:09 | Cacciapalle_New. |
| | 31:15  Q.  Do you work with a broker? | | 8 |
| | 31:16  A.  I did at -- yes, I do.  I do, yes. | | |
| 32:01 - 32:18 | **Cacciapalle, Joseph 2021-01-28** | 00:01:01 | Cacciapalle_New. |
| | 32:01   I believe at the time she was with UBS, at | | 9 |
| | 32:02   the time. | | |
| | 32:03   BY MR. BERGMAN: | | |
| | 32:04  Q.  How long have you worked with her? | | |
| | 32:05  A.  As long as -- a little longer than I've had | | |
| | 32:06   the -- I don't remember the exact year.  2006, | | |
| | 32:07   something like that. | | |
| | 32:08  Q.  Is she an investment adviser? | | |
| | 32:09  A.  Right.  Yes. | | |
| | 32:10  Q.  Does she manage your accounts? | | |
| | 32:11  A.  She's the broker for it, yes. | | |
| | 32:12  Q.  Does she have discretion over the accounts? | | |
| | 32:13   Can she make a trade for you without your specific | | |
| | 32:14   sign-off? | | |
| | 32:15  A.  No. | | |
| | 32:16  Q.  So describe for me the relationship in terms | | |
| | 32:17   of -- again, not focused yet on the Fannie Mae and | | |
| | 32:18   Freddie Mac, but generally what is your relationship | | |
| 32:19 - 33:05 | **Cacciapalle, Joseph 2021-01-28** | 00:00:36 | Cacciapalle_New. |
| | 32:19   in terms of deciding what kind of | | 64 |
| | 32:20   investment to pursue and transactions to make? | | |
| | 32:21  A.  I think all the years that I've been with | | |
| | 32:22   her -- excuse me -- she may have recommended three, | | |
| | 33:01   four, five times a recommendation.  I maybe bought | | |
| | 33:02   something she recommended two or three times.  I tend | | |
| | 33:03   to do my own stuff.  And I don't -- I'll listen to | | |
| | 33:04   her, but I'm not necessarily buy or sell.  I kind of | | |
| | 33:05   do my own thing. | | |
| 34:03 - 34:11 | **Cacciapalle, Joseph 2021-01-28** | 00:00:44 | Cacciapalle_New. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 34:03   Q.   What are the sources that you rely upon | | 10 |
| | 34:04      generally when making a decision about an investment? | | |
| | 34:05   A.   I might get an idea just by something in a | | |
| | 34:06      newspaper or something on television. I tend to use | | |
| | 34:07      Morningstar a lot because most of my investments are | | |
| | 34:08      going to be in mutual funds. I have a few stocks, but | | |
| | 34:09      like I said, I don't necessarily go looking for stuff. | | |
| | 34:10      I maybe see something and I do a little checking in | | |
| | 34:11      and then I decide not to or I will, I will or I won't. | | |
| 36:16 - 36:21 | **Cacciapalle, Joseph 2021-01-28** | 00:00:32 | Cacciapalle_New. |
| | 36:16   Q.   And besides Morningstar, what are the other | | 11 |
| | 36:17      major sources of information you rely upon for | | |
| | 36:18      investing? | | |
| | 36:19   A.   Oh, I might scan something on Ameriprise's | | |
| | 36:20      site. I might just check a little bit in the | | |
| | 36:21      newspaper. That's about it really. | | |
| 38:08 - 38:10 <br> 🔗 P346.1 | **Cacciapalle, Joseph 2021-01-28** | 00:00:05 | Cacciapalle_New. |
| | 38:08      MR. BERGMAN: Mac, can you pull this up for | | 12 |
| | 38:09      the group and we'll introduce this as Cacciapalle | | |
| | 38:10      Exhibit 1. | | |
| 38:20 - 39:01 | **Cacciapalle, Joseph 2021-01-28** | 00:00:14 | Cacciapalle_New. |
| | 38:20   Q.   Mr. Cacciapalle, can you just, for | | 13 |
| | 38:21      the record, identify what this document is? | | |
| | 38:22   A.   These are copies of my trade confirmation | | |
| | 39:01      when I purchased the preferred shares. | | |
| 37:17 - 37:19 | **Cacciapalle, Joseph 2021-01-28** | 00:00:05 | Cacciapalle_New. |
| | 37:17   Q.   Okay. You purchased these shares and you | | 63 |
| | 37:18      continue to hold them? | | |
| | 37:19   A.   Yes, I do. | | |
| 39:02 - 39:09 | **Cacciapalle, Joseph 2021-01-28** | 00:00:41 | Cacciapalle_New. |
| | 39:02   Q.   And just to confirm, these represent your | | 14 |
| | 39:03      only trades, purchases or sales or anything in | | |
| | 39:04      securities issued by Fannie Mae and Freddie Mac? | | |
| | 39:05   A.   Yes. | | |
| | 39:06   Q.   Okay. Let's walk through each of these | | |
| | 39:07      transactions, please. We'll start on the first page. | | |
| | 39:08      Can you tell me -- am I right, this is a purchase of a | | |
| | 39:09      Fannie Mae preferred securities | | |
| 39:11 - 40:12 | **Cacciapalle, Joseph 2021-01-28** | 00:01:25 | Cacciapalle_New. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 39:11 A. Yes. | | 65 |

OLDP346.1.2
39:12 Q. Series S?
39:13 A. Right.
39:14 Q. Why did you make this purchase?
39:15 A. I don't recall which ones they were, but
39:16 basically I had bonds that were maturing. And I
39:17 wanted to replace it with something that had a nice
39:18 dividend. And if I recall correctly, these preferreds
39:19 were better than average in what they paid as a
39:20 dividend. So I basically had something coming due and
39:21 I needed to reinvest it.
39:22 Q. How did you decide that this particular
40:01 security was the right one for you?
40:02 A. I think the reason I looked at it would have
40:03 been the dividend it was paying was a nice kind of
40:04 dividend, given what the current interest rates were,
40:05 I think, at the time. When you think of Fannie and
40:06 Freddie Mac and stuff like that, you kind of think
40:07 this is -- it's government related. So I thought,
40:08 well, it sounds safe. It was basically a good yield,
40:09 so I'm going to buy it.
40:10 Q. Was this something you found --
40:11 A. I believe also the rating on it was good,
40:12 Moody's rating.

**48:08 - 48:11  Cacciapalle, Joseph 2021-01-28**   00:00:14   Cacciapalle_New.18
OLDP346.2
48:08 Q. Let's turn to the next page of the
48:09 exhibit, the page Bates stamped 002. It looks like,
48:10 am I right, this is a purchase of Freddie Mac
OLDP346.2.1
48:11 securities preferred stock?

**48:12 - 48:12  Cacciapalle, Joseph 2021-01-28**   00:00:02   Cacciapalle_New.19
48:12 A. Yeah. Okay.

**48:13 - 49:18  Cacciapalle, Joseph 2021-01-28**   00:01:35   Cacciapalle_New.20
48:13 Q. Same question. How did it come about that
48:14 you decided to make this purchase in Freddie Mac
48:15 preferred stock?
48:16 A. Again, I don't recall exactly, but I think in
48:17 all the cases I had bonds coming due, and I wanted to
48:18 reinvest the money.
48:19 Q. Okay. Was this the first time you had
48:20 purchased preferred stock?

**Cacciapalle_New - As of 07/26/2023**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 48:21  A.  Yes. | | |
| | 48:22  Q.  And have you since purchased any preferred | | |
| | 49:01      stock? | | |
| | 49:02  A.  No. | | |
| | 49:03  Q.  What is your understanding of preferred stock | | |
| | 49:04      as distinct from common stock or bonds? | | |
| | 49:05  A.  Common stock has preference in a lot of | | |
| | 49:06      matters, but I think the preferred had the preference | | |
| | 49:07      on the income, the profits. I believe this one was | | |
| | 49:08      not -- this one is -- what do you call it? It doesn't | | |
| | 49:09      accumulate. I think once it's done, past, you don't | | |
| | 49:10      go back and get it. | | |
| | 49:11  Q.  Did you buy these securities on the secondary | | |
| | 49:12      market or at issuance? | | |
| | 49:13  A.  New issue? | | |
| | 49:14  Q.  Yeah, was it a new issue or did you buy it on | | |
| | 49:15      the secondary market? | | |
| | 49:16  A.  No. I bought it on secondary. | | |
| | 49:17  Q.  That's true for all of the purchases? | | |
| | 49:18  A.  Yes. Right. | | |
| 50:06 - 50:08 | **Cacciapalle, Joseph 2021-01-28** | 00:00:08 | Cacciapalle_New. |
| | 50:06  Q.  Is that correct? Was that the same process | | 23 |
| | 50:07      and reasoning again? | | |
| 🗑 Clear | 50:08  A.  Right. Yes, same. | | |
| 53:08 - 53:19 | **Cacciapalle, Joseph 2021-01-28** | 00:00:37 | Cacciapalle_New. |
| | 53:08  Q.  When did you first learn that the government | | 26 |
| | 53:09      was considering putting Fannie Mae and Freddie Mac in | | |
| | 53:10      conservatorship? | | |
| | 53:11  A.  I don't recall when. | | |
| | 53:12  Q.  Did you hear about the possibility of | | |
| | 53:13      conservatorship before it happened? | | |
| | 53:14  A.  No. | | |
| | 53:15  Q.  Okay. So it was -- when conservatorship was | | |
| | 53:16      announced publicly, is that, to the best of your | | |
| | 53:17      recollection, when you understood that it was | | |
| | 53:18      happening? | | |
| | 53:19  A.  Yes. | | |
| 53:20 - 54:05 | **Cacciapalle, Joseph 2021-01-28** | 00:00:30 | Cacciapalle_New. |
| | 53:20  Q.  And what was your reaction to the | | 27 |
| | 53:21      conservator? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 53:22    A.  Well, I just -- it sounded like it was | | |
| | 54:01         probably a necessary thing to do, if for no other | | |
| | 54:02         reason than to keep the public and keep the nation, | | |
| | 54:03         keep everybody kind of, you know, mellow them down a | | |
| | 54:04         little bit.  I don't think probably in the beginning I | | |
| | 54:05         had any problem with it. | | |
| 54:06 - 54:08 | **Cacciapalle, Joseph 2021-01-28** | 00:00:11 | Cacciapalle_New. |
| | 54:06    Q.  Okay.  But you understood that once the | | 28 |
| | 54:07         conservator was appointed, your own holdings were | | |
| | 54:08         worthless; right? | | |
| 54:11 - 54:18 | **Cacciapalle, Joseph 2021-01-28** | 00:00:30 | Cacciapalle_New. |
| | 54:11         THE WITNESS:  That was my feeling, that they | | 29 |
| | 54:12         were worthless.  I didn't immediately think that, but | | |
| | 54:13         not too long after I did.  I think I read somewhere | | |
| | 54:14         where, you know, even though this was happening, that | | |
| | 54:15         they allowed the common -- you know preferred | | |
| | 54:16         shareholders to exist, to continue to exist.  I | | |
| | 54:17         couldn't understand that, but -- I couldn't figure it | | |
| | 54:18         out. | | |
| 54:21 - 55:05 | **Cacciapalle, Joseph 2021-01-28** | 00:00:26 | Cacciapalle_New. |
| | 54:21         Do you recall, in September 2008 when the | | 30 |
| | 54:22         conservator was appointed, making any efforts to | | |
| | 55:01         understand how the conservator intended to operate the | | |
| | 55:02         enterprises going forward? | | |
| | 55:03    A.  No.  I didn't really go very deep into it.  I | | |
| | 55:04         just understood that the conservator was basically | | |
| | 55:05         going to take charge of management. | | |
| 55:06 - 55:09 | **Cacciapalle, Joseph 2021-01-28** | 00:00:12 | Cacciapalle_New. |
| | 55:06    Q.  Okay.  Is it fair to say your attitude at | | 31 |
| | 55:07         that time was sort of, this is a loss, I'm not going | | |
| | 55:08         to sell it, but I'm washing my hands of it; is that | | |
| | 55:09         correct? | | |
| 55:12 - 55:17 | **Cacciapalle, Joseph 2021-01-28** | 00:00:28 | Cacciapalle_New. |
| | 55:12         THE WITNESS:  No, I -- it just -- it was too | | 32 |
| | 55:13         new.  You had to give time for it to all play-out, I | | |
| | 55:14         think.  I understood what had to be done at the time, | | |
| | 55:15         I think.  Although I, in my mind, considered it a | | |
| | 55:16         loss, I was still hoping for the best in the future. | | |
| | 55:17         And that's probably all I thought about at the time. | | |

**Cacciapalle_New - As of 07/26/2023**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 58:15 - 58:17 | **Cacciapalle, Joseph 2021-01-28** | 00:00:10 | Cacciapalle_New. 34 |

58:15    Q.    Did you make a point of reading press
58:16        coverage of the conservatorships?
58:17    A.    Not really, no.

| | | | |
|---|---|---|---|
| 50:09 - 50:17 | **Cacciapalle, Joseph 2021-01-28** | 00:00:37 | Cacciapalle_New. 66 |

50:09    Q.    Did you do anything in June 2008 to try to
50:10        better understand the financial condition of Fannie
50:11        Mae at that time?
50:12    A.    No, not really. I mean, I kind of understood
50:13        the idea of why a conservator was necessary given what
50:14        was going on in the world at the time, to add
50:15        stability or security to people's mind. That was
50:16        probably the only thing I thought of. I didn't go any
50:17        deeper than that.

| | | | |
|---|---|---|---|
| 44:10 - 44:14 | **Cacciapalle, Joseph 2021-01-28** | 00:00:17 | Cacciapalle_New. 67 |

44:10    Q.    Okay. Did you read up on the conservator and
44:11        what the conservator's practices were intended to be
44:12        and the appointment of the conservator and the like?
44:13        Did you read up on that at the time?
44:14    A.    I don't think so, no.

| | | | |
|---|---|---|---|
| 47:05 - 48:07 | **Cacciapalle, Joseph 2021-01-28** | 00:01:38 | Cacciapalle_New. 68 |

47:05    Q.    Do you know anything about the terms
47:06        governing Treasury's purchase of preferred stock in
47:07        the enterprises?
47:08    A.    They gave them the money. They gave them
47:09        stock. I believe -- as they needed more money, the
47:10        Treasury was going to give it to them to keep them
47:11        solvent. That's about it.
47:12    Q.    Okay. How did you develop that
47:13        understanding?
47:14    A.    Probably from some of the material Kessler
47:15        sent me, but that was -- at the time -- that's about
47:16        it. I really don't recall how I got into them, you
47:17        know, studying all this. I didn't get into a lot of
47:18        detail about this stuff.
47:19    Q.    Okay. And so is it fair to say that much of
47:20        what you learned was either after the lawsuit was
47:21        filed or in contemplation of joining the lawsuit; is
47:22        that right?
48:01    A.    Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 48:02 Q. And before the lawsuit you were not following | | |
| | 48:03      closely what was happening with the enterprises or its | | |
| | 48:04      financial arrangements with Treasury; is that correct? | | |
| | 48:05 A. No. I wasn't following up on the detail. I | | |
| | 48:06      was just trying to find somebody who understood that | | |
| | 48:07      there was a problem. | | |
| 58:19 - 58:22 | **Cacciapalle, Joseph 2021-01-28** | 00:00:14 | Cacciapalle_New. |
| | 58:19      You did not read the | | 35 |
| | 58:20      preferred -- Senior Preferred Stock Agreement between | | |
| | 58:21      Treasury and FHFA and the enterprises; correct? | | |
| | 58:22 A. No, I never did. No. | | |
| 92:11 - 92:18 | **Cacciapalle, Joseph 2021-01-28** | 00:00:28 | Cacciapalle_New. |
| | 92:11 Q. Mr. Cacciapalle, do you believe that you have | | 69 |
| | 92:12      been harmed by the third amendment to the Senior | | |
| | 92:13      Preferred Stock Purchase Agreement? | | |
| | 92:14 A. Yes, I do. | | |
| | 92:15 Q. What do you believe is the harm you have | | |
| | 92:16      suffered? | | |
| | 92:17 A. I bought a security from someone who was | | |
| | 92:18      receiving an A-plus percent dividend. | | |
| 92:20 - 92:21 | **Cacciapalle, Joseph 2021-01-28** | 00:00:07 | Cacciapalle_New. |
| | 92:20      And it appears that the amendment has | | 70 |
| | 92:21      pretty much taken all that away. | | |

| Our Designations | 00:19:09 |
|---|---|
| **TOTAL RUN TIME** | **00:19:09** |

Documents linked to video:
OLDP346
P346

# EXHIBIT B

# Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"

Designation List Report

**Attari, Mukarram**                                **2022-02-14**

Our Designations                                        00:03:39
**TOTAL RUN TIME**                                  **00:03:39**

Documents linked to video:

OLDP375



**ID: Attari_New**

**Attari_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 233:19 - 236:11 | **Attari, Mukarram 2022-02-14** | 00:02:50 | Attari_New.1 |

OLDP375.1

| | |
|---|---|
| 233:19 | (Deposition Exhibit 21 was marked |
| 233:20 | for identification.) |
| 233:21 | MS. VARMA:  Is this Exhibit 21? |
| 233:22 | MR. BARNES:  Yes.  I'm sorry, Asim. |
| 234:01 | Yes, it's Exhibit 21. |
| 234:02 | MS. VARMA:  Okay. |
| 234:03 | BY MR. BARNES: |
| 234:04 Q. | When was the last time you saw this |
| 234:05 | document? |
| 234:06 A. | Relatively recently. |
| 234:07 Q. | And how did you consider this |
| 234:08 | document when formulating your opinions in this |
| 234:09 | case? |
| 234:10 A. | It was a piece of analysis that we |
| 234:11 | had done early on in this case. |
| 234:12 Q. | Okay.  And I think the document |
| 234:13 | makes reference to an underlying statistical |
| 234:14 | regression. |
| 234:15 | Does that sound familiar to you? |
| 234:16 A. | Probably.  I am just looking for |
| 234:17 | where because -- |

OLDP375.14

| | |
|---|---|
| 234:18 Q. | Yeah.  I'm sorry.  I don't have the |
| 234:19 | exact slide number.  I think it's on Page 13. |
| 234:20 | The title there is: "Dates With Significant |
| 234:21 | Excess Returns." |
| 234:22 A. | Yes. |
| 235:01 Q. | And I think this is -- this looks |
| 235:02 | like it was a statistical analysis of excess |
| 235:03 | returns associated with Fannie and Freddie |
| 235:04 | common and junior preferred stock; is that |
| 235:05 | right? |
| 235:06 A. | Yes. |
| 235:07 Q. | And in preparing your opinions in |
| 235:08 | this case, did you consult the underlying |
| 235:09 | regression model that is being referred to |
| 235:10 | here? |
| 235:11 A. | Not really, no.  I mean, when you |
| 235:12 | say in preparing my opinions in this case, at |
| 235:13 | some point over the last two years or whenever, |

**Attari_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 235:14    this -- this is what -- yeah.  So at some point | | |
| | 235:15    between when this was done and now, I probably | | |
| | 235:16    looked at the statistical model -- | | |
| | 235:17  Q.  Okay -- | | |
| | 235:18  A.  -- or knew about the statistical | | |
| | 235:19    model. | | |
| | 235:20  Q.  And when we are talking about the | | |
| | 235:21    statistical model, I -- I assume -- tell me if | | |
| | 235:22    I've got this wrong -- what we are talking | | |
| | 236:01    about is some kind of Excel spreadsheet; is | | |
| | 236:02    that correct? | | |
| | 236:03  A.  It would depend on who ran it.  It | | |
| | 236:04    would be -- I -- I would not have looked at the | | |
| | 236:05    actual model itself.  I would have looked at | | |
| | 236:06    the results from the model, a description of | | |
| | 236:07    the model. | | |
| | 236:08  Q.  Okay.  It would have been something | | |
| | 236:09    other than just this -- this Slide 13, though; | | |
| | 236:10    is that right? | | |
| | 236:11  A.  Probably, yes. | | |
| 237:11 - 238:08  🔗 OLDP375.1 | **Attari, Mukarram 2022-02-14** | 00:00:50 | Attari_New.2 |
| | 237:11  Q.  Okay.  And to the extent you know, | | |
| | 237:12    can you specifically identify the people who | | |
| | 237:13    were involved in preparing this document we are | | |
| | 237:14    looking at now. | | |
| | 237:15  A.  It -- it would be members of the CRA | | |
| | 237:16    team.  I don't know who specifically worked on | | |
| | 237:17    this. | | |
| | 237:18  Q.  Okay.  Okay.  And who was the -- | | |
| | 237:19  A.  Sorry.  Can I -- can you ask that | | |
| | 237:20    question again just so I make sure I answer it. | | |
| | 237:21  Q.  Sure.  Of course.  So I am asking | | |
| | 237:22    for the specific names of the people who helped | | |
| | 238:01    prepare this document we are looking at. | | |
| | 238:02  A.  One of those people would be me -- | | |
| | 238:03  Q.  Okay. | | |
| | 238:04  A.  -- and then other members of the | | |
| | 238:05    team. | | |
| | 238:06  Q.  Other than -- other than you, you | | |
| | 238:07    don't know; is that right? | | |

**Attari_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 238:08   A.   Sitting here, I don't know. | | |

| | | |
|---|---|
| Our Designations | 00:03:39 |
| **TOTAL RUN TIME** | **00:03:39** |

Documents linked to video:

OLDP375

# EXHIBIT C

# Per Plfs Pretrial Statement "Played in Plaintiffs' Case"

Designation List Report

 **Ugoletti, Mario**                              **2015-05-15**

| | |
|---|---|
| <span style="color:blue">Our Designations</span> | <span style="color:blue">00:12:01</span> |
| **TOTAL RUN TIME** | **00:12:01** |



**ID: Ugoletti_New**

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:01 - 13:02 | **Ugoletti, Mario 2015-05-15** | 00:00:08 | Ugoletti_New.1 |
| | 13:01    MARIO UGOLETTI, | | |
| | 13:02    having been first duly sworn, testified as follows: | | |
| 16:04 - 16:13 | **Ugoletti, Mario 2015-05-15** | 00:00:20 | Ugoletti_New.2 |
| | 16:04    All right. So let's start with your | | |
| | 16:05    educational background. Where did you go to college? | | |
| | 16:06  A.  Starting in undergraduate, I -- | | |
| | 16:07  Q.  Yes, sir. | | |
| | 16:08  A.  -- assume. | | |
| | 16:09    Yes, I went to undergraduate at Mercyhurst | | |
| | 16:10    College in Erie, Pennsylvania. | | |
| | 16:11  Q.  Okay. And what did you major in? | | |
| | 16:12  A.  My major was hotel/restaurant management | | |
| | 16:13    at that time. | | |
| 17:10 - 18:06 | **Ugoletti, Mario 2015-05-15** | 00:00:47 | Ugoletti_New.3 |
| | 17:10  Q.  Okay. Great. Then -- so and what year | | |
| | 17:11    did you graduate from college? | | |
| | 17:12  A.  1984. | | |
| | 17:13  Q.  Okay. And then when did you cease being a | | |
| | 17:14    golf pro? | | |
| | 17:15  A.  Well, after those two years in Ohio, it | | |
| | 17:16    sounds like a very exciting job and very fun job, but | | |
| | 17:17    I think when you're actually in the business, you -- | | |
| | 17:18    you realize that you work very long hours, you don't | | |
| | 17:19    play much golf, and it's not a very -- not that great | | |
| | 17:20    of a job. And so I kind of got tired of being a golf | | |
| | 17:21    professional and decided that, well, I think I need | | |
| | 17:22    to go back to school. | | |
| | 18:01  Q.  Okay. | | |
| | 18:02  A.  And somehow over that time period, I mean, | | |
| | 18:03    I got interested in economics. | | |
| | 18:04  Q.  Okay. | | |
| | 18:05  A.  And so I decided I wanted to go back to | | |
| | 18:06    school either for economics or an MBA. | | |
| 18:19 - 19:05 | **Ugoletti, Mario 2015-05-15** | 00:00:23 | Ugoletti_New.4 |
| | 18:19  A.  Accepted into Penn State's Master's Degree | | |
| | 18:20    program in Economics. I did quite well there for a | | |
| | 18:21    couple years, and they asked me, do you want to get a | | |
| | 18:22    Ph.D., I'm like, do you want to join the Ph.D. | | |

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 19:01   program. I said, Well, if you guys can find some | | |
| | 19:02   funding, get me in the Ph.D. program, I'll gladly | | |
| | 19:03   try, so they got -- put me on a stipend, and I ended | | |
| | 19:04   up getting a Ph.D. from Penn State in 1995 in | | |
| | 19:05   Economics. | | |
| 20:13 - 20:21 | **Ugoletti, Mario 2015-05-15** | 00:00:10 | Ugoletti_New.5 |
| | 20:13  Q.  Okay. Now, when you got your Ph.D. from | | |
| | 20:14     Penn State, then you went to work at the Treasury | | |
| | 20:15     Department -- | | |
| | 20:16  A.  I did -- | | |
| | 20:17  Q.  -- is that right? | | |
| | 20:18  A.  -- yeah. | | |
| | 20:19  Q.  And what was your job title when you got | | |
| | 20:20     there? | | |
| | 20:21  A.  Financial economist. | | |
| 26:18 - 26:20 | **Ugoletti, Mario 2015-05-15** | 00:00:06 | Ugoletti_New.6 |
| | 26:18  Q.  All right. So what -- and you stayed at | | |
| | 26:19     Treasury until 2009; is that right? | | |
| | 26:20  A.  I did. | | |
| 31:07 - 33:13 | **Ugoletti, Mario 2015-05-15** | 00:02:22 | Ugoletti_New.7 |
| | 31:07  Q.  Now, at some point, you switched over to | | |
| | 31:08     being an employee of FHFA; is that right? | | |
| | 31:09  A.  I did, yes. | | |
| | 31:10  Q.  And when was that? | | |
| | 31:11  A.  September of 2009. | | |
| | 31:12  Q.  Okay. Were you a detailee at any point | | |
| | 31:13     from Treasury to FHFA? | | |
| | 31:14  A.  It was the other way around. | | |
| | 31:15  Q.  Okay. | | |
| | 31:16  A.  So I became a full-time employee at FHFA | | |
| | 31:17     in September of 2009. Treasury requested that I | | |
| | 31:18     detail back initially for a six-month period, and | | |
| | 31:19     then that was extended. | | |
| | 31:20  Q.  Why did Treasury want you back for six | | |
| | 31:21     months? | | |
| | 31:22  A.  Well, I mean, at the time, so you have a | | |
| | 32:01     new administration that came in, well, about nine | | |
| | 32:02     months prior to that, I knew pretty much all the | | |
| | 32:03     people pretty well: you know, they had Secretary | | |
| | 32:04     Geithner; Neal Wolin, I worked with Neal Wolin back | | |

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

32:05    in the Clinton administration; my direct report

32:06    Michael Barr, I worked with him back in the Clinton

32:07    administration; Lee Sachs was there somewhere as a

32:08    counselor, I worked with him in the Clinton

32:09    administration. So they all knew me quite well. I

32:10    think they valued my perspective and what I did, and

32:11    given that I did have really the historical knowledge

32:12    of 15, 16 years of Treasury policy and Treasury --

32:13    what Treasury had been doing on this wide range of

32:14    issues, including the GS -- especially the GSE, that

32:15    they felt that it was a -- it would have been

32:16    difficult to just cut, cut it off immediately, so

32:17    they, they wanted me to help them out a little more.

32:18    BY MR. THOMPSON:

32:19    Q.   Okay. And sorry again for being ignorant,

32:20    I don't know how this works, but you're an FHFA

32:21    employee starting in September --

32:22    A.   Yeah.

33:01    Q.   -- 2009, but do you go to work at the

33:02    Treasury Department if you're in --

33:03    A.   I split my time.

33:04    Q.   Okay.

33:05    A.   Because we were actually -- it was much

33:06    easier then because our office was right on the other

33:07    side of the White House, so a half a day at Treasury

33:08    and a half a day at FHFA.

33:09    Q.   Okay. And how long did that last for?

33:10    A.   I said, it was six months, and then it was

33:11    extended, I think it was extended for another six

33:12    months, but it might have been shorter than that, I

33:13    don't recall, but there was another extension.

| 37:06 - 37:09 | **Ugoletti, Mario 2015-05-15** | 00:00:10 | Ugoletti_New.8 |
|---|---|---|---|

37:06    Q.   Now, while you were at Treasury, you

37:07    participated in the creation and imple- --

37:08    implementation of the PSPAs; is that right?

37:09    A.   Yes.

| 45:08 - 45:15 | **Ugoletti, Mario 2015-05-15** | 00:00:34 | Ugoletti_New.9 |
|---|---|---|---|

45:08    Q.   Okay. And who was, on Treasury, who was

45:09    involved in working on the PSPAs?

45:10    A.   Well, of course, there were various people

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 45:11   involved. But I would say on a day-to-day basis, the | | |
| | 45:12   primary people involved in working on coming up with | | |
| | 45:13   the substance and then what became the actual PSPA | | |
| | 45:14   document would have been Dan Jester and Jeremiah | | |
| | 45:15   Norton and myself. | | |
| 55:04 - 56:04 | **Ugoletti, Mario 2015-05-15** | 00:00:47 | Ugoletti_New.10 |
| | 55:04  Q.  Let -- before we get to the others -- | | |
| | 55:05  A.  Yeah. | | |
| | 55:06  Q.  -- now, the payment-in-kind feature, | | |
| | 55:07   though, it would allow the companies to preserve | | |
| | 55:08   their funding commitment; is that right? | | |
| | 55:09   In a quarter in which they didn't make | | |
| | 55:10   enough to pay a cash dividend, if they decided to do | | |
| | 55:11   a payment in kind rather than a circular draw, they | | |
| | 55:12   maintained their funding commitment; isn't that | | |
| | 55:13   right? | | |
| | 55:14  A.  I'm not sure if that's correct. | | |
| | 55:15  Q.  You're not sure if -- | | |
| | 55:16  A.  I'm not a re- -- | | |
| | 55:17  Q.  -- that's correct? | | |
| | 55:18  A.  -- I'm not a legal expert, but I'm -- I'm | | |
| | 55:19   not sure if that's correct. | | |
| | 55:20  Q.  Did -- so you don't have an opinion on | | |
| | 55:21   that? | | |
| | 55:22  A.  Yeah, I'm -- I'm not a legal expert. | | |
| | 56:01  Q.  I'm not asking for a legal opinion. I'm | | |
| | 56:02   saying, on -- when you were thinking about the third | | |
| | 56:03   amendment, did you have an opinion as to whether the | | |
| | 56:04   funding commitment would be unaffected -- - | | |
| 56:06 - 56:07 | **Ugoletti, Mario 2015-05-15** | 00:00:01 | Ugoletti_New.19 |
| | 56:06   BY MR. THOMPSON: | | |
| | 56:07  Q.  -- by a payment in kind? | | |
| 56:11 - 56:20 | **Ugoletti, Mario 2015-05-15** | 00:00:21 | Ugoletti_New.21 |
| | 56:11   THE WITNESS: Yeah, as I said, I'm not a | | |
| | 56:12   legal expert on this; and the -- and the primary | | |
| | 56:13   issue, as I stated earlier, about the payment in kind | | |
| | 56:14   was the difference in cost. I mean, that -- that's | | |
| | 56:15   the issue that everybody was thinking about, 10 and | | |
| | 56:16   12 -- percent. Right? | | |
| | 56:17   BY MR. THOMPSON: | | |

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 56:18  Q.  Yeah. | | |
| | 56:19  A.  Right. So it doesn't make economic sense | | |
| | 56:20     to pay in kind when you can pay in cash. | | |
| 58:02 - 58:06 | **Ugoletti, Mario 2015-05-15** | 00:00:12 | Ugoletti_New.11 |
| | 58:02     And on the eve of the third amendment, did | | |
| | 58:03     you have an understanding as to whether -- if a | | |
| | 58:04     payment-in-kind dividend had been paid, as to whether | | |
| | 58:05     that would affect the amount of the funding | | |
| | 58:06     commitment? | | |
| 58:10 - 58:14 | **Ugoletti, Mario 2015-05-15** | 00:00:12 | Ugoletti_New.20 |
| | 58:10     THE WITNESS: I certainly may have had a | | |
| | 58:11     thought about that, but it was not a factor that went | | |
| | 58:12     into the decision, I mean, about whether you would | | |
| | 58:13     pay in kind or not pay in kind. I mean, that was all | | |
| | 58:14     based on the -- that was based on the economics. | | |
| 132:05 - 132:12 | **Ugoletti, Mario 2015-05-15** | 00:00:27 | Ugoletti_New.12 |
| | 132:05  Q.  Do you know whether the Federal | | |
| | 132:06     Reserve ever was consulted on this topic? | | |
| | 132:07  A.  Again, I had left Treasury by time -- by | | |
| | 132:08     the time they were potentially thinking about this, | | |
| | 132:09     because it wasn't to be set until after if I left; | | |
| | 132:10     but I do not recall any discussions with Treasury or | | |
| | 132:11     the Federal Reserve on the topic of what to set the | | |
| | 132:12     periodic commitment fee at. | | |
| 135:22 - 136:04 | **Ugoletti, Mario 2015-05-15** | 00:00:21 | Ugoletti_New.13 |
| | 135:22  Q.  Have you ever attempted to calculate any | | |
| | 136:01     periodic commitment fee in any context? | | |
| | 136:02  A.  I'm not aware of where that calculation | | |
| | 136:03     would occur. | | |
| | 136:04  Q.  So that's a no, you haven't done that? | | |
| 136:07 - 137:17 | **Ugoletti, Mario 2015-05-15** | 00:01:24 | Ugoletti_New.22 |
| | 136:07     BY MR. THOMPSON: | | |
| | 136:08  Q.  Any commitment fee. Have you ever | | |
| | 136:09     attempted to calculate what a com- -- any commitment | | |
| | 136:10     fee should be in any context? | | |
| | 136:11  A.  I'm not in the business of calculating | | |
| | 136:12     commitment fees. | | |
| | 136:13  Q.  And have you -- | | |
| | 136:14  A.  And I'm not aware of where they exist, so | | |

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 136:15  I guess the answer is no. | | |
| | 136:16  Q.  You know, but you say in terms of where | | |
| | 136:17  they exist. I mean, if you go and you get a line of | | |
| | 136:18  credit, I mean, aren't there fees that people are | | |
| | 136:19  charged for getting a line of credit? | | |
| | 136:20  A.  Yeah, I, I agree. I'm -- | | |
| | 136:21  Q.  Yeah. | | |
| | 136:22  A.  -- I'm not sure it's the same concept as | | |
| | 137:01  this, but there's a fee that you get for a line of | | |
| | 137:02  credit, that's -- that's, that's true. | | |
| | 137:03  Q.  Well, I understand the magnitude of this | | |
| | 137:04  is bigger. | | |
| | 137:05  A.  Yeah, that's what I'm saying, yeah. Sure, | | |
| | 137:06  yeah, you, you charge a fee for somebody willing to | | |
| | 137:07  provide you some amount of credit. Yeah, that's | | |
| | 137:08  clearly one, yeah. | | |
| | 137:09  Q.  Okay. Have you ever done such a valuation | | |
| | 137:10  yourself of a commitment fee? | | |
| | 137:11  A.  No. | | |
| | 137:12  Q.  Okay. And have you ever read a valuation | | |
| | 137:13  of a commitment? | | |
| | 137:14  A.  Not that I recall. | | |
| | 137:15  Q.  Okay. Isn't it true that commitment fees | | |
| | 137:16  are calculated typically as a percentage of the | | |
| | 137:17  amount that the borrower is willing to extend? | | |
| 137:20 - 138:01 | **Ugoletti, Mario 2015-05-15** | 00:00:09 | Ugoletti_New.23 |
| | 137:20  THE WITNESS:  Yeah, I can't, I can't | | |
| | 137:21  speculate. I'm, I'm not the expert on commitment | | |
| | 137:22  fees, so I can't speculate on how they're typically | | |
| | 138:01  calculated. | | |
| 169:02 - 169:07 | **Ugoletti, Mario 2015-05-15** | 00:00:16 | Ugoletti_New.14 |
| | 169:02  With respect to the periodic commitment | | |
| | 169:03  fee, do you know if anyone at FHFA ever tried to | | |
| | 169:04  calculate what the value of it would be? | | |
| | 169:05  A.  No. | | |
| | 169:06  Q.  Okay. And do you know if anyone at | | |
| | 169:07  Treasury ever tried to calculate the value of it? | | |
| 169:10 - 169:10 | **Ugoletti, Mario 2015-05-15** | 00:00:01 | Ugoletti_New.24 |
| | 169:10  THE WITNESS:  Not that I'm aware of. | | |

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 170:07 - 170:13 | **Ugoletti, Mario 2015-05-15** | 00:00:14 | Ugoletti_New.15 |

170:07   Q.   Did you discuss your view that it was an
170:08       incalculably large fee or would have been with anyone
170:09       at Treasury?
170:10   A.   Not that I recall.
170:11   Q.   Anyone at FHFA?
170:12   A.   Not that I recall. The issue did not --
170:13       wasn't coming up.

| | | | |
|---|---|---|---|
| 175:06 - 175:21 | **Ugoletti, Mario 2015-05-15** | 00:00:45 | Ugoletti_New.16 |

175:06       Was the option of preserving the funding
175:07       commitment --
175:08   A.   Yeah.
175:09   Q.   -- by having the companies pay a
175:10       12 -- percent payment-in-kind dividend, was that
175:11       something that was discussed at FHFA, you know, in
175:12       the leadup to the Net Worth Sweep?
175:13   A.   Not that I recall and for the reasons that
175:14       we talked about. I mean, one of them was the basic
175:15       10 -- percent versus 12 percent, that it just -- that
175:16       had been -- unless there was some economic aspect
175:17       that would make that an economic transaction, it
175:18       wasn't even part of the discussion.
175:19       So that's -- that's one that I would point
175:20       to at FHFA. So it really wasn't -- it just never was
175:21       on the table.

| | | | |
|---|---|---|---|
| 271:15 - 271:18 | **Ugoletti, Mario 2015-05-15** | 00:00:11 | Ugoletti_New.17 |

271:15   Q.   Was there ever any discussion about not
271:16       doing the Net Worth Sweep for Freddie, just doing it
271:17       for Fannie?
271:18   A.   No.

| | | | |
|---|---|---|---|
| 359:17 - 360:12 | **Ugoletti, Mario 2015-05-15** | 00:00:52 | Ugoletti_New.18 |

359:17   Q.   Now, you, in 2008, were working on the
359:18       PSPAs on the Treasury side of the table?
359:19   A.   Um-hmm.
359:20   Q.   And then in 2012 you're on the opposite
359:21       side of the table, same transaction, it's an
359:22       amendment, that same -- representing the other party,
360:01       right?
360:02   A.   Right.
360:03   Q.   Did you go to your ethics officer and say,

**Ugoletti_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 360:04 | Look, am I allowed to participate in the same | | |
| | 360:05 | transaction? | | |
| | 360:06 A. | No, nobody ever said that that would have | | |
| | 360:07 | been a necessary issue because I no longer have any | | |
| | 360:08 | affiliation with Treasury, I'm working on an issue | | |
| | 360:09 | for FHFA. | | |
| | 360:10 Q. | But you were working on that issue | | |
| | 360:11 | standing in the shoes of the companies, right? | | |
| | 360:12 A. | As FHFA, as conservator. | | |
| 360:15 - 360:20 | **Ugoletti, Mario 2015-05-15** | | 00:00:11 | Ugoletti_New.25 |
| | 360:15 | BY MR. THOMPSON: | | |
| | 360:16 Q. | Did -- did you have an understanding of | | |
| | 360:17 | the conflict-of-interest rules, that if you had | | |
| | 360:18 | rotated out to Fannie or Freddie you couldn't have | | |
| | 360:19 | negotiated against Treasury on the PSPAs, could you | | |
| | 360:20 | have? | | |
| 361:01 - 361:14 | **Ugoletti, Mario 2015-05-15** | | 00:00:37 | Ugoletti_New.26 |
| | 361:01 | THE WITNESS: I do not understand that | | |
| | 361:02 | rule completely, but I don't understand what the | | |
| | 361:03 | conflict-of-interest rule would apply between two | | |
| | 361:04 | government agencies. | | |
| | 361:05 | BY MR. THOMPSON: | | |
| | 361:06 Q. | Well, you weren't acting -- were you | | |
| | 361:07 | acting in your capacity as conservator and standing | | |
| | 361:08 | in the shoes of the companies or were you acting in | | |
| | 361:09 | your capacity as a government employee when you | | |
| | 361:10 | negotiated the third amendment? | | |
| | 361:11 A. | I am a government employee that works for | | |
| | 361:12 | FHFA, and this was a transaction that was done as | | |
| | 361:13 | part of a conservatorship. And I do not sign the | | |
| | 361:14 | documents. | | |

| | | |
|---|---|---|
| Our Designations | | 00:12:01 |
| **TOTAL RUN TIME** | | **00:12:01** |

# EXHIBIT D

# Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"

## Designation List Report

**Benson, David**                                    **2013-11-07**

| | |
|---|---|
| Our Designations | 00:22:41 |
| **TOTAL RUN TIME** | **00:22:41** |

Documents linked to video:

OLDP196

OLDP213

OLDP216

OLDP253

P167

P211



**ID: Benson_New**

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:05 - 12:07 | **Benson, David 2020-02-28** | 00:00:05 | Benson_New.1 |

12:05  Q.  And, Mr. Benson, would you just state your
12:06        name for the record?
12:07  A.  David Benson.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:04 - 14:13 | **Benson, David 2020-02-28** | 00:00:36 | Benson_New.2 |

14:04      Can you just kind of give me a
14:05      thumbnail sketch of your education and professional
14:06      career?
14:07  A.  Sure.  Graduated Harvard Medical School.
14:08      The following year, I was a medical intern.  And from
14:09      there, I went to Stanford Business School and
14:10      received an MBA.  From there, I went to Merrill
14:11      Lynch, where I was -- had a 14-year career there,
14:12      through 2002.  And then I came to Fannie Mae in 2002,
14:13      where I've been since that time.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 15:08 - 17:02 | **Benson, David 2020-02-28** | 00:02:24 | Benson_New.3 |

15:08  Q.  And how did you end up taking the job at
15:09      Fannie Mae?  Sort of what transpired that got you to
15:10      make that move?
15:11  A.  I was contacted when the firm was looking
15:12      for an assistant treasurer, somebody who had deep --
15:13      deep experience in the various products that Fannie
15:14      Mae used to manage its liability profile, its risk
15:15      management process.  And so I was contacted, and then
15:16      I showed an interest, and we went from there.
15:17  Q.  And why were you interested?  What made
15:18      you want to work at Fannie Mae?
15:19  A.  The firm was one of the, if not the
15:20      largest participants in the fixed income market in
15:21      many of the markets that I knew -- you know, knew
15:22      well.  And so I knew of their involvement from the
16:01      other side of the equation, from the sell side.  And
16:02      as -- you know, I knew them as a very, you know,
16:03      important part of the marketplace.  And it was very
16:04      attractive to me to sort of, you know, be able to
16:05      kind of look at things from that perspective, and to
16:06      come in with that level of import, you know, and try
16:07      to make a difference.
16:08  Q.  And can you now give me sort of the same
16:09      type of thumbnail sketch of the different positions

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 16:10 | you've had at Fannie Mae up to present? | | |
| | 16:11 | A. Sure. So I came in as the assistant | | |
| | 16:12 | treasurer. I was promoted to treasurer a few years | | |
| | 16:13 | after that. And then within a couple of years, I was | | |
| | 16:14 | promoted to executive vice president of capital | | |
| | 16:15 | markets. And I also served as treasurer during, you | | |
| | 16:16 | know, part of that time. | | |
| | 16:17 | As the executive vice president of capital | | |
| | 16:18 | markets, I think over a period of about five years, I | | |
| | 16:19 | took on additional roles, you know, that came into | | |
| | 16:20 | that, including strategy and some other things. But | | |
| | 16:21 | the primary role was to run our balance sheet. And | | |
| | 16:22 | then I became the CFO, and was CFO for about five | | |
| | 17:01 | years. And then about two years ago, or a year and a | | |
| | 17:02 | half ago, I became president. | | |
| 75:22 - 76:03 | **Benson, David 2020-02-28** | | 00:00:11 | Benson_New.4 |
| | 75:22 | And I guess the first thing I'd like to ask is, | | |
| | 76:01 | meetings of the Fannie Mae executive management | | |
| | 76:02 | committee, would those be meetings that typically | | |
| | 76:03 | somebody from FHFA would attend? | | |
| 76:06 - 76:07 | **Benson, David 2020-02-28** | | 00:00:05 | Benson_New.5 |
| | 76:06 | THE WITNESS: Since the inception of the | | |
| | 76:07 | conservatorship, yes. | | |
| 79:11 - 80:15 | **Benson, David 2020-02-28** | | 00:01:00 | Benson_New.6 |
| | 79:11 | Q. Okay. And are you familiar with the | | |
| | 79:12 | preferred stock purchase agreements that FHFA and | | |
| | 79:13 | Treasury signed at the beginning of Fannie Mae's | | |
| | 79:14 | conservatorship? | | |
| | 79:15 | A. Yes. | | |
| | 79:16 | Q. Are you familiar with a provision of the | | |
| | 79:17 | original preferred stock purchase agreement that | | |
| | 79:18 | calls for Fannie to, I think, gradually over time, | | |
| | 79:19 | reduce the size of its retained mortgage portfolio? | | |
| | 79:20 | A. Yes. | | |
| | 79:21 | Q. Do you happen to recall the rate at which | | |
| | 79:22 | Fannie was required to reduce the size of its | | |
| | 80:01 | retained mortgage portfolio? | | |
| | 80:02 | A. Yes. | | |
| | 80:03 | Q. And what was the rate? | | |
| | 80:04 | A. Initially, 10 percent per year. | | |

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 80:05  Q.  Okay, and you say initially.  Did that | | |
| | 80:06      rate change? | | |
| | 80:07  A.  Yes. | | |
| | 80:08  Q.  When did it change? | | |
| | 80:09  A.  2012. | | |
| | 80:10  Q.  And it changed as part of the third | | |
| | 80:11      amendment to the preferred stock purchase agreements, | | |
| | 80:12      does that sound right? | | |
| | 80:13  A.  The amendment of the summer of 2012, if | | |
| | 80:14      that's what you call the third amendment, that's the | | |
| | 80:15      amount that -- it increased to 15 percent per year. | | |
| 81:01 - 81:13 | **Benson, David 2020-02-28** | 00:00:44 | Benson_New.7 |
| | 81:01  Q.  As Fannie is reducing the size of | | |
| | 81:02      its retained mortgage portfolio, what effect, if any, | | |
| | 81:03      would you expect that to have on the net revenues | | |
| | 81:04      that Fannie is bringing in? | | |
| | 81:05  A.  Net revenues, it would go down. | | |
| | 81:06  Q.  Okay.  And what effect -- what would be | | |
| | 81:07      the marginal effect on net revenues or the change in | | |
| | 81:08      net revenue in moving from a 10 percent rate of | | |
| | 81:09      reduction to a 15 percent rate of reduction? | | |
| | 81:10  A.  More. | | |
| | 81:11  Q.  You would expect it to go down faster, is | | |
| | 81:12      that correct? | | |
| | 81:13  A.  Faster, correct. | | |
| 136:17 - 136:21 | **Benson, David 2020-02-28** | 00:00:11 | Benson_New.8 |
| | 136:17      (Benson Exhibit No. 11 was | | |
| | 136:18      marked for identification.) | | |
| | 136:19      BY MR. BARNES: | | |
| 🔗 P167.2 | 136:20  Q.  This will be Benson 11.  The Bates stamp | | |
| | 136:21      on this one is FNM-Fairholme-0022595.  And this is a | | |
| 142:14 - 143:10 | **Benson, David 2020-02-28** | 00:01:09 | Benson_New.9 |
| | 142:14  Q.  And can you say a little more about the | | |
| | 142:15      kind of progress that had been made as of March of | | |
| | 142:16      2012? | | |
| | 142:17  A.  Well, as is noted in this document, the | | |
| | 142:18      firm was expecting at some point that year to | | |
| | 142:19      become -- potentially to become profitable with some | | |
| | 142:20      various categories in the income statement that were | | |
| | 142:21      somewhat unknowable, but it was at least seeing its | | |

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 142:22  way through that.  So that was a change from what had | | |
| | 143:01  been going on in the previous few years. | | |
| | 143:02  And, you know, there was a recognition of | | |
| | 143:03  the book of business that had been generated since | | |
| | 143:04  2009 as becoming, you know, the larger part of the | | |
| | 143:05  assets on the balance sheet, which were of much | | |
| | 143:06  higher quality and were expected to perform, you | | |
| | 143:07  know, well going forward.  And that much of the | | |
| | 143:08  damage that had been created in the crisis up to that | | |
| | 143:09  point had been reflected in the financial statements | | |
| Clear | 143:10  already.  So I think that's what the changes were. | | |
| 143:11 - 144:07 | **Benson, David 2020-02-28** | 00:01:10 | Benson_New.10 |
| | 143:11  Q.  And early on in that answer, you made | | |
| | 143:12  reference to various categories in the income | | |
| | 143:13  statement that were unknowable. | | |
| | 143:14  A.  Uh-huh. | | |
| | 143:15  Q.  What categories do you have in mind there? | | |
| | 143:16  A.  Fair value, gains and losses, the | | |
| | 143:17  amortization -- amortization income from the GSE | | |
| | 143:18  book.  At the time, I think the expectation was that | | |
| | 143:19  the credit-related income would become -- would begin | | |
| | 143:20  to -- would have stabilized, which had been very, | | |
| | 143:21  very negative for quite some time, would stabilize | | |
| | 143:22  and go positive.  But that's an unknowable also, | | |
| | 144:01  meaning it's dependent upon a number of factors. | | |
| | 144:02  So, you know, interest rates are not | | |
| | 144:03  knowable, in terms of the direction they're going to | | |
| | 144:04  head, and that impacts a number of these items as | | |
| | 144:05  well.  Home price appreciation or depreciation in any | | |
| | 144:06  given period is unknowable, and would have impact on | | |
| | 144:07  credit-related income. | | |
| 144:08 - 144:14 | **Benson, David 2020-02-28** | 00:00:18 | Benson_New.11 |
| | 144:08  Q.  And I think you also mentioned that the | | |
| | 144:09  book of business that Fannie had from 2009 forward | | |
| | 144:10  was better or more profitable.  Do I have that right? | | |
| | 144:11  A.  Correct. | | |
| | 144:12  Q.  And can you just kind of explain the | | |
| | 144:13  difference between the 2009 and thereafter book of | | |
| | 144:14  business versus the earlier book of business? | | |
| 144:17 - 145:05 | **Benson, David 2020-02-28** | 00:00:40 | Benson_New.12 |

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 144:17   THE WITNESS: Underwriting standards were | | Benson_New.12 |
| | 144:18   tightened, so the loans that were originated during | | |
| | 144:19   those periods were, on average, and in the tails, | | |
| | 144:20   meaning in their worst components, better than what | | |
| | 144:21   had been the case. Many of the kinds of products | | |
| | 144:22   that had been problematic that created losses in the | | |
| | 145:01   prior periods no longer existed even in the | | |
| | 145:02   marketplace at all. So there were just very | | |
| | 145:03   significant changes in the industry and at Fannie to | | |
| | 145:04   generate what was expected to be a very, you know, | | |
| | 145:05   profitable book. | | |
| 158:16 - 158:17 | **Benson, David 2020-02-28** | 00:00:11 | Benson_New.13 |
| 🔗 P211.1 | 158:16   Q. And this will be Benson 14, and it's Bates | | |
| | 158:17   number FHFA-00047951. And, Mr. Benson, again, you're | | |
| 158:22 - 159:04 | **Benson, David 2020-02-28** | 00:00:19 | Benson_New.14 |
| | 158:22   Q. And the date on this document is July 9th, | | |
| | 159:01   And I guess, as an initial matter, can you | | |
| | 159:02   give me a sense for the trajectory of Fannie's | | |
| | 159:03   expectations with respect to credit expenses in the | | |
| | 159:04   summer of 2012? | | |
| 159:06 - 159:15 | **Benson, David 2020-02-28** | 00:00:28 | Benson_New.15 |
| | 159:06   THE WITNESS: That they would improve. | | |
| | 159:07   BY MR. BARNES: | | |
| | 159:08   Q. And what was the reason for thinking that | | |
| | 159:09   they would improve? | | |
| | 159:10   A. Home prices were starting to recover, and | | |
| | 159:11   the overall credit environment was recovering with | | |
| | 159:12   them. | | |
| | 159:13   Q. And was the expectation that that would | | |
| | 159:14   make an appreciable difference, in terms of Fannie's | | |
| | 159:15   profitability? | | |
| 159:17 - 159:17 | **Benson, David 2020-02-28** | 00:00:02 | Benson_New.16 |
| | 159:17   THE WITNESS: Over time, yes. | | |
| 160:04 - 160:05 | **Benson, David 2020-02-28** | 00:00:09 | Benson_New.17 |
| 🔗 OLDP196.1 | 160:04   Q. And this is Benson 15, Bates number | | |
| | 160:05   FHFA-00073824. | | |
| 160:18 - 161:06 | **Benson, David 2020-02-28** | 00:00:35 | Benson_New.18 |
| | 160:18   Q. Okay. And the author of the email -- this | | |
| | 160:19   is an internal FHFA email -- suggests that Fannie | | |

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 🔗 OLDP196.1.11 | 160:20    could see a roaring recovery fueled in large part by | | |
| | 160:21    drawing down on approximately $70 billion allowance | | |
| | 160:22    for loan loss reserves and 03-3 loans. Do you see | | |
| | 161:01    that? | | |
| | 161:02   A.   Uh-huh. | | |
| | 161:03   Q.   In May of 2012, was it your expectation | | |
| | 161:04    that Fannie would experience a roaring recovery as a | | |
| | 161:05    result of the recognition of money coming out of the | | |
| | 161:06    loan loss reserve? | | |
| 161:08 - 161:18 | **Benson, David 2020-02-28** | 00:00:33 | Benson_New.19 |
| 🔗 OLDP196.1.12 | 161:08    THE WITNESS: I can't recall specifically, | | |
| | 161:09    you know, May of 2012. But in the period, in 2012, | | |
| | 161:10    when we returned to profitability, all -- you know, | | |
| | 161:11    the factors that would -- that we discussed, which | | |
| | 161:12    were improving home prices and better credit | | |
| | 161:13    conditions, and all of that, were playing into a | | |
| | 161:14    better profile for our profitability. I think those | | |
| | 161:15    trends continued. So we've already really discussed | | |
| | 161:16    what I think our -- you know, how we were thinking | | |
| | 161:17    about things in that early period, when we had just | | |
| | 161:18    begun to be profitable. | | |
| 173:07 - 173:10 | **Benson, David 2020-02-28** | 00:00:12 | Benson_New.20 |
| | 173:07   Q.   Mr. Benson, have you seen this document | | |
| 🔗 OLDP216.1 | 173:08    before? It's Bates stamped FNM-Fairholme-0039749. | | |
| | 173:09   A.   Yes, I have. | | |
| | 173:10   Q.   When was the last time you saw it? | | |
| 173:12 - 174:10 | **Benson, David 2020-02-28** | 00:01:04 | Benson_New.21 |
| | 173:12    THE WITNESS: I saw this in preparation | | |
| | 173:13    for this deposition. | | |
| | 173:14    BY MR. BARNES: | | |
| | 173:15   Q.   And did you have a role in preparing this | | |
| | 173:16    document? | | |
| | 173:17   A.   Yes. | | |
| 🔗 OLDP216.1.1 | 173:18   Q.   And the title of the document is strategic | | |
| | 173:19    planning session. What is that referring to, | | |
| | 173:20    strategic planning session? | | |
| | 173:21   A.   Each July, the board of directors | | |
| | 173:22    typically would reserve two to three hours a time to | | |
| | 174:01    talk about what they would call strategic planning. | | |
| | 174:02    Strategic planning, in the context of being a GSE in | | |

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 174:03 | conservatorship, might have a slightly different feel | | |
| | 174:04 | to it than in a normal commercial corporate setting, | | |
| | 174:05 | but nevertheless, it was to discuss, you know, | | |
| | 174:06 | matters of long-term, you know, import to the | | |
| | 174:07 | company. | | |
| | 174:08 Q. | And in the course of these strategic | | |
| | 174:09 | planning sessions, would one thing that you would | | |
| | 174:10 | look at be the financial projections for the company? | | |
| 174:12 - 174:13 | **Benson, David 2020-02-28** | | 00:00:03 | Benson_New.22 |
| | 174:12 | THE WITNESS: The answer is sometimes, but | | |
| | 174:13 | not necessarily. | | |
| 174:15 - 175:18 | **Benson, David 2020-02-28** | | 00:02:01 | Benson_New.23 |
| 🔗 OLDP216.14 | 174:15 Q. | Okay. And if you would flip to slide 13 | | |
| | 174:16 | of this document. And there is a bar chart here, and | | |
| | 174:17 | it looks like it's got some projections about | | |
| | 174:18 | Fannie's dividend payments to the Treasury | | |
| | 174:19 | Department, is that right? | | |
| | 174:20 A. | Correct. | | |
| | 174:21 Q. | And it appears that there is a -- the | | |
| 🔗 OLDP216.14.1 | 174:22 | chart -- the bars associated with 2020 are circled. | | |
| | 175:01 | Can you explain for me why those years are circled? | | |
| | 175:02 A. | Sure. There's two bars. The lighter bar | | |
| | 175:03 | is dividend payments that have been made to Treasury. | | |
| | 175:04 | And many of these years, they're showing are | | |
| | 175:05 | obviously a stylized estimate of the future, because | | |
| | 175:06 | I think this has been published in 2012. So you have | | |
| | 175:07 | maybe four years of actuals, and then the rest is | | |
| | 175:08 | some form of estimate or forecast of the type. | | |
| | 175:09 | And then the right gray bar, darker bar, | | |
| | 175:10 | is the -- it's the aggregate amount of draws that had | | |
| | 175:11 | been taken. And so -- and then the circled bar is | | |
| | 175:12 | where the dividend payments on a cumulative basis | | |
| | 175:13 | that have gone to Treasury exceeded the cumulative | | |
| | 175:14 | draws. And this is a combination of both Fannie and | | |
| | 175:15 | Freddie, so it's an estimate of both GSEs combined. | | |
| | 175:16 Q. | And to what extent, if any, did you think | | |
| | 175:17 | the GSEs making combined dividend payments in excess | | |
| | 175:18 | of Treasury's investment was a significant event? | | |
| 175:20 - 176:14 | **Benson, David 2020-02-28** | | 00:00:58 | Benson_New.24 |
| | 175:20 | THE WITNESS: It was a -- I would consider | | |

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 175:21 | this to have been in the category of a marketing | | |
| | 175:22 | issue of representing the benefits that the | | |
| | 176:01 | government had received versus the commitment or the | | |
| | 176:02 | actual amounts that they had had to put in. So using | | |
| | 176:03 | this as sort of a marketing spin on trying to put | | |
| | 176:04 | success on that wrapper. | | |
| | 176:05 | BY MR. BARNES: | | |
| | 176:06 Q. | And who was the target of the marketing? | | |
| | 176:07 A. | Well, this was a presentation to the board | | |
| | 176:08 | of directors, and offering to them ideas of how one | | |
| | 176:09 | might position, from a marketing standpoint, the | | |
| | 176:10 | potential -- basically, the potential, you know, | | |
| | 176:11 | success factors of how the GSEs could be looked at, | | |
| | 176:12 | at some point in the future, potentially. | | |
| | 176:13 Q. | Looked at in the future by whom? | | |
| | 176:14 A. | The public. | | |

| **176:15 - 176:21** | **Benson, David 2020-02-28** | 00:00:17 | Benson_New.25 |
| OLDP216.15 | 176:15 Q. And if you look at the next page, slide | | |
| | 176:16 14, it looks like there are some more detailed | | |
| | 176:17 financial projections for Fannie and Freddie both. | | |
| | 176:18 Do I have that right? | | |
| | 176:19 A. Correct. | | |
| | 176:20 Q. And why was Fannie preparing financial | | |
| | 176:21 projections for Freddie Mac? | | |

| **177:01 - 177:08** | **Benson, David 2020-02-28** | 00:00:24 | Benson_New.26 |
| | 177:01 THE WITNESS: Well, this is not -- this | | |
| | 177:02 wouldn't have been information -- this would come | | |
| | 177:03 from public information, so it would be information | | |
| | 177:04 that -- we didn't have Freddie's internal. So this | | |
| | 177:05 would have been our attempt to be able to frame, in | | |
| | 177:06 the same way that we would do for yourselves, to do | | |
| | 177:07 the best we could to try to estimate what their | | |
| | 177:08 position might be. And that's what that is. | | |

| **177:22 - 178:02** | **Benson, David 2020-02-28** | 00:00:08 | Benson_New.27 |
| OLDP216.15 | 177:22 Q. Do these projections reflect Fannie's best | | |
| | 178:01 and most honest assessment of how it expected to | | |
| | 178:02 perform in the future at the time? | | |

| **178:04 - 179:07** | **Benson, David 2020-02-28** | 00:01:20 | Benson_New.28 |
| | 178:04 THE WITNESS: This was intended as a | | |

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 178:05 | strategic thought piece, as opposed to an audited | | |
| | 178:06 | financial statement. So these would be, you know, | | |
| | 178:07 | estimates using information that came from our | | |
| | 178:08 | finance group with a lens on the various assumptions | | |
| | 178:09 | also that were -- I believe some of those assumptions | | |
| | 178:10 | were listed in a previous page -- to really | | |
| | 178:11 | illustrate what could be -- assuming that those | | |
| | 178:12 | assumptions were reasonable. Of course, the | | |
| | 178:13 | actuality of events going forward were going to be | | |
| | 178:14 | highly sensitive to many of those assumptions and | | |
| | 178:15 | whether they were correct or not. | | |
| | 178:16 | You've asked if it was the best estimate. | | |
| | 178:17 | It wasn't -- the purpose of this wasn't necessarily | | |
| | 178:18 | to go through the kind of rigor that one would | | |
| | 178:19 | typically go through, in terms of the way we would do | | |
| | 178:20 | our official forecast. This was more of a -- call it | | |
| | 178:21 | an unofficial, long-term forecast, which by the way | | |
| | 178:22 | is not usual for us to do a 10-year forecast. That's | | |
| | 179:01 | outside the bounds of what we would typically do for | | |
| | 179:02 | our own purposes. Typically, that's more of a | | |
| | 179:03 | five-year forecast that we do. | | |
| | 179:04 | So, again, it was -- it was a reasonable | | |
| | 179:05 | estimate in the context of what we were trying to | | |
| | 179:06 | demonstrate for the purposes of this particular | | |
| | 179:07 | session. | | |

| 182:15 - 182:21 | **Benson, David 2020-02-28** | 00:00:30 | Benson_New.29 |
| 🔗 OLDP213.1 | 182:15 Q. So this is Benson 19, FHFA-00047889. | | |
| | 182:16 Mr. Benson, have you seen this document before? | | |
| | 182:17 A. I have not. | | |
| 🔗 OLDP213.1.5 | 182:18 Q. It purports to be a set of notes from a | | |
| | 182:19 Fannie Mae executive management meeting on July 9th, | | |
| | 182:20 2012. | | |
| | 182:21 A. Uh-huh. | | |

| 182:22 - 183:02 | **Benson, David 2020-02-28** | 00:00:07 | Benson_New.30 |
| | 182:22 Q. And if you would, read for me the | | |
| 🔗 OLDP213.1.19 | 183:01 paragraph of text that is under GSE strategy update. | | |
| | 183:02 A. Okay. Okay. | | |

| 183:03 - 183:08 | **Benson, David 2020-02-28** | 00:00:19 | Benson_New.31 |
| | 183:03 Q. Mr. Benson, did you say at a meeting of | | |
| 🔗 OLDP213.1.18 | 183:04 the executive management team on July 9th, 2012 that | | |

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 183:05 | | the next eight years were likely to be the golden | | |
| | 183:06 | | years of GSE earnings? | | |
| | 183:07 | A. | That sounds like something I might have | | |
| ☒ Clear | 183:08 | | said. I don't recall. | | |
| 186:18 - 186:18 | **Benson, David 2020-02-28** | | | 00:00:02 | Benson_New.32 |
| 🔗 OLDP253.1 | 186:18 | Q. | This is Benson 22. | | |
| 186:21 - 187:02 | **Benson, David 2020-02-28** | | | 00:00:10 | Benson_New.33 |
| | 186:21 | | And the first page here | | |
| 🔗 OLDP253.1.1 | 186:22 | | is an email -- it looks like an email you sent to Tim | | |
| | 187:01 | | Bowler. Does that look right? | | |
| | 187:02 | A. | Tim Bowler. | | |
| 187:05 - 187:10 | **Benson, David 2020-02-28** | | | 00:00:17 | Benson_New.34 |
| | 187:05 | Q. | Who was or is Tim Bowler? | | |
| | 187:06 | A. | Tim Bowler, at the time, was working at | | |
| | 187:07 | | the Treasury Department. I believe he was a Deputy | | |
| | 187:08 | | Assistant Secretary. I believe that was the title. | | |
| | 187:09 | Q. | And did you routinely interact with | | |
| | 187:10 | | Mr. Bowler or -- | | |
| 187:12 - 187:13 | **Benson, David 2020-02-28** | | | 00:00:06 | Benson_New.35 |
| | 187:12 | | THE WITNESS: I would say it was | | |
| | 187:13 | | reasonably frequent. | | |
| 188:04 - 188:05 | **Benson, David 2020-02-28** | | | 00:00:04 | Benson_New.36 |
| | 188:04 | Q. | Would you have sent Mr. Bowler a set of | | |
| | 188:05 | | financial projections that you thought were wrong? | | |
| 188:07 - 188:07 | **Benson, David 2020-02-28** | | | 00:00:00 | Benson_New.37 |
| | 188:07 | | THE WITNESS: No. | | |
| 188:10 - 188:10 | **Benson, David 2020-02-28** | | | 00:00:02 | Benson_New.38 |
| | 188:10 | | THE WITNESS: No. | | |
| 189:19 - 189:21 | **Benson, David 2020-02-28** | | | 00:00:09 | Benson_New.39 |
| | 189:19 | Q. | And the financial projections we've been | | |
| | 189:20 | | looking at, would these be projections that FHFA also | | |
| | 189:21 | | would have had access to? | | |
| 190:01 - 190:10 | **Benson, David 2020-02-28** | | | 00:00:20 | Benson_New.40 |
| ☒ Clear | 190:01 | | THE WITNESS: Yes. | | |
| | 190:02 | | BY MR. BARNES: | | |
| | 190:03 | Q. | Do you recall during this period anyone | | |
| | 190:04 | | from FHFA suggesting that Fannie's projections were | | |

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 190:05    too optimistic? | | |
| | 190:06  A.  I don't recall. | | |
| | 190:07  Q.  Do you recall anyone from the Treasury | | |
| | 190:08    Department suggesting that Fannie Mae's projections | | |
| | 190:09    were too optimistic? | | |
| | 190:10  A.  I don't recall that either. | | |
| 191:20 - 192:08 | **Benson, David 2020-02-28** | 00:00:30 | Benson_New.41 |
| | 191:20  Q.  Do you recall any discussion within Fannie | | |
| | 191:21    Mae before August 16th, 2012, around whether Fannie | | |
| | 191:22    would have taxable income in the future? | | |
| | 192:01  A.  I don't. | | |
| | 192:02  Q.  Do you recall any discussions within | | |
| | 192:03    Fannie Mae about whether it would be necessary to | | |
| | 192:04    reverse the valuation allowance on the deferred tax | | |
| | 192:05    assets? | | |
| | 192:06  A.  By when?  At what time? | | |
| | 192:07  Q.  Before August 16th, 2012. | | |
| | 192:08  A.  I don't. | | |
| 198:16 - 198:18 | **Benson, David 2020-02-28** | 00:00:09 | Benson_New.42 |
| | 198:16  Q.  Can you give me a sense for how Fannie's | | |
| | 198:17    financial condition had changed between September | | |
| | 198:18    2011 and August 2012? | | |
| 198:20 - 199:05 | **Benson, David 2020-02-28** | 00:00:21 | Benson_New.43 |
| | 198:20    THE WITNESS:  I just don't have the data | | |
| | 198:21    in front of me to represent -- give you much of a | | |
| | 198:22    representation on that, other than improving. | | |
| | 199:01    BY MR. BARNES: | | |
| | 199:02  Q.  Things were getting better? | | |
| | 199:03  A.  Things were getting better. | | |
| | 199:04  Q.  And as things got better, would that have | | |
| | 199:05    an effect on projections of comprehensive income? | | |
| 199:08 - 199:08 | **Benson, David 2020-02-28** | 00:00:04 | Benson_New.44 |
| | 199:08    THE WITNESS:  As a general matter, yes. | | |
| 205:09 - 205:14 | **Benson, David 2020-02-28** | 00:00:11 | Benson_New.45 |
| | 205:09  Q.  Do you recall when you first learned of | | |
| | 205:10    the change to the preferred stock purchase agreements | | |
| | 205:11    that was made in August? | | |
| | 205:12  A.  I don't. | | |
| | 205:13  Q.  Do you remember if you were surprised by | | |

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 205:14    it? | | |
| 205:16 - 206:05 | **Benson, David 2020-02-28** | 00:00:41 | Benson_New.46 |
| | 205:16    THE WITNESS:  I do. | | |
| | 205:17    BY MR. BARNES: | | |
| | 205:18   Q.   Were you surprised? | | |
| | 205:19   A.   Yes, I was. | | |
| | 205:20   Q.   What surprised you about it? | | |
| | 205:21   A.   The -- I mean, all -- you know, all of the | | |
| | 205:22    terms were surprising, just meaning they hadn't -- | | |
| | 206:01    had not -- in many of its terms, had not really | | |
| | 206:02    occurred to me as a possibility, or would happen, or | | |
| | 206:03    any of that, meaning they were just -- they were | | |
| | 206:04    surprising.  We were like, oh, that's interesting. | | |
| | 206:05    Not expected.  Just, oh, okay. | | |
| 212:11 - 212:12 | **Benson, David 2020-02-28** | 00:00:04 | Benson_New.47 |
| | 212:11   Q.   Do you think it would be a good thing if | | |
| | 212:12    Fannie Mae exited from conservatorship? | | |
| 212:14 - 213:08 | **Benson, David 2020-02-28** | 00:01:13 | Benson_New.48 |
| | 212:14    THE WITNESS:  My opinion?  Yes. | | |
| | 212:15    BY MR. BARNES: | | |
| | 212:16   Q.   Why? | | |
| | 212:17   A.   I come from a commercial background | | |
| | 212:18    originally.  It's -- I believe that commercial | | |
| | 212:19    practices supported by private capital is a good | | |
| | 212:20    thing for our economy, and for good corporate | | |
| | 212:21    governance and practices.  I believe it leads to | | |
| | 212:22    better outcomes overall for society, in general, | | |
| | 213:01    for -- if, you know -- so, you know, I just naturally | | |
| | 213:02    am constituted to want to favor that form of | | |
| | 213:03    structure, as opposed to, you know, having the | | |
| | 213:04    government be involved in various matters that | | |
| | 213:05    perhaps are better left to the private sector to deal | | |
| | 213:06    with. | | |
| | 213:07   Q.   And in order to exit conservatorship, is | | |
| | 213:08    it necessary for Fannie to build capital? | | |
| 213:10 - 213:10 | **Benson, David 2020-02-28** | 00:00:02 | Benson_New.49 |
| | 213:10    THE WITNESS:  Yes. | | |

**Benson_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| Our Designations | 00:22:41 |
| --- | --- |
| **TOTAL RUN TIME** | **00:22:41** |

Documents linked to video:

OLDP196

OLDP213

OLDP216

OLDP253

P167

P211

# EXHIBIT E

# Per Plfs Pretrial Statement "Played in Plaintiffs' Case"

Designation List Report

**Mayopoulos, Timothy**                    **2020-03-10**

Our Designations                                 00:24:38
**TOTAL RUN TIME**                          **00:24:38**

Documents linked to video:
OLDP308
P167
P216



ID: Mayopoulous_New

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:04 - 15:20 | **Mayopoulos, Timothy 2020-03-10** | 00:02:05 | Mayopoulous_New.1 |

| | | |
|---|---|---|
| 14:04 | Q. | Okay.  And I guess maybe to start, I'll |
| 14:05 | | ask you to just sort of, at a high level, sketch out |
| 14:06 | | sort of your professional background up to the time |
| 14:07 | | when you came to Fannie Mae. |
| 14:08 | A. | I was educated at Cornell University. |
| 14:09 | | Graduated in 1980.  Went to law school at New York |
| 14:10 | | University School of Law, graduated in 1984.  Upon |
| 14:11 | | graduation I clerked in the Southern District of New |
| 14:12 | | York.  After that I joined the law firm Davis Polk & |
| 14:13 | | Wardwell in New York.  I was there until 1994.  When |
| 14:14 | | I left, joined the Whitewater Investigation in |
| 14:15 | | Little Rock, Arkansas, was there for 18 months. |
| 14:16 | | Came back to New York.  I worked in three |
| 14:17 | | investment banks, Donaldson, Lufkin & Jenrette, |
| 14:18 | | Credit Suisse First Boston, and Deutsche Bank, and |
| 14:19 | | then -- as an in-house lawyer and then moved to |
| 14:20 | | Charlotte, North Carolina, where I was the general |
| 14:21 | | counsel of Bank of America for five years, and then |
| 14:22 | | in early 2009, I joined Fannie Mae. |
| 15:01 | Q. | And what was your first job at Fannie |
| 15:02 | | Mae?  What was your role at the start? |
| 15:03 | A. | I was the general counsel. |
| 15:04 | Q. | And I think you were eventually promoted |
| 15:05 | | from that position.  Do I have that right? |
| 15:06 | A. | I served as the general counsel |
| 15:07 | | exclusively for the first 18 months or so, and then |
| 15:08 | | I was made the chief administrative officer, and |
| 15:09 | | served in that capacity for another 18 months and |
| 15:10 | | then was named the CEO in June 2012. |
| 15:11 | Q. | And can you describe for me generally |
| 15:12 | | what your responsibilities were as chief |
| 15:13 | | administrative officer? |
| 15:14 | A. | It included the general counsel function, |
| 15:15 | | but also included oversight over things such as |
| 15:16 | | human resources and communications and marketing, a |
| 15:17 | | variety of kind of nonbusiness, but functional |
| 15:18 | | roles. |
| 15:19 | Q. | And when were you promoted to CEO? |
| 15:20 | A. | June 2012. |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 83:04 - 83:15 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:47 | Mayopoulous_New.3 |
| 🔗 P167.1 | 83:04 | Q. And this will be Exhibit 7. | | |
| | 83:05 | FNM-Fairholme-0022594, and at least the way it pops | | |
| | 83:06 | up on my document review platform, I've also | | |
| | 83:07 | included a document that I think was separately | | |
| 🔗 P167.2 | 83:08 | produced, which is just the sequential Bates number, | | |
| | 83:09 | which is FNM-Fairholme-0022595. | | |
| 🔗 P167.1.1 | 83:10 | And, if you would, just read the cover | | |
| | 83:11 | e-mail for me, and I'm actually -- this is a draft. | | |
| | 83:12 | I'm mostly going to ask you questions about the | | |
| | 83:13 | final version of the document rather than the draft, | | |
| | 83:14 | but just wanted to -- to kind of show you the draft | | |
| | 83:15 | as an initial matter. | | |
| 83:16 - 84:11 | **Mayopoulos, Timothy 2020-03-10** | | 00:01:14 | Mayopoulous_New.4 |
| | 83:16 | And I ask you, sir, if you've seen these | | |
| | 83:17 | documents before. | | |
| | 83:18 | A. I have. | | |
| | 83:19 | Q. When was the last time you saw them? | | |
| | 83:20 | A. I think I saw them yesterday. | | |
| | 83:21 | Q. And do you recall the circumstances of -- | | |
| | 83:22 | of sort of what prompted the drafting of this | | |
| | 84:01 | letter? | | |
| | 84:02 | A. I don't have a detailed recollection, but | | |
| | 84:03 | I do recall that the board of directors had | | |
| | 84:04 | expressed desire to communicate with Director | | |
| | 84:05 | DeMarco in writing about steps that might be taken | | |
| | 84:06 | to publicize the progress that Fannie Mae had made | | |
| | 84:07 | and to help market and policymakers understand the | | |
| | 84:08 | current state of the company. | | |
| | 84:09 | Q. And would this have been a common way for | | |
| | 84:10 | the board to communicate with Director DeMarco, or | | |
| | 84:11 | was this a little unusual? | | |
| 84:13 - 85:02 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:37 | Mayopoulous_New.5 |
| 🗑 Clear | 84:13 | If your question is did the | | |
| | 84:14 | board write many letters to Director DeMarco, it | | |
| | 84:15 | wrote some, but it didn't write many. | | |
| | 84:16 | -- | | |
| | 84:17 | Q. Okay. And what were the circumstances | | |
| | 84:18 | under which the board would opt to write a letter to | | |
| | 84:19 | the director of FHFA? | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 84:20   A.   I believe it was in those circumstances | | |
| | 84:21     where it had things it wanted to convey that were | | |
| | 84:22     longer than, you know, a short conversation, and | | |
| | 85:01     typically involved things that the board -- the | | |
| | 85:02     board felt strongly about. | | |
| 86:01 - 86:01 | **Mayopoulos, Timothy 2020-03-10** | 00:00:03 | Mayopoulous_New.6 |
| | 86:01   Q.   And this is I guess, Exhibit 8. | | |
| 86:04 - 87:15 | **Mayopoulos, Timothy 2020-03-10** | 00:02:06 | Mayopoulous_New.7 |
| | 86:04     This is the | | |
| 🔗 OLDP308.1.2 | 86:05     version that I believe went to FHFA, but it was not | | |
| | 86:06     sent until September 14th, 2012, and I'm curious. | | |
| | 86:07     Do you recall sort of what explains the | | |
| | 86:08     length of the process that was involved in preparing | | |
| | 86:09     the letter? | | |
| | 86:10   A.   I don't remember all of the circumstances | | |
| | 86:11     that might have contributed to that passage of time. | | |
| | 86:12     I think some of it was getting feedback from the | | |
| | 86:13     board, which consists of a dozen or so people, | | |
| | 86:14     consists of incorporating those comments.  It | | |
| | 86:15     consists -- I think there were also events that may | | |
| | 86:16     have occurred in that period that may have | | |
| | 86:17     influenced what the board wanted to put in the | | |
| | 86:18     letter, but I don't remember.  I can't account for | | |
| | 86:19     the six months that it took to -- to finalize the | | |
| | 86:20     draft. | | |
| | 86:21   Q.   Do you recall what any of the events | | |
| | 86:22     might have been that would have contributed to the | | |
| | 87:01     delay? | | |
| | 87:02   A.   My recollection is that one of the things | | |
| | 87:03     that happened was that -- my recollection is that at | | |
| | 87:04     some point FHFA put out some further guidance as to | | |
| | 87:05     the strategic plan for -- for the enterprises, and I | | |
| | 87:06     think that might have influenced this.  But that's | | |
| | 87:07     just my vague recollection. | | |
| | 87:08   Q.   Okay.  So you think there was a strategic | | |
| | 87:09     plan from FHFA that may have influenced the contents | | |
| | 87:10     of the letter; is that right? | | |
| | 87:11   A.   Maybe.  I -- I just -- I can't | | |
| | 87:12     remember -- I just remember there was something that | | |
| | 87:13     was going on with respect to FHFA that influenced | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 87:14 | this, and it might have been the strategic plan, but | | |
| | 87:15 | I don't remember. | | |
| 87:16 - 87:18 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:08 | Mayopoulous_New.8 |
| | 87:16 | Q. Okay. And what would the board have been | | |
| | 87:17 | trying to accomplish in sending a letter like this | | |
| | 87:18 | to FHFA? | | |
| 87:19 - 88:05 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:30 | Mayopoulous_New.9 |
| 🔗 OLDP308.1.1 | 87:19 | A. I think it's captured here on the first | | |
| | 87:20 | page of the letter, where the board says that the | | |
| | 87:21 | board feels a strong obligation to work with FHFA to | | |
| | 87:22 | inform policymakers, industry participants, and the | | |
| | 88:01 | public at large about developments of Fannie Mae in | | |
| | 88:02 | the housing finance market. | | |
| | 88:03 | I think this was an attempt to encourage | | |
| | 88:04 | Director DeMarco to share this information with | | |
| | 88:05 | those constituencies. | | |
| 88:20 - 89:06 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:22 | Mayopoulous_New.10 |
| 🔗 OLDP308.1 | 88:20 | Q. And do you have any recollection of how | | |
| | 88:21 | FHFA responded to this letter? Did it implement any | | |
| | 88:22 | of the suggestions? | | |
| | 89:01 | A. My recollection is that there were | | |
| | 89:02 | discussions about this. Director DeMarco | | |
| | 89:03 | attended -- regularly attended meetings of the board | | |
| | 89:04 | of directors in executive session, and my | | |
| | 89:05 | recollection is that there were discussions about | | |
| | 89:06 | the content of this letter. | | |
| 90:16 - 91:16 | **Mayopoulos, Timothy 2020-03-10** | | 00:01:09 | Mayopoulous_New.11 |
| | 90:16 | Q. And I think you mentioned one of the | | |
| | 90:17 | themes in this letter is -- I don't recall how you | | |
| | 90:18 | put it, but sort of Fannie's return to | | |
| | 90:19 | profitability. | | |
| | 90:20 | Is that a fair characterization? | | |
| | 90:21 | A. I think what I characterized it was | | |
| | 90:22 | progress had been made at Fannie Mae on a number of | | |
| | 91:01 | fronts, yeah. | | |
| | 91:02 | Q. Okay. And would Director DeMarco have | | |
| | 91:03 | been aware of that progress even before receiving | | |
| | 91:04 | this letter in September of 2012? | | |
| | 91:05 | A. I'm sure he was. | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 91:06   Q.   Okay. And why are you sure? | | |
| | 91:07   A.   The senior representatives of FHFA were | | |
| | 91:08     on site at Fannie Mae every day. They sat in on all | | |
| | 91:09     of our senior management meetings. They sat in all | | |
| | 91:10     of our board meetings. They -- they had complete, | | |
| | 91:11     open access to everything that was happening at | | |
| | 91:12     Fannie Mae, and I'm aware that they gave regular | | |
| | 91:13     reports to Director DeMarco and others at FHFA. | | |
| | 91:14     So I don't think there was anything going | | |
| | 91:15     on at Fannie Mae, progress or otherwise, that they | | |
| | 91:16     weren't aware of. | | |
| 93:18 - 94:01 | **Mayopoulos, Timothy 2020-03-10** | 00:00:16 | Mayopoulous_New.12 |
| 🔗 OLDP308.5.4 | 93:18   Q.   And now if you would jump ahead to page | | |
| | 93:19     5, and I'll ask you to read the section under | | |
| | 93:20     heading No. 4, "Fannie Mae Has Built a Demonstrably | | |
| | 93:21     Strong New Book of Business." | | |
| | 93:22     Do you see that? | | |
| | 94:01   A.   Yes. | | |
| 94:02 - 94:05 | **Mayopoulos, Timothy 2020-03-10** | 00:00:08 | Mayopoulous_New.13 |
| | 94:02     Yes, I've read it. | | |
| | 94:03   Q.   And what is the board saying in this | | |
| | 94:04     section? What is the point they are trying to | | |
| | 94:05     convey to FHFA? | | |
| 94:07 - 94:22 | **Mayopoulos, Timothy 2020-03-10** | 00:00:51 | Mayopoulous_New.14 |
| | 94:07     A: I think the gist of this is | | |
| | 94:08     that while the company had a very challenged book of | | |
| | 94:09     business of loans that had been acquired in the | | |
| | 94:10     years leading up to the crisis, many of those loans | | |
| | 94:11     were either being paid off or otherwise resolved, | | |
| | 94:12     and of course every day the company was acquiring | | |
| | 94:13     new loans, making new guarantees on loans more | | |
| | 94:14     recently originated that had higher credit quality, | | |
| | 94:15     and that the mix of the old, more troubled | | |
| | 94:16     population of loans and the newer, higher performing | | |
| | 94:17     loans, was steadily changing over time. | | |
| | 94:18     -- | | |
| | 94:19   Q.   And that's an accurate description of | | |
| | 94:20     Fannie's situation as of September 2012; is that | | |
| | 94:21     right? | | |
| | 94:22   A.   Yes. | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 95:01 - 95:16 | **Mayopoulos, Timothy 2020-03-10** | | 00:00:53 | Mayopoulous_New.15 |
| | 95:01 | Q. And sometimes I've heard people talk | | |
| | 95:02 | about this concept use the word "vintages." Is that | | |
| | 95:03 | a familiar term to you? | | |
| | 95:04 | A. Yes. | | |
| | 95:05 | Q. And can you just sort of explain that as | | |
| | 95:06 | a concept? | | |
| | 95:07 | A. So we would categorize different eras of | | |
| | 95:08 | loans by vintage, typically by a year, and so 2005 | | |
| | 95:09 | would be a vintage and 2006 would be a vintage, and | | |
| | 95:10 | we often tracked many of our risk management | | |
| | 95:11 | measures by vintage to show what the delinquency | | |
| | 95:12 | rate or the loss rate was for 2005 loans versus 2006 | | |
| | 95:13 | loans or 2008 loans versus 2012 loans. | | |
| | 95:14 | Q. Okay. And what did that sort of vintage | | |
| | 95:15 | analysis imply about Fannie's profitability going | | |
| | 95:16 | forward as of September 2012? | | |
| 95:18 - 96:20 | **Mayopoulos, Timothy 2020-03-10** | | 00:01:05 | Mayopoulous_New.16 |
| | 95:18 | You know, looking at it | | |
| | 95:19 | over the long term I expected that as the mix of | | |
| | 95:20 | older vintages running off and newer vintages | | |
| | 95:21 | replacing them, that the company would eventually | | |
| | 95:22 | return to profitability, and I think actually by | | |
| | 96:01 | this point we were profitable for at least a quarter | | |
| | 96:02 | or so, that we expected over the long term for that | | |
| | 96:03 | to be the case. | | |
| | 96:04 | It didn't mean that we would be | | |
| | 96:05 | profitable in every financial reporting period, but | | |
| | 96:06 | over time the company would -- would -- would return | | |
| | 96:07 | to profitability. | | |
| | 96:08 | -- | | |
| 🔗 OLDP308.1.2 | 96:09 | Q. And this letter, the final version of the | | |
| | 96:10 | letter, is dated September 2012, but was that | | |
| | 96:11 | Fannie's expectation in July and August of 2012 as | | |
| | 96:12 | well? | | |
| | 96:13 | A. Yes. We -- we -- we expected that to | | |
| | 96:14 | happen so that we expected that over time we would | | |
| | 96:15 | get sustained profitability. Again, assuming no | | |
| | 96:16 | major changes in the macroeconomic environment or | | |
| | 96:17 | sudden changes in our own business practices. | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 96:18  Q.  And Fannie Mae was right about that, | | |
| | 96:19       wasn't it? | | |
| | 96:20  A.  That turned out to be accurate, yes. | | |
| 96:21 - 97:04 | **Mayopoulos, Timothy 2020-03-10** | 00:00:16 | Mayopoulous_New.17 |
| 🔗 OLDP308.6 | 96:21  Q.  All right.  So flipping ahead, I'd now | | |
| | 96:22       like to ask you to read the balance of page 6. | | |
| | 97:01       There's not a new heading when you get to page 7, | | |
| | 97:02       but you can stop at the end of page 6, and, you | | |
| | 97:03       know, if you need to read more to answer my | | |
| | 97:04       questions, that's okay.  But -- | | |
| 97:05 - 97:14 | **Mayopoulos, Timothy 2020-03-10** | 00:00:26 | Mayopoulous_New.18 |
| | 97:05  A.  Okay.  I've read that. | | |
| 🔗 OLDP308.6.3 | 97:06  Q.  Okay.  And there's a reference in the | | |
| | 97:07       first paragraph to, quote, A widespread | | |
| | 97:08       misperception among many policymakers and taxpayers | | |
| | 97:09       that Fannie Mae will continue to experience losses | | |
| | 97:10       indefinitely into the future. | | |
| | 97:11       Do you see that? | | |
| | 97:12  A.  Yes. | | |
| | 97:13  Q.  Was FHFA burdened by that misperception | | |
| | 97:14       when this letter was sent in September of 2012? | | |
| 97:17 - 99:15 | **Mayopoulos, Timothy 2020-03-10** | 00:02:28 | Mayopoulous_New.19 |
| | 97:17       A: I don't know what FHFA | | |
| | 97:18       thought, and FHFA was made up of hundreds of people, | | |
| | 97:19       if not thousands of people, and so I -- | | |
| | 97:20       -- | | |
| | 97:21  Q.  Okay.  How about Mr. DeMarco? | | |
| | 97:22  A.  I don't know what Mr. DeMarco thought as | | |
| | 98:01       of this moment in time.  I don't know.  He certainly | | |
| | 98:02       had access to this information and lots of other | | |
| | 98:03       information that showed that conditions were | | |
| | 98:04       improving in the company. | | |
| 🔗 OLDP308.6.4 | 98:05  Q.  Okay.  And then -- and I guess the third | | |
| | 98:06       paragraph in this section, the paragraph that starts | | |
| | 98:07       with the word "Second," the last -- the last | | |
| | 98:08       sentence reads, "Taking steps to reduce Fannie Mae's | | |
| | 98:09       role in the near term would only hurt troubled | | |
| | 98:10       homeowners, destabilize neighborhoods, and increase | | |
| | 98:11       taxpayer losses, as there are still nearly 500,000 | | |
| | 98:12       seriously delinquent loans in our legacy books that | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 98:13 | require aggressive actions." | | |
| | 98:14 | I wanted to ask you to, I guess, kind of | | |
| | 98:15 | take this sentence clause by clause.  What is the | | |
| | 98:16 | board saying when it says that taking steps to | | |
| | 98:17 | reduce Fannie Mae's role in the near term would hurt | | |
| | 98:18 | troubled homeowners? | | |
| | 98:19 | A. Well, Fannie Mae was devoting | | |
| | 98:20 | considerable energy to providing assistance to | | |
| | 98:21 | homeowners who are unable to make their mortgage | | |
| | 98:22 | payments, either in the form of loan modifications | | |
| | 99:01 | or refinancings or, in the case where turning over | | |
| | 99:02 | the home there's really no alternative to it, | | |
| | 99:03 | facilitating ways of doing that that had less | | |
| | 99:04 | detrimental impact on -- the on the borrower. | | |
| | 99:05 | So I think what the board is saying here | | |
| | 99:06 | is that if Fannie Mae were to be quickly wound down, | | |
| | 99:07 | those kinds of activities would likely be negatively | | |
| | 99:08 | impacted. | | |
| | 99:09 | Q. And why would they be negatively | | |
| | 99:10 | impacted? | | |
| | 99:11 | A. Well, if this were done to both Fannie | | |
| | 99:12 | and Freddie, there were -- there really weren't any | | |
| | 99:13 | other obvious players to go and conduct those | | |
| | 99:14 | activities in the absence of Fannie and Freddie, at | | |
| ✖ Clear | 99:15 | least in the immediate term. | | |
| 115:17 - 116:22 | **Mayopoulos, Timothy 2020-03-10** | | 00:01:25 | Mayopoulous_New.26 |
| | 115:17 | Q. And you mentioned in there that | | |
| | 115:18 | profitability gives policymakers a broader menu of | | |
| | 115:19 | options. | | |
| | 115:20 | Did I catch that right? | | |
| | 115:21 | A. Yes.  I think that's right.  I think it | | |
| | 115:22 | enabled -- once Fannie and Freddie got back to | | |
| | 116:01 | sustained profitability, I think that the range of | | |
| | 116:02 | options that policymakers were willing to consider | | |
| | 116:03 | because they could see that the taxpayers were no | | |
| | 116:04 | longer deeply in the hole, it opened up a range of | | |
| | 116:05 | possibilities for -- for policymakers to consider | | |
| | 116:06 | that was broader than they would have considered in | | |
| | 116:07 | 2008 or '09 or '10. | | |
| | 116:08 | Q. And what were the new potential policies | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 116:09    that people could consider? | | |
| | 116:10  A.  Well, one of them would be ending the | | |
| | 116:11    conservatorships, having -- having the companies | | |
| | 116:12    exit, raise new capital, become privately | | |
| | 116:13    capitalized companies again, very few people -- | | |
| | 116:14    privately capitalized companies again.  Virtually | | |
| | 116:15    nobody was talking about that in 2009 or 2010. | | |
| | 116:16  Q.  That became a viable option for | | |
| | 116:17    policymakers when Fannie returned to profitability; | | |
| | 116:18    is that right? | | |
| | 116:19  A.  When Fannie and Freddie both returned to | | |
| | 116:20    profitability, yes. | | |
| | 116:21  Q.  And remind me again when Fannie returned | | |
| | 116:22    to profitability. | | |
| 117:03 - 117:10 | **Mayopoulos, Timothy 2020-03-10** | 00:00:31 | Mayopoulous_New.27 |
| | 117:03    THE WITNESS: I think we posted a profit | | |
| | 117:04    in -- I forget whether it was the first or second | | |
| | 117:05    quarter of 2012.  So that was the first time we were | | |
| | 117:06    profitable since 2008, so that was the first quarter | | |
| | 117:07    profitability.  Whether that was the first or second | | |
| | 117:08    quarter, I don't exactly remember, and then we | | |
| | 117:09    became sustainably profitable in the quarters after | | |
| | 117:10    that. | | |
| 128:12 - 128:12 | **Mayopoulos, Timothy 2020-03-10** | 00:00:07 | Mayopoulous_New.28 |
| 🔗 P216.15 | 128:12  Q.  And if we could, let's | | |
| 128:13 - 129:16 | **Mayopoulos, Timothy 2020-03-10** | 00:01:28 | Mayopoulous_New.43 |
| | 128:13    flip to I guess slide 14.  And I apologize.  The | | |
| | 128:14    print is rather small here that we're dealing with. | | |
| | 128:15    But if you see, this is a set of financial | | |
| | 128:16    projections broken out separately for Fannie Mae and | | |
| | 128:17    Freddie Mac, and there's a line in the Fannie | | |
| 🔗 P216.15.1 | 128:18    projections that says, "Remaining funding under | | |
| | 128:19    PSPA." | | |
| | 128:20    Do you see that? | | |
| | 128:21  A.  Yes. | | |
| | 128:22  Q.  And can you tell me, how much does this | | |
| | 129:01    suggest there would still be in 2022 of Treasury | | |
| | 129:02    funding under the funding commitment? | | |
| | 129:03  A.  Under this estimate, it appears that as | | |
| | 129:04    of 2022 there would be $118.3 billion left in | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 129:05      funding under the PSPA. | | |
| | 129:06   Q.   And is that generally consistent with | | |
| | 129:07      your expectations in July of 2012 about roughly how | | |
| | 129:08      much funding would remain available, you know, ten | | |
| | 129:09      years into the future under the existing arrangement | | |
| | 129:10      with Treasury? | | |
| | 129:11   A.   I don't know that I had any independent | | |
| | 129:12      view of how much funding I thought would be | | |
| | 129:13      available ten years out. | | |
| | 129:14   Q.   Okay. Would this -- would that be | | |
| | 129:15      consistent with kind of the considered judgment of | | |
| | 129:16      the Fannie management team? | | |
| 129:19 - 130:12 | **Mayopoulos, Timothy 2020-03-10** | 00:00:55 | Mayopoulous_New.29 |
| | 129:19      THE WITNESS: I don't know whether that | | |
| | 129:20      management team as a whole -- by management team, | | |
| | 129:21      I'm saying what we used to call as the executive | | |
| | 129:22      committee, whether that group as a group came to a | | |
| | 130:01      consensus view. I think the management team | | |
| | 130:02      reviewed these projections and thought that they | | |
| | 130:03      were reasonable, but I think we all understood that | | |
| | 130:04      this was highly dependent on a number of | | |
| | 130:05      assumptions. | | |
| | 130:06      It was dependent on certain expectations | | |
| | 130:07      about the macro environment, and that the right way | | |
| | 130:08      to think about this and every other estimate or | | |
| | 130:09      projection we made was that it was part of a range | | |
| | 130:10      of outcomes that could occur, but for ease of | | |
| | 130:11      presentation, we typically presented it as a, you | | |
| | 130:12      know, particular point estimate. | | |
| 131:11 - 131:16 | **Mayopoulos, Timothy 2020-03-10** | 00:00:16 | Mayopoulous_New.44 |
| | 131:11   Q.   Okay. So when I see a financial | | |
| | 131:12      projection from this period from Fannie Mae and it | | |
| | 131:13      provides a point estimate, is it fair for me to | | |
| | 131:14      assume that this is sort of suggesting that there | | |
| | 131:15      might be a range of possibilities, some better, some | | |
| | 131:16      worse? | | |
| 131:19 - 132:14 | **Mayopoulos, Timothy 2020-03-10** | 00:01:00 | Mayopoulous_New.45 |
| | 131:19      THE WITNESS: I think -- I think what | | |
| | 131:20      this represents is that this is an estimate. We | | |
| | 131:21      were fond of saying that virtually every estimate we | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 131:22   made we knew was not going to be accurate.  Like, as | | |
| | 132:01   I said earlier, the chances that any particular | | |
| | 132:02   estimate, especially one going out ten years, would | | |
| | 132:03   be exactly correct, you know, it would line up with | | |
| | 132:04   what ultimately happened, the chance of that | | |
| | 132:05   happening was virtually zero. | | |
| | 132:06   So in many ways, this was not -- you | | |
| | 132:07   know, while we carried out here numbers to a decimal | | |
| | 132:08   point, in my view, the right way to read this was | | |
| | 132:09   that this was directionally the way one should think | | |
| | 132:10   about things, not that any one of these numbers | | |
| | 132:11   particularly was accurate or should represent what | | |
| | 132:12   was highly likely to happen.  It's actually highly | | |
| | 132:13   likely the numbers would be different than | | |
| | 132:14   whatever's on the piece of paper. | | |
| 136:04 - 136:12 | **Mayopoulos, Timothy 2020-03-10** | 00:00:31 | Mayopoulous_New.30 |
| | 136:04  Q.  Sure.  Looking at these financial | | |
| | 136:05   projections we've been talking about for Fannie Mae, | | |
| | 136:06   do they imply a near-term threat that Fannie is | | |
| | 136:07   going to make draws so large on Treasury's funding | | |
| | 136:08   commitment that it will exhaust the available funds? | | |
| | 136:09  A.  No.  As we discussed earlier, under this | | |
| | 136:10   set of assumptions, the model indicates that the | | |
| | 136:11   company would still have $118.3 billion in available | | |
| ⌧ Clear | 136:12   funding as of 2020. | | |
| 143:13 - 144:18 | **Mayopoulos, Timothy 2020-03-10** | 00:01:24 | Mayopoulous_New.31 |
| | 143:13  Q.  And how frequent of an occurrence | | |
| | 143:14   was it for you to meet with people from the Treasury | | |
| | 143:15   Department? | | |
| | 143:16  A.  We had a standing quarterly meeting with | | |
| | 143:17   Treasury.  Typically several members of senior | | |
| | 143:18   management would go to Treasury and meet with one or | | |
| | 143:19   two senior people at Treasury and then a number of | | |
| | 143:20   staffers.  Meetings typically lasted an hour to an | | |
| | 143:21   hour and a half. | | |
| | 143:22  Q.  Mm-hmm.  And do you recall the general | | |
| | 144:01   topics that would be discussed, or was there | | |
| | 144:02   anything routinely that was on the agenda? | | |
| | 144:03  A.  We typically reviewed most-recent | | |
| | 144:04   financial results, any view we had about upcoming | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 144:05 | financial results, overall market conditions, and | | |
| | 144:06 | then any particular topics that Treasury wanted to | | |
| | 144:07 | discuss or we thought were particularly timely. | | |
| | 144:08 Q. | And as part of these meetings, would you | | |
| | 144:09 | typically present a set of financial projections to | | |
| | 144:10 | people from Treasury? | | |
| | 144:11 A. | There was usually some form -- you know, | | |
| | 144:12 | condensed form of financial projections. | | |
| | 144:13 Q. | Mm-hmm.  And am I right in assuming that | | |
| | 144:14 | when you brought a set of financial projections to | | |
| | 144:15 | the Treasury Department, they reflected Fannie Mae's | | |
| | 144:16 | best thinking about what it expected to happen in | | |
| | 144:17 | the future? | | |
| | 144:18 A. | Yes. | | |
| 187:14 - 188:10 | **Mayopoulous, Timothy 2020-03-10** | | 00:00:55 | Mayopoulous_New.37 |
| | 187:14 Q. | And I think you expressed that | | |
| | 187:15 | concern in terms of sort of political consequences | | |
| | 187:16 | of draws.  Did you worry about the financial | | |
| | 187:17 | consequences of draws? | | |
| | 187:18 A. | Not in any immediate way, because there | | |
| | 187:19 | was still plenty of capacity left in the PSPA | | |
| | 187:20 | commitment.  We assumed that at some point if -- if | | |
| | 187:21 | Fannie and/or Freddie needed to continue to draw on | | |
| | 187:22 | the PSPA commitment, that at some point market | | |
| | 188:01 | participants might start to wonder whether there was | | |
| | 188:02 | sufficient capital there, thinking about what was on | | |
| | 188:03 | balance sheet and what was virtually available to be | | |
| | 188:04 | able to continue to do business with us. | | |
| | 188:05 | But we didn't think we were anywhere | | |
| | 188:06 | close to that risk, but we also assumed that market | | |
| | 188:07 | participants, if they were going to get nervous | | |
| | 188:08 | about it, would get nervous about it long before | | |
| | 188:09 | that number dropped to zero, but we didn't know | | |
| | 188:10 | exactly what would be the tipping point. | | |
| 247:08 - 247:12 | **Mayopoulous, Timothy 2020-03-10** | | 00:00:18 | Mayopoulous_New.38 |
| | 247:08 Q. | In general, at the time that this letter | | |
| | 247:09 | was being drafted and throughout the ensuing months | | |
| | 247:10 | into the summer of 2012, did you feel relatively | | |
| | 247:11 | optimistic about the ability of Fannie Mae to return | | |
| | 247:12 | to long-term sustainable profitability? | | |

**Mayopoulous_New - Per Plfs Pretrial Statement "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 247:15 - 247:18 | **Mayopoulos, Timothy 2020-03-10** | 00:00:12 | Mayopoulous_New.39 |
| | 247:15 THE WITNESS: In the summer of 2012 was I | | |
| | 247:16 optimistic that Fannie Mae could achieve sustainable | | |
| | 247:17 profitability? I thought that was -- that was a | | |
| | 247:18 clear possibility, yes. | | |
| 264:22 - 265:05 | **Mayopoulos, Timothy 2020-03-10** | 00:00:13 | Mayopoulous_New.42 |
| | 264:22 Q. Do you think it's important | | |
| | 265:01 for the public to understand that the enterprises | | |
| | 265:02 have paid tens of billion dollars more to the | | |
| | 265:03 Treasury than the Treasury advanced to the | | |
| | 265:04 enterprises? | | |
| | 265:05 A. Yes. | | |

| Our Designations | 00:24:38 |
|---|---|
| **TOTAL RUN TIME** | **00:24:38** |

Documents linked to video:

OLDP308

P167

P216

# EXHIBIT F

# Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"

## Designation List Report

**Lockhart, James**                                    **2021-01-13**

| | |
|---|---|
| Our Designations | 00:32:42 |
| **TOTAL RUN TIME** | **00:32:42** |

Documents linked to video:

OLDP2B

OLDP2C

P515

P520



**ID: Lockhart_New**

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:16 - 10:18 | **Lockhart, James 2021-01-13** | 00:00:08 | Lockhart_New.1 |

| | |
|---|---|
| 10:16 | Can you just go ahead and state your name for |
| 10:17 | the record, please, your full name. |
| 10:18 | A.   James Bicknell Lockhart III. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 26:03 - 27:21 | **Lockhart, James 2021-01-13** | 00:02:34 | Lockhart_New.2 |

| | |
|---|---|
| 26:03 | Can you just give me a brief overview of your |
| 26:04 | employment history, starting from when you graduated |
| 26:05 | and any post-secondary school.  I really mean just an |
| 26:06 | overview. |
| 26:07 | A.   I went to Yale.  Worked for a bank for a year |
| 26:08 | in the credit department, and then spent three years |
| 26:09 | in the Navy as a supply officer on a nuclear |
| 26:10 | submarine.  Then Harvard Business School.  Gulf Oil |
| 26:11 | for about nine years, where I ended up as an assistant |
| 26:12 | treasurer.  Treasurer of Alexander & Alexander |
| 26:13 | thereafter, which was the second largest broker and |
| 26:14 | risk manager in the world. |
| 26:15 | After that, I went to run the Pension Benefit |
| 26:16 | Guarantee Corporation for George -- H.W. Bush, No. 41. |
| 26:17 | After he was defeated, I went to Smith Barney and was |
| 26:18 | a managing director in their insurance investment |
| 26:19 | banking practice, then for a year was senior |
| 26:20 | vice-president of finance of a reinsurance company, |
| 26:21 | National Re, then started a risk management firm, |
| 26:22 | advising financial institutions on credit interest |
| 27:01 | rate and operational risk, enterprise risk. |
| 27:02 | And then I got the call to go back in |
| 27:03 | government, and for about four years I was the No. 2 |
| 27:04 | chief operating officer Social Security, deputy |
| 27:05 | commissioner.  And after that I was asked to join |
| 27:06 | OFHEO in April or May of '06, and was confirmed, I |
| 27:07 | think, in June or so.  But I was there starting in |
| 27:08 | April. |
| 27:09 | And then when HERA was passed end of July |
| 27:10 | '08, I became the executive director of FHFA, which |
| 27:11 | continued to be the regulator of Fannie and Freddie, |
| 27:12 | but also, I was a regulator of federal loan home |
| 27:13 | banks. |
| 27:14 | And after that I stayed there through August |
| 27:15 | of '09, then joined a private equity firm -- WL Ross |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 27:16     is a private equity firm -- as a vice chairman and ran | | |
| | 27:17     their financial services practice. We invested in a | | |
| | 27:18     whole series of banks in the U.S. and Europe, and | | |
| | 27:19     probably five different mortgage companies in the | | |
| | 27:20     U.S., most single family and multi-family and | | |
| | 27:21     advisory. And I retired a couple years ago. | | |
| 27:22 - 28:14 | **Lockhart, James 2021-01-13** | 00:00:41 | Lockhart_New.3 |
| | 27:22   Q.   Thank you. That was very helpful. I'm | | |
| | 28:01     seeing reference to the fact that you are a senior | | |
| | 28:02     fellow at something called the Bipartisan Policy | | |
| | 28:03     Center. | | |
| | 28:04   A.   Yes. | | |
| | 28:05   Q.   Can you describe what that is? | | |
| | 28:06   A.   Yeah, that's correct. The Bipartisan Policy | | |
| | 28:07     Center was started by former ex-Senate majority | | |
| | 28:08     leaders, two Republicans, two Democrats. And their | | |
| | 28:09     mission is to bring Republicans and Democrats together | | |
| | 28:10     to come up with solutions to problems. | | |
| | 28:11     I co-chaired a communication there with | | |
| | 28:12     ex-senator Conrad on retirement security and personal | | |
| | 28:13     savings, and that report came out about three or four | | |
| | 28:14     years ago. | | |
| 29:06 - 29:18 | **Lockhart, James 2021-01-13** | 00:00:46 | Lockhart_New.4 |
| | 29:06   Q.   What was your degree in at Yale? | | |
| | 29:07   A.   American studies. | | |
| | 29:08   Q.   Do you have any degrees or professional | | |
| | 29:09     certifications that you believe were particularly | | |
| | 29:10     relevant to your work at OFHEO and FHFA? | | |
| | 29:11   A.   Well, certainly Harvard Business School. | | |
| | 29:12     Most of my courses were in finance. I'm also a fellow | | |
| | 29:13     of the corporate treasurer's organization in the UK, | | |
| | 29:14     but now it's worldwide. | | |
| | 29:15   Q.   And what was your degree from Harvard | | |
| | 29:16     Business School? | | |
| | 29:17   A.   They -- just the master's of business | | |
| | 29:18     administration. They don't have specific majors. | | |
| 29:19 - 30:16 | **Lockhart, James 2021-01-13** | 00:01:20 | Lockhart_New.5 |
| | 29:19   Q.   Can you describe briefly how it came | | |
| | 29:20     about that you were asked to go to OFHEO? | | |
| | 29:21   A.   Yes. I was leading President Bush's, | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 29:22    No. 43's, social security reform efforts at the agency | | |
| | 30:01    and had done that for several years.  It became | | |
| | 30:02    apparent by the end of '05 that it was not going to go | | |
| | 30:03    anywhere, and it was time for me to go back to | | |
| | 30:04    civilian life. | | |
| | 30:05    What they asked me, given the issues at | | |
| | 30:06    Fannie and Freddie, was to take over as the director | | |
| | 30:07    there.  They probably asked me six months before I | | |
| | 30:08    made the decision to do it.  And in that time, | | |
| | 30:09    actually spent a lot of time just reading up and | | |
| | 30:10    understanding some of the issues at Fannie and | | |
| | 30:11    Freddie. | | |
| | 30:12    And I was really parachuted in.  I had | | |
| | 30:13    already been Senate confirmed.  So it was easy to move | | |
| | 30:14    me in.  And the first order of business was the | | |
| | 30:15    examination report on the accounting standards at | | |
| | 30:16    Fannie Mae and doing a settlement with them. | | |
| 45:22 - 46:12 | **Lockhart, James 2021-01-13** | 00:00:50 | Lockhart_New.6 |
| | 45:22   Q.  And a few minutes ago you said something to | | |
| | 46:01      the effect of that you forced Fannie and Freddie to | | |
| | 46:02      raise capital, I think in '07, late '07. | | |
| | 46:03   A.  Right. | | |
| | 46:04   Q.  Can you describe what you mean when you say | | |
| | 46:05      you "forced" them to do it? | | |
| | 46:06   A.  Well, we put out regular reports, quarterly | | |
| | 46:07      and semiannual reports, of the health of Fannie and | | |
| | 46:08      Freddie -- they were significant concerns to us -- and | | |
| | 46:09      we told them that they needed to raise more capital. | | |
| | 46:10      We discussed it with the boards.  They were somewhat | | |
| | 46:11      reluctant, but they agreed.  And as I said, they were | | |
| | 46:12      able to raise capital in November, December of '07. | | |
| 46:19 - 47:07 | **Lockhart, James 2021-01-13** | 00:00:35 | Lockhart_New.7 |
| | 46:19    BY MR. COLATRIANO: | | |
| 🔗 P515.1 | 46:20   Q.  It should be loading right now.  Exhibit 5. | | |
| | 46:21      Let me know when you have it. | | |
| | 46:22   A.  I got it. | | |
| | 47:01   Q.  Exhibit 5 is a March 19 document. | | |
| | 47:02   A.  That's right. | | |
| | 47:03   Q.  I'm sorry. | | |
| 🔗 P515.1.1 | 47:04      A March 19, 2008 news release from OFHEO | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 47:05 | Bates stamped LOCKHART-DDC-000050. Have you reviewed | | |
| | 47:06 | this document in preparing for this deposition? | | |
| | 47:07 | A. Yes. | | |
| **48:01 - 48:15** | **Lockhart, James 2021-01-13** | | 00:00:56 | Lockhart_New.8 |
| 🔗 P515.1.2 | 48:01 | Q. It then goes on to say the "key part of this | | |
| | 48:02 | initiative, both companies announced that they begin | | |
| | 48:03 | the process to raise significant capital," and that | | |
| | 48:04 | "Both companies also said they would maintain overall | | |
| | 48:05 | capital levels well in excess of requirements." | | |
| | 48:06 | Did you have a view around this time about | | |
| | 48:07 | the company's ability to raise capital in the markets? | | |
| | 48:08 | A. We thought they could. That's why we | | |
| | 48:09 | required it, and, you know, we were hearing from | | |
| | 48:10 | investment bankers that it was possible, Treasurywise | | |
| | 48:11 | in particular as well. Treasury was involved in these | | |
| | 48:12 | negotiations with the two CEOs. | | |
| | 48:13 | Q. Okay. | | |
| | 48:14 | A. And Fannie did raise capital, as you know, in | | |
| 🗙 Clear | 48:15 | May of '08. Freddie did not. | | |
| **60:16 - 61:13** | **Lockhart, James 2021-01-13** | | 00:01:29 | Lockhart_New.9 |
| | 60:16 | Q. What was your understanding of the | | |
| | 60:17 | difference between conservatorship and receivership? | | |
| | 60:18 | A. Receivership set up an LL -- whatever that | | |
| | 60:19 | means. It set up a separate company that the good | | |
| | 60:20 | assets would be transferred into, and conservatorship | | |
| | 60:21 | was keeping the companies in place, but with the | | |
| | 60:22 | conservator, the agency, myself in particular, having | | |
| | 61:01 | the powers of the board and the management of the | | |
| | 61:02 | companies to conserve their assets. | | |
| | 61:03 | Q. Okay. And so would it be fair to say that | | |
| | 61:04 | conservatorship and receivership had different | | |
| | 61:05 | objectives, different purposes? | | |
| | 61:06 | A. Yes. | | |
| | 61:07 | Q. And how would you describe that difference? | | |
| | 61:08 | A. Well, the receivership was much more | | |
| | 61:09 | draconian. It effectively had the impact of moving | | |
| | 61:10 | the assets to another vehicle and -- that would be | | |
| | 61:11 | capitalized. While conservatorship was an attempt to | | |
| | 61:12 | work through their issues and -- over time and | | |
| | 61:13 | potentially keep the companies in place. | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 61:14 - 62:04 | **Lockhart, James 2021-01-13** | 00:00:37 | Lockhart_New.10 |

| | | |
|---|---|---|
| 61:14 | Q. | So that suggests that receivership and |
| 61:15 | | conservatorship had different sort of end results in |
| 61:16 | | mind; correct? |
| 61:17 | A. | End results and different market |
| 61:18 | | implications, which was one of the reasons we were |
| 61:19 | | having a big debate about receivership and |
| 61:20 | | conservatorship. |
| 61:21 | Q. | What do you mean by "market implications"? |
| 61:22 | A. | I think receivership would have panicked the |
| 62:01 | | market pretty dramatically. The market was already |
| 62:02 | | very thin at that point, and I'm talking about the |
| 62:03 | | mortgage market in particular, but also the overall |
| 62:04 | | market. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 62:05 - 62:19 | **Lockhart, James 2021-01-13** | 00:00:57 | Lockhart_New.11 |

| | | |
|---|---|---|
| 62:05 | Q. | Was receivership more of a liquidation type |
| 62:06 | | of vehicle for the companies? |
| 62:07 | A. | Well, it was closer to liquidation but not |
| 62:08 | | liquidation itself. In theory, they could have still |
| 62:09 | | written some business, I guess. I can't remember the |
| 62:10 | | details of the receivership So I can't speculate. At |
| 62:11 | | the time we looked at it, but because it was rejected, |
| 62:12 | | I haven't really re-looked at it since then. |
| 62:13 | Q. | When you say, "at the time" you looked at it, |
| 62:14 | | do you mean at around this time in '08 you were |
| 62:15 | | looking at receivership? |
| 62:16 | A. | I would say it was in August, mid-August on |
| 62:17 | | really, probably. So later than this. It was again, |
| 62:18 | | after HERA was passed because -- which was on July 30. |
| 62:19 | | We couldn't look at receivership until we had HERA. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 63:06 - 63:14 | **Lockhart, James 2021-01-13** | 00:00:33 | Lockhart_New.12 |

| | | |
|---|---|---|
| 63:06 | Q. | How would you describe the agency powers in |
| 63:07 | | the conservatorship? |
| 63:08 | A. | As we said in an announcement, we put them in |
| 63:09 | | a conservatorship, that the agency and the director of |
| 63:10 | | the agency as conservator had all the powers of -- to |
| 63:11 | | run effectively if the board wanted to. They didn't |
| 63:12 | | even have to have board. We decided to keep the board |
| 63:13 | | and the management so it was under the control of the |
| 63:14 | | agency. |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 64:14 - 65:01 | **Lockhart, James 2021-01-13** | 00:00:41 | Lockhart_New.13 |

| | |
|---|---|
| 64:14 | What was your understanding of how the |
| 64:15 | conservator role differed from your role as regulator? |
| 64:16 | The safety and soundness regulator. |
| 64:17 | A.  It was different.  We actually set up a |
| 64:18 | separate group to be the conservator, if you will, and |
| 64:19 | we kept the regulator and the examination teams in |
| 64:20 | place as well.  And the conservator's job was to |
| 64:21 | ensure that they kept supporting their mission and |
| 64:22 | that they were safe and sound and that they conserved |
| 65:01 | assets as well. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 65:02 - 65:09 | **Lockhart, James 2021-01-13** | 00:00:22 | Lockhart_New.15 |

| | |
|---|---|
| 65:02 | Q.  It sounds like there's at least some overlap |
| 65:03 | between the roles because you talked about the |
| 65:04 | conservator's job was to make sure the institutions |
| 65:05 | were kept safe and sound, which obviously, is |
| 65:06 | something that's relevant to the regulator's role as |
| 65:07 | the safety and soundness regulator.  So those concepts |
| 65:08 | are similar; is that correct? |
| 65:09 | A.  That's correct, yes. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 65:10 - 65:22 | **Lockhart, James 2021-01-13** | 00:00:54 | Lockhart_New.16 |

| | |
|---|---|
| 65:10 | Q.  And when you say the conservator's job is in |
| 65:11 | part to conserve assets, what do you mean by that? |
| 65:12 | A.  Well, I meant that over the long term, the |
| 65:13 | idea was that we wanted to work to provide that they |
| 65:14 | could grow their assets, or at least not dissipate |
| 65:15 | their assets dramatically over that period. |
| 65:16 | Obviously, as when we did put them in |
| 65:17 | conservatorship, the market was quite a bit different |
| 65:18 | than even in July where we're talking about here.  But |
| 65:19 | certainly it became much worse after September, after |
| 65:20 | the Lehman bankruptcy, the next week after |
| 65:21 | conservatorship and all the other actions that were |
| 65:22 | taken. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 66:01 - 66:09 | **Lockhart, James 2021-01-13** | 00:00:37 | Lockhart_New.18 |

| | |
|---|---|
| 66:01 | Q.  Was one of the objectives, at least, of |
| 66:02 | conservatorship, as you understood it, was to try to |
| 66:03 | restore the companies to financial health? |
| 66:04 | A.  The objective was to definitely restore the |
| 66:05 | companies, and therefore, the mortgage market, because |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 66:06   they worked the mortgage market at that point to | | |
| | 66:07   financial health.  You could not restore them to | | |
| | 66:08   financial health without restoring the mortgage | | |
| | 66:09   market. | | |
| 90:21 - 91:13 | **Lockhart, James 2021-01-13** | 00:00:56 | Lockhart_New.19 |
| | 90:21  Q.  And I'm going to show you that Q&A in | | |
| | 90:22     a little bit, but, you know, you referred to it a | | |
| | 91:01     couple times already.  I just want to make sure I | | |
| | 91:02     understand.  What was the purpose of that?  Why did | | |
| | 91:03     you feel you needed to prepare that type of Q&A? | | |
| | 91:04  A.  Well, Fannie was the biggest financial | | |
| | 91:05     institution in the country at that point.  Freddie was | | |
| | 91:06     probably the third largest.  They were such a major | | |
| | 91:07     part of the financial markets, and as I said before, | | |
| | 91:08     the mortgage markets that we needed to be as clear as | | |
| | 91:09     we could about what was happening and why it was | | |
| | 91:10     happening, and more importantly, that Treasury was | | |
| | 91:11     backing them with the preferred, and therefore, Fannie | | |
| | 91:12     and Freddie would survive despite their major | | |
| | 91:13     problems. | | |
| 96:17 - 96:19 | **Lockhart, James 2021-01-13** | 00:00:23 | Lockhart_New.20 |
| 🔗 OLDP2B.1 | 96:17  Q.  Exhibit 8 is a document with the Bates | | |
| 🔗 OLDP2B.1.1 | 96:18     FHFA-DDC-0090764.  It's a September 7, 2008 statement | | |
| | 96:19     from FHFA director, James B. Lockhart. | | |
| 96:20 - 96:22 | **Lockhart, James 2021-01-13** | 00:00:07 | Lockhart_New.21 |
| | 96:20     I assume this is one of the documents you | | |
| | 96:21     reviewed in preparing for this deposition? | | |
| | 96:22  A.  That's correct. | | |
| 97:01 - 97:06 | **Lockhart, James 2021-01-13** | 00:00:09 | Lockhart_New.22 |
| | 97:01  Q.  I assume, as well, that you were heavily | | |
| | 97:02     involved in the drafting of this statement; is that | | |
| | 97:03     correct? | | |
| | 97:04  A.  That is correct. | | |
| | 97:05  Q.  Why don't you turn to Page 5 of the document. | | |
| | 97:06  A.  Okay. | | |
| 97:07 - 97:11 | **Lockhart, James 2021-01-13** | 00:00:21 | Lockhart_New.23 |
| 🔗 OLDP2B.5.2 | 97:07  Q.  At the bottom of Page 5 there's a description | | |
| | 97:08     of "Conservatorship," where you say, "That is a | | |
| | 97:09     statutory process designed to stabilize a troubled | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 97:10    institution with the objective of returning the | | |
| | 97:11    entities to normal business operations." | | |
| 97:12 - 97:20 | **Lockhart, James 2021-01-13** | 00:00:39 | Lockhart_New.24 |
| | 97:12    What was your understanding of what "normal | | |
| | 97:13    business operations" would be for Fannie and Freddie? | | |
| | 97:14  A. That was difficult because they were not | | |
| | 97:15    normal businesses.  They were GSEs and they had a | | |
| | 97:16    government charter, and so part of the view was did | | |
| | 97:17    that mean returning them back to just the way they | | |
| | 97:18    were, or would there be some changes.  I think many of | | |
| | 97:19    us thought that there would have to be some | | |
| | 97:20    Congressional action. | | |
| 97:21 - 98:03 | **Lockhart, James 2021-01-13** | 00:00:18 | Lockhart_New.25 |
| | 97:21    But "normal business operations" meant that | | |
| | 97:22    they had the capital.  They had the systems.  They had | | |
| | 98:01    the risk management and the ability to serve their | | |
| | 98:02    mission of providing stability, liquidity, and | | |
| | 98:03    affordability to the mortgage market. | | |
| 98:04 - 98:08 | **Lockhart, James 2021-01-13** | 00:00:17 | Lockhart_New.26 |
| | 98:04  Q. And I take it from that response that | | |
| | 98:05    normal business operations would mean, at least in | | |
| | 98:06    part, safe and sound business operations? | | |
| | 98:07  A. Yes.  That's the risk management, the capital | | |
| | 98:08    and other things I mentioned. | | |
| 98:09 - 98:12<br>⌫ Clear | **Lockhart, James 2021-01-13** | 00:00:13 | Lockhart_New.27 |
| | 98:09  Q. So can a company with no capital -- can | | |
| | 98:10    financial institutions with no capital be considered | | |
| | 98:11    to be normal business operation? | | |
| | 98:12  A. No. | | |
| 98:18 - 98:22 | **Lockhart, James 2021-01-13** | 00:00:16 | Lockhart_New.28 |
| | 98:18    THE WITNESS:  In fact, a company with no | | |
| | 98:19    capital shouldn't be operating.  Obviously, Fannie and | | |
| | 98:20    Freddie had no capital, but they did have preferred | | |
| | 98:21    stock that effectively kept them above negative net | | |
| | 98:22    worth. | | |
| 99:07 - 99:14 | **Lockhart, James 2021-01-13** | 00:00:28 | Lockhart_New.29 |
| | 99:07  Q. I think I know the answer to this | | |
| | 99:08    based on our earlier discussion, but at this time, | | |
| | 99:09    September 20, '08, did you have an expectation about | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 99:10 | how long it would be before the companies could be | | |
| | 99:11 | returned to normal business operations? | | |
| | 99:12 | A. No, I didn't. There was too many other | | |
| | 99:13 | things going on in the financial markets at that point | | |
| | 99:14 | to have an idea of what it would take. | | |
| 99:15 - 100:21 | **Lockhart, James 2021-01-13** | | 00:01:52 | Lockhart_New.30 |
| | 99:15 | Q. Turn to Page 10 of this document. Let me | | |
| | 99:16 | know when you're there. | | |
| 🔗 OLDP2B.9.1 | 99:17 | A. I'm on Page 10. That's the final page? | | |
| | 99:18 | Q. Yes. Yes, it is. Actually, at the very top, | | |
| | 99:19 | it's the continuation of the paragraph that begins at | | |
| | 99:20 | the bottom of Page 9 where you're talking about FHFA | | |
| | 99:21 | continued to work on new regulations, including | | |
| 🔗 OLDP2B.9.2 | 99:22 | minimum capital standards. You then say, "It is | | |
| | 100:01 | critical to complete these regulations so that any new | | |
| | 100:02 | investor will understand the investment proposition." | | |
| | 100:03 | What were you referring to there with | | |
| | 100:04 | reference to "any new investor"? | | |
| | 100:05 | A. To return to normal operations, they would | | |
| | 100:06 | have to have capital, and the only way they could get | | |
| | 100:07 | new capital is from new investors. So that's what I | | |
| | 100:08 | was referring to, that anybody that was going to | | |
| | 100:09 | invest in them would want to know what the capital | | |
| | 100:10 | requirements were, what the other -- as I mentioned, | | |
| | 100:11 | the other issues, what their regulations were, what | | |
| | 100:12 | their risk management practices were. | | |
| | 100:13 | So that's what I was referring to, that they | | |
| | 100:14 | would need to raise more capital to get out of | | |
| 🗑 Clear | 100:15 | conservatorship. | | |
| | 100:16 | Q. And just so I understand it, the companies | | |
| | 100:17 | could also build capital through earnings; right? | | |
| | 100:18 | A. Well, at that point I didn't think they were | | |
| | 100:19 | going to have earnings to build capital. | | |
| | 100:20 | Q. I'm just talking as a general proposition, | | |
| | 100:21 | that that's a way to build capital. | | |
| 100:22 - 101:10 | **Lockhart, James 2021-01-13** | | 00:00:43 | Lockhart_New.31 |
| | 100:22 | A. Yes. But they also had to repay the | | |
| | 101:01 | preferred before they could rebuild capital, and that | | |
| | 101:02 | was -- it turned out to be a very big number. | | |
| | 101:03 | Q. Okay. Well, through earnings, they could | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 101:04 | build capital on their balance sheet, whether or not | | |
| | 101:05 | they used it to pay Treasury; correct? | | |
| | 101:06 A. | Yeah. In fact, they did have that | | |
| | 101:07 | capability. They didn't have the ability to repay | | |
| | 101:08 | Treasury, but yes, they did have the ability, if they | | |
| | 101:09 | became profitable. But at that point there was no | | |
| | 101:10 | sign they would be profitable in the near future. | | |

| **101:11 - 102:10** | **Lockhart, James 2021-01-13** | | 00:01:06 | Lockhart_New.32 |
| | 101:11 Q. | When you said they didn't have the ability to | | |
| | 101:12 | repay -- to pay Treasury, you mean to pay down the | | |
| | 101:13 | stock, to redeem the stock? Is that what you're | | |
| | 101:14 | talking about when you said, "They didn't have the | | |
| | 101:15 | ability" to pay Treasury? | | |
| | 101:16 A. | Yeah. Liquidation preference of stock, | | |
| | 101:17 | preferred stock. | | |
| 🔗 OLDP2B.9.2 | 101:18 Q. | Returning to the sentence, is it fair to say | | |
| | 101:19 | that, you know, at least in your mind, the objective | | |
| | 101:20 | was to get these companies to a point where there | | |
| | 101:21 | could be new investment in them? | | |
| | 101:22 A. | Over the long term, yes, whether -- I always | | |
| | 102:01 | thought -- and I'll put this right on the table. I | | |
| | 102:02 | always thought that the only way they could figure it | | |
| | 102:03 | out was with Congressional action. There had to be | | |
| | 102:04 | some action on Congress about the future structure of | | |
| | 102:05 | Fannie and Freddie because their hybrid structure did | | |
| | 102:06 | not work and failed. | | |
| | 102:07 | And so it was not only getting new investors, | | |
| | 102:08 | but it was also Congressional action, and I thought | | |
| | 102:09 | the Congressional action probably had to happen before | | |
| | 102:10 | they could get new investors. | | |

| **102:19 - 102:21** | **Lockhart, James 2021-01-13** | | 00:00:14 | Lockhart_New.33 |
| 🔗 OLDP2C.1 | 102:19 Q. | Exhibit 9 is a document marked | | |
| 🔗 OLDP2C.1.5 | 102:20 | FHFA-DDC-0017202. It's an FHFA "FACT SHEET, | | |
| | 102:21 | "QUESTIONS AND ANSWERS ON CONSERVATORSHIP." | | |

| **104:02 - 104:15** | **Lockhart, James 2021-01-13** | | 00:00:45 | Lockhart_New.34 |
| 🔗 OLDP2C.1.3 | 104:02 Q. | And on the first page there is discussion | | |
| | 104:03 | about what is conservatorship, and the answer talks | | |
| | 104:04 | about a "legal process in which a person or entity is | | |
| | 104:05 | appointed to establish control and oversight of a | | |
| | 104:06 | Company to put it in a sound and solvent condition." | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 104:07 | Is that another way of saying safe and sound, | | |
| | 104:08 | basically? | | |
| | 104:09 A. | Yes. | | |
| | 104:10 Q. | And presumably "solvent" implies some type of | | |
| | 104:11 | positive net worth; correct? | | |
| | 104:12 A. | Well, more than some sort of. A significant | | |
| | 104:13 | positive net worth, especially if you're writing -- at | | |
| | 104:14 | that point I think they had $5-1/2 trillion worth of | | |
| | 104:15 | mortgages that they were splitting. | | |

| 104:16 - 105:07 | **Lockhart, James 2021-01-13** | | 00:00:47 | Lockhart_New.35 |
| 🔗 OLDP2C.1.4 | 104:16 Q. | The second page of the | | |
| | 104:17 | document there's the first answer, which the question | | |
| | 104:18 | is actually on Page 1, which is "What are the goals of | | |
| | 104:19 | this conservatorship?" | | |
| | 104:20 | Part of the answer is, "The goals of the | | |
| | 104:21 | conservatorship are to help restore confidence in the | | |
| | 104:22 | Company, enhance its capacity to fulfill its mission, | | |
| | 105:01 | and mitigate systemic risk that has contributed | | |
| | 105:02 | directly to the instability in the current market." | | |
| | 105:03 | When you're talking about helping to restore | | |
| | 105:04 | confidence, whose confidence are you talking about? | | |
| | 105:05 | The market confidence? | | |
| | 105:06 A. | Yeah. The buyers of their debt and | | |
| | 105:07 | mortgage-backed securities in particular. | | |

| 105:08 - 106:01 | **Lockhart, James 2021-01-13** | | 00:01:12 | Lockhart_New.36 |
| 🔗 OLDP2C.2.4 | 105:08 Q. | The next question is "When will the | | |
| | 105:09 | conservatorship period end?" | | |
| | 105:10 | And we've already talked about what your | | |
| | 105:11 | expectations were around this time about how long the | | |
| | 105:12 | conservatorship might last, but did you have any | | |
| | 105:13 | discussions with Treasury, with the GSEs themselves, | | |
| | 105:14 | analysts, anybody else in the weeks after the | | |
| | 105:15 | conservatorship was instituted about the expected | | |
| | 105:16 | duration? | | |
| | 105:17 A. | No specific. We were, you know, working on | | |
| | 105:18 | trying to solve the mortgage market problems, and it | | |
| | 105:19 | was, again, premature. You know that | | |
| | 105:20 | Secretary Paulson called it the time out, which meant | | |
| | 105:21 | that it was, in his mind, certainly not the 12 years | | |
| | 105:22 | it's been. But also, in his and my mind, the end | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 106:01 would really be when Congress acted. | | |
|---|---|---|---|
| 106:14 - 106:16 | **Lockhart, James 2021-01-13** | 00:00:09 | Lockhart_New.37 |
| 🔗 OLDP2C.3.2 | 106:14 Q. It's on Page 3. It's the second question on | | |
| | 106:15 Page 3, "What happens to the Company's stock during | | |
| | 106:16 the conservatorship?" | | |
| 106:17 - 106:19 | **Lockhart, James 2021-01-13** | 00:00:10 | Lockhart_New.50 |
| | 106:17 A. I think it was a legitimate question that the | | |
| | 106:18 shareholders both preferred and commonly asked, if | | |
| 🗑 Clear | 106:19 that's what you're asking. | | |
| 120:02 - 120:19 | **Lockhart, James 2021-01-13** | 00:01:19 | Lockhart_New.38 |
| | 120:02 Q. So obviously these PSPAs were entered into | | |
| | 120:03 more or less concurrently with the imposition of the | | |
| | 120:04 conservatorships; correct? | | |
| | 120:05 A. Yes. | | |
| | 120:06 Q. And you signed the PSPAs in your capacity as | | |
| | 120:07 conservator for Fannie and Freddie; correct? | | |
| | 120:08 A. That is correct. | | |
| | 120:09 Q. Can you briefly explain how you became | | |
| | 120:10 involved in the -- in heading negotiations or | | |
| | 120:11 discussions concerning the PSPAs, whether they made | | |
| | 120:12 sense or the specific terms of them. | | |
| | 120:13 A. Yes, obviously, Treasury was the driver. | | |
| | 120:14 They were the provider of the funding for the PSPA, | | |
| | 120:15 and as a result, they did most of the drafting. We | | |
| | 120:16 would occasionally comment on earlier drafts, but | | |
| | 120:17 frankly, I don't remember what our comments were, and | | |
| | 120:18 we had our lawyers looking at it as well, obviously, | | |
| | 120:19 since it's a legal document. | | |
| 145:16 - 146:01 | **Lockhart, James 2021-01-13** | 00:00:31 | Lockhart_New.40 |
| 🔗 P520.1 | 145:16 Q. Exhibit 16 is a hearing report, including a | | |
| 🔗 P520.1.1 | 145:17 transcript for a hearing before the House Committee on | | |
| | 145:18 Financial Services on September 25, 2008. | | |
| | 145:19 Have you reviewed this document in preparing | | |
| | 145:20 for your deposition? | | |
| | 145:21 A. In preparing my book, yes. Parts of it. I'm | | |
| | 145:22 not sure if I read the whole document, but parts of | | |
| | 146:01 it, at least, yes. | | |
| 146:02 - 146:04 | **Lockhart, James 2021-01-13** | 00:00:13 | Lockhart_New.51 |
| 🔗 P520.18 | 146:02 Q. If you could turn to Page 14. 14, the number | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 146:03   at the top of the page. | | |
| | 146:04   A.   The top of the page.  Okay. | | |
| 146:05 - 146:09 | **Lockhart, James 2021-01-13** | 00:00:07 | Lockhart_New.53 |
| | 146:05   Q.   It could also be Page 52 of 170 would work | | |
| | 146:06   too. | | |
| | 146:07   A.   Okay.  I'm looking at the wrong set of | | |
| | 146:08   numbers. | | |
| | 146:09   (Pause in proceedings.) | | |
| 146:10 - 147:12 | **Lockhart, James 2021-01-13** | 00:01:19 | Lockhart_New.52 |
| | 146:10   BY MR. COLATRIANO: | | |
| | 146:11   Q.   Are you there? | | |
| | 146:12   A.   I'm getting there.  I have a slow finger. | | |
| | 146:13   Q.   That's okay. | | |
| | 146:14   A.   Here we are. | | |
| | 146:15   Q.   All right. | | |
| | 146:16   A.   Kanjorski. | | |
| 🔗 P520.18.1 | 146:17   Q.   Yeah.  The second question on that page from | | |
| | 146:18   Mr. Kanjorski -- I'm not so interested in the question | | |
| | 146:19   as your answer.  You say in your answer, "Certainly, | | |
| | 146:20   the housing market hurt all lenders, and in reality | | |
| | 146:21   they probably had better books than many other | | |
| | 146:22   lenders." | | |
| | 147:01   I'm assuming by "they," you're referring to | | |
| | 147:02   Fannie and Freddie; right? | | |
| | 147:03   A.   Yes. | | |
| | 147:04   Q.   And so what did you mean when you said, "They | | |
| | 147:05   probably had better books than many other lenders"? | | |
| | 147:06   A.   I meant that if they had less delinquencies, | | |
| | 147:07   then certainly FHA is an example, but many of the | | |
| | 147:08   certain -- the private label mortgage-backed | | |
| | 147:09   securities was much better.  They had probably more | | |
| | 147:10   prime mortgages than some other lenders, and certain | | |
| | 147:11   more prime mortgages than, for instance, the private | | |
| | 147:12   label mortgage-backed securities. | | |
| 147:13 - 147:15 | **Lockhart, James 2021-01-13** | 00:00:08 | Lockhart_New.41 |
| 🔗 P520.37 | 147:13   Q.   If you'd turn to page, at the very top, 71 of | | |
| | 147:14   170. | | |
| | 147:15   A.   Okay. | | |
| 147:16 - 149:02 | **Lockhart, James 2021-01-13** | 00:02:00 | Lockhart_New.42 |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 🔗 P520.37.1 | 147:16 | Q. All right. About two-thirds of the way down | | Lockhart_New.42 |
| | 147:17 | on this page, you give an answer where you say, "They | | |
| | 147:18 | were not doing things that other people didn't. In | | |
| | 147:19 | fact, their underwriting standards, frankly, were | | |
| | 147:20 | higher than any other people's standards." | | |
| | 147:21 | Again, in context, by "they," you're | | |
| | 147:22 | referring to Fannie and Freddie; right? | | |
| | 148:01 | A. Correct. | | |
| | 148:02 | Q. And so could you elaborate a bit when you | | |
| | 148:03 | say, "Their underwriting standard were higher than | | |
| | 148:04 | many other people's"? | | |
| | 148:05 | A. Well, what I just said. They had more prime | | |
| | 148:06 | mortgages than many other people did. They obviously | | |
| | 148:07 | couldn't do jumbo mortgages. They did a lot of | | |
| | 148:08 | mortgages and some subprime, but on average, I think | | |
| | 148:09 | they were less than many other lenders, and again, in | | |
| | 148:10 | private label mortgage-backed securities. | | |
| | 148:11 | Now, there were buyers of those private label | | |
| | 148:12 | mortgage-backed securities. They bought the AAA in | | |
| | 148:13 | tranches, which turned out not to be AAA, but the | | |
| | 148:14 | overall -- and I think if you look back at their books | | |
| | 148:15 | historically, they had less defaults on average than | | |
| | 148:16 | many other lenders. | | |
| | 148:17 | Q. Would that suggest that, all else equal, that | | |
| | 148:18 | you would expect Fannie and Freddie to have a lower | | |
| | 148:19 | rate on loss on those types of assets than other | | |
| | 148:20 | financial institutions? | | |
| | 148:21 | A. Yes, I would. Obviously, as the second part | | |
| | 148:22 | of that answer, as they didn't have enough capital for | | |
| | 149:01 | even their lower losses and other financial | | |
| 🗑 Clear | 149:02 | institutions that had significantly more capital. | | |
| 224:07 - 224:19 | **Lockhart, James 2021-01-13** | | 00:00:43 | Lockhart_New.48 |
| | 224:07 | Q. Earlier today you testified about Fannie Mae | | |
| | 224:08 | and Freddie Mac raising capital in the period of late | | |
| | 224:09 | 2007 and early 2008. Do you recall that? | | |
| | 224:10 | A. They raised capital in late 2007. | | |
| | 224:11 | Q. And they did that by selling preferred stock | | |
| | 224:12 | to private investors; correct? | | |
| | 224:13 | A. That's correct. | | |
| | 224:14 | Q. Were they able to raise as much capital as | | |

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 224:15    they needed at that time by selling that preferred | | |
| | 224:16    stock? | | |
| | 224:17   A.   I'm not sure if they tried to raise more than | | |
| | 224:18    that, but they did raise a reasonably significant | | |
| | 224:19    amount of capital. | | |
| 224:20 - 225:20 | **Lockhart, James 2021-01-13** | 00:01:17 | Lockhart_New.49 |
| | 224:20   Q.   You also testified earlier today about the | | |
| | 224:21    decision to place Fannie and Freddie into | | |
| | 224:22    conservatorship. Do you recall that? | | |
| | 225:01   A.   Yes. | | |
| | 225:02   Q.   When FHFA became the conservator of the | | |
| | 225:03    enterprises, FHFA had the authority at that time to | | |
| | 225:04    cancel the junior preferred and common stock; correct? | | |
| | 225:05   A.   I really don't remember whether we did or | | |
| | 225:06    not, actually. So I don't remember considering it for | | |
| | 225:07    sure, but I don't know if I had the legal right or | | |
| | 225:08    not. I don't know. | | |
| | 225:09   Q.   Well, you anticipated my next question. | | |
| | 225:10    Did FHFA, either as regulator or as | | |
| | 225:11    conservator, give any consideration to canceling the | | |
| | 225:12    junior preferred and common stock? | | |
| | 225:13   A.   Well, when we were going through the | | |
| | 225:14    decision -- the three scenarios I mentioned before, if | | |
| | 225:15    we had gone through receivership, that might have | | |
| | 225:16    canceled them. So there might have been consideration | | |
| | 225:17    there. | | |
| | 225:18    But when we were talking about | | |
| | 225:19    conservatorship, as far as I know, we were not talking | | |
| | 225:20    about cancelling the junior preferred or the common. | | |

| | | |
|---|---|---|
| Our Designations | 00:32:42 | |
| **TOTAL RUN TIME** | **00:32:42** | |

Documents linked to video:

OLDP2B

OLDP2C

P515

**Lockhart_New - Per Plfs Pretrial Statement 2023 "Played in Plaintiffs' Case"**

📄 P520

# EXHIBIT G

# Lockhart

## Designation List Report

 **Lockhart, James**          **2021-01-13**

| | |
|---|---|
| <span style="color:red">Defense Designations</span> | <span style="color:red">00:06:11</span> |
| **TOTAL RUN TIME** | **00:06:11** |



**Lockhart**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:16 - 10:18 | **Lockhart, James 2021-01-13** | 00:00:08 | Lockhart.7 |

10:16    Can you just go ahead and state your name for
10:17    the record, please, your full name.
10:18   A.  James Bicknell Lockhart III.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 27:05 - 27:10 | **Lockhart, James 2021-01-13** | 00:00:28 | Lockhart.8 |

27:05    And after that I was asked to join
27:06    OFHEO in April or May of '06, and was confirmed, I
27:07    think, in June or so.  But I was there starting in
27:08    April.
27:09    And then when HERA was passed end of July
27:10    '08, I became the executive director of FHFA,

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 219:09 - 219:19 | **Lockhart, James 2021-01-13** | 00:00:43 | Lockhart.4 |

219:09    When FHFA became conservator of Fannie and
219:10    Freddie, did it suspend dividends on the companies'
219:11    junior preferred stock?
219:12 A.  Yes.
219:13 Q.  And why was that done?
219:14 A.  To ensure that there was no leakage to
219:15    anybody but the senior preferred.
219:16 Q.  What do you mean "leakage"?
219:17 A.  That there was no dividends being paid to
219:18    anybody junior than to the senior preferred.  That's a
219:19    common thing that happens.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 219:20 - 220:09 | **Lockhart, James 2021-01-13** | 00:00:43 | Lockhart.5 |

219:20 Q.  Okay.  I just want to make sure I understand
219:21    because it almost sounded a little bit circular
219:22    because I asked you why you suspended the dividends,
220:01    and your answer was, essentially, "Because I didn't
220:02    want to pay dividends to the junior preferred," and I
220:03    guess I want to understand why.
220:04 A.  Again, the senior preferreds come first in
220:05    the waterfall.  And so they were the ones that were
220:06    getting the dividends.  The junior preferreds'
220:07    dividends were suspended because these companies were
220:08    effectively insolvent, and dividends would not be paid
220:09    out of an insolvent company.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 220:10 - 220:15 | **Lockhart, James 2021-01-13** | 00:00:20 | Lockhart.6 |

220:10 Q.  Was there ever a determination about whether
220:11    dividends would be reinstated if the company became

**Lockhart**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 220:12    solvent? | | |
| | 220:13   A.   I don't remember that discussion.  But, | | |
| | 220:14    again, I left in August of '09, and they were still | | |
| | 220:15    taking draws from Treasury. | | |
| 154:09 - 154:13 | **Lockhart, James 2021-01-13** | 00:00:18 | Lockhart.2 |
| | 154:09    Do you recall that -- we've talked about the | | |
| | 154:10    original PSPA agreements.  Do you recall that the | | |
| | 154:11    PSPAs were amended twice in 2009? | | |
| | 154:12   A.   Yeah.  Once was when I was there and once | | |
| | 154:13    after I left. | | |
| 154:14 - 155:19 | **Lockhart, James 2021-01-13** | 00:01:44 | Lockhart.3 |
| | 154:14   Q.   Right.  What was your involvement in the | | |
| | 154:15    first amendment, the one that happened while you were | | |
| | 154:16    there? | | |
| | 154:17   A.   I was significantly involved in that | | |
| | 154:18    amendment.  In particular, Freddie was coming up with | | |
| | 154:19    projections that showed very large losses, and, in | | |
| | 154:20    fact, losses beyond the 100 million in some of their | | |
| | 154:21    forecasts and under more stressed scenarios, and they | | |
| | 154:22    were actually talking to their outside accountants of | | |
| | 155:01    having to -- saying they had going concern issues, | | |
| | 155:02    which would have been very detrimental to the mortgage | | |
| | 155:03    market. | | |
| | 155:04    We worked with Freddie through the numbers. | | |
| | 155:05    We had meetings with Treasury about it.  We also | | |
| | 155:06    talked to Fannie about their numbers, and in the end, | | |
| | 155:07    we did push to increase, and that was the key.  And | | |
| | 155:08    the change increased from 100 million to 200 million | | |
| | 155:09    on each of the senior preferreds. | | |
| | 155:10   Q.   When you say you did "push" for that, you | | |
| | 155:11    pushed with Treasury to get that done, or what do you | | |
| | 155:12    mean? | | |
| | 155:13   A.   Yeah.  We pushed with Treasury.  I thought | | |
| | 155:14    that potentially, the Freddie numbers were a little | | |
| | 155:15    excessive, but I think that we just needed the cushion | | |
| | 155:16    just in case.  So to me -- we needed to show the | | |
| | 155:17    mortgage market that Treasury was behind Freddie and | | |
| | 155:18    Fannie come hell or high water.  So, to me, it made | | |
| | 155:19    sense to increase them to 200 million. | | |
| 139:03 - 140:06 | **Lockhart, James 2021-01-13** | 00:01:47 | Lockhart.1 |

**Lockhart**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 139:03  Q.  If you recall, we talked about the dividend | | Lockhart.1 |
| | 139:04       and if there was a provision for a cash dividend or if | | |
| | 139:05       the dividend wasn't paid in cash, there would be an | | |
| | 139:06       addition to the liquidation preference at a rate of | | |
| | 139:07       12 percent.  Do you recall that discussion? | | |
| | 139:08  A.  Yes. | | |
| | 139:09  Q.  Subsequent to the execution of the PSPAs, did | | |
| | 139:10       you or anyone else at FHFA engage in any analysis of | | |
| | 139:11       under what circumstances the dividends would be paid | | |
| | 139:12       in cash versus in addition to the liquidation | | |
| | 139:13       preference? | | |
| | 139:14  A.  An analysis of whether they could pay in cash | | |
| | 139:15       or not -- | | |
| | 139:16  Q.  Well -- I'm sorry.  Go ahead. | | |
| | 139:17  A.  I don't remember seeing an analysis of that, | | |
| | 139:18       actually. | | |
| | 139:19  Q.  Did you or anyone else at FHFA consider | | |
| | 139:20       whether it made sense to pay the dividends in cash or | | |
| | 139:21       using the 12 percent liquidation preference option? | | |
| | 139:22  A.  I think people felt that it was cheaper to | | |
| | 140:01       pay at 10 percent than 12 percent.  That's about all I | | |
| | 140:02       remember. | | |
| | 140:03  Q.  When you say, "people thought" that, what are | | |
| | 140:04       you referring to? | | |
| | 140:05  A.  Just the math.  That's all I'm referring to | | |
| | 140:06       because 10 is cheaper than 12. | | |

Defense Designations                              00:06:11

**TOTAL RUN TIME**                              **00:06:11**

# EXHIBIT H

# Mayopoulos

## Designation List Report

**Mayopoulos, Timothy**          **2020-03-10**

| | |
|---|---|
| Defense Designations | 00:11:27 |
| **TOTAL RUN TIME** | **00:11:27** |

Documents linked to video:
D490



ID: Mayopoulos

**Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 15:01 - 15:03 | **Mayopoulos, Timothy 2020-03-10** | 00:00:05 | Mayopoulos.13 |

15:01     Q.   And what was your first job at Fannie
15:02         Mae? What was your role at the start?
15:03     A.   I was the general counsel.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 15:19 - 15:20 | **Mayopoulos, Timothy 2020-03-10** | 00:00:07 | Mayopoulos.14 |

15:19     Q.   And when were you promoted to CEO?
15:20     A.   June 2012.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 78:19 - 81:15 | **Mayopoulos, Timothy 2020-03-10** | 00:03:49 | Mayopoulos.1 |

78:19     Q.   Shareholder -- or stockholders'
78:20         equity, was that one of the things that you were
78:21         generally supposed to take into account when you're
78:22         making decisions for Fannie Mae, or was that not --
79:01         not one of the relevant considerations?
79:02     A.   I wouldn't say that we ran the company
79:03         with an eye towards promoting stockholder equity
79:04         over everything else, if that's the question.
79:05     Q.   That's not the question. The question
79:06         is: Is -- maintaining a positive stockholders'
79:07         equity, was that one of the things that you were
79:08         told to take into account when you were managing
79:09         Fannie Mae?
79:10     A.   Well, at the time I joined the company,
79:11         we did not have a positive shareholder equity. It
79:12         was only through capital infusions from Treasury
79:13         that we got to zero at the end of every quarter, and
79:14         we didn't get to positive shareholder equity for
79:15         quite some time. So it was certainly, I think, an
79:16         objective to have the company have positive
79:17         shareholder equity and to get to long-term
79:18         profitability, but for the first few years that I
79:19         was at the company, I don't think anybody thought
79:20         that that was something that was likely to happen.
79:21     Q.   And I guess to back up there, you made
79:22         reference to -- I think you made reference to draws
80:01         on the Treasury funding commitment.
80:02         Did I hear that right?
80:03     A.   Yes.
80:04     Q.   And what's the connection between making
80:05         draws on Treasury's funding commitment and
80:06         stockholders' equity?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 80:07  A.  Fannie Mae was required to maintain | | |
| | 80:08       stockholder equity -- positive stockholder equity | | |
| | 80:09       of, you know, at least a dollar as of the end of | | |
| | 80:10       every quarter, and so in those quarters in which we | | |
| | 80:11       lost substantial amounts of money, and we had | | |
| | 80:12       already consumed all of the capital of the company, | | |
| | 80:13       the only way we could get to -- back to a net | | |
| | 80:14       balance that was positive was to make a draw on the | | |
| | 80:15       Treasury commitment under the PSPA. | | |
| | 80:16  Q.  Well, and so maybe I can ask the question | | |
| | 80:17       in a slightly different way.  Was minimizing the | | |
| | 80:18       draws on Treasury's funding commitment among the | | |
| | 80:19       goals that FHFA gave you when you're managing Fannie | | |
| | 80:20       Mae as the CEO? | | |
| | 80:21  A.  I think that FHFA expected us to manage | | |
| | 80:22       the business prudently so as not to incur | | |
| | 81:01       unnecessary losses, but we were balancing, and I | | |
| | 81:02       think FHFA was balancing many different factors in | | |
| | 81:03       terms of what to pursue at any given time.  But | | |
| | 81:04       overall, we were trying to do things that were good | | |
| | 81:05       for the company and good for the market and good for | | |
| | 81:06       borrowers and good for taxpayers.  So we were | | |
| | 81:07       balancing all of those things. | | |
| | 81:08  Q.  Mm-hmm.  And when you say good for the | | |
| | 81:09       company, what -- what do you mean by that? | | |
| | 81:10  A.  You know, that it would enable the | | |
| | 81:11       company to continue to operate, continue to be | | |
| | 81:12       viable.  The company played an important role in the | | |
| | 81:13       housing finance system, and one of our directives | | |
| | 81:14       was to make sure that it was operationally | | |
| | 81:15       effective. | | |
| 101:14 - 101:18 | **Mayopoulos, Timothy 2020-03-10** | 00:00:18 | Mayopoulos.2 |
| 🔗 D490.1 | 101:14  Q.  Okay.  So this will be Exhibit 9, and | | |
| | 101:15       what it is, is excerpts from Fannie Mae's second | | |
| | 101:16       quarter 2012 10-Q.  I didn't print the entire thing | | |
| | 101:17       but -- | | |
| | 101:18  A.  The trees thank you. | | |
| 101:19 - 102:04 | **Mayopoulos, Timothy 2020-03-10** | 00:00:21 | Mayopoulos.12 |
| 🔗 D490.13 | 101:19  Q.  And what I want to look at is page 12. | | |
| | 101:20       There's the paragraph that carries over from page 12 | | |

**Mayoupoulos**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 🔗 D490.13.1 | 101:21 | to 13. It's got a subheading of "Uncertainty | | |
| | 101:22 | Regarding Our Future Status and Ability to Pay | | |
| | 102:01 | Dividends to Treasury." | | |
| | 102:02 | Do you see that? | | |
| | 102:03 A. | Yes. | | |
| | 102:04 Q. | If you could read that for me. | | |
| 102:05 - 102:19 | **Mayopoulos, Timothy 2020-03-10** | | **00:00:30** | **Mayopoulos.3** |
| | 102:05 A. | Okay. I've read that. | | |
| | 102:06 Q. | Okay. And there's a sentence in there | | |
| 🔗 D490.13.2 | 102:07 | that says, "Although we may experience | | |
| | 102:08 | period-to-period volatility in earnings and | | |
| | 102:09 | comprehensive income, we do not expect to generate | | |
| | 102:10 | that income or comprehensive income in excess of our | | |
| | 102:11 | annual dividend obligation to Treasury over the long | | |
| | 102:12 | term." | | |
| | 102:13 | Did you see that sentence? | | |
| | 102:14 A. | Yes. | | |
| | 102:15 Q. | And is this saying that there might be | | |
| | 102:16 | some quarters in the future when Fannie doesn't earn | | |
| | 102:17 | enough to pay the 10 percent dividend? Is that the | | |
| | 102:18 | thrust of the sentence? | | |
| | 102:19 A. | That's one of the conclusions, yes. | | |
| 103:03 - 103:05 | **Mayopoulos, Timothy 2020-03-10** | | **00:00:08** | **Mayopoulos.4** |
| | 103:03 Q. | Okay. And what was Fannie's expectation | | |
| | 103:04 | at this time about whether it would earn enough to, | | |
| | 103:05 | over the long run, pay the 10 percent? | | |
| 103:07 - 103:08 | **Mayopoulos, Timothy 2020-03-10** | | **00:00:02** | **Mayopoulos.5** |
| | 103:07 | THE WITNESS: When you say at this time, | | |
| | 103:08 | you mean as of? | | |
| 103:10 - 103:19 | **Mayopoulos, Timothy 2020-03-10** | | **00:00:34** | **Mayopoulos.6** |
| | 103:10 Q. | As of the summer of 2012. | | |
| | 103:11 A. | I think it was unclear whether we would | | |
| | 103:12 | be able to earn enough money to pay the dividend | | |
| | 103:13 | every quarter. We certainly knew that our earnings | | |
| | 103:14 | had a certain amount of volatility to them and that | | |
| | 103:15 | quarters in which we did not make enough money to | | |
| | 103:16 | pay the dividend, we'd have to take an additional | | |
| | 103:17 | draw from Treasury, which would only increase the | | |
| | 103:18 | amount outstanding, which means that the subsequent | | |

**Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| ☒ Clear | 103:19    dividends would have to be higher. | | |
| 104:02 - 105:12 | **Mayopoulos, Timothy 2020-03-10** | 00:01:45 | Mayopoulos.7 |
| | 104:02  Q.  Putting yourself back in the shoes you | | |
| | 104:03    were in at the end of June of 2012, would you have | | |
| | 104:04    said then it was possible that Fannie would earn | | |
| | 104:05    enough over the long run to pay the 10 percent | | |
| | 104:06    dividend? | | |
| | 104:07  A.  I think it was possible.  We just | | |
| | 104:08    couldn't say with confidence that we'd be able to. | | |
| | 104:09  Q.  Right.  And we can look at the other | | |
| | 104:10    pages of this filing if need be, but I think I | | |
| | 104:11    noticed that this statement was specifically | | |
| | 104:12    identified as what's called a forward-looking | | |
| | 104:13    statement. | | |
| | 104:14    Does that make sense to you that Fannie | | |
| | 104:15    would have identified it as such? | | |
| | 104:16  A.  Yes. | | |
| | 104:17  Q.  And what are the implications of | | |
| | 104:18    identifying a statement as a forward-looking | | |
| | 104:19    statement in an SEC filing? | | |
| | 104:20  A.  Well, as a general matter, it's to | | |
| | 104:21    indicate to the reader that these are judgments that | | |
| | 104:22    are being made by management and that they are | | |
| | 105:01    subject to certain uncertainty and, while it might | | |
| | 105:02    represent the best estimate of management, | | |
| | 105:03    management cannot assure or guarantee the reader | | |
| | 105:04    that that will actually come to be. | | |
| | 105:05  Q.  You're basically saying here's what we | | |
| | 105:06    expect.  It could be wrong.  It could be better.  It | | |
| | 105:07    could be worse, but here's what we expect. | | |
| | 105:08    Is that kind of the thrust of it? | | |
| | 105:09  A.  The gist of it is we're saying we are | | |
| | 105:10    making a prediction and, you know, accurate | | |
| | 105:11    predictions are difficult to make, especially those | | |
| | 105:12    about the future, to quote Yogi Berra. | | |
| 145:12 - 146:08 | **Mayopoulos, Timothy 2020-03-10** | 00:01:24 | Mayopoulos.8 |
| | 145:12  Q.  Do you recall how you first learned about | | |
| | 145:13    the third amendment? | | |
| | 145:14  A.  I don't recall exactly when or how I | | |
| | 145:15    first learned of the third amendment. | | |

**Mayopoulos**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 145:16  Q.  Do you remember whether it happened over | | |
| | 145:17       the telephone or in person? | | |
| | 145:18  A.  I don't. | | |
| | 145:19  Q.  Okay. | | |
| | 145:20  A.  I don't remember. | | |
| | 145:21  Q.  Do you remember if the substance of the | | |
| | 145:22       third amendment, whether that was something that was | | |
| | 146:01       communicated to you by someone from FHFA or someone | | |
| | 146:02       from Treasury? | | |
| | 146:03  A.  I don't remember. | | |
| | 146:04  Q.  Okay.  And am I right in assuming you | | |
| | 146:05       also wouldn't remember how the third amendment was | | |
| | 146:06       described to you for the first time or what anyone | | |
| | 146:07       said about it when you first learned about it? | | |
| | 146:08  A.  Correct. | | |
| 146:09 - 146:14 | **Mayopoulos, Timothy 2020-03-10** | 00:00:20 | Mayopoulos.9 |
| | 146:09  Q.  Okay.  Do you remember what your first | | |
| | 146:10       reaction was when you heard about the third | | |
| | 146:11       amendment? | | |
| | 146:12  A.  No, I don't remember what my reaction | | |
| | 146:13       was. | | |
| | 146:14  Q.  Do you recall whether you were surprised? | | |
| 146:17 - 146:18 | **Mayopoulos, Timothy 2020-03-10** | 00:00:02 | Mayopoulos.10 |
| | 146:17       THE WITNESS:  I don't remember being | | |
| | 146:18       surprised. | | |
| 146:20 - 148:12 | **Mayopoulos, Timothy 2020-03-10** | 00:02:02 | Mayopoulos.11 |
| | 146:20  Q.  Was it consistent with what you expected | | |
| | 146:21       would happen? | | |
| | 146:22  A.  I don't know that I had any particular | | |
| | 147:01       expectations about what would happen.  I was aware | | |
| | 147:02       that there had been discussion about the possibility | | |
| | 147:03       of there being a third amendment to the PSPA.  I | | |
| | 147:04       think I understood at least some of the issues that | | |
| | 147:05       people were trying to address by the amendment.  In | | |
| | 147:06       my view, there were a number of ways that those | | |
| | 147:07       issues could be addressed, and it seemed that the | | |
| | 147:08       third amendment -- I don't remember the first time I | | |
| | 147:09       heard about the third amendment or exactly what | | |
| | 147:10       context that was, but my recollection is I thought | | |
| | 147:11       that what the third amendment was, was in line with | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

147:12     what I thought what could be in the range of

147:13     possibilities.

147:14     It's like you were talking about earlier

147:15     about, you know, was the -- is the estimate

147:16     somewhere within the range?  The third amendment was

147:17     somewhere in the range of what I thought could

147:18     happen.

147:19   Q.   And you referenced a number of ways that

147:20     something could be addressed.  I guess, first of

147:21     all, what is the something that you were referring

147:22     to there?

148:01   A.   Well, I think it was trying to preserve

148:02     as much of the amount of the Treasury commitment

148:03     under the PSPA as possible and trying to reduce the

148:04     possibility that future draws might -- especially

148:05     future draws for dividend payments, might diminish

148:06     the amount that was available under the PSPA to the

148:07     enterprises.

148:08     So that had been a discussion of some

148:09     concern to people that that was something that -- if

148:10     there was going to be an amendment to the PSPA, that

148:11     was something that people were talking about trying

148:12     to address.

| | | |
|---|---|---|
| **Defense Designations** | | 00:11:27 |
| **TOTAL RUN TIME** | | **00:11:27** |

Documents linked to video:
D490

# EXHIBIT I

# Layton

## Designation List Report

**Layton, Donald**                                    **2021-01-07**

| | |
|---|---|
| <span style="color:red">Defense Designations</span> | <span style="color:red">00:34:31</span> |
| **TOTAL RUN TIME** | **00:34:31** |

Documents linked to video:

D408

D527

P261



**ID: Layton**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:17 - 12:10 | **Layton, Donald 2021-01-07** | 00:00:51 | Layton.1 |

11:17  Q.  Okay.  And let me start just by
11:18      asking you to describe a little bit of
11:19      your professional background leading up
11:20      to the time that you joined Freddie Mac.
11:21  A.  At the time I joined Freddie
11:22      Mac, I had been in banking and finance
12:01      for a long time.  The bulk of my career
12:02      was almost 30 years at the bank, the
12:03      banks that became J.P. Morgan Chase
12:04      through all the mergers.
12:05      I then retired for a while.  I
12:06      then went back to work as chairman and
12:07      then CEO of E*Trade for several years.
12:08      Retired from that at the end of 2009 and
12:09      was doing board work when I then became
12:10      CEO of Freddie Mac.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 33:19 - 35:02 | **Layton, Donald 2021-01-07** | 00:01:19 | Layton.2 |

33:19  Q.  Let me ask you a few other kind
33:20      of general questions about Freddie Mac's
33:21      business model, if I could.
33:22  A.  Sure.
34:01  Q.  One feature of what Freddie
34:02      does is it maintains this retained
34:03      mortgage portfolio, do I have that right?
34:04  A.  Well, it's usually called
34:05      retained portfolio, retained investment
34:06      portfolio, but I know what you mean, yes.
34:07  Q.  And what is that, the retained
34:08      investment portfolio?
34:09  A.  On the balance sheet of Freddie
34:10      Mac, on the asset side, the vast majority
34:11      of the assets are mortgages, are the
34:12      ownership of mortgage loans which are
34:13      then securitized through pass through
34:14      MBS.  However, there is a small portion,
34:15      small when I got there, not necessarily
34:16      historically, of just assets owned and
34:17      funded by via unsecured debt.  And most
34:18      of those are in the category called the

**Layton**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 34:19 | retained investment portfolio, which is, | | |
| | 34:20 | in fact, the investment in | | |
| | 34:21 | mortgage-related assets as opposed to | | |
| | 34:22 | non-mortgage-related assets.  It was | | |
| | 35:01 | historically a mostly discretionary | | |
| | 35:02 | additional investment activity. | | |
| 35:08 - 36:15 | **Layton, Donald 2021-01-07** | | 00:01:29 | Layton.3 |
| | 35:08 | Q. And how did the size of the | | |
| | 35:09 | retained mortgage portfolio or investment | | |
| | 35:10 | portfolio change over time? | | |
| | 35:11 | A. The PSPA at its origin back in | | |
| | 35:12 | the rescue of the company, or putting the | | |
| | 35:13 | company in conservatorship and the PSPA | | |
| | 35:14 | being put in, had a clause requiring the | | |
| | 35:15 | shrinkage of the retained investment | | |
| | 35:16 | portfolio over time. | | |
| | 35:17 | Q. And did the rate at which | | |
| | 35:18 | Freddie was required to reduce the size | | |
| | 35:19 | of its portfolio change? | | |
| | 35:20 | A. Yes, it changed -- to my | | |
| | 35:21 | recollection, the only time it changed is | | |
| | 35:22 | the Third Amendment, it was slightly | | |
| | 36:01 | speeded up, although it was much smaller | | |
| | 36:02 | at the time. | | |
| | 36:03 | Q. And did that change have any | | |
| | 36:04 | practical effect on the rate at which | | |
| | 36:05 | Freddie was reducing the size of its | | |
| | 36:06 | portfolio? | | |
| | 36:07 | A. Well, obviously the limit was | | |
| | 36:08 | decreasing faster, but the numbers were | | |
| | 36:09 | not that large at that point.  I want to | | |
| | 36:10 | distinguish in your question, the | | |
| | 36:11 | requirements were in percentage terms as | | |
| | 36:12 | opposed to dollar terms.  So by the time | | |
| | 36:13 | 2012 and '13 -- '13 and '14 were around, | | |
| | 36:14 | it was a smaller denominator applied to | | |
| | 36:15 | it. | | |
| 38:22 - 42:15 | **Layton, Donald 2021-01-07** | | 00:04:00 | Layton.4 |
| | 38:22 | Q. I wanted to ask you also about | | |
| | 39:01 | the guarantee business.  Can you just, I | | |

**Layton**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|

| | 39:02 | | guess, explain what you mean by that? | |
| | 39:03 | A. | The phrase "guarantee business" | |
| | 39:04 | | is a shorthand for the core function of | |
| | 39:05 | | the company in terms of its role in the | |
| | 39:06 | | housing finance markets.  I am going to | |
| | 39:07 | | refer to the single-family business to | |
| | 39:08 | | appoint the complexity of the smaller | |
| | 39:09 | | multifamily, which doesn't operate in the | |
| | 39:10 | | exact same way. | |
| | 39:11 | | The core function is to | |
| | 39:12 | | purchase mortgage loans from primary | |
| | 39:13 | | market lenders and then issue | |
| | 39:14 | | mortgage-backed securities against pools, | |
| | 39:15 | | meaning an aggregation of many individual | |
| | 39:16 | | loans that are structured on what are | |
| | 39:17 | | called pass-throughs.  That is the | |
| | 39:18 | | principal and interest and payments or, | |
| | 39:19 | | repayments upon, say, sale of a home, all | |
| | 39:20 | | of the cash flows that came from the | |
| | 39:21 | | mortgage to the servicer, that was sent | |
| | 39:22 | | from the servicer to us.  And we would | |
| | 40:01 | | then put those in, package these properly | |
| | 40:02 | | to which mortgage-backed security they | |
| | 40:03 | | were related and send the monies on to | |
| | 40:04 | | the mortgage-backed security investors | |
| | 40:05 | | minus a guarantee fee, which we kept for | |
| | 40:06 | | our account. | |
| | 40:07 | | And because the core premise of | |
| | 40:08 | | the business model was that those | |
| | 40:09 | | investors only wished to take interest | |
| | 40:10 | | rate risk, not credit risk, that we would | |
| | 40:11 | | guarantee the credit at all aspects of | |
| | 40:12 | | credit that might impact them so that | |
| | 40:13 | | they can see a virtually no credit risk | |
| | 40:14 | | instrument, which is what they wanted and | |
| | 40:15 | | which is necessary for the operation of | |
| | 40:16 | | the market, since the interest rate risk | |
| | 40:17 | | is quite complex, and that's what | |
| | 40:18 | | investors are investing in. | |
| | 40:19 | | For this business model to | |
| | 40:20 | | work, the guarantee by the GSE or Freddie | |

**Layton**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 40:21      Mac in this case, has to be perceived as | | |
| | 40:22      not having any material counterparty | | |
| | 41:01      risk, that is the credit quality of | | |
| | 41:02      Freddie Mac might be in question. | | |
| | 41:03      Because then our guarantee would not, | | |
| | 41:04      would leave credit risk on Freddie Mac | | |
| | 41:05      with the investor. And so the business | | |
| | 41:06      models always had directly or indirectly | | |
| | 41:07      Government support to that guarantee. | | |
| | 41:08   Q. And you mentioned a guarantee | | |
| | 41:09      fee. Is that the principal way in which | | |
| | 41:10      Freddie is compensated for the | | |
| | 41:11      securitization process you just | | |
| | 41:12      described? | | |
| | 41:13   A. Yes. | | |
| | 41:14   Q. And how did the guarantee fees | | |
| | 41:15      that Freddie charges change over time | | |
| | 41:16      during your tenure as CEO at Freddie? | | |
| | 41:17   A. The guarantee fee during my | | |
| | 41:18      time was mainly controlled by the FHFA, | | |
| | 41:19      which had certain policies under Ed | | |
| | 41:20      DeMarco as acting director and different | | |
| | 41:21      policies under Mel Watt as director after | | |
| | 41:22      him. So the fees were ordered to be | | |
| | 42:01      increased. | | |
| | 42:02      I want to stop and say I will | | |
| | 42:03      talk about the fees just like they are | | |
| | 42:04      the same for everyone, but they're not. | | |
| | 42:05      Within a total and an average level, | | |
| | 42:06      there is risk adjustment for the quality | | |
| | 42:07      of the loans being purchased, for | | |
| | 42:08      example. And much of that risk | | |
| | 42:09      adjustment is also controlled by the | | |
| | 42:10      FHFA. Although we had some modest room | | |
| | 42:11      in terms of competitiveness for certain | | |
| | 42:12      lenders and such. | | |
| | 42:13      So it's largely controlled by | | |
| | 42:14      the FHFA with a little bit of variation | | |
| | 42:15      under the control of the Freddie Mac. | | |

| 49:04 - 50:15 | **Layton, Donald 2021-01-07** | 00:01:33 | Layton.5 |

**Layton**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 49:04 | Q. | And I think I've seen somewhere |  | Layton.5 |
|  | 49:05 |  | you wrote about, maybe a mote around the |  |  |
|  | 49:06 |  | business models of Fannie and Freddie, |  |  |
|  | 49:07 |  | does that sound familiar? |  |  |
|  | 49:08 | A. | Yes, that's a different topic |  |  |
|  | 49:09 |  | than what we were just talking about, |  |  |
|  | 49:10 |  | however. |  |  |
|  | 49:11 | Q. | And tell me about the mote. |  |  |
|  | 49:12 | A. | There is confusion I find on |  |  |
|  | 49:13 |  | many people's parts, either intentional |  |  |
|  | 49:14 |  | or otherwise, that Fannie and Freddie are |  |  |
|  | 49:15 |  | just normal securitizers participating in |  |  |
|  | 49:16 |  | the market as if they had no Government |  |  |
|  | 49:17 |  | advantages.  That is not true.  They are |  |  |
|  | 49:18 |  | stockholder-owned companies with charters |  |  |
|  | 49:19 |  | from Congress giving them a public |  |  |
|  | 49:20 |  | mission, giving them advantages and |  |  |
|  | 49:21 |  | giving them restrictions.  Therefore, |  |  |
|  | 49:22 |  | they are economically advantaged versus |  |  |
|  | 50:01 |  | normal private market competitors. |  |  |
|  | 50:02 |  | That was the public policy to |  |  |
|  | 50:03 |  | help the broad middle class get better |  |  |
|  | 50:04 |  | access to the classic 30-year fixed rate |  |  |
|  | 50:05 |  | mortgage, which is not something that is |  |  |
|  | 50:06 |  | automatic.  And that provided a mote |  |  |
|  | 50:07 |  | against the private sector, which had no |  |  |
|  | 50:08 |  | similar Government type support. |  |  |
|  | 50:09 |  | I will note that the Government |  |  |
|  | 50:10 |  | support to Fannie and Freddie is |  |  |
|  | 50:11 |  | therefore greater than the more |  |  |
|  | 50:12 |  | traditional private sector competitors. |  |  |
|  | 50:13 |  | It is however less Government support |  |  |
|  | 50:14 |  | than given to FHA and the VA in their |  |  |
|  | 50:15 |  | mortgage activities. |  |  |
| 53:03 - 53:10 | **Layton, Donald 2021-01-07** |  | 00:00:22 | Layton.38 |
|  | 53:03 | Q. | Well, welcome back, Mr. Layton. |  |  |
| 🔗 D408.1 | 53:04 |  | I have put on the Exhibit Share site what |  |  |
|  | 53:05 |  | I think is the conservatorship scorecard |  |  |
|  | 53:06 |  | we were talking about a moment ago.  And |  |  |
|  | 53:07 |  | I think we've now put up the first page |  |  |

Layton

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 53:08   of that document.  Does this look like | | |
| | 53:09   the scorecard you were referring to | | |
| | 53:10   earlier? | | |
| 53:20 - 53:21 | **Layton, Donald 2021-01-07** | 00:00:03 | Layton.39 |
| | 53:20   A.   Yes, this is a page from the | | |
| | 53:21   scorecard. | | |
| 53:22 - 54:02 | **Layton, Donald 2021-01-07** | 00:00:08 | Layton.6 |
| | 53:22   Q.   I wanted to ask you about the | | |
| | 54:01   contract goal that we were talking about | | |
| | 54:02   a moment ago. | | |
| 55:09 - 55:16 | **Layton, Donald 2021-01-07** | 00:00:37 | Layton.7 |
| | 55:09   Q.   And what specifically were you, | | |
| | 55:10   as Freddie's CEO, directed to do in | | |
| | 55:11   furtherance of the contract goal in | | |
| | 55:12   FHFA's strategic plan? | | |
| | 55:13   A.   The 2012 strategic plan, and | | |
| | 55:14   these were annual, list from my | | |
| | 55:15   perspective, one, two, three, four, five | | |
| | 55:16   general action area items. | | |
| 56:16 - 56:20 | **Layton, Donald 2021-01-07** | 00:00:17 | Layton.8 |
| | 56:16   Q.   And to what extent, if any, in | | |
| | 56:17   carrying out these goals did you expect | | |
| | 56:18   that executing on them would reduce the | | |
| | 56:19   long-term comprehensive income of Freddie | | |
| | 56:20   Mac? | | |
| 57:01 - 57:06 | **Layton, Donald 2021-01-07** | 00:00:23 | Layton.9 |
| | 57:01   A.   Reducing the long-term | | |
| | 57:02   comprehensive income of Freddie Mac would | | |
| | 57:03   clearly happen via risk sharing | | |
| | 57:04   transactions, the third item.  That is | | |
| | 57:05   the only one that would clearly lead to | | |
| | 57:06   that impact. | | |
| 57:07 - 58:12 | **Layton, Donald 2021-01-07** | 00:01:22 | Layton.10 |
| | 57:07   Q.   And how about the guarantee fee | | |
| | 57:08   increases, what impact did that have on | | |
| | 57:09   Freddie Mac's comprehensive income? | | |
| | 57:10   A.   As long as volumes did not go | | |
| | 57:11   down too much, they would increase it. | | |
| | 57:12   Q.   Do you have a sense from your | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

57:13      tenure at Freddie which had a larger

57:14      effect on Freddie's comprehensive income

57:15      in terms of magnitude, the increasing

57:16      guarantee fees or the risk sharing

57:17      program?

57:18   A.   That's an unanswerable

57:19      question. It depend on how much the

57:20      guarantee fees would go up and it depends

57:21      on what we did not know then, how much

57:22      risk sharing we would do, nor what it

58:01      would cost.

58:02   Q.   I guess I am asking a

58:03      historical question now. As things

58:04      played out, which of these factors had a

58:05      greater impact on Freddie's comprehensive

58:06      income?

58:07   A.   As they have played out,

58:08      guarantee fee increases from the point

58:09      this was issued, as opposed to what had

58:10      been done previously, and the impact of

58:11      risk sharing, I am not sure what the net

58:12      would be.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 92:16 - 93:10 | **Layton, Donald 2021-01-07** | 00:00:48 | Layton.11 |

92:16   Q.   And what was your understanding

92:17      while you were the CEO of Freddie of this

92:18      periodic committee fee provision of the

92:19      PSPA?

92:20   A.   Actually, I thought very little

92:21      about it. It had been routinely waived

92:22      or considered zero. Ever since

93:01      conservatorship, and every quarter I was

93:02      there, while the focus was on paying

93:03      dividends, and so I took it to be

93:04      something that had in maybe a belt and

93:05      suspenders sense had been put into the

93:06      original document but was just inactive

93:07      in anything I was doing, it was inactive

93:08      and not paid attention to in terms of the

93:09      current operations of the company during

93:10      conservatorship.

**Layton**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 93:11 - 93:14 | **Layton, Donald 2021-01-07** | 00:00:08 | Layton.12 |

93:11   Q.  Did you regard the periodic
93:12        commitment fee as potentially a large sum
93:13        that Freddie would be required to pay
93:14        Treasury?

| 93:17 - 94:01 | **Layton, Donald 2021-01-07** | 00:00:20 | Layton.13 |

93:17   A.  During conservatorship I
93:18        regarded it as nonexistent.  It had never
93:19        been charged.  No one ever talked about
93:20        it.  No one ever talked about a level.
93:21        For a possible future state after
93:22        conservatorship would end, yes, that
94:01        could be a significant number.

| 103:19 - 104:08 | **Layton, Donald 2021-01-07** | 00:00:23 | Layton.14 |

103:19        just asking, how frequently were you
103:20        meeting with Mr. DeMarco in the summer of
103:21        2012?
103:22   A.  Actually, through Ed's entire
104:01        tenure, I met with him generally once a
104:02        week.
104:03   Q.  Got it.  And what kinds of
104:04        things would you discuss with him during
104:05        those weekly meetings?
104:06   A.  Everything about Freddie Mac.
104:07        As conservator, he had a view over the
104:08        entire company.

| 107:14 - 107:22 | **Layton, Donald 2021-01-07** | 00:00:21 | Layton.15 |

107:14   Q.  Welcome back, Mr. Layton.  If
🔗 P261.1.1     107:15        we could, we will pull up Exhibit 8 again
107:16        for you, and is this an e-mail that you
107:17        received in the usual course of your
107:18        business?
107:19   A.  It appears so.
107:20   Q.  Okay.  And I am going to show
🔗 D527.1       107:21        you a document that was attached to this
107:22        e-mail, if I could.

| 108:06 - 108:21 | **Layton, Donald 2021-01-07** | 00:00:46 | Layton.34 |

108:06        MR. BARNES:  And the title of
108:07        this document is 2012-2015 Corporate

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

🔗 D527.2

108:08　Forecast/Senior Preferred Stock
108:09　Purchase Agreement - 3Q Update.
108:10　Q.　Mr. Layton, have you seen this
108:11　　document before?
108:12　A.　Possibly. I don't specifically
108:13　　recall it.
108:14　Q.　And if we could, let's flip to
108:15　　the second page. There we go. And it
108:16　　looks like this is a set of financial
108:17　　forecasts for Freddie Mac. Does that
108:18　　appear to be correct?
108:19　A.　This appears to be a financial
108:20　　forecast using what is referred to here
108:21　　as a 2012 base case.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 108:22 - 109:09 | **Layton, Donald 2021-01-07** | 00:00:24 | Layton.16 |

108:22　Q.　Okay. Yeah. And that's
109:01　　something I wanted to ask you about
109:02　　actually. In some of the documents I
109:03　　saw, it seemed like sometimes there would
109:04　　be different cases for projections. A
109:05　　base case. A stress case. A better
109:06　　case. A worst case. Was it Freddie's
109:07　　general practice to sort of prepare
109:08　　projections for different possible
109:09　　futures?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 109:13 - 112:06 | **Layton, Donald 2021-01-07** | 00:02:52 | Layton.17 |

109:13　A.　Since the future is
109:14　　fundamentally unknowable, any document
109:15　　doing forecasts has to make reference to
109:16　　either assumptions they are based on,
109:17　　which could be judged, or different
109:18　　versions to show different outcomes.
109:19　　Obviously you can't predict the future
109:20　　with certainty.
109:21　Q.　Right. And what did Freddie
109:22　　generally use its financial projections
110:01　　for?
110:02　A.　Certain kinds of planning in
110:03　　the company. I mean it's such a generic
110:04　　comment, I'm not sure how to answer that.

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|

110:05  Q.  So making decisions for the
110:06      company generally?
110:07  A.  Yes.
110:08  Q.  And can you walk me through
110:09      sort of the process that Freddie used to
110:10      prepare financial projections?
110:11  A.  It was the responsibility of
110:12      the finance department to do.  They would
110:13      get input from the economics area and the
110:14      businesses as to -- and public data, like
110:15      the house price forecasts I referred to
110:16      earlier, which is all public data, to
110:17      work up various scenarios.  And would ask
110:18      the business finance people what things
110:19      would look like in their businesses under
110:20      those scenarios.  And would put the
110:21      numbers together and everyone understood
110:22      it was an approximation and it would not
111:01      be given more credence than that.
111:02  Q.  And what do you mean by it
111:03      would not be given more credence than
111:04      that?
111:05  A.  It's projecting the future.
111:06      You can't be -- point numbers always have
111:07      a standard deviation around them.
111:08  Q.  Yeah, and something I always
111:09      wondered about is I've looked at these
111:10      and other projections.  The tendency
111:11      seems to be to come up with a point
111:12      number rather than a range.  And I guess
111:13      I wonder why that is so.
111:14  A.  It's understood by the reader
111:15      that it's a range.
111:16  Q.  Yeah.  And do you recall how
111:17      far out into the future Freddie would
111:18      typically do financial projections?
111:19  A.  I think for different purposes,
111:20      they do different lengths.  The longest I
111:21      remember for some purposes much later
111:22      than 2012 probably would have been three
112:01      to five years, maybe.  Again, all the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 112:02　readers would understand the further out | | |
| | 112:03　you get, the more uncertain it is. | | |
| | 112:04　Q.　And was it more typical for a | | |
| | 112:05　projection to go maybe three years out | | |
| | 112:06　and stop? | | |
| 112:09 - 113:01 | **Layton, Donald 2021-01-07** | 00:00:43 | Layton.18 |
| | 112:09　A.　I don't remember if it was more | | |
| | 112:10　typical.　Anything past three years would | | |
| | 112:11　be highly unusual for a specific purpose | | |
| | 112:12　only. | | |
| | 112:13　Q.　Got it.　And the longer five | | |
| | 112:14　year projection you mentioned, do you | | |
| | 112:15　happen to recall what that was prepared | | |
| | 112:16　for? | | |
| | 112:17　A.　I think that was much later | | |
| | 112:18　when some scenarios would be running | | |
| | 112:19　about what the company would need for | | |
| | 112:20　capital when it would be coming out of | | |
| | 112:21　conservatorship, since the time frame for | | |
| | 112:22　raising capital was very extended given | | |
| | 113:01　the amounts involved. | | |
| 113:02 - 113:03 | **Layton, Donald 2021-01-07** | 00:00:03 | Layton.19 |
| | 113:02　Q.　Got it.　And if we could, let's | | |
| | 113:03　flip to the next page.　I'm sorry, one | | |
| 113:04 - 113:14 | **Layton, Donald 2021-01-07** | 00:00:38 | Layton.35 |
| | 113:04　more page after that.　Okay.　And I | | |
| | 113:05　wonder if you could help me just | | |
| | 113:06　interpret this page of the document. | | |
| | 113:07　There is a base/better case.　There is a | | |
| | 113:08　worst case.　There is a stress case. | | |
| | 113:09　What is the rationale for modeling all of | | |
| | 113:10　those different scenarios? | | |
| | 113:11　A.　Just as I said, the future is | | |
| | 113:12　unknowable.　You want to plan.　What you | | |
| | 113:13　might do in various scenarios, you have | | |
| | 113:14　to run the scenarios. | | |
| 113:15 - 114:03 | **Layton, Donald 2021-01-07** | 00:00:36 | Layton.20 |
| | 113:15　Q.　And what would be the | | |
| | 113:16　relationship between a base case and a | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 113:17    worst case or a better case? | | |
| | 113:18   A.   Finance used the judgment for a | | |
| | 113:19    modest up, a modest down and a big down. | | |
| | 113:20    It's not more -- it's judgemental and | | |
| | 113:21    it's not quantitative beyond that. | | |
| | 113:22   Q.   Got it. And the base case, is | | |
| | 114:01    that going to be, I guess sort of the | | |
| | 114:02    median outcome that you're modeling or | | |
| | 114:03    expecting? | | |
| 114:06 - 114:14 | **Layton, Donald 2021-01-07** | 00:00:19 | Layton.21 |
| | 114:06   A.   The theory is your base case | | |
| | 114:07    should be the one where the odds are | | |
| | 114:08    50 percent it would be worse than that, | | |
| | 114:09    50 percent it might be better than that. | | |
| | 114:10    But that is putting quantitativeness on | | |
| | 114:11    top of people's judgment past the point | | |
| | 114:12    where it makes sense. So it's just a | | |
| | 114:13    judgment call. What seems like a | | |
| | 114:14    reasonable future. | | |
| 114:15 - 114:22 | **Layton, Donald 2021-01-07** | 00:00:24 | Layton.22 |
| | 114:15   Q.   Got it. And looking at this | | |
| | 114:16    page of the document, it appears to me | | |
| | 114:17    that what this document is saying is that | | |
| | 114:18    at least in the base and better cases | | |
| | 114:19    that were being modeled, that Freddie | | |
| | 114:20    would not make any additional draws on | | |
| | 114:21    Treasury's funding commitment through | | |
| | 114:22    2015. Do I have that right? | | |
| 115:03 - 115:21 | **Layton, Donald 2021-01-07** | 00:00:45 | Layton.23 |
| | 115:03   A.   Okay. That's what the document | | |
| | 115:04    says. Although, again, the readers would | | |
| | 115:05    understand that the PSPA document -- the | | |
| | 115:06    actual PSPA works on quarterly. So an | | |
| | 115:07    annual earnings still could have a | | |
| | 115:08    quarter with a draw inside of it. So | | |
| | 115:09    everyone understands there is some | | |
| | 115:10    uncertainty around those numbers. But | | |
| | 115:11    other than that, yes, generally, that's | | |
| | 115:12    what this would show. | | |
| | 115:13   Q.   Got it. And this document, we | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 115:14    can go back to the first page of it if | | |
| | 115:15    needed, but I think it predates the | | |
| | 115:16    announcement of the Third Amendment. | | |
| | 115:17  A.  Well, you would have to show me | | |
| | 115:18    the date. | | |
| | 115:19  Q.  Okay.  Yeah, let's do that. | | |
| | 115:20    Let's go back to the first page, if we | | |
| | 115:21    could.  This is not a finished document | | |
| 115:22 - 116:01 | **Layton, Donald 2021-01-07** | 00:00:13 | Layton.36 |
| | 115:22    and clearly says it's dated August 14th. | | |
| | 116:01    And it has not been fully reviewed. | | |
| 116:02 - 116:07 | **Layton, Donald 2021-01-07** | 00:00:20 | Layton.37 |
| | 116:02    Before the Third Amendment, was | | |
| | 116:03    it Freddie's expectation that at least in | | |
| | 116:04    the median expected scenario, it would | | |
| | 116:05    not need to make further draws on | | |
| | 116:06    Treasury's funding commitment through | | |
| | 116:07    2015? | | |
| 116:10 - 117:16 | **Layton, Donald 2021-01-07** | 00:01:28 | Layton.24 |
| | 116:10  A.  Could you put it back to the | | |
| | 116:11    prior page?  Do you want me to go back to | | |
| | 116:12    page 4? | | |
| | 116:13  Q.  Yes, please. | | |
| | 116:14  A.  In the four cases mentioned, | | |
| | 116:15    the base case and better, assuming that | | |
| | 116:16    quarterly volatility did not trip you up, | | |
| | 116:17    it shows that cumulative draws would be | | |
| | 116:18    zero during the three-year period of base | | |
| | 116:19    and better case.  And there would be | | |
| | 116:20    draws in worst and stress. | | |
| | 116:21  Q.  And you mentioned that this is | | |
| | 116:22    a draft document.  Is this consistent | | |
| | 117:01    with your recollection of what you | | |
| | 117:02    expected in early August of 2012? | | |
| | 117:03  A.  Actually my general expectation | | |
| | 117:04    was that we were close to a line and that | | |
| | 117:05    if earnings were a little bit weak in a | | |
| | 117:06    quarter, we would have a draw, and if | | |
| | 117:07    earnings were not, we generally would | | |
| | 117:08    not, most likely most quarters not having | | |

**Layton**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 117:09     it in a likely future.  And as indicated | | |
| | 117:10     on this page 4 in the red circle, for | | |
| | 117:11     planning purposes though, we were most | | |
| | 117:12     concerned about what happened if the | | |
| | 117:13     economy turned down or mortgage markets | | |
| | 117:14     turned down and there was a bad scenario. | | |
| | 117:15     That is what you're trying to figure out | | |
| | 117:16     in this kind of analysis. | | |
| 117:17 - 118:02 | **Layton, Donald 2021-01-07** | 00:00:18 | Layton.25 |
| | 117:17   Q.   You're more concerned with the | | |
| | 117:18     downside than the median or upside? | | |
| | 117:19   A.   Yes.  You're concerned about | | |
| | 117:20     all of it, but the one that causes the | | |
| | 117:21     most problems is clearly the downside. | | |
| | 117:22   Q.   And why is that? | | |
| | 118:01   A.   Because that can threaten the | | |
| | 118:02     viability of a big company. | | |
| 149:08 - 149:18 | **Layton, Donald 2021-01-07** | 00:00:41 | Layton.26 |
| | 149:08     How did you first learn about | | |
| | 149:09     the Third Amendment? | | |
| | 149:10   A.   Well, one possible answer, | | |
| | 149:11     depending on what you mean about learned | | |
| | 149:12     about, is when I walked into a room at | | |
| | 149:13     Treasury when we were given the amendment | | |
| | 149:14     and told about it, along with some other | | |
| | 149:15     things, in a big meeting down there.  So | | |
| | 149:16     that's the first time I learned that | | |
| | 149:17     there was an actual Third Amendment | | |
| | 149:18     existing or being worked on. | | |
| 149:19 - 150:19 | **Layton, Donald 2021-01-07** | 00:01:12 | Layton.27 |
| | 149:19   Q.   Got it.  And it sounded like | | |
| | 149:20     depending on what I meant by learn about, | | |
| | 149:21     there might be a different answer; is | | |
| | 149:22     that right? | | |
| | 150:01   A.   Well, I had known from earlier | | |
| | 150:02     in the summer there was an issue to be | | |
| | 150:03     addressed that was concerning to the | | |
| | 150:04     markets, which was extremely important to | | |
| | 150:05     resolve.  And that issue is that the | | |
| | 150:06     PSPA -- the amount of the PSPA available | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 150:07 | to the Freddie Mac in the summer of 2012 | | |
| | 150:08 | was unlimited. And by its terms was | | |
| | 150:09 | going limited near year-end by a formula. | | |
| | 150:10 | And that because of the expectation of | | |
| | 150:11 | earnings of the company was that it would | | |
| | 150:12 | from time to time, and maybe in a | | |
| | 150:13 | downturn a lot have draws that it would | | |
| | 150:14 | "use up the limited amount leaving too | | |
| | 150:15 | small amounts to maintain the market's | | |
| | 150:16 | confidence that the Government was behind | | |
| | 150:17 | our credit quality guarantee of the MBS." | | |
| | 150:18 Q. | How did that concern manifest | | |
| | 150:19 | itself? | | |
| 150:22 - 153:19 | **Layton, Donald 2021-01-07** | | 00:02:36 | Layton.28 |
| | 150:22 A. | Yeah, I'm not sure -- can you | | |
| | 151:01 | ask that -- | | |
| | 151:02 Q. | How did you know that was a | | |
| | 151:03 | concern of the markets? | | |
| | 151:04 A. | Relatively soon into my tenure | | |
| | 151:05 | which started in late May of 2012, so I | | |
| | 151:06 | am estimating sometime in June, I was | | |
| | 151:07 | asked to join an existing meeting with | | |
| | 151:08 | one of the -- that was going on with a | | |
| | 151:09 | delegation from one of the major mortgage | | |
| | 151:10 | securities dealers where that was why | | |
| | 151:11 | they were coming to tell us about their | | |
| | 151:12 | seeing this problem. And that this was | | |
| | 151:13 | highly concerning to them, because it | | |
| | 151:14 | could lead to a real financeability | | |
| | 151:15 | issue, as well as losses to them, | | |
| | 151:16 | obviously. | | |
| | 151:17 Q. | Which mortgage securities | | |
| | 151:18 | dealer are you referring to? | | |
| | 151:19 A. | Credit Suisse. | | |
| | 151:20 Q. | Do you remember who was at that | | |
| | 151:21 | meeting? | | |
| | 151:22 A. | It's too long ago to remember | | |
| | 152:01 | names. I don't deal with people | | |
| | 152:02 | normally, so the answer is I don't | | |
| | 152:03 | remember the names anymore. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

152:04  Q.  Okay.  Do you remember if
152:05      anyone from FHFA was there?
152:06  A.  No.  I was told at the time
152:07      they were talking to us about their
152:08      concern and making the rounds in
152:09      Washington telling all of the interested
152:10      parties.  So I am under the impression
152:11      they visited with Fannie Mae and FHFA and
152:12      Treasury.  They left me with that
152:13      impression.
152:14  Q.  Got it.  And do you remember if
152:15      anyone else from Freddie Mac was in the
152:16      meeting?
152:17  A.  Well, yes.  This meeting was
152:18      not with me.  I was not supposed to be
152:19      there originally.  I was asked to join
152:20      the person who asked me to join who from
152:21      the meeting was the individual who was
152:22      then head of the markets area of the
153:01      Freddie Mac, his last name is Ghose,
153:02      G-h-o-s-e.
153:03  Q.  Got it.  And was it just you
153:04      and Mr. Ghose for Freddie or there might
153:05      have been others, do you recall?
153:06  A.  It might have been others, but
153:07      I don't remember.
153:08  Q.  Got it.  And was anyone from
153:09      Fannie Mae there?
153:10  A.  No, this is a single company
153:11      meeting.
153:12  Q.  Got it.  And did you ever, in
153:13      the lead-up to mid-August 2012 and the
153:14      Third Amendment, did you have any other
153:15      meetings with market participants where
153:16      market participants expressed this
153:17      concern or is that the only one?
153:18  A.  That's the only one that I
153:19      recall at this time.

| | | | |
|---|---|---|---|
| 189:03 - 190:21 | **Layton, Donald 2021-01-07** | 00:01:48 | Layton.29 |

189:03  Q.  Welcome back, Mr. Layton.  Just

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|

189:04    very briefly, we had a conversation a

189:05    little earlier about Credit Suisse and

189:06    some expressions of concern that they had

189:07    about the dividend arrangement that

189:08    preceded the Third Amendment.  Do you

189:09    recall that?

189:10   A.   Yes, I do.

189:11   Q.   And as I understand it, the

189:12    substance of the concern was that Freddie

189:13    might, over the course of the years, be

189:14    put in a position where it needed to draw

189:15    on Treasury's funding commitment to

189:16    finance dividends to Treasury.  Do I have

189:17    that right?

189:18   A.   Yes.

189:19   Q.   And I think you mentioned early

189:20    on in the deposition that you didn't have

189:21    any involvement in and weren't consulted

189:22    about FHFA's decisions with regard to

190:01    whether or not to declare dividends on

190:02    Treasury's senior preferred stock.  Did I

190:03    catch that right?

190:04   A.   Correct.  Because of the lack

190:05    of the delegation about capital matters

190:06    to the board of management, we acted just

190:07    as execution agents for FHFA and anything

190:08    related to the capital.  So they

190:09    literally gave us an order to pay the

190:10    quarterly dividend, the 10 percent coupon

190:11    when the time was due.  It was

190:12    administrative, but that was the paper

190:13    plug.

190:14   Q.   Right.  And if FHFA had adopted

190:15    a policy that it would just not direct

190:16    Freddie to declare dividends in quarters

190:17    when doing so would cause Freddie to make

190:18    a draw on Treasury's funding commitment,

190:19    would that have addressed the Credit

190:20    Suisse concern that you were referring to

190:21    earlier?

**Layton**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 191:02 - 192:21 | **Layton, Donald 2021-01-07** | 00:01:58 | Layton.30 |

191:02  A.  Say that again?  Ask that

191:03       again?  I didn't follow the logic.

191:04  Q.  Sure.  So if in quarters when

191:05       Freddie was in a position where it would

191:06       need to make a draw in order to pay the

191:07       10 percent dividend, if FHFA during those

191:08       quarters had just declined to direct

191:09       Freddie to declare dividends on Treasury

191:10       stock, would that have addressed the

191:11       Credit Suisse concern?

191:12  A.  Only in the most narrow sense,

191:13       because not paying the 10 percent would

191:14       be a violation of the PSPA, and that

191:15       would have caused a real stir.

191:16  Q.  Okay.  And what is your basis

191:17       for saying that it would have been a

191:18       violation of the PSPA?

191:19  A.  As far as I knew we were

191:20       obligated to pay the 10 percent coupon

191:21       and FHFA telling us nothing, to do

191:22       nothing looks like on the surface to be a

192:01       violation of the agreement.  And Treasury

192:02       would be, you know, concerned it would

192:03       leak out.  The market would wonder what's

192:04       going on.  This is not a confidence

192:05       building path to be on.

192:06  Q.  Do you know whether the PSPA,

192:07       as it existed prior to the Third

192:08       Amendment, permitted Freddie or FHFA to

192:09       add to the liquidation preference on

192:10       Treasury's senior preferred stock in lieu

192:11       of paying cash dividends?

192:12  A.  I actually don't remember

192:13       learning of that until it became brought

192:14       up later after the Third Amendment as

192:15       part of the lawsuits.  So if I knew it,

192:16       it never impacted my thought process,

192:17       because I didn't pay attention to it.

192:18       However, just to tie you up in

192:19       your question, we still would have been

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 192:20   told to issue paperwork to do the | | |
| | 192:21   preference. | | |
| 193:11 - 193:15 | **Layton, Donald 2021-01-07** | 00:00:14 | Layton.31 |
| | 193:11  Q.  Okay.  And if you had issued | | |
| | 193:12    the paperwork to do the preference in | | |
| | 193:13    that manner, would the concern that was | | |
| | 193:14    expressed to you by Credit Suisse have | | |
| | 193:15    still been a concern? | | |
| 193:18 - 195:14 | **Layton, Donald 2021-01-07** | 00:01:38 | Layton.32 |
| | 193:18  A.  I don't know what Credit | | |
| | 193:19    Suisse's thought process would have been, | | |
| | 193:20    but it would have been a switch about the | | |
| | 193:21    concern of the unused running down to a | | |
| | 193:22    concern about the preference continually | | |
| | 194:01    increasing, which would be unusual in its | | |
| | 194:02    own right. | | |
| | 194:03  Q.  Credit Suisse was expressing | | |
| | 194:04    this concern from the perspective of | | |
| | 194:05    mortgage-backed securities holders and | | |
| | 194:06    bondholders; is that right? | | |
| | 194:07  A.  Yes, liability holders.  Not | | |
| | 194:08    equity holders. | | |
| | 194:09  Q.  And so liability holders, they | | |
| | 194:10    are senior in the capital stack to | | |
| | 194:11    Treasury senior preferred stock, is that | | |
| | 194:12    right? | | |
| | 194:13  A.  That is correct.  That's the | | |
| | 194:14    whole purpose. | | |
| | 194:15  Q.  And so why would an investor | | |
| | 194:16    who is a senior in the capital stack to | | |
| | 194:17    Treasury be concerned about a growing | | |
| | 194:18    Treasury preference on senior preferred | | |
| | 194:19    stock? | | |
| | 194:20  A.  Only because it's so unusual, | | |
| | 194:21    it raises concerns. | | |
| | 194:22  Q.  What concerns? | | |
| | 195:01  A.  It makes the company look | | |
| | 195:02    unsustainable because you can't | | |
| | 195:03    constantly have this growing senior | | |
| | 195:04    preference.  At some point it just | | |

**Layton**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 195:05   doesn't make any sense.  So it would be | | |
| | 195:06   more symptomatic of it's a short-term | | |
| | 195:07   solution, it can't last for the long | | |
| | 195:08   term. | | |
| | 195:09  Q.  I guess as the liquidation | | |
| | 195:10   preference ballooned, at some point one | | |
| | 195:11   would say that any investors that were | | |
| | 195:12   junior to Treasury in the capital stack | | |
| | 195:13   had been effectively wiped out; is that | | |
| | 195:14   right? | | |
| 195:17 - 195:20 | **Layton, Donald 2021-01-07** | 00:00:08 | Layton.33 |
| | 195:17  A.  If the senior preferred keeps | | |
| | 195:18   going up and up, there is less left for | | |
| | 195:19   people below them in the stack, that is | | |
| | 195:20   correct. | | |

| | | |
|---|---|---|
| **Defense Designations** | 00:34:31 | |
| **TOTAL RUN TIME** | **00:34:31** | |

Documents linked to video:

D408

D527

P261

# EXHIBIT J

**EDClip1 - 214:12 - 215:06 (2020)**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 214:12 - 215:06 | **Demarco, Edward 2020-12-21** | 00:00:43 | EDClip1.1 |

🔗 P205.1.23

214:12  Q.  It goes on to say, "He has raised two
214:13       competing reasons for this position."  The
214:14       first of which is, "the GSEs will be
214:15       generating large revenues over the coming
214:16       years, thereby enabling them to pay the 10%
214:17       annual dividend well into the future even with
214:18       the caps."
214:19       Did you, in fact, tell Secretary
214:20       Geithner and Ms. Miller that; that the GSEs
214:21       will be generating large revenues over the
214:22       coming years, thereby enabling them to pay the
215:01       10 percent annual dividend well into the
215:02       future even with the caps?
215:03  A.  I don't recall exactly what I told
215:04       them in this -- in this discussion, except
215:05       that I did not want principal reduction to be
215:06       part of this.

| Our Designations | 00:00:43 |
|---|---|
| **TOTAL RUN TIME** | **00:00:43** |

📄  Documents linked to video:
P205

**EDClip2 - 219:12-219:17 (2020)**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 219:12 - 219:17 | **Demarco, Edward 2020-12-21** | 00:00:26 | EDClip2.1 |
| 🔗 P205.1.23 | 219:12  Q.  So did you, in your meeting with Mr. | | |
| | 219:13      Geithner and Ms. Miller, stay, in substance, | | |
| | 219:14      No. 1? | | |
| | 219:15  A.  As I've said, I -- I don't know.  I | | |
| | 219:16      don't recall what I said in particular with | | |
| | 219:17      regard to -- regard to this. | | |

| Our Designations | 00:00:26 |
|---|---|
| **TOTAL RUN TIME** | **00:00:26** |

📄  Documents linked to video:
P205

**EDClip3 - 220:20-221:01 (2020)**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 220:20 - 221:01 | **Demarco, Edward 2020-12-21** | 00:00:10 | EDClip3.1 |

🔗 P205.1.24

220:20  Q.  So you don't remember whether you
220:21       said 1 and 2; right?
220:22  A.  I don't remember the details of
221:01       this -- of this discussion or debate, no.

| | |
|---|---|
| Our Designations | 00:00:10 |
| **TOTAL RUN TIME** | **00:00:10** |

📄 Documents linked to video:
P205

**EDClip4 - 213:10 - 214:04 (2020)**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 213:10 - 214:04 | **Demarco, Edward 2020-12-21** | 00:00:57 | EDClip4.1 |

213:10   Q.   So the person who -- would you have

213:11       expressed that you had no longer saw an

213:12       urgency in amending the PSPAs this year?

213:13   A.   I would have expressed that I was not

213:14       interested in including in the package of the

213:15       Third Amendment provisions that would require

213:16       me to do principal reduction, which is what

213:17       the PR covenant stands for.

213:18   Q.   Okay.

213:19       But is it -- so is it not accurate

213:20       that you no longer saw the urgency of amending

213:21       the PSPAs this year?

213:22   A.   No, it was -- what was accurate was I

214:01       was not -- not interested or seeing urgency in

214:02       doing a Third Amendment that included a

214:03       covenant requiring me to do principal

214:04       reduction.

| | | |
|---|---|---|
| Our Designations | | 00:00:57 |
| **TOTAL RUN TIME** | | **00:00:57** |

**EDClip4_B - 213:18 - 214:04 (2020)**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 213:18 - 214:04 | **Demarco, Edward 2020-12-21** | 00:00:24 | EDClip4_B.1 |

213:18  Q.  Okay.

213:19       But is it -- so is it not accurate

213:20       that you no longer saw the urgency of amending

213:21       the PSPAs this year?

213:22  A.  No, it was -- what was accurate was I

214:01       was not -- not interested or seeing urgency in

214:02       doing a Third Amendment that included a

214:03       covenant requiring me to do principal

214:04       reduction.

| Our Designations | 00:00:24 |
|---|---|
| **TOTAL RUN TIME** | **00:00:24** |

**EDClip7 - 220:05 - 220:18 (2020)**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 220:05 - 220:07 | **Demarco, Edward 2020-12-21** | 00:00:08 | EDClip7.1 |

| | |
|---|---|
| 220:05 | Would you have said either of |
| 220:06 | those things if you didn't mean it and believe |
| 220:07 | it? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 220:09 - 220:18 | **Demarco, Edward 2020-12-21** | 00:00:27 | EDClip7.2 |

| | |
|---|---|
| 220:09 | THE WITNESS:  I would say that |
| 220:10 | what my priorities are and that I'm willing to |
| 220:11 | walk away from a deal if something that |
| 220:12 | matters, that I've got multiple things that |
| 220:13 | matter to me that are important and I've got a |
| 220:14 | couple things that are both very important to |
| 220:15 | me, I need to let them know that -- that |
| 220:16 | they're not going to be able to force me to do |
| 220:17 | one thing I don't want in exchange for another |
| 220:18 | thing I do want. |

| | |
|---|---|
| **Our Designations** | 00:00:35 |
| **TOTAL RUN TIME** | **00:00:35** |