## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BERKLEY INSURANCE CO.**, *et al.*,<br><br>        *Plaintiffs,*<br><br>v.<br><br>**FEDERAL HOUSING FINANCE AGENCY**, *et al.*,<br><br>        *Defendants.* | **Case No. 1:13-cv-1053-RCL** |
| **In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations** | **Case No. 1:13-mc-1288-RCL** |
| This Order relates to:<br>ALL CASES | |

## ORDER

Final judgment in this matter was entered on March 20, 2024. *See* Berkley ECF No. 428, Class ECF No. 421.[1]  For the reasons contained in the accompanying Memorandum Opinion, Defendants' subsequent Motion for Judgment as a Matter of Law [Berkley ECF No. 430, Class ECF No. 423] is hereby **DENIED**.

        **IT IS SO ORDERED.**

Date: _____3-14-25_____

                                        _____
                                        Royce C. Lamberth
                                        United States District Judge

---

[1] "Berkley ECF No." refers to the docket in No. 1:13-cv-1053, and "Class ECF No." refers to the docket in No. 1:13-mc-1288.