UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKLEY INSURANCE CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>Defendants. | Case No. 1:13-cv-1053 (RCL) |
| In re Fannie Mae / Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations<br><br>_____<br><br>This document relates to:<br>ALL CASES | Case No. 1:13-mc-01288 (RCL) |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that all defendants in the above-named cases appeal to the United States Court of Appeals for the District of Columbia Circuit. Defendants appeal the final judgment entered on March 20, 2024 (13-cv-1053, ECF No. 428; 13-mc-01288, ECF No. 421), all errors of law, the Orders denying Defendants' Rule 50(b) Motion for Judgment as a Matter of Law dated March 14, 2025 (13-cv-1053, ECF Nos. 439, 440; 13-mc-01288, ECF Nos. 430, 431), and all earlier, merged judgments and orders, including, but not limited to, the Orders granting in part and denying in part Defendants' Motion to Dismiss following remand (13-cv-1053, ECF Nos. 82, 83; 13-mc-01288, ECF Nos. 84, 85); the Orders denying Defendants' Motion for Reconsideration of the Order on the Motion to Dismiss following

remand (13-cv-1053, ECF No. 99; 13-mc-01288, ECF No. 104); the Orders granting in part and denying in part Defendants' Motion for Summary Judgment (13-cv-1053, ECF Nos. 195, 206; 13-mc-01288, ECF Nos. 189, 198); the bench Orders denying Defendants' Motions under Rule 50(a) and to decertify the classes in the first trial (Trial Tr. Oct. 31, 2022, Morning, 2449:3-2450-6, 13-cv-1053, ECF No. 283); the bench Order denying Defendants' Motion under Rule 50(a) in the second trial (Trial Tr. Aug. 1, 2023, Afternoon, 1512:15, 13-cv-1053, ECF No. 379, 13-mc-01288, ECF No. 369); the Orders granting Plaintiffs' Motion for Entry of Final Judgment (13-cv-1053, ECF No. 427; 13-mc-01288, ECF No. 420); and the Order Governing Plan of Allocation (13-cv-1053, ECF No. 428-1; 13-mc-01288, ECF No. 421-1).

| | |
|---|---|
| Dated: April 11, 2025 | Respectfully submitted, |
| | /s/ *Asim Varma* |
| | Asim Varma (D.C. Bar # 426364) |
| | Jonathan L. Stern (D.C. Bar # 375713) |
| | David B. Bergman (D.C. Bar # 435392) |
| | Ian S. Hoffman (D.C. Bar # 983419) |
| | R. Stanton Jones (D.C. Bar # 987088) |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| | 601 Massachusetts Ave. NW |
| | Washington, DC 20001 |
| | (202) 942-5000 |
| | Asim.Varma@arnoldporter.com |
| | Jonathan.Stern@arnoldporter.com |
| | David.Bergman@arnoldporter.com |
| | Ian.Hoffman@arnoldporter.com |
| | Stanton.Jones@arnoldporter.com |
| | |
| | *Attorneys for Defendant Federal Housing Finance Agency* |

| | |
|---|---|
| */s/ Michael J. Ciatti* | */s/ Meaghan VerGow* |
| Michael J. Ciatti (D.C. Bar # 467177) | Meaghan VerGow (D.C. Bar # 977165) |
| KING & SPALDING LLP | O'MELVENY & MYERS LLP |
| 1700 Pennsylvania Ave. N.W. | 1625 Eye Street, N.W. |
| Washington, DC 20006 | Washington, DC 20006 |
| Tel: (202) 661-7828 | Tel: (202) 383-5300 |
| Fax: (202) 626-3737 | Fax: (202) 383-5414 |
| mciatti@kslaw.com | mvergow@omm.com |
| | |
| *Attorney for the Federal Home Loan Mortgage Corporation* | *Attorney for the Federal National Mortgage Association* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, the foregoing document and all attachments were filed with the Clerk of the Court, using the CM/ECF system, causing them to be served on all parties.

Dated: April 11, 2025                                   /s/ *Asim Varma*
                                                                    Asim Varma